IN RE: BAIR HUGGER FORCED AIR WARMING
DEVICES PRODUCTS LIABILITY LITIGATION     MDL No. 2666

## SCHEDULE A

    <u>Northern District of Alabama</u>

RHOTON, ET AL. v. 3M COMPANY, ET AL., C.A. No. 2:15-01306

    <u>Eastern District of Arkansas</u>

EDWARDS v. 3M COMPANY, ET AL., C.A. No. 4:15-00465

    <u>District of Kansas</u>

JOHNSON v. 3M COMPANY, ET AL., C.A. No. 2:14-02044

    <u>District of Minnesota</u>

LICHLYTER v. 3M COMPANY, ET AL., C.A. No. 0:15-03139
NAYLOR v. 3M COMPANY, ET AL., C.A. No. 0:15-03140
NOTTINGHAM v. 3M COMPANY, ET AL., C.A. No. 0:15-03141
SCHACKMANN v. 3M COMPANY, ET AL., C.A. No. 0:15-03142
REED v. 3M COMPANY, ET AL., C.A. No. 0:15-03143
GRUSHESKY v. 3M COMPANY, ET AL., C.A. No. 0:15-03328
LIBBY v. 3M COMPANY, ET AL., C.A. No. 0:15-03329
WILLIAMS v. 3M COMPANY, ET AL., C.A. No. 0:15-03331
ROSTEN v. 3M COMPANY, ET AL., C.A. No. 0:15-03338

    <u>Northern District of Ohio</u>

KENT, ET AL. v. 3M COMPANY, ET AL., C.A. No. 1:15-01661

    <u>Southern District of Texas</u>

WALTON v. 3M COMPANY, ET AL., C.A. No. 4:13-01164