AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 7:15-CV-208

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for *(name of individual and title, if any)* 3M Company, A Deleware Corporation c/o CT Corporation System
was received by me on *(date)* 11/19/2015.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Christina Heyward, Process Specialist, who is designated by law to accept service of process on behalf of *(name of organization)* 3M Company, A Deleware Corporation c/o CT Corporation System on *(date)* 11/20/2015 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 11/25/2015

*Server's signature*

Kevin Lewis, Process Server
*Printed name and title*

MLQ ATTORNEY SERVICES
2000 RIVEREDGE PARKWAY NW
SUITE 885
ATLANTA, GA 30328
*Server's address* 6-8794

Additional information regarding attempted service, etc:

Document served: Summons and Complaint

Service was completed at 1201 Peachtree STreet, Atlanta, GA 30361



484739