## Schedule of Actions

*Emma Mann vs. 3 M Company, a Delaware corporation.*
*Middle District of Georgia (Valdosta Division) No. 7:15-cv-00208-WLS*