UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re:  Bair Hugger Forced Air Warming
Devices Products Liability Litigation                    15-md-2666 (JNE/FLN)

ORDER

This document relates to:
All Actions

    Pursuant to the Stipulations as to Filing Deadlines on Pending Motions to Dismiss, it is hereby ordered that the deadlines on the pending motions to dismiss are stayed pending further order of the Court.

Dated:  December 23, 2015                    s/Joan N. Ericksen
                                                    JOAN N. ERICKSEN
                                                    United States District Judge