# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re:  Bair Hugger Forced Air Warming Devices Products Liability Litigation | 15-md-2666 (JNE/FLN) |
| This document relates to: All Actions | ORDER |

Parties in several cases in this Consolidated Action have filed stipulations as to filing deadlines for answers or responsive pleadings.  Consistent with those stipulations, it is hereby ordered that the deadlines for responding to all complaints, by motion, answer or otherwise, are stayed pending further order of the Court.

The deadlines on all pending motions to dismiss are also stayed pending further order of the Court.  *See* Dkt. No. 4.

The provisions of this Order automatically apply to any actions that are subsequently transferred to, removed to, or initiated in this Court as part of this Consolidated Action, without the necessity of future motions, stipulations, or orders.

Date:  January 11, 2016

s/ Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge