UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To:<br>All Actions | **PRETRIAL ORDER NO. 2** |

The Court hereby enters the following Order:

**1.    INITIAL PRETRIAL CONFERENCE.**  All parties shall appear for an initial pretrial conference on Thursday, February 18, 2016, at 9:30 a.m., in Courtroom 12W, 12th Floor, U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415.  An order setting forth an agenda and the related procedure for the initial pretrial conference will be forthcoming.

**2.    FILING.**  In Pretrial Order No. 1, filed January 13, 2016, the Court directed parties to file all pleadings and papers electronically according to this District's ECF Civil Manual For New Users and Civil ECF Procedures Guide ("ECF Guide"), available at http://www.mnd.uscourts.gov/cmecf/reference_guides.shtml, with an exception for initiating documents.  For clarification, all pleadings and papers, including initiating documents, should be filed in accordance with the rules in the ECF Guide and other applicable local rules.  *See, e.g.*, ECF Guide §§ II.A.1–2.

The Court DIRECTS the Clerk to send a copy of this Order to the Clerk of the Judicial Panel on Multidistrict Litigation, and counsel of record.

Dated: January 20, 2016                              s/ Joan N. Ericksen
                                                                  JOAN N. ERICKSEN
                                                                  United States District Judge