# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |

This document relates to:

| | |
|---|---|
| Peggy Berry | Civil No. 0:15-cv-04027 (JNE/FLN) |
| Arlene Bray | Civil No. 0:15-cv-03992 (JNE/FLN) |
| Alice Campbell | Civil No. 0:15-cv-04044 (JNE/FLN) |
| Greg Colson | Civil No. 0:15-cv-04001 (JNE/FLN) |
| Shalanda Dorsey | Civil No. 0:15-cv-03952 (JNE/FLN) |
| Deborah Evans | Civil No. 0:15-cv-04026 (JNE/FLN) |
| Fontenot, et al. | Civil No. 0:15-cv-04077 (JNE/FLN) |
| James Hardison | Civil No. 0:15-cv-03899 (JNE/FLN) |
| Francisco E. Hernandez | Civil No. 0:15-cv-03951 (JNE/FLN) |
| Leslie Jordon, et al. | Civil No. 0:15-cv-04148 (JNE/FLN) |
| John Allen LeBlanc | Civil No. 0:15-cv-03950 (JNE/FLN) |
| Larry Leroux | Civil No. 0:15-cv-04021 (JNE/FLN) |
| Cledia Linscott | Civil No. 0:15-cv-04002 (JNE/FLN) |
| Tony McDougald | Civil No. 0:15-cv-04003 (JNE/FLN) |
| Melvin Peterson | Civil No. 0:15-cv-04004 (JNE/FLN) |
| Larry Wright | Civil No. 0:15-cv-03900 (JNE/FLN) |

              Plaintiffs,

v.

3M Company a Delaware corporation, and Arizant Healthcare, Inc., a Delaware corporation,

              Defendants.

**NOTICE OF WITHDRAWAL OF COUNSEL OF ZACHARY L. STEPHENSON**

TO:    Parties, Counsel and Court Administrator.

      PLEASE TAKE NOTICE that attorney Zachary L. Stephenson hereby withdraws as counsel of record for Defendants 3M Company ("3M") and Arizant Healthcare, Inc. ("Arizant") (collectively, "Defendants") in the above matters, effective at the close of

business on January 29, 2016.  Faegre Baker Daniels LLP and Blackwell Burke P.A. continue to represent Defendants in this litigation.

Dated:  January 27, 2016					s/Zachary L. Stephenson
							Bridget M. Ahmann
							MN Atty ID No. 016611x
							Erin M. Verneris
							MN Atty ID No. 0335174
							Zachary L. Stephenson
							MN Atty ID No. 0391533
							**Attorney for Defendants 3M Company and Arizant Healthcare Inc.**
							FAEGRE BAKER DANIELS LLP
							2200 Wells Fargo Center
							90 South Seventh Street
							Minneapolis, Minnesota 55402
							(612) 766-7000    FAX:  (612) 766-1600
							bridget.ahmann@FaegreBD.com
							zack.stephenson@faegrebd.com
							erin.verneris@faegrebd.com

							Jerry W. Blackwell
							MN Atty ID No. 0186867
							Mary S. Young
							MN Atty ID No. 0392781
							**Attorneys for Defendants 3M Company and Arizant Healthcare Inc.**
							BLACKWELL BURKE P.A.
							431 South Seventh Street, Suite 2500
							Minneapolis, MN  55415
							(612) 343-3200    FAX:  (612) 343-3205
							blackwell@blackwellburke.com
							myoung@blackwellburke.com

US.104169084.01

2