# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To: LUCIANO DELAGO, Court File 15-4259 | **NOTICE OF APPEARANCE OF EDWARD A. WALLACE** |

## NOTICE OF APPEARANCE

The undersigned attorney, Edward A. Wallace, hereby gives notice of his appearance in this matter on behalf of Plaintiff Luciano Delago.

Dated:  February 4, 2016        WEXLER WALLACE LLP

s/Edward A. Wallace

Edward A. Wallace
55 West Monroe Street, #3300
Chicago, IL 60603
Phone: (312) 346-2222
Email: eaw@wexlerwallace.com

*Counsel for Plaintiff*

**Certificate of Service**

I, Edward A. Wallace, hereby certify that, on February 4, 2016, I caused copies of the Notice of Appearance to be served upon the parties and counsel listed below via ECF.

Dated: February 4, 2016            Respectfully Submitted,
                                                /s/ Edward A. Wallace
                                                Edward A. Wallace