# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | **NOTICE OF APPEARANCE**<br><br>Case No: MDL 2666 (JNE/FLN) |
| This Document Relates To:<br><br>SALLIE CAGLE, CASE NO. 15-00765 | |

The undersigned attorney hereby notifies the Court and counsel that Christopher L. Coffin shall appear as counsel of record for Sallie Cagle, Plaintiff in this case.

| | |
|---|---|
| Dated: February 11, 2016 | /s/Christopher L. Coffin<br>Christopher L. Coffin<br>Pendley, Baudin & Coffin L.L.P.<br>1515 Poydras Street, Ste. 1400<br>New Orleans, LA 70112<br>Telephone: (504) 355-0086<br>Facsimile: (504) 523-0699<br>ccoffin@pbclawfirm.com<br><br>*Attorney for Plaintiff* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing has been filed using the Court's electronic ECF/CM system and electronically served on all parties on this 11th day of February, 2016.

_____/s/ Christopher L. Coffin_____
Christopher L. Coffin