UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | **NOTICE OF APPEARANCE** |
| | Case No: MDL 2666 (JNE/FLN) |
| This Document Relates To: | |
| GEORGE ELIC WAINNER, CASE NO. 15-00752 | |

The undersigned attorney hereby notifies the Court and counsel that Christopher L. Coffin shall appear as counsel of record for George Elic Wainner, Plaintiff in this case.

Dated: February 11, 2016       /s/Christopher L. Coffin
Christopher L. Coffin
Pendley, Baudin & Coffin L.L.P.
1515 Poydras Street, Ste. 1400
New Orleans, LA 70112
Telephone: (504) 355-0086
Facsimile: (504) 523-0699
ccoffin@pbclawfirm.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing has been filed using the Court's electronic ECF/CM system and electronically served on all parties on this 11th day of February, 2016.

____/s/ Christopher L. Coffin_____
Christopher L. Coffin