# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | NOTICE OF APPEARANCE |
| | Case No:   MDL No. 15-2666 (JNE/FLN) |
| This document relates to: | |
| Edwards v. 3M Company & Arizant Healthcare, Inc. <br> No. 15-CV-4361-JNE/FLN (D. Minn) <br> No. 4:15-cv-00465-JM (E.D. Ark) | |

The undersigned attorney hereby notifies the Court and counsel that Paul Byrd, Joseph Gates, and Annesley DeGaris, shall appear as counsel of record for Donna Edwards in this case.

Dated:   02/11/2016

_____
Joseph Gates, Ark. Bar No. 2010239
Paul Byrd, Ark. Bar No. 85020
**Paul Byrd Law Firm, PLLC**
415 N. McKinley Suite 210
Little Rock, AR 72205
Phone: +1 (501) 420-3050
Fax: (501) 420-3128
paul@paulbyrdlawfirm.com
joseph@paulbyrdlawfirm.com

Annesley DeGaris, Bar No. ASB-9182-a63a
**DeGaris Law Group, LLC**
3179 Green Valley Rd 235
Birmingham, AL 35243
Phone: +1 (205) 281-5185
adegaris@degarislaw.com