# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

In re: BAIR HUGGER FORCED AIR
WARMING DEVICES PRODUCTS
LIABILITY LITIGATION

**LIST OF UNITED STATES FEDERAL
COURTS TO WHICH COUNSEL FOR
PLAINTIFF IS ADMITTED**

Case No:      MDL No. 15-2666 (JNE/FLN)

This document relates to:

Edwards v. 3M Company & Arizant
Healthcare, Inc.
No. 15-CV-4361-JNE/FLN (D. Minn)
No. 4:15-cv-00465-JM (E.D. Ark)

I am admitted to practice in the Eastern and Western Districts of Arkansas and the District of
Kansas.

I hereby certify that I am admitted to the preceding United States District Court(s) and that I
have not been disbarred or suspended from practice before any of these Courts or any other
United States District Court.

Dated:    02/11/2016                          _____

Joseph Gates, Ark. Bar No. 2010239
Paul Byrd, Ark. Bar No. 85020
**Paul Byrd Law Firm, PLLC**
415 N. McKinley Suite 210
Little Rock, AR 72205
Phone: +1 (501) 420-3050
Fax: (501) 420-3128
paul@paulbyrdlawfirm.com
joseph@paulbyrdlawfirm.com

Annesley DeGaris, Bar No. ASB-9182-a63a
**DeGaris Law Group, LLC**
3179 Green Valley Rd 235
Birmingham, AL 35243
Phone: +1 (205) 281-5185
adegaris@degarislaw.com