# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

*This Document Relates To:*

| | |
|---|---|
| Peter Ciappa and Tanya Ciappa | In re: BAIR HUGGER FORCED AIR WARMING DEVICE PRODUCTS LIABILITY LITIGATION |
| Plaintiff(s) | MDL No. 15-2666 (JNE/FLN) |
| | Case No:   15-cv-4493 |
| v. | |
| 3M COMPANY, a Delaware corporation, and ARIZANT HEALTHCARE, INC., a Delaware corporation, | |
| Defendant(s) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE, Matthew J. McCauley, of the law firm Parker Waichman LLP hereby gives his appearance as counsel in connection with the above reference action. It is respectfully requested that Matthew J. McCauley replace Daniel C. Burke as attorney of record for Plaintiffs.

Respectfully submitted,

/s/*Matthew J. McCauley*
Matthew J. McCauley
PARKER WAICHMAN LLP
6 Harbor Park Drive
Port Washington, NY 11050
Phone: (516) 466-6500
Email: mmccauley@yourlawyer.com

*/s/ Daniel C. Burke*
Daniel C. Burke
PARKER WAICHMAN LLP
6 Harbor Park Drive
Port Washington, NY 11050
Phone: (516) 466-6500
Email: dburke@yourlawyer.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing motion was served upon all parties of record electronically by CM/ECF, on February 16, 2016.

/s/*Matthew J, McCauley*
Matthew J. McCauley