# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

|  |  |
|---|---|
|  | **COURT MINUTES** |
|  | BEFORE: JOAN N. ERICKSEN |
|  | U.S. District Judge |
|  | and |
|  | FRANKLIN L. NOEL |
|  | U.S. Magistrate Judge |
| IN RE: Bair Hugger Forced Air Warming Devices Products Liability Litigation, | Case No:  15-md-2666 (JNE/FLN) |
|  | Date:  February 18, 2016 |
|  | Deputy:  Catherine B. Cusack |
|  | Court Reporter:  Maria V. Weinbeck |
|  | Courthouse:  Minneapolis |
|  | Courtroom:  12W |
|  | Time Commenced:  9:36 a.m. |
|  | Time Concluded:  11:00 a.m. |
|  | Time in Court:  1 Hour & 24 Minutes |

## INITIAL PRETRIAL CONFERENCE

APPEARANCES:

   Plaintiffs:   Ben W. Gordon, Jr., Levin Papantonio, P.A.; Genevieve M. Zimmerman, Meshbesher & Spence, Ltd.; Jan M. Conlin, Ciresi Conlin L.L.P.; Anne Andrews, Andrews & Thornton, LLC; and David W. Hodges, Kennedy Hodges, LLP

   Defendant:   Jerry W. Blackwell, Benjamin W. Hulse, and Mary S. Young, Blackwell Burke, P.A. Bridget M. Ahmann, Faegre Baker Daniels LLP

PROCEEDINGS:

☒ Initial Pretrial Conference held.
☒ Appearances made on the record.  Conference continued off the record.

s/Catherine B. Cusack
Courtroom Deputy