## UNITED STATES DISTRICT COURT

### DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: BAIR HUGGER FORCED AIR WARMNG DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN)<br><br>PLACEHOLDER FOR:<br>NOTICE OF PLAINTIFF'S RESPONSE TO DEFENDANTS' FEBRUARY 11, 2016 STATUS REPORT |
| **This Document Relates to :**<br>0:15-cv-04364-JNE-FLN | |

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

*NOTICE OF PLAINTIFF'S RESPONSE TO DEFENDANTS' FEBRUARY 11, 2016 STATUS REPORT*

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

\_\_\_  Voluminous Document\* (Document number of order granting leave to file conventionally: \_\_\_ )

\_\_\_  Unable to Scan Documents (e.g., PDF file size of one page larger than 15MB, illegible when scanned)

\_\_\_  Physical Object (description):

\_\_\_  Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

X    Item Under Seal pursuant to a court order\* (Doc. 28 of Civil Action No. 4:13-cv-01164 [Case number before transfer order, attached as exhibit A])

\_\_\_  Item Under Seal pursuant to the Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1
       (Document number of redacted version: \_\_\_ )

\_\_\_  Other (description):

\* Filing of these items requires Judicial Approval.

E-file this place holder in ECF in place of the documents filed conventionally.  File a copy of this

Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).