UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: BAIR HUGGER FORCED AIR
WARMING DEVICES PRODUCTS LIABILITY
LITIGATION                                          MDL No. 2666

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −8)

On December 11, 2015, the Panel transferred 5 civil action(s) to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See _F.Supp.3d_ (J.P.M.L. 2015). Since that time, 27 additional action(s) have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Joan N. Ericksen.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Ericksen.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of December 11, 2015, and, with the consent of that court, assigned to the Honorable Joan N. Ericksen.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Mar 24, 2016

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: BAIR HUGGER FORCED AIR
WARMING DEVICES PRODUCTS LIABILITY
LITIGATION**  MDL No. 2666

### SCHEDULE CTO−8 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| ALABAMA NORTHERN | | | |
| ALN | 2 | 15−02254 | Burroughs et al v. 3M Company Inc et al |
| ARIZONA | | | |
| AZ | 2 | 16−00085 | Mady v. 3M Company et al |
| GEORGIA MIDDLE | | | |
| GAM | 1 | 15−00196 | MORGAN et al v. 3M COMPANY et al |
| ILLINOIS NORTHERN | | | |
| ILN | 1 | 16−01215 | Young v. 3M Company et al |
| OHIO NORTHERN | | | |
| OHN | 1 | 16−00269 | Ulmer et al v. 3M Company et al |
| OKLAHOMA EASTERN | | | |
| OKE | 6 | 16−00045 | Donley v. 3M Company et al |
| TEXAS EASTERN | | | |
| TXE | 4 | 15−00841 | Abrams v. 3M Company et al |
| VIRGINIA WESTERN | | | |
| VAW | 6 | 15−00043 | Petty v. 3M Company et al |
| WASHINGTON WESTERN | | | |
| WAW | 3 | 16−05081 | Rinehart et al v. 3M Company et al |