# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

|  |  |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Devices Products Liability Litigation, | **COURT MINUTES**<br>BEFORE: JOAN N. ERICKSEN<br>U.S. District Judge<br>and<br>FRANKLIN L. NOEL<br>U.S. Magistrate Judge |

| | |
|---|---|
| Case No: | 15-md-2666 (JNE/FLN) |
| Date: | March 24, 2016 |
| Deputy: | Catherine B. Cusack |
| Court Reporter: | Maria V. Weinbeck |
| Courthouse: | Minneapolis |
| Courtroom: | 12W |
| Time Commenced: | 11:02 a.m. |
| Time Concluded: | 11:23 a.m. |
| Time in Court: | 21 Minutes |

## STATUS CONFERENCE

APPEARANCES:

Plaintiffs: Ben W. Gordon, Jr., Levin Papantonio, P.A.; Genevieve M. Zimmerman, Meshbesher & Spence, Ltd.; Michael V. Ciresi and Michael A. Sacchet, Ciresi Conlin LLP; Christopher L. Coffin, Pendley, Baudin & Coffin, LLP; David W. Hodges and Gabriel A. Assaad, Kennedy Hodges, LLP; David Szerlag, Pritzker Olsen; Behram V. Parekh, Kirtland and Packard, LLP.

Telephone Participants: Annesley DeGaris; Joe Waechter; Julie Jochum; Roberto Blun; Lila Razmara; Nicholas Rockforte; Brian Tadtman; Michael Goetz; Eldon Korshidi; John Pappas; Kaitlyn Neufeld; Dean Xenick.

Defendant: Jerry W. Blackwell, Corey L. Gordon, and Mary S. Young, Blackwell Burke, P.A. Bridget M. Ahmann, Faegre Baker Daniels LLP

PROCEEDINGS:

☒ Status Conference held.
☒ Appearances made on the record.
☒ Next Status Conference is set for Friday, April 29, 2016 at 10:00 a.m.

                                                                                 s/Catherine B. Cusack
                                                                                      Courtroom Deputy