```
 1                    UNITED STATES DISTRICT COURT

 2                      DISTRICT OF MINNESOTA

 3      ---------------------------------------------------------
                                    )
 4                                  )   File No. 15-MD-2666
        In Re: Bair Hugger Forced Air   )   (JNE/FLN)
 5      Warming Devices Products     )
        Liability Litigation         )   March 24, 2016
 6                                  )   Minneapolis, Minnesota
                                    )   Courtroom 12W
 7                                  )   11:00 a.m.
                                    )
 8                                  )
                                    )
 9      ---------------------------------------------------------

10            BEFORE THE HONORABLE JOAN N. ERICKSEN
                 UNITED STATES DISTRICT COURT JUDGE
11
              And THE HONORABLE FRANKLIN D. NOEL
12               UNITED STATES MAGISTRATE JUDGE

13            And THE HONORABLE WILLIAM H. LEARY III
                      RAMSEY COUNTY JUDGE
14
                        (STATUS CONFERENCE)
15
        APPEARANCES
16
        FOR THE PLAINTIFFS:        LEVIN PAPANTONIO
17                                 Ben W. Gordon, Jr.
                                   316 S. Baylen Street
18                                 Suite 600
                                   Pensacola, FL 32502
19
                                   MESHBESHER & SPENCE
20                                 Genevieve M. Zimmerman
                                   1616 Park Avenue
21                                 Minneapolis, MN  55404

22                                 CIRESI CONLIN
                                   Michael Ciresi
23                                 Michael Sacchet
                                   225 South 6th Street
24                                 Suite 4600
                                   Minneapolis, MN
25
                     (Appearances continued next page)
```

```
1     FOR THE PLAINTIFFS:        PRITZKER OLSEN, P.A.
                                 David J. Szerlag
2                                45 South 7th Street, #2950
                                 Minneapolis, MN  55402-1652
3
                                 PENDLEY, BAUDIN & COFFIN L.L.P.
4                                Chris Coffin
                                 P.O. Box 71
5                                Plaquemine, LA 70765

6                                KENNEDY HODGES, LLP
                                 David W. Hodges, Esq.
7                                711 W. Alabama Street
                                 Houston, TX 77006
8
                                 PAULSON & NACE
9                                Gabriel A. Assaad
                                 1615 New Hampshire Ave NW
10                               Third Floor
                                 Washington, DC 20009
11
                                 KIRTLAND AND PACKARD LLP
12                               Behram V. Parekh
                                 2041 Rosecreans Avenue
13                               Third Floor, Suite 300
                                 El Segundo, CA  90245
14

15    FOR THE PLAINTIFFS        ANDREWS & THORNTON
      (APPEARING BY PHONE:)     Anne Andrews
16                              Lila Razmara
                                2 Corporate park
17                              Suite 110
                                Irvine, CA 92606
18
                                DEGARIS LAW GROUP, LLC
19                              Annesley H. Degaris
                                3179 Green Valley Rod 235
20                              Birmingham, AL 35243

21                              MORGAN & MORGAN MASS TORT DEPT.
                                Joe Tapp Waechter
22                              201 North Franklin Street
                                6th Floor
23                              Tampa, FL  33602

24                              JULIE M. JOCHUM, ESQ.
                                Julie M. Jochum
25                              220 GAuse Blvd
                                Slidell, LA  70005
```

```
 1      FOR THE PLAINTIFFS
        (APPEARING BY PHONE:)      PENDLEY, BAUDIN & COFFIN L.L.P.
 2                                 Nicholas Rockforte
                                   P.O. Box 71
 3                                 Plaquemine, LA 70765

 4                                 PETERSON & ASSOCIATES, P.C.
                                   Brian Emerson Tadtman
 5                                 801 W. 47th Street
                                   Suite 107
 6                                 Kansas City, MO  64112

 7                                 MORGAN & MORGAN, PA
                                   Michael S. Goetz
 8                                 201 N. Franklin St, 7th Fl
                                   Tampa, FL  33602
 9
                                   BERNSTEIN LIEBHARD LLP
10                                 Eldon Khorshidi
                                   10 East 40th Street
11                                 New York, NY  10016

12                                 PAPPAS & HEALY
                                   John J. Pappas
13                                 221 N. LaSalle St. #3410
                                   Chicago, IL  60601
14
                                   DEAN XENICK
15                                 303 Banyan Blvd
                                   West Palm Beach, FL 33401
16
                                   (Counsel present by phone but no
17                                 contact info:Roberto Blun,
                                   Kaitlyn Neufeld)
18

19

20

21

22

23

24

25
```

```
 1      FOR THE DEFENDANTS:        BLACKWELL BURKE P.A.
                                   Jerry W. Blackwell
 2                                 Mary S. Young
                                   Corey L. Gordon
 3                                 431 South Seventh Street
                                   Suite 2500
 4                                 Minneapolis, MN  55415

 5                                 FAEGRE BAKER DANIELS
                                   Bridget M. Ahmann
 6                                 90 South Seventh Street
                                   Suite 2200
 7                                 Minneapolis, MN  55402

 8
        Court Reporter:            MARIA V. WEINBECK, RMR-FCRR
 9                                 1005 U.S. Courthouse
                                   300 South Fourth Street
10                                 Minneapolis, Minnesota 55415

11            Proceedings recorded by mechanical stenography;
        transcript produced by computer.
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**P R O C E E D I N G S**

**(9:36 a.m.)**

**IN OPEN COURT**

**(11:02 a.m.)**

1
2
3
4
5          THE COURT:  Good morning.  I think it's still
6    morning.  Please be seated.
7          We are here for a regularly scheduled conference
8    in In Re: Bair Hugger, the MDL.  And Judge Noel and I along
9    with Judge Leary have had a conference in chambers, and I
10   think that we have made some good progress, but I do
11   apologize for the wait for those of you who have been out
12   here and then also for those of you who are on the
13   telephone.  So do we have the telephone people?  Can you
14   hear us?
15         UNIDENTIFIED SPEAKER:  Yes.
16         THE COURT:  Okay, I heard someone say "yes."
17         UNIDENTIFIED SPEAKER:  I'm here too.
18         THE COURT:  Okay, that's good.  I'm going to take
19   appearances from the folks here in the courtroom.  Start
20   with plaintiff.
21         MR. GORDON:  Your Honor, Ben Gordon for the
22   plaintiffs.
23         MS. ZIMMERMAN:  Your Honors, Genevieve Zimmerman
24   for plaintiffs.
25         MR. CIRESI:  Michael Ciresi on behalf of the

 1    plaintiffs.

 2              MR. SACCHET:  Michael Sacchet on behalf of the

 3    plaintiffs.

 4              THE COURT:  And anybody else who wants to be

 5    identified?  Nope?  Mr. Blackwell, your side.

 6              MR. BLACKWELL:  Yes, Your Honor.  Jerry Blackwell

 7    speaking for 3M.

 8              MS. AHMANN:  Bridget Ahmann for 3M.

 9              MR. GORDON:  Corey Gordon for 3M.

10              MS. YOUNG:  And Mary Young for 3M.

11              THE COURT:  Judge Noel and I are here together on

12    the bench presiding, and Judge Leary is here in the

13    courtroom.  Thank you very much again, Judge Leary, for

14    coming over.

15              JUDGE LEARY:  Thank you for inviting me over.

16              THE COURT:  Phone participants, I'll list the

17    names I have, and if I don't say your name, speak up and let

18    me know that you're there, would you please?

19              I've got Annesley DeGaris, Joe Waechter, Julie

20    Jochum, Roberto Blun, Lila Razmara, Nicholas Rockforte,

21    Brian Tadtman, Michael Goetz, Eldon Korshidi, John Pappas,

22    Kaitlyn Neufeld, and Dean Xenick.

23              MR. GORDON:  Xenick, Your Honor.

24              THE COURT:  Xenick.

25              MR. WALKER:  Your Honor, Travis Walker.

1              THE COURT:  Could you spell that, please?

2              MR. WALKER:  T-R-A-V-I-S W-A-L-K-E-R.

3              THE COURT:  Okay, thank you.  Anybody else?  All

4     right.

5              MS. ANDREWS:  Your Honor, Anne Andrews is on.

6              MR. GORDON:  Anne Andrews, a member of our PEC,

7     Your Honor.

8              THE COURT:  Anybody else?

9              All right.  We have the benefit of a joint agenda,

10    and the bulk of our time will be spent on the case

11    management order.  After lengthy discussions in chambers, it

12    is our plan to issue an order directing you to prepare a

13    detailed pretrial order with the following calendar items:

14             April 29, 2016, parties submit a proposed

15    protective order and ESI protocol on or before that date.

16             Initial disclosures required by 26(a)(1) that

17    pertain to the issue of general causation to be completed on

18    or before April 29, 2016.

19             Master long form and master short form complaints

20    to be filed and served on or before April 29, 2016.  That's

21    all the same date there.

22             A science day, which will be an educational

23    tutorial not to be on the record, and to last four hours, no

24    more than four hours, will be held on May 19, 2016.

25             Answers to the long form complaint may be filed no

1    later than July 8, 2016.

2              Motions to dismiss parties or claims in the master

3    long form complaint may be filed no later than July 8, 2016.

4              Plaintiffs may amend the master long form and

5    master short form complaints without leave of court on or

6    before July 29, 2016.

7              Parties to propose a form plaintiff fact sheet and

8    a service protocol on or before August 19, 2016.

9              Fact discovery on the issue of general causation

10   to be commenced any time now, but in time to be completed by

11   October 3, 2016.

12             Plaintiff fact sheets shall be filed no later than

13   90 days after the Court adopts the form plaintiff fact

14   sheet.

15             The parties shall propose a plan, which would be a

16   criteria protocol for the selection of bellwether cases on

17   or before October 17, 2016.  And that is the date for

18   proposing a plan to select the bellwether cases not, of

19   course, the actual selection of the bellwether cases.

20             The pool of bellwether cases will be cases filed

21   in or removed to or transferred to this court on or before

22   December 19, 2016.

23             Then as to experts on general causation, initial

24   expert reports and disclosures of the identity of expert

25   witnesses under 26(a)(2) to be exchanged on or before

1    December 1, 2016.

2              Rebuttal expert reports and disclosures of the

3    identity of rebuttal expert witnesses shall be exchanged on

4    or before February 1, 2017.

5              Depositions of expert witnesses to be completed on

6    or before April 1, 2017.

7              Then March 1, 2017, for the bellwether cases to be

8    selected.  So on or before March 1, 2017, bellwether cases

9    selected.

10             Initial disclosures required by 26(a)(1) that

11   pertain to the bellwether case specific issues shall be

12   completed on or before March 8, 2017.

13             Motions to amend the master long form and master

14   short form complaints to include punitive damage claims may

15   be filed no later than April 21, 2017.

16             Daubert motions and other dispositive motions as

17   defined under the local rules of this Court may be filed no

18   later than June 15, 2017.

19             Bellwether case specific discovery shall not be

20   commenced earlier than March 2, 2017, and shall be completed

21   no later than July 1, 2017.  And the first bellwether trial

22   shall commence November 6, 2017.

23             If there are glitches or little problems with that

24   schedule, the parties will discuss those and bring them to

25   our attention if necessary.  But the beginning, the big

1    dates are firm there.  Judge Noel, would you say that's

2    right?

3              MAGISTRATE JUDGE NOEL:  Yes.

4              THE COURT:  The next item on the joint proposed

5    agenda is an update on the number and status of cases

6    transferred to the MDL.  Anybody want to say anything about

7    that beyond what's here?

8              MR. SZERLAG:  Good morning, Your Honor.  David

9    Szerlag, liaison counsel.  As of this morning, I believe we

10   have 177 cases that have either been filed or transferred to

11   this court.

12             I also, just as a quick followup on the state

13   court cases, other than the ones pending in Ramsey County, I

14   believe there are five cases that are filed in other

15   jurisdictions.  There really hasn't been any, I spoke with

16   attorneys representing plaintiffs on three of those five

17   cases.  There really isn't a lot of movement afoot on

18   discovery or even scheduling orders at this particular point

19   in time, but counsel had indicated that they'll certainly

20   keep us up to date with what's happening in state court

21   actions.

22             THE COURT:  Would you mind coming to the podium

23   just because I'm worried that the people on the phone won't

24   be able to hear you.

25             The cases that are contained in the pretrial, the

11

1    agenda, include this Wilshire case in Madison County,

2    Illinois, and it looks like not much is happening there so

3    far.

4              MR. SZERLAG:  Could I just get my notes then for

5    the specific cases.

6              THE COURT:  Yes.

7              MR. SZERLAG:  Thank you.

8              The Wilshire case, I spoke with Attorney Hopkins

9    and his case is pending in the Madison County, Illinois,

10   court.  There is a medical malpractice component to that

11   case as well against the doctor and the hospital.  He

12   indicated that 3M did file a motion to dismiss, but at this

13   particular time, nothing was scheduled.  There was no

14   hearing scheduled, and there was no status conference

15   scheduled as well.

16             THE COURT:  They might not even have a judge yet,

17   right?

18             MS. SZERLAG:  Attorney Hopkins did not tell me

19   that.  I believe that I learned that from the defendant's

20   filing.

21             MS. AHMANN:  Yes, Your Honor, I think a new judge

22   was just assigned.  The third judge was assigned like two

23   days ago.

24             THE COURT:  Okay.  Then I've got the Rodriguez

25   case where apparently there's an initial scheduling

1    conference going on right now or maybe they're already done,

2    March 24, 2016, and that's another Illinois case.  This one

3    in Lake County.

4              MR. SZERLAG:  Again, I believe the defendant's

5    filing indicated I believe March 22nd or 23rd for a status

6    conference.  Plaintiff's counsel told me it was the 17th.

7    He was going to be out of town, but his partner was going to

8    cover that and that they would get back to me, and I have

9    not heard anything back there as well.

10             Apparently, there has been a lot going -- well,

11   the case was non-suited for a year, and it was just recently

12   reinstituted.  No discovery as of yet, and there were

13   multiple claims.  I believe there was an allegation against

14   Medtronic as well as manufacturer of a spinal fusion device.

15             THE COURT:  And there was a motion to dismiss

16   filed by 3M in that case, maybe?

17             MS. AHMANN: Yes.

18             THE COURT:  Okay.  Lawson, which is in Texas.

19             MR. SZERLAG:  Lawson, I spoke with Attorney

20   Hopkins.  He indicated that he was local counsel for the

21   Housseirre Law Firm which has the other case that's pending

22   in Harris County.

23             THE COURT:  Childers?

24             MR. SZERLAG:  Yes.  I was unable to connect with

25   Attorney Housseirre, but I know Mr. Gordon has had some

1    discussions with him within the last couple of days.

2              MR. GORDON:  I did, Your Honor.  Just yesterday, I

3    had a call from Mr. Housseirre, and he indicated an intent

4    to move forward with this case pursuant to the Texas rules.

5    I felt like he had an obligation based on the negligence

6    hospital-based portion, the hospital defendant, I think, but

7    that he would be happy to work with us in this court in

8    terms of trying to coordinate aspects of that discovery, and

9    I don't have anything more formal than that, Your Honor.

10             THE COURT:  All right.  Thank you very much.

11             Now, that's all I have.  I think that's four, so

12   there is there a fifth?

13             MR. SZERLAG:  There's one other case, Your Honor.

14   It was the Martin case, which had been filed in the state

15   Court in Louisiana that had been transferred to the Xarelto

16   MDL with Judge Fallon, I believe.  And my understanding is I

17   actually got a communication from Attorney Sintola and he

18   indicated that Judge Fallon, I believe, issued a stay, and

19   that that case will remain in the Xarelto MDL.

20             THE COURT:  Is there anything that we need to do

21   about that or just be aware of it?  That's just the one

22   plaintiff, right?

23             MR. SZERLAG:  One plaintiff, and my understanding

24   is that Judge Fallon was going to contact Your Honor.  That

25   was the last I heard.

1          THE COURT:  Okay.

2          MS. YOUNG:  Your Honor, if I may, I know there was

3    a status conference in Xarelto, and the parties represented

4    that they would report back at the next status conference

5    after we had a chance to raise the issue with Your Honor.

6    And I understand that Your Honor's position is that that

7    case can stay in --

8          THE COURT:  I don't have any basis for any other

9    decision.  I don't know any more than what's in here, so I

10   --

11         MR. SZERLAG:  Okay, my understanding was that

12   Judge Fallon did issue an order staying the case and

13   indicating that it was going to stay in Louisiana.  I can

14   certainly see if I can get a copy of the Order and provide

15   it to the Court.

16         MS. YOUNG:  The Order is just simply a stay as to

17   deadlines as to 3M, but I do think Judge Fallon had no

18   problem with the case remaining there, and just asked that

19   we alert Your Honor to the case.  But we can report back

20   that it will remain in --

21         THE COURT:  Well, does anybody think it should be

22   pulled out of Xarelto?  I mean I don't independently think

23   it ought to be pulled out of that and put here, but let's --

24         MS. YOUNG:  3M's position is that it can remain in

25   that MDL.

1          THE COURT:  I'll let you have another minute to

2    discuss, but I just before Judge Leary has to leave, Judge

3    Leary, you are not going to have your conference tomorrow.

4          JUDGE LEARY:  I actually have a conference on

5    Friday.  I won't reschedule a conference until after the

6    next conference we have in federal court.

7          THE COURT:  Okay.

8          JUDGE LEARY:  And I have an executive team meeting

9    that I need to get to.

10          THE COURT:  No problem.  I just wanted to make

11    sure that we knew that.  And then also just I know before

12    you leave, this science day, I'm wondering whether we

13    couldn't invite, I mean Judge Leary, obviously, but what

14    about some of these other state judges?

15          MR. GORDON:  Certainly, Your Honor.

16          MS. ZIMMERMAN:  Happy to do that.

17          MR. SZERLAG:  I'll certainly try to reach out too.

18          THE COURT:  I can do it.  I just wanted to check

19    with you and see if that was okay.  Thank you very much.

20    See you again.

21          (Judge Leary exits courtroom. )

22          THE COURT:  All right.  So you may report back to

23    Judge Fallon that Martin will remain with Xarelto.

24          MS. YOUNG:  Thank you, Your Honor.  I'll do that.

25          THE COURT:  Anything else from our liaison?

1         MR. SZERLAG:  I don't believe so, Your Honor. I

2    think that covers those out-of-state cases.  Thank you.

3         THE COURT:  Excellent.

4         Now, common benefit order was the next item.

5         MS. ZIMMERMAN:  Yes, Your Honor.  I think there's

6    nothing specific to report at this time other than we will

7    have a formal proposal to Your Honor for the Court's

8    consideration by the April status conference.

9         THE COURT:  Excellent.  And the e-mail service of

10   process and direct filing of cases is not -- was not able to

11   be completed by today, but you are still hopeful that you'll

12   be able to work out something on that; is that correct?

13        MS. ZIMMERMAN:  Yes, Your Honor, that's right.

14   And I believe that Ms. Young for 3M has red lines from us,

15   and we'll continue to work together and hope to have

16   something proposed to Your Honor quickly.

17        THE COURT:  Okay, that's great.  And then the

18   summary of facts for the website, we'll still take that

19   whenever you can get it done.

20        MS. ZIMMERMAN:  Thank you.

21        THE COURT:  Judge Noel?

22        MAGISTRATE JUDGE NOEL:  I have nothing further.

23   Thank you.

24        THE COURT:  What about from counsel?  Mr. Gordon?

25        MR. GORDON:  Yes, Your Honor.  Just with respect

```
 1    to the next hearing date.
 2              THE COURT:  Oh, yes, and we should make sure that
 3    the folks on the line know that.  Because of a conflict with
 4    at least some of the lawyers, we have had to move the
 5    April 21st date, and we moved that to Friday, April 29th.
 6    And we've selected 10:00 a.m. as the time for that next
 7    status conference.  So there will not be a status conference
 8    on April 21st, but there will be one on Friday, April 29th
 9    at 10:00 a.m.
10              MR. GORDON:  Thank you, Your Honor.
11              MR. BLACKWELL:  One other thing, Your Honor, and
12    this is mostly a question I have for plaintiffs than for the
13    Court.  But we've been seeing this uptick in medical device
14    reports that look strikingly like complaints in the
15    litigation with some embellishment.  And they're anonymous.
16    I don't know if the lawyers in the courtroom are involved in
17    submitting those.  If so, we have something to talk to them
18    about.  If not, then we don't have anything to talk about.
19              THE COURT:  I'm sorry, what reports are you
20    talking about?
21              MR. BLACKWELL:  Medical device reports related to
22    --
23              MR. GORDON:  MDRs, this is the first I've heard of
24    this, Your Honor.  I'm kind of blindsided.  I have no idea
25    what --
```

```
 1              MR. BLACKWELL:  I'm not trying to blindside you.

 2    It's just that they are being filed anonymously all of a

 3    sudden.  They seem to look like complaints in the lawsuit.

 4              MAGISTRATE JUDGE NOEL:  Where did they get filed?

 5    I don't know what you're talking about.

 6              MR. BLACKWELL:  I'm sorry, with the FDA, Your

 7    Honor.

 8              MR. GORDON:  There's a process for the FDA for

 9    anyone to report medical device related problems.  It's news

10    to me.  I have no idea.  I haven't done it.  But, you know,

11    whether or not others have, I don't know if there's anything

12    --

13              THE COURT:  Yes, maybe you ought to just talk

14    amongst yourselves.

15              MR. BLACKWELL:  We will, Your Honor.

16              MR. GORDON:  Appreciate it.

17              THE COURT:  Thank you.

18              MAGISTRATE JUDGE NOEL:  Anything else,

19    Mr. Blackwell?

20              MR. BLACKWELL:  No, Your Honor.

21              THE COURT:  All right.  Well, thank you all very

22    much.  I appreciate it.  Look forward to seeing you at the

23    end of April, and perhaps receiving some other submissions

24    from you in the meantime.  Any problems, call, of course.

25              MR. GORDON:  Thank you very much.
```

1        MR. BLACKWELL:  Thank you, Your Honor.

2        THE COURT:  We're in recess.

3             (Court adjourned at 11:23 a.m.)

4

5

6                    *      *      *

7

8        I, Maria V. Weinbeck, certify that the foregoing is

9    a correct transcript from the record of proceedings in the

10   above-entitled matter.

11

12             Certified by:  *s/ Maria V. Weinbeck*

13                            Maria V. Weinbeck, RMR-FCRR

14

15

16

17

18

19

20

21

22

23

24

25