# UNITED STATES DISTRICT COURT

_____ DISTRICT OF MINNESOTA _____

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | **MOTION TO WITHDRAW AS COUNSEL OF RECORD WITHOUT SUBSTITUTION**  MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To: LUCIANO DELAGO, Court File 15-4259 | |

_____

Pursuant to Rule 83.7(c) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby requests the Court and counsel that Edward A. Wallace, currently listed as counsel of record for Plaintiff Luciano Delago wishes to withdraw as counsel for Plaintiff Luciano Delago in this case. Plaintiff Delago has and will continue to be represented by Yvonne M. Flaherty from Lockridge Grindal Nauen PLLP, so no substitution of counsel is necessary.

April 15, 2016  /s/ Edward A. Wallace
Edward A. Wallace
WEXLER WALLACE LLP
55 West Monroe Street, #3300
Chicago, IL 60603
Phone: (312) 346-2222
Email: eaw@wexlerwallace.com

## Certificate of Service

I, Edward A. Wallace, hereby certify that, on April 15, 2016, I caused a copy of the Motion to Withdraw as Counsel of Record Without Substitution to be served upon all parties via the Court's ECF system.

Dated: April 15, 2016 				Respectfully Submitted,
						/s/ Edward A. Wallace
						Edward A. Wallace