# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL NO. 15-2666 (JNE/FLN) |
| This Document Relates To: | **NOTICE OF APPEARANCE OF DONALD PATRICK MCKENNA, JR.** |
| RONALD GOLDFON AND NANCY GOLDFON, Case No: 0:16-cv-01076 | |

The undersigned attorney hereby notifies the Court and counsel that Donald Patrick McKenna, Jr., shall appear as counsel of record for Ronald and Nancy Goldfon in this case.

Dated: <u>April 27, 2016</u>      /s/Don McKenna_____
DONALD PATRICK MCKENNA, JR.
AL Bar No. (ASB-6494-C66D)
Hare, Wynn, Newell and Newton, LLP
2025 Third Avenue North
Suite 800
Birmingham, AL 35203
Tel: (205) 328-5330
Fax: (205) 324-2165
don@hwnn.com
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I, Donald Patrick McKenna, Jr., hereby certify that, on April 27, 2016, I caused copies of the Notice of Appearance to be served upon the parties and counsel of record via ECF.

Respectfully submitted,

<u>/s/Don McKenna</u>
Donald Patrick McKenna, Jr.