UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to All Actions | **PRETRIAL ORDER NO. 6: E-SERVICE** |

In the interests of efficiency and judicial economy, Defendants 3M Company and Arizant Healthcare, Inc. ("3M Company"), have agreed to accept service of process via e-mail for Plaintiffs' Summons and Complaints in actions filed in MDL No.2666. Based thereon, and pursuant to the parties' joint submission to the Court, **IT IS HEREBY ORDERED** that:

1. Plaintiffs may serve Defendants 3M Company and Arizant Healthcare, Inc. by electronically serving a properly executed Summons and filed Complaint upon counsel for Defendants, Blackwell Burke P.A., via e-mail, as follows:

    a. For service on Defendant 3M Company, Plaintiffs must e-mail required documents to **3MBHeservice@blackwellburke.com**.

    b. For service on Defendant Arizant Healthcare, Inc., Plaintiffs must e-mail required documents to **3MBHeservice@blackwellburke.com**.

2. In order for service to be effective, each individual defendant must be separately served via e-mail with the appropriate summons and complaint sent to the specific designated e-mail address listed above.

3. The Blackwell Burke P.A. mail system will generate an automated response to the sender upon receipt of an e-mail to the designated address.  This automated response will confirm receipt of the e-mail, and shall constitute proof of service only as to any one or more of the defendants upon which Plaintiffs have served the required documents to the appropriate e-mail address. The automatic receipt of the Plaintiffs' e-mails shall not constitute proof of service or acceptance of service as to any defendant in the event Plaintiffs have failed to deliver the required documents to the appropriate e-mail address for the particular defendant.

4. Defendants will not otherwise respond to the above-described e-mails and/or any inquiries or requests for confirmation of receipt.  Specific questions or issues should be directed to Defendants' counsel, to the attention of **Mary Young (myoung@blackwellburke.com**) or **Benjamin Hulse (bhulse@blackwellburke.com)** at Blackwell Burke P.A.

5. Plaintiffs shall make proof of electronic service to the Court as required by Rule 4(l) of the Federal Rules of Civil Procedure.

6. Acceptance of electronic service shall not constitute a waiver of any objection to personal jurisdiction or venue.

Dated: April 29, 2016			s/ Joan N. Ericksen
					JOAN N. ERICKSEN
					United States District Judge