# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

|  |  |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Devices Products Liability Litigation, ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **COURT MINUTES**<br>BEFORE: JOAN N. ERICKSEN<br>U.S. District Judge<br>and<br>FRANKLIN L. NOEL<br>U.S. Magistrate Judge<br><br>Case No:         15-md-2666 (JNE/FLN)<br>Date:            April 29, 2016<br>Deputy:          Catherine B. Cusack<br>Court Reporter:  Maria V. Weinbeck<br>Courthouse:      Minneapolis<br>Courtroom:       12W<br>Time Commenced:  10:06 a.m.<br>Time Concluded:  11:03 a.m.<br>Time in Court:   57 Minutes |

## STATUS CONFERENCE

APPEARANCES:

Plaintiffs: Ben W. Gordon, Jr., Levin Papantonio, P.A.; Genevieve M. Zimmerman, Meshbesher & Spence, Ltd.; Michael V. Ciresi and Jan M. Conlin, Ciresi Conlin LLP; David W. Hodges and Gabriel A. Assaad, Kennedy Hodges, LLP; Brendan Flaherty, Pritzker Olsen; Behram V. Parekh, Kirtland and Packard, LLP

Defendant: Jerry W. Blackwell, Mary S. Young and Benjamin W. Hulse, Blackwell Burke, P.A. Bridget M. Ahmann, Faegre Baker Daniels LLP

Telephone Participants: Abby Cordray, Brown & Crouppen, PC; Alfred Olinde, Jr, The Olinde Firm, LLC; Alyson Oliver, The Oliver Law Group, P.C.; Annaliese Abbey, Law Office of James S. Rogers; Brian E. Tadtman, Peterson & Associates, P.C.; Charles T. Paglialunga, Paglialunga & Harris, PS; David J. Szerlag, Pritzker Olsen, PA; Dean Xenick, Zele Huber Trial Attorneys; J. Kyle Bachus, Bachus & Schanker, LLC; Jacqueline A. Olson; Zimmerman Reed, LLP; James S. Rogers, Law Office of James S. Rogers; Jonathan S. Mann, Pittman Dutton & Hellums; Julie M. Jochum, Michael Hingle & Associates; Kaitlyn Spring Neufeld, Goza & Honnold, LLC; Katie Babb, McSweeney Langevin; Laura Young, Law Office of Brian Timothy Meyers; Michael Goetz, Morgan & Morgan; Michael Sacchet, Ciresi Conlin, LLP; Noah Lauricella, Goldenberg Law, PLLC; Peggy Little, Hare Wynn Newell & Newton; Rajesh Kanuru, KP Law, LLC; Richard R. Schlueter, Childers, Schlueter & Smith, LLC; Robert Cain, David & Crump; Steve Healy, The Pappas Law Group, LLC; Annesley DeGaris, DeGaris Law Group, LLC;

    Caroline W. Thomas, Murray Law Firm; Dae Y. Lee, Bernstein Liebhard, LLP; Richard M. Martin, Jr., Lamothe Law Firm, LLC

## PROCEEDINGS:

- ☒ Status Conference held.
- ☒ Appearances made on the record.
- ☒ The parties' next scheduled court appearance is May 19, 2016.  Science Day, previously scheduled at 2:00 p.m., will now begin at 1:00 p.m.  Plaintiffs' Steering Committee and Defendants' Lead Counsel are to please inform the Court if they would like to meet in chambers at 12:15 p.m. for an informal status conference.