# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | **NOTICE OF APPEARANCE**  Case No: MDL 2666 (JNE/FLN) |
| This Document Relates To:  RAYMOND NORTON, CASE NO. 16-0113 | |

The undersigned attorney hereby notifies the Court and counsel that Christopher L. Coffin shall appear as counsel of record for Raymond Norton, Plaintiff in this case.

| | |
|---|---|
| Dated: May 9, 2016 | /s/Christopher L. Coffin  Christopher L. Coffin  Pendley, Baudin & Coffin L.L.P.  1515 Poydras Street, Ste. 1400  New Orleans, LA 70112  Telephone: (504) 355-0086  Facsimile: (504) 523-0699  ccoffin@pbclawfirm.com  *Attorney for Plaintiff* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing has been filed using the Court's electronic ECF/CM system and electronically served on all parties on this 9th day of May, 2016.

　　　/s/ Christopher L. Coffin
　　　Christopher L. Coffin