# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

|  |  |
|---|---|
|  | **COURT MINUTES** |
|  | BEFORE: JOAN N. ERICKSEN |
|  | U.S. District Judge |
|  | and |
|  | FRANKLIN L. NOEL |
|  | U.S. Magistrate Judge |
| IN RE: Bair Hugger Forced Air Warming Devices Products Liability Litigation, | Case No: 15-md-2666 (JNE/FLN) |
|  | Date: May 19, 2016 |
|  | Deputy: Catherine B. Cusack |
|  | Court Reporter: Maria V. Weinbeck |
|  | Courthouse: Minneapolis |
|  | Courtroom: 12W |
|  | Time Commenced: 1:10 p.m. |
|  | 1:10 p.m. - 3:05 p.m. |
|  | 3:20 p.m. - 3:55 p.m. |
|  | 4:10 p.m. - 6:10 p.m. |
|  | Time Concluded: 6:10 p.m. |
|  | Time in Court: 4 hours & 35 minutes |

## SCIENCE DAY

APPEARANCES:

Plaintiffs: Ben W. Gordon, Jr., Levin Papantonio, P.A.; Genevieve M. Zimmerman, Meshbesher & Spence, Ltd.; Michael V. Ciresi and Jan M. Conlin, Ciresi Conlin LLP; David W. Hodges and Gabriel A. Assaad, Kennedy Hodges, LLP; Christopher L. Coffin, Pendley, Baudin & Coffin, LLP.

Defendant: Jerry W. Blackwell and S. Jamal Faleel, Blackwell Burke, P.A.

PROCEEDINGS:

- ☒ Plaintiffs' Witnesses: Scott D. Reynolds, PE; William Robert Jarvis, M.D.; David J. Covall, M.D.

- ☒ Defendant's Witnesses: Richard P. Wenzel, M.D., M.Sc.; John P. Abraham, Ph.D.; and Michael A. Mont, M.D.