# EXHIBIT B

## MDL 15-2666: IN RE:  BAIR HUGGER FORCED AIR WARMING PRODUCTS LIABILITY LITIGATION
### MONTHLY TIME REPORT

Month/Date:
[FIRM NAME]

Categories: 1. Lead Counsel Calls/Meetings  2. PEC/PSC Calls/Meetings  3. Lead/Liasion duties  4. Administrative  5. MDL Status Conference  6. Court Appearance  7. Law Brief  8. Discovery  9. Doc Review  10. Litigation Strategy & Analysis 11. Dep: Prep/Take/Defend  12. Pleadings/Briefs/Pre-Trial Motions  13. Science  14. Experts/Consultants  15. Settlement  16. Trial Prep/Bellwether  17. Trial 18. Appeal 19. Travel

| Firm ID | Last Name, First Name: | Professional Level: Partner (PT), Associate (A), Contract ( C) or Paralegal (PR) | Date of Service | Category Code | Detailed description of Work performed | Work assigned by or Approved by: | Billing rate: | Time spent (by .1 increments) | Fees total: |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| Category Name: | Total Time per Category | Total fees per Category |
|---|---|---|
| LCC Calls/Meeting | | |
| PSC Calls/Meeting | | |
| Lead/Liasion Duties | | |
| Administrative | | |
| MDL Status Conf | | |
| Court Appearance | | |
| Law Brief | | |
| Discovery | | |
| Doc Review | | |
| Litigation Strategy & Analysis | | |
| Dep: Prep/Take/Defend | | |
| Pleadings/Briefs, Pre-trial Motions, Legal | | |
| Science | | |
| Experts/Consultants | | |
| Settlement | | |
| Trial Prep/Bellwether | | |
| Trial | | |
| Appeal | | |
| Travel | | |

Total:

*Certification*

I believe that the time set above is accurate and that the time expanded was spent on common benefit work.

_____

Partner's signature            Date

## MDL 15-2666: IN RE: BAIR HUGGER FORCED AIR WARMING PRODUCTS LIABILITY LITIGATION Quarterly Expense Report for _____[NAME]_____

Last Name, First Name:
[Attorney/Firm Name]
Month/ Date:

Categories: 1. Assessment fees 2. federal Express/Local courier 3. Postage Charges 4. Facsimile Charges 5. Long Distance 6. In-house Photocopying 7. Outside photocopying 8. Hotels 9. Meals 10. Mileage 11. Air travel 12. Deposition Costs/Expert Witness/Other 13. Lexis/Westlaw 14. Court Fees 15. Witness/Expert Fees 16. Investigation Fees/ Service Fees 17. Transcripts 18. Ground Transportation (ie rental) 19. Travel 20. Miscellaneous (describe)

**\*\*\*\*\*ALL ORIGINAL RECEIPTS MUST BE ATTACHED TO THIS EXPENSE SHEET\*\*\*\*\***

| Date | Category Code | Category Name | Detailed Description | Amount | Receipt Provided: Yes / No (if no, provide reason) |
|------|---------------|---------------|----------------------|--------|-----------------------------------------------------|
|      |               |               |                      |        |                                                     |
|      |               |               |                      |        |                                                     |
|      |               |               |                      |        |                                                     |
|      |               |               |                      |        |                                                     |
|      |               |               |                      |        |                                                     |
|      |               |               |                      |        |                                                     |
|      |               |               |                      |        |                                                     |
|      |               |               |                      |        |                                                     |
|      |               |               |                      |        |                                                     |
|      |               |               |                      |        |                                                     |
|      |               |               |                      |        |                                                     |
|      |               |               |                      |        |                                                     |
|      |               |               |                      |        |                                                     |
|      |               |               |                      |        |                                                     |
|      |               |               |                      |        |                                                     |
|      |               |               |                      |        |                                                     |
|      |               |               |                      |        |                                                     |
|      |               |               |                      |        |                                                     |
|      |               |               |                      |        |                                                     |
|      |               |               |                      |        |                                                     |