# EXHIBIT A

IN THE PROBATE COURT
COUNTY OF CHATHAM
STATE OF GEORGIA

IN RE: ESTATE OF             )
                             )
MICHAEL T. LEACHMAN,         )    ESTATE NO. L-4052
              DECEASED       )

**LETTERS OF ADMINISTRATION**
(Bond, Inventory and Returns Required)

WHEREAS, **MICHAEL T. LEACHMAN** died intestate

(Initial one)

_HL_ domiciled in this County;

____ not domiciled in this State, but owning property in this County;

and this Court granted an order appointing **JAMES E. BROOKS** as Administrator(s) of the estate of said decedent, on condition that said Administrator(s) give bond and security and give oath as required by law; and the said Administrator(s) having complied with said conditions; the Court hereby grants unto said Administrator(s) full power to collect the assets of said decedent, and to pay the debts of said estate, so far as such assets will extend, according to law, and then to pay over the balance, if any, to the legal heirs of said decedent, and to do and perform all other duties as such Administrator(s), according to the laws of this State.

IN TESTIMONY WHEREOF, I have hereunto affixed my signature as Judge of the Probate Court of said County and the seal of this office this 18th day of February, 2016.

_Harris Lewis_
Judge of the Probate Court

NOTE: The following must be signed if the judge does not sign the original of this document:

Issued by:

_____
Clerk/Deputy Clerk of the Probate Court

THIS IS TO (CERTIFY)/EXEMPLIFY that the within Foregoing is a true and correct copy of the original, That is in full force and effect.
_Letters of Administration_
Filed in the Clerk's Office of the Probate Court of Chatham County.
This _18th_ day of _February_, 20 _16_
_Andrea Clark_
Deputy Clerk, The Probate Court of Chatham County