# EXHIBIT B

# JACK HUGHSTON MEMORIAL HOSPITAL

## Pre-Anesthesia Evaluation

Procedure: **RTHA Revision**   5'0" Height   150 Weight   *Telephone Interview*

PAT Vital Signs (_____ date): _____ BP _____ HR _____ SpO₂ _____ RR _____ T _____

Pre-Op Vital Signs (_____ date): _____ BP _____ HR _____ SpO₂ _____ RR _____

**No / Yes**
- [X] Anesthesia Related Issues
  - ☐ Hx of Difficult Intubation   ☐ Malignant Hyperthermia
  - ☐ PONV                          ☐ Pseudocholinesterase Def

**No / Yes**
- [X] Respiratory Disease
  - [X] Asthma (493)        ☐ COPD                       ☐ CPAP
  - ☐ Emphysema             ☐ Obstructive Sleep Apnea
  - ☐ Recent URI            ☐ Supplemental Oxygen
  - ☐ Tobacco Use           ☐ Pack years _____ Quit 15 yrs
  - ☐ Tuberculosis

**No / Yes**
- [X] Cardiovascular Disease
  - [X] Hypertension        ☐ Rx Taken Today?
  - ☐ Ischemic Heart Disease  ☐ Angina
  - ☐ Hx Angioplasty        ☐ Exercise Tol.
  - ☐ Hx CABG               ☐ NTG use
  - ☐ Hx MI                 ☐ Hx Stent
  - *Erectile dysfunction*
  - ☐ Valvular Disease
  - ☐ MVP
  - ☐ Dysrhythmia           ☐ Pacemaker                  ☐ Defibrillator
  - ☐ Cardiomyopathy        ☐ Congestive Heart Failure
  - ☐ Cardiac Tests
  - ☐ Cardiolite   ☐ Cath   ☐ **Echo**   ☐ Treadmill
- ☐ Peripheral Vascular Disease

**No / Yes**
- [X] GI
  - [X] GERD                ☐ Hiatal Hernia              [X] PUD  w/o
  
**No / Yes**
- [X] Diabetes            BS _____
  - ☐ Non-Insulin Dependent  ☐ Insulin Dependent         ☐ Diet-controlled

**No / Yes**
- [X] Renal Disease
  - ☐ Acute Renal Failure  ☐ Renal Insuff
  - ☐ Current Dialysis      ☐ Chronic Renal Failure
                            Last Dialysed _____

**No / Yes**
- [X] Hepatic Disease
  - ☐ Alcohol/Drug Use   ☐ Cirrhosis                     ☐ Hepatitis

**No / Yes**
- [X] Thyroid Disease    ☐ Hyper                         ☐ Hypo

**No / Yes**
- [X] CNS Disease
  - ☐ Alzheimer's Dz   (Anxiety)                         ☐ Carotid Dz
  - ☐ CVA/TIA          ☐ Dementia                        ☐ Depression
  - ☐ Epilepsy/Seizure Hx  ☐ Paralysis                   ☐ Syncope
  - *B.pain affective*

**No / Yes**
- [X] Musculoskeletal Disease
  - [X] Chronic Pain (CHP)  ☐ OA                         ☐ MS
  - ☐ RA                    ☐ Other _____

**No / Yes**
- [X] Hematological Disease   ☐ Bleeding/Clotting Disorder
  - [X] Acute/Chronic Anemia   ☐ Sickle Cell Disease/Trait  ☐ HIV

**No / Yes**
- [X] Pregnancy           HCG _____

Form #: 711-004
Page 1 of 1
Effective Date: 04-15-2011

---

**No / Yes**
- ☐ Medical Clearance on Chart

Allergies  ☐ NKDA  ☐ NKFA  ☐ LATEX
**Aspirin - GI upset**

Sensitivity _____

Meds: *Celexa, Coreg, Clonidine, Ventolin INH, Amoxicillin ... @57*

Labs: 141 104 14 / 4.2 31 0.71 / XR=0.9

**FOR PATIENT TAKING BETA-BLOCKER**
No / Yes
☐ ☐ Perioperative Beta-Blocker taken/received?

Past Surg. Hx: **RTHA Rev x3, Knee scope, L & RTHA**

**AIRWAY EVALUATION**
- Oral Opening: (Adequate)  Marginal  Poor
- Dental: *full, tty*  Good  Poor  Loose   ☐ Chipped  ☐ Edentulous  ☐ Prosthesis
- Neck ROM: (Adequate)  Marginal  Poor
- MP  1  2 (3) 4    ☐ Potential difficult intubation

**PHYSICAL EXAMINATION**
- Chest  CTA  CXR: _____
- CV     NSR  EKG: SR

NPO Since: *Mar*

Anesthesia Plan:  GA   MAC   Epidural   (Spinal)
                  IVRA  Nerve Block  A-line  CVP

Pain Management:  Epidural   Intrathecal   Nerve Block

[X] I have discussed the risks of, benefits to, and alternatives for the planned anesthetic as well as the use of any planned blood products. I have answered all questions asked by the patient/guardian who agree with the plan and the potential use of blood or blood products. No guarantees have been made. Also, I have discussed the risks of, benefits to, and alternatives for the planned proposed post-operative pain management, including single and continuous nerve blocks if applicable.

**ASA**
- ☐ I
- [X] II
- ☐ III
- ☐ IV
- ☐ V
- ☐ VI
- ☐ E

_____ MD DO CRNA-AA   Date 6/4/14   Time 0_____

_____ MD DO   Date _____   Time _____

RM/BED: _____
LEACHMAN MICHAEL                         PT #: 0194721
ADM: WALDROP JOHN I                      HSV: SIP
SEX: M   DOB: 06/17/___   AGE: 55
06/04/14  00:00                          MR #: 0000____





# Post-Anesthesia Note

## JACK HUGHSTON MEMORIAL HOSPITAL

**DO NOT USE:** U, IU, MS, MSO₄, MgSO₄, QD, QOD, trailing zeros, leading decimal points (always use leading zero)

**Allergies:** ASA

**Type of Surgical Procedure:** (L) THA Revision

**Type of Anesthesia:** ☒ General – ET  ☐ General – LMA  ☐ General – MASK  ☐ Spinal  ☐ Epidural
☐ Femoral N. Block  ☐ IV Regional  ☐ MAC  ☐ Brachial Plexus Block  ☐ Ankle Block
☐ Other: _____

**Patient able to participate in post-anesthesia evaluation:** ☒ Yes  ☐ No  ☐ Other: _____

**Vital Signs:** BP 141/65   HR 101   SpO₂ 100   RR 18   Temp 97.5

**Respiratory:** Airway Patent → ☒ Yes  ☐ No  ☐ Other: _____

**Cardiovascular Status:** ☒ Stable  ☐ Other: _____

**Neurological:** ☒ Baseline  ☐ Other: _____

**Pain:** ☒ Controlled  ☐ Other: _____

**Nausea/Vomiting:** ☐ Yes  ☒ No

**Post-Op Hydration:** ☒ Adequate  ☐ Other _____

### Discharge Instructions / Post-Anesthesia Evaluation

☒ No anesthesia related problems, complications, or complaints. Discharge from PACU.

☐ Further Evaluation Required

☐ Discharge to higher level of care than originally planned: _____

**Physician Signature:** _____   **Date:** 6-5-14   **Time:** 12:30

Form #: 711-001
Page 1 of 1
Effective Date: 04-15-2011

325

RM/BED: /
LEACHMAN MICHAEL
ADM: WALDROP JOHN I   AGE: 55
SEX: M  DOB: 06/17/   MR #: 00004
06/04/14 00:00

PT #: 0194721
HSV: SIP



**Post-Anesthesia Note**

Allergies: ASA

DO NOT USE: U, IU, MS, MSO₄, MgSO₄, QD, QOD, trailing zeros, leading decimal points (always use leading zero)

Type of Surgical Procedure: ®  (R) THA Revision

Type of Anesthesia: ☒General – ET  ☐General – LMA  ☐General – MASK  ☐Spinal  ☐Epidural
☐Femoral N. Block  ☐IV Regional  ☐MAC  ☐Brachial Plexus Block  ☐Ankle Block
☐Other: _____

Patient able to participate in post-anesthesia evaluation: ☒Yes  ☐No  ☐Other: _____
Vital Signs: BP 143/74  HR 58  SpO₂ 10  RR 20  Temp 97.9
Respiratory: Airway Patent → ☒Yes  ☐No  ☐Other: _____
Cardiovascular Status: ☒Stable  ☐Other: _____
Neurological: ☒Baseline  ☐Other: _____
Pain: ☒Controlled  ☐Other: _____
Nausea/Vomiting: ☐Yes  ☒No
Post-Op Hydration: ☒Adequate  ☐Other _____

**Discharge Instructions / Post-Anesthesia Evaluation**

☒ No anesthesia related problems, complications, or complaints. Discharge from PACU.
☐ Further Evaluation Required
☐ Discharge to higher level of care than originally planned: _____

Physician Signature: _____  Date: 6/4/14  Time: 1506

Form #: 711-001
Page 1 of 1
Effective Date: 04-15-2011

RM/BED: /      PT #: 0194721
LEACHMAN MICHAEL      RSV: SIP
ADM: WALDROP JOHN I
SEX: M  DOB: 06/         AGE: 55
06/04/14 00:00    MR #:



# Record Certification and Notary

## Jack Hughston Memorial Hospital Use Only

The undersigned certifies <u>Margaret Russell,</u> hereby certifies that he/she is a representative of Russell County Community Hospital, LLC d/b/a Jack Hughston Memorial Hospital, and hereby certifies that the attached records consisting of __4__ pages are true, correct and accurate copies of those records maintained by Russell County Community Hospital, LLC designated as the medical chart pertaining to <u>Michael Leachman</u> for care and treatment rendered <u>June 4-7, 2014</u>.

This undersigned, _____ further certifies that the attached disk(s) includes the following radiological images: <u>(see attached list)</u> and that said images are true, correct and accurate copies of those images maintained by Russell County Community Hospital, LLC as part of the medical chart pertaining to _____ for care and treatment rendered between _____.

The undersigned, <u>Margaret Russell,</u> hereby certifies that the attached records are maintained under my care, custody, and control, and that these records are kept and maintained in the usual and ordinary course of the business of Russell County Community Hospital, LLC.

This __17__ day of __June__, 20__14__.

Sworn to and subscribed before me this __17__ day of __June__, 20__14__.

By: _____ (custodian)

Title: Director HIM

NOTARY PUBLIC
My Commission Expires 4/1/17

CLAUDINE BRAMLETT
NOTARY PUBLIC
ALABAMA STATE AT LARGE
MY COMMISSION EXPIRES APRIL 01, 2017

```
   DEMAND BILL                JACK HUGHSTON MEMORIAL
                              4401 RIVER CHASE DRIVE
                              PHENIX CITY      AL
                              36867
                              334-732-3000

   PATIENT NAME              ACCOUNT NO.    ADMIT DATE   DIS. DATE              PAGE
   LEACHMAN MICHAEL              19■           6/04/14    6/07/14                 1


   42894  GUARANTOR NAME/ADDR.        F/C    INS. CO/PLANS              POLICY #
      LEACHMAN MICHAEL                 M     MEDICARE A&B        25306■
      705 WEST 48TH STREET                   MEDICAID GEORGI     11190294■
      SAVANNAH GA   31405


                                                AGE                      DR. NAME
                                                 55                   WALDROP JOHN I

         CHRG CODE      DESCRIPTION       QTY  UNIT PRICE      AMOUNT      CPT CODE
   ----------------------------------------------------------------------------------
   6/04/14  3091000  R&B M/S 3RD FLR       1      680.00       680.00
   6/05/14  3101000  R&B M/S 4TH FLR       1      680.00       680.00
   6/06/14  3101000  R&B M/S 4TH FLR       1      680.00       680.00
   6/04/14  4002094  TOTAL JOINT REVISION  1    33250.00     33250.00      C1776
   6/04/14  4001404  OR 1ST HR             1     3433.00      3433.00      SURG
   6/04/14  4001405  OR 15MIN              6      858.00      5148.00      SURG
   6/04/14  4005804  DRESSING AQUACEL      1       95.30        95.30
   6/04/14  4428365  IV .9% SOD/CLOR IRRG  1       19.00        19.00
   6/04/14  4106211  RECOVERY ROOM 1 HOUR  1      453.00       453.00
   6/04/14  4106212  RECOVERY RM Q 15MIN   1      113.00       113.00
   6/04/14  4115001  ANES.GEN 1ST HOUR     1      906.00       906.00
   6/04/14  4115002  ANES.GEN Q 15MIN      7      227.00      1589.00
   6/04/14  4115045  SET EXTENSION         1        8.00         8.00
   6/04/14  4115047  STETHOSCOPE ESOPH     1        6.00         6.00
   6/04/14  4115049  TRAY SPINAL           1       74.43        74.43
   6/04/14  4158067  XR HIP OPERATIVE RT   1      300.00       300.00      73530 RT
   6/04/14  4303001  ABO BLOOD TYPE        1       52.00        52.00      86900
   6/04/14  4303003  ANTIBODY SCRN RBC EA  1       87.00        87.00      86850
   6/04/14  4303022  BLOOD TYPE, RH        1       40.00        40.00      86901
   6/04/14  4304046  GRAM STAIN            1       44.00        44.00      87205
   6/04/14  4304307  CULT. ROUTINE         1      112.00       112.00      87070
   6/04/14  4304308  CULTURE ANAEROBIC, E  1       94.00        94.00      87075
   6/04/14  4306857  VENIPUNCTURE          1       14.00        14.00      36415
   6/05/14  4302021  HEMATOCRIT            1       44.00        44.00      85014
   6/05/14  4302024  HEMOGLOBIN            1       44.00        44.00      85018
   6/05/14  4306857  VENIPUNCTURE          1       14.00        14.00      36415
   6/06/14  4302021  HEMATOCRIT            1       44.00        44.00      85014
   6/06/14  4302024  HEMOGLOBIN            1       44.00        44.00      85018
   6/06/14  4306857  VENIPUNCTURE          1       14.00        14.00      36415
   6/07/14  4302021  HEMATOCRIT            1       44.00        44.00      85014
   6/07/14  4302024  HEMOGLOBIN            1       44.00        44.00      85018
   6/07/14  4306857  VENIPUNCTURE          1       14.00        14.00      36415
   6/04/14  4400058  ZOFRAN 2MG/ML         4       13.38        53.52      J2405
   6/04/14  4400069  TRANEXA 1000MG/10ML   1       89.50        89.50
   6/04/14  4400069  TRANEXA 1000MG/10ML   1       89.50        89.50
   6/04/14  4400073  VANCOMYCIN HCL 1GM    2       65.00       130.00      J3370
   6/04/14  4400253  DEXAMETHASONE 4MG/ML  4        5.00        20.00      J1094
```

```
     DEMAND BILL              JACK HUGHSTON MEMORIAL
                              4401 RIVER CHASE DRIVE
                              PHENIX CITY       AL
                              36867
                              334-732-3000

     PATIENT NAME         ACCOUNT NO.     ADMIT DATE  DIS. DATE            PAGE
     LEACHMAN MICHAEL         19▇▇▇▇       6/04/14     6/07/14              2


     42894  GUARANTOR NAME/ADDR.      F/C   INS. CO/PLANS           POLICY #
        LEACHMAN MICHAEL              M     MEDICARE A&B          25306▇▇▇
        705 WEST 48TH STREET                MEDICAID GEORGI       11190294▇▇▇
        SAVANNAH GA   31405


                                              AGE              DR. NAME
                                              55            WALDROP JOHN I

         CHRG CODE    DESCRIPTION      QTY  UNIT PRICE    AMOUNT      CPT CODE
     ----------------------------------------------------------------------------
     6/04/14 4400263 DIPRIVAN 200MG/20ML    1     20.00      20.00   J3490
     6/04/14 4400273 EPHEDRINE 50MG/ML      1     25.00      25.00
     6/04/14 4400281 FENTANYL 250MCG        2     25.00      50.00   J3010
     6/04/14 4400296 GLYCOPYR 0.4MG/2ML     3     20.00      60.00
     6/04/14 4400334 KETAMINE 500MG/10ML    1     34.75      34.75
     6/04/14 4400374 BUPIV/EPI 0.25/1:200   2     29.00      58.00
     6/04/14 4400404 NEOSTIGMINE 1MG/ML I   1     20.00      20.00
     6/04/14 4400430 PONTOCAINE 1% INJ      1     27.25      27.25
     6/04/14 4400498 KETOROLAC 30MG         2     20.00      40.00   J1885
     6/04/14 4400498 KETOROLAC 30MG         2     20.00      40.00   J1885
     6/04/14 4400498 KETOROLAC 30MG         2     20.00      40.00   J1885
     6/04/14 4400509 MIDAZOLAM 2MG INJ      2     25.00      50.00   J2250
     6/04/14 4400599 LACTATED RINGERS       1     40.00      40.00
     6/04/14 4400794 CELEBREX 200MG CAP     1     15.75      15.75   A9270 GY
     6/04/14 4400967 DOCUSATE SOD 100MG     1      6.00       6.00   A9270 GY
     6/04/14 4401186 MAG/AL PLUS 30ML UD    1      6.00       6.00   A9270 GY
     6/04/14 4401279 ROCURONIUM 5ML         1     72.25      72.25
     6/04/14 4401287 GABAPENTIN 300MG CAP   1      6.00       6.00   A9270 GY
     6/04/14 4401287 GABAPENTIN 300MG CAP   1      6.00       6.00   A9270 GY
     6/04/14 4401473 PROTONIX 40MG TAB      1     18.25      18.25   A9270 GY
     6/04/14 4402053 OXYCODONE/ACETAMIN     1      7.15       7.15   A9270 GY
     6/04/14 4408068 CEFAZOLIN/DEXTROSE     4     40.00     160.00   J0690
     6/04/14 4408090 LIDOCAINE 1% 10ML      1      6.00       6.00
     6/04/14 9999999 NO CHARGE              1                  .00
     6/05/14 4400360 LOVENOX 40MG/0.4ML     4     97.50     390.00   J1650
     6/05/14 4400498 KETOROLAC 30MG         2     20.00      40.00   J1885
     6/05/14 4400498 KETOROLAC 30MG         2     20.00      40.00   J1885
     6/05/14 4400498 KETOROLAC 30MG         2     20.00      40.00   J1885
     6/05/14 4400599 LACTATED RINGERS       1     40.00      40.00
     6/05/14 4400599 LACTATED RINGERS       1     40.00      40.00
     6/05/14 4400794 CELEBREX 200MG CAP     1     15.75      15.75   A9270 GY
     6/05/14 4400967 DOCUSATE SOD 100MG     1      6.00       6.00   A9270 GY
     6/05/14 4400977 LACTULOSE 20GM/30ML    1     12.00      12.00   A9270 GY
     6/05/14 4400977 LACTULOSE 20GM/30ML    1-    12.00      12.00CR A9270 GY
     6/05/14 4401186 MAG/AL PLUS 30ML UD    1      6.00       6.00   A9270 GY
     6/05/14 4401287 GABAPENTIN 300MG CAP   1      6.00       6.00   A9270 GY
     6/05/14 4401287 GABAPENTIN 300MG CAP   1      6.00       6.00   A9270 GY
```

```
    DEMAND BILL              JACK HUGHSTON MEMORIAL
                             4401 RIVER CHASE DRIVE
                             PHENIX CITY      AL
                             36867
                             334-732-3000

       PATIENT NAME          ACCOUNT NO.     ADMIT DATE  DIS. DATE              PAGE
    LEACHMAN MICHAEL              19                      6/04/14    6/07/14              3


    42894  GUARANTOR NAME/ADDR.          F/C    INS. CO/PLANS               POLICY #
      LEACHMAN MICHAEL                    M     MEDICARE A&B          25306
      705 WEST 48TH STREET                      MEDICAID GEORGI       1119029
      SAVANNAH GA   31405


                                                AGE                     DR. NAME
                                                55                    WALDROP JOHN I

       CHRG CODE       DESCRIPTION       QTY  UNIT PRICE       AMOUNT         CPT CODE
    --------------------------------------------------------------------------------
    6/05/14 4401287 GABAPENTIN 300MG CAP   1      6.00           6.00      A9270 GY
    6/05/14 4401473 PROTONIX 40MG TAB      1     18.25          18.25      A9270 GY
    6/05/14 4402053 OXYCODONE/ACETAMIN     1      7.15           7.15      A9270 GY
    6/05/14 4402053 OXYCODONE/ACETAMIN     1      7.15           7.15      A9270 GY
    6/05/14 4402053 OXYCODONE/ACETAMIN     1      7.15           7.15      A9270 GY
    6/05/14 4402053 OXYCODONE/ACETAMIN     1      7.15           7.15      A9270 GY
    6/05/14 4402053 OXYCODONE/ACETAMIN     1      7.15           7.15      A9270 GY
    6/05/14 4408076 CEFAZOLIN/DEXTROSE     2     25.00          50.00      J0690
    6/06/14 4400360 LOVENOX 40MG/0.4ML     4     97.50         390.00      J1650
    6/06/14 4400498 KETOROLAC 30MG         2     20.00          40.00      J1885
    6/06/14 4400794 CELEBREX 200MG CAP     1     15.75          15.75      A9270 GY
    6/06/14 4400835 CLONIDINE 0.1MG TAB    1      6.00           6.00      A9270 GY
    6/06/14 4400967 DOCUSATE SOD 100MG     1      6.00           6.00      A9270 GY
    6/06/14 4400977 LACTULOSE 20GM/30ML    1     12.00          12.00      A9270 GY
    6/06/14 4400977 LACTULOSE 20GM/30ML    1     12.00          12.00      A9270 GY
    6/06/14 4401186 MAG/AL PLUS 30ML UD    1      6.00           6.00      A9270 GY
    6/06/14 4401287 GABAPENTIN 300MG CAP   1      6.00           6.00      A9270 GY
    6/06/14 4401287 GABAPENTIN 300MG CAP   1      6.00           6.00      A9270 GY
    6/06/14 4401287 GABAPENTIN 300MG CAP   1      6.00           6.00      A9270 GY
    6/06/14 4401473 PROTONIX 40MG TAB      1     18.25          18.25      A9270 GY
    6/06/14 4402053 OXYCODONE/ACETAMIN     1      7.15           7.15      A9270 GY
    6/06/14 4402053 OXYCODONE/ACETAMIN     1      7.15           7.15      A9270 GY
    6/06/14 4402053 OXYCODONE/ACETAMIN     1      7.15           7.15      A9270 GY
    6/07/14 4400360 LOVENOX 40MG/0.4ML     4     97.50         390.00      J1650
    6/07/14 4400794 CELEBREX 200MG CAP     1     15.75          15.75      A9270 GY
    6/07/14 4400977 LACTULOSE 20GM/30ML    1     12.00          12.00      A9270 GY
    6/07/14 4401287 GABAPENTIN 300MG CAP   1      6.00           6.00      A9270 GY
    6/07/14 4402053 OXYCODONE/ACETAMIN     1      7.15           7.15      A9270 GY
    6/07/14 4402053 OXYCODONE/ACETAMIN     1      7.15           7.15      A9270 GY
    6/07/14 4402053 OXYCODONE/ACETAMIN     1      7.15           7.15      A9270 GY
    6/04/14 4420003 DVT CALF CUFF          1     31.90          31.90
    6/04/14 4421167 LS LF PRIM CP W/BKCK   1     16.00          16.00
    6/04/14 4421169 LS LF PRIMARY PLUMST   1     15.00          15.00
    6/04/14 4421299 LACTATED RINGER 1000   1      4.00           4.00
    6/04/14 4421299 LACTATED RINGER 1000   2      4.00           8.00
    6/04/14 4421302 9% SOD CHL 1000ML      2      4.00           8.00
    6/04/14 4421311 9% SOD CHL INJ 250ML   1      3.00           3.00
```

```
DEMAND BILL              JACK HUGHSTON MEMORIAL
                         4401 RIVER CHASE DRIVE
                         PHENIX CITY       AL
                         36867
                         334-732-3000


     PATIENT NAME            ACCOUNT NO.    ADMIT DATE   DIS. DATE           PAGE
     LEACHMAN MICHAEL            19              6/04/14   6/07/14              1


     42894  GUARANTOR NAME/ADDR.      F/C    INS. CO/PLANS              POLICY #
       LEACHMAN MICHAEL                M     MEDICARE A&B         25306
       705 WEST 48TH STREET                  MEDICAID GEORGI      1119029
       SAVANNAH GA   31405


                                              AGE                 DR. NAME
                                              55              WALDROP JOHN I


        CHRG CODE    DESCRIPTION       QTY   UNIT PRICE     AMOUNT       CPT CODE
       ---------------------------------------------------------------------------
 6/04/14  4421336  9% N SALINE INJ 100   1       6.00        6.00
 6/04/14  4421348  PRIMARY SET W/CLAVE   1      17.00       17.00
 6/04/14  4421495  SENSOR ADULT          1      28.00       28.00
 6/04/14  4422000  EXTENSION SET 18"     1       7.18        7.18
 6/04/14  4428155  BLANKET, BAIR HUGGER  1      27.00       27.00
 6/04/14  4429956  INTUBATING STYLET     1      83.00       83.00
 6/06/14  4421023  STOCKING KNEE L/MED   1      12.00       12.00
 6/06/14  4429949  TED HOSE              1      21.00       21.00
 6/04/14  4537015  INCENTIVE SPIROMETER  1      36.00       36.00
 6/05/14  4652498  PT INITIAL EVALUATIO  1     315.00      315.00     97001 GP
 6/05/14  4657065  MOBILITY CURRENT STA  1       1.00        1.00     G8978 GP CJ
 6/05/14  4657071  MOBILITY GOAL STATUS  1       1.00        1.00     G8979 GP CI
 6/05/14  4658010  PT GAIT TRN I 1/4 HR  2      76.00      152.00     97116 GP
 6/06/14  4654010  PT EXERCISE I 1/4 HR  1      87.00       87.00     97110 GP
 6/06/14  4658004  PT ADL/FUNCT ACT 1/4  1      73.00       73.00     97535 GP
 6/06/14  4658010  PT GAIT TRN I 1/4 HR  2      76.00      152.00     97116 GP
 6/07/14  4658004  PT ADL/FUNCT ACT 1/4  1      73.00       73.00     97535 GP
 6/05/14  4660100  OT INITIAL EVAL       1     214.00      214.00     97003 GO
 6/05/14  4660109  ADL TRAIN/ADAP EQUIP  1      79.00       79.00     97535 GO
 6/05/14  4660121  SELF CARE CUR STATUS  1       1.00        1.00     G8987 CJ GO
 6/05/14  4660134  SELF CARE GOAL STATU  1       1.00        1.00     G8988 GO CI


                         ** SUMMARY OF CHARGES **
                         ** TOTAL CHARGES       **        52577.13
                         ** TOTAL PAYMENTS      **             .00
                         ** TOTAL ADJUSTMENTS   **             .00
                         ** TOTAL AMOUNT DUE    **        52577.13



 PRIMARY DIAGNOSIS :   99677          REV HIP REPL ACEFEM HD


 SIGNATURE :          _____
 TAX I.D. :            331058243
 PROVIDER # :          010168
```