# EXHIBIT C

CERTIFY

# TATE LAW GROUP, LLC

RECEIVED JUL 21 2014 BY:_____

45951

2 East Bryan Street • Suite 600
Savannah, Georgia 31401

Telephone: (912) 234-3030
Facsimile: (912) 234-9700
www.tatelawgroup.com

July 16, 2014

⊗ BILLS

Jack Hughston Memorial Hospital
**Medical Records Custodian**
4401 River Chase Drive
Phenix City, AL 36867
T:(877) 988-8546/F:(334) 732-3646

<u>Via Facsimile</u>

  Re: Patient:  Michael Leachman
     SSN:   253-06-
     DOB:   6/17/

Dear Sir or Madam:

  This firm has been retained to represent the interests of the above-referenced client. This is a products liability investigation. Enclosed please find a properly executed medical release authorizing you to release all of your records relating to your treatment of the above-mentioned client.

  Please forward a copy of the billing records and any and all H&P's, Consult Notes, Lab Reports, Pathology Reports, Radiology Reports, Operative Reports, Implant Stickers and Discharge Summaries dating from 06/05/2014 - Present to:

    Tate Law Group, LLC
    Attn: Katie M. Kindred
    2 E. Bryan Street, Suite 600
    Savannah, GA 31401
    Phone: (912) 234-3030
    Fax: (912) 234-9700

  If the records cost should exceed $100.00, please contact our office first for pre-approval. Please also sign the enclosed form entitled O.C.G.A. § 24-10-71(b) certificate which authenticates the medical records you are providing. Thank you for your cooperation and please feel free to contact me should you have any questions or concerns regarding this matter.

          Best Regards,

          *Katie M. Kindred*
          Katie M. Kindred
          Legal Assistant

/kk
Enclosures

B - 10121238

# Authorization for Release of Information

1. I (the undersigned) authorize **Jack Hughston Memorial Hospital**
   (provider/facility name)

   To release information from the record(s) of:

   Patient Name: **Leachman Michael**
   (Last) (First) (Middle)

   Address: **705 W 48th Street Savannah GA 31405**

   Date of Birth: **6-17-**  SS#: **253-06-**

   Covering the period(s) of treatment: From: **6/6/2014** To: **Present**

2. Information to be released:

   - ☐ Progress Notes
   - ☒ Manufacturer Implant Stickers
   - ☒ Operative/Procedure Report
   - ☒ Radiology/X-Ray Films
   - ☒ Lab
   - ☒ Discharge Summary
   - ☐ Diagnostic Tests
   - ☒ History & Physical
   - ☒ Other: **Consult Notes; Pathology Reports; Radiology Reports**
   - ☒ Billing Records
   - ☐ Abstract of All Records
   - ☐ Complete Medical Record (includes information regarding insurance, demographics, referral documents and records from other facilities).

3. Information is to be released to:

   Tate Law Group, LLC
   2 E. Bryan Street, Ste 600
   Savannah, GA 31401
   Phone: 912-234-3030
   Fax: 912-234-9700

4. Purpose of disclosure: **Legal Investigation for Product Liability**

5. I understand this consent may be revoked in writing at any time, with exception to the extent that disclosure of information has already occurred prior to the receipt of revocation by the above named provider. If written revocation is not received, authorization will be considered valid for a period of time not to exceed 1 year from the date of signing. To initiate revocation of this authorization direct all correspondence to the "Specific Requestor" above. I understand that I need not sign this form in order to ensure health care treatment, payment enrollment in my health plan or eligibility for benefits.

6. I understand that this consent is to include disclosure of: (PLEASE INITIAL): **ML**

   - ✓ Alcohol and/or drug abuse record
   - ✓ Sexually transmitted disease information
   - ✓ Psychiatric records/Counseling records
   - ✓ HIV/AIDS Information

7. A photocopy of this authorization is to be considered as valid as the original.

8. I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by Federal Law.

SIGNATURE: *Michael Leachman*  DATE: **7/16/14**
Patient or personal/legal representative (Next-of-kin or legal guardian to sign only if patient is a minor, legally incompetent, or deceased)

PRINT NAME: **Michael Leachman**

Relationship to patient of personal/legal representative signing for patient: **Self**

WITNESS: _____  DATE: _____



# Record Certification and Notary
## Jack Hughston Memorial Hospital Use Only

The undersigned Wesley Martin, hereby certifies he is a representative of Russell County Community Hospital, LLC d/b/a Jack Hughston Memorial Hospital, and hereby certifies the attached records are true, correct and accurate copies of records maintained by Russell County Community Hospital, LLC designated as the medical chart pertaining <u>Michael Lechman</u> to for care and treatment rendered <u>July 2014</u>.

This _22nd_ day of _August_, 2014.

Sworn to and subscribed before me        By: _W. M._

this _22_ day of _August_,                (custodian)

20_14_.                                    Title: <u>HIM Tech II</u>

_Claudine Bramlett_

NOTARY PUBLIC
My Commission Expires

```
CLAUDINE BRAMLETT
NOTARY PUBLIC
ALABAMA STATE AT LARGE
MY COMMISSION EXPIRES APRIL 01, 2017
```

```
    DEMAND BILL              JACK HUGHSTON MEMORIAL
                             4401 RIVER CHASE DRIVE
                             PHENIX CITY      AL
                             36867
                             334-732-3000

    PATIENT NAME          ACCOUNT NO.    ADMIT DATE  DIS. DATE              PAGE
 LEACHMAN MICHAEL              19'         7/08/14    7/14/14                  1


   42894   GUARANTOR NAME/ADDR.     F/C   INS. CO/PLANS           POLICY #
      LEACHMAN MICHAEL               M    MEDICARE A&B          25306      A
      705 WEST 48TH STREET                MEDICAID GEORGI      11190294'
      SAVANNAH GA   31405


                                                  AGE                 DR. NAME
                                                   56             WALDROP JOHN I

      CHRG CODE       DESCRIPTION      QTY  UNIT PRICE      AMOUNT     CPT CODE
-------------------------------------------------------------------------------
   8/04/14 0000001 ADJUSTMENT                              197.14CR
   8/04/14 0000000 PAYMENT                                9659.99CR
   8/04/14 0000001 ADJUSTMENT                            16430.40CR
   7/08/14 3101000 R&B M/S 4TH FLR       1      680.00      680.00
   7/09/14 3101000 R&B M/S 4TH FLR       1      680.00      680.00
   7/10/14 3101000 R&B M/S 4TH FLR       1      680.00      680.00
   7/11/14 3101000 R&B M/S 4TH FLR       1      680.00      680.00
   7/11/14 3103021 WOUND VAC THERAPY     1      126.00      126.00
   7/12/14 3101000 R&B M/S 4TH FLR       1      680.00      680.00
   7/12/14 3103021 WOUND VAC THERAPY     1      126.00      126.00
   7/13/14 3101000 R&B M/S 4TH FLR       1      680.00      680.00
   7/13/14 3103021 WOUND VAC THERAPY     1      126.00      126.00
   7/14/14 3103021 WOUND VAC THERAPY     1      126.00      126.00
   7/10/14 4421499 GROSHONG CATHETER     1     2412.45     2412.45     C1751
   7/09/14 4000725 WND DRAIN RES 400ML   2       39.00       78.00
   7/09/14 4001404 OR 1ST HR             1     3433.00     3433.00     SURG
   7/09/14 4005378 IMPERVIOUS STOCKINET  1       17.18       17.18
   7/09/14 4005729 VERALINK CASSETTE     1      137.50      137.50
   7/09/14 4005731 VERAFLOW DRESSING     1      330.00      330.00
   7/09/14 4010000 GENERAL CDS PACK      1       31.46       31.46
   7/09/14 4428365 IV .9% SOD/CLOR IRRG  1       19.00       19.00
   7/10/14 4001404 OR 1ST HR             1     3433.00     3433.00     SURG
   7/10/14 4002739 CLASS 1 SUTURE        1       27.50       27.50
   7/10/14 4002739 CLASS 1 SUTURE        1       27.50       27.50
   7/09/14 4106211 RECOVERY ROOM 1 HOUR  1      453.00      453.00
   7/10/14 4106211 RECOVERY ROOM 1 HOUR  1      453.00      453.00
   7/09/14 4115001 ANES.GEN 1ST HOUR     1      906.00      906.00
   7/09/14 4115002 ANES.GEN Q 15MIN      1      227.00      227.00
   7/10/14 4115001 ANES.GEN 1ST HOUR     1      906.00      906.00
   7/10/14 4115034 LMA                   1       20.00       20.00
   7/10/14 4157110 XR CHEST 1 VIEW       1      142.00      142.00     71010
   7/10/14 4158037 FLUORO CATH GUIDE     1      334.00      334.00     77001
   7/08/14 4304046 GRAM STAIN            1       44.00       44.00     87205
   7/08/14 4304307 CULT. ROUTINE         1      112.00      112.00     87070
   7/09/14 4304046 GRAM STAIN            1       44.00       44.00     87205
   7/09/14 4304307 CULT. ROUTINE         1      112.00      112.00     87070
   7/09/14 4304308 CULTURE ANAEROBIC, E  1       94.00       94.00     87075
```

```
DEMAND BILL                JACK HUGHSTON MEMORIAL
                           4401 RIVER CHASE DRIVE
                           PHENIX CITY      AL
                           36867
                           334-732-3000

   PATIENT NAME           ACCOUNT NO.   ADMIT DATE  DIS. DATE            PAGE
LEACHMAN MICHAEL               19        7/08/14    7/14/14                 2


  42894   GUARANTOR NAME/ADDR.     F/C    INS. CO/PLANS         POLICY #
    LEACHMAN MICHAEL                M    MEDICARE A&B          25306    A
    705 WEST 48TH STREET                 MEDICAID GEORGI      11190294
    SAVANNAH GA   31405


                                              AGE                 DR. NAME
                                              56             WALDROP JOHN I

   CHRG CODE      DESCRIPTION       QTY  UNIT PRICE      AMOUNT     CPT CODE
------------------------------------------------------------------------------
 7/10/14 4301201 BASIC METABOLIC PANE  1     219.00       219.00     80048
 7/10/14 4302021 HEMATOCRIT            1      44.00        44.00     85014
 7/10/14 4302024 HEMOGLOBIN            1      44.00        44.00     85018
 7/10/14 4306857 VENIPUNCTURE          1      14.00        14.00     36415
 7/11/14 4301423 VANCOMYCIN, PEAK      1     131.00       131.00     80202
 7/11/14 4301425 VANCOMYCIN, TROUGH    1     131.00       131.00     80202
 7/11/14 4301603 LIVER PANEL           1     279.00       279.00     80076
 7/11/14 4302021 HEMATOCRIT            1      44.00        44.00     85014
 7/11/14 4302024 HEMOGLOBIN            1      44.00        44.00     85018
 7/11/14 4302032 SED RATE MANUAL       1      60.00        60.00     85651
 7/11/14 4304301 CULT. BLOOD           1     156.00       156.00     87040
 7/11/14 4304301 CULT. BLOOD           1     156.00       156.00     87040
 7/11/14 4306857 VENIPUNCTURE          1      14.00        14.00     36415
 7/11/14 4308761 C-REACTIVE PROTEIN    1      43.00        43.00     86140
 7/08/14 4400073 VANCOMYCIN HCL 1GM    2      65.00       130.00     J3370
 7/08/14 4400073 VANCOMYCIN HCL 1GM    2      65.00       130.00     J3370
 7/08/14 4400582 NS 250ML ADV          1      40.00        40.00
 7/08/14 4400599 LACTATED RINGERS      1      40.00        40.00
 7/08/14 4402104 HYDROCODONE 10MG      1       6.00         6.00     A9270 GY
 7/09/14 4400073 VANCOMYCIN HCL 1GM    2      65.00       130.00     J3370
 7/09/14 4400183 HYDRALAZINE 20MG/ML   1      60.00        60.00     J0360
 7/09/14 4400280 FENTANYL 100MGC/2ML   1      25.00        25.00     J3010
 7/09/14 4400392 MORPHINE 2MG/ML INJ   1      25.00        25.00     J2270
 7/09/14 4400392 MORPHINE 2MG/ML INJ   1      25.00        25.00     J2270
 7/09/14 4400599 LACTATED RINGERS      1      40.00        40.00
 7/09/14 4400835 CLONIDINE 0.1MG TAB   1       6.00         6.00     A9270 GY
 7/09/14 4400938 HYDROMORPH 1MG/1ML    1      25.00        25.00
 7/09/14 4401473 PROTONIX 40MG TAB     1      18.25        18.25     A9270 GY
 7/09/14 4401473 PROTONIX 40MG TAB     1-     18.25        18.25CR   A9270 GY
 7/09/14 4402053 OXYCODONE/ACETAMIN    1       7.15         7.15     A9270 GY
 7/09/14 9999999 NO CHARGE             1                     .00
 7/10/14 4400011 NS 100ML ADV          1      40.00        40.00
 7/10/14 4400061 METOCLOP 10MG/2ML     1      20.00        20.00     J2765
 7/10/14 4400071 VANCOMYCIN 500MG      1      20.00        20.00     J3370
 7/10/14 4400073 VANCOMYCIN HCL 1GM    2      65.00       130.00     J3370
 7/10/14 4400073 VANCOMYCIN HCL 1GM    2      65.00       130.00     J3370
 7/10/14 4400195 BACIIM 50 MU          1      25.00        25.00
```

```
     DEMAND BILL              JACK HUGHSTON MEMORIAL
                              4401 RIVER CHASE DRIVE
                              PHENIX CITY      AL
                              36867
                              334-732-3000

    PATIENT NAME            ACCOUNT NO.    ADMIT DATE  DIS. DATE           PAGE
 LEACHMAN MICHAEL                19         7/08/14     7/14/14              3


   42894   GUARANTOR NAME/ADDR.       F/C    INS. CO/PLANS           POLICY #
     LEACHMAN MICHAEL                  M    MEDICARE A&B           25306     A
     705 WEST 48TH STREET                   MEDICAID GEORGI      11190294
     SAVANNAH GA    31405


                                                 AGE                   DR. NAME
                                                  56              WALDROP JOHN I

    CHRG CODE       DESCRIPTION       QTY  UNIT PRICE      AMOUNT       CPT CODE
-------------------------------------------------------------------------------
 7/10/14  4400195  BACIIM 50 MU         1      25.00        25.00
 7/10/14  4400195  BACIIM 50 MU         1      25.00        25.00
 7/10/14  4400195  BACIIM 50 MU         1-     25.00        25.00CR
 7/10/14  4400195  BACIIM 50 MU         1-     25.00        25.00CR
 7/10/14  4400195  BACIIM 50 MU         1-     25.00        25.00CR
 7/10/14  4400263  DIPRIVAN 200MG/20ML  1      20.00        20.00     J3490
 7/10/14  4400280  FENTANYL 100MGC/2ML  1      25.00        25.00     J3010
 7/10/14  4400301  HEPARIN 100U/ML      2      20.00        40.00     J1644
 7/10/14  4400310  HYDROMORPHONE 2MG/ML 1      25.00        25.00
 7/10/14  4400374  BUPIV/EPI 0.25/1:200 1      29.00        29.00
 7/10/14  4400498  KETOROLAC 30MG       2      20.00        40.00     J1885
 7/10/14  4400498  KETOROLAC 30MG       2-     20.00        40.00CR   J1885
 7/10/14  4400498  KETOROLAC 30MG       2      20.00        40.00     J1885
 7/10/14  4400509  MIDAZOLAM 1MG/ML     2      25.00        50.00     J2250
 7/10/14  4400582  NS 250ML ADV         1      40.00        40.00
 7/10/14  4400582  NS 250ML ADV         1      40.00        40.00
 7/10/14  4400599  LACTATED RINGERS     1      40.00        40.00
 7/10/14  4400599  LACTATED RINGERS     1      40.00        40.00
 7/10/14  4400599  LACTATED RINGERS     1      40.00        40.00
 7/10/14  4400599  LACTATED RINGERS     1-     40.00        40.00CR
 7/10/14  4400599  LACTATED RINGERS     1-     40.00        40.00CR
 7/10/14  4400599  LACTATED RINGERS     1-     40.00        40.00CR
 7/10/14  4400794  CELEBREX 200MG CAP   1      15.75        15.75     A9270 GY
 7/10/14  4400938  HYDROMORPH 1MG/1ML   1      25.00        25.00
 7/10/14  4400938  HYDROMORPH 1MG/1ML   1      25.00        25.00
 7/10/14  4400938  HYDROMORPH 1MG/1ML   1      25.00        25.00
 7/10/14  4400945  MORPHINE 4MG INJ     1      25.00        25.00     J2270
 7/10/14  4400967  DOCUSATE SOD 100MG   1       6.00         6.00     A9270 GY
 7/10/14  4401078  NS 20ML              1      20.00        20.00
 7/10/14  4401186  MAG/AL PLUS 30ML UD  1       6.00         6.00     A9270 GY
 7/10/14  4401186  MAG/AL PLUS 30ML UD  1-      6.00         6.00CR   A9270 GY
 7/10/14  4401280  TRIPLE AB OINT       1      19.00        19.00     A9270 GY
 7/10/14  4401287  GABAPENTIN 300MG CAP 1       6.00         6.00     A9270 GY
 7/10/14  4401287  GABAPENTIN 300MG CAP 1       6.00         6.00     A9270 GY
 7/10/14  4401473  PROTONIX 40MG TAB    1      18.25        18.25     A9270 GY
 7/10/14  4401838  POLYMIXIN 500,000 UN 1      63.50        63.50
 7/10/14  4401838  POLYMIXIN 500,000 UN 1      63.50        63.50
```

```
  DEMAND BILL              JACK HUGHSTON MEMORIAL
                           4401 RIVER CHASE DRIVE
                           PHENIX CITY     AL
                           36867
                           334-732-3000

   PATIENT NAME         ACCOUNT NO.    ADMIT DATE   DIS. DATE            PAGE
 LEACHMAN MICHAEL            19'        7/08/14      7/14/14                4


   42894   GUARANTOR NAME/ADDR.    F/C    INS. CO/PLANS              POLICY #
     LEACHMAN MICHAEL               M    MEDICARE A&B            25306    A
     705 WEST 48TH STREET                MEDICAID GEORGI         11190294
     SAVANNAH GA   31405


                                            AGE                   DR. NAME
                                             56              WALDROP JOHN I

     CHRG CODE     DESCRIPTION      QTY  UNIT PRICE      AMOUNT      CPT CODE
------------------------------------------------------------------------------
 7/10/14 4401838 POLYMIXIN 500,000 UN    1      63.50       63.50
 7/10/14 4401838 POLYMIXIN 500,000 UN    1-     63.50       63.50CR
 7/10/14 4401838 POLYMIXIN 500,000 UN    1-     63.50       63.50CR
 7/10/14 4401838 POLYMIXIN 500,000 UN    1-     63.50       63.50CR
 7/10/14 4402053 OXYCODONE/ACETAMIN      1       7.15        7.15    A9270 GY
 7/10/14 4402221 OFIRMEV 1000MG/100ML  100        .53       53.00    J0131
 7/10/14 4408090 LIDOCAINE 1% 10ML       1       6.00        6.00
 7/10/14 4408093 FAMOTIDINE 40MG/40ML   40      25.00     1000.00
 7/11/14 4400004 NON-CHARGE  (KEY)       1                    .00
 7/11/14 4400004 NON-CHARGE  (KEY)       1-                   .00
 7/11/14 4400073 VANCOMYCIN HCL 1GM      2      65.00      130.00    J3370
 7/11/14 4400073 VANCOMYCIN HCL 1GM      2      65.00      130.00    J3370
 7/11/14 4400073 VANCOMYCIN HCL 1GM      2      65.00      130.00    J3370
 7/11/14 4400073 VANCOMYCIN HCL 1GM      2      65.00      130.00    J3370
 7/11/14 4400073 VANCOMYCIN HCL 1GM      2-     65.00      130.00CR  J3370
 7/11/14 4400073 VANCOMYCIN HCL 1GM      2-     65.00      130.00CR  J3370
 7/11/14 4400195 BACIIM 50 MU            1      25.00       25.00
 7/11/14 4400195 BACIIM 50 MU            1      25.00       25.00
 7/11/14 4400195 BACIIM 50 MU            1      25.00       25.00
 7/11/14 4400195 BACIIM 50 MU            1      25.00       25.00
 7/11/14 4400195 BACIIM 50 MU            1      25.00       25.00
 7/11/14 4400195 BACIIM 50 MU            1      25.00       25.00
 7/11/14 4400195 BACIIM 50 MU            1-     25.00       25.00CR
 7/11/14 4400195 BACIIM 50 MU            1-     25.00       25.00CR
 7/11/14 4400195 BACIIM 50 MU            1-     25.00       25.00CR
 7/11/14 4400195 BACIIM 50 MU            1-     25.00       25.00CR
 7/11/14 4400195 BACIIM 50 MU            1-     25.00       25.00CR
 7/11/14 4400498 KETOROLAC 30MG          2      20.00       40.00    J1885
 7/11/14 4400498 KETOROLAC 30MG          2      20.00       40.00    J1885
 7/11/14 4400582 NS 250ML ADV            1      40.00       40.00
 7/11/14 4400582 NS 250ML ADV            1      40.00       40.00
 7/11/14 4400582 NS 250ML ADV            1      40.00       40.00
 7/11/14 4400582 NS 250ML ADV            1-     40.00       40.00CR
 7/11/14 4400582 NS 250ML ADV            1-     40.00       40.00CR
 7/11/14 4400598 NS 1000ML               1      40.00       40.00
 7/11/14 4400599 LACTATED RINGERS        1      40.00       40.00
 7/11/14 4400599 LACTATED RINGERS        1      40.00       40.00
```

```
  DEMAND BILL              JACK HUGHSTON MEMORIAL
                           4401 RIVER CHASE DRIVE
                           PHENIX CITY      AL
                           36867
                           334-732-3000

    PATIENT NAME         ACCOUNT NO.    ADMIT DATE  DIS. DATE              PAGE
 LEACHMAN MICHAEL            19           7/08/14    7/14/14                  5


  42894  GUARANTOR NAME/ADDR.        F/C   INS. CO/PLANS           POLICY #
    LEACHMAN MICHAEL                  M    MEDICARE A&B          25306    A
    705 WEST 48TH STREET                   MEDICAID GEORGI       11190294
    SAVANNAH GA   31405


                                                AGE                   DR. NAME
                                                 56              WALDROP JOHN I

    CHRG CODE     DESCRIPTION       QTY   UNIT PRICE     AMOUNT       CPT CODE
 ---------------------------------------------------------------------------
 7/11/14  4400599  LACTATED RINGERS     1       40.00       40.00
 7/11/14  4400599  LACTATED RINGERS     1       40.00       40.00
 7/11/14  4400599  LACTATED RINGERS     1       40.00       40.00
 7/11/14  4400599  LACTATED RINGERS     1       40.00       40.00
 7/11/14  4400599  LACTATED RINGERS     1-      40.00       40.00CR
 7/11/14  4400599  LACTATED RINGERS     1-      40.00       40.00CR
 7/11/14  4400599  LACTATED RINGERS     1-      40.00       40.00CR
 7/11/14  4400599  LACTATED RINGERS     1-      40.00       40.00CR
 7/11/14  4400599  LACTATED RINGERS     1-      40.00       40.00CR
 7/11/14  4400695  ASPIRIN 81MG CHEW    1        6.00        6.00     A9270 GY
 7/11/14  4400794  CELEBREX 200MG CAP   1       15.75       15.75     A9270 GY
 7/11/14  4400818  CIPRO 500MG TAB      2       25.75       51.50     A9270 GY
 7/11/14  4400932  DIAZEPAM 10MG/2ML    2       25.00       50.00     J3360
 7/11/14  4400938  HYDROMORPH 1MG/1ML   1       25.00       25.00
 7/11/14  4400967  DOCUSATE SOD 100MG   1        6.00        6.00     A9270 GY
 7/11/14  4401186  MAG/AL PLUS 30ML UD  1        6.00        6.00     A9270 GY
 7/11/14  4401287  GABAPENTIN 300MG CAP 1        6.00        6.00     A9270 GY
 7/11/14  4401287  GABAPENTIN 300MG CAP 1        6.00        6.00     A9270 GY
 7/11/14  4401473  PROTONIX 40MG TAB    1       18.25       18.25     A9270 GY
 7/11/14  4401838  POLYMIXIN 500,000 UN 1       63.50       63.50
 7/11/14  4401838  POLYMIXIN 500,000 UN 1       63.50       63.50
 7/11/14  4401838  POLYMIXIN 500,000 UN 1       63.50       63.50
 7/11/14  4401838  POLYMIXIN 500,000 UN 1       63.50       63.50
 7/11/14  4401838  POLYMIXIN 500,000 UN 1       63.50       63.50
 7/11/14  4401838  POLYMIXIN 500,000 UN 1       63.50       63.50
 7/11/14  4401838  POLYMIXIN 500,000 UN 1-      63.50       63.50CR
 7/11/14  4401838  POLYMIXIN 500,000 UN 1-      63.50       63.50CR
 7/11/14  4401838  POLYMIXIN 500,000 UN 1-      63.50       63.50CR
 7/11/14  4401838  POLYMIXIN 500,000 UN 1-      63.50       63.50CR
 7/11/14  4401838  POLYMIXIN 500,000 UN 1-      63.50       63.50CR
 7/11/14  4402053  OXYCODONE/ACETAMIN   1        7.15        7.15     A9270 GY
 7/11/14  4402053  OXYCODONE/ACETAMIN   1        7.15        7.15     A9270 GY
 7/11/14  4402053  OXYCODONE/ACETAMIN   1        7.15        7.15     A9270 GY
 7/12/14  4400004  NON-CHARGE (KEY)     1                     .00
 7/12/14  4400073  VANCOMYCIN HCL 1GM   2       65.00      130.00     J3370
 7/12/14  4400073  VANCOMYCIN HCL 1GM   2       65.00      130.00     J3370
 7/12/14  4400073  VANCOMYCIN HCL 1GM   2       65.00      130.00     J3370
```

```
          DEMAND BILL              JACK HUGHSTON MEMORIAL
                                   4401 RIVER CHASE DRIVE
                                   PHENIX CITY      AL
                                   36867
                                   334-732-3000

      PATIENT NAME             ACCOUNT NO.   ADMIT DATE  DIS. DATE            PAGE
  LEACHMAN MICHAEL                 19         7/08/14    7/14/14               6


    42894   GUARANTOR NAME/ADDR.       F/C     INS. CO/PLANS           POLICY #
      LEACHMAN MICHAEL                  M    MEDICARE A&B            25306     A
      705 WEST 48TH STREET                   MEDICAID GEORGI       11190294
      SAVANNAH GA    31405


                                                 AGE                  DR. NAME
                                                 56               WALDROP JOHN I

       CHRG CODE      DESCRIPTION       QTY   UNIT PRICE       AMOUNT        CPT CODE
  -----------------------------------------------------------------------------------
    7/12/14 4400582 NS 250ML ADV          1       40.00         40.00
    7/12/14 4400582 NS 250ML ADV          1       40.00         40.00
    7/12/14 4400582 NS 250ML ADV          1       40.00         40.00
    7/12/14 4400695 ASPIRIN 81MG CHEW     1        6.00          6.00        A9270 GY
    7/12/14 4400794 CELEBREX 200MG CAP    1       15.75         15.75        A9270 GY
    7/12/14 4400818 CIPRO 500MG TAB       2       25.75         51.50        A9270 GY
    7/12/14 4400818 CIPRO 500MG TAB       2       25.75         51.50        A9270 GY
    7/12/14 4400967 DOCUSATE SOD 100MG    1        6.00          6.00        A9270 GY
    7/12/14 4401186 MAG/AL PLUS 30ML UD   1        6.00          6.00        A9270 GY
    7/12/14 4401287 GABAPENTIN 300MG CAP  1        6.00          6.00        A9270 GY
    7/12/14 4401287 GABAPENTIN 300MG CAP  1        6.00          6.00        A9270 GY
    7/12/14 4401473 PROTONIX 40MG TAB     1       18.25         18.25        A9270 GY
    7/12/14 4402053 OXYCODONE/ACETAMIN    1        7.15          7.15        A9270 GY
    7/12/14 4402053 OXYCODONE/ACETAMIN    1        7.15          7.15        A9270 GY
    7/13/14 4400004 NON-CHARGE (KEY)      1                       .00
    7/13/14 4400073 VANCOMYCIN HCL 1GM    2       65.00        130.00        J3370
    7/13/14 4400612 NACL 0.9% 250ML       1       40.00         40.00
    7/13/14 4400695 ASPIRIN 81MG CHEW     1        6.00          6.00        A9270 GY
    7/13/14 4400794 CELEBREX 200MG CAP    1       15.75         15.75        A9270 GY
    7/13/14 4400818 CIPRO 500MG TAB       2       25.75         51.50        A9270 GY
    7/13/14 4400818 CIPRO 500MG TAB       2       25.75         51.50        A9270 GY
    7/13/14 4400932 DIAZEPAM 10MG/2ML     2       25.00         50.00        J3360
    7/13/14 4400938 HYDROMORPH 1MG/1ML    1       25.00         25.00
    7/13/14 4400967 DOCUSATE SOD 100MG    1        6.00          6.00        A9270 GY
    7/13/14 4401186 MAG/AL PLUS 30ML UD   1        6.00          6.00        A9270 GY
    7/13/14 4401473 PROTONIX 40MG TAB     1       18.25         18.25        A9270 GY
    7/13/14 4401796 DUONEB 3ML            1       12.50         12.50
    7/13/14 4402053 OXYCODONE/ACETAMIN    1        7.15          7.15        A9270 GY
    7/13/14 4402053 OXYCODONE/ACETAMIN    1        7.15          7.15        A9270 GY
    7/13/14 4402053 OXYCODONE/ACETAMIN    1        7.15          7.15        A9270 GY
    7/13/14 4402053 OXYCODONE/ACETAMIN    1        7.15          7.15        A9270 GY
    7/14/14 4400004 NON-CHARGE (KEY)      1                       .00
    7/14/14 4400073 VANCOMYCIN HCL 1GM    2       65.00        130.00        J3370
    7/14/14 4400582 NS 250ML ADV          1       40.00         40.00
    7/14/14 4400695 ASPIRIN 81MG CHEW     1        6.00          6.00        A9270 GY
    7/14/14 4400794 CELEBREX 200MG CAP    1       15.75         15.75        A9270 GY
    7/14/14 4400818 CIPRO 500MG TAB       2       25.75         51.50        A9270 GY
```

```
DEMAND BILL                 JACK HUGHSTON MEMORIAL
                            4401 RIVER CHASE DRIVE
                            PHENIX CITY      AL
                            36867
                            334-732-3000

   PATIENT NAME            ACCOUNT NO.   ADMIT DATE   DIS. DATE              PAGE
  LEACHMAN MICHAEL             19         7/08/14     7/14/14                  7


  42894   GUARANTOR NAME/ADDR.       F/C   INS. CO/PLANS            POLICY #
    LEACHMAN MICHAEL                  M    MEDICARE A&B         25306      A
    705 WEST 48TH STREET                   MEDICAID GEORGI      11190294
    SAVANNAH GA    31405


                                               AGE              DR. NAME
                                                56          WALDROP JOHN I

      CHRG CODE     DESCRIPTION       QTY  UNIT PRICE      AMOUNT    CPT CODE
  -----------------------------------------------------------------------------
  7/14/14  4400818  CIPRO 500MG TAB     2     25.75         51.50    A9270 GY
  7/14/14  4401287  GABAPENTIN 300MG CAP 1     6.00          6.00    A9270 GY
  7/14/14  4402053  OXYCODONE/ACETAMIN  1      7.15          7.15    A9270 GY
  7/14/14  4402053  OXYCODONE/ACETAMIN  1      7.15          7.15    A9270 GY
  7/14/14  4402053  OXYCODONE/ACETAMIN  1      7.15          7.15    A9270 GY
  7/08/14  4421169  LS LF PRIMARY PLUMST 1    15.00         15.00
  7/09/14  4420003  DVT CALF CUFF       1     31.90         31.90
  7/09/14  4421302  9% SOD CHL 1000ML   1      4.00          4.00
  7/09/14  4421302  9% SOD CHL 1000ML   1      4.00          4.00
  7/09/14  4421308  9% SODCHL ADVAN     1      7.00          7.00
  7/09/14  4421348  PRIMARY SET W/CLAVE 1     17.00         17.00
  7/09/14  4421495  SENSOR ADULT        1     28.00         28.00
  7/09/14  4428155  BLANKET, BAIR HUGGER 1    27.00         27.00
  7/09/14  4428409  AIRWAY ORAL         1     37.48         37.48
  7/10/14  4421056  DRESSING V.A.C MED  1    153.00        153.00
  7/10/14  4421169  LS LF PRIMARY PLUMST 1    15.00         15.00
  7/10/14  4421302  9% SOD CHL 1000ML   1      4.00          4.00
  7/10/14  4421348  PRIMARY SET W/CLAVE 1     17.00         17.00
  7/10/14  4421495  SENSOR ADULT        1     28.00         28.00
  7/10/14  4422000  EXTENSION SET 18"   1      7.18          7.18
  7/10/14  4428155  BLANKET, BAIR HUGGER 1    27.00         27.00
  7/11/14  4421068  W O VAC SM WOUND DRS 1    87.70         87.70
  7/13/14  4429990  WOUND CANNISTER VAC 1    148.33        148.33
  7/10/14  4537015  INCENTIVE SPIROMETER 1    36.00         36.00
  7/13/14  4536506  AEROSOL TX INITIAL  1    103.00        103.00    94640
  7/10/14  4652498  PT INITIAL EVALUATIO 1   315.00        315.00    97001 GP
  7/10/14  4657065  MOBILITY CURRENT STA 1     1.00          1.00    G8978 GP CJ
  7/10/14  4657071  MOBILITY GOAL STATUS 1     1.00          1.00    G8979 GP CI
  7/10/14  4658010  PT GAIT TRN I 1/4 HR 1    76.00         76.00    97116 GP
  7/11/14  4658010  PT GAIT TRN I 1/4 HR 2    76.00        152.00    97116 GP
  7/12/14  4658010  PT GAIT TRN I 1/4 HR 1    76.00         76.00    97116 GP
  7/13/14  4658010  PT GAIT TRN I 1/4 HR 2    76.00        152.00    97116 GP
  7/14/14  4657080  MOBILITY D/C STATUS 1      1.00          1.00    G8980 GP CK
  7/14/14  4658004  PT ADL/FUNCT ACT 1/4 1    73.00         73.00    97535 GP
  7/14/14  4658010  PT GAIT TRN I 1/4 HR 1    76.00         76.00    97116 GP
```

DEMAND BILL

JACK HUGHSTON MEMORIAL
4401 RIVER CHASE DRIVE
PHENIX CITY AL
36867
334-732-3000

| PATIENT NAME | ACCOUNT NO. | ADMIT DATE | DIS. DATE | PAGE |
|---|---|---|---|---|
| LEACHMAN MICHAEL | 19 | 7/08/14 | 7/14/14 | 8 |

| 42894 GUARANTOR NAME/ADDR. | F/C | INS. CO/PLANS | POLICY # |
|---|---|---|---|
| LEACHMAN MICHAEL | M | MEDICARE A&B | 25306[illegible]A |
| 705 WEST 48TH STREET | | MEDICAID GEORGI | 11190294[illegible] |
| SAVANNAH GA 31405 | | | |

| AGE | DR. NAME |
|---|---|
| 56 | WALDROP JOHN I |

| CHRG CODE | DESCRIPTION | QTY | UNIT PRICE | AMOUNT | CPT CODE |
|---|---|---|---|---|---|

------------------------------------------------------------

** SUMMARY OF CHARGES **

| | |
|---|---|
| ** TOTAL CHARGES ** | 26287.53 |
| ** TOTAL PAYMENTS ** | 9659.99CR |
| ** TOTAL ADJUSTMENTS ** | 16627.54CR |
| ** TOTAL AMOUNT DUE ** | .00 |

PRIMARY DIAGNOSIS : 99666 EXC WOUND DEBRIDEMENT

SIGNATURE : ______________________
TAX I.D. : 331058243
PROVIDER # : 010168