# EXHIBIT D



# Record Certification and Notary

Jack Hughston Memorial Hospital Use Only

The undersigned, <u>Wilhelmina Frierson</u> hereby certifies that he/she is a representative of Russell County Community Hospital, LLC d/b/a Jack Hughston Memorial Hospital, and hereby certifies that the attached records consisting 19 pages are true, correct and accurate copies of those records maintained by Russell County Community Hospital, LLC designated as the medical chart pertaining to <u>Michael Leachman</u> for care and treatment rendered <u>Anesthesia Records</u>.

This undersigned, _____ further certifies that the attached disk(s) includes the following radiological images: <u>(see attached list)</u> and that said images are true, correct and accurate copies of those images maintained by Russell County Community Hospital, LLC as part of the medical chart pertaining to _____ for care and treatment rendered from _____ to _____.

The undersigned, _, hereby certifies that the attached records are maintained under my care, custody, and control, and that these records are kept and maintained in the usual and ordinary course of the business of Russell County Community Hospital, LLC.

This 16th day of May, 2016.

Sworn to and subscribed before me
this 16 day of May, 2016.

By: _____
Wilhelmina Frierson  HIM Director
(custodian)

_____
NOTARY PUBLIC
My Commission Expires

CLAUDINE BRAMLETT
NOTARY PUBLIC
ALABAMA STATE AT LARGE
MY COMMISSION EXPIRES APRIL 01, 2017

# JACK HUGHSTON MEMORIAL HOSPITAL

## Pre-Anesthesia Evaluation

Procedure: _____

Height: 5'10"  Weight: 142 lbs

PAT Vital Signs (_____ date): _____ BP _____ HR _____ SpO₂ _____ RR _____ T

Pre-Op Vital Signs (_____ date): _____ BP _____ HR _____ SpO₂ _____ RR _____ T

**No / Yes**

- [x] No  Anesthesia Related Issues
  - [ ] Hx of Difficult Intubation
  - [ ] Malignant Hyperthermia
  - [ ] PONV
  - [ ] Pseudocholinesterase Def

- [x] Yes  Respiratory Disease
  - [x] Asthma (493)
  - [ ] COPD
  - [ ] CPAP
  - [ ] Emphysema
  - [ ] Obstructive Sleep Apnea
  - [ ] Recent URI
  - [ ] Supplemental Oxygen
  - [x] Tobacco Use
  - [x] Pack years ____ (20 yrs ago)
  - [x] Quit
  - [ ] Tuberculosis

- [x] Yes  Cardiovascular Disease
  - [x] Hypertension
  - [ ] Rx Taken Today?
  - [ ] Ischemic Heart Disease
  - [ ] Angina
  - [ ] Hx Angioplasty
  - [ ] Exercise Tol.
  - [ ] Hx CABG
  - [ ] NTG use
  - [ ] Hx MI
  - [ ] Hx Stent

- [ ] Valvular Disease
  - [ ] MVP
  - [ ] Dysrhythmia
  - [ ] Pacemaker
  - [ ] Defibrillator
  - [ ] Cardiomyopathy
  - [ ] Congestive Heart Failure
  - [ ] Cardiac Tests
  - [ ] Cardiolite  [ ] Cath  [ ] Echo  [ ] Treadmill
  - [ ] Peripheral Vascular Disease

- [x] Yes  GI  (well controlled - resolved)
  - [x] GERD
  - [ ] Hiatal Hernia
  - [x] PUD

- [x] No  Diabetes  BS _____
  - [ ] Non-Insulin Dependent
  - [ ] Insulin Dependent
  - [ ] Diet-controlled

- [x] No  Renal Disease
  - [ ] Renal Insuff
  - [ ] Acute Renal Failure
  - [ ] Chronic Renal Failure
  - [ ] Current Dialysis  Last Dialysed _____

- [x] No  Hepatic Disease
  - [ ] Alcohol/Drug Use
  - [ ] Cirrhosis
  - [ ] Hepatitis

- [x] No  Thyroid Disease
  - [ ] Hyper
  - [ ] Hypo

- [x] Yes  CNS Disease  Bipolar  Migraines
  - [ ] Alzheimer's Dz
  - [x] Anxiety
  - [ ] Carotid Dz
  - [ ] CVA/TIA
  - [ ] Dementia
  - [ ] Depression
  - [ ] Epilepsy/Seizure Hx
  - [ ] Paralysis
  - [ ] Syncope

- [x] Yes  Musculoskeletal Disease   Avascular Necrosis  S/P THA
  - [x] Chronic Pain
  - [x] OA
  - [ ] MS
  - [ ] RA
  - [ ] Other

- [x] No  Hematological Disease
  - [ ] Bleeding/Clotting Disorder
  - [ ] Acute/Chronic Anemia
  - [ ] Sickle Cell Disease/Trait
  - [ ] HIV

- [x] No  Pregnancy  HCG _____

**Right Side:**

- [ ] No  [ ] Yes  Medical Clearance on Chart

Allergies: [x] NKDA  [x] NKFA  ~~LATEX~~

Sensitivity: Aspirin BI

Meds:
- Clonidine
- Lotab
- ~~Tylenol~~
- ~~Motrin~~

Labs:
139 | 105 | 11   / 89
4.1 | 27 | 0.9
12.7
39.9   437k

**FOR PATIENT TAKING BETA-BLOCKER**

- [ ] No  [ ] Yes  Perioperative Beta-Blocker taken/received?  denies long

Past Surg. Hx:  L hip   L knee   R hip   G+A

**AIRWAY EVALUATION**

- Oral Opening:  (Adequate)  Marginal  Poor
- Dental:  Good  (Poor)  Loose  Chipped  Edentulous  Prosthesis
- Neck ROM:  (Adequate)  Marginal  Poor
- MP  1 / 2 / 3 / 4   [ ] Potential difficult intubation

**PHYSICAL EXAMINATION**

- Chest:  (CTA)  CXR: _____
- CV:  (NSR)  (EKG):  reviewed
- NPO Since:  mn

Anesthesia Plan:  (GA)  MAC  Epidural  Spinal  IVRA  Nerve Block  Art  CVP

Pain Management:  Epidural  Intrathecal  Nerve Block

[x] I have discussed the risks of, benefits to, and alternatives for the planned anesthetic as well as the use of any planned blood products. I have answered all questions asked by the patient/guardian who agree with the plan and the potential use of blood or blood products. No guarantees have been made. Also, I have discussed the risks of, benefits to, and alternatives for the planned proposed post-operative pain management, including single and continuous nerve blocks if applicable.

Signature: _M. Gilbert_   CRNA AA   Date 9/24/14   Time 07:55

MD DO _____  Date _____  Time _____

**ASA**
- [ ] I
- [ ] II
- [x] III
- [ ] IV
- [ ] V
- [ ] VI
- [ ] E

9/25/14 pt reviewed A&Ox4

1.0

RM/BED: ___/___   PT #: 020▮
LEACHMAN MICHAEL   HSV: SIP
ADM: WALDROP JOHN I
SEX: M   DOB: 06/17/▮▮   AGE: 56
09/24/14 00:00   MR #: 000▮

# Jack Hughston Memorial Hospital - Anesthesia Record

Handwritten anesthesia record form for patient LEACHMAN MICHAEL, dated 9/24/14, OR #4.

- Diagnosis: Right hip infection, leg length inequality
- Procedure: Right hip I&D, WOUND VAC, hip revision
- Allergies: NKDA
- Ht: 5'10", Wt: 142#, ASA: 3
- Anes. Start: 1730
- Cut: 1802
- Close: 1415
- Anes. Stop: 1424
- CRNA 1: M Bridges CRNA
- IV Antibiotics: Cefazolin 2 gm, Vanc 1 gm, Clinda 300/600 mg
- Start Time: 1735, Completed: 1750
- Fluids: 900
- U/O: no foley
- EBL: 150
- PACU: 1920
- PACU report to: Quinones
- BP 100/56, P 94, R 16, T 98°, SaO2 100%
- ART 1736

RM/BED: /
LEACHMAN MICHAEL          PT #: 020...
ADM: WALDROP JOHN          HSV: SIP
SEX: M  DOB: 06/17/...     AGE:
09/24/14 00:00             MR #: 000...