AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. MDL 15-2666

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Defendant 3M via email to 3MBHservice@blackwellburke.com
Defendant Arizant Healthcare, Inc via email to 3MBHservice@blackwellburke.com

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 06/21/2016

*Server's signature*

Mark A. Tate
*Printed name and title*

2 East Bryan Street
Suite 600
Savannah, GA 31401
*Server's address*

Additional information regarding attempted service, etc: