UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re Bair Hugger Forced Air Warming
Products Liability Litigation

MDL No. 15-2666 (JNE/FLN)

This Document Relates To:
All Actions

---

### NOTICE OF VIDEOTAPED DEPOSITION OF DR. A. J. HAMER

To:   Plaintiffs and their counsel, Genevieve M. Zimmerman, Meshbesher & Spence Ltd., 1616 Park Avenue South, Minneapolis, MN 55404; Michael V. Ciresi, Ciresi Conlin LLP, 225 South Sixth Street, Suite 4600, Minneapolis, MN  55402; and Ben W. Gordon, Levin Papantonio, P.A. 316 S. Baylen Street, Suite 600, Pensacola, FL  32502-5996:

PLEASE TAKE NOTICE that, pursuant to Rule 30 and Rule 28 of the Federal Rules of Civil Procedure, Defendants 3M Company and Arizant Healthcare Inc. hereby notice their intention to take the deposition upon oral examination of Dr. A. J. Hamer for the purposes of discovery or for use as evidence, at the office of Faegre Baker Daniels LLP, 7 Pilgrim Street, London EC4V 6LB, United Kingdom, before a person authorized by law to administer oaths and to be recorded and preserved by videotape and/or real-time stenographic means.  This deposition is noticed to commence on August 3, 2016 at 4:00 p.m. London time and continue until adjournment.

Dated:  _____June 24, 2016_____

*/s/ Mary S. Young*
Jerry W. Blackwell #186867
Benjamin W. Hulse #0390952
Mary S. Young #392781
BLACKWELL BURKE P.A.
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415
(612) 343-3200
blackwell@blackwellburke.com
bhulse@blackwellburke.com
myoung@blackwellburke.com

Bridget M. Ahmann (16611x)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
T: (612) 766-7000  F: (612) 766-1600
bridget.ahmann@faegrebd.com

**ATTORNEYS FOR 3M COMPANY AND ARIZANT HEALTHCARE INC.**