## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to All Actions | CERTIFICATE OF SERVICE BY HAND DELIVERY AND U.S. MAIL |

I, Mary S. Young, hereby certify that on June 24, 2016, I caused the following document:

*Notice of Videotaped Deposition of Mark Harper, M.D.*

to be served via hand delivery or U.S. Mail, as specified, to the following co-lead counsel for Plaintiffs in the above-captioned case:

Genevieve Zimmerman (via hand delivery)
MESHBESHER & SPENCE, LTD
1616 Park Avenue South
Minneapolis, MN 55404

Michael V. Ciresi (via hand delivery)
Jan M. Conlin
CIRESI CONLIN LLP
225 S. 6th St.
Suite 4600
Minneapolis, MN 55402

Ben W. Gordon (via U.S. Mail)
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, RAFFERTY & PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, FL 32502-5996

Dated: June 24, 2016                    Respectfully submitted,

                                        *s/Mary S. Young*