# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## TELECONFERENCE
CHAMBERS 9W - Minneapolis

### COURT MINUTES

IN RE: Bair Hugger Forced Air  
Warming Devices Products Liability Litigation

Case Number: 15-md-2666 JNE/FLN

| | |
|---|---|
| Date: | June 27, 2016 |
| Court Reporter: | n/a |
| Time Commenced: | 12:00 p.m. |
| Time Concluded: | 12:15 p.m. |
| Time in Court: | 15  Minutes |

**Teleconference before Franklin L. Noel, United States Magistrate Judge, at Minneapolis, Minnesota.**

APPEARANCES:

   For Plaintiff:     Ben Gordon

   For Defendant:     Ben Hulse

Discussed with parties the discovery issues that are in dispute.  An in-depth telephone conference will be held on Friday, July 1, 2016 at 2:00 p.m. Central Time.  Parties will be emailed conference bridge instructions. The conference will address the predictive coding of electronically stored information;  the timetable to produce documents; and European discovery issues.   By close of business Thursday, June 30, 2016 the parties are to submit to the court a joint spreadsheet regarding their respective positions on each of these issues.

                                            *s/Franklin L. Noel*  
                                        U. S. Magistrate Judge