UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to All Actions.<br><br>**PLAINTIFF(S)**<br><br>BRITT SHELTON<br><br>VS.<br><br>3M COMPANY AND ARIZANT HEALTHCARE, INC. | **SHORT FORM COMPLAINT AND JURY TRIAL DEMAND** |

1. Plaintiff, BRITT SHELTON, states and brings this civil action in MDL No. 15-2666, entitled *In Re: Bair Hugger Forced Air Warming Products Liability Litigation*. Plaintiff(s) [is/are] filing this Short Form Complaint as permitted by Pretrial Order #8 of this Court.

**PARTIES, JURISDICTION AND VENUE**

2. Plaintiff, BRITT SHELTON, is a resident and citizen of the State of TEXAS and claims damages as set forth below.

3. Jurisdiction is proper based upon diversity of Citizenship.

4. Proper Venue: The District Court in which remand trial is proper and where this Complaint would have been filed absent the direct filing order by this Court is TARRANT COUNTY, TX.

5. Plaintiff brings this action *[check the applicable designation]*:

1

☒      On behalf of [himself/herself];

## FACTUAL ALLEGATIONS

6.    On or about JULY 2014, Plaintiff underwent surgery during which the Bair Hugger Forced Air Warming system (hereinafter "Bair Hugger") was used during the course and scope of [his/her] surgery at the TEXAS HEALTH HARRIS METHODIST HOSP [medical center and address], in FORT WORTH, TX [city and state], by Dr. THEODORE CROFFORD.

7.    Contaminants introduced into Plaintiff's open surgical wound as a direct and proximate result of use of the Bair Hugger during the subject surgery resulted in Plaintiff developing a periprosthetic joint infection ("PJI"), also known as a deep joint infection ("DJI").

8.    As a result of Plaintiff's infection caused by the Bair Hugger, Plaintiff has undergone MULTIPLE REVISIONS [Describe treatment(s) received, e.g., revision arthroplasty, wound vac treatment, multiple staged procedures, etc.] on or about AUGUST 2014, at TEXAS HEALTH HARRIS METHODIST HOSPITAL [medical center(s) and address(es)] by Dr(s). THEODORE CROFFORD. [*Cross out if not applicable.*]

## ALLEGATIONS AS TO INJURIES

9.    (a) Plaintiff claims damages as a result of (check all that are applicable):

☒      INJURY TO HERSELF/HIMSELF

☐      INJURY TO THE PERSON REPRESENTED

☐      WRONGFUL DEATH

☐      SURVIVORSHIP ACTION

__X__     ECONOMIC LOSS

(b) Plaintiff's spouse claims damages as a result of (check all that are applicable):  [*Cross out if not applicable.*]

_____     LOSS OF SERVICES

_____     LOSS OF CONSORTIUM

10. Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff(s).

**<ins>DEFENDANT-SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY</ins>**

11. The following claims and allegations are asserted by Plaintiff(s) and are herein adopted by reference (check all that are applicable):

__X__     FIRST CAUSE OF ACTION - NEGLIGENCE;

__X__     SECOND CAUSE OF ACTION - STRICT LIABILITY;

    __X__     FAILURE TO WARN

    __X__     DEFECTIVE DESIGN AND MANUFACTURE

__X__     THIRD CAUSE OF ACTION – BREACH OF EXPRESS WARRANTY;

__X__     FOURTH CAUSE OF ACTION- BREACH OF IMPLIED WARRANTY OF MERCHANTBILITY LAW OF THE STATE OF __TEXAS_____, _____§§_____;

__X__     FIFTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA PREVENTION OF CONSUMER FRAUD ACT;

__X__     SIXTH CAUSE OF ACTION – VIOLATION OF THE MINNESOTA DECEPTIVE TRADE PRACTICES ACT;

__X__     SEVENTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA UNLAWFUL TRADE PRACTICES ACT;

__X__     EIGHTH CAUSE OF ACTION- VIOLATION OF THE

    ☒    MINNESOTA FALSE ADVERTISING ACT;

    ☒    NINTH CAUSE OF ACTION- CONSUMER FRAUD AND/OR UNFAIR AND DECEPTIVE TRADE PRACTICES UNDER LAW OF THE STATE OF <u>TEXAS</u>, <u>    </u>§§<u>    </u>;

    ☒    TENTH CAUSE OF ACTION – NEGLIGENT MISREPRESENTATION;

    ☒    ELEVENTH CAUSE OF ACTION- FRAUDULENT MISREPRESENTATION;

    ☒    TWELFTH CAUSE OF ACTION – FRAUDULENT CONCEALMENT;

    ☐    THIRTEENTH CAUSE OF ACTION – LOSS OF CONSORTIUM; and

    ☒    FOURTEENTH CAUSE OF ACTION – UNJUST ENRICHMENT.

In addition to the above, Plaintiff(s) assert the following additional causes of action under applicable state law:

_____

_____

_____.

*[Cross out if not applicable.]*

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff(s) pray for judgment against Defendants as follows:

1. For compensatory damages;
2. Pre-judgment and post-judgment interest;
3. Statutory damages and relief of the state whose laws will govern this action;
4. Costs and expenses of this litigation;

5. Reasonable attorneys' fees and costs as provided by law;

6. Equitable relief in the nature of disgorgement;

7. Restitution of remedy Defendants' unjust enrichment; and

8. All other relief as the Court deems necessary, just and proper.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff(s) hereby demand(s) a trial by jury as to all claims in Complaint so triable.

Dated: Jun 30, 2016 _____

Respectfully submitted,

/s/ BEHRAM PAREKH
Behram V. Parekh (SBN 180361)
bvp@kirtlandpackard.com
2041 Rosecrans Ave., Third Floor
El Segundo, California 90245
Telephone: (310) 536-1000
Facsimile: (310) 536-1001