UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to All Actions.<br><br>**PLAINTIFF(S)**<br><br>CLIFFORD OSTERMAN<br><br>VS.<br><br>**3M COMPANY AND ARIZANT HEALTHCARE, INC.** | **SHORT FORM COMPLAINT AND JURY TRIAL DEMAND** |

1. Plaintiff, CLIFFORD OSTERMAN, states and brings this civil action in MDL No. 15-2666, entitled *In Re: Bair Hugger Forced Air Warming Products Liability Litigation*. Plaintiff(s) [is/are] filing this Short Form Complaint as permitted by Pretrial Order #8 of this Court.

**PARTIES, JURISDICTION AND VENUE**

2. Plaintiff, CLIFFORD OSTERMAN, is a resident and citizen of the State of KANSAS and claims damages as set forth below.

3. Jurisdiction is proper based upon diversity of Citizenship.

4. Proper Venue: The District Court in which remand trial is proper and where this Complaint would have been filed absent the direct filing order by this Court is Sherman County, KS.

5. Plaintiff brings this action *[check the applicable designation]*:

1

☒        On behalf of [himself/herself];

# FACTUAL ALLEGATIONS

6.     On or about __07/2014_____, Plaintiff underwent surgery during which the Bair Hugger Forced Air Warming system (hereinafter "Bair Hugger") was used during the course and scope of [his/her] surgery at the __VA Eastern Colorado Health Care System__ [medical center and address], in __Denver, CO_____ [city and state], by Dr. _____.

7.     Contaminants introduced into Plaintiff's open surgical wound as a direct and proximate result of use of the Bair Hugger during the subject surgery resulted in Plaintiff developing a periprosthetic joint infection ("PJI"), also known as a deep joint infection ("DJI").

8.     As a result of Plaintiff's infection caused by the Bair Hugger, Plaintiff has undergone __MULTIPLE PROCEDURES_____ [Describe treatment(s) received, e.g., revision arthroplasty, wound vac treatment, multiple staged procedures, etc.] on or about _____, at _____ [medical center(s) and address(es)] by Dr(s). _____. [*Cross out if not applicable.*]

# ALLEGATIONS AS TO INJURIES

9.     (a) Plaintiff claims damages as a result of (check all that are applicable):

☒        INJURY TO HERSELF/HIMSELF

_____        INJURY TO THE PERSON REPRESENTED

_____        WRONGFUL DEATH

_____        SURVIVORSHIP ACTION

☒          ECONOMIC LOSS

(b) Plaintiff's spouse claims damages as a result of (check all that are applicable):  [*Cross out if not applicable.*]

_____          LOSS OF SERVICES

_____          LOSS OF CONSORTIUM

10. Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff(s).

**DEFENDANT-SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY**

11. The following claims and allegations are asserted by Plaintiff(s) and are herein adopted by reference (check all that are applicable):

☒          FIRST CAUSE OF ACTION - NEGLIGENCE;

☒          SECOND CAUSE OF ACTION - STRICT LIABILITY;

  ☒          FAILURE TO WARN

  ☒          DEFECTIVE DESIGN AND MANUFACTURE

☒          THIRD CAUSE OF ACTION – BREACH OF EXPRESS WARRANTY;

☒          FOURTH CAUSE OF ACTION- BREACH OF IMPLIED WARRANTY OF MERCHANTBILITY LAW OF THE STATE OF \_\_Colorado\_\_, \_\_\_\_§§_____;

☒          FIFTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA PREVENTION OF CONSUMER FRAUD ACT;

☒          SIXTH CAUSE OF ACTION – VIOLATION OF THE MINNESOTA DECEPTIVE TRADE PRACTICES ACT;

☒          SEVENTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA UNLAWFUL TRADE PRACTICES ACT;

☒          EIGHTH CAUSE OF ACTION- VIOLATION OF THE

| | |
|---|---|
| ☒ | MINNESOTA FALSE ADVERTISING ACT; |
| ☒ | NINTH CAUSE OF ACTION- CONSUMER FRAUD AND/OR UNFAIR AND DECEPTIVE TRADE PRACTICES UNDER LAW OF THE STATE OF Colorado, _____ §§ _____ ; |
| ☒ | TENTH CAUSE OF ACTION – NEGLIGENT MISREPRESENTATION; |
| ☒ | ELEVENTH CAUSE OF ACTION- FRAUDULENT MISREPRESENTATION; |
| ☒ | TWELFTH CAUSE OF ACTION – FRAUDULENT CONCEALMENT; |
| ___ | THIRTEENTH CAUSE OF ACTION – LOSS OF CONSORTIUM; and |
| ☒ | FOURTEENTH CAUSE OF ACTION – UNJUST ENRICHMENT. |

In addition to the above, Plaintiff(s) assert the following additional causes of action under applicable state law:

_____

_____

_____.

*[Cross out if not applicable.]*

### **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff(s) pray for judgment against Defendants as follows:

1. For compensatory damages;

2. Pre-judgment and post-judgment interest;

3. Statutory damages and relief of the state whose laws will govern this action;

4. Costs and expenses of this litigation;

4

5. Reasonable attorneys' fees and costs as provided by law;

6. Equitable relief in the nature of disgorgement;

7. Restitution of remedy Defendants' unjust enrichment; and

8. All other relief as the Court deems necessary, just and proper.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff(s) hereby demand(s) a trial by jury as to all claims in Complaint so triable.

Dated: Jun 29, 2016

Respectfully submitted,

/s/ BEHRAM PAREKH
Behram V. Parekh (SBN 180361)
bvp@kirtlandpackard.com
2041 Rosecrans Ave., Third Floor
El Segundo, California 90245
Telephone: (310) 536-1000
Facsimile: (310) 536-1001