UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to All Actions.<br><br>**TIMOTHY S. NORTON**<br><br>_____<br><br>VS.<br><br>**3M COMPANY AND ARIZANT HEALTHCARE, INC.** | **SHORT FORM COMPLAINT AND JURY TRIAL DEMAND** |

1. Plaintiff, Timothy S. Norton, states and brings this civil action in MDL No. 15-2666, entitled *In Re: Bair Hugger Forced Air Warming Products Liability Litigation*. Plaintiff is filing this Short Form Complaint as permitted by Pretrial Order #8 of this Court.

**PARTIES, JURISDICTION AND VENUE**

2. Plaintiff, Timothy S. Norton, is a resident and citizen of the State of Arizona and claims damages as set forth below.

3. ~~Plaintiff's Spouse, _____, is a resident and citizen of the State of _____, and claims damages as set forth below.~~

4. Jurisdiction is proper based upon diversity of Citizenship.

5. Proper Venue: The District Court in which remand trial is proper and where this Complaint would have been filed absent the direct filing order by this Court is the United States District Court for the District of Arizona.

1

6. Plaintiff brings this action *[check the applicable designation]*:

__X__   On behalf of himself;

_____   ~~In a representative capacity as the _____ of the _____ having been duly appointed as the _____ by the _____Court of _____. A copy of the Letters of Administration for a wrongful death claim is annexed hereto if such letters are required for the commencement of such a claim by the Probate, Surrogate or other appropriate court of the jurisdiction of the decedent.~~

*[Cross out if not applicable.]*

## FACTUAL ALLEGATIONS

7. On or about August 16, 2013, Plaintiff underwent surgery during which the Bair Hugger Forced Air Warming system (hereinafter "Bair Hugger") was used during the course and scope of his surgery at the Carondelet St. Joseph's Hospital, 350 North Wilmot Road, in Tucson, Arizona, by Dr. Timothy G. Berney.

8. Contaminants introduced into Plaintiff's open surgical wound as a direct and proximate result of use of the Bair Hugger during the subject surgery resulted in Plaintiff developing a periprosthetic joint infection ("PJI"), also known as a deep joint infection ("DJI").

9. As a result of Plaintiff's infection caused by the Bair Hugger, Plaintiff has undergone revision arthroplasty on or about May 7, 2014, at Tucson Medical Center in Tucson, Arizona by Dr. Lawrence Housman. Prior to his revision arthroplasty, Plaintiff underwent an explantation of the infected arthroplasty with implantation of an antibiotic

spacer prosthesis on or about February 7, 2014 at Tucson Medical Center in Tucson, Arizona by Dr. Lawrence Housman. Prior to that surgery, plaintiff underwent an excisional irrigation and debridement of the right hip on or about October 9, 2013 at Carondelet St. Joseph's Hospital in Tucson, Arizona by Dr. Timothy G. Berney.

### ALLEGATIONS AS TO INJURIES

10. (a) Plaintiff claims damages as a result of (check all that are applicable):

__X___ INJURY TO HERSELF/HIMSELF

_____ INJURY TO THE PERSON REPRESENTED

_____ WRONGFUL DEATH

_____ SURVIVORSHIP ACTION

__X___ ECONOMIC LOSS

~~(b) Plaintiff's spouse claims damages as a result of (check all that are applicable): [*Cross out if not applicable.*]~~

~~_____ LOSS OF SERVICES~~

~~_____ LOSS OF CONSORTIUM~~

11. Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff(s).

### DEFENDANT-SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY

12. The following claims and allegations are asserted by Plaintiff(s) and are herein adopted by reference (check all that are applicable):

__X___ FIRST CAUSE OF ACTION - NEGLIGENCE;

__X___ SECOND CAUSE OF ACTION - STRICT LIABILITY;

__X___ FAILURE TO WARN

3

      __X____  DEFECTIVE DESIGN AND MANUFACTURE

__X___  THIRD CAUSE OF ACTION – BREACH OF EXPRESS WARRANTY;

__X___  FOURTH CAUSE OF ACTION- BREACH OF IMPLIED WARRANTY OF MERCHANTBILITY LAW OF THE STATE OF ARIZONA, ARIZONA REVISED STATUTES §47-2314;

__X___  FIFTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA PREVENTION OF CONSUMER FRAUD ACT;

__X___  SIXTH CAUSE OF ACTION – VIOLATION OF THE MINNESOTA DECEPTIVE TRADE PRACTICES ACT;

__X___  SEVENTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA UNLAWFUL TRADE PRACTICES ACT;

__X___  EIGHTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA FALSE ADVERTISING ACT;

__X___  NINTH CAUSE OF ACTION- CONSUMER FRAUD AND/OR UNFAIR AND DECEPTIVE TRADE PRACTICES UNDER LAW OF THE STATE OF ARIZONA, ARIZONA REVISED STATUTES §44-1522 *ET. SEQ.* (THE ARIZONA CONSUMER FRAUD ACT);

__X___  TENTH CAUSE OF ACTION – NEGLIGENT MISREPRESENTATION;

__X___  ELEVENTH CAUSE OF ACTION- FRAUDULENT MISREPRESENTATION;

__X___  TWELFTH CAUSE OF ACTION – FRAUDULENT CONCEALMENT;

_____  THIRTEENTH CAUSE OF ACTION – LOSS OF CONSORTIUM; and

___X__  FOURTEENTH CAUSE OF ACTION – UNJUST ENRICHMENT.

4

~~In addition to the above, Plaintiff(s) assert the following additional causes of action under applicable state law:~~

_____

_____

_____.

*~~[Cross out if not applicable.]~~*

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

1. For compensatory damages;

2. Pre-judgment and post-judgment interest;

3. Statutory damages and relief of the state whose laws will govern this action;

4. Costs and expenses of this litigation;

5. Reasonable attorneys' fees and costs as provided by law;

6. Equitable relief in the nature of disgorgement;

7. Restitution of remedy Defendants' unjust enrichment; and

8. All other relief as the Court deems necessary, just and proper.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff hereby demands a trial by jury as to all claims in Complaint so triable.

Dated: July 8, 2016

                                          Respectfully submitted,

                                          /s/ Annesley H. DeGaris
                                          ANNESLEY H. DeGARIS
                                          Attorney for the Plaintiff

                                          DEGARIS & ROGERS, LLC
                                          2 North 20th Street
                                          Suite 1030
                                          Birmingham, Alabama 35203
                                          (205) 558-9000