UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to<br><br>*All Cases* | **EXHIBIT INDEX TO DEFENDANTS MOTION FOR THE ISSUE LETTERS OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE TO THE APPROPRIATE JUDICIAL AUTHORITIES IN THE UNITED KINGDOM**. |

---

Exhibit 1    Letter of Request for International Judicial Assistance to the Appropriate Judicial Authority in the United Kingdom, with Appendices A-1 – A-4; B- 1 – B-4.

Dated:  July 8, 2016                             Respectfully submitted,

*s/Bridget M. Ahmann*
Bridget M. Ahmann
MN Atty ID No. 016611x
M. Joseph Winebrenner
MN Atty ID No. 0387889
**Attorneys for Defendants 3M Company and Arizant Healthcare Inc.**
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
T: (612) 766-7000    F:  (612) 766-1600
bridget.ahmann@faegrebd.com
joe.winebrenner@faegrebd.com

                        Jerry W. Blackwell
                        MN Atty ID No. 0186867
                        Benjamin W. Hulse
                        MN Atty ID No. 0390952
                        Mary S. Young
                        MN Atty ID No. 0392781
                        **Attorneys for Defendants 3M Company and Arizant Healthcare Inc.**
                        BLACKWELL BURKE P.A.
                        431 South Seventh Street, Suite 2500
                        Minneapolis, MN  55415
                        T: (612) 343-3200     F:  (612) 343-3205
                        blackwell@blackwellburke.com
                        bhulse@blackwellburke.com
                        myoung@blackwellburke.com

US.106203177.01