UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to All Actions.<br><br>**PLAINTIFF(S)**<br><br>_____<br><br>VS.<br><br>**3M COMPANY AND ARIZANT HEALTHCARE, INC.** | **MASTER SHORT FORM COMPLAINT AND JURY TRIAL DEMAND** |

    1.    Plaintiff, <u>Betty M. Templeton</u>, states and brings this civil action in MDL No. 15-2666, entitled *In Re: Bair Hugger Forced Air Warming Products Liability Litigation*. Plaintiff(s) [is/are] filing this Short Form Complaint as permitted by Pretrial Order #8 of this Court.

## PARTIES, JURISDICTION AND VENUE

    2.    Plaintiff, <u>Betty M. Templeton</u>, is a resident and citizen of the State of <u>South Carolina</u> and claims damages as set forth below.

    3.    Plaintiff's Spouse, <u>Joe Templeton</u>, is a resident and citizen of the State of <u>South Carolina</u>, and claims damages as set forth below.

    4.    Jurisdiction is proper based upon diversity of Citizenship.

    5.    Proper Venue: The District Court in which remand trial is proper and where this Complaint would have been filed absent the direct filing order by this Court is <u>Aiken,</u>

1

South Carolina.

    6.    Plaintiff brings this action:

X    On behalf of [herself];

_____    In a representative capacity as the _____ of the _____ having been duly appointed as the _____ by the _____Court of _____. A copy of the Letters of Administration for a wrongful death claim is annexed hereto if such letters are required for the commencement of such a claim by the Probate, Surrogate or other appropriate court of the jurisdiction of the decedent.

*[Cross out if not applicable.]*

## FACTUAL ALLEGATIONS

    7.    On or about 7/15/2013, Plaintiff underwent surgery during which the Bair Hugger Forced Air Warming system (hereinafter "Bair Hugger") was used during the course and scope of [his/her] surgery at the Aiken Regional Medical Center, 302 University Parkway in Aiken, South Carolina, by Dr. Timothy Shannon.

    8.    Contaminants introduced into Plaintiff's open surgical wound as a direct and proximate result of use of the Bair Hugger during the subject surgery resulted in Plaintiff developing a periprosthetic joint infection ("PJI"), also known as a deep joint infection ("DJI").

    9.    As a result of Plaintiff's infection caused by the Bair Hugger, Plaintiff has undergone IV antibiotics for infection, revision arthroplasty, wound vac treatment as well as multiple staged procedures ending in the amputation on or about 8/5/2013 through

2

12/19/2013, at <u>Aiken Medical Center 302 University Parkway Aiken, South Carolina, Infectious Disease Specialist 102 Summerwood Way, Aiken, South Carolina, Intermedical Hospital of South Carolina 1330 Taylor Street, Columbia, South Carolina, The Regional Medical Center 3000 St. Matthews Road, Orangeburg, South Carolina, Select Specialty Hospital 5353 Reynolds Street, Savannah, Georgia, Georgia Regents Medical Center 1120 5th Street Augusta, Georgia</u>  by Dr(s). <u>Timothy Shannon, Gerald Gordon, Laura Herpel, Shawn Ghent, Lamar W. Dawkins, Jr., Edmond F. Ritter</u>.

## ALLEGATIONS AS TO INJURIES

10. (a) Plaintiff claims damages as a result of (check all that are applicable):

__X__        INJURY TO HERSELF/HIMSELF

_____        INJURY TO THE PERSON REPRESENTED

_____        WRONGFUL DEATH

_____        SURVIVORSHIP ACTION

_____        ECONOMIC LOSS

(b) Plaintiff's spouse claims damages as a result of (check all that are applicable):  [*Cross out if not applicable.*]

__X__        LOSS OF SERVICES

__X__        LOSS OF CONSORTIUM

11. Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff(s).

## DEFENDANT-SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY

12. The following claims and allegations are asserted by Plaintiff(s) and are herein adopted by reference (check all that are applicable):

3

__X__            FIRST CAUSE OF ACTION - NEGLIGENCE;

__X__            SECOND CAUSE OF ACTION - STRICT LIABILITY;

                   _____     FAILURE TO WARN

                   _____     DEFECTIVE DESIGN AND MANUFACTURE

__X__            THIRD CAUSE OF ACTION – BREACH OF EXPRESS WARRANTY;

_____           FOURTH CAUSE OF ACTION- BREACH OF IMPLIED WARRANTY OF MERCHANTBILITY LAW OF THE STATE OF _____, _____§§_____;

_____           FIFTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA PREVENTION OF CONSUMER FRAUD ACT;

_____           SIXTH CAUSE OF ACTION – VIOLATION OF THE MINNESOTA DECEPTIVE TRADE PRACTICES ACT;

_____           SEVENTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA UNLAWFUL TRADE PRACTICES ACT;

_____           EIGHTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA FALSE ADVERTISING ACT;

_____           NINTH CAUSE OF ACTION- CONSUMER FRAUD AND/OR UNFAIR AND DECEPTIVE TRADE PRACTICES UNDER LAW OF THE STATE OF _____, _____§§_____ ;

__X__            TENTH CAUSE OF ACTION – NEGLIGENT MISREPRESENTATION;

__X__            ELEVENTH CAUSE OF ACTION- FRAUDULENT MISREPRESENTATION;

_____           TWELFTH CAUSE OF ACTION – FRAUDULENT CONCEALMENT;

__X__            THIRTEENTH CAUSE OF ACTION – LOSS OF CONSORTIUM; and

__X__            FOURTEENTH CAUSE OF ACTION – UNJUST

ENRICHMENT.

In addition to the above, Plaintiff(s) assert the following additional causes of action under applicable state law:

_____

_____

_____.

*[Cross out if not applicable.]*

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff(s) pray for judgment against Defendants as follows:

1. For compensatory damages;

2. Pre-judgment and post-judgment interest;

3. Statutory damages and relief of the state whose laws will govern this action;

4. Costs and expenses of this litigation;

5. Reasonable attorneys' fees and costs as provided by law;

6. Equitable relief in the nature of disgorgement;

7. Restitution of remedy Defendants' unjust enrichment; and

8. All other relief as the Court deems necessary, just and proper.

## **JURY DEMAND**

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff(s) hereby demand(s) a trial by jury as to all claims in Complaint so triable.

Dated: July 15, 2016

                            Respectfully submitted,
                              s/Daniel S. Haltiwanger
Daniel S. Haltiwanger, Esq.
Richardson, Patrick, Westbrook & Brickman, LLC
P.O. Box 1368
Barnwell, SC  29812
Telephone:  803-541-7850
Facsimile:  803-541-9625
dhaltiwanger@rpwb.com

6