# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to All Actions.<br><br>**PLAINTIFF(S)**<br><br>_____<br><br>**VS.**<br><br>**3M COMPANY AND ARIZANT HEALTHCARE, INC.** | **MASTER SHORT FORM COMPLAINT AND JURY TRIAL DEMAND** |

1. Plaintiff, Jacqueline D. Atkinson, states and brings this civil action in MDL No. 15-2666, entitled *In Re: Bair Hugger Forced Air Warming Products Liability Litigation*. Plaintiff(s) [is/are] filing this Short Form Complaint as permitted by Pretrial Order #8 of this Court.

## PARTIES, JURISDICTION AND VENUE

2. Plaintiff, Jacqueline D. Atkinson, is a resident and citizen of the State of South Carolina and claims damages as set forth below.

3. Plaintiff's Spouse, Charles Atkinson, is a resident and citizen of the State of South Carolina, and claims damages as set forth below.

4. Jurisdiction is proper based upon diversity of Citizenship.

5. Proper Venue: The District Court in which remand trial is proper and where this Complaint would have been filed absent the direct filing order by this Court is

1

<u>Florence, South Carolina</u>.

6. Plaintiff brings this action:

X   On behalf of [herself];

_____   In a representative capacity as the _____ of the _____ having been duly appointed as the _____ by the _____Court of _____. A copy of the Letters of Administration for a wrongful death claim is annexed hereto if such letters are required for the commencement of such a claim by the Probate, Surrogate or other appropriate court of the jurisdiction of the decedent.

*[Cross out if not applicable.]*

## **FACTUAL ALLEGATIONS**

7. On or about <u>3/28/2012</u>, Plaintiff underwent surgery during which the Bair Hugger Forced Air Warming system (hereinafter "Bair Hugger") was used during the course and scope of [his/her] surgery at the <u>McLeod Regional Medical Center</u> in <u>Florence, South Carolina</u>, by Dr. <u>Thomas Mezzanotte</u>.

8. Contaminants introduced into Plaintiff's open surgical wound as a direct and proximate result of use of the Bair Hugger during the subject surgery resulted in Plaintiff developing a periprosthetic joint infection ("PJI"), also known as a deep joint infection ("DJI").

9. As a result of Plaintiff's infection caused by the Bair Hugger, Plaintiff has undergone <u>IV antibiotics for infection, revision arthroplasty, wound vac treatment as well as multiple staged procedures ending in the amputation</u> on or about <u>3/28/2012</u> through

2

12/23/2013, at <u>McLeod Medical Center, 555 E Cheves St., Florence South Carolina</u> by Dr(s). <u>Thomas Mezzanotte, Kyle Watford, Hudnal Paschal</u>.

## ALLEGATIONS AS TO INJURIES

10. (a) Plaintiff claims damages as a result of (check all that are applicable):

__X__ INJURY TO HERSELF/HIMSELF

_____ INJURY TO THE PERSON REPRESENTED

_____ WRONGFUL DEATH

_____ SURVIVORSHIP ACTION

_____ ECONOMIC LOSS

(b) Plaintiff's spouse claims damages as a result of (check all that are applicable): [*Cross out if not applicable.*]

__X__ LOSS OF SERVICES

__X__ LOSS OF CONSORTIUM

11. Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff(s).

## DEFENDANT-SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY

12. The following claims and allegations are asserted by Plaintiff(s) and are herein adopted by reference (check all that are applicable):

__X__ FIRST CAUSE OF ACTION - NEGLIGENCE;

__X__ SECOND CAUSE OF ACTION - STRICT LIABILITY;

_____ FAILURE TO WARN

_____ DEFECTIVE DESIGN AND MANUFACTURE

__X__ THIRD CAUSE OF ACTION – BREACH OF EXPRESS WARRANTY;

3

_____      FOURTH CAUSE OF ACTION- BREACH OF IMPLIED WARRANTY OF MERCHANTBILITY LAW OF THE STATE OF _____, _____§§_____;

_____      FIFTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA PREVENTION OF CONSUMER FRAUD ACT;

_____      SIXTH CAUSE OF ACTION – VIOLATION OF THE MINNESOTA DECEPTIVE TRADE PRACTICES ACT;

_____      SEVENTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA UNLAWFUL TRADE PRACTICES ACT;

_____      EIGHTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA FALSE ADVERTISING ACT;

_____      NINTH CAUSE OF ACTION- CONSUMER FRAUD AND/OR UNFAIR AND DECEPTIVE TRADE PRACTICES UNDER LAW OF THE STATE OF _____, _____§§_____ ;

\_\_\_X\_\_    TENTH CAUSE OF ACTION – NEGLIGENT MISREPRESENTATION;

\_\_\_X\_\_    ELEVENTH CAUSE OF ACTION- FRAUDULENT MISREPRESENTATION;

_____    TWELFTH CAUSE OF ACTION – FRAUDULENT CONCEALMENT;

\_\_\_X\_\_    THIRTEENTH CAUSE OF ACTION – LOSS OF CONSORTIUM; and

\_\_\_X\_\_    FOURTEENTH CAUSE OF ACTION – UNJUST ENRICHMENT.

In addition to the above, Plaintiff(s) assert the following additional causes of action under applicable state law:

_____

_____

_____.

*[Cross out if not applicable.]*

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff(s) pray for judgment against Defendants as follows:

1. For compensatory damages;

2. Pre-judgment and post-judgment interest;

3. Statutory damages and relief of the state whose laws will govern this action;

4. Costs and expenses of this litigation;

5. Reasonable attorneys' fees and costs as provided by law;

6. Equitable relief in the nature of disgorgement;

7. Restitution of remedy Defendants' unjust enrichment; and

8. All other relief as the Court deems necessary, just and proper.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff(s) hereby demand(s) a trial by jury as to all claims in Complaint so triable.


Dated: July 15, 2016

                                      Respectfully submitted,
                                      ___s/Daniel S. Haltiwanger_____
                                    Daniel S. Haltiwanger, Esq.
                                    Richardson, Patrick, Westbrook & Brickman, LLC
                                    P.O. Box 1368
                                    Barnwell, SC  29812
                                    Telephone:  803-541-7850
                                    Facsimile:  803-541-9625
                                    dhaltiwanger@rpwb.com