**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

IN RE: Bair Hugger Forced Air Warming             MDL No. 15-2666 (JNE/FLN)
Products Liability Litigation


This Document Relates to                          **DEFENDANTS' MEET AND
                                                  CONFER STATEMENT**

*All Cases*

---

      The undersigned counsel for Defendants 3M Company and Arizant Healthcare

Inc. ("Defendants") certifies that counsel for Defendants met and conferred with

Plaintiffs' counsel by telephone and email on multiple occasions concerning the topic of

foreign discovery before Defendants filed this motion.  Defendants' counsel and

Plaintiffs' counsel also exchanged a draft of this motion on or about July 21, 2016.

Plaintiffs' counsel has indicated that they will not oppose this present motion.

Dated:  August 1, 2016                        Respectfully submitted,

                                              *s/Bridget M. Ahmann*
                                              _____
                                              Bridget M. Ahmann
                                              MN Atty ID No. 016611x
                                              M. Joseph Winebrenner
                                              MN Atty ID No. 0387889
                                              **Attorneys for Defendants 3M Company
                                              and Arizant Healthcare Inc.**
                                              FAEGRE BAKER DANIELS LLP
                                              2200 Wells Fargo Center
                                              90 South Seventh Street
                                              Minneapolis, MN 55402
                                              T: (612) 766-7000    F: (612) 766-1600
                                              bridget.ahmann@faegrebd.com
                                              joe.winebrenner@faegrebd.com

Jerry W. Blackwell
MN Atty ID No. 0186867
Benjamin W. Hulse
MN Atty ID No. 0390952
Mary S. Young
MN Atty ID No. 0392781
**Attorneys for Defendants 3M Company
and Arizant Healthcare Inc.**
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN  55415
T: (612) 343-3200    F: (612) 343-3205
blackwell@blackwellburke.com
bhulse@blackwellburke.com
myoung@blackwellburke.com

US.107397230.01

2