# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to<br><br>*All Cases* | **ORDER FOR THE ISSUANCE OF LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE TO THE APPROPRIATE JUDICIAL AUTHORITIES IN AUSTRALIA** |

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED:**

1. Defendants' Unopposed Motion for the Issuance of a Letter of Request for International Judicial Assistance to the Appropriate Judicial Authorities in the Australia is GRANTED.

2. Upon signing of the Letter of Request, the Clerk of Court shall mail the signed original Letter of Request to Counsel for Defendants. Defendants shall have the Letter of Request forwarded to the appropriate judicial authorities in the Australia.

Dated: August 3, 2016

BY THE COURT

*s/Joan N. Ericksen*
The Honorable Joan N. Ericksen
United State District Judge
District of Minnesota