# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-md-2666 (JNE/FLN) |

This document relates to:

| | |
|---|---|
| Civil No. 0:15-03702  Lorraine Rochelle | Civil No. 0:15-04161  Mary Lewis-Mosqueda |
| Civil No. 0:15-03736  Carmen Printup | Civil No. 0:15-04211  Veronica Little |
| Civil No. 0:15-03899  James Hardison | Civil No. 0:15-04212  Willie Lockhart Love |
| Civil No. 0:15-03900  Larry Wright | Civil No. 0:15-04237  James Hicks |
| Civil No. 0:15-03950  John Allen LeBlanc | Civil No. 0:15-04244  Calvin Seitter |
| Civil No. 0:15-03951  Francisco E. Hernandez | Civil No. 0:15-04245  Jeffrey Harvey |
| Civil No. 0:15-03952  Shalanda Dorsey | Civil No. 0:15-04259  Luciano Delago |
| Civil No. 0:15-03992  Arlene Bray | Civil No. 0:15-04265  Judy Mayne |
| Civil No. 0:15-04001  Greg Colson | Civil No. 0:15-04277  Jerrold Sollers |
| Civil No. 0:15-04002  Cledia Linscott | Civil No. 0:15-04278  Wilbert Carmichael |
| Civil No. 0:15-04003  Tony McDougald | Civil No. 0:15-04298  Anna Weatherholtz |
| Civil No. 0:15-04004  Melvin Peterson | Civil No. 0:15-04299  Michael Whitley |
| Civil No. 0:15-04021  Larry Leroux | Civil No. 0:15-04300  Phyllis Newlun |
| Civil No. 0:15-04026  Deborah Evans | Civil No. 0:15-04301  Tammy McCain-Champagne |
| Civil No. 0:15-04027  Peggy Berry | Civil No. 0:15-04302  Kevin Blanchard |
| Civil No. 0:15-04044  Alice Campbell | Civil No. 0:15-04430  Bruce Swiecicki |
| Civil No. 0:15-04077  Fontenot, et al. | Civil No. 0:15-04491  Nicholas J. Morris |
| Civil No. 0:15-04148  Leslie Jordon, et al. | |
| Civil No. 0:15-04159  Lola Perry | |

|  |  |
|---|---|
| Plaintiffs, | |
| v. | |
| 3M Company a Delaware corporation, and Arizant Healthcare, Inc., a Delaware corporation, | **NOTICE OF WITHDRAWAL OF COUNSEL ERIN M. VERNERIS** |
| Defendants. | |

TO:   Parties, Counsel and Court Administrator.

**PLEASE TAKE NOTICE** that Erin M. Verneris, formerly with the law firm of Faegre Baker Daniels LLP, hereby withdraws as counsel of record for defendants 3M Company and Arizant Healthcare, Inc. in the above matters.

Bridget M. Ahmann and M. Joseph Winebrenner of the law firm of Faegre Baker Daniels LLP, and Jerry W. Blackwell, Benjamin W. Hulse and Mary S. Young of the law firm of Blackwell Burke P.A. will continue as counsel of record for defendants 3M Company and Arizant Healthcare, Inc.

Dated:  August 4, 2016

*s/Bridget M. Ahmann*
Bridget M. Ahmann
MN Atty ID No. 016611x
M. Joseph Winebrenner
MN Atty ID No. 0387889
**Attorneys for Defendants 3M Company and Arizant Healthcare Inc.**
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
T: (612) 766-7000    F: (612) 766-1600
bridget.ahmann@faegrebd.com
joe.winebrenner@faegrebd.com

Jerry W. Blackwell
MN Atty ID No. 0186867
Benjamin W. Hulse
MN Atty ID No. 0390952
Mary S. Young
MN Atty ID No. 0392781
**Attorneys for Defendants 3M Company and Arizant Healthcare Inc.**
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN  55415
T: (612) 343-3200    F: (612) 343-3205
blackwell@blackwellburke.com
bhulse@blackwellburke.com
myoung@blackwellburke.com

US.107464260.01