UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to<br><br>*All Cases* | **DEFENDANTS' UNOPPOSED MOTION FOR THE ISSUANCE OF A LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE TO THE APPROPRIATE JUDICIAL AUTHORITIES IN THE UNITED KINGDOM (RE HAMER)** |

Pursuant to 28 U.S.C. § 1781(b)(2) and Federal Rule of Civil Procedure 28(b), Defendants 3M™ Company and Arizant Healthcare Inc. ("Defendants") respectfully move the Court for an order issuing a letter of request for international judicial assistance to the Senior Master of the High Court of Justice, Queen's Bench Division, Royal Courts of Justice, Strand, London WC2A 2LL.  As set forth in the accompanying memorandum of law, Defendants seek assistance in obtaining testimony and documents from study author Dr. Andrew Hamer, who is an author on certain scientific literature cited and relied upon in Plaintiffs' Master Long-Form Complaint and thus who has unique information that is relevant to plaintiffs' allegations.  Because Defendants cannot obtain the information at issue by other means, they respectfully request that the Court grant this motion and issue the proposed Letter of Request submitted as Exhibit 1.  Plaintiffs have agreed not to oppose this motion.

Dated:  August 17, 2016

Respectfully submitted,

*s/Bridget M. Ahmann*

Bridget M. Ahmann
MN Atty ID No. 016611x
M. Joseph Winebrenner
MN Atty ID No. 0387889
**Attorneys for Defendants 3M Company and Arizant Healthcare Inc.**
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
T: (612) 766-7000    F: (612) 766-1600
bridget.ahmann@faegrebd.com
joe.winebrenner@faegrebd.com


Jerry W. Blackwell
MN Atty ID No. 0186867
Benjamin W. Hulse
MN Atty ID No. 0390952
Mary S. Young
MN Atty ID No. 0392781
**Attorneys for Defendants 3M Company and Arizant Healthcare Inc.**
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN  55415
T: (612) 343-3200    F: (612) 343-3205
blackwell@blackwellburke.com
bhulse@blackwellburke.com
myoung@blackwellburke.com

US.107605106.01