# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to<br><br>*All Cases* | **CERTIFICATE OF SERVICE OF PROPOSED ORDER** |

I hereby certify that on August 17, 2016, I caused the following:

**Proposed Order and Letter of Request for International Judicial Assistance to the Appropriate Judicial Authority in the United Kingdom (Re Hamer)**

to be filed with the court via email to the following judge who is hearing the motion:

**The Honorable Joan N. Ericksen**; *JoanEricksen_chambers@mnd.uscourts.gov*

and I certify that I caused a copy of the proposed order to be emailed to the following:

- **Ben W. Gordon, Jr**
  bgordon@levinlaw.com
- **Michael V Ciresi**
  MVC@ciresiconlin.com
- **Jan M Conlin**
  JMC@CiresiConlin.com
- **Genevieve M Zimmerman**
  gzimmerman@meshbesher.com
- **David J Szerlag**
  david@pritzkerlaw.com

Dated:  August 17, 2016

*s/Bridget M. Ahmann*
Bridget M. Ahmann
MN Atty ID No. 016611x
M. Joseph Winebrenner
MN Atty ID No. 0387889
**Attorneys for Defendants 3M Company and Arizant Healthcare Inc.**
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis;  MN 55402
T: (612) 766-7000     F:  (612) 766-1600
bridget.ahmann@faegrebd.com
joe.winebrenner@faegrebd.com


Jerry W. Blackwell
MN Atty ID No. 0186867
Benjamin W. Hulse
MN Atty ID No. 0390952
Mary S. Young
MN Atty ID No. 0392781
**Attorneys for Defendants 3M Company and Arizant Healthcare Inc.**
BLACKWELL BURKE P.A.
431 South Seventh Street;  Suite 2500
Minneapolis;  MN  55415
T: (612) 343-3200     F:  (612) 343-3205
blackwell@blackwellburke.com
bhulse@blackwellburke.com
myoung@blackwellburke.com

US.107605144.01

2