# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

|  |  |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Devices Products Liability Litigation | **COURT MINUTES**<br>BEFORE: JOAN N. ERICKSEN<br>U.S. District Judge<br>and<br>FRANKLIN L. NOEL<br>U.S. Magistrate Judge<br><br>Case No:        15-md-2666 (JNE/FLN)<br>Date:           August 18, 2016<br>Deputy:         Catherine B. Cusack<br>Court Reporter: Maria V. Weinbeck<br>Courthouse:     Minneapolis<br>Courtroom:      12W<br>In Courtroom:   2:14 P.M. - 3:42 P.M.<br>In Chambers:    4:00 P.M. - 5:10 P.M.<br>Time in Court:  1 Hour & 48 Minutes |

## STATUS CONFERENCE

APPEARANCES:

Plaintiffs:  Ben W. Gordon, Jr., *Levin Papantonio, P.A.*; Genevieve M. Zimmerman, *Meshbesher & Spence, Ltd.*; Jan M. Conlin, *Ciresi Conlin LLP*; David W. Hodges and Gabriel A. Assaad, *Kennedy Hodges, LLP*; Behram V. Parekh, *Kirtland and Packard, LLP*; Christopher L. Coffin, *Pendley, Baudin & Coffin, L.L.P.*; Mark Bankston, *Farrar & Ball, LLP*; Richard R. Schlueter, *Childers, Schlueter & Smith, LLC*; Jeffrey A. Bowersox, *Bowersox Law Firm, P.C.*

Defendant:  Jerry W. Blackwell, Mary S. Young, Benjamin W. Hulse, and Corey L. Gordon, *Blackwell Burke, P.A.*; Bridget M. Ahmann, *Faegre Baker Daniels LLP*

Telephone
Participants:  Please see attached list.

PROCEEDINGS:

☒ Status Conference held.
☒ Appearances made on the record.
☒ Discussed proceedings re discovery disputes. As directed in chambers, the parties are to file simultaneous briefs addressing the following discovery-related questions distilled from their arguments: (1) Whether Defendants' process for identifying custodians whose documents must be fully searched satisfies their discovery obligations under the Federal Rules of Civil Procedure. (2) If not, what more

must Defendants do to identify the universe of custodians whose documents must be fully searched. (3) Regardless of the process, whether the custodians that have been identified by Defendants fully satisfy their discovery obligations under the Federal Rules of Civil Procedure. Each side's brief is limited to 12 pages and must be filed by Tuesday, August 30, 2016. The dispute will be heard on Thursday, September 8, 2016, at 1:30 p.m. before Judge Noel. Separately, by Friday, September 9, 2016, the parties are to submit a streamlined chart of any remaining discovery issues at that time (3-4 per side), to be discussed informally in the spirit of Fed. R. Civ. P. 16(b)(3)(B)(v).

☒ Rescheduled upcoming status conferences per the parties' agreement. The September 15, 2016 status conference is cancelled and rescheduled to September 8, 2016 at 2:30 p.m. The October 20, 2016 status conference is cancelled and rescheduled to October 13, 2016 at 9:30 a.m.

| NAME | FIRM NAME | PARTICIPATING IN CONFERENCE CALL 8/18/2016 |
|---|---|---|
| Abby Cordray | Brown & Crouppen, PC | X |
| Alfred Olinde, Jr | The Olinde Firm, LLC | X |
| Angel Dorsey | Hausfeld, LLP | X |
| Anna Katherine Higgins | The Whitehead Law Firm, LLC | X |
| Annaliese Abbey | Law Office of James S. Rogers | X |
| Anne Andrews | Andrew & Thornton | X |
| Austin Grinder | The Ruth Team | X |
| Bob Young | English, Lucas, Priest & Owsley, LLP | X |
| Brian E. Tadtman | Peterson & Associates, P.C. | X |
| Brian Holmes | Hurley McKenna & Mertz | x |
| Caroline W. Thomas | Murray Law Firm | X |
| Carrie Hancock | Randall J. Trost, P.C. | X |
| Charles T. Paglialunga | Paglialunga & Harris, PS | X |
| Dae Y. Lee | Bernstein Liebhard, LLP | X |
| Dan Haltiwanger | Richardson, Patrick, Westbrook & Brickman, LLC | X |
| David J. Szerlag | Pritzker Olsen, PA | X |
| Dean Xenick | Zele Huber Trial Attorneys | X |
| Don McKenna | Hare Wynn Newell & Newton | X |
| Elizabeth J. McLafferty | Law Office of James S. Rogers | X |
| Emily DeVuono | Grossman & Moore, PLLC | X |
| Gregory N. McEwen | McEwen Law Firm LTD | X |
| Jacqueline A. Olson | Zimmerman Reed, LLP | X |
| James Humann | Paglialunga & Harris, PS | X |
| James S. Rogers | Law Office of James S. Rogers | X |
| Jeffery L. Raizner | Raizner Slania LLP | X |
| Jennifer Moore | Grossman & Moore, PLLC | X |
| Jeremiah Mosley | Riley & Jackson, PC | X |
| Jessica Surber | English, Lucas, Priest & Owsley, LLP | X |
| John C. Thornton | Andrew & Thornton | X |
| Jonathan S. Mann | Pittman Dutton & Hellums | X |
| Joseph T. Waechter | Complex Litigation Group | X |
| Kaitlyn Spring Neufeld | Goza & Honnold, LLC | X |
| Kevin Fitzgerald | Fitzgerald Law Group, LLC | X |
| Laura Young | Law Office of Brian Timothy Meyers | X |
| Lauren Davis | Andrew & Thornton | X |
| Lauren E. Bronson | Newman Bronson & Wallis | X |
| Lila Razmara | Andrew & Thornton | X |
| Lynne Reed | Hare Wynn Newell & Newton | X |
| Melissa Mielke | Skikos Crawford Skikos & Joseph | X |
| Michael Goetz | Morgan & Morgan | X |
| Michael Mertz | Hurley McKenna & Mertz | X |
| Molly Condon | Hurley McKenna & Mertz | X |
| Pam Rodriguez | Randall J. Trost, P.C. | X |

| NAME | FIRM NAME | PARTICIPATING IN CONFERENCE CALL 8/18/2016 |
|---|---|---|
| Peggy Little | Hare Wynn Newell & Newton | X |
| Pete Lewis | Lewis & Caplan | X |
| Rajesh Kanuru | KP Law, LLC | X |
| Randall T Trost | Randall J. Trost, P.C. | X |
| Rolf T. Fiebiger | Johnson Becker, PLLC | X |
| Sarah Delahoussaye Call | Lewis & Caplan | X |
| Scott Haider | Schneider, Schneider & Schneider | X |
| Scott Hollis | Hollis Legal Solutions, PPLC | X |
| Steven C. Ruth | The Ruth Team | X |
| Yvonne M. Flaherty | Lockridge Grindal Nauen, PLLP | X |
| Mark Tate | Tate Law Group | X |