UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to<br><br>*All Cases* | **ORDER FOR THE ISSUANCE OF LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE TO THE APPROPRIATE JUDICIAL AUTHORITIES IN THE UNITED KINGDOM (RE HAMER)** |

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED:**

1. Defendants' Unopposed Motion for the Issuance of a Letter of Request for International Judicial Assistance to the Appropriate Judicial Authorities in the United Kingdom for Dr. Hamer is GRANTED.

2. Upon signing of the Letter of Request, the Clerk of Court shall mail the signed original Letter of Request to Counsel for Defendants. Defendants shall have the Letter of Request forwarded to the appropriate judicial authorities in the United Kingdom.

Dated:  August 19, 2016

BY THE COURT

*s/Joan N. Ericksen*
The Honorable Joan N. Ericksen
United State District Judge
District of Minnesota