UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to All Actions.<br><br>**PLAINTIFF(S)**<br><br>_____<br><br>VS.<br><br>**3M COMPANY AND ARIZANT HEALTHCARE, INC.** | **AMENDED EXHIBIT B TO PRETRIAL ORDER #8 –<br>FIRST AMENDED MASTER SHORT FORM COMPLAINT AND JURY TRIAL DEMAND** |

1. Plaintiff, _____, states and brings this civil action in MDL No. 15-2666, entitled *In Re: Bair Hugger Forced Air Warming Products Liability Litigation*. Plaintiff(s) [is/are] filing this Short Form Complaint as permitted by Pretrial Order #8 of this Court.

**PARTIES, JURISDICTION AND VENUE**

2. Plaintiff, _____, is a resident and citizen of the State of _____ and claims damages as set forth below.

3. Plaintiff's Spouse, _____, is a resident and citizen of the State of _____, and claims damages as set forth below. *[Cross out Spousal Claim if not applicable.]*

4. Jurisdiction is proper based upon diversity of Citizenship.

5. Proper Venue: The District Court in which remand trial is proper and where

1

this Complaint would have been filed absent the direct filing order by this Court is _____.

    6.    Plaintiff brings this action *[check the applicable designation]*:

_____    On behalf of [himself/herself];

_____    In a representative capacity as the _____ of the _____ having been duly appointed as the _____ by the _____Court of _____. A copy of the Letters of Administration for a wrongful death claim is annexed hereto if such letters are required for the commencement of such a claim by the Probate, Surrogate or other appropriate court of the jurisdiction of the decedent.

*[Cross out if not applicable.]*

## FACTUAL ALLEGATIONS

    7.    On or about _____, Plaintiff underwent surgery during which the Bair Hugger Forced Air Warming system (hereinafter "Bair Hugger") was used during the course and scope of [his/her] _____[type of surgery] at the _____ [medical center and address], in _____[city and state], by Dr. _____.

    8.    Contaminants introduced into Plaintiff's open surgical wound as a direct and proximate result of use of the Bair Hugger during the subject surgery resulted in Plaintiff developing a periprosthetic joint infection ("PJI"), also known as a deep joint infection ("DJI"). The pathogen identified was _____ (*if known*).

    9.    As a result of Plaintiff's infection caused by the Bair Hugger, Plaintiff has

2

undergone _____[Describe treatment(s) received, e.g.,

revision arthroplasty, wound vac treatment, multiple staged procedures, etc.] on or about

_____, at _____ [medical center(s) and

address(es)] by Dr(s). _____.  [*Cross out if not applicable.*]

## ALLEGATIONS AS TO INJURIES

10. (a) Plaintiff claims damages as a result of (check all that are applicable):

   _____   INJURY TO HERSELF/HIMSELF

   _____   INJURY TO THE PERSON REPRESENTED

   _____   WRONGFUL DEATH

   _____   SURVIVORSHIP ACTION

   _____   ECONOMIC LOSS

   (b) Plaintiff's spouse claims damages as a result of (check all that are applicable):  [*Cross out if not applicable.*]

   _____   LOSS OF SERVICES

   _____   LOSS OF CONSORTIUM

11. Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff(s).

## DEFENDANT-SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY

12. The following claims and allegations are asserted by Plaintiff(s) and are herein adopted by reference (check all that are applicable):

   _____   FIRST CAUSE OF ACTION - NEGLIGENCE;

   _____   SECOND CAUSE OF ACTION - STRICT LIABILITY;

      _____   FAILURE TO WARN

_____          DEFECTIVE DESIGN AND MANUFACTURE

_____   THIRD CAUSE OF ACTION – BREACH OF EXPRESS WARRANTY;

_____   FOURTH CAUSE OF ACTION- BREACH OF IMPLIED WARRANTY OF MERCHANTBILITY LAW OF THE STATE OF _____, _____§§_____;

_____   FIFTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA PREVENTION OF CONSUMER FRAUD ACT;

_____   SIXTH CAUSE OF ACTION – VIOLATION OF THE MINNESOTA DECEPTIVE TRADE PRACTICES ACT;

_____   SEVENTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA UNLAWFUL TRADE PRACTICES ACT;

_____   EIGHTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA FALSE ADVERTISING ACT;

_____   NINTH CAUSE OF ACTION- CONSUMER FRAUD AND/OR UNFAIR AND DECEPTIVE TRADE PRACTICES UNDER LAW OF THE STATE OF _____, _____§§_____ ;

_____   TENTH CAUSE OF ACTION – NEGLIGENT MISREPRESENTATION;

_____   ELEVENTH CAUSE OF ACTION- FRAUDULENT MISREPRESENTATION;

_____   TWELFTH CAUSE OF ACTION – FRAUDULENT CONCEALMENT;

_____   THIRTEENTH CAUSE OF ACTION – LOSS OF CONSORTIUM; and

_____   FOURTEENTH CAUSE OF ACTION – UNJUST ENRICHMENT.

In addition to the above, Plaintiff(s) assert the following additional causes of action under applicable state law:

_____

_____

_____.

*[Cross out if not applicable.]*

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff(s) pray for judgment against Defendants as follows:

1. For compensatory damages;

2. Pre-judgment and post-judgment interest;

3. Statutory damages and relief of the state whose laws will govern this action;

4. Costs and expenses of this litigation;

5. Reasonable attorneys' fees and costs as provided by law;

6. Equitable relief in the nature of disgorgement;

7. Restitution of remedy Defendants' unjust enrichment; and

8. All other relief as the Court deems necessary, just and proper.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff(s) hereby demand(s) a trial by jury as to all claims in Complaint so triable.

Dated:_____

                                        Respectfully submitted,

                                        [INSERT COUNSEL SIGNATURE BLOCK]