## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

IN RE: Bair Hugger Forced Air Warming                    MDL No. 15-2666 (JNE/FLN)
Products Liability Litigation

This Document Relates to All Actions.

**MAURICE L. GRUDZINSKI**

**VS.**                                                  **C.A. 0:15-cv-2814**

**3M COMPANY AND ARIZANT**
**HEALTHCARE, INC.**                                     JURY DEMANDED

### NOTICE OF APPEARANCE

The undersigned attorney hereby notifies the Court and counsel that Robert A. Schwartz

shall appear as counsel of record for Plaintiff Maurice L. Grudzinski in this case.

Dated: August 29, 2016

Respectfully submitted,

**BRENT COON & ASSOCIATES**
300 Fannin, Suite 200
Houston, Texas 77002
713-225-1682 Telephone
713-225-1785 Facsimile

By:  */s/Robert A. Schwartz*_____
          ROBERT A. SCHWARTZ
          Texas State Bar No. 17869670
          Federal Bar No. 4287

**ATTORNEYS FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

I certify that on August 29, 2016, the foregoing Notice of Appearance was filed electronically by using the CM/ECF system which will deliver the  document to all counsel of record.

*/s/Robert A. Schwartz*
**ROBERT A. SCHWARTZ**