UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to<br><br>*All Cases* | **WORD COUNT COMPLIANCE** |

I certify that the **3M Company's Brief Concerning Identification of and Collection from Custodians** complies with the length limitations set forth in LR 7.1(f), as well as the type size requirements set forth in LR 7.1(h).

I further certify that in preparation of this memorandum, I used Microsoft® Office Word 2010, and the word processing program has an appropriate functioning word count tool applied specifically to include all text, including headings, footnotes, and quotations.

I certify that the above-referenced memorandum contains 3,277 words.

Dated:  August 30, 2016

Respectfully submitted,

*s/Bridget M. Ahmann*
Bridget M. Ahmann
MN Atty ID No. 016611x
M. Joseph Winebrenner
MN Atty ID No. 0387889
**Attorneys for Defendants 3M Company and Arizant Healthcare Inc.**
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
T: (612) 766-7000    F:  (612) 766-1600
bridget.ahmann@faegrebd.com
joe.winebrenner@faegrebd.com

2

        Jerry W. Blackwell
        MN Atty ID No. 0186867
        Benjamin W. Hulse
        MN Atty ID No. 0390952
        Mary S. Young
        MN Atty ID No. 0392781
        **Attorneys for Defendants 3M Company and Arizant Healthcare Inc.**
        BLACKWELL BURKE P.A.
        431 South Seventh Street, Suite 2500
        Minneapolis, MN  55415
        T: (612) 343-3200     F:  (612) 343-3205
        blackwell@blackwellburke.com
        bhulse@blackwellburke.com
        myoung@blackwellburke.com

US.107972090.01