UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 2666 (JNE/FLN) |
| This Document Relates to **ALL ACTIONS** | |

**APPENDIX**

| Appendix: List of Parties' Agreed Custodians ||||
|---|---|---|---|
| **3M/Arizant Custodian** | **Most Senior Positions Attained** | **Start date at Arizant/ Augustine*** | **Period Employed at 3M** |
| **Balthazor, Jared** | Design Drafter, Arizant; Advanced Product Development Engineer, 3M | 8/23/1999 | 10/13/10 to present |
| **Bergstrom, Troy** | Marketing Communication Manager, Arizant; Communications Manager, 3M | 4/17/2005 | 10/13/10 to present |
| **Bieberich, Mark** | R&D Manager, Arizant; R&D Engineering Manager, 3M | 6/30/1997 | 10/13/10 to 11/17/12 |
| **Buehler, Bob** | VP World Wide Sales, Arizant; Director US Sales, 3M | 4/24/1995 | 10/13/10 to 10/28/13 |
| **Burville, Mark** | Regulatory Affairs Manager, Arizant and 3M | 7/22/1996 | 10/13/2010 to present |
| **Collins Lillquist, Jami** | Senior Product Manager, Arizant; Senior Implementation Consultant, 3M | 8/16/1993 | 12/15/2006 to present |
| **Craven, Bonnie** | Director of Sales Administration, Arizant; Manager, CRM & Sales Force Automation, 3M | 12/8/1997 | 10/13/10 to 12/31/14 |
| **Fischer, Brian** | Senior Testing Technician, Arizant; Senior Laboratory Technician, 3M | 8/27/1990 | 10/13/10 to present |
| **Hansen, Gary** | R&D Director, Arizant; Manager of New Product Discovery, 3M | 4/2/2001 | 10/13/10- 7/02/15 |
| **Issa, Jay** | Global Business Director, 3M Health Care | N/A | 9/1/00 to present |
| **Lindrud, Shad** | Senior Designer, Arizant; Senior Product Development Engineer, 3M | 9/29/1997 | 10/13/10 to 9/4/15 |
| **Maharaj, Gary** | President & CEO, Arizant and 3M | 4/29/1996 | 10/13/10 to 12/23/10 |
| **Miller, Chris** | Senior R&D Engineer, Arizant and 3M | 4/2/2001 | 10/13/2010 to present |
| **Miwanda, Ismail** | Manager of Quality Assurance, Arizant | Unknown | Never a 3M employee |
| **Poppen, Mark** | Senior Testing Technician, Arizant; Product Engineer, 3M | 12/10/1991 | 10/13/10 to 5/1/2014 |
| **Rock, John** | Senior Director of Legal Affairs, Arizant; Marketing Manager, 3M | 1/25/1990 | 10/13/10- 4/30/15 |
| **Scott, Mark** | Senior Product Manager-New Products, Arizant; US Marketing Manager, 3M | 6/4/2001 | 10/13/10 to present |
| **Stender, Jana** | Director of Marketing, Arizant and 3M | 1/15/2007 | 10/13/10 to 9/14/11 |
| **Hulse-Stevens, Dr. Michelle** | Medical Director, 3M Infection Prevention Division | N/A | 10/29/09 to present |

| Tan, Winston | R & D Manager, Arizant; Product Development Supervisor, 3M | 4/10/2001 | 10/13/10 to present |
|---|---|---|---|
| Van Duren, Al | Clinical Research Director, Arizant; Scientific & Education Manager, 3M | 8/8/1994 | 10/13/10 to present |
| Westlin, Dave | Chief Compliance Officer & Senior Director of Regulatory Affairs, Arizant; Regulatory Affairs Manager, 3M | 12/9/1997 | 10/13/10 to 5/06/16 |
| Wick-Powell, Julie | Product Marketing Manager, Arizant; Global Marketing Manager, 3M | 12/10/1997 | 10/13/10 to present |
| Woodwick Sides, Teri | VP, Marketing, Product Development & Customer Relations, Arizant; VP Marketing, Product Development & Customer Service, 3M | 1/20/1992 | 10/13/2010 to 9/2/11 |
| Zgoda, Karl | Senior R & D Manager, Arizant; Technical Manager, Former 3M | 4/28/1997 | 10/13/2010 to 10/31/14 |
| Ziaimehr, Hamid | Senior R & D Engineer, Arizant; Senior Principal R&D Engineer, 3M | 2/24/1992 | 10/13/10 to 9/30/12 |

US.107978841.01