# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

|  |  |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Devices Products Liability Litigation | **COURT MINUTES**<br>BEFORE: JOAN N. ERICKSEN<br>U.S. District Judge<br>and<br>FRANKLIN L. NOEL<br>U.S. Magistrate Judge |

| | |
|---|---|
| Case No: | 15-md-2666 (JNE/FLN) |
| Date: | September 8, 2016 |
| Deputy: | Catherine B. Cusack |
| Court Reporter: | Maria V. Weinbeck |
| Courthouse: | Minneapolis |
| Courtroom: | 12W |
| Time Commenced: | 1:37 P.M. |
| Time Concluded: | 3:23 P.M. |
| Time in Court: | 1 Hour & 46 Minutes |

APPEARANCES:

   Plaintiffs:   Ben W. Gordon, Jr., *Levin Papantonio, P.A.*; Genevieve M. Zimmerman, *Meshbesher & Spence, Ltd.*; Michael V. Ciresi and Michael Sacchet, *Ciresi Conlin LLP*; Behram V. Parekh, *Kirtland and Packard, LLP*; David J. Szerlag, *Pritzker Olsen, PA*; David W. Hodges, *Kennedy Hodges, LLP*; Kyle Farrar, *Kaster, Lynch, Farra & Ball, LLP*.

   Defendant:   Jerry W. Blackwell and Benjamin W. Hulse, *Blackwell Burke, P.A.* and Bridget M. Ahmann, *Faegre Baker Daniels LLP*

   Telephone Participants:   Please see attached list.

PROCEEDINGS:

   ☒ Hearing re Discovery Disputes & Monthly Status Conference
   ☒ Appearances made on the record.
   ☒ The next status conference is scheduled for October 13, 2016 at 9:30 a.m.