# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**AMENDED**
**COURT MINUTES**
BEFORE: JOAN N. ERICKSEN
U.S. District Judge
and
FRANKLIN L. NOEL
U.S. Magistrate Judge

IN RE: Bair Hugger Forced Air Warming
Devices Products Liability Litigation

| | |
|---|---|
| Case No: | 15-md-2666 (JNE/FLN) |
| Date: | September 8, 2016 |
| Deputy: | Catherine B. Cusack |
| Court Reporter: | Maria V. Weinbeck |
| Courthouse: | Minneapolis |
| Courtroom: | 12W |
| Time Commenced: | 1:37 P.M. |
| Time Concluded: | 3:23 P.M. |
| Time in Court: | 1 Hour & 46 Minutes |

## APPEARANCES:

Plaintiffs:   Ben W. Gordon, Jr., *Levin Papantonio, P.A.*; Genevieve M. Zimmerman, *Meshbesher & Spence, Ltd.*; Michael V. Ciresi and Michael Sacchet, *Ciresi Conlin LLP*; Behram V. Parekh, *Kirtland and Packard, LLP*; David J. Szerlag, *Pritzker Olsen, PA*; David W. Hodges, *Kennedy Hodges, LLP*; Kyle Farrar, *Kaster, Lynch, Farra & Ball, LLP*.

Defendant:   Jerry W. Blackwell and Benjamin W. Hulse, *Blackwell Burke, P.A.* and  Bridget M. Ahmann, *Faegre Baker Daniels LLP*

Telephone
Participants:   Please see attached list.

## PROCEEDINGS:

☒ Hearing re Discovery Disputes & Monthly Status Conference
☒ Appearances made on the record.
☒ The next status conference is scheduled for October 13, 2016 at 9:30 a.m.

## SEPTEMBER 8, 2016 CONFERENCE CALL PARTICIPANTS

| NAME | FIRM NAME | |
|---|---|---|
| Abby Cordray | Brown & Crouppen, PC | X |
| Alfred Olinde, Jr | The Olinde Firm, LLC | X |
| Anna Katherine Higgins | The Whitehead Law Firm, LLC | X |
| Annaliese Abbey | Law Office of James S. Rogers | X |
| Anne Andrews | Andrew & Thornton | X |
| Austin Grinder | The Ruth Team | X |
| Brian E. Tadtman | Peterson & Associates, P.C. | X |
| Brian Holmes | Hurley McKenna & Mertz | X |
| Brian U. Loncar | Loncar & Associates | X |
| Bridget Stratton | English, Lucas, Priest & Owsley, LLP | X |
| Caroline W. Thomas | Murray Law Firm | X |
| Dae Y. Lee | Bernstein Liebhard, LLP | X |
| Dan Haltiwanger | Richardson, Patrick, Westbrook & Brickman, LLC | X |
| Don Ledgard | Capretz & Associates | X |
| Elizabeth J. McLafferty | Law Office of James S. Rogers | X |
| Emily DeVuono | Grossman & Moore, PLLC | X |
| Gabriel A. Assaad | Kennedy Hodges LLP | X |
| Heather Cullen | Complex Litigation Group | X |
| James S. Rogers | Law Office of James S. Rogers | X |
| Jason Goldenstein | The Lanier Law Firm, PLLC | X |
| Jeffery L. Raizner | Raizner Slania LLP | X |
| Jennifer Moore | Grossman & Moore, PLLC | X |
| Jeremiah Mosley | Riley & Jackson, PC | X |
| Jessica Keller | Bernstein Liebhard, LLP | X |
| John C. Thornton | Andrew & Thornton | X |
| John J. Pappas | Pappas, Healy & Pappas | X |
| Joseph T. Waechter | Complex Litigation Group | X |
| Julie M. Jochum | Michael Hingle & Associates | X |
| Keith Jackson | Riley & Jackson, PC | X |
| Kevin Fitzgerald | Fitzgerald Law Group, LLC | X |
| Laura Young | Law Office of Brian Timothy Meyers | X |

| | | |
|---|---|---|
| Lila Razmara | Andrew & Thornton | X |
| Lynne Reed | Hare Wynn Newell & Newton | X |
| Marco Galindez | Andrew & Thornton | X |
| Mark Tate | Tate Law Group | X |
| Mary Malea Sellers | Riley & Jackson, PC | X |
| Matt Lowrey | Goza & Honnold, LLC | X |
| Melissa Mielke | Skikos Crawford Skikos & Joseph | X |
| Melissa Schmid | McEwen Law Firm LTD | X |
| Michael Goetz | Morgan & Morgan | X |
| Michael Mertz | Hurley McKenna & Mertz | X |
| Molly Condon | Hurley McKenna & Mertz | X |
| Neal R. Elliott, Jr | | X |
| Peggy Little | Hare Wynn Newell & Newton | X |
| Randall A. Kauffman | Houssier, Durant & Houssier, LLP | X |
| Richard S. Lewis | Hausfeld, LLP | X |
| Robert Cain | David & Crump | X |
| Rolf T. Fiebiger | Johnson Becker, PLLC | X |
| Sarah Delahoussaye Call | Lewis & Caplan | X |
| Todd Rudometkin | Andrew & Thornton | X |
| Wesley G. Barr | The Olinde Firm, LLC | X |
| Travis R. Walker | The Law Office of Travis R. Walker, PA | X |
| Charles S. Zimmerman | Zimmerman Reed, LLP | X |
| Charles T. Paglialunga | Paglialunga & Harris, PS | X |
| J. Gordon Rudd, Jr. | Zimmerman Reed, LLP | X |
| Jacqueline A. Olson | Zimmerman Reed, LLP | X |
| Stuart C. Talley | Kershaw, Cook & Talley, PC | X |
| William A. Kershaw | Kershaw, Cook & Talley, PC | X |