UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to *All Cases* | |

## NOTICE OF APPEARANCE

The undersigned attorney hereby notifies the Court and counsel that she shall appear as counsel of record for Defendants 3M Company and Arizant Healthcare Inc. in this case.

Dated: September 14, 2016              Respectfully submitted,

                                       s/Charmaine K. Harris
                                       Charmaine K. Harris (#391817)
                                       BLACKWELL BURKE P.A.
                                       431 South Seventh Street, Suite 2500
                                       Minneapolis, MN 55415
                                       Telephone: (612) 343-3200
                                       Fax: (612) 343-3205
                                       charris@blackwellburke.com

                                       *Counsel for Defendants 3M Company and Arizant Healthcare Inc.*