# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to<br><br>*All Cases* | |

## NOTICE OF APPEARANCE

The undersigned attorney hereby notifies the Court and counsel that she will appear as counsel of record for Defendants 3M Company and Arizant Healthcare Inc. in this case.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  September 14, 2016 | *s/Christin Eaton Garcia*<br>Christin Eaton Garcia<br>MN Atty ID No. 228795<br>**Counsel for Defendants 3M Company and Arizant Healthcare Inc.**<br>FAEGRE BAKER DANIELS LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402<br>T: (612) 766-7000  F: (612) 766-1600<br>christin.garcia@faegrebd.com |

US.108169902.01