# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

## IDR HEARING

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Devices<br>Products Liability Litigation | **COURT MINUTES**<br>BEFORE: Franklin L. Noel<br>U.S. Magistrate Judge, Courtroom 9W |

| | |
|---|---|
| MDL No.: | 15-2666 (JNE/FLN) |
| Date: | September 14, 2016 |
| Court Reporter: | N/A |
| Time Commenced: | 3:00 p.m. |
| Time Concluded: | 3:42 p.m. |
| Time in Court: | 42 minutes |

**APPEARANCES:**

For Plaintiffs:  Ben Gordon, Genevieve Zimmerman, and Jan Conlin
For Defendant 3M:  Jerry Blackwell and Bridget Ahmann

**The parties submitted four issues each along with respective positions for informal resolution via teleconference. During the teleconference, the only issue discussed was the use of confidential documents during the depositions noticed in the United Kingdom over September 15, September 17, and September 22, 2016. It was decided that Pretrial Order No. 7 (ECF No. 39) governs the use of documents during the depositions. If Plaintiffs seek to show a deponent a document that falls outside of Pretrial Order No. 7 and the parties are unable to reach a resolution on their own, the parties will make a record of the objection and contact FLN for a resolution on the use of a specific document.**

**An informal teleconference will be scheduled for resolution on the parties' outstanding issues.**

☐ ORDER TO BE ISSUED     ☒ NO ORDER TO BE ISSUED     ☐ R&R TO BE ISSUED     ☒ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court     ☐ Exhibits returned to counsel

                                                                                                 s/CH
                                                                             Signature of Law Clerk