UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |

This Document Relates to

*All Cases*

## NOTICE OF APPEARANCE

The undersigned attorney hereby notifies the Court and counsel that she shall appear as counsel of record for Defendants 3M Company and Arizant Healthcare Inc. in this case.

Dated: September 15, 2016       Respectfully submitted,

*/s/ Deborah E. Lewis*
Deborah E. Lewis  (#0397922)
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Telephone: (612) 343-3200
Fax: (612) 343-3205
dlewis@blackwellburke.com

*Counsel for Defendants 3M Company and Arizant Healthcare Inc.*