UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAIR HUGGER FORCED AIR
WARMING DEVICES PRODUCTS
LIABILITY LITIGATION

MDL No. 15-2666 (JNE/FLN)

**ORDER**

---

Ben Gordon, Genevieve Zimmerman, and Michael Ciresi, Co-Lead Counsel for Plaintiffs.
Ben Hulse and Jerry Blackwell, Lead Counsel for Defendants.

---

On September 12, 2016, the parties identified and submitted to the Court eight issues that would benefit from informal resolution. The Court held a teleconference wherein only one of those issues was addressed and a second teleconference has been scheduled for October 6, 2016 to resolve the remaining items. In addition, the parties have submitted e-mails to the Court describing facts surrounding depositions that were scheduled to occur in the United Kingdom between September 15 and September 22. Counsel are ordered to file a stipulation by October 4, 2016, setting forth the facts surrounding the cancellation of the scheduled UK depositions. The parties should also identify what, if any, relief they seek in connection with the aborted depositions.

DATED: September 30, 2016

*s/Franklin L. Noel*
FRANKLIN L. NOEL
United States Magistrate Judge