UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to All Actions.<br><br>**JUAN D. RIVERA**<br><br>VS.<br><br>**3M COMPANY AND ARIZANT HEALTHCARE, INC.** | **AMENDED EXHIBIT B TO PRETRIAL ORDER #8 –**<br>**FIRST AMENDED MASTER SHORT FORM COMPLAINT AND JURY TRIAL DEMAND** |

1. Plaintiff, Juan Rivera, states and brings this civil action in MDL No. 15-2666, entitled *In Re: Bair Hugger Forced Air Warming Products Liability Litigation*. Plaintiff is filing this Short Form Complaint as permitted by Pretrial Order #8 of this Court.

**PARTIES, JURISDICTION AND VENUE**

2. Plaintiff, Juan D. Rivera, is a resident and citizen of the State of New York and claims damages as set forth below.

4. Jurisdiction is proper based upon diversity of Citizenship.

5. Proper Venue: The District Court in which remand trial is proper and where this Complaint would have been filed absent the direct filing order by this Court is District of Minnesota.

6. Plaintiff brings this action *[check the applicable designation]*:

　__X____　　On behalf of [himself/herself];

　_____　　In a representative capacity as the _____ of the

1

_____ having been duly appointed as the _____ by the _____ Court of _____.

A copy of the Letters of Administration for a wrongful death claim is annexed hereto if such letters are required for the commencement of such a claim by the Probate, Surrogate or other appropriate court of the jurisdiction of the decedent.

*[Cross out if not applicable.]*

## FACTUAL ALLEGATIONS

7. On or about July 26, 2011, Plaintiff underwent surgery during which the Bair Hugger Forced Air Warming system (hereinafter "Bair Hugger") was used during the course and scope of [his/her] surgery at the St. Mary's Healthcare, by Dr. Russell Cecil.

8. Contaminants introduced into Plaintiff's open surgical wound as a direct and proximate result of use of the Bair Hugger during the subject surgery resulted in Plaintiff developing a periprosthetic joint infection ("PJI"), also known as a deep joint infection ("DJI"). Plaintiffs' medical records indicate methicillin-sensitive staph aureus was discovered.

9. As a result of Plaintiff's infection caused by the Bair Hugger, Plaintiff has undergone knee irrigation and debridement on or about March 3, 2015, at Albany Medical Center Hospital by Dr. Jared T. Roberts.

## ALLEGATIONS AS TO INJURIES

10. (a) Plaintiff claims damages as a result of (check all that are applicable):

__X____        INJURY TO HERSELF/HIMSELF

_____         INJURY TO THE PERSON REPRESENTED

_____          WRONGFUL DEATH

_____          SURVIVORSHIP ACTION

_____          ECONOMIC LOSS

11. Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff(s).

**DEFENDANT-SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY**

12. The following claims and allegations are asserted by Plaintiff(s) and are herein adopted by reference (check all that are applicable):

\_\_X\_\_\_          FIRST CAUSE OF ACTION - NEGLIGENCE;

\_\_X\_\_\_          SECOND CAUSE OF ACTION - STRICT LIABILITY;

        \_\_\_X\_\_\_\_   FAILURE TO WARN

        \_\_\_X\_\_\_\_   DEFECTIVE DESIGN AND MANUFACTURE

\_\_\_X\_\_\_          THIRD CAUSE OF ACTION – BREACH OF EXPRESS WARRANTY;

\_\_X\_\_\_\_          FOURTH CAUSE OF ACTION- BREACH OF IMPLIED WARRANTY OF MERCHANTBILITY LAW OF THE STATE OF MINNESOTA, 325G.18;

\_\_X\_\_\_\_          FIFTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA PREVENTION OF CONSUMER FRAUD ACT;

\_\_X\_\_\_\_          SIXTH CAUSE OF ACTION – VIOLATION OF THE MINNESOTA DECEPTIVE TRADE PRACTICES ACT;

\_\_\_X\_\_\_          SEVENTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA UNLAWFUL TRADE PRACTICES ACT;

\_\_X\_\_\_\_          EIGHTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA FALSE ADVERTISING ACT;

\_\_X\_\_\_\_          NINTH CAUSE OF ACTION- CONSUMER FRAUD AND/OR UNFAIR AND DECEPTIVE TRADE PRACTICES UNDER LAW OF THE STATE OF MINNESOTA, 325D.44;

__X____        TENTH CAUSE OF ACTION – NEGLIGENT MISREPRESENTATION;

__X____        ELEVENTH CAUSE OF ACTION- FRAUDULENT MISREPRESENTATION;

__X____        TWELFTH CAUSE OF ACTION – FRAUDULENT CONCEALMENT;

_____         THIRTEENTH CAUSE OF ACTION – LOSS OF CONSORTIUM; and

__X____        FOURTEENTH CAUSE OF ACTION – UNJUST ENRICHMENT.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff(s) pray for judgment against Defendants as follows:

1. For compensatory damages;

2. Pre-judgment and post-judgment interest;

3. Statutory damages and relief of the state whose laws will govern this action;

4. Costs and expenses of this litigation;

5. Reasonable attorneys' fees and costs as provided by law;

6. Equitable relief in the nature of disgorgement;

7. Restitution of remedy Defendants' unjust enrichment; and

8. All other relief as the Court deems necessary, just and proper.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff(s) hereby demand(s) a trial by jury as to all claims in Complaint so triable.

DATED this <u>14th</u> day of October, 2016.

        **Respectfully Submitted,**
        **The Law Offices of Travis R. Walker, P.A.**

        **<u>/s/ Travis R. Walker</u>**
        Travis R. Walker
        Florida Bar No.: 036693
        1235 SE Indian Street, Suite 101
        Stuart, Florida 34997
        Tel 772-708-0952
        Fax 772-673-3738
        Email service@traviswalkerlaw.com

        **ATTORNEYS FOR PLAINTIFF**