# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>All Actions | **NOTICE OF APPEARANCE**<br><br>Case No:     MDL No. 15-2666 |

The undersigned hereby notifies the Court and counsel that Kim Schmid and Michelle Gilboe of Bowman and Brooke LLP, shall appear as counsel of record for Defendant Arizant Healthcare, Inc. in this MDL. The undersigned's representation is limited to those individual cases for which Defendant Arizant Healthcare Inc. has coverage through Chubb & Sons.

Dated: October 6, 2016

s/Michelle R. Gilboe
Kim M. Schmid
Michelle R. Gilboe
Bowman and Brooke LLP
150 S. Fifth St., Suite 3000
Minneapolis, MN 55402
Kim.Schmid@BowmanandBrooke.com
Michelle.Gilboe@BowmanandBrooke.com
T 612.339.8682
F 612.672.3200