# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

|  |  |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Devices Products Liability Litigation | **COURT MINUTES**<br>BEFORE: JOAN N. ERICKSEN<br>U.S. District Judge<br>and<br>FRANKLIN L. NOEL<br>U.S. Magistrate Judge |

| | |
|---|---|
| Case No: | 15-md-2666 (JNE/FLN) |
| Date: | October 13, 2016 |
| Deputy: | Catherine B. Cusack |
| Court Reporter: | Maria V. Weinbeck |
| Courthouse: | Minneapolis |
| Courtroom: | 12W |
| Time in Court: | 9:35 a.m. - 10:08 a.m. |
|  | 10:33 a.m.- 10:36 a.m. |
| Time in Chambers: | 10:40 a.m. - 11:30 a.m. |
| Total Time: | 1 Hour & 26 Minutes |

## APPEARANCES:

Plaintiffs:   Jan M. Conlin, *Ciresi Conlin LLP*; Ben W. Gordon, Jr., *Levin Papantonio, P.A.*; Genevieve M. Zimmerman, *Meshbesher & Spence, Ltd.*; Christopher L. Coffin, *Pendley, Baudin & Coffin, L.L.P.*; David W. Hodges and Gabriel A. Assaad, *Kennedy Hodges, LLP*; Behram V. Parekh, *Kirtland and Packard, LLP*; Kyle Farrar, *Kaster, Lynch, Farra & Ball, LLP*

Defendant:   Jerry W. Blackwell, Mary S. Young and Benjamin W. Hulse, *Blackwell Burke, P.A.* and Bridget M. Ahmann, *Faegre Baker Daniels LLP*

Telephone
Participants:   Please see attached list.

## PROCEEDINGS:

☒ Status Conference
☒ The October 17, 2016 deadline for proposing a plan for the selection of bellwether cases, *see* Pretrial Order No. 13 [Dkt. No. 108] is hereby EXTENDED to October 18, 2016.
☒ The next status conference is scheduled for November 17, 2016 at 10:00 a.m.

October 13, 2016
Conference Call Participants

| NAME | FIRM NAME | PARTICIPATING IN CONFERENCE CALL 10/13/2016 | |
|---|---|---|---|
| Abby Cordray | Brown & Crouppen, PC | X | |
| Don Ledgard | Capretz & Associates | X | |
| James T. Capretz | Capretz & Associates | X | |
| Heather Cullen | Complex Litigation Group | X | |
| Joseph T. Waechter | Complex Litigation Group | X | |
| Bridget Stratton | English, Lucas, Priest & Owsley, LLP | X | |
| Bob Young | English, Lucas, Priest & Owsley, LLP | X | |
| Jessica Surber | English, Lucas, Priest & Owsley, LLP | X | |
| Kevin Fitzgerald | Fitzgerald Law Group, LLC | X | |
| Kaitlyn Spring Neufeld | Goza & Honnold, LLC | X | |
| Emily DeVuono | Grossman & Moore, PLLC | X | |
| Jennifer Moore | Grossman & Moore, PLLC | X | |
| Don McKenna | Hare Wynn Newell & Newton | X | |
| Scott Hollis | Hollis Legal Solutions, PPLC | X | |
| Shirley Strom-Blanchard | Houssier, Durant & Houssier, LLP | X | Paralegal |
| Rolf T. Fiebiger | Johnson Becker, PLLC | X | |
| Rajesh Kanuru | KP Law, LLC | X | |
| Richard M Martin Jr | Lamothe Law Firm, LLC | X | |
| Laura Young | Law Office of Brian Timothy Meyers | X | |
| Annaliese Abbey | Law Office of James S. Rogers | X | |
| Elizabeth J. McLafferty | Law Office of James S. Rogers | X | |
| James S. Rogers | Law Office of James S. Rogers | X | |
| Sarah Delahoussaye Call | Lewis & Caplan | X | |
| Pete Lewis | Lewis & Caplan | X | |
| Brian U. Loncar | Loncar & Associates | X | |
| Melissa Schmid | McEwen Law Firm LTD | X | Paralegal |
| Gregory N. McEwen | McEwen Law Firm LTD | X | |
| Julie M. Jochum | Michael Hingle & Associates | X | |
| Bryan A. Pfleeger | Michael Hingle & Associates | X | |
| Michael Goetz | Morgan & Morgan | X | |
| Caroline W. Thomas | Murray Law Firm | X | |
| James Humann | Paglialunga & Harris, PS | X | |
| Nicole Eisner | Parker Waichman, LLP | X | Paralegal |
| Brian E. Tadtman | Peterson & Associates, P.C. | X | |
| Nicholas S. Clevenger | Peterson & Associates, P.C. | X | |
| Randall T Trost | Randall J. Trost, P.C. | X | |
| Dan Haltiwanger | Richardson, Patrick, Westbrook & Brickman, LLC | X | |
| Missi Cruz | Richardson, Patrick, Westbrook & Brickman, LLC | X | paralegal |
| Jeremiah Mosley | Riley & Jackson, PC | X | |
| Keith Jackson | Riley & Jackson, PC | X | |
| Mary Malea Sellers | Riley & Jackson, PC | X | |
| Scott Haider | Schneider, Schneider & Schneider | X | |
| J. Robert Shelton | Shelton Law Group | X | |
| Sindley Cominsky | Sidney P. Cominsky, LLC | X | |
| Melissa Mielke | Skikos Crawford Skikos & Joseph | X | |
| Alfred Olinde, Jr | The Olinde Firm, LLC | X | |
| Wesley G. Barr | The Olinde Firm, LLC | X | |
| Austin Grinder | The Ruth Team | X | |
| Dean Xenick | Zele Huber Trial Attorneys | X | |
| Jacqueline A. Olson | Zimmerman Reed, LLP | X | |

| Neal R. Elliott, Jr |                    | X |
|---------------------|--------------------|---|
| Felissa McHardy     |                    | X |
| David J. Szerlag    | Pritzker Olsen, PA | X |
| Mark Tate           | Tate Law Group     | X |
| Arlene Nicole       | Tate Law Group     | X |

paralegal