# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | **NOTICE OF WITHDRAWAL** |
| | Case No.:     MDL No. 15-2666 |
| This Document Relates To: | |
| All Actions | |

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Kim Schmid, Michelle Gilboe, and the law firm of Bowman and Brooke LLP withdraw as counsel for Defendant Arizant Healthcare, Inc. in this case. Please remove the undersigned from any service lists and ECF filing notices in these actions.

| | |
|---|---|
| Dated:  October 18, 2016 | /s/Kim M. Schmid
Kim M. Schmid
Michelle R. Gilboe
Bowman and Brooke LLP
150 S. Fifth Street, Suite 3000
Minneapolis, MN  55402
Tel: (612) 339-8682
Fax: (612) 672-3200 |

16831226v1