UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In Re: BAIR HUGGER FORCED AIR          MDL No. 15-2666 (JNE/FLN)
WARMING DEVICES PRODUCTS
LIABILITY LITIGATION

_____

This Document Relates to:

Lucy M. Acosta v. 3M Company, et al.
Court File No. 15-cv-04313

Kevin Blanchard v. 3M Company, et al.
Court File No. 15-cv-04302

Arlene Bray v. 3M Company, et al.
Court File No. 15-cv-03992

Alice Campbell v. 3M Company, et al.
Court File No. 15-cv-04044

Wilbert Carmichael v. 3M Company, et al.
Court File No. 15-cv-04278

Greg Colson v. 3M Company, et al.
Court File No. 15-cv-04001

Constance Grushesky v. 3M Company, et al.
Court File No. 15-cv-03328

James Hardison v. 3M Company, et al.
Court File No. 15-cv-03899

Francisco E. Hernandez v. 3M Company, et al.
Court File No. 15-cv-03951

John A. LeBlanc v. 3M Company, et al.
Court File No. 15-cv-03950

Larry Leroux v. 3M Company, et al.
Court File No. 15-cv-04021

Barbara Libby v. 3M Company, et al.
Court File No. 15-cv-03329

Cledia Linscott v. 3M Company, et al.
Court File No. 15-cv-04002

Rickey Maxfield v. 3M Company, et al.
Court File No. 15-cv-03703

Judy Mayne v. 3M Company, et al.
Court File No. 15-cv-04265

Tammy McCain-Champagne v. 3M Company, et al.
Court File No. 15-cv-04301

Tony McDougald v. 3M Company, et al.
Court File No. 15-cv-04003

Brenda Naylor v. 3M Company, et al.
Court File No. 15-cv-03140

Phyllis Newlun v. 3M Company, et al.
Court File No. 15-cv-04300

Gerald Nottingham v. 3M Company, et al.
Court File No. 15-cv-03141

Melvin Petrson v. 3M Company, et al.
Court File No. 15-cv-04004

Tawas Reed v. 3M Company, et al.
Court File No. 15-cv-03143

Lorraine Rochelle v. 3M Company, et al.
Court File No. 15-cv-03702

Peter Roston v. 3M Company, et al.
Court File No. 15-cv-03338

Renny Schackmann v. 3M Company, et al.
Court File No. 15-cv-03142

Jerrold Sollers v. 3M Company, et al.
Court File No. 15-cv-04277

Anna Weatherholtz v. 3M Company, et al.
Court File No. 15-cv-04298

Michael Whitley v. 3M Company, et al.
Court File No. 15-cv-04299

Michael Williams v. 3M Company, et al.
Court File No. 15-cv-03331

Larry Wright v. 3M Company, et al.
Court File No. 15-cv-03900

_____

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Jason P. Johnston is no longer associated with Meshbesher & Spence and hereby withdraws as counsel of record for the Plaintiffs in the above-referenced matters.

Plaintiffs will continue to be represented by Meshbesher & Spence.

Dated:  October 19, 2016        Respectfully submitted,

                                **ZIMMERMAN REED, LLP**

                                s/ Jason P. Johnston
                                Jason P. Johnston – MN #0391206
                                1100 IDS Center, 80 South 8th Street
                                Minneapolis, MN 55402
                                Telephone:  (612) 341-0400
                                Facsimile:  (612) 341-0844
                                Email: Jason.Johnston@zimmreed.com

                                **ATTORNEYS FOR PLAINTIFFS**