IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:  BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABLITY LITIGATION | MDL No. 15-md-2666(JNE/FLN) |
| This document relates to: | |
| NICHOLAS J. MORRIS | |
| Plaintiff, | |
| vs. | Civil Action No.  15-cv-4491-JNW/FLN |
| 3M COMPANY, a Delaware corporation, and ARIZANT HEALTHCARE, INC., a Delaware corporation, | |
| Defendants. | |

_____

### NOTICE OF WITHDRAWAL OF COUNSEL JONATHAN GREENBAUM

Comes Jonathan Greenbaum with the law firm of Coburn & Greenbaum, PLLC, hereby withdraws as counsel of record for Plaintiff, Nicholas J. Morris, in the above matter. Please remove the undersigned from any service lists and ECF filing notices in these actions.

Richard Lewis and Kristen Ward Broz of the law firm of Hausfeld will continue as counsel of record for Plaintiff, Nicolas J. Morris.

Respectfully submitted,

/s/Jonathan Greenbaum
BY:

1

Jonathan Greenbaum
Maryland Bar No.: 24144
COBURN & GREENBAUM, PLLC
1710 Rhode Island Avenue NW,
2nd Floor
Washington, DC 20036
Phone: (202) 657-4490
Facsimile: (866) 561-9712
jg@coburngreenbaum.com
*Counsel for Plaintiff*

and

Richard S. Lewis
Washington DC Bar No.: 414261
Kristen M. Ward
Virginia Bar No.: 82776
HAUSFELD, LLP
1700 K Street, N.W., Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Facsimile: (202) 540-7201
rlewis@hausfeld.com
kward@hausfeld.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on October 24, 2016, the forgoing Notice of Withdrawal was filed electronically by using the CM\ECF system which will deliver the document to all counsel of record.

/s/Jonathan Greenbaum
Jonathan Greenbaum