# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

IN RE: Bair Hugger Forced Air Warming Products Liability Litigation

MDL No. 15-2666 (JNE/FLN)

This Document Relates to

*All Cases*

**EXHIBIT INDEX TO DEFENDANTS MOTION TO COMPEL THIRD-PARTY AUGUSTINE ENTITIES TO PRODUCE DOCUMENTS IN RESPONSE TO SUBPOENAS**

| Exhibit | Description |
|---|---|
| A | November 4, 2015 Court Order |
| B | Stipulation of Facts Signed by R. Benham |
| B-1 | Stipulation of Facts Signed by S. Augustine |
| C | Feb. 3, 2006 Dept. of Health and Human Services Appeals Board Decision |
| D | July 9, 2010 Letter to K. Hilzinger |
| E | June 2, 2011 Letter to D. Rectenwald |
| F | January 4, 2012 Letter to D. Rectenwald |
| G | June 7, 2016 Subpoena to S. Augustine |
| H | S. Augustine Privilege Log |
| I | Excerpts from October 7, 2016 Deposition of M. Albrecht |
| J | July 1, 2010 Affidavit of S. Augustine |
| K | July 7, 2010 Letter from R. Benham |
| L | Excerpts from October 4, 2016 Deposition of R. Gauthier |
| M | July 23, 2015 Notice of Third Party Subpoena of S. Augustine |
| N | Defendants' August 21, 2015 Motion to Compel |
| O | October 26, 2016 Transcript of Hearing on Motion to Compel |
| P | Medwatch Report and attachments [AugustineS_000889-001102] |
| Q | March 23, 2015 S. Augustine Email to J. Welbes [Augustine _0011912-0011914] |
| R | August 18, 2016 Email to R. Mont |
| S | Febuary 9, 2012 M. Reed Email to M. Albrecht [Albrecht_0004779] |
| T | May 24, 2012 S. Augustine Email to M. Albrecht [Albrecht_0003510] |
| U | May 27, 2012 S. Augustine Email to M. Albrecht [Albrecht_0003579] |

| Exhibit | Description |
|---|---|
| V | July 19, 2013 S. Augustine Email to M. Albrecht [Albrecht_0018365] |
| W | July 22, 2013 M. Albrecht Email to S. Augustine [Albrecht_0018369] |
| X | July 19, 2016 M. Albrecht Email to S. Augustine [Albrecht_0002078] |
| Y | March 31, 2010 E-mail to C. Nachtsheim [Nachtsheim_0000269] |
| Z | Draft of Forced Air Warming Article [Nachtsheim_0000278] |
| AA | March 31, 2010 E-mail to C. Nachtsheim [Nachtsheim_0001012] |
| BB | July 9, 2010 E-mail to C. Nachtsheim [Nachtsheim_0000838] |
| CC | December 2, 2011 Email from M. Reed |
| DD | October 4, 2016 Email from S. Augustine |
| EE | October 19, 2016 R. Benham Email to M. Hines |
| FF | October 27, 2016 Email chain between M. Hines and R. Benham |
| GG | May 6, 2015 Affidavit of David Hodges (filed in Walton v. 3M) |
| HH | May 6, 2015 Plaintiffs' Responses to Defendants' Motion to Compel Plaintiff's Responses to Discovery in the Walton |
| II | May 19, 2015 Order denying Defendants' Motion to Compel Dkt. 120 (Order in Walton) |
| JJ | June 28, 2016 –Email from R. Benham re: objections |
| KK | July 01, 2016 Plaintiff's Responses to Defendants' First Request for Production to Plaintiffs |

US.108837743.01