# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to<br><br>*All Cases* | **DEFENDANTS' MEET AND CONFER STATEMENT REGARDING MOTION TO COMPEL THIRD-PARTY AUGUSTINE ENTITIES** |

The undersigned counsel for Defendants 3M Company and Arizant Healthcare Inc. ("Defendants") certifies that counsel for Defendants met and conferred with counsel for Dr. Augustine and the Augustine entities by telephone on five separate days between July 10, 2016 and October 24, 2016, as well as by email on multiple occasions, concerning the topic of documents and other discovery from Augustine entities in response to Defendants' subpoenas before Defendants filed this motion. Counsel for Defendants and Dr. Augustine were unable to resolve any portion of Defendants' Motion to Compel.

Dated:  November 3, 2016            Respectfully submitted,

*s/Bridget M. Ahmann*
Bridget M. Ahmann
MN Atty ID No. 016611x
M. Joseph Winebrenner
MN Atty ID No. 0387889
**Attorneys for Defendants 3M Company and Arizant Healthcare Inc.**
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
T: (612) 766-7000    F: (612) 766-1600
bridget.ahmann@faegrebd.com
joe.winebrenner@faegrebd.com


Jerry W. Blackwell
MN Atty ID No. 0186867
Benjamin W. Hulse
MN Atty ID No. 0390952
Mary S. Young
MN Atty ID No. 0392781
**Attorneys for Defendants 3M Company and Arizant Healthcare Inc.**
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN  55415
T: (612) 343-3200    F: (612) 343-3205
blackwell@blackwellburke.com
bhulse@blackwellburke.com
myoung@blackwellburke.com

US.108837873.02