# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to All Actions.<br><br>**PLAINTIFF,**<br>**STEPHANIE FREEMAN**<br><br>**VS.**<br><br>**3M COMPANY AND ARIZANT HEALTHCARE, INC.** | **NOTICE OF VOLUNTARY DISMISSAL** |

Comes the Plaintiff, Patrick Pierce, by counsel, and hereby gives notice, pursuant to FRCP 41(a)(1)(A)(i) that she is voluntarily dismissing this Complaint filed herein without prejudice.

Dated: November 9, 2016

Respectfully submitted,

By: /s/ John R. Shelton
John R. Shelton, KY. Bar # 83883
SHELTON LAW GROUP
9300 Shelbyville Road, Suite 215
Louisville, KY 40222
Telephone: (502) 409-6460
Facsimile: (502) 409-4642
Email: rshelton@robsheltonlaw.com

Attorney for the Plaintiff