UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No 15-2666 (JNE/FLN) |
| | **LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE** |
| This Document Relates to: All Actions | |

---

I certify that Third Parties' Memorandum in Opposition to Motion to Compel conforms to the requirements of LR 7.1(f) and LR 7.1(h) for a memorandum produced with a proportional font. The length of this memorandum is 2,798 words. The memorandum was prepared using Microsoft Word, and the word-count function of the software has been applied specifically to include all text, including headings, footnotes, and quotations for word count purposes.

Respectfully submitted,

s/ J. Randall Benham

J. Randall Benham
MN Bar No. 0154726
6581 City West Parkway
Eden Prairie, MN 55127