# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

|  |  |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Devices Products Liability Litigation | **COURT MINUTES**<br>BEFORE: JOAN N. ERICKSEN<br>U.S. District Judge<br>and<br>FRANKLIN L. NOEL<br>U.S. Magistrate Judge |

| | |
|---|---|
| Case No: | 15-md-2666 (JNE/FLN) |
| Date: | November 17, 2016 |
| Deputy: | Catherine B. Cusack |
| Court Reporter: | Maria V. Weinbeck |
| Courthouse: | Minneapolis |
| Courtroom: | 12W |
| Time in Court: | 10:15 a.m. - 11:07 a.m. |
| Total Time: | 52 Minutes |

## APPEARANCES:

Plaintiffs: Genevieve M. Zimmerman, *Meshbesher & Spence, Ltd.*; Jan M. Conlin, *Ciresi Conlin LLP*; David W. Hodges and Gabriel A. Assaad, *Kennedy Hodges, LLP*; Behram V. Parekh, *Kirtland and Packard, LLP*; Ryan Osterholm, *Pritzker Hageman, P.A.*

Defendant: Jerry W. Blackwell, Mary S. Young and Benjamin W. Hulse, *Blackwell Burke, P.A.* and Bridget M. Ahmann, *Faegre Baker Daniels LLP*

Telephone Participants: Please see attached list.

## PROCEEDINGS:

- ☒ Status Conference
- ☒ Plaintiffs made a motion on the record to set a deadline for completing the Computer Assisted Review protocol. The Court DENIED the motion on the record.
- ☒ The next status conference is scheduled for December 15, 2016 at 9:30 a.m. (previously scheduled to begin at 10:00 a.m.)

# November 17, 2016
# Conference Call Participants

| NAME | FIRM NAME | PARTICIPATING IN CONFERENCE CALL 11/17/2016 | |
|---|---|---|---|
| Darin Schanker | Bachus & Schanker, LLC | X | |
| J. Kyle Bachus | Bachus & Schanker, LLC | X | |
| Kyle Bachus | Bachus & Schanker, LLC | X | |
| Megan Robinson | Beasley, Allen, Crow, Methvin, Portis & | X | |
| Dae Y. Lee | Bernstein Liebhard, LLP | X | |
| Daniel C. Burke | Bernstein Liebhard, LLP | X | |
| Jessica Keller | Bernstein Liebhard, LLP | X | |
| Abby Cordray | Brown & Crouppen, PC | X | |
| Don Ledgard | Capretz & Associates | X | |
| Patrick E. Carr | Carr & Carr Attorneys | X | |
| Heather Cullen | Morgan & Morgan Complex Litigation | X | |
| Joseph T. Waechter | Morgan & Morgan Complex Litigation | X | |
| Martin D. Crump | David & Crump | X | |
| Robert Cain | David & Crump | X | |
| Wes Stevenson | David & Crump | X | |
| Bob Young | English, Lucas, Priest & Owsley, LLP | X | |
| Jessica Surber | English, Lucas, Priest & Owsley, LLP | X | |
| Jacob Levy | Gray & White | X | |
| Emily DeVuono | Grossman & Moore, PLLC | X | |
| Jennifer Moore | Grossman & Moore, PLLC | X | |
| Don McKenna | Hare Wynn Newell & Newton | X | |
| Lynne Reed | Hare Wynn Newell & Newton | X | |
| Peggy Little | Hare Wynn Newell & Newton | X | |
| Scott Hollis | Hollis Legal Solutions, PPLC | X | |
| Randall A. Kauffman | Houssier, Durant & Houssier, LLP | X | |
| Monica Vaughan | Houssier, Durant & Houssier, LLP | X | |
| Molly Condon | Hurley McKenna & Mertz | X | |
| Rajesh Kanuru | Kanuru Law Group, PC | X | |
| Laura Young | Law Office of Brian Timothy Meyers | X | |
| Elizabeth J. McLafferty | Law Office of James S. Rogers | X | |
| Craig Silverman | Law Office of Peter G. Angelos, PC | X | |
| Pete Lewis | Lewis & Caplan | X | |
| Sarah Delahoussaye Call | Lewis & Caplan | X | |
| Brian U. Loncar | Loncar & Associates | X | |
| Melissa Schmid | McEwen Law Firm LTD | X | Paralegal |
| Lee Ann McGartland | McGartland Law Firm, PLLC | X | |
| Holly Sternquist | Meshbesher & Spence, LTD | X | Paralegal |
| Julie M. Jochum | Michael Hingle & Associates | X | |
| Michael Goetz | Morgan & Morgan Complex Litigation | X | |
| Caroline W. Thomas | Murray Law Firm | X | |
| James Humann | Paglialunga & Harris, PS | X | |
| Michael S. Werner | Parker Waichman, LLP | X | |
| Nicole Eisner | Parker Waichman, LLP | X | Paralegal |
| Chris T. Hellums | Pittman Dutton & Hellums | X | |
| Jonathan S. Mann | Pittman Dutton & Hellums | X | |
| Rebecca Hicks | Pittman Dutton & Hellums | X | |
| Wendy Thayer | Pritzker Hageman, PA | X | Legal Assistant |
| Jeffery L. Raizner | Raizner Slania LLP | X | |
| Carrie Hancock | Randall J. Trost, P.C. | X | Paralegal |
| Pam Rodriguez | Randall J. Trost, P.C. | X | |
| Randall T Trost | Randall J. Trost, P.C. | X | |
| Scott Haider | Schneider, Schneider & Schneider | X | |

| NAME | FIRM NAME | PARTICIPATING IN CONFERENCE CALL 11/17/2016 | |
|---|---|---|---|
| Rob Shelton | Shelton Law Group | X | |
| Melissa Mielke | Skikos Crawford Skikos & Joseph | X | |
| Travis R. Walker | The Law Office of Travis R. Walker, | X | |
| Tayjes M. Shah | The Miller Firm, LLC | X | |
| Austin Grinder | The Ruth Team | X | |
| Steven C. Ruth | The Ruth Team | X | |
| Neal R. Elliott, Jr | Neal R. Elliott | X | |
| Matt Leckman | Pogust Braslow & Millrood, LLC | X | |
| Jessical Lowe | Pogust Braslow & Millrood, LLC | X | Paralegal |
| Brian E. Tadtman | Peterson & Associates, P.C. | X | |
| Arlene Nicole | Tate Law Group | X | paralegal |
| Wayne Rogers, Jr. | DeGaris Law Group, LLC | X | |