# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

IN RE: Bair Hugger Forced Air Warming Devices
Products Liability Litigation

**COURT MINUTES**
BEFORE: Franklin L. Noel
U.S. Magistrate Judge, Courtroom 9W

| | |
|---|---|
| MDL No.: | 15-2666 (JNE/FLN) |
| Date: | November 17, 2016 |
| Court Reporter: | Maria Weinbeck |
| Time Commenced: | 1:06 p.m. |
| Time Concluded: | 2:08 p.m. |
| Time in Court: | 1 hour & 2 minutes |

**APPEARANCES:**

For Plaintiffs: Genevieve Zimmerman, Gabriel Assaad, Behram Parekh, and Jan Conlin
For Defendant 3M: Jerry Blackwell, Bridget Ahmann, Ben Hulse, Micah Hines, and Mary Young
For Respondent: J. Randall Benham

**Defendants' motion to Compel Third-Party Augustine Entities to Produce Documents in Response to Subpoenas [#128] was taken under advisement at the hearing.**

☐ ORDER TO BE ISSUED     ☒ NO ORDER TO BE ISSUED     ☐ R&R TO BE ISSUED     ☒ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court     ☐ Exhibits returned to counsel

_s/CH_
Signature of Law Clerk