# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

CHARLES BURT FRANCIS, as Executor
Of the Estate of JANET FRANCIS         **NOTICE OF APPEARANCE**

    Plaintiff(s)                    Case No:    16-cv-03949

v.

3M COMPANY and ARIZANT
HEALTHCARE, INC.

    Defendant(s)

The undersigned attorney hereby notifies the Court and counsel that CLIFFORD A. RIEDERS, ESQ., shall appear as counsel of record for PLAINTIFF, CHARLES BURT FRANCIS in this case.

Dated: 11/21/16                         /s/ Clifford A. Rieders, Esquire
                                        [Signature block of Attorney]