UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation<br><br>This Document Relates to All Actions.<br><br>**PLAINTIFFS**<br><br>JACK VANN AND SANDRA VANN<br><br>VS.<br><br>3M COMPANY AND ARIZANT HEALTHCARE, INC. | MDL No. 15-2666 (JNE/FLN)<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41 (A)(1)(a)(i)** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) Jack Vann and Sandra Vann  and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) 3M Company and Arizant Healthcare, Inc..

Date: November 28, 2016

_____
Charles T. Paglialunga, Esq.
4660 La Jolla Village Dr., Ste. 500
San Diego, CA 92109
Tel. (888) 604-3438

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of November 2016, I electronically filed Plaintiffs Notice of Voluntary Dismissal, and this Certificate of Service by using CM/ECF, which will effectuate service on all counsel of record.

_____
Charles T. Paglialunga, Esq.
4660 La Jolla Village Dr., Ste. 500
San Diego, CA 92109
Tel. (888) 604-3438