# EXHIBIT A

## 3M BH Augustine Motion to Compel
### Fees
### 423286.401

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 10/18/2016 | Bruce Jones | 4.8 | 2,733.60 | Draft memo in support of motion to compel disclosure of documents from Augustine |
| 10/19/2016 | Bruce Jones | 4.8 | 2,733.60 | Continue drafting of memo in support of motion to compel disclosure of documents from Augustine |
| 10/20/2016 | Bruce Jones | 4.2 | 2,391.90 | Draft and revise memo in support of motion to compel |
| 10/30/2016 | Bruce Jones | 2.1 | 1,195.95 | Review and revise memo in support of motion to compel |
| 10/31/2016 | Bruce Jones | 1.8 | 1,025.10 | Review and revise memo in support of motion to compel |
| 11/3/2016 | Bruce Jones | 2.4 | 1,366.80 | Finalize memo in support of motion to compel |
| 10/18/2016 | Bridget M. Ahmann | 1.3 | 690.63 | Review motion to compel outline and identify record support |
| 10/20/2016 | Bridget M. Ahmann | 0.5 | 265.63 | Meet and confer with R. Benham re motion to compel |
| 10/24/2016 | Bridget M. Ahmann | 1.5 | 796.88 | Telephone conference with R. Benham in meet and confer re motion to compel |
| 10/26/2016 | Bridget M. Ahmann | 0.5 | 265.63 | Review and edit Augustine motion to compel and evaluate documents to support |
| 10/31/2016 | Bridget M. Ahmann | 2.5 | 1,328.13 | Edit Augustine motion to compel and identify exhibits to support |
| 11/10/2016 | Bridget M. Ahmann | 1 | 531.25 | Review Augustine's opposition to motion to compel and create talking points for hearing |
| 10/31/2016 | Michele A. Knoer | 2.4 | 510.00 | Upload exhibits and documents for Motion to Compel; cite check |
| 11/3/2016 | Michele A. Knoer | 6.2 | 1,317.50 | Pull documents, arrange exhibits and edit motion to compel citations for upcoming filing |
| 10/14/2016 | Jeff Wojciechowski | 1.5 | 376.13 | Research case law to support motion to compel production of documents by Augustine |
| 10/23/2016 | Jeff Wojciechowski | 1.1 | 275.83 | Research case law to support motion to compel production of documents by Augustine |
| 10/24/2016 | Jeff Wojciechowski | 3 | 752.25 | Research case law to support motion to compel production of documents by Augustine |
| 11/2/2016 | Jeff Wojciechowski | 4.8 | 1,203.60 | Edit memo in support of motion to compel; draft motion, notice of motion, and other necessary filings |
| 11/3/2016 | Jeff Wojciechowski | 4.3 | 1,078.23 | Edit memo in support of motion to compel; finalize motion, notice of motion, and other necessary filings |
| **TOTALS** | | 50.70 | 20,838.64 | |