# EXHIBIT B

**3M BH Augustine Motion to Compel**
**Costs**
**423286.401**

| Date | Name | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|
| 11/3/2016 | Bridget M. Ahmann | 1,854 | 0.15 | 278.10 | Internal Copying/Printing (1 copy service; 2 copies Judge) |
| 11/3/2016 | | 1 | 44.8 | 44.80 | Courier – Augustine Temperature Management LLC, 6581 City West Parkway, Eden Prairie, MN (receipt available) |
| TOTAL | | | | 322.90 | |