# EXHIBIT A

## 3M Bair Hugger Litigation Augustine Motion to Compel
### Fees

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 10/20/2016 | Micah M. Hines | 0.5 | 223.00 | Meet and confer with R. Benham re: motion to compel |
| 10/24/2016 | Micah M. Hines | 1.5 | 669.00 | Meet and confer with R. Benham re: motion to compel |
| 10/26/2016 | Micah M. Hines | 3.2 | 1,427.20 | Review, edit and analyze content of motion to compel |
| 10/27/2016 | Benjamin W. Hulse | 1 | 446.00 | Review and edit motion to compel |
| 11/2/2016 | Benjamin W. Hulse | 0.8 | 356.80 | Edit motion to compel |
| 11/2/2016 | Micah M. Hines | 5.2 | 2,319.20 | Edit motion to compel |
| 11/3/2016 | Micah M. Hines | 6.8 | 3,032.80 | Edit  motion to compel |
| 11/12/2016 | Jerry W. Blackwell | 3.2 | 1,680.00 | Prepare for hearing on motion to compel |
| 11/14/2016 | Katrina St. Clair | 3.4 | 533.80 | Prepare materials for argument on motion to compel |
| 11/15/2016 | Katrina St. Clair | 5 | 785.00 | Prepare materials for argument on motion to compel |
| 11/16/2016 | Micah M. Hines | 4.2 | 1,873.20 | Assist J. Blackwell in preparation for  argument re: motion to co |
| 11/16/2016 | Jerry W. Blackwell | 8.2 | 4,305.00 | Prepare for argument on motion to compel |
| 11/17/2106 | Jerry W. Blackwell | 1.1 | 525.00 | Argue motion to compel |
| **TOTALS** | | **44.10** | **18,176.00** | |