# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

IN RE: Bair Hugger Forced Air Warming             MDL No. 15-2666 (JNE/FLN)
Products Liability Litigation


This Document Relates to                        **CERTIFICATE OF SERVICE**


*All Cases*

---

I hereby certify that on December 5, 2016, I caused the following documents:

- Affidavit of Bridget Ahmann In Support of Application for Fees and Costs Pursuant to November 23, 2016 Order with Exhibits A and B;
- Affidavit of Micah M. Hines In Support of Application for Fees and Costs Pursuant to November 23, 2016 Order with Exhibit A;
- Proposed Order; and
- Certificate of Service of Proposed Order

to be served via United States Mail and electronic mail on the following non-ECF participant to this action at the address listed:

J. Randall Benham
General Counsel
Augustine Temperature Management LLC
6581 City West Parkway
Eden Prairie, MN  55344
rbenham@augbiomed.com

Personal service was attempted on December 5, 2016 and December 6, 2016 but was refused by the company.

Dated:  December 6, 2016

*s/Bridget M. Ahmann*

Bridget M. Ahmann
MN Atty ID No. 016611x
M. Joseph Winebrenner
MN Atty ID No. 0387889
**Attorneys for Defendants 3M Company
and Arizant Healthcare Inc.**
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis;  MN 55402
T: (612) 766-7000    F:  (612) 766-1600
bridget.ahmann@faegrebd.com
joe.winebrenner@faegrebd.com


Jerry W. Blackwell
MN Atty ID No. 0186867
Benjamin W. Hulse
MN Atty ID No. 0390952
Mary S. Young
MN Atty ID No. 0392781
**Attorneys for Defendants 3M Company
and Arizant Healthcare Inc.**
BLACKWELL BURKE P.A.
431 South Seventh Street;  Suite 2500
Minneapolis;  MN  55415
T: (612) 343-3200    F:  (612) 343-3205
blackwell@blackwellburke.com
bhulse@blackwellburke.com
myoung@blackwellburke.com

US.109239601.01