# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| LAURINE BALDWIN and<br>GERALD BALDWIN | **NOTICE OF APPEARANCE** |
| Plaintiff(s) | Case No:    16-cv-04097 |
| v. | |
| 3M COMPANY and ARIZANT<br>HEALTHCARE, INC. | |
| Defendant(s) | |

The undersigned attorney hereby notifies the Court and counsel that [Name of counsel], shall appear as counsel of record for [Plaintiff or Defendant] [Name of Party] in this case.

Dated: __12/06/16__

/s/ Clifford A. Rieders, Esquire
Attorney for Plaintiffs
161 West Third Street
Williamsport, PA 17701
P: 570-323-8711
F: 570-567-1025
crieders@riederstravis.com