## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 16-2666 (JNE/FLN) |
| This document relates to the following action: | Case No: 16-cv-3971-JNE-FLN |
| ALICE MALADY, | |
| Plaintiff, | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)** |
| v. | |
| 3M COMPANY AND ARIZANT HEALTHCARE, INC., | |
| Defendants | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Alice Malady and Defendants 3M Company and Arizant Healthcare, Inc. through their undersigned counsel that the above-captioned action is voluntarily dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(ii). It is further agreed that the dismissal will only apply to docket number 16-cv-03971-JNE-FLN and will not have any effect on any other cases filed in regards to Plaintiff Alice Malady with different docket numbers.

Dated: December 11, 2016

RESPECTFULLY SUBMITTED,

*s/Rolf T. Fiebiger*
Michael K. Johnson, MN Bar No. 258696
Rolf T. Fiebiger, MN Bar No. 391138
JOHNSON BECKER, PLLC
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Telephone: (612) 436-1800
mjohnson@johnsonbecker.com
rfiebiger@johnsonbecker.com

Counsel for Plaintiff

1

and

*s/Mary S. Young (by permission)*
Mary S. Young
Blackwell Burke P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN  55415
Direct (612) 343-3214
Fax (612) 343-3205

Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2016, the above document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel for all parties through the court's electronic filing system.

*/s/Rolf T. Fiebiger*
Rolf T. Fiebiger