# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

|  |  |
|---|---|
|  | **COURT MINUTES** |
|  | BEFORE: JOAN N. ERICKSEN |
|  | U.S. District Judge |
|  | and |
|  | FRANKLIN L. NOEL |
|  | U.S. Magistrate Judge |
| IN RE: Bair Hugger Forced Air Warming Devices Products Liability Litigation | Case No: 15-md-2666 (JNE/FLN) |
|  | Date: December 15, 2016 |
|  | Deputy: Catherine B. Cusack |
|  | Court Reporter: Maria V. Weinbeck |
|  | Courthouse: Minneapolis |
|  | Courtroom: 12W |
|  | Time in Court: 9:45 a.m. - 10:53 a.m. |
|  | Total Time: 1 Hour & 8 Minutes |

## STATUS CONFERENCE

**APPEARANCES:**

Plaintiffs: Michael V. Ciresi and Michael A. Sacchet, *Ciresi Conlin LLP*; Ben W. Gordon, Jr., *Levin Papantonio, P.A.*; Genevieve M. Zimmerman, *Meshbesher & Spence, Ltd.*; David W. Hodges and Gabriel A. Assaad, *Kennedy Hodges, LLP*; Behram V. Parekh, *Kirtland and Packard, LLP*; Christopher L. Coffin, *Pendley, Baudin & Coffin, LLP*; Mark Bankston, *Farrar & Ball*; David Szerlag, *Pritzker Hageman, P.A.*

Defendant: Benjamin W. Hulse and Mary S. Young, *Blackwell Burke, P.A.*, and Bridget M. Ahmann, *Faegre Baker Daniels LLP*

Telephone
Participants: Please see attached list.

**PROCEEDINGS:**

☒ Status Conference
☒ The next status conference is scheduled for January 19, 2017 at 9:30 a.m.

| NAME | FIRM NAME | PARTICIPATING IN CONFERENCE CALL 12/15/2016 | |
|---|---|---|---|
| Anne Andrews | Andrew & Thornton | x | |
| John C. Thornton | Andrew & Thornton | x | |
| Lauren Davis | Andrew & Thornton | x | |
| Megan Robinson | Beasley, Allen, Crow, Methvin, Portis & | x | |
| Dae Y. Lee | Bernstein Liebhard, LLP | x | |
| Abby Cordray | Brown & Crouppen, PC | x | |
| Don Ledgard | Capretz & Associates | x | |
| Patrick E. Carr | Carr & Carr Attorneys | x | |
| Martin D. Crump | David & Crump | x | |
| Robert Cain | David & Crump | x | |
| Wayne Rogers, Jr. | DeGaris Law Group, LLC | x | |
| Kevin Fitzgerald | Fitzgerald Law Group, LLC | x | |
| Kaitlyn Spring Neufeld | Goza & Honnold, LLC | x | |
| Emily DeVuono | Grossman & Moore, PLLC | x | |
| Jennifer Moore | Grossman & Moore, PLLC | x | |
| Kara Lane | Grossman & Moore, PLLC | x | Paralegal |
| Peggy Little | Hare Wynn Newell & Newton | x | |
| Angel Dorsey | Hausfeld, LLP | x | |
| Scott Hollis | Hollis Legal Solutions, PPLC | x | |
| Monica Vaughan | Houssier, Durant & Houssier, LLP | x | |
| Randall A. Kauffman | Houssier, Durant & Houssier, LLP | x | |
| Molly Condon | Hurley McKenna & Mertz | x | |
| Rolf T. Fiebiger | Johnson Becker, PLLC | x | |
| Leslie O'Leary | Johnson Johnson & Schauller PC | x | |
| Alex Davis | Jones Ward PLC | x | |
| Elizabeth J. McLafferty | Law Office of James S. Rogers | x | |
| Nicholas Bonadino | Law Office of Peter G. Angelos, PC | x | |
| Pete Lewis | Lewis & Caplan | x | |
| Sarah Delahoussaye Call | Lewis & Caplan | x | |
| Amy Webster | Lewis & Caplan | x | Paralegal |
| John L. Coveney | Loncar & Associates | x | Legal Assistant |
| Priscilla Lord | Lord & Associates Law Office | x | |
| Melissa Schmid | McEwen Law Firm LTD | x | Paralegal |
| Holly Sternquist | Meshbesher & Spence, LTD | x | Paralegal |
| Bruce Brown | Michael Hingle & Associates | x | |
| Heather Cullen | Morgan & Morgan Complex Litigation | x | |
| Joseph T. Waechter | Morgan & Morgan Complex Litigation | x | |
| Michael Goetz | Morgan & Morgan Complex Litigation | x | |
| Caroline W. Thomas | Murray Law Firm | x | |
| Neal R. Elliott, Jr | Neal R. Elliott | x | |
| Charles T. Paglialunga | Paglialunga & Harris, PS | x | |
| James Humann | Paglialunga & Harris, PS | x | |
| John J. Pappas | Pappas, Healy & Pappas | x | |
| Nicole Eisner | Parker Waichman, LLP | x | Paralegal |
| Brian E. Tadtman | Peterson & Associates, P.C. | x | |
| Jessical Lowe | Pogust Braslow & Millrood, LLC | x | Paralegal |
| Matt Leckman | Pogust Braslow & Millrood, LLC | x | |
| Wendy Thayer | Pritzker Hageman, PA | X | Legal Assistant |
| Jeffery L. Raizner | Raizner Slania LLP | x | |
| Amy Hargis | Raizner Slania LLP | x | |
| Erin Stacener | Raizner Slania LLP | x | |
| Alejandrina Lopez | Raizner Slania LLP | x | Legal Assistant |

| Jane Munoz | Raizner Slania LLP | x | |
| Rica Rinosa | Raizner Slania LLP | x | Legal Assistant |
| Carrie Hancock | Randall J. Trost, P.C. | x | Paralegal |
| Pam Rodriguez | Randall J. Trost, P.C. | x | |
| Randall T Trost | Randall J. Trost, P.C. | x | |
| Scott Haider | Schneider, Schneider & Schneider | x | |
| Rob Shelton | Shelton Law Group | x | |
| Melissa Mielke | Skikos Crawford Skikos & Joseph | x | |
| Arlene Nicole | Tate Law Group | x | paralegal |
| Mark Tate | Tate Law Group | x | |
| Jason Goldenstein | The Lanier Law Firm, PLLC | x | |
| Erika Mohabir | The Lanier Law Firm, PLLC | x | |
| Travis R. Walker | The Law Office of Travis R. Walker, | x | |
| Tayjes M. Shah | The Miller Firm, LLC | x | |
| Wesley G. Barr | The Olinde Firm, LLC | x | |
| Austin Grinder | The Ruth Team | x | |
| Steven C. Ruth | The Ruth Team | x | |
| Jacqueline A. Olson | Zimmerman Reed, LLP | x | |
| Amy Tao | Sidney P. Cominsky, LLC | x | paralegal |
| Lee Ann McGartland | McGartland Law Firm, PLLC | x | |