# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Terry R. Torok, | **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |
| Plaintiff, | Case No: 16-cv-00812-JNE-FLN |
| v. | |
| 3M Company, et al. | |
| Defendants. | |

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Plaintiff Terry R. Torok has retained Noah C. Lauricella and Goldenberg Law, PLLC to substitute as counsel for Zimmerman Reed LLP in this case.

Dated: December 19, 2016         /s/ Noah C. Lauricella
Noah C. Lauricella (MN # 0397896)
Stuart L. Goldenberg (MN #158719)
GOLDENBERG LAW, PLLC
800 LaSalle Avenue, Suite 2150
Minneapolis MN 55402
(612) 333-4662
nlauricella@goldenberglaw.com
slgoldenberg@goldenberglaw.com

Dated: December 19, 2016         /s/ Jacqueline A. Olson
Charles S. Zimmerman – MN #120054
J. Gordon Rudd, Jr. – MN #222082
Jacqueline A. Olson – MN #391848
ZIMMERMAN REED LLP
1100 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
Charles.Zimmerman@zimmreed.com
Gordon.Rudd@zimmreed.com
Jacqueline.Olson@zimmreed.com