# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION

This Document Relates To:
All Actions

MDL No. 15-2666 (JNE/FLN)

**PRETRIAL ORDER NO. 16:**
**Plaintiff Fact Sheet Service Order**

On September 27, 2016, the Court entered Pretrial Order #14: Plaintiff Fact Sheet and Service Protocol. That Order stated that Plaintiff Fact Sheets were to be served electronically pursuant to an electronic service procedure to be agreed to by the parties. The following constitutes such procedure:

1. All PFS submissions shall be uploaded to a secure FTP site hosted by Elijah. Access to that site shall be restricted to specific designees approved by Plaintiffs' co-lead counsel and specific designees of Defendants' counsel. Each PFS submission shall be in the form of a single ZIP file consisting of the actual PFS in PDF format, a signed verification, a signed medical records authorization, and any documents being submitted with the PFS. Upon upload of a PFS submission, Defendants' counsel shall be notified of the upload via e-mail at 3mpfs@blackwellburke.com, and Plaintiffs' co-lead counsel shall be notified of the upload via e-mail at bhpfs@kirtlandpackard.com. Service shall be deemed complete upon upload and transmission of the e-mail notification per records to be kept by Elijah.

2. The filename of the ZIP file uploaded shall be in the format {Lastname}_{Firstname}_{CaseNumber}.zip, where {Lastname} and {Firstname} are

tokens for the entries II.1.a.LastName and II.1.a.FirstName and {CaseNumber} is the token for the entry I.2.b.CaseNumber.  Each ZIP file shall be encrypted with a password that shall only be known to the respective designees.

    2. All deficiency notices shall, pursuant to PTO 14, also be served electronically upon co-lead counsel at bhdef@kirtlandpackard.com.

Dated: December 21, 2016                               s/ Joan N. Ericksen
                                                          JOAN N. ERICKSEN
                                                          United States District Judge