# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

WILLIAM GARRETT AND
WANDA GARRETT

       Plaintiff(s)

v.

3M COMPANY AND ARIZANT
HELATHCARE, INC.

       Defendant(s)

**NOTICE OF APPEARANCE**

Case No:    0:16-cv-04362
MDL No.    15-2666 (JNE/FLN)

---

The undersigned attorney hereby notifies the Court and counsel that Brian S. Franciskato shall appear as counsel of record for WILLIAM GARRETT AND WANDA GARRETT in this case.

Dated: December 27, 2016

   /s/Brian S. Franciskato
**Brian S. Franciskato, Esq.**
Nash & Franciskato Law Firm
Two Pershing Square
2300 Main Street, Suite 170
Kansas City, MO   64180
Phone: 816-674-1051
Fax: 816-221-6612
Primary Email:
bfranciskato@nashfranciskato.com
Secondary:
acryderman@nashfranciskato.com
***Attorney for Plaintiff***