## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Devices Products Liability Litigation | Court File No. 15-md-2666 (JNE-FLN) |
| *This document relates to:* David Hursey, Court File 16-0726 | |

### NOTICE OF VOLUNTARY DISMISSAL

DAVID HURSEY, plaintiff in the above-captioned action, by and through his undersigned attorneys, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses the above-captioned action against Defendant 3M Company without prejudice.  Each party shall bear their own costs.

Dated:  December 29, 2016          LOCKRIDGE GRINDAL NAUEN P.L.L.P.


                    s/ Yvonne M. Flaherty_____
                        Yvonne M. Flaherty, MN #267600
                        100 Washington Avenue South
                        Suite 2200
                        Minneapolis, MN  55401
                        Telephone:  612-339-6900
                        Facsimile:   612-339-0981
                        Email: ymflaherty@locklaw.com
                        *Counsel for Plaintiff*

511333.1