UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To: | * * | |
| Lee Edward Peyton vs. 3M Company, *et al.*, No. 2:16-cv-00705 (JNE/FLN) | * * | |

## SUGGESTION OF DEATH

**PLEASE TAKE NOTICE,** that the Plaintiff in the above-captioned matter, Lee Edward Peyton, died on October 14, 2016, at New Orleans, Louisiana.

It is anticipated that upon receipt of an autopsy report and a death certificate, Decedent's two daughters, Emily C. Peyton and Leslie P. Kovesdi, both persons of the full age of majority, his sole surviving children, and persons entitled to maintain a survival action pursuant to Louisiana Civil Code Article 2315.1 A(1), will file a motion pursuant to Fed. R. Civ. P. 25(a)(1) seeking an Order substituting them as parties Plaintiff in the above-captioned matter in the place and stead of their late father.

Respectfully submitted,

*/s/ Richard M. Martin, Jr.*
RICHARD M. MARTIN, JR., TA, La. Bar #08998
LAMOTHE LAW FIRM, LLC
400 Poydras Street, Suite 1760
New Orleans, LA 70130
Telephone: (504) 704-1414
E-Mail:  rmartin@lamothefirm.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has this day been forwarded to all counsel of record to this proceeding by electronic transmission, facsimile and/or by depositing same in the United States Postal Service, properly addressed and postage prepaid, this 29th day of December, 2016.

/s/ *Richard M. Martin, Jr.*
RICHARD M. MARTIN JR., La. Bar #08998)