UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To: | * * | |
| Lee Edward Peyton vs. 3M Company, *et al.*, No. 2:16-cv-00705 (JNE/FLN) | * * | |

*******************************************

## MOTION TO SUBSITUTE

**NOW INTO COURT,** through undersigned counsel, come Emily C. Peyton and Leslie P. Kovesdi, both persons of the full age of majority and sole surviving children of the late Lee Edward Peyton who died on October 14, 2016, who pursuant to Fed. R. Civ. P. 25(a)(1) respectfully move this Honorable Court for an Order substituting them as parties Plaintiff in the above-captioned matter in the place and stead of their late father.

Respectfully submitted,

*/s/ Richard M. Martin, Jr.*
RICHARD M. MARTIN, JR., TA, La. Bar #08998
LAMOTHE LAW FIRM, LLC
400 Poydras Street, Suite 1760
New Orleans, LA 70130
Telephone: (504) 704-1414
E-Mail:  rmartin@lamothefirm.com

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a copy of the above and foregoing pleading has this day been forwarded to all counsel of record to this proceeding by electronic transmission, facsimile and/or by depositing same in the United States Postal Service, properly addressed and postage prepaid, this 4th day of January, 2017.

                                /s/ *Richard M. Martin, Jr.*
                                RICHARD M. MARTIN JR., La. Bar #08998)