# CERTIFICATION OF VITAL RECORD

## CERTIFICATION OF DEATH

BIRTH NUMBER:                                                                 STATE FILE NUMBER: 2016-041-00163

**5299049**

| DECEDENT | DECEDENT'S NAME - (LAST, FIRST, MIDDLE, SUFFIX) | | DATE OF BIRTH | DATE OF DEATH | | TIME OF DEATH |
|---|---|---|---|---|---|---|
| | PEYTON, LEE EDWARD | | 01/20/1954 | 10/14/2016 | | 07:52 AM |
| | PLACE OF BIRTH - (CIY, STATE, COUNTRY) | | SEX | SOCIAL SECURITY NUMBER | | AGE |
| | NEW ORLEANS, LA UNITED STATES | | MALE | 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 | | 62 YEARS |
| | DECEDENT'S ALIAS NAME(S) - (LAST, FIRST, MIDDLE, SUFFIX): | | | | | |

| PERSONAL | RESIDENCE OF DECEDENT - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | | | WITHIN CITY LIMITS? | PARISH/COUNTY |
|---|---|---|---|---|---|
| | 206 JEWEL ST. - APT/STE APT C , NEW ORLEANS, LA 70124 UNITED STATES | | | YES | ORLEANS |
| | EVER IN U.S. ARMED FORCES? | OCCUPATION | | INDUSTRY OF OCCUPATION | |
| | YES | POLICEMAN | | NEW ORLEANS POLICE DEPARTMENT | |
| | MARITAL STATUS | | NAME OF SURVIVING SPOUSE (LAST, FIRST, MIDDLE, SUFFIX) | | |
| | DIVORCED | | | | |
| | FATHER/PARENT NAME - (LAST, FIRST, MIDDLE, SUFFIX) | FATHER/PARENT PLACE OF BIRTH - (CITY, STATE, COUNTRY) | | | |
| | PEYTON, LEE BRAUGHN | NEW ORLEANS, LA UNITED STATES | | | |
| | MOTHER/PARENT NAME - (LAST, FIRST, MIDDLE, SUFFIX) | MOTHER/PARENT PLACE OF BIRTH - (CITY, STATE, COUNTRY) | | | |
| | FRAICHE, CATHERINE ANN | NEW ORLEANS, LA UNITED STATES | | | |
| | INFORMANT'S NAME - (LAST, FIRST, MIDDLE, SUFFIX) | RELATIONSHIP TO DECEDENT | | INFORMANT'S ADDRESS | |
| | PEYTON, EMILY | DAUGHTER | | 877 MOUTON ST. , NEW ORLEANS, LA 70124 UNITED STATES | |
| | EDUCATION: HIGH SCHOOL GRADUATE, OR GED COMPLETED | | | | |
| | OF HISPANIC ORIGIN?: NO, NOT SPANISH/HISPANIC/LATINO | | | | |
| | RACE: WHITE | | | | |

| DEATH INFO | PLACE OF DEATH | | FACILITY NAME | |
|---|---|---|---|---|
| | DECEDENT'S HOME | | | |
| | FACILITY ADDRESS - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | | | PARISH/COUNTY |
| | 206 JEWEL ST. - APT/STE APT C , NEW ORLEANS, LA 70124 UNITED STATES | | | ORLEANS |

| DISPOSITION | METHOD OF DISPOSITION | | PLACE OF DISPOSITION | |
|---|---|---|---|---|
| | CREMATION | | GARDEN OF MEMORIES | |
| | PLACE OF DISPOSITION - (CITY, STATE, COUNTRY) | | | DATE OF DISPOSITION |
| | METAIRIE, LA UNITED STATES | | | 10/21/2016 |

| FUNERAL FACILITY | FUNERAL FACILITY NAME | ADDRESS OF FUNERAL FACILITY | |
|---|---|---|---|
| | GREENWOOD FUNERAL HOME | 5200 CANAL BLVD. , NEW ORLEANS, LA 70124 UNITED STATES | |
| | NAME OF FUNERAL DIRECTOR (LAST, FIRST, MIDDLE, SUFFIX) | LICENSE NUMBER | CORONER NOTIFIED? |
| | GENTRY, ROBERT | E2053 | Y |
| | SIGNATURE OF FUNERAL DIRECTOR | | DATE |
| | *e-sign* | | 12/21/2016 |

| MEDICAL INFO | MANNER OF DEATH | PENDING INVESTIGATION |
|---|---|---|
| | IF FEMALE? | NOT APPLICABLE |
| | DID TOBACCO USAGE CONTRIBUTE TO DEATH? | UNKNOWN |

| CAUSE OF DEATH | PART I. Enter the chain of events -- diseases, injuries, or complications -- that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE. | | | | APPROXIMATE INTERVAL: Onset to Death |
|---|---|---|---|---|---|
| | IMMEDIATE CAUSE - (Final disease or condition resulting in death) | a. | | | |
| | Sequentially list conditions, if any, leading to the cause listed on line a. | b. | | | |
| | Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | c. | | | |
| | | d. | | | |
| | PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I. | | | | |
| | WAS AN AUTOPSY PERFORMED? | | FINDINGS USED IN DETERMINING CAUSE? | | |
| | YES | | YES | | |

| INJURY INFORMATION | PLACE OF INJURY | DATE OF INJURY | TIME OF INJURY | INJURY AT WORK | IF TRANSPORTATION INJURY, SPECIFY: |
|---|---|---|---|---|---|
| | LOCATION OF INJURY - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | | | | PARISH/COUNTY |
| | LA UNITED STATES | | | | |
| | DESCRIBE HOW INJURY OCCURED | | | | |

| CERTIFIER | I CERTIFY THIS 'CORONER CASE' BASED ON MY EXAMINATION OR INVESTIGATION AND, IN MY OPINION, DEATH OCCURRED AT THE TIME, DATE, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED. | | | |
|---|---|---|---|---|
| | SIGNATURE OF CERTIFIER | | *e-sign* | DATE | 10/31/2016 |
| | CERTIFIER NAME - (LAST, FIRST, MIDDLE, SUFFIX) | | ROUSE, JEFFREY C | | |
| | CERTIFIER TITLE: CORONER | | | | |
| | CERTIFIER ADDRESS - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | | | | |
| | 3001 EARHART BLVD. , NEW ORLEANS, LA 70125 UNITED STATES | | | | |
| | BURIAL TRANSIT PERMIT | PARISH OF ISSUE | DATE OF ISSUE | DATE FILED WITH REGISTRAR | |
| | 191997 | ORLEANS | 10/18/2016 | 12/21/2016 | |

| REGISTRAR | SIGNATURE OF REGISTRAR | DEVIN GEORGE *e-sign* |
|---|---|---|
| | ISSUED BY: Sims, Jeanette | Issued On: 12/29/2016 10:50:09 AM |



I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF A CERTIFICATE OR DOCUMENT REGISTERED WITH THE VITAL RECORDS REGISTRY OF THE STATE OF LOUISIANA, PURSUANT TO LSA - R.S.40:32, ET SEQ.

005299049

A REPRODUCTION OF THIS DOCUMENT IS VOID AND INVALID
DO NOT ACCEPT

**DEVIN GEORGE
STATE REGISTRAR**



AmeriTech, Incorporated     ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE