CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO: 16 – 12084

DIVISION " "

SUCCESSION OF LEE EDWARD PEYTON

FILED: _____     DEPUTY CLERK: _____

## JOINT PETITION FOR INDEPENDENT ADMINISTRATION
## AND FOR APPOINTMENT OF INDEPENDENT CO-ADMINISTRATORS

The joint petition of EMILY C. PEYTON and LESLIE P. KOVESDI, both of the full age of majority and each domiciled in the Parish of Jefferson, State of Louisiana, with respect represent that:

**1.**

Petitioners' late father, LEE EDWARD PEYTON, died in New Orleans, Orleans Parish, Louisiana, where he was domiciled, on October 14, 2016, as will appear from the Affidavits of Death, Domicile and Heirship attached hereto.

**2.**

Decedent was married but once and then to CARMEL SASSONE, from whom he was divorced in 2000. Of the marriage between Decedent and CARMEL SASSONE, two (2) children were born, namely, EMILY C. PEYTON and LESLIE P. KOVESDI, both of whom survived Decedent and are of full legal age. Decedent had no other children whatsoever, nor did she ever adopt anyone.

**3.**

Decedent died intestate.

**4.**

As shown by their Verifications to this Petition, Decedent's children, as his sole intestate heirs, have consented to an independent administration, and to the co-appointment of EMILY C. PEYTON and LESLIE P. KOVESDI, as Independent Co-Administrators of his estate, without bond.

Page 1 of 11



5.

Petitioners, EMILY C. PEYTON and LESLIE P. KOVESDI, accept this trust and desire that they be appointed as Independent Co-Administrators without bond, and that Letters of Independent Administration be issued to each of them upon their fulfilling the requisites of law.

**WHEREFORE,** petitioners, EMILY C. PEYTON and LESLIE P. KOVESDI, pray that:

1. An independent administration of this succession be authorized;

2. Petitioners, EMILY C. PEYTON and LESLIE P. KOVESDI, be appointed as Independent Co-Administrators, without bond, and Letters of Independent Administration as such be issued to each of them upon their complying with the requisites of law; and

3. For all general and equitable relief.

Respectfully submitted,

RICHARD M. MARTIN, JR., La. Bar #08998
**LAMOTHE LAW FIRM, LLC**
400 Poydras Street, Suite 1760
New Orleans, LA 70130
Telephone: (504) 704-1414
E-Mail: rmartin@lamothefirm.com

A TRUE COPY

DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO: 16-12084

2016 DEC -9 P 2: 41

DIVISION " "

SUCCESSION OF LEE EDWARD PEYTON

FILED: _____  DEPUTY CLERK: _____

## VERIFICATION

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned Notary Public, personally came and appeared:

### LESLIE P. KOVESDI,

one of the petitioners in the foregoing Petition for Independent Administration and for Appointment of Independent Administratrix, who declared that she has read the same and that all of the allegations contained therein are true and correct to the best of her knowledge, information and belief. Appearer further declared that she consents to the independent administration of this succession, and consents to the appointment of **EMILY C. PEYTON** as Independent Administratrix, without bond.

_____
LESLIE P. KOVESDI

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 2nd DAY
OF DECEMBER, 2016.

_____
RICHARD M. MARTIN, JR.
NOTARY PUBLIC
Bar Roll No. 8998

A TRUE COPY

_____
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

Richard M. Martin, Jr.
Notary Public
State of Louisiana
LA Bar Roll NO. 08998
My Commission is issued for life.

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO: 16-12084

2016 DEC -9 P 2: 41

DIVISION " "

SUCCESSION OF LEE EDWARD PEYTON

FILED: _____          DEPUTY CLERK: _____

## VERIFICATION

STATE OF LOUISIANA

PARISH OF ORLEANS

    **BEFORE ME,** the undersigned Notary Public, personally came and appeared:

**EMILY C. PEYTON,**

one of the petitioners in the foregoing Petition for Independent Administration and for Appointment of Independent Administratrix, who declared that she has read the same and that all of the allegations contained therein are true and correct to the best of her knowledge, information and belief. Appearer further declared that she consents to the independent administration of this succession, and consents to the appointment of **LESLIE P. KOVESDI** as Independent Administratrix, without bond.

*Emily C. Peyton*
**EMILY C. PEYTON**

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 2nd DAY
OF DECEMBER, 2016.

_____
RICHARD M. MARTIN, JR.
NOTARY PUBLIC
Bar Roll No. 8998

Richard M. Martin, Jr.
Notary Public
State of Louisiana
LA Bar Roll NO. 08998
My Commission is issued for life.

A TRUE COPY
_____
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

Page 4 of 11

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

2016 DEC -9 P 2:41

NO: 16-12084

DIVISION " "

SUCCESSION OF LEE EDWARD PEYTON

FILED: _____     DEPUTY CLERK: _____

## ORDER

Considering the foregoing Petition for Independent Administration and for Appointment of Independent Co-Administrators,

**IT IS ORDERED** that an independent administration of this succession is hereby authorized, under the terms of Louisiana Code of Civil Procedure, art. 3396.5;

**IT IS FURTHER ORDERED** that EMILY C. PEYTON and LESLIE P. KOVESDI be and hereby are **APPOINTED** as Independent Co-Administrators, without bond, and that Letters of Independent Administration be issued to each of them upon their fulfilling the requisites of law.

New Orleans, Louisiana, this _____ day of December, 2016.

_____
JUDGE, CIVIL DISTRICT COURT
(Sgd.) Nakisha Ervin-Knott
Judge - Division "D"

A TRUE COPY

_____
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

Page 5 of 11

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO: 16-12084

FILED

2016 DEC -9 P 2: 41

DIVISION " 2 "

CIVIL DISTRICT COURT

SUCCESSION OF LEE EDWARD PEYTON

FILED: _____     DEPUTY CLERK: _____

## O A T H

STATE OF LOUISIANA

PARISH OF ORLEANS

    BEFORE ME, the undersigned Notary Public, personally came and appeared:

### EMILY C. PEYTON,

who declared, under oath, that she accepts the trust conferred upon her as the Independent Co-Administrator of the Succession of LEE EDWARD PEYTON, and that she pledges that she will faithfully discharge the office of Independent Co-Administrator in accordance with law.

_____
EMILY C. PEYTON

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 2nd DAY
OF DECEMBER, 2016.

_____
RICHARD M. MARTIN, JR.
NOTARY PUBLIC
Bar Roll No. 8998

Richard M. Martin, Jr.
Notary Public
State of Louisiana
LA Bar Roll NO. 08998
My Commission is issued for life.

A TRUE COPY

_____
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO: 16-12084

2016 DEC -9 P 2: 41

DIVISION " "

SUCCESSION OF LEE EDWARD PEYTON

FILED: _____     DEPUTY CLERK: _____

## O A T H

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned Notary Public, personally came and appeared:

### LESLIE P. KOVESDI,

who declared, under oath, that she accepts the trust conferred upon her as the Independent Co-Administrator of the Succession of LEE EDWARD PEYTON, and that she pledges that she will faithfully discharge the office of Independent Co-Administrator in accordance with law.

_____
LESLIE P. KOVESDI

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 2nd DAY
OF DECEMBER, 2016.

_____
RICHARD M. MARTIN, JR.
NOTARY PUBLIC
Bar Roll No. 8998

Richard M. Martin, Jr.
Notary Public
State of Louisiana
LA Bar Roll NO. 08998
My Commission is issued for life.

A TRUE COPY

_____
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO: 16-12084

2016 DEC -9 P 2:41

DIVISION " "

SUCCESSION OF LEE EDWARD PEYTON

FILED: _____          DEPUTY CLERK: _____

## LETTERS OF INDEPENDENT ADMINISTRATION

**BE IT KNOWN:**

That **EMILY C. PEYTON** has been named, appointed and confirmed as Independent Co-Administrator of the SUCCESSION OF LEE EDWARD PEYTON, without bond, and having complied with all legal requirements relative thereto, is fully qualified, authorized and empowered to collect all property of said decedent, and to perform all other lawful acts as Independent Co-Administrator.

WITNESS our hand and Seal of said Court, at the City of New Orleans, this 9th day of December, 2016.

_____
DEPUTY CLERK, CIVIL DISTRICT
COURT FOR THE PARISH OF
ORLEANS, STATE OF LOUISIANA

(Sgd.) Nakisha Ervin-Knott
Judge - Division "D"

Deputy Clerk

A TRUE COPY

DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

Page 8 of 11

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO: 16-12084    2016 DEC -9 P 2:41

DIVISION " "

SUCCESSION OF LEE EDWARD PEYTON

FILED: _____    DEPUTY CLERK: _____

## LETTERS OF INDEPENDENT ADMINISTRATION

**BE IT KNOWN:**

That **LESLIE P. KOVESDI** has been named, appointed and confirmed as Independent Co-Administrator of the SUCCESSION OF LEE EDWARD PEYTON, without bond, and having complied with all legal requirements relative thereto, is fully qualified, authorized and empowered to collect all property of said decedent, and to perform all other lawful acts as Independent Co-Administrator.

WITNESS our hand and Seal of said Court, at the City of New Orleans, this _____ day of December, 2016.

_____
DEPUTY CLERK, CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS, STATE OF LOUISIANA

(Sgd.) Nakisha Ervin-Knott
Judge - Division "D"

_____
Deputy Clerk

Page 9 of 11

A TRUE COPY
_____
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO: 16-12084

2016 DEC -9 P 2:41

DIVISION " "

CIVIL
SUCCESSION OF LEE EDWARD PEYTON DIST. COURT

FILED: _____            DEPUTY CLERK: _____

## AFFIDAVIT OF DEATH, DOMICILE AND HEIRSHIP

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned Notary Public, personally came and appeared:

### EMILY C. PEYTON,

of full age and domiciled in the Parish of Jefferson, State of Louisiana, who after being duly sworn, did depose and say that:

1. Appearer was well and truly acquainted with the late LEE EDWARD PEYTON ("Decedent") and with his family;

2. She knows of her own personal knowledge that LEE EDWARD PEYTON died intestate on October 14, 2016;

3. Decedent was domiciled in New Orleans, Orleans Parish, State of Louisiana, at that time;

4. Decedent was married but once and then to CARMEL SASSONE, from whom he was divorced in 2000;

5. Of the marriage between Decedent and CARMEL SASSONE, two (2) children were born, namely, EMILY C. PEYTON and LESLIE P. KOVESDI, both of whom survived Decedent and are of full legal age; and

6. Decedent had no other children whatsoever, nor did he ever adopt anyone.

7. ESTATE VALUE LESS THAN $75,000.

_____
EMILY C. PEYTON

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 2nd DAY
OF DECEMBER, 2013.

_____
RICHARD M. MARTIN, JR.
NOTARY PUBLIC
Bar Roll No. 8998

Richard M. Martin, Jr.
Notary Public
State of Louisiana
LA Bar Roll NO. 08998
My Commission is issued for life.

Page 10 of 11

A TRUE COPY
_____
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO: 16-12084

2016 DEC -9 P 2:41

DIVISION " "

SUCCESSION OF LEE EDWARD PEYTON

FILED: _____     DEPUTY CLERK: _____

## AFFIDAVIT OF DEATH, DOMICILE AND HEIRSHIP

**STATE OF LOUISIANA**

**PARISH OF ORLEANS**

BEFORE ME, the undersigned Notary Public, personally came and appeared:

### LESLIE P. KOVESDI,

of full age and domiciled in the Parish of Jefferson, State of Louisiana, who after being duly sworn, did depose and say that:

1. Appearer was well and truly acquainted with the late LEE EDWARD PEYTON ("Decedent"), and with his family;

2. She knows of her own personal knowledge that LEE EDWARD PEYTON died intestate on October 14, 2016, and that Decedent was domiciled in New Orleans, Orleans Parish, State of Louisiana, at that time;

3. Decedent was married but once and then to CARMEL SASSONE, from whom he was divorced in 2000;

4. Of the marriage between decedent and CARMEL SASSONE, two (2) children were born, namely, EMILY C. PEYTON and LESLIE P. KOVESDI, both of whom survived Decedent and are of full legal age; and

5. Decedent had no other children whatsoever, nor did he ever adopt anyone.

6. ESTATE VALUE LESS THAN $75,000

_____
LESLIE P. KOVESDI

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 2nd DAY
OF DECEMBER, 2016.

_____
RICHARD M. MARTIN, JR.
NOTARY PUBLIC
Bar Roll No. 8998

Richard M. Martin, Jr.
Notary Public
State of Louisiana
LA Bar Roll NO. 08998
My Commission is issued for life.

Page 11 of 11

A TRUE COPY

_____
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

FORM 43 REV. 4/03

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
# THE STATE OF LOUISIANA

NO. 16-12084        DIVISION L-6        DOCKET # 1

## Certificate of No Request For Notice

### SUCCESION

### OF

Lee Edward Peyton

___Angelia Bell___ **DEPUTY CLERK**, being duly sworn, says that no request for **NOTICE** of the filing of an application for an appointment of Administrator has been filed with the Clerk of Civil District Court.

_Angelia Bell_
**DEPUTY CLERK**

Sworn to and subscribed before me this ___9th___ day of ___December___ 20 _16_

_Malik Haley_
**DEPUTY CLERK**

A TRUE COPY

DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA