UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To: | * * | |
| Lee Edward Peyton vs. 3M Company, *et al.*, No. 2:16-cv-00705 (JNE/FLN) | * * | |

## ORDER SUBSITUTING PARTIES PLAINTIFF

Considering the above and foregoing Motion;

**IT IS ORDERED,** pursuant to Fed. R. Civ. P. 25(a)(1), that Emily C. Peyton and Leslie P. Kovesdi, persons of the full age of majority and sole surviving children of the late Lee Edward Peyton, be and hereby are **SUBSTITUTED** as parties Plaintiff in the above-captioned matter, in the place and stead of their late father.

Minneapolis, Minnesota, this _____ day of _____, 2017.

_____
**UNITED STATES DISTRICT JUDGE**