# AFFIDAVIT OF SERVICE

STATE OF MINNESOTA  )
                        ) ss
COUNTY OF RAMSEY   )                    Court File No. 16-CV-04362 JNE/FLN

Ryan Washington, being duly sworn, on oath says: that on the 30th day of December, 2017 at 12:10 PM he served the attached Summons in a Civil Action; First Amended Complaint and Jury Trial Demand; Civil Cover Sheet upon <u>3M Company, c/o CT Corporation System, Inc.</u>, therein named, personally at 1010 Dale Street North, St. Paul, County of Ramsey, State of Minnesota, by handing to and leaving with Cathy Prescher, Customer Service Coordinator, agent authorized to accept service, a true and correct copy thereof.

Subscribed and sworn to before me
this <u>3rd</u> day of <u>January, 2017</u>.

Notary Public

CARRIELYNN M. VEITCH
Notary Public-Minnesota
My Commission Expires Jan 31, 2020

Client / Matter #: <u>Garrett</u>

# AFFIDAVIT OF SERVICE

STATE OF MINNESOTA  )
                        ) ss
COUNTY OF RAMSEY   )                     Court File No. <u>16-CV-04362 JNE/FLN</u>

Ryan Washington, being duly sworn, on oath says: that on the 30th day of December, 2017 at 12:10 PM he served the attached Summons in a Civil Action; First Amended Complaint and Jury Trial Demand; Civil Cover Sheet upon <u>Arizant Healthcare, Inc., c/o CT Corporation System, Inc.</u>, therein named, personally at 1010 Dale Street North, St. Paul, County of Ramsey, State of Minnesota, by handing to and leaving with Cathy Prescher, Customer Service Coordinator, agent authorized to accept service, a true and correct copy thereof.

Subscribed and sworn to before me
this <u>3rd</u> day of <u>January, 2017</u>.

Notary Public

CARRIELYNN M. VEITCH
Notary Public-Minnesota
My Commission Expires Jan 31, 2020