IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ROBERT SITEMAN,

    Plaintiff,

vs.                                      Civil Action No.:  0:16-CV-04256

3M COMPANY,
a Delaware corporation,

    Defendant.

_____

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Notice is hereby given that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Robert Siteman, hereby voluntarily dismisses all claims in the Plaintiff's action against Defendant.  This does not affect his case that was filed by Hausfeld,LLP. Case No.: 16-cv-03589; MDL No.: 15-2666, United States District Court of Minnesota in the name of Robert Siteman.

                                                    Respectfully Submitted,

Dated:  January 18, 2017           **LEVIN PAPANTONIO, P.A.**

                                                    By:  /s/ Daniel A. Nigh_____
                                                    Daniel A. Nigh (FL # 030905)
                                                    Ben W. Gordon (FL # 882836)
                                                    316 S. Baylen Street, Suite 600
                                                    Pensacola, FL 32502-5996
                                                    Phone:  (850) 435-7000
                                                    Email:  dnigh@levinlaw.com
                                                      Email:  bgordon@levinlaw.com
                                                     *ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 18th day of January, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of the electronic filing to all registered users appearing in said system.

/s/ Daniel A. Nigh
Daniel A. Nigh (FL # 030905)