# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

|  |  |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Devices Products Liability Litigation | **COURT MINUTES**<br>BEFORE: JOAN N. ERICKSEN<br>U.S. District Judge<br>and<br>FRANKLIN L. NOEL<br>U.S. Magistrate Judge<br><br>Case No: 15-md-2666 (JNE/FLN)<br>Date: January 19, 2017<br>Deputy: Catherine B. Cusack<br>Court Reporter: Lori Simpson<br>Courthouse: Minneapolis<br>Courtroom: 12W<br>Time in Court: 9:30 a.m. - 10:30 a.m.<br>Total Time: 1 Hour |

## STATUS TELECONFERENCE

**APPEARANCES:**

Plaintiffs:   Ben W. Gordon, Jr., *Levin Papantonio, P.A.*; Genevieve M. Zimmerman, *Meshbesher & Spence, Ltd.*; Jan M. Conlin, *Ciresi Conlin LLP*; David Szerlag, *Pritzker Hageman, P.A.*

Defendant:   Jerry W. Blackwell, Mary S. Young and Benjamin W. Hulse, *Blackwell Burke, P.A.*, and Bridget M. Ahmann, *Faegre Baker Daniels LLP*

Please see attached list of all telephone participants.

**PROCEEDINGS:**
- ☒ Status Conference held.
- ☒ Appearances made on the record.
- ☒ GRANTED the following jointly requested extensions of deadlines in Pretrial Order No. 17:
  - As to the pending requests for production that were the subject of discussion at the December 15, 2016 status conference, Defendants will complete document production by January 31, 2017.
  - On January 31, 2017, Plaintiffs and Defendants shall each inform the Court of their respective 16 nominations from the 150 Court-selected cases, and on February 13, 2017, they shall inform the Court of their respective 1-2 nominations from the Ramsey County cases.
  These extensions modify the deadlines in Paragraphs 9 and 12(d) of Pretrial Order No. 17. The Court notes that the beginning of the period for limited case-specific discovery for the Nominated Cases, addressed in Paragraph 12(e) of Pretrial Order No. 17, is tied to the parties' providing notice to the Court of their nominations.
- ☒ The next status conference is scheduled for February 16, 2017 at 9:30 a.m.

| NAME | FIRM NAME | PARTICIPATING IN CONFERENCE CALL 1/19/2017 | |
|---|---|---|---|
| Anne Andrews | Andrew & Thornton | x | |
| John C. Thornton | Andrew & Thornton | x | |
| Lauren Davis | Andrew & Thornton | x | |
| Megan Robinson | Beasley, Allen, Crow, Methvin, Portis & | x | |
| Dae Y. Lee | Bernstein Liebhard, LLP | x | |
| Abby Cordray | Brown & Crouppen, PC | x | |
| Don Ledgard | Capretz & Associates | x | |
| Patrick E. Carr | Carr & Carr Attorneys | x | |
| Jan M. Conlin | Ciresi Conlin, LLP | x | |
| Martin D. Crump | David & Crump | x | |
| Robert Cain | David & Crump | x | |
| Wes Stevenson | David & Crump | x | |
| Wayne Rogers, Jr. | DeGaris Law Group, LLC | x | |
| Kevin Fitzgerald | Fitzgerald Law Group, LLC | x | |
| Leola Anderson | Gertler Law Firm | x | |
| Meyer H Gertler | Gertler Law Firm | x | |
| Noah Lauricella | Goldenberg Law, PLLC | x | |
| Kaitlyn Spring Neufeld | Goza & Honnold, LLC | x | |
| Emily DeVuono | Grossman & Moore, PLLC | x | |
| Jennifer Moore | Grossman & Moore, PLLC | x | |
| Don McKenna | Hare Wynn Newell & Newton | x | |
| Lynne Reed | Hare Wynn Newell & Newton | x | |
| Peggy Little | Hare Wynn Newell & Newton | x | |
| Scott Hollis | Hollis Legal Solutions, PPLC | x | |
| Monica Vaughan | Houssier, Durant & Houssier, LLP | x | |
| Randall A. Kauffman | Houssier, Durant & Houssier, LLP | x | |
| Shirley Strom-Blanchard | Houssier, Durant & Houssier, LLP | x | Paralegal |
| Molly Condon | Hurley McKenna & Mertz | x | |
| Rolf T. Fiebiger | Johnson Becker, PLLC | x | |
| Leslie O'Leary | Johnson Johnson & Schauller PC | x | |
| Rajesh Kanuru | Kanuru Law Group, PC | x | |
| Elizabeth J. McLafferty | Law Office of James S. Rogers | x | |
| Ben W. Gordon | Levin Papantonio, PA | x | |
| Pete Lewis | Lewis & Caplan | x | |
| Brian U. Loncar | Loncar & Associates | x | |
| John L. Coveney | Loncar & Associates | x | Legal Assistant |
| Melissa Marie Heinlein | Lord & Associates Law Office | x | |
| Gregory N. McEwen | McEwen Law Firm LTD | x | |
| Melissa Schmid | McEwen Law Firm LTD | x | Paralegal |
| Genevieve M. Zimmerman | Meshbesher & Spence, LTD | x | |
| Bryan A. Pfleeger | Michael Hingle & Associates | x | |
| Julie M. Jochum | Michael Hingle & Associates | x | |
| Christina Smith | Michael Hingle & Associates | x | |
| Heather Cullen | Morgan & Morgan Complex Litigatio | x | |
| Caroline W. Thomas | Murray Law Firm | x | |
| Brain s. Franciskato | Nash & Franciskato Law Firm | x | |
| Neal R. Elliott, Jr | Neal R. Elliott | x | |
| James Humann | Paglialunga & Harris, PS | x | |
| Michael S. Werner | Parker Waichman, LLP | x | |
| Nicole Eisner | Parker Waichman, LLP | x | Paralegal |
| Brian E. Tadtman | Peterson & Associates, P.C. | x | |
| Jessical Lowe | Pogust Braslow & Millrood, LLC | x | Paralegal |

| Name | Firm | Present | Role |
|---|---|---|---|
| Matt Leckman | Pogust Braslow & Millrood, LLC | x | |
| Wendy Thayer | Pritzker Hageman, PA | X | Legal Assistant |
| Jeffery L. Raizner | Raizner Slania LLP | x | |
| Rica Rinosa | Raizner Slania LLP | x | Legal Assistant |
| Carrie Hancock | Randall J. Trost, P.C. | x | Paralegal |
| Pam Rodriguez | Randall J. Trost, P.C. | x | |
| Randall T Trost | Randall J. Trost, P.C. | x | |
| Clifford A. Rieders | Rieders Travis Humphrey Waters & Doh | x | |
| Sasha Coffiner | Rieders Travis Humphrey Waters & Doh | x | |
| Rob Shelton | Shelton Law Group | x | |
| Sindley Cominsky | Sidney P. Cominsky, LLC | x | |
| Julie Tucci | Skikos Crawford Skikos & Joseph | x | Parlegal |
| Melissa Mielke | Skikos Crawford Skikos & Joseph | x | |
| Arlene Nicole | Tate Law Group | x | paralegal |
| Mark Tate | Tate Law Group | x | |
| Austin Grinder | The Ruth Team | x | |
| Steven C. Ruth | The Ruth Team | x | |
| Jacqueline A. Olson | Zimmerman Reed, LLP | x | |
| Jerry Blackwell | Blackwell Burke | x | Defense Counsel |
| Ben Hulse | Blackwell Burke | x | Defense Counsel |
| Bridget Ahmann | Faegre Baker Daniels | x | Defense Counsel |