UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To: All Actions | **DEFENDANTS' MEET AND CONFER STATEMENT REGARDING MOTION TO COMPEL PRODUCTION OF DOCUMENTS ON AUGUSTINE'S PRIVILEGE LOG** |

The undersigned counsel for Defendants 3M Company and Arizant Healthcare, Inc. ("Defendants") certifies that in emails of January 11 and January 17, 2017, counsel for Defendants requested a meet and confer with counsel for Augustine and asked that Augustine provide supplemental information as set forth therein. Counsel for Augustine has not provided any substantive response to these requests, but instead suggested we confer with David Hodges. Defendants do not believe this is a proper response, because the issue concerns Augustine's privilege log. In any event, Mr. Hodges is out of the country and not available to meet before filing. As such, Counsel for Defendants and Dr. Augustine have not been able to resolve any portion of Defendants' Motion to Compel at this time; efforts to meet and confer will continue.

Dated:  January 19, 2017

Respectfully submitted,

*s/Bridget M. Ahmann*
Bridget M. Ahmann
MN Atty ID No. 016611x
M. Joseph Winebrenner
MN Atty ID No. 0387889
**Attorneys for Defendants 3M Company and Arizant Healthcare Inc.**
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
T: (612) 766-7000    F: (612) 766-1600
bridget.ahmann@faegrebd.com
joe.winebrenner@faegrebd.com

Jerry W. Blackwell
MN Atty ID No. 0186867
Benjamin W. Hulse
MN Atty ID No. 0390952
Mary S. Young
MN Atty ID No. 0392781
**Attorneys for Defendants 3M Company and Arizant Healthcare Inc.**
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN  55415
T: (612) 343-3200    F: (612) 343-3205
blackwell@blackwellburke.com
bhulse@blackwellburke.com
myoung@blackwellburke.com