UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To: All Actions | **CERTIFICATE OF SERVICE** |

I hereby certify that on January 19, 2017, I caused the following documents:

- Motion to Compel Production of Documents on Augustine's Privilege Log;
- Notice of Hearing;
- Memorandum in Support;
- Word Count Compliance;
- Affidavit of Bridget Ahmann;
- Meet and Confer Statement;
- Proposed Order on Motion;
- Certificate of Service on Proposed Order;

to be served on the following non-ECF participant to this action at the address listed via email and U.S. Mail:

J. Randall Benham
General Counsel
Augustine Temperature Management LLC
6581 City West Parkway
Eden Prairie, MN  55344
rbenham@augbiomed.com

Dated: January 19, 2017

*s/Bridget M. Ahmann*
Bridget M. Ahmann
MN Atty ID No. 016611x
M. Joseph Winebrenner
MN Atty ID No. 0387889
**Attorneys for Defendants 3M Company and Arizant Healthcare Inc.**
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis;  MN 55402
T: (612) 766-7000    F:  (612) 766-1600
bridget.ahmann@faegrebd.com
joe.winebrenner@faegrebd.com


Jerry W. Blackwell
MN Atty ID No. 0186867
Benjamin W. Hulse
MN Atty ID No. 0390952
Mary S. Young
MN Atty ID No. 0392781
**Attorneys for Defendants 3M Company and Arizant Healthcare Inc.**
BLACKWELL BURKE P.A.
431 South Seventh Street;  Suite 2500
Minneapolis;  MN  55415
T: (612) 343-3200    F:  (612) 343-3205
blackwell@blackwellburke.com
bhulse@blackwellburke.com
myoung@blackwellburke.com