| UNITED STATES DISTRICT COURT<br>DISTRICT OF MINNESOTA<br>(Rev. 12/2016) | TRANSCRIPT ORDER<br>*CJA counsel please complete an AUTH24 in CJA eVoucher*<br>Please read instructions on next page. || COURT USE ONLY<br>**NOTES:** |
|---|---|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER<br>Cyndee Krenos | 2a. CONTACT PHONE NUMBER<br>612-343-3231 || 3. CONTACT EMAIL ADDRESS<br>ckrenos@blackwellburke.com |
| 1b. ATTORNEY NAME (if different)<br>Benjamin Hulse | 2b. ATTORNEY PHONE NUMBER<br>612-343-3256 || 3. ATTORNEY EMAIL ADDRESS<br>bhulse@blackwellburke.com |
| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)<br>Blackwell Burke P.A.<br>431 South Seventh Street, Suite 2500<br>Minneapolis, MN 55415 | 5. CASE NAME (Include defendant number, for criminal cases only)<br>Bair Hugger Forced Air Warming Devices Products Liability Litigation || 6. CASE NUMBER<br>0:15-md-02666-JNE-FLN |
| 7. COURT REPORTER NAME, if applicable<br>Lori Simpson | 8. THIS TRANSCRIPT ORDER IS FOR (CHECK ALL THAT APPLY):    CJA: Do not use this form; use AUTH24 in CJA.<br>☐ APPEAL    ☐ CRIMINAL    ☐ In forma pauperis (NOTE: Court order for TRANSCRIPTS must be attached)<br>☐ NON-APPEAL    ☐ CIVIL    x Standing Order (e.g. MDL) |||

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)   b. SELECT FORMAT(S) *NOTE: ECF access is included.*   c. DELIVERY TYPE

| DATE | JUDGE (initials) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/19/17 | JNE | | 1 | | | | | | x | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

| ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).<br>11. SIGNATURE /s/Benjamin W. Hulse | 12. DATE<br>01/26/17 |
|---|---|