UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to All Actions | LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE |

I, Genevieve M. Zimmerman, certify that the Memorandum titled:

PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS ON AUGUSTINE'S PRIVILEGE LOG

complies with Local Rule 7.1(f). I further certify that, in preparation of the above document, I: Used the following word processing program and version: Microsoft Word 2011 and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count. I further certify that the above document contains the following number of words: 5,614.

Respectfully submitted,

Dated: January 26, 2017

MESHBESHER & SPENCE LTD.

/s/ Genevieve M. Zimmerman
Genevieve M. Zimmerman (MN #330292)
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
Email: gzimmerman@meshbesher.com

**Plaintiffs' Co-Lead Counsel**

1