UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: BAIR HUGGER FORCED AIR WARMING PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to ALL ACTIONS | |

## DECLARATION OF GENEVIEVE M. ZIMMERMAN

1. My name is Genevieve M. Zimmerman and I am a Partner with the Meshbesher & Spence Ltd. law firm.  I am a member of the Court appointed Co-Lead Counsel in the above entitled matter.

2. Attached hereto as Exhibit 1 is a true and correct copy of portions of the Deposition of John Rock, taken in Minneapolis, MN on November 4, 2016.

3. Attached hereto as Exhibit 2 is a true and correct copy of 3MBH00053467-3MBH00053472.

4. Attached hereto as Exhibit 3 is a true and correct copy of portions of the Deposition of Dr. Daniel Sessler, taken in Ohio on January 11, 2017.

5. Attached hereto as Exhibit 4 is a true and correct copy of 3MBH00047382-3MBH00047383.

6. Attached hereto as Exhibit 5 is a true and correct copy of 3MBH01897094.

7. Attached hereto as Exhibit 6 is a true and correct copy of portions of the Deposition of Gary L. Hansen, taken in Minneapolis, MN on November 2, 2016.

8. Attached hereto as Exhibit 7 is a true and correct copy of 3MBH00022367.

9. Attached hereto as Exhibit 8 is a true and correct copy of 3MBH01031246.

10. Attached hereto as Exhibit 9 is a true and correct copy of 3MBH00018311.

11. Attached hereto as Exhibit 10 is a true and correct copy of Document bearing Bates Number 3MBH00048067-3MBH00048085.

12. Attached hereto as Exhibit 11 is a true and correct copy of Document bearing Bates Number 3MBH00107862.

13. Attached hereto as Exhibit 12 is a true and correct copy of Document bearing Bates Number 3MBH00126140.

14. Attached hereto as Exhibit 13 is a true and correct copy of Document bearing Bates Number 3MBH00132832.

15. Attached hereto as Exhibit 14 is a true and correct copy of Document bearing Bates Number 3MBH00008025

16. Attached hereto as Exhibit 15 is a true and correct copy of Document bearing Bates Number 3MBH00018429-431.

17. Attached hereto as Exhibit 16 is a true and correct copy of Document bearing Bates Number 3MBH00025739.

18. Attached hereto as Exhibit 17 is a true and correct copy of Document bearing Bates Number 3MBH00008941.

19. Attached hereto as Exhibit 18 is a true and correct copy of Document bearing Bates Number 3MBH0024592.

20. Attached hereto as Exhibit 19 is a true and correct copy of Document bearing Bates Number 3MBH00002647.

21. Attached hereto as Exhibit 20 is a true and correct copy of Document bearing Bates Number 3MBH00024633.

22. Attached hereto as Exhibit 21 is a true and correct copy of Document bearing Bates Number 3MBH00024678.

23. Attached hereto as Exhibit 22 is a true and correct copy of Document bearing Bates Number 3MBH00545125.

24. Attached hereto as Exhibit 23 is a true and correct copy of Document bearing Bates Number 3MBH00022625.

25. Attached hereto as Exhibit 24 is a true and correct copy of Document bearing Bates Number 3MBH00022877.

26. Attached hereto as Exhibit 25 is a true and correct copy of Document bearing Bates Number 3MBH00031184.

27. Attached hereto as Exhibit 26 is a true and correct copy of cited portions of the deposition transcript of Teri Woodwick-Sides.

28. Attached hereto as Exhibit 27 is a true and correct copy of Document bearing Bates Number 3MBH00005575.

29. Attached hereto as Exhibit 28 is a true and correct copy of Document bearing Bates Number 3MBH00052987.

30. Attached hereto as Exhibit 29 is a true and correct copy of Document bearing Bates Number 3MBH00053468.

31. Attached hereto as Exhibit 30 is a true and correct copy of Document bearing Bates Number 3MBH00109033.

32. Attached hereto as Exhibit 31 is a true and correct copy of Document bearing Bates Number 3MBH00580475.

33. Attached hereto as Exhibit 32 is a true and correct copy of cited portions from the deposition transcript of Dr. Paul McGovern.

34. Attached hereto as Exhibit 33 is a true and correct copy of cited portions from the deposition transcript of Mr. Michael Reed.

35. Attached hereto as Exhibit 34 is a true and correct copy of cited portions from the deposition transcript of Christopher Nachtsheim.

36. Attached hereto as Exhibit 35 is a true and correct copy of Document bearing Bates Number 3MBH000001557.

37. Attached hereto as Exhibit 36 is a true and correct copy of Document bearing Bates Number 3MBH00050756.

38. Attached hereto as Exhibit 37 is a true and correct copy of Document bearing Bates Number 3MBH00024809.

39. Attached hereto as Exhibit 38 is a true and correct copy of Document bearing Bates Number 3MBH01224622.

40. Attached hereto as Exhibit 39 is a true and correct copy of Document bearing Bates Number 3MBH00130429.

41. Attached hereto as Exhibit 40 is a true and correct copy of Document bearing Bates Number 3MBH00083780.

42. Attached hereto as Exhibit 41 is a true and correct copy of Document bearing Bates Number 3MBH01211442.

43. Attached hereto as Exhibit 42 is a true and correct copy of Document bearing Bates Number 3MBH00051252.

44. Attached hereto as Exhibit 43 is a true and correct copy of Document bearing Bates Number 3MBH00575107.

45. Attached hereto as Exhibit 44 is a true and correct copy of Document bearing Bates Number 3MBH00575251.

46. Attached hereto as Exhibit 45 is a true and correct copy of Document bearing Bates Number 3MBH01619270.

47. Attached hereto as Exhibit 46 is a true and correct copy of Document bearing Bates Number 3MBH0055876.

48. Attached hereto as Exhibit 47 is a true and correct copy of Document bearing Bates Number 3MBH00134035.

49. Attached hereto as Exhibit 48 is a true and correct copy of Document bearing Bates Number 3MBH00107719.

50. Attached hereto as Exhibit 49 is a true and correct copy of Document bearing Bates Number 3MBH01330588.

51. Attached hereto as Exhibit 50 is a true and correct copy of the cited portions of the deposition transcript of Andrea Kurz.

52. Attached hereto as Exhibit 51 is a true and correct copy of an article announcing 3M's distribution of VitaHeat products.

53. .Attached hereto as Exhibit 52 is a true and correct copy of an article outlining VitaHeat products.

54. Attached hereto as Exhibit 53 is a true and correct copy of the draft minutes of the Center for Disease Control's "HICPAC" from November 2015.

Dated:  January 26, 2017                    /s/ Genevieve M. Zimmerman

Genevieve M. Zimmerman (MN#330292)
MESHBESHER & SPENCE, LTD.
1616 Park Avenue
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
Email: gzimmerman@meshbesher.com

**Plaintiffs Co-Lead Counsel**