# EXHIBIT 6

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

- - - - - - - - - - - - - - - - - -

In Re:

Bair Hugger Forced Air Warming

Products Liability Litigation

This Document Relates To:

All Actions          MDL No. 15-2666 (JNE/FLM)

- - - - - - - - - - - - - - - - - -

DEPOSITION OF GARY L. HANSEN

VOLUME I, PAGES 1 - 316

NOVEMBER 2, 2016

       (The following is the deposition of GARY L. HANSEN, taken pursuant to Notice of Taking Deposition, via videotape, at the offices of Ciresi Conlin L.L.P., 225 South 6th Street, Suite 4600, Minneapolis, Minnesota, commencing at approximately 9:30 o'clock a.m., November 2, 2016.)

Page 2

1   APPEARANCES:
2    On Behalf of the Plaintiffs:
3      Michael V. Ciresi and Michael A. Sacchet
        CIRESI CONLIN L.L.P.
4      225 South 6th Street, Suite 4600
        Minneapolis, Minnesota  55402
5
       Genevieve M. Zimmerman
6      MESHBESHER & SPENCE, LTD.
        1616 Park Avenue
7      Minneapolis, Minnesota  55404
8      Gabriel Assaad
        KENNEDY HODGES
9      4409 Montrose Boulevard, Suite 200
        Houston, Texas  77006
10
       On Behalf of Defendants:
11
       William A. Brewer III and Dale O. Fresch
12     BREWER ATTORNEYS & COUNSELORS
        1717 Main Street, Suite 5900
13     Dallas, Texas  75201
14     Corey L. Gordon, Peter J. Goss and Vinita
        Banthia
15     BLACKWELL BURKE P.A.
        432 South Seventh Street, Suite 2500
16     Minneapolis, Minnesota  55415
17   ALSO APPEARING:
18     Ronald M. Huber, Videographer
19
20
21
22
23
24
25

Page 3

1                  I N D E X
2    EXHIBITS    DESCRIPTION     PAGE MARKED
3    Ex  1   Article, Convective Warming Therapy
4            Does Not Increase the Risk of
5            Wound Contamination in the Operating
6            Room, by Zink, et al          60
7         2  Letter dated September 14, 1987,
8            Augustine to FDA, 3MBH00047858-67   88
9         3  Arizant ECRI Dossier dated March
10           14, 2011, 3MBH00049958-81        128
11        4  Comprehensive Position Regarding
12           ABAD, Version 3, dated February
13           12, 2010, 3MBH00050047-55        150
14        5  E-mail, 3MBH01286161        159
15        6  E-mail, 3MBH00030796        160
16        7  E-mail string, 3MBH00024524-5   165
17        8  E-mail, 3MBH00024787        174
18        9  E-mail, 3MBH00544446        177
19       10  E-mail, 3MBH00024640        187
20       11  E-mail string, 3MBH00024809-15   200
21       12  E-mail string, 3MBH00050932-3   216
22       13  E-mail, 3MBH01223923-4        230
23       14  E-mail string, 3MBH00130429-32   234
24       15  E-mail string, 3MBH00107719-26   252
25       16  E-mail string, 3MBH01330587-91   259

Page 4

1        17  Department of Health and Human
2            Services, Centers for Disease
3            Control and Prevention Healthcare
4            Infection Control Practices
5            Advisory Committee meeting November
6            5-6, 2015, Record of Proceedings   261
7        18  E-mail string, 3MBH00026814-5   267
8        19  E-mail string, 3MBH00026774-8   272
9        20  E-mail string, 3MBH00542396-427  275
10       21  E-mail string, 3MBH00024733-4   286
11       22  E-mail, 3M00576087-8        291
12       23  E-mail string, 3MBH00024683-4   298
13       24  E-mail, 3MBH00024479        300
14       25  E-mail string, 3MBH00544754-5   302
15       26  E-mail string, 3MBH00050770-1   309
16       27  Article, Predicting bacterial
17           populations based on airborne
18           particulates:  A study
19           performed in nonlaminar flow
20           operating rooms during joint
21           arthroplasty surgery,
22           3MBH00134090-5           310
23
24
25

Page 29

20  Q.  And during this period of time were any
21  changes made to the Bair Hugger?
22  A.  Which period of time?
23  Q.  2001 to 2006.
24  A.  There was a development of the -- of a
25  warming unit called the 750, which was proceeding at

Page 30

1  that time.  I had no involvement in the development.
2  Q.  You had no -- no involvement?
3  A.  Not that I can recall.  I may have been
4  drawn into conversations, that's possible, I may
5  have --
6  But I don't recall direct involvement in
7  that project.
8  Q.  Do you know the difference between the 750
9  and the 505?
10  A.  I do.
11  Q.  What were the differences?
12  **A.  The 750 had a smaller, more compact case**
13  **design, had a more powerful motor and higher airflow.**
14  **Q.  Anything else?**
15  **A.  It had a different filter media.**
16  I should -- can I add some things to this?
17  Q.  Is there other -- other changes?
18  A.  There are --
19  Q.  Yes.
20  A.  -- that occurred to me, yes.
21  Q.  Absolutely.
22  A.  The 750 had hose-end sensing.
23  Q.  Hose-end sensing?
24  A.  Yes.  So this was a temperature sensor on
25  the end of the hose which compensates for temperature

Page 31

1  loss of the hot air going down the hose to the end.
2  The 505 -- the 505 did not have that.
3  Q.  Okay.  And by compensating, you are
4  describing a sensor that could call for greater heat?
5  A.  Yes.  It was -- it was used to do
6  thermostatic control of the heater.
7  Q.  Any other changes between the 505 and the
8  750 that you're aware of?
9  A.  I'm quite sure there were numerous changes
10  that --
11  Completely different electronics and display
12  and casing.
13  Q.  Now the --
14  You said there was a different filter media.
15  A.  Yes.
16  Q.  The 505 had an M10 media?
17  A.  Correct.
18  Q.  And the 750 had an M20.
19  A.  Yes, as I found out later.
20  Q.  You didn't know?
21  A.  I was -- I was aware of none of these during
22  this time period of 2006.  These were -- these only
23  came out later.
24  Q.  Okay.  When did you learn -- when did you
25  learn that?

Page 32

1  A.  When --
2  I'm thinking.  Around that time I became
3  involved in a project called the 850, which eventually
4  became Bair Paws.  That unit also had a filter, so in
5  the process of un -- of developing the design
6  specifications for the 850 I had to learn about what
7  the other units had, and I think I learned about it at
8  that time.
9  Q.  Okay.  And this was during this period 2001
10  to 2006?
11  A.  Yes, --
12  MR. BREWER:  (Sneezing.)
13  A.  -- to the best of my memory.
14  MR. CIRESI:  Bless you.
15  MR. BREWER:  Thank you.
16  Q.  Okay.  Directing your attention to the work
17  that you were doing during this period of time with
18  the engineers you were working with, did that group
19  come up with any changes to the Bair Hugger during
20  2001 to 2006?
21  A.  I'm going to assume "any changes" very
22  broadly, and it's quite possible that Hamid Ziaimehr,
23  who was the primary electrical engineer for the
24  company, may have made ongoing improvements or
25  alterations to the electronics of these systems.  I --

8 (Pages 29 to 32)