# EXHIBIT 32

Page 233

```
 1
 2          IN THE UNITED STATES DISTRICT COURT
                 DISTRICT OF MINNESOTA
 3
    - - - - - - - - - - - - - - - - - - - -
 4  IN THE MATTER OF                      )
                                          )
 5  IN RE BAIR HUGGER FORCED AIR          )
    WARMING                               )
 6  PRODUCTS LIABILITY LITIGATION         )
                                          )
 7                      Plaintiff,        )
                                          )PRETRIAL ORDER NO: 7
 8  v.                                    )Protective Order
                                          )MDL No. 15-2666
 9  3M COMPANY AND ARIZANT                )(JNE/FLN)
    HEALTHCARE INC.                       )
10                      Defendant.        )
    - - - - - - - - - - - - - - - - - - - -
11               DEPOSITION OF PAUL MCGOVERN
12                       VOLUME II
13               Thursday, January 5, 2017
14             AT:  FAEGRE BAKER DANIELS LLP
15                      Taken at:
16                   7 Pilgrim Street
                     London EC4V 6LB
17                    United Kingdom
18
19
20  Court Reporter:
21  Louise Pepper: Accredited Real-time Reporter
22  Videographer: Simon Addinsell
23
24
25  JOB NO. 117121
```

Page 370

1      DR. PAUL MCGOVERN
2          MR. C. GORDON:  What was the last number you had?
3          MR. SACCHET:  Yes, cell number 44.
4          MR. C. GORDON:  44?
5          MR. SACCHET:  Yes.
6          THE WITNESS:  Row number.
7          MR. SACCHET:  Oh, I apologize.  44C, labeled
8   "FAW".
9          MR. C. GORDON:  From September 15?
10  BY MR. SACCHET:
11      Q.  Labeled "FAW".  If we could now look at the cells
12  43, 45 and 46, what is their label in the BC column?
13      A.  "CFW".
14      Q.  How many total CFW infections is that?
15      A.  3.
16      Q.  So there are 32 forced-air warming infections and 3
17  conductive fabric warming infections; correct?
18      A.  Yes.
19      Q.  If we turn back to the McGovern study, exhibit 13,
20  and look back to table 2.
21      A.  Yes.
22      Q.  Are there three conductive fabric warming related
23  infections?
24      A.  Indeed there are.
25      Q.  Are there 32 forced-air warming related infections?

Page 371

1      DR. PAUL MCGOVERN
2      A.  Yes.
3      Q.  Does the data presented in this Excel spreadsheet
4   match the data presented in the published study?
5      A.  The data we've discussed matches the data in the
6   published study.
7      Q.  Now let's look at the significance of the data.
8   Table 2 shows a P value of 0.024 with respect to patient
9   warming device; correct?
10     A.  Yes.
11     Q.  A P value of 0.024 is statistically significant, is
12  it not?
13     A.  Yes.
14     Q.  That would indicate that there was a sufficiently
15  powered difference between infection rates in patients who
16  received conductive fabric warming devices versus those who
17  received forced-air warming devices; correct?
18     A.  That is what this analysis would suggest, yes.
19     Q.  Table 2 also bears the number 3.8 under "Odds
20  ratio"; do you see that?
21     A.  Yes, yes.
22     Q.  What does that number signify?
23     A.  I am not happy to define that at the moment,
24  because I may make a mistake.
25     Q.  Does it relate to, on the first page of the study,

Page 372

1      DR. PAUL MCGOVERN
2   in the line that I previously read, which is in bold in the
3   third paragraph, where it states "A significant increase in
4   deep joint infections as demonstrated by an elevated
5   infection odds ratio of 3.8 was identified during a period
6   when forced-air warming was used compared to a period when
7   conductive fabric warming was used"?
8       A.  That is what this refers to.
9       Q.  So there was a 3.8 times more likely rate that
10  a patient would incur a deep joint infection with the use of
11  a forced-air warming device than with a conductive fabric
12  warming device; correct?
13      A.  That is what I understand from these data and from
14  this analysis.
15      Q.  Do you recall Mr. Reed informing you that "The data
16  was dramatic and will demonstrate to reviewers that there
17  was a genuine change with conductive fabric warming rather
18  than a steady decline due to other reasons"?
19      A.  I don't recall him saying that.
20          (Exhibit 17 marked for identification)
21      Q.  If I could direct your attention to page 2 of 3.
22  There is an e-mail dated February 19, 2011, from Mike Reed
23  to Mr. Albrecht and yourself and Mr. Belani and
24  Mr. Nacthsheim; correct?
25      A.  Yes.

Page 373

1      DR. PAUL MCGOVERN
2       Q.  The final two lines of the large paragraph in the
3   middle of the page states:
4           "It is quite dramatic and will demonstrate to
5   reviewers that there was a genuine change with CFW
6   rather than a steady decline due to other reasons."
7           Do you see that?
8       A.  That is what it says here, yes.
9       Q.  Does that refresh your recollection that Mr. Reed
10  stated that the data showed a genuine change with conductive
11  fabric warming, rather than a steady decline due to other
12  reasons?
13      A.  It does refresh my memory to that effect.
14      Q.  Do you have any reason to doubt Mr. Reed's ability
15  to make such a statement?
16      A.  I do not.
17      Q.  You have all the confidence that you could that
18  Mr. Reed would accurately state such a statement?
19      A.  Yes.
20      Q.  Do you recall the reviewers from the Journal of
21  Bone and Joint Surgery stating that there were -- that the
22  data in your study supported serious issues with forced-air
23  warming devices?
24      A.  I don't recall their comments to that effect.
25          (Exhibit 18 marked for identification)

Page 414

DR. PAUL MCGOVERN

1
2  objection, please.
3      MR. C. GORDON:  Form.
4      A.  That is what this data appears to show.
5  BY MR. SACCHET:
6      Q.  So this data shows there is a 3.6 times increase in
7  infection as a result of using forced-air warming devices
8  compared to conductive fabric warming devices; correct?
9      A.  That is what --
10     MR. C. GORDON:  Object to the form of the
11  question.
12     A.  That is what this table appears to show.
13  BY MR. SACCHET:
14     Q.  And both this odds ratio and the odds ratio
15  presented in the final published McGovern study are both
16  above 3.0; correct?
17     A.  Yes.
18     Q.  So, based on this data in the increased patient
19  population of those who received conductive fabric warming,
20  this data corroborates the fact that there is at least
21  a three times more likely chance that patients who received
22  forced-air warming developed an infection, compared to those
23  who received conductive fabric warming?
24     MR. C. GORDON:  Object to the form of the
25  question.

Page 415

DR. PAUL MCGOVERN

1
2      A.  This data -- I can't agree with the term
3  "corroborates the fact".  The fact is not --
4  BY MR. SACCHET:
5      Q.  Also shows?
6      A.  Yeah.  Could you just repeat the phrase, please, or
7  rephrase that?  Or --
8      Q.  I'll rephrase the question.
9      Based on the data presented in this table and the
10  data presented in the McGovern study, both studies for
11  both datasets show that there was a three -- at least
12  a three times more likely chance that a patient
13  developed an infection after using forced-air warming
14  than conductive fabric warming?
15     MR. C. GORDON:  Object to the form of the
16  question.
17     A.  Yes.  Patients who were in the group with
18  forced-air warming on this data appear to have had a three
19  times or more higher incidence of infection compared to the
20  conductive fabric group of patients for this study.
21     THE COURT REPORTER:  Can I just ask you to stop
22  for 30 seconds, sorry.
23     THE VIDEOGRAPHER:  Going off at two minutes past
24  three.
25     (3:02 p.m.)

Page 416

DR. PAUL MCGOVERN

1
2      (Break taken.)
3  (3:04 p.m.)
4      THE VIDEOGRAPHER:  Back on the record at four
5  minutes past three.
6      (Exhibit 24 marked for identification)
7  BY MR. SACCHET:
8      Q.  Mr. McGovern, are you aware of any data that's been
9  collected regarding other healthcare facilities that have
10  shown a decreased rate of infection after the switch from
11  forced-air warming devices to conductive fabric warming
12  devices?
13     A.  I am not.
14     Q.  If you could take a look at the exhibit which was
15  just marked.  The first page is an e-mail; is that correct?
16     A.  Yes.
17     Q.  From Mr. Albrecht to Scott Augustine, bearing the
18  subject line "Results" with attachments "MA_edits"; correct?
19     A.  Yes.
20     Q.  And Mark Albrecht states:
21         "I've updated the statistics in the white
22  paper under **MA_edits.doc**."
23     A.  Yes.
24     Q.  "The updates include:
25         "The statistics in the Table for all centers and

Page 417

DR. PAUL MCGOVERN

1
2  the pooled result[s]
3      "The statistics in the discussion for the updated
4  McGovern numbers provided as provided [sic] in the
5  text."
6      Do you see that?
7      A.  Yes.
8      Q.  In the third paragraph it says:
9         "I think this is the best modeling approach
10  (i.e. a conservative one) for the data you have,
11  especially if you expect these results to be critically
12  questioned down the road."
13     Do you see that?
14     A.  Yes.
15     Q.  Okay.  And the next page is a document entitled
16  "Forced-air warming link to periprosthetic total joint
17  replacement infections"; correct?
18     A.  Yes.
19     Q.  And the "Methods" says:
20         "To investigate whether the rising
21  contaminants from the waste FAW heat are linked to
22  PJIs, we retrospectively collected joint implant
23  infection data from three hospitals.  We compared PJI
24  rates during a period of forced-air warming to PJI
25  rates during a period of free-air conductive fabric