# EXHIBIT 33

Page 1

1              MICHAEL R. REED

2         UNITED STATES DISTRICT COURT

            DISTRICT OF MINNESOTA

3

4   - - - - - - - - - - - - - - - - - - - - - - - - - - - -

5         In re Bair Hugger Forced

          Air Warming Products

6         Liability Litigation,

7                      MDL No. 14-2666 (JNE/FLN)

8   - - - - - - - - - - - - - - - - - - - - - - - - - - - -

9   - - - - - - - - - - - - - - - - - - - - - - - - - - - -

10

11           VIDEOTAPED DEPOSITION OF

12              MICHAEL R. REED

13  - - - - - - - - - - - - - - - - - - - - - - - - - - - -

14

15

16            London, United Kingdom

17

18

19

20

21

22

23

24       Taken December 4th, 2016    By Rose Kay

25  Job No. 115951

Page 218

1  MICHAEL R. REED
2  forced air warming during a joint replacement reduces
3  the infection rates. I think that's the -- that's the
4  purpose of the trial.
5  Q. And the colorectal study you are referring to is the
6  study back in 1996, that I think that counsel was
7  indicating in the 1996 New England Journal of Medicine?
8  A. It was in the New England Journal of Medicine, yes.
9  Q. Were you aware that the patients -- the controls were
10  actually cooled in those cases?
11  A. I was aware of that and I think I put that in the Wood
12  review article.
13  Q. Okay. Are you aware that Dr. Sessler and Dr. Kurz
14  currently believe that that data would not withstand the
15  current research guidelines today?
16  MR. GORDON: Object to the form of the question. Assumes
17  facts not in evidence.
18  A. So their own study, do you mean?
19  BY MR. ASSAAD:
20  Q. Yes.
21  A. I wasn't aware of that.
22  Q. By the way, going back to the McGovern study, which is
23  exhibit number 8. There is an odds ratio. What is the
24  odds ratio of 3-point -- what does that mean, 3.8 odds
25  ratio?

Page 219

1  MICHAEL R. REED
2  THE EXAMINER: Where do I find that?
3  MR. ASSAAD: Page number Reed 6.
4  A. It is the risk of something happening, essentially.
5  BY MR. ASSAAD:
6  Q. Would it be according -- could it be linked to the
7  relative risk?
8  A. Yes.
9  THE EXAMINER: 15 ...
10  MR. ASSAAD: 42.
11  BY MR. ASSAAD:
12  Q. So based on your study in the McGovern, would it be fair
13  to say that the relative risk of getting -- and based on
14  the data, that the relative risk of getting
15  a peri-prosthetic joint infection is 3.8 times greater
16  using a Bair Hugger than using a conductive warming
17  blanket, based on your study?
18  A. Based on that paper, yes.
19  THE EXAMINER: What was the figure you put to him?
20  MR. ASSAAD: 3.8.
21  BY MR. ASSAAD:
22  Q. Now, going forward to -- let me go back.
23  There came a time when you became part of the pilot
24  study that -- it's called the "Reducing implant
25  infection orthopaedics"; correct? The pilot study that

Page 220

1  MICHAEL R. REED
2  you were referring to?
3  A. The RIIO study, is it?
4  Q. The RIIO study, yes. The RIIO stands for "Reducing
5  implant infection orthopaedics"; and that is under tab
6  number 18. And let's make that exhibit 13.
7  (Exhibit Reed 13 marked for identification.)
8  Q. Have you seen this document before, this protocol?
9  A. Yes.
10  Q. And that is version 1.0, dated September 9, 2016;
11  correct?
12  A. Yes. I have to say, I am not sure I have seen this
13  version of the document, but I have seen -- I have seen
14  the protocol.
15  Q. Do you know if there's more than one version?
16  A. Well, there will be several iterations. I know it is
17  down as version 1.0, but it's probably -- you know,
18  these things evolve over several weeks or months of
19  discussion normally.
20  Q. Have you been part of authoring this pilot study?
21  A. I have certainly been involved in the -- in the
22  conference calls about how it's designed.
23  Q. Were you aware that there was another 1.0 version
24  dated July 5th, 2016?
25  A. Well, I am sure. I mean, generally there will be lots

Page 221

1  MICHAEL R. REED
2  of versions of them.
3  Q. If you go to exhibit number 4, binder 4. Not in mine.
4  In the big gigantic binders over there.
5  A. Okay.
6  THE EXAMINER: Page?
7  MR. ASSAAD: Page 1609.
8  A. 1609, is it?
9  BY MR. ASSAAD:
10  Q. Yes.
11  A. Okay.
12  (Off the record remarks.)
13  Q. Have you seen this document before?
14  A. Well, I mean, I have definitely been involved in the
15  evolution of this study.
16  Q. Were you involved in this project, the pilot study,
17  prior to July 5th, 2016?
18  A. In terms of discussion about it, yes.
19  Q. Okay.
20  And at this time, the funder does not have 3M
21  Healthcare as part of the funding. It has, like, three
22  Xs there under "Funding" on page 1609; correct?
23  A. Yes, correct. It is just the Healthcare Infection
24  Society.
25  Q. Do you know when 3M Healthcare decided to become