# EXHIBIT 51


HEAT

Welcome    VitaHEAT UB3®    Clinical Application    Our Company    Contact Us    Request Info

# 3M Agreement with VitaHEAT® Medical Brings Mobile Patient Warming to Industry's Largest Portfolio of Normothermia Solutions

OCTOBER 21, 2016 BY VITAHEATMEDICAL2016



3M has reached an agreement with VitaHEAT® Medical to be the exclusive United States distributor of the VitaHEAT® UB3 patient warming system.

The UB3 system is an under-body patient warming mattress that uses conductive ink technology, featuring both battery and AC accessory options. The ability to easily warm mobile patients complements the capabilities of 3M's industry-leading warming solution—the 3M™ Bair Hugger™ normothermia system.

"This agreement reflects our commitment to helping safeguard patients and improve surgical outcomes by maintaining normothermia," said Jay Issa, global business leader, 3M Patient Warming. "The 3M™ Bair Hugger™ normothermia system remains at the heart of our effort to warm every surgical patient. The VitaHeat® UB3 unit will complement our offering with mobility – while patients are being moved to and from the OR, for example – to help avoid hypothermia by providing continuous patient warming."

"We are pleased that 3M, the industry leader in patient warming, has chosen to offer our VitaHEAT® UB3 as part of a broad portfolio of solutions. Like 3M, we are dedicated to providing innovative patient warming solutions to reduce health care costs and improve patient outcomes – and this agreement will help make our patient warming solution available to more

hospitals and health professionals across America," said Peter Farmakis, CEO, VitaHEAT® Medical.

VitaHEAT® Medical launched its UB3 patient warming system in January of this year following four years of product development. The system was designed under the FDA's 21 CFR part 820 quality management system. It includes eight interactive temperature sensors to actively monitor temperature and six independent heating zones to provide consistent warming throughout the patient surface.

"3M has evaluated a number of warming technologies. The design and safety features of the VitaHEAT® UB3 unit really made it stand out compared to other conductive products currently on the market," Issa said. "Our partnerships are based on science, improved patient outcomes, and solutions that deliver value for our customers. We believe 3M's partnership with VitaHEAT® Medical meets these criteria, and we're excited to offer one more tool to help health care providers maintain normothermia."

The Bair Hugger normothermia system includes best-in-class forced-air warming systems utilizing either single-use blankets or gowns. More than 200 million patients have been warmed using 3M's forced-air technology and it has been demonstrated safe and effective through the largest body of clinical evidence in the industry. Well accepted as the industry gold standard, Bair Hugger warming products are used in more than 80 percent of U.S. hospitals.

3M will display the VitaHEAT® UB3 patient warming system in its exhibit (Booth #2423), as well as the VItaHEAT Medical booth (#4337), at the ANESTHESIOLOGY® 2016 Annual Meeting. The event runs Oct. 22-26 at McCormick Place in Chicago. VitaHEAT® Medical, LLC is a privately held company based in Rolling Meadows, IL.

FILED UNDER: NEWS

# VitaHEAT® Medical Announces the VitaHEAT™ UB3: Breakthrough Technology in Patient Warming

OCTOBER 21, 2016 BY VITAHEATMEDICAL2016

*An always on, safe & effective, cost efficient under-body patient warming system*

*Rolling Meadows, Ill., January 12, 2016* — VitaHEAT® Medical, LLC, a privately held medical device company, today announced the launch of the VitaHEAT™ UB3 patient warming system. VitaHEAT UB3 is a breakthrough innovation in under-body patient warming using patented conductive ink technology in a thin mattress design. VitaHEAT UB3 is safe and effective, easy to use, and cost efficient. It is always on and can be used throughout all perioperative phases.

The VitaHEAT UB3 is easy to set up and operate. The thin mattress is virtually invisible to clinicians and allows full access to surgical sites. It is flexible, easy to clean, and completely portable. It is the only system on the market with both battery and plug-in AC options. VitaHEAT UB3 is also more cost efficient than forced-air systems. It is reusable and eco-friendly, with no disposables or red bag waste costs.

"I have been very impressed with this system and how it aids in maintaining patient temperatures during surgery." said Dr. Lawrence Iteld, M.D., Chief of Plastic Surgery, Advocate Illinois Masonic Hospital. "It's always on and versatile enough to be used throughout all perioperative phases: in the ER, cath lab, dialysis and anywhere transfusions are administered."

"We have invested more than four years in developing the new VitaHEAT UB3 system. We are excited to offer this innovative solution that helps prevent patient hypothermia. Not only has our system been proven as effective as currently used forced-air patient warming solutions, it is safe and cost efficient," said Peter Farmakis, President and CEO of VitaHEAT Medical. Hypothermia in patients is common during and after surgery. The incidence of hypothermia ranges from 60 percent to 85 percent in all postoperative patients when active warming is not used. The average postoperative hypothermia patient can cost the hospital up to $7,000, and has an extended length of stay by 2.6 days, on average. Mortality rates jump to 31 percent and wound infection rates jump to 19 percent when a patient becomes hypothermic.

In a recent clinical study, 94 percent of patients following 30 minutes of preoperative warming maintained normothermia, or a normal body temperature. Intraoperative patient warming reduces costs, recovery time and post-anesthesia care unit (PACU) stay. VitaHEAT UB3 meets all FDA safety guidelines and has received 510(k) clearance. It has been engineered for safety with interactive sensors to actively monitor the correct temperature to keep patients safe. Independent heating zones provide more consistent control of the warming surface.

"Our focus is to continually bring new innovations for patient warming to market, with a goal of improving patient outcomes and reducing health care costs," said Farmakis. "We see the VitaHEAT UB3 as the first of many patient warming solutions that we will introduce over the next few years."

### About VitaHEAT® Medical, LLC

VitaHEAT® Medical is a privately held medical device company dedicated to continually providing innovative patient warming solutions to reduce health care costs and improve patient outcomes. With more than four years of product development investment, 100 percent of VitaHEAT's focus is on patient warming. VitaHEAT products are developed and manufactured in the U.S.A. The company is headquartered in Rolling Meadows, Ill. For more information, please visit www.vitaheatmedical.com.

### For more information, contact:

Amy Cummings
VitaHEAT Medical, LLC
acummings@vitaheatmedical.com
800-850-8350

FILED UNDER: NEWS

ABOUT VitaHEAT Medical

**VitaHEAT® Medical** is a medical device company committed to providing superior solutions for warming patients in a variety of clinical settings. The advent of new technologies, including

Contact Information

Address: 5105 Tollview Drive Rolling Meadows, IL 60008 United States

Phone: 800-850-8350

Email: info@vitaheatmedical.com

### Customer Service
Monday - Friday: 8:00 a.m. - 5:00 p.m. Central Time
Email: customerservice@vitaheatmedical.com Phone: 800-850-8350

### Technical Support
Monday - Friday: 7:00 a.m. - 4:00 p.m. Central Time

conductive inks, lithium batteries and cost effective miniaturized electronic componentry has allowed VitaHEAT® Medical's research team to design and produce the next generation in patient warming solutions.

Connect

Email: technicalsupport@vitaheatmedical.com Phone: 800-850-8350

**Sales Support**

Monday - Friday: 8:00 a.m. - 5:00 p.m. Central Time
Email: sales@vitaheatmedical.com
Phone: 800-850-8350

Copyright © 2017 VitaHEAT Medical. All Rights Reserved. Privacy Policy