IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Products Liability Litigation | Case No.: MDL No. 15-2666 (JNE/FLN)<br><br>**CERTIFICATE OF SERVICE OF CONVENTIONALLY FILED/SEALED DOCUMENTS** |

I hereby certify that on January 26, 2017, I caused the following documents:

*Plaintiffs' Response to Defendants' Motion to Compel Production of Documents on Dr. Scott Augustine's Privilege Log; and Exhibits 1-5, 7-14, 16-31, 35-5, to the Declaration of Genevieve M. Zimmerman*

to be filed conventionally with the Clerk of Court in accordance with Section IX of the Civil ECF Guide and that I caused a copy of the foregoing documents and the notice of electronic filing of the applicable placeholder to be mailed by first class mail, postage paid, and emailed, to the following:

| | |
|---|---|
| Jerry W. Blackwell<br>Mary S. Young<br>Benjamin W. Hulse<br>BLACKWELL BURKE P.A.<br>431 South Seventh Street<br>Suite 2500<br>Minneapolis, MN  55415<br><br>blackwell@blackwellburke.com<br>myoung@blackwellburke.com<br>bhulse@blackwellburke.com | Bridget M. Ahmann<br>M. Joseph Winebrenner<br>FAEGRE BAKER DANIELS LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402<br><br>bridget.ahmann@faegrebd.com<br>joe.winebrenner@faegrebd.com |

Dated: <u>January 26, 2017</u>  MESHBESHER & SPENCE, LTD.

<u>/s/ Genevieve M. Zimmerman</u>
Genevieve M. Zimmerman (MN#330292)
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Email: gzimmerman@meshbesher.com