**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

In re: BAIR HUGGER FORCED AIR
WARMING DEVICES PRODUCTS
LIABILITY LITIGATION

MDL No. 15-2666 (JNE/FLN)

This Document Relates To:
All Actions

**AMENDED NOTICE OF
HEARING ON DEFENDANTS'
MOTION TO COMPEL
PRODUCTION OF DOCUMENTS
ON AUGUSTINE'S PRIVILEGE
LOG**

---

PLEASE TAKE NOTICE that on February 7, 2017 at 2:00 p.m., before the

Honorable Franklin L. Noel, United States District Court, 9W U.S. Courthouse, 300

South Fourth Street, Minneapolis, MN 55415, Defendants 3M Company and Arizant

Healthcare Inc. will respectfully move the Court to compel Dr. Scott Augustine and the

entities he controls (collectively, "Augustine") to produce documents identified on

Augustine's two most recent privilege logs, because Augustine has failed to establish that

the withheld communications were made in connection with an attorney-client or expert

consulting relationship, as required by this Court's November 23, 2016 Order.

Dated:  January 26, 2017

Respectfully submitted,

*s/Bridget M. Ahmann*

Bridget M. Ahmann
MN Atty ID No. 016611x
M. Joseph Winebrenner
MN Atty ID No. 0387889
**Attorneys for Defendants 3M Company
and Arizant Healthcare Inc.**
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
T: (612) 766-7000    F:  (612) 766-1600
bridget.ahmann@faegrebd.com
joe.winebrenner@faegrebd.com

Jerry W. Blackwell
MN Atty ID No. 0186867
Benjamin W. Hulse
MN Atty ID No. 0390952
Mary S. Young
MN Atty ID No. 0392781
**Attorneys for Defendants 3M Company
and Arizant Healthcare Inc.**
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN  55415
T: (612) 343-3200    F:  (612) 343-3205
blackwell@blackwellburke.com
bhulse@blackwellburke.com
myoung@blackwellburke.com

US.109913947.01

2