# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION

MDL No. 15-2666 (JNE/FLN)

This Document Relates To:
All Actions

**CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2017, I caused the following document:

- Amended Notice of Hearing

to be served on the following non-ECF participant to this action at the address listed via email and U.S. Mail:

J. Randall Benham
General Counsel
Augustine Temperature Management LLC
6581 City West Parkway
Eden Prairie, MN  55344
rbenham@augbiomed.com

Dated:  January 26, 2017

*s/Bridget M. Ahmann*
Bridget M. Ahmann
MN Atty ID No. 016611x
M. Joseph Winebrenner
MN Atty ID No. 0387889
**Attorneys for Defendants 3M Company and Arizant Healthcare Inc.**
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis;  MN 55402
T: (612) 766-7000    F:  (612) 766-1600
bridget.ahmann@faegrebd.com
joe.winebrenner@faegrebd.com

2

        Jerry W. Blackwell
        MN Atty ID No. 0186867
        Benjamin W. Hulse
        MN Atty ID No. 0390952
        Mary S. Young
        MN Atty ID No. 0392781
        **Attorneys for Defendants 3M Company and Arizant Healthcare Inc.**
        BLACKWELL BURKE P.A.
        431 South Seventh Street;  Suite 2500
        Minneapolis;  MN  55415
        T: (612) 343-3200    F:  (612) 343-3205
        blackwell@blackwellburke.com
        bhulse@blackwellburke.com
        myoung@blackwellburke.com

US.109914025.01