CASE 0:15-md-02666-JNE-DTS Doc. 198-2 Filed 01/26/17 Page 1 of 1
Case 4:13-cv-01164 Document 176 Filed in TXSD on 09/08/15 Page 1 of 1

1 / 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

TOMMY WALTON, §
 §
 Plaintiff, §
VS. § CIVIL ACTION NO. 4:13-CV-1164
 §
3M COMPANY, *et al*, §
 §
 Defendants. §

## ORDER ON DEFENDANTS' MOTION TO COMPEL

Having considered the defendants' motion to compel, and other pleadings and papers on file, the Court finds that the defendants' motion to compel [Doc. No. 161] should be denied.

It is so Ordered.

SIGNED on this 8th day of September, 2015.

_____
Kenneth M. Hoyt
United States District Judge