UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to All Actions.<br><br>**JANICE HAMBY v 3M COMPANY et al., Case No. 0:16-cv-2471 JNE/FLN** | **NOTICE OF APPEARANCE** |

The undersigned attorney hereby notifies the Court and counsel that Leslie W. O'Leary, shall appear as counsel of record for plaintiff Janice Hamby in this case.

Dated: January 31, 2017.          Respectfully submitted,

                                                          s/ Leslie W. O'Leary
                                                          Leslie W. O'Leary, OSB No. 990908
                                                          JOHNSON JOHNSON & SCHALLER, P.C.
                                                          975 Oak St., Suite 1050
                                                          Eugene, OR 97401
                                                          Tel.: (541) 484-2434
                                                          Fax: (541) 484-0882
                                                          E-Mail: loleary@justicelawyers.com

                                                          Richard S. Lewis, DCB No. 414261
                                                          Hausfeld LLP
                                                          1700 K Street NW, Suite 6500
                                                          Washington, DC 20006
                                                          Tel: (202) 540-7200
                                                          Fax: (202) 540-7201
                                                          E-Mail: rlewis@hausfeldllp.com

                                                          Attorneys for Plaintiff

1