UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to All Actions.<br><br>**NICHOLAS J. MORRIS v 3M COMPANY et al., Case No.: 0:15-cv-4491 JNE/FLN** | **NOTICE OF APPEARANCE** |

The undersigned attorney hereby notifies the Court and counsel that Leslie W. O'Leary, shall appear as counsel of record for plaintiff Nicholas J. Morris in this case.

Dated: January 31, 2017.   Respectfully submitted,

s/ Leslie W. O'Leary
Leslie W. O'Leary, OSB No. 990908
JOHNSON JOHNSON & SCHALLER, P.C.
975 Oak St., Suite 1050
Eugene, OR 97401
Tel.: (541) 484-2434
Fax: (541) 484-0882
E-Mail: loleary@justicelawyers.com

Richard S. Lewis, DCB No. 414261
Hausfeld LLP
1700 K Street NW, Suite 6500
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201
E-Mail: rlewis@hausfeldllp.com

Attorneys for Plaintiff

1