# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To: All Actions | **MOTION FOR LEAVE TO FILE REPLY TO KENNEDY HODGES, LLP'S RESPONSE TO DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS ON AUGUSTINE'S PRIVILEGE LOG** |

Pursuant to L.R. 7.1(b)(3), Defendants 3M Company and Arizant Healthcare, Inc. (together, "Defendants") respectfully request leave to file a reply to Kennedy Hodges' LLP's Response to Defendants' Motion to Compel Production of Documents on Augustine's Privilege Log (ECF No. 197). Defendants' proposed reply is attached hereto as Exhibit A.

Kennedy Hodges, LLP's submission was filed in response to Defendants' motion to compel against Augustine (ECF No. 182). The Kennedy Hodges submission raises new arguments and makes new privilege assertions concerning documents on Augustine's privilege log that Defendants have not previously had the opportunity to address. In light of the importance of the issues involved in Defendants' motion, Defendants believe the attached reply will assist the Court in its consideration of their motion.

Dated:  February 2, 2017

Respectfully submitted,

*s/*Benjamin W. Hulse
Jerry W. Blackwell
MN Atty ID No. 0186867
Benjamin W. Hulse
MN Atty ID No. 0390952
Mary S. Young
MN Atty ID No. 0392781
**Attorneys for Defendants 3M Company and Arizant Healthcare Inc.**
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN  55415
T: (612) 343-3200    F:  (612) 343-3205
blackwell@blackwellburke.com
bhulse@blackwellburke.com
myoung@blackwellburke.com

Bridget M. Ahmann
MN Atty ID No. 016611x
**Attorneys for Defendants 3M Company and Arizant Healthcare Inc.**
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
T: (612) 766-7000    F: (612) 766-1600
bridget.ahmann@faegrebd.com