# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To: All Actions | **DEFENDANTS' MEET AND CONFER STATEMENT REGARDING MOTION FOR LEAVE TO FILE REPLY TO KENNEDY HODGES, LLP'S RESPONSE TO DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS ON AUGUSTINE'S PRIVILEGE LOG** |

The undersigned counsel for Defendants 3M Company and Arizant Healthcare, Inc. (collectively, "Defendants") certifies that he met and conferred with counsel for Dr. Scott Augustine and the Augustine entities (collectively, "Augustine") and counsel from Kennedy Hodges, LLP ("Kennedy Hodges"), via email correspondence on February 2, 2017, regarding Defendants' Motion for Leave to File Reply to Kennedy Hodges, LLP's Response to Defendants' Motion to Compel Production of Documents on Augustine's Privilege Log.  In the course of that email correspondence, Defendants' counsel provided a brief summary of the arguments Defendants intend make in their reply brief in response to Kennedy Hodges' submission. Augustine and Kennedy Hodges stated they would oppose Defendants' motion for leave.

2

Dated: February 2, 2017              s/Benjamin W. Hulse
                                                                     Benjamin W. Hulse (MN #0390952)
                                                                     BLACKWELL BURKE P.A.
                                                                      431 South Seventh Street
                                                                      Suite 2500
                                                                      Minneapolis, MN 55415
                                                                      Phone: (612) 343-3256
                                                                      Fax: (612) 343-3205
                                                                      Email: blackwell@blackwellburke.com

**Counsel for Defendants 3M Company
And Arizant Healthcare, Inc.**