UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To:<br><br>All Actions | **CERTIFICATE OF SERVICE OF PROPOSED ORDER** |

I hereby certify that on February 2, 2017, I caused the following:

**(Proposed) Order Granting Leave to File Reply to Kennedy Hodges, LLP's Response to Defendants' Motion to Compel Production of Documents on Augustine's Privilege Log**

to be filed with the court via email to the following judge who is hearing the motion:

Honorable Franklin L. Noel; Noel_Chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be emailed to the following:

- Ben W. Gordon, Jr.
  bgordon@levinlaw.com
- Michael v. Ciresi
  MVC@ciresiconlin.com
- Jan M. Conlin
  JMC@ciresiconlin.com
- Genevieve M. Zimmerman
  gzimmerman@meschbesher.com

- David J. Szerlag
  david@pritzkerlaw.com
- Gabriel Assaad
  gassaad@kennedyhodges.com
- David Hodges
  dhodges@kennedyhodges.com
- Randy Benham
  rbenham@augbiomed.com

|  |  |
|---|---|
| Dated: February 2, 2017 | s/Benjamin W. Hulse |
|  | Jerry W. Blackwell (MN #186867) |
|  | Mary S. Young (MN #0392781) |
|  | Benjamin W. Hulse (MN #0390952) |
|  | BLACKWELL BURKE P.A. |
|  | 431 South Seventh Street |
|  | Suite 2500 |
|  | Minneapolis, MN 55415 |
|  | Phone: (612) 343-3256 |
|  | Fax: (612) 343-3205 |
|  | Email: blackwell@blackwellburke.com |
|  |        myoung@blackwellburke.com |
|  |        bhulse@blackwellburke.com |
|  |  |
|  | Bridget M. Ahmann (MN #016611x) |
|  | M. Joseph Winebrenner (MN #0387889) |
|  | FAEGRE BAKER DANIELS LLP |
|  | 2200 Wells Fargo Center |
|  | 90 South Seventh Street |
|  | Minneapolis, MN 55402 |
|  | Phone: (612) 766-7000 |
|  | Email: bridget.ahmann@faegrebd.com |
|  |        joe.winebrenner@faegrebd.com |
|  |  |
|  | **Counsel for Defendants 3M Company And Arizant Healthcare, Inc.** |