UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To: All Actions | **DEFENDANTS' SECOND MEET AND CONFER STATEMENT REGARDING MOTION FOR LEAVE TO FILE REPLY TO KENNEDY HODGES, LLP'S RESPONSE TO DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS ON AUGUSTINE'S PRIVILEGE LOG** |

Counsel from Kennedy Hodges has asked that a second meet-and-confer statement be filed stating Kennedy Hodges' position on Defendants' motion for leave as follows: "we oppose because you would not agree to a sur reply by us."

| | |
|---|---|
| Dated: February 3, 2017 | s/Benjamin W. Hulse<br>Benjamin W. Hulse (MN #0390952)<br>BLACKWELL BURKE P.A.<br>431 South Seventh Street<br>Suite 2500<br>Minneapolis, MN 55415<br>Phone: (612) 343-3256<br>Fax: (612) 343-3205<br>Email: blackwell@blackwellburke.com<br><br>**Counsel for Defendants** |