UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAIR HUGGER FORCED AIR　　　　　　　　MDL No. 15-2666 (JNE/FLN)
WARMING DEVICES PRODUCTS
LIABILITY LITIGATION

**ORDER**

**THIS MATTER** came before the undersigned United States Magistrate Judge on Defendants 3M and Arizant Healthcare, Inc.'s motion for leave to file a reply to Kennedy Hodges' Response to Defendants' motion to compel production of documents on Dr. Scott Augustine's Privilege Log (ECF No. 207). Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendants' motion (ECF No. 207) is **DENIED**. The arguments Defendants seek to make in their papers can be made orally at the hearing.

The hearing on Defendants' motion to compel production of documents on Dr. Scott Augustine's Privilege Log (ECF No. 182) is set for February 7, 2017, at 2:00 PM in Courtroom 9W (MPLS) before Magistrate Judge Franklin L. Noel. Oral argument will be limited as follows: Plaintiffs will not be given oral argument; Kennedy Hodges will be given twenty (20) minutes for oral argument; Dr. Scott Augustine will be given twenty (20) minutes for oral argument; and Defendants will be given twenty (20) minutes for oral argument that they may choose to use all at once or to split between an opening and rebuttal. No further submissions from either party will be permitted on this matter, except as authorized by Court order.

DATED: February 3, 2017　　　　　　　　　　　　*s/Franklin L. Noel*
　　　　　　　　　　　　　　　　　　　　　　　　FRANKLIN L. NOEL
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge