UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: Bair Hugger Forced Air Warming Products Liability Litigation

MDL No. 15-2666 (JNE/FLN)

This Document Relates to:

*All Cases*

EXHIBIT INDEX TO DEFENDANTS' REQUEST TO STRIKE PLAINTIFFS' SUBMISSION (ECF NO. 191) IN "RESPONSE" TO DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS ON AUGUSTINE'S PRIVILEGE LOG

| Exhibit | Description |
|---|---|
| A | Excerpts from November 12, 2016 Deposition of M. Albrecht |
| B | Excerpts from January 12, 2017 Deposition of Dr. A. Kurz |