# EXHIBIT A

Page 279

ALBRECHT

2   THE WITNESS: It depends on what
3   you define as "cause." It was associated
4   with.
5   BY MR. COREY GORDON:
6   Q. In your professional experience as a
7   statistician dealing in the field of medical
8   and biological issues, is there any
9   difference to you between something that's
10  associated with and something that causes?
11      MR. ASSAAD: Objection to form.
12      THE WITNESS: Yes, there is a
13  difference between association and cause, and
14  causation.
15  BY MR. COREY GORDON:
16  Q. And you were one of the coauthors of the
17  McGovern study that's being characterized
18  here. Do you agree with the characterization
19  that your study found that forced-air warming
20  caused a 3.8 times increase in deep joint
21  infection rates?
22      MR. ASSAAD: Objection to form.
23      THE WITNESS: I would agree that
24  it's associated with the 3.8 times increase,
25  that's what the study would say.

Page 280

ALBRECHT

2   BY MR. COREY GORDON:
3   Q. So you would -- you would -- you would agree,
4   then, that you did not conclude or show that
5   it caused a 3.8 times increase in deep joint
6   infection rates?
7       MR. ASSAAD: Objection to form.
8       THE WITNESS: We did not prove
9   causation.
10  BY MR. COREY GORDON:
11  Q. So -- and you would agree that this statement
12  by Dr. Augustine is a mischaracterization of
13  the study on which you were a coauthor?
14      MR. ASSAAD: Objection to form.
15  BY MR. COREY GORDON:
16  Q. Correct?
17  A. It's speculation, because it didn't use the
18  exact word "causation." If I were to look
19  for association versus causation, I'd need to
20  have that word, if you want me to be frank
21  with you on statistical terms.
22  Q. I just want you to be frank with me on
23  whether you think that Dr. Augustine
24  accurately characterized your study when he
25  said, "Forced-air warming was shown to cause

Page 281

ALBRECHT

2   a 3.8 times increase in deep joint infection
3   rates."
4       MR. ASSAAD: Objection to form,
5   asked and answered.
6   BY MR. COREY GORDON:
7   Q. Is that a correct characterization or not?
8       MR. ASSAAD: Same objection.
9       THE WITNESS: It depends on the
10  context. It's not causation, it's
11  association.
12      MR. COREY GORDON: Okay.
13  BY MR. COREY GORDON:
14  Q. I can't give you any more context on what
15  Dr. Augustine's words are here. "Forced-air
16  warming was shown to cause a 3.8 times
17  increase in deep joint infection rates," is
18  that, in your view as one of the coauthors of
19  the study, accurate or not accurate?
20      MR. ASSAAD: Objection to the
21  form, asked and answered. Object to the
22  preamble.
23      MR. COREY GORDON: But you've got
24  to move to strike it, Gabriel.
25      MR. ASSAAD: I'm not moving to

Page 282

ALBRECHT

2   strike it, I'm just objecting to it.
3       THE WITNESS: "More importantly,
4   forced-air warming was shown to associate
5   with a 3.8 times increase in deep joint
6   infection rates," that I would agree with.
7   With what's written there, it seems a
8   little -- I would have to say probably not,
9   no.
10  BY MR. COREY GORDON:
11  Q. And -- and, in fact, you recall the exercise
12  we went through at some length in your first
13  deposition?
14  A. Oh, yes.
15  Q. The association between forced-air warming
16  and infection rates maybe would not be very
17  strong if you factored out the deep vein
18  thrombosis treatment change?
19  A. If you had reason to believe --
20      MR. ASSAAD: Objection; asked and
21  answered.
22      THE WITNESS: If you had reason to
23  believe that the standard of care was lowered
24  for those patients in those areas, maybe. So
25  it wasn't no thrombosis agent versus

Page 283

```
 1                ALBRECHT
 2     thrombosis agent, it was different kinds.  It
 3     was not no antibiotic versus some antibiotic,
 4     it was different types.
 5  BY MR. COREY GORDON:
 6  Q.  Well, you recall that we went through at some
 7     length at your last deposition and compared a
 8     period of time when the -- when the
 9     Bair Hugger forced-air warming unit was used
10     with the exact same antibiotic regimen and
11     the exact same anti-thrombosis --
12     thromboembolism medication --
13  A.  Yup.
14  Q.  -- as the HotDog only time period, right?
15  A.  Yes.
16  Q.  And you agreed that there was no difference
17     in the rate of infection?
18         MR. ASSAAD:  Objection to form,
19     misstates prior testimony.
20         THE WITNESS:  For those periods,
21     yes.
22  BY MR. COREY GORDON:
23  Q.  And, in fact, there was a huge difference
24     when there was a different drug used for
25     prevention of deep vein thrombosis during the
```

Page 284

```
 1                ALBRECHT
 2     Bair Hugger only period?
 3  A.  I don't know if it was due to that, but it
 4     was associated with that period where it was
 5     the same prophylaxis regimen, okay, on both
 6     terms there wasn't a difference, that's all I
 7     can say on the data.
 8  Q.  And the period where the -- there was a
 9     seven-month period where the hospital had
10     switched to a different drug, Xarelto, and
11     the infection rates during that period were
12     significantly higher than they were before
13     and after --
14         MR. ASSAAD:  Objection to the
15     form.
16  BY MR. COREY GORDON:
17  Q.  -- right?
18  A.  I don't know about before and after, but the
19     period of higher infection rates were
20     associated with the use of that drug you talk
21     about, Xarelto.
22  Q.  Okay.
23  A.  Not caused, but associated.
24  Q.  Right.  Okay.  Now, who were the -- who would
25     you describe as the principal people involved
```

Page 285

```
 1                ALBRECHT
 2     in the McGovern study, Exhibit 8?  There are
 3     seven authors listed.
 4  A.  Let me pull it up here.  (Reviews document.)
 5     Everybody was heavily involved in this one.
 6  Q.  Heavily, okay.  Did Dr. Belani go to England?
 7  A.  He did not.
 8  Q.  Okay.  Did Dr. Nachtsheim go to England?
 9  A.  He did not.
10  Q.  Did Dr. Nachtsheim even know about the study
11     when it was being done?
12  A.  Dr. Nachtsheim commented on the statistics of
13     the study and reviewed them.
14  Q.  Yeah, after it was all done and written up,
15     right?
16  A.  You'll have to define what you mean by "heavy
17     involvement."  Dr. Nachtsheim would be for
18     statistical reasons.  Different authors
19     provide different perspectives.
20  Q.  Did Dr. Nachtsheim have anything to do with
21     the study -- design of the study before it
22     was commenced?
23  A.  I'm unsure.
24  Q.  Okay.  Did Dr. Belani have anything to do
25     with the design of the study before it was
```

Page 286

```
 1                ALBRECHT
 2     commenced?
 3  A.  I don't recall.
 4  Q.  How about Dr. Partington, what was his role?
 5  A.  He was a surgeon in the UK and was heavily
 6     involved in the manuscript revision process,
 7     if I recall right.
 8  Q.  When you say, "Heavily involved," what did he
 9     do?
10  A.  Himself, Paul and Mike went through -- or I
11     should say Dr. Reed, Dr. McGovern and
12     Dr. Partington and Dr. Carluke read through
13     the study and worked through the clinical
14     messaging and what the appropriate themes
15     were based on the data.
16  Q.  Okay.  Who were the people actually in the
17     operating room at -- where the bubble part of
18     the study was done?
19  A.  Sure.
20         MR. ASSAAD:  Objection to the
21     form.
22         THE WITNESS:  It was myself,
23     Dr. McGovern, Dr. Reed, I think that
24     Dr. Partington and Carluke were present for
25     part of it, if I remember.
```