# EXHIBIT B

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 200

```
 1      Q.    I under --
 2            Putting aside the ethical -- your -- your
 3   constraint that would prevent you from doing a study
 4   without an act -- without active warming, --
 5      A.    Uh-huh.
 6      Q.    -- if you were to replicate the study today
 7   with a larger patient population, do you believe that
 8   it would show no impact of warming on infection rates?
 9            MR. ASSAAD:  Objection, calls for
10   speculation.
11      A.    I think if I would replicate this study I
12   would see a significant effect, an improvement in
13   infection rate, maybe not the same effect size.
14      Q.    And earlier I think there were some
15   questions about some comments that had been about made
16   either by you or -- or Dr. Sessler that maybe the
17   effect size would be only 30 percent.  Do you recall
18   those?
19      A.    Yes, I do recall that.
20      Q.    And -- and I -- I understand that's just
21   your -- your -- your best judgment --
22      A.    Yes.
23      Q.    -- based on your expertise and -- and
24   experience.  But what -- I --
25            I want to make it clear.  You're not
```

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 201

1  saying -- or are you saying that you -- you -- that
2  the evidence today no longer supports the idea that
3  act -- that maintenance of normothermia reduces the
4  risk of surgical-site infections?
5          MR. ASSAAD: Objection to form.
6      A.  I think, if I understand you correctly, I'm
7  not saying that. I am saying that I still believe
8  that maintenance of normothermia decreases infection
9  risk, but the effect size might be closer to 30-
10 percent reduction or so, which in effect is a
11 humongous, enormously large effect size for any
12 medical intervention.
13     Q.  And you were asked about some -- apparently
14 some doctors in South Carolina who -- who seem to
15 think that maintenance of normothermia is -- is
16 completely unimportant. Would you -- is that
17 something with which you --
18         Are you familiar with any sizeable or, you
19 know, appreciable number of physicians or school of
20 thought that actually is -- questions the -- the value
21 of normothermia today?
22     A.  No, I'm not. That's why I was so surprised.
23 No, I'm not.
24     Q.  In fact, have you ever heard of any doctors
25 who question normothermia as -- as a -- as a positive