UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To: All Actions | **DEFENDANTS' MEET AND CONFER STATEMENT REGARDING REQUEST TO STRIKE PLAINTIFFS' SUBMISSION (ECF NO. 191) IN "RESPONSE" TO DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS ON AUGUSTINE'S PRIVILEGE LOG** |

The undersigned counsel for Defendants 3M Company and Arizant Healthcare, Inc. (collectively, "Defendants") certifies that he met and conferred with counsel for Plaintiffs, via email correspondence on February 3, 2017, regarding Defendants' Request to Strike Plaintiffs' Submission (ECF No. 191-1) in "Response" to Defendants' Motion to Compel Production of Documents on Augustine's Privilege Log.  Plaintiffs indicated that they would oppose Defendants' request.

Dated: February 3, 2017

s/Benjamin W. Hulse
Benjamin W. Hulse (MN #0390952)
BLACKWELL BURKE P.A.
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3256
Fax: (612) 343-3205
Email: bhulse@blackwellburke.com