UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To:<br><br>All Actions | **CERTIFICATE OF SERVICE OF PROPOSED ORDER** |

I hereby certify that on February 3, 2017, I caused the following:

**(Proposed) Order Granting Defendants' Request to Strike Plaintiffs' Submission (ECF No. 191) in "Response" to Defendants' Motion to Compel Production of Documents on Augustine's Privilege Log**

to be filed with the court via email to the following judge who is hearing the motion:

Honorable Franklin L. Noel; Noel_Chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be emailed to the following:

- Ben W. Gordon, Jr.
  bgordon@levinlaw.com
- Michael v. Ciresi
  MVC@ciresiconlin.com
- Jan M. Conlin
  JMC@ciresiconlin.com
- Genevieve M. Zimmerman
  gzimmerman@meschbesher.com
- David J. Szerlag
  david@pritzkerlaw.com

2

Dated: February 3, 2017                s/Benjamin W. Hulse
                                       Jerry W. Blackwell (MN #186867)
                                       Mary S. Young (MN #0392781)
                                       Benjamin W. Hulse (MN #0390952)
                                       BLACKWELL BURKE P.A.
                                       431 South Seventh Street
                                       Suite 2500
                                       Minneapolis, MN 55415
                                       Phone: (612) 343-3256
                                       Fax: (612) 343-3205
                                       Email: blackwell@blackwellburke.com
                                              myoung@blackwellburke.com
                                              bhulse@blackwellburke.com

                                       Bridget M. Ahmann (MN #016611x)
                                       M. Joseph Winebrenner (MN #0387889)
                                       FAEGRE BAKER DANIELS LLP
                                       2200 Wells Fargo Center
                                       90 South Seventh Street
                                       Minneapolis, MN 55402
                                       Phone: (612) 766-7000
                                       Email: bridget.ahmann@faegrebd.com
                                              joe.winebrenner@faegrebd.com

                                       **Counsel for Defendants 3M Company
                                       And Arizant Healthcare, Inc.**