# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

IN RE: Bair Hugger Forced Air Warming Devices
Products Liability Litigation

**COURT MINUTES**
BEFORE: Franklin L. Noel
U.S. Magistrate Judge, Courtroom 9W

| | |
|---|---|
| MDL No.: | 15-2666 (JNE/FLN) |
| Date: | February 7, 2017 |
| Court Reporter: | Tim Willette |
| Time Commenced: | 2:02 p.m. |
| Time Concluded: | 3:00 p.m. |
| Time in Court: | 58 minutes |

APPEARANCES:

For Plaintiffs: Genevieve Zimmerman, Mike Sacchet, and Jan Conlin
For Defendant 3M: Bridget Ahmann Mary Young, and Jerry Blackwell
For Respondent Augustine: J. Randall Benham
For Respondent Kennedy Hodges, LLP: Gabriel Assaad and David Hodges

**Defendants' motion to Compel Production of Documents on Third-Party Augustine Entities' Privilege Log [#182], was taken under advisement at the hearing.**

**Defendants will identify to the Court which Documents in Ahman Aff., ECF No. 185, Exhibit J are not in Exhibit H by Friday February 10, 2017.**

**Defendants' motion to Strike Plaintiffs' Submission in "Response" to motion to Compel Production of Documents on Third-Party Augustine Entities' Privilege Log [#212], was DENIED.**

☒ ORDER TO BE ISSUED      ☐ NO ORDER TO BE ISSUED      ☐ R&R TO BE ISSUED      ☒ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court      ☐ Exhibits returned to counsel

s/CH
Signature of Law Clerk