## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To: All Actions | MDL No. 15-2666<br>(JNE/FLN)<br><br>**PLAINTIFFS' MOTION TO OVERRULE VITAHEAT MEDICAL LLC's RELEVANCY OBJECTION TO SUBPOENA** |

Pursuant to Local Rule 7.1 and Federal Rules of Civil Procedure 16(c)(2)(F), 26(b)(1), and 45(d)(2)(B)(i), Plaintiffs respectfully move the Court for an order overruling VitaHEAT Medical, LLC's relevancy objection to the December 30, 2016 subpoena. As set forth in the accompanying memorandum of law, Plaintiffs seek the Court's assistance in: (1) ruling that Federal Rules of Civil Procedure 26(b)(1) and 45(d)(2)(B)(i) govern VitaHEAT Medical, LLC's relevancy objection to the subpoena; and (2) determining that VitaHEAT Medical, LLC's relevancy objection has no basis in fact or law.

Dated: February 9, 2017

| | |
|---|---|
| CIRESI CONLIN L.L.P. | MESHBESHER & SPENCE LTD. |
| /s/ Jan M. Conlin<br>Michael V. Ciresi (MN #0016949)<br>Jan M. Conlin (MN #0192697)<br>Michael A. Sacchet (MN #0395817)<br>225 S. 6th St., Suite 4600<br>Minneapolis, MN 55402<br>Phone: (612) 361-8202 | /s/ Genevieve M. Zimmerman<br>Anthony J. Nemo (MN #221351)<br>Genevieve M. Zimmerman (MN #330292)<br>1616 Park Avenue South<br>Minneapolis, MN 55404<br>Phone: (612) 339-9121 |

LEVIN PAPANTONIO, P.A.

/s/ Ben W. Gordon
Ben W. Gordon (FL #882836) – *Pro Hac Vice*
J. Michael Papantonio (FL #335924)
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
Phone: (850) 435-7090

*Co-Lead Counsel for Plaintiffs*