UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To: All Actions | MDL No. 15-2666<br>(JNE/FLN)<br><br>**NOTICE OF HEARING ON PLAINTIFFS' MOTION TO OVERRULE VITAHEAT MEDICAL LLC's RELEVANCY OBJECTION TO SUBPOENA** |

PLEASE TAKE NOTICE that on February 27, 2017 at 11:00 AM, before the Honorable Franklin L. Noel, United States District Court, 9W U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55414, Plaintiffs will move the Court pursuant to Federal Rules of Civil Procedure 16(c)(2)(F), 26(b)(1), and 45(d)(2)(B)(i) for an order overruling VitaHEAT Medical, LLC's relevancy objection to the December 30, 2016 subpoena.

Dated: February 9, 2017

| | |
|---|---|
| CIRESI CONLIN L.L.P.<br><br>/s/ Jan M. Conlin<br>Michael V. Ciresi (MN #0016949)<br>Jan M. Conlin (MN #0192697)<br>Michael A. Sacchet (MN #0395817)<br>225 S. 6th St., Suite 4600<br>Minneapolis, MN 55402<br>Phone: (612) 361-8202 | MESHBESHER & SPENCE LTD.<br><br>/s/ Genevieve M. Zimmerman<br>Anthony J. Nemo (MN #221351)<br>Genevieve M. Zimmerman (MN #330292)<br>1616 Park Avenue South<br>Minneapolis, MN 55404<br>Phone: (612) 339-9121 |

LEVIN PAPANTONIO, P.A.

/s/ Ben W. Gordon
Ben W. Gordon (FL #882836) – *Pro Hac Vice*
J. Michael Papantonio (FL #335924)
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996

*Co-Lead Counsel for Plaintiffs*

1