UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To: All Actions | MDL No. 15-2666<br>(JNE/FLN)<br><br>**DECLARATION OF MICHAEL A. SACCHET IN SUPPORT OF PLAINTIFFS' MOTION TO OVERRULE VITAHEAT MEDICAL LLC's RELEVANCY OBJECTION TO SUBPOENA** |

## DECLARATION OF MICHAEL A. SACCHET

1. My name is Michael A. Sacchet and I am an associate at the Ciresi Conlin LLP law firm. I represent Plaintiffs in the above-captioned matter.

2. Attached hereto as **Exhibit A** is a true and correct copy of 3MBH00001336–37.

3. Attached hereto as **Exhibit B** is a true and correct copy of VitaHEAT Medical's Homepage.

4. Attached hereto as **Exhibit C** is a true and correct copy of a VitaHEAT Medical Press Release.

5. Attached hereto as **Exhibit D** is a true and correct copy of 3MBH00554405–06.

6. Attached hereto as **Exhibit E** is a true and correct copy of 3MBH00021225–38.

7. Attached hereto as **Exhibit F** is a true and correct copy of 3MBH00000325.

8. Attached hereto as **Exhibit G** is a true and correct copy of Sessler D., et al., Resistive-Heating and Forced-Air Warming Are Comparably Effective, *Anesthesia & Analgesia*, 2003;96:1683-1687.

9. Attached hereto as **Exhibit H** is a true and correct copy of Sessler, D., et al., A Randomized Comparison of Intraoperative PerfecTemp and Forced-Air Warming During Open Abdominal Surgery, *Anesthesia & Analgesia*, 2011;113:1076–1081.

10. Attached hereto as **Exhibit I** is a true and correct copy of 3MBH01601967–78.

11. Attached hereto as **Exhibit J** is a true and correct copy of 3MBH01250816–24.

12. Attached hereto as **Exhibit K** is a true and correct copy of 3MBH01566286–97.

13. Attached hereto as **Exhibit L** is a true and correct copy of the Deposition of Mr. Albert Van Duren, taken in Minneapolis, Minnesota on November 7, 2016.

14. Attached hereto as **Exhibit M** is a true and correct copy of the Deposition of Dr. Michelle Hulse Stevens, taken in Minneapolis, Minnesota on December 19, 2016.

15. Attached hereto as **Exhibit N** is a true and correct copy of Plaintiffs' Subpoena to Produce Documents, Information, or Objects, which was served on VitaHEAT Medical on December 30, 2016.

16. Attached hereto as **Exhibit O** is a true and correct copy of VitaHEAT Medical's Written Objections to the Subpoena.

17. Attached hereto as **Exhibit P** is a true and correct copy of Plaintiffs' Meet and Confer Letter to VitaHEAT Medical.

18. Attached hereto as **Exhibit Q** is a true and correct copy of VitaHEAT Medical's 510(k) Summary re K132454.

19. Attached hereto as **Exhibit R** is a true and correct copy of Defendants' Objections to Plaintiffs' Notice of Rule 30(b)(6) Deposition.

Dated: <u>February 8, 2016</u>          <u>/s/ Michael A. Sacchet</u>
                                    Michael A. Sacchet (MN #0395817)
                                    CIRESI CONLIN LLP
                                    225 S. 6th Street, Suite 4600
                                    Minneapolis, MN 55402
                                    Phone: (612) 361-8220