# Exhibit B

 **HEAT**

Welcome    VitaHEAT UB3®    **Clinical Application**    Our Company    Contact Us    Request Info

# "THE NEXT GENERATION IN PATIENT WARMING"

## NO MATTER WHERE THE CARE, VITAHEAT® UB3 IS YOUR PATIENT WARMING SOLUTION AS IT IS THE ONLY A/C AND BATTERY POWERED OPTION ON THE MARKET





# USER-CONTROLLED WARMING FOR PREOPERATIVE PATIENTS

**Portable, silent system delivers warmth and satisfactio**

Temperature is a key factor in a patient's perception of well-being. Keeping preoperative patients warm is a top comfort concern and clinician challenge. Many warming systems have cumbersome tubes and cords, are noisy and cannot transfer with the patient into the OR.

The VitaHEAT™ UB3 underbody conductive warming solution provides quiet, continuous heat and puts the preoperative staff in control of their patient's comfort. VitaHEAT™ UB3 is a breakthrough innovation in under-body patient warming using patented conductive ink technology in a thin mattress design. The user adjusts the temperature using a push-button control panel. There is no forced air to warm up clinicians tending the patients. The VitaHEAT™ UB3 mattress can stay with the patient throughout the entire perioperative process for sustained, uninterrupted warmth because it has A/C and battery options.

# INNOVATIONS:

- PORTABLE SYSTEM goes everywhere with patient for uninterrupted warmth
- CONDUCTIVE HEAT warms patient without circulating air
- SELF-CONTAINED battery unit simplifies setup and saves clinician time
- FIXED pricing model warms patients at an economical price
- REUSABLE units eliminate disposables
- MEETS all FDA safety requirements

VitaHEAT® UB3 is a breakthrough innovation in under-body patient warming using patented conductive ink technology in a thin mattress design.

VitaHEAT®UB3 is safe and effective, easy to use, and cost efficient. It is always on and can be used throughout all perioperative phases.

## ABOUT VitaHEAT Medical

**VitaHEAT® Medical** is a medical device company committed to providing superior solutions for warming patients in a variety of clinical settings. The advent of new technologies, including conductive inks, lithium batteries and cost effective miniaturized electronic componentry has allowed VitaHEAT® Medical's research team to design and produce the next generation in patient warming solutions.

## Contact Information

Address: 5105 Tollview Drive Rolling Meadows, IL 60008 United States

Phone: 800-850-8350

Email: info@vitaheatmedical.com

Connect

## Customer Service

Monday - Friday: 8:00 a.m. - 5:00 p.m. Central Time
Email: customerservice@vitaheatmedical.com Phone: 800-850-8350

## Technical Support

Monday - Friday: 7:00 a.m. - 4:00 p.m. Central Time
Email: technicalsupport@vitaheatmedical.com Phone: 800-850-8350

## Sales Support

Monday - Friday: 8:00 a.m. - 5:00 p.m. Central Time
Email: sales@vitaheatmedical.com Phone: 800-850-8350

Copyright © 2017 VitaHEAT Medical. All Rights Reserved. Privacy Policy