UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To: All Actions | MDL No. 15-2666<br>(JNE/FLN)<br><br>**PLAINTIFFS' MEET AND CONFER STATEMENT REGARDING MOTION TO OVERRULE VITAHEAT MEDICAL LLC's RELEVANCY OBJECTION TO SUBPOENA** |

The undersigned counsel for Plaintiffs certifies that counsel for Plaintiffs met and conferred with counsel for VitaHEAT Medical, LLC by telephone on January 19 and 23, 2017, as well as by email on two occasions, regarding the merits of VitaHEAT Medical, LLC's global objection to the relevancy of Plaintiffs' document requests. Counsel for Plaintiffs and VitaHEAT Medical, LLC were unable to resolve any portion of the issue.

Dated: February 9, 2017

   CIRESI CONLIN L.L.P.

/s/ Jan M. Conlin
Michael V. Ciresi (MN #0016949)
Jan M. Conlin (MN #0192697)
Michael A. Sacchet (MN #0395817)
225 S. 6th St., Suite 4600
Minneapolis, MN 55402
Phone: (612) 361-8202