UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To: All Actions | MDL No. 15-2666<br>(JNE/FLN)<br><br>**CERTIFICATE OF SERVICE OF PROPOSED ORDER** |

I hereby certify that on February 9, 2017, I caused the following document:

- Proposed Order on Plaintiffs' Motion to Overrule VitaHEAT Medical LLC's Relevancy Objection to Subpoena

to be filed with the Court via email to the following judge who is hearing the motion:

- The Honorable Franklin L. Noel; Noel_Chambers@mnd.uscourts.gov

I further certify that I caused a copy of the proposed order to be emailed to the following:

- Jerry W. Blackwell; blackwell@blackwellburke.com

- Deborah E. Lewis; dlewis@blackwellburke.com

- Ben W. Hulse; bhulse@blackwellburke.com

- Mary S. Young; myoung@blackwellburke.com

Dated: February 9, 2017

CIRESI CONLIN L.L.P.

/s/ Michael A. Sacchet
Michael V. Ciresi (MN #0016949)
Jan M. Conlin (MN #0192697)
Michael A. Sacchet (MN #0395817)
225 S. 6th St., Suite 4600
Minneapolis, MN 55402
Phone: (612) 361-8220