## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To: All Actions | MDL No. 15-2666<br>(JNE/FLN)<br><br>**CERTIFICATE OF SERVICE OF CONVENTIONALLY FILED/SEALED DOCUMENTS** |

I hereby certify that on February 9, 2017, I caused the following documents:

- Plaintiffs' Memorandum in Support of Motion to Overrule VitaHEAT Medical, LLC's Relevancy Objection to Subpoena; and

- Exhibits A, D, E, F, I, J, L, M to the Declaration of Michael A. Sacchet

to be filed conventionally with the Clerk of Court in accordance with Section IX of the Civil ECF Guide and that I caused a copy of the foregoing documents and the notice of electronic filing of the applicable placeholder to be hand delivered and emailed to:

Jerry W. Blackwell
Deborah E. Lewis
Ben W. Hulse
Mary S. Young
Blackwell Burke, P.A.
431 S. 7th Street, Ste. 2500
Minneapolis, MN 55415

blackwell@blackwellburke.com
dlewis@blackwellburke.com
bhulse@blackwellburke.com
myoung@blackwellburke.com

1

Dated: February 9, 2017

CIRESI CONLIN L.L.P.

/s/ Michael A. Sacchet
Michael V. Ciresi (MN #0016949)
Jan M. Conlin (MN #0192697)
Michael A. Sacchet (MN #0395817)
225 S. 6th St., Suite 4600
Minneapolis, MN 55402
Phone: (612) 361-8202