UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates:<br><br>**TIMOTHY S. NORTON**<br><br>_____<br><br>**VS.**<br><br>**3M COMPANY AND ARIZANT HEALTHCARE, INC.** | **LEXECON[1]  WAIVER** |

The following Plaintiff agrees to waive his Lexecon rights:

    TIMOTHY S. NORTON, Case No. 0:16-cv-02361-JNE-FLN

Dated: February 13, 2017

                              Respectfully Submitted,

                              /s/ Annesley H. DeGaris
                              Annesley H. DeGaris

                              Attorney for Plaintiff, Timothy S. Norton
                              DeGARIS & ROGERS
                              Two North 20th Street
                              Suite 1030
                              Birmingham, Alabama 35203
                              (205) 558-9000

---

[1] *Lexecon, Inc. v. Milberg Weiss,* 523 U.S. 26 (1998)