UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates:<br><br>**FRANCIS BRANHAM, ELIZABETH BRASHEAR, NANCY BURKS, JUDITH CURREY, PATRICIA DAVIS, ROSE FLANNAGIN, RAYMOND FLORENCE, LOUIS GAREIS, JUAN GONZALEZ, REX HARTZEL, DEBBY JOHNSON, WALTER KING, JR., JOHN NUGIER, RAYMOND WILLIAMS, and THE ESTATE OF SANDRA HARKLEROAD, PLAINTIFFS**<br><br>VS.<br><br>**3M COMPANY AND ARIZANT HEALTHCARE, INC.** | **LEXECON[1]  WAIVER** |

The following Plaintiffs agree to waive their Lexecon rights:

        Francis Branham, 16-cv-01959

        Elizabeth Brashear, 16-cv-04263

        Nancy Burks, 16-cv-01905

        Judith Currey, 16-cv-02366

        Patricia Davis, 16-cv-02155

        Rose Flannagin, 16-cv-02082

---

[1] *Lexecon, Inc. v. Milberg Weiss,* 523 U.S. 26 (1998)

    Raymond Florence, 16-cv-01941

    Louis Gareis, 16-cv-04187

    Juan Gonzalez, 16-cv-04226

    John Nugier, 16-cv-04246

    Raymond Williams, 16-cv-01935

No response was received from the following Plaintiffs regarding waiver of their Lexecon rights:

    Estate of Sandra Harkleroad, 16-cv-01986

    Rex Hartzel, 16-cv-01338

    Walter King, Jr., 16-cv-02428

    Debby Johnson, 16-cv-1980

Dated: February 13, 2017

    Respectfully submitted,

    KENNEDY HODGES, LLP
    By: /s/ David W. Hodges
    David W. Hodges
    dhodges@kennedyhodges.com
    Gabriel A. Assaad
    gassaad@kennedyhodges.com
    4409 Montrose Blvd. Ste 200
    Houston, TX 77006
    Telephone: (713) 523-0001
    Facsimile: (713) 523-1116

    ATTORNEYS FOR PLAINTIFFS