# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates: **PLAINTIFF(S)** **MAURICE GRUDZINSKI** **VS.** **3M COMPANY AND ARIZANT HEALTHCARE, INC.** | **LEXECON[1]  WAIVER** |

The following Plaintiff(s) agree to waive their Lexecon rights:

Maurice Grudzinski, Case No. C.A. 0:15-cv-2814

Dated:  February 13, 2017

Respectfully submitted,

BRENT COON & ASSOCIATES
300 Fannin, Suite 200
Houston, Texas 770022
713-225-1682 Telephone
713225-1785 Facsimile

By:      */s/ James A. Morris*
         **James A. Morris**
         CA State Bar 296852
         TX State Bar 14487050

---

[1] *Lexecon, Inc. v. Milberg Weiss,* 523 U.S. 26 (1998)

## CERTIFICATE OF SERVICE

I certify that on February 13, 2017, the foregoing **LEXECON**[1] **WAIVER** was filed electronically by using the CM/ECF system which will deliver the document to all counsel of record.

/s/ James A. Morris
James A. Morris

---

[1] *Lexecon, Inc. v. Milberg Weiss,* 523 U.S. 26 (1998)