# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates:<br><br>**PLAINTIFF(S)**<br><br>**RUTH CHILDERS, ESTATE OF RICKEY GENE SMITH & ESTATE OF ALMA JEAN CRAWFORD**<br><br>**VS.**<br><br>**3M COMPANY AND ARIZANT HEALTHCARE, INC.** | **LEXECON[1]  WAIVER** |

The following Plaintiff(s) agree to waive their Lexecon rights:

    Estate of Alma Jean Crawford, Case No.0:16-cv-04233-JNE-FLN

The following Plaintiff(s) decline to waive their Lexecon rights:

    Ruth Childers, Case No. 0:16-cv-02734-JNE-FLN
    Estate of Rickey Gene Smith, Case No. 0:16-cv-04228-JNE-FLN

Dated: 2/13/2017

                                                Respectfully submitted,
                                                **HOUSSIERE, DURANT & HOUSSIERE, LLP**

                                                /s/   *Monica C. Vaughan*
                                                Monica C. Vaughan
                                                Bar No. 00794784
                                                1990 Post Oak Blvd., Suite 800
                                                Houston, Texas 77056
                                                Telephone: (713) 626-3700
                                                Facsimile: (713) 626-3709
                                                mvaughan@hdhtex.com

---

[1] *Lexecon, Inc. v. Milberg Weiss,* 523 U.S. 26 (1998)

1

## CERTIFICATE OF SERVICE

    I hereby certify that on February 13, 2017, the foregoing Lexecon Waiver was filed electronically using the CM/ECF system through which all counsel of record were served with a copy of this document.

                                           /s/  *Monica C. Vaughan*
                                        Monica C. Vaughan