UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to:<br><br>16-cv-00826 Starnes v. 3M Company et al;<br>16-cv-00970 Thomas v. 3M Company et al;<br>16-cv-01817 Hadden v. 3M Company et al;<br>16-cv-01930 Heil v. 3M Company et al; 16-cv-02284 Brumback v. 3M Company et al; and 16-cv-02285 Cash v. 3M Company et al. | **LEXECON[1]  WAIVER** |

Plaintiffs in the he following actions agree to waive their Lexecon rights:
    0:16-cv-00970-JNE-FLN - Thomas v. 3M Company et al
    0:16-cv-01817-JNE-FLN - Hadden v. 3M Company et al
    0:16-cv-02285-JNE-FLN - Cash v. 3M Company et al

Plaintiffs in the following actions decline to waive their Lexecon rights or did not respond to a request for waiver:
    0:16-cv-00826-JNE-FLN - Starnes v. 3M Company et al
    0:16-cv-01930-JNE-FLN - Heil v. 3M Company et al
    0:16-cv-02284-JNE-FLN - Brumback v. 3M Company et al

Dated: February 14, 2017

                                            Respectfully submitted,

                                            /s/ Behram V. Parekh
                                            BEHRAM V. PAREKH
                                            KIRTLAND & PACKARD LLP
                                            2041 Rosecrans Ave., Third Floor
                                            El Segundo, CA 90245
                                            Tel: 310-536-1000
                                            E-Mail: bvp@kirtlandpackard.com

---

[1] *Lexecon, Inc. v. Milberg Weiss,* 523 U.S. 26 (1998)