UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates:<br><br>SAMUEL CATA, JOHN FERGUSON, and JUDITH HOWARD, PLAINTIFFS<br><br>VS.<br><br>3M COMPANY AND ARIZANT HEALTHCARE, INC. | LEXECON[1]  WAIVER |

The following Plaintiffs agree to waive their Lexecon rights:

Samuel Cata; 0:16-cv-03941

John Ferguson; 0:16-cv-03625

Judith Howard; 0:16-cv-03367

Dated: February 16, 2017

Respectfully submitted,

DAVIS & CRUMP, P.C.
By: /s/ Martin D. Crump
Martin D. Crump (MSB #10652)
Robert D. Cain, Jr. (MSB #104283)
2601 Fourteenth Street
Gulfport, MS 39507
Phone: (228) 863-6000

ATTORNEYS FOR PLAINTIFFS

---

[1] *Lexecon, Inc. v. Milberg Weiss,* 523 U.S. 26 (1998)