## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN)<br><br>**WORD COUNT COMPLIANCE** |
| This Document Relates To:<br>All Actions | |

I certify that the Joint Opposition of Non-party VitaHEAT Medical, LLC and Defendants to Plaintiffs' Motion to Overrule VitaHEAT's Relevance Objection complies with the length limitations set forth in LR 7.1(f) and the type size requirements set forth in LR 7.1(h).  I further certify that in preparation of this memorandum, I used Microsoft Word 2010, which has an appropriately functioning word count tool to include all text, including headings, footnotes, and quotations.  The Joint Opposition contains 5,321 words.

Dated:  February 16, 2017

Respectfully submitted,

*s/*Deborah E. Lewis

Deborah Lewis (#0397922)
**Attorney for Non-Party VitaHEAT Medical, LLC**
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN  55415
T: (612) 343-3200    F:  (612) 343-3205
dlewis@blackwellburke.com