# EXHIBIT 1

**Ben Hulse**

| | |
|---|---|
| **From:** | Deborah E. Lewis |
| **Sent:** | Monday, January 23, 2017 2:15 PM |
| **To:** | Jan M. Conlin |
| **Cc:** | Genevieve Zimmerman; Gabriel Assaad; bgordon@levinlaw.com; Michael A. Sacchet |
| **Subject:** | RE: VitaHEAT subpoena - follow up to meet and confer letter |

1) Issues we discussed that are not included in your letter
2) Issues/objections you did not want to discuss during the meet and confer
3) Implication Magistrate Noel's Order is the sole basis for relevancy objections
4) Not sure what "your position" means and includes
5) Issues I did not dispute

Talk to you soon.
Deborah

**Deborah Lewis**
Blackwell Burke P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN  55415
Direct (612) 343-3228
Fax (612) 343-3205
dlewis@blackwellburke.com
http://www.blackwellburke.com

This message and any attachments may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient or are not authorized to receive for the recipient, you are hereby notified that dissemination, distribution or copying of this message and any attachments is strictly prohibited. If you have received this message in error, please immediately advise the sender by reply e-mail and delete the message and any attachments. Thank you.

**From:** Jan M. Conlin [mailto:JMC@ciresiconlin.com]
**Sent:** Monday, January 23, 2017 11:40 AM
**To:** Deborah E. Lewis <dlewis@blackwellburke.com>
**Cc:** Genevieve Zimmerman <gzimmerman@meshbesher.com>; Gabriel Assaad <gassaad@kennedyhodges.com>; bgordon@levinlaw.com; Michael A. Sacchet <MAS@ciresiconlin.com>
**Subject:** RE: VitaHEAT subpoena - follow up to meet and confer letter

I am available at 2:30 PM today.  Please call my office.  The letter does accurately set forth our discussion; please state in writing what you think is in error.  It will facilitate our continued discussion this afternoon.

With kind regards,


**Jan M. Conlin**
*Founding Partner*

P:     612.361.8202
E:     JMC@CiresiConlin.com



Ciresi Conlin LLP | 225 S. 6th St. | Suite 4600 | Minneapolis, MN 55402

This email is from a law firm and may be privileged or confidential. It is intended only for the person addressed. If you received this email in error, please immediately notify the sender and delete it from your system without reading or distributing it. We do not waive the attorney-client privilege by an email incorrectly delivered.
www.CiresiConlin.com

---

**From:** Deborah E. Lewis [mailto:dlewis@blackwellburke.com]
**Sent:** Monday, January 23, 2017 11:32 AM
**To:** Jan M. Conlin <JMC@ciresiconlin.com>
**Cc:** Genevieve Zimmerman <gzimmerman@meshbesher.com>; Gabriel Assaad <gassaad@kennedyhodges.com>; bgordon@levinlaw.com
**Subject:** VitaHEAT subpoena - follow up to meet and confer letter

Jan,
I received your January 20, 2017 letter concerning our meet and confer on January 19th.  However, because your letter does not accurately reflect our discussion, I suggest we have a follow up meet and confer to make sure we agree with the sum and substance of our discussion.  I am available today from 2 p.m. to 5 p.m. or tomorrow (Tuesday) at 7:30 a.m. or 6:30 p.m.  I have three depositions tomorrow so my time on Tuesday is fairly limited.

Thanks
Deborah



Deborah Lewis
Blackwell Burke P.A.

431 South 7th Street
Suite 2500
Minneapolis, MN 55415

612.343.3228 Direct
612.343.3205 Fax

dlewis@blackwellburke.com

This message and any attachments may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient or are not authorized to receive for the recipient, you are hereby notified that dissemination, distribution or copying of this message and any attachments is strictly prohibited. If you have received this message in error, please immediately advise the sender by reply e-mail and delete the message and any attachments. Thank you.