```
 1                    UNITED STATES DISTRICT COURT

 2                       DISTRICT OF MINNESOTA

 3   ------------------------------------------------------------
                                    )
 4                                  )
     In Re: Bair Hugger Forced Air  )  File No. 15-MD-2666
 5   Warming Devices Products        )  (JNE/FLN)
     Liability Litigation           )
 6                                  )  February 16, 2017
                                    )  Minneapolis, Minnesota
 7                                  )  Courtroom 12W
                                    )  9:45 a.m.
 8                                  )
                                    )
 9   ------------------------------------------------------------

10            BEFORE THE HONORABLE JOAN N. ERICKSEN
                UNITED STATES DISTRICT COURT JUDGE
11
            THE HONORABLE FRANKLIN L. NOEL
12            UNITED STATES MAGISTRATE JUDGE
                      (By Telephone)
13
          THE HONORABLE WILLIAM H. LEARY, III
14             RAMSEY COUNTY DISTRICT JUDGE

15                   (STATUS CONFERENCE)

16   APPEARANCES

17   FOR THE PLAINTIFFS:
                              MESHBESHER & SPENCE
18                            Genevieve M. Zimmerman
                              1616 Park Avenue
19                            Minneapolis, MN  55404

20                            LEVIN PAPANTONIO
                              Ben W. Gordon, Jr.
21                            316 S. Baylen Street
                              Suite 600
22                            Pensacola, FL 32502

23                            CIRESI CONLIN
                              Michael V. Ciresi
24                            Michael A. Sacchet
                              225 South 6th Street
25                            Suite 4600
                              Minneapolis, MN
```

```
 1    FOR THE PLAINTIFFS (cont'd):

 2                            KENNEDY HODGES, LLP
                              Gabriel Assaad
 3                            4409 Montrose Blvd
                              Suite 200
 4                            Houston, TX 77006

 5                            KENNEDY HODGES, LLP
                              David W. Hodges
 6                            711 W. Alabama Street
                              Houston, TX 77006

 7
                              KASTER LYNCH FARRAR & BALL, LLP
 8                            Kyle Farrar
                              1001 Fannin St. #2300
 9                            Houston, TX  77002

10                            KIRTLAND AND PACKARD LLP
                              Behram V. Parekh
11                            2041 Rosecreans Avenue
                              Third Floor, Suite 300
12                            El Segundo, CA  90245

13    FOR THE PLAINTIFFS (APPEARING BY PHONE:)

14                            PRITZKER HAGEMAN, P.A.
                              Wendy Thayer
15                            45 South 7th Street, #2950
                              Minneapolis, MN  55402-1652
16
                              PETERSON & ASSOCIATES, P.C.
17                            Brian Emerson Tadtman
                              801 W. 47th Street, Suite 107
18                            Kansas City, MO  64112

19                            BERNSTEIN LIEBHARD LLP
                              Dae Lee
20                            10 East 40th Street
                              New York, NY  10016
21
                              THE OLINDE FIRM, LLC
22                            Wesley G. Barr
                              400 Poydras Street
23                            Suite 1980
                              New Orleans, LA  70130
24

25            Telephone Appearances cont'd next page:
```

```
 1      FOR THE PLAINTIFFS APPEARING BY PHONE:

 2                              ZIMMERMAN REED, PLLP
                                Jacqueline A. Olson
 3                              J. Gordon Rudd
                                Charles S. Zimmerman
 4                              1100 IDS Center
                                80 South Eighth Street
 5                              Minneapolis, MN  55402

 6                              GROSSMAN & MOORE, PLLC
                                Emily A. DeVuono
 7                              Jennifer Moore
                                Kara Lane
 8                              401 W. Main Street
                                Suite 1810
 9                              Louisville, KY  40202

10                              HARE WYNN NEWELL & NEWTON
                                Peggy Little
11                              Don McKenna
                                Lynne Reed
12                              Massey Building
                                2025 Third Avenue North
13                              Suite 800
                                Birmingham, AL  35203
14
                                MCEWEN LAW FIRM, LTD
15                              Melissa Schmid
                                5850 Blackshire Path
16                              Inver Grove Heights, MN  55076

17                              MORGAN & MORGAN, PA
                                Heather Cullen
18                              Michael S. Goetz
                                Joseph T. Waechter
19                              Heather Cullen
                                201 N. Franklin St 7th Floor
20                              Tampa, FL  33602

21                              RAIZNER SLANIA, LLP
                                Jeffrey L. Raizner
22                              Rica Rinosa
                                2402 Dunlavy Street
23                              Houston, TX  77006

24                              LONCAR & ASSOCIATES
                                John L. Coveney
25                              424 S. Cesar Chavez Blvd
                                Dallas, TX  75201
```

```
 1      FOR THE PLAINTIFFS APPEARING BY PHONE:

 2                                  CAPRETZ & ASSOCIATES
                                    Don K. Ledgard
 3                                  5000 Birch St, Suite 2500
                                    Newport Beach, ca  92660
 4
                                    MICHAEL HINGLE & ASSOCIATES
 5                                  Julie Jochum
                                    Bryan Pfleeger
 6                                  Christina Smith
                                    220 Gause Blvd
 7                                  Slidell, LA  70005

 8                                  HOUSSIERE DURANT & HOUSSIERE
                                    Randall A. Kauffman
 9                                  Monica Vaughan
                                    Shirley Strom-Blanchard
10                                  1990 Post Oak Blvd Suite 800
                                    Houston, TX  77056
11
                                    DAVIS & CRUMP, PC
12                                  Martin D. Crump
                                    Robert D. Cain, Jr.
13                                  Wes Stevenson
                                    2601 Fourteenth Street
14                                  Gulfport, MS 39507

15                                  SKIKOS CRAWFORD SKIKOS&
                                       JOSEPH, LLP
16                                  Melissa Erin Mielke
                                    Julie Tucci
17                                  One Sansome Street, Suite 2830
                                    San Francisco, CA  94104
18
                                    THE RUTH TEAM
19                                  Austin Grinder
                                    Eric Roslansky
20                                  Steven C. Ruth
                                    842 Ramond Avenue
21                                  Suite 200
                                    Saint Paul, MN  33733-5157
22
                                    TATE LAW GROUP, LLC
23                                  Mark Tate
                                    Arlene Nicole
24                                  2 East Bryan Street, Suite 600
                                    Savannah, GA  31328
25
                    Appearances continued on next page:
```

```
1        FOR THE PLAINTIFFS APPEARING BY PHONE:

2                                LAW OFFICE OF TRAVIS R. WALKER
                                 Travis R. Walker
3                                1235 SE Indian Street
                                 Suite 101
4                                Stuart, FL  34997

5                                LAW OFFICES OF JAMES S. ROGERS
                                 Annaliese Abbey
6                                James S. Rogers
                                 Elizabeth J. McLafferty
7                                1500 4th Avenue #500
                                 Seattle, WA  98101
8
                                 ANDREWS & THORNTON
9                                Anne Andrews
                                 John Thornton
10                               Lauren Davis
                                 2 Corporate Park, Suite 110
11                               Irvine, CA 92606

12                               JOHNSON BECKER PLLC
                                 Rolf T. Fiebiger
13                               444 Cedar Street
                                 Suite 1800
14                               Saint Paul, MN  55101

15                               LORD & ASSOCIATES
                                 Melissa Marie Heinlein
16                               Sonja Mathiesen
                                 309 Clifton Avenue
17                               Minneapolis, MN 55403

18                               MURRAY LAW FIRM
                                 Caroline Whitney Thomas
19                               650 Poydras Street
                                 Suite 2150
20                               New Orleans, LA  70130

21                               BROWN & CROUPPEN, PC
                                 Abby Cordray
22                               211 North Broadway, Suite 1600
                                 St. Louis, MO  63102
23
                                 BEASLEY ALLEN
24                               Megan Robinson
                                 218 Commerce Street
25                               Montgomery, AL  36104
```

```
 1      FOR THE PLAINTIFFS APPEARING BY PHONE:

 2                               BRENT COON & ASSOCIATES
                                 Robert Schwartz
 3                               Miyoshi Rivers
                                 300 Fannin, Suite 200
 4                               Houston, TX  77002

 5                               BROUS LAW
                                 Carrie Mulholland Brous
 6                               3965 West 83rd St., #115
                                 Prairie Village, KS  66208

 7
                                 CARR & CARR ATTORNEYS
 8                               Patrick E. Carr
                                 4416 S. Harvard Avenue
 9                               Tulsa, OK  74135

10                               HOLLIS LEGAL SOLUTIONS, PLLC
                                 Scott Hollis
11                               6814 Crumpler Boulevard,
                                 Suite 101
12                               Olive Branch, MS  38654

13                               LAW OFFICES OF PETER ANGELOS,
                                 P.C.
14                               Thomas Keilty, III
                                 Jay Miller
15                               Craig Silverman
                                 100 North Charles Street
16                               Baltimore, MD  21201

17                               MESHBESHER & SPENCE, LTD
                                 Holly Sternquist
18                               1616 Park Avenue
                                 Minneapolis, MN  55404
19
                                 PARKER WAICHMAN, LLP
20                               Nicole Eisner
                                 Michael S. Werner
21                               59 Maiden Lane
                                 6th Floor
22                               New York, NY  10038

23                               NEAL R. ELLIOTT, JR.
                                 P.O. Box 80136
24                               Baton Rouge, LA  70898

25
                  Telephone Appearances Cont'd on next page:
```

```
 1      FOR THE PLAINTIFFS APPEARING BY PHONE:

 2                              RANDALL J. TROST, P.C.
                                Carrie Hancock
 3                              Pam Rodriguez
                                Randall T. Trost
 4                              801 Main Street
                                Lynchburg, VA  24504
 5
                                SCHNEIDER SCHNEIDER & SCHNEIDER
 6                              Scott Haider
                                815 Third Avenue South
 7                              Fargo, ND  58103

 8                              THE MILLER FIRM, LLC
                                Tayjes M. Shah
 9                              The Sherman Building
                                108 Railroad Avenue
10                              Orange, VA  22960

11                              POGUST BRASLOW & MILLROOD, LLC
                                Matt Leckman
12                              Jessica Lowe
                                8 Tower Bridge, Suite 940
13                              161 Washington Street
                                Conshohocken, PA  19428
14
                                WALTERS LAW FIRM, LLC
15                              Lon Walters
                                23A East 3rd St
16                              Kansas City, MO  64106

17                              ZELE HUBER TRIAL ATTORNEYS
                                Dean Xenick
18                              4600 Military Trail, Suite 212
                                Jupiter, FL  33458
19
                                NASH & FRANCISKATO LAW FIRM
20                              Brian Nash
                                2300 Main Street, #170
21                              Kansas City, MO  64108

22                              FITZGERALD LAW GROUP, LLC
                                Kevin Fitzgerald
23                              120 Exchange Street
                                Suite 200
24                              Portland, ME  04101

25              Telephone Appearances Cont'd Next Page:
```

```
 1      FOR THE PLAINTIFFS APPEARING BY PHONE:

 2                                  GERTLER LAW FIRM
                                    Leola Anderson
 3                                  Aligra Stewart
                                    935 Gravier Street
 4                                  Suite 1900
                                    New Orleans, LA  70112
 5
                                    LANGDON & EMISON
 6                                  Brett Emison
                                    Rachel Ahmann
 7                                  911 Main Street
                                    Lexington, MO  64067
 8
                                    RICHARDSON PATRICK WESTBRROOK
 9                                  & BRICKMAN, LLC
                                    Dan Haltiwanger
10                                  Missi Cruz
                                    1037 Chuck Dawley Boulevard
11                                  Building A
                                    Mount Pleasant, SC  29464
12
                                    SWARTZ & SWARTZ PC
13                                  James Swartz
                                    Kevin O'Connor Jr.
14                                  10 Marshall Street
                                    Boston, MA  02108
15
                                    PISCITELLI LAW FIRM
16                                  Frank Piscitelli, Jr.
                                    8440 Station Street
17                                  Mentor, OH  44060

18
        FOR THE DEFENDANTS:         BLACKWELL BURKE P.A.
19                                  Jerry Blackwell
                                    Ben Hulse
20                                  Mary Young
                                    431 South Seventh Street
21                                  Suite 2500
                                    Minneapolis, MN  55415
22
                                    FAEGRE BAKER DANIELS
23                                  Bridget M. Ahmann
                                    90 South Seventh Street
24                                  Suite 2200
                                    Minneapolis, MN  55402
25
```

1

2     COURT REPORTER:              Maria V. Weinbeck, RMR, FCRR
                                   U.S. Courthouse
                                   300 South Fourth Street
3                                  Suite 1005
                                   Minneapolis, MN  55415
4

5
            Proceedings recorded by mechanical stenography;
6     transcript produced by computer.

7

8            *       *       *       *       *       *       *

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    (9:42 a.m.)

 2                  IN OPEN COURT

 3          THE COURT:  Good morning, everybody.  Welcome

 4     back.  Let me check and make sure -- please be seated.

 5     Judge Noel was planning to participate by telephone.

 6          MAGISTRATE JUDGE NOEL:  I am here.

 7          THE COURT:  Hello Frank.  I mean Judge.

 8          MAGISTRATE JUDGE NOEL:  How are you?

 9          JUDGE LEARY:  I'm keeping your seat warm, Frank.

10          THE COURT:  I am going to try to turn you to a

11     higher volume.

12          MAGISTRATE JUDGE NOEL:  I was going to mute my

13     phone because I'm sitting at a Starbucks, so I'll just

14     listen in.  If I need to say anything, I'll unmute and speak

15     up loudly if I can, if that's okay.

16          THE COURT:  Judge Leary and I were talking about

17     how wonderful it is to have that first morning cup of

18     coffee.  It's really early out there.

19          MAGISTRATE JUDGE NOEL:  It is indeed.

20          THE COURT:  That's ridiculous.

21          Okay.  Judge Leary, thank you very much for coming

22     over.

23          JUDGE LEARY:  Thanks for the invitation.

24          THE COURT:  It's nice to have you sitting up here.

25          JUDGE LEARY:  I feel like I graduated.
```

 1          THE COURT:  It's not as fun as it looks.

 2          For your benefit, Frank, everybody is here, all

 3     the usual suspects.  No strangers, I don't believe.  And do

 4     we have the people on the phone, Mark, do you know?  The

 5     phone participants?  Okay.

 6          All right.  Well, let's start marching through the

 7     agenda.  The pretrial order remains in effect.  That's all

 8     going swimmingly.  We don't have any issues about any dates,

 9     I don't believe.

10          The plaintiff fact sheets, anybody want to say

11     anything about that?  Mr. Hulse?

12          MR. HULSE:  Good morning, Your Honor.  Just

13     briefly, we're going through the process required by PTO14.

14     We sent out deficiency notices.  We're getting amended PFS's

15     in from many of the plaintiffs, and next month will be the

16     first month where assuming that there is some unresolved

17     issues that we will start to list deficient PFS's on the

18     status report as provided by PTO14.

19          THE COURT:  But none yet?

20          MR. HULSE:  Not at this point, no.  We're

21     continuing the meet and confer process.

22          MR. GORDON:  We agree with that, Your Honor.

23     Nothing to report at this time.

24          THE COURT:  All right.  And then on the bellwether

25     selection plan, Mr. Gordon, did you want to say anything

1      about that?

2            MR. GORDON:  Your Honor, if I may, I could give

3      the Court a brief update with respect to the requirement

4      that the Court issued recently in terms of the Lexecon

5      numbers.  As of just a few minutes ago, the latest numbers

6      that we show, and we're doing everything we can to meet or

7      beat the Court's February 28th deadline, we have now 114

8      plaintiffs who have affirmatively waived Lexecon.  No

9      objection to trying the case here in Minnesota.  We have 15

10     plaintiffs who have affirmatively not waived their right to

11     Lexecon.

12            And most of those, to my specific understanding in

13     talking to counsel who have those cases, relate to issues of

14     mobility or dire health concerns.  In a couple of instances,

15     plaintiffs have passed away recently, and so there are

16     estate issues that need to be --

17            THE COURT:  Should be easy to get a waiver.

18            MR. GORDON:  Well, you would think, but given the

19     estate issues that have to be handled, we're not even sure

20     in some of those who would be the person to give that

21     waiver, so.

22            THE COURT:  Right.

23            MR. GORDON:  But there are 15 of those who have at

24     this point not waived.  There are 15 who are simply unknown

25     who haven't responded for one reason or another, and we're

1    doing everything we can to get those responses.  And there

2    are six that have been dismissed.

3            So with the 114, 15 not waived, 15 unknown, and

4    six dismissed, that's the 150.  And we're hopeful, we've met

5    and conferred with the defense this morning, and we're

6    hopeful to have answers on those remaining unknowns in the

7    next several days.

8            MS. YOUNG:  Good morning, Your Honor.  One

9    additional item that the parties met and conferred with

10   directly before the status conference is whether for those

11   cases that are nominated that do not present any Lexecon

12   issues, which is 30 out of about 35, whether we could move

13   forward with beginning medical records collection.

14           Your Honor's e-mail order said that the limited

15   case specific discovery was on hold, but I think the parties

16   agree that there is no need not to move forward with at

17   least the medical records collection portion of that

18   discovery beginning as early as tomorrow because we do have

19   signed authorizations from the plaintiffs.

20           MR. GORDON:  We did meet and confer on that, Your

21   Honor, and we, I believe, as a group do not have any

22   objection to the collection of medical records.  That is a

23   time-consuming and laborious process, and we understand from

24   the defense that the third party vendor that they've

25   selected for collection will allow us to get copies of those

1        in a fluid and efficient manner.

2                In terms of any further limited case specific

3        discovery, we think that we ought to get the bellwether

4        Lexecon issue resolved first, and I think that's what the

5        Court contemplates, so we should have that very soon.

6                THE COURT:  Yes, true.  Should I pick another did

7        you say 15 have affirmatively not waived?

8                MR. GORDON:  Yes, Your Honor.

9                THE COURT:  Should I pick another 15 now?

10               MS. YOUNG:  Your Honor, that would be our

11       preference that we have opportunity then to look at those.

12               THE COURT:  Instead of waiting.

13               MR. GORDON:  And the expectation would be, Your

14       Honor, just to be on the clear that the 15 would be randomly

15       selected, and then from those we would again do the same

16       process.

17               THE COURT:  Same thing, same thing, same hat.

18       It's actually my popcorn bowl we've used.

19               MR. BLACKWELL:  We knew it.

20               MR. GORDON:  Right, so there are 15 unknowns and

21       six dismissals, so there are 21 cases which would be the

22       nominator in terms of cases that we don't have to pick from

23       now.

24               I guess the question we bring up, and I may be

25       opening up Pandora's box, would we all then want to look at

1   those afresh and compare and contrast them to the others to

2   ensure we have in fact not missed some of the most

3   representative cases, and we did discuss this with the

4   defense briefly this morning.

5           In other words, the 16 we have now picked, and the

6   11, I think, the defendants have picked that don't have

7   Lexecon issues, would those then be back on the table to

8   compare to the new 21 that would be thrown in the mix?  Or

9   is that just opening up --

10          THE COURT:  I wonder if that's -- what do you

11  think, Ms. Young?

12          MS. YOUNG:  We did discuss that this morning.

13  It's the defendant's position, Your Honor, that in order to

14  begin the medical records collection, we would have to go

15  ahead and disclose our 11 cases without Lexecon issues, and

16  by doing that, they would be set.  And we're comfortable

17  with that.  So we're really only talking about the five

18  cases that potentially are not candidates for trial in the

19  District of Minnesota.

20          So we would not think that adding in the 21

21  additional cases that we all had to go back to the drawing

22  board, and we would anticipate that plaintiffs' list of 16

23  was final, our list of 11 was final, and the three Ramsey

24  picks are final at this point.

25          MR. GORDON:  I guess my response, Your Honor, is

1    that if the purpose is to truly select the most

2    representative cases, and there are 21 new cases coming into

3    the overall mix, how much more work would it be to evaluate

4    those as compared to the 16 we've already vetted and say, or

5    the 11 in their case, these, you know, there are two or

6    three or four more that are more representative than these

7    others.  That's the goal.  I don't know why we wouldn't do

8    that.

9            THE COURT:  I'll pick out of the popcorn bowl, and

10   we will proceed on the assumption that the representative

11   nature of the selection will be acceptable unless you take a

12   look at those, and you have some issue, in which case talk

13   to each other or bring it up, but I'm hoping to move things

14   along faster, not change the procedure, but just rather than

15   waiting until February 28th.  We know we've got 21 new names

16   that need to be drawn, so I'll just go ahead and do that,

17   and there might be more as time goes on.  And, Mr. Gordon,

18   you said there are some you haven't heard from.

19           MR. GORDON:  That's right, Your Honor.  There are

20   an additional 15 we have not heard from, but they're coming

21   in every day.  Some have come in this morning, so.

22           THE COURT:  Okay.

23           MR. GORDON:  But I think, Your Honor, that's a

24   good compromise because I think statistically it's unlikely

25   we would want to replace any of those, but if something did

1    come up, we would want the opportunity to discuss it with

2    the defense and bring it to the Court.

3              THE COURT:  All right.  Thank you very much.

4              An update on the number of cases.  That number

5    keeps going up.

6              MR. GORDON:  I think we're up to 1241.  And I

7    think 54 in Ramsey county.

8              MS. ZIMMERMAN:  That's correct.  That have been

9    filed.  I believe that there are additional Ramsey County

10   cases that are pending that have been served but not yet

11   filed.

12             MS. YOUNG:  Your Honor, I don't have any

13   additional information.  The numbers are changing almost

14   daily because we've had dismissals come in in both

15   jurisdictions, but it's approximately what is reflected

16   here.

17             THE COURT:  It's been about that 54 for quite a

18   while, hasn't it?

19             MS. YOUNG:  Yes, and I do think it might be just

20   slightly lower than that, but maybe it's that we haven't

21   received service of everything in Ramsey County, so.

22             THE COURT:  Anyway.

23             JUDGE LEARY:  Yeah, our count is 54.  We had two

24   dismissals on two new filings, so that would square with

25   what we have.

1          THE COURT:  So the update on the City of Saint

2     Louis cases?

3          MR. HULSE:  Yes, Your Honor.  So the latest there

4     is that one of the two cases, the two cases that both have a

5     few more than 50 plaintiffs, the District Court has stayed

6     proceedings pending the JPMLs transfer to the MDL.  The

7     other case the Court hasn't acted on a motion to stay, but

8     also hasn't taken any action on the plaintiffs' motion to

9     remand.

10          So there's a conditional transfer order out there.

11     The plaintiffs filed an objection to the conditional

12     transfer order on the basis of the pendency of their motion

13     to remand.  The JPML has consistently said that a remand

14     motion will not block transfer to the MDL, so it's our

15     expectation that those cases will make it to this Court at

16     some point in the next couple of months.

17          THE COURT:  We'll just wait and see.

18          MR. HULSE:  Thank you, Your Honor.

19          THE COURT:  All right.  Rodriguez in Illinois.

20          MS. AHMANN:  Nothing new on those cases, Your

21     Honor.  At the end of the month there is a status

22     conference, and the goal will be to move that further back.

23     Lawson, the same thing, no changes.  And there's a new Texas

24     case I think that we reported on before in discovery is

25     continued in that case, but there's no scheduling order in

 1    place.

 2              THE COURT:  Is that Petitta?

 3              MS. AHMANN:  Yes.  And Canada is still quiet.

 4              MS. YOUNG:  No activity in the Canadian case.

 5              THE COURT:  Now, the status of discovery, I know

 6    that you were all or some portion of you were here a week or

 7    so ago arguing in front of Judge Noel on the Augustine

 8    matter, so I trust that you've been heard on that issue.

 9    There's, what, some in camera review going on and we'll wait

10    for an order on that.

11              MAGISTRATE JUDGE NOEL:  If I could step in here if

12    I could, Judge.

13              THE COURT:  Sure, thank you.

14              MAGISTRATE JUDGE NOEL:  I ordered production in

15    camera of approximately 100-plus documents that as soon as

16    they come in, Carrie and I will immediately jump on them to

17    get them reviewed and an order issued as quickly as we can.

18              THE COURT:  Judge Leary, did you want to see those

19    too?  We'll think about that.  Anybody here have any wisdom

20    on whether Judge Leary ought to be included in that in

21    camera review?

22              MS. ZIMMERMAN:  I would think if the Court would

23    like to be involved, we certainly invite that.

24              MR. BLACKWELL:  Good morning, Your Honors.  I

25    think we are --

1          THE COURT:  Good morning.  You've been so quiet.

2     What, are you sick?

3          MR. BLACKWELL:  No.  You know, every once in a

4     while life intrudes, and we did just learn this morning that

5     our partner's stepson passed away from a heroin overdose.

6          THE COURT:  I'm sorry to rib you, but I could tell

7     that you were surrounded by a silence, so we're sorry.

8          MR. BLACKWELL:  It's weighing, Your Honor.  So

9     that's all.

10         But as to the question Your Honor's posed, I think

11    we're agnostic on it, Your Honor, with all due respect to

12    Judge Leary that we don't have a position on it.

13         JUDGE LEARY:  I guess my thought is if it somehow

14    helps my understanding of the Ramsey County cases, it might

15    be beneficial.  But I think the issue in front of Judge

16    Franklin is it really relates to discovery and the end

17    result of that.  That's what I'm concerned about rather than

18    what goes into the mix before the decision is made.

19         And if there's a desire to revisit that issue, and

20    you want to revisit with the state litigation, you certainly

21    can.

22         MR. BLACKWELL:  And perhaps, Judge Leary, after

23    Your Honor confers with Judge Noel as to the nature of it

24    and the likely outcome, you would have a better sense as to

25    whether it would be enlightening for Your Honor.

1          JUDGE LEARY:  Okay, thank you.

2          THE COURT:  VitaHEAT third party subpoena.

3          MR. HULSE:  There's nothing much to update, Your

4    Honor.  This is a third party subpoena that the plaintiff

5    served on a manufacturer of a different patient warming

6    device, a conductive warming device that's in a distributor

7    agreement with 3M.  The plaintiffs filed their motion like

8    last week.  VitaHEAT and 3M's response will go in today, and

9    then it's set for hearing before Judge Noel on the 27th at

10   11:00 a.m.

11         MAGISTRATE JUDGE NOEL:  Correct, I have that date

12   on my calendar, and I will hear it then, and I'll look at

13   the papers in advance.

14         MS. ZIMMERMAN:  Yes, Your Honor.  It's a relevancy

15   objection, and we think based on the master complaint that

16   this is a reasonable alternative design.  And given that the

17   VitaHEAT and the HotDog actually is a predicate device for

18   the VitaHEAT product, but we'll be presenting more fulsome

19   argument to Judge Noel in about 10 days.

20         MR. HULSE:  I didn't know we were going to have an

21   argument on it, but they can't cite a single case that would

22   show that a different product counts as a feasible safer

23   alternative design.  The case law is pretty clear on that.

24         THE COURT:  Consider each other foreshadowed with

25   respect to your February 27th arguments.

1          The e-mail production, the wrinkles we had on

2     that, are they smoothed out pretty much?

3          MR. HULSE:  I would say so, Your Honor.  We made

4     the deadline plus one day because we had an outage.  And

5     what's just happening right now is under PTO11, we have

6     privilege logs to get out.  And all we noted here is that it

7     may happen in the course of some of the preparation of the

8     privilege log that some documents will be downgraded off the

9     log and produced, but otherwise we're done.

10          MS. ZIMMERMAN:  Yes, Your Honor, this has been,

11     the documents have been, e-mails have been produced on a

12     rolling basis, and the privilege logs that counsel alluded

13     to, I believe there's an extension to tomorrow or Friday for

14     another batch of letters on some of the challenges that

15     we've had.  So we continue to review those documents and may

16     well be serving some additional discovery in the next week

17     or so.

18          THE COURT:  Got a long list of people deposed

19     here, mostly in the past or about half in the past.  More

20     past than in the future, but some scheduled.

21          MR. GORDON:  Yes, there are depositions continuing

22     throughout the next few weeks, Your Honor.

23          MS. YOUNG:  And, Your Honor, if I might, we have

24     found a date for the other 30(b)(6) witness.  That's now

25     been scheduled for March 17th.  We have also asked

1    plaintiffs at different points whether there are any other

2    3M, Arizant, current or former employees that they intend to

3    depose prior to March 20th discovery cut-off.  We would

4    request that any of those requests be made very, very soon

5    because it's going be very hard to get those witnesses in

6    the queue if we don't know about them.

7             MS. ZIMMERMAN:  And we have certainly committed to

8    doing that, Your Honor.  It's just that we're continuing to

9    review these e-mails that have recently been produced, and

10   as we get through those, we'll make sure to work with

11   defense counsel to get those scheduled.

12            THE COURT:  Has the 30(b)(6) notice been sent?

13            MS. ZIMMERMAN:  Yes, several, and we have

14   presently depositions going forth on the 6th and 7th of

15   March, and then there will be this additional one on the

16   17th of March.  There are some objections to one of the

17   30(b)(6) depositions that we're going to try to work out,

18   but we may be in front of Your Honor or Judge Noel.

19            THE COURT:  So now I'm just asking mostly out of

20   my curiosity having to do with some administrative work that

21   I'm doing that I think you know about, are the issues with

22   the one notice, do they have to do with the specificity?

23            MS. ZIMMERMAN:  I think that is one of the grounds

24   for objection.

25            MS. YOUNG:  I think there is just one notice.

1    There are 18 topics contained in one notice that span

2    product topics, design, regulatory issues, labeling, and so

3    we're trying to find the right combination of witnesses to

4    cover those topics.

5              MS. ZIMMERMAN:  That's correct.  But to Your

6    Honor's question, I think that one of the objections from

7    opposing counsel has to do with specificity, and so we're

8    going to try to work on that to see if we can narrow the

9    requests such that we can get an appropriate witness

10   identified.

11             THE COURT:  If you're willing to stick around a

12   little bit when we're not on the record anymore just to talk

13   about potential improvements.  I've given the subject a fair

14   amount of thought in recent weeks, and because I trust you

15   alls' judgment, is that the way they talk down south?

16             MR. BLACKWELL:  No, Your Honor.  I think the word

17   is "y'alls," Your Honor.

18             THE COURT:  I can't.  It doesn't come out.  It

19   won't come out.

20             THE COURT:  And the UK business?  We're done with

21   that.

22             Judge Noel, anything on your mind before I ask the

23   lawyers if there's anything on their's?

24             MAGISTRATE JUDGE NOEL:  I have nothing else to

25   add.

1            THE COURT:  Okay.  Judge Leary?

2            JUDGE LEARY:  We haven't touched on it this

3    morning, and it's kind of looking a little bit farther down

4    the road, but I think the lawyers should start thinking

5    about any dispositive motions and the creation of a record

6    and what that record will constitute.  Will the record be a

7    record established in federal court?  Is there going to need

8    to be a separate record established in State Court?

9            My hope that any dispositive motion that applies

10   to either jurisdiction could be tried in one form, but I

11   think you need to think about that and be prepared to

12   address it.  And then if you're agreeable to one form, then

13   you have to think in terms of waivers then.  So just a heads

14   up.

15           MS. ZIMMERMAN:  We will do so.  Thank you, Your

16   Honor.

17           THE COURT:  Let me ask the attorneys who are

18   participating by telephone, is there anything that any of

19   you would like to add or say?  I heard a sound.  No?

20   Excellent.  Well, then, we're in recess.  I appreciate your

21   time.

22              (Court adjourned at 10:04 a.m.)

23                      *     *     *

24

25

1

2                        REPORTER'S CERTIFICATE

3            I, Maria V. Weinbeck, certify that the foregoing is

4      a correct transcript from the record of proceedings in the

5      above-entitled matter.

6                      Certified by:  *s/ Maria V. Weinbeck*

7                                     Maria V. Weinbeck, RMR-FCRR

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25