

**AUGUSTINE TEMPERATURE MANAGEMENT**
*patient safety is our passion*

February 16, 2017

Attention: Honorable Franklin L. Noel

United States District Court
9W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Dear Judge Noel:

Enclosed please find the supplemental affidavit of J. Randall Benham for your consideration in this matter.

Sincerely,

J. Randall Benham
General Counsel