# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

|  |  |
|---|---|
| ) | **COURT MINUTES** |
| ) | BEFORE: JOAN N. ERICKSEN |
| ) | U.S. District Judge |
| ) | and |
| ) | FRANKLIN L. NOEL (telephone) |
| ) | U.S. Magistrate Judge |

IN RE: Bair Hugger Forced Air Warming
Devices Products Liability Litigation

| | |
|---|---|
| Case No: | 15-md-2666 (JNE/FLN) |
| Date: | February 16, 2017 |
| Deputy: | Catherine B. Cusack |
| Court Reporter: | Maria V. Weinbeck |
| Courthouse: | Minneapolis |
| Courtroom: | 12W |
| Time in Court: | 9:42 a.m. - 10:04 a.m. |
| Time in Chambers: | 10:10 a.m. - 11:40 a.m. |
| Total Time: | 1 Hour & 52 Minutes |

## STATUS CONFERENCE

**APPEARANCES:**

Plaintiffs:   Ben W. Gordon, Jr., *Levin Papantonio, P.A.*; Genevieve M. Zimmerman, *Meshbesher & Spence, Ltd.*; Michael V. Ciresi and Michael A. Sacchet, *Ciresi Conlin LLP*; David W. Hodges and Gabriel A. Assaad, *Kennedy Hodges, LLP*, and Jere Kyle Bachus, *Bachus & Schanker LLC.*.

Defendant:   Jerry W. Blackwell, Mary S. Young and Benjamin W. Hulse, *Blackwell Burke, P.A.*, and Bridget M. Ahmann, *Faegre Baker Daniels LLP*

Please see attached list of telephone participants.

**PROCEEDINGS:**

☒ Status Conference held.
☒ Appearances made on the record.
☒ The next status conference is scheduled for March 16, 2017 at 9:30 a.m.

| NAME | FIRM NAME | PARTICIPATING IN CONFERENCE CALL 2/16/2017 | |
|---|---|---|---|
| Anne Andrews | Andrew & Thornton | x | |
| John C. Thornton | Andrew & Thornton | x | |
| Lauren Davis | Andrew & Thornton | x | |
| Megan Robinson | Beasley, Allen, Crow, Methvin, Portis & | x | |
| Dae Y. Lee | Bernstein Liebhard, LLP | x | |
| Robert Schwartz | Brent Coon and Associates | x | |
| Miyoshi Rivers | Brent Coon and Associates | x | |
| Carrie Mulholland Brous | Brous Law | x | |
| Abby Cordray | Brown & Crouppen, PC | x | |
| Don Ledgard | Capretz & Associates | x | |
| Patrick E. Carr | Carr & Carr Attorneys | x | |
| Martin D. Crump | David & Crump | x | |
| Robert Cain | David & Crump | x | |
| Wes Stevenson | David & Crump | x | |
| Kevin Fitzgerald | Fitzgerald Law Group, LLC | x | |
| Leola Anderson | Gertler Law Firm | x | |
| Aligra Stewart | Gertler Law Firm | x | Assistant |
| Emily DeVuono | Grossman & Moore, PLLC | x | |
| Jennifer Moore | Grossman & Moore, PLLC | x | |
| Kara Lane | Grossman & Moore, PLLC | x | |
| Don McKenna | Hare Wynn Newell & Newton | x | |
| Lynne Reed | Hare Wynn Newell & Newton | x | |
| Peggy Little | Hare Wynn Newell & Newton | x | Paralegal |
| Scott Hollis | Hollis Legal Solutions, PPLC | x | |
| Monica Vaughan | Houssier, Durant & Houssier, LLP | x | |
| Randall A. Kauffman | Houssier, Durant & Houssier, LLP | x | |
| Shirley Strom-Blanchard | Houssier, Durant & Houssier, LLP | x | Paralegal |
| Rolf T. Fiebiger | Johnson Becker, PLLC | x | |
| Brett Emison | Langdon & Emison | x | |
| Rachel Ahmann (Assistant) | Langdon & Emison | x | |
| Annaliese Abbey | Law Office of James S. Rogers | x | |
| James S. Rogers | Law Office of James S. Rogers | x | |
| Elizabeth J. McLafferty | Law Office of James S. Rogers | x | |
| Craig Silverman | Law Office of Peter G. Angelos, PC | x | |
| Jay Miller | Law Office of Peter G. Angelos, PC | x | |
| Thomas Keilty, III | Law Office of Peter G. Angelos, PC | x | |
| John L. Coveney | Loncar & Associates | x | Legal Assistant |
| Melissa Marie Heinlein | Lord & Associates Law Office | x | |
| Sonja Mathiesen | Lord & Associates Law Office | x | Assistant |
| Melissa Schmid | McEwen Law Firm LTD | x | Paralegal |
| Bryan A. Pfleeger | Michael Hingle & Associates | x | |
| Christina Smith | Michael Hingle & Associates | x | |
| Julie M. Jochum | Michael Hingle & Associates | x | |
| Heather Cullen | Morgan & Morgan Complex Litigation | x | |
| Joseph T. Waechter | Morgan & Morgan Complex Litigation | x | |
| Michael Goetz | Morgan & Morgan Complex Litigation | x | |
| Caroline W. Thomas | Murray Law Firm | x | |
| Brain s. Franciskato | Nash & Franciskato Law Firm | x | |
| Neal R. Elliott, Jr | Neal R. Elliott | x | |
| Michael S. Werner | Parker Waichman, LLP | x | |
| Nicole Eisner | Parker Waichman, LLP | x | Paralegal |
| Brian E. Tadtman | Peterson & Associates, P.C. | x | |

| Name | Firm | Attending | Role |
|---|---|---|---|
| Frank E. Piscitelli, Jr. | Piscitelli Law Firm | x | |
| Jessical Lowe | Pogust Braslow & Millrood, LLC | x | Paralegal |
| Matt Leckman | Pogust Braslow & Millrood, LLC | x | |
| Wendy Thayer | Pritzker Hageman, PA | x | Legal Assistant |
| Jeffery L. Raizner | Raizner Slania LLP | x | |
| Rica Rinosa | Raizner Slania LLP | x | Legal Assistant |
| Carrie Hancock | Randall J. Trost, P.C. | x | Paralegal |
| Pam Rodriguez | Randall J. Trost, P.C. | x | |
| Randall T Trost | Randall J. Trost, P.C. | x | |
| Dan Haltiwanger | Richardson, Patrick, Westbrook & Brickman, LLC | x | |
| Missi Cruz | Richardson, Patrick, Westbrook & Brickman, LLC | x | Assistant |
| Julie Tucci | Skikos Crawford Skikos & Joseph | x | Parlegal |
| Melissa Mielke | Skikos Crawford Skikos & Joseph | x | |
| James Swartz | Swartz & Swartz PC | x | |
| Kevin Paul O'Connor, Jr | Swartz & Swartz PC | x | |
| Arlene Nicole | Tate Law Group | x | paralegal |
| Mark Tate | Tate Law Group | x | |
| Travis R. Walker | The Law Office of Travis R. Walker, | x | |
| Tayjes M. Shah | The Miller Firm, LLC | x | |
| Wesley G. Barr | The Olinde Firm, LLC | x | |
| Austin Grinder | The Ruth Team | x | |
| Eric Roslansky | The Ruth Team | x | |
| Steven C. Ruth | The Ruth Team | x | |
| Lon Wlakters | Walters Law Firm, LLC | x | |
| Dean Xenick | Zele Huber Trial Attorneys | x | |
| Charles S. Zimmerman | Zimmerman Reed, LLP | x | |
| J. Gordon Rudd, Jr. | Zimmerman Reed, LLP | x | |
| Jacqueline A. Olson | Zimmerman Reed, LLP | x | |
| Holly Sternquist | Meshbesher & Spence, LTD | x | Paralegal |
| Scott Haider | Schneider, Schneider & Schneider | x | |