# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

IN RE: Bair Hugger Forced Air Warming Devices  
Products Liability Litigation

**COURT MINUTES**  
BEFORE: Franklin L. Noel  
U.S. Magistrate Judge, Courtroom 9W

| | |
|---|---|
| MDL No.: | 15-2666 (JNE/FLN) |
| Date: | February 27, 2017 |
| Court Reporter: | Maria Weinbeck |
| Time Commenced: | 10:59 a.m. |
| Time Concluded: | 11:39 a.m. |
| Time in Court: | 40 minutes |

**APPEARANCES:**

For Plaintiffs:   Genevieve Zimmerman and Michael Sacchet  
For Defendants and Respondent VitaHEAT Medical, LLC:   Deborah Lewis and Ben Hulse

**Plaintiffs' motion to overrule VitaHEAT Medical, LLC's relevancy objection to subpoena [#218], was taken under advisement at the hearing.**

☒ ORDER TO BE ISSUED   ☐ NO ORDER TO BE ISSUED   ☐ R&R TO BE ISSUED   ☒ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court   ☐ Exhibits returned to counsel

  s/CH  
Signature of Law Clerk