## UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

---

In re: BAIR HUGGER FORCED AIR
WARMING DEVICES PRODUCTS
LIABILITY LITIGATION

This Document Relates To:
All Actions

MDL No. 15-2666 (JNE/FLN)

**NOTICE OF HEARING ON
DEFENDANTS' MOTION TO
COMPEL AGAINST KENNEDY
HODGES LLP**

---

PLEASE TAKE NOTICE that on March 27, 2017 at 9:00 a.m., before the Honorable Franklin L. Noel, United States District Court, 9W U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, Defendants 3M Company and Arizant Healthcare Inc. will respectfully move the Court to compel Kennedy Hodges LLP to (i) confirm that there are no communications between it and Augustine other than those communications that have been produced to Defendants or are listed on Augustine's privilege logs; or, if it cannot so confirm, (ii) to immediately produce such communications or, to the extent Kennedy Hodges asserts that a privilege applies, to produce a privilege log and provide such communications to the Court for *in camera* inspection.

Dated:  March 9, 2017                    Respectfully submitted,

                                         s/Benjamin W. Hulse
                                         _____
                                         Jerry W. Blackwell (#186867)
                                         Benjamin W. Hulse (#0390952)
                                         Mary S. Young (#0392781)
                                         **Attorneys for Defendants 3M Company**
                                         **and Arizant Healthcare Inc.**
                                         BLACKWELL BURKE P.A.
                                         431 South Seventh Street, Suite 2500
                                         Minneapolis, MN  55415
                                         T: (612) 343-3200    F:  (612) 343-3205
                                         blackwell@blackwellburke.com
                                         bhulse@blackwellburke.com
                                         myoung@blackwellburke.com

                                         Bridget M. Ahmann (#016611x)
                                         **Attorney for Defendants 3M Company**
                                         **and Arizant Healthcare Inc.**
                                         FAEGRE BAKER DANIELS LLP
                                         2200 Wells Fargo Center
                                         90 South Seventh Street
                                         Minneapolis, MN 55402
                                         T: (612) 766-7000    F: (612) 766-1600
                                         bridget.ahmann@faegrebd.com