# EXHIBIT A

```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF MINNESOTA

------------------------------------------------------------------
                                  )
                                  )
  In Re: Bair Hugger Forced-Air   )  File No. 15-MD-2666
  Warming Devices Products        )  (JNE/FLN)
  Liability Litigation            )
                                  )
                                  )  February 7, 2017
                                  )  Minneapolis, Minnesota
                                  )  Courtroom 9 West
                                  )  2:00 P.M.
                                  )
------------------------------------------------------------------


                       ( HEARING ON MOTIONS )


              BEFORE THE HONORABLE FRANKLIN L. NOEL
                 UNITED STATES MAGISTRATE JUDGE
```

**TIMOTHY J. WILLETTE, RDR, CRR, CRC**
Official Court Reporter - United States District Court
1005 U.S. Courthouse - 300 South Fourth Street
Minneapolis, Minnesota  55415
612.664.5108

1           MR. HODGES:  Yes, Your Honor.
2           THE COURT:  And have you or someone at -- a lawyer
3   at Kennedy Hodges reviewed independently and made an
4   independent legal determination that each of the documents
5   on the privilege log is in fact privileged?
6           MR. HODGES:  The documents --
7           THE COURT:  Or the flip side of that is --
8           MR. HODGES:  Sure.
9           THE COURT:  -- are you just relying on
10  Mr. Benham's work in that regard?
11          MR. HODGES:  No, Your Honor.  We conducted our own
12  review and determined that there were a number of these
13  documents that we did not believe would be our work product
14  and those documents have been produced to 3M.
15          THE COURT:  Okay.
16          MR. HODGES:  So I think we've produced about 31
17  pages' worth of these e-mails to 3M and however many
18  documents that entails, so they've gotten a chunk of these
19  documents already.
20          THE COURT:  As to the first 84, which are the only
21  ones at issue here today, I believe every single one of them
22  has at least in part Kennedy Hodges work product as the
23  asserted basis for withholding, is that correct?
24          MR. HODGES:  The log says what it says.  I'm not
25  sure, Your Honor, whether it's asserted for every one or