## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To:<br>All Actions | **CERTIFICATE OF SERVICE OF PROPOSED ORDER** |

I hereby certify that on March 9, 2017, I caused the following:

   **Proposed Order on Defendants' Motion to Compel Against Kennedy Hodges LLP**

to be filed with the court via email to the following judge who is hearing the motion:

   **Honorable Franklin L. Noel**; Noel_Chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be emailed to the following:

- **Ben W. Gordon, Jr**
  bgordon@levinlaw.com
- **Michael V. Ciresi**
  MVC@ciresiconlin.com
- **Jan M. Conlin**
  JMC@CiresiConlin.com
- **Genevieve M. Zimmerman**
  gzimmerman@meshbesher.com
- **David J. Szerlag**
  david@pritzkerlaw.com

Dated:  March 7, 2017  Respectfully submitted,

*s/*Benjamin W. Hulse
_____
Jerry W. Blackwell (#186867)
Benjamin W. Hulse (#0390952)
Mary S. Young (#0392781)
**Attorneys for Defendants 3M Company and Arizant Healthcare Inc.**
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN  55415
T: (612) 343-3200     F:  (612) 343-3205
blackwell@blackwellburke.com
bhulse@blackwellburke.com
myoung@blackwellburke.com

Bridget M. Ahmann (#016611x)
**Attorney for Defendants 3M Company and Arizant Healthcare Inc.**
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
T: (612) 766-7000     F: (612) 766-1600
bridget.ahmann@faegrebd.com

2