# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

In re: BAIR HUGGER FORCED AIR
WARMING DEVICES PRODUCTS
LIABILITY LITIGATION

MDL No. 15-2666 (JNE/FLN)

This Document Relates To:
All Actions

**CERTIFICATE OF SERVICE**

---

I hereby certify that on March 9, 2017, I caused the following documents:

- Motion to Compel Production Against Kennedy Hodges LLP;
- Notice of Hearing;
- Memorandum in Support;
- Word Count Compliance;
- Meet and Confer Statement;
- Proposed Order on Motion; and
- Certificate of Service on Proposed Order

to be served on the following non-ECF participant to this action at the address listed via

email and U.S. Mail:

J. Randall Benham
General Counsel
Augustine Temperature Management LLC
6581 City West Parkway
Eden Prairie, MN  55344
rbenham@augbiomed.com

Dated:  March 9, 2017                        Respectfully submitted,

                                             *s/*Benjamin W. Hulse
                                             _____
                                             Jerry W. Blackwell (#186867)
                                             Benjamin W. Hulse (#0390952)
                                             Mary S. Young (#0392781)
                                             **Attorneys for Defendants 3M Company**
                                             **and Arizant Healthcare Inc.**
                                             BLACKWELL BURKE P.A.
                                             431 South Seventh Street, Suite 2500
                                             Minneapolis, MN  55415
                                             T: (612) 343-3200    F:  (612) 343-3205
                                             blackwell@blackwellburke.com
                                             bhulse@blackwellburke.com
                                             myoung@blackwellburke.com

                                             Bridget M. Ahmann (#016611x)
                                             **Attorney for Defendants 3M Company**
                                             **and Arizant Healthcare Inc.**
                                             FAEGRE BAKER DANIELS LLP
                                             2200 Wells Fargo Center
                                             90 South Seventh Street
                                             Minneapolis, MN 55402
                                             T: (612) 766-7000    F: (612) 766-1600
                                             bridget.ahmann@faegrebd.com