# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To: All Actions | **WORD COUNT COMPLIANCE** |

I certify that the **Memorandum in Support of Defendants' Motion for Protective Order Concerning Plaintiffs' Subpoenas to Third-Party Manufacturers of Patient Warming Devices** complies with the length limitations set forth in LR 7.1(f), as well as the type size requirements set forth in LR 7.1(h).

I further certify that in preparation of this memorandum, I used Microsoft® Office Word 2010, and the word processing program has an appropriate functioning word count tool applied specifically to include all text, including headings, footnotes, and quotations.

I certify that the above-referenced memorandum contains 639 words.

Dated: March 10, 2017                    Respectfully submitted,

                                                                 *s/*Benjamin W. Hulse
                                                                 Jerry W. Blackwell (#186867)
                                                                 Benjamin W. Hulse (#0390952)
                                                                 Mary S. Young (#0392781)
                                                                 **Attorneys for Defendants 3M Company and Arizant Healthcare Inc.**
                                                                 BLACKWELL BURKE P.A.
                                                                 431 South Seventh Street, Suite 2500
                                                                 Minneapolis, MN 55415
                                                                 T: (612) 343-3200    F: (612) 343-3205
                                                                 blackwell@blackwellburke.com
                                                                 bhulse@blackwellburke.com
                                                                 myoung@blackwellburke.com

                                                                 Bridget M. Ahmann (#016611x)
                                                                 **Attorney for Defendants 3M Company and Arizant Healthcare Inc.**
                                                                 FAEGRE BAKER DANIELS LLP
                                                                 2200 Wells Fargo Center
                                                                 90 South Seventh Street
                                                                 Minneapolis, MN 55402
                                                                 T: (612) 766-7000    F: (612) 766-1600
                                                                 bridget.ahmann@faegrebd.com