UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To: All Actions | MDL No. 15-2666<br>(JNE/FLN)<br><br>**STATEMENT INSTEAD OF REDACTED DOCUMENT** |

I hereby certify that Plaintiffs have filed a letter requesting leave to move for reconsideration of the Court's March 6, 2017 Order denying Plaintiffs' motion to overrule VitaHEAT Medical, LLC's relevancy objection to Plaintiffs' subpoena. Exhibit A to the letter is a transcript of Mr. Albert Van Duren's 30(b)(6) deposition testimony. Because the transcript has been marked "Confidential" under the Protective Order, Plaintiffs file this Statement Instead of Redacted Document pursuant to L.R. 5.6(d)(1)(A)(ii).

Dated: March 13, 2017

CIRESI CONLIN L.L.P.

/s/ Michael A. Sacchet
Michael V. Ciresi (MN #0016949)
Jan M. Conlin (MN #0192697)
Michael A. Sacchet (MN #0395817)
225 S. 6th St., Suite 4600
Minneapolis, MN 55402
Phone: (612) 361-8200