# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

In re: BAIR HUGGER FORCED AIR
WARMING DEVICES PRODUCTS
LIABILITY LITIGATION

This Document Relates To:
All Actions

MDL No. 15-2666 (JNE/FLN)

**ORDER**

The status conference that had been scheduled for March 16, 2017 is hereby
cancelled.

In the parties' joint agenda for this conference, submitted to the Court on March 10,
2017, Defendants identified some disputes regarding Plaintiff Fact Sheets ("PFS") in
individual cases.   By "put[ting] the dispute[s] on the court conference agenda,"
Defendants have satisfied the requirements of Pretrial Order No. 14 ¶ 7, Dkt. No. 117, and
these cases will be deemed "addressed to the Court" notwithstanding the fact that there will
be no in-court conference this month.   A case must appear on the agenda for two
sequential court conferences without resolution before Defendants may move to dismiss it.
*Id.* ¶ 8.   This is the first agenda on which Defendants have put any PFS disputes.

To provide notice to the parties, the Court notes that the disputes that Defendants
put on this month's agenda concern the following cases:

| | |
|---|---|
| 0:15-cv-03328-JNE-FLN | Grushesky v. 3M Company et al |
| 0:15-cv-03899-JNE-FLN | Hardison v. 3M Company et al |
| 0:15-cv-03900-JNE-FLN | Wright v. 3M Company et al |
| 0:15-cv-03950-JNE-FLN | LeBlanc v. 3M Company et al |
| 0:15-cv-03951-JNE-FLN | Hernandez v. 3M Company et al |
| 0:15-cv-03952-JNE-FLN | Dorsey v. 3M Company et al |
| 0:15-cv-04044-JNE-FLN | Campbell v. 3M Company |
| 0:15-cv-04265-JNE-FLN | Mayne v. 3M Company |

| | |
|---|---|
| 0:15-cv-04362-JNE-FLN | Johnson v. 3M Company et al |
| 0:15-cv-04493-JNE-FLN | Ciappa et al v. 3M Company et al |
| 0:16-cv-00026-JNE-FLN | Norton v. 3M Company |
| 0:16-cv-00135-JNE-FLN | Smith v. 3M Company |
| 0:16-cv-00136-JNE-FLN | Hager v. 3M Company |
| 0:16-cv-00203-JNE-FLN | Arnette v. 3M Company |
| 0:16-cv-00208-JNE-FLN | Davis v. 3M Company |
| 0:16-cv-00214-JNE-FLN | Taylor v. 3M Company |
| 0:16-cv-00365-JNE-FLN | Zahn v. 3M Company et al |
| 0:16-cv-00401-JNE-FLN | McLane v. 3M Company |
| 0:16-cv-00476-JNE-FLN | Livingston v. 3M Company |
| 0:16-cv-00514-JNE-FLN | Chavers v. 3M Company |
| 0:16-cv-00515-JNE-FLN | Klosinski v. 3M Company |
| 0:16-cv-00517-JNE-FLN | Ryan v. 3M Company |
| 0:16-cv-00518-JNE-FLN | Thompson v. 3M Company |
| 0:16-cv-00529-JNE-FLN | Yender v. 3M Company |
| 0:16-cv-00607-JNE-FLN | Boyd v. 3M Company |
| 0:16-cv-00621-JNE-FLN | Weimer v. 3M Company |
| 0:16-cv-00705-JNE-FLN | Peyton v. 3M Company et al |
| 0:16-cv-00784-JNE-FLN | Young v. 3M Company et al |
| 0:16-cv-00787-JNE-FLN | Abrams v. 3M Company et al |
| 0:16-cv-00799-JNE-FLN | Stribling v. 3M Company |
| 0:16-cv-00812-JNE-FLN | Torok v. 3M Company et al |
| 0:16-cv-00826-JNE-FLN | Starnes v. 3M Company et al |
| 0:16-cv-00828-JNE-FLN | Wood v. 3M Company et al |
| 0:16-cv-00838-JNE-FLN | Plumley v. 3M Company |
| 0:16-cv-00839-JNE-FLN | Smith v. 3M Company |
| 0:16-cv-00841-JNE-FLN | Vann v. 3M Company |
| 0:16-cv-00846-JNE-FLN | Scott v. 3M Company |
| 0:16-cv-00990-JNE-FLN | Stinson v. 3M Company |
| 0:16-cv-01257-JNE-FLN | Harvey v. 3M Company |
| 0:16-cv-01259-JNE-FLN | Lance v. 3M Company |
| 0:16-cv-01275-JNE-FLN | Bono v. 3M Company |
| 0:16-cv-01303-JNE-FLN | Bellman v. 3M Company |
| 0:16-cv-01338-JNE-FLN | Hartzel v. 3M Company |
| 0:16-cv-01364-JNE-FLN | Vernal v. 3M Company |
| 0:16-cv-01741-JNE-FLN | Irving v. 3M Company |
| 0:16-cv-01742-JNE-FLN | Johnson v. 3M Company |
| 0:16-cv-01774-JNE-FLN | Zenner v. 3M Company |
| 0:16-cv-01799-JNE-FLN | DeBlassio v. 3M Company, et al |
| 0:16-cv-01829-JNE-FLN | Blowe v. 3M Company, et al |
| 0:16-cv-01846-JNE-FLN | Tate v. 3M Company |
| 0:16-cv-01847-JNE-FLN | Rivers v. 3M Company et al |

0:16-cv-01849-JNE-FLN     Buford v. 3M Company
0:16-cv-01853-JNE-FLN     Johnson et al v. 3M Company et al
0:16-cv-01857-JNE-FLN     Wilcox v. 3M Company et al
0:16-cv-01905-JNE-FLN     Burks v. 3M Company et al
0:16-cv-01906-JNE-FLN     Gunn et al v. 3M Company et al
0:16-cv-01930-JNE-FLN     Heil v. 3M Company et al
0:16-cv-01935-JNE-FLN     Williams v. 3M Company et al
0:16-cv-01941-JNE-FLN     Florence v. 3M Company et al
0:16-cv-01942-JNE-FLN     Contreras v. 3M Company et al
0:16-cv-01956-JNE-FLN     George v. 3M Company et al
0:16-cv-01957-JNE-FLN     Byrd et al v. 3M Company et al
0:16-cv-01958-JNE-FLN     Baswell v. 3M Company et al
0:16-cv-01959-JNE-FLN     Branham v. 3M Company et al
0:16-cv-01968-JNE-FLN     Phillips v. 3M Company et al
0:16-cv-01970-JNE-FLN     Harding v. 3M Company et al
0:16-cv-01980-JNE-FLN     Johnson v. 3M Company et al
0:16-cv-01986-JNE-FLN     Harkleroad v. 3M Company et al
0:16-cv-02002-JNE-FLN     Stubstad v. 3M Company et al
0:16-cv-02033-JNE-FLN     Anaya v. 3M Company
0:16-cv-02042-JNE-FLN     Asbury et al v. 3M Company et al
0:16-cv-02054-JNE-FLN     Trainer v. 3M Company et al
0:16-cv-02065-JNE-FLN     Marlowe v. 3M Company et al
0:16-cv-02082-JNE-FLN     Flannagin v. 3M Company et al
0:16-cv-02083-JNE-FLN     Hurst et al v. 3M Company et al
0:16-cv-02123-JNE-FLN     Trice v. 3M Company and Arizant Healthcare, Inc.
0:16-cv-02130-JNE-FLN     Loman v. 3M Company and Arizant Healthcare, Inc.
0:16-cv-02144-JNE-FLN     Partlow v. 3M Company et al
0:16-cv-02154-JNE-FLN     Holder v. 3M Company et al
0:16-cv-02155-JNE-FLN     Davis v. 3M Company et al
0:16-cv-02156-JNE-FLN     Busby v. 3M Company et al
0:16-cv-02196-JNE-FLN     Waddell v. 3M Company et al
0:16-cv-02205-JNE-FLN     Soens v. 3M Company et al
0:16-cv-02226-JNE-FLN     Kunath v. 3M Company et al
0:16-cv-02246-JNE-FLN     Sargent v. 3M Company et al
0:16-cv-02268-JNE-FLN     Griffith v. 3M Company et al
0:16-cv-02278-JNE-FLN     Bush v. 3M Company et al
0:16-cv-02279-JNE-FLN     Bullington v. 3M Company et al
0:16-cv-02280-JNE-FLN     Irons v. 3M Company et al
0:16-cv-02299-JNE-FLN     Redman et al v. 3M Company et al
0:16-cv-02302-JNE-FLN     Aites v. 3M Company et al
0:16-cv-02305-JNE-FLN     Devers v. 3M Company et al
0:16-cv-02308-JNE-FLN     Conner v. 3M Company et al
0:16-cv-02311-JNE-FLN     Bizub v. 3M Company et al

| | |
|---|---|
| 0:16-cv-02322-JNE-FLN | Davis et al v. 3M Company et al |
| 0:16-cv-02335-JNE-FLN | Colter v. 3M Company et al |
| 0:16-cv-02349-JNE-FLN | Hittson et al v. 3M Company et al |
| 0:16-cv-02350-JNE-FLN | Jensen v. 3M Company et al |
| 0:16-cv-02351-JNE-FLN | Connell v. 3M Company et al |
| 0:16-cv-02366-JNE-FLN | Currey v. 3M Company et al |
| 0:16-cv-02370-JNE-FLN | Adair v. 3M Company et al |
| 0:16-cv-02372-JNE-FLN | Higginson v. 3M Company et al |
| 0:16-cv-02373-JNE-FLN | Miller v. 3M Company et al |
| 0:16-cv-02374-JNE-FLN | Upton v. 3M Company et al |
| 0:16-cv-02394-JNE-FLN | Murphy et al v. 3M Company et al |
| 0:16-cv-02414-JNE-FLN | Gilmore v. 3M Company et al |
| 0:16-cv-02415-JNE-FLN | Davis v. 3M Company et al |
| 0:16-cv-02426-JNE-FLN | Lay v. 3M Company et al |
| 0:16-cv-02428-JNE-FLN | King v. 3M Company et al |
| 0:16-cv-02432-JNE-FLN | Garner et al v. 3M Company et al |
| 0:16-cv-02433-JNE-FLN | Bender v. 3M Company et al |
| 0:16-cv-02481-JNE-FLN | Magee v. 3M Company et al |
| 0:16-cv-02482-JNE-FLN | Parks v. 3M Company et al |
| 0:16-cv-02483-JNE-FLN | Harper v. 3M Company et al |
| 0:16-cv-02484-JNE-FLN | Hall et al v. 3M Company et al |
| 0:16-cv-02485-JNE-FLN | Bailey v. 3M Company et al |
| 0:16-cv-02486-JNE-FLN | Canup v. 3M Company et al |
| 0:16-cv-02517-JNE-FLN | Keahey et al v. 3M Company et al |
| 0:16-cv-02519-JNE-FLN | Cunningham v. 3M Company et al |
| 0:16-cv-02576-JNE-FLN | Young v. 3M Company, et al |
| 0:16-cv-02596-JNE-FLN | White v. 3M Company et al |
| 0:16-cv-02626-JNE-FLN | Buttacavoli v. 3M Company et al |
| 0:16-cv-02655-JNE-FLN | Black v. 3M Company et al |
| 0:16-cv-02657-JNE-FLN | Waters v. 3M Company et al |
| 0:16-cv-02661-JNE-FLN | Davis v. 3M Company et al |
| 0:16-cv-02699-JNE-FLN | Blanks Jr. v. 3M Company et al |
| 0:16-cv-02726-JNE-FLN | Doty v. 3M Company et al |
| 0:16-cv-02736-JNE-FLN | Chervenak v. 3M Company et al |
| 0:16-cv-02755-JNE-FLN | Fraley v. 3M Company et al |
| 0:16-cv-02757-JNE-FLN | Alford v. 3M Company et al |
| 0:16-cv-02765-JNE-FLN | Drake v. 3M Company et al |
| 0:16-cv-02772-JNE-FLN | Wilburn v. 3M Company et al |
| 0:16-cv-02787-JNE-FLN | Hood et al v. 3M Company et al |
| 0:16-cv-02801-JNE-FLN | Hardison v. 3M Company et al |
| 0:16-cv-02803-JNE-FLN | Johnson v. 3M Company et al |
| 0:16-cv-02805-JNE-FLN | King et al v. 3M Company et al |
| 0:16-cv-02810-JNE-FLN | Sullivan et al v. 3M Company et al |

0:16-cv-02811-JNE-FLN   Reese v. 3M Company et al
0:16-cv-02818-JNE-FLN   Johnson v. 3M Company et al
0:16-cv-02870-JNE-FLN   Hakel v. 3M Company et al
0:16-cv-02874-JNE-FLN   Garro v. 3M Company et al
0:16-cv-02879-JNE-FLN   Thompson v. 3M Company et al
0:16-cv-02880-JNE-FLN   Brunner v. 3M Company et al
0:16-cv-02888-JNE-FLN   Taylor et al v. 3M Company et al
0:16-cv-02889-JNE-FLN   Surface v. 3M Company et al
0:16-cv-02896-JNE-FLN   Toler et al v. 3M Company et al
0:16-cv-02901-JNE-FLN   Helton et al v. 3M Company et al
0:16-cv-02902-JNE-FLN   Britt et al v. 3M Company et al
0:16-cv-02903-JNE-FLN   Fields v. 3M Company et al
0:16-cv-02911-JNE-FLN   Snider v. 3M Company et al
0:16-cv-02917-JNE-FLN   Stinemates v. 3M Company et al
0:16-cv-02936-JNE-FLN   Bryson v. 3M Company
0:16-cv-02956-JNE-FLN   Hein v. 3M Company et al
0:16-cv-03022-JNE-FLN   Allan v. 3M Company et al
0:16-cv-03037-JNE-FLN   Lupo v. 3M Company et al
0:16-cv-03058-JNE-FLN   Kaelin v. 3M Company et al
0:16-cv-03083-JNE-FLN   LeMaire, Sr. et al v. 3M Company et al
0:16-cv-03105-JNE-FLN   Johnson v. 3M Company et al
0:16-cv-03109-JNE-FLN   Hrbek et al v. 3M Company
0:16-cv-03110-JNE-FLN   Dickens v. 3M Company et al.
0:16-cv-03170-JNE-FLN   Cowsen v. 3M Company et al
0:16-cv-03272-JNE-FLN   Sparrow et al v. 3M Company et al
0:16-cv-03306-JNE-FLN   Hutchinson v. 3M Company et al
0:16-cv-03315-JNE-FLN   Squires v. 3M Company et al
0:16-cv-03317-JNE-FLN   Hollins v. 3M Company et al
0:16-cv-03329-JNE-FLN   Gray v. 3M Company et al
0:16-cv-03354-JNE-FLN   Rivera v. 3M Company, et al
0:16-cv-03357-JNE-FLN   Batkins v. 3M Company et al
0:16-cv-03383-JNE-FLN   DePriest v. 3M Company et al
0:16-cv-03431-JNE-FLN   Freeman v. 3M Company et al
0:16-cv-03444-JNE-FLN   Pugh v. 3M Company et al
0:16-cv-03501-JNE-FLN   Whatman et al v. 3M Company et al
0:16-cv-03553-JNE-FLN   Barrett v. 3M Company et al
0:16-cv-03635-JNE-FLN   Pierce v. 3M Company et al
0:16-cv-03708-JNE-FLN   Goodson v. 3M Company et al
0:16-cv-03781-JNE-FLN   Fling et al v. 3M Company et al
0:16-cv-03783-JNE-FLN   White v. 3M Company
0:16-cv-03784-JNE-FLN   Stewart et al v. 3M Company et al
0:16-cv-03903-JNE-FLN   Youngerman et al v. 3M Company et al
0:16-cv-03934-JNE-FLN   Hougen v. 3M Company et al

0:16-cv-04038-JNE-FLN   Bell-Young v. 3M Company et al
0:16-cv-04072-JNE-FLN   Burney v. 3M Company et al

The next status conference is scheduled for Thursday, April 20, 2017, at 9:30 a.m. in

Courtroom 12W, U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415.

IT IS SO ORDERED.


Dated: March 13, 2017                                s/ Joan N. Ericksen
                                                     JOAN N. ERICKSEN
                                                     United States District Judge