From: J. Randall Benham <benhamlaw@gmail.com>
Sent: Tuesday, January 29, 2013 5:13 PM
To: David W. Hodges
Cc: Gabriel Assaad
Subject: Re: Consulting

Thanks for the email, David.  It accurately reflects our agreement.

Randy

On Tue, Jan 29, 2013 at 2:10 PM, David W. Hodges <dhodges@kennedyhodges.com> wrote:
> Mr. Benham:
>
> As discussed, please allow this correspondence to serve as an agreement between Kennedy Hodges, LLP and Hot Dog USA/Augustine Temperature Management LLC to provide consulting services on an as-needed basis relative to potential litigation.  As discussed, we anticipate using your company's services as a consulting only expert and not as a retained expert.
>
> If this accurately reflects our agreement, please respond with an affirmative email.
>
> I look forward to working with your company.
>
> David W. Hodges
>
> 
>
> Personal Injury Trial Law
>
> dhodges@kennedyhodges.com

EXHIBIT A

1