UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| _____ | |
| This Document Relates To: | Court File No. 16-cv-04072 (JNE/FLN) |
| Glen D. Burney v. 3M Company et, al. | **STIPLATION OF DISMISSAL WITH PREJUDICE** |

_____

     Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedures, Plaintiff and Defendants hereby stipulate and agree that the above-captioned action is hereby dismissed with prejudice, and each party agrees to bear their own fees and costs.

                                                 Respectfully submitted,

Dated: March 17, 2017           ZIMMERMAN REED LLP

                                                s/ Jason P. Johnston
                                                Charles S. Zimmerman – MN #120054
                                                J. Gordon Rudd, Jr. – MN #222082
                                                Jason P. Johnston – MN #0391206
                                                Jacqueline A. Olson – MN #391848
                                                ZIMMERMAN REED LLP
                                                1100 IDS Center, 80 South 8th Street
                                                Minneapolis, MN 55402
                                                Telephone:  (612) 341-0400
                                                Facsimile:  (612) 341-0844
                                                Charles.Zimmerman@zimmreed.com
                                                Gordon.Rudd@zimmreed.com
                                                Jacqueline.Olson@zimmreed.com

*COUNSEL FOR PLAINTIFF*

Dated: March 17, 2017         s/ Benjamin W. Hulse
                                                Benjamin W. Hulse
                                                BLACKWELL BURKE P.A.
                                                431 South 7th Street
                                                Suite 2500
                                                Minneapolis, MN 55415
                                                Telephone:  (612) 343-3200
                                                Facsimile:  (612) 343-3205
                                                bhulse@blackwellburke.com

*COUNSEL FOR DEFENDANTS*