UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

In re Bair Hugger Forced Air Warming
Products Liability Litigation

MDL No.  15-2666 (JNE/FLN)

---

This Document Relates to All Actions

LOCAL RULE 7.1 CERTIFICATE OF
COMPLIANCE

---

I, Genevieve M. Zimmerman, certify that the Memorandum titled:

PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR
PROTECTIVE ORDER CONCERNING PLAINTIFFS'
SUBPOENAS TO THIRD-PARTY MANUFACTURERS OF
PATIENT WARMING DEVICES

complies with Local Rule 7.1(f).  I further certify that, in preparation of the above

document, I: Used the following word processing program and version: Microsoft Word

2011 and that this word processing program has been applied specifically to include all

text, including headings, footnotes, and quotations in the following word count.  I further

certify that the above document contains the following number of words: 1,642.

Respectfully submitted,

Dated: March 17, 2017

MESHBESHER & SPENCE LTD.

/s/ Genevieve M. Zimmerman
Genevieve M. Zimmerman (MN #330292)
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Email: gzimmerman@meshbesher.com

**Plaintiffs' Co-Lead Counsel**

1