UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: BAIR HUGGER FORCED AIR WARMING PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to ALL ACTIONS | |

### DECLARATION OF GENEVIEVE M. ZIMMERMAN

1. My name is Genevieve M. Zimmerman and I am a Partner with the Meshbesher & Spence Ltd. law firm. I am a member of the Court appointed Co-Lead Counsel in the above entitled matter.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Mistral-Air-Plus MA-1100 Forced Air Warming Brochure.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Mistral-Air-Plus Forced Air Warming Service Manual.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Cincinnati Sub-Zero WarmAir FilteredFlo Convective Warming System Brochure.

5. Attached hereto as Exhibit 4 is a true and correct copy of 3MBH00844487.

6. Attached hereto as Exhibit 5 is a true and correct copy of the Deposition of Teri L.W. Woodwick-Sides, taken in Minneapolis, MN on December 8, 2016.

Dated:  March 17, 2017                  /s/ Genevieve M. Zimmerman
                                        Genevieve M. Zimmerman (MN#330292)
                                        MESHBESHER & SPENCE, LTD.
                                        1616 Park Avenue
                                        Minneapolis, MN 55404
                                        Phone: (612) 339-9121
                                        Email: gzimmerman@meshbesher.com

                                        Plaintiffs Co-Lead Counsel