# Mistral-Air®

## Forced Air Warming

## It's all about 37°



## Safe, Comfortable & Smart Warming

The 37° Company

# Mistral-Air® Forced Air Warming

Mistral-Air® warming blankets and suits are **safe**, as they meet patient safety requirements by being non-allergic, non-flammable and non-linting.

The wide range of Mistral-Air® products ensure there is a product for each application and can be used for pre-, per- and post-operative warming.

The warming blankets and suits are made of premium non-woven materials, are extra wide and have large tuck-in flaps providing supreme **comfort** and optimum warming capacity.

The Mistral-Air® warming blankets and suits and Mistral-Air® Plus Warming Unit are attuned to each other. This ensures **smart warming**; optimum performance and equal distribution of warm air throughout the entire blanket.

**Mistral-Air® Forced Air Warming System**

**Safe,**

**Comfortable &**

**Smart Warming**







## Mistral-Air® Plus Warming Unit

The Mistral-Air® Plus Warming Unit is very powerful, silent and provides a constant temperature to your patient within only 60 seconds. The Mistral-Air® Plus Warming unit default start up temperature of 38°C ensures the immediate start of therapy and reduces the risk of human error.

In addition to the over-temperature alarm, the under-temperature alarm is a standard built-in safety feature guaranteeing that the temperature which has been set is delivered to your patient. The premium HEPA filter provides clean air comparable to OR ventilating systems and is very easy to replace.



## Mistral-Air® Blankets Plus

The Mistral-Air® Blankets Plus use controlled diffusion, preventing airflow obstruction, floating and providing superior warming. Easy positioning and ease of use provided by the unique design and multiple air inlets make this a premium quality product.



## Mistral-Air® Reflective Blankets

The Mistral-Air® Reflective Blankets have a reflective top layer, increasing warming capacity and reflecting your patient's radiant body heat, preserving body temperature. The reflective technology allows also passive use for the pre- and post-operative phases.



## Mistral-Air® Specialty Blankets

The Mistral-Air® Specialty Blankets have been designed for unique surgeries and offer multiple positioning options. Surgical Access blankets are also available sterile.



## Mistral-Air® Warming Suits

The key for optimal warming is to cover as *early* as possible, as *much* as possible and as *long* as possible. Furthermore the arms and legs are both important components of the peripheral thermal compartment.

The Mistral-Air® Suits fulfill all of these needs:
- Ease of use, as a patient gown with overlapping backside closure
- Entire coverage of arms and legs
- Ideal for pre-warming
- Per-operatively as a forced air warming Upper and/or Lower Body blanket (simultaneously)
- Post-operatively, reattached, as a Full Body blanket

*Images shown may differ from the actual product*

More products from The 37Company:

**Fluido®AirGuard System**
High Flow Blood & Fluid Warming

**Fluido®Irrigation**
Fluid Warming

**Thermoflect®**
Heat Reflective Technology

**Virtual37**
Temperature Management Tool

## It's all about 37°

### The 37Company mission

Our core business is all about 37°C, about keeping patients at a constant healthy body tempera-ture. The 37Company is working with respected medical professionals to accomplish continuous innovation, improve patient outcome and to reduce health care costs. This by providing training, education and economically justified, best-in-class products.

**Fluido® and Mistral-Air® are registered trademarks of The Surgical Company International B.V.**
Fluido® products are covered by the following European patents: 1313521 and 1446179.
Mistral-Air® Blankets Plus are covered by the following American patent: 12/342,933.
Other patents pending.

**Thermoflect® is a registered trademark of Encompass Group, LLC.**



Beeldschermweg 6F
3821 AH  Amersfoort
The Netherlands
www.the37company.com

Member of
**The Surgical Company**
GROUP

© 2013 The Surgical Company Group • INT/P078-EN/1-08/14



**MA2220**
**Adult Plus**
2180 x 1270mm



**MA2230**
**Paediatric Plus**
1450 x 1020mm



**MA2240**
**Neonatal Plus**
1270 x 640mm



**MA2250**
**Lower Body Plus**
1270 x 1020mm



**MA2260**
**Upper Body Plus**
2010 x 760mm



**MA2265**
**Half Upper Body Plus**
1600 x 760mm

**MA2270**
**Torso Plus**
1240 x 760mm



**MA2400**
**Full Underbody Plus**
2200 x 900mm



**MA2450**
**Half Underbody Plus**
1680 x 900mm

# Safe

**Mistral-Air® Blankets Plus** meet patient safety requirements by being non-allergic, non-flammable and non-linting.

# Comfortable

**Mistral-Air® Blankets Plus** have been designed to offer you maximum user and patient comfort by its adhesive tape and strips for optimal fixation, additional air inlets and soft non-woven material.

**Mistral-Air® Blankets Plus** are made of lightweight material, reducing storage space and waste disposal.

# Smart

**Mistral-Air® Blankets Plus** have internal deflection dots and adjusted permeability ensuring a controlled diffusion of the warm air, resulting in increased performance without draft nor floating.



| Deflection dots | Air inlets | U-Shape neck space | Adhesive tape | Perforated strips |



Beeldschermweg 6F, 3821 AH  Amersfoort, The Netherlands. T +31 (0)33 450 72 50, F +31 (0)33 450 72 60
info@the37company.com, www.the37company.com VAT No. NL 8111.49.948.B.03 Chamber of Commerce (Amersfoort) No. 31029240

## Mistral-Air® Reflective Blankets

**MA0320**
Adult
2180 x 1270mm



**MA0330**
Paediatric
1450 x 1020mm



**MA0340**
Neonatal
850 x 760mm



**MA0350**
Lower Body
1420 x 1020mm



**MA0360**
Upper Body
2000 x 760mm



**MA0365**
Half Upper Body
1600 x 760mm



**MA0400**
Full Underbody
2150 x 1020mm



**MA0450**
Underbody
1630 x 1020mm



## Mistral-Air® Specialty Blankets

**MA0290 / (280)**
Surgical Access (sterile)
2200 x 1270mm



**MA0285A**
Lower Surgical Access
1650 x 1270mm



**MA0510**
Tube
1750 x 150mm

# Mistral-Air® Equipment

### Mistral-Air® Plus Warming Unit

| Article number | MA1100-EU |
|---|---|
| Voltage, Frequency, Current | 220-240VAC, 50/60Hz, 3A |
| Average power | 525W |
| Dimensions | 276mm x 385mm x 239mm |
| Weight | ± 6.0kg |
| Hose length | 1.8m |
| Power cord length | 4.0m |
| Set temperature | 32℃, 38℃, 43℃ or Ambient Air |
| Filtration (HEPA) | 0.3µm 99.99% / 0.2µm 99.86% |
| Limited Warranty | 2 years |
| Classification IEC 60601-1 | Class I, Body Floating (BF) |
| Classification IEC 60529 | IP21 |
| Classification 93/42/EEC & 2007/47/EC | Class IIb |

### Mistral-Air® Pole with Basket

| Article number | MA5100-C |
|---|---|
| Dimensions pole | 675mm height, ⌀ 25mm |
| Dimensions Base | ⌀ 600mm |
| Castors | 5 latex free, with brakes |
| Basket dimensions | 195mm x 295mm x 250mm |
| Weight | ± 4.4kg |





*Images shown may differ from the actual product*

Beeldschermweg 6F, 3821 AH  Amersfoort, The Netherlands. T +31 (0)33 450 72 50, F +31 (0)33 450 72 60
info@the37company.com, www.the37company.com VAT No. NL 8111.49.948.B.03 Chamber of Commerce (Amersfoort) No. 31029240

© 2013 The Surgical Company Group • INT/R077-EN/2.0/14