

# WarmAir® FilteredFlo®

## Convective Warming System

**Safety**



**Outcomes**

**Selection**

# WarmAir® FilteredFlo Convective Warming System

*Improve patient safety and patient outcomes...*
The WarmAir system from CSZ provides safe, effective air warming therapy to your patient.

**Improve Surgical Outcomes with Patient Temperature Management**

Approximately 60-70% of surgical patients become hypothermic. Recent studies have proven that warming patients before, during and after surgery, and other specialty procedures can markedly improve clinical outcomes. Keeping the patient's temperature near normal during colorectal surgery has been shown to dramatically reduce wound infections, speed healing and shorten hospital stays by 2.5 days.[1]

Convective air warming provides the following patient benefits:

- Reduces hypothermia during most surgical procedures
- Works to maintain patient core temperature keeping patients normothermic
- Promotes healing and reduces wound infections
- Warms cold patients post-operatively
- Helps improve patient recovery time, minimizing the length of hospital stays

[1]Sessler DI, Kurz A, Lenhardt R. "Perioperative Normothermia to Reduce the Incidence of Surgical Wound Infection and Shorten Hospitalization." *NE Journal of Medicine*.1996; 334 (19): 1209-1215.

## WarmAir® Warming Unit



- Reduced air circulation, lower risk of infection
- 100% of air is HEPA filtered
- Quiet operation
- Four levels of therapy
- Compact and lightweight
- High and low temperature safeties
- Meets UL 2601 standards required in 2010

| WarmAir® Specifications | |
|---|---|
| **Dimensions:** | 8.75"w X 8.75"d X 13.5"h (22.2cm X 22.2cm X 34.3cm) |
| **Weight:** | 13.5 lbs. (6.1kg) |
| **Temperature Settings:** | Fan Only / Ambient<br>    Low: 90°F (32.2°C)<br>    Medium: 100°F (37.8°C)<br>    High: 110°F (43.3°C) |
| **Heater:** | 1200 watt |
| **Airflow:** | 35 cfm |
| **Filtration:** | 0.2 micron |

2

# FilteredFlo Warming Blankets

FilteredFlo single-use convective air blankets offer unmatched performance and value. There are a wide range of models available to choose from to fit both the needs of your patient and your budget.

✓ **Effective Patient Warming**

All CSZ warming blankets provide uniform warm air distribution and retain heat for effective patient warming. FilteredFlo blankets have built-in flaps that tuck around the patient, providing superior therapy and eliminating the need for additional cover sheets or blankets.

✓ **Patient Safety**

CSZ's WarmAir warming system provides double air filtration to protect your patient from airborne bacterial contaminants. This is accomplished by heated air that is first filtered through a HEPA filter on the warming unit then filtered a second time through CSZ's unique FilteredFlo warming blankets.

✓ **Patient & Caregiver Comfort**

Conforming to the patient's body, FilteredFlo blankets deliver evenly distributed warm air without a hint of blowing air. Warm air diffuses through the lower drape material without causing discomfort to the patient or medical personnel.

✓ **Easy to Access**

FilteredFlo blankets are easy to manage, will not "fly away," and may be folded back for easy access to your patient.

✓ **Economical**

Since additional sheets and blankets are not needed with FilteredFlo blankets, laundry and processing costs are also reduced.

### FilteredFlo Upper Body Warming Blanket 

The upper body blanket is typically used for abdominal or lower body procedures warming the upper torso and arms.

- Attached head drape
- Two inlet ports
- Attached securing ties
- Easy peel one-piece tape



**Model 443**

3



**Model 442**

### FilteredFlo Lower Body Warming Blanket



The lower body blanket is utilized during surgical procedures that require access to the upper half of the body.

- Non-heated foot drape
- Extra width to fit all size patients
- Tuckable flaps

### FilteredFlo Adult Warming Blanket



The adult blanket provides full coverage for patients of all sizes, is generously sized and includes extra material for the shoulders and feet. Used for pre-operative, post-operative and outpatient care.

- No top sheet or blanket required
- Easy patient access
- Low profile



**Model 243**

### FilteredFlo Torso Warming Blanket



Used during surgical procedures that require access to the lower half of the body. The torso blanket includes a clear drape to cover and warm the intubated patient's head.

- Two inlet ports
- Attached head drape
- Easy access to IV on left or right side



**Model 344**

## FilteredFlo®
## Sterile Cardiac Warming Blanket



The sterile cardiac blanket is utilized during open heart procedures.

- Actively heats groin area
- Easy access through perforated opening
- Oversized to fit all patients



**Model 542**



**Model 244**

## FilteredFlo
## Pediatric Warming Blanket



Provides full coverage for pediatric patient care. Blankets include extra material for the shoulders and feet along with a foot drape to reduce the risk of thermal injury. Pediatric blankets are used for pre-operative, intra-operative, and post-operative care. Ideal for use in the PACU, ICU and OR.

- No top sheet or blanket is required
- Low profile
- Easy patient access

## FilteredFlo®
## Neonate/Pediatric Warming Blanket



The neonate/pediatric blanket provides warmth to neonates, newborns and small children. The blanket can be placed over or under the patient and with a clear drape that can be placed on top of the patient to help retain heat. Neonate/pediatric blankets are used for pre-operative, intra-operative, and post-operative care. Ideal for use in the PACU, ICU and OR.

- Drainage holes included
- Pre-attached tape to secure blanket



**Model 241**

5

# How do CSZ FilteredFlo Warming Blankets Compare to Others?

CSZ is able to deliver WarmAir Therapy to your patients utilizing the patented non-woven delivery surface of the FilteredFlo blanket. Our FilteredFlo blankets require no perforation thereby avoiding unwanted and potentially dangerous particles in your operating room.

### Questions to Consider

- Are you concerned with patient safety?
- Do you currently use similiar blankets in your O.R.?
- Would you use these blankets on your patient?



Competitive blanket 1



Competitive blanket 2



Competitive blanket 3 (Note visible particles)



Competitive blanket particles



Un-opened competitive blanket

**Which warming blanket would you like to use on your patients?**



CSZ's FilteredFlo blanket

**6**

# The Difference in CSZ Patient Warming Systems

The WarmAir Model 135 is compact (13.5"/34.3cm tall), lightweight (13.5 pounds/6.1 kg) and attaches easily to operating room tables, stretchers, bed ends, side rails or IV poles. Optional Model MST-135 Mobile Stand offers added convenience.



**CSZ uses Filtered Air Warming as opposed to Forced Air Warming**
The unique patented design of FilteredFlo blankets permits use of a lower velocity blower to supply gently moving, clean air. The filtered air warming method minimizes air currents that may spread contaminants to your patient.



Filtered Air method with CSZ's FilteredFlo blankets



Forced Air method with competitive brand

7

## FilteredFlo® Blanket Specifications

| FilteredFlo® Warming Blankets | | | | |
|---|---|---|---|---|
| TYPE | SIZE | METALLIC | NON-METALLIC | |
| Adult | 92in x 50in (233.7cm x 152.4cm) | Model 143 | Model 243 | |
| Pediatric | 56in x 40in (142.2cm x 101.6cm) | Model 144 | Model 244 | |
| Neonate | 29in x 30in (73.6cm x 76.2cm) | --- | Model 241 | |
| Upper Body | 88in x 30in (223.5cm x 76.2cm) | Model 343 | Model 443 | |
| Lower Body | 58in x 40in (147.3cm x 101.6cm) | Model 342 | Model 442 | |
| Torso | 43in x 40in (109.2cm x 101.6cm) | --- | Model 344 | |
| Sterile Cardiac | 72in x 50in (182.8cm x 127cm) | --- | Model 542 | |
| Tube | 28in x 66in (71.1cm x 167.6cm) | --- | Model 145 | |

WarmAir FilteredFlo blankets are also available with a metallic top layer.



**Warming Tube™**
The warming tube is ideal for use in the PACU, ICU, Cath. Lab and Radiology. Since patients are enclosed in warmth through "surround-air", distortion of radiographic images or interference with the critical performance of imaging equipment can be avoided.





Authorized European Representative
CEpartner4U BV
Esdoornlaan 13
3951 DB Maarn
The Netherlands
Tel: +31 (0) 6-516-536.36



12011 Mosteller Road
Cincinnati, Ohio 45241-1528
513-772-8810    800-989-7373
Fax: 513-772-9119
www.cszmedical.com
©Cincinnati Sub-Zero Products, Inc., 2004
99197  9/04