UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: BAIR HUGGER FORCED AIR WARMING PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to ALL ACTIONS | |

## DECLARATION OF GENEVIEVE M. ZIMMERMAN

1. My name is Genevieve M. Zimmerman and I am a Partner with the Meshbesher & Spence Ltd. law firm.  I am a member of the Court appointed Co-Lead Counsel in the above entitled matter.

2. Attached hereto as Exhibit 1 is a true and correct copy of the 510(K) Application.


Dated:  March 20, 2017          /s/ Genevieve M. Zimmerman
                                Genevieve M. Zimmerman (MN#330292)
                                MESHBESHER & SPENCE, LTD.
                                1616 Park Avenue
                                Minneapolis, MN 55404
                                Phone: (612) 339-9121
                                Email: gzimmerman@meshbesher.com

                                Plaintiffs Co-Lead Counsel