UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAIR HUGGER FORCED AIR　　　　　　MDL No. 15-2666 (JNE/FLN)
WARMING DEVICES PRODUCTS
LIABILITY LITIGATION

**ORDER**

---

Genevieve Zimmerman and Michael Sacchet for Plaintiffs.
Ben Hulse and Deborah Lewis for Defendants and Respondent VitaHEAT Medical, LLC.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on Plaintiffs' March 13, 2017 letter requesting leave to file a motion to reconsider (ECF No. 266). Based upon the foregoing, and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the request is **DENIED**.

DATED: March 21, 2017　　　　　　　　　　*s/Franklin L. Noel*
　　　　　　　　　　　　　　　　　　　　　FRANKLIN L. NOEL
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge