UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Products Liability Litigation<br><br>This Document Relates to All Actions. | MDL No. 2666 (JNE/FLN)<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' FIRST REQUEST FOR ADMISSIONS AND SECOND SET OF INTERROGATORIES TO 3M COMPANY AND ARIZANT HEALTHCARE INC.** |

Pursuant to Rules 29, 33(b) and 36(a)(3) of the Federal Rules of Civil Procedure, Plaintiffs and Defendants, by and through their undersigned counsel, hereby stipulate and agree that the time for Defendants to respond to Plaintiffs' First Request for Admissions and Second Set of Interrogatories to 3M Company and Arizant Healthcare Inc. dated February 20, 2017, should be extended through and including March 31, 2017. In support of this stipulation, the parties state as follows:

WHEREAS, Plaintiffs served their Request for Admissions and Interrogatories on Defendants on February 20, 2017;

WHEREAS, as reflected in the status report submitted to the Court on March 10, 2017, the parties have agreed that the time for Defendants to respond to Plaintiffs' Request for Admissions and Second St of Interrogatories should be extended through and including March 31, 2017.

NOW, THERFORE, the parties hereby stipulate and agree as follows:

1. Defendants' responses and objections to Plaintiffs' Request for Admissions and Interrogatories shall be due on or before March 31, 2017.

2. This extension shall not operate as (a) any admission by Defendants of any portion of the Request for Admissions or Interrogatories, (b) a waiver of any objection Defendants may otherwise have to any portion of the written discovery request, or (c) any waiver of any other right or obligation of the parties under the Federal Rules of Civil Procedure.

Dated: March 22, 2017                               Respectfully submitted,

s/ Benjamin W. Hulse
Jerry W. Blackwell (MN #186867)
Mary S. Young (MN #0392781)
Benjamin W. Hulse (MN #0390952)
BLACKWELL BURKE P.A.
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3200
Fax: (612) 343-3205
Email: blackwell@blackwellburke.com
       myoung@blackwellburke.com
       bhulse@blackwellburke.com

Bridget M. Ahmann (MN #016611x)
M. Joseph Winebrenner (MN#0387889)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Phone: (612) 766-7000
Email: bridget.ahmann@faegrebd.com
       joe.winebrenner@faegrebd.com

**Counsel for Defendants 3M Company and Arizant Healthcare, Inc.**

s/ Genevieve M. Zimmerman
Genevieve M. Zimmerman (MN #330292)
MESHBESHER & SPENCE, LTD.
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
Email: gzimmerman@meshbesher.com

Michael V. Ciresi (MN #0016949)
Jan M. Conlin (MN #0192697)
CIRESI CONLIN LLP
225 S. 6th St., Suite 4600
Minneapolis, MN 55402
Phone: 612.361.8202
Email: MVC@CiresiConlin.com
       JMC@CiresiConlin.com

Ben W. Gordon, Jr. (*Pro Hac Vice*)
LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, FL 32502-5996
Phone: (850) 435-7091
Fax: (850) 435-7020
Email: bgordon@levinlaw.com

**Co-Lead Counsel for Plaintiffs**