# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

IN RE: Bair Hugger Forced Air Warming Devices Products Liability Litigation

**COURT MINUTES**
BEFORE: Franklin L. Noel
U.S. Magistrate Judge, Courtroom 9W

| | |
|---|---|
| MDL No.: | 15-2666 (JNE/FLN) |
| Date: | March 27, 2017 |
| Court Reporter: | N/A |
| Time Commenced: | 9:06 a.m. |
| Time Concluded: | 9:47 a.m. |
| Time in Court: | 41 minutes |

APPEARANCES:

For Plaintiffs and Respondent Kennedy Hodges, LLP:   Kyle Farrar, David Hodges, Genevieve Zimmerman, Gabriel Assad, and Michael Sacchet

For Defendants:   Ben Hulse

**Defendants' motions to compel [#251] and for a protective order [#258], were taken under advisement at the hearing.**

☒ ORDER TO BE ISSUED     ☐ NO ORDER TO BE ISSUED     ☐ R&R TO BE ISSUED     ☒ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court     ☐ Exhibits returned to counsel

   s/CH
Signature of Law Clerk