**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: BAIR HUGGER FORCED AIR WARMING PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |

---

**THIS DOCUMENT RELATES TO:**

| | |
|---|---|
| *Curtis K Moore Jr and Christal Moore* | *0:16-cv-01244* |
| *Carolyn Grazier* | *0:17-cv-00665* |
| *Robert Hakel* | *0:16-cv-02870* |
| *James Kunath* | *0:16-cv-02226* |
| *Mary New* | *0:15-cv-04488* |
| *Edward Reed* | *0:16-cv-02194* |

## <u>NOTICE OF CHANGE OF ADDRESS</u>

Comes now Jasper D. Ward IV, and Alex C. Davis of the law firm Jones Ward PLC, attorneys for the Plaintiffs, and hereby gives notice to this Honorable Court, all parties and all counsel of record in this matter who have made an appearance that  Jones Ward PLC's new office address effective immediately is 1205 E. Washington St., Suite 111, Louisville, Kentucky 40206. The telephone number, facsimile number   and email address remain the same.

Dated: March 27, 2017

Respectfully submitted,

JONES WARD PLC

s/*Alex C. Davis*_____
Alex C. Davis
Jasper D. Ward IV
JONES WARD PLC
The Pointe
1205 E. Washington St., Suite 111
Louisville, Kentucky 40206
Phone:  502 882-6000
Fascimile: 502 587-2007
Counsel for Plaintiff

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of March 2017 a copy of the above and foregoing has been filed electronically with the Clerk of Court using the CM/ECF system which will send notice of electronic filing in accordance with the procedures established in MDL 2666.


_s/Alex C. Davis_
Alex C. Davis