# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Products Liability Litigation<br><br>This Document Relates to All Actions. | MDL No. 15-MD-2666 (JNE/FLN)<br><br>**ORDER** |

This matter is before the Court on the parties' Joint Stipulation to Extend Defendant's Time to Respond to Plaintiff's First Request for Admissions and Second Set of Interrogatories to 3M Company and Arizant Healthcare Inc., which requests that Defendants' time to respond to Plaintiffs' First Requests for Admission and Second Set of Interrogatories be extended until March 31, 2017. Based on the Joint Stipulation,

IT IS HEREBY ORDERED that:

1. Defendants' responses to Plaintiffs' Request for Admissions and Second Set of Interrogatories shall be due on or before March 31, 2017.

2. This extension shall not operate as (a) any admission by Defendants of any portion of the Request for Admissions or Interrogatories, (b) a waiver of any objection Defendants may otherwise have to any portion of the Request for Admissions or Interrogatories, or (c) any waiver of any other right or obligation of the parties under the Federal Rules of Civil Procedure.

Dated: March 27, 2017

*s/Franklin L. Noel*
Hon. Franklin L. Noel
United States Magistrate Judge