UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To: All Actions | **WORD COUNT COMPLIANCE** |

I certify that the **Joint Response by Nonparty VitaHEAT Medical, LLC and Defendants to Plaintiffs' Objection to Magistrate Judge's Denial of Plaintiffs' Motion to Overrule VitaHEAT's Relevance Objection** complies with Local Rule 72.2(c). Specifically, we affirm that the document complies with the limitations set forth in LR 72.2(c)(1), as well as the type size requirements set forth in LR 72.2(c)(2).

I further certify that in preparation of this memorandum, I used Microsoft® Office Word 2010, and the word processing program has an appropriate functioning word count tool applied specifically to include all text, including headings, footnotes, and quotations.

I certify that the above-referenced memorandum contains 3,498 words.

Dated:  April 3, 2017 　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*s/*Deborah L. Lewis

　　　　　　　　　　　　　　　　　　　　　　Deborah Lewis (#0397922)
　　　　　　　　　　　　　　　　　　　　　　**Attorney for Non-Party**
　　　　　　　　　　　　　　　　　　　　　　**VitaHEAT Medical, LLC**
　　　　　　　　　　　　　　　　　　　　　　BLACKWELL BURKE P.A.
　　　　　　　　　　　　　　　　　　　　　　431 South Seventh Street, Suite 2500
　　　　　　　　　　　　　　　　　　　　　　Minneapolis, MN  55415
　　　　　　　　　　　　　　　　　　　　　　T: (612) 343-3200    F:  (612) 343-3205
　　　　　　　　　　　　　　　　　　　　　　dlewis@blackwellburke.com

Dated:  April 3, 2017 　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*s/*Benjamin W. Hulse

　　　　　　　　　　　　　　　　　　　　　　Jerry W. Blackwell (#186867)
　　　　　　　　　　　　　　　　　　　　　　Benjamin W. Hulse (#0390952)
　　　　　　　　　　　　　　　　　　　　　　Mary S. Young (#0392781)
　　　　　　　　　　　　　　　　　　　　　　**Attorneys for Defendants 3M Company**
　　　　　　　　　　　　　　　　　　　　　　**and Arizant Healthcare Inc.**
　　　　　　　　　　　　　　　　　　　　　　BLACKWELL BURKE P.A.
　　　　　　　　　　　　　　　　　　　　　　431 South Seventh Street, Suite 2500
　　　　　　　　　　　　　　　　　　　　　　Minneapolis, MN  55415
　　　　　　　　　　　　　　　　　　　　　　T: (612) 343-3200    F:  (612) 343-3205
　　　　　　　　　　　　　　　　　　　　　　blackwell@blackwellburke.com
　　　　　　　　　　　　　　　　　　　　　　bhulse@blackwellburke.com
　　　　　　　　　　　　　　　　　　　　　　myoung@blackwellburke.com

　　　　　　　　　　　　　　　　　　　　　　Bridget M. Ahmann (#016611x)
　　　　　　　　　　　　　　　　　　　　　　**Attorney for Defendants 3M Company**
　　　　　　　　　　　　　　　　　　　　　　**and Arizant Healthcare Inc.**
　　　　　　　　　　　　　　　　　　　　　　FAEGRE BAKER DANIELS LLP
　　　　　　　　　　　　　　　　　　　　　　2200 Wells Fargo Center
　　　　　　　　　　　　　　　　　　　　　　90 South Seventh Street
　　　　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55402
　　　　　　　　　　　　　　　　　　　　　　T: (612) 766-7000    F: (612) 766-1600
　　　　　　　　　　　　　　　　　　　　　　bridget.ahmann@faegrebd.com