IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: BAIR HUGGER FORCED AIR WARMING PRODUCT LIABILITY LITIGATION | MDL No.: 15-md-02666 (JNE/FLN) |
| This Document Relates To: | |
| JOHN PETITTA<br>　　Plaintiff,<br>vs.<br>3M COMPANY, a Delaware corporation,<br>　　Defendant. | Civil Action No.: 16-cv03878-JNE-FLN |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed with prejudice, each party to bear its own costs.

IT IS SO STIPULATED:

DATED: April 5, 2017  　　　　Levin, Papantonio, Thomas, Mitchell,
　　　　　　　　　　　　　　　Rafferty & Proctor P.A.


　　　　　　　　　　　　　　　By:/s/ Daniel A. Nigh_____
　　　　　　　　　　　　　　　Daniel A. Nigh (FL #030905)
　　　　　　　　　　　　　　　316 S. Baylen Street, Suite 600
　　　　　　　　　　　　　　　Pensacola, Florida 32502-5996
　　　　　　　　　　　　　　　Phone (850) 435-7000
　　　　　　　　　　　　　　　Email: dnigh@levinlaw.com


　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

DATED: April 5, 2017				**BALCKWELL BURKE, P.A.**


/s/ Mary S. Young_____
Jerry W. Blackwell (#186867)
Benjamin W. Hulse (#0390952)
Mary S. Young (#0392781)
**BLACKWELL BURKE P.A.**
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415
(612) 343-3200
blackwell@blackwellburke.com
bhulse@blackwellburke.com
myoung@blackwellburke.com

*Attorneys for 3M Company, Arizant Healthcare, Inc., and Robert Prestera*