# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

In re: Bair Hugger Forced Air Warming
Products Liability Litigation

MDL No. 15-2666 (JNE/FLN)

This Document Relates To:
All Actions

---

### PLAINTIFFS AND DEFENDANTS' BELLWETHER NOMINATIONS

Pursuant to Pretrial Order No. 17, Plaintiffs and Defendants each identified sixteen (16) cases from the 150 cases randomly selected by the Court on January 5, 2017. There is one overlapping case, making a total of thirty-one (31) federal Bellwether Nominated cases.

Additionally, consistent with the Parties' agreement to include Ramsey County, Minnesota cases, Plaintiffs and Defendants each identified two (2) cases from the related Bair Hugger cases filed in Ramsey County, Minnesota, on or before December 19, 2016. There is one overlapping Ramsey County, Minnesota case, leaving a total of three (3) Ramsey County Bellwether Nominated cases.

To the extent any deficiencies exist in the Plaintiff Fact Sheets submitted in the Parties Bellwether Nominations, Defendants presently anticipate that the Parties will be able to resolve those issues. Therefore, Defendants do not anticipate that any of the Parties Bellwether Nominations will be excluded from the bellwether pool pursuant to PTO No. 14 or Ramsey County Case Management Order #7.

Defendants' federal Bellwether Nominations are as follows:

1. **Plaintiffs:** **Buckner, James and Ella Buckner**
   **Case No.:** **16-cv-02385-JNE-FLN**

2. **Plaintiff:** **Collins, Jeffrey**
   **Case No.:** **16-cv-01188-JNE-FLN**

3. **Plaintiff:** **Cowall, Frank**
   **Case No.:** **16-cv-00895-JNE-FLN**

4. **Plaintiff:** **Critari, Donald D.**
   **Case No.:** **16-cv-00250-JNE-FLN**

5. **Plaintiff:** **Crochet, Bernard J.**
   **Case No.:** **16-cv-03153-JNE-FLN**

6. **Plaintiffs:** **Foriska, Emil G. and Lynn L. Foriska**
   **Case No.:** **16-cv-01236-JNE-FLN**

7. **Plaintiffs:** **Hall, Claudia and Walter Hall**
   **Case No.:** **16-cv-02386-JNE-FLN**

8. **Plaintiff:** **Hardison, James**
   **Case No.:** **15-cv-03899-JNE-FLN**

9. **Plaintiff:** **Howard, Judith**
   **Case No.:** **16-cv-03367-JNE-FLN**

10. **Plaintiff:** **Kamke, Julie** (also nominated by Plaintiffs)
    **Case No.:** **16-cv-01225-JNE-FLN**

11. **Plaintiff:** **Knuteson, Jeffrey**
    **Case No.:** **16-cv-01088-JNE-FLN**

12. **Plaintiffs:** **Murphy, Vincent and Janet Murphy**
    **Case No.:** **16-cv-02394-JNE-FLN**

13. **Plaintiffs:** **Skaar, Kurtis and Debbie Skaar**
    **Case No.:** **16-cv-02969-JNE-FLN**

14. **Plaintiffs:** **Statkus, Candy and Larry Statkus**
    **Case No.:** **16-cv-03115-JNE-FLN**

15.     **Plaintiff:**     Surface, Andrea
       **Case No.:**     16-cv-02889-JNE-FLN

16.     **Plaintiff:**     Sutter, Francis
       **Case No.:**     16-cv-01155-JNE-FLN

Plaintiffs' federal Bellwether Nominations are as follows:

1.     **Plaintiff:**     Currey, Judy
      **Case No.:**     16-cv-02366-JNE-FLN

2.     **Plaintiff:**     Gareis, Louis
      **Case No.:**     16-cv-04187-JNE-FLN

3.     **Plaintiff:**     Guy, Thomas
      **Case No.:**     16-cv-01425-JNE-FLN

4.     **Plaintiff:**     Hadden, William
      **Case No.:**     16-cv-01817-JNE-FLN

5.     **Plaintiff:**     Jennings, Bonnie
      **Case No.:**     16-cv-04224-JNE-FLN

6.     **Plaintiff:**     **Kamke, Julie** (also nominated by Defendants)
      **Case No.:**     16-cv-01225-JNE-FLN

7.     **Plaintiff:**     Krawczak, Betty
      **Case No.:**     16-cv-04217-JNE-FLN

8.     **Plaintiff:**     Lucas, George
      **Case No.:**     16-cv-00251-JNE-FLN

9.     **Plaintiff:**     McClure, Wanda
      **Case No.:**     16-cv-01200-JNE-FLN

10.     **Plaintiff:**     Miller, Barry
       **Case No.:**     16-cv-04201-JNE-FLN

11.     **Plaintiff:**     Myers, C. Thomas
       **Case No.:**     16-cv-04182-JNE-FLN

**12.**   **Plaintiffs:**   **Nugier, John and Trisa Nugier**
         **Case No.:**   **16-cv-04246-JNE-FLN**

**13.**   **Plaintiff:**   **Rugley, Sr., Gustavus**
         **Case No.:**   **16-cv-04209-JNE-FLN**

**14.**   **Plaintiff:**   **Sollers, Jerrold**
         **Case No.:**   **15-cv-04277-JNE-FLN**

**15.**   **Plaintiff:**   **Swiecicki, Bruce**
         **Case No.:**   **15-cv-04430-JNE-FLN**

**16.**   **Plaintiff:**   **Vandermade, Gerardus**
         **Case No.:**   **16-cv-04221-JNE-FLN**

Defendants' Ramsey County Bellwether Nominations are as follows:

**1.**   **Plaintiff:**   **Reding, Thomas E.**
        **Case No.:**   **62-cv-15-6848**

**2.**   **Plaintiff:**   **Walker, Kevin W.** (also nominated by Plaintiffs)
        **Case No.:**   **62-cv-16-1257**

Plaintiffs' Ramsey County Bellwether Nominations are as follows:

**1.**   **Plaintiff:**   **Singsaas, Ronnie and Margaret Singsaas**
        **Case No.:**   **62-cv-16-3555**

**2.**   **Plaintiff:**   **Walker, Kevin W.** (also nominated by Defendants)
        **Case No.:**   **62-cv-16-1257**

Dated:  April 7, 2017                                     Respectfully submitted,

| | |
|---|---|
| Jerry W. Blackwell (MN #186867) <br> Mary S. Young (MN #0392781) <br> Benjamin W. Hulse (MN #0390952) <br> BLACKWELL BURKE P.A. <br> 431 South Seventh Street <br> Suite 2500 <br> Minneapolis, MN  55415 <br> Phone: (612) 343-3256 <br> Fax: (612) 343-3205 <br> Email:  blackwell@blackwellburke.com <br>           myoung@blackwellburke.com <br>           bhulse@blackwellburke.com <br><br> Bridget M. Ahmann (MN #016611x) <br> M. Joseph Winebrenner (MN #0387889) <br> FAEGRE BAKER DANIELS LLP <br> 2200 Wells Fargo Center <br> 90 South Seventh Street <br> Minneapolis, MN 55402 <br> (612) 766-7000 <br> Email:  bridget.ahmann@faegrebd.com <br>           joe.winebrenner@faegrebd.com <br><br> **Counsel for Defendants 3M Company and Arizant Healthcare, Inc.** | Michael V. Ciresi (MN #0016949) <br> Jan M. Conlin (MN #0192697) <br> CIRESI CONLIN LLP <br> 225 S. 6th St., Suite 4600 <br> Minneapolis, MN 55402 <br> Phone: 612.361.8202 <br> Email:  MVC@CiresiConlin.com <br>           JMC@CiresiConlin.com <br><br> Ben W. Gordon, Jr. (*Pro Hac Vice*) <br> LEVIN, PAPANTONIO, THOMAS, <br> MITCHELL, RAFFERTY & PROCTOR, P.A. <br> 316 South Baylen Street, Suite 600 <br> Pensacola, FL 32502-5996 <br> Phone: (850) 435-7091 <br> Fax: (850) 435-7020 <br> Email:  bgordon@levinlaw.com <br><br> Genevieve M. Zimmerman (MN #330292) <br> MESHBESHER & SPENCE, LTD. <br> 1616 Park Avenue South <br> Minneapolis, MN 55404 <br> Phone: (612) 339-9121 <br> Fax: (612) 339-9188 <br> Email:  gzimmerman@meshbesher.com <br><br> **Co-Lead Counsel for Plaintiffs** |