UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 2666 (JNE/FLN) |
| This Document Relates to: Order Issued Document No. 293 | DECLARATION OF DAVID HODGES |

_____

I, David W. Hodges, declare as follows:

This declaration is made in satisfaction of the Court's Order [Doc. 293] issued on March 31, 2017 regarding Defendants' discovery requests. In accordance with the discovery requests and the Protective Orders/Privilege Log Protocol issued in this case, a complete and thorough search was performed and all communication between Kennedy Hodges, LLP and Dr. Augustine have either been produced or included in the privilege logs produced to Defendants.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

April 13, 2017                                         /s/ David W. Hodges