# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

|  |  |  |
|---|---|---|
| | **COURT MINUTES** | |
| | BEFORE: JOAN N. ERICKSEN | |
| | U.S. District Judge | |
| | and | |
| | FRANKLIN L. NOEL | |
| | U.S. Magistrate Judge | |
| IN RE: Bair Hugger Forced Air Warming Devices Products Liability Litigation | Case No: | 15-md-2666 (JNE/FLN) |
| | Date: | April 20, 2017 |
| | Deputy: | Catherine B. Cusack |
| | Court Reporter: | Maria V. Weinbeck |
| | Courthouse: | Minneapolis |
| | Courtroom: | 12W |
| | Time in Court: | 9:45 a.m. - 10:27 a.m. |
| | Time in Chambers: | 10:30 a.m. - 10:45 a.m. |
| | Total Time: | 57 Minutes |

## STATUS CONFERENCE

**APPEARANCES:**

Plaintiffs: Ben W. Gordon, Jr., *Levin Papantonio, P.A.*; Genevieve M. Zimmerman, *Meshbesher & Spence, Ltd.*; Michael V. Ciresi and Michael A. Sacchet, *Ciresi Conlin LLP*; David W. Hodges and Gabriel A. Assaad, *Kennedy Hodges, LLP*, Behram V. Parekh, *Kirtland and Packard LLP*, and Brendan Flaherty, *Pritzker Hageman, P.A.*

Defendant: Benjamin W. Hulse, Mary S. Young and Corey L. Gordon, *Blackwell Burke, P.A.*, and Bridget M. Ahmann, *Faegre Baker Daniels LLP*

Please see attached list of telephone participants.

**PROCEEDINGS:**

☒ Status Conference held.
☒ Appearances made on the record.
☒ The next status conference is scheduled for May 18, 2017 at 9:30 a.m.

| NAME | FIRM NAME | PARTICIPATING IN CONFERENCE CALL 4.20.17 | |
|---|---|---|---|
| Anne Andrews | Andrew Thornton Higgins Razmara, LLP | x | |
| John C. Thornton | Andrew Thornton Higgins Razmara, LLP | x | |
| Lauren Davis | Andrew Thornton Higgins Razmara, LLP | x | |
| Lila Razmara | Andrew Thornton Higgins Razmara, LLP | x | |
| Marco Galindez | Andrew Thornton Higgins Razmara, LLP | x | |
| Todd Rudometkin | Andrew Thornton Higgins Razmara, LLP | x | |
| Justin Jenson | Bailey Peavy Bailey Cowan Heckaman, PLLC | x | |
| Megan Robinson | Beasley, Allen, Crow, Methvin, Portis & Miles, PC | x | |
| Matthew Munson | Beasley, Allen, Crow, Methvin, Portis & Miles, PC | x | |
| Dae Y. Lee | Bernstein Liebhard, LLP | x | |
| Miyoshi Rivers | Brent Coon and Associates | x | |
| Don Ledgard | Capretz & Associates | x | |
| Martin D. Crump | David & Crump | x | |
| Robert Cain | David & Crump | x | |
| Wes Stevenson | David & Crump | x | |
| Wayne Rogers, Jr. | DeGaris Law Group, LLC | x | |
| Kevin Fitzgerald | Fitzgerald Law Group, LLC | x | |
| Kaitlyn Spring Neufeld | Goza & Honnold, LLC | x | |
| Emily DeVuono | Grossman & Moore, PLLC | x | |
| Jennifer Moore | Grossman & Moore, PLLC | x | |
| Don McKenna | Hare Wynn Newell & Newton | x | |
| Lynne Reed | Hare Wynn Newell & Newton | x | |
| Peggy Little | Hare Wynn Newell & Newton | x | |
| Richard S. Lewis | Hausfeld, LLP | x | |
| Scott Hollis | Hollis Legal Solutions, PPLC | x | |
| Randall A. Kauffman | Houssier, Durant & Houssier, LLP | x | |
| Monica Vaughan | Houssier, Durant & Houssier, LLP | x | |
| Shirley Strom-Blanchard | Houssier, Durant & Houssier, LLP | x | Paralegal |
| Rolf T. Fiebiger | Johnson Becker, PLLC | x | |
| Leslie O'Leary | Johnson Johnson & Schauller PC | x | |
| Brett Emison | Langdon & Emison | x | |
| Rachel Ahmann (Assistant) | Langdon & Emison | x | |
| Elizabeth J. McLafferty | Law Office of James S. Rogers | x | |
| Pete Lewis | Lewis & Caplan | x | |
| Sarah Delahoussaye Call | Lewis & Caplan | x | |
| William Hymes | Loncar & Associates | x | |
| John L. Coveney | Loncar & Associates | x | Legal Asst. |
| Priscilla Lord | Lord & Associates Law Office | x | |
| Melissa Marie Heinlein | Lord & Associates Law Office | x | |
| Rosemarie Bogdan | Marin Harding & Mazzotti LLP | x | |
| Melissa Schmid | McEwen Law Firm LTD | x | Paralegal |
| Holly Sternquist | Meshbesher & Spence, LTD | x | Paralegal |
| Julie M. Jochum | Michael Hingle & Associates | x | |
| Bryan A. Pfleeger | Michael Hingle & Associates | x | |
| Heather Cullen | Morgan & Morgan Complex Litigation Group | x | |
| Caroline W. Thomas | Murray Law Firm | x | |
| Neal R. Elliott, Jr | Neal R. Elliott | x | |
| Michael S. Werner | Parker Waichman, LLP | x | |
| Nicole Eisner | Parker Waichman, LLP | x | Paralegal |
| Brian E. Tadtman | Peterson & Associates, P.C. | x | |
| Nicholas S. Clevenger | Peterson & Associates, P.C. | x | |
| Matt Leckman | Pogust Braslow & Millrood, LLC | x | |

| Name | Firm | | Role |
|---|---|---|---|
| Jessical Lowe | Pogust Braslow & Millrood, LLC | x | Paralegal |
| Wendy Thayer | Pritzker Hageman, PA | x | Legal Asst. |
| Jeffery L. Raizner | Raizner Slania LLP | x | |
| Carrie Hancock | Randall J. Trost, P.C. | x | Paralegal |
| Pam Rodriguez | Randall J. Trost, P.C. | x | |
| Randall T Trost | Randall J. Trost, P.C. | x | |
| Amy M. Tao | Sidney P. Cominsky, LLC | x | Paralegal |
| Melissa Mielke | Skikos Crawford Skikos & Joseph | x | |
| Arlene Nicole | Tate Law Group | x | paralegal |
| Mark Tate | Tate Law Group | x | |
| Jason Goldenstein | The Lanier Law Firm, PLLC | x | |
| Erika Mohabir | The Lanier Law Firm, PLLC | x | Paralegal |
| Travis R. Walker | The Law Office of Travis R. Walker, PA | x | |
| Tayjes M. Shah | The Miller Firm, LLC | x | |
| Wesley G. Barr | The Olinde Firm, LLC | x | |
| Austin Grinder | The Ruth Team | x | |
| Steven C. Ruth | The Ruth Team | x | |
| Vera G. Marino | Vera Gretchyn Marino | x | |
| Brain S. Franciskato | Nash & Franciskato Law Firm | x | |