# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to All Actions.<br><br>**PLAINTIFF(S)**<br><br>_____<br><br>VS.<br><br>**3M COMPANY AND ARIZANT HEALTHCARE, INC.** | **[proposed] AMENDED EXHIBIT B TO PRETRIAL ORDER #8 – SECOND AMENDED MASTER SHORT FORM COMPLAINT AND JURY TRIAL DEMAND** |

1.  Plaintiff, _____, states and brings this civil action in MDL No. 15-2666, entitled *In Re: Bair Hugger Forced Air Warming Products Liability Litigation*. Plaintiff(s) [is/are] filing this Short Form Complaint as permitted by Pretrial Order #8 of this Court.

## PARTIES, JURISDICTION AND VENUE

2.  Plaintiff, _____, is a resident and citizen of the State of _____ and claims damages as set forth below.

3.  Plaintiff's Spouse, _____, is a resident and citizen of the State of _____, and claims damages as set forth below. *[Cross out Spousal Claim if not applicable.]*

4.  Jurisdiction is proper based upon diversity of Citizenship.

5.  Proper Venue: The District Court in which remand trial is proper and where

this Complaint would have been filed absent the direct filing order by this Court is

_____.

6. Plaintiff brings this action *[check the applicable designation]*:

_____ On behalf of [himself/herself];

_____ In a representative capacity as the _____ of the _____ having been duly appointed as the _____ by the _____Court of _____.

A copy of the Letters of Administration for a wrongful death claim is annexed hereto if such letters are required for the commencement of such a claim by the Probate, Surrogate or other appropriate court of the jurisdiction of the decedent.

*[Cross out if not applicable.]*

## FACTUAL ALLEGATIONS

7. On or about _____, Plaintiff underwent surgery during which the Bair Hugger Forced Air Warming system (hereinafter "Bair Hugger") was used during the course and scope of [his/her] _____[type of surgery] at the _____ [medical center and address], in _____[city and state], by Dr. _____.

8. Contaminants introduced into Plaintiff's open surgical wound as a direct and proximate result of use of the Bair Hugger during the subject surgery resulted in Plaintiff developing a periprosthetic joint infection ("PJI"), also known as a deep joint infection ("DJI"). The pathogen identified was _____ (*if known*).

9. As a result of Plaintiff's infection caused by the Bair Hugger, Plaintiff has

2

undergone _____[Describe treatment(s) received, e.g., revision arthroplasty, wound vac treatment, multiple staged procedures, etc.] on or about _____, at _____ [medical center(s) and address(es)] by Dr(s). _____.  [*Cross out if not applicable.*]

## ALLEGATIONS AS TO INJURIES

10. (a) Plaintiff claims damages as a result of (check all that are applicable):

_____             INJURY TO HERSELF/HIMSELF

_____             INJURY TO THE PERSON REPRESENTED

_____             WRONGFUL DEATH

_____             SURVIVORSHIP ACTION

_____             ECONOMIC LOSS

(b) Plaintiff's spouse claims damages as a result of (check all that are applicable):  [*Cross out if not applicable.*]

_____             LOSS OF SERVICES

_____             LOSS OF CONSORTIUM

11. Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff(s).

## DEFENDANT-SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY

12. The following claims and allegations are asserted by Plaintiff(s) and are herein adopted by reference (check all that are applicable):

_____             FIRST CAUSE OF ACTION - NEGLIGENCE;

_____             SECOND CAUSE OF ACTION - STRICT LIABILITY;

_____   FAILURE TO WARN

3

_____       DEFECTIVE DESIGN AND MANUFACTURE

_____       THIRD CAUSE OF ACTION – BREACH OF EXPRESS WARRANTY;

_____       FOURTH CAUSE OF ACTION- BREACH OF IMPLIED WARRANTY OF MERCHANTBILITY LAW OF THE STATE OF _____, _____§§_____;

_____       FIFTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA PREVENTION OF CONSUMER FRAUD ACT;

_____       SIXTH CAUSE OF ACTION – VIOLATION OF THE MINNESOTA DECEPTIVE TRADE PRACTICES ACT;

_____       SEVENTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA UNLAWFUL TRADE PRACTICES ACT;

_____       EIGHTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA FALSE ADVERTISING ACT;

_____       NINTH CAUSE OF ACTION- CONSUMER FRAUD AND/OR UNFAIR AND DECEPTIVE TRADE PRACTICES UNDER LAW OF THE STATE OF _____, _____§§_____ ;

_____       TENTH CAUSE OF ACTION – NEGLIGENT MISREPRESENTATION;

_____       ELEVENTH CAUSE OF ACTION- FRAUDULENT MISREPRESENTATION;

_____       TWELFTH CAUSE OF ACTION – FRAUDULENT CONCEALMENT;

_____       THIRTEENTH CAUSE OF ACTION – LOSS OF CONSORTIUM; and

_____       FOURTEENTH CAUSE OF ACTION – UNJUST ENRICHMENT.

_____       <u>FIFTHEENTH CAUSE OF ACTION – PUNITIVE DAMAGES</u>

In addition to the above, Plaintiff(s) assert the following additional causes of action

under applicable state law:

_____

_____

_____.

*[Cross out if not applicable.]*

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff(s) pray for judgment against Defendants as follows:

1. For compensatory damages;

2. Pre-judgment and post-judgment interest;

3. Statutory damages and relief of the state whose laws will govern this action;

4. <u>Punitive Damages;</u>

5. Costs and expenses of this litigation;

6. Reasonable attorneys' fees and costs as provided by law;

7. Equitable relief in the nature of disgorgement;

8. Restitution of remedy Defendants' unjust enrichment; and

9. All other relief as the Court deems necessary, just and proper.

## **JURY DEMAND**

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff(s) hereby demand(s) a trial by jury as to all claims in Complaint so triable.

Dated:_____

                                                  Respectfully submitted,

                                                  [INSERT COUNSEL SIGNATURE BLOCK]