UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MDL No. 15-2666 (JNE/FLN)

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation | |
| This Document Relates to All Actions | **PLAINTIFFS' MEET AND CONFER STATEMENT REGARDING MOTION FOR LEAVE TO AMEND MASTER LONG FORM AND MASTER SHORT FORM COMPLAINTS TO ASSERT CLAIM FOR PUNITIVE DAMAGES** |

Counsel for Plaintiffs certifies that they met and conferred with counsel for Defendants in person on April 20, 2017 regarding Plaintiffs' Motion for Leave to Amend Master Long Form and Master Short Form Complaints to Assert Claim for Punitive Damages. Counsel for Plaintiffs and Defendants do not agree on the resolution of Plaintiffs' Motion.

Dated: April 21, 2017

MESHBESHER & SPENCE LTD.

/s/ Genevieve M. Zimmerman
Genevieve M. Zimmerman (MN #330292)
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
Email: gzimmerman@meshbesher.com

*Plaintiffs Co-Lead Counsel*

1