UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To: All Actions | **(PROPOSED) ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO AMEND MASTER LONG FORM AND MASTER SHORT FORM COMPLAINTS TO ADD CLAIM FOR PUNITIVE DAMAGES** |

Before the Court is Plaintiffs' Motion for Leave to Amend Master Long Form and Master Short Form Complaints to Add Claim for Punitive Damages.

Based on the files, records, and proceedings herein,

IT IS HEREBY ORDERED that Plaintiffs' motion is GRANTED. Plaintiffs may file their Amended Master Long Form Complaint and Master Short Form Complaint to Add Claim for Punitive Damages.

Date: _____          BY THE COURT

 

                                               _____
                                               HON. FRANKLIN L. NOEL