# EXHIBIT 3

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

------------------

In Re:
Bair Hugger Forced Air Warming
Products Liability Litigation

This Document Relates To:
All Actions          MDL No. 15-2666 (JNE/FLM)

------------------

DEPOSITION OF GARY R. MAHARAJ
VOLUME I, PAGES 1 - 307
JANUARY 18, 2017

(The following is the deposition of GARY R. MAHARAJ, taken pursuant to Notice of Taking Deposition, via videotape, at the offices of Ciresi Conlin L.L.P., 225 South 6th Street, Suite 4600, Minneapolis, Minnesota, commencing at approximately 9:27 o'clock a.m., January 18, 2017.)

## Page 2

APPEARANCES:
On Behalf of the Plaintiffs:
  Michael V. Ciresi and Michael A. Sacchet
  CIRESI CONLIN L.L.P.
  225 South 6th Street, Suite 4600
  Minneapolis, Minnesota  55402

  Ben Gordon
  LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY & PROCTOR, P.A.
  316 S. Baylen Street, Suite 600
  Pensacola, Florida  32591

  Mark D. Bankston
  KASTER, LYNCH, FARRAR & BALL LLP
  1010 Lamar, Suite 1600
  Houston, Texas  77002

On Behalf of Defendants:
  Peter J. Goss
  BLACKWELL BURKE P.A.
  432 South Seventh Street, Suite 2500
  Minneapolis, Minnesota  55415

On Behalf of the Deponent:
  William A. Brewer III and Dale O. Fresch
  BREWER ATTORNEYS & COUNSELORS
  1717 Main Street, Suite 5900
  Dallas, Texas  75201

ALSO APPEARING:
  Ronald M. Huber, Videographer

## Page 3

INDEX

| EXHIBITS | DESCRIPTION | PAGE MARKED |
|---|---|---|
| Ex 248 | RALPH - Project Checklist, Cobra Redesign, 3MBH01735348-62 | 63 |
| 249 | E-mail, 3MBH00039987 | 85 |
| 250 | E-mail chain with attachment, 3MBH00018391-24 | 88 |
| 251 | E-mail string, 3MBH01897094 | 111 |
| 252 | E-mail string, 3MBH01870860-4 | 123 |
| 253 | E-mail string, 3MBH00050763-4 | 130 |
| 254 | Establishment Inspection Report, 3MBH01518054-70 | 139 |
| 255 | Agenda, Product Development Operations Meeting, August 27, 2003, 3MBH00530449-50 | 172 |
| 256 | E-mail string, 3MBH00024866 | 178 |
| 257 | E-mail string, 3MBH01030688 | 193 |
| 258 | E-mail with attachment, 3MBH00543170-80 | 212 |
| 259 | E-mail string, 3MBH01030805 | 223 |
| 260 | E-mail, 3MBH01109328 | 224 |
| 261 | E-mail string, 3MBH00031559-62 | 227 |
| 262 | E-mail string, 3MBH00031711-2 | 229 |
| 263 | E-mail, 3MBH01758108 | 236 |
| 264 | Maharaj Walton v. 3M Company Litigation Consultant Agreement, MAHARAJ00000104 | 261 |

## Page 4

| | | |
|---|---|---|
| 265 | Maharaj affidavit dated February 6, 2015, MAHARAJ00000012-5 | 264 |
| 266 | Greenberg Traurig Check No. 707455, MAHARAJ00000207 | 278 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 5

1            P R O C E E D I N G S
2         (Witness sworn.)
3         GARY R. MAHARAJ
4  called as a witness, being first duly sworn,
5  was examined and testified as follows:
6         ADVERSE EXAMINATION
7  BY MR. CIRESI:
8    Q.  Can you state your full name and the
9  spelling of your last name for the record, please.
10   A.  Sure. It's Gary Rabindranath Maharaj,
11 M-a-h-a-r-a-j.
12   Q.  Mr. Maharaj, my name is Mike Ciresi and I'm
13 one of the attorneys representing the plaintiffs in
14 this action. Have you had your deposition taken
15 before, sir?
16   A.  Yes, I have.
17   Q.  Okay. You understand, then, that I will be
18 asking you questions and you will be responding to
19 those questions under oath.
20   A.  Yes, I do.
21   Q.  Okay. If at any time during my questioning
22 you do not understand or hear a question that I ask
23 you, please advise me. Is that agreeable?
24   A.  I will.
25   Q.  Okay. If you don't so advise me, I'm going

Page 6

1  to assume that you have both heard and understood the
2  question. Is that also agreeable?
3    A.  Yes.
4    Q.  Okay. Couple housekeeping matters. Make
5  sure that you let me finish my question before you
6  respond, I will do the same; that enables us to get a
7  clean record. All right?
8    A.  Yes.
9    Q.  And in addition, please always answer with
10 an audible response rather than a nodding or shaking
11 of the head.
12   A.  Yes.
13   Q.  Okay. You graduated from the University of
14 Texas with a biomedical engineering degree?
15   A.  That was my graduate degree, yes.
16   Q.  Did you take any courses at the University
17 of Texas that dealt with the design of medical
18 devices?
19   A.  I don't recall. They were mainly
20 engineering. They involved medical devices, but I
21 don't recall specifically a design of a particular
22 device.
23   Q.  Okay. Did you learn at the University of
24 Texas in your design courses the concept of
25 environment of use of a product that was being

Page 7

1  designed?
2    A.  In broad terms, yes.
3    Q.  Okay. What was your understanding of the
4  environment of use based on your course at the
5  University of Texas?
6    A.  That's a pretty broad topic and I'd have to
7  think. It depends on the use of the device, the user,
8  and the intended outcome of the device and where it
9  was used, in -- in -- in broad terms. Beyond that I
10 can't recall specific details.
11   Q.  But design criteria should take into account
12 the environment in which the device is going to be
13 used; correct?
14   A.  Yes.
15   Q.  The people that would be using it; correct?
16   A.  Yes.
17   Q.  The purpose for which it was intended;
18 correct?
19   A.  Yes.
20   Q.  Any hazards that may be attendant with its
21 use; correct?
22   A.  Yes.
23   Q.  The types of warnings that should be
24 accompanying a device if it does have hazards;
25 correct?

Page 8

1    A.  If those warnings are applicable, yes.
2    Q.  After graduation from the University of
3  Texas you obtained your MBA from the University of
4  Minnesota?
5    A.  Yes, I did.
6    Q.  Did you have a specialty there?
7    A.  No.
8    Q.  And after that you went to work for Smith &
9  Nephew Orthopedics?
10   A.  No. I -- I --
11     Well first of all, I have a bachelor's
12 degree in physics.
13   Q.  I understand that. In West Indies, the
14 University of West Indies?
15   A.  Yes, in Trinidad. I went to Smith & Nephew
16 just before I graduated from the University of Texas,
17 so that's my --
18   Q.  What year would that have been in, sir?
19   A.  Nineteen --
20     It would be 1988, February or January of
21 1988.
22   Q.  So you worked at Smith & Nephew during the
23 time that you were at the University of Texas?
24   A.  Well I hadn't -- I --
25     Yes. I hadn't graduated. I was supposed to

Page 97

1 one, potentially with Paul Iaizzo, but I don't know
2 the names of the others.
3    Q. What studies did Dr. Augustine conduct or
4 test at Augustine that addressed that specific issue?
5    A. At Augustine, I don't know.
6    Q. Okay. Did you ever find any test at
7 Augustine which addressed that issue?
8    A. Can you repeat the issue?
9    Q. Whether airborne particles -- strike that.
10       The issue is your assertion that airborne
11 particles were not a problem with regard to the Bair
12 Hugger. What tests are you aware of, if any,
13 conducted at Augustine to address that specific issue?
14    A. I don't recall, and I'm not aware of some at
15 that time.
16       (Discussion off the stenographic record.)
17    Q. Now I want to direct your attention now to
18 the involvement you had in the 750. All right, sir?
19    A. Okay.
20    Q. Because, obviously, you were not involved at
21 all in the 505 design.
22    A. No.
23    Q. Okay. And first, let's deal with the
24 filter. All right? Do you know what filter was on
25 the 750?

Page 98

1    A. What do you mean by "what filter?"
2    Q. Type of filter.
3    A. No. It was a -- a filter media of some
4 specification. I don't know the exact specification.
5    Q. You don't know.
6    A. No.
7    Q. Never learned.
8    A. I don't know.
9    Q. You don't know if you ever learned?
10    A. No, I -- I don't know what the filter --
11    Q. Okay.
12    A. -- was.
13    Q. So you don't know that you ever learned what
14 the filter was.
15    A. No. That's what I'm saying, I can't recall
16 what the filter was.
17    Q. Okay.
18    A. I may have known at the time what the --
19       This was 15, 17, 18 years ago. I can't --
20    Q. Do you know what a HEPA filter is?
21    A. At some level. It's -- it's a --
22       MR. BREWER: (Sneezing) Pardon me.
23    A. It's a specific definition of a type of
24 filter, a type of high-efficiency filter.
25    Q. Did the 505 have a HEPA filter?

Page 99

1    A. I don't believe so. I don't believe any of
2 our devices were -- would fit the HEPA classification.
3    Q. Did the 750 have a HEPA filter?
4    A. I know there was --
5       I recall that there was some discussion
6 about it would be cool to claim HEPA just because it's
7 a -- a known filtration standard, but I don't know if
8 it -- if in the end it actually had HEPA. I believe
9 it was a high-efficiency filter, but I --
10       Since HEPA is a definition, I don't believe
11 it was HEPA at the end.
12    Q. All right. So you recall that it would --
13 would have been cool to claim that it was a HEPA
14 filter because it was a known filtration standard; is
15 that right?
16    A. I remember someone saying that would be
17 nice --
18       You know, HEPA was used in -- I believe in
19 vacuum cleaners and nuclear industry, that it would
20 have been a marketing attribute.
21    Q. Well what you said was it would have been
22 cool to claim that it was a HEPA filter because it was
23 a known filtration standard; correct?
24    A. That's what I recall that someone on the
25 team saying at the --

Page 100

1    Q. Okay.
2    A. -- at the outset.
3    Q. And -- strike that.
4       Your testimony is that Arizant did not use
5 that known filtration standard in either the 505 or
6 the 750; correct?
7    A. I don't believe it was used --
8       Now to be clear, that filtration standard is
9 a nuclear industry-derived standard, so it -- its
10 applicability to the 505 and the 750 is not direct.
11    Q. Well, a nuclear industry-derived
12 standard, --
13    A. I believe that's how HEP --
14    Q. -- is that what you --
15    A. I believe that's how HEPA was derived, yes.
16    Q. And they have clean rooms, don't they, in
17 the nuclear industry?
18    A. I don't know.
19    Q. You don't know.
20    A. No.
21    Q. So it was a standard that was known that was
22 derived by -- by the nuclear ind -- from the nuclear
23 industry, but it was never used in either the 505 or
24 the 750, to the best of your knowledge.
25    A. I don't believe --

25 (Pages 97 to 100)