# EXHIBIT 10

| | |
|---|---|
| **From:** | Wendy Lastovich [WendyLa@porous.com] |
| **To:** | <Hansen>;<Gary>;<John Burban>;<Craig Cuta> |
| **CC:** | <Zgoda>;<Karl>;<Barrows>;<Ryan> |
| **Sent:** | 8/4/2008 1:09:00 PM |
| **Subject:** | RE: Arizant Filtration Project |

Gary,

Thank you for the information & the Bair Hugger unit.

With respect to the efficiency of the current air intake filters we manufacture for Arizant, P/N's 500919, 500109, 200708 & 502114 utilize Porous Media's M10 grade. This media is rated for 93% efficient at 0.2 micron. Please keep in mind this is the media rating and factors such as flow rate may alter this efficiency.

The 750094 filter utilizes Porous Media's M20 grade. We do not have a published efficiency at 0.2 micron with this media, but expect it to be significantly lower than 93%.

We have not conducted testing and/or analysis for either of these media grades per the ASHRAE standard. We typically utilize DOP testing per ASTM D-2986, bubble point and mean flow pore per ASTM F316, and air permeability per TAPPI Standard T251 utilizing a Frazier Air Permeability Test System.

Please let us know if you have any questions.
Thank you,
Wendy


-----Original Message-----
From: Hansen, Gary [mailto:ghansen@arizant.com]
Sent: Monday, August 04, 2008 10:49 AM
To: Wendy Lastovich; John Burban; Craig Cuta
Cc: Zgoda, Karl; Barrows, Ryan
Subject: Arizant Filtration Project


Wendy,

It was a pleasure to speak with you last Friday. Thanks for coming to see us.

I've attached a draft plan for the project and the blower curves, as promised. The 750 unit should reach you today.

Karl wanted to do one additional test on the 750 unit: whether placing the high efficiency filter at the hose-end results in the same curve.
We'll send this information when we have it.

Let me know if you have any questions or concerns.

Best Regards,
Gary


_____

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email
_____


_____

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email
_____

3M Confidential