# EXHIBIT 11

# Model 750 Comparison w/other units

Airflow – Cobra 38-40 cfm, 505 23-25 cfm, Mallinckrodt 34-37 cfm, SIMS 16-18 cfm

Sound level

Hose management

Accessories

Safety – low overtemp

Specialty blankets

Size - compact

Weight

Ease of use (step down, not run on high, etc)

Pole mount and floor model (same model and components – on unit to maintain)

Long recommended filter change/maintenance interval

Easy to calibrate

Precise temp delivery

IEC safety standards

Works with 241

Microprocessor based control

Multi stage heater

Confidential – Subject To Protective Order                                                    3MBH01735812