# EXHIBIT 14

| | | |
|---|---|---|
| Gary Hansen/US-Corp03/3M/US | To | Mark J. Scott/US-EdenPrairie/3M/US@3M-Corporate |
| 03/16/2012 10:57 PM | cc | |
| | bcc | |
| | Subject | Re: Fw: Question |

Mark,

We do not want to disclose the actual filtration level, but it's sub-HEPA. I would use these talking points:

- There is a no standard requirement for HEPA filtration in forced-air warming units.
- Our filters are not HEPA and don't need to be.
- They filter air that has already been filtered by the OR ventilation system.
- Pathogens that typically cause SSIs are spread by touch rather than by airborne particles.
- Extensive 3d party evidence shows that our current level of filtration is sufficient.
- Arizant has over 20 years of experience with the current filters, but not one customer complaint about contamination.
- Increasing filtration efficiency would not enhance patient safety. However, it would reduce airflow, which could reduce warming effectiveness.

Gary

**3M**

Gary Hansen, Ph.D. | Director of Research and Development
Arizant Healthcare Inc., a 3M company
Patient Warming Business, 10393 West 70th Street | Eden Prairie, MN 55344
Office: 952 947 1388 | Mobile: 952 200 5645
ghansen@mmm.com | www.3M.com

---

| Mark J. Scott | Perhaps this is better addressed by your team.... | 03/15/2012 10:30:20 AM |
|---|---|---|

| | |
|---|---|
| From: | Mark J. Scott/US-EdenPrairie/3M/US |
| To: | ghansen@mmm.com |
| Date: | 03/15/2012 10:30 AM |
| Subject: | Fw: Question |

Perhaps this is better addressed by your team.

**3M**

**Mark J. Scott** | Sr. Product Marketing Manager, 3M Bair Hugger therapy
Arizant Healthcare Inc., a 3M company
Patient Warming Business, 10393 West 70th St. | Eden Prairie, MN 55344
Office: 952.947.1386 | Mobile: 612.801.9128 | Fax: 651.732.8976
mjscott2@mmm.com | www.3M.com | www.bairhugger.com

----- Forwarded by Mark J. Scott/US-EdenPrairie/3M/US on 03/15/2012 10:29 AM -----

Confidential – Subject To Protective Order                                                       3MBH00132832

| | |
|---|---|
| From: | Thomas Henne/GE-Europe/3M/US |
| To: | Franck Ajuelos/FR-Europe/3M/US@3M-Corporate, Cathy Winnepenninckx/BE-Europe/3M/US@3M-Corporate, Mark J. Scott/US-EdenPrairie/3M/US@3M-Corporate |
| Date: | 03/15/2012 02:48 AM |
| Subject: | Re: Question |

Dear Mark and Cathy,

Could one of you help Franck with his question regarding our BH filter?

Many Thanks,

Thomas



**Thomas Henne** | Scientific Marketing Manager
3M Infection Prevention - Patient Warming
3M Deutschland, Hammfelddamm 11 | 41453 Neuss Deutschland
Mobile: 0172 4078831 | Fax: 05505 999315
thenne@mmm.com | www.3M.com | www.bairhugger.de

| | |
|---|---|
| From: | Franck Ajuelos/FR-Europe/3M/US |
| To: | Thomas Henne/GE-Europe/3M/US@3M-Corporate |
| Date: | 14.03.2012 16:25 |
| Subject: | Question |

Hi Thomas,
what is the efficiency of our filter in the BH?
99,99%99,9999 % ?
thanks in advanced



Confidential – Subject To Protective Order

3MBH00132833

**Franck Ajuelos** | Responsable Scientifique
Prévention des Infections
3M Santé , | Bvd de L'Oise 95029 Cergy
Office: 33 1 3031 8557 | Mobile: + 33 6.82.66.77.38 | Fax: + 33 1.30.31.85.65
fajuelos@mmm.com | www.3M.com

Confidential – Subject To Protective Order                                                              3MBH00132834