# EXHIBIT 15

| | | | |
|---|---|---|---|
|  | Glenn R. Maharaj/US-EdenPrairie/3M/US<br><br>10/07/2013 06:18 PM | To<br>cc<br><br>bcc<br>Subject | Mark J. - IPD Scott/US-EdenPrairie/3M/US@3M-Corporate<br>David W. Lange/US-EdenPrairie/3M/US@3M-Corporate, Jeremy L. Eickhoff/US-EdenPrairie/3M/US@3M-Corporate<br><br>Re: Fw: Several questions&requests regarding patient warming from Hong Kong and Taiwan |

Hi Mark,

After much discussion here in R&D, here is our response to Question 1:

a.) We have no documentation in regards to our 750/775 filter efficiency - and likely will not aim to obtain this. We **cannot** claim HEPA efficiency (and/or 99.97% efficiency). All we can do is stick by our claim/statement of "high efficiency".

I can say/remind you all - confidential only to the people on this email reply - that we are in the process of looking to improve our filter...different supplier, etc etc. But specific to the request below, I think the above statement is the best we can offer.

Please let me know any follow up questions.


Thanks,
Glenn




**Glenn R. Maharaj** | R&D Engineer
3M Patient Warming - Infection Prevention Division
3M Center, 270-2N-03 | St, Paul, MN 55144 USA
Office: 651 737 3426 | Fax: 651 732 8925
grmaharaj@mmm.com | www.3M.com | www.arizant.com



| Mark J. - IPD Scott | Please look over the attached. I am hoping w... | 10/07/2013 08:40:35 AM |
|---|---|---|

| | |
|---|---|
| From: | Mark J. - IPD Scott/US-EdenPrairie/3M/US |
| To: | Jeremy L. Eickhoff/US-EdenPrairie/3M/US@3M-Corporate, Glenn R. Maharaj/US-EdenPrairie/3M/US@3M-Corporate, David W. Lange/US-EdenPrairie/3M/US@3M-Corporate |
| Date: | 10/07/2013 08:40 AM |
| Subject: | Fw: Several questions&requests regarding patient warming from Hong Kong and Taiwan |

Please look over the attached. I am hoping we can answer these questions / address these requests.

Mark

Confidential – Subject To Protective Order                                                                                                   3MBH00126140

**Mark J. Scott** | Global Marketing Manager, 3M™ Bair Hugger™ therapy
3M Infection Prevention Division
Patient Warming Business, 275-4E-01 | St. Paul, MN 55144
Office: 651.737.3253 | Mobile: 612.801.9128 | Fax: 651.732.8976
mjscott2@mmm.com | www.3M.com | www.bairhugger.com


----- Forwarded by Mark J. - IPD Scott/US-EdenPrairie/3M/US on 10/07/2013 08:25 AM -----

| | |
|---|---|
| From: | Ya-Hui Fan/SG-Singapore/3M/US |
| To: | Andres Scherson/US-Corp02/3M/US@3M-Corporate |
| Cc: | Kae Moe Wong/SG-Singapore/3M/US@3M-Corporate, Mark J. - IPD Scott/US-EdenPrairie/3M/US@3M-Corporate, Kent W. Leung/HK-HongKong/3M/US@3M-Corporate, Cathy Wu/TW-Taiwan/3M/US@3M-Corporate |
| Date: | 10/07/2013 03:50 AM |
| Subject: | Several questions&requests regarding patient warming from Hong Kong and Taiwan |

Hello! Andres,

I have just came back from my trip to Hong Kong and Taiwan. We have several questions and customers' requests which would need your and Mark's help.
**Hong Kong**:
Kent and I have discussed with the potential champion for the SpotOn study. They currently only use rectal temperature as the monitoring site for general anesthesia intra-operatively. He will discuss with anesthesiologists to see how they can add another monitoring device in addition to SpotOn and rectal temperature. I will follow up with Kent for further feedback from the champion and update you and Al.
**Taiwan**:
1. Do we have any document that states the filtration efficiency of our 0.2 micrometers for 750 and 775 model ? Can we remove at least 99.97% of the airborne particles as HEPA filter?
    In one study published in 2011, the authors compared the filtration adequacy between two different types of filters for Bair Hugger 505. The efficiency was 93.8% and 61.3% respectively.
    (Source: Forced-air warming blowers: An evaluation of filtration adequacy and airborne contamination emissions in the operating room, Am J Infect Control.,2011; 39(4):321-8)
    Also, in the NHS report, Mistral Air and Warm Touch have stated the filtration efficiency $\geq$ 99.97% (please refer to page 8 and 10).  Customers want to know how efficient our filter can provide.
    [attachment "NHS Market review of forced air warming devices.pdf" deleted by Glenn R. Maharaj/US-EdenPrairie/3M/US]
2. Most of the hospitals in Taiwan require the manufacturers to provide detailed COA for warming units during purchasing process.
    The requirement of Ground Impedance and Leakage current in Taiwan is < 0.15 ohms and 100 micro amps respectively. However, in our current COA, we do not even mention about UL 60601.
    [attachment "Current COA for warming unit.pdf" deleted by Glenn R. Maharaj/US-EdenPrairie/3M/US]
    In previous document for warming unit test result, we do state the test result range based on UL 60601.
     [attachment "Previous test result for warming unit.pdf" deleted by Glenn R. Maharaj/US-EdenPrairie/3M/US]
  Is it possible that we can include similar information in the current COA for warming unit ? We have tried to communicate with QA engineer, Mahad Santur, It seems that they have difficulty to provide such information.  Can anyone in St.Paul help resolve this issue?


Thank you so much for the help!

Best Regards,

Confidential – Subject To Protective Order                                           3MBH00126141

Ya-Hui

**3M**

**Ya-Hui Fan 范雅惠** | Regional Clinical Consultant, APAC
Infection Prevention Division
3M Asia Pacific Pte Ltd., 1 Yishun Ave 7 | Singapore 768923 Singapore
Office: 65 64507632 | Mobile: 65 86863156 | Fax: 65 64585432
yfan2@mmm.com | www.3M.com

Confidential – Subject To Protective Order                                                            3MBH00126142