# EXHIBIT 18

**From:** Hansen, Gary
**To:** Woodwick-Sides, Teri; Van Duren, Al
**Sent:** 3/4/2009 10:26:56 PM
**Subject:** FW: Contaminated?

Teri,

My memory was correct. There was a unit (in Texas) that cultured positive for Acinetobacter. See the email chain below.

We should determine the context from the customer.

Gary

---

**From:** Scott, Mark
**Sent:** Friday, February 20, 2009 1:49 PM
**To:** Muilenburg, Allyson; Mathieu, Rick
**Cc:** Van Duren, Al; Westlin, Dave; Hansen, Gary
**Subject:** FW: Contaminated?

I have attached feedback from Al Van Duren. Please see below.

---

**From:** Van Duren, Al
**Sent:** Friday, February 20, 2009 1:25 PM
**To:** Scott, Mark
**Cc:** Hansen, Gary; Westlin, Dave
**Subject:** RE: Contaminated?

Do not scrap the unit.

Remove and discard the filter (in the biohazardous waste).

Clean the filter retainer and the outside of the unit (including the hose) with full spectrum (quaternary ammonium salt) antispeptic wipe or spray.

Wipe off all surfaces and install a new air filter.

Return to service.

Al

**Albert Van Duren, MS | Arizant Healthcare**
10393 West 70th Street, Eden Prairie, MN 55344 USA
**Director of Clinical Affairs** | avanduren@arizant.com
+1.952.947.1247 (office) | +1.952.918.5247 (fax)
+1.952.200.2491 (mobile) | www.arizanthealthcare.com

---

**From:** Scott, Mark
**Sent:** Friday, February 20, 2009 12:57 PM
**To:** Van Duren, Al
**Subject:** FW: Contaminated?
**Importance:** High

is there a way to clean this easily or is a field scrap in order?

---

**From:** Muilenburg, Allyson
**Sent:** Friday, February 20, 2009 12:30 PM
**To:** Scott, Mark
**Cc:** Mathieu, Rick
**Subject:** FW: Contaminated?
**Importance:** High

Mark? Thoughts? Have you run into this before?

*Ally Muilenburg*

Ally Muilenburg
Customer Relations Manager
Arizant Healthcare Inc.
(952) 947-1329

---

**From:** Mathieu, Rick
**Sent:** Friday, February 20, 2009 12:19 PM
**To:** Muilenburg, Allyson
**Subject:** Contaminated?
**Importance:** High

I asked that Judy email me the vital on this 750.

Do we want to:
- Scrap it in the field
- Provide Cleaning instructions
- Bring it back in a red bag

Rick Mathieu
Arizant Healthcare Inc
Technical Support / Customer Service
P. 1-800-733-7775 Option 2
F. 952-947-1400

---

**From:** Hodges, Judy [mailto:Judy.Hodges@memorialhermann.org]
**Sent:** Friday, February 20, 2009 11:16 AM
**To:** Mathieu, Rick
**Subject:** Bair Hugger

Rick,
We have a model 750 unit, serial number 19137 that has cultured positive for Acinetobacter. We are looking for directions for properly cleaning/disinfecting this machine, inside and out.
Your assistance is appreciated
Thanks

Judy A. Hodges
Director Materials Management

Memorial Hermann Hospital - TMC
6411 Fannin Street
Houston, TX  77030
p 713-704-4595
f 713-704-4187

3MBH00024635