# EXHIBIT 20



November 1, 2006

## Since bacteria have been cultured from inside the warming hose of the Bair Hugger® warming system, does the use of the system pose a potential contamination risk?

Valued Customers:

The interior of the warming hose is not sterile; therefore, it is not surprising that bacteria may be cultured from the nozzle. None of the materials used in the warming hose, however, support the growth of any known bacteria. During use, the temperature and humidity conditions within the warming hose are extremely inhospitable to most microorganisms, as well. The warming unit air filter prevents aspiration of the vast majority of infectious agents, and it is important to replace this filter after every six months or every 500 hours of use to maintain the warming unit's filtration integrity.

When the Bair Hugger system is used and maintained properly, it does not pose a contamination risk in the operating room. The air within the OR is already highly filtered, and the warming unit and blankets provide additional filtering.

Many clinicians have concerns about whether forced-air warming systems increase the risk of iatrogenic infections. Several studies have shown that the use of forced-air warming does not increase the number of bacterial colonies within the OR. Moreover, many studies confirm that the use of forced-air warming reduces – rather than increases – the risk of surgical site infections. For more information, please review one of the study results at http://ccforum.com/content/7/3/r13.

Best regards,

*[signature: Albert Van Duren]*

Al Van Duren
Clinical Director
1-800-800-4346
Arizant Healthcare Inc.

(Reference PN 601894B  11/06)