# EXHIBIT 22

Confidential

# Filtration Topics

- Areas of particular interest are management of drug resistant bacteria (MRSA, VRE, etc). This could include filtering them out and/or trying to eliminate them through antimicrobial agents.

- Porous Media's experience dealing with filtration of bacteria in non-ventilator type systems.

- Discussion related to the size of typical air-born bacteria. HEPA may be needed for customer perception issues but is it necessary from a performance standpoint?

- How much bacteria can be allowed to pass through? How much is dangerous?

- Pressure drop across filters capable of filtering bacteria vs. pressure drop across the current Arizant media. We need to understand the amount of surface area required in a HEPA filter in order to maintain our level of airflow.

- Experience with cylindrical filters with axial flow. We may want this type of filter to go in-line with our hose for packaging purposes.

- Experience with multistage filters and whether they provide any pressure drop advantages. If a high efficiency filter were to be added to our warming units can we minimize the pressure drop by using a two stage filter?

- Testing capabilities related to particle counts and bacterial counts/elimination. What can or should Porous Media do?

- Is Porous Media familiar with any OR bacteria standards?

Confidential

3M Confidential

3MBH00022877