# EXHIBIT 23



# Antimicrobial Assessment Report I for Arizant

## Test Conditions

| | |
|---|---|
| Date of Testing Completion | June 4, 2009 |
| Test Protocol | ASTM E 2180 – 07 |
| Control Specimens | 1"x1" 700 series and 875 series hose material, alcohol sterilized |
| Test Specimens | 1"x1" 700 series and 875 series hose material, IonArmour®-enhanced alcohol sterilized |
| IonArmour Variant | 2X2.1 |
| Test Organism | *Escherichia coli* |
| Contact Time | 24 hours |
| Contact Temperature | 37°C |
| Durability Stressing | Standard rinsing |

*(Handwritten annotation: relationship of time/temp. - minimum required? ○ intermittent?)*

## Test Results: Bair Hugger Replacement Hose, 700 series

| Organism | Microorganisms recovered at 0 hours (CFU/ml) | Microorganisms recovered from Control samples at 24 hours (CFU/ml) | Microorganisms recovered from IonArmour®-enhanced Test samples at 24 hours (CFU/ml) | Reduction in Microorganisms recovered from IonArmour®-enhanced Test Samples after 24 hours |
|---|---|---|---|---|
| | Mean | Mean | Mean | Mean |
| *E. coli* | $1.16 \times 10^5$ (116,000) | $3.14 \times 10^6$ (3,140,000) | <100 | >4 log >99.99% |

**Conclusion:** The results demonstrate antimicrobial activity in the IonArmour®-enhanced Bair Hugger 700 series test samples in the presence of significant bioburden.

IonArmour Division, Innova Materials, 3624 Market St. Suite 5E, Philadelphia, PA 19104, USA
Phone: +1 267.499.2085   Fax: +1 612.241.6558
www.ionarmour.com



CONFIDENTIAL
Antimicrobial Assessment Report I for Arizant

## Test Results: Bair Paws Model 875 Replacement Hose

| Organism | Microorganisms recovered at 0 hours (CFU/ml) | Microorganisms recovered from Control samples at 24 hours (CFU/ml) | Microorganisms recovered from IonArmour®-enhanced Test samples at 24 hours (CFU/ml) | Reduction in Microorganisms recovered from IonArmour®-enhanced Test Samples after 24 hours |
|---|---|---|---|---|
| | Mean | Mean | Mean | Mean |
| E. coli | $1.2 \times 10^5$ (120,000) | $2.26 \times 10^6$ (2,260,000) | <100 | **>4 log >99.99%** |

**Conclusion:** The results demonstrate antimicrobial activity in the IonArmour®-enhanced Bair Hugger 875 Series test samples in the presence of significant bioburden.

## Photographs of Plates



Bacterial plating of a 10^3 dilution of the inoculum at 0 hrs indicating the initial presence of $1.16 - 1.2 \times 10^5$ colony forming units of *E. coli* per ml of inoculum at the beginning of the ASTM E2180 testing protocol.

IonArmour Division, Innova Materials, 3624 Market St. Suite 5E, Philadelphia, PA 19104, USA
Phone: +1 267.499.2085   Fax: +1 612.241.6558
www.ionarmour.com

3M Confidential                                                                 3MBH00025007


CONFIDENTIAL
Antimicrobial Assessment Report I for Arizant

 

**With IonArmour®**     **Without IonArmour®**

The growth on the plate on the right is from a $10^4$ dilution of inoculum and occurs with unenhanced Bair Hugger 700 hose samples, indicating that after 24 hours there were over 3 million bacterial colony forming units per ml of solution in contact with the unenhanced hose, from a starting concentration of around 100,000 bacterial colony forming units. The lack of growth on the plate on the left, from a $10^2$ dilution of inoculum, occurs with IonArmour®-enhanced Bair Hugger 700 hose samples and indicates that after 24 hours there were less than 100 bacterial colony forming units per ml of solution in contact with the IonArmour®-enhanced hose.

 

**With IonArmour®**     **Without IonArmour®**

The growth on the plate on the right is from a $10^4$ dilution of inoculum and occurs with unenhanced Bair Paws 875 hose samples, indicating that after 24 hours there were over 2 million bacterial colony forming units per ml of solution in contact with the unenhanced hose, from a starting concentration of around 100,000 bacterial colony forming units. The lack of growth on the plate on the left, from a $10^2$ dilution of inoculum, occurs with IonArmour®-enhanced Bair Paws 875 hose samples and indicates that after 24 hours there were less than 100 bacterial colony forming units per ml of solution in contact with the IonArmour®-enhanced hose.

IonArmour Division, Innova Materials, 3624 Market St. Suite 5E, Philadelphia, PA 19104, USA
Phone: +1 267.499.2085  Fax: +1 612.241.6558
www.ionarmour.com

3M Confidential                                                           3MBH00025008