# EXHIBIT 25

## Page 1

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In Re:

Bair Hugger Forced Air Warming

Products Liability Litigation

This Document Relates To:

All Actions                 MDL No. 15-2666 (JNE/FLM)

DEPOSITION OF MARK J. SCOTT

VOLUME I, PAGES 1 - 297

MARCH 2, 2017

(The following is the deposition of MARK J. SCOTT, taken pursuant to Notice of Taking Deposition, via videotape, at the offices of Ciresi Conlin L.L.P., 225 South 6th Street, Suite 4600, in the City of Minneapolis, State of Minnesota, commencing at approximately 9:00 a.m., March 2, 2017.)

STIREWALT & ASSOCIATES
1-800-553-1953   info@stirewalt.com

## Page 2

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

APPEARANCES:

On Behalf of the Plaintiffs:
  Gabriel Assaad
  Donald Green
  KENNEDY HODGES
  4409 Montrose Boulevard
  Suite 200
  Houston, Texas  77006

On Behalf of the Defendants:
  Bridget M. Ahmann
  FAEGRE BAKER DANIELS
  2200 Wells Fargo Center
  90 South Seventh Street
  Minneapolis, Minnesota  55402-3901

  Mary S. Young
  BLACKWELL BURKE P.A.
  431 South Seventh Street
  Suite 2500
  Minneapolis, Minnesota  55415

ALSO PRESENT:

  Ryan M. Stirewalt, Videographer

EXAMINATION INDEX

| WITNESS | EXAMINED BY | PAGE |
|---|---|---|
| Mark J. Scott | Mr. Assaad | 4 |

EXHIBIT INDEX

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| 312 | Resume, Mark J. Scott, 3 pgs. | 27 |
| 313 | Defendant 3M Company's Responses and Objections to Plaintiff Timothy Johnson's Interrogatories, Aug. 25, 2014, 24 pgs. | 86 |
| 314 | email string, Baker to Scot, 08/06/2013, 3MBH00125124 to 5136 | 125 |
| 315 | email string, Scott to Priestley, 02/24/2012, 3MBH00120267 to 0269 | 133 |
| 316 | email, Scott to Deutsch, 5/24/2011, 3MBH00118525 | 142 |
| 317 | Drawing, Bair Hugger Therapy, | 147 |

STIREWALT & ASSOCIATES
1-800-553-1953   info@stirewalt.com

## Page 3

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| Ex. | Description | Page |
|---|---|---|
|  | 3MBH00016499 |  |
| 318 | BH Training Manual - Cardiac Section, 3MBH00014130 to 4141 | 155 |
| 319 | email string, Van Duren to Scott/Nichols, 7/1/2010, 3MBH00002899 to 2900 | 162 |
| 320 | email string, Grey to Scott/kmoewong, 4/29/2011, 3MBH00119208 to 9210 | 188 |
| 321 | Customer Q&A: Filtration of the Bair Hugger warming unit, 3MBH00119591 to 9592 | 196 |
| 322 | email string, Scott to Burville, 11/21/2007, 3M00572025 | 198 |
| 323 | email string, Hansen to list, 10/2/2009, 3MBH00024683 to 4684 | 204 |
| 324 | email string, Scott to Scott, 01/25/2013, 3MBH00122752 | 213 |
| 325 | email string, Mertens-Johnson to Scott, 07/11/2013, 3MBH00124812 to 4815 | 224 |
| 326 | email string, Scott to Mertens-Johnson, 08/08/2013, 3MBH00125255 to 5258 | 232 |
| 327 | email, Scott to list, 8/7/2009, 3MBH00018260 | 236 |
| 328 | email string, Scott to Munson, 10/7/2015, 3MBH01937962 to 7963 | 238 |
| 329 | email string, Hays to Stocks/Scott, 11/11/2015, 3MBH01938509 to 8510 | 238 |
| 330 | Letter to "Valued Customers" from Van Duren, November 1, 2006, 3MBH00013098 | 241 |
| 331 | email, Scott to Krones, 1/3/2011, 3MBH00045522 | 247 |
| 332 | PowerPoint slides, "Countering Hot Dog, Customer Questions," 3MBH00013881 to 3886 | 251 |
| 333 | PowerPoint, Patient warming communication Plan, October 2015, 3MBH01730811 to 0814 | 253 |
| 334 | email string, Scott to Taylor, 08/16/2013, 3MBH00125388 to 5391 | 279 |
| 335 | email string, Scott to McGuire/Litterst/Reckart, 11/15/2015, 3MBH01938551 to 8552 | 283 |

STIREWALT & ASSOCIATES
1-800-553-1953   info@stirewalt.com

## Page 4

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PROCEEDINGS

09:00:15  (Witness sworn.)

MARK J. SCOTT,
Called as a witness, being first
duly sworn, was examined and
testified as follows:

EXAMINATION

09:00:29  BY MR. ASSAAD:
09:00:30    Q.  Please state your name.
09:00:31    A.  Mark Scott.
09:00:34    Q.  And you're a current employee of 3M?
09:00:36    A.  I am.
09:00:36    Q.  And what is your current business address?
09:00:42    A.  I'm sorry.  We refer to it as 4E, which is
09:00:45  our fourth floor of Building 275 in Maplewood,
09:00:48  Minnesota.
09:00:50    Q.  Any street address?
09:00:51    A.  I think it's 2100 Conway Avenue North.
09:00:55    Q.  You say Building 4E?
09:01:01    A.  Building 275, 4E.
09:01:04    Q.  And what's "4E"?
09:01:05    A.  It's the fourth floor in the east side.
09:01:08    Q.  Is that a certain division, the 4E, is it a
09:01:12  certain division?  Is it Station 4E?
09:01:15    A.  Within 4E is the Infection Prevention

STIREWALT & ASSOCIATES
1-800-553-1953   info@stirewalt.com

15:06:56  1      Yeah. It's an email from Gary, myself and
15:07:02  2  Hamid, and Dominique.
15:07:11  3      Q.  In the middle is an email from you that
15:07:13  4  states: "Sorry also for the delay. Our filter
15:07:16  5  description is a 'high efficiency, 0.2 micron filter'.
15:07:23  6  It does not carry the HEPA designation. This is
15:07:25  7  principally due to the added cost."
15:07:28  8      Did I read that correctly?
15:07:30  9      A.  You have.
15:07:31 10      Q.  So isn't the real reason why you don't use
15:07:32 11  the HEPA filter is because of the added cost?
15:07:37 12      A.  I princi --
15:07:37 13      One of the reasons why we've elected to use
15:07:40 14  the filter we do is because of its cost structure.
15:07:44 15      Q.  Well when I --
15:07:44 16      A.  HEPA filters tend to cost more, and that
15:07:47 17  would be a cost the customer would have to incur.
15:07:50 18      Q.  How would the -- The cost --
15:07:52 19      The customer doesn't pay for the warming --
15:07:54 20      A.  They pay for the filters to replace, over
15:07:59 21  time.
15:07:59 22      Q.  So now there's two reasons that you do not
15:08:02 23  use a HEPA filter. One is because the filter's just
15:08:06 24  to protect the internal components', and two, there's
15:08:09 25  an added cost to use the HEPA filter.

:15:08:10  1      MS. AHMANN: Object, form.
15:08:12  2      A.  Among the reasons, yes.
15:08:13  3      Q.  Well what other reasons are there?
15:08:16  4      A.  I'm not going to speak to that. The filter
15:08:18  5  is specified by our engineering department.
15:08:21  6      Q.  Yeah, but you're the one that says "this is
15:08:23  7  principally due to the added cost." Who told you
15:08:25  8  that?
15:08:27  9      A.  We had looked at the cost of -- just for
15:08:31 10  benchmarking purposes, to understand what a HEPA
15:08:35 11  filter costs because our competition was offering
15:08:37 12  that, to see if there was some information we can
15:08:40 13  glean from that. That's where this came from.
15:08:44 14      Q.  Then you go on. "We have studied this, as
15:08:46 15  well as others in independent studies that have found
15:08:49 16  that our current level of filtration is very
15:08:52 17  effective."
15:08:52 18      Did I read that correctly?
15:08:53 19      A.  You have.
15:08:53 20      Q.  What studies are you referring to?
15:08:57 21      A.  At the time of this, the Zink study.
15:09:00 22      Q.  The Zink study didn't study the filter.
15:09:04 23      A.  I'd have to look back at the documents, but
15:09:08 24  -- or the studies themselves.
15:09:09 25      Q.  What independent studies?

15:09:11  1      A.  I'd have to look back at the studies.
15:09:13  2      Q.  Well where could I find them, because I have
15:09:16  3  not found any independent studies on filtration back
15:09:18  4  in 2009.
15:09:19  5      A.  I may have misspoke.
15:09:21  6      Q.  In this email?
15:09:22  7      A.  2009, yeah. And I see 2009, yeah.
15:09:39  8      Q.  And you say the "filtration is very
15:09:40  9  effective." Very effective for what purpose?
15:09:44 10      A.  Protecting the warming unit, I imagine.
15:09:47 11      Q.  Not to prevent contaminants to get into the
15:09:51 12  warming unit; correct? Like bi -- Like bacteria to
15:09:53 13  get into the warming unit.
15:09:56 14      MS. AHMANN: Object to the form.
15:09:58 15      A.  Like gauze, other material a .2 micron
15:10:05 16  filter can capture.
15:10:07 17      Q.  You agree that the .2 micron filter is not
15:10:09 18  going to capture bacteria going through it; correct?
15:10:13 19      A.  I'm not sure what a .2 micron filter would
15:10:17 20  capture as it relates to bacteria size.
15:10:21 21      Q.  Well you say it's "very effective." What do
15:10:23 22  you mean by "very effective" if you don't know what
15:10:25 23  it's going to catch?
15:10:26 24      A.  It's a very general statement, but yes.
15:10:29 25      Q.  What do you mean it's a general statement?

15:10:30  1  You say it's "very effective." What's general about
15:10:30  2  that statement?
15:10:34  3      A.  That it's very effective. I guess --
15:10:41  4      Q.  Well can we say that the Bair Hugger's
15:10:43  5  warming is very effective is a general statement?
15:10:46  6      A.  When you --
15:10:47  7      When we put it in that context it is -- they
15:10:49  8  are general statements, yeah.
15:10:51  9      Q.  So -- So even though you have independent
15:10:53 10  studies that have found that our current level of
15:10:56 11  filtration is very effective, you're -- that's the
15:10:58 12  same type of statement that says the Bair Hugger --
15:11:00 13  there's general studies that say the Bair Hugger's
15:11:02 14  very effective. It's just a general statement.
15:11:04 15      A.  General statement.
15:11:04 16      Q.  Okay.
15:11:04 17      MS. AHMANN: Object to the form.
15:11:06 18      A.  The --
15:11:07 19      I think Gary clarifies that we've got a long
15:11:10 20  experience with clinical research and what-have-you,
15:11:13 21  but that's said.
15:11:15 22      Q.  I mean you'll agree with me that your --
15:11:16 23  your patient warming competitor, Stryker, has a
15:11:21 24  product in which they advertise a HEPA filter and
15:11:25 25  saying that it's better than 3M because it has a HEPA