# EXHIBIT 41

**From:** Hansen, Gary
**Sent:** 9/23/2010 11:18:47 PM
**Subject:** RE: Emailing: Crit Care 2003; 7(3) R13-16.pdf

Thanks, Dan. We'll get back to you on the study.

Gary

-----Original Message-----
From: Daniel Sessler [mailto:ds@or.org]
Sent: Wednesday, September 22, 2010 12:55 PM
To: Hansen, Gary
Cc: Van Duren, Al; Maharaj, Gary; Buehler, Bob
Subject: Re: Emailing: Crit Care 2003; 7(3) R13-16.pdf

Hi Gary,

Thanks for the paper. I read it, and Moretti. Huang suffers a bit from not having a control group, although it is reassuring that CFUs decreased during surgery. And Moretti wasn't randomized. But most importantly, neither was done in a laminar flow setting where the requirements are higher, and where Scott claims a problem.

We could relatively quickly to a nice laminar flow study during real operations and get the result published in a major anesthesia journal.

Regards, Dan.

++++++++++++++++++++++++

On 9/22/10 12:02 PM, "Gary Hansen" <ghansen@arizant.com> wrote:

> <<Crit Care 2003; 7(3) R13-16.pdf>>
> Dan,
>
> Here is the paper from Huang, an earlier version of Moretti's approach.
>
> Gary

Confidential – Subject To Protective Order

3MBH01223897