# EXHIBIT 48

| | |
|---|---|
| **From:** | Jos Lans [jos.lans@luwa.nl] |
| **Sent:** | Sunday, January 17, 2010 6:11 AM |
| **To:** | Hansen, Gary; Johan Verhagen |
| **Cc:** | Van Duren, Al; Martin Stork; Dennis Verweij |
| **Subject:** | RE: Laminar Flow Testing |

Dear Gary,

I check if Hybeta have a manikin in case the don't I will ask them if they have any ideas.

We keep in contact and looking forward to meet you in Amersfoort!

Kind Regards,

Jos

---

**Van:** Hansen, Gary [mailto:ghansen@arizant.com]
**Verzonden:** zaterdag 16 januari 2010 0:00
**Aan:** Johan Verhagen
**CC:** Jos Lans; Van Duren, Al
**Onderwerp:** RE: Laminar Flow Testing

Thank you for the advice. We will stay at the NH on Friday and Saturday night. Then, find a hotel near the Airport for Sunday night.

For the manikin, is this readily obtained? I assumed it would give us more repeatable measurements than using a live person under the blanket. However, if a manikin is hard to get, we can just use a blanket and drape alone. Jos, do you have any ideas about this?

Gary

---

**From:** Johan Verhagen [mailto:J.Verhagen@medeco.nl]
**Sent:** Friday, January 15, 2010 7:36 AM
**To:** Hansen, Gary
**Cc:** Jos Lans
**Subject:** RE: Laminar Flow Testing

Dear Gary,

Just spoke with Jos.
He is happy with the approach taken. Also the payment that you do the first and Luwa pays the second is okay.
All is possible on the 30th and probably even on the evening before when they will build first up. So you can imagine that the Sunday is not available.

In the attachment we see that you want to work with a manikin. We have to come up with a solution for that.

The protocol you submit has to be imbedded in the complete set up and is up to Jos and Hybeta in my opinion.

Staying over;
We advice to sleep in the NH hotel in Amersfoort, very close, on walking distance even, to the train station. This hotel is of good business quality.
http://www.nh-hotels.nl/nh/nl/hotels/nederland/amersfoort/nh-amersfoort.html?nhagentid=10167&nhsubagentid=101670000000

3M Confidential                                                                                       3MBH00001557

Also Schiphol airport has in the building the platform for the trains.
Probably for arrival not the most comfortable traveling but for your departure to Amsterdam and the last night the simple alternative.

Any questions feel free to ask.

Best regards



Johan Verhagen
Category manager

**Medeco B.V.**
T (0186) 63 44 54 I F (0186) 63 44 56
M 06 20 39 89 56
Alexander Flemingstraat 2 I 3261 MA  Oud Beijerland
Postbus 1555 I 3260 BB  Oud Beijerland
www.medeco.nl I KVK 23038479


Dit e-mailbericht is alleen bestemd voor de geadresseerde. Indien dit bericht niet voor u is bedoeld, wordt u verzocht Medeco BV. hiervan op de hoogte te stellen door het bericht te retourneren en de inhoud niet te gebruiken. Medeco BV. staat niet in voor de juiste en de volledige overbrenging van de inhoud van een verzonden e-mail, noch voor tijdige ontvangst daarvan. Hoewel de informatie in dit e-mailbericht met de meeste zorg is samengesteld, aanvaardt Medeco BV. op geen enkele wijze aansprakelijkheid voor fouten, omissies of andere onjuistheden in deze informatie of voor de gevolgen hiervan, noch is zij aan de inhoud van dit e-mailbericht op enigerlei wijze gebonden.

---

**Van:** Hansen, Gary [mailto:ghansen@arizant.com]
**Verzonden:** donderdag 14 januari 2010 19:05
**Aan:** Johan Verhagen
**CC:** Van Duren, Al; Buehler, Bob; Maharaj, Gary
**Onderwerp:** Laminar Flow Testing

Hello Johan,

It was a pleasure to speak with you this morning. Al Van Duren and I have tickets on hold to arrive on Friday morning and depart Monday morning. (See attached itinerary.) I assume we'll stay in Amersfoort on Friday and Saturday night, and find a hotel in Amsterdam, near the airport, on Sunday night.

Also attached is the first draft of the tests we propose to do. I can send Jos a copy, or you can do this as well. The bubble generator we propose to bring is made by Sage Action Inc. (http://www.sageaction.com/). You mentioned that Jos would be interested in the technique.

At this point, we need to make sure Jos is OK with the testing locations and the financial arrangements. (Arizant pays for the first test in Amersfoort – about $10,000 USD, and Telstar pays for the second test in Amsterdam.) I understand you will check this with him. Then, I will contact him directly about the details of the protocol.

Thanks again for all of your help. Please let us know as soon as possible if there is any concern.

Gary

3M Confidential                                                                                                                            3MBH00001558

*Gary Hansen, Ph.D.*
*Director of Research & Development*
*Arizant Healthcare Inc.*
*Email: ghansen@arizant.com*
*Phone: 952-947-1388*
*Fax: 952-918-5388*

25

3MBH00001559

| | |
|---|---|
| **From:** | Hansen, Gary |
| **Sent:** | Thursday, January 14, 2010 12:05 PM |
| **To:** | Johan Verhagen |
| **Cc:** | Van Duren, Al; Buehler, Bob; Maharaj, Gary |
| **Subject:** | Laminar Flow Testing |
| **Attachments:** | 75Z9OX.rtf; Netherlands Laminar Flow Testing Protocol v1.docx |

Hello Johan,

It was a pleasure to speak with you this morning. Al Van Duren and I have tickets on hold to arrive on Friday morning and depart Monday morning. (See attached itinerary.) I assume we'll stay in Amersfoort on Friday and Saturday night, and find a hotel in Amsterdam, near the airport, on Sunday night.

Also attached is the first draft of the tests we propose to do. I can send Jos a copy, or you can do this as well. The bubble generator we propose to bring is made by Sage Action Inc. (http://www.sageaction.com/). You mentioned that Jos would be interested in the technique.

At this point, we need to make sure Jos is OK with the testing locations and the financial arrangements. (Arizant pays for the first test in Amersfoort – about $10,000 USD, and Telstar pays for the second test in Amsterdam.) I understand you will check this with him. Then, I will contact him directly about the details of the protocol.

Thanks again for all of your help. Please let us know as soon as possible if there is any concern.

Gary

---

*Gary Hansen, Ph.D.*
*Director of Research & Development*
*Arizant Healthcare Inc.*
*Email: ghansen@arizant.com*
*Phone: 952-947-1388*
*Fax: 952-918-5388*

26

3M Confidential                                                                                                                    3MBH00001560

| | |
|---|---|
| **From:** | Hansen, Gary |
| **Sent:** | Wednesday, December 30, 2009 4:19 PM |
| **To:** | Maharaj, Gary; Woodwick-Sides, Teri; Rock, John; Stender, Jana; Van Duren, Al |
| **Subject:** | Attorney-Client Privilege -- Russ Olmsted Reply |
| **Attachments:** | RE UK program.txt; OR with Forced Air Warmer-NIH Study.pdf |

I just spoke with Russ; he is available for a call tomorrow (31st) at 10:00.

Awhile back, Russ sent an inquiry to Dr. Farhad Memarzedeh, the NIH expert on laminar flow. Instead of just sending back his opinion, Memarzedeh did a full computation and forwarded the report. (!) The results show that the use of BH causes small alterations in the path of particles shed by clinicians, but in neither case do the particles reach the patient. Russ mentioned the possibility of publishing a letter to the editor. I asked if a full journal article would be possible. Russ thought it would.

I also sent Russ a copy of the Albrecht/Leaper paper for his comment.

Gary

3M Confidential                                                                                                                      3MBH00001561

| | |
|---|---|
| From: | Van Duren, Al |
| Sent: | Wednesday, December 30, 2009 2:34 PM |
| To: | Clinical Research Team |
| Subject: | OR HVAC Attorney-Client Privileged communication |
| Attachments: | RE: RE: University General Hospital |

The HVAC and mechanical services for TRIA are provided by Northmarq Real Estate Services. I spoke to Jim Glassing at Northmarq about the ORs at TRIA, and he thought that they were all designed to be vertical laminar flow; however, he was unable to find any engineering drawings, and he didn't seem to have a very detailed knowledge of the HVAC operation in the operating rooms. He did tell me that the HVAC systems were designed by Metropolitan Mechanical Contractors. Although Metropolitan appears to have extensive HVAC experience with some very large projects, they do not list operating room design as one of their areas of expertise on their Website.

Precision Air Products is a Hopkins, Minnesota company that sells laminar airflow diffusers for operating rooms. They have worked with Metropolitan, but they recommended Doody Mechanical as a preferred contractor. A standard size OR diffuser costs about $5000, but the air handling unit, HEPA filters, ducting, and labor are extra. Precision Air sells several types of laminar air systems: the Lami-Aire Gard, and the Ultraclean Class C systems known as the Ortho Island and the Cardio Island. The Lami-Aire Gard is required by VA hospitals. Within Minnesota, the Precision Air systems are located in Methodist (St. Louis Park), St. Mary's (Duluth), St. Cloud and Centracare (both in St. Cloud). The ASHRAE 170 standard describes the requirements for laminar flow operating rooms, but for our purposes, the important requirement is a minimum 90 ft/min airflow velocity. Class A rooms require 25 room exchanges/h and class C (orthopedic) rooms require 35-70 exchanges/h.

Precision Air has a small lab to test diffusers, but they do not have a full-sized OR. They were not opposed to us visiting their test facility.

I have attached the Moretti e-mails from Medival to this e-mail.

Al

**Albert Van Duren, MS | Director of Clinical Affairs**
10393 West 70th Street, Eden Prairie, MN 55344 USA
avanduren@arizant.com | Arizant Healthcare
+1.952.947.1247 (office) | +1.952.918.5247 (fax)
+1.952.200.2491 (mobile) | www.arizanthealthcare.com

3M Confidential                                                                                          3MBH00001562

| | |
|---|---|
| **From:** | Rock, John |
| **Sent:** | Monday, December 28, 2009 4:44 PM |
| **To:** | Stender, Jana; Rock, John |
| **Cc:** | Maharaj, Gary; Woodwick-Sides, Teri; Hansen, Gary; Van Duren, Al |
| **Subject:** | RE: Testing of laminar flows |

REDACTED

```
-----Original Message-----
From: Stender, Jana <jstender@arizant.com>
Sent: Monday, December 28, 2009 9:01 AM
To: Rock, John <jrock@arizant.com>
Cc: Maharaj, Gary <gmaharaj@arizant.com>; Woodwick-Sides, Teri <twoodwick@arizant.com>;
Hansen, Gary <ghansen@arizant.com>; Van Duren, Al <avanduren@arizant.com>
Subject: RE: Testing of laminar flows
```

REDACTED

```
From: Rock, John
Sent: Wednesday, December 23, 2009 10:05 AM
To: Hansen, Gary; Van Duren, Al; Stender, Jana
Cc: Maharaj, Gary
Subject: Testing of laminar flows
```

REDACTED

| | |
|---|---|
| **From:** | Hansen, Gary |
| **Sent:** | Monday, December 28, 2009 2:02 PM |
| **To:** | Woodwick-Sides, Teri; Stender, Jana |
| **Cc:** | Van Duren, Al; Bieberich, Mark |
| **Subject:** | Flow Visualization - Attorney Client Privilege |
| **Attachments:** | IMG_1199.JPG; IMG_1208.JPG; IMG_1212.JPG |

For our meeting.

Gary

3MBH00001564