EXHIBIT 49

| | |
|---|---|
| **From:** | Van Duren, Al |
| **To:** | Johan Verhagen |
| **CC:** | Hansen, Gary |
| **Sent:** | 1/26/2010 11:01:19 PM |
| **Subject:** | Laminar flow visualization |

Hello, Johann,

We are getting ready to leave for Holland, and I wanted to confirm the following issues.

1. Did you review the protocol that Gary Hansen sent? Do we have agreement with Hybeta?
2. Did our case of equipment arrive?
3. Do you have all the equipment that we need to conduct the testing: Bair Hugger warming unit, blankets, drapes?
4. We have not received a written protocol from Hybeta yet. Would you please send a copy for us to review?
5. In Holland, are most surgical patients positioned with their arms next to their body, or are the arms placed away from the body?

Thanks,

Al

**Albert Van Duren, MS | Director of Clinical Affairs**
10393 West 70th Street, Eden Prairie, MN 55344 USA
avanduren@arizant.com | Arizant Healthcare
+1.952.947.1247 (office) | +1.952.918.5247 (fax)
+1.952.200.2491 (mobile) | www.arizanthealthcare.com

3M Confidential