# EXHIBIT 50

| | |
|---|---|
| **From:** | Hansen, Gary |
| **Sent:** | 10/20/2010 12:17:16 AM |
| **Subject:** | Fwd: HIS Poster |
| **Attachments:** | ATT22584016.htm; PE Statistics.xlsx |

Begin forwarded message:

From: "Hansen, Gary" <ghansen@arizant.com>
Date: October 19, 2010 5:38:17 PM CDT
To: <kuelpmann@beuth-hochschule.de>
Cc: < Privacy >
**Subject: HIS Poster**

Ruediger,

I wanted to thank you for your participation in the HIS poster.  I was in Liverpool a last week; the presentation was well received.

I had a brief question.  How should one handle statistics in comparing protection levels?  It seems reasonable to treat the particle counts as continuous variables – they really comprise a particle concentration.  Then one can use a simple T-test to compare them.  I took a brief attempt at this, finding none of the differences to be statistically significant.  Do you think this is the right approach?  I note that the number of samples is small.

Alternately, since PE is calculated based on only sample (the worst case), would it make more sense to use the underlying error of the particle sampling device?

I'd welcome your thoughts.

Best Regards,

Gary

---

*Gary Hansen, Ph.D.*

*Director of Research & Development*

Confidential – Subject To Protective Order

3MBH01223923

*Arizant Healthcare Inc.*

*Email: ghansen@arizant.com*

*Phone: 952-947-1388*

*Fax: 952-918-5388*

Confidential – Subject To Protective Order                                                            3MBH01223924