# EXHIBIT 55

| | |
|---|---|
| From: | Hansen, Gary |
| To: | Van Duren, Al; Stender, Jana; Bergstrom, Troy; Scott, Mark; Woodwick-Sides, Teri |
| Sent: | 1/24/2007 6:25:03 AM |
| Subject: | Another Approach with Sessler |
| Attachments: | Insler Arizant - Reply (rev 1).doc |

Al,

I was just rereading the email chain and noticed Sessler's original message to you. He is actually giving us permission to word-smith his text. This may be the best approach: take him at his word and go after the offending parts directly. And don't be shy about major changes.

This would be a good way to get our point across, and he did invite us to do it. I have made a modest attempt here. Have at it!

Gary

-----Original Message-----
From: Van Duren, Al
Sent: Wednesday, January 17, 2007 10:33 AM
To: Hansen, Gary
Subject: Fw: Manuscript

Gary,

Gary and Teri asked me tosend this to you for review. The CRT will meet on Tuesday morning to develop a response strategy.
-------------------------------------
Al Van Duren
Sent from my Blackberry

-----Original Message-----
From: Daniel Sessler
To: Van Duren, Al
CC: Steve Insler
Sent: Fri Jan 12 15:21:15 2007
Subject: Manuscript

Hi Al,

I hope you enjoyed the holidays. Best wishes for the New Year!

Please find enclosed a draft of the Under-body manuscript. I look forward to your comments and suggestions. Change tracking is activated so you can make modifications directly in the text. We also plan to present the enclosed poster at the IARS.

Regards, Dan.

Confidential – Subject To Protective Order                          3MBH01211442