# EXHIBIT 56

```
 1
 2            IN THE UNITED STATES DISTRICT COURT
                    DISTRICT OF MINNESOTA
 3
     - - - - - - - - - - - - - - - - - -
 4   IN THE MATTER OF                        )
                                             )
 5   IN RE BAIR HUGGER FORCED AIR            )
     WARMING                                 )
 6   PRODUCTS LIABILITY LITIGATION           )
                                             )
 7                        Plaintiff,         )
                                             )PRETRIAL ORDER NO: 7
 8   v.                                      )Protective Order
                                             )MDL No. 15-2666
 9   3M COMPANY AND ARIZANT                  )(JNE/FLN)
     HEALTHCARE INC.                         )
10                        Defendant.         )
     - - - - - - - - - - - - - - - - - -
11                 DEPOSITION OF PAUL MCGOVERN
12                         VOLUME II
13              Thursday, January 5, 2017
14          AT:  FAEGRE BAKER DANIELS LLP
15                      Taken at:
16                   7 Pilgrim Street
                     London EC4V 6LB
17                   United Kingdom
18
19
20   Court Reporter:
21   Louise Pepper: Accredited Real-time Reporter
22   Videographer: Simon Addinsell
23
24
25   JOB NO. 117121
```

Page 234

```
 1
 2             A P P E A R A N C E S
 3   Appearing for the Plaintiff:
 4         MR. MICHAEL SACCHET
           CIRESI CONLIN
 5         225 South 6th Street
           Minneapolis, MN 55402
 6
 7
 8
           GENEVIEVE ZIMMERMAN
 9         MESHBESHER & SPENCE
           1616 Park Avenue
10         Minneapolis, MN 55404
11
12
     Appearing for the Defendant:
13
           MR. COREY GORDON
14         BLACKWELL BURKE
           431 South Seventh Street
15         Minneapolis, MN 55415
16
17
18         MS. KATHERINE NEWMAN
           FAEGRE BAKER DANIELS
19         7 Pilgrim Street, London EC4V 6LB
20
21
22   Appearing for the Witness:
23         MR. ANDREW HEAD
           MR. BRYAN SHACKLADY
24         FORSTERS
           31 Hill Street
25         London W1J 5LS
```

Page 235

```
 1
 2              WITNESS INDEX
 3   Examination by MR. SACCHET ................239
 4   Examination by MR. C. GORDON  ............459
 5              EXHIBIT INDEX
 6   Exhibit 1 Email chain between P. ..........263
          McGovern and M. Albrecht,
 7        Bates stamped Albrecht_0016487
 8   Exhibit 2 Email chain between Mark ........287
          Albrecht, Paul McGovern, Mike
 9        Reed and others, dated 30 June
          to 3 July, 2010
10
     Exhibit 3 Forced Air Warming ..............289
11        Demonstration DVD
12   Exhibit 4 CDC document entitled ...........298
          "Healthcare Infection Control
13        Practices Advisory Committee
          Record of the Proceedings",
14        dated November 5-6, 2015,
          previously marked as Exhibit
15        208, Bates stamped
          3MBH01344612-01344685
16
     Exhibit 5 Document entitled ...............306
17        "Forced Air Warming (FAW) and
          Surgical Site Contamination
18        First Draft" dated 27/9/09
19   Exhibit 6 Document entitled "Do ...........308
          Forced Air Warming Devices
20        Increase Bacterial
          Contamination of Operative
21        Field? - Simulated
          experimental analysis".
22
     Exhibit 7 Email chain dated 8-11 ..........309
23        November, 2009, subject line:
          "FAW"
24
     Exhibit 8 Document Bates stamped ..........316
25        3MBH00107863-00107870
```

Page 236

```
 1
 2   Exhibit 9 Document entitled "Do ...........324
          Forced Air Warming Devices
 3        Increase Bacterial
          Contamination of Operative
 4        Field? - Simulated experiment
          analysis".
 5
     Exhibit 10 Email chain between ............336
 6        Paul McGovern and Val
          Edwards-Jones"Re Saturday",
 7        dated 26 November - 20
          December 2009
 8
     Exhibit 11 Email chain between ............337
 9        Paul McGovern, David Leaper,
          Andrew Sprowson and Thomas
10        Symes, "Prof David Leaper
          Visit", dated 10 September - 2
11        December 2009
12   Exhibit 12 Email chain between ............342
          Paul McGovern and Mike Reed,
13        dated 21 February 2010,
          "Laminar flow tests".
14
     Exhibit 13 Article co-published by ........347
15        Paul McGovern and others,
          entitled "Forced-air warming
16        and ultra-clean ventilation do
          not mix." Bates stamped
17        Belani_000190-000197
     Exhibit 14 Article entitled ...............353
18        "Patient Warming Excess Heat:
          The Effects on Orthopedic
19        Operating Room Ventilatio
          Performance", Bates stamped
20        Belani_000040-000045
21
     Exhibit 15 Email chain between ............359
22        Mark Albrecht, Paul McGovern
          and others, dated 1 February
23        2011, "Manuscript with updated
          joint infection data covering
24        an additional 200 or so".
     Exhibit 16 Excel spreadsheet with .........365
25        data analysis
```

Page 237

```
 1
 2
     Exhibit 17 Email chain between ............372
 3        Mark Albrecht, Mike Reed, Paul
          McGovern and others, dated 18
 4        February - 1 March 2011,
          "Signatures on Transmittal
 5        Letter".
     Exhibit 18 Email chain between ............373
 6        Paul McGovern and Mark
          Albrecht, dated 19 May - 23
 7        May, 2011, "Fwd: JBJS [BR] log
          No. 27124 - Invitation to
 8        resubmit
 9
     Exhibit 19 Email chain "Re ................382
10        McGovern" between Robin
          Humble, Scott Augustine, Paul
11        McGovern and others plus
          attachment entitled "Observed
12        reduction in periprosthetic
          joint infections: Antibiotics
13        or warming technique?", dated
          25 March - 17 June 2016.
14
     Exhibit 20 Journal of Bone and ............391
15        Joint Surgery document
          entitled "Wound Complications
16        Following Rivaroxaban
          Administration".
17
     Exhibit 21 Paper entitled "Return .........396
18        to theatre following total hip
          and knee replacement, before
19        and after the introduction of
          rivaroxaban".
20
     Exhibit 22 Journal of .....................403
21        Tissueviability paper entitled
          "A prospective randomised
22        study comparing the jubilee
          dressing method to a standard
23        adhesive dressing for total
          hip and knee replacements",
24        authored by Neil G. Burke and
          others.
25
```

Page 238

1  Exhibit 23 Email chain between ............410
2     Mark Albrecht and Mike Reed,
      "Full workup of stats you
3     requested", dated 29 November,
      2011.
4
   Exhibit 24 Email from Mark ................416
5     Albrecht to Scott Augustine,
      with attachment, dated
6     11/22/2015, Bates stamped
      Albrecht_0002079-0002086
7
   Exhibit 25 Anesthesia & Analgesia ..........445
8     document entitled "Patient
      Warming Excess Heat: Effects
9     on OR Ventilation Performance
      During Total Knee
10    Replacement", Bates stamped
      Belani_000002-000039
11
   Exhibit 26 Email from Mark ................454
12    Albrecht to Paul McGovern and
      others, "Fwd: A&A Decision for
13    MS#: AA-D-11-01334", dated 25
      October 2011
14
   Exhibit 27 Email chain between ............455
15    Mark ALbrecht, Mike Reed and
      others, "Fwd: A&A DEcision for
16    MS#: AA-D-11-01334R1", dated
      11 January 2012.
17
   Exhibit 28 Spreadsheet, Bates ..............461
18    stamped
      AUGUSTINE_0005193-0005487
19
   Exhibit 29 Printout of spreadsheet ..........463
20    data
21 Exhibit 30 Screenshots of FAW v ...........500
      CWB YouTube video

Page 239

1              DR. PAUL MCGOVERN
2                  P R O C E E D I N G S
3       THE VIDEOGRAPHER: This is Day 2 of the deposition
4  of Dr. Paul McGovern. The deposition started yesterday
5  4 January, today is 5 January 2017, and it is 9:24 a.m.
6  This is the beginning of DVD 1 in volume 2 of Dr. McGovern's
7  deposition. Everybody who was in the room yesterday is here
8  today.
9       Can I remind the witness he was sworn in
10 yesterday and is still under oath. Can you --
11      THE WITNESS: Yes.
12      THE VIDEOGRAPHER: You're on the record, counsel.
13 It is 25 past 9.
14 EXAMINATION BY MR. SACCHET:
15 BY MR. SACCHET:
16      Q. Good morning, Dr. McGovern.
17      A. Good morning.
18      Q. As I mentioned yesterday, my name is Mr. Sacchet,
19 and I represent the plaintiffs 3M. Yesterday my learned
20 friend on the other side reviewed some of the ground rules
21 for the deposition. I'm going to go through few more today,
22 just to make sure we're on the same page with respect to the
23 procedures for our conversation. As you know, I'll be
24 asking you questions under oath and you'll be responding to
25 them. If at any time you don't understand a question or if

Page 240

1              DR. PAUL MCGOVERN
2  you don't hear the question, please let me know, okay?
3       A. Yes.
4       Q. As was mentioned yesterday, it's best for the
5  record and the court reporter, if I ask a question, that you
6  let me finish asking the question before you answer, and
7  I'll do the same with respect to you in refraining from
8  asking a question before you've finished your answer.
9  Please provide audible "Yes" or "No" answers with respect to
10 the questions as opposed to a nodding or shaking of the
11 head. Is that agreeable?
12      A. Yes.
13      Q. And if at any time you need a break, just let me
14 know, and I'll find an appropriate spot to pause.
15      A. Sure.
16      Q. Before we jump into your background, with respect
17 to your educational and professional history, just a few
18 preliminary items. You've never met me before, have you?
19      A. Not before yesterday, no.
20      Q. And prior to yesterday, you'd never spoken to me
21 before, be it via e-mail or phone?
22      A. That is correct.
23      Q. You've never spoken to any members of the
24 plaintiff's counsel in this matter, have you?
25      A. That is correct.

Page 241

1              DR. PAUL MCGOVERN
2       Q. Have you ever spoken to anyone on the side of the
3  defense, prior to yesterday?
4       A. I'd received communications from various people on
5  the side of the defense. I have only communicated with them
6  through my lawyers.
7       Q. Okay. Do you recall who those individuals were
8  that attended the --
9       A. Stephen Llewellyn, from Faeger Baker Daniels.
10 I received a Linkedin message from a lawyer in the United
11 States, but I don't remember their name.
12      Q. Do you recall the content of the message?
13      A. It was similar to the initial contact from Stephen
14 Llewellyn, saying that 3M would like to depose me, and
15 asking me to get back in touch to arrange that.
16      Q. And did you get back in touch to arrange that?
17      A. I did not reply to the Linkedin message at all, and
18 I replied to Stephen Llewellyn through my lawyers when
19 I arranged legal representation.
20      Q. Okay. So other than contact via your attorney,
21 you've had no personal contact with anyone on the other
22 side?
23      A. That is correct.
24      Q. I know you spoke a little bit yesterday about your
25 background as well, and I'm going to review some of that

Page 458

1   DR. PAUL MCGOVERN
2   conduct the study, but I didn't receive any remuneration
3   myself. My expenses were paid for this study, but -- most
4   of them, not all, but I didn't receive payment for my
5   involvement in this study.
6       MR. SACCHET: Let's take a break.
7       THE VIDEOGRAPHER: Shall I change the tape now,
8   or -- we've got 20 minutes.
9       MR. SACCHET: Why don't you leave it in?
10      THE VIDEOGRAPHER: Going all off the record at
11  eleven minutes past four.
12  (4:12 p.m.)
13          (Break taken.)
14  (4:18 p.m.)
15      THE VIDEOGRAPHER: Back on the record at eighteen
16  minutes past four.
17      MR. SACCHET: Mr. McGovern, at this point in time
18  I pass you, as the witness, to Mr. Gordon for him to finish
19  the remaining part of his examination if he so wishes, and
20  I reserve the rest of my time to respond if necessary.
21      MR. C. GORDON: I'm sorry, we should have done
22  that in the break.
23      THE VIDEOGRAPHER: Going off the record at
24  nineteen minutes past four.
25  (4:19. p.m.)

Page 459

1   DR. PAUL MCGOVERN
2           (Break taken.)
3   (4:20 p.m.)
4       THE VIDEOGRAPHER: Back on the record at twenty
5   past four. This is the end of DVD 3 in volume 1 of the
6   deposition of Dr. Paul McGovern, going off the record at
7   twenty past four.
8   (4:20 p.m.)
9           (Break taken.)
10  (4:34 p.m.)
11      THE VIDEOGRAPHER: This is the beginning of DVD 4
12  in volume 2 of the deposition of Dr. Paul McGovern. We're
13  back on the record at 2:34. Andrew Head has left the
14  deposition and been replaced by Bryan Shacklady.
15      THE WITNESS: It's 4:34.
16      THE VIDEOGRAPHER: Did I say 4:34?
17      THE WITNESS: You said 2:34.
18      THE VIDEOGRAPHER: It's 4:34. Thank you very much
19  for the correction. Thank you.
20      MR. C. GORDON: It's 2:34 somewhere.
21  EXAMINATION BY MR. C. GORDON:
22  BY MR. C. GORDON:
23      Q. Dr. McGovern, I hopefully have a few questions to
24  follow up from some of the things you were asked. Earlier
25  today you were asked regarding the collection of the

Page 460

1   DR. PAUL MCGOVERN
2   infection data that went into the 2011 paper.
3       A. Yes.
4       Q. And I believe you were asked if Mr. Reed had
5   collected as much data as possible, and you had said -- you
6   had affirmed that that was your understanding.
7       A. Yes.
8       Q. Okay? And you agreed with the statement that no
9   attempt to -- there was no attempt to artificially limit the
10  data?
11      A. None that I know of.
12      Q. Okay. Could you take a look at exhibit 16, please.
13      A. Yes.
14      Q. The first date on exhibit 16 appears to be from
15  October 2007; is that right?
16      A. Yes.
17      Q. And the actual study period of what you reported
18  started in July 2008; right?
19      A. Yes.
20      Q. So in fact there were nine months of data that you
21  all had, prior to when you decided to start the study
22  period; right?
23      A. I don't know if that's the case.
24      MR. SACCHET: Objection to foundation.
25          (Reporter clarification.)

Page 461

1   DR. PAUL MCGOVERN
2   BY MR. C. GORDON:
3       Q. Let me show you what's been marked as exhibit 28.
4       (Exhibit 28 marked for identification)
5       MR. SACCHET: Just for the record, I'm going to
6   have a standing objection of assumes facts not in evidence
7   with respect to this document.
8   BY MR. C. GORDON:
9       Q. This is a printout of a long spreadsheet, so
10  there -- sort of track the numbers; you have to follow them
11  all the way through. But the very first one on your
12  exhibit 16 was a 72-year old hip on October 30, 2007. And
13  if you turn ahead to page marked at the bottom
14  Augustine_0005198 --
15      A. Yes.
16      Q. Are you already ahead of me?
17      A. 5198, yes.
18      Q. And the 30 October 2007, there were several
19  procedures performed, but I think, if we look over at the
20  procedure listed as 145, that would -- does that correspond
21  to the one you've got there?
22      MR. SACCHET: Object to form.
23      A. It is not possible to say with certainty, because
24  there aren't enough data points to identify an individual
25  patient. However, the data in row 145 of exhibit 28