# EXHIBIT 57

**From:**       Hansen, Gary
**To:**         Hansen, Gary; Woodwick-Sides, Teri; Stender, Jana; Rock, John; Bergstrom, Troy; 'Gagne, Bob'
**CC:**         Maharaj, Gary
**Sent:**       12/9/2010 12:14:58 AM
**Subject:**   Update from Dan Sessler - Attorney Client Privilege


I spoke with Dan a moment ago.

First, the OR Manager article will not be published. Dan spoke to the editor and apprised her of the paper's numerous flaws. It's dead.

Second, we chatted about a response to Albrecht #2. He thought there was nothing in the paper of such severity that it would cause the editor to stop publication. Unless there is an egregious factual or ethical lapse, the paper will go forward. He thought the Albrecht "researcher" disclosure is no problem because the primary affiliation is ABAD. He read that to mean "employee". I drew his attention to the old, dirty filters that were tested and the lack of candor in the abstract. None of these are a particular concern for him; it's simply bad science.

He did think it was wise to write a private letter to the editor, but not to expect much. It will be possible to write an open letter for publication later, but this allows the authors to reply and have the last word. (If we want the issue to go away, initiating a public dialog might not be a good idea.) He urged us to stick to hard facts, not issues of interpretation or slant. These would be harder to argue with.

Based on this, I think we should still write a letter, but it needs to a very tight one.

Gary

3M Confidential

3MBH00051040