# EXHIBIT 59

| | |
|---|---|
| **From:** | Hansen, Gary |
| **To:** | Woodwick-Sides, Teri; Stender, Jana; Rock, John; bob.gagne@exponentpr.com |
| **Sent:** | 12/27/2010 6:48:55 PM |
| **Subject:** | FW: Doctor Warns Against Some Uses of Surgical Device He Invented - NYTimes.com |

FYI.

Gary

---

**From:** Daniel Sessler [ds@or.org]
**Sent:** Saturday, December 25, 2010 7:24 AM
**To:** Hansen, Gary
**Subject:** Re: Doctor Warns Against Some Uses of Surgical Device He Invented - NYTimes.com

HI Gary,

A great outcome, considering how bad it looked at the beginning. Now we can all relax! That said, Scott won't let the issue die and I still recommend that you do a study with bacterial sampling during laminar flow surgery. That is the study that will finally put the issue to bed.

Best wishes for the holidays.

Regards, Dan.

---

**From:** Gary Hansen <ghansen@arizant.com>
**Date:** Sat, 25 Dec 2010 05:44:36 +0000
**To:** Daniel Sessler <ds@or.org>
**Subject:** Doctor Warns Against Some Uses of Surgical Device He Invented - NYTimes.com


Not what Scott expected, I imagine.

Have a nice Holiday!

Gary


http://www.nytimes.com/2010/12/25/business/25invent.html?_r=1&ref=health

3M Confidential

3MBH00051252