# EXHIBIT 61

| | |
|---|---|
| **From:** | Hansen, Gary |
| **To:** | Woodwick-Sides, Teri; Stender, Jana; Rock, John |
| **Sent:** | 7/15/2011 10:26:28 PM |
| **Subject:** | Sessler Contamination Study |

Teri,

See below for Dan's comments on contamination concerns in the UK.

Gary

---

**From:** Daniel Sessler [mailto:ds@or.org]
**Sent:** Friday, July 15, 2011 4:16 PM
**To:** Hansen, Gary
**Subject:** Re: Figures for Olmstead / Sessler Paper

Hi Gary,

The manuscript is being submitted. We're still having resolution issues with the figures, but Tanya's working on it.

I'm glad 3M is seriously considering a true contamination study. That is the only type of study that will put this issue to bed. But for what it is worth, I took the liberty of presenting our laminar flow results last week at the Evidence-based Perioperative Medicine Meeting in London. Folks there commented that many of their orthopedic surgeons no longer allow forced-air. Reversing that trend will probably require a major paper in the Journal of Bone and Joint Surgery or something similar.

Regards, Dan.

---

**From:** Gary Hansen <ghansen@arizant.com>
**Date:** Fri, 15 Jul 2011 21:07:04 +0000
**To:** Daniel Sessler <ds@or.org>
**Subject:** RE: Figures for Olmstead / Sessler Paper

Hi Dan,

Thanks for the yeoman work on the paper. It is greatly appreciated. Has it gone in yet?

Your idea for the new study is of great interest to us. We're pursuing some 3M experts in test methodology who may advise us on how best to do it. Stay tuned.

Gary

---

**From:** Daniel Sessler [mailto:ds@or.org]
**Sent:** Thursday, July 14, 2011 9:13 AM
**To:** Hansen, Gary
**Subject:** Re: Figures for Olmstead / Sessler Paper

Hi Gary,

Thanks much! Great that the manuscript is finally accepted. On to a culture study?

3M Confidential          Confidential – Subject To Protective Order          3M00575251

**From:** Gary Hansen <ghansen@arizant.com>
**Date:** Wed, 13 Jul 2011 23:03:18 +0000
**To:** Daniel Sessler <ds@or.org>, Tanya Smith <smitht22@ccf.org>
**Subject:** Figures for Olmstead / Sessler Paper

Dan,

Special software is necessary to convert the TIFF images into the proper format. I'll take care of it tomorrow. I'll send you versions in both CMYK and grayscale color. One of these should work for the Journal.

Gary

**3M**

*Gary Hansen, Ph.D.*
*Director of Research & Development*
*Arizant Healthcare Inc., a 3M company*
*Email: ghansen@arizant.com*
*Phone: 952-947-1388*
*Fax: 952-918-5388*