# EXHIBIT 62

Gary Hansen/US-Corp03/3M/US
11/28/2011 01:46 PM

To Daniel Sessler <ds@or.org>
cc
bcc
Subject Re: Published version

No disagreement. We will be meeting shortly to get our clinical priorities in order. It will be a busy year in that department, so I want to make sure we're doing the most important things first with limited resources. I'll keep you updated.

Gary

---

3M

**Gary Hansen, Ph.D.** | Director of Research and Development
Arizant Healthcare Inc., a 3M company
Patient Warming Business, 10393 West 70th Street | Eden Prairie, MN 55344
Office: 952 947 1388 | Mobile: 952 200 5645
ghansen@mmm.com | www.3M.com

Daniel Sessler ---11/28/2011 12:32:00 PM---Hi Gary, We were lucky that this was published at almost th...

From: Daniel Sessler <ds@or.org>
To: <ghansen@mmm.com>
Date: 11/28/2011 12:32 PM
Subject: Re: Published version

---

Hi Gary,

We were lucky that this was published at almost the same time as Scott's paper. We may not have warning of his next effort though. There is a very real possibility that he will do some sort of bacterial sampling study (the idea is obvious) and that the first we'll know of it is a published paper. If that happens, whatever Scott reports will be un-opposed for 1-2 years while we do a catch-up study, analysis, and get through the publication process. Waiting much longer seems like a dangerous strategy...

Regards, Dan.

**From:** Gary Hansen <ghansen@mmm.com>
**Date:** Mon, 28 Nov 2011 12:19:17 -0600
**To:** Daniel Sessler <ds@or.org>
**Subject:** Re: Published version

Thanks, Dan. This is an important paper for us. We appreciate all your efforts!

Gary

---



**Gary Hansen, Ph.D.** | Director of Research and Development
Arizant Healthcare Inc., a 3M company
Patient Warming Business, 10393 West 70th Street | Eden Prairie, MN 55344
Office: 952 947 1388 | Mobile: 952 200 5645
ghansen@mmm.com | www.3M.com

From: Daniel Sessler <ds@or.org>
To: Gary Hansen <ghansen@mmm.com>, Russ Olmsted Privacy >, Külpmann Rüdiger <ruediger.kuelpmann@hslu.ch>
Date: 11/27/2011 07:41 AM
Subject: Published version

Hi Folks,

Here is the published version of our article. Congratulations!

Happy Thanksgiving too!

Regards, Dan.[attachment "Sessler, Laminar Flow.pdf" deleted by Gary Hansen/US-Corp03/3M/US]