EXHIBIT 63



**Michelle Hulse**
**Stevens/US-Corp02/3M/US**
03/13/2012 06:28 PM

To  Bob Buehler/US-EdenPrairie/3M/US@3M-Corporate,
ghansen@mmm.com, Jill Rector/US-Corp03/3M/US
cc  Carol A. Ley/US-Corporate/3M/US@3M-Corporate
bcc
Subject  Fw: Re Infection Control with Bair Hugger

Bob and all,
I am forwarding an email sent to Carol by her husband, Jeff, an orthopedic surgeon in Stillwater as an fyi.
Who is Mike Reed? I do not see him come up on any references in a pubmed search on studies published
on warming.

I know there is deliberation occurring regarding the aerobiology study. Carol and I had a conference call
with Jeff Cooper, CEO of the Anesthesia Patient Safety Foundation, regarding the concerns about the
literature misguiding practice. He is willing to facilitate sharing the information with the president of the
Board to determine their interest in understanding the issue more. However, with the Legg study, and the
limitations of the Sessler study, before we proceed with any further engagement it would be helpful for
Carol and I to have the opportunity to meet with the core stakeholders on the strategy here to make sure
we are fully informed and are pursuing value added activities.

At this time we will hold on further engagement of clincians/KOLs etc until we understand the direction
best to take.

Regards,
Michelle

**3M**

**Michelle Hulse Stevens, MD** | Medical Director
3M Infection Prevention Division
3M Center, 270-4N-01 | St Paul, MN 55144
Office: 651 733 3600
mhstevens@mmm.com | www.3M.com

----- Forwarded by Michelle Hulse Stevens/US-Corp02/3M/US on 03/13/2012 05:12 PM -----

From:       Carol A. Ley/US-Corporate/3M/US
To:         Michelle Hulse Stevens/US-Corp02/3M/US@3M-Corporate, Joseph A.
            Gillis/US-Corporate/3M/US@3M-Corporate
Date:       03/13/2012 02:57 PM
Subject:    Fw: Re Infection Control with Bair Hugger

Very interesting. This is coming to the U of MN. Who is Mike Reed??
Carol

----- Forwarded by Carol A. Ley/US-Corporate/3M/US on 03/13/2012 02:56 PM -----

From:       Jeffrey Ley <jley@lakesorthomn.com>
To:         "caley@mmm.com" <caley@mmm.com>
Date:       03/08/2012 07:20 PM
Subject:    FW: Re Infection Control with Bair Hugger

Confidential – Subject To Protective Order

FYI

_____
From: Elizabeth Arendt [arend001@umn.edu]
Sent: Thursday, March 08, 2012 6:01 PM
To: Jeffrey Ley
Subject: FW: Re Infection Control with Bair Hugger

Here is more on the Bair hugger, FYI

From: Reed Mike (NORTHUMBRIA HEALTHCARE NHS FOUNDATION TRUST - NE29 8NH) [
mailto:mike.reed@nhs.net]
Sent: Friday, December 02, 2011 1:25 AM
To: Patrick Morgan; Bob Gorman; Mark Heller; CHENDRI1@Fairview.org; Liza and
Jim Arendt; belan001@umn.edu
Subject: Re Infection Control with Bair Hugger

All

Sorry about the tardy response. I have attached the data that shows what
happened since we wrote the paper and splits it between hips and knees - it's
about another 400 cases. I have left the idiots guide that our statistician
put on for me - I hope that helps!
You will see the effect is present for knees (0.6 vv 1.6%) as well as hips
(1.3 vv 5.5%)). The effect has been sustained.

I cannot really explain why we had such a difference in hip/knee infection
rates. This was obviously a great source of concern to us.  The effect of the
warming method is present for both op types though. We now use conductive
fabric warming (CFW) for both hips and knees (in fact all surgery in the
hospital now, as it is cheaper).

Disclosures / Industry

In early 2009 our department did some microbiology work to see if we could
culture bacteria around the table with FAW. Augustine (Hot Dog) sponsored this
work (£5K). It didn't show anything and was rejected by the British Hip
Society. None of the authors received any personal income from that.

Augustine provided the clever bubble machine for this experiment in the JBJS.
It didn't cost our unit anything (apart from our time) and no money changed
hands. Scott Augustine bought me a pizza at the British Hip Society earlier
this year. Regrettably (!) I have no shares in Hot Dog, or futures in Bair
Hugger. In truth I have considered that but feel this message is so important
I wanted it out without conflict.

I was present at the experiments (I'm the surgeon in the video) and I am
infection lead in our hospital - I'm convinced by the data.

Mark Albrecht is the brainy one and he is a research student who is having his
way through your uni paid, at least in part, by Augustine. I am happy with the
data and analysis though. As you are so close you could probably get him in to
demo this effect in your OR?

I am coming through your town in June as an ABC fellow. Perhaps we could talk
it through?

Mike

Confidential – Subject To Protective Order                    3MBH01619271

From: Mike Reed <mike.reed@nhs.net<mailto:mike.reed@nhs.net>>
Date: Thu, 24 Nov 2011 06:43:48 +0000
To: Edward Cheng <cheng002@umn.edu<mailto:cheng002@umn.edu>>, Liza and Jim
Arendt <arend001@umn.edu<mailto:arend001@umn.edu>>, "belan001@umn.edu<
mailto:belan001@umn.edu>" <belan001@umn.edu<mailto:belan001@umn.edu>>
Cc: Patrick Morgan <morga050@umn.edu<mailto:morga050@umn.edu>>, Bob Gorman
<drbobg@comcast.net<mailto:drbobg@comcast.net>>, Mark Heller
<markheller@tcomn.com<mailto:markheller@tcomn.com>>, "CHENDRI1@Fairview.org<
mailto:CHENDRI1@Fairview.org>" <CHENDRI1@Fairview.org<
mailto:CHENDRI1@Fairview.org>>
Subject: Re: Infection Control with Bair Hugger

Morning. These are all fair questions. I am pulling some data on this (on what
has happened since paper submission) and hopefully will reply more fully over
the weekend, including disclosures.
Thank you very much for your interest in the paper.
Mike

From: Edward Cheng <cheng002@umn.edu<mailto:cheng002@umn.edu>>
Date: Sun, 20 Nov 2011 23:53:38 +0000
To: Liza and Jim Arendt <arend001@umn.edu<mailto:arend001@umn.edu>>,
"belan001@umn.edu<mailto:belan001@umn.edu>" <belan001@umn.edu<
mailto:belan001@umn.edu>>, Fax Felton <mike.reed@email.com<
mailto:mike.reed@email.com>>
Cc: Patrick Morgan <morga050@umn.edu<mailto:morga050@umn.edu>>, Bob Gorman
<drbobg@comcast.net<mailto:drbobg@comcast.net>>, Mark Heller
<markheller@tcomn.com<mailto:markheller@tcomn.com>>, "CHENDRI1@Fairview.org<
mailto:CHENDRI1@Fairview.org>" <CHENDRI1@Fairview.org<
mailto:CHENDRI1@Fairview.org>>
Subject: FW: Infection Control with Bair Hugger

Liza,
Very interesting, I had never thought of this issue.  I did read the article
and they cite usage of the Bair hugger  as compared to the conductive fabric
blanket.  Both are made in Eden Prairie in companies started by Scott
Augustine, MD, anesthesiologist originally from twin cities.

It's only one paper but there probably is scant info on this topic.  I don't
know the implications of switching to the conductive fabric for warming but it
seems worth investigating.  Perhaps you'd be willing to do so?

Kumar / Mr Reed,
As a co-author of this paper,

1)      do you know if the difference in infection % between forced air vs
conductive fabric is statistically significant for hip replacement alone?
...knee replacement alone?

Confidential – Subject To Protective Order

2)      can you explain why knees had a much higher infection % compared to hips?  As you know the opposite has been shown in prior studies. I'd presume some of those studies used a bair hugger.  From your data, one might argue for the usage of a bair hugger when doing TKA's.

3)      could you provide clarification of any perceived/potential conflict of interests?

4)      Also, was industry involved in any way?

thanks

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Edward Y. Cheng, M.D.
Mairs Family Professor
Department of Orthopaedic Surgery, University of Minnesota
2512 South 7th Street, R200
Minneapolis, Minnesota 55455
612.273.7951, 612.273.7987 fax
www.ortho.umn.edu<http://www.ortho.umn.edu>
www.sarcoma.umn.edu<http://www.sarcoma.umn.edu>
www.umjointreplacement.umn.edu<http://www.umjointreplacement.umn.edu>
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~




From: Elizabeth A. Arendt, M.D. [mailto:arend001@umn.edu]
Sent: Saturday, November 19, 2011 4:30 PM
To: Edward Cheng
Cc: Karlen, Emily K
Subject: FW: Infection Control

Isn't this what the bear hugger is?
Should we change?

================================
Elizabeth A. Arendt, M.D.
Professor, Dept. of Orthopaedic Surgery
University of Minnesota
2512 So. 7th Street, Suite R200
Minneapolis  MN  55454
Ph:  612-273-8059
FAX:  612-273-7959
e-mail:  arend001@umn.edu<mailto:arend001@umn.edu>
Web:  www.sportsdoc.umn.edu<http://www.sportsdoc.umn.edu/>



********************************************************************************
***************************************

This message may contain confidential information. If you are not the intended recipient please inform the
sender that you have received the message in error before deleting it.
Please do not disclose, copy or distribute information in this e-mail or take
any action in reliance on its contents:

Confidential – Subject To Protective Order                                    3MBH01619273

to do so is strictly prohibited and may be unlawful.

Thank you for your co-operation.

NHSmail is the secure email and directory service available for all NHS staff
in England and Scotland
NHSmail is approved for exchanging patient data and other sensitive
information with NHSmail and GSi recipients
NHSmail provides an email address for your career in the NHS and can be
accessed anywhere
For more information and to find out how you can switch, visit
www.connectingforhealth.nhs.uk/nhsmail<
http://www.connectingforhealth.nhs.uk/nhsmail>

********************************************************************************
***************************************

60 day deep infection rates before and after moving to CFW.pdf

Confidential – Subject To Protective Order