# EXHIBIT 64

| | Jami A. Collins Lillquist/US-EdenPrairie/3M/US<br>01/06/2012 02:17 PM | To | twbergstrom@mmm.com |
|---|---|---|---|
| | | cc | |
| | | bcc | |
| | | Subject | Parvizi call |



**Jami A. Collins** | Director of Product Marketing
Arizant Healthcare Inc., a 3M Company
Patient Warming Business, 10393 West 70th St. | Eden Prairie, MN 55344
Office: 952 947 1258
jacollins@mmm.com | www.3M.com | www.arizant.com

----- Forwarded by Jami A. Collins Lillquist/US-EdenPrairie/3M/US on 01/06/2012 08:16 AM -----

**Forced-air Warming Papers**

Calendar Entry Type

**Fri 01/06/2012** 12:00 PM - 1:00 PM

Attendance is for Jami A. Collins Lillquist

| | |
|---|---|
| Chair: | **Bob Buehler/US-EdenPrairie/3M/US** |
| Sent By: | **Sarah A. Salo/US-EdenPrairie/3M/US** |
| Location: | Teleconference: 800-937-0042 / 303-248-1287 - Ready<br>Access: 9471309 Chair Person Pass Code: 6419<br>Teleconference: 800-937-0042 / 303-248-1287 - Ready<br>Access: 9471309 Chair Person Pass Code: 6419 |
| Rooms: | Marketing Conf Rm/US-PW EdenPrairie@3M-Corporate |

[IMAGE]  This entry has an alarm. The alarm will go off before the entry starts.

]

Required:   esmithdoc@[Privacy] ghansen@mmm.com, Jami A. Collins
Lillquist/US-EdenPrairie/3M/US@3M-Corporate, jprock@mmm.com, Marty.Beck@rothmaninstitute.com,
nmklinger@mmm.com, parvj@[Privacy] Tiffany.Morrison@rothmaninstitute.com

•••Audio Instructions•••
To join the Ready Access AUDIO conference, dial the appropriate number from the list below, then enter this access code: 9471309
   United States/ 8009370042
••••••••••••••••••••


From :     Bob Buehler/US-EdenPrairie/3M/US
To :            "Javad Parvizi" [Privacy]
Cc :
Sent on : 01/04/2012 05:04:28 PM
Subject : RE: Forced-air Warming Papers

OK.  I will set up a call-in number tomorrow and confirm by email.  Thanks.



Bob Buehler

Sent with Good (www.good.com)

3M Confidential          Confidential – Subject To Protective Order          3M00555877

-------- Original Message --------

From :      Javad Parvizi  Privacy
To :               bbuehler@mmm.com
Cc :
Sent on : 01/04/2012 05:02:49 PM
Subject : Re: Forced-air Warming Papers

Sure.
We can make that work.
Thanks

Javad Parvizi MD
Rothman Institute
Philadelphia, PA 19107
Tel: 267 339 3617 (Sec)
     215 356 8201 (Cell)
Fax: 215 503 0580


-----Original Message-----
From: bbuehler <bbuehler@mmm.com>
To: Javad Parvizi  Privacy  ; ghansen <ghansen@mmm.com>
Cc: Tiffany.Morrison <Tiffany.Morrison@rothmaninstitute.com>; Marty.Beck <Marty.Beck@rothmaninstitute.com>; esmithdoc  Privacy  , John Rock <jprock@mmm.com>; jacollins <jacollins@mmm.com>; nmklinger <nmklinger@mmm.com>
Sent: Wed, Jan 4, 2012 12:59 pm
Subject: RE: Forced-air Warming Papers

Hello Dr. Parvizi.  Does something around 1:00PM work on Friday?

Kind regards,



Bob Buehler

Sent with Good (www.good.com)



-------- Original Message --------

From :      Javad Parvizi  Privacy
To :              "ghansen@mmm.com" <ghansen@mmm.com>
Cc :         "Tiffany.Morrison@rothmaninstitute.com" <Tiffany.Morrison@rothmaninstitute.com>,
"Marty.Beck@rothmaninstitute.com" <Marty.Beck@rothmaninstitute.com>, "esmithdoc  Privacy
<esmithdoc  Privacy  , "bbuehler@mmm.com" <bbuehler@mmm.com>, John Rock <jprock@mmm.com>,

"jacollins@mmm.com" <jacollins@mmm.com>, "nmklinger@mmm.com" <nmklinger@mmm.com>
Sent on : 01/03/2012 05:05:42 AM
Subject : Re: Forced-air Warming Papers

Sure. Thursday and Friday will wirk

J Parvizi


On Jan 2, 2012, at 11:33 PM, ghansen@mmm.com wrote:

Dear Dr. Parvizi,

Thanks for your kind wishes.  I did have a fine Holiday and I hope it was the same with you.

These are very encouraging suggestions.  Today was a 3M holiday, so we'll try to get organized tomorrow. Are there dates and times that you would be available for a call?

Best Regards,
Gary



Sent with Good (www.good.com)



-------- Original Message --------

From :      Javad Parvizi  Privacy
To :            ghansen@mmm.com, Tiffany.Morrison@rothmaninstitute.com, Marty.Beck@rothmaninstitute.com, esmithdoc@ Privacy
Cc :
Sent on : 01/02/2012 08:47:25 PM
Subject : Re: Forced-air Warming Papers

Dear Gary
First allow me to wish you and your family a very healthy and happy 2012.

I have read through the literature that you sent me as well as a few other papers that may be relevant. I agree with you in that there is no scientific evidence that the use of warming blankets may increase the incidence of SSI. In fact one could argue that there is evidence to the contrary. The negative publicity surrounding this issue persists. I just received yet another email from an orthopedic surgeon who enquired about this issue also. I would like to propose the following:

1) I will have one of my fellows to perform a mini-systematic review of the literature and write a summary statement that we can publish in an orthopedic journal. This is to counter the negative publicity and "hold off" the fear mongerers for now.
2) To add science to the subject, I would like us to perform a study using aerobiology and consequent follow-up of patients undergoing TJA in a laminar flow room. I would like to ask Dr Smith, one of my partners, who just finished a very interesting study that involved aerobiology methods. he was able to execute the study on 80

3M Confidential                Confidential – Subject To Protective Order                3M00555879

patients in few weeks.

If you are we can put a quick budget for both activities. The first activity will be relatively inexpensive and fast. I can publish the statement in Orthopedics Today under the Infection column that I write every other month. Orthopedics Today reaches over 10,000 orthopedic surgeons around the world.

Please let me know how you would like to proceed.

Javad Parvizi MD
Rothman Institute
Philadelphia, PA 19107
Tel: 267 339 3617 (Sec)
   215 356 8201 (Cell)
Fax: 215 503 0580


-----Original Message-----
From: ghansen <ghansen@mmm.com>
To: parvj [Privacy]
Cc: Tiffany.Morrison <Tiffany.Morrison@rothmaninstitute.com>; nmklinger <nmklinger@mmm.com>; bbuehler <bbuehler@mmm.com>; jacollins <jacollins@mmm.com>; jprock <jprock@mmm.com>; twbergstrom <twbergstrom@mmm.com>
Sent: Tue, Dec 20, 2011 9:19 am
Subject: Forced-air Warming Papers

Dear Dr. Parvizi,

It was a pleasure to speak with you yesterday. As promised, here are some of the leading papers on forced-air warming and surgical infection rates.

Moretti and Huang both performed aerobiology sampling under conditions of actual surgery. Unfortunately, neither of these studies were done under laminar flow, but it can be argued that ordinary ventilation would make bacterial dispersion, if it existed, easier to detect. No such effect was seen. Memarzadeh, who was a leader in setting US operating standards, took a different approach. He used computer modelling of airflow patterns under laminar flow to arrive at the same conclusion. The most recent paper, Sessler and Olmsted, performed detailed measurements of particulate levels in actual laminar operating rooms. No difference was found, regardless of whether the forced-air warming system was "off", set to "ambient air", or "heated air". I've also included the Kurz NEJM article, which shows that infection rates during colorectal surgery actually went down with forced-air warming use.

Lastly, I've included a small piece that we use internally to teach people about the differences between the McGovern and Sessler papers. Please do not give this document to anyone else.

I hope this will help you in your research. Feel free to contact me if you have any questions.

Best Regards,
Gary

<23659932.gif>
**Gary Hansen, Ph.D.** | Director of Research and Development
Arizant Healthcare Inc., a 3M company
Patient Warming Business, 10393 West 70th Street | Eden Prairie, MN 55344
Office: 952 947 1388 | Mobile: 952 200 5645
ghansen@mmm.com | www.3M.com

3M Confidential         Confidential – Subject To Protective Order         3M00555881