# EXHIBIT 66



| | | | |
|---|---|---|---|
| Al P. Van Duren/US-Corp03/3M/US  04/04/2013 01:08 AM | | To | Constance M. Strom/US-Corporate/3M/US@3M-Corporate |
| | | cc | |
| | | bcc | |
| | | Subject | Fw: REDUX on FAW |

Hi, Connie,

I don't know if you have talked to Dan about his idea for a bacteriological study for Bair Hugger. He has been encouraging us to do this study for quite some time because of the assaults from ABAD. I have strongly resisted conducting a study of this type for reasons I can discuss with you or the group during our meeting. I believe that Gary Hansen and others on our scientific advisory panel are supporters of this study. If you don't have this study on the list, you may want to get it on so that we can discuss it as a group.

The information about the legal issue in Texas is confidential, so please do not forward this e-mail.

Thanks,

Al

**3M**

**Al P. Van Duren** | R&D Product Development Research Scientist
Arizant Healthcare Inc., a 3M company
Patient Warming Business, 10393 West 70th St. | Eden Prairie, MN 55344 USA
Office: 952 947 1427 | Mobile: 952 200 2491 | Fax: 651 732 8996
apvanduren@mmm.com | www.3M.com | www.arizant.com


----- Forwarded by Al P. Van Duren/US-Corp03/3M/US on 04/03/2013 07:02 PM -----

| | |
|---|---|
| From: | Daniel Sessler <ds@or.org> |
| To: | Olmsted Russell [Privacy] |
| Cc: | Van Duren Al <apvanduren@mmm.com>, Hansen Gary <ghansen@mmm.com> |
| Date: | 04/03/2013 03:26 PM |
| Subject: | Re: REDUX on FAW |

Hi Russ,
My letter is enclosed. The issue will remain unresolved until there is a bacterial sampling study. It could have been done by now...
Regards, Dan (Miami).



Forced_Air_Warming_AA Response-9.docx
++++++++++++++++++++++++++++++++++

On Apr 3, 2013, at 12:09 PM, ghansen@mmm.com wrote:

Hello Russ,

Confidential – Subject To Protective Order    3MBH00107719

Glad to hear from you; sorry it's under these circumstances. Dan's letter is excellent, but we can provide additional analysis on recent papers if you want them.

Note my new contact information, below. I've got a new position now.

I hope all is well otherwise. Keep in touch!

Gary

<Mail Attachment.gif>
Gary Hansen, Ph.D. | Manager of New Product Discovery
Discovery Group | Infection Prevention Division
3M Center, 0270-02-N-03 | St. Paul, MN 55144
Office: +1 651 733 7027 | Mobile: +1 952 200 5645 | ghansen@mmm.com

| | |
|---|---|
| From: | russell olmsted  Privacy |
| To: | Daniel Sessler <ds@or.org>, ghansen@mmm.com |
| Cc: | Van Duren Al <apvanduren@mmm.com> |
| Date: | 04/03/2013 10:41 AM |
| Subject: | REDUX on FAW |

```
Hi all, suspect you've heard of the claim brought against 3M from a patient in
Tx; distributed, of course, by S.A. using a variety of networks.  Dan do you
have the response you sent in last Sept to the editor of A&A that responded to
all of the studies in which S.A. has has a hand? Thanks and the half life on
S.A. is radioactive.
Russ
```

Confidential – Subject To Protective Order

3MBH00107720