# EXHIBIT 72

| | |
|---|---|
| **From:** | Van Duren, Al |
| **To:** | Stender, Jana; Hansen, Gary |
| **BCC:** | Van Duren, Al |
| **Sent:** | 1/14/2010 6:59:16 PM |
| **Subject:** | RE: ABAD |

Where's the science to evaluate?

At some point, it seems that we should address the unproven ideas that laminar flow systems reduce contamination and reduce surgical site infections. Not only are these ideas unproven, there is some evidence that laminar flow systems actually increase surgical infection rates in orthopedic surgery.

MRSA Action UK is a patient advocacy group, not a medical society. These groups are filled with and usually headed by sympathetic figures who have experienced some sort of personal tragedy and who generally blame bad outcomes on some systemic or individual failure within the healthcare system. These groups are notoriously zealous and usually bereft of scientific bases for their positions because they reject the stochastic nature of healthcare outcomes. The chairman of MRSA Action UK, Derek Butler, is the archetype leader of a patient advocacy group. Mr. Butler is a nuclear safety engineer whose stepfather died as a result of an MRSA infection, and he believes that it is his job to reform the way in which the NHS thinks about patient safety. Mr. Butler has no training in Medicine, hasn't published a shred of research, and, from the looks of his profile, can't write, but still believes that his personal loss and former vocation qualify him in some way as an expert in infection control.

MRSA Action UK is the ideal organization for ABAD to enlist to help them spread their message about contamination because the members of MRSA Action UK are already distrustful of doctors and science, and they will be completely uncritical in their analysis of ABAD's claims.

Al

**Albert Van Duren, MS | Arizant Healthcare**
10393 West 70th Street, Eden Prairie, MN 55344 USA
**Director of Clinical Affairs** | avanduren@arizant.com
+1.952.947.1247 (office) | +1.952.918.5247 (fax)
+1.952.200.2491 (mobile) | www.arizanthealthcare.com

(Cleveland)

---

**From:** Stender, Jana
**Sent:** Wednesday, January 13, 2010 8:36 AM
**To:** Hansen, Gary; Van Duren, Al
**Subject:** FW: ABAD

Hi Gary and Al,

This just came through and Gary M. would like you to "poke holes" in the statements within. He'd also like Russ' perspective.

Thanks--Jana

**From:** Mann, Christopher

3M Confidential

3MBH00002792

**Sent:** Wednesday, January 13, 2010 6:43 AM
**To:** Maharaj, Gary; Woodwick-Sides, Teri; Stender, Jana; Hansen, Gary; Grey, Hal
**Cc:** Robinson, Kevin; Biggs, Julian
**Subject:** FW: ABAD

<< File: DC_25048.pdf >>

Dear All,

I hope you are all well.

Please find below the email from Kevin and attached what is essentially an "advertisement" put in the Operating Theatre Journal by Dr Augustine.

He doesn't implicate anyone else in this somewhat shoddy PR attempt (i.e. Leaper/ Nordic) and does not obviously reference the "new study" (The Leaper paper that Kevin refers to below only looks once again at OR bacterial counts – so I assume it is not the one that the advertisement refers to.

Kevin and I will contact the Chairman of the MRSA Action UK to request a meeting to address his concern with our evidence as Augustine has obviously contacted this chap and planted the seed.

I appreciate that you guys are already working on a lot of stuff to counter this somewhat reckless behaviour, so this is just for your information.

Kind regards.

Christopher Mann

**UK Product Manager - Arizant UK Ltd**

Calder Island Way
Wakefield
WF2 7AW

cmann@arizant.eu

Tel: +44 (0) 1924 887 431

Mobile: +44 (0) 7764243160

Customer Services:

01924-200 550 (phone)
01924-200 518 (fax)
customerservice@arizant.co.uk (email)
www.arizant.co.uk (website)

---

**From:** Robinson, Kevin
**Sent:** 13 January 2010 10:59
**To:** Biggs, Julian; Mann, Christopher
**Subject:** ABAD

Julian/Chris,

The attached is in the January 2010 issue of "The Operating Theatre Journal" http://www.otjonline.com/

This time they mention this new scientific study, I'm assuming it's the Leaper paper. As yet I have only shared this

3M Confidential                                                                                                                 3MBH00002793

with you both, but I'm sure others will see it or hear about it soon, so we need to reinforce our position on this material. It would however be interesting to make contact with this Derek Butler, Chairman of MRSA Action UK http://www.mrsaactionuk.net/  As the last thing we want are these unfounded allegations being spread.

Chris, are you in the office tomorrow?

Kevin

Kevin Robinson

Senior Field Product Manager

Arizant UK

Phone  01924 887427

Mobile  07976 956310

krobinson@arizant.co.uk

3M Confidential