# EXHIBIT 73

| | | | |
|---|---|---|---|
| | **Bob Buehler**/US-EdenPrairie/3M/US<br>08/01/2012 10:00 PM | To | Troy W. Bergstrom/US-EdenPrairie/3M/US@3M-Corporate |
| | | cc | Greta R. Deutsch/US-EdenPrairie/3M/US@3M-Corporate, Jami A. Collins Lillquist/US-EdenPrairie/3M/US@3M-Corporate |
| | | bcc | |
| | | Subject | JBJS retraction request.docx |

I took a look in my free time today.  I think you should speak with Gary about how a scientist would write such a letter.  Also, we should think about it from the point of view of the editor and come up with compelling reasons why not retracting this would cause him pain.  The part about the Clinical Services article is very good.  Some of the other parts sounds like "sour grapes" from our side.  Most certainly, Reed et al would tell the editor everything is true.



**Bob Buehler** | Vice President - Patient Warming Business
Arizant Healthcare Inc., a 3M company
Patient Warming Business, 10393 West 70th Street | Eden Prairie, MN 55344
Office: +1.952.947.1309 | Mobile: +1.763.656.3706
bbuehler@mmm.com | www.arizant.com | www.3M.com


 - JBJS retraction request.docx

Confidential – Subject To Protective Order                                                        3MBH01253823