# EXHIBIT 78

# MODEL 500 SERVICE MANUAL

## (MODELS 500, 500E, 500J)

| | | |
|---|---|---|
| WARNINGS | PAGE | 1 |
| GENERAL MAINTENANCE | PAGE | 1 |
| FILTER CHANGING | PAGE | 2 |
| REPLACING FUSES | PAGE | 3 |
| TEMPERATURE TEST | PAGE | 4 - 6 |
| TROUBLE SHOOTING | PAGE | 7 |
| PARTS LIST | PAGE | 8 - 10 |
| PARTS DRAWINGS | PAGE | 11 - 14 |
| ELECTRICAL DRAWINGS | PAGE | 15 - 17 |
| SPECIFICATIONS | PAGE | 18 - 20 |
| MAINTENANCE RECORD | PAGE | 21 |

CONFIDENTIAL
ATTORNEYS EYES ONLY

AUG 101259

3MBH02237657

# WARNINGS

1. **Monitor the patient's temperature and vital signs regularly. Reduce the air temperature or discontinue therapy when normothermia is reached, or if vital sign instability occurs.**

2. Heat should not be applied directly to open wounds.

3. Due to the possibility of airborne contamination, the Bair Hugger® Warming Cover should not be applied to surfaces with open infected wounds.

4. Do not apply Bair Hugger® Warming Covers to ischemic limbs, (eg. legs during aortic cross-clamping).

5. If the red Over Temperature Alarm lights up, and/or the audible alarm sounds, turn off the Heating Unit and discontinue use. Refer servicing to an authorized service technician.

6. **The Bair Hugger® Warming Covers are intended for SINGLE PATIENT USE ONLY.**

7. **Explosion Hazard: Do not use in the presence of flammable anesthetics.**

# GENERAL MAINTENANCE

The Bair Hugger® Patient Warming System requires no maintenance except for wiping the cabinet and hose clean with a damp cloth and regularly changing the air filter mounted inside the top cover of the unit.

## *Cleaning the cabinet*

To clean the Bair Hugger® cabinet, use a soft cloth lightly dampened with water.

1. Unplug the unit.

2. Do not use a wet saturated cloth to clean the unit. Moisture may seep into the electrical contacts damaging the components.

3. Do not use alcohol or other solvents to clean the cabinet. Solvents may damage the labels and other plastic parts.

## ELECTRICAL MAINTENANCE

**Electrical Shock Hazard:**
Do not disassemble this unit. Refer servicing to an Augustine Medical, Inc. authorized Service Center or contact:

Service Department
Augustine Medical, Inc.
10393 West 70th Street
Eden Prairie, MN 55344
(612)941-8866
(800)733-7775

CONFIDENTIAL
ATTORNEYS EYES ONLY

AUG 101260

# INSTRUCTIONS FOR CHANGING THE FILTER

Under normal use, the air filter inside the top cover of the heating unit should be changed every 500 hours. You should find the hours of the last filter change located in the back of this book.

1. Make sure to disconnect power to the unit before removing the filter.

2. Remove the service cover by lifting up and removing the wing nut from the top of the filter (Figure 2).

3. Remove the old filter, record the hours indicated on the hour meter on the maintenance sheet in the back of this book.

4. Install the new filter, insure that the filter is seated firmly to fully engage the interlock switch. Unit will not run unless interlock switch is properly engaged.

5. Replace wing nut and service cover.

6. Plug in unit and turn on to insure that the filter interlock is properly seated.



(FIGURE 2)

CONFIDENTIAL
ATTORNEYS EYES ONLY

AUG 101261

3MBH02237659

# INSTRUCTIONS FOR REPLACING FUSES

There are two fuses locatd inside the filter housing. They are labeled 15A and .062A. There is a replacement .062A fuse in the filter compartment of each new Heating Unit.

1.  Make sure to disconnect power to the unit before replacing the fuses.

2.  To replace the fuses, remove the service cover by lifting up and remove wing nut from the top of the filter.

3.  Remove the filter.

4.  Unscrew the fuse holder cap, remove the old fuse, and insert new fuse.

5.  Replace the fuse holder cap, filter, wing nut and service cover.

6.  Insure that the filter is seated firmly to fully engage the interlock switch. Unit will not run unless interlock switch is properly seated.

7.  Record the maintenance action taken and hours on the maintenance sheet in the back of this book.

8.  Plug in Unit and turn on to insure that the filter interlock is properly seated.



POWER FUSE

CONTROL FUSE

CONFIDENTIAL
ATTORNEYS EYES ONLY

AUG 101262

# MODEL 500 BAIR HUGGER® TEMPERATURE TEST INSTRUCTIONS

## TO TEST NORMAL OPERATING TEMPERATURES:

Attach hose to temperature test kit, turn power on, select temperature setting you wish to test. After approximately 5 minutes running time, check the temperature on the test kit. This should read approximately 10° F higher than the heat setting on front of the Bair Hugger. Note: the Heating Unit has a ±5°, cycle this may show on the test kit.

## TO TEST FOR OVER TEMPERATURE ALARMS:

> **CAUTION: MAKE SURE BAIR HUGGER IS UNPLUGGED WHEN SETTING UP THIS TEST, OR ELECTRIC SHOCK COULD OCCUR.**

Tools required for this procedure include:
Temperature Test Kit, Medium Phillips
Screw Driver and Needle Nose Pliers.

1.   Remove service lid.

2.   Remove filter.

3.   Remove hose.

4.   Remove 14 screws securing power head assembly.

5.   Unplug power head plug connectors. This is done by depressing the two finger grips on the plug assembly.

6.   Remove power head assembly.

7.   Remove the 19 screws that secure the filter seat.

**\*\*Note\*\***
That the 6 screws securing exhaust gasket should not be removed.

CONFIDENTIAL
ATTORNEYS EYES ONLY

AUG 101263

3MBH02237661

8. Carefully remove filter seat by lifting up on filter seat near the hour meter.  Lift filter seat just enough to clear exhaust tube.

**Note**

The interlock switch wires are still connected to filter seat, making it impossible to remove filter seat completely......
Pull filter seat out enough to clear exhaust tube......
When filter seat clears exhaust tube, lay filter seat on hour meter shelf leaving the interlock switch wires connected.

9. Observe and locate the Blue 18 AWG wire that connects to P-3 on the controller, carefully disconnect this wire from P-3.

10. Replace filter seat.

**Note**

There is no need to secure the filter seat as P-3 will need to be reconnected after test completion......
At this time pull up on the interlock switch plug until it clicks into extended position......
This will bypass the interlock safety mechanism allowing unit to operate.

11. Replace power head and reconnect power head plug connectors, note you should hear an audible click when pin connectors are properly seated.

12. Reconnect hose and connect to temperature test kit.

13. Power up the unit and wait for the audible or visual alarm to activate.  When alarm activates note temperature on test kit.  This should meet manufacture specifications.

14. When over temperature alarm is verified, unplug unit, reconnect P-3 on the controller.

** Note**

Be sure this connection is secure as the operating temperature circuit is by passed when this connection is not made.

15. Reverse steps 1-8 insure that all connections are made.  Reconnect power head plug connectors, listen for audible click indicating that the connections are secure.

CONFIDENTIAL
ATTORNEYS EYES ONLY

AUG 101264

3MBH02237662



SERVICE LID

TEST KIT

POWER HEAD

POWER HEAD
PLUG CONNECTORS

EXHAUST GASKET

FILTER SEAT

POWER HEAD
PLUG CONNECTORS

P−3

CONTROL BOARD

( 6 )

CONFIDENTIAL
ATTORNEYS EYES ONLY

AUG 101265

3MBH02237663

# TROUBLESHOOTING AND SERVICE DATA

| PROBLEM | POSSIBLE CAUSE | REMEDY |
|---|---|---|
| Unit does not turn on. | 1. Check power cord plug. | Make sure there is voltage at the receptacle. |
| | 2. Check power fuse. | Replace fuse if blown. |
| | 3. Power head plug connection. | Disconnect and reconnect snapping firmly in place. |
| | 4. Filter should be firmly seated. | |
| Unit is on but does not circulate air. (Power & Overtemp. lights are on). | 1. Power head plug connection. | Disconnect and reconnect snapping firmly in place. |
| | 2. Return unit to nearest authorized dealer. | |
| Unit circulates air but does not heat. | 1. Check control fuse. | Replace blown fuse. |
| | 2. Check condition of thermo-couple lead wires. | Replace thermocouple assembly if defective. |
| | 3. Check connections of the thermocouple leads on the control unit. (TC- & TC+) | Reattach any loose connections. Recrimp loose flag terminals. |
| | 4. Check voltage at DC output of control unit. (12 VDC approx.) | If no voltage, contact service rep. |
| | 5. Check solid state relay AC output. | If no AC output, replace relay. |
| | 6. Check thermostat for continuity. | If thermostat is open let unit cool and restart. |
| | 7. Power head plug connection. | Disconnect and reconnect snapping firmly in place. |
| Unit heats on some temperature settings but not on others (i.e. unit heats on low and high but not on medium). | 1. Check connections of wire corresponding to the setting that is not producing heat (i.e. if unit is not producing heat on the medium setting, check connections of the green wire at the switch and control unit. | Reconnect wires as required. |
| | 2. Power head plug connection. | Disconnect and reconnect snapping firmly in place. |

( 7 )

CONFIDENTIAL
ATTORNEYS EYES ONLY

AUG 101266

3MBH02237664

| PARTS LIST FOR:  MODEL 500 BAIR HUGGER | | |
|---|---|---|
| **DRAWING #** | **DESCRIPTION** | **PART#** |
| NOT SHOWN | EXPLOSION RISK LABEL | 100310 |
| NOT SHOWN | GROUND LABEL | 100320 |
| NOT SHOWN | FUSE LABEL | 100330 |
| NOT SHOWN | CAUTION LABEL | 100340 |
| (5.) | FUSE HOLDER | 100901 |
| (6.) | CONTROL FUSE | 100910 |
| (7.) | POWER FUSE | 100920 |
| (8.) | SPARE FUSE HOLDER | 100930 |
| (9.) | .5" GROMMET | 101010 |
| (10.) | CORD STRAIN RELIEF | 101100 |
| (11.) | TERMINAL BAR | 101401 |
| | TERMINAL JUMPER (4) | 101410A |
| | TERMINAL JUMPER (3) | 101410B |
| | TERMINAL JUMPER (2) | 101410C |
| (12.) | RED INDICATOR LIGHT | 101901Q |
| (13.) | GREEN INDICATOR LIGHT | 101910Q |
| (14.) | B-200 THERMOSTAT | 102125 |
| (15.) | HOUR METER | 102130 |
| 6.) | REGISTRATION CARD | 102303 |
| NOT SHOWN | POWER CORD | 103101 |
| (18.) | CONTROL UNIT | 103110 |
| (19.) | SOLID STATE RELAY | 103120A |
| (20.) | ALARM RELAY | 103130 |
| (21.) | CONTROL THERMOCOUPLE | 103140A |
| (22.) | AUDIBLE ALARM | 103150 |
| NOT SHOWN | RESISTER HARNESS (SEE DETAIL "C") | 103160 |
| (24.) | CABINET (PAINTED) | 500101 |
| | CABINET COVER | 500102 |
| (25.) | SERVICE LID | 500103 |
| (27.) | BASE PLATE | 500105 |
| (28.) | FILTER SEAT | 500107 |
| (29.) | FILTER .2 MICRON | 500109 |
| (30.) | CASTER | 500110 |
| (31.) | CASTER LOCKING | 500111 |
| (32.) | BLOWER HOUSING | 500113 |
| (33.) | BLOWER MOUNTING BRACKET | 500115 |
| (34.) | HEATER CARTRIDGE | 500117 |
| (35.) | EXHAUST TUBE | 500119 |
| (36.) | HOSEWRAP CURVE | 500120 |
| | HOSEWRAP STRAIGHT | 500121 |
| | STANDOFF #2 | 500125 |

CONFIDENTIAL
ATTORNEYS EYES ONLY

( 8 )

AUG 101267

3MBH02237665

| DRAWING # | DESCRIPTION | PART # |
|---|---|---|
| | WASHER #1 | 500127 |
| | WASHER #2 | 500129 |
| (37.) | HANDLE | 500130 |
| (38.) | HOSE COUPLING FLANGE | 500131 |
| (39.) | BLWR MTG BRKT SPACER/GROMMET | 500133 |
| (40.) | FRONT CONTROL LABEL | 500135 |
| (41.) | LOGO LABEL SET | 500137 |
| (42.) | 850W HEATER | 500139 |
| (43.) | MOTOR | 500140 |
| (44.) | BLOWER WHEEL ALUM HIGH SPEED | 500141 |
| (45.) | GASKET SET (3) FILTER SEAT | 500143 |
| (46.) | SWITCH 7 POSITION DRY CONTACT | 500145 |
| (47.) | INTERLOCK SWITCH | 500146 |
| (48.) | WIRE HARNESS | 500149 |
| (49.) | (9PIN) POWER HEAD PLUG CONNECTION | 500149A |
| (50.) | (4PIN) POWER HEAD PLUG CONNECTION | 500149B |
| (51.) | (4PIN) POWER HEAD PLUG CONNECTION | 500149C |
| (52.) | (9PIN) POWER HEAD PLUG CONNECTION | 500149D |
| NOT SHOWN | CABLE WRAP | 500149E |
| (57.) | 45 DEGREE DUAL TAB | 500149L |
| (59.) | HOSE ASSEMBLY FOUR FOOT | 500150 |
| NOT SHOWN | OPERATIONS MANUAL | 500151 |
| NOT SHOWN | SERVICE MANUAL | 500153 |
| NOT SHOWN | MASTER CARTON | 500155A |
| NOT SHOWN | INNER CARTON | 500155B |
| NOT SHOWN | TOP FOAM PACKING | 500155C |
| NOT SHOWN | SMALL CORNER PACKING | 500155D |
| NOT SHOWN | LARGE FOAM PACKING | 500155E |
| NOT SHOWN | BOTTOM FOAM PACKING | 500155F |
| NOT SHOWN | SERIAL NUMBER LABEL | 500159 |
| NOT SHOWN | UL LABEL | 500160 |
| NOT SHOWN | INSTRUCTION LABEL | 500161 |
| (68.) | HOSE WRAP BALL PLUGS | 500163 |
| NOT SHOWN | GROMMET ONE INCH | 500164 |
| (70.) | HEATER CARTRIDGE GROMMET | 500165 |
| NOT SHOWN | BASE PLATE GASKET | 500167 |
| (72.) | BLOWER INLET RING | 500168 |
| NOT SHOWN | SWITCH RETAINING CLIP | 500169 |
| (74.) | EXHAUST TUBE GASKET | 500170 |
| NOT SHOWN | EXHAUST SEAT GASKET | 500170A |
| (76.) | 8/32X3/8 STANLS MACH. SCREW | 500147A |
| NOT SHOWN | 6/32X3/8 STANLS FLTHD MCSCREW | 500147B |
| NOT SHOWN | 8/32X1/2 PHL MACH SCRW | 500147C |
| NOT SHOWN | 8/32 NYLON LOCKNUT | 500147D |

CONFIDENTIAL
ATTORNEYS EYES ONLY

AUG 101268

3MBH02237666

| DRAWING # | DESCRIPTION | PART # |
|---|---|---|
| | | |
| NOT SHOWN | 1/4X20X6 STUD | 500147E |
| NOT SHOWN | #10 FLAT WASHERS | 500147F |
| NOT SHOWN | 10/32X2" MACH SCRW | 500147G |
| NOT SHOWN | 5/16X18 ACORN NUT | 500147H |
| NOT SHOWN | #6X3/8 PHL TAP SCRW | 500147I |
| NOT SHOWN | 6/32X1/2 PHL MACH SCRW | 500147J |
| NOT SHOWN | STAINLESS WING NUT | 500147K |
| NOT SHOWN | STAINLESS HOSE CLAMP | 500147L |
| NOT SHOWN | BALL STUD | 500147N |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

CONFIDENTIAL
ATTORNEYS EYES ONLY

(10)

AUG 101269

3MBH02237667



CONFIDENTIAL
ATTORNEYS EYES ONLY

(11)

AUG 101270

3MBH02237668



(12)

CONFIDENTIAL
ATTORNEYS EYES ONLY

AUG 101271

3MBH02237669



CONFIDENTIAL
ATTORNEYS EYES ONLY

AUG 101272

3MBH02237670



CONFIDENTIAL
ATTORNEYS EYES ONLY

AUG 101273

(14)

3MBH02237671



CONFIDENTIAL
ATTORNEYS EYES ONLY

(15)

AUG 101274

3MBH02237672



ARK-LES CORPORATION

ASSEMBLY, SWITCH 7-BUTTON, PART #1000 370C X 17

NOTES:

1. A.Q.C. MALE TERMINALS .250 X .032
2. RATING: 10A 1/2 HP 125 - 250 VAC
   8.3A 1/2 HP 125 - 250 VAC
3. BUTTON ACTIVATION FORCE:
   TWO TO FIVE POUNDS
4. SWITCH MUST NOT HANG UP WHEN 2 OR MORE
   BUTTONS ARE PRESSED SIMULTANEOUSLY AND
   THEN RELEASED.
5. CIRCUITRY MUST BREAK BEFORE MAKE
6. INDICATOR VISIBLE THRU MEMBRANE WINDOW
   AFTER BUTTON IS DEPRESSED
7. SECTION I INDEPENDENT OF SECTION II

LEGEND
O = OPEN CIRCUIT
● = CLOSED CIRCUIT

DETAIL A

7 OFF
6 ON — NOTE 6
4 OFF
3 LOW
2 MED
1 HIGH

(16)

CONFIDENTIAL
ATTORNEYS EYES ONLY

AUG 101275

3MBH02237673



PART NO. A007-1308

DETAIL B

CONFIDENTIAL
ATTORNEYS EYES ONLY

AUG 101276

3MBH02237674

# SPECIFICATIONS

## Model 500 Bair Hugger® Patient Warming System

---

## CHARACTERISTICS
**Dimensions:**
25.5" High x 14" Deep x 15" Wide

**Weight:**
45 Pounds

**Cabinet Construction:**
18 Ga steel with painted enamel finish.

## CONTROL SYSTEM
**Temperature Setting:**
The temperature settings on the control switch indicate the average temperature of the air surrounding the patient using a Bair Hugger Warming Cover. Actual air temperature at the hose outlet is approximately 10° higher than the average temperature.

### Average Temperature of Air Surrounding Patient

| Setting | Temperature |
| --- | --- |
| Heat Off | Ambient Temp |
| Low | 90°± 5°F (33.0°C) |
| Medium | 100° + 5°F (37.6°C) |
| High | 110° ± 5°F (43.1°C) |

**Filter System:**
.02 Micron Filter

## HEATING SYSTEM
**Motor:**
1/30 HP, Single Phase, 3600 rpm Motor

**Heater:**
850W Sealed tube heating element

## ELECTRICAL SYSTEM
**Characteristics (Std):**
115V, 60Hz., 9.5 Amps

**Power Cord:**
Grey, 15 foot long, 14 GA cord with hospital grade plug.

**Current Leakage:**
Meets hospital standards for leakage current.

**Fuses:**
15 Amp and .062 Amp Slo Blo

**Thermostat:**        B-200

## SAFETY SYSTEM
**Filter Seat Interlock Switch**

**Thermocouple:**
Heater will shut off if the thermocouple is physically damaged.

**High Temperature Thermostat:**
Thermal cutoff shuts off the heater at a preset high temperature of 130°F to 140°F at the end of the hose.

**High Temperature Alarm:**
Visual-red neon light on front panel and an audible alarm.

## COVER SPECIFICATIONS
**Dimensions:**
Upper Body: 80" x 21"
Lower Body: 34" x 36"

**Weight:**
5 oz.

**Material:**
Polyethylene and tissue paper laminate.

(18)

CONFIDENTIAL
ATTORNEYS EYES ONLY

AUG 101277

3MBH02237675

# SPECIFICATIONS

## Model 500-E Bair Hugger® Patient Warming System

————————————————————————————————————————

## CHARACTERISTICS

**Dimensions:**
647.7 mm High x 355.6mm Deep x 381 mm Wide

**Weight:**
20.41 Kg

**Cabinet Construction:**
18 Ga steel with painted enamel finish.

## CONTROL SYSTEM

**Temperature Setting:**
The temperature settings on the control switch indicate the average temperature of the air surrounding the patient using a Bair Hugger Warming Cover. Actual air temperature at the hose outlet is approximately 10° higher than the average temperature.

### Average Temperature of Air Surrounding Patient

| Setting | Temperature |
|---|---|
| Heat Off | Ambient Temp |
| Low | 90° ± 5°F (33.0°C) |
| Medium | 100° ± 5°F (37.6°C) |
| High | 110° ± 5°F (43.1°C) |

**Filter System:**
.02 Micron Filter

## HEATING SYSTEM

**Motor:**
1/30 HP, Single Phase, 3000 rpm Motor

**Heater:**
850W Sealed tube heating element

## ELECTRICAL SYSTEM

**Characteristics (Std):**
220V, 50Hz., 4.5 Amps

**Power Cord:**
Grey, 15 foot long, 14 GA cord with hospital grade plug.

**Current Leakage:**
Meets hospital standards for leakage current.

**Fuses:**
15 Amp and .062 Amp Slo Blo

**Thermostat:**     B-200

## SAFETY SYSTEM

**Filter Seat Interlock Switch**

**Thermocouple:**
Heater will shut off if the thermocouple is physically damaged.

**High Temperature Thermostat:**
Thermal cutoff shuts off the heater at a preset high temperature of 54.44°C to 61.11°C at the end of the hose.

**High Temperature Alarm:**
Visual-red neon light on front panel and an audible alarm.

## COVER SPECIFICATIONS

**Dimensions:**
Upper Body: 2.03 cm x 533.4 mm
Lower Body: 863 mm x 914 mm

**Weight:**
141.75 Grams

**Material:**
Polyethylene and tissue paper laminate.

CONFIDENTIAL
ATTORNEYS EYES ONLY

AUG 101278

3MBH02237676

# SPECIFICATIONS

## Model 500-J Bair Hugger® Patient Warming System

-------------------------------------------------------------

## CHARACTERISTICS

**Dimensions:**
647.7 mm High x 355.6mm Deep x 381 mm Wide

**Weight:**
20.41 Kg

**Cabinet Construction:**
18 Ga steel with painted enamel finish.

## CONTROL SYSTEM

**Temperature Setting:**
The temperature settings on the control switch indicate the average temperature of the air surrounding the patient using a Bair Hugger Warming Cover. Actual air temperature at the hose outlet is approximately 10° higher than the average temperature.

### Average Temperature of Air Surrounding Patient

| Setting | Temperature |
|---------|-------------|
| Heat Off | Ambient Temp |
| Low | 90° $\pm$ 5°F (33.0°C) |
| Medium | 100° $\pm$ 5°F (37.6°C) |
| High | 110° $\pm$ 5°F (43.1°C) |

**Filter System:**
.02 Micron Filter

## HEATING SYSTEM

**Motor:**
1/30 HP, Single Phase, 3000 rpm Motor

**Heater:**
850W Sealed tube heating element

## ELECTRICAL SYSTEM

**Characteristics (Std):**
100V, 50Hz., 10.1 Amps

**Power Cord:**
Grey, 15 foot long, 14 GA cord with hospital grade plug.

**Current Leakage:**
Meets hospital standards for leakage current.

**Fuses:**
15 Amp and .062 Amp Slo Blo

**Thermostat:**       **B-200**

## SAFETY SYSTEM

**Filter Seat Interlock Switch**

**Thermocouple:**
Heater will shut off if the thermocouple is physically damaged.

**High Temperature Thermostat:**
Thermal cutoff shuts off the heater at a preset high temperature of 54.44°C to 61.11°C at the end of the hose.

**High Temperature Alarm:**
Visual-red neon light on front panel and an audible alarm.

## COVER SPECIFICATIONS

**Dimensions:**
Upper Body: 2.03 cm x 533.4 mm
Lower Body: 863 mm x 914 mm

**Weight:**
141.75 Grams

**Material:**
Polyethylene and tissue paper laminate.

CONFIDENTIAL
ATTORNEYS EYES ONLY

AUG 101279

3MBH02237677

MODEL 500 MAINTENANCE RECORD

SERIAL NUMBER

| DATE | HOUR METER READING | MAINTENANCE ACTION PERFORMED | INITALS |
|------|--------------------|------------------------------|---------|
|      |                    | INSTALL FILTER AND PERFORM TEMPERATURE AND LEAKAGE TESTS |  |
|      |                    |                              |         |
|      |                    |                              |         |
|      |                    |                              |         |
|      |                    |                              |         |
|      |                    |                              |         |
|      |                    |                              |         |
|      |                    |                              |         |
|      |                    |                              |         |
|      |                    |                              |         |
|      |                    |                              |         |
|      |                    |                              |         |
|      |                    |                              |         |
|      |                    |                              |         |
|      |                    |                              |         |
|      |                    |                              |         |

(21)

CONFIDENTIAL
ATTORNEYS EYES ONLY

AUG 101280

3MBH02237678