UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MDL No.  15-2666 (JNE/FLN)

In re Bair Hugger Forced Air Warming
Products Liability Litigation

**STATEMENT INSTEAD OF REDACTED DOCUMENTS**

This Document Relates to All Actions

I that Plaintiffs have filed a Notice of Motion and Motion for an Order Granting Leave to Amend the Master Long Form and Master Short Form Complaints to Add Claims for Punitive Damages, together with a Memorandum of Law, Exhibits A-E and Exhibits 1-79.

The following Exhibits and/or deposition excerpts have been marked "Confidential" under the Protective Order, and redaction is impracticable.

1. 3MBH00047858 – 3MBH00047867.

2. 3MBH00047382-3MBH00047383.

3. Exhibit 3, which is a true and correct copy of portions of the Deposition of Gary Majaraj, taken in Minneapolis on January 18, 2017.

4. Exhibit 5, which is a true and correct copy of portions of the Deposition of Corporate Representative Al Van Duren, taken in Minneapolis on January 18, 2017.

5. Exhibit 6, which is a true and correct copy of portions of the Deposition of Teri Woodwick Sides, taken in Minneapolis, MN on December 8, 2016.

6. Exhibit 7, which is a true and correct copy of portions of the Deposition of David Westlin, taken in Minneapolis, MN on December 16, 2016.

7. Exhibit 8, which is a true and correct copy of portions of the Deposition of Karl Zgoda, taken in Minneapolis, MN on February 24, 2017.

8. 3MBH00022373.

9. 3MBH01735812.

10. 3MBH01031246.

11. 3MBH00048067 through 3MBH00048085.

12. 3MBH00132832 through 3MBH 00132834.

13. 3MBH00126140 through 3MBH00126142.

14. Exhibit 16, which is a true and correct copy of portions of the Deposition of Dr. Daniel Sessler, taken in Ohio on January 11, 2017.

15. 3MBH00024633 through 3MBH00024635.

16. 3MBH00024678 – 3MBH00024679.

17. 3MBH00008941.

18. 3MBH00022625 through 3MBH00022662.

19. 3MBH00022877.

20. 3MBH00025006.

21. 3MBH01617179 through 3MBH01617181.

22. Exhibit 25, which is a true and correct copy of portions of the Deposition of Mark Scott, taken in Minneapolis on March 2, 2017.

23. 3MBH00542396 – 3MBH00542398.

24. Exhibit 27, which is a true and correct copy of a Power Point presentation. The document was produced in native format, and is identified as Bates Number

    3MBH00630074 through 3MBH00630089.  The bates numbers do not appear on the document.

25. 3MBH01922062 through 3MBH01922064.

26. 3MBH00031537 – 3MBH00031556.

27. Exhibit 32, which is a true and correct copy of portions of the Deposition of Troy Bergstrom, taken in Minneapolis on November 18, 2016.

28. 3MBH00001336 – 3MBH00001337.

29. 3MBH01223897.

30. Exhibit 42, which is a true and correct copy of a true and correct copy of B. Moretti, et. al., *Active warming systems to maintain perioperative normothermia in hip replacement surgery: a therapeutic aid or a vector of infection?,* THE HOSPITAL INFECTION SOCIETY (2009)., bearing bates numbers 3MBH00798339-3MBH00798344.

31. 3MBH00044027–28.

32. 3MBH00580475.

33. 3MBH00050770 – 3MBH0005071.

34. 3MBH00044027 – 3MBH00044028.

35. 3MBH00024733.

36. 3MBH00001557 through 3MBH00001564.

37. 3MBH00050756.

38. 3MBH01223923.

39. 3MBH00024809 - 3MBH00024815.

40. 3MBH01224622.

41. 3MBH00130429 through 3MBH00130432

42. 3MBH00083780.

43. 3MBH01211442.

44. 3MBH00051040.

45. Exhibit 58, which is a true and correct copy of portions of the Deposition of Mr. John Rock, taken in Minneapolis on November 4, 2016.

46. 3MBH00051252.

47. 3MBH00575107.

48. 3MBH00575251.

49. 3MBH00132501.

50. 3MBH01619270.

51. 3MBH00555876.

52. 3MBH00134035.

53. 3MBH00107719.

54. 3MBH01330587.

55. Exhibit 68, which is a true and correct copy of portions of the Deposition of Dr. Michelle Hulse-Stevens, taken in Minneapolis on December 16, 2016.

56. 3MBH00053467 – 3MBH00053472.

57. Exhibit 70, which is a true and correct copy of portions of the Deposition of Ms. Jana M. Stender, taken in Minneapolis on December 9, 2016.

58. 3MBH00024680.

59. 3MBH00002792.

60. 3MBH0125823.

61. 3MBH00005744.

62. 3MBH00042660.

63. 3MBH00108244.

64. 3MBH00544754.

65. 3MBH02237658 – 3MBH02237678

66. 3MBH00050932

Plaintiffs file this Statement Instead of Redacted Documents pursuant to L.R. 5.6(d)(1)(A)(ii).

Respectfully submitted,

Dated: April 21, 2017

MESHBESHER & SPENCE LTD.

/s/ Genevieve M. Zimmerman
Genevieve M. Zimmerman (MN #330292)
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
Email: gzimmerman@meshbesher.com

*Plaintiffs Co-Lead Counsel*