UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation<br><br>This Document Relates To:<br>All Actions | MDL No. 15-2666 (JNE/FLN)<br><br>**LOCAL RULE 7.1 WORD COUNT COMPLIANCE CERTIFICATE FOR 3M COMPANY'S MOTION TO REMOVE "CONFIDENTIAL" DESIGNATION FROM DOCUMENTS PRODUCED BY RIDGEVIEW MEDICAL CENTER** |

I, Benjamin W. Hulse, certify that 3M Company's Memorandum in Support of its Motion to Remove "Confidential" Designation from Documents Produced by Ridgeview Medical Center complies with Local Rule 7.1.

I further certify that, in preparation of this memorandum, I used Microsoft Word 2013, and that this word processing program has been applied specifically to include all text, including headnotes, footnotes, and quotations, set in a 13-point font, in the following word count.

I further certify that the above-referenced memorandum contains 1,799 words.

Dated: May 3, 2017                                Respectfully submitted,


                                              s/ Benjamin W. Hulse
Jerry W. Blackwell (MN #186867)
Mary S. Young (MN #0392781)
Benjamin W. Hulse (MN #0390952)
BLACKWELL BURKE P.A.
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3256
Fax: (612) 343-3205
Email: blackwell@blackwellburke.com
       myoung@blackwellburke.com
       bhulse@blackwellburke.com

Bridget M. Ahmann (MN #016611x)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Phone: (612) 766-7000
Email: bridget.ahmann@faegrebd.com

**Counsel for Defendants 3M Company and Arizant Healthcare, Inc.**