## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation<br><br>This Document Relates To:<br>All Actions | MDL No. 15-2666 (JNE/FLN)<br><br>**DECLARATION OF BENJAMIN W. HULSE IN SUPPORT OF 3M COMPANY'S MOTION TO REMOVE "CONFIDENTIAL" DESIGNATION FROM DOCUMENTS PRODUCED BY RIDGEVIEW MEDICAL CENTER**<br><br>**(FILED UNDER SEAL)** |

Benjamin W. Hulse, being first duly sworn, deposes and declares:

1.      I am one of the attorneys representing Defendant 3M Company in connection with the above-referenced matter.  I make this declaration in support of 3M Company's Motion to Remove "Confidential" Designation From Documents Produced by Ridgeview Medical Center.

2.      Attached hereto as Exhibit A is a summary chart that describes the documents at issue in 3M's motion.

3.      Attached hereto as Exhibit B is a copy of an email chain between J. Randall Benham, David Hodges, Gabriel Assaad, and Scott Augustine, which was produced to 3M in discovery, including emails from April 25, 2013 through April 30, 2013.

4.      Attached hereto as Exhibit C is a copy of a document entitled "Bair Hugger Warming and Peri-Prosthetic Infections in Joint Replacement Surgery:  A Guide to Product Liability Litigation," which was produced to 3M in discovery.

5. Attached hereto as Exhibit D is a copy of certain documents produced to 3M by Ridgeview Medical Center, described more fully on the chart attached hereto as Exhibit A, identified as RMC000102-05.

6. Attached hereto as Exhibit E is a copy of a document produced to 3M by Ridgeview Medical Center, described more fully on the chart attached hereto as Exhibit A, identified as RMC000039.

7. Attached hereto as Exhibit F is a copy of pages 311-312 from the transcript of the Deposition of Dr. Scott Augustine.

8. Attached hereto as Exhibit G is a copy of pages 320-322 from the transcript of the Deposition of Dr. Scott Augustine.

9. Attached hereto as Exhibit H is a copy of a Star Tribune article entitled "This medical device rivalry is getting a bit heated," dated December 3, 2011.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of May, 2017.

/s/ Benjamin W. Hulse
Benjamin W. Hulse (MN #0390952)
BLACKWELL BURKE P.A.
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3256
Fax: (612) 343-3205
Email: bhulse@blackwellburke.com