# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To: All Actions | **DECLARATION OF BENJAMIN W. HULSE IN SUPPORT OF 3M COMPANY'S MOTION TO REMOVE "CONFIDENTIAL" DESIGNATION FROM DOCUMENTS PRODUCED BY RIDGEVIEW MEDICAL CENTER**<br><br>**(FILED UNDER SEAL)** |

Benjamin W. Hulse, being first duly sworn, deposes and declares:

1. I am one of the attorneys representing Defendant 3M Company in connection with the above-referenced matter. I make this declaration in support of 3M Company's Motion to Remove "Confidential" Designation From Documents Produced by Ridgeview Medical Center.

2. Attached hereto as Exhibit A is a summary chart that describes the documents at issue in 3M's motion.

3. Attached hereto as Exhibit B is a copy of ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, which was produced to 3M in discovery ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

4. Attached hereto as Exhibit C is a copy of a document entitled ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ which was produced to 3M in discovery.

5.     Attached hereto as Exhibit D is a copy of certain documents produced to 3M by Ridgeview Medical Center, described more fully on the chart attached hereto as Exhibit A, ███████████████████.

6.     Attached hereto as Exhibit E is a copy of a document produced to 3M by Ridgeview Medical Center, described more fully on the chart attached hereto as Exhibit A, ███████████████.

7.     Attached hereto as Exhibit F is a copy of pages 311-312 from the transcript of the Deposition of Dr. Scott Augustine.

8.     Attached hereto as Exhibit G is a copy of pages 320-322 from the transcript of the Deposition of Dr. Scott Augustine.

9.     Attached hereto as Exhibit H is a copy of a Star Tribune article entitled "This medical device rivalry is getting a bit heated," dated December 3, 2011.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of May, 2017.

/s/ Benjamin W. Hulse
Benjamin W. Hulse (MN #0390952)
BLACKWELL BURKE P.A.
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3256
Fax: (612) 343-3205
Email: bhulse@blackwellburke.com