# EXHIBIT D

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## Steinbauer, Lisa

**From:** Steinbauer, Lisa
**Sent:** Tuesday, November 29, 2011 3:44 PM
**To:** Stevens, Bob
**Cc:** Phelps, Michael (Michael.Phelps@ridgeviewmedical.org); Michaelson, Pat (pat.michaelson@ridgeviewmedical.org); Rech, Erin; Buckland, BJ (b.j.buckland@ridgeviewmedical.org); Doug Stasek (doug.stasek@ridgeviewmedical.org)
**Subject:** FW: Strib article

Bob,
Background detail:
I received an email from Eric Weiffering yesterday afternoon, requesting to speak with someone about our experience with Hot Dog. I asked for context of the article and what information had been provided to the Strib by Augustine, and was provided this information by the reporter:

> "Scott says Ridgeview has dramatically lowered its infection rate on joint surgery, from 1.55 percent to 0.29 percent, since switching to the Hot Dog patient warming system."------------EJW, 612.673.1736

I consulted with BJ, Mike, Pat, Erin and Doug to determine if/who should participate in an interview and, given previous issues with data statements provided by Augustine, received consensus and approval to provide the following statement to the reporter instead of engaging in an interview. I did not refuse to be interviewed.

In addition to phone conversations with BJ, Mike and meetings w/Erin and Doug yesterday, below is the email thread:
From: Michaelson, Pat
Sent: Tuesday, November 29, 2011 9:50 AM
To: Steinbauer, Lisa; Buckland, BJ; Stasek, Doug; Phelps, Michael
Cc: Rech, Erin
Subject: RE: DRAFT Statement for your review by 10 a.m. RE: Star Tribune interview request, Tuesday morning - Hot Dog patient warmers This is well written Lisa---as always---you have a gift with the right wording. I concur as well, that Scott/Brent should be notified by either Erin or you.
Pat

From: Steinbauer, Lisa
Sent: Tuesday, November 29, 2011 8:51 AM
To: Buckland, BJ; Stasek, Doug; Phelps, Michael; Michaelson, Pat
Cc: Rech, Erin
Subject: DRAFT Statement for your review by 10 a.m. RE: Star Tribune interview request, Tuesday morning - Hot Dog patient warmers

All,
Per our collective conversations, below is my proposed response to the Star Tribune interview request (Mike as our spokesperson). B.J. has approved. Please let me know if you have concerns or changes. I need to reply by 10 a.m.

According to Michael Phelps, Chief Administrative Officer, Ridgeview Medical Center:
Ridgeview Medical Center has a reputation of surgical excellence attributed to many efforts beyond the use of the Augustine Medical Hot Dog™ Patient Warming System. We use the Hot Dog product and are satisfied with its performance; however, there is no data to support a direct correlation to that product and our reduced infection rates.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

It is possible that the reporter will push back and want specifics on 1. our infection rates and details on other initiatives; 2. why Augustine provided rate data/directly related to Hot Dog and we aren't. If so, I'll request additional clarifying detail from the reporter and discuss additional response/next steps with Mike, Pat and B.J.

While I'm fairly new to the Augustine agreement, I also suggest that we notify Scott/Brent of the StarTrib inquiry and our reply to reinforce our messaging. I am comfortable doing that, unless you feel Erin or B.J. should do so given their previous conversations w/Augustine. Please advise.


Lisa


From: Buckland, BJ
Sent: Monday, November 28, 2011 4:13 PM
To: Stasek, Doug; Steinbauer, Lisa; Phelps, Michael; Michaelson, Pat
Cc: Rech, Erin
Subject: RE: Star Tribune interview request, Tuesday morning - Hot Dog patient warmers

There is no supportive data that we have or that the Surgeons would support the Hot Dog as the connection to reduced infection rates. Our rates are lower based on the work of a number of folks and a number of different initiatives.
No direct correlation to that product and I have been very clear about it with them.


BJ Buckland, RN, MS
Director, Emergency & Surgical Services
Ext. 5114

From: Stasek, Doug
Sent: Monday, November 28, 2011 4:06 PM
To: Steinbauer, Lisa; Buckland, BJ; Phelps, Michael; Michaelson, Pat
Cc: Stasek, Doug; Rech, Erin
Subject: RE: Star Tribune interview request, Tuesday morning - Hot Dog patient warmers

Is the lowered infection rate data correct? Does it jive with what we know?

From: Steinbauer, Lisa
Sent: Monday, November 28, 2011 4:01 PM
To: Buckland, BJ (b.j.buckland@ridgeviewmedical.org); Phelps, Michael (Michael.Phelps@ridgeviewmedical.org); Michaelson, Pat (pat.michaelson@ridgeviewmedical.org)
Cc: Doug Stasek (doug.stasek@ridgeviewmedical.org); Rech, Erin
Subject: Star Tribune interview request, Tuesday morning - Hot Dog patient warmers
Importance: High

Eric Wieffering, StarTribune business columnist, just requested an interview with a Ridgeview rep regarding our experience with the Hot Dog system. He said " Scott (Brent?)Augustine told him that Ridgeview has dramatically lowered its infection rate on joint surgery, from 1.55 percent to 0.29 percent, since switching to the Hot Dog patient warming system."

Eric wants a 15-minute phone interview tomorrow, Tuesday, Nov. 29. I requested more information about the context of his column but have received no other detail except that no photos are needed.

As we do many things to reduce surgical infections in addition to using the Hot Dog blankets, please advise:

2

RMC000103

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

1. Who/how we should participate in this interview;
2. Availability to be interviewed tomorrow morning;
3. What prepared talking points/data and messaging about our experience we need for the interview.

I am available to assist and attend the phone interview.

Please advise – thank you,
Lisa

Reporter's contact info:
Eric Wieffering | Business Columnist | Star Tribune
612-673-1736 | ericw@startribune.com
Column | Blog


-----Original Message-----
From: Scott Augustine MD [mailto:saugustine@augbiomed.com]
Sent: Tuesday, November 29, 2011 3:03 PM
To: Stevens, Bob; Rech, Erin; Steinbauer, Lisa
Cc: Randy Benham; Brent Augustine
Subject: Strib article

Hi Bob,
I want to let you know that Ridgeview may have just lost the opportunity for some great publicity.

Eric Weiffering, business columnist for the StarTribune, is doing a story about HotDog warming. The impetus was an article in the November issue of the Journal of Bone and Joint Surgery in which orthopedic surgeons reported a 74% reduction in orthopedic infections after switching from Bair Hugger to HotDog.

He asked for another example of such reduction, and I told him about our Ridgeview's experience‹ going from 1.55 % to 0.29% infection rate (81% reduction) in joint surgery after switching to from forced-air warming to HotDog. As agreed, I was careful to say that, in addition to switching to HotDog, Ridgeview had taken other steps‹but that he would have to speak with Ridgeview regarding the exact steps taken.

Rather than take the opportunity to promote Ridgeview, Lisa Steinbauer apparently refused to speak with Eric and issued the following statement:

According to Michael Phelps, Chief Administrative Officer, Ridgeview Medical Center:
"Ridgeview Medical Center has a reputation of surgical excellence attributed to many efforts beyond the use of the Augustine Medical Hot Dog  Patient Warming System. We use the Hot Dog product and are satisfied with its performance; however, there is no data to support a direct correlation to that product and our reduced infection rates."

In addition to getting the name of our company wrong (Augustine Medical is the old name of the company that sells Bair Hugger), Ms. Steinbauer wasted a

RMC000104

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

great chance to get excellent publicity for Ridgeview. All she had to say was something like: ³Ridgeview is very proud of having the lowest overall infection rate of any hospital in Minnesota. For joint surgery, the infection rate did drop from 1.55% to 0.29% after taking several actions, including switching from forced-air warming to HotDog warming. Choosing Hotdog is part of our effort to provide the best possible care to our patients.²

Instead of promoting both Ridgeview and HotDog warming, Ms. Steinbauer's statement undermined my credibility. Would you please consider amending the statement...or even talking to Eric directly. There is no risk here‹just good publicity. The reader of a column in the business section of the local paper cares that your infection rate is half of the national norm (0.58%), not how you got there.

Please call or email me if you want to discuss this or if I can get Eric to call you.

All the best,
Scott

Scott D. Augustine MD
CEO
Augustine Temperature Management, LLC
Augustine Biomedical + Design, LLC
6581 City West Parkway
Eden Prairie, MN  55344

saugustine@augbiomed.com
AugustineBiomedical.com
HotDog-USA.com
PureZonePillow.com

952-465-3502

RMC000105