# EXHIBIT E

RMC000039

## RMC Total Joint Infection Rates 2006-2009

| | Knee<br>Benchmark with NHSN<br>(Range: 0.58-1.60) | Hip<br>Benchmark with NHSN<br>(Range: 0.67-2.40) | Combined |
|---|---|---|---|
| 2009 | 0.00% (0/332) | 1.33% (2/150) | 0.41% (2/482) |
| 2008 | 0.58% (2/345) | 1.11% (2/180) | 0.76% (4/525) |
| 2007 | 0.00% (0/344) | 1.04% (2/193) | 0.37% (2/537) |
| 2006 | 1.55% (6/388) | 0.67% (1/150) | 1.30% (7/538) |

Handwritten note near Hip header: "National Healthcare Safety Network"

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER