# EXHIBIT F

Page 1

```
 1              UNITED STATES DISTRICT COURT
                   DISTRICT OF MINNESOTA
 2    ------------------------------------------------
 3    In Re:
 4    Bair Hugger Forced Air Warming
      Products Liability Litigation
 5
      This Document Relates To:
 6
      All Actions                       MDL No.
 7                                      15-2666 (JNE/FLN)
 8    ------------------------------------------------
 9
                     VIDEOTAPED DEPOSITION
10
                             OF
11
                  SCOTT D. AUGUSTINE, M.D.
12
                    Minneapolis, Minnesota
13
                    Friday, March 31, 2017
14
15    ------------------------------------------------
16
17
18
19
20
21
22
23
24    Reported by:
      Amy L. Larson, RPR
25    Job No. 121237
```

Page 311

AUGUSTINE

A. My recollection is that they had hired an infection control guy, and I don't know if they had done anything else, but they just wanted to make sure that everything was included as far as getting credit for the reduction despite the fact that the reduction happened when they switched. So we were fine with that.

Q. And you go on to say, "Rather than take the opportunity to promote Ridgeview, Lisa Steinbauer apparently refused to speak with Eric and issued the following statement: 'According to Michael Phelps, chief administrative officer, Ridgeview Medical Center, Ridgeview Medical Center has a reputation of surgical excellence attributed to many efforts beyond the use of the Augustine Medical HotDog patient-warming system. We used the HotDog product and are satisfied with its performance, however, there is no data to support a direct correlation to that product and our reduced infection rates.'"

    Did I read that correctly?

1                       AUGUSTINE
2    A.   Yes.
3    Q.   You weren't happy with that statement, were
4         you?
5    A.   Well, I think it's just wrong.  The temporal
6         correlation is perfect, so I think that
7         Mr. Phelps doesn't know what he's talking
8         about.
9    Q.   So that's why you wrote this e-mail?
10   A.   I don't recall writing this e-mail, but I
11        don't know why I wrote it.
12   Q.   Okay.
13                  (Whereupon, Exhibit 68 was
14                  marked for identification.)
15   BY MR. COREY GORDON:
16   Q.   I'll show you Exhibit 68.  It's a copy of an
17        article from the Minneapolis Star Tribune
18        dated December 3rd, 2011, by Eric Wieffering
19        headlined, "This medical device rivalry is
20        getting a bit heated."  You've seen this
21        before, haven't you, this story?
22   A.   Oh, I'm sure I have, yes.
23   Q.   And that's a picture of you and somebody else
24        on that front page?
25   A.   Yes.