# EXHIBIT G

Page 1

1            UNITED STATES DISTRICT COURT
              DISTRICT OF MINNESOTA
2    ---------------------------------------------------
3    In Re:
4    Bair Hugger Forced Air Warming
     Products Liability Litigation
5
     This Document Relates To:
6
     All Actions                    MDL No.
7                                    15-2666 (JNE/FLN)
8    ---------------------------------------------------
9

               VIDEOTAPED DEPOSITION
10
                      OF
11
            SCOTT D. AUGUSTINE, M.D.
12
             Minneapolis, Minnesota
13
            Friday, March 31, 2017
14
15   ---------------------------------------------------
16
17
18
19
20
21
22
23
24   Reported by:
     Amy L. Larson, RPR
25   Job No. 121237

Page 320

1                              AUGUSTINE

2          previously-mentioned study that has been

3          accepted for publication in a major journal,

4          Forced-Air Warming and Ultraclean Ventilation

5          Do Not Mix:  An Investigation of Theater

6          Ventilation, Patient Warming, Joint

7          Replacement Infection in Orthopedics

8          attachment 3, includes the following sentence

9          in the abstract, Bair Hugger patient

10         ventilation disruption was associated with a

11         significant increase in deep joint infections

12         demonstrated by an elevated infection odds

13         ratio, 3.8, P equals 0.028, forced air versus

14         conductive patient" -- "conductive fabric

15         patient groups, N equals 1437 cases, 2.5 year

16         period."

17                    Did I read that correctly?

18   A.    Yes.

19   Q.    You go on to say to 3M, "Research results

20         from another hospital, which have also been

21         submitted for publication, show that the deep

22         joint infection rates dropped by 81 percent

23         after switching from Bair Hugger to HotDog

24         warming."  Did I read that correctly?

25   A.    Yes.

1                        AUGUSTINE

2   Q.  That refers to Ridgeview, right?

3   A.  Yes.

4   Q.  And where was this submitted for publication?

5   A.  That was actually being prepared for

6       submission.

7   Q.  So when you told 3M, "We have also been

8       submitting" -- "We have also been submitted

9       for publication" -- excuse me.

10              When you told 3M that, "These

11      results from another hospital," meaning

12      Ridgeview, "have also been submitted for

13      publication," that wasn't actually true?

14  A.  We were a little ahead of ourselves, yes.

15  Q.  Yeah, okay.

16              And you go on to say that, "Similar

17      studies are being conducted in numerous other

18      hospitals.  We are confident that we will see

19      similar drops in orthopedic deep joint

20      infection rates repeated over and over.  We

21      will continue to submit these results for

22      publication in peer-reviewed journals."  Did

23      I read that correctly?

24  A.  Yes.

25  Q.  So we're not quite seven years after this

1                          AUGUSTINE

2         letter to Ms. Rectenwald.  How many

3         publications have you submitted to

4         peer-reviewed journals that show a similar

5         drop in orthopedic deep joint infection

6         rates?

7    A.   Just one more so far.

8    Q.   What's that one?

9    A.   The one that I submitted not too long ago.

10   Q.   Is that the pooled -- the three center study

11        that included Ridgeview?

12   A.   Yes.

13   Q.   Okay.  Where did you submit that?

14   A.   You know, I'd prefer not to tell you, because

15        3M has a way of strong-arming.  It'll be

16        published soon enough, you can just wait for

17        it to come out.

18   Q.   Has it been accepted for publication?

19   A.   Yes.

20   Q.   Then why do you -- what's your concern if

21        it's already been accepted for publication?

22   A.   Because it's never too late for 3M to

23        intervene.

24   Q.   Okay.  Other than this document that has been

25        accepted for publication in a periodic which