UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To: All Actions | **DEFENDANT 3M COMPANY'S MEET AND CONFER STATEMENT REGARDING MOTION TO REMOVE "CONFIDENTIAL" DESIGNATION FROM DOCUMENTS PRODUCED BY RIDGEVIEW MEDICAL CENTER** |

The undersigned hereby certifies that counsel for Defendant 3M Company met and conferred with counsel for Ridgeview Medical Center ("Ridgeview"), by email correspondence on March 17, 2017 and April 14, 2017, and by telephone on April 7, 2017, regarding 3M's motion to remove the "confidential" designation from certain of the documents produced by Ridgeview in connection with the above-referenced litigation. With limited exception described in 3M's supporting memorandum, Ridgeview indicated that it would oppose 3M's motion.

| | |
|---|---|
| Dated: May 3, 2017 | /s/ Benjamin W. Hulse |
| | Benjamin W. Hulse (MN #0390952) |
| | BLACKWELL BURKE P.A. |
| | 431 South Seventh Street |
| | Suite 2500 |
| | Minneapolis, MN 55415 |
| | Phone: (612) 343-3256 |
| | Fax: (612) 343-3205 |
| | Email: bhulse@blackwellburke.com |