UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To: All Actions | **CERTIFICATE OF SERVICE** |

I hereby certify that on May 4, 2017, I caused the following documents:

- Motion to Remove "Confidential" Designation from Documents Produced by Ridgeview Medical Center;
- Notice of Hearing;
- Memorandum in Support, with Word Count Compliance;
- Declaration of Benjamin W. Hulse in Support (with Exhibits A, D, E, G, H);
- Statement Instead of Redacted Documents;
- Meet and Confer Statement; and
- Proposed Order on Motion; and

to be served on the following non-ECF participant to this action at the address listed via hand delivery:

Ridgeview Medical Center
Suite 200
560 S. Maple Street
Waconia, MN  55387

Dated: May 4, 2017                    Respectfully submitted,

*s/* Benjamin W. Hulse

Jerry W. Blackwell (#186867)
Benjamin W. Hulse (#0390952)
Mary S. Young (#0392781)
**Attorneys for Defendants 3M Company and Arizant Healthcare Inc.**
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
T: (612) 343-3200    F: (612) 343-3205
blackwell@blackwellburke.com
bhulse@blackwellburke.com
myoung@blackwellburke.com

Bridget M. Ahmann (#016611x)
**Attorney for Defendants 3M Company and Arizant Healthcare Inc.**
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
T: (612) 766-7000    F: (612) 766-1600
bridget.ahmann@faegrebd.com