# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To: All Actions | **DEFENDANT 3M COMPANY'S MOTION FOR LEAVE TO TAKE ADDITIONAL DEPOSITIONS AND CONTINUE THE DEPOSITION OF SCOTT AUGUSTINE** |

Pursuant to 16(b)(4) and 30(d) of the Federal Rules of Civil Procedure, Defendant 3M Company respectfully moves the Court for leave to take the depositions of J. Randall Benham and Brent Augustine, and to continue the deposition of Dr. Scott Augustine Randall Benham, notwithstanding the close of general causation fact discovery on March 20, 2017, for good cause shown.

3M relies on the accompanying memorandum of law in support of its motion, as well as the Declaration of Benjamin W. Hulse and the exhibits thereto, and all prior proceedings and pleadings heretofore had herein.

Dated: May 4, 2017                                    Respectfully submitted,

                                            s/ Benjamin W. Hulse
Jerry W. Blackwell (MN #186867)
Mary S. Young (MN #0392781)
Benjamin W. Hulse (MN #0390952)
BLACKWELL BURKE P.A.
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3256
Fax: (612) 343-3205
Email: blackwell@blackwellburke.com
       myoung@blackwellburke.com
       bhulse@blackwellburke.com

Bridget M. Ahmann (MN #016611x)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Phone: (612) 766-7000
Email: bridget.ahmann@faegrebd.com

**Counsel for Defendants 3M Company and Arizant Healthcare, Inc.**

103479952\V-1