# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To: All Actions | **NOTICE OF HEARING ON DEFENDANT 3M COMPANY'S MOTION FOR LEAVE TO TAKE ADDITIONAL DEPOSITIONS AND CONTINUE THE DEPOSITION OF SCOTT AUGUSTINE** |

PLEASE TAKE NOTICE THAT on May 18, 2017 at 9:30 a.m., before the Honorable Franklin L. Noel, United States District Court, 9W U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, Defendant 3M Company will respectfully move the Court for an order granting 3M leave to take the depositions of J. Randall Benham and Brent Augustine, and to continue the deposition of Dr. Scott Augustine, notwithstanding the March 20, 2017 discovery deadline, for good cause shown.

Dated: May 4, 2017	Respectfully submitted,


	s/ Benjamin W. Hulse
	Jerry W. Blackwell (MN #186867)
	Mary S. Young (MN #0392781)
	Benjamin W. Hulse (MN #0390952)
	BLACKWELL BURKE P.A.
	431 South Seventh Street
	Suite 2500
	Minneapolis, MN 55415
	Phone: (612) 343-3256
	Fax: (612) 343-3205
	Email: blackwell@blackwellburke.com
	       myoung@blackwellburke.com
	       bhulse@blackwellburke.com

	Bridget M. Ahmann (MN #016611x)
	FAEGRE BAKER DANIELS LLP
	2200 Wells Fargo Center
	90 South Seventh Street
	Minneapolis, MN 55402
	Phone: (612) 766-7000
	Email: bridget.ahmann@faegrebd.com

	**Counsel for Defendants 3M Company and Arizant Healthcare, Inc.**

2

103479952\V-1