# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

In re Bair Hugger Forced Air Warming
Products Liability Litigation


This Document Relates To:

All Actions

MDL No. 15-2666 (JNE/FLN)

**DEFENDANT 3M COMPANY'S
RULE 7.1(F) CERTIFICATE OF
COMPLIANCE REGARDING
DEFENDANT 3M COMPANY'S
MOTION FOR LEAVE TO TAKE
ADDITIONAL DEPOSITIONS AND
CONTINUE THE DEPOSITION OF
SCOTT AUGUSTINE**

---

I, Benjamin W. Hulse, certify that the Plaintiff's Motion for Leave to Take Depositions After the Close of Discovery complies with limits Local Rule 7.1(f) and with the type-size limit of Local Rule 7.1(h).

I further certify that, in preparation of the above document, I used Microsoft Word 2010, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the original memorandum of law in support of the temporary restraining order contains 1,657 words.

Dated:  May, 4 2017               Respectfully submitted,

*s*/Benjamin W. Hulse
Jerry W. Blackwell (#186867)
Benjamin W. Hulse (#0390952)
Mary S. Young (#0392781)
**Attorneys for Defendants 3M Company
and Arizant Healthcare Inc.**
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN  55415
T: (612) 343-3200    F:  (612) 343-3205
blackwell@blackwellburke.com
bhulse@blackwellburke.com
myoung@blackwellburke.com

     AND

Bridget M. Ahmann (#016611x)
**Attorney for Defendants 3M Company
and Arizant Healthcare Inc.**
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
T: (612) 766-7000    F: (612) 766-1600
bridget.ahmann@faegrebd.com