## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation<br><br>This Document Relates To:<br>All Actions | MDL No. 15-2666 (JNE/FLN)<br><br>**DECLARATION OF BENJAMIN W. HULSE IN SUPPORT OF 3M COMPANY'S MOTION FOR LEAVE TO TAKE ADDITIONAL DEPOSITIONS AND CONTINUE THE DEPOSITION OF SCOTT AUGUSTINE** |

Benjamin W. Hulse, being first duly sworn, deposes and declares:

1. I am one of the attorneys representing Defendant 3M Company in connection with the above-referenced matter. I make this declaration in support of 3M Company's Motion For Leave to Take Additional Depositions and Continue the Deposition of Scott Augustine ("Augustine Dep.").

2. Attached hereto as Exhibit A are excerpts from the transcript of the Deposition of Dr. Scott Augustine.

3. Attached hereto as Exhibit B is a copy of Augustine Dep. Ex. 15.

4. Attached hereto as Exhibit C is a copy of Augustine Dep. Ex. 22.

5. Attached hereto as Exhibit D is a copy of Augustine Dep. Ex. 2.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of May, 2017.

2

/s/ Benjamin W. Hulse
Benjamin W. Hulse (MN #0390952)
BLACKWELL BURKE P.A.
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3256
Fax: (612) 343-3205
Email: bhulse@blackwellburke.com

2