# EXHIBIT C



| | |
|---|---|
| **From:** | David W. Hodges |
| **To:** | J Randall Benham; Gabriel Assaad |
| **Cc:** | Scott Augustine; Brent Augustine |
| **Subject:** | RE: Guide |
| **Date:** | Friday, June 07, 2013 1:18:58 PM |

Ok.

**From:** J Randall Benham [mailto:rbenham@augbiomed.com]
**Sent:** Friday, June 07, 2013 1:18 PM
**To:** David W. Hodges; Gabriel Assaad
**Cc:** Scott Augustine; Brent Augustine
**Subject:** Re: Guide

Ok, we'll go with your plan. Just so the lawyers who respond quickly don't think we are never going to respond back, perhaps there should be an interim "we'll-get-this-to-you-in-a-few-days" email.

Randy

On 6/7/13 12:51 PM, "David W. Hodges" <dhodges@kennedyhodges.com> wrote:

Yes, I can tell! I really need to make the changes myself. It's not that you didn't do a good job, but if it's from me, I want it to have my edits. I don't think it will change anything if someone has to wait a few days to get the guide. Please believe me that there is a method behind my madness.

**From:** J Randall Benham [mailto:rbenham@augbiomed.com]
**Sent:** Friday, June 07, 2013 12:49 PM
**To:** David W. Hodges; Gabriel Assaad
**Cc:** Scott Augustine; Brent Augustine
**Subject:** Re: Guide

The email change looks good. Thanks.

Getting started on the emails will be great. Given that we have cut the Guide by 50% and that most of it is explanation of the science, do we really need to wait a week and a half to send it? Or— if you can tell me type of edits that you want (active voice to passive, etc) I can make them for you.

We are chomping at the bit here...as you can probably tell.

Randy

On 6/7/13 12:05 PM, "David W. Hodges" <dhodges@kennedyhodges.com> wrote:
I would change my email as follows:

Thanks for responding to my email. I have attached a portion of **Bair Hugger Warming and Peri-prosthetic Infections in Joint Replacement Surgery: A guide to Product Liability Litigation.**

I encourage you to review the Abstract and the various scientific analyses. The evidence is really quite overwhelming that pathogens are carried to the surgical site by the convection currents created by Bair Hugger heaters.

If, after reading these materials, you decide to pursue these cases by advertising for clients on your website or elsewhere, please let me know, and I will provide the balance of the information in the Guide. I welcome the opportunity to work on these cases with you and/or pay you a referral fee if you refer the case to me.

DH

BTW – I don't have time to edit the guide today. So, I propose that we send out the initial email the middle of next week and then we can follow up with the guide when I get back. What do you think?

**From:** J Randall Benham [mailto:rbenham@augbiomed.com]
**Sent:** Friday, June 07, 2013 11:23 AM
**To:** David W. Hodges; Gabriel Assaad
**Cc:** Scott Augustine; Brent Augustine
**Subject:** Guide

David and Gabe,

I have revised the email to indicate that the Walton case is in a very early stage and that the Guide is a work in progress. (Changes are in red.) You offer to send the scientific portion of the Guide. The document you provide would also include your cover letter, the abstract and the index page—indicating that a great deal more information is available.

My hope is this will both encourage the attorneys to begin educating themselves and initiate a dialogue with you. The information provided will whet their appetites for more.

As you know, our goal is to get this information to as many PI attorneys as possible as quickly as possible. We understand, however, the benefit of KH taking a leadership position in these cases. That could happen in two ways (as I see it):

1. KH could complete much of the Walton case and have valuable experience to share with other attorneys. This, however, would take many months, and we can't wait that long to engage other attorneys.
2. KH can parley that portion of the Guide that is withheld (witness information, the Sessler analysis, facts regarding 3M's bad behavior) into relationships with other firms. This makes sense to us—although it needs to happen fairly quickly. Again, we don't want to wait months to share this information with others.

We have a quite a few names and email addresses from the AAJ website. We want to start contacting them early next week. This who respond would receive the abridged Guide and a brief note from you, perhaps something like:

Thanks for responding to my email. I have attached a portion of **Bair Hugger Warming and Peri-prosthetic Infections in Joint Replacement Surgery: A guide to Product Liability Litigation.**

I encourage you to review the Abstract and the various scientific analyses. The evidence is really quite overwhelming that pathogens are carried to the surgical site by the convection currents created by Bair Hugger heaters.

If, after reading these materials, you decide to pursue these cases by advertising for clients on your website or elsewhere, please let me know, and I will provide the balance of the information in the Guide.

DH

Randy