UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To:<br>All Actions | **STATEMENT INSTEAD OF REDACTED DOCUMENTS** |

I certify that Defendants have filed a Notice of Motion and Motion to for Leave to Take Additional Depositions and Continue the Deposition of Scott Augustine, and Declaration of Benjamin W. Hulse with Exhibits A-D.

The following Declaration Exhibits have been marked "Confidential" under the Protective Order, and redaction is impracticable.

1. Exhibit A, which is an excerpt from the transcript of the Deposition of Dr. Scott Augustine, which has been designated as "Confidential."

2. Exhibit B, which is a copy of a document produced to 3M in discovery and marked as an exhibit at the Deposition of Dr. Augustine that was designated as "Confidential" by the producing party.

3. Exhibit C, which is a copy of a document produced to 3M in discovery and marked as an exhibit at the Deposition of Dr. Augustine that was designated as "Confidential" by the producing party.

4. Exhibit D, which is a copy of a document produced to 3M in discovery and marked as an exhibit at the Deposition of Dr. Augustine that was designated as "Confidential" by the producing party.

Dated: May 4, 2017

Respectfully submitted,

/s/ Benjamin W. Hulse
Benjamin W. Hulse (MN #0390952)
BLACKWELL BURKE P.A.
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3256
Fax: (612) 343-3205
Email: bhulse@blackwellburke.com

**Co-counsel for Defendants**
**3M Company and**
**Arizant Healthcare, Inc.**