## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| | **DEFENDANT 3M COMPANY'S MEET AND CONFER STATEMENT FOR MOTION FOR LEAVE TO TAKE FOR LEAVE TO TAKE ADDITIONAL DEPOSITIONS AND CONTINUE THE DEPOSITION OF SCOTT AUGUSTINE** |
| This Document Relates To: | |
| All Actions | |

I, Benjamin W. Hulse, representing 3M Company (3M), certify that I and my partner, Corey L. Gordon, conferred with Plaintiffs and counsel for the deponents by an email to Randy Benham, Ben Gordon, Jan Conlin, Gabriel Assaad, and Genevieve Zimmerman on May 3, 2017 to discuss this Motion For Leave to Take Depositions After Close of Discovery.

In an email on May 4, 2017, counsel for Plaintiffs confirmed that they would oppose 3M's Motion.

Dated:  May, 4 2017                    Respectfully submitted,

*s*/Benjamin W. Hulse
Jerry W. Blackwell (#186867)
Benjamin W. Hulse (#0390952)
Mary S. Young (#0392781)
**Attorneys for Defendants 3M Company
and Arizant Healthcare Inc.**
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN  55415
T: (612) 343-3200     F:  (612) 343-3205
blackwell@blackwellburke.com
bhulse@blackwellburke.com
myoung@blackwellburke.com

          AND


Bridget M. Ahmann (#016611x)
**Attorney for Defendants 3M Company
and Arizant Healthcare Inc.**
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
T: (612) 766-7000     F: (612) 766-1600
bridget.ahmann@faegrebd.com