# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| | **(PROPOSED) ORDER ON DEFENDANT 3M COMPANY'S MOTION FOR LEAVE TO TAKE ADDITIONAL DEPOSITIONS AND CONTINUE THE DEPOSITION OF SCOTT AUGUSTINE** |
| This Document Relates To: All Actions | |

---

This matter came before the Court on Defendant 3M Company's Motion for Leave to Take Depositions After the Close of Discovery, pursuant to Rules 16(b)(4) and 30(d) of the Federal Rules of Civil Procedure.

Based upon the files, records and proceedings herein, **IT IS HEREBY ORDERED** that 3M's motion is GRANTED.  3M Company shall be permitted to take the depositions of J. Randall Benham and Brent Augustine, which depositions shall continue for a period of time not to exceed seven hours.

**IT IS FURTHER ORDERED** that 3M shall be entitled to continue the deposition of Dr. Scott Augustine, for a period of time not to exceed four hours.

Dated: _____, 2017          **BY THE COURT**


_____
The Honorable Franklin L. Noel
United States Magistrate Judge
District of Minnesota

2

103479952\V-1