UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION

MDL No. 15-2666 (JNE/FLN)

This Document Relates To:
All Actions

## DEFENDANT 3M COMPANY'S MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 14

Pursuant to the Court's Pretrial Order No. 14 ("PTO 14"), entered September 27, 2016, Defendants 3M Company and Arizant Healthcare, Inc. (collectively, "Defendants") move the Court to dismiss the following Plaintiffs' cases for failure to comply with PTO 14:

| Case Number | Title | Date Filed | PFS Due Date | Firm Name |
| --- | --- | --- | --- | --- |
| 0:16-cv-00136-JNE-FLN | Hager v. 3M Company | 1/21/2016 | 12/26/2016 | Meshbesher & Spence, Ltd. |
| 0:16-cv-00621-JNE-FLN | Weimer v. 3M Company | 3/10/2016 | 1/27/2017 | Lockridge, Grindal, Nauen, PLLP |
| 0:16-cv-02755-JNE-FLN | Fraley v. 3M Company | 8/16/2016 | 12/26/2016 | Bernstein Liebhard, LLP |
| 0:16-cv-02757-JNE-FLN | Alford v. 3M Company | 8/16/2016 | 12/26/2016 | Bernstein Liebhard, LLP |
| 0:16-cv-02772-JNE-FLN | Wilburn v. 3M Company | 8/18/2016 | 12/26/2016 | Bernstein Liebhard, LLP |
| 0:16-cv-02803-JNE-FLN | Johnson v. 3M Company | 8/19/2016 | 12/26/2016 | Bachus & Schanker, LLC |

| | | | | |
|---|---|---|---|---|
| 0:16-cv-02874-JNE-FLN | Garro v. 3M Company | 8/25/2016 | 12/26/2016 | Bernstein Liebhard, LLP |
| 0:16-cv-02896-JNE-FLN | Toler v. 3M Company | 8/26/2016 | 12/26/2016 | Bachus & Schanker, LLC |
| 0:16-cv-03383-JNE-FLN | DePriest v. 3M Company | 10/6/2016 | 1/4/2017 | Bernstein Liebhard, LLP |
| 0:16-cv-03553-JNE-FLN | Barrett v. 3M Company | 10/18/2016 | 1/16/2017 | Gustafson Gluek PLLC |
| 0:16-cv-03781-JNE-FLN | Fling v. 3M Company | 10/31/2016 | 1/29/2017 | Bachus & Schanker, LLC |

As set forth in the accompanying memorandum of law, plaintiffs in the cases listed above failed to serve the PFS as required by PTO 14 and, to date, remain delinquent. Defendants placed the above cases on the agenda for two sequential Court status conferences – the first on March 10, 2017 and the second on April 14, 2017. Dismissal of these cases with prejudice is therefore appropriate under PTO 14, ¶ 8, and Defendants respectfully request the Court grant their motion regarding same.

Dated: May 10, 2017                      Respectfully submitted,

                                       s/ Benjamin W. Hulse
                                       Jerry W. Blackwell (MN #186867)
                                       Mary S. Young (MN #0392781)
                                       Benjamin W. Hulse (MN #0390952)
                                       BLACKWELL BURKE P.A.
                                       431 South Seventh Street
                                       Suite 2500
                                       Minneapolis, MN 55415
                                       Phone: (612) 343-3256
                                       Fax: (612) 343-3205
                                       Email: blackwell@blackwellburke.com
                                                myoung@blackwellburke.com
                                                bhulse@blackwellburke.com

                                       Bridget M. Ahmann (MN #016611x)
                                       FAEGRE BAKER DANIELS LLP
                                       2200 Wells Fargo Center
                                       90 South Seventh Street
                                       Minneapolis, MN 55402
                                       Phone: (612) 766-7000
                                       Email: bridget.ahmann@faegrebd.com

                                       **Counsel for Defendants 3M Company and Arizant Healthcare, Inc.**