# EXHIBIT A

## Michael Patiuk

| | |
|---|---|
| **From:** | Mary Young |
| **Sent:** | Friday, March 10, 2017 6:29 PM |
| **To:** | joanericksen_chambers@mnd.uscourts.gov; noel_chambers@mnd.uscourts.gov |
| **Cc:** | Jerry Blackwell; Ben Hulse; Ahmann, Bridget M.; Winebrenner, M. Joseph; gzimmerman@meshbesher.com; bgordon@levinlaw.com; MVC@ciresiconlin.com; JMC@CiresiConlin.com |
| **Subject:** | Joint Agenda and Status Report (MDL No. 15-2666 (JNE/FLN)) |
| **Attachments:** | 1. Bair Hugger MDL 2666 -- Overdue Plaintiff Fact Sheets as of 2017.03.0....xlsx; 2. Bair Hugger MDL 2666 -- Report of Def. Notices Sent with No Response ....xlsx; 3. Bair Hugger MDL 2666 -- Report of Persistent Deficiencies  2017.03.09....xlsx; Joint Agenda and Status Report for 3.16.17 Conference (MDL 2666).pdf |

Dear Judge Ericksen and Magistrate Judge Noel,

Consistent with this Court's February 9, 2016 Pretrial Order No. 3, the parties submit this Joint Agenda and Status Conference Report in preparation for the status conference scheduled for Thursday, March 16 at 9:30 a.m.  Also attached are Defendants' three lists related to the PFSs, as discussed in Section 2. of the Joint Agenda.

Sincerely,
Mary Young

Mary S. Young
Blackwell Burke P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN  55415
Direct (612) 343-3214
Fax (612) 343-3205

This message and any attachments may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient or are not authorized to receive for the recipient, you are hereby notified that dissemination, distribution or copying of this message and any attachments is strictly prohibited. If you have received this message in error, please immediately advise the sender by reply e-mail and delete the message and any attachments. Thank you.

**Defendants' PFS List 1:  Overdue Plaintiff Fact Sheets**
(Updated March 9, 2017)

| Case Number | Title | Date Filed | PFS Due Date | Comment | List of 150* | Firm Name |
|---|---|---|---|---|---|---|
| 0:15-cv-03900-JNE-FLN | Wright v. 3M Company et al | 10/20/2015 | 12/26/2016 | | | Meshbesher & Spence, Ltd. |
| 0:16-cv-00136-JNE-FLN | Hager v. 3M Company | 1/21/2016 | 12/26/2016 | | | Meshbesher & Spence, Ltd. |
| 0:16-cv-00529-JNE-FLN | Yender v. 3M Company | 3/2/2016 | 12/26/2016 | Improper DWOP** | | Law Offices of Brian Timothy Meyers |
| 0:16-cv-00621-JNE-FLN | Weimer v. 3M Company | 3/10/2016 | 1/27/2017 (by agreed extension) | | | Lockridge, Grindal Nauen P.L.L.P. |
| 0:16-cv-00799-JNE-FLN | Stribling v. 3M Company | 3/28/2016 | 12/26/2016 | Improper DWOP | | Levin, Papantonio, Thomas, Mitchell, Rafferty &, Proctor P.A. |
| 0:16-cv-02299-JNE-FLN | Redman et al v. 3M Company et al | 7/1/2016 | 12/26/2016 | | | Goza & Honnold, LLC |
| 0:16-cv-02335-JNE-FLN | Colter v. 3M Company et al | 7/6/2016 | 12/26/2016 | Improper DWOP | | Meshbesher & Spence, Ltd. |
| 0:16-cv-02655-JNE-FLN | Black v. 3M Company et al | 8/5/2016 | 12/26/2016 | | | Goza & Honnold, LLC |
| 0:16-cv-02755-JNE-FLN | Fraley v. 3M Company et al | 8/16/2016 | 12/26/2016 | | | Bernstein Liebhard LLP |
| 0:16-cv-02757-JNE-FLN | Alford v. 3M Company et al | 8/16/2016 | 12/26/2016 | Improper DWOP | | Bernstein Liebhard LLP |
| 0:16-cv-02772-JNE-FLN | Wilburn v. 3M Company et al | 8/18/2016 | 12/26/2016 | | | Bernstein Liebhard LLP |
| 0:16-cv-02803-JNE-FLN | Johnson v. 3M Company et al | 8/19/2016 | 12/26/2016 | | | Bachus & Schanker, LLC |
| 0:16-cv-02874-JNE-FLN | Garro v. 3M Company et al | 8/25/2016 | 12/26/2016 | | | Bernstein Liebhard LLP |
| 0:16-cv-02879-JNE-FLN | Thompson v. 3M Company et al | 8/25/2016 | 12/26/2016 | | | Bernstein Liebhard LLP |
| 0:16-cv-02896-JNE-FLN | Toler et al v. 3M Company et al | 8/26/2016 | 12/26/2016 | | | Bachus & Schanker, LLC |
| 0:16-cv-03383-JNE-FLN | DePriest v. 3M Company et al | 10/6/2016 | 1/4/2017 | | Yes | Bernstein Liebhard LLP |
| 0:16-cv-03431-JNE-FLN | Freeman v. 3M Company et al | 10/11/2016 | 1/9/2017 | Improper DWOP | | Shelton Law Group |
| 0:16-cv-03553-JNE-FLN | Barrett v. 3M Company et al | 10/18/2016 | 1/16/2017 | | | Gustafson Gluek PLLC |
| 0:16-cv-03635-JNE-FLN | Pierce v. 3M Company et al | 10/26/2016 | 1/24/2017 | Improper DWOP | | Shelton Law Group |
| 0:16-cv-03708-JNE-FLN | Goodson v. 3M Company et al | 10/27/2016 | 1/25/2017 | | | Goza & Honnold, LLC |
| 0:16-cv-03781-JNE-FLN | Fling et al v. 3M Company et al | 10/31/2016 | 1/29/2017 | | | Bachus & Schanker, LLC |
| 0:16-cv-03783-JNE-FLN | White v. 3M Company | 10/31/2016 | 1/29/2017 | | | Goza & Honnold, LLC |

**Defendants' PFS List 1:  Overdue Plaintiff Fact Sheets**
(Updated March 9, 2017)

| | | | | | | |
|---|---|---|---|---|---|---|
| 0:16-cv-03784-JNE-FLN | Stewart et al v. 3M Company et al | 10/31/2016 | 1/29/2017 | | | Goza & Honnold, LLC |
| 0:16-cv-03903-JNE-FLN | Youngerman et al v. 3M Company et al | 11/15/2016 | 2/13/2017 | | Yes | Meshbesher & Spence, Ltd. |
| 0:16-cv-03934-JNE-FLN | Hougen v. 3M Company et al | 11/17/2016 | 2/15/2017 | | | The Miller Firm, LLC |
| 0:16-cv-04072-JNE-FLN | Burney v. 3M Company et al | 12/2/2016 | 3/2/2017 | | | Zimmerman Reed, LLP |

\* Court's pool of 150 cases for bellwether nominations

\*\* "Improper DWOP" indicates that Plaintiff filed a notice of voluntary dismissal without prejudice after Defendants had answered the Master Complaint.  Defendants contend that these dismissals are ineffective under Rule 41(a), and that PFSs therefore remain due. Defendants are willing to enter into stipulations of dismissal with prejudice for these cases.