# EXHIBIT B

# Michael Patiuk

| | |
|---|---|
| **From:** | Ben Hulse |
| **Sent:** | Friday, April 14, 2017 5:00 PM |
| **To:** | joanericksen_chambers@mnd.uscourts.gov; noel_chambers@mnd.uscourts.gov |
| **Cc:** | Jerry Blackwell; Ahmann, Bridget M.; gzimmerman@meshbesher.com; bgordon@levinlaw.com; MVC@ciresiconlin.com; JMC@CiresiConlin.com; Mary Young |
| **Subject:** | Bair Hugger MDL, 15-2666: PFS Lists to Accompany Joint Agenda and Status Report |
| **Attachments:** | 1. Bair Hugger MDL 2666 -- Overdue Plaintiff Fact Sheets (2017.04.14).xlsx; 2. Bair Hugger MDL 2666 -- Def. Notices Sent with No Response (2017.04.14).xlsx; 3. Bair Hugger MDL 2666 -- Persistent Deficiencies (2017.04.14).xlsx |

Dear Judge Ericksen and Judge Noel,

Pursuant to PTO 14, Defendants are providing three lists related to the plaintiff fact sheets, as discussed in Section 2 of the Joint Agenda that will be provided to the Court.

Sincerely,
Benjamin W. Hulse

Benjamin W. Hulse
Blackwell Burke P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN  55415
Direct (612) 343-3256
Fax (612) 343-3205

This message and any attachments may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient or are not authorized to receive for the recipient, you are hereby notified that dissemination, distribution or copying of this message and any attachments is strictly prohibited. If you have received this message in error, please immediately advise the sender by reply e-mail and delete the message and any attachments. Thank you.