UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 2666 (JNE/FLN) |
| This Document Relates to All Actions | **Defendants' Submission of Bellwether Trial Candidates** |

Pursuant to Pretrial Order No. 17, as amended by the Court's Minute Entry dated January 19, 2017, Defendants submit their list of Bellwether Trial Candidates among the Nominated Cases.

Each case in the Bellwether Trial Candidates involves a Plaintiff who underwent a knee or hip procedure, and therefore falls within the only required category designated by the Court.

Plaintiffs and Defendants jointly agree on the following two Bellwether Trial Candidates:

1.  **Plaintiff:**           Kamke, Julie
    **Case No.:**           16-cv-01225-JNE-FLN
    **Plaintiff's Counsel:** Peterson & Associates, P.C.

Plaintiff Julie Kamke's claim arises from a MSSA (methicillin-susceptible *S. aureus*) infection she developed following a hip procedure. Plaintiff Kamke, 52 years old, resides in Wisconsin and underwent her hip procedure at Wausau Hospital in Wausau,

Wisconsin. The parties agree that Plaintiff Kamke's case is representative of the Nominated Cases and the range of cases in this Consolidated Action.

2. **Plaintiff:** Walker, Kevin W.
   **Case No.:** 62-cv-16-1257 (Ramsey County, MN)
   **Plaintiff's Counsel:** Meshbesher & Spence, Ltd.

Plaintiff Kevin Walker's claim arises from a CoNS (*coagulase-negative staphylococcus*) infection he developed following a hip procedure.  Plaintiff Walker, 53 years old, resides in Minnesota and underwent his hip procedure at Regions Hospital, St. Paul, Minnesota. The parties agree that Plaintiff Walker's case is representative of the Nominated Cases and the range of cases in this Consolidated Action.

Plaintiffs and Defendants have not agreed on the remaining six Bellwether Trial Candidates; instead, they have agreed that each side will submit three additional candidates to fill the slate of eight cases for the Final Bellwether Trial Pool.

**Defendants' three Bellwether Trial Candidates are as follows:**

3. **Plaintiff:** Collins, Jeffrey
   **Case No.:** 16-cv-01188-JNE-FLN
   **Plaintiff's Counsel:** Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A.

Plaintiff Jeffrey Collins's claim arises from a MSSA (methicillin-susceptible *S. aureus*) infection he developed following a knee procedure.  Plaintiff Collins, 54 years old, resides in Kentucky and underwent his knee procedure at Baptist Health Paducah in Paducah, Kentucky.  Plaintiff Collin's case is representative of the Nominated Cases and

the range of cases in this Consolidated Action because of his knee replacement and MSSA infection.

    4. **Plaintiff:** **Knuteson, Jeffrey**
       **Case No.:** **16-cv-01088-JNE-FLN**
       **Plaintiff's Counsel:** **Lockridge, Grindal Nauen P.L.L.P.**

Plaintiff Jeffrey Knuteson's claim arises from a MSSA (methicillin-susceptible *S. aureus*) infection he developed following a hip procedure. Plaintiff Knuteson, 52 years old, resides in the Wisconsin and underwent his procedure at the University of Wisconsin Hospital in Madison, Wisconsin. Plaintiff's Knuteson's case is representative of the Nominated Cases and the range of cases in this Consolidated Action because of his hip replacement and MSSA infection.

    5. **Plaintiffs:** **Skaar, Kurtis and Debbie Skaar**
       **Case No.:** **16-cv-02969-JNE-FLN**
       **Plaintiffs' Counsel:** **Brown & Crouppen**

Plaintiff Kurtis Skaar's claim arises from an *S. epidermidis* infection he developed following a knee procedure. Plaintiff Kurtis Skaar, 53 years old, resides in Idaho and underwent his knee procedure at Bingham Memorial Hospital in Blackfoot, Idaho. Plaintiff Kurtis Skaar's case is representative of the Nominated Cases and the range of cases in this Consolidated Action because of his knee replacement and *S. epidermidis* infection.

Dated:  May 10, 2017                              Respectfully submitted,


                                    /s/Jerry W. Blackwell
Jerry W. Blackwell (MN #186867)
Mary S. Young (MN #0392781)
Benjamin W. Hulse (MN #0390952)
BLACKWELL BURKE P.A.
431 South Seventh Street
Suite 2500
Minneapolis, MN  55415
Phone: (612) 343-3256
Fax: (612) 343-3205
Email:  blackwell@blackwellburke.com
         myoung@blackwellburke.com
         bhulse@blackwellburke.com

Bridget M. Ahmann (MN #016611x)
M. Joseph Winebrenner (MN #0387889)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 766-7000
Email:  bridget.ahmann@faegrebd.com
         joe.winebrenner@faegrebd.com

**Counsel for Defendants 3M Company and Arizant Healthcare, Inc.**