# EXHIBIT B

**Michael Patiuk**

| | |
|---|---|
| **From:** | Ben Hulse |
| **Sent:** | Friday, April 14, 2017 5:00 PM |
| **To:** | joanericksen_chambers@mnd.uscourts.gov; noel_chambers@mnd.uscourts.gov |
| **Cc:** | Jerry Blackwell; Ahmann, Bridget M.; gzimmerman@meshbesher.com; bgordon@levinlaw.com; MVC@ciresiconlin.com; JMC@CiresiConlin.com; Mary Young |
| **Subject:** | Bair Hugger MDL, 15-2666:  PFS Lists to Accompany Joint Agenda and Status Report |
| **Attachments:** | 1. Bair Hugger MDL 2666 -- Overdue Plaintiff Fact Sheets (2017.04.14).xlsx; 2. Bair Hugger MDL 2666 -- Def. Notices Sent with No Response (2017.04.14).xlsx; 3. Bair Hugger MDL 2666 -- Persistent Deficiencies (2017.04.14).xlsx |

Dear Judge Ericksen and Judge Noel,

Pursuant to PTO 14, Defendants are providing three lists related to the plaintiff fact sheets, as discussed in Section 2 of the Joint Agenda that will be provided to the Court.

Sincerely,
Benjamin W. Hulse

Benjamin W. Hulse
Blackwell Burke P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN  55415
Direct (612) 343-3256
Fax (612) 343-3205

This message and any attachments may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient or are not authorized to receive for the recipient, you are hereby notified that dissemination, distribution or copying of this message and any attachments is strictly prohibited. If you have received this message in error, please immediately advise the sender by reply e-mail and delete the message and any attachments. Thank you.

**Defendants' PFS List 1: Overdue Plaintiff Fact Sheets**
(Updated April 14, 2017)

| Case Number | Title | Date Filed | PFS Due Date | Comment | Prior Listing | Firm Name |
|---|---|---|---|---|---|---|
| 0:15-cv-03900-JNE-FLN | Wright v. 3M Company | 10/20/2015 | 12/26/2016 | | 3/13/17 | Meshbesher & Spence, Ltd. |
| 0:16-cv-00136-JNE-FLN | Hager v. 3M Company | 1/21/2016 | 12/26/2016 | | 3/13/17 | Meshbesher & Spence, Ltd. |
| 0:16-cv-00621-JNE-FLN | Weimer v. 3M Company | 3/10/2016 | 1/27/2017 | Due date extended to 1/27, but no PFS received since | 3/13/17 | Lockridge, Grindal Nauen P.L.L.P. |
| 0:16-cv-02335-JNE-FLN | Colter v. 3M Company | 7/6/2016 | 12/26/2016 | Improper DWOP | 3/13/17 | Meshbesher & Spence, Ltd. |
| 0:16-cv-02755-JNE-FLN | Fraley v. 3M Company | 8/16/2016 | 12/26/2016 | | 3/13/17 | Bernstein Liebhard LLP |
| 0:16-cv-02757-JNE-FLN | Alford v. 3M Company | 8/16/2016 | 12/26/2016 | Improper DWOP** | 3/13/17 | Bernstein Liebhard LLP |
| 0:16-cv-02772-JNE-FLN | Wilburn v. 3M Company | 8/18/2016 | 12/26/2016 | | 3/13/17 | Bernstein Liebhard LLP |
| 0:16-cv-02803-JNE-FLN | Johnson v. 3M Company | 8/19/2016 | 12/26/2016 | | 3/13/17 | Bachus & Schanker, LLC |
| 0:16-cv-02874-JNE-FLN | Garro v. 3M Company | 8/25/2016 | 12/26/2016 | | 3/13/17 | Bernstein Liebhard LLP |
| 0:16-cv-02896-JNE-FLN | Toler v. 3M Company | 8/26/2016 | 12/26/2016 | | 3/13/17 | Bachus & Schanker, LLC |
| 0:16-cv-03383-JNE-FLN | DePriest v. 3M Company | 10/6/2016 | 1/4/2017 | | 3/13/17 | Bernstein Liebhard LLP |
| 0:16-cv-03431-JNE-FLN | Freeman v. 3M Company | 10/11/2016 | 1/9/2017 | Improper DWOP | 3/13/17 | Shelton Law Group |
| 0:16-cv-03553-JNE-FLN | Barrett v. 3M Company | 10/18/2016 | 1/16/2017 | | 3/13/17 | Gustafson Gluek PLLC |
| 0:16-cv-03635-JNE-FLN | Pierce v. 3M Company | 10/26/2016 | 1/24/2017 | Duplicate - Improper DWOP | 3/13/17 | Shelton Law Group |
| 0:16-cv-03781-JNE-FLN | Fling v. 3M Company | 10/31/2016 | 1/29/2017 | | 3/13/17 | Bachus & Schanker, LLC |
| 0:16-cv-03934-JNE-FLN | Hougen v. 3M Company | 11/17/2016 | 2/15/2017 | | 3/13/17 | The Miller Firm, LLC |
| 0:16-cv-04109-JNE-FLN | Prevo v. 3M Company | 12/12/2016 | 3/12/2017 | | | Hamilton Law Firm |
| 0:16-cv-04341-JNE-FLN | Turner v. 3M Company | 12/22/2016 | 3/22/2017 | | | Randall J. Trost, P.C. |
| 0:16-cv-04360-JNE-FLN | Spaich v. 3M Company | 12/27/2016 | 3/27/2017 | | | McGlynn, Glissoin & Mouton |
| 0:16-cv-04381-JNE-FLN | Manzanares v. 3M Company | 12/28/2016 | 3/28/2017 | | | Bernstein Liebhard LLP |

## Defendants' PFS List 1:  Overdue Plaintiff Fact Sheets
(Updated April 14, 2017)

| | | | | | | |
|---|---|---|---|---|---|---|
| 0:17-cv-00018-JNE-FLN | Meeks v. 3M Company | 1/4/2017 | 4/4/2017 | | | The Olinde Firm, LLC |

Yellow highlighting indicates that the case was previously listed per the Court's 3/13 Order (D.E. 270)

** "Improper DWOP" indicates that Plaintiff filed a notice of voluntary dismissal without prejudice after Defendants had answered the Master Complaint.  Defendants contend that these dismissals are ineffective under Rule 41(a), and that PFSs therefore remain due. Defendants are willing to enter into stipulations of dismissal with prejudice for these