

To:   The Honorable Franklin L. Noel

Re:  3M Motion to Remove Confidential Designation from Ridgeview Documents

Magistrate Noel:

The purpose of this letter is to request permission to file a Memorandum and supporting Affidavit regarding the above-cited matter.  As suggested by your Chambers, I am simultaneously filing this request, the Affidavit, and the Memorandum.

Thank you for your consideration,,


s/R Benham
J. Randall Benham

General Counsel
Augustine Temperature Management LLC
6581 City West Parkway
Eden Prairie, MN 55127