UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To: All Actions | MDL No. 15-2666<br>(JNE/FLN)<br><br>**WORD COUNT COMPLIANCE** |

I certify that Plaintiffs' Response to Defendant 3M Company's Motion for Leave to Take Additional Depositions and to Continue the Deposition of Dr. Scott Augustine complies with the length limitations set forth in Local Rule 7.1(f) and the type size requirements set forth in Local Rule 7.1(h). I further certify that in preparation of this memorandum, I used Microsoft Office Word 2013, which has an appropriately functioning word count tool applied to include all text, including headings, footnotes, and quotations. The aforementioned memorandum contains 1,548 words.

Dated: May 11, 2017

/s/ Michael A. Sacchet
Michael A. Sacchet (MN #0395817)
Ciresi Conlin LLP
225 S. 6th St., Suite 4600
Minneapolis, MN 55402
Phone: (612) 361-8220

1