## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation | MDL No.  15-2666 (JNE/FLN) |
| This Document Relates to All Actions | **DECLARATION OF MICHAEL A. SACCHET IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANT 3M COMPANY'S MOTION FOR LEAVE TO TAKE ADDITIONAL DEPOSITIONS AND TO CONTINUE THE DEPOSITION OF DR. SCOTT AUGUSTINE** |

### <u>DECLARATION OF MICHAEL A. SACCHET</u>

Michael Sacchet, being first duly sworn, deposes and declares:

1. My name is Michael A. Sacchet and I am an attorney at the Ciresi Conlin LLP law firm. I represent Plaintiffs in the above-captioned matter.

2. Attached hereto as Exhibit A is a true and correct copy of an excerpt of the Deposition of Dr. Scott Augustine.

3. Attached hereto as Exhibit B is a true and correct copy of an excerpt of the deposition of Dr. Paul McGovern.

4. Attached hereto as Exhibit C is a true and correct copy of an excerpt of the Deposition of Professor Christopher Nachtsheim.

5. Attached hereto as Exhibit D is a true and correct copy of an excerpt of the Deposition of Dr. Kumar Belani.

6. Attached hereto as Exhibit E is a true and correct copy of an excerpt of the Deposition of Dr. Scott Augustine.

7. Attached hereto as Exhibit F is a true and correct copy of the March 17, 2017 letter from 3M's counsel to Plaintiffs' counsel.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of May, 2017.

/s/ Michael A. Sacchet_____
Michael A. Sacchet (MN #0395817)
Ciresi Conlin LLP
225 South 6th Street, Suite 4600
Minneapolis, MN 55402
Phone: (612) 631-8200