# EXHIBIT B

Page 233

```
 1
 2            IN THE UNITED STATES DISTRICT COURT
                    DISTRICT OF MINNESOTA
 3
     - - - - - - - - - - - - - - - - - -
 4   IN THE MATTER OF                    )
                                         )
 5   IN RE BAIR HUGGER FORCED AIR        )
     WARMING                             )
 6   PRODUCTS LIABILITY LITIGATION       )
                                         )
 7                     Plaintiff,        )
                                         )PRETRIAL ORDER NO: 7
 8   v.                                  )Protective Order
                                         )MDL No. 15-2666
 9   3M COMPANY AND ARIZANT              )(JNE/FLN)
     HEALTHCARE INC.                     )
10                     Defendant.        )
     - - - - - - - - - - - - - - - - - -
11                DEPOSITION OF PAUL MCGOVERN
12                        VOLUME II
13                 Thursday, January 5, 2017
14             AT:   FAEGRE BAKER DANIELS LLP
15                       Taken at:
16                    7 Pilgrim Street
                      London EC4V 6LB
17                     United Kingdom
18
19
20   Court Reporter:
21   Louise Pepper: Accredited Real-time Reporter
22   Videographer: Simon Addinsell
23
24
25   JOB NO. 117121
```

```
 1
 2                  A P P E A R A N C E S
 3   Appearing for the Plaintiff:
 4            MR. MICHAEL SACCHET
              CIRESI CONLIN
 5            225 South 6th Street
              Minneapolis, MN 55402
 6
 7
 8
              GENEVIEVE ZIMMERMAN
 9            MESHBESHER & SPENCE
              1616 Park Avenue
10            Minneapolis, MN 55404
11
12
     Appearing for the Defendant:
13
              MR. COREY GORDON
14            BLACKWELL BURKE
              431 South Seventh Street
15            Minneapolis, MN 55415
16
17
18            MS. KATHERINE NEWMAN
              FAEGRE BAKER DANIELS
19            7 Pilgrim Street, London EC4V 6LB
20
21
22   Appearing for the Witness:
23            MR. ANDREW HEAD
              MR. BRYAN SHACKLADY
24            FORSTERS
              31 Hill Street
25            London W1J 5LS
```

DR. PAUL MCGOVERN

Q. And this particular sentence was published in final form, as it says in this paper?

A. This sentence, as part of this paper, was peer-reviewed and approved for publication.

Q. Do you have any reason to doubt the bubble count results of the McGovern paper?

A. I do not.

Q. You did not receive any compensation from Augustine Biomedical & Design, or any of its predecessor entities, with respect to conducting this study?

A. No.

Q. In fact, it cost you a sum of money to conduct this study?

A. Overall, this study -- the conducting of this study involved me working at weekends in my own hours, traveling to and from the hospital on my own time, and at my own expense. There were -- some equipment was purchased, and at the time, I received expenses for that equipment to be purchased, I did -- but I received that from the healthcare trust that I worked for. I did not receive any money directly from Augustine at this time for this paper, to my knowledge.

Q. The fact that Mr. Albrecht may have been employed by Augustine Biomedical & Design, or any of its predecessor