# EXHIBIT C

Page 1

1          UNITED STATES DISTRICT COURT
              DISTRICT OF MINNESOTA
2    ------------------------------------------
3    In Re:
4    Bair Hugger Forced Air Warming
     Products Liability Litigation
5
     This Document Relates To:
6
     All Actions                    MDL No.
7                                   15-2666 (JNE/FLM)
8    ------------------------------------------
9
                 VIDEOTAPED DEPOSITION
10
                          OF
11
                 CHRISTOPHER NACHTSHEIM
12
                 Minneapolis, Minnesota
13
              Tuesday, November 29, 2016
14
15   ------------------------------------------
16
17
18
19
20
21
22
23
24   Reported by:
     Amy L. Larson, RPR
25   Job No. 113495

```
 1                    NACHTSHEIM
 2   APPEARANCES:
 3       ON BEHALF OF 3M:
 4       CHRISTIN GARCIA, ESQUIRE
         FAEGRE BAKER DANIELS
 5       2200 Wells Fargo Center
         90 South Seventh Street
 6       Minneapolis, MN 55402
 7
         DEBORAH LEWIS, ESQUIRE
 8       BLACKWELL BURKE
         431 South Seventh Street
 9       Minneapolis, MN 55415
10
11
         FOR THE PLAINTIFF:
12
         MICHAEL SACCHET, ESQUIRE
13       CIRESI CONLIN
         225 South Sixth Street
14       Minneapolis, MN 55402
15
16
17       ALSO PRESENT:   Kraig Hildahl, Videographer
18
19
20
21
22
23
24
25
```

Page 362

NACHTSHEIM

2  respect to the forced-air warming device, do
3  you?
4  A. No.
5  Q. The fact that you received consulting fees
6     from Augustine Biomedical or a successor
7     company did not influence your ability to
8     analyze this data, did it?
9  A. I hope not. I don't believe it did. We try
10    to be objective about everything we do. But,
11    no, it wouldn't have affected my analysis of
12    this data.
13 Q. The amounts that you received were normal
14    consulting fees, correct?
15 A. Correct.
16           MS. GARCIA: Object to the form of
17    the question.
18 BY MR. SACCHET:
19 Q. They were nothing out of the ordinary in
20    terms of other fees that you charged other
21    third parties to perform statistical
22    analysis, correct?
23 A. Correct.
24 Q. You were previously asked a series of
25    questions regarding an operating room in a