# EXHIBIT D

Page 1

1       DR. KUMAR BELANI CONFIDENTIAL
2         UNITED STATES DISTRICT COURT
3           DISTRICT OF MINNESOTA
4    -----------------------------------
     In re Bair Hugger Forced Air Warming
5    Products Liability Litigation
6                     MDL NO. 15-2666
                         (JNE/FLN)
7
8
     This Document Relates To:
9    All Actions
10   -----------------------------------
11            ***CONFIDENTIAL***
12         VIDEOTAPED DEPOSITION OF
13             DR. KUMAR BELANI
14             September 7, 2016
15                 9:11 a.m.
16
17
18   Being held at: Children's Rehabilitation Center
19                  426 Church Street SE
20                  Minneapolis, MN
21
22
23
24   Reported by: Mari A. Skalicky
25   Job No. 112500

```
 1         DR. KUMAR BELANI CONFIDENTIAL
 2    Reporter:  Mari A. Skalicky, RMR
 3
 4    APPEARANCES:
 5
 6    FOR THE PLAINTIFF:
 7
 8           JAN CONLIN, ESQUIRE
 9           MICHAEL SACCHET, ESQUIRE
10           CIRESI CONLIN
11           225 South 6th Street
12           Minneapolis, MN 55402
13
14
15           GENEVIEVE ZIMMERMAN, ESQUIRE
16           MESHBESHER & SPENCE
17           1616 Park Avenue South
18           Minneapolis, MN 55404
19
20
21           GABRIEL ASSAAD, ESQUIRE
22           KENNEDY HODGES
23           4409 Montrose Boulevard
24           Houston, TX 77006
25
```

```
 1         DR. KUMAR BELANI CONFIDENTIAL
 2
 3
 4   FOR DEFENDANT 3M COMPANY and ARIZANT
 5   HEALTHCARE INC.:
 6          DEBORAH LEWIS, ESQUIRE
 7          COREY GORDON, ESQUIRE
 8          BLACKWELL BURKE
 9          431 South Seventh Street
10          Minneapolis, MN 55415
11
12
13
14   FOR THE DEPONENT, DR. KUMAR BELANI:
15          KEITH DUNDER, ESQUIRE
16          UNIVERSITY OF MINNESOTA
17          360 McNamara Alumni Center
18          200 Oak Street SE
19          Minneapolis, MN 55455
20
21
22
23
24
25
```

Page 4

1     DR. KUMAR BELANI CONFIDENTIAL
2  Also Present:
3        Ben Abraham, legal video specialist
4        TSG Reporting
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 16

1        DR. KUMAR BELANI CONFIDENTIAL
2            MS. LEWIS:  Thanks, Keith.  This one,
3      too?
4            MR. DUNDER:  It may be responsive.
5    BY MS. LEWIS:
6    Q.  Do you believe you produced all of the
7        documents concerning funding?
8    A.  I believe I did.
9            MR. DUNDER:  All the documents that
10       he had, yes.
11           THE WITNESS:  Hmm.
12   BY MS. LEWIS:
13   Q.  Did you have any communications, email or
14       letters, with Dr. Scott Augustine?
15   A.  I don't believe so.
16   Q.  Any email communication between you and
17       Scott Augustine?
18   A.  I don't believe so.
19   Q.  And the time period that I'm talking about
20       would be between 2010, 2013.
21   A.  I don't believe so.
22   Q.  If -- if we have copies of some, could it
23       just be that you just don't remember
24       whether you made any or not?
25   A.  I -- I'd need to look at them.