# EXHIBIT E

1            UNITED STATES DISTRICT COURT
             DISTRICT OF MINNESOTA
2    ----------------------------------------------------
3    In Re:
4    Bair Hugger Forced Air Warming
     Products Liability Litigation
5
     This Document Relates To:
6
     All Actions                    MDL No.
7                                   15-2666 (JNE/FLN)
8    ----------------------------------------------------
9
                     VIDEOTAPED DEPOSITION
10
                            OF
11
                 SCOTT D. AUGUSTINE, M.D.
12
                  Minneapolis, Minnesota
13
                  Friday, March 31, 2017
14
15   ----------------------------------------------------
16
17
18
19
20
21
22
23
24   Reported by:
     Amy L. Larson, RPR
25   Job No. 121237

Page 2

```
 1                        AUGUSTINE
 2   APPEARANCES:
 3       ON BEHALF OF 3M:
 4       COREY GORDON, ESQUIRE
         PETER GOSS, ESQUIRE
 5       MICAH HINES, ESQUIRE
         BLACKWELL BURKE
 6       431 South Seventh Street
         Minneapolis, MN 55415
 7
 8
 9
10       FOR AUGUSTINE BIOMEDICAL + DESIGN/DEPONENT:
11       AUGUSTINE BIOMEDICAL + DESIGN
         J. RANDALL BENHAM, ESQUIRE
12       6581 City West Parkway
         Eden Prairie, MN 55344
13
14
         FOR THE PLAINTIFF:
15
         GABRIEL ASSAAD, ESQUIRE
16       KENNEDY HODGES
         4409 Montrose Boulevard
17       Houston, TX 77006
18
         GENEVIEVE ZIMMERMAN, ESQUIRE
19       MESHBESHER & SPENCE
         1616 Park Avenue South
20       Minneapolis, MN 55404
21
         JAN CONLIN, ESQUIRE
22       MICHAEL SACCHET, ESQUIRE
         CIRESI CONLIN
23       225 South Sixth Street
         Minneapolis, MN 55402
24
25
```

```
 1                    AUGUSTINE
 2    APPEARANCES:  (Cont'd.)
 3       FOR THE PLAINTIFF:
 4       BEN GORDON, ESQUIRE
         LEVIN, PAPANTONIO, THOMAS, MITCHELL
 5       RAFFERTY & PROCTOR
         316 S. Baylen Street
 6       Pensacola, FL 32502
 7
 8
 9       ALSO PRESENT:  Janell Pepper, 3M
                        Stefan Sigurdson, Videographer
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 317

1                              AUGUSTINE

2        personal risk and liability."

3                "You have two critical problems to

4        deal with, but the good news is that if you

5        don't panic, they are both solvable.  I'm

6        offering to sell you the solution to the

7        contamination problem, and there are several

8        possible solutions to the laminar flow

9        disruption problem."

10               "With or without our help in solving

11       these problems, you are on a really short

12       timetable.  I guarantee you that we will be

13       taking the confirm" -- "contamination issue

14       to the regulators before June and that action

15       will instantly limit your options.  Maybe we

16       should get together and talk about these

17       matters, Scott."

18               Did I read that correctly?

19    A.  Yes, you did.

20    Q.  Okay.

21                    (Whereupon, Exhibit 70 was

22                    marked for identification.)

23    BY MR. COREY GORDON:

24    Q.  I'm going to show you Exhibit 70.  It's a

25        letter dated June 21st, 2010, from you to

Page 318

1                      AUGUSTINE

2        Deborah Rectenwald, President and GM,

3        Infection Prevention Division, 3M Health Care

4        Business, correct?

5    A.  That's correct.

6    Q.  Okay.  And you're discussing the recent

7        acquisition by 3M of the Arizant Bair Hugger

8        business, right?

9    A.  That's correct.

10   Q.  Okay.  And you say you apologize in advance

11       for the length of this letter.  "We want to

12       provide the sufficient detail for you," 3M,

13       "to take immediate action," right?

14   A.  Yes.

15   Q.  Okay.  On page 2 you -- under Arizant's

16       response you say, "Before the AJIC article

17       was published, Arizant attempted to pressure

18       lead author David Leaper threatening that

19       conducting such research would put him in a

20       legal" -- "in legal and professional

21       jeopardy.  In a representation to a German

22       court, Arizant flatly denied the decrease in

23       filtration efficiency.  Please see filtration

24       efficiency report, tab 2.  Most consistently,

25       Arizant has relied on marketing proclaiming

Page 319

1                            AUGUSTINE

2          that not a single report of a surgical site

3          infection has been linked to Bair Hugger,

4          Arizant website, Truth about FAW."  Did I

5          read that right?

6     A.   Yes.

7     Q.   And you go on to say, "The argument is

8          clever, because Arizant knows that it is

9          nearly impossible to trace a particular germ

10         to its source."  Did I read that correctly?

11    A.   Yes.

12    Q.   And you thought that was an accurate

13         statement when you wrote it back in 2010,

14         right?

15    A.   Yes.

16    Q.   And it's still true today, right?

17    A.   In this case it is.

18    Q.   Okay.  And on page 5, down at the bottom,

19         towards the bottom, you say, "Until now we

20         have never made a statement that links the

21         word infection to Bair Hugger.  We have

22         limited our" -- "limited our discussion to

23         contamination, because that was all the

24         research supported.  That limitation,

25         however, will not exist much longer.  The

Page 320

1                        AUGUSTINE

2        previously-mentioned study that has been

3        accepted for publication in a major journal,

4        Forced-Air Warming and Ultraclean Ventilation

5        Do Not Mix:  An Investigation of Theater

6        Ventilation, Patient Warming, Joint

7        Replacement Infection in Orthopedics

8        attachment 3, includes the following sentence

9        in the abstract, Bair Hugger patient

10       ventilation disruption was associated with a

11       significant increase in deep joint infections

12       demonstrated by an elevated infection odds

13       ratio, 3.8, P equals 0.028, forced air versus

14       conductive patient" -- "conductive fabric

15       patient groups, N equals 1437 cases, 2.5 year

16       period."

17                   Did I read that correctly?

18    A.  Yes.

19    Q.  You go on to say to 3M, "Research results

20       from another hospital, which have also been

21       submitted for publication, show that the deep

22       joint infection rates dropped by 81 percent

23       after switching from Bair Hugger to HotDog

24       warming."  Did I read that correctly?

25    A.  Yes.