# EXHIBIT F



**BLACKWELL BURKE** P.A.

Micah M. Hines
Direct Dial: 612-343-3284
E-Mail: mhines@blackwellburke.com

March 17, 2017

**VIA E-MAIL**

Genevieve M. Zimmerman
Anthony J. Nemo
Meshbesher & Spence Ltd.
1616 Park Avenue South
Minneapolis, MN  55404

Michael V. Ciresi
Jan M. Conlin
Michael A. Sacchet
Ciresi Conlin LLP
225 South Sixth Street, Suite 4600
Minncapolis, MN  55402

Ben W. Gordon (via e-mail only)
J. Michael Papantonio (via e-mail only)
Levin Papantonio, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL  32502-5996

RE:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
      MDL No. 15-2666-JNE-FLN

Dear Counsel:

Pursuant to Federal Rule of Civil Procedure 45(a)(4), this letter constitutes notice that the undersigned will serve deposition subpoenas on J. Randall Benham and Brent Augustine today. We are noticing the depositions for March 20, 2017 to preserve 3M's right to this critical discovery, which arises from the recent Court-ordered document productions. We will work with you and the witnesses to arrive at mutually agreeable dates for the depositions.

Sincerely,

*Micah Hines*

Micah M. Hines
MMH:ck
Enclosures