# EXHIBIT 24

# Ion Armour Thoughts

- Origins in Penn University
- Major players are very young – eight or so employees
- Technology created to treat water pipes in remote locations
- Minimal current customers although it appears many companies are kicking the tires
- Technology seems to work – at both ASTM standards and normal ambient conditions
- There is no real production facility – only prototypes.  Maybe dozens or hundreds of samples at a time
- Any production quantities would need to be done at Arizant or have Ion Armour find a supplier to do it for us
- Basic spraying process but it requires ventilation and an understanding of the solvents involved/available
- The solvent/agent has an impact on the results – must be geared towards the specific materials being coated
    - Bair Paws hose end that no longer swiveled
    - Arizant may need to set-up several processes depending on what we treat
- When done properly there seems to be no evidence of the treatment.  When done poorly it is obvious something has been done
- Testing of samples treated internally would need to be addressed somehow

3M Confidential