# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation<br><br>This Document Relates To:<br>All Actions | MDL No. 15-2666 (JNE/FLN)<br><br>**LOCAL RULE 7.1 WORD COUNT COMPLIANCE CERTIFICATE FOR RIDGEVIEW MEDICAL CENTER'S OPPOSITION TO 3M COMPANY'S MOTION TO REMOVE "CONFIDENTIAL" DESIGNATION FROM DOCUMENTS PRODUCED BY RIDGEVIEW MEDICAL CENTER** |

I, Kelly C. Dohm, certify that Ridgeview Medical Center's Memorandum of Law Opposing Defendant 3M Company's Motion to Remove "Confidential" Designation from Documents Produced by Ridgeview Medical Center complies with Local Rule 7.1.

I further certify that, in preparation of this memorandum, I used Microsoft Word 2016, and that this word processing program has been set in 13-point font and applied specifically to include all text, including headnotes, footnotes, and quotations.

I further certify that the above-referenced memorandum contains 3,194 words.

Date:  May 11, 2017

By:  /s/ Kelly C. Dohm
Kelly C. Dohm
Atty. No. 0254046
MELCHERT HUBERT SJODIN, PLLP
121 West Main Street, Suite 200
Waconia, MN  55387
Phone: (952) 442-7700
Fax: (952) 442-6166
Email: kdohm@mhslaw.com