# Exhibit A

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



RMC000906