# Exhibit A



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

RMC000906