# Exhibit B

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



RMC000907
Page 1 of 6

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



RMC000909
Page 3 of 6

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



RMC000910

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



RMC000911
Page 5 of 6

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

