# Exhibit D

CONFIDENTIAL -- SUBJECT TO PROTECTIVE ORDER



RMC000918

CONFIDENTIAL -- SUBJECT TO PROTECTIVE ORDER



BMC000919

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



RMC000920

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



RMC000921