# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

In re Bair Hugger Forced Air Warming
Products Liability Litigation

This Document Relates To:
All Actions

MDL No. 15-2666 (JNE/FLN)

**AFFIDAVIT OF JULIE HAUSER IN OPPOSITION TO 3M COMPANY'S MOTION TO REMOVE "CONFIDENTIAL" DESIGNATION FROM DOCUMENTS PRODUCED BY RIDGEVIEW MEDICAL CENTER**

**(FILED UNDER SEAL)**

Julie Hauser, being duly sworn, deposes and declares:

1.      I am the Executive Director Governance & Compliance of Ridgeview Medical Center and am familiar with the alleged facts and legal arguments being made with respect to 3M Company's Motion to Remove "Confidential" Designation from documents marked as "Confidential" by Ridgeview Medical Center in response to a subpoena served upon Ridgeview Medical Center by 3M Company.

2.      Attached hereto as **Exhibit A** is a is a true and correct copy of a document bate stamped RMC000906 being produced and marked as "Confidential" under the Protective Order in support of Ridgeview Medical Center's Opposition to 3M Company's motion.



3.



4.

5.

6.     Attached hereto as **Exhibit B** is a true and correct copy of documents bate stamped RMC000907-RMC000912 being produced and marked as "Confidential" under the Protective Order in support of Ridgeview Medical Center's Opposition to 3M Company's motion.

7.     Attached hereto as **Exhibit C** is a true and correct copy of documents bate stamped RMC000913-RMC0009917 being produced and marked as "Confidential" under the Protective Order in support of Ridgeview Medical Center's Opposition to 3M Company's motion.

8.     Attached hereto as **Exhibit D** is a true and correct copy of documents bate stamped RMC000918-RMC000921 being produced and marked as "Confidential" under the Protective Order in support of Ridgeview Medical Center's Opposition to 3M Company's motion.

9.     Attached hereto as **Exhibit E** is a true and correct copy of documents bate stamped RMC000922-RMC000923 being produced and marked as "Confidential" under the Protective Order in support of Ridgeview Medical Center's Opposition to 3M Company's motion.

10.     Attached hereto as **Exhibit F** is a true and correct copy of documents bate stamped RMC000924-RMC000925 being produced and marked as "Confidential" under

the Protective Order in support of Ridgeview Medical Center's Opposition to 3M
Company's motion. ████████████████████████████████████████████
████████████████████████████████████████

11.    Attached hereto as **Exhibit G** is a true and correct copy of documents bate
stamped RMC000926-RMC000929 being produced and marked as "Confidential" under
the Protective Order in support of Ridgeview Medical Center's Opposition to 3M
Company's motion. ████████████████████████████████████████████
███████████████████████████████

12.    Attached hereto as **Exhibit H** is a true and correct copy of documents bate
stamped RMC000930-RMC000933 being produced and marked as "Confidential" under
the Protective Order in support of Ridgeview Medical Center's Opposition to 3M
Company's motion. ████████████████████████████████████████████
██████████████████████████████████████████

13.    Attached hereto as **Exhibit I** is a true and correct copy of documents bate
stamped RMC000934-RMC000935 being produced and marked as "Confidential" under
the Protective Order in support of Ridgeview Medical Center's Opposition to 3M
Company's motion. ████████████████████████████████████████████
███████████████████

14.    Attached hereto as **Exhibit J** is a true and correct copy of documents bate
stamped RMC000936-RMC000937 being produced and marked as "Confidential" under
the Protective Order in support of Ridgeview Medical Center's Opposition to 3M

Company's motion.

███████████████████████████████████████████

15.    Attached hereto as **Exhibit K** is a true and correct copy of document bate stamped RMC000938 being produced and marked as "Confidential" under the Protective Order in support of Ridgeview Medical Center's Opposition to 3M Company's motion.

████████████████████████████████████████████████

16.    Attached hereto as **Exhibit L** is a true and correct copy of documents bate stamped RMC000939-RMC000940 being produced and marked as "Confidential" under the Protective Order in support of Ridgeview Medical Center's Opposition to 3M Company's motion.

████████████████████████████████████████████

17.    Attached hereto as **Exhibit M** is a true and correct copy of documents bate stamped RMC000941-RMC000943 being produced and marked as "Confidential" under the Protective Order in support of Ridgeview Medical Center's Opposition to 3M Company's motion.

████████████████████████████████████████████

18.    Attached hereto as **Exhibit N** is a true and correct copy of documents bate stamped RMC000944-RMC000951 being produced and marked as "Confidential" under the Protective Order in support of Ridgeview Medical Center's Opposition to 3M

Company's motion.



19.    Attached hereto as **Exhibit O** is a true and correct copy of documents bate stamped RMC000952-RMC000957 being produced and marked as "Confidential" under the Protective Order in support of Ridgeview Medical Center's Opposition to 3M Company's motion.

20.    Attached hereto as **Exhibit P** is a true and correct copy of document bate stamped RMC000958 being produced and marked as "Confidential" under the Protective Order in support of Ridgeview Medical Center's Opposition to 3M Company's motion.



21.

22.    Document bate stamped RMC000039



23.     Documents  bate  stamped  RMC000300,  RMC00050-00055,  RMC00057-

00062, and RMC00064-00073

24.



25.    Documents    bate    stamped    RMC00064-00071

26.    Documents bate stamped RMC00072-00073



27.    Documents bate stamped RMC000179, 00093-00095, 000102-000105, and

000173-000176



28.    Documents   bate   stamped   RMC000025   and   RMC000184-000185



29.    Documents bate stamped RMC000127-000129



30.    Documents  bate  stamped  RMC0002-0009





31.

32.

FURTHER YOUR AFFIANT SAYETH NOT.

Date:   May 11, 2017

Julie Hauser

Subscribed and sworn to before
me this   11   day of May, 2017.

Notary Public

LEAH MARIE MURPHY
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2018