# Exhibit E

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



RMC000922
Page 1 of 2

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



RMC000923