Exhibit F

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



RMC000924
Page 1 of 2

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

