Exhibit G

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



RMC000926
Page 1 of 4

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



RMC000927

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



RMC000928
Page 3 of 4

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



RMC000929

Page 4 of 4