# Exhibit H

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



RMC000930
Page 1 of 4

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



RMC000931

Page 2 of 4

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



RMC000933