Exhibit I

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



RMC000934
Page 1 of 2

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



RMC000935

Page 2 of 2