Exhibit J

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL -- SUBJECT TO PROTECTIVE ORDER



RMC000937