# Exhibit K

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



**Termination/Separation Checklist**

Complete section I on the day that you receive notice and send electronically to HR (see below).
* 2 week written resignation must be submitted to HR for PTO/Holiday payout according to policy.

Print a copy to complete section II and III with the employee on their last day and route to HR with the employees badge and written notice.

*To send section I: File, Send To, Mail Recipient (as attachment) enter status.changes@ridgeviewmedical.org as e-mail address. Type the employees name in the subject line.

## Section I: Completed by Supervisor/Manager once notice is received

Name:                                                   Department Number:

Last Day of Work:                                       Termination Date:

Was a two week written notice given? :
☐ Yes - send written notice to HR immediately to meet requirement for PTO/Holiday payout by ☐ fax or by ☐ scanned e-mail attachment
☐ No   (PTO/Holiday balances will not be paid out)
☐ Involuntary

**Reason for Termination:**

**Voluntary**                                           Involuntary   ☐ Eligible for Rehire        ☐ check employee file

☐ Relocation (please indicate your new address in the notes section)     ☐ Misconduct
☐ New Position                                          ☐ Extended LOA
☐ Retirement                                            ☐ Reduction in Force
☐ Continuing Education                                  ☐ Not working on-call hours
☐ Dissatisfaction with position/employer               ☐ Poor Attendance/Job Performance
☐ Personal Reasons                                      ☐ Unable to perform the essential functions

Employee's Supervisor/Manager:                                         Received in HR:

## Section II: Complete with the employee on the last day worked.

Badge Received: ☐ Yes  ☐ No                            Return of Company Property:
(Include with signed checklist and forward to HR)      ☐ Keys   ☐ Cell Phone   ☐ Pager

All expenses submitted through Accounts Payable?  ☐ Yes  ☐ No     ☐ Laptop  ☐ P-Card     ☐ Other:

☐ Computer Access Request form has been completed (per policy #3223) and sent to MIS

Notes:

_____

_____

_____

_____

## Section III: Signatures

Employee: _____     Date: _____

Supervisor/Dept. Mgr: _____     Date: _____

HR Representative: _____     Date: _____

HR use only:
_____ Tuition Reimb owed to RMC _____ Term in system _____ Clear benefits/ins. _____ Received Final Paycheck _____ Premium catch-up

CC: Employee file                                                      RMC000938