Exhibit K

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



RMC000938