# Exhibit L

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**RIDGEVIEW MEDICAL CENTER AND CLINICS**  #3518

**SUBJECT:** PRIVACY (EMPLOYEE) POLICY

**ORIGINATING DEPT:** Information Technology (IT)   **DISTRIBUTION DEPTS:** All

**ACCREDITATION/REGULATORY STANDARDS:**

| Original Date: 12/12<br>Revision Dates:<br><br>Reviewed Dates: | APPROVAL:<br>Administration: _____<br><br>Director: _____ |
|---|---|

## PURPOSE:

The purpose of the Ridgeview Medical Center Privacy Policy is to clearly communicate the Ridgeview Medical Center Privacy expectations to Information Resource users.

*Audience*

The Ridgeview Medical Center Privacy Policy applies equally to all individuals who use any Ridgeview Medical Center Information Resource.

## POLICY:

- Electronic files created, sent, received, or stored on Information Resources owned, leased, administered, or otherwise under the custody and control of Ridgeview Medical Center are not private and may be accessed by Ridgeview Medical Center Information Services employees at any time, under the direction of Ridgeview Medical Center executive management and/or Human Resources, without knowledge of the Information Resource user or owner.

- To manage systems and enforce security, Ridgeview Medical Center may log, review, and otherwise utilize any information stored on or passing through its Information Resource systems in accordance with the provisions and safeguards provided in Ridgeview Medical Center Information Resource standards. For these same purposes, Ridgeview Medical Center may also capture user activity such as telephone numbers dialed and web sites visited.

- Systems Administrators, Ridgeview Medical Center IS, and other authorized Ridgeview Medical Center personnel may have privileges that extend beyond those granted to standard business users. Personnel with extended privileges may not access files and/or other information that is not specifically required to carry out an employment related task.

- Business partners and other third parties have entrusted their information to Ridgeview Medical Center for business purposes, and all workers at Ridgeview Medical Center must do their best to safeguard the privacy and security of this information.

- Users must report any weaknesses in Ridgeview Medical Center computer security, any incidents of possible misuse or violation of this agreement to the proper authorities by contacting Ridgeview Medical Center IS Support.

- Users must not attempt to access any data or programs contained on Ridgeview Medical Center systems for which they do not have authorization or explicit consent.

- Managers may be granted access to an employee's files and email account upon a reporting employee's departure from Ridgeview Medical Center when requested through Human Resources.

Document valid only on date printed: 05/09/2017

RMC000939
Page 1 of 2

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**WAIVERS:**

Waivers from certain policy provisions may be sought following the process outlined in the Ridgeview Medical Center Policy #3511 – *Enterprise Information Security Governance.*

**ENFORCEMENT:**

Any user found to have violated this policy may be subject to disciplinary action, up to and including termination of employment.

Any vendor, consultant, or contractor found to have violated this policy may be subject to sanctions up to and including removal of access rights and termination of contract(s).

**VERSION HISTORY OF SOURCE DOCUMENT:** Ridgeview Medical Center Information Security Policy Manual

| Version Number | Date | Reason/Comments |
| --- | --- | --- |
| V1.00 | December, 2012 | Document Origination |
| V2.00 | May, 2014 | Full review with IT Steering Committee |
| V3.00 | August, 2015 | Reviewed with Security Committee |
| | 6/16 | Finalized, assigned policy number, on RidgeNet. Previous documentation not archived. |

