# Exhibit L



CASE 0:15-md-02666-JNE-DTS   Doc. 471   Filed 05/11/17   Page 3 of 3

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



RMC000940
Page 2 of 2