# Exhibit M

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



RMC000942

Page 2 of 3

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER