Exhibit N

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



RMC000944

CASE 0:15-md-02666-JNE-DTS   Doc. 475   Filed 05/11/17   Page 3 of 9

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



RMC000945

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



RMC000946

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



RMC000947



RMC000948

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

RMC000949

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

RMC000950

CASE 0:15-md-02666-JNE-DTS   Doc. 475   Filed 05/11/17   Page 9 of 9

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



RMC000951