# Exhibit O




## Employee Acknowledgment of Employee Handbook

Ridgeview Medical Center ("Ridgeview") offers its employee handbook containing certain policies, benefits, disclosures, notices, records, and other information I will receive as part of our employment relationship ("Employee Handbook") electronically on the Ridgeview Intranet for my review and resource. Certain state and federal laws, including the federal Electronic Signatures in Global and National Commerce ("E-SIGN") Act may require Ridgeview to obtain my informed consent prior to offering the Employee Handbook electronically. So, before I obtain the Employee Handbook electronically, I must review and consent to the terms outlined below.

This is to acknowledge and provide my consent to receiving the Employee Handbook electronically on the Ridgeview Intranet. I also acknowledge that my access to the Ridgeview Intranet, which is provided by Ridgeview as a result of my employment, meets all hardware and software requirements necessary to view the Employee Handbook electronically. My consent to receive the Employee Handbook electronically covers all Employee Handbooks provided as a result of my employment relationship with Ridgeview. At any time upon my request, I may receive a print copy of the Employee Handbook from my supervisor/department manager or Human Resources, without fee. My consent to receive the Employee Handbook electronically remains effective until the earlier of (i) my written withdrawal of such consent or (ii) the termination of my employment relationship with Ridgeview. I may withdraw this consent at any time without consequence or fee by providing written notice of withdrawal to my supervisor/department manager or Human Resources.

I understand that the Employee Handbook contains important information about my employment and that I should consult my supervisor/department manager or Human Resources if I have any questions about information in the Employee Handbook either now or in the future. I agree that I will abide by all of the provisions of the Employee Handbook and any updates or revisions to them, and that the current Employee Handbook available on the Intranet supersedes all previously issued employee handbooks.

I agree that the Employee Handbook is subject to change by Ridgeview, in its sole discretion, at any time. I agree that the changes may be posted on the Ridgeview Intranet or communicated to me by other means and that it is my responsibility to periodically check for Employee Handbook updates and to be familiar with and abide by these changes. I agree that so long as this consent remains effective, the information in the Employee Handbook on the Ridgeview Intranet will prevail in the event of a conflict between a printed copy of the Employee Handbook and the current Intranet posting of the Employee Handbook.

I also understand and agree that my employment with Ridgeview is "at will" and not for any definite period of time. Either I or Ridgeview can terminate my employment at any time for any reason. I understand that the Employee Handbook is not an employment contract. No oral or written statements that are made to me constitute an employment contract unless it has been given to me in writing and is signed by the CEO of Ridgeview.

Name:

I understand by typing my name and submitting this acknowledgement, it serves as my electronic signature.

cc: copy to personnel file

RMC000952

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER






**Table of Contents**

History ........ 1
Forward ........ 1
Guiding Principles and Values ........ 3
  Equal Employment Opportunity/Affirmative Action Employer ........ 4
  At Will Employment ........ 4
  Reasonable Accommodation of Disabilities and Religion ........ 4
  Workplace Violence ........ 5
  Learning Environment ........ 5
  Use of Social Security Numbers ........ 6
Employment Practices ........ 6
  Job Offer/Pre-Placement Assessment ........ 6
  I-9 (Right to Work) ........ 6
  Orientation ........ 6
  Licensure and Certifications ........ 6
  Employee Status ........ 6
  Exempt/Non-Exempt Positions ........ 7
  Salary Deduction Policy ........ 7
  Attendance ........ 7
  Personnel Files ........ 8
  Job Descriptions ........ 9
  Employee Relations & Open-Door Process ........ 9
  Grievance Process ........ 9
  Performance Management ........ 9
  Performance/Behavioral Issues ........ 9
  ID Badges ........ 10
  Guests and Visitors ........ 10
  Security and Workplace Searches ........ 11
  Confidentiality ........ 11
  Harassment/Offensive Behavior ........ 11
    Consequences ........ 12
    What You Should Do ........ 12

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Cooperation ..... 12
Retaliation Prohibited ..... 12
Consensual Relationship ..... 12
Drug and Alcohol Free Workplace ..... 12
Prohibited Conduct ..... 13
Employer-sponsored Events ..... 13
Medical Cannabis ..... 13
Dress Code ..... 13
Promotions and Transfers ..... 14
Change of Employee Status ..... 14
Internet/E-mail Use ..... 14
Telephone and Cell Phone Use ..... 14
Cell Phone Use While Driving ..... 15
Other Employment ..... 15
Conflict of Interest ..... 15
Gifts and Gratuities ..... 15
Solicitation ..... 16
Business Expense Reimbursement ..... 16
Tobacco Use ..... 16
Hiring of Relatives ..... 16
Ridgeview Property ..... 17
Resignation ..... 17
Termination by Ridgeview ..... 17
Unemployment Insurance ..... 17
Employment References ..... 17
Re-employment ..... 17
Salary Administration ..... 17
Pay Periods ..... 17
Work Hours ..... 17
Time & Attendance System ..... 18
Overtime ..... 18
Meals and Breaks ..... 18
Pulled Time ..... 19
Mandatory Meetings and In-Services ..... 19
Payroll Deductions ..... 19
Pay Distribution ..... 19

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Correcting Pay Errors ........ 19
Notification of Right to Disclose Own Wages ........ 20
Garnishments ........ 20
Jury Duty ........ 20
Bereavement Leave ........ 20
Bone Marrow/Organ Donation ........ 21
Court Testimony ........ 21
Voting ........ 21
Benefits ........ 21
Health Insurance Portability and Accountability Act (HIPAA) ........ 21
Qualifying Events ........ 21
PTO ........ 21
Holidays ........ 22
Frozen Sick Bank ........ 23
COBRA Rights ........ 23
Tuition Reimbursement ........ 23
Employee Assistance Program ........ 24
Employee Recognition ........ 24
Education Services ........ 24
Leaves of Absence ........ 24
Family Medical Leave Act ........ 24
Amount and Timing of Leave ........ 25
Verification Required for Medical Leaves ........ 26
Notice and Procedures for Requesting FMLA Leave ........ 26
Health Care Coverage ........ 26
Reinstatement ........ 27
Return to Work ........ 27
Procedure - To request a FMLA Leave ........ 27
Personal Medical Leave ........ 27
Procedure ........ 27
Pay/Benefits ........ 28
Extensions/Other Conditions ........ 29
Return to Work ........ 29
Minnesota Pregnancy and Parenting Leave ........ 29
Procedure ........ 30
Military Leave Policy ........ 30

School Conference/Activities Leave Policy ........ 31
Procedure ........ 31
Pay/Benefits ........ 31
Personal Leaves of Absence (non-medical) ........ 31
Procedure ........ 31
Pay/Benefits ........ 31
Extension/Other Conditions ........ 32
Return to Work ........ 32
Health & Safety on the Job ........ 32
Health Services ........ 32
Employee Health Records ........ 32
Employee Right-to-Know Act ........ 32
Safety/Risk Management Program ........ 32
Work-Related Injuries and Workers' Compensation ........ 33
Emergency Preparedness ........ 33
Communications ........ 33
Public Web Site ........ 33
Library ........ 33
Services ........ 34
Cafeteria ........ 34
Gift Shop ........ 34
Parking ........ 34
Lost and Found ........ 34
Ridgeview Community Chapel ........ 34
Volunteer Program ........ 34
Ridgeview Foundation ........ 34

**Security and Workplace Searches**

Ridgeview has a security program with the goal of providing a secure environment for its patients, visitors, employees and physicians. In addition to electronic surveillance of select areas, a security officer is available all hours of the day to provide building security and escort services at night.

Ridgeview reserves the right to search and inspect property and persons while on any Ridgeview premises (including Ridgeview parking facilities), while operating Ridgeview machinery, equipment, or vehicles, or while engaged in Ridgeview's business off premises. Employees have no expectation of privacy while on Ridgeview's premises. Refusal to allow search or inspection may result in discipline up to and including unpaid suspension and/or termination of employment.

**Confidentiality**

As an employee of Ridgeview, you may learn confidential information (meaning information that is not generally available to the public) about Ridgeview's business. This includes, but is not limited to, trade secrets, information about how Ridgeview does business, its processes and procedures, its financial information, marketing and business information, and information about its customers. It is critical that this confidential information be safeguarded. Therefore, you are required to keep all confidential information strictly confidential and not disclose it to anyone who does not have authority to receive such confidential information. You are also strictly prohibited from using Ridgeview's confidential information for your own advantage or for the advantage of others.

You may not always be able to determine whether particular information is confidential information. You should treat information as confidential, even if it is not labeled "confidential" if under the circumstances you know or have reason to know that Ridgeview intends to keep that type of information confidential. When in doubt, you should ask your supervisor or err on the side of treating the information as confidential. Any employee who discloses confidential information will be subject to disciplinary action, up to and including unpaid suspension and/or immediate termination of employment, and possibly legal action.

Nothing in this Handbook is intended to or will be used in any way to interfere with, restrain, or prevent protected employee communications regarding wages, hours, or other terms and conditions of employment.

**Harassment/Offensive Behavior**

Ridgeview seeks to maintain a work environment that treats all employees with dignity and respect. Accordingly, Ridgeview intends to enforce its Harassment Policy at all levels within the work place and seeks to create an environment that is free from discrimination, harassment and offensive behavior whether it is verbal, written, visual or physical conduct. Conduct that denigrates harasses, or shows hostility or aversion toward an individual based on his or her protected characteristics is not accepted.

Harassment based on race, color, creed, religion, national origin, sex, marital status, familial status, status with regard to public assistance, disability, genetic information, sexual orientation, age, military or veteran status, membership or activity in a local human rights commission, or any other status protected by law is also prohibited. Harassment can range from improper jokes, staring or intimidation to physical conduct. In particular, sexual harassment, which can consist of a wide range of unwanted and unwelcome sexually directed behavior, includes but is not limited to:

- Making unwelcome sexual advances or requests for sexual favors or other verbal or physical conduct of a sexual nature a condition of the employee's continued employment; or