Exhibit O

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

RMC000952

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



RMC000953

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



RMC000954

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



RMC000955

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



RMC000956

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



RMC000957