# Exhibit P

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER
## Computer Access Request Form

To send completed forms: File, Send To, Mail Recipient (as attachment) enter computer.access@ridgeviewmedical.org as e-mail address.
Type the employees' name in the subject line.

### PERSONAL DATA

| Last Name: | First Name: | Middle Initial: |
|---|---|---|
| Job Title: | Report To: | |

Home Depart/School/Co:
Office location:   Phone #/Ext:
RMC Employee: ☐ Yes ☐ No    Working at RMC: ☐ Yes ☐ No    Working Remote: ☐ Yes ☐ No
☐ New    ☐ Depart. Transfer    ☐ Modify    ☐ Terminated – Retain Employee email & personal work files until:

Start Date:    Term/Expire Date: All temporary access must have an expiration date, not to exceed 6 months from start date

### ACCESS INFORMATION

Login ID:    Employee # if RMC employee, if not MIS will assign Login ID
Password:    Per Policy #3223, must be a minimum of 8 characters, must contain 3 out of the 4 character group – Upper case, lower case, numbers, Non-alphabetic characters and can't contain your first or last name

### ALLOW-REDUCE ACCESS TO: (check all that apply)

| | | | |
|---|---|---|---|
| ☐ Domain-Network | ☐ MPF – McKesson Patient Folder | ☐ Paragon Med Admin | ☐ Progresa – Home Care |
| ☐ Internet (Ridgenet) | check the level of access that applies | ☐ Paragon Medical Records | ☐ SSO Imprivata |
| ☐ Outlook-Email | ☐ Nurse ☐ HUC ☐ Coder | ☐ Paragon Medical Records Transcription | ☐ T-Systems |
| ☐ E3 ☐ E1 ☐ None | ☐ MD ☐ Clinic ☐ Rehab | ☐ Paragon Operative Room Mgr | Login ID: |
| ☐ 3M Coder – HIS/PFS | ☐ McKesson BB System | ☐ Paragon Order Management | ☐ Trucode |
| ☐ Accudose | ☐ McKesson Laboratory | ☐ Paragon Patient Inquiry | ☐ Webstation for Executive |
| ☐ AllScripts | ☐ MIIC Registry | ☐ Paragon Patient Management | ☐ Webstation for Forms |
| ☐ EHR ☐ PM ☐ Scanning | ☐ Midas | ☐ Paragon Payroll | ☐ Webstation for Physicians |
| ☐ On line Training | ☐ OBIX | ☐ Paragon Pharmacy | ☐ Wellsoft |
| ☐ CQS ☐ MU Reporting | ☐ Optio Medex/FastFlow | ☐ Paragon Receivables Admin | ☐ Wosyst |
| ☐ Brightree - HME | ☐ Power Path Pathology | ☐ Paragon Radiology | ☐ Volunteer Works |
| ☐ Clinical Access (Space Labs) | ☐ Paragon Application Security | ☐ Paragon Reference Masters | |
| ☐ CPSI | ☐ Paragon Clinical Care Station | ☐ Paragon Registration | Training Provider Role: |
| Login ID: | ☐ Paragon Downtime Registration | ☐ Paragon Statistical Reporting | ☐ Track 1 Full Paragon |
| ☐ Crib Notes | ☐ ** Accts Payable | ☐ Paragon Resource Scheduling | ☐ Track 2 Intro Paragon |
| ☐ Dragon Medical 360 | ☐ ** General Ledger | ☐ RRS Group 1 | ☐ Track 3 Intro/CPOE |
| ☐ EC2000 Claims Administrator | ☐ ** Paragon Fixed Assets | ☐ RRS Group 2 | ☐ Track 4 Intro/CPOE/Med Rec |
| ☐ FM Systems | ☐ Paragon Job Stream | ☐ RRS Group 3 | ☐ Track 5 None |
| ☐ Fusion | ☐ ** Paragon Materials | ☐ Pathways Compliance Advisor | ☐ Track 6 AllScripts |
| ☐ IMAC's Contract Management | ☐ MM1- full access | ☐ PAC's (HMI) | ☐ Track 7 AllScripts/Paragon |
| ☐ Intellidose | ☐ MM2 – Req & PO | ☐ ProVation MD | ☐ Track 8 Full Para/AS intro |
| ☐ MBF – McKesson Business Folder | ☐ MM3 – Req only | ☐ Pyramis | ☐ Track 9 ED |
| | ☐ MM4 – Facilities | ☐ PolicyTech – AD group | |

☐ Two Factor – Remote PC Access: ☐ Cell Phone    ☐ Email address (non RMC)
MDM Access – refer to Policy #10106
Shared Folders/Network Drives:
Other Applications:
** Must be approved by Director before permission is given

### SIGNATURE

| VP/Director/Manager: | Date: | Phone: |
|---|---|---|

I understand that by typing my name above and sending this Computer Access Request Form to MIS, I have given my permission for access to applications selected above.

### MIS Use and Approval

| Date received in MIS: | |
|---|---|
| HIS Director approval: | Date: |
| Materials Director approval: | Date: |
| Application Security Completed by: | Date: |
| Application Security Completed by: | Date: |
| NT, E-mail, etc Completed by: | Date: |

RMC000958

Form #04228  8/2015