# Exhibit P

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



RMC000958