UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation<br><br>This Document Relates To:<br>All Actions | MDL No. 15-2666 (JNE/FLN)<br><br>**AFFIDAVIT OF KELLY C. DOHM IN OPPOSITION TO 3M COMPANY'S MOTION TO REMOVE "CONFIDENTIAL" DESIGNATION FROM DOCUMENTS PRODUCED BY RIDGEVIEW MEDICAL CENTER**<br><br>**(FILED UNDER SEAL)** |

Kelly C. Dohm, being duly sworn, deposes and declares:

1. I am one of the attorneys representing Ridgeview Medical Center in connection to the above-referenced matter. I make this Affidavit in opposition to 3M Company's Motion to Remove "Confidential" Designation from Documents Produced by Ridgeview Medical Center.

2. Attached hereto and marked as **Exhibit A** is a summary chart that describes the documents at issue in 3M's motion.

3. Attached hereto and marked as **Exhibit B** is 3M Company's subpoena to Ridgeview Medical Center that is the subject of the motion.

4. Attached hereto and marked as **Exhibit C** is correspondences between Micah Hines, counsel for 3M Company, and your Affiant regarding Ridgeview Medical Center's response to the subpoena.

5. Attached hereto and marked as **Exhibit D** is Ridgeview Medical Center's Responses to the subpoenaed documents and cover letter enclosing the responsive documents.

6. Attached hereto and marked as **Exhibit E** is e-mail correspondences between your Affiant and Ms. Micah Hines addressing issues involving the subpoenaed documents prior to the filing of 3M Company's motion for de-designation.

FURTHER YOUR AFFIANT SAYETH NOT.

Date: May 11, 2017                By: *Kelly C. Dohm*
Kelly C. Dohm (#0254046)
MELCHERT HUBERT SJODIN, PLLP
121 West Main Street, Suite 200
Waconia, MN 55387
Phone: (952) 442-7700
Fax: (952) 442-6166
Email: kdohm@mhslaw.com

Subscribed and sworn to before
me this 11 day of May, 2017.


Notary Public

PATRICIA A. DRESSEL
NOTARY PUBLIC - MINNESOTA
My Comm. Exp. Jan. 31, 2020