# Exhibit A

| Document ID | Description | Rational for Confidential Designation |
|---|---|---|
| RMC000039 | RMC Total Joint Infection Rates, 2006-2009 | RMC has articulated a good faith basis for treating the document as confidential under the Protective Order.<br><br>RMC has not waived confidentiality as confidential business data is separate from publicly available data re: RMC.<br><br>De-designation is not in the public interest because information kept as confidential within a business should not be disclosed to the public and RMC has taken adequate steps to protect its confidential business information from public disclosure. |
| RMC000300 | Letter from Christopher LeFevere, Marketing Manager for Augustine Temperature Management ("ATM"), to "Mr. Martin" at RMC, dated September 7, 2010 | RMC has articulated a good faith basis for treating the document as confidential under the Protective Order.<br><br>RMC has not waived confidentiality as confidential business data is separate from publicly available data re: RMC. |

| Document ID | Description | Rational for Confidential Designation |
|---|---|---|
| RMC000050-71 (excluding RMC000056, RMC000063) | Field Advisory Agreements between Augustine Temperature Management and RMC. | RMC has articulated a good faith basis for treating the document as confidential under the Protective Order.<br><br>RMC has not waived confidentiality as confidential business data is separate from publicly available data re: RMC. |
| RMC000072-73 | Ridgeview Medical Center – Draft Early Adopter Relationship and Investment Term Sheet for Augustine Temperature Management/HotDog Patient Warming. | RMC has articulated a good faith basis for treating the document as confidential under the Protective Order.<br><br>RMC has not waived confidentiality as confidential business data is separate from publicly available data re: RMC.<br><br>De-designation is not in the public interest because information kept as confidential within a business should not be disclosed to the public and RMC has taken adequate steps to protect its confidential business information from public disclosure. |

| Document ID | Description | Rational for Confidential Designation |
|---|---|---|
| RMC0000179 | Email from Dr. Augustine to RMC CEO and others. | RMC has articulated a good faith basis for treating the document as confidential under the Protective Order.<br><br>De-designation is not in the public interest because information kept as confidential within a business should not be disclosed to the public and RMC has taken adequate steps to protect its confidential business information from public disclosure. |
| RMC000093-95 | Email chain between Scott Augustine, Randy Benham, Brent Augustine, and various RMC representatives. | RMC has articulated a good faith basis for treating the document as confidential under the Protective Order.<br><br>RMC has not waived confidentiality as confidential business data is separate from publicly available data re: RMC.<br><br>De-designation is not in the public interest because information kept as confidential within a business should not be disclosed to the public and RMC has taken adequate steps to protect its confidential business information from public disclosure. |

| Document ID | Description | Rational for Confidential Designation |
|---|---|---|
| RMC000102-05 | Email chain between Scott Augustine, Randy Benham, Brent Augustine, and various RMC representatives. | RMC has articulated a good faith basis for treating the document as confidential under the Protective Order.<br><br>RMC has not waived confidentiality as confidential business data is separate from publicly available data re: RMC.<br><br>De-designation is not in the public interest because information kept as confidential within a business should not be disclosed to the public and RMC has taken adequate steps to protect its confidential business information from public disclosure. |
| RMC000173-76 | Email chain between Scott Augustine, Randy Benham, Brent Augustine, and various RMC representatives. | RMC has articulated a good faith basis for treating the document as confidential under the Protective Order.<br><br>RMC has not waived confidentiality as confidential business data is separate from publicly available data re: RMC.<br><br>De-designation is not in the public interest because information kept as confidential within a business should not be disclosed to the public and RMC has taken adequate steps to protect its confidential business information from public disclosure. |

| Document ID | Description | Rational for Confidential Designation |
|---|---|---|
| RMC000025 | Presentation (or portion of a presentation) entitled "Conductive Fabric Warming Beta Site: Reduction in Joint Implant Infections." | RMC has articulated a good faith basis for treating the document as confidential under the Protective Order.<br><br>RMC has not waived confidentiality as confidential business data is separate from publicly available data re: RMC.<br><br>De-designation is not in the public interest because information kept as confidential within a business should not be disclosed to the public and RMC has taken adequate steps to protect its confidential business information from public disclosure. |
| RMC000184-85 | Presentation (or portion of a presentation) entitled Conductive Fabric Warming Beta Site: Reduction in Joint Implant Infections. | RMC has articulated a good faith basis for treating the document as confidential under the Protective Order.<br><br>RMC has not waived confidentiality as confidential business data is separate from publicly available data re: RMC.<br><br>De-designation is not in the public interest because information kept as confidential within a business should not be disclosed to the public and RMC has taken adequate steps to protect its confidential business information from public disclosure. |

| Document ID | Description | Rational for Confidential Designation |
|---|---|---|
| RMC000127-29 | Email chain between Brent Augustine and various RMC representatives. | RMC has articulated a good faith basis for treating the document as confidential under the Protective Order.<br><br>RMC has not waived confidentiality as confidential business data is separate from publicly available data re: RMC.<br><br>De-designation is not in the public interest because information kept as confidential within a business should not be disclosed to the public and RMC has taken adequate steps to protect its confidential business information from public disclosure. |
| RMC000002-09 | Study Protocol prepared for Ridgeview Hospital, Waconia, by Mark Albrecht (former Augustine employee), entitled "Effects of Patient Warming on Ventilation Performance and Infection Rates in Orthopedics: Forced Air versus Conductive Fabric Patient Warming. | RMC has articulated a good faith basis for treating the document as confidential under the Protective Order.<br><br>RMC has not waived confidentiality as confidential business data is separate from publicly available data re: RMC. |