# Exhibit A

| Document ID | Description | Rational for Confidential Designation |
|---|---|---|
| RMC000039 | ███████████████████ | RMC has articulated a good faith basis for treating the document as confidential under the Protective Order.<br><br>RMC has not waived confidentiality as confidential business data is separate from publicly available data re: RMC.<br><br>De-designation is not in the public interest because information kept as confidential within a business should not be disclosed to the public and RMC has taken adequate steps to protect its confidential business information from public disclosure. |
| RMC000300 | ███████████████████ | RMC has articulated a good faith basis for treating the document as confidential under the Protective Order.<br><br>RMC has not waived confidentiality as confidential business data is separate from publicly available data re: RMC. |

| Document ID | Description | Rational for Confidential Designation |
|---|---|---|
| RMC000050-71 (excluding RMC000056, RMC000063) | ███████████ | RMC has articulated a good faith basis for treating the document as confidential under the Protective Order.<br><br>RMC has not waived confidentiality as confidential business data is separate from publicly available data re: RMC. |
| RMC000072-73 | ███████████ | RMC has articulated a good faith basis for treating the document as confidential under the Protective Order.<br><br>RMC has not waived confidentiality as confidential business data is separate from publicly available data re: RMC.<br><br>De-designation is not in the public interest because information kept as confidential within a business should not be disclosed to the public and RMC has taken adequate steps to protect its confidential business information from public disclosure. |

| Document ID | Description | Rational for Confidential Designation |
|---|---|---|
| RMC0000179 | ███████████████ | RMC has articulated a good faith basis for treating the document as confidential under the Protective Order.<br><br>De-designation is not in the public interest because information kept as confidential within a business should not be disclosed to the public and RMC has taken adequate steps to protect its confidential business information from public disclosure. |
| RMC000093-95 | ███████████████ | RMC has articulated a good faith basis for treating the document as confidential under the Protective Order.<br><br>RMC has not waived confidentiality as confidential business data is separate from publicly available data re: RMC.<br><br>De-designation is not in the public interest because information kept as confidential within a business should not be disclosed to the public and RMC has taken adequate steps to protect its confidential business information from public disclosure. |

| Document ID | Description | Rational for Confidential Designation |
|---|---|---|
| RMC000102-05 | ██████████████ | RMC has articulated a good faith basis for treating the document as confidential under the Protective Order.<br><br>RMC has not waived confidentiality as confidential business data is separate from publicly available data re: RMC.<br><br>De-designation is not in the public interest because information kept as confidential within a business should not be disclosed to the public and RMC has taken adequate steps to protect its confidential business information from public disclosure. |
| RMC000173-76 | ██████████████ | RMC has articulated a good faith basis for treating the document as confidential under the Protective Order.<br><br>RMC has not waived confidentiality as confidential business data is separate from publicly available data re: RMC.<br><br>De-designation is not in the public interest because information kept as confidential within a business should not be disclosed to the public and RMC has taken adequate steps to protect its confidential business information from public disclosure. |

| Document ID | Description | Rational for Confidential Designation |
|---|---|---|
| RMC000025 | ██████████████ | RMC has articulated a good faith basis for treating the document as confidential under the Protective Order.<br><br>RMC has not waived confidentiality as confidential business data is separate from publicly available data re: RMC.<br><br>De-designation is not in the public interest because information kept as confidential within a business should not be disclosed to the public and RMC has taken adequate steps to protect its confidential business information from public disclosure. |
| RMC000184-85 | ██████████████ | RMC has articulated a good faith basis for treating the document as confidential under the Protective Order.<br><br>RMC has not waived confidentiality as confidential business data is separate from publicly available data re: RMC.<br><br>De-designation is not in the public interest because information kept as confidential within a business should not be disclosed to the public and RMC has taken adequate steps to protect its confidential business information from public disclosure. |

| Document ID | Description | Rational for Confidential Designation |
|---|---|---|
| RMC000127-29 | ██████████ | RMC has articulated a good faith basis for treating the document as confidential under the Protective Order.<br><br>RMC has not waived confidentiality as confidential business data is separate from publicly available data re: RMC.<br><br>De-designation is not in the public interest because information kept as confidential within a business should not be disclosed to the public and RMC has taken adequate steps to protect its confidential business information from public disclosure. |
| RMC000002-09 | ██████████ | RMC has articulated a good faith basis for treating the document as confidential under the Protective Order.<br><br>RMC has not waived confidentiality as confidential business data is separate from publicly available data re: RMC. |