# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| | **NOTICE OF APPEARANCE** |
| This Document Relates To: All Actions | |

The undersigned attorney hereby notifies the Court and counsel that Kelly C. Dohm, shall appear as counsel of record for Ridgeview Medical Center in this case.

Date:  May 11, 2017         By:    /s/ Kelly C. Dohm
                                   Kelly C. Dohm (#0254046)
                                   MELCHERT HUBERT SJODIN, PLLP
                                   121 West Main Street, Suite 200
                                   Waconia, MN  55387
                                   Phone: (952) 442-7700
                                   Fax: (952) 442-6166
                                   Email: kdohm@mhslaw.com