UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to:<br><br>**PLAINTIFF(S)**<br><br>**Rosemary Bartel and David Bartel**<br><br>VS.<br><br>**3M COMPANY AND ARIZANT HEALTHCARE, INC.** | **STIPULATION TO AMEND SHORT FORM COMPLAINT** |

Plaintiffs Rosemary Bartel and David Bartel, and Defendant 3M Company and Arizant Healthcare, Inc., by and through their attorneys of record, stipulate to the following:

That Plaintiffs may serve and file Plaintiffs' [First] Amended Short Form Complaint in this matter.

**IT IS SO STIPULATED BETWEEN THE PARTIES.**

                                                      Respectfully submitted,

Dated: May 16, 2017

/s Melissa M. Heinlein
Priscilla A. Lord (123754)
Melissa M. Heinlein (393119)
**Attorneys for Plaintiffs Rosemary Bartel and David Bartel**
Lord + Heinlein
309 Clifton Avenue
Minneapolis, MN 55403
T: 612-333-5673  F: 612-206-3344
info@mnlordlaw.com

Dated:  May 16, 2017

                    s/ Benjamin W. Hulse
                    Benjamin W. Hulse (MN #0390952)
                    **Attorney for Defendants 3M Company and Arizant Healthcare, Inc.**
                    BLACKWELL BURKE P.A.
                    431 South Seventh Street, Suite 2500
                    Minneapolis, MN 55415
                    Phone: (612) 343-3256
                    Fax: (612) 343-3205
                    Email: bhulse@blackwellburke.com