# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to:<br><br>**PLAINTIFF(S)**<br><br>**Rosemary Bartel and David Bartel**<br>**VS.**<br><br>**3M COMPANY AND ARIZANT HEALTHCARE, INC.** | **[Proposed] ORDER GRANTING PERMISSION FOR PLAINTIFF ROSEMARY BARTEL TO AMEND HER SHORT FORM COMPLAINT** |

Based upon the Stipulation executed by the parties allowing Plaintiff Rosemary Bartel to amend her Short Form Complaint in this matter (ECF document number 491) it is hereby **ORDERED** that Plaintiff Rosemary Bartel be permitted to amend her Short Form Complaint by serving and filing her First Amended Short Form Complaint.

Dated: _____

**BY THE COURT:**

_____
Honorable Joan N. Ericksen
United States District Judge

_____
Honorable Franklin L. Noel
United States Magistrate Judge