# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

IN RE: Bair Hugger Forced Air Warming Devices
Products Liability Litigation

**COURT MINUTES**
BEFORE: Franklin L. Noel
U.S. Magistrate Judge, Courtroom 9W

| | |
|---|---|
| MDL No.: | 15-2666 (JNE/FLN) |
| Date: | May 18, 2017 |
| Court Reporter: | Tim Willette |
| Time Commenced: | 9:36 a.m. |
| Time Concluded: | 12:15 a.m. |
| Time in Court: | 2 hours & 39 minutes |

APPEARANCES:

| | |
|---|---|
| For Plaintiffs: | Genevieve Zimmerman, Michael Sacchet, Jan Conlin, Gabriel Assaad, Behram Parekh, and Kyle Farrar |
| For Defendants: | Jerry Blackwell, Ben Hulse, Bridget Ahmann, Monica Davies, Corey Gordon |
| For Respondent Augustine et al.: | J. Randall Benham |
| For Respondent Ridgeview Medical Center | Kelly Dohm and Julie Hauser |

**Plaintiffs' motion to add claims for punitive damages [#307], and Defendants' motion to remove "Confidential" designation [#393], were taken under advisement at the hearing.**

**Defendants' motion for additional depositions [#411] is GRANTED. Defendants will have an additional: (1) 4 hours to depose Dr. Scott Augustin, (2) 3 hours to depose J. Randall Benham, and (3) 1 hour to depose Brent Augustine.**

☒ ORDER TO BE ISSUED    ☐ NO ORDER TO BE ISSUED    ☐ R&R TO BE ISSUED    ☒ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court    ☐ Exhibits returned to counsel

**On or before June 1, 2018, parties will submit choice of law analysis related to [#307] to the Court for this MDL and Ramsey County.**

                                                             s/CH
                                               Signature of Law Clerk