# EXHIBIT A



MINNEAPOLIS
Suite 2200
100 Washington Avenue South
Minneapolis, MN 55401-2179
T  612.339.6900
F  612-339-0981

WASHINGTON, D.C.
Suite 210
415 Second Street, N.E.
Washington, D.C. 20002-4900
T  202.544.9840
F  202-544-9850

Yvonne M. Flaherty
Phone: 612-339-6900
ymflaherty@locklaw.com
REPLY TO MINNEAPOLIS

May 4, 2017

**VIA E-MAIL**
Genevieve M. Zimmerman
Ben W. Gordon
Michael V. Ciresi
1616 Park Ave, Minneapolis, MN 55404
316 S. Baylen St, Pensacola, FL 32502
225 South 6th St. #4600, Minneapolis, MN 54402

Re: Jeffrey Knuteson – Bellwether selection
*In re Bair Hugger Forced Air Warming Devices Products Liability Litigation* MDL No. 2666
Court File No. 16-1088 (D. Minn.)

Dear Counsel:

I write to provide an update regarding the above-captioned matter. Mr. Knuteson's case was selected by defendants as a potential Bellwether trial. We recently learned that Mr. Knuteson was diagnosed with throat and lymph node cancer. Based on our conversation with Mrs. Knuteson, it is our understanding that Mr. Knuteson began an 8-week course of chemotherapy and radiation in April 2017. He will undergo chemotherapy and radiation treatment five days a week for this initial chemotherapy and radiation. We are unaware of Mr. Knuteson's course of treatment beyond chemotherapy and radiation. Upon further discussion of the Bellwether process, Mrs. Knuteson was not confident in Mr. Knuteson's ability to travel or attend court.

In light of the circumstances, we submit that Mr. Knuteson would not be an adequate Bellwether candidate. Please let me know if you would like additional information or if you prefer that I reach out to defendants directly on this issue. Thank you.

Very truly yours,

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

Yvonne M. Flaherty

YMF/rnz

cc: Noah Lauricella