UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAIR HUGGER FORCED AIR　　　　　　　MDL No. 15-2666 (JNE/FLN)
WARMING DEVICES PRODUCTS
LIABILITY LITIGATION

**ORDER**

---

Genevieve Zimmerman, Michael Sacchet, Jan Conlin, Gabriel Assaad,
Behram Parekh, and Kyle Farrar for Plaintiffs.
Jerry Blackwell, Ben Hulse, Bridget Ahmann, Monica Davies, Corey Gordon for Defendants.
J. Randall Benham For Respondent Scott Augustine *et al*.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on May 18, 2017, on Defendants' motion for leave to take the depositions of J. Randall Benham and Brent Augustine, and to continue the deposition of Dr. Scott Augustine (ECF No. 411). Based on the foregoing, and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendants' motion is **GRANTED**. Defendants will have an additional four (4) hours to depose Dr. Scott Augustine; three (3) hours to depose J. Randall Benham; and one (1) hour to depose Brent Augustine.

Additionally, Plaintiffs' request for additional time to depose Mr. Albrecht and Mr. Van Duren, *see* Pls.' Opp'n Mem. 6, ECF No. 434, is **DENIED**. Counsel for Dr. Scott Augustine and his related entities' request to file a Memorandum and supporting Affidavit in response to Defendants' motion for leave to take depositions, Ltr., ECF No. 432-3; Opp'n Mem., ECF No. 433, is **GRANTED**. Counsel was also granted leave to make oral argument on this motion during the May 18, 2017, hearing.

DATED: May 24, 2017            <u>s/Franklin L. Noel</u>
                                                                                 FRANKLIN L. NOEL
                                                                                United States Magistrate Judge