# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To: All Actions | PRETRIAL ORDER NO. 19: Final Bellwether Trial Pool |

Pursuant to Pretrial Order No. 17, the parties submitted proposals for 8 representative cases for the Final Bellwether Trial Pool. After considering all of the parties' submissions regarding these proposals (*see* Dkt. Nos. 429-30, 495-96, 499-500), the Court has determined that the Final Bellwether Trial Pool shall consist of the following 8 cases:

1. *Kamke v. 3M Co., et al.* – 16cv1225 (JNE/FLN)
2. *Walker v. 3M Co., et al.* – Ramsey County Case No. 62-cv-16-1257
3. *Knuteson v. 3M Co.* – 16cv1088 (JNE/FLN)
4. *Collins v. 3M Co.* – 16cv1188 (JNE/FLN)
5. *Vandermade v. 3M Co.* – 16cv4221 (JNE/FLN)
6. *Skaar, et al. v. 3M Co., et al.* – 16cv2969 (JNE/FLN)
7. *Gareis v. 3M Co., et al.* – 16cv4187 (JNE/FLN)
8. *Nugier, et al. v. 3M Co., et al.* – 16cv4246 (JNE/FLN)

The parties may each exercise one strike as stated in Pretrial Order No. 17.

The Court DIRECTS the Clerk to send a copy of this Order to the Clerk of the Judicial Panel on Multidistrict Litigation, and counsel of record. IT IS SO ORDERED.

Dated: May 30, 2017

s/ Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge