## **CERTIFICATE OF SERVICE**

I, Daniel C. Burke, hereby certify that on May 31, 2017, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ Daniel C. Burke