UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 2666 (JNE/FLN) |
| This Document Relates to All Actions | **JOINT MOTION REGARDING CONTINUED SEALING** |

Documents have been filed under temporary seal in connection with the following motion:

> *Defendant 3M Company's Motion for Leave to Take Additional Depositions and Continue the Deposition of Dr. Scott Augustine*    *(Doc. No. 413)*

Pursuant to LR 5.6, the parties submit this Joint Motion Regarding Continued Sealing.

1

Dated: June 1, 2017

Respectfully submitted,

/s/ Monica L. Davies
Jerry W. Blackwell (MN #186867)
Mary S. Young (MN #0392781)
Benjamin W. Hulse (MN #0390952)
Monica L. Davies (MN #0315023)
BLACKWELL BURKE P.A.
431 South Seventh Street
Suite 2500
Minneapolis, MN  55415
Phone: (612) 343-3256
Fax: (612) 343-3205
Email: blackwell@blackwellburke.com
myoung@blackwellburke.com
bhulse@blackwellburke.com
mdavies@blackwellburke.com

Bridget M. Ahmann (MN #016611x)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 766-7000
Email: bridget.ahmann@faegrebd.com

**Counsel for Defendants 3M Company and Arizant Healthcare, Inc.**

/s/ Genevieve M. Zimmerman
Genevieve M. Zimmerman (MN #330292)
MESHBESHER & SPENCE, LTD.
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
Email: gzimmerman@meshbesher.com

Michael V. Ciresi (MN #0016949)
Jan M. Conlin (MN #0192697)
CIRESI CONLIN LLP
225 S. 6th St., Suite 4600
Minneapolis, MN 55402
Phone: 612.361.8202
Email: MVC@CiresiConlin.com
JMC@CiresiConlin.com

**Co-Lead Counsel for Plaintiffs**


/s/ J. Randall Benham
J. Randall Benham (#0154726)
AUGUSTINE BIOMEDICAL & DESIGN LLC
6581 City West Parkway
Eden Prairie, MN 55127
Phone: (952) 465-3500
Fax: (953) 465-3501
Email: rbenham@augbiomed.com

**Counsel for Scott Augustine**

| DKT. NO. | DESCRIPTION OF DOCUMENT | MARK "X" IN APPLICABLE COLUMN | | | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED[i] |
|---|---|---|---|---|---|---|
| | | Parties Agree Doc. Should Remain Sealed | Parties Agree Doc. Should Be Unsealed | Parties Disagree | | |
| 413 | Memorandum in Support of Motion to Take Deposition from J. Randall Benham, Brent Augustine, and Dr. Scott Augustine | | | X | | Dkt. No. 413 refers to documents and testimony designated as confidential by Dr. Augustine, and he believes it should remain under seal. 3M does not agree those documents are confidential and notes that Augustine has not identified any provision of the Protective Order that would be applicable. Thus 3M, does not agree they should remain under seal. |
| 416 | Exhibit A – Deposition of Dr. Scott Augustine | | | X | Dr. Scott Augustine | Dr. Augustine designated his testimony as confidential and believes it should remain under seal. 3M does not believe the confidential designation is appropriate, and notes that Augustine has not identified any provision of the Protective Order that would be applicable. Thus, 3M does not agree the transcript should remain sealed. |
| 417 | Exhibit B – Deposition Exhibit 15 of Dr. Scott Augustine | | | X | Dr. Scott Augustine | Dr. Augustine designated this document as confidential, and believes it should remain under seal. 3M does not believe the confidential designation is appropriate, and notes that Augustine has not identified any provision of the Protective Order that would be applicable. Thus, 3M does not agree the document should remain sealed. |

4

| 418 | Exhibit C – Deposition Exhibit 22 of Dr. Scott Augustine | | | X | Dr. Scott Augustine | Dr. Augustine designated this document as confidential, and believes it should remain under seal. 3M does not believe the confidential designation is appropriate, and notes that Augustine has not identified any provision of the Protective Order that would be applicable. Thus, 3M does not agree the document should remain sealed. |
| --- | --- | --- | --- | --- | --- | --- |
| 419 | Exhibit D – Deposition Exhibit 2 of Dr. Scott Augustine | | | X | Dr. Scott Augustine | Dr. Augustine designated this document as confidential, and believes it should remain under seal. 3M does not believe the confidential designation is appropriate, and notes that Augustine has not identified any provision of the Protective Order that would be applicable. Thus, 3M does not agree the document should remain sealed. |

Plaintiffs take no position with respect to the sealing of these documents for purposes of this motion.

---

[i] This explanation should be very brief.  For example:

1. contains information designated as confidential by a nonparty
2. contains information designated as confidential under a non-disclosure agreement between plaintiff and nonparty
3. contains information designated as confidential under a protective order issued in this case [Docket No. XX]
4. discovery materials filed in connection with a motion under Fed R. Civ. P. 37
5. reveals trade secrets of defendant
6. reveals proprietary business methods of plaintiff
7. confidential financial records
8. confidential medical records
9. contains termination information regarding former employees of defendant
10. reveals information regarding a minor

11. contains information ordered sealed by the court on DATE [Docket No. XX]