**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| | **NOTICE OF HEARING ON DEFENDANT 3M COMPANY'S MOTION TO REMOVE "CONFIDENTIAL" DESIGNATION FROM DOCUMENTS PRODUCED BY AUGUSTINE** |
| This Document Relates To: All Actions | |

PLEASE TAKE NOTICE THAT on June 19, 2017 at 10:30 a.m., before the Honorable Franklin L. Noel, United States District Court, 9W U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, Defendant 3M Company will respectfully move the Court for an order removing the "confidential" designation from documents produced by Dr. Scott Augustine and his affiliated entities, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and the Protective Order entered in this matter (ECF No. 39, Pretrial Order No. 7).

Dated: June 5, 2017

Respectfully submitted,

/s/ Monica L. Davies
Jerry W. Blackwell (MN #186867)
Benjamin W. Hulse (MN #0390952)
Monica L. Davies (MN #0315023)
BLACKWELL BURKE P.A.
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3256
Fax: (612) 343-3205
Email: blackwell@blackwellburke.com
         bhulse@blackwellburke.com
         mdavies@blackwellburke.com


Bridget M. Ahmann (MN #016611x)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Phone: (612) 766-7000
Email: bridget.ahmann@faegrebd.com

**Counsel for Defendants 3M Company
And Arizant Healthcare, Inc.**