**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To: All Actions | **LOCAL RULE 7.1 WORD COUNT COMPLIANCE CERTIFICATE FOR 3M COMPANY'S MOTION TO REMOVE "CONFIDENTIAL" DESIGNATION FROM DOCUMENTS PRODUCED BY AUGUSTINE** |

---

I, Monica L. Davies, certify that 3M Company's Memorandum in Support of its Motion to Remove "Confidential" Designation from Documents Produced by Augustine complies with Local Rule 7.1.

I further certify that, in preparation of this memorandum, I used Microsoft Word 2013, and that this word processing program has been applied specifically to include all text, including headnotes, footnotes, and quotations, set in a 13-point font, in the following word count.

I further certify that the above-referenced memorandum contains 2410 words.

Dated: June 5, 2017

Respectfully submitted,

/s/ Monica L. Davies
Jerry W. Blackwell (MN #186867)
Benjamin W. Hulse (MN #0390952)
Monica L. Davies (MN #0315023)
BLACKWELL BURKE P.A.
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3256
Fax: (612) 343-3205
Email: blackwell@blackwellburke.com
bhulse@blackwellburke.com
mdavies@blackwellburke.com


Bridget M. Ahmann (MN #016611x)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Phone: (612) 766-7000
Email: bridget.ahmann@faegrebd.com

**Counsel for Defendants 3M Company And Arizant Healthcare, Inc.**