**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To: All Actions | **STATEMENT INSTEAD OF REDACTED DOCUMENTS REGARDING MOTION TO REMOVE "CONFIDENTIAL" DESIGNATION FROM DOCUMENTS PRODUCED BY AUGUSTINE** |

I certify that Defendants have filed a Notice of Motion and Motion to Remove the "Confidential" Designation from Documents Produced by Augustine, together with a Memorandum of Law, and Declaration of Monica L. Davies with Exhibits A-F.

The following Declaration Exhibits have been marked "Confidential" under the Protective Order, and redaction is impracticable.

1.  Exhibit A, which is a summary chart of the documents at issue in 3M's motion.

2.  Exhibit C, which is a copy of a document produced to 3M in discovery that was marked as "Confidential" by the producing party.

3.  Exhibit D, which is an excerpt from the transcript of the Deposition of Dr. Scott Augustine (with exhibits), which have been designated as "Confidential".

Dated: June 5, 2017                    Respectfully submitted,

/s/ Monica L. Davies
Monica L. Davies (MN #0315023)
BLACKWELL BURKE P.A.
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3248
Fax: (612) 343-3205
Email: mdavies@blackwellburke.com