UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To: All Actions | **DEFENDANT 3M COMPANY'S MEET AND CONFER STATEMENT REGARDING MOTION TO REMOVE "CONFIDENTIAL" DESIGNATION FROM DOCUMENTS PRODUCED BY AUGUSTINE** |

The undersigned hereby certifies that counsel for Defendant 3M Company met and conferred with counsel for Dr. Augustine, by email correspondence on March 14, 2017 through March 17, 2017, April 12, 2017, and April 17, 2017 through April 20, 2017 regarding 3M's motion to remove the "confidential" designation from certain of the documents produced by Dr. Augustine in connection with the above-referenced litigation. Dr. Augustine has indicated he will oppose 3M's motion.

| | |
|---|---|
| Dated: June 5, 2017 | /s/ Monica L. Davies<br>Monica L. Davies (MN #0315023)<br>BLACKWELL BURKE P.A.<br>431 South Seventh Street<br>Suite 2500<br>Minneapolis, MN 55415<br>Phone: (612) 343-3256<br>Fax: (612) 343-3205<br>Email: mdavies@blackwellburke.com |