UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To: All Actions | **(PROPOSED) ORDER ON DEFENDANT 3M COMPANY'S MOTION TO REMOVE "CONFIDENTIAL" DESIGNATION FROM DOCUMENTS PRODUCED BY AUGUSTINE** |

This matter came before the Court on Defendant 3M Company's Motion to Remove Confidential Designation from Documents Produced by Augustine.

Based upon the files, records and proceedings herein, **IT IS HEREBY ORDERED** that the confidential designation on each of the documents described in Exhibit A to the Declaration of Monica L. Davies is hereby removed.

Dated: _____, 2017       **BY THE COURT**

_____
The Honorable Franklin L. Noel
United States Magistrate Judge
District of Minnesota