# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br>Hager, 0:16-cv-00136-JNE-FLN<br>Weimer, 0:16-cv-00621-JNE-FLN<br>Fraley, 0:16-cv-02755-JNE-FLN<br>Alford, 0:16-cv-02757-JNE-FLN<br>Wilburn, 0:16-cv-02772-JNE-FLN<br>Johnson, 0:16-cv-02803-JNE-FLN<br>Garro, 0:16-cv-02874-JNE-FLN<br>Toler, 0:16-cv-02896-JNE-FLN<br>DePriest, 0:16-cv-03383-JNE-FLN<br>Barrett, 0:16-cv-03553-JNE-FLN<br>Fling, 0:16-cv-03781-JNE-FLN | MDL No. 15-2666 (JNE/FLN)<br><br>**LOCAL RULE 7.1 WORD COUNT COMPLIANCE CERTIFICATE FOR 3M COMPANY'S REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 14** |

I, Benjamin W. Hulse, certify that 3M Company's Reply in Support of Defendants' Motion to Dismiss for Failure to Comply with Pretrial Order No. 14 complies with Local Rule 7.1 (f) and with the type-size limit of Local Rule 7.1(h).

I further certify that, in preparation of the above document, I used Microsoft Word 2013, and that this word processing program has been applied specifically to include all text, including headnotes, footnotes, and quotations, set in 13-point font, in the following word count.

I further certify that the above-referenced reply contains 848 words.

Dated: June 9, 2017                    Respectfully submitted,

<div style="margin-left: 3em;">

s/ Benjamin W. Hulse
Jerry W. Blackwell (MN #186867)
Benjamin W. Hulse (MN #0390952)
BLACKWELL BURKE P.A.
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3256
Fax: (612) 343-3205
Email: blackwell@blackwellburke.com
       bhulse@blackwellburke.com

Bridget M. Ahmann (MN #016611x)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Phone: (612) 766-7000
Email: bridget.ahmann@faegrebd.com

**Counsel for Defendants 3M Company and Arizant Healthcare, Inc.**

</div>