UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MDL No. 15-2666 (JNE/FLN)

In re Bair Hugger Forced Air Warming
Products Liability Litigation

This Document Relates to All Actions

**PLAINTIFFS' MOTION FOR
*IN CAMERA* REVIEW OF
DOCUMENTS WITHHELD
UNDER CLAIMS OF PRIVILEGE**

Counsel for Plaintiffs' certifies that they met and conferred with counsel for Defendants periodically over the past six months regarding Plaintiffs' Motion for *In Camera* Review of Documents Withheld Under Claims of Privilege. Counsel for Plaintiffs and Defendants do not agree on the resolution of Plaintiffs' Motion.

Dated: June 12, 2017

MESHBESHER & SPENCE LTD.

/s/ Genevieve M. Zimmerman
Genevieve M. Zimmerman (MN #330292)
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
Email: gzimmerman@meshbesher.com

*Plaintiffs Co-Lead Counsel*