UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re Bair Hugger Forced Air Warming
Products Liability Litigation

MDL No.  15-2666 (JNE/FLN)

This Document Relates to All Actions

# **DECLARATION OF GENEVIEVE M. ZIMMERMAN**

1. My name is Genevieve M. Zimmerman and I am a Partner with the Meshbesher & Spence Ltd. law firm.  I am a member of the Court appointed Co-Lead Counsel in the above entitled matter.  The following documents are hereby attached, and submitted in support of Plaintiffs' Motion for *In Camera* Review:

2. Exhibit 1, which is a true and correct copy of Plaintiffs' Challenges to Work Product Claims.

3. Exhibit 2, which is a true and correct copy of Plaintiffs' Challenges to Attorney-Client Privilege Claims.

4. Exhibit 3, which is a true and correct copy of Plaintiffs' Challenges to Defendants' Priv. Log for Crime Fraud Exception.

5. Exhibit 4, which is a true and correct copy of Plaintiffs' September 28, 2016 Letter to Defense Counsel.

6. Exhibit 5, which is a true and correct copy of Defendants' October 28, 2017 Letter to Plaintiffs' Counsel.

7. Exhibit 6, which is a true and correct copy of Plaintiffs' November 8, 2016 Letter to Defense Counsel.

8. Exhibit 7, which is a true and correct copy of Defendants' November 28, 2017 Letter to Plaintiffs' Counsel.

9. Exhibit 8, which is a true and correct copy of Plaintiffs' December 7, 2016 Letter to Defense Counsel.

10. Exhibit 9, which is a true and correct copy of Defendants' December 21, 2016, Letter to Plaintiffs' Counsel.

11. Exhibit 10, which is a true and correct copy of Plaintiffs' January 20, 2017 Letter to Defense Counsel.

12. Exhibit 11, which is a true and correct copy of Plaintiffs' June 5, 2017 Letter to Defense Counsel.

13. Exhibit 12, which is a true and correct copy of 3MBH01192634.

14. Exhibit 13, which is a true and correct copy of 3MBH00544754.

15. Exhibit 14, which is a true and correct copy of Plaintiffs'' First Request for Production of Documents and Things regarding Custodial Employment Files.

16. Exhibit 15, which is a true and correct copy of the transcript from the December 22, 2015 teleconference in *Walton v. 3M Co. et. al*.

17. Exhibit 16 is a true and correct copy of Defendants' Answers and Objections to Plaintiffs' Second Interrogatories.

18. Exhibit 17 is a true and correct copy of the Litigation Consultant Agreement between 3M and Gary Maharaj.

19. Exhibit 18, which is a true and correct copy of portions of the deposition of Gary Maharaj, taken March 19, 2015 in the *Walton v. 3M Co. et. al* matter.

20. Exhibit 19, which is a true and correct copy of Gary Maharaj's Affidavit, dated February 6, 2015.

21. Exhibit 20, which is a true and correct copy of MAHARAJ00000205.

22. Exhibit 21, which is a true and correct copy of MAHARAJ00000162.

23. Exhibit 22, which is a true and correct copy of MAHARAJ00000207.

24. Exhibit 23, which is a true and correct copy of portions of the Deposition of Gary Maharaj, taken in Minneapolis on January 18, 2017.

25. Exhibit 24, which is a true and correct copy of portions of the Deposition of Gary Hanson, taken in Minneapolis on November 2, 2016.

26. Exhibit 25, which is a true and correct copy of the Litigation Consultant Agreement between 3M and Teri Woodwick-Sides.

27. Exhibit 26, which is a true and correct copy of portions of the Deposition of Teri Woodwick-Sides taken in Minneapolis on December 8, 2016.

28. Exhibit 27, which is a true and correct copy of portions of the Deposition of Karl Zgota taken in Minneapolis on July 22, 2015.

29. Exhibit 28, which is a true and correct copy of portions of the Deposition of Karl Zgota taken in Minneapolis on February 24, 2017.

30. Exhibit 29, which is a true and correct copy of portions of the Deposition of John Rock, taken in Minneapolis on July 16, 2015.

31. Exhibit 30, which is a true and correct copy of portions of the Deposition of John Rock, taken in Minneapolis on November 4, 2016.

32. Exhibit 31, which is a true and correct copy of 3MBH00022877 .

33. Exhibit 32, which is a true and correct copy of portions of the Deposition of John Rock, taken in Minneapolis on November 4, 2016.

Dated:  June 12, 2017                        /s/ Genevieve M. Zimmerman

Genevieve M. Zimmerman (MN#330292)
MESHBESHER & SPENCE, LTD.
1616 Park Avenue
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
Email: gzimmerman@meshbesher.com

**Plaintiffs Co-Lead Counsel**