IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To: Margaret Weimer, Court File 16-0621 | NOTICE OF APPEARANCE OF ROSA S. TREMBOUR |

## NOTICE OF APPEARANCE

The undersigned attorney, Rosa S. Trembour, hereby gives notice of her appearance in this matter on behalf of Plaintiff Margaret Weimer.

Dated:  June 14, 2017            **LOCKRIDGE GRINDAL NAUEN P.L.L.P.**

By: s/   Rosa S. Trembour
Yvonne M. Flaherty, #267600
Rosa S. Trembour, # 0398225
100 Washington Ave S, Suite 2200
Minneapolis, MN 55401
(612) 339-6900
ymflaherty@locklaw.com
rstrembour@locklaw.com

*Attorneys for Plaintiff Margaret Weimer*

498527.1