**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION<br><br><br>This Document Relates to:<br>Weimer, 0:16-CV-00621-JNE-FLN | MDL NO. 15-2666 (JNE/FLN) |

**L.R. 7.1(C) WORD COUNT COMPLIANCE CERTIFICATE REGARDING**
**PLAINTIFF'S OPPOSITION TO DEFENDANTS'**
**MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

This brief complies with the word limitation of LR 7.1(c) because this brief contains 1,481 words, including all text, headings, footnotes, and quotations, other than the parts of the brief exempted by LR 7.1(c).  This brief was prepared using Microsoft Office Word 2010.

This brief complies with the type size requirements of LR 7.1(e) because this brief has been prepared using at least font size 13, is double-spaced (except for headings, footnotes and quotations that exceed two lines) and is submitted on 8½" by 11" paper with at least one inch margins on all four sides.

517327.1

Dated:  June 14, 2017                          **LOCKRIDGE GRINDAL NAUEN, P.L.L.P.**


By: s/   Yvonne M. Flaherty
Yvonne M. Flaherty, #267600
Rosa S. Trembour, # 0398225
100 Washington Ave S, Suite 2200
Minneapolis, MN 55401
(612) 339-6900
ymflaherty@locklaw.com
rstrembour@locklaw.com

*Attorneys for Plaintiff Margaret Weimer*

517327.1                                    2