# EXHIBIT A



OCKRIDGE
GRINDAL
NAUEN
P.L.L.P.

Attorneys at Law
www.locklaw.com

**MINNEAPOLIS**
Suite 2200
100 Washington Avenue South
Minneapolis, MN 55401-2179
T 612.339.6900
F 612.339.0981

**WASHINGTON, D.C.**
Suite 210
415 Second Street, N.E.
Washington, D.C. 20002-4900
T 202.544.9840
F 202.544.9850

**Yvonne M. Flahery**
Phone: 612-339-6900
ymflaherty@locklaw.com
REPLY TO MINNEAPOLIS

January 18, 2017

**VIA E-MAIL**

Benjamin Hulse, Esq.
Blackwell Burke, P.A
431 South Seventh Street
Suite 2500 Minneapolis, MN 55415

Re:   In Re Forced Air Warming Devices Products Liability Litigation, MDL 2666
      Weimer v. 3M Company, Case No. 0:16-cv-00621

Dear Mr. Benjamin Hulse:

I write to follow up on our recent communication regarding the above-captioned matter. Based on our further analysis of this matter, we submit that Ms. Weimer should not be included in defendant's motion for an order to show cause.

As you may recall, our office commenced Ms. Weimer's claim on March 10, 2016. On March 29, 2016, we were notified of a potential dual representation issue.[1]  Unfortunately, we believe that this has created a tremendous amount of confusion for Ms. Weimer (who is currently 78 years old), and we believe that her confusion as to the dual representation issue has caused her to be unresponsive to our notices regarding Plaintiff Fact Sheet obligations over the past several weeks.

In an effort to resolve any confusion that Ms. Weimer may have, we have reached out to Ben Gordon and will work with him to clarify representation with Ms. Weimer.  Thus, we respectfully request a modest extension (until February 10, 2017) in which to serve the completed Plaintiff Fact Sheet and authorizations.  In the interim, enclosed please find copies of Ms. Weimer's medical records, including medical records which confirm Ms. Weimer's use of defendant's product and a subsequent peri-prosthetic joint infection.  We will continue to work to secure the completed Plaintiff Fact Sheet and authorizations.

I am out of the country until January 21st, but should have intermittent email access if you wish to further discuss.  Thank you.

---

[1] *See* Margaret Weimer v. 3M Company, Case Number 0:16-cv-00796.

January 18, 2017
Page 2

Very truly yours,

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

Yvonne M. Flaherty

YMF/rnz

cc:     Ben Gordon, Esq. (via email only)
        David Szerlag, Esq. (via email only)

# EXHIBIT B

| | |
|---|---|
| **From:** | Ben Hulse <BHulse@blackwellburke.com> |
| **Sent:** | Wednesday, January 18, 2017 5:52 PM |
| **To:** | Ben Gordon; Zubiate, Rachel N.; Flaherty, Yvonne M. |
| **Cc:** | david@pritzkerlaw.com; Mary Young |
| **Subject:** | RE: Bair Hugger: LGN Response Re Order to Show Cause |

Ben G. and Yvonne,

We can extend the deadline until 1/27 for the Weimer PFS and for you to work out the representation issues.  If that deadline is approaching and you are still facing issues beyond your control, please let me know and we can discuss whether a further extension is appropriate.

-Ben H.


Benjamin W. Hulse
Blackwell Burke P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN  55415
Direct (612) 343-3256
Fax (612) 343-3205

This message and any attachments may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient or are not authorized to receive for the recipient, you are hereby notified that dissemination, distribution or copying of this message and any attachments is strictly prohibited. If you have received this message in error, please immediately advise the sender by reply e-mail and delete the message and any attachments. Thank you.

**From:** Ben Gordon [mailto:bgordon@levinlaw.com]
**Sent:** Wednesday, January 18, 2017 4:16 PM
**To:** Zubiate, Rachel N.
**Cc:** Ben Hulse; david@pritzkerlaw.com; ymflaherty
**Subject:** Re: Bair Hugger: LGN Response Re Order to Show Cause

Thank you.  Having reviewed this matter, i too, am happy to discuss with all concerned and try to clear up any confusion and to help the parties and the plaintiff move this matter forward with all reasonable dispatch.

Ben, we will appreciate your patience and accommodation in the brief period while this is being discussed and resolved.

Ben W. Gordon, Jr.
Of Counsel
Levin-Papantonio, P.A.

On Jan 18, 2017, at 4:12 PM, Zubiate, Rachel N. <rnzubiate@locklaw.com> wrote:

> Per Yvonne Flaherty, please see the attached.
>
> Thank you.

Rachel N. Zubiate | Paralegal
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue S | Suite 2200 | Minneapolis MN  55401
V: 612-339-6900 | F: 612-339-0981 | www.locklaw.com

This e-mail may contain information that is privileged, confidential or otherwise protected from disclosure. If you are not the intended recipient or otherwise have received this message in error, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you are not the intended recipient or otherwise have received this message in error, please notify us immediately by e-mail, discard any paper copies and delete all electronic files of the message.

<BH Weimer Correspondence.pdf>

# EXHIBIT C

| | |
|---|---|
| **From:** | Gilles, Barbara R. |
| **To:** | Gilles, Barbara R. |
| **Subject:** | FW: Bair Hugger MDL - PFS - WEIMER EXHIBIT C |
| **Date:** | Wednesday, June 14, 2017 2 57:43 PM |
| **Attachments:** | image001.png |

---

**From:** Wendy Thayer [mailto:wendy@pritzkerlaw.com]
**Sent:** Friday, April 21, 2017 3:20 PM
**To:** Peterson, Elizabeth A.
**Cc:** Flaherty, Yvonne M.; Zubiate, Rachel N.
**Subject:** RE: Bair Hugger MDL - PFS

Thank you for the update.



*Wendy Thayer*
Legal Assistant
Pritzker Hageman, P.A.
PWC Plaza Building
Suite 2950
45 South Seventh Street
Minneapolis, MN 55402-1652
Office: (612) 338-0202
Fax: (612) 338-0104
Toll-Free: (888) 377-8900
Email: wendy@pritzkerlaw.com

---

**From:** Peterson, Elizabeth A. [mailto:eapeterson@locklaw.com]
**Sent:** Friday, April 21, 2017 2:48 PM
**To:** Wendy Thayer <wendy@pritzkerlaw.com>
**Cc:** Flaherty, Yvonne M. <ymflaherty@locklaw.com>; Zubiate, Rachel N. <rnzubiate@locklaw.com>
**Subject:** RE: Bair Hugger MDL - PFS

Wendy

I apologize for the delay in our response.  Ms. Weimer was a dual representation issue between Levin Papantonio and our firm.  We just recently resolved the dual representation and are currently working with Ms. Weimer to complete the required PFS as quickly as possible.  We anticipate having the PFS served on Defendants in the next couple weeks.

Thank you
Elizabeth

On Apr 14, 2017 3:52 PM, Wendy Thayer <wendy@pritzkerlaw.com> wrote:

Good afternoon,

I have been contacted by defense counsel regarding past due plaintiff fact sheets. Your client listed below is on the list. Could you please give me and update on when you will be completing the fact sheet and serving it on defense.

| Case Number | Title | Date Filed | PFS Due Date | Comment | List of 150* | Firm Name |
|---|---|---|---|---|---|---|
| 0:16-cv-00621-JNE-FLN | Weimer v. 3M Company | 3/10/2016 | 1/27/2017 | Due date extended to 1/27, but no PFS received since | | Lockridge, Grindal Nauen P.L.L.P. |

Thank you



*Wendy Thayer*

Legal Assistant

Pritzker Hageman, P.A.

PWC Plaza Building

Suite 2950

45 South Seventh Street

Minneapolis, MN 55402-1652

Office: (612) 338-0202

Fax: (612) 338-0104

Toll-Free: (888) 377-8900

Email: wendy@pritzkerlaw.com

This e-mail may contain information that is privileged, confidential or otherwise protected from disclosure. If you are not the intended recipient or otherwise have received this message in error, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you are not the intended recipient or otherwise have received this message in error, please notify us immediately by e-mail, discard any paper copies and delete all electronic files of the message.

# EXHIBIT D

**Gilles, Barbara R.**

---

| | |
|---|---|
| **From:** | bairhugger@elijaht.com |
| **Sent:** | Thursday, June 01, 2017 3:17 PM |
| **To:** | Zubiate, Rachel N.; Zubiate, Rachel N. |
| **Subject:** | Bair Hugger PFS for Weimer, Margaret has been served |

A PFS has been served for Weimer, Margaret for Case Number 0:16-cv-00621. on 6/1/2017 3:16:41 PM

Served by Lockridge, Grindal Nauen P.L.L.P.

# EXHIBIT E



LOCKRIDGE
GRINDAL
NAUEN
P. L. L. P.
Attorneys at Law

www.locklaw.com

| MINNEAPOLIS | WASHINGTON, D.C. |
|---|---|
| Suite 2200 | Suite 210 |
| 100 Washington Avenue South | 415 Second Street, N.E. |
| Minneapolis, MN 55401-2179 | Washington, D.C. 20002-4900 |
| T 612.339.6900 | T 202.544.9840 |
| F 612-339-0981 | F 202-544-9850 |

**Yvonne M. Flaherty**
Phone: 612-339-6900
ymflaherty@locklaw.com
REPLY TO MINNEAPOLIS

June 7, 2017

**VIA EMAIL ONLY**
**bhulse@blackwellburke.com**
**myoung@blackwellburke.com**
Benjamin W. Hulse
Mary S. Young
BLACKWELL BURKE P.A.
431 South Seventh Street, #2500
Minneapolis, MN 55415

In Re:  *Thurman v. 3M Company*, Court File No: 16-cv-01091
*Donaho v. 3M Company*, Court File No: 16-cv-04209
*Wright v. 3M Company*, Court File No: 16-cv-01108
*Daniels*, Jr. *v. 3M Company*, Court File No: 16-cv-03283
*Mayo v. 3M Company*, Court File No: 16-cv-00494
*Drumright v. 3M Company*, Court File No: 16-cv-02271
*Little v. 3M Company*, Court File No: 15-cv-04211
*Dethlefson, Jr. v. 3M Company*, Court File No: 16-cv-00242
*Whiddon v. 3M Company*, Court File No: 16-cv-00905
*Weimer v. 3M Company*, Court File No: 16-cv- 00621

Dear Counsel:

We received notice on June 6, 2017 that you believed you were missing the above-captioned Plaintiff Fact Sheets.  Please be advised that the matters listed in the following table have been served via the portal.

| Case No: | Title | 2nd Deficiency Notice Sent | Due Date | Alleged Deficiency | Status |
|---|---|---|---|---|---|
| 0:16-cv-01091 | Thurman v. 3M Company | 3/8/2017 | 3/29/2017 | Updated Signed verification | Served 6/7/2017 |
| 0:15-cv-04209 | Donaho v. 3M Company | 3/9/2017 | 3/30/2017 | Updated Signed verification | Served 6/7/2017 |

517021.2

| 0:16-cv-01108 | Wright v. 3M Company | 3/8/2017 | 3/29/2017 | Updated Signed verification | Served 6/7/2017 |
|---|---|---|---|---|---|
| 0:16-cv-03283 | Daniels, Jr. v. 3M Company | 3/8/2017 | 3/29/2017 | Updated Signed verification | Served 6/7/2017 |
| 0:16-cv-00494 | Mayo v. 3M Company | 3/13/2017 | 4/3/2017 | Updated Signed verification | Served 6/7/2017 |
| 0:16-cv-02271 | Drumright v. 3M Company | 3/22/2017 | 4/12/2014 | Updated Signed verification | Served 4/12/2017 |
| 0:15-cv-04211 | Little v. 3M Company | 3/22/2017 | 4/12/2017 | Updated Signed verification | Served 4/12/2017 |
| 0:16-cv-00242 | Dethlefson, Jr. v. 3M Company | 3/22/2017 | 4/12/2017 | Updated Signed verification | Served 4/12/2017 |
| 0:16-cv-00905 | Whiddon v. 3M Company | 3/22/2017 | 4/12/2017 | Updated Signed verification | Served 4/12/2017 |
| 16-cv- 00621 | Weimer v. 3M Company | N/A | 1/27/2017 | Plaintiff Fact Sheet | Served 6/1/2017 |

Our records indicate that Lockridge Grindal Nauen does not have any other outstanding Plaintiff Fact Sheets.  If you have any questions or if you show that additional Fact Sheets are missing, please advise and we will proceed accordingly.   Thank you.

Very truly yours,

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

Yvonne M. Flaherty

YMF/brg

cc:    Ben Gordon, Esq. (via email only; bgordon@levinlaw.com)
       David Szerlag, Esq. (via email only; david@pritzkerlaw.com)
       Genevieve Zimmerman, Esq. (via email only; gzimmerman@meshbesher.com)
       Jan Conlin, Esq. (via email only; JMC@ciresiconlin.com)

517021.2