# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

|  |  |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Devices Products Liability Litigation | **COURT MINUTES**<br>BEFORE: JOAN N. ERICKSEN<br>U.S. District Judge<br>and<br>FRANKLIN L. NOEL<br>U.S. Magistrate Judge |

| | |
|---|---|
| Case No: | 15-md-2666 (JNE/FLN) |
| Date: | June 15, 2017 |
| Deputy: | Catherine B. Cusack |
| Court Reporter: | Maria V. Weinbeck |
| Courthouse: | Minneapolis |
| Courtroom: | 12W |
| Time in Court: | 9:44 a.m. - 10:54 a.m. |
| Total Time: | 1 Hour & 10 Minutes |

## STATUS CONFERENCE

**APPEARANCES:**

Plaintiffs: Ben W. Gordon, Jr., *Levin Papantonio, P.A.*; Jan M. Conlin and Michael A. Sacchet, *Ciresi Conlin LLP*; David W. Hodges, *Kennedy Hodges, LLP*, Christopher L. Coffin, *Pendley Baudin & Coffin*, Brendan Flaherty, *Pritzker Hageman, P.A.* and Rosa S. Trembour, *Lockridge Grindal Nauen PLLP*

Defendant: Jerry W. Blackwell and Benjamin W. Hulse, *Blackwell Burke, P.A.,* and Bridget M. Ahmann, *Faegre Baker Daniels LLP*

Please see attached list of telephone participants.

**PROCEEDINGS:**

- ☒ Status Conference held.
- ☒ Appearances made on the record.
- ☒ Defendant 3M Company's Motion to Dismiss for Failure to Comply with PTO No. 14 [Dkt. No. 424] was granted in part and denied in part. See written order.
- ☒ The next status conference is scheduled for July 20, 2017 at 9:30 a.m.

| NAME | FIRM NAME | PARTICIPATING IN 6.15.17 CONFERENCE CALL | |
|---|---|---|---|
| Anne Andrews | Andrew & Thornton | x | |
| John C. Thornton | Andrew & Thornton | x | |
| Lauren Davis | Andrew & Thornton | x | |
| Lila Razmara | Andrew & Thornton | x | |
| Marco Galindez | Andrew & Thornton | x | |
| Justin Jenson | Bailey Peavy Bailey Cowan Heckaman, PLLC | x | |
| Megan Robinson | Beasley, Allen, Crow, Methvin, Portis & Miles, PC | x | |
| Dae Y. Lee | Bernstein Liebhard, LLP | x | |
| Abby Cordray | Brown & Crouppen, PC | x | |
| Seth S. Webb | Brown & Crouppen, PC | x | |
| Simone Savala | Brown & Crouppen, PC | x | |
| Don Ledgard | Capretz & Associates | x | |
| James T. Capretz | Capretz & Associates | x | |
| Patrick E. Carr | Carr & Carr Attorneys | x | |
| Martin D. Crump | Davis & Crump | x | |
| Robert Cain | Davis & Crump | x | |
| Kevin Fitzgerald | Fitzgerald Law Group, LLC | x | |
| Leola Anderson | Gertler Law Firm | x | |
| Meyer H Gertler | Gertler Law Firm | x | |
| Noah Lauricella | Goldenberg Law, PLLC | x | |
| Emily DeVuono | Grossman & Moore, PLLC | x | |
| Jennifer Moore | Grossman & Moore, PLLC | x | |
| Scott Hollis | Hollis Legal Solutions, PPLC | x | |
| Randall A. Kauffman | Houssier, Durant & Houssier, LLP | x | |
| Monica Vaughan | Houssier, Durant & Houssier, LLP | x | |
| Shirley Strom-Blanchard | Houssier, Durant & Houssier, LLP | x | Paralegal |
| Rolf T. Fiebiger | Johnson Becker, PLLC | x | |
| Leslie O'Leary | Johnson Johnson & Schaller PC | x | |
| Brett Emison | Langdon & Emison | x | |
| Rachel Ahmann (Assistant) | Langdon & Emison | x | |
| Elizabeth J. McLafferty | Law Office of James S. Rogers | x | |
| Amy Webster | Lewis & Caplan | x | |
| Rachel N. Zibiate (Paralegal) | Lockridge Grindal Nauen, PLLP | x | |
| Yvonne M. Flaherty | Lockridge Grindal Nauen, PLLP | x | |
| John L. Coveney | Loncar & Associates | x | Legal Asst. |
| Melissa Marie Heinlein | Lord & Associates Law Office | x | |
| Rosemarie Bogdan | Martin Harding & Mazzotti LLP | x | |
| Melissa Schmid | McEwen Law Firm LTD | x | Paralegal |
| Lee Ann McGartland | McGartland Law Firm, PLLC | x | |
| Michael P. McGartland | McGartland Law Firm, PLLC | x | |
| Holly Sternquist | Meshbesher & Spence, LTD | x | Paralegal |
| Julie M. Jochum | Michael Hingle & Associates | x | |
| Bryan A. Pfleeger | Michael Hingle & Associates | x | |
| Christina Smith | Michael Hingle & Associates | x | |
| Heather Cullen | Morgan & Morgan Complex Litigation Group | x | |
| Joseph T. Waechter | Morgan & Morgan Complex Litigation Group | x | |
| Michael Goetz | Morgan & Morgan Complex Litigation Group | x | |
| Jim Morris | Morris Law Firm | x | |
| Danielle Mayr | Morris Law Firm | x | |
| Shane Greenberg | Morris Law Firm | x | |
| Caroline W. Thomas | Murray Law Firm | x | |

| Name | Firm | Present | Role |
|---|---|---|---|
| Brain S. Franciskato | Nash & Franciskato Law Firm | x | |
| Neal R. Elliott, Jr | Neal R. Elliott | x | |
| Nicole Eisner | Parker Waichman, LLP | x | Paralegal |
| Brian E. Tadtman | Peterson & Associates, P.C. | x | |
| Matt Leckman | Pogust Braslow & Millrood, LLC | x | |
| Jessical Lowe | Pogust Braslow & Millrood, LLC | x | Paralegal |
| Wendy Thayer | Pritzker Hageman, PA | x | Legal Asst. |
| Jeffery L. Raizner | Raizner Slania LLP | x | |
| Rica Rinosa | Raizner Slania LLP | x | Legal Asst. |
| Carrie Hancock | Randall J. Trost, P.C. | x | Paralegal |
| Dan Haltiwanger | Richardson, Patrick, Westbrook & Brickman, LLC | x | |
| Missi Cruz | Richardson, Patrick, Westbrook & Brickman, LLC | x | paralegal |
| Clifford A. Rieders | Rieders Travis Humphrey Waters & Dohrmann | x | |
| Sasha Coffiner | Rieders Travis Humphrey Waters & Dohrmann | x | |
| Randi A. Kassan | Sanders Phillips Grossman | x | |
| Amy Tao | Sidney P. Cominsky, LLC | x | |
| Melissa Mielke | Skikos Crawford Skikos & Joseph | x | |
| Julie Tucci | Skikos Crawford Skikos & Joseph | x | Parlegal |
| Bryan Ahlers | Tate Law Group | x | |
| Jason Goldenstein | The Lanier Law Firm, PLLC | x | |
| Julie Treacy | The Law Office of Travis R. Walker, PA | x | |
| Tayjes M. Shah | The Miller Firm, LLC | x | |
| Wesley G. Barr | The Olinde Firm, LLC | x | |
| Steven C. Ruth | The Ruth Team | x | |
| Dean Xenick | Zele Huber Trial Attorneys | x | |
| Jacqueline A. Olson | Zimmerman Reed, LLP | x | |