## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

In re: BAIR HUGGER FORCED AIR　　　　　　　MDL No. 15-2666 (JNE/FLN)
WARMING DEVICES PRODUCTS
LIABILITY LITIGATION

This Document Relates To:　　　　　　　　　**PRETRIAL ORDER NO. 20:**
All Actions　　　　　　　　　　　　　　　　**Third Amended Scheduling Order**

---

      The Court issued an initial pretrial scheduling order in this Consolidated Action in March 2016 (Pretrial Order No. 4) and amended the schedule in November 2016 (Pretrial Order No. 13) and January 2017 (Pretrial Order No. 17). The Court also issued Pretrial Order No. 15: Bellwether Trial Selection Process, which set deadlines relating to the selection of bellwether cases for trial. After considering the parties' submissions and positions as discussed at the June 15, 2017 status conference, and for good cause shown, the Court HEREBY ORDERS that the following third amended schedule shall govern this Consolidated Action. The schedule may be modified only upon a showing of good cause as required by Local Rule 16.3. Unless otherwise specified herein, the parties also must comply with the Federal Rules of Civil Procedure and the Local Rules of this Court.

1. The parties submitted a proposed protective order and ESI protocol. *See* Pretrial Order Nos. 7 & 10.

2. Initial disclosures required by Rule 26(a)(1) that pertain to the issue of general causation were to have been completed on or before April 29, 2016.

3. A "Science Day" educational tutorial was held off the record on May 19, 2016.

4. Master Long Form and Master Short Form Complaints were to have been filed and served on or before April 29, 2016. Motion(s) to dismiss claims or parties in the Master Long Form Complaint could be filed no later than July 8, 2016.

5. Plaintiffs filed a First Amended Master Short Form Complaint [Dkt. No. 96] and an amended Master Long Form Complaint [Dkt. No. 97] on August 24, 2016.

Defendants filed an Answer to the Amended Master Long Form Complaint [Dkt. No. 105] on August 31, 2016.

6. The parties proposed a form Plaintiff Fact Sheet and a service protocol in August 2016. Plaintiff Fact Sheets shall be served as directed in Pretrial Order Nos. 14 and 16.

7. Fact discovery on the issue of general causation was to be completed by March 20, 2017.

8. Motions to amend the Amended Master Short Form and Master Long Form Complaints to include punitive damages claims were due April 21, 2017.

9. **Bellwether Trial Selection Process:**

   a. The Court randomly selected 150 cases from the bellwether pool, which consisted of cases filed in, removed to, or transferred to this Consolidated Action on or before December 19, 2016.

   b. On May 30, 2017, the Court announced 8 selections for the Final Bellwether Trial Pool.  The parties each exercised a strike.

   c. The order of the bellwether trials will be as follows:

      i. *Kamke v. 3M Co., et al.* – 16cv1225 (JNE/FLN)
      ii. *Nugier, et al. v. 3M Co., et al.* – 16cv4246 (JNE/FLN)
      iii. *Walker v. 3M Co., et al.* – Ramsey Cty. Case No. 62-cv-16-1257
      iv. *Knuteson v. 3M Co.* – 16cv1088 (JNE/FLN)
      v. *Skaar, et al. v. 3M Co., et al.* – 16cv2969 (JNE/FLN)
      vi. *Gareis v. 3M Co., et al.* – 16cv4187 (JNE/FLN)

10. **Experts on General Causation:**

    a. Initial expert reports and disclosures of the identity of expert witnesses under Rule 26(a)(2) were to be exchanged on or before March 31, 2017.

    b. Rebuttal expert reports and disclosures of the identity of rebuttal expert witnesses were to be exchanged on or before June 3, 2017.

    c. Depositions of expert witnesses must be completed on or before August 16, 2017.

11. Initial disclosures required by Rule 26(a)(1) that pertain to the bellwether-case-specific issues shall be completed on or before June 15, 2017.

12. *Daubert* motions and other dispositive motions (as defined under the Local Rules of this Court) on general causation and issues not specific to bellwether cases may be filed no later than September 5, 2017.

13. Bellwether-case-specific discovery shall be commenced no earlier than June 2, 2017, and shall be completed no later than October 16, 2017.

14. Bellwether-case-specific dispositive motions shall be filed no later than November 15, 2017.

15. The first bellwether trial shall commence February 26, 2018.

The Court DIRECTS the Clerk to send a copy of this Order to the Clerk of the Judicial Panel on Multidistrict Litigation, and counsel of record. IT IS SO ORDERED.

Dated: June 15, 2017                                              s/ Joan N. Ericksen
                                                                              JOAN N. ERICKSEN
                                                                              United States District Judge