UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
ORDER

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| Hollis Jennings, *for the Estate of Howard Johnson, Deceased* <br><br> Plaintiff, <br><br> v. <br><br> 3M Company et al., <br><br> Defendants. | Case No. 17-cv-1076 (JNE/FLN) |
| Mark Weisbrod, <br><br> Plaintiff, <br><br> v. <br><br> 3M Company et al., <br><br> Defendants. | Case No. 17-cv-1077 (JNE/FLN) |
| Norma Galbreath, <br><br> Plaintiff, <br><br> v. <br><br> 3M Company et al., <br><br> Defendants. | Case No. 17-cv-1093 (JNE/FLN) |

Anthony Simon and Seth Webb
for Plaintiffs Hollis Jennings, Mark Weisbrod, and Norma Galbreath.
Jerry Blackwell, Lead Counsel for Defendants.

**THIS MATTER** came before the undersigned United States Magistrate Judge on Plaintiffs' respective unopposed motions to sever Plaintiff's Amended Complaint and to file individual short form complaints (ECF No. 50, 17-cv-1076; ECF No. 56, 17-cv-1077; ECF No. 28, 17-cv-1093). Based upon all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the motions are **GRANTED**.

DATED: June 15, 2017                         s/Franklin L. Noel
                                             FRANKLIN L. NOEL
                                             United States Magistrate Judge