# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

RE: Bair Hugger Forced Air Warming Devices
Products Liability Litigation

**COURT MINUTES**
BEFORE: Franklin L. Noel
U.S. Magistrate Judge, Courtroom 9W

| | |
|---|---|
| MDL No.: | 15-2666 (JNE/FLN) |
| Date: | June 19, 2017 |
| Court Reporter: | Staci Heichert |
| Time Commenced: | 10:29 a.m. |
| Time Concluded: | 10:55 a.m. |
| Time in Court: | 26 minutes |

**APPEARANCES:**

For Plaintiffs:              Genevieve Zimmerman
For Defendants:              Monica Davies
For Respondent Augustine et al.:   J. Randall Benham

**Defendants' motion to remove "Confidential" designation [#517] was taken under advisement at the hearing.**

☒ ORDER TO BE ISSUED   ☐ NO ORDER TO BE ISSUED   ☐ R&R TO BE ISSUED   ☒ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court   ☐ Exhibits returned to counsel

s/CH
Signature of Law Clerk