UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MDL No.  15-2666 (JNE/FLN)

In re Bair Hugger Forced Air Warming
Products Liability Litigation

This Document Relates to All Actions

**PLAINTIFFS' AMENDED NOTICE OF HEARING ON MOTION SEEKING** *IN CAMERA* **REVIEW**

**PLEASE TAKE NOTICE** that Plaintiffs Motion to Compel Seeking *In Camera* Review is scheduled for hearing before the Honorable Franklin L. Noel on July 17 at 1:30 p.m. or as soon thereafter as counsel may be heard.  Plaintiffs are seeking an Order compelling *in camera* review of various documents currently withheld based on various claims of attorney-client and/or work product privilege.

Respectfully submitted,

Dated: June 19, 2017

CIRESI CONLIN L.L.P.

/s/Michael V. Ciresi_____
Michael V. Ciresi (MN #0016949)
Jan M. Conlin (MN #0192697)
Michael Sacchet (MN # 395817)
Ciresi Conlin LLP
225 S. 6th St., Suite 4600
Minneapolis, MN 55402
Phone: 612.361.8202
Email: MVC@CiresiConlin.com
         JMC@CiresiConlin.com
         MAS@ciresiconlin.com

MESHBESHER & SPENCE LTD.

/s/ Genevieve M. Zimmerman
Genevieve M. Zimmerman (MN #330292)
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
Email: gzimmerman@meshbesher.com

1

LEVIN PAPANTONIO, P.A.

<u>/s/ Ben W. Gordon, Jr.</u>
Ben W. Gordon (FL # 882836) ó *Pro Hac Vice*
J. Michael Papantonio (FL # 335924)
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
Phone: (850) 435-7090
Fax: (850) 436-6090
Email: bgordon@levinlaw.com

*Plaintiffs Co-Lead Counsel*