

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

June 28, 2017

The Honorable Franklin L. Noel
Magistrate Judge, United States District Court
District of Minnesota
9W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN  55415

RE:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
      MDL No. 15-2666-JNE-FLN

Dear Judge Noel:

As requested by your Chambers, I am sending this letter memorializing that Defendants' response to Plaintiffs' Motion Seeking *In Camera* Review of Documents Withheld Under Claims of Privilege [Dkt. 532] will be filed on or before July 10, 2017. Plaintiffs have consented to this extension. This is seven days before Your Honor will hear Plaintiffs' motion, on July 17.

Sincerely,

/s/ Benjamin W. Hulse

Benjamin W. Hulse

BWH:ck