UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming<br>Products Liability Litigation | MDL No. 2666<br>(JNE/FLN) |
| This Document Relates to All Actions | **JOINT MOTION REGARDING<br>CONTINUED SEALING** |

Documents have been filed under temporary seal in connection with the following motion:

> *Defendant 3M Company's Motion to Remove "Confidential"      (Doc. No.*
> *Designation from Documents Produced by Augustine             519)*

Pursuant to LR 5.6, the parties submit this Joint Motion Regarding Continued Sealing.

1

Dated: July 3, 2017　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Monica L. Davies
　　　　　　　　　　　　　　　　　　　Jerry W. Blackwell (MN #186867)
　　　　　　　　　　　　　　　　　　　Mary S. Young (MN #0392781)
　　　　　　　　　　　　　　　　　　　Benjamin W. Hulse (MN #0390952)
　　　　　　　　　　　　　　　　　　　Monica L. Davies (MN #0135023)
　　　　　　　　　　　　　　　　　　　BLACKWELL BURKE P.A.
　　　　　　　　　　　　　　　　　　　431 South Seventh Street
　　　　　　　　　　　　　　　　　　　Suite 2500
　　　　　　　　　　　　　　　　　　　Minneapolis, MN  55415
　　　　　　　　　　　　　　　　　　　Phone: (612) 343-3256
　　　　　　　　　　　　　　　　　　　Fax: (612) 343-3205
　　　　　　　　　　　　　　　　　　　Email: blackwell@blackwellburke.com
　　　　　　　　　　　　　　　　　　　myoung@blackwellburke.com
　　　　　　　　　　　　　　　　　　　bhulse@blackwellburke.com
　　　　　　　　　　　　　　　　　　　mdavies@blackwellburke.com

　　　　　　　　　　　　　　　　　　　Bridget M. Ahmann (MN #016611x)
　　　　　　　　　　　　　　　　　　　FAEGRE BAKER DANIELS LLP
　　　　　　　　　　　　　　　　　　　2200 Wells Fargo Center
　　　　　　　　　　　　　　　　　　　90 South Seventh Street
　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55402
　　　　　　　　　　　　　　　　　　　(612) 766-7000
　　　　　　　　　　　　　　　　　　　Email: bridget.ahmann@faegrebd.com

　　　　　　　　　　　　　　　　　　　**Counsel for Defendants 3M Company and Arizant Healthcare, Inc.**


　　　　　　　　　　　　　　　　　　　/s/ Genevieve M. Zimmerman
　　　　　　　　　　　　　　　　　　　Genevieve M. Zimmerman (MN #330292)
　　　　　　　　　　　　　　　　　　　MESHBESHER & SPENCE, LTD.
　　　　　　　　　　　　　　　　　　　1616 Park Avenue South
　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55404
　　　　　　　　　　　　　　　　　　　Phone: (612) 339-9121
　　　　　　　　　　　　　　　　　　　Fax: (612) 339-9188
　　　　　　　　　　　　　　　　　　　Email: gzimmerman@meshbesher.com

Michael V. Ciresi (MN #0016949)
Jan M. Conlin (MN #0192697)
CIRESI CONLIN LLP
225 S. 6th St., Suite 4600
Minneapolis, MN 55402
Phone: 612.361.8202
Email: MVC@CiresiConlin.com
JMC@CiresiConlin.com

**Co-Lead Counsel for Plaintiffs**


/s/ J. Randall Benham
J. Randall Benham (#0154726)
AUGUSTINE BIOMEDICAL & DESIGN LLC
6581 City West Parkway
Eden Prairie, MN 55127
Phone: (952) 465-3500
Fax: (953) 465-3501
Email: rbenham@augbiomed.com

**Counsel for Scott Augustine**

| DKT. NO. | DESCRIPTION OF DOCUMENT | MARK "X" IN APPLICABLE COLUMN | | | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED[i] |
|---|---|---|---|---|---|---|
| | | Parties Agree Doc. Should Remain Sealed | Parties Agree Doc. Should Be Unsealed | Parties Disagree | | |
| 519 | Memorandum in Support of Motion to Remove "Confidential" Designation from Documents Produced by Augustine | | | X | | The parties agree that those portions of the memorandum discussing the documents de-designated pursuant to the Court's June 26, 2017 Order should be unsealed. The parties disagree as to the portions of the memorandum discussing Dr. Augustine's deposition testimony, for the reasons set forth below. |
| 522 | Exhibit A – Summary chart that describes the documents at issue in 3M's motion | | X | | Scott Augustine | This document is no longer deemed confidential, per the Court's June 26, 2017 Order. |
| 523 | Exhibit C – Email chain between J. Randall Benham, David Hodges, Gabriel Assaad and Scott Augustine, including emails from April 25, 2013 through April 30, 2013 | | X | | Scott Augustine | This document is no longer deemed confidential, per the Court's June 26, 2017 Order. |
| 524 | Exhibit D – Portions of the transcript of the Deposition of Scott D. Augustine and certain exhibits to that deposition | | | X | Scott Augustine | Dr. Augustine designated this portion of his deposition testimony as confidential. He is evaluating whether to continue that designation (and sealing), in light of the Court's June 26, 2017 Order. 3M does not believe the confidential |

4

| | | | | | | designation is appropriate and, and notes that Dr. Augustine has not identified any provision of the Protective Order that would be applicable. Thus, 3M does not believe that the testimony should remain sealed. |

---

i This explanation should be very brief.  For example:

1. contains information designated as confidential by a nonparty
2. contains information designated as confidential under a non-disclosure agreement between plaintiff and nonparty
3. contains information designated as confidential under a protective order issued in this case [Docket No. XX]
4. discovery materials filed in connection with a motion under Fed R. Civ. P. 37
5. reveals trade secrets of defendant
6. reveals proprietary business methods of plaintiff
7. confidential financial records
8. confidential medical records
9. contains termination information regarding former employees of defendant
10. reveals information regarding a minor
11. contains information ordered sealed by the court on DATE [Docket No. XX]