UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
|---|---|

This Document Relates To:

Spaich, 0:16-cv-04360-JNE-FLN
Manzanares, 0:16-cv-04381-JNE-FLN
Harkleroad, 0:16-cv-01986-JNE-FLN
Hurst, 0:16-cv-02083-JNE-FLN
Bryson, 0:16-cv-02936-JNE-FLN
Kaelin, 0:16-cv-03058-JNE-FLN

### DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 14

Pursuant to the Court's Pretrial Order No. 14 ("PTO 14"), entered September 27, 2016, Defendants 3M Company and Arizant Healthcare Inc. (collectively, "Defendants") move the Court to dismiss the following Plaintiffs' cases for failure to comply with PTO 14:

| Case Number | Title | Firm Name |
|---|---|---|
| 0:16-cv-04360-JNE-FLN | Spaich v. 3M Company | McGlynn, Glissoin & Mouton |
| 0:16-cv-04381-JNE-FLN | Manzanares v. 3M Company | Bernstein Liebhard LLP |
| 0:16-cv-01986-JNE-FLN | Harkleroad v. 3M Company et al. | Kennedy Hodges, L.L.P. |
| 0:16-cv-02083-JNE-FLN | Hurst et al v. 3M Company et al. | Kennedy Hodges, L.L.P. |
| 0:16-cv-02936-JNE-FLN | Bryson v. 3M Company | Pendley, Baudin & Coffin L.L.P. |

| 0:16-cv-03058-JNE-FLN | Kaelin v. 3M Company et al. | Kennedy Hodges, L.L.P. |

As set forth in the accompanying memorandum of law, Plaintiffs Spaich and Manzanares listed above failed to serve a PFS as required by PTO 14, ¶ 2 and, to date, remain delinquent. Additionally, Plaintiffs Harkleroad, Hurst, Bryson, and Kaelin listed above each served a PFS, but the PFSs contain core deficiencies (as defined by PTO 14) that remain uncured. Defendants placed the above cases on the agenda for two sequential Court status conferences. Dismissal of these cases with prejudice is therefore appropriate under PTO 14, ¶ 8, and Defendants respectfully request the Court grant their motion regarding same.

Dated: July 6, 2017                                   Respectfully submitted,

                                                      s/ Benjamin W. Hulse
                                                      Jerry W. Blackwell (MN #186867)
                                                      Benjamin W. Hulse (MN #0390952)
                                                      Mary S. Young (MN #0392781)
                                                      BLACKWELL BURKE P.A.
                                                      431 South Seventh Street
                                                      Suite 2500
                                                      Minneapolis, MN 55415
                                                      Phone: (612) 343-3256
                                                      Fax: (612) 343-3205
                                                      Email: blackwell@blackwellburke.com
                                                             bhulse@blackwellburke.com
                                                             myoung@blackwellburke.com

                              Bridget M. Ahmann (MN #016611x)
                              FAEGRE BAKER DANIELS LLP
                              2200 Wells Fargo Center
                              90 South Seventh Street
                              Minneapolis, MN 55402
                              Phone: (612) 766-7000
                              Email: bridget.ahmann@faegrebd.com

**Counsel for Defendants 3M Company and Arizant Healthcare Inc.**