UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To:<br><br>Spaich, 0:16-cv-04360-JNE-FLN<br>Manzanares, 0:16-cv-04381-JNE-FLN<br>Harkleroad, 0:16-cv-01986-JNE-FLN<br>Hurst, 0:16-cv-02083-JNE-FLN<br>Bryson, 0:16-cv-02936-JNE-FLN<br>Kaelin, 0:16-cv-03058-JNE-FLN | **NOTICE OF HEARING ON DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 14** |

PLEASE TAKE NOTICE that on July 20, 2017 at 9:30 a.m., before the Honorable Joan N. Ericksen, United States District Court, 12W U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, Defendants 3M Company and Arizant Healthcare, Inc. will respectfully move the Court to enter an order dismissing the following Plaintiffs' cases for failure to comply with the Court's Pretrial Order No. 14, entered September 27, 2016:

| Case Number | Title | Firm Name |
|---|---|---|
| 0:16-cv-04360-JNE-FLN | Spaich v. 3M Company | McGlynn, Glissoin & Mouton |
| 0:16-cv-04381-JNE-FLN | Manzanares v. 3M Company | Bernstein Liebhard LLP |
| 0:16-cv-01986-JNE-FLN | Harkleroad v. 3M Company et al. | Kennedy Hodges, L.L.P. |
| 0:16-cv-02083-JNE-FLN | Hurst et al v. 3M Company et al. | Kennedy Hodges, L.L.P. |
| 0:16-cv-02936-JNE-FLN | Bryson v. 3M Company | Pendley, Baudin & Coffin L.L.P. |

| 0:16-cv-03058-JNE-FLN | Kaelin v. 3M Company et al. | Kennedy Hodges, L.L.P. |
|---|---|---|

Dated:  July 6, 2017               Respectfully submitted,

*s/*Benjamin W. Hulse
Benjamin W. Hulse (#0390952)
**Attorney for Defendants 3M Company and Arizant Healthcare Inc.**
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN  55415
T: (612) 343-3200    F:  (612) 343-3205
bhulse@blackwellburke.com