UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To:<br><br>Spaich, 0:16-cv-04360-JNE-FLN<br>Manzanares, 0:16-cv-04381-JNE-FLN<br>Harkleroad, 0:16-cv-01986-JNE-FLN<br>Hurst, 0:16-cv-02083-JNE-FLN<br>Bryson, 0:16-cv-02936-JNE-FLN<br>Kaelin, 0:16-cv-03058-JNE-FLN | **DEFENDANTS' RULE 7.1(F) CERTIFICATE OF COMPLIANCE REGARDING DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 14** |

I, Benjamin W. Hulse, certify that Defendants' Memorandum in Support of Defendants' Motion to Dismiss for Failure to Comply with Pretrial Order No. 14 ("Memorandum") complies with limits Local Rule 7.1(f) and with the type-size limit of Local Rule 7.1(h).

I further certify that, in preparation of the above document, I used Microsoft Word 2010, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the Memorandum contains 2,450 words.

Dated:  July 6, 2017

Respectfully submitted,

*s*/Benjamin W. Hulse
Jerry W. Blackwell (#186867)
Benjamin W. Hulse (#0390952)
Mary S. Young (#0392781)
**Attorneys for Defendants 3M Company and Arizant Healthcare Inc.**
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN  55415
T: (612) 343-3200    F:  (612) 343-3205
blackwell@blackwellburke.com
bhulse@blackwellburke.com
myoung@blackwellburke.com

  AND

Bridget M. Ahmann (#016611x)
**Attorney for Defendants 3M Company and Arizant Healthcare Inc.**
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
T: (612) 766-7000    F: (612) 766-1600
bridget.ahmann@faegrebd.com