# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To: All Actions | **STATEMENT INSTEAD OF REDACTED DOCUMENT** |

    I certify that Defendants have filed a Notice of Motion and Motion to Dismiss for Failure to Comply with Pretrial Order No. 14, and a supporting Declaration of Benjamin W. Hulse with Exhibits A-E.

    The following Declaration Exhibit (D) contains information that may be subject to state and federal health care privacy laws, and redaction is impracticable.

    1.    Exhibit D, which are true and correct copies of the Plaintiff Fact Sheets for Plaintiffs Harkleroad, Hurst, Bryson, and Kaelin.  The documents contain information that may be subject to state and federal health care privacy laws.

Dated: July 6, 2017                                   Respectfully submitted,

/s/ Benjamin W. Hulse
Benjamin W. Hulse (MN #0390952)
BLACKWELL BURKE P.A.
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3256
Fax: (612) 343-3205
Email: bhulse@blackwellburke.com

**Co-counsel for Defendants
3M Company and
Arizant Healthcare Inc.**