UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To:<br><br>Spaich, 0:16-cv-04360-JNE-FLN<br>Manzanares, 0:16-cv-04381-JNE-FLN<br>Harkleroad, 0:16-cv-01986-JNE-FLN<br>Hurst, 0:16-cv-02083-JNE-FLN<br>Bryson, 0:16-cv-02936-JNE-FLN<br>Kaelin, 0:16-cv-03058-JNE-FLN | **(PROPOSED) ORDER GRANTING DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 14** |

This came before the Court on Defendants 3M Company and Arizant Healthcare Inc.'s (collectively, "Defendants") Motion to Dismiss for Failure to Comply with Pretrial Order No. 14.

Based on the files, records, and proceedings herein,

IT IS HEREBY ORDERED that Defendants' motion is GRANTED. The following actions are dismissed with prejudice:

| | |
|---|---|
| 0:16-cv-04360-JNE-FLN | Spaich v. 3M Company |
| 0:16-cv-04381-JNE-FLN | Manzanares v. 3M Company |
| 0:16-cv-01986-JNE-FLN | Harkleroad v. 3M Company et al. |
| 0:16-cv-02083-JNE-FLN | Hurst et al v. 3M Company et al. |
| 0:16-cv-02936-JNE-FLN | Bryson v. 3M Company |

| 0:16-cv-03058-JNE-FLN | Kaelin v. 3M Company et al. |

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date: _____     BY THE COURT

                                            _____
                                            Hon. Joan N. Ericksen
                                            JUDGE, U.S. DISTRICT COURT