# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To:<br>Robert Nelson   No. 15-4486 | NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

TO:   PARTIES, COUNSEL AND COURT ADMINISTRATOR.

PLEASE TAKE NOTICE that attorney Calvin L. Litsey hereby withdraws as counsel of record for Defendants 3M Company ("3M") and Arizant Healthcare, Inc. ("Arizant") (collectively, "Defendants") in the above matters.  Faegre Baker Daniels LLP and Blackwell Burke P.A. continue to represent Defendants in this litigation as shown below.

| | |
|---|---|
| Dated:  July 7, 2017 | *s/Bridget M. Ahmann*<br>Bridget M. Ahmann<br>MN Atty ID No. 016611x<br>M. Joseph Winebrenner<br>MN Atty ID No. 0387889<br>**Attorneys for Defendants 3M Company and Arizant Healthcare Inc.**<br>FAEGRE BAKER DANIELS LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402<br>T: (612) 766-7000    F:  (612) 766-1600<br>bridget.ahmann@faegrebd.com<br>joe.winebrenner@faegrebd.com |

Jerry W. Blackwell
MN Atty ID No. 0186867
Benjamin W. Hulse
MN Atty ID No. 0390952
Mary S. Young
MN Atty ID No. 0392781
Attorneys for Defendants 3M Company
and Arizant Healthcare Inc.
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN  55415
T: (612) 343-3200     F:  (612) 343-3205
blackwell@blackwellburke.com
bhulse@blackwellburke.com
myoung@blackwellburke.com

Calvin L. Litsey
MN Atty ID No. 0153746
**Attorneys for Defendants 3M Company and Arizant Healthcare Inc.**
FAEGRE BAKER DANIELS LLP
1990 South Bundy Drive, Suite 620
Los Angeles, CA 90025
T: 650.324.6700     F:  650.324.6701
calvin.litsey@FaegreBD.com

US.113145799.01