UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To: All Actions | **ORDER** |

The status conference that was scheduled for July 20, 2017, is HEREBY CANCELLED.

The hearing on Defendants' Motion to Dismiss for Failure to Comply with Pretrial Order No. 14 [Dkt. No. 590], which was also noticed for July 20, 2017, at 9:30 a.m., is HEREBY CANCELLED. The Court will consider the motion on the papers.

Although the July 20 status conference is cancelled, the parties are nonetheless invited to submit a joint update to the Court as usual. If any disputes are identified on the update pursuant to Pretrial Order No. 14 ¶ 7, those disputes will be deemed "addressed to the Court" notwithstanding the fact that there will be no in-court conference this month.

In addition, the status conference that is scheduled for August 17, 2017, at 9:30 a.m. in Courtroom 12W is HEREBY CANCELLED AND RESET to August 17, 2017, at **9:00 a.m.** in Courtroom 12W, U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415.

IT IS SO ORDERED.

Dated: July 11, 2017

s/ Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge