

Daniel J. McGlynn
Christopher D. Glisson
Benjamin P. Mouton

John R. Morganti
Eric E. Helm
Amanda L. Washington
Morgan E. Levy
Renee H. Pennington
Julie H. Ralph*
Paul B. Lauve (Ret.)

Of Counsel
Patrick B. Kennedy

*Only Lic. in AL & MS

340 Florida Street
Baton Rouge, Louisiana 70801
Mailing Address: Post Office Box 1909
Baton Rouge, LA 70821
Telephone: 225.344.3555
800.725.3555
Fax 225.344.3666

Mickey Skyring
Office Manager

www.mcglynnglisson.com

June 19, 2017

**VIA FED EX 2-DAY DELIVERY**
Randall Spaich
24617 E. Saratoga Pl.
Aurora, CO 80016



Re:   Bair Hugger Infection/Injury Claim

Dear Mr. Spaich:

You retained our law firm on January 15, 2016 to represent you on a claim for personal injury resulting from the use of a Bair Hugger Forced Air Warming Blanket during your April 2015 surgery of you hip/knee. After confirming that a Bair Hugger device was used during your surgery, we filed a lawsuit on your behalf on December 27, 2016.

My office has sent you several letters (January 5, 2017, March 27, 2017 and June 7, 2017) requesting that you return the completed Plaintiff Fact Sheet (PFS) relative to this matter. However, despite my letters, multiple phone calls and emails I have received no response from you. I personally called you last week and left a voicemail message for you and I emailed your wife. Both the phone call and the email have gone unanswered.

In this regard, I have no choice but to advise the defense attorneys and the MDL judge that you have been unresponsive to us in this matter and that we are unable to file the court-ordered PFS on your behalf. As a result of you unresponsiveness, the defendants will eventually file a motion with the court to dismiss your claim and I have no legal basis to object to their motion.

Please allow me to be clear once again that once your case is voluntarily dismissed with prejudice that action cannot be reversed. As such, I trust you have given serious thought and consideration to your decision not to respond to our multiple requests for information.

Certainly should you have any questions or if you decide to reconsider in the next day or two, please do not hesitate to contact me. This will be your last notice on your pending case unless I hear from you as soon as possible.

Randall Spaich
June 19, 2017
Page - 2 -

---

With kind regards, I am,

Sincerely,

*[signature]*

Benjamin P. Mouton

BPM/ka



July 11, 2017

Dear Customer:

The following is the proof-of-delivery for tracking number **811592030577**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Residence |
| Signed for by: | Signature not required | Delivery location: | CO |
| Service type: | FedEx 2Day | Delivery date: | Jun 21, 2017 13:37 |
| Special Handling: | Deliver Weekday | | |
| | Residential Delivery | | |

NO SIGNATURE REQUIRED
Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 811592030577 | Ship date: | Jun 19, 2017 |

Recipient:
CO US

Shipper:
BATON ROUGE, LA US

Reference          SPAICH BAIR HUGGER

Thank you for choosing FedEx.