IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

IN RE: BAIR HUGGER FORCED AIR        MDL No.: 15-md-02666 (JNE/FLN)
WARMING PRODUCT LIABILITY
LITIGATION

This Document Relates To:

DAVID HARKLEROAD, Individually and
on Behalf of the Estate of SANDRA K.
HARKLEROAD,

                                      Civil Action No.:  16-CV-01986-JNE-FLN

       Plaintiff,
_____

### PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS

       NOW COMES Plaintiff, David Harkleroad, identified in Defendants' Motion to Dismiss

for Failure to Comply with Pretrial Order No. 14 [Dkt. 590], and by and through undersigned

counsel submits this, his Response to Defendants' Motion to Dismiss, and would respectively

show the Court the following:[1]

1. In June of 2015, Mr. David Harkleroad contacted undersigned counsel regarding an
   infection and subsequent treatment to his widow, Mrs. Sandra Harkleroad, allegedly
   caused by the use of a Bair Hugger patient warming device during an orthopedic surgery.

2. Mr. Harkleroad reported to counsel that Mrs. Sandra Harkleroad had passed away on
   February 16, 2013.

3. Counsel worked to obtain medical records, billing records, and other necessary
   documentation to move forward with the case. Those records indicate that a Bair Hugger
   device was used during the original surgery.

---

[1] See Ex. A, Declaration of Donald C. Green II in Support of Plaintiff's Response to Defendants' Motion to Dismiss.

4.  On June 16, 2016, counsel filed the current action to comply with what was identified as the applicable statute of limitations deadline for the claim of Mrs. Sandra Harkleroad's estate.

5.  Efforts to contact Mr. Harkleroad to inform him of the Plaintiff Fact Sheet and other necessary steps of the litigation immediately after filing this action were unsuccessful, including phone calls on the following dates:

    - June 16, 2016
    - June 20, 2016
    - June 21, 2016
    - July 6, 2016
    - July 7, 2016
    - July 11, 2016
    - July 12, 2016
    - July 20, 2016
    - July 29, 2016

6.  Additionally, a contact letter was sent on July 20, 2016 requesting that Mr. Harkleroad contact his counsel's office at his earliest convenience.

7.  On August 2, 2016, counsel spoke with Mrs. Peggi Harkleroad, whom Mr. Harkleroad had married after the injured party's passing. Mrs. Peggi Harkleroad reported that Mr. Harkleroad had passed away.

8.  Mrs. Peggi Harkleroad reported that Mr. Harkleroad and Mrs. Sandra Harkleroad, the injured party, did not have any children together and that she was not aware of any surviving member of Mrs. Sandra Harkleroad's family. She also stated that she had no detailed information or other documentation regarding Mrs. Sandra Harkleroad.

9.  Subsequently, counsel followed up with Mrs. Peggi Harkleroad in an attempt to acquire more information on November 4, 2016 and January 21, 2017. On both occasions, Mrs. Peggi Harkleroad repeated that she had no additional information or documentation to offer regarding Mrs. Sandra Harkleroad.

10. As a result, counsel has not been able to obtain the necessary information to complete the Plaintiff Fact Sheet for this claim or to locate someone able to verify the limited information that counsel currently possesses.

Accordingly, undersigned counsel requests that the current action not be dismissed with prejudice, but stayed, and that any potential heir or interested party of Mrs. Sandra Harkleroad with standing be given a reasonable amount of time to contact counsel to provide the necessary information to submit a Plaintiff Fact Sheet and continue the case.


Dated: July 13, 2017                     KENNEDY HODGES, LLP

                                         By: /s/ David W. Hodges
                                         David W. Hodges
                                         dhodges@kennedyhodges.com
                                         Gabriel A. Assaad
                                         gassaad@kennedyhodges.com
                                         4409 Montrose Blvd. Ste 200
                                         Houston, TX 77006
                                         Telephone: (713) 523-0001
                                         Facsimile: (713) 523-1116

                                         ATTORNEYS FOR PLAINTIFF


## CERTIFICATE OF SERVICE

This is to certify that on July 13, 2017 a copy of the forgoing instrument was served on all parties via the Court's electronic filing system.

                                         By: /s/ David W. Hodges
                                            David W. Hodges

3