# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

IN RE: Bair Hugger Forced Air Warming Devices
Products Liability Litigation

**COURT MINUTES**
BEFORE: Franklin L. Noel
U.S. Magistrate Judge, Courtroom 9W

| | |
|---|---|
| MDL No.: | 15-2666 (JNE/FLN) |
| Date: | July 17, 2017 |
| Court Reporter: | N/A |
| Time Commenced: | 1:30 p.m. |
| Time Concluded: | 3:03 p.m. |
| Time in Court: | 93 minutes |

**APPEARANCES:**

For Plaintiffs:     Genevieve Zimmerman and Mark Bankston
For Defendants:     Jerry Blackwell, Ben Hulse, Bridget Ahmann, and Monica Davies

**Plaintiffs' motion seeking *in camera* review of documents withheld under claims of privilege [#532] was taken under advisement at the hearing.**

☒ ORDER TO BE ISSUED     ☐ NO ORDER TO BE ISSUED     ☐ R&R TO BE ISSUED     ☒ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court     ☐ Exhibits returned to counsel

Parties agree that the Court can rely on Defs. Exs. A and B, in reviewing the challenge previously included in Plaintiffs' Exs. 1 and 2

                                                                    s/CH
                                                        Signature of Law Clerk