

**Benjamin W. Hulse**
**Direct Dial: 612-343-3256**
E-Mail: bhulse@blackwellburke.com

July 18, 2017

The Honorable Joan N. Ericksen
United States District Court Judge
United States District Court, District of Minnesota
12W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

RE:  *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
     MDL No. 15-2666-JNE-FLN/*DePriest v. 3M Company* (No. 16-cv-03383-JNE-FLN)

Dear Judge Ericksen:

On June 16, 2017, the Court entered an order [15-md-2666 Dkt. No. 577] dismissing with prejudice several cases in the MDL for failure to comply with the Court's Pretrial Order No. 14 concerning Plaintiff Fact Sheets. As to one of those cases, *DePriest* (16-cv-03383), the Court stayed the dismissal with prejudice for 30 days to allow plaintiff the opportunity to cure the deficiency by serving a completed Plaintiff Fact Sheet ("PFS") on Defendant 3M Company ("3M") and filing a certificate of service on the record.

The due date for submission of these documents has passed without service on 3M of DePriest's PFS and the filing of a certificate of service on the record. Accordingly, 3M respectfully requests that the Court lift the stay and enter dismissal with prejudice of the *DePriest* (16-cv-03383) case.

Sincerely,

s/Benjamin W. Hulse

Benjamin W. Hulse