UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation<br><br>This Document Relates To:<br>All Actions | MDL No. 15-2666 (JNE/FLN)<br><br>**DEFENDANTS' MOTION TO TAKE DISCOVERY CONCERNING NEW AUGUSTINE ARTICLE RELIED UPON BY PLAINTIFFS AND THEIR EXPERTS** |

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, Defendants respectfully move the Court for an order (1) granting leave to take written and deposition discovery from the hospitals discussed in Augustine's July 2017 publication, including updating its discovery to Ridgeview Medical Center; (2) allowing 3M a total of nine additional hours (in lieu of the four previously granted) to complete Augustine's deposition; and (3) allowing 3M to seek additional documents from Augustine and his various entities concerning the publication.

Defendants rely on the accompanying memorandum of law in support of their motion, as well as the Declaration of Monica L. Davies and the exhibits thereto, and all prior proceedings and pleadings heretofore had herein.

Dated: July 24, 2017					Respectfully submitted,


							s/ Monica L. Davies
							Jerry W. Blackwell (MN #186867)
							Benjamin W. Hulse (MN #0390952)
							Monica L. Davies (#0315023)
							BLACKWELL BURKE P.A.
							431 South Seventh Street
							Suite 2500
							Minneapolis, MN 55415
							Phone: (612) 343-3248
							Fax: (612) 343-3205
							Email: blackwell@blackwellburke.com
							           bhulse@blackwellburke.com
							           mdavies@blackwellburke.com

							Bridget M. Ahmann (MN #016611x)
							FAEGRE BAKER DANIELS LLP
							2200 Wells Fargo Center
							90 South Seventh Street
							Minneapolis, MN 55402
							Phone: (612) 766-7000
							Email: bridget.ahmann@faegrebd.com

							**Counsel for Defendants 3M Company and Arizant Healthcare, Inc.**