## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

In re Bair Hugger Forced Air Warming
Products Liability Litigation

This Document Relates To:
All Actions

MDL No. 15-2666 (JNE/FLN)

**NOTICE OF HEARING ON DEFENDANTS' MOTION TO TAKE DISCOVERY CONCERNING NEW AUGUSTINE ARTICLE RELIED UPON BY PLAINTIFFS AND THEIR EXPERTS**

---

PLEASE TAKE NOTICE THAT on August 7, 2017 at 9:30 a.m., before the Honorable Franklin L. Noel, United States District Court, 9W U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, Defendant 3M Company will respectfully move the Court for an order (1) granting leave to take written and deposition discovery from the hospitals discussed in Augustine's July 2017 publication, including updating its discovery to Ridgeview Medical Center; (2) allowing 3M a total of nine additional hours (in lieu of the four previously granted) to complete Augustine's deposition; and (3) allowing 3M to seek additional documents from Augustine and his various entities concerning the publication.

Dated: July 24, 2017                    Respectfully submitted,


                                        s/ Monica L. Davies
                                        Jerry W. Blackwell (MN #186867)
                                        Benjamin W. Hulse (MN #0390952)
                                        Monica L. Davies (MN #0315023)
                                        BLACKWELL BURKE P.A.
                                        431 South Seventh Street
                                        Suite 2500
                                        Minneapolis, MN 55415
                                        Phone: (612) 343-3248
                                        Fax: (612) 343-3205
                                        Email: blackwell@blackwellburke.com
                                                bhulse@blackwellburke.com
                                                mdavies@blackwellburke.com

                                        Bridget M. Ahmann (MN #016611x)
                                        FAEGRE BAKER DANIELS LLP
                                        2200 Wells Fargo Center
                                        90 South Seventh Street
                                        Minneapolis, MN 55402
                                        Phone: (612) 766-7000
                                        Email: bridget.ahmann@faegrebd.com

                                        **Counsel for Defendants 3M Company
                                        and Arizant Healthcare, Inc.**