# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

In re Bair Hugger Forced Air Warming Products Liability Litigation

This Document Relates To:
All Actions

MDL No. 15-2666 (JNE/FLN)

**DECLARATION OF MONICA L. DAVIES IN SUPPORT OF DEFENDANTS' MOTION TO TAKE DISCOVERY CONCERNING NEW AUGUSTINE ARTICLE RELIED UPON BY PLAINTIFFS AND THEIR EXPERTS**

---

Monica L. Davies, being first duly sworn, deposes and declares:

1.      I am one of the attorneys representing Defendants in connection with the above-referenced matter.  I make this declaration in support of Defendants' Motion to Take Discovery Concerning New Augustine Article Relied Upon by Plaintiffs and Their Experts.

2.      Attached hereto as Exhibit 1 is a copy of Scott D. Augustine, *Forced-air warming discontinued: periprosthetic joint infection rates drop*, Orthopedic Reviews 2017; vol. 9:6998, 39 (2017).

3.      Attached hereto as Exhibit 2 is a copy of certain portions of the deposition of Jonathan Samet, M.D.

4.      Attached hereto as Exhibit 3 is a copy of certain portions of a rough draft of the transcript of Jonathan Borak.

5.      Attached hereto as Exhibit 4 is a copy of certain portions of a rough draft of the transcript of Theodore R. Holford.

6.     Attached hereto as Exhibit 5 is a copy of a document produced to Defendants by Ridgeview Medical Center, identified as RMC000102-05.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 24th day of July, 2017.

                                        s/ Monica L. Davies
                                        Monica L. Davies (MN #0315023)
                                        BLACKWELL BURKE P.A.
                                        431 South Seventh Street
                                        Suite 2500
                                        Minneapolis, MN 55415
                                        Phone: (612) 343-3248
                                        Fax: (612) 343-3205
                                        Email: mdavies@blackwellburke.com