# EXHIBIT 1



# Forced-air warming discontinued: periprosthetic joint infection rates drop

Scott D. Augustine

**Augustine Temperature Management LLC, Eden Prairie, MN, USA**

## Abstract

Several studies have shown that the waste heat from forced-air warming (FAW) escapes near the floor and warms the contaminated air resident near the floor. The waste heat then forms into convection currents that rise up and contaminate the sterile field above the surgical table. It has been shown that a single airborne bacterium can cause a periprosthetic joint infection (PJI) following joint replacement surgery. We retrospectively compared PJI rates during a period of FAW to a period of air-free conductive fabric electric warming (CFW) at three hospitals. Surgical and antibiotic protocols were held constant. The pooled multicenter data showed a decreased PJI rate of 78% following the discontinuation of FAW and a switch to air-free CFW (n=2034; P=0.002). The 78% reduction in joint implant infections observed when FAW was discontinued suggests that there is a link between the waste FAW heat and PJIs.

## Introduction

It is now generally recognized that in the absence of active warming, most surgical patients will become clinically hypothermic. It has also been shown that mild perioperative hypothermia is detrimental to a variety of outcomes including increased soft tissue infections (SSI),[1,2] increased bleeding and transfusion requirements,[3,4] increased risk of morbid cardiac events,[5] prolonged recovery and prolonged hospital stays.[1] As a result of these studies and others like them, FAW has become a Standard of Care for most surgical procedures.[6]

In 2009, we reported the results of our laboratory research showing that the waste air from FAW is not simply benign waste air, but is also approximately 1000 watts of waste heat (www.Heat-rises.blogspot.com). In some circumstances, the waste heat and air escapes from under the surgical drape near the floor, where it warms the contaminated air normally resident near the floor.

The contaminated warm air forms into convection currents that rise along the sides of the surgical table, mobilizing the floor bacteria into the sterile surgical field above the patient. In other circumstances, the waste heat radiates through the surgical drape, inducing a tornado-like vortex near the anesthesia screen. This tornado-like vortex has been shown to vacuum contaminants from the floor and deposit them into the sterile surgical field.

The fact that waste FAW heat causes contamination of the sterile surgical field has been corroborated by seven peer-reviewed, published studies.[7-13] One study by Legg et al., for example, showed that there are 2000 times more contaminating particles above the surgical site when FAW is used than with air-free CFW.[7]

It has been shown that the concentration of contaminants in the air of the sterile surgical field correlates positively with the risk of PJI during total joint replacement surgery.[14-20] It is also known that in contrast to soft tissue SSIs, which require an inoculum of more than 1 million bacteria,[21] a single bacterium can cause a catastrophic PJI, and that the bacterium is usually an airborne contaminant.[16-18] Therefore, it is only logical to suspect that the contamination from the rising waste FAW heat could increase the risk of PJIs.

A large retrospective outcome study by McGovern et al. showed a correlation between the rising waste FAW heat and the majority of deep joint infections in total joint replacement surgery.[8] The investigators reported a 74% reduction in PJIs when they discontinued the use of FAW. The lower infection rates were achieved using air-free CFW warming: *[FAW] Patient warming ventilation disruption was associated with a significant increase in deep joint infections…*[8]

Similarly, airborne contamination has recently been linked to heart valve infections.[22] The FDA and the chain of infection (CDC) have both issued warnings about Nontuberculous *Mycobacterium* (NTM) infections associated with heater-cooler devices (HCD) used during cardiac surgery.[23,24] Heart valve infections were genetically linked to *Mycobacteria chimaera* growing in the water bath of the HCD machines, which are then aerosolized into the air of the operating room by the cooling fan of the HCD. The contamination and infections from both HCD and FAW share the following traits: biofilm-forming organisms are growing within the inaccessible parts of the devices that cannot be disinfected or cleaned (FAW also mobilizes skin bacteria shed from the surgical staff, which has settled to the floor); the organisms are

Correspondence: Scott D. Augustine, Augustine Temperature Management, 6581 City West Parkway, Eden Prairie, MN, 55344, USA.
Tel: +1.952.465.3502 - Fax: +1.952.465.3501.
E-mail: saugustine@augbiomed.com

Key words: Infection; Wound; Surgical site infection; Nosocomial infections; Health care associated infections.

Contributions: SDA gathered the data and wrote the paper.

Conflict of interest: SDA is the founder, CEO and holds equity in Augustine Temperature Management, LLC, the manufacturer of HotDog® CFW.

Received for publication: 6 December 2016.
Accepted for publication: 15 January 2017.

This work is licensed under a Creative Commons Attribution NonCommercial 4.0 License (CC BY-NC 4.0).

©Copyright S.D. Augustine, 2017
Licensee PAGEPress, Italy
Orthopedic Reviews 2017;9:6998
doi:10.4081/or.2017.6998

aerosolized by high-velocity warm air blown into the operating room by the HCD and FAW equipment; the warm air forms into convection currents and rises as all warm air does; the rising convection currents of warm air easily penetrate the protective downward airflow of the ultraclean ventilation system; the airborne bacterium settles on the implanted foreign material (cardiac valve or hip/knee replacement) that is highly susceptible to infection; the bacterium protects itself in a biofilm coating and sprouts into an infection up to a year later.

FAW is a far worse offender than HCD: more waste heat (1000 watts), as much or more blowing air (40-50 cfm), and exhaustion of the waste heat and air inside the ventilation flow field. The McGovern study suggests that up to 74% of the 20,000 hip and knee implant infections that occur annually in the US may be caused by FAW. This is a very significant, but easily solvable, public health problem.

## Materials and Methods

This study is designed to investigate periprosthetic joint infection (PJI) rates while using FAW (Bair Hugger®, 3M, St. Paul, MN, USA) compared with air-free CFW (HotDog®, Augustine Temperature





Management, Eden Prairie, MN, USA). The measured outcome in each of these studies is PJI. This multicenter retrospective outcome study consists of data reported by three hospitals.

Each hospital report shares a study design similar to the McGovern study. In each study, a baseline PJI rate was determined for the FAW control group over a one-year period of time ($t_{FAW}$). FAW was then discontinued, and the hospital switched to air-free CFW warming. Any infections occurring during the first two months after the switch in warming technologies were disregarded. Given that PJIs do not necessarily occur in the immediate postoperative period, it would be impossible to know if an infection occurring during the *washout period* came from the FAW or CFW time period. Starting with month three of the CFW period, the PJI rate was determined for the following 6-24 months of data collection ($t_{CFW}$). The changes in PJI rates from $t_{FAW}$ to $t_{CFW}$ were then determined.

Only hospitals reporting that no other significant changes were made to their surgical and antibiotic prophylaxis protocols during the study period qualified to be part of this study. No effort was made to standardize surgical protocols, the assumption being that the averaging of the multicenter data would offset minor variations in protocols. No effort was made to control for demographic variables, with the assumption being that the average patient population using a given hospital for total joint replacement surgery does not change appreciably from year to year.

Model selection and parameter significance tests were performed by comparing differences in model deviance to the expectation value under the $c^2$ distribution (likelihood ratio test), 0.5 was added to each cell using Haldane correction for sparse observations. A paid, independent statistician performed statistical calculations.

## Results

As shown in Table 1, each of the three hospitals reported in this study showed significant decreases in the PJI rates (81, 100 and 34%) when FAW was discontinued in orthopedic surgery. In each case, the lower PJI rate was achieved while using air-free CFW. The three hospitals reported in this study were the first three that the authors contacted. No other hospitals were omitted from the study for any reason.

Center #1 is a medium-sized independent regional healthcare network. Their PJI rate while using FAW was 1.55%, which decreased to 0.29% with CFW, a decrease of 81%. Center #2 is an independent orthopedic and sports institute. Their PJI rate while using FAW was 2.28%, which decreased to 0.0% with CFW, a decrease of 100%. Center #3 is a medium-sized community hospital. Their PJI rate while using FAW was 1.57%, which decreased to 1.03%

**Table 1. Periprosthetic joint infection results.**

| Patient warming device | Developing infection, n (%) | Not developing infection, n (%) | Odds ratio (95% confidence interval) | P |
|---|---|---|---|---|
| Center #1 | | | | |
| Conductive fabric | 2 (0.3) | 675 (99.7) | 1.0 | 0.029[§] |
| Forced air | 6 (1.5) | 382 (98.5) | 4.59 (1.06, 19.85) | |
| Center #2 | | | | |
| Conductive fabric | 0 (0.0) | 218 (100) | 1.0 | 0.031[§] |
| Forced air | 4 (2.3) | 171 (97.7) | 11.47 (0.61, 214.43) | |
| Center #3 | | | | |
| Conductive fabric | 2 (1.0) | 192 (99.0) | 1.0 | 0.70[§] |
| Forced air | 6 (1.6) | 376 (98.4) | 1.33 (0.31, 5.78) | |
| Multicenter pooled results | | | | |
| Conductive fabric | 4 (0.4) | 1085 (99.6) | 1.0 | 0.002[§] |
| Forced air | 16 (1.7) | 929 (98.3) | 4.28 (1.50, 12.19) | |

**Table 2. Chain of infection analysis.**

| Chain of infection methodology | HCD | FAW |
|---|---|---|
| 1. Infectious agent | Biofilm producing *Mycobacterium chimaera* | Biofilm producing skin bacteria, especially *Staphylococcus* |
| 2. Reservoir | The inaccessible internal water-flow pathway of the HCD | i) The inaccessible internal airflow pathway of the FAW blower; ii) the skin of the surgical staff |
| 3. Portal of exit | Aerosolized into and exhausted with the heated cooling air | i) Aerosolized into and exhausted with the heated air; ii) skin cells and bacteria shed into the air of the OR from the surgical staff |
| 4. Mode of transmission | i) Waste heat rises outside the ventilation flow field and is then entrained into the downward ventilation airflow; ii) The waste heat from the HCD is blown inside the ventilation flow field near floor. Much like the waste heat from FAW, it then rises | The waste FAW hot air escapes from under the lower edge of the surgical drape near the floor inside the ventilation flow field. It warms the contaminated air that is normally resident near the floor. The waste heat and the warmed contaminated floor air then rise alongside the surgical table and end up in the sterile surgical field above the patient |
| 5. Portal of entry | Cardiac surgery | Orthopedic surgery |
| 6. Susceptible host | The surgical patient receiving implanted foreign materials | The surgical patient receiving implanted foreign materials |

HCD, heater-cooler device; FAW, forced-air warming.





with CFW, a decrease of 34%. The pooled multicenter data showed a PJI rate of 1.69%, which decreased 78 to 0.37% following the discontinuation of FAW and a switch to air-free CFW (n=2034; P=0.002).

## Discussion

This is a multicenter observational outcome study investigating the possible relationship between FAW and PJI in hip and knee total joint replacement surgery. The data were collected retrospectively at three hospitals. The switch from FAW to air-free conductive fabric warming is the only independent variable identified during the study period. It is axiomatic that warming by convection is inefficient; resulting in the release of waste heat.[25] The most common brand of FAW was used by all three hospitals in this study. However, it must be noted that all other brands of FAW also release approximately the same amount of waste heat, thereby causing the same surgical contamination risks. The pooled multicenter data from the three hospitals reported in this study showed a decreased PJI rate of 78% following the discontinuation of FAW and a switch to air-free CFW. This pooled result corroborates the findings of the McGovern study, which reported a 74% decrease in PJI rates when FAW was discontinued and CFW was initiated.[8] Assuming that there were no other unreported significant changes in the surgical or antibiotic protocols during the study period, the significant drop in the PJI rates must be attributed to the discontinuation of FAW until proven otherwise.

The suggestion that FAW could simultaneously be causing PJIs and reducing soft tissue SSIs seems to be contradictory. However, this apparent contradiction is explained by the presence or absence of biofilm.[26] Biofilm is a coating of exopolysaccharide material that protects the bacterium from antibodies and antibiotics, effectively allowing it to hibernate for up to one year before sprouting into a full infection. Many bacteria can form biofilm coatings in the presence of implanted foreign materials, but cannot form effective biofilm in soft tissue.[26] The result is that the infectious process is fundamentally different in joint replacement surgery, where a single bacterium can cause an infection, compared to soft tissue surgery, where an inoculum of more than one million bacteria is usually required to cause an infection.[16-18] Patients receiving implants, especially orthopedic implants, are especially susceptible to infection because bacteria can form biofilm on the implant.

The often-referenced studies showing that FAW reduces SSIs were investigating soft tissue surgery (colon, breast and hernia), where effective biofilm cannot be formed.[1,2] With soft tissue surgery, maintaining normothermia by any means of active warming seems to lower the infection rate. Even heavily contaminated air cannot introduce the inoculum of more than one million bacteria into a wound, the quantity required for a soft tissue infection. In contrast, the results of this study suggest that FAW should not be used during joint replacement surgery, where a single bacterium is adequate to cause the PJI.[16-18]

There is a striking similarity between the waste heat and air from HCD causing heart valve infections and the waste heat and air from FAW causing PJIs after hip and knee replacement surgery. Using the CDC's *chain of infection* methodology, the similarities between HCD infections and FAW infections can be appreciated (Table 2).

The similarity between these infections and the equipment causing them supports the CDC's broad recommendation to not use any equipment that blows air in the operating room. *Nothing that blows air should be in an operating theater, if possible* and *…it is important not to blow air in the operating theater.*[24]

In summary, seven published studies have documented the contamination of the sterile surgical field by the rising waste FAW heat.[7-13] Now, there are two retrospective outcome studies investigating the linkage between the rising waste FAW heat and deep PJI in joint replacement surgery. Both of these studies show significant decreases in PJI rates when the use of FAW is discontinued. Discontinuing the use of FAW in this multicenter retrospective trial resulted in a reduction of the PJI rates of 78%, which is consistent with the 74% reduction reported by McGovern *et al.*[8] In both of these studies, the lower infection rates were achieved while using air-free CFW.

According to the American Academy of Orthopedic Surgeons, the incidence of periprosthetic joint infection after primary hip or knee arthroplasty is over 2% among the Medicare population.[29] Therefore, the approximately one million of these procedures performed annually in the US should result in 20,000 PJIs per year. 20,000 catastrophic, permanently disabling PJI infections per year would seem to qualify as a public health crisis if they have a common etiology. This study suggests that more than 15,000 of these infections (78%) may be caused by FAW and are thus preventable.

Given the current FAW contamination and infection research and the CDC's recent admonition against blowing air in the oper-

ating room, it may be that a randomized controlled trial (RCT) would be unethical at this point. Therefore, retrospective outcome studies are the most robust clinical information that is likely to be available on this topic, and additional studies should be encouraged.

## Conclusions

Based on these data it seems prudent that hospitals and clinicians avoid using forced-air warming on patients during surgeries involving implanted materials, especially joint replacements, until it is proven to be safe.

## References

1. Kurz A, Sessler DI, Lenhardt R. Perioperative normothermia to reduce the incidence of surgical-wound infection and shorten hospitalization. Study of wound infection and Temperature Group. New Engl J Med 1996;334: 1209-15.
2. Melling AC, Ali B, Scott EM, Leaper DJ. Effects of preoperative warming on the incidence of wound infection after clean surgery: a randomized controlled trial. Lancet 2001;358:876-80.
3. Rajagopalan S, Mascha E, Na J, Sessler DI. The effects of mild perioperative hypothermia on blood loss and transfusion requirement. Anesthesiology 2008;108:71-7.
4. Schmied H, Kurz A, Sessler DI, et al. Mild hypothermia increases blood loss and transfusion requirements during total hip arthroplasty. Lancet 1995;347:289-92.
5. Frank S, Fleisher LA, Breslow MJ, et al. Perioperative maintenance of normothermia reduces the incidence of morbid cardiac events: a randomized clinical trial. J Am Med Assoc 1997;277:1127-34.
6. Forbes SS, Eskicioglu C, Nathens AB, et al. Evidence-based guidelines for prevention of perioperative hypothermia. J Am Coll Surg 2009;209:492-503.
7. Legg AJ, Hamer AJ. Forced-air patient warming blankets disrupt unidirectional airflow. Bone Joint J 2013;95:407-10.
8. McGovern PD, Albrecht M, Nachtsheim C, et al. Forced air warming and ultra-clean ventilation do not mix. J Bone Joint Surg Brit 2011;93:1537-44.
9. Belani K, Albrecht M, McGovern PD,





et al. Patient warming excess heat: effects on orthopedic operating room ventilation performance. Anesth Analg 2013;117:406-11.

10. Dasari KB, Albrecht M, Harper M. Effect of forced-air warming on the performance of theatre laminar flow ventilation. Anaesthesia 2012;67:244-9.

11. Legg AJ, Cannon T, Hammer AJ. Do forced air patient warming devices disrupt unidirectional downward airflow? J Bone Joint Surg Brit 2012;94:244-56.

12. Moretti B, Larocca AMV, Napoli C, et al. Active warming systems to maintain perioperative normothermia in hip replacement surgery: a therapeutic aid or a vector of infections? J Hosp Infect 2009;73:58-63.

13. Scherrer M. Hygiene and room climate in the operating room. Minim Invasive Ther Allied Technol 2003;12:293-9.

14. Lidwell OM. Clean air at operation and subsequent sepsis in the joint. Clin Orthop Relat Res 1986;211:91-102.

15. Lidwell OM, Lowbury EJ, Whyte W. Effect of ultra-clean air in operating rooms on deep sepsis in the joint after total hip or knee replacement. Brit Med J 1982;285:10-14.

16. Lidwell OM, Lowbury EJ, Whyte W, et al. Bacteria isolated from deep joint sepsis after operation for total hip or knee replacement and the sources of the infections with Staphylococcus aureus. J Hosp Infect 1983;4:19-29.

17. Whyte W, Hodgson R, Tinkler J. The importance of airborne bacterial contamination of wounds. J Hosp Infect 1982;3:123-35.

18. Petty W, Spanier S, Shuster JJ. The influence of skeletal implants on incidence of infection. J Bone Joint Surg 1985;67:1236-44.

19. Lidwell OM. Airborne contamination of wounds in joint replacement operations: the relationship to sepsis rates. J Hosp Infect 1983;4:111.

20. Gosden PE, Macgowan AP, Bannister G. Importance of air quality and related factors in the prevention of infection in orthopaedic implant surgery. J Hosp Infect 1998;39:173-80.

21. Elek SD, Cohen PE. The virulence of Staphylococcus pyogenes for man. A study of the problem of wound infection. Brit J Exp Pathol 1957;38:573-86.

22. Sommerstein R, Ruegg C, Kohler P, et al. Transmission of Mycobacterium chimaera from heater-cooler units during cardiac surgery despite an ultraclean air ventilation system. Emerging Infectious Diseases (CDC) 2016;22:1008-13.

23. Food and Drug Administration. Nontuberculous mycobacterium (NTM) infections associated with heater-cooler devices (HCD) during cardiothoracic surgery: FDA executive summary prepared for the Circulatory Devices Panel of the Medical Devices Advisory Committee (June 2-3, 2016). Available from: http://www.fda.gov/downloads/AdvisoryCommittees/CommitteesMeetingMaterials/MedicalDevices/MedicalDevicesAdvisoryCommittee/CirculatorySystemDevicesPanel/UCM503716.pdf

24. Perz J, Bell M. Nontuberculous mycobacterium infections associated with heater-cooler devices. Atlanta, GA, USA: CDC Healthcare Infection Control Practices Advisory Committee meeting minutes; 2015. Available from: http://www.cdc.gov/hicpac/pdf/mm/November%205-6%202015HICPAC-Meeting_Summary_Final-508.pdf

25. Bayazit Y, Sparrow EM. Energy efficiency comparison of forced-air versus resistance heating devices for perioperative hypothermia management. Energy 2010;35:1211-5.

26. Galanakos SP, Monteiro FJ, Ferraz MP. Biofilm and orthopaedic practice: the world of microbes in a world of implants. J Ortho Trauma 2009;23:175-9.

OPEN ACCESS

# EXHIBIT 2

Page 1

1                    UNITED STATES DISTRICT COURT

2                      DISTRICT OF MINNESOTA

3

4    In re Bair Hugger Forced Air      )   MDL No. 15-2666

     Warming Products Liability        )          (JNE/FLN)

5    Litigation,                       )   VOLUME I

                                       )   PAGES 1-210

6

7

8

9

10

11

12

13        VIDEOTAPED DEPOSITION OF JONATHAN SAMET, M.D.

14             LOS ANGELES, CALIFORNIA

15              TUESDAY, JULY 11, 2017

16

17

18

19

20

21

22

23

24   Job No. 124786

25   DORIEN SAITO, CSR 12568, CLR

Page 30

1    A   Yeah.  Up to -- up to the time of March 30.
2    Q   Up to the time of March 30.  You anticipated
3  my next question.
4        Subsequent to March 30, have you reviewed any
5  other materials that have in any way impacted your
6  opinions in this matter?
7    A   I've seen one additional peer reviewed
8  publication by Augustine describing three --
9  interrupted time series studies of fecal infections in
10  three institutions with a switch from forced-air
11  warming to conductive warming.
12    Q   Had you ever seen that publication before or
13  the journal in which it was -- well, strike that.
14        You said it was a peer reviewed publication.
15        How did you determine that?
16    A   My understanding was that it was a peer
17  reviewed journal.
18    Q   Where did that understanding come from?
19    A   I guess acceptance that it was in the journal
20  that I thought was peer reviewed.
21    Q   Did you do anything to investigate whether it
22  was a peer reviewed journal?
23    A   Specifically, no.
24    Q   Did you do anything to investigate whether it
25  was --

Page 31

1        Well, did you do anything to determine
2  what -- whether the journal in which it was published
3  was one that was widely read or -- or well respected
4  in the -- in any particular medical fields?
5    A   As I -- as I recall, the paper did have both
6  a public -- sorry -- a submission and an acceptance
7  date, which would imply to me that it was, in fact,
8  peer reviewed.
9        I'm not specifically familiar with that
10  journal versus other journals in the -- in that
11  general area.
12    Q   Have you -- you published hundreds of papers,
13  haven't you?
14    A   I've published hundreds of papers.
15    Q   Have you ever had to pay to publish them?
16    A   I'm sorry?
17    Q   Have you ever had to pay to publish any of
18  your publications?
19    A   I would have to think because in today's
20  online journal world, you sometimes pay.  And whether
21  some of my papers have to be in Class One [phonetic]
22  or some of the journals where you pay.  I'd have to
23  look.  That's something that's happening in today's
24  publication world.
25    Q   As you sit here today, can you remember

Page 32

1  having yourself to pay an online publisher to publish
2  a paper you had authored co-authored?
3    A   I would have to look because I think some of
4  our recent online papers had been in such journals
5  regarding global health, but I -- I can't pull up the
6  details of that today.
7    Q   This Augustine publication that you -- that
8  you read, how did you come to learn about its
9  existence?
10    A   I actually learned about it from, uh,
11  Jan Conlin.
12    Q   Okay.  And how long ago did you read it?
13    A   Oh, initially, within the last ten days
14  probably.
15    Q   Did you -- one of the things that you
16  indicated that you reviewed prior to rendering your
17  opinions in this matter was the -- hold on.  I
18  misspoke.  I apologize.  I withdraw that.
19        Have you ever read the deposition of
20  Scott Augustine?
21    A   Well, I -- I will say that I have seen a
22  number of depositions.  Would -- in all honestly, I
23  have difficult saying this is the reliance list here
24  in terms of what I looked at.
25    Q   I -- I'm sorry.  Could you explain that.  So

Page 33

1  Exhibit C is not a comprehensive --
2    A   No.  Exhibit C is what I looked at.  I kind
3  of --
4    Q   Okay.
5    A   Yeah.
6    Q   And I assume you tried to be as comprehensive
7  as possible.
8    A   Yes.  And reviewed the materials that I had
9  in preparing this list.
10    Q   I don't see the deposition of Scott Augustine
11  included in the reliance materials.
12        Is that -- is that an oversight, or is
13  that -- is that -- is it accurate that you did not
14  read Dr. Augustine's deposition?
15    A   Well, the -- the only thing I'm saying is
16  that in preparing this list, we went through
17  everything that was on hand in my office and had been
18  sent to me.  So unless we missed it, it's on here.
19    Q   As you sit here today, do you have any
20  independent recollection of having reviewed either the
21  full Augustine transcript or any portions of his
22  actual testimony?
23    A   I -- I mean, again, I can't swear now having
24  read through or at least skimmed through it.  So many
25  of these depositions.  That one specifically.

Page 34

1  Q   Did you -- do you know if you had occasion to
2  look at any of the exhibits that were marked at the
3  Augustine deposition?
4  A   I don't know.
5  Q   Well, let me be more specific.
6  Do you recall when you saw this Augustine
7  paper that you brought up that you said you saw maybe
8  ten days ago, when you looked at it, did -- did you
9  look -- did anything trigger a thought in your mind
10  that "Gee, this looks like something I've already" --
11  "at least part of something that I've already seen
12  before"?
13  A   Not specifically, no.
14  Q   That appeared to be like brand-new material?
15  A   (Nodding head.) Yes.
16  Q   So as you sit here today, do you have any
17  information about the background of how that Augustine
18  study came to be prepared, the underlying data, any --
19  any -- any information about it other than what was
20  represented by Dr. Augustine in the publication
21  itself?
22  A   To my -- to my memory, my -- my
23  understanding, that paper is based on reading it.
24  Q   Has that paper had any impact on your
25  opinions?

Page 35

1  A   I regard the paper as another piece of
2  observational evidence that provides an estimate of
3  risk of deep joint infection associated with the Bair
4  Hugger device versus the comparison.
5  Q   You -- ultimately, your opinion in -- the --
6  the sort of the bottom line general opinion was that
7  you concluded that the -- based on your
8  epidemiological expertise, that the Bair Hugger -- use
9  of the Bair Hugger in orthopedic surgery is a
10  substantial contributing cause to the development of
11  periprosthetic joint infection; is that right?
12  A   That's the last sentence of my report,
13  page 17.
14  Q   I want to ask about this phrase "substantial
15  contributing cause."
16  Is that a concept that's used in the field of
17  epidemiology?
18  A   Well, I think there are a number of different
19  approaches taken to describe causation, strength of
20  causation, contribution to cause.  There's -- so I --
21  it's -- it's a word that I have seen used or a phrase
22  that I've seen.
23  Q   It's not a phrase that you use, though;
24  right?
25  A   I think it would depend on the context.

Page 36

1  If -- this refers to the magnitude of excess risk.  So
2  it's a description based on the odds ratio of the
3  strength of association.
4  Q   You've written or co-authored hundreds of --
5  of papers and studies that looked at odds ratios,
6  attributable risk, and things like that, and drawn
7  causal conclusions; right?
8  A   In -- in -- in various activities and not
9  specifically in the context of my papers.  I've worked
10  on reports and other expert documents that had causal
11  conditions.
12  Q   Would it surprise you that not one of your
13  publications has ever used the phrase "substantial
14  contributing cause"?
15  A   I -- I'm not sure what the basis for your
16  statement is, but...
17  Q   Would you -- would it surprise you that if
18  you were to search everything that you've written,
19  that the phrase "substantial contributing cause," that
20  exact phrase, never appears in anything that you've
21  authored or co-authored?
22  A   I really don't -- don't -- just don't have an
23  opinion.
24  Q   Well, wouldn't you agree that -- that the
25  notion of something being a substantial contributing

Page 37

1  cause is not something that -- that you, at least in
2  your professional activities as an epidemiologist,
3  have looked at or -- or used as a reference point?
4  MS. CONLIN:  Objection as to form --
5  THE WITNESS:  Well --
6  MS. CONLIN:  -- it mischaracterizes his
7  testimony.
8  THE WITNESS:  Well, again, I think in
9  terms of the question of causation, there are
10  two -- two issues.
11  One is, Does an agent cause whatever the
12  outcome is that's being considered?
13  And the second is, What's the magnitude
14  of its contribution to causation?
15  So certainly I've written about both
16  aspects of causation; the question of Is an agent
17  causal?  And then second, What is its
18  contribution?
19  BY MR. GORDON:
20  Q   Well, what constitutes a substantial
21  contributing cause as opposed to a contributing cause
22  that isn't substantial?
23  A   Well, you know, again, I don't have strict
24  numerical criteria.
25  But here I think the basis for the

Page 162

1  about the surveillance time in Wansbeck, I thought it
2  started in October '08. I just -- which is why I had
3  wondered with that -- somewhere in 2008 with the lower
4  rates earlier in the year.
5         But in any case, I mean, yes, there's some
6  variation in this moving average.
7  Q   And from a statistical standpoint, you're --
8  you think that the proper way to analyze these data is
9  to just say "Well, we'll just" -- "we're just going to
10 compare the overall average of a twenty-month period
11 that goes up and down and up to a seven-month period"?
12 A   No. Let me say --
13        MS. CONLIN: Well, objection -- objection
14 as to form in terms of the time.
15        THE WITNESS: Sorry. Forgive me. Just
16 restate the question for me.
17        MR. GORDON: Well, I don't think it was
18 accurate. So, Jan, if you want to enlighten me as
19 to where I misspoke I would be happy to --
20        MS. CONLIN: Well, I --
21        MR. GORDON: -- be educated.
22        MS. CONLIN: -- I can't tell from -- I
23 don't want to have a speaking objection, but I
24 think --
25        MR. GORDON: I'm inviting you.

Page 163

1         MS. CONLIN: All right. The -- this
2  chart starts on September 1st, 2007, which we
3  think the record is pretty clear. And it's an
4  inaccurate -- inaccurate data set for that. So
5  that -- that was the issue, but I didn't want
6  to --
7         MR. GORDON: Okay. No. I'm glad you --
8  and that's fine. Let's -- I will clarify --
9  clarify my question then. I wasn't -- that wasn't
10 what I was intending to ask.
11 Q   I'm talking about the twenty-month period
12 that is depicted in Professor Holford's Figure 2 as
13 the Bair Hugger study period. There's a red line
14 across that corresponds to the study time period
15 reflected in the McGovern paper. And that's a
16 seven-month period that is identified here as the
17 HotDog study. Those are -- are the two periods I was
18 referring to.
19        And you've got twenty months of -- of data in
20 the Bair Hugger study that go to a low, as you say,
21 of, it looks like, less than 1 percent to a high of 4
22 or 5 percent during that twenty months. And then
23 you've got -- and that's being compared to the average
24 of seven months of data from McGovern -- or from the
25 HotDog period.

Page 164

1         Do you think from an epidemiological
2  standpoint that averaging data with that kind of
3  variability over twenty months and comparing it to a
4  seven-month period is sound epidemiological
5  methodology?
6  A   Well, yeah, let me comment from a different
7  perspective. I've done a lot of time series analyses.
8         This data set is simply too small to do any
9  sort of formal analysis. It's small. It's -- I'll
10 use the word "noisy." And probably the best way to
11 get a stable signal is to average the data that is at
12 hand.
13 Q   When you have a small and noisy series,
14 doesn't that impact the -- the weight that you can
15 give to any conclusions from it?
16 A   Well, again, as I said, the best way to try
17 to understand what the signal is, is to average all
18 the data you have and -- and use it all.
19 Q   You're saying the best way under adverse --
20 the -- the less than ideal circumstances of having a
21 small and noisy data set?
22 A   I'm simply referring to the data at hand in
23 this -- in this picture.
24 Q   In your professional work, either your
25 teaching or if you do health organization bodies like

Page 165

1  that, would you recommend a change in practice based
2  upon a single observational study that has this
3  limited data set and is this noisy?
4         MS. CONLIN: Objection as to form, it
5  misstates his report.
6         THE WITNESS: Yeah. Again, my
7  conclusions as I've -- the conclusion of my report
8  is not based solely on the McGovern data set.
9  There's extensive review of other materials.
10 BY MR. GORDON:
11 Q   Yeah, and we're going to -- and I -- and I am
12 confining my questions to McGovern.
13        So if -- if you take had the McGovern paper
14 out of your consideration, are you saying that your --
15 your opinion would remain the same, that the Bair
16 Hugger is a substantial cause of surgical site
17 infections, substantial to -- or to periprosthetic
18 infections?
19        MS. CONLIN: It calls for speculation.
20        THE WITNESS: I -- I -- the only comment
21 I could make is that there's now a second study,
22 the Augustine report, with another -- an est--
23 another estimate of the risks of this too. That's
24 I think what I can say at this point.
25 ///

# EXHIBIT 3

1

1    UNITED STATES DISTRICT COURT

2    DISTRICT OF MINNESOTA

3    - - - - - - - - - - - - - - - - - -

4    In Re:

5    Bair Hugger Forced Air Warming

6    Products Liability Litigation

7

8    This Document Relates To:

9    All Actions          MDL No. 15-2666 (JNE/FLM)

10   - - - - - - - - - - - - - - - - - -

11

12

13              DEPOSITION OF JONATHAN BORAK

14              VOLUME I, PAGES 1 - XXX

15                   JULY 20, 2017

16

17

18              (The following is the deposition of JONATHAN

19   BORAK, taken pursuant to Notice of Taking Deposition,

20   via videotape, at the Marriott Hartford Downtown, 200

21   Columbus Boulevard, Hartford, Connecticut, commencing

22   at approximately 8:00 o'clock a.m., July 20, 2017.)

23

24

25

*ROUGH DRAFT - NOT PROOFREAD BY REPORTER*
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

203

| | | |
|---|---|---|
| 14:02:43 | 1 | associated with the use of the Bair Hugger." |
| 14:02:45 | 2 | A.   I did say that. |
| 14:02:46 | 3 | Q.   Okay.  And there -- |
| 14:02:49 | 4 | Since that time there's been the Augustine |
| 14:02:51 | 5 | paper that's been published; correct? |
| 14:02:53 | 6 | A.   Correct. |
| 14:02:53 | 7 | Q.   And I take it that doesn't change your |
| 14:02:55 | 8 | views. |
| 14:02:55 | 9 | A.   No.  I think little of the Augustine paper. |
| 14:02:59 | 10 | Q.   You think little of the Augustine -- |
| 14:03:01 | 11 | Why is that? |
| 14:03:02 | 12 | A.   It doesn't seem to follow its protocol, it |
| 14:03:06 | 13 | seems to have cherry picked data. |
| 14:03:09 | 14 | Q.   What kind of cherry picking? |
| 14:03:11 | 15 | A.   Hmm.  There are data from Ridgeview Medical |
| 14:03:16 | 16 | Center that were apparently provided under whatever |
| 14:03:19 | 17 | process legally which shows a compilation of knee and |
| 14:03:24 | 18 | hip surgeries and infectious rates for four years, |
| 14:03:31 | 19 | 2006, 2007, 2008, 2009.  Looking at the recent |
| 14:03:39 | 20 | Augustine paper, it appears that he only dealt with |
| 14:03:44 | 21 | the knees, not the hips, nor the two combined, that he |
| 14:03:50 | 22 | compared 2006 knees to 2008 and 2009 knees, which was |
| 14:04:00 | 23 | not at all what he said would be the protocol, which |
| 14:04:03 | 24 | was a two-month or three-month washout period, and |
| 14:04:08 | 25 | that he selectively -- selectively excluded the 2007 |

*ROUGH DRAFT - NOT PROOFREAD BY REPORTER*

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

204

| | | |
|---|---|---|
| 14:04:13 | 1 | data.  And so it doesn't look to me as though the |
| 14:04:15 | 2 | Augustine paper is based upon legitimate data, it |
| 14:04:19 | 3 | looks as though -- well "legitimate," real but |
| 14:04:23 | 4 | selected in a way to influence the appearance of an |
| 14:04:25 | 5 | outcome. |
| 14:04:26 | 6 | Q.    How about the other two centers? |
| 14:04:27 | 7 | A.    I don't have any data on them. |
| 14:04:30 | 8 | Q.    Now in paragraph 24 -- |
| 14:04:32 | 9 | Oh, by the way, is there anything else that |
| 14:04:34 | 10 | you want to say about why you think very little of the |
| 14:04:38 | 11 | Augustine paper? |
| 14:04:40 | 12 | A.    Well it's clear that he doesn't provide |
| 14:04:42 | 13 | enough information about the cases, and his statement |
| 14:04:48 | 14 | which is that nothing else changed is contradicted by |
| 14:04:55 | 15 | statements from that Ridgeview Medical Center itself, |
| 14:04:59 | 16 | so my sense of it is that the data are not what he |
| 14:05:04 | 17 | presents or that he misrepresents the data, and that |
| 14:05:08 | 18 | he excluded a year's worth of data which would not |
| 14:05:12 | 19 | have enhanced the comparison, that he deviated from |
| 14:05:16 | 20 | the protocol, and that he excluded the hip data. |
| 14:05:21 | 21 | Q.    Excluded the hip?  I'm sorry. |
| 14:05:23 | 22 | A.    Excluded the hip data -- |
| 14:05:24 | 23 | Q.    Oh hip.  Okay.  Yeah. |
| 14:05:26 | 24 | A.    -- and did not present the paper properly. |
| 14:05:29 | 25 | He says that he did a replica or something -- I'm |

# EXHIBIT 4

1

1    UNITED STATES DISTRICT COURT

2    DISTRICT OF MINNESOTA

3  - - - - - - - - - - - - - - - - - - -

4  In Re:

5  Bair Hugger Forced Air Warming

6  Products Liability Litigation

7

8  This Document Relates To:

9  All Actions          MDL No. 15-2666 (JNE/FLM)

10  - - - - - - - - - - - - - - - - - - -

11

12

13    DEPOSITION OF THEODORE R. HOLFORD

14    VOLUME I, PAGES 1 - XXX

15    JULY 18, 2017

16

17

18    (The following is the deposition of THEODORE

19  R. HOLFORD, taken pursuant to Notice of Taking

20  Deposition, via videotape, at the Marriott Hartford

21  Downtown, 200 Columbus Boulebard, Hartford,

22  Connecticut, commencing at approximately 9:00 o'clock

23  a.m., July 18, 2017.)

24

25

ROUGH DRAFT - NOT PROOFREAD BY REPORTER
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

318

| | | |
|---|---|---|
| 16:46:01 | 1 | certainly give you more power. |
| 16:46:02 | 2 | Q.   Yeah.  It would -- it would be a more |
| 16:46:04 | 3 | accurate representation of whether those two variables |
| 16:46:06 | 4 | were confounders or not; correct? |
| 16:46:09 | 5 | A.   If that's what you were interested in. |
| 16:46:10 | 6 | Q.   Okay.  It would be a more accurate |
| 16:46:13 | 7 | representation as to whether there in fact is an |
| 16:46:17 | 8 | increased odds ratio; correct? |
| 16:46:19 | 9 | A.   For -- for -- |
| 16:46:21 | 10 | Q.   The use of the device and the outcome of |
| 16:46:23 | 11 | infection. |
| 16:46:24 | 12 | A.   The use of the device, it would give a |
| 16:46:26 | 13 | better estimate of that, yes. |
| 16:46:27 | 14 | Q.   Okay.  The recent Augustine study does that; |
| 16:46:30 | 15 | correct? |
| 16:46:30 | 16 | A.   The -- |
| 16:46:32 | 17 | This is the published -- the one that was |
| 16:46:34 | 18 | just published? |
| 16:46:35 | 19 | Q.   Yeah. |
| 16:46:36 | 20 | A.   Well I mean the recent study has its own -- |
| 16:46:41 | 21 | has a -- has the potential for bias that is also in |
| 16:46:48 | 22 | McGovern. |
| 16:46:48 | 23 | Q.   Okay.  But my question is different.  The |
| 16:46:51 | 24 | recent Augustine article has a larger patient |
| 16:46:54 | 25 | population; -- |

*ROUGH DRAFT - NOT PROOFREAD BY REPORTER*
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

319

| | | |
|---|---|---|
| 16:46:54 | 1 | A.   It's a larger patient population.  It is a |
| 16:46:58 | 2 | larger patient population.  I think it is, yes. |
| 16:46:58 | 3 | Q.   And the article notes that there was no |
| | 4 | change in the thromboprophylaxis or the antibiotic |
| 16:47:05 | 5 | regimen; correct? |
| 16:47:05 | 6 | MR. GORDON:  Object to the form of the |
| 16:47:06 | 7 | question, assumes facts -- mis -- it completely |
| 16:47:08 | 8 | misstates the evidence. |
| 16:47:11 | 9 | A.   I -- the -- the -- |
| 16:47:13 | 10 | The paper says very little about -- very -- |
| 16:47:19 | 11 | very little detail about -- about -- about the |
| 16:47:21 | 12 | population.  I think it says that, yes. |
| 16:47:23 | 13 | Q.   Okay.  So we've established that it's a |
| 16:47:25 | 14 | larger population and that the study does say that |
| 16:47:28 | 15 | there was not a change in the thromboprophylaxis or |
| 16:47:31 | 16 | antibiotic; is that correct? |
| 16:47:32 | 17 | MR. GORDON:  Counsel, it doesn't say that. |
| 16:47:34 | 18 | Let him read it if you're going to -- you know, make |
| 16:47:36 | 19 | it up -- make up stuff. |
| 16:47:39 | 20 | THE WITNESS:  Where specifically does it say |
| 16:47:41 | 21 | that? |
| 16:47:42 | 22 | MR. SACCHET:  Okay. |
| 16:47:56 | 23 | (Exhibit 28 was marked for |
| 16:47:58 | 24 | identification.) |
| 16:47:58 | 25 | BY MR. SACCHET: |

*ROUGH DRAFT - NOT PROOFREAD BY REPORTER*
CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

320

| | | |
|---|---|---|
| 16:47:59 | 1 | Q.    Is this a copy of the recent Augustine |
| 16:48:02 | 2 | publication in Orthopedic Reviews? |
| 16:48:04 | 3 | A.    Yes, it is. |
| 16:48:04 | 4 | Q.    Okay.  We can see that on page one there is |
| 16:48:09 | 5 | a subject header entitled "Materials and Methods;" |
| 16:48:11 | 6 | correct? |
| 16:48:11 | 7 | A.    Yes. |
| 16:48:14 | 8 | Q.    In the bottom right-hand corner. |
| 16:48:15 | 9 | And it says, "This study is designed to |
| 16:48:19 | 10 | investigate periprosthetic joint infection (PJI) rates |
| 16:48:22 | 11 | while using FAW (Bair Hugger, 3M, St. Paul, Minnesota, |
| 16:48:25 | 12 | USA) compared with air-free CFU (HotDog, Augustine |
| 16:48:31 | 13 | Temperature Management, Eden Prairie, USA);" correct? |
| 16:48:33 | 14 | A.    Yes. |
| 16:48:34 | 15 | Q.    The next paragraph says, "Each hospital |
| 16:48:37 | 16 | report shares a study design similar to the McGovern |
| 16:48:37 | 17 | study;" correct? |
| 16:48:38 | 18 | A.    Yes. |
| 16:48:39 | 19 | Q.    "In each study, a baseline PJI rate was |
| 16:48:42 | 20 | determined for the FAW control group over a one-year |
| 16:48:45 | 21 | period of time.  FAW was then discontinued, and the |
| 16:48:48 | 22 | hospital switched to air-free CFW warming;" correct? |
| 16:48:52 | 23 | A.    Yes. |
| 16:48:53 | 24 | Q.    Okay.  The top of the next column says, |
| 16:48:55 | 25 | "Only hospitals reporting that no other significant |

*ROUGH DRAFT - NOT PROOFREAD BY REPORTER*
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

321

| | | |
|---|---|---|
| 16:48:59 | 1 | changes were made to their surgical and antibiotic |
| 16:49:01 | 2 | prophylaxis protocols during the study period |
| 16:49:04 | 3 | qualified to be part of this study."  Do you see that? |
| 16:49:07 | 4 | A.   Yes. |
| 16:49:11 | 5 | Q.   It says that there were no changes to |
| 16:49:13 | 6 | antibiotic prophylaxis protocols; correct? |
| 16:49:15 | 7 | A.   That's what it says, yes. |
| 16:49:17 | 8 | Q.   Do you have any reason to doubt that? |
| 16:49:21 | 9 | A.   I've -- |
| 16:49:22 | 10 | I don't know.  I mean that's what -- that's |
| 16:49:24 | 11 | what it says.  I don't -- it -- it -- |
| 16:49:27 | 12 | I mean we have very little detail here |
| 16:49:29 | 13 | about -- about any variables other than -- other than |
| 16:49:36 | 14 | the device that was used, -- |
| 16:49:37 | 15 | Q.   Okay.  Do you have any -- |
| 16:49:39 | 16 | A.   -- so -- on the patients or -- |
| 16:49:42 | 17 | I mean there's no table here giving basic |
| 16:49:50 | 18 | demographics about the -- about the patient |
| 16:49:53 | 19 | population. |
| 16:49:54 | 20 | Q.   Demographics are different than whether |
| 16:49:56 | 21 | there were changes to the surgical and antibiotic |
| 16:49:58 | 22 | prophylaxis protocols; correct? |
| 16:50:00 | 23 | A.   They are diff -- they are, but I mean all -- |
| 16:50:04 | 24 | all I'm -- all I'm indicating is that details -- |
| 16:50:06 | 25 | Q.   Okay. |

*ROUGH DRAFT - NOT PROOFREAD BY REPORTER*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

322

| | | |
|---|---|---|
| 16:50:06 | 1 | A.    -- related to what was done in this study |
| 16:50:08 | 2 | are pretty skimpy. |
| 16:50:10 | 3 | Q.    Have you tried to investigate the details |
| 16:50:12 | 4 | that you would otherwise like to know? |
| 16:50:13 | 5 | A.    Oh.   I mean you can look at any other paper. |
| 16:50:17 | 6 | I mean there's lots of reports on the -- on the -- on |
| 16:50:20 | 7 | the characteristics of the patients, what's the age |
| 16:50:23 | 8 | distribution of the patients that they're looking |
| 16:50:25 | 9 | at, -- |
| 16:50:25 | 10 | Q.    Have you contacted -- |
| 16:50:26 | 11 | A.    -- how many males, how many females were, -- |
| 16:50:29 | 12 | Q.    Okay. |
| 16:50:29 | 13 | A.    -- what is the racial distribution of -- of |
| 16:50:30 | 14 | the paper.   I mean there's a -- the -- |
| 16:50:32 | 15 | The list of things that are not here -- |
| 16:50:35 | 16 | Q.    Okay. |
| 16:50:36 | 17 | A.    -- is pretty remarkable. |
| 16:50:37 | 18 | Q.    What is here?   There's a statement that says |
| 16:50:40 | 19 | only hospitals reporting that no other significant |
| 16:50:42 | 20 | changes were made to their surgical and antibiotic |
| 16:50:45 | 21 | prophylaxis protocols during the study period |
| 16:50:48 | 22 | qualified to be part of this study. |
| 16:50:49 | 23 | A.    Okay. |
| 16:50:50 | 24 | Q.    Do you have any basis, scientific or |
| 16:50:52 | 25 | otherwise, to doubt the veracity of that statement? |

ROUGH DRAFT - NOT PROOFREAD BY REPORTER
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

323

| Time | Line | Text |
|------|------|------|
| 16:50:55 | 1 | A.   No. |
| 16:50:55 | 2 | Q.   If we look at Table 1, there are three |
| 16:50:59 | 3 | centers denominated in the table; correct? |
| 16:51:02 | 4 | A.   That's correct. |
| 16:51:03 | 5 | Q.   And the first center has broken down between |
| 16:51:09 | 6 | conductive fabric and forced air; correct? |
| 16:51:12 | 7 | A.   Yes. |
| 16:51:12 | 8 | Q.   And the odds ratio based on the increase in |
| 16:51:14 | 9 | infection from the use of forced air instead of |
| 16:51:17 | 10 | conductive fabric is 4.59 as reported in this study, |
| 16:51:21 | 11 | correct? |
| 16:51:21 | 12 | A.   That's what they report, yeah. |
| 16:51:22 | 13 | Q.   Okay.  That's the question. |
| 16:51:24 | 14 | The second center also evaluates the change |
| 16:51:27 | 15 | from conductive fabric to forced air and it finds an |
| 16:51:30 | 16 | odds ratio of 11.47 as reported in Table 1; correct? |
| 16:51:34 | 17 | A.   That's what they report. |
| 16:51:36 | 18 | Q.   Both of those odds ratios are higher than |
| 16:51:38 | 19 | what was reported in the McGovern study; correct? |
| 16:51:41 | 20 | A.   That's true. |
| 16:51:42 | 21 | Q.   The second odds ratio of 11.47 is almost |
| 16:51:49 | 22 | three times the size of what was reported in the |
| 16:51:52 | 23 | McGovern study; correct? |
| 16:51:55 | 24 | A.   That's the -- the -- you're -- |
| 16:51:58 | 25 | You're referring to just the point estimate. |

ROUGH DRAFT - NOT PROOFREAD BY REPORTER
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

324

| | | |
|---|---|---|
| 16:51:59 | 1 | Q.   Just the odds ratio. |
| 16:52:00 | 2 | A.   Just the point estimate. |
| 16:52:02 | 3 | Q.   Yeah, that's the question. |
| 16:52:03 | 4 | A.   It is large, yes. |
| 16:52:04 | 5 | Q.   Okay.  And the center three, in all |
| 16:52:09 | 6 | fairness, reported a 1.33 odds ratio; correct? |
| 16:52:11 | 7 | A.   That's right. |
| 16:52:12 | 8 | Q.   The multi-center pool results based on those |
| 16:52:15 | 9 | three institutions totaling a population of over 2,000 |
| 16:52:20 | 10 | persons -- |
| 16:52:21 | 11 | Correct? |
| 16:52:22 | 12 | A.   Yes. |
| 16:52:23 | 13 | Q.   -- found a collective odds ratio of 4.28; |
| 16:52:27 | 14 | correct? |
| 16:52:27 | 15 | A.   That's right. |
| 16:52:27 | 16 | Q.   That is higher than what's reported in the |
| 16:52:29 | 17 | McGovern study; correct? |
| 16:52:30 | 18 | A.   That point estimate is higher. |
| 16:52:31 | 19 | Q.   It's doubled in the size of the odds ratio |
| 16:52:34 | 20 | of 2.16 that you reported in your study. |
| 16:52:37 | 21 | A.   It's twice -- twice that, yes. |
| 16:52:39 | 22 | Q.   It's four times the size of the odds ratio |
| 16:52:42 | 23 | that you reported when controlling for both the |
| 16:52:44 | 24 | thromboprophylaxis and the antibiotic; correct? |
| 16:52:46 | 25 | A.   That's correct. |

ROUGH DRAFT - NOT PROOFREAD BY REPORTER

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

325

| | | |
|---|---|---|
| 16:52:47 | 1 | Q.   The population is four times the size. |
| 16:52:51 | 2 | A.   That's -- |
| 16:52:53 | 3 |      Is it four times? |
| 16:52:55 | 4 | Q.   Your population was approximately 600 |
| 16:52:57 | 5 | persons. |
| 16:52:57 | 6 | A.   Oh, I see.  You're talking about -- |
| 16:53:00 | 7 |      That's true, yeah. |
| 16:53:01 | 8 | Q.   Okay.  Based on this size of the |
| 16:53:03 | 9 | population -- well strike that. |
| 16:53:08 | 10 |      The p-value for the multi-center pool result |
| 16:53:11 | 11 | is .002; correct? |
| 16:53:13 | 12 | A.   That's right. |
| 16:53:14 | 13 | Q.   That is a statistically significant p-value; |
| 16:53:18 | 14 | correct? |
| 16:53:18 | 15 | A.   That is.  The -- the confidence interval is |
| 16:53:26 | 16 | still 10. |
| 16:53:27 | 17 | Q.   It's half the size of the confidence |
| 16:53:29 | 18 | interval you reported in the Jensen re-analysis; |
| 16:53:33 | 19 | correct? |
| 16:53:33 | 20 | A.   The -- |
| 16:53:34 | 21 |      For that particular association, yes.  But |
| 16:53:37 | 22 | it's not that different from the confidence interval |
| 16:53:40 | 23 | that was reported in McGovern. |
| 16:53:43 | 24 | Q.   Okay.  If we could -- |
| 16:53:53 | 25 | A.   May I -- |

ROUGH DRAFT - NOT PROOFREAD BY REPORTER
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

326

| | | |
|---|---|---|
| 16:53:54 | 1 | There are other aspects of this -- of this |
| 16:53:57 | 2 | this -- |
| 16:53:57 | 3 | Q.   I haven't asked about them, so perhaps -- |
| 16:54:00 | 4 | A.   I know you haven't asked about it. |
| 16:54:02 | 5 | Q.   Perhaps you can explain them when Mr. |
| 16:54:04 | 6 | Gordon -- |
| 16:54:04 | 7 | A.   Okay. |
| 16:54:06 | 8 | Q.   -- asks you some questions. |
| 16:54:07 | 9 | With respect to the conclusions that you |
| 16:54:08 | 10 | offer in the epi section of your report -- |
| 16:54:14 | 11 | MR. GORDON:   What section? |
| 16:54:15 | 12 | Q.   -- the epidemiology section of your report |
| 16:54:17 | 13 | regarding drawing causal inferences, there is that |
| 16:54:20 | 14 | part of your report; right? |
| 16:54:20 | 15 | A.   Yes. |
| 16:54:21 | 16 | Q.   Okay. |
| 16:54:36 | 17 | MR. GORDON:   Are you talking about |
| 16:54:37 | 18 | "Causation findings," that section? |
| 16:54:39 | 19 | THE WITNESS:   Yeah, that's what he's |
| 16:54:40 | 20 | referring to. |
| 16:54:41 | 21 | MR. SACCHET:   Yeah.   That was inartful. |
| 16:54:43 | 22 | Q.   The first factor that you analyzed was the |
| 16:54:46 | 23 | temporality -- |
| 16:54:47 | 24 | A.   Yeah. |
| 16:54:48 | 25 | Q.   -- of -- of -- of this data.   You agree that |

# EXHIBIT 5

1

```
 1              UNITED STATES DISTRICT COURT

 2                 DISTRICT OF MINNESOTA

 3   -  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -

 4   In Re:

 5   Bair Hugger Forced Air Warming

 6   Products Liability Litigation

 7

 8   This Document Relates To:

 9   All Actions            MDL No. 15-2666 (JNE/FLM)

10   -  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -

11

12

13           DEPOSITION OF THEODORE R. HOLFORD

14             VOLUME I, PAGES 1 - XXX

15                 JULY 18, 2017

16

17

18           (The following is the deposition of THEODORE

19   R. HOLFORD, taken pursuant to Notice of Taking

20   Deposition, via videotape, at the Marriott Hartford

21   Downtown, 200 Columbus Boulebard, Hartford,

22   Connecticut, commencing at approximately 9:00 o'clock

23   a.m., July 18, 2017.)

24

25
```

*ROUGH DRAFT - NOT PROOFREAD BY REPORTER*
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

318

| | | |
|---|---|---|
| 16:46:01 | 1 | certainly give you more power. |
| 16:46:02 | 2 | Q.   Yeah.   It would -- it would be a more |
| 16:46:04 | 3 | accurate representation of whether those two variables |
| 16:46:06 | 4 | were confounders or not; correct? |
| 16:46:09 | 5 | A.   If that's what you were interested in. |
| 16:46:10 | 6 | Q.   Okay.   It would be a more accurate |
| 16:46:13 | 7 | representation as to whether there in fact is an |
| 16:46:17 | 8 | increased odds ratio; correct? |
| 16:46:19 | 9 | A.   For -- for -- |
| 16:46:21 | 10 | Q.   The use of the device and the outcome of |
| 16:46:23 | 11 | infection. |
| 16:46:24 | 12 | A.   The use of the device, it would give a |
| 16:46:26 | 13 | better estimate of that, yes. |
| 16:46:27 | 14 | Q.   Okay.   The recent Augustine study does that; |
| 16:46:30 | 15 | correct? |
| 16:46:30 | 16 | A.   The -- |
| 16:46:32 | 17 | This is the published -- the one that was |
| 16:46:34 | 18 | just published? |
| 16:46:35 | 19 | Q.   Yeah. |
| 16:46:36 | 20 | A.   Well I mean the recent study has its own -- |
| 16:46:41 | 21 | has a -- has the potential for bias that is also in |
| 16:46:48 | 22 | McGovern. |
| 16:46:48 | 23 | Q.   Okay.   But my question is different.   The |
| 16:46:51 | 24 | recent Augustine article has a larger patient |
| 16:46:54 | 25 | population; -- |

ROUGH DRAFT - NOT PROOFREAD BY REPORTER
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

319

| | | |
|---|---|---|
| 16:46:54 | 1 | A.  It's a larger patient population.  It is a |
| 16:46:58 | 2 | larger patient population.  I think it is, yes. |
| 16:46:58 | 3 | Q.  And the article notes that there was no |
| | 4 | change in the thromboprophylaxis or the antibiotic |
| 16:47:05 | 5 | regimen; correct? |
| 16:47:05 | 6 | MR. GORDON:  Object to the form of the |
| 16:47:06 | 7 | question, assumes facts -- mis -- it completely |
| 16:47:08 | 8 | misstates the evidence. |
| 16:47:11 | 9 | A.  I -- the -- the -- |
| 16:47:13 | 10 | The paper says very little about -- very -- |
| 16:47:19 | 11 | very little detail about -- about -- about the |
| 16:47:21 | 12 | population.  I think it says that, yes. |
| 16:47:23 | 13 | Q.  Okay.  So we've established that it's a |
| 16:47:25 | 14 | larger population and that the study does say that |
| 16:47:28 | 15 | there was not a change in the thromboprophylaxis or |
| 16:47:31 | 16 | antibiotic; is that correct? |
| 16:47:32 | 17 | MR. GORDON:  Counsel, it doesn't say that. |
| 16:47:34 | 18 | Let him read it if you're going to -- you know, make |
| 16:47:36 | 19 | it up -- make up stuff. |
| 16:47:39 | 20 | THE WITNESS:  Where specifically does it say |
| 16:47:41 | 21 | that? |
| 16:47:42 | 22 | MR. SACCHET:  Okay. |
| 16:47:56 | 23 | (Exhibit 28 was marked for |
| 16:47:58 | 24 | identification.) |
| 16:47:58 | 25 | BY MR. SACCHET: |

ROUGH DRAFT - NOT PROOFREAD BY REPORTER
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

320

16:47:59   1     Q.   Is this a copy of the recent Augustine

16:48:02   2  publication in Orthopedic Reviews?

16:48:04   3     A.   Yes, it is.

16:48:04   4     Q.   Okay.  We can see that on page one there is

16:48:09   5  a subject header entitled "Materials and Methods;"

16:48:11   6  correct?

16:48:11   7     A.   Yes.

16:48:14   8     Q.   In the bottom right-hand corner.

16:48:15   9     And it says, "This study is designed to

16:48:19  10  investigate periprosthetic joint infection (PJI) rates

16:48:22  11  while using FAW (Bair Hugger, 3M, St. Paul, Minnesota,

16:48:25  12  USA) compared with air-free CFU (HotDog, Augustine

16:48:31  13  Temperature Management, Eden Prairie, USA);" correct?

16:48:33  14     A.   Yes.

16:48:34  15     Q.   The next paragraph says, "Each hospital

16:48:37  16  report shares a study design similar to the McGovern

16:48:37  17  study;" correct?

16:48:38  18     A.   Yes.

16:48:39  19     Q.   "In each study, a baseline PJI rate was

16:48:42  20  determined for the FAW control group over a one-year

16:48:45  21  period of time.  FAW was then discontinued, and the

16:48:48  22  hospital switched to air-free CFW warming;" correct?

16:48:52  23     A.   Yes.

16:48:53  24     Q.   Okay.  The top of the next column says,

16:48:55  25  "Only hospitals reporting that no other significant

*ROUGH DRAFT - NOT PROOFREAD BY REPORTER*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

321

| | | |
|---|---|---|
| 16:48:59 | 1 | changes were made to their surgical and antibiotic |
| 16:49:01 | 2 | prophylaxis protocols during the study period |
| 16:49:04 | 3 | qualified to be part of this study."  Do you see that? |
| 16:49:07 | 4 | A.    Yes. |
| 16:49:11 | 5 | Q.    It says that there were no changes to |
| 16:49:13 | 6 | antibiotic prophylaxis protocols; correct? |
| 16:49:15 | 7 | A.    That's what it says, yes. |
| 16:49:17 | 8 | Q.    Do you have any reason to doubt that? |
| 16:49:21 | 9 | A.    I've -- |
| 16:49:22 | 10 | I don't know.  I mean that's what -- that's |
| 16:49:24 | 11 | what it says.  I don't -- it -- it -- |
| 16:49:27 | 12 | I mean we have very little detail here |
| 16:49:29 | 13 | about -- about any variables other than -- other than |
| 16:49:36 | 14 | the device that was used, -- |
| 16:49:37 | 15 | Q.    Okay.  Do you have any -- |
| 16:49:39 | 16 | A.    -- so -- on the patients or -- |
| 16:49:42 | 17 | I mean there's no table here giving basic |
| 16:49:50 | 18 | demographics about the -- about the patient |
| 16:49:53 | 19 | population. |
| 16:49:54 | 20 | Q.    Demographics are different than whether |
| 16:49:56 | 21 | there were changes to the surgical and antibiotic |
| 16:49:58 | 22 | prophylaxis protocols; correct? |
| 16:50:00 | 23 | A.    They are diff -- they are, but I mean all -- |
| 16:50:04 | 24 | all I'm -- all I'm indicating is that details -- |
| 16:50:06 | 25 | Q.    Okay. |

ROUGH DRAFT - NOT PROOFREAD BY REPORTER
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

322

| | | |
|---|---|---|
| 16:50:06 | 1 | A.    -- related to what was done in this study |
| 16:50:08 | 2 | are pretty skimpy. |
| 16:50:10 | 3 | Q.    Have you tried to investigate the details |
| 16:50:12 | 4 | that you would otherwise like to know? |
| 16:50:13 | 5 | A.    Oh.   I mean you can look at any other paper. |
| 16:50:17 | 6 | I mean there's lots of reports on the -- on the -- on |
| 16:50:20 | 7 | the characteristics of the patients, what's the age |
| 16:50:23 | 8 | distribution of the patients that they're looking |
| 16:50:25 | 9 | at, -- |
| 16:50:25 | 10 | Q.    Have you contacted -- |
| 16:50:26 | 11 | A.    -- how many males, how many females were, -- |
| 16:50:29 | 12 | Q.    Okay. |
| 16:50:29 | 13 | A.    -- what is the racial distribution of -- of |
| 16:50:30 | 14 | the paper.   I mean there's a -- the -- |
| 16:50:32 | 15 | The list of things that are not here -- |
| 16:50:35 | 16 | Q.    Okay. |
| 16:50:36 | 17 | A.    -- is pretty remarkable. |
| 16:50:37 | 18 | Q.    What is here?   There's a statement that says |
| 16:50:40 | 19 | only hospitals reporting that no other significant |
| 16:50:42 | 20 | changes were made to their surgical and antibiotic |
| 16:50:45 | 21 | prophylaxis protocols during the study period |
| 16:50:48 | 22 | qualified to be part of this study. |
| 16:50:49 | 23 | A.    Okay. |
| 16:50:50 | 24 | Q.    Do you have any basis, scientific or |
| 16:50:52 | 25 | otherwise, to doubt the veracity of that statement? |

ROUGH DRAFT - NOT PROOFREAD BY REPORTER
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

323

| | | |
|---|---|---|
| 16:50:55 | 1 | A. No. |
| 16:50:55 | 2 | Q. If we look at Table 1, there are three |
| 16:50:59 | 3 | centers denominated in the table; correct? |
| 16:51:02 | 4 | A. That's correct. |
| 16:51:03 | 5 | Q. And the first center has broken down between |
| 16:51:09 | 6 | conductive fabric and forced air; correct? |
| 16:51:12 | 7 | A. Yes. |
| 16:51:12 | 8 | Q. And the odds ratio based on the increase in |
| 16:51:14 | 9 | infection from the use of forced air instead of |
| 16:51:17 | 10 | conductive fabric is 4.59 as reported in this study, |
| 16:51:21 | 11 | correct? |
| 16:51:21 | 12 | A. That's what they report, yeah. |
| 16:51:22 | 13 | Q. Okay. That's the question. |
| 16:51:24 | 14 | The second center also evaluates the change |
| 16:51:27 | 15 | from conductive fabric to forced air and it finds an |
| 16:51:30 | 16 | odds ratio of 11.47 as reported in Table 1; correct? |
| 16:51:34 | 17 | A. That's what they report. |
| 16:51:36 | 18 | Q. Both of those odds ratios are higher than |
| 16:51:38 | 19 | what was reported in the McGovern study; correct? |
| 16:51:41 | 20 | A. That's true. |
| 16:51:42 | 21 | Q. The second odds ratio of 11.47 is almost |
| 16:51:49 | 22 | three times the size of what was reported in the |
| 16:51:52 | 23 | McGovern study; correct? |
| 16:51:55 | 24 | A. That's the -- the -- you're -- |
| 16:51:58 | 25 | You're referring to just the point estimate. |

ROUGH DRAFT - NOT PROOFREAD BY REPORTER
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

324

16:51:59  1      Q.   Just the odds ratio.

16:52:00  2      A.   Just the point estimate.

16:52:02  3      Q.   Yeah, that's the question.

16:52:03  4      A.   It is large, yes.

16:52:04  5      Q.   Okay.  And the center three, in all

16:52:09  6  fairness, reported a 1.33 odds ratio; correct?

16:52:11  7      A.   That's right.

16:52:12  8      Q.   The multi-center pool results based on those

16:52:15  9  three institutions totaling a population of over 2,000

16:52:20  10  persons --

16:52:21  11          Correct?

16:52:22  12      A.   Yes.

16:52:23  13      Q.   -- found a collective odds ratio of 4.28;

16:52:27  14  correct?

16:52:27  15      A.   That's right.

16:52:27  16      Q.   That is higher than what's reported in the

16:52:29  17  McGovern study; correct?

16:52:30  18      A.   That point estimate is higher.

16:52:31  19      Q.   It's doubled in the size of the odds ratio

16:52:34  20  of 2.16 that you reported in your study.

16:52:37  21      A.   It's twice -- twice that, yes.

16:52:39  22      Q.   It's four times the size of the odds ratio

16:52:42  23  that you reported when controlling for both the

16:52:44  24  thromboprophylaxis and the antibiotic; correct?

16:52:46  25      A.   That's correct.

*ROUGH DRAFT - NOT PROOFREAD BY REPORTER*

CONFIDENTIAL — SUBJECT TO PROTECTIVE ORDER

325

| | | |
|---|---|---|
| 16:52:47 | 1 | Q. The population is four times the size. |
| 16:52:51 | 2 | A. That's -- |
| 16:52:53 | 3 | Is it four times? |
| 16:52:55 | 4 | Q. Your population was approximately 600 |
| 16:52:57 | 5 | persons. |
| 16:52:57 | 6 | A. Oh, I see. You're talking about -- |
| 16:53:00 | 7 | That's true, yeah. |
| 16:53:01 | 8 | Q. Okay. Based on this size of the |
| 16:53:03 | 9 | population -- well strike that. |
| 16:53:08 | 10 | The p-value for the multi-center pool result |
| 16:53:11 | 11 | is .002; correct? |
| 16:53:13 | 12 | A. That's right. |
| 16:53:14 | 13 | Q. That is a statistically significant p-value; |
| 16:53:18 | 14 | correct? |
| 16:53:18 | 15 | A. That is. The -- the confidence interval is |
| 16:53:26 | 16 | still 10. |
| 16:53:27 | 17 | Q. It's half the size of the confidence |
| 16:53:29 | 18 | interval you reported in the Jensen re-analysis; |
| 16:53:33 | 19 | correct? |
| 16:53:33 | 20 | A. The -- |
| 16:53:34 | 21 | For that particular association, yes. But |
| 16:53:37 | 22 | it's not that different from the confidence interval |
| 16:53:40 | 23 | that was reported in McGovern. |
| 16:53:43 | 24 | Q. Okay. If we could -- |
| 16:53:53 | 25 | A. May I -- |

ROUGH DRAFT - NOT PROOFREAD BY REPORTER
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

326

| | | |
|---|---|---|
| 16:53:54 | 1 | There are other aspects of this -- of this |
| 16:53:57 | 2 | this -- |
| 16:53:57 | 3 | Q.   I haven't asked about them, so perhaps -- |
| 16:54:00 | 4 | A.   I know you haven't asked about it. |
| 16:54:02 | 5 | Q.   Perhaps you can explain them when Mr. |
| 16:54:04 | 6 | Gordon -- |
| 16:54:04 | 7 | A.   Okay. |
| 16:54:06 | 8 | Q.   -- asks you some questions. |
| 16:54:07 | 9 | With respect to the conclusions that you |
| 16:54:08 | 10 | offer in the epi section of your report -- |
| 16:54:14 | 11 | MR. GORDON:   What section? |
| 16:54:15 | 12 | Q.   -- the epidemiology section of your report |
| 16:54:17 | 13 | regarding drawing causal inferences, there is that |
| 16:54:20 | 14 | part of your report; right? |
| 16:54:20 | 15 | A.   Yes. |
| 16:54:21 | 16 | Q.   Okay. |
| 16:54:36 | 17 | MR. GORDON:   Are you talking about |
| 16:54:37 | 18 | "Causation findings," that section? |
| 16:54:39 | 19 | THE WITNESS:   Yeah, that's what he's |
| 16:54:40 | 20 | referring to. |
| 16:54:41 | 21 | MR. SACCHET:   Yeah.   That was inartful. |
| 16:54:43 | 22 | Q.   The first factor that you analyzed was the |
| 16:54:46 | 23 | temporality -- |
| 16:54:47 | 24 | A.   Yeah. |
| 16:54:48 | 25 | Q.   -- of -- of -- of this data.   You agree that |