UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To: All Actions | **(PROPOSED) ORDER ON DEFENDANTS' MOTION TO TAKE DISCOVERY CONCERNING NEW AUGUSTINE ARTICLE RELIED UPON BY PLAINTIFFS AND THEIR EXPERTS** |

This matter came before the Court on Defendants' Motion to Take Discovery Concerning New Augustine Article Relied Upon by Plaintiffs and Their Experts.

Based upon the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Defendants' motion is GRANTED, and 3M shall be allowed (1) to take written and deposition discovery from the hospitals discussed in Augustine's July 2017 publication, including updating its discovery to Ridgeview Medical Center; (2) a total of nine additional hours to complete Augustine's deposition; and (3) to seek additional documents from Augustine and his various entities concerning the publication.

Dated: _____, 2017   **BY THE COURT**

_____
The Honorable Franklin L. Noel
United States Magistrate Judge
District of Minnesota