UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No 15-2666 (JNE/FLN) |
| This Document Relates to: All Actions | RULE 7.1 (F) CERTIFICATE OF COMPLIANCE |

_____

    I, J. Randall Benham, certify that Augustine's Memorandum In Opposition to 3M's Motion to Re-Open Discovery complies with limits Local Rule 7.1(f) and with the type-size limit of Local Rule 7.1(h).

    I further certify that, in preparation of the above document, I used Microsoft Word 2010, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

    I further certify that the Memorandum contains 509 words.

Respectfully submitted,

s/ J. Randall Benham

J. Randall Benham
MN Bar No. 0154726
6581 City West Parkway
Eden Prairie, MN 55127