## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation<br><br>This Document Relates To:<br>All Actions | MDL No. 15-2666 (JNE/FLN)<br><br>**AMENDED NOTICE OF HEARING ON DEFENDANTS' MOTION TO TAKE DISCOVERY CONCERNING NEW AUGUSTINE ARTICLE RELIED UPON BY PLAINTIFFS AND THEIR EXPERTS** |

PLEASE TAKE NOTICE THAT on August 17, 2017 at 1:30 p.m. (previously set for August 7, 2017 at 9:30 a.m.), before the Honorable Franklin L. Noel, United States District Court, 9W U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, Defendant 3M Company will respectfully move the Court for an order (1) granting leave to take written and deposition discovery from the hospitals discussed in Augustine's July 2017 publication, including updating its discovery to Ridgeview Medical Center; (2) allowing 3M a total of nine additional hours (in lieu of the four previously granted) to complete Augustine's deposition; and (3) allowing 3M to seek additional documents from Augustine and his various entities concerning the publication.

Dated: July 31, 2017	Respectfully submitted,

<div style="margin-left: 3em;">

s/ Monica L. Davies
Jerry W. Blackwell (MN #186867)
Benjamin W. Hulse (MN #0390952)
Monica L. Davies (MN #0315023)
BLACKWELL BURKE P.A.
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3248
Fax: (612) 343-3205
Email: blackwell@blackwellburke.com
       bhulse@blackwellburke.com
       mdavies@blackwellburke.com

Bridget M. Ahmann (MN #016611x)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Phone: (612) 766-7000
Email: bridget.ahmann@faegrebd.com

**Counsel for Defendants 3M Company and Arizant Healthcare, Inc.**

</div>