UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
|---|---|
| | NOTICE OF HEARING ON DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 14 |

PLEASE TAKE NOTICE that on August 17, 2017 at 9:00 a.m., before the Honorable Joan N. Ericksen, United States District Court, 12W U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, Defendants 3M Company and Arizant Healthcare, Inc. will respectfully move the Court to enter an order dismissing the following Plaintiffs' cases for failure to comply with the Court's Pretrial Order No. 14, entered September 27, 2016:

| Case Number | Plaintiff | Firm Name |
|---|---|---|
| 0:16-cv-02750-JNE-FLN | Brannon | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-04418-JNE-FLN | Burks | Goza & Honnold, LLC |
| 0:16-cv-02156-JNE-FLN | Busby | Kennedy Hodges, L.L.P. |
| 0:16-cv-04353-JNE-FLN | Butkus | McGlynn, Glissoin & Mouton |
| 0:16-cv-02626-JNE-FLN | Buttacavoli | Kennedy Hodges, L.L.P. |
| 0:16-cv-02661-JNE-FLN | Davis | Kennedy Hodges, L.L.P. |
| 0:16-cv-04412-JNE-FLN | Gill | Goza & Honnold, LLC |
| 0:16-cv-01338-JNE-FLN | Hartzel | Kennedy Hodges, L.L.P. |
| 0:16-cv-02787-JNE-FLN | Hood | Meshbesher & Spence, Ltd. |
| 0:16-cv-02481-JNE-FLN | Magee | Kennedy Hodges, L.L.P. |
| 0:16-cv-02711-JNE-FLN | Miller | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |

| | | |
|---|---|---|
| 0:16-cv-02395-JNE-FLN | Nadeau | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-01834-JNE-FLN | Newcomb | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02959-JNE-FLN | Novak | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-00597-JNE-FLN | Perez | McGlynn, Glissoin & Mouton |
| 0:16-cv-02212-JNE-FLN | Pettersen | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-00299-JNE-FLN | Raymond | Bernstein Liebhard LLP |
| 0:16-cv-01847-JNE-FLN | Rivers | Kennedy Hodges, L.L.P. |
| 0:17-cv-00350-JNE-FLN | Sanders | The Miller Firm, LLC |
| 0:16-cv-00826-JNE-FLN | Starnes | Kirtland & Packard LLP |
| 0:17-cv-00188-JNE-FLN | Stouffer | Bernstein Liebhard LLP |
| 0:16-cv-02374-JNE-FLN | Upton | Kennedy Hodges, LLP |

Dated:  August 3, 2017                                  Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　  *s/*Benjamin W. Hulse
　　　　　　　　　　　　　　　　　　　　　　　　  Benjamin W. Hulse (#0390952)
　　　　　　　　　　　　　　　　　　　　　　　　  **Attorney for Defendants 3M Company and Arizant Healthcare Inc.**
　　　　　　　　　　　　　　　　　　　　　　　　  BLACKWELL BURKE P.A.
　　　　　　　　　　　　　　　　　　　　　　　　  431 South Seventh Street, Suite 2500
　　　　　　　　　　　　　　　　　　　　　　　　  Minneapolis, MN  55415
　　　　　　　　　　　　　　　　　　　　　　　　  T: (612) 343-3200    F:  (612) 343-3205
　　　　　　　　　　　　　　　　　　　　　　　　  bhulse@blackwellburke.com