# EXHIBIT A


## BLACKWELL
## BURKE P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

April 24, 2017

**VIA EMAIL AND U.S. MAIL**
Kirk J. Goza
Goza & Honnold, LLC
11181 Overbrook Road, Suite 200
Leawood, KS 66211
mlowrey@gohonlaw.com

Re:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
*Burks v. 3M Company et al* Case No.: 0:16-cv-04418-JNE-FLN

Dear Counsel:

We are in receipt of the Plaintiff Fact Sheet (PFS) for the above-captioned matter.  The PFS has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations."  Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'"  In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured.  When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Burks_Marilyn _016-cv-04418_1_Burks_Marilyn _016-cv-04418_1"

Burks_Marilyn _016-cv-04418_1_Burks_Marilyn _016-cv-04418_1

PLAINTIFFS' LAST NAME - Burks
PLAINTIFFS' FIRST NAME - Marilyn
CASE NO. - 0:16-cv-04418
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 01, 02, 03, 05, 09, 10
SECTION III   (SURGERY INFORMATION) - Incomplete
SECTION III - INCOMPLETE QUESTIONS - 03
SECTION IV - 1 (VITAL STATISTICS) - Incomplete
SECTION IV - 10   (DRUG/ALCOHOL) - Incomplete
SECTION IV - 3 (HEALTHCARE PROVIDERS) -
SECTION IV - 7   (PHARMACIES/DRUGSTORES) - Incomplete
SECTION IV - 8   (DENTAL PROCEDURES) -
SECTION IV - 9   (TOBACCO) - Incomplete
SECTION IX - 1   (CONSORTIUM NAME ETC.) - Incomplete
SECTION IX - 3   (RESIDENCES) - Incomplete
SECTION IX - 4   (MARRIED) - Incomplete
SECTION V - 5   (DISABILITY CLAIMS) - Incomplete
SECTION V - 6   (LAWSUITS) - Incomplete
SECTION V - 7   (BANKRUPTCY) - Incomplete
SECTION VI - 1   (PHYSICAL INJURY) - Incomplete
SECTION VI - 3   (EMOTIONAL DISTRESS) - Incomplete
SECTION VI - 6   (WARNINGS) -
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) -
SECTION VI - 8   (3M/ARIZANT WARRANTY) -
SECTION VI - 9   (AUGUSTINE) - Incomplete
SECTION VII - 1   (LOST PAST WAGES) -
SECTION VII - 2   (LOST FUTURE WAGES) -
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) -
X.01 - SIGNED AUTHORIZATION - Incomplete
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Goza & Honnold, LLC
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - mlowrey@gohonlaw.com



**BLACKWELL BURKE** P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

April 17, 2017

**VIA EMAIL AND U.S. MAIL**
David Hodges
Kennedy Hodges, L.L.P.
4409 Montrose Blvd, Ste 200
Houston, TX, 77006
mtg@kennedyhodges.com

> *Re:*    *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
>      MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
>      *Busby v. 3M Company et al* Case No.: 0:16-cv-02156-JNE-FLN

Dear Counsel:

We are in receipt of the second amended Plaintiff Fact Sheet (PFS) for the above-captioned matter. The second amended PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original and/or any amended PFS. An updated verification is required, however, to be served along with the amended PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Busby_Jeffery_016-cv-02156_01_Busby_Jeffery_016-cv-02156"

Busby_Jeffery_016-cv-02156_01_Busby_Jeffery_016-cv-02156

PLAINTIFFS' LAST NAME - Busby
PLAINTIFFS' FIRST NAME - Jeffery A.
CASE NO. - 016-cv-02156_01
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 03, 06
SECTION III   (SURGERY INFORMATION) -
SECTION IV - 1 (VITAL STATISTICS) - Incomplete
SECTION IV - 10   (DRUG/ALCOHOL) -
SECTION IV - 3 (HEALTHCARE PROVIDERS) - Incomplete
SECTION IV - 7   (PHARMACIES/DRUGSTORES) -
SECTION IV - 8   (DENTAL PROCEDURES) -
SECTION IV - 9   (TOBACCO) -
SECTION IX - 1   (CONSORTIUM NAME ETC.) -
SECTION IX - 3   (RESIDENCES) -
SECTION IX - 4   (MARRIED) -
SECTION V - 5   (DISABILITY CLAIMS) -
SECTION V - 6   (LAWSUITS) -
SECTION V - 7   (BANKRUPTCY) -
SECTION VI - 1   (PHYSICAL INJURY) - Incomplete
SECTION VI - 3   (EMOTIONAL DISTRESS) -
SECTION VI - 6   (WARNINGS) -
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) -
SECTION VI - 8   (3M/ARIZANT WARRANTY) -
SECTION VI - 9   (AUGUSTINE) -
SECTION VII - 1   (LOST PAST WAGES) -
SECTION VII - 2   (LOST FUTURE WAGES) -
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) -
X.01 - SIGNED AUTHORIZATION - Incomplete
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Kennedy Hodges
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - mtg@kennedyhodges.com



## BLACKWELL BURKE P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

April 17, 2017

**VIA EMAIL AND U.S. MAIL**
David Hodges
Kennedy Hodges, L.L.P.
4409 Montrose Blvd, Ste 200
Houston, TX, 77006
mtg@kennedyhodges.com

> Re:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
> MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
> *Buttacavoli v. 3M Company et al* Case No.: 0:16-cv-02626-JNE-FLN

Dear Counsel:

We are in receipt of the second amended Plaintiff Fact Sheet (PFS) for the above-captioned matter. The second amended PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original and/or any amended PFS. An updated verification is required, however, to be served along with the amended PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Buttacavoli_Joanne_016-cv-02626_01_Buttacavoli_Joanne_016-cv-02626"

Buttacavoli_Joanne_0
16-cv-
02626_01_Buttacavoli
_Joanne_016-cv-02626

PLAINTIFFS' LAST NAME - Buttacavoli
PLAINTIFFS' FIRST NAME - Joanne
CASE NO. - 016-cv-02626_01
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 01, 06
SECTION III   (SURGERY INFORMATION) -
SECTION IV - 1 (VITAL STATISTICS) - Incomplete
SECTION IV - 10   (DRUG/ALCOHOL) -
SECTION IV - 3 (HEALTHCARE PROVIDERS) - Incomplete
SECTION IV - 7   (PHARMACIES/DRUGSTORES) -
SECTION IV - 8   (DENTAL PROCEDURES) -
SECTION IV - 9   (TOBACCO) -
SECTION IX - 1   (CONSORTIUM NAME ETC.) -
SECTION IX - 3   (RESIDENCES) -
SECTION IX - 4   (MARRIED) -
SECTION V - 5   (DISABILITY CLAIMS) -
SECTION V - 6   (LAWSUITS) -
SECTION V - 7   (BANKRUPTCY) -
SECTION VI - 1   (PHYSICAL INJURY) - Incomplete
SECTION VI - 3   (EMOTIONAL DISTRESS) -
SECTION VI - 6   (WARNINGS) -
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) -
SECTION VI - 8   (3M/ARIZANT WARRANTY) -
SECTION VI - 9   (AUGUSTINE) -
SECTION VII - 1   (LOST PAST WAGES) -
SECTION VII - 2   (LOST FUTURE WAGES) -
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) -
X.01 - SIGNED AUTHORIZATION - Incomplete
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Kennedy Hodges
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - mtg@kennedyhodges.com

**BLACKWELL BURKE** P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

April 17, 2017

**VIA EMAIL AND U.S. MAIL**
David Hodges
Kennedy Hodges, L.L.P.
4409 Montrose Blvd, Ste 200
Houston, TX, 77006
mtg@kennedyhodges.com

    *Re:*    *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
         MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
         *Davis v. 3M Company et al* Case No.: 0:16-cv-02661-JNE-FLN

Dear Counsel:

We are in receipt of the second amended Plaintiff Fact Sheet (PFS) for the above-captioned matter. The second amended PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original and/or any amended PFS. An updated verification is required, however, to be served along with the amended PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Davis_Lolethia_16-cv-02661_01_Davis_Lolethia_16-cv-02661"

Davis_Lolethia_16-cv-02661_01_Davis_Lolethia_16-cv-02661

PLAINTIFFS' LAST NAME – Davis
PLAINTIFFS' FIRST NAME – Lolethia
CASE NO. – 16-cv-02661_01 –
SECTION I (CASE INFORMATION) –
SECTION II (PERSONAL INFORMATION) – Incomplete
SECTION II – INCOMPLETE QUESTIONS – 03, 06, 08, 09, 10, 11, 13
SECTION III   (SURGERY INFORMATION) – Incomplete
SECTION III – INCOMPLETE QUESTIONS – 04, 05
SECTION IV – 1 (VITAL STATISTICS) – Incomplete
SECTION IV – 10   (DRUG/ALCOHOL) – Incomplete
SECTION IV – 3 (HEALTHCARE PROVIDERS) – Incomplete
SECTION IV – 7  (PHARMACIES/DRUGSTORES) – Incomplete
SECTION IV – 8  (DENTAL PROCEDURES) –
SECTION IV – 9  (TOBACCO) – Incomplete
SECTION IX – 1   (CONSORTIUM NAME ETC.) – Incomplete
SECTION IX – 3  (RESIDENCES) – Incomplete
SECTION IX – 4  (MARRIED) – Incomplete
SECTION V – 5  (DISABILITY CLAIMS) – Incomplete
SECTION V – 6  (LAWSUITS) – Incomplete
SECTION V – 7  (BANKRUPTCY) – Incomplete
SECTION VI – 1  (PHYSICAL INJURY) – Incomplete
SECTION VI – 3  (EMOTIONAL DISTRESS) – Incomplete
SECTION VI – 6  (WARNINGS) – Incomplete
SECTION VI – 7  (3M/ARIZANT COMMUNICATIONS) – Incomplete
SECTION VI – 8  (3M/ARIZANT WARRANTY) – Incomplete
SECTION VI – 9  (AUGUSTINE) – Incomplete
SECTION VII – 1  (LOST PAST WAGES) – Incomplete
SECTION VII – 2  (LOST FUTURE WAGES) – Incomplete
SECTION VIII – 2  (VERBAL/WRITTEN STATEMENT) – Incomplete
X.01 – SIGNED AUTHORIZATION – Incomplete
X.02.D – DOCUMENTS – SIGNED VERIFICATION – Incomplete
I.03.B – PLAINTIFFS' COUNSEL'S FIRM – Kennedy Hodges, L.L.P
I.03.E – PLAINTIFFS' COUNSEL'S EMAIL – mtg@kennedyhodges.com



**BLACKWELL BURKE** P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

April 24, 2017

**VIA EMAIL AND U.S. MAIL**
Kirk J. Goza
Goza & Honnold, LLC
11181 Overbrook Road, Suite 200
Leawood, KS 66211
mlowrey@gohonlaw.com

> Re:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
>        MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
>        *Gill v. 3M Company et al* Case No.: 0:16-cv-04412-JNE-FLN

Dear Counsel:

We are in receipt of the Plaintiff Fact Sheet (PFS) for the above-captioned matter.  The PFS has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations."  Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'"  In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured.  When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

---

431 South Seventh Street, Suite 2500   Minneapolis, MN 55415   Main 612.343.3200   Fax 612.343.3205
www.blackwellburke.com

Title "Gill_Larry _016-cv-04412_1_Gill_Larry _016-cv-04412_1"

Gill_Larry _016-cv-04412_1_Gill_Larry _016-cv-04412_1

PLAINTIFFS' LAST NAME – Gill
PLAINTIFFS' FIRST NAME – Larry
CASE NO. – 0:16-cv-04412
SECTION I (CASE INFORMATION) –
SECTION II (PERSONAL INFORMATION) – Incomplete
SECTION II – INCOMPLETE QUESTIONS – 02, 03, 09, 10, 11, 12, 13, 14, 15, 16
SECTION III   (SURGERY INFORMATION) – Incomplete
SECTION III – INCOMPLETE QUESTIONS – 03
SECTION IV – 1 (VITAL STATISTICS) – Incomplete
SECTION IV – 10   (DRUG/ALCOHOL) – Incomplete
SECTION IV – 3 (HEALTHCARE PROVIDERS) –
SECTION IV – 7   (PHARMACIES/DRUGSTORES) – Incomplete
SECTION IV – 8   (DENTAL PROCEDURES) – Incomplete
SECTION IV – 9   (TOBACCO) – Incomplete
SECTION IX – 1   (CONSORTIUM NAME ETC.) – Incomplete
SECTION IX – 3   (RESIDENCES) – Incomplete
SECTION IX – 4   (MARRIED) – Incomplete
SECTION V – 5   (DISABILITY CLAIMS) – Incomplete
SECTION V – 6   (LAWSUITS) – Incomplete
SECTION V – 7   (BANKRUPTCY) – Incomplete
SECTION VI – 1   (PHYSICAL INJURY) – Incomplete
SECTION VI – 3   (EMOTIONAL DISTRESS) – Incomplete
SECTION VI – 6   (WARNINGS) – Incomplete
SECTION VI – 7   (3M/ARIZANT COMMUNICATIONS) – Incomplete
SECTION VI – 8   (3M/ARIZANT WARRANTY) – Incomplete
SECTION VI – 9   (AUGUSTINE) – Incomplete
SECTION VII – 1   (LOST PAST WAGES) –
SECTION VII – 2   (LOST FUTURE WAGES) –
SECTION VIII – 2   (VERBAL/WRITTEN STATEMENT) – Incomplete
X.01 – SIGNED AUTHORIZATION – Incomplete
X.02.D – DOCUMENTS – SIGNED VERIFICATION – Incomplete
I.03.B – PLAINTIFFS' COUNSEL'S FIRM – Goza & Honnold, LLC
I.03.E – PLAINTIFFS' COUNSEL'S EMAIL – mlowrey@gohonlaw.com



## BLACKWELL BURKE P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

April 17, 2017

**VIA EMAIL AND U.S. MAIL**
David Hodges
Kennedy Hodges, L.L.P.
4409 Montrose Blvd, Ste 200
Houston, TX, 77006
mtg@kennedyhodges.com

Re:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
*Hartzel v. 3M Company* Case No.: 0:16-cv-01338-JNE-FLN

Dear Counsel:

We are in receipt of the second amended Plaintiff Fact Sheet (PFS) for the above-captioned matter. The second amended PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original and/or any amended PFS. An updated verification is required, however, to be served along with the amended PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

---

431 South Seventh Street, Suite 2500   Minneapolis, MN 55415   Main 612.343.3200   Fax 612.343.3205
www.blackwellburke.com

Title "Hartzel_Rex_16-cv-01338_01_Hartzel_Rex_16-cv-01338"

Hartzel_Rex_16-cv-01338_01_Hartzel_Rex_16-cv-01338

PLAINTIFFS' LAST NAME - Hartzel
PLAINTIFFS' FIRST NAME - Rex
CASE NO. - 16-cv-01338_01
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 01, 02, 03, 06, 08, 09, 10, 11
SECTION III   (SURGERY INFORMATION) - Incomplete
SECTION III - INCOMPLETE QUESTIONS - 04, 05
SECTION IV - 1 (VITAL STATISTICS) - Incomplete
SECTION IV - 10   (DRUG/ALCOHOL) - Incomplete
SECTION IV - 3 (HEALTHCARE PROVIDERS) - Incomplete
SECTION IV - 7   (PHARMACIES/DRUGSTORES) - Incomplete
SECTION IV - 8   (DENTAL PROCEDURES) - Incomplete
SECTION IV - 9   (TOBACCO) - Incomplete
SECTION IX - 1   (CONSORTIUM NAME ETC.) - Incomplete
SECTION IX - 3   (RESIDENCES) - Incomplete
SECTION IX - 4   (MARRIED) - Incomplete
SECTION V - 5   (DISABILITY CLAIMS) - Incomplete
SECTION V - 6   (LAWSUITS) - Incomplete
SECTION V - 7   (BANKRUPTCY) - Incomplete
SECTION VI - 1   (PHYSICAL INJURY) - Incomplete
SECTION VI - 3   (EMOTIONAL DISTRESS) - Incomplete
SECTION VI - 6   (WARNINGS) - Incomplete
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) - Incomplete
SECTION VI - 8   (3M/ARIZANT WARRANTY) - Incomplete
SECTION VI - 9   (AUGUSTINE) - Incomplete
SECTION VII - 1   (LOST PAST WAGES) - Incomplete
SECTION VII - 2   (LOST FUTURE WAGES) - Incomplete
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) - Incomplete
X.01 - SIGNED AUTHORIZATION - Incomplete
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Kennedy Hodges
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - mtg@kennedyhodges.com



**BLACKWELL BURKE** P.A.

Benjamin W. Hulse
Direct Dial:  612-343-3256
E-Mail: bhulse@blackwellburke.com

May 1, 2017

**VIA EMAIL AND U.S. MAIL**
Genevieve M. Zimmerman
Meshbesher & Spence, Ltd.
1616 Park Avenue
Minneapolis, MN 55404
gzimmerman@meshbesher.com

  Re: *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
    MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
    *Hood et al v. 3M Company et al* Case No.: 0:16-cv-02787-JNE-FLN

Dear Counsel:

We are in receipt of the second amended Plaintiff Fact Sheet (PFS) for the above-captioned matter. The second amended PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original and/or any amended PFS. An updated verification is required, however, to be served along with the amended PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Hood_Terry_16-cv-02787_1_01_Hood_Terry_16-cv-02787_1"

Hood_Terry_16-cv-02787_1_01_Hood_Terry_16-cv-02787_1

PLAINTIFFS' LAST NAME - HOOD
PLAINTIFFS' FIRST NAME - TERRY
CASE NO. - 16-cv-02787_01_01
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) -
SECTION III  (SURGERY INFORMATION) -
SECTION III - INCOMPLETE QUESTIONS -
SECTION IV - 1 (VITAL STATISTICS) -
SECTION IV - 10   (DRUG/ALCOHOL) --
SECTION IV - 3 (HEALTHCARE PROVIDERS) -
SECTION IV - 7   (PHARMACIES/DRUGSTORES) --
SECTION IV - 8   (DENTAL PROCEDURES) -
SECTION IV - 9   (TOBACCO) --
SECTION IX - 1   (CONSORTIUM NAME ETC.) -
SECTION IX - 3   (RESIDENCES) -
SECTION IX - 4   (MARRIED) -
SECTION V - 5   (DISABILITY CLAIMS) -
SECTION V - 6   (LAWSUITS) -
SECTION V - 7   (BANKRUPTCY) -
SECTION VI - 1   (PHYSICAL INJURY) -
SECTION VI - 3   (EMOTIONAL DISTRESS) -
SECTION VI - 6   (WARNINGS) -
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) -
SECTION VI - 8   (3M/ARIZANT WARRANTY) -
SECTION VI - 9   (AUGUSTINE) -
SECTION VII - 1   (LOST PAST WAGES) -
SECTION VII - 2   (LOST FUTURE WAGES) -
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) -
X.01 - SIGNED AUTHORIZATION -
X.02.D - DOCUMENTS - SIGNED VERIFICATION -- Incomplete (Updated verification required)
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - MESHBESHER & SPENCE, LTD
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - gzimmerman@meshbesher.com



**BLACKWELL BURKE** P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

April 17, 2017

**VIA EMAIL AND U.S. MAIL**
David Hodges
Kennedy Hodges, L.L.P.
4409 Montrose Blvd, Ste 200
Houston, TX, 77006
mtg@kennedyhodges.com

     *Re:*    *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
             MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
             *Magee v. 3M Company et al* Case No.: 0:16-cv-02481-JNE-FLN

Dear Counsel:

We are in receipt of the second amended Plaintiff Fact Sheet (PFS) for the above-captioned matter. The second amended PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original and/or any amended PFS. An updated verification is required, however, to be served along with the amended PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Magee_Althea_13-cv-2481_01_Magee_Althea_13-cv-2481"

PLAINTIFFS' LAST NAME - Magee
PLAINTIFFS' FIRST NAME - Althea
CASE NO. - 13-cv-2481_01
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 02, 03, 05, 06, 08
SECTION III   (SURGERY INFORMATION) - Incomplete
SECTION III - INCOMPLETE QUESTIONS - 03
SECTION IV - 1 (VITAL STATISTICS) - Incomplete
SECTION IV - 10   (DRUG/ALCOHOL) - Incomplete
SECTION IV - 3 (HEALTHCARE PROVIDERS) - Incomplete
SECTION IV - 7   (PHARMACIES/DRUGSTORES) - Incomplete
SECTION IV - 8   (DENTAL PROCEDURES) - Incomplete
SECTION IV - 9   (TOBACCO) - Incomplete
SECTION IX - 1   (CONSORTIUM NAME ETC.) - Incomplete
SECTION IX - 3   (RESIDENCES) - Incomplete
SECTION IX - 4   (MARRIED) - Incomplete
SECTION V - 5   (DISABILITY CLAIMS) -
SECTION V - 6   (LAWSUITS) -
SECTION V - 7   (BANKRUPTCY) -
SECTION VI - 1   (PHYSICAL INJURY) -
SECTION VI - 3   (EMOTIONAL DISTRESS) -
SECTION VI - 6   (WARNINGS) -
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) -
SECTION VI - 8   (3M/ARIZANT WARRANTY) -
SECTION VI - 9   (AUGUSTINE) -
SECTION VII - 1   (LOST PAST WAGES) -
SECTION VII - 2   (LOST FUTURE WAGES) -
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) -
X.01 - SIGNED AUTHORIZATION - Incomplete
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Kennedy Hodges
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - mtg@kennedyhodges.com



**BLACKWELL**
**BURKE** P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

April 17, 2017

**VIA EMAIL AND U.S. MAIL**
David Hodges
Kennedy Hodges, L.L.P.
4409 Montrose Blvd, Ste 200
Houston, TX, 77006
mtg@kennedyhodges.com

Re:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
*Rivers v. 3M Company et al* Case No.: 0:16-cv-01847-JNE-FLN

Dear Counsel:

We are in receipt of the second amended Plaintiff Fact Sheet (PFS) for the above-captioned matter. The second amended PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original and/or any amended PFS. An updated verification is required, however, to be served along with the amended PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Rivers_Minnie_16-cv-1847_01_Rivers_Minnie_16-cv-1847"

PLAINTIFFS' LAST NAME - Rivers
PLAINTIFFS' FIRST NAME - Minnie
CASE NO. - 16-cv-1847_01
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 02, 03, 06, 08, 09, 10
SECTION III   (SURGERY INFORMATION) - Incomplete
SECTION III - INCOMPLETE QUESTIONS - 03
SECTION IV - 1 (VITAL STATISTICS) - Incomplete
SECTION IV - 10   (DRUG/ALCOHOL) -
SECTION IV - 3 (HEALTHCARE PROVIDERS) - Incomplete
SECTION IV - 7   (PHARMACIES/DRUGSTORES) - Incomplete
SECTION IV - 8   (DENTAL PROCEDURES) - Incomplete
SECTION IV - 9   (TOBACCO) -
SECTION IX - 1   (CONSORTIUM NAME ETC.) -
SECTION IX - 3   (RESIDENCES) -
SECTION IX - 4   (MARRIED) -
SECTION V - 5   (DISABILITY CLAIMS) -
SECTION V - 6   (LAWSUITS) -
SECTION V - 7   (BANKRUPTCY) -
SECTION VI - 1   (PHYSICAL INJURY) -
SECTION VI - 3   (EMOTIONAL DISTRESS) -
SECTION VI - 6   (WARNINGS) -
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) -
SECTION VI - 8   (3M/ARIZANT WARRANTY) -
SECTION VI - 9   (AUGUSTINE) -
SECTION VII - 1   (LOST PAST WAGES) -
SECTION VII - 2   (LOST FUTURE WAGES) -
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) -
X.01 - SIGNED AUTHORIZATION - Incomplete
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Kennedy Hodges
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - mtg@kennedyhodges.com



Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

May 8, 2017

**VIA EMAIL AND U.S. MAIL**
Behram Parekh
Kirtland & Packard LLP
2041 Rosecrans Ave., Suite 300
El Segundo, CA 90245
bvp@kirtlandpackard.com

> Re:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
>        MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
>        *Starnes v. 3M Company et al* Case No.: 0:16-cv-00826-JNE-FLN

Dear Counsel:

We are in receipt of the amended Plaintiff Fact Sheet (PFS) for the above-captioned matter. The PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Starnes_Phyllis_016-cv-00826-JNE-FLN_1_01_Starnes_Phyllis_016-cv-00826-JNE-FLN_1"

**Starnes_Phyllis_016-cv-00826-JNE-FLN_1_01_Starnes_Phyllis_016-cv-00826-JNE-FLN_1**

PLAINTIFFS' LAST NAME – Starnes
PLAINTIFFS' FIRST NAME – Phyllis
CASE NO. – 016-cv-00826-JNE-FLN_01_01
SECTION I (CASE INFORMATION) –
SECTION II (PERSONAL INFORMATION) – Incomplete
SECTION II – INCOMPLETE QUESTIONS – 01, 02, 06
SECTION III   (SURGERY INFORMATION) – Incomplete
SECTION III – INCOMPLETE QUESTIONS – 01, 03
SECTION IV – 1 (VITAL STATISTICS) –
SECTION IV – 10   (DRUG/ALCOHOL) –
SECTION IV – 3 (HEALTHCARE PROVIDERS) –
SECTION IV – 7   (PHARMACIES/DRUGSTORES) –
SECTION IV – 8   (DENTAL PROCEDURES) –
SECTION IV – 9   (TOBACCO) –
SECTION IX – 1   (CONSORTIUM NAME ETC.) – Incomplete
SECTION IX – 3   (RESIDENCES) – Incomplete
SECTION IX – 4   (MARRIED) – Incomplete
SECTION V – 5   (DISABILITY CLAIMS) –
SECTION V – 6   (LAWSUITS) –
SECTION V – 7   (BANKRUPTCY) –
SECTION VI – 1   (PHYSICAL INJURY) – Incomplete
SECTION VI – 3   (EMOTIONAL DISTRESS) – Incomplete
SECTION VI – 6   (WARNINGS) –
SECTION VI – 7   (3M/ARIZANT COMMUNICATIONS) –
SECTION VI – 8   (3M/ARIZANT WARRANTY) –
SECTION VI – 9   (AUGUSTINE) –
SECTION VII – 1   (LOST PAST WAGES) –
SECTION VII – 2   (LOST FUTURE WAGES) – Incomplete
SECTION VIII – 2   (VERBAL/WRITTEN STATEMENT) –
X.01 – SIGNED AUTHORIZATION –
X.02.D – DOCUMENTS – SIGNED VERIFICATION – Incomplete
I.03.B – PLAINTIFFS' COUNSEL'S FIRM – Kirtland Packard
I.03.E – PLAINTIFFS' COUNSEL'S EMAIL – bvp@kirtlandpackard.com



**BLACKWELL BURKE** P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

April 17, 2017

**VIA EMAIL AND U.S. MAIL**
David Hodges
Kennedy Hodges, LLP
4409 Montrose Blvd, Ste 200
Houston, TX, 77006
mtg@kennedyhodges.com

> Re: *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
> MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
> *Upton v. 3M Company et al* Case No.: 0:16-cv-02374-JNE-FLN

Dear Counsel:

We are in receipt of the second amended Plaintiff Fact Sheet (PFS) for the above-captioned matter. The second amended PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original and/or any amended PFS. An updated verification is required, however, to be served along with the amended PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Upton_Patrick_12-cv-2374_01_Upton_Patrick_12-cv-2374"                    Upton_Patrick_12-cv-
2374_01_Upton_Patric
k_12-cv-2374

PLAINTIFFS' LAST NAME - Upton
PLAINTIFFS' FIRST NAME - Patrick
CASE NO. - 12-cv-2374_01
SECTION I (CASE INFORMATION) - Incomplete
SECTION I - INCOMPLETE QUESTIONS - 04
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 01, 02, 03, 05, 06, 07, 08, 09, 10
SECTION III   (SURGERY INFORMATION) - Incomplete
SECTION III - INCOMPLETE QUESTIONS - 03
SECTION IV - 1 (VITAL STATISTICS) - Incomplete
SECTION IV - 10   (DRUG/ALCOHOL) -
SECTION IV - 3 (HEALTHCARE PROVIDERS) - Incomplete
SECTION IV - 7   (PHARMACIES/DRUGSTORES) - Incomplete
SECTION IV - 8   (DENTAL PROCEDURES) -
SECTION IV - 9   (TOBACCO) -
SECTION IX - 1   (CONSORTIUM NAME ETC.) -
SECTION IX - 3   (RESIDENCES) -
SECTION IX - 4   (MARRIED) -
SECTION V - 5   (DISABILITY CLAIMS) -
SECTION V - 6   (LAWSUITS) -
SECTION V - 7   (BANKRUPTCY) -
SECTION VI - 1   (PHYSICAL INJURY) -
SECTION VI - 3   (EMOTIONAL DISTRESS) -
SECTION VI - 6   (WARNINGS) -
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) -
SECTION VI - 8   (3M/ARIZANT WARRANTY) -
SECTION VI - 9   (AUGUSTINE) - Incomplete
SECTION VII - 1   (LOST PAST WAGES) -
SECTION VII - 2   (LOST FUTURE WAGES) -
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) -
X.01 - SIGNED AUTHORIZATION - Incomplete
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Kennedy Hodges
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - mtg@kennedyhodges.com

# EXHIBIT B



**BLACKWELL BURKE** P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

April 10, 2017

**VIA EMAIL AND U.S. MAIL**
Daniel A. Nigh
Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A.
316 South Baylen St. Suite 400
Pensacola, Florida 32502
dnigh@levinlaw.com

Re: *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
*Brannon v. 3M Company* Case No.: 0:16-cv-02750-JNE-FLN

Dear Counsel:

We are in receipt of the second amended Plaintiff Fact Sheet (PFS) for the above-captioned matter. The second amended PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original and/or any amended PFS. An updated verification is required, however, to be served along with the amended PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Brannon_Edward_16-
cv-
02750_01_PFS_Brann
on_Edward

PLAINTIFFS' LAST NAME - Brannon
PLAINTIFFS' FIRST NAME - Edward
CASE NO. - 16-cv-02750_01
SECTION I (CASE INFORMATION) - Complete
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 01, 02, 03, 06, 07, 08, 09, 10, 11, 12, 13, 14, 16
SECTION III   (SURGERY INFORMATION) - Complete
SECTION IV - 1 (VITAL STATISTICS) - Incomplete
SECTION IV - 10   (DRUG/ALCOHOL) - Incomplete
SECTION IV - 3 (HEALTHCARE PROVIDERS) - Complete
SECTION IV - 7   (PHARMACIES/DRUGSTORES) - Incomplete
SECTION IV - 8   (DENTAL PROCEDURES) - Incomplete
SECTION IV - 9   (TOBACCO) - Incomplete
SECTION IX - 1   (CONSORTIUM NAME ETC.) - Complete
SECTION IX - 3   (RESIDENCES) - Complete
SECTION IX - 4   (MARRIED) - Complete
SECTION V - 5   (DISABILITY CLAIMS) - Incomplete
SECTION V - 6   (LAWSUITS) - Incomplete
SECTION V - 7   (BANKRUPTCY) - Incomplete
SECTION VI - 1   (PHYSICAL INJURY) - Incomplete
SECTION VI - 3   (EMOTIONAL DISTRESS) - Incomplete
SECTION VI - 6   (WARNINGS) - Complete
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) - Complete
SECTION VI - 8   (3M/ARIZANT WARRANTY) - Complete
SECTION VI - 9   (AUGUSTINE) - Complete
SECTION VII - 1   (LOST PAST WAGES) - Incomplete
SECTION VII - 2   (LOST FUTURE WAGES) - Incomplete
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) - Complete
X.01 - SIGNED AUTHORIZATION - Incomplete
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete
X.02.D.1 - DOCUMENTS - SIGNED VERIFICATION (NON-PFS RESPONSE) - NA



**BLACKWELL BURKE** P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

April 3, 2017

**VIA EMAIL AND U.S. MAIL**
Daniel A. Nigh
Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A.
316 South Baylen St. Suite 400
Pensacola, Florida 32502
dnigh@levinlaw.com

> Re:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
>        MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
>        *Miller v. 3M Company* Case No.: 0:16-cv-02711-JNE-FLN

Dear Counsel:

We are in receipt of the second amended Plaintiff Fact Sheet (PFS) for the above-captioned matter. The second amended PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original and/or any amended PFS. An updated verification is required, however, to be served along with the amended PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Miller_Thomas_016-cv-02711_1_Miller_Thomas_016-cv-02711_1"          **Miller_Thomas_016-cv-02711_1_Miller_Thomas_016-cv-02711_1**

PLAINTIFFS' LAST NAME - Miller
PLAINTIFFS' FIRST NAME - Thomas
CASE NO. - 0:16-cv-02711
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Levin, Papantonio
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - dnigh@levinlaw.com
SECTION I (CASE INFORMATION) - Complete
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 01, 02, 03, 06, 08, 09, 10, 11, 12, 13, 14, 15, 16
SECTION III   (SURGERY INFORMATION) - Incomplete
SECTION III - INCOMPLETE QUESTIONS - 03, 04, 05
SECTION IV - 1 (VITAL STATISTICS) - Incomplete
SECTION IV - 10   (DRUG/ALCOHOL) - Incomplete
SECTION IV - 3 (HEALTHCARE PROVIDERS) - Complete
SECTION IV - 7   (PHARMACIES/DRUGSTORES) - Incomplete
SECTION IV - 8   (DENTAL PROCEDURES) - Incomplete
SECTION IV - 9   (TOBACCO) - Incomplete
SECTION IX - 1   (CONSORTIUM NAME ETC.) - Incomplete
SECTION IX - 3   (RESIDENCES) - Incomplete
SECTION IX - 4   (MARRIED) - Incomplete
SECTION V – 5   (DISABILITY CLAIMS) - Incomplete
SECTION V - 6   (LAWSUITS) - Incomplete
SECTION V - 7   (BANKRUPTCY) - Incomplete
SECTION VI - 1   (PHYSICAL INJURY) - Incomplete
SECTION VI - 3   (EMOTIONAL DISTRESS) - Incomplete
SECTION VI - 6   (WARNINGS) - Incomplete
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) - Incomplete
SECTION VI - 8   (3M/ARIZANT WARRANTY) - Incomplete
SECTION VI - 9   (AUGUSTINE) - Incomplete
SECTION VII - 1   (LOST PAST WAGES) - Incomplete
SECTION VII - 2   (LOST FUTURE WAGES) - Incomplete
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) - Incomplete
X.01 - SIGNED AUTHORIZATION - Incomplete
X.02.D - DOCUMENTS - SIGNED VERIFICATION – Incomplete (Updated Verification Required)



**BLACKWELL BURKE** P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

April 3, 2017

**VIA EMAIL AND U.S. MAIL**
Daniel A. Nigh
Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A.
316 South Baylen St. Suite 400
Pensacola, Florida 32502
dnigh@levinlaw.com

Re:    *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
*Nadeau v. 3M Company et al* Case No.: 0:16-cv-02395-JNE-FLN

Dear Counsel:

We are in receipt of the second amended Plaintiff Fact Sheet (PFS) for the above-captioned matter. The second amended PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original and/or any amended PFS. An updated verification is required, however, to be served along with the amended PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Nadeau_Lise_016-cv-2395_1_Nadeau_Lise_016-cv-2395_1"          **Nadeau_Lise_016-cv-2395_1_Nadeau_Lise_016-cv-2395_1**

PLAINTIFFS' LAST NAME - Nadeau
PLAINTIFFS' FIRST NAME - Lise
CASE NO. - 0:16-cv-2395
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Levin, Papantonio
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - dnigh@levinlaw.com
SECTION I (CASE INFORMATION) - Complete
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 01, 02, 03, 05, 06, 08, 09, 10, 11, 12, 13, 14, 15, 16
SECTION III   (SURGERY INFORMATION) - Incomplete
SECTION III - INCOMPLETE QUESTIONS - 03, 04, 05
SECTION IV - 1 (VITAL STATISTICS) - Incomplete
SECTION IV - 10   (DRUG/ALCOHOL) - Incomplete
SECTION IV - 3 (HEALTHCARE PROVIDERS) - Complete
SECTION IV - 7   (PHARMACIES/DRUGSTORES) - Incomplete
SECTION IV - 8   (DENTAL PROCEDURES) - Incomplete
SECTION IV - 9   (TOBACCO) - Incomplete
SECTION IX - 1   (CONSORTIUM NAME ETC.) - Incomplete
SECTION IX - 3   (RESIDENCES) - Incomplete
SECTION IX - 4   (MARRIED) - Incomplete
SECTION V - 5   (DISABILITY CLAIMS) - Incomplete
SECTION V - 6   (LAWSUITS) - Incomplete
SECTION V - 7   (BANKRUPTCY) - Incomplete
SECTION VI - 1   (PHYSICAL INJURY) - Incomplete
SECTION VI - 3   (EMOTIONAL DISTRESS) - Incomplete
SECTION VI - 6   (WARNINGS) - Incomplete
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) - Incomplete
SECTION VI - 8   (3M/ARIZANT WARRANTY) - Incomplete
SECTION VI - 9   (AUGUSTINE) - Incomplete
SECTION VII - 1   (LOST PAST WAGES) - Incomplete
SECTION VII - 2   (LOST FUTURE WAGES) - Incomplete
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) - Incomplete
X.01 - SIGNED AUTHORIZATION - Incomplete
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete



BLACKWELL
BURKE P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

April 3, 2017

**VIA EMAIL AND U.S. MAIL**
Daniel A. Nigh
Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A.
316 South Baylen St. Suite 400
Pensacola, Florida 32502
dnigh@levinlaw.com

Re:    *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
       MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
       *Newcomb v. 3M Company* Case No.: 0:16-cv-01834-JNE-FLN

Dear Counsel:

We are in receipt of the second amended Plaintiff Fact Sheet (PFS) for the above-captioned matter. The second amended PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original and/or any amended PFS. An updated verification is required, however, to be served along with the amended PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Newcomb_Jerline_016-cv-01834_1_Newcomb_Jerline_016-cv-01834_1" **Newcomb_Jerline_016 -cv- 01834_1_Newcomb_Je rline_016-cv-01834_1**

PLAINTIFFS' LAST NAME - Newcomb
PLAINTIFFS' FIRST NAME - Jerline
CASE NO. - 0:16-cv-01834
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Levin, Papantonio
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - dnigh@levinlaw.com
SECTION I (CASE INFORMATION) - Complete
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 01, 02, 03, 05, 06, 08, 09, 10, 11, 12, 13, 14, 15, 16
SECTION III   (SURGERY INFORMATION) - Incomplete
SECTION III - INCOMPLETE QUESTIONS - 03, 04, 05
SECTION IV - 1 (VITAL STATISTICS) - Incomplete
SECTION IV - 10   (DRUG/ALCOHOL) - Incomplete
SECTION IV - 3 (HEALTHCARE PROVIDERS) - Complete
SECTION IV - 7   (PHARMACIES/DRUGSTORES) - Incomplete
SECTION IV - 8   (DENTAL PROCEDURES) - Incomplete
SECTION IV - 9   (TOBACCO) - Incomplete
SECTION IX - 1   (CONSORTIUM NAME ETC.) - Incomplete
SECTION IX - 3   (RESIDENCES) - Incomplete
SECTION IX - 4   (MARRIED) - Incomplete
SECTION V - 5   (DISABILITY CLAIMS) - Incomplete
SECTION V - 6   (LAWSUITS) - Incomplete
SECTION V - 7   (BANKRUPTCY) - Incomplete
SECTION VI - 1   (PHYSICAL INJURY) - Incomplete
SECTION VI - 3   (EMOTIONAL DISTRESS) - Incomplete
SECTION VI - 6   (WARNINGS) - Incomplete
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) - Incomplete
SECTION VI - 8   (3M/ARIZANT WARRANTY) - Incomplete
SECTION VI - 9   (AUGUSTINE) - Incomplete
SECTION VII - 1   (LOST PAST WAGES) - Incomplete
SECTION VII - 2   (LOST FUTURE WAGES) - Incomplete
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) - Incomplete
X.01 - SIGNED AUTHORIZATION - Incomplete
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete



BLACKWELL
BURKE P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

April 3, 2017

**VIA EMAIL AND U.S. MAIL**
Daniel A. Nigh
Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A.
316 South Baylen St. Suite 400
Pensacola, Florida 32502
dnigh@levinlaw.com

> Re:  *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
> MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
> *Novak v. 3M Company* Case No.: 0:16-cv-02959-JNE-FLN

Dear Counsel:

We are in receipt of the second amended Plaintiff Fact Sheet (PFS) for the above-captioned matter. The second amended PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'"  In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured.  When serving a revised, PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original and/or any amended PFS.  An updated verification is required, however, to be served along with the amended PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Novak_Daniel_16-cv-02959_01_Novak_Daniel_PFS_Final_Draft"        **Novak_Daniel_16-cv-02959_01_Novak_Daniel_PFS_Final_Draft**

PLAINTIFFS' LAST NAME - Novak
PLAINTIFFS' FIRST NAME - Daniel
CASE NO. - 16-cv-02959_01
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Levin, Papantonio
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - dnigh@levinlaw.com
SECTION I (CASE INFORMATION) - Complete
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 01, 02, 03, 06, 08, 09, 10, 11, 12, 13
SECTION III   (SURGERY INFORMATION) - Complete
SECTION IV - 1 (VITAL STATISTICS) - Complete
SECTION IV - 10   (DRUG/ALCOHOL) - Incomplete
SECTION IV - 3 (HEALTHCARE PROVIDERS) - Complete
SECTION IV - 7   (PHARMACIES/DRUGSTORES) - Complete
SECTION IV - 8   (DENTAL PROCEDURES) - Incomplete
SECTION IV - 9   (TOBACCO) - Incomplete
SECTION IX - 1   (CONSORTIUM NAME ETC.) - Complete
SECTION IX - 3   (RESIDENCES) - Complete
SECTION IX - 4   (MARRIED) - Complete
SECTION V - 5   (DISABILITY CLAIMS) - Complete
SECTION V - 6   (LAWSUITS) - Complete
SECTION V - 7   (BANKRUPTCY) - Complete
SECTION VI - 1   (PHYSICAL INJURY) - Incomplete
SECTION VI - 3   (EMOTIONAL DISTRESS) - Incomplete
SECTION VI - 6   (WARNINGS) - Complete
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) - Complete
SECTION VI - 8   (3M/ARIZANT WARRANTY) - Complete
SECTION VI - 9   (AUGUSTINE) - Complete
SECTION VII - 1   (LOST PAST WAGES) - Incomplete
SECTION VII - 2   (LOST FUTURE WAGES) - Incomplete
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) - Complete
X.01 - SIGNED AUTHORIZATION - Incomplete
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete
X.02.D.1 - DOCUMENTS - SIGNED VERIFICATION (NON-PFS RESPONSE) - Incomplete



**BLACKWELL BURKE** P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

April 3, 2017

**VIA EMAIL AND U.S. MAIL**
Daniel A. Nigh
Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A.
316 South Baylen St. Suite 400
Pensacola, Florida 32502
dnigh@levinlaw.com

> Re:  *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
> MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
> *Pettersen v. 3M Company* Case No.: 0:16-cv-02212-JNE-FLN

Dear Counsel:

We are in receipt of the second amended Plaintiff Fact Sheet (PFS) for the above-captioned matter. The second amended PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'"  In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured.  When serving a revised, PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original and/or any amended PFS.  An updated verification is required, however, to be served along with the amended PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Pettersen_Raymond_16-cv-02212_01_Petterson_Raymond-Final_Draft_PFS"
**Pettersen_Raymond_1**

**6-cv-
02212_01_Petterson_R
aymond-
Final_Draft_PFS**

PLAINTIFFS' LAST NAME - Pettersen
PLAINTIFFS' FIRST NAME - Raymond
CASE NO. - 16-cv-02212_01
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Levin, Papantonio, Thomas, Mitchell
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - dnigh@levinlaw.com
SECTION I (CASE INFORMATION) - Complete
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 01, 02, 03, 06, 08, 09, 10, 11, 12, 13, 14, 15, 16
SECTION III  (SURGERY INFORMATION) - Complete
SECTION IV - 1 (VITAL STATISTICS) - Incomplete
SECTION IV - 10  (DRUG/ALCOHOL) - Incomplete
SECTION IV - 3 (HEALTHCARE PROVIDERS) - Incomplete
SECTION IV - 7  (PHARMACIES/DRUGSTORES) - Incomplete
SECTION IV - 8  (DENTAL PROCEDURES) - Incomplete
SECTION IV - 9  (TOBACCO) - Incomplete
SECTION IX - 1  (CONSORTIUM NAME ETC.) - Complete
SECTION IX - 3  (RESIDENCES) - Complete
SECTION IX - 4  (MARRIED) - Complete
SECTION V - 5  (DISABILITY CLAIMS) - Incomplete
SECTION V - 6  (LAWSUITS) - Incomplete
SECTION V - 7  (BANKRUPTCY) - Incomplete
SECTION VI - 1  (PHYSICAL INJURY) - Incomplete
SECTION VI - 3  (EMOTIONAL DISTRESS) - Incomplete
SECTION VI - 6  (WARNINGS) - Complete
SECTION VI - 7  (3M/ARIZANT COMMUNICATIONS) - Complete
SECTION VI - 8  (3M/ARIZANT WARRANTY) - Complete
SECTION VI - 9  (AUGUSTINE) - Complete
SECTION VII - 1  (LOST PAST WAGES) - Complete
SECTION VII - 2  (LOST FUTURE WAGES) - Complete
SECTION VIII - 2  (VERBAL/WRITTEN STATEMENT) - Complete
X.01 - SIGNED AUTHORIZATION - Incomplete
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete
X.02.D.1 - DOCUMENTS - SIGNED VERIFICATION (NON-PFS RESPONSE) - Incomplete

# EXHIBIT C

**From:** Ben Hulse
**Sent:** Friday, June 09, 2017 4:55 PM
**To:** JoanEricksen_Chambers@mnd.uscourts.gov; 'Noel_Chambers@mnd.uscourts.gov'
<Noel_Chambers@mnd.uscourts.gov>; 'Leary, William (Judge)' <William.Leary@courts.state.mn.us>
**Cc:** Jerry Blackwell <blackwell@blackwellburke.com>; Ahmann, Bridget M.
<Bridget.Ahmann@FaegreBD.com>; gzimmerman@meshbesher.com; bgordon@levinlaw.com;
MVC@ciresiconlin.com; JMC@CiresiConlin.com
**Subject:** Joint Agenda and Status Report (MDL No. 15-2666 (JNE/FLN))

Dear Judge Ericksen and Magistrate Judge Noel,

In accordance with Pretrial Order No. 3, the parties submit this Joint Agenda and Status Conference
Report in preparation for the status conference scheduled for Thursday, June 15, at 9:30 a.m.  Also
attached are Defendants' three lists related to the PFSs, as discussed in Section 2 of the Joint Agenda.

We have copied Judge Leary here as well.

Sincerely,
Ben Hulse

Benjamin W. Hulse
Blackwell Burke P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN  55415
Direct (612) 343-3256
Fax (612) 343-3205

This message and any attachments may contain information that is privileged, confidential, and exempt from disclosure under applicable
law. If you are not the intended recipient or are not authorized to receive for the recipient, you are hereby notified that dissemination,
distribution or copying of this message and any attachments is strictly prohibited. If you have received this message in error, please
immediately advise the sender by reply e-mail and delete the message and any attachments. Thank you.

**Defendants' PFS List 1:  Overdue Plaintiff Fact Sheets**
(As of June 8, 2017)

| Case Number | Title | Date Filed | PFS Due Date | Comments | Prior Listing | Firm Name |
|---|---|---|---|---|---|---|
| 0:16-cv-02803-JNE-FLN | Johnson v. 3M Company et al | 8/19/2016 | 12/26/2016 | Subject to Defendants' Motion to Dismiss filed on 5.10.17 (D.E. 424) | 3/13/17; 4/14/17 | Bachus & Schanker, LLC |
| 0:16-cv-02896-JNE-FLN | Toler et al v. 3M Company et al | 8/26/2016 | 12/26/2016 | Subject to Defendants' Motion to Dismiss filed on 5.10.17 (D.E. 424) | 3/13/17; 4/14/17 | Bachus & Schanker, LLC |
| 0:16-cv-02755-JNE-FLN | Fraley v. 3M Company et al | 8/16/2016 | 12/26/2016 | Subject to Defendants' Motion to Dismiss filed on 5.10.17 (D.E. 424) | 3/13/17; 4/14/17 | Bernstein Liebhard LLP |
| 0:16-cv-02772-JNE-FLN | Wilburn v. 3M Company et al | 8/18/2016 | 12/26/2016 | Subject to Defendants' Motion to Dismiss filed on 5.10.17 (D.E. 424) | 3/13/17; 4/14/17 | Bernstein Liebhard LLP |
| 0:16-cv-00136-JNE-FLN | Hager v. 3M Company | 1/21/2016 | 12/26/2016 | Subject to Defendants' Motion to Dismiss filed on 5.10.17 (D.E. 424) | 3/13/17; 4/14/17 | Meshbesher & Spence, Ltd. |
| 0:16-cv-03383-JNE-FLN | DePriest v. 3M Company et al | 10/6/2016 | 1/4/2017 | Subject to Defendants' Motion to Dismiss filed on 5.10.17 (D.E. 424) | 3/13/17; 4/14/17 | Bernstein Liebhard LLP |
| 0:16-cv-03553-JNE-FLN | Barrett v. 3M Company et al | 10/18/2016 | 1/16/2017 | Subject to Defendants' Motion to Dismiss filed on 5.10.17 (D.E. 424) | 3/13/17; 4/14/17 | Gustafson Gluek PLLC |
| 0:16-cv-00621-JNE-FLN | Weimer v. 3M Company | 3/10/2016 | 1/27/2017 | Subject to Defendants' Motion to Dismiss filed on 5.10.17 (D.E. 424) | 3/13/17; 4/14/17 | Lockridge, Grindal Nauen P.L.L.P. |
| 0:16-cv-03781-JNE-FLN | Fling et al v. 3M Company et al | 10/31/2016 | 1/29/2017 | Subject to Defendants' Motion to Dismiss filed on 5.10.17 (D.E. 424) | 3/13/17; 4/14/17 | Bachus & Schanker, LLC |
| 0:16-cv-04360-JNE-FLN | Spaich et al v. 3M Company et al | 12/27/2016 | 3/27/2017 | | 4/14/2017 | McGlynn, Glissoin & Mouton |
| 0:16-cv-04381-JNE-FLN | Manzanares v. 3M Company et al | 12/28/2016 | 3/28/2017 | | 4/14/2017 | Bernstein Liebhard LLP |
| 0:17-cv-00188-JNE-FLN | Stouffer v. 3M Company et al | 1/20/2017 | 4/20/2017 | | | Bernstein Liebhard LLP |
| 0:16-cv-04353-JNE-FLN | Butkus v. 3M Company et al | 12/27/2016 | 4/21/2017 | Extension granted to 4/21/17 but no PFS received | | McGlynn, Glisson and Mouton |
| 0:17-cv-00299-JNE-FLN | Raymond v. 3M Company Inc et al | 1/30/2017 | 4/30/2017 | | | Bernstein Liebhard LLP |
| 0:17-cv-00305-JNE-FLN | Whightsel et al v. 3M Company et al | 1/31/2017 | 5/1/2017 | | | Piscitelli Law Firm |
| 0:17-cv-00331-JNE-FLN | Terrell, Sr. et al v. 3M Company et al | 2/1/2017 | 5/2/2017 | | | Pendley, Baudin & Coffin, L.L.P. |

**Defendants' PFS List 1:  Overdue Plaintiff Fact Sheets**
(As of June 8, 2017)

| | | | | | | |
|---|---|---|---|---|---|---|
| 0:17-cv-00350-JNE-FLN | Sanders v. 3M Company et al | 2/2/2017 | 5/3/2017 | | | The Miller Firm, LLC |
| 0:17-cv-00386-JNE-FLN | Gartner et al v. 3M Company et al | 2/3/2017 | 5/4/2017 | | | Bachus & Schanker, LLC |
| 0:17-cv-00413-JNE-FLN | Swank et al v. 3M Company et al | 2/7/2017 | 5/8/2017 | | | Pendley, Baudin & Coffin, L.L.P. |
| 0:17-cv-00434-JNE-FLN | Reid v. 3M Company et al | 2/9/2017 | 5/10/2017 | | | Goza & Honnold, LLC |
| 0:16-cv-04369-JNE-FLN | Daniels Jr. v. 3M Company et al | 12/28/2016 | 5/13/2017 | Extension granted to 5/13/17 but no PFS received | | Pendley, Baudin & Coffin L.L.P. |
| 0:17-cv-00408-JNE-FLN | Rudolph v. 3M Company et al | 2/7/2017 | 5/15/2017 | | | Brous Law LLC |
| 0:17-cv-00553-JNE-FLN | Mixon et al v. 3M Company et al | 2/22/2017 | 5/23/2017 | | | Houssiere Durant Houssiere, LLP |
| 0:17-cv-00554-JNE-FLN | Bernardino et al v. 3M Company et al | 2/23/2017 | 5/24/2017 | | | Skikos Crawford Skikos & Joseph |
| 0:17-cv-00597-JNE-FLN | Perez v. 3M Company et al | 2/27/2017 | 5/28/2017 | | | Bernstein Liebhard LLP |
| 0:17-cv-00598-JNE-FLN | Zeabart v. 3M Company et al | 2/27/2017 | 5/28/2017 | | | Bernstein Liebhard LLP |
| 0:17-cv-00609-JNE-FLN | Reece et al v. 3M Company et al | 2/27/2017 | 5/28/2017 | | | Hare, Wynn, Newell & Newton |

Yellow highlighting indicates that the case was previously listed per PTO 14 (D.E. 270)
Pink highlighting indicates that the case was previously listed on the Court's agenda twice and a Defense Motion to Dismiss filed on 5.10.17 (D.E. 424) is pending

**Defendants' PFS List 2:  Plaintiffs Who Have Not Responded to Defendants' Deficiency Notices**
(Updated June 8, 2017)

| Case Number | Title | 1st Deficiency Notice Sent | Response Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:16-cv-02936-JNE-FLN | Bryson v. 3M Company | 1/19/2017 | 2/9/2017 | 3/13/17; 4/14/17 | Pendley, Baudin & Coffin L.L.P. |
| 0:16-cv-01986-JNE-FLN | Harkleroad v. 3M Company et al | 1/19/2017 | 2/9/2017 | 3/13/17; 4/14/17 | Kennedy Hodges, L.L.P. |
| 0:16-cv-02083-JNE-FLN | Hurst et al v. 3M Company et al | 1/19/2017 | 2/9/2017 | 3/13/17; 4/14/17 | Kennedy Hodges, L.L.P. |
| 0:16-cv-03058-JNE-FLN | Kaelin v. 3M Company et al | 1/19/2017 | 2/9/2017 | 3/13/17; 4/14/17 | Kennedy Hodges, L.L.P. |
| 0:16-cv-02888-JNE-FLN | Taylor et al v. 3M Company et al | 1/20/2017 | 2/10/2017 | 3/13/17; 4/14/17 | Meshbesher & Spence, Ltd |
| 0:16-cv-00784-JNE-FLN | Young v. 3M Company et al | 1/20/2017 | 2/10/2017 | 3/13/17; 4/14/17 | Kanuru Law Group |
| 0:16-cv-04153-JNE-FLN | Janowicz v. 3M Company et al | 4/10/2017 | 5/1/2017 | | Houssiere Durant Houssiere, LLP |
| 0:16-cv-04289-JNE-FLN | Allen v. 3M Company et al | 4/18/2017 | 5/9/2017 | | Kirtland & Packard LLP |
| 0:16-cv-04288-JNE-FLN | Johnson v. 3M Company et al | 4/18/2017 | 5/9/2017 | | Kirtland & Packard LLP |
| 0:16-cv-04290-JNE-FLN | Kauanui v. 3M Company et al | 4/18/2017 | 5/9/2017 | | Kirtland & Packard LLP |
| 0:16-cv-04287-JNE-FLN | Grabbatin v. 3M Company et al | 4/20/2017 | 5/11/2017 | | Kirtland & Packard LLP |
| 0:16-cv-02299-JNE-FLN | Redman et al v. 3M Company et al | 4/24/2017 | 5/15/2017 | | Goza & Honnold, LLC |
| 0:16-cv-04418-JNE-FLN | Burks v. 3M Company et al | 4/24/2017 | 5/15/2017 | | Goza & Honnold, LLC |
| 0:16-cv-04412-JNE-FLN | Gill v. 3M Company et al | 4/24/2017 | 5/15/2017 | | Goza & Honnold, LLC |
| 0:16-cv-04359-JNE-FLN | Dipietro et al v. 3M Company et al | 5/3/2017 | 5/24/2017 | | McGlynn, Glisson and Mouton |

| Case Number | Title | 2d Deficiency notice Sent | Response Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:15-cv-03329-JNE-FLN | Libby v. 3M Company et al | 3/8/2017 | 3/29/2017 | 4/14/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02723-JNE-FLN | Tucker v. 3M Company | 3/23/2017 | 4/13/2017 | | Goza & Honnold, LLC |
| 0:16-cv-00826-JNE-FLN | Starnes v. 3M Company et al | 5/8/2017 | 5/29/2017 | | Kirtland & Packard LLP |

**Defendants' PFS List 2:  Plaintiffs Who Have Not Responded to Defendants' Deficiency Notices**
(Updated June 8, 2017)

| Case Number | Title | 3d Deficiency Notice Sent | Response Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:16-cv-02284-JNE-FLN | Brumback v. 3M Company et al | 3/28/2017 | 4/18/2017 | | Kirtland & Packard LLP |
| 0:16-cv-00250-JNE-FLN | Critari v. 3M Company | 4/4/2017 | 4/25/2017 | | Meshbesher & Spence, Ltd. |
| 0:15-cv-03951-JNE-FLN | Hernandez v. 3M Company et al | 4/12/2017 | 5/3/2017 | | The Law offices of Travis R. Walker, P.A. |
| 0:16-cv-01970-JNE-FLN | Harding v. 3M Company et al | 4/12/2017 | 5/3/2017 | | Kennedy Hodges, L.L.P. |
| 0:16-cv-02394-JNE-FLN | Murphy et al v. 3M Company et al | 4/17/2017 | 5/8/2017 | | Meshbesher & Spence, Ltd. |
| 0:16-cv-00846-JNE-FLN | Scott v. 3M Company | 4/18/2017 | 5/9/2017 | | The Law Offices of Travis R Walker |
| 0:16-cv-01829-JNE-FLN | Blowe v. 3M Company, et al | 4/19/2017 | 5/10/2017 | | Kennedy Hodges, L.L.P. |
| 0:16-cv-03037-JNE-FLN | Lupo. v. 3M Company et al | 4/19/2017 | 5/10/2017 | | Kennedy Hodges, L.L.P. |
| 0:16-cv-02481-JNE-FLN | Magee v. 3M Company et al | 4/19/2017 | 5/10/2017 | | Kennedy Hodges, L.L.P. |
| 0:16-cv-02156-JNE-FLN | Busby v. 3M Company et al | 4/19/2017 | 5/10/2017 | | Kennedy Hodges, L.L.P. |
| 0:16-cv-02626-JNE-FLN | Buttacavoli v. 3M Company et al | 4/19/2017 | 5/10/2017 | | Kennedy Hodges, L.L.P. |
| 0:16-cv-02661-JNE-FLN | Davis v. 3M Company et al | 4/19/2017 | 5/10/2017 | | Kennedy Hodges, L.L.P. |
| 0:16-cv-01906-JNE-FLN | Gunn et al v. 3M Company et al | 4/19/2017 | 5/10/2017 | | Kennedy Hodges, L.L.P. |
| 0:16-cv-01338-JNE-FLN | Hartzel v. 3M Company | 4/19/2017 | 5/10/2017 | | Kennedy Hodges, L.L.P. |
| 0:16-cv-02428-JNE-FLN | King v. 3M Company et al | 4/19/2017 | 5/10/2017 | | Kennedy Hodges, L.L.P. |
| 0:16-cv-01847-JNE-FLN | Rivers v. 3M Company et al | 4/19/2017 | 5/10/2017 | | Kennedy Hodges, L.L.P. |
| 0:16-cv-02374-JNE-FLN | Upton v. 3M Company et al | 4/19/2017 | 5/10/2017 | | Kennedy Hodges, LLP |
| 0:16-cv-01774-JNE-FLN | Zenner v. 3M Company | 4/19/2017 | 5/10/2017 | | Kennedy Hodges, L.L.P. |
| 0:16-cv-01886-JNE-FLN | Schlueter v 3M Company et al | 4/24/2017 | 5/15/2017 | | Goldenberg Heller & Antognoli, P.C. |
| 0:16-cv-00990-JNE-FLN | Stinson v. 3M Company | 5/1/2017 | 5/22/2017 | | Meshbesher & Spence, Ltd. |
| 0:16-cv-02605-JNE-FLN | Forney v. 3M Company et al | 5/1/2017 | 5/22/2017 | | Meshbesher & Spence, Ltd. |

**Defendants' PFS List 2:  Plaintiffs Who Have Not Responded to Defendants' Deficiency Notices**
(Updated June 8, 2017)

| 0:16-cv-02787-JNE-FLN | Hood et al v. 3M Company et al | 5/3/2017 | 5/24/2017 | | Meshbesher & Spence, Ltd. |
|---|---|---|---|---|---|

Yellow highlighting indicates that the case was previously listed on one or two status conference agendas per PTO 14

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated June 9, 2017)

| Case Number | Title | 3rd Deficiency Sent | Prior Listing | Firm Name |
|---|---|---|---|---|
| 0:16-cv-02684-JNE-FLN | Thornburg v. 3M Company et al | 3/28/2017 | | Holton Law Firm |
| 0:16-cv-00544-JNE-FLN | Chaix v. 3M Company et al | 3/28/2017 | | Michael Hingle & Associates, LLC |
| 0:16-cv-01963-JNE-FLN | Heath v. 3M Company | 3/28/2017 | | The Ruth Law Team |
| 0:16-cv-00625-JNE-FLN | Van Wart et al v. 3M Company | 3/28/2017 | | Grynkewich Law Offices |
| 0:15-cv-04601-JNE-FLN | Mann v. 3M Company | 3/28/2017 | 4/14/2017 | Childers, Schlueter & Smith |
| 0:16-cv-00505-JNE-FLN | Jenkins v. 3M Company | 3/28/2017 | 4/14/2017 | The Law offices of Travis R. Walker, P.A. |
| 0:16-cv-02284-JNE-FLN | Brumback v. 3M Company et al | 3/28/2017 | 4/14/2017 | Kirtland & Packard LLP |
| 0:16-cv-02285-JNE-FLN | Cash v. 3M Company et al | 3/28/2017 | 4/14/2017 | Kirtland & Packard LLP |
| 0:16-cv-02600-JNE-FLN | Raines v. 3M Company et al. | 3/28/2017 | 4/14/2017 | Kirtland & Packard LLP |
| 0:16-cv-00827-JNE-FLN | Stephan v. 3M Company et al | 3/28/2017 | 4/14/2017 | Kirtland & Packard LLP |
| 0:16-cv-01929-JNE-FLN | Davis v. 3M Company et al | 3/28/2017 | 4/14/2017 | Kirtland & Packard LLP |
| 0:16-cv-02663-JNE-FLN | McKevitt et al v. 3M Company Inc et al | 4/4/2017 | | Brown & Crouppen, PC |
| 0:15-cv-04360-JNE-FLN | Rhoton et al v. 3M Company et al | 4/4/2017 | | Pittman, Dutton & Hellums, PC |
| 0:16-cv-00246-JNE-FLN | Barfield v. 3M Company | 4/4/2017 | | Kirtland & Packard LLP |
| 0:16-cv-01238-JNE-FLN | Zambriski v. 3M Company et al | 4/4/2017 | | Kirtland & Packard LLP |
| 0:16-cv-02973-JNE-FLN | Barnes v. 3M Company et al | 4/4/2017 | | Kirtland & Packard LLP |
| 0:16-cv-01239-JNE-FLN | Hill v. 3M Company et al | 4/4/2017 | | Kirtland & Packard LLP |
| 0:16-cv-02972-JNE-FLN | Leech v. 3M Company et al | 4/4/2017 | | Kirtland & Packard LLP |
| 0:16-cv-03327-JNE-FLN | Garofolo v. 3M Company et al | 4/4/2017 | | Kirtland & Packard LLP |
| 0:16-cv-03802-JNE-FLN | Gorham v. 3M Company et al | 4/4/2017 | | Kirtland & Packard LLP |
| 0:16-cv-04040-JNE-FLN | Lukenbach v. 3M Company et al | 4/4/2017 | | Kirtland & Packard LLP |
| 0:16-cv-03502-JNE-FLN | Mattson v. 3M Company et al | 4/4/2017 | | Parker Waichman |
| 0:16-cv-02503-JNE-FLN | West v. 3M Company et al. | 4/4/2017 | 4/14/2017 | Richardson, Patrick, Westbrook & Brickman, LLC |

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated June 9, 2017)

| | | | | |
|---|---|---|---|---|
| 0:15-cv-04004-JNE-FLN | Peterson v. 3M Company | 4/4/2017 | 4/14/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:16-cv-01832-JNE-FLN | Maccarrone v. 3M Company | 4/4/2017 | 4/14/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02711-JNE-FLN | Miller v. 3M Company | 4/4/2017 | 4/14/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02395-JNE-FLN | Nadeau v. 3M Company et al | 4/4/2017 | 4/14/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-01834-JNE-FLN | Newcomb v. 3M Company | 4/4/2017 | 4/14/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02959-JNE-FLN | Novak v. 3M Company | 4/4/2017 | 4/14/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02212-JNE-FLN | Pettersen v. 3M Company | 4/4/2017 | 4/14/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-03166 | Schwartz, Bruce and Ilene | 4/4/2017 | 4/14/2017 | Houssiere Durant Houssiere, LLP |
| 0:16-cv-03292-JNE-FLN | DeLeon et al v. 3M Company et al | 4/14/2017 | 4/14/2017 | Houssiere Durant Houssiere, LLP |
| 0:16-cv-02322-JNE-FLN | Davis et al v. 3M Company et al | 4/4/2017 | 3/13/2017; 4/14/2017 | Gary S. Logsdon & Associates |
| 0:16-cv-02196-JNE-FLN | Waddell v. 3M Company et al | 4/4/2017 | 3/13/2017; 4/14/2017 | Gary S. Logsdon & Associates |
| 0:16-cv-00250-JNE-FLN | Critari v. 3M Company | 4/4/2017 | 4/14/2017 | Meshbesher & Spence, Ltd. |
| 0:16-cv-03803-JNE-FLN | Mitchell v. 3M Company et al | 4/4/2017 | | Kirtland & Packard LLP |
| 0:16-cv-01778-JNE-FLN | Dinkins v. 3M Company et al | 4/4/2017 | 4/14/2017 | Kirtland & Packard LLP |
| 0:16-cv-02054-JNE-FLN | Trainer v. 3M Company et al | 4/10/2017 | | Pendley, Baudin & Coffin L.L.P. |
| 0:16-cv-03272-JNE-FLN | Sparrow et al v. 3M Company et al | 4/10/2017 | 3/13/2017; 4/14/2017 | Parker Waichman |
| 0:16-cv-02750-JNE-FLN | Brannon v. 3M Company | 4/10/2017 | 4/14/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02752-JNE-FLN | Clark v. 3M Company | 4/10/2017 | 4/14/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02687-JNE-FLN | Davis v. 3M Company | 4/10/2017 | 4/14/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-03501-JNE-FLN | Whatman et al v. 3M Company et al | 4/10/2017 | | Law Offices of Peter G. Angelos, P.C. |

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated June 9, 2017)

| | | | | |
|---|---|---|---|---|
| 0:16-cv-02033-JNE-FLN | Anaya v. 3M Company, a Delaware Corporation | 4/11/2017 | | Brent Coon & Associates |
| 0:16-cv-02042-JNE-FLN | Asbury et al v. 3M Company et al | 4/11/2017 | | Brent Coon & Associates |
| 0:16-cv-02953-JNE-FLN | Morgan et al v. 3M Company et al | 4/11/2017 | | Brent Coon & Associates |
| 0:16-cv-02951-JNE-FLN | O'Grady v. 3M Company et al | 4/11/2017 | | Brent Coon & Associates |
| 0:15-cv-04493-JNE-FLN | Ciappa et al v. 3M Company et al | 4/11/2017 | | Parker Waichman |
| 0:16-cv-01587-JNE-FLN | Castro v. 3M Company | 4/11/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:15-cv-03950-JNE-FLN | LeBlanc v. 3M Company et al | 4/11/2017 | | The Law offices of Travis R. Walker, P.A. |
| 0:16-cv-00607-JNE-FLN | Boyd v. 3M Company | 4/11/2017 | | The Law offices of Travis R. Walker, P.A. |
| 0:16-cv-03354-JNE-FLN | Rivera v. 3M Company, et al | 4/11/2017 | | The Law Offices of Travis R Walker |
| 0:15-cv-03952-JNE-FLN | Dorsey v. 3M Company et al | 4/11/2017 | | The Law Office of Travis R Walker |
| 0:16-cv-03357-JNE-FLN | Batkins v. 3M Company et al | 4/11/2017 | | The Law offices of Travis R. Walker, P.A. |
| 0:16-cv-02911-JNE-FLN | Snider v. 3M Company et al | 4/11/2017 | | Gustafson Gluek PLLC |
| 0:16-cv-03083-JNE-FLN | LeMaire, Sr. et al v. 3M Company et al | 4/11/2017 | | Gustafson Gluek PLLC |
| 0:15-cv-03951-JNE-FLN | Hernandez v. 3M Company et al | 4/11/2017 | | The Law offices of Travis R. Walker, P.A. |
| 0:16-cv-01970-JNE-FLN | Harding v. 3M Company et al | 4/11/2017 | | Kennedy Hodges, L.L.P. |
| 0:16-cv-01958-JNE-FLN | Baswell v. 3M Company et al | 4/17/2017 | | Kennedy Hodges, L.L.P. |
| 0:16-cv-01935-JNE-FLN | Williams v. 3M Company et al | 4/17/2017 | | Kennedy Hodges, L.L.P. |
| 0:16-cv-02394-JNE-FLN | Murphy et al v. 3M Company et al | 4/17/2017 | | Meshbesher & Spence, Ltd. |
| 0:16-cv-00812-JNE-FLN | Torok v. 3M Company et al | 4/18/2017 | | GoldenbergLaw, PLLC |
| 0:16-cv-02350-JNE-FLN | Jensen v. 3M Company et al | 4/18/2017 | | GoldenbergLaw, PLLC |
| 0:16-cv-01364-JNE-FLN | Vernal v. 3M Company | 4/18/2017 | | Langdon and Emison |
| 0:16-cv-00846-JNE-FLN | Scott v. 3M Company | 4/18/2017 | | The Law Offices of Travis R Walker |
| 0:16-cv-03444-JNE-FLN | Pugh v. 3M Company et al | 4/19/2017 | | Davis Crump, P.C. |
| 0:16-cv-00787-JNE-FLN | Abrams v. 3M Company et al | 4/19/2017 | | Thering & Associates, PLLC |

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated June 9, 2017)

| | | | | |
|---|---|---|---|---|
| 0:16-cv-02226-JNE-FLN | Kunath v. 3M Company et al | 4/19/2017 | | Jones Ward PLC |
| 0:16-cv-02298-JNE-FLN | Dandrea et al v. 3M Company et al | 4/19/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-01943-JNE-FLN | Hamel v. 3M Company | 4/19/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02483-JNE-FLN | Harper v. 3M Company et al | 4/19/2017 | | Kennedy Hodges, L.L.P. |
| 0:16-cv-01968-JNE-FLN | Phillips v. 3M Company et al | 4/19/2017 | | Kennedy Hodges, L.L.P. |
| 0:16-cv-01846-JNE-FLN | Tate v. 3M Company | 4/19/2017 | | Kennedy Hodges, L.L.P. |
| 0:16-cv-02432-JNE-FLN | Garner et al v. 3M Company et al | 4/19/2017 | | Kennedy Hodges, L.L.P. |
| 0:16-cv-01829-JNE-FLN | Blowe v. 3M Company, et al. | 4/19/2017 | | Kennedy Hodges, L.L.P. |
| 0:16-cv-03037-JNE-FLN | Lupo v. 3M Company et al | 4/19/2017 | | Kennedy Hodges, L.L.P. |
| 0:16-cv-02481-JNE-FLN | Magee v. 3M Company et al | 4/19/2017 | | Kennedy Hodges, L.L.P. |
| 0:16-cv-02156-JNE-FLN | Busby v. 3M Company et al | 4/19/2017 | | Kennedy Hodges, L.L.P. |
| 0:16-cv-02626-JNE-FLN | Buttacavoli v. 3M Company et al | 4/19/2017 | | Kennedy Hodges, L.L.P. |
| 0:16-cv-02661-JNE-FLN | Davis v. 3M Company et al | 4/19/2017 | | Kennedy Hodges, L.L.P. |
| 0:16-cv-01906-JNE-FLN | Gunn et al v. 3M Company et al | 4/19/2017 | | Kennedy Hodges, L.L.P. |
| 0:16-cv-01338-JNE-FLN | Hartzel v. 3M Company | 4/19/2017 | | Kennedy Hodges, L.L.P. |
| 0:16-cv-02428-JNE-FLN | King v. 3M Company et al | 4/19/2017 | | Kennedy Hodges, L.L.P. |
| 0:16-cv-01847-JNE-FLN | Rivers v. 3M Company et al | 4/19/2017 | | Kennedy Hodges, L.L.P. |
| 0:16-cv-02374-JNE-FLN | Upton v. 3M Company et al | 4/19/2017 | | Kennedy Hodges, LLP |
| 0:16-cv-01774-JNE-FLN | Zenner v. 3M Company | 4/19/2017 | | Kennedy Hodges, L.L.P. |
| 0:16-cv-02812-JNE-FLN | Hall v. 3M Company | 4/20/2017 | | Goza & Honnold, LLC |
| 0:16-cv-02000-JNE-FLN | McMillan v. 3M Company | 4/20/2017 | | Goza & Honnold, LLC |
| 0:16-cv-02998-JNE-FLN | Ferrante v. 3M Company, et al | 4/20/2017 | | Goza & Honnold, LLC |
| 0:16-cv-02658-JNE-FLN | Goble v. 3M Company, et al | 4/20/2017 | | Goza & Honnold, LLC |
| 0:16-cv-00514-JNE-FLN | Chavers v. 3M Company | 4/20/2017 | | Goza & Honnold, LLC |
| 0:16-cv-03109-JNE-FLN | Hrbek et al v. 3M Company | 4/20/2017 | | Goza & Honnold, LLC |

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated June 9, 2017)

| | | | | |
|---|---|---|---|---|
| 0:16-cv-03329-JNE-FLN | Gray v. 3M Company et al | 4/20/2017 | | Kirtland & Packard LLP |
| 0:16-cv-02782-JNE-FLN | Abbott v. 3M Company | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:16-cv-01881-JNE-FLN | Boughton et al v. 3M Company et al | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:15-cv-04278-JNE-FLN | Carmichael v. 3M Company | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02751-JNE-FLN | Chautin v. 3M Company | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02213-JNE-FLN | Chenoweth v. 3M Company | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02689-JNE-FLN | Clark v. 3M Company | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02958-JNE-FLN | Cloud v. 3M Company | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-01188-JNE-FLN | Collins v. 3M Company | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:15-cv-04001-JNE-FLN | Colson v. 3M Company | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02783-JNE-FLN | Dalhover v. 3M Company | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-01221-JNE-FLN | Daniel v. 3M Company | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02679-JNE-FLN | Davis v. 3M Company | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-03257-JNE-FLN | Dielentheis v. 3M Company | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-00460-JNE-FLN | Foster et al v. 3M Company | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02601-JNE-FLN | Glover v. 3M Company et al | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-01908-JNE-FLN | Grandison v. 3M Company et al | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated June 9, 2017)

| | | | | |
|---|---|---|---|---|
| 0:16-cv-02784-JNE-FLN | Haining v. 3M Company | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-01152-JNE-FLN | Hollman v. 3M Company | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-00819-JNE-FLN | Ibsen v. 3M Company | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-01192-JNE-FLN | James v. 3M Company | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-01194-JNE-FLN | Jeffers v. 3M Company | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-00798-JNE-FLN | Kohout v. 3M Company | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:15-cv-04002-JNE-FLN | Linscott v. 3M Company | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02207-JNE-FLN | Malone v. 3M Company | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:15-cv-03703-JNE-FLN | Maxfield v. 3M Company et al | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-01199-JNE-FLN | McCann v. 3M Company | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-01999-JNE-FLN | Nelson, Jr. v. 3M Company | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02729-JNE-FLN | Orias v. 3M Company | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02612-JNE-FLN | Pashano v. 3M Company et al | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-00675-JNE-FLN | Pierce v. 3M Company | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02710-JNE-FLN | Robinson v. 3M Company | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02611-JNE-FLN | Silva v. 3M Company | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-01201-JNE-FLN | Storckman v. 3M Company | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. |

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated June 9, 2017)

| | | | | |
|---|---|---|---|---|
| 0:16-cv-00745-JNE-FLN | Strike v. 3M Company | 4/20/2017 | | Levin, Papantonoio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:16-cv-03051-JNE-FLN | Sullivan v. 3M Company | 4/20/2017 | | Levin, Papantonoio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:16-cv-01153-JNE-FLN | Surgeon v. 3M Company | 4/20/2017 | | Levin, Papantonoio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:16-cv-01155-JNE-FLN | Sutter v. 3M Company | 4/20/2017 | | Levin, Papantoio, Thomas, Mitchell, Rafferty & Proctor, P.A. |
| 0:16-cv-03254-JNE-FLN | Warner v. 3M Company | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. |
| 0:16-cv-00747-JNE-FLN | Westenhofer v. 3M Company | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. |
| 0:16-cv-02276-JNE-FLN | White v. 3M Company et al | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-03469-JNE-FLN | Harvey v. 3M Company | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-03789-JNE-FLN | Goerlich v. 3M Company | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-01917-JNE-FLN | Minghetti v. 3M Company et al | 4/20/2017 | | Hurley McKenna & Mertz, PC |
| 0:16-cv-01299-JNE-FLN | Chambers et al v. 3M Company et al | 4/20/2017 | | Loncar & Associates |
| 0:16-cv-00516-JNE-FLN | Simpson v. 3M Company | 4/20/2017 | | Goza & Honnold, LLC |
| 0:16-cv-02657-JNE-FLN | Waters v. 3M Company et al | 4/20/2017 | | Goza & Honnold, LLC |
| 0:16-cv-00788-JNE-FLN | Petty v. 3M Company et al | 4/20/2017 | | Randall J. Trost, P.C. |
| 0:16-cv-02323-JNE-FLN | Acosta et al v. 3M Company et al | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-03244-JNE-FLN | Deal et al v. 3M Company et al | 4/20/2017 | | Randall J. Trost, P.C. |
| 0:16-cv-03541-JNE-FLN | Johnson et al v. 3M Company, a Delaware Corporation et al | 4/20/2017 | | Randall J. Trost, P.C. |
| 0:16-cv-00517-JNE-FLN | Ryan v. 3M Company | 4/24/2017 | | Goza & Honnold, LLC |
| 0:16-cv-00841-JNE-FLN | Vann v. 3M Company | 4/24/2017 | | Goza & Honnold, LLC |
| 0:16-cv-03110-JNE-FLN | Dickens v. 3M Company et al. | 4/24/2017 | | Goza & Honnold, LLC |

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated June 9, 2017)

| | | | | |
|---|---|---|---|---|
| 0:16-cv-00401-JNE-FLN | McLane v. 3M Company | 4/24/2017 | | Goza & Honnold, LLC |
| 0:16-cv-02055-JNE-FLN | Redford v. 3M Company | 4/24/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-00821-JNE-FLN | Stewart v. 3M Company | 4/24/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. |
| 0:16-cv-02957-JNE-FLN | Zivanovich v. 3M Company | 4/24/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02585-JNE-FLN | Elliott et al v. 3M Company et al | 4/24/2017 | | Loncar & Associates |
| 0:16-cv-01424-JNE-FLN | Hunter v. 3M Company et al | 4/24/2017 | | Loncar & Associates |
| 0:16-cv-03168-JNE-FLN | McKenney v. 3M Company et al | 4/24/2017 | | Loncar & Associates |
| 0:16-cv-01314-JNE-FLN | Holznagel et al v. 3M Company et al | 4/24/2017 | | Loncar & Associates |
| 0:16-cv-03906-JNE-FLN | Offord et al v. 3M Company et al | 4/24/2017 | | Loncar & Associates |
| 0:16-cv-00076-JNE-FLN | Hayden v. 3M Company | 4/24/2017 | | Lockridge, Grindal Nauen P.L.L.P. |
| 0:16-cv-02453-JNE-FLN | Jones v. 3M Company et al | 4/24/2017 | | Lockridge, Grindal Nauen P.L.L.P. |
| 0:16-cv-03062-JNE-FLN | Moses v. 3M Company et al | 4/24/2017 | | DeGaris & Rogers, LLC |
| 0:16-cv-03279-JNE-FLN | McGlothlin et al v. 3M Company et al | 4/24/2017 | | DeGaris & Rogers, LLC |
| 0:16-cv-01035-JNE-FLN | McMullen v. 3M Company | 4/24/2017 | | Lockridge, Grindal Nauen P.L.L.P. |
| 0:16-cv-01294-JNE-FLN | Stanley v. 3M Company et al | 4/24/2017 | | Loncar & Associates |
| 0:16-cv-01795-JNE-FLN | Griffith v. 3M Company et al | 4/24/2017 | | Gustafson Gluek PLLC |
| 0:16-cv-01259-JNE-FLN | Lance v. 3M Company | 4/24/2017 | | Goza & Honnold, LLC |
| 0:16-cv-01886-JNE-FLN | Schlueter v 3M Company et al | 4/24/2017 | | Goldenberg Heller & Antognoli, P.C. |
| 0:16-cv-00990-JNE-FLN | Stinson v. 3M Company | 5/1/2017 | | Meshbesher & Spence, Ltd. |
| 0:16-cv-02605-JNE-FLN | Forney v. 3M Company et al | 5/1/2017 | | Meshbesher & Spence, Ltd. |
| 0:16-cv-00838-JNE-FLN | Plumley v. 3M Company | 5/3/2017 | | Goza & Honnold, LLC |
| 0:16-cv-00839-JNE-FLN | Smith v. 3M Company | 5/3/2017 | | Goza & Honnold, LLC |
| 0:16-cv-02787-JNE-FLN | Hood et al v. 3M Company et al | 5/3/2017 | | Meshbesher & Spence, Ltd. |
| 0:16-cv-04097-JNE-FLN | Baldwin et al v. 3M Company et al | 5/8/2017 | | Rieders Travis Humphrey Waters & Dohrmann |

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated June 9, 2017)

| Case Number | Title | 2nd Deficiency Sent | | Firm Name |
|---|---|---|---|---|
| 0:16-cv-02805-JNE-FLN | King et al v. 3M Company et al | 5/15/2017 | | Bachus & Schanker, LLC |
| 0:15-cv-03899-JNE-FLN | Hardison v. 3M Company et al | 5/15/2017 | | Bachus & Schanker, LLC |
| 0:16-cv-02886-JNE-FLN | Epps v. 3M Company et al | 5/16/2017 | 4/14/2017 | Bernstein Liebhard LLP |
| 0:16-cv-00533-JNE-FLN | Furgason v. 3M Company et al | 5/16/2017 | 4/14/2017 | Bernstein Liebhard LLP |
| 0:16-cv-00542-JNE-FLN | Haines et al v. 3M Company et al | 5/16/2017 | 4/14/2017 | Bernstein Liebhard LLP |
| 0:16-cv-02591-JNE-FLN | Hebert v. 3M Company et al | 5/16/2017 | 4/14/2017 | Bernstein Liebhard LLP |
| 0:16-cv-00057-JNE-FLN | Irby v. 3M Company et al | 5/16/2017 | 4/14/2017 | Bernstein Liebhard LLP |
| 0:16-cv-02189-JNE-FLN | Kampf et al v. 3M Company et al | 5/16/2017 | 4/14/2017 | Bernstein Liebhard LLP |
| 0:16-cv-02338-JNE-FLN | Duval v. 3M Company et al | 5/16/2017 | 4/14/2017 | Bernstein Liebhard LLP |
| 0:16-cv-02500-JNE-FLN | Pastor v. 3M Company et al | 5/16/2017 | 4/14/2017 | Bernstein Liebhard LLP |
| 0:16-cv-02546-JNE-FLN | Walker v. 3M Company et al | 5/16/2017 | 4/14/2017 | Bernstein Liebhard LLP |
| 0:16-cv-01945-JNE-FLN | Couce v. 3M Company et al | 5/16/2017 | 4/14/2017 | Bernstein Liebhard LLP |
| 0:16-cv-02880-JNE-FLN | Brunner v. 3M Company et al | 5/16/2017 | 3/13/2017; 4/14/2017 | Bernstein Liebhard LLP |
| 0:16-cv-01899-JNE-FLN | Riley v. 3M Company et al | 5/16/2017 | | Bernstein Liebhard LLP |
| 0:16-cv-03772-JNE-FLN | Hogue v. 3M Company et al | 5/16/2017 | | Bernstein Liebhard LLP |
| 0:16-cv-03470-JNE-FLN | Tehauno v. 3M Company | 5/16/2017 | 4/14/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-03618-JNE-FLN | Messner-Katzer v. 3M Company et al | 5/16/2017 | | Capretz & Associates |
| 0:16-cv-02194-JNE-FLN | Read et al v. Arizant Healthcare Inc., et al | 5/16/2017 | 4/14/2017 | Jones Ward PLC |
| 0:16-cv-02808-JNE-FLN | Sorrels et al v. 3M Company et al | 5/22/2017 | | Bachus & Schanker, LLC |
| 0:16-cv-04036-JNE-FLN | Ward v. 3M Company et al | 5/25/2017 | | Gustafson Gluek PLLC |
| 0:16-cv-03855-JNE-FLN | Brown et al v. 3M Company et al | 5/31/2017 | | McSweeney/Langevin LLC |
| 0:16-cv-03854-JNE-FLN | Bass v. 3M Company et al | 5/31/2017 | | McSweeney/Langevin LLC |
| 0:17-cv-00503-JNE-FLN | Carter v. 3M Company et al | 6/1/2017 | | Hollis Legal Solutions, PLLC |

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated June 9, 2017)

| | | | | |
|---|---|---|---|---|
| 0:16-cv-04075-JNE-FLN | Laveron v. 3M Company and Arizant Healthcare, Inc. | 5/15/2017 | | Hurley McKenna & Mertz, PC |
| 0:16-cv-04139-JNE-FLN | Stone v. 3M Company et al | 5/15/2017 | | Farr, Farr, Emerich, Hackett, Carr & Holmes, P.A. |
| 0:16-cv-04053-JNE-FLN | Hellard v. 3M Company et al | 5/16/2017 | | Goza & Honnold, LLC |
| 0:16-cv-03991-JNE-FLN | Overko v. 3M Company | 5/16/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:16-cv-04154-JNE-FLN | Pavlovic v. 3M Company | 5/16/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:16-cv-04161-JNE-FLN | Bond v. 3M Company | 5/16/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-04204-JNE-FLN | Schweikart v. 3M Company | 5/16/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:16-cv-04203-JNE-FLN | Leahy v. 3M Company | 5/16/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:16-cv-04206-JNE-FLN | Palmer v. 3M Company | 5/16/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:16-cv-04194-JNE-FLN | Scott v. 3M Company | 5/16/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:16-cv-04244-JNE-FLN | Meyers v. 3M Company | 5/16/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:16-cv-04283-JNE-FLN | Myers v. 3M Company | 5/16/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:16-cv-04285-JNE-FLN | Winham v. 3M Company | 5/16/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:16-cv-04390-JNE-FLN | Fox v. 3M Company | 5/16/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:16-cv-03783-JNE-FLN | White v. 3M Company | 5/16/2017 | | Goza & Honnold, LLC |
| 0:16-cv-04057-JNE-FLN | Gillespie v. 3M Company et al | 5/16/2017 | | Capretz & Associates |
| 0:16-cv-03708-JNE-FLN | Goodson v. 3M Company et al | 5/16/2017 | | Goza & Honnold, LLC |
| 0:16-cv-04361-JNE-FLN | Winston v. 3M Company et al | 5/16/2017 | | McGlynn, Glisson and Mouton |

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated June 9, 2017)

| 0:17-cv-00092-JNE-FLN | Reed v. 3M Company | 6/2/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. |
|---|---|---|---|---|

Yellow highlighting indicates that the case was previously listed on one or two status conference agendas per PTO 14 (D.E. 270)

# EXHIBIT D

**From:** Ben Hulse
**Sent:** Friday, July 14, 2017 4:15 PM
**To:** 'JoanEricksen_Chambers@mnd.uscourts.gov' <JoanEricksen_Chambers@mnd.uscourts.gov>;
'Noel_Chambers@mnd.uscourts.gov' <Noel_Chambers@mnd.uscourts.gov>
**Cc:** Jerry Blackwell <blackwell@blackwellburke.com>; 'Ahmann, Bridget M.'
<Bridget.Ahmann@FaegreBD.com>; 'gzimmerman@meshbesher.com'
<gzimmerman@meshbesher.com>; 'bgordon@levinlaw.com' <bgordon@levinlaw.com>;
'MVC@ciresiconlin.com' <MVC@ciresiconlin.com>; 'JMC@CiresiConlin.com' <JMC@CiresiConlin.com>
**Subject:** Bair Hugger, MDL 2666 -- Defendants' lists of PFS disputes for July 2017

Dear Judge Ericksen,

Even though next week's status conference has been cancelled, Defendants would still like to list cases
with Plaintiff Fact Sheet disputes, as provided by PTO 14, paragraph 7, Dkt. No. 117.

When the Court cancelled the March 2017 status conference, it issued an order stating that the PFS
disputes on the lists submitted by Defendants were "deemed 'addressed to the Court' notwithstanding
the fact that there will be no in-court conference this month."  Dkt. No. 270.

Defendants respectfully request that the Court do the same this month, and deem the disputes on these
lists "addressed to the Court."   We anticipate that Plaintiffs' Co-Lead counsel will share these lists with
other plaintiffs' counsel, as they have done in prior months, so there is no need for the Court to formally
list the cases.

Best regards,
Ben Hulse
Counsel for Defendants

Benjamin W. Hulse
Blackwell Burke P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN  55415
Direct (612) 343-3256
Fax (612) 343-3205

This message and any attachments may contain information that is privileged, confidential, and exempt from disclosure under applicable
law. If you are not the intended recipient or are not authorized to receive for the recipient, you are hereby notified that dissemination,
distribution or copying of this message and any attachments is strictly prohibited. If you have received this message in error, please
immediately advise the sender by reply e-mail and delete the message and any attachments. Thank you.

**Defendants' PFS List 1:  Overdue Plaintiff Fact Sheets**
(As of July 14, 2017)

| Case Number | Title | Date Filed | Due Date | Comments | Prior Listing | Firm Name |
|---|---|---|---|---|---|---|
| 0:16-cv-04360-JNE-FLN | Spaich et al v. 3M Company et al | 12/27/2016 | 3/27/2017 | Subject to Defendants' Motion to Dismiss filed on 7.04.17 (D.E. 590) | 4/14/17; 6/8/17 | McGlynn, Glissoin & Mouton |
| 0:17-cv-00188-JNE-FLN | Stouffer v. 3M Company et al | 1/20/2017 | 4/20/2017 | | 6/8/2017 | Bernstein Liebhard LLP |
| 0:16-cv-04353-JNE-FLN | Butkus v. 3M Company et al | 12/27/2016 | 4/21/2017 | Extention granted to 4/21/17 but no PFS received | 6/8/2017 | McGlynn, Glisson and Mouton |
| 0:17-cv-00299-JNE-FLN | Raymond v. 3M Company Inc et al | 1/30/2017 | 4/30/2017 | | 6/8/2017 | Bernstein Liebhard LLP |
| 0:17-cv-00350-JNE-FLN | Sanders v. 3M Company et al | 2/2/2017 | 5/3/2017 | | 6/8/2017 | The Miller Firm, LLC |
| 0:17-cv-00413-JNE-FLN | Swank et al v. 3M Company et al | 2/7/2017 | 5/8/2017 | | 6/8/2017 | Pendley, Baudin & Coffin, L.L.P. |
| 0:17-cv-00597-JNE-FLN | Perez v. 3M Company et al | 2/27/2017 | 5/28/2017 | | 6/8/2017 | Bernstein Liebhard LLP |
| 0:17-cv-00767-JNE-FLN | Garger et al v. 3M Company et al | 3/13/2017 | 6/11/2017 | | | Langdon and Emison |
| 0:17-cv-00829-JNE-FLN | White et al v. 3M Company et al | 3/20/2017 | 6/18/2017 | | | Bachus & Schanker, LLC |
| 0:17-cv-00887-JNE-FLN | Morris et al v. 3M Company et al | 3/24/2017 | 6/22/2017 | | | McGlynn, Glisson and Mouton |
| 0:17-cv-00901-JNE-FLN | Dean v. 3M Company et al | 3/27/2017 | 6/25/2017 | | | McGlynn, Glisson and Mouton |
| 0:17-cv-00971-JNE-FLN | Lee v. 3M Company et al | 3/30/2017 | 6/28/2017 | | | Bailey Peavy Bailey Cowan Heckaman, PLLC |
| 0:17-cv-00977-JNE-FLN | Saldana v. 3M Company et al | 3/30/2017 | 6/28/2017 | | | Bailey Peavy Bailey Cowan Heckaman, PLLC |
| 0:17-cv-00984-JNE-FLN | West v. 3M Company et al | 3/30/2017 | 6/28/2017 | | | Bailey Peavy Bailey Cowan Heckaman, PLLC |
| 0:17-cv-01027-JNE-FLN | Warren v. 3M Company et al | 4/3/2017 | 7/2/2017 | | | Bernstein Liebhard LLP |

Yellow highlighting indicates that the case was previously listed per PTO 14 (D.E. 270)
Pink highlighting indicates that the case is subject to Defendants' Pending Motion to Dismiss

**Defendants' PFS List 2:  Plaintiffs Who Have Not Responded to Defendants' Deficiency Notices**
(Updated July 14, 2017)

| Case Number | Title | 1st Deficiency Notice Sent | Response Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:16-cv-02936-JNE-FLN | Bryson v. 3M Company | 1/19/2017 | 2/9/2017 | 3/13/17; 4/14/17; 6/8/17 Subject to Defendants' Motion to Dismiss filed on 7.04.17 (D.E. 590) | Pendley, Baudin & Coffin L.L.P. |
| 0:16-cv-01986-JNE-FLN | Harkleroad v. 3M Company et al | 1/19/2017 | 2/9/2017 | 3/13/17; 4/14/17; 6/8/17 Subject to Defendants' Motion to Dismiss filed on 7.04.17 (D.E. 590) | Kennedy Hodges, L.L.C. |
| 0:16-cv-04288-JNE-FLN | Johnson v. 3M Company et al | 4/18/2017 | 5/9/2017 | 6/8/2017 | Kirtland & Packard LLP |
| 0:16-cv-04290-JNE-FLN | Kauanui v. 3M Company et al | 4/18/2017 | 5/9/2017 | 6/8/2017 | Kirtland & Packard LLP |
| 0:16-cv-02299-JNE-FLN | Redman et al v. 3M Company et al | 4/24/2017 | 5/15/2017 | 6/8/2017 | Goza & Honnold, LLC |
| 0:16-cv-04418-JNE-FLN | Burks v. 3M Company et al | 4/24/2017 | 5/15/2017 | 6/8/2017 | Goza & Honnold, LLC |
| 0:16-cv-04412-JNE-FLN | Gill v. 3M Company et al | 4/24/2017 | 5/15/2017 | 6/8/2017 | Goza & Honnold, LLC |
| 0:16-cv-04363-JNE-FLN | Owens-Williams v. 3M Company et al | 5/16/2017 | 6/6/2017 | | McGlynn, Glisson and Mouton |
| 0:17-cv-00435-JNE-FLN | Warren v. 3M Company et al | 5/31/2017 | 6/21/2017 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-00515-JNE-FLN | Niksic v. 3M Company et al | 6/12/2017 | 7/3/2017 | | Skikos Crawford Skikos & Joseph |

| Case Number | Title | 2nd Deficiency Notice Sent | Response Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:16-cv-02723-JNE-FLN | Tucker v. 3M Company | 3/23/2017 | 4/13/2017 | 6/8/2017 | Goza & Honnold, LLC |
| 0:16-cv-00826-JNE-FLN | Starnes v. 3M Company et al | 5/8/2017 | 5/29/2017 | 6/8/2017 | Kirtland & Packard LLP |
| 0:16-cv-04139-JNE-FLN | Stone v. 3M Company et al | 5/15/2017 | 6/5/2017 | | Farr, Farr, Emerich, Hackett, Carr & Holmes, P.A. |

**Defendants' PFS List 2:  Plaintiffs Who Have Not Responded to Defendants' Deficiency Notices**
(Updated July 14, 2017)

| Case Number | Title | 3rd Deficiency Notice Sent | Response Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:16-cv-02394-JNE-FLN | Murphy et al v. 3M Company et al | 4/17/2017 | 5/8/2017 | 6/8/2017 | Meshbesher & Spence, Ltd. |
| 0:16-cv-01829-JNE-FLN | Blowe v. 3M Company, et al | 4/19/2017 | 5/10/2017 | 6/8/2017 | Kennedy Hodges, L.L.P. |
| 0:16-cv-03037-JNE-FLN | Lupo v. 3M Company et al | 4/19/2017 | 5/10/2017 | 6/8/2017 | Kennedy Hodges, L.L.P. |
| 0:16-cv-02481-JNE-FLN | Magee v. 3M Company et al | 4/19/2017 | 5/10/2017 | 6/8/2017 | Kennedy Hodges, L.L.P. |
| 0:16-cv-02661-JNE-FLN | Davis v. 3M Company et al | 4/19/2017 | 5/10/2017 | 6/8/2017 | Kennedy Hodges, L.L.P. |
| 0:16-cv-02626-JNE-FLN | Buttacavoli v. 3M Company et al | 4/19/2017 | 5/10/2017 | 6/8/2017 | Kennedy Hodges, L.L.P. |
| 0:16-cv-02374-JNE-FLN | Upton v. 3M Company et al | 4/19/2017 | 5/10/2017 | 6/8/2017 | Kennedy Hodges, LLP |
| 0:16-cv-02156-JNE-FLN | Busby v. 3M Company et al | 4/19/2017 | 5/10/2017 | 6/8/2017 | Kennedy Hodges, L.L.P. |
| 0:16-cv-01847-JNE-FLN | Rivers v. 3M Company et al | 4/19/2017 | 5/10/2017 | 6/8/2017 | Kennedy Hodges, L.L.P. |
| 0:16-cv-01774-JNE-FLN | Zenner v. 3M Company | 4/19/2017 | 5/10/2017 | 6/8/2017 | Kennedy Hodges, L.L.P. |
| 0:16-cv-01338-JNE-FLN | Hartzel v. 3M Company | 4/19/2017 | 5/10/2017 | 6/8/2017 | Kennedy Hodges, L.L.P. |
| 0:16-cv-00990-JNE-FLN | Stinson v. 3M Company | 5/1/2017 | 5/22/2017 | 6/8/2017 | Meshbesher & Spence, Ltd. |
| 0:16-cv-02787-JNE-FLN | Hood et al v. 3M Company et al | 5/3/2017 | 5/24/2017 | 6/8/2017 | Meshbesher & Spence, Ltd. |
| 0:16-cv-03855-JNE-FLN | Brown et al v. 3M Company et al | 5/31/2017 | 6/21/2017 | | McSweeney/Langevin LLC |

Yellow highlighting indicates that the case was previously listed on one or two status conference agendas per PTO 14
Pink highlighting indicates that the case is subject to Defendants' Pending Motion to Dismiss

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated July 14, 2017)

| Case Number | Title | 3rd Deficiency Sent | Prior Listing | Firm Name |
|---|---|---|---|---|
| 0:16-cv-02284-JNE-FLN | Brumback v. 3M Company et al | 3/28/2017 | 4/14/2017; 6/09/2017 | Kirtland & Packard LLP |
| 0:16-cv-02285-JNE-FLN | Cash v. 3M Company et al | 3/28/2017 | 4/14/2017; 6/09/2017 | Kirtland & Packard LLP |
| 0:16-cv-00544-JNE-FLN | Chaix v. 3M Company et al | 3/28/2017 | 6/9/2017 | Michael Hingle & Associates, LLC |
| 0:16-cv-01929-JNE-FLN | Davis v. 3M Company et al | 3/28/2017 | 4/14/2017; 6/09/2017 | Kirtland & Packard LLP |
| 0:16-cv-01963-JNE-FLN | Heath v. 3M Company | 3/28/2017 | 6/9/2017 | The Ruth Law Team |
| 0:16-cv-00505-JNE-FLN | Jenkins v. 3M Company | 3/28/2017 | 4/14/2017; 6/09/2017 | The Law offices of Travis R. Walker, P.A. |
| 0:16-cv-02600-JNE-FLN | Raines v. 3M Company et al. | 3/28/2017 | 4/14/2017; 6/09/2017 | Kirtland & Packard LLP |
| 0:16-cv-00827-JNE-FLN | Stephan v. 3M Company et al | 3/28/2017 | 4/14/2017; 6/09/2017 | Kirtland & Packard LLP |
| 0:16-cv-02684-JNE-FLN | Thornburg v. 3M Company et al | 3/28/2017 | 6/9/2017 | Holton Law Firm |
| 0:16-cv-00625-JNE-FLN | Van Wart et al v. 3M Company | 3/28/2017 | 6/9/2017 | Grynkewich Law Offices |
| 0:16-cv-00246-JNE-FLN | Barfield v. 3M Company | 4/4/2017 | 6/9/2017 | Kirtland & Packard LLP |
| 0:16-cv-02973-JNE-FLN | Barnes v. 3M Company et al | 4/4/2017 | 6/9/2017 | Kirtland & Packard LLP |
| 0:16-cv-00250-JNE-FLN | Critari v. 3M Company | 4/4/2017 | 4/14/2017; 6/09/2017 | Meshbesher & Spence, Ltd. |
| 0:16-cv-02322-JNE-FLN | Davis et al v. 3M Company et al | 4/4/2017 | 3/13/2017; 4/14/2017; 6/09/2017 | Gary S. Logsdon & Associates |
| 0:16-cv-01778-JNE-FLN | Dinkins v. 3M Company et al | 4/4/2017 | 4/14/2017; 6/09/2017 | Kirtland & Packard LLP |
| 0:16-cv-03327-JNE-FLN | Garofolo v. 3M Company et al | 4/4/2017 | 6/9/2017 | Kirtland & Packard LLP |
| 0:16-cv-03802-JNE-FLN | Gorham v. 3M Company et al | 4/4/2017 | 6/9/2017 | Kirtland & Packard LLP |
| 0:16-cv-01239-JNE-FLN | Hill v. 3M Company et al | 4/4/2017 | 6/9/2017 | Kirtland & Packard LLP |
| 0:16-cv-02972-JNE-FLN | Leech v. 3M Company et al | 4/4/2017 | 6/9/2017 | Kirtland & Packard LLP |
| 0:16-cv-04040-JNE-FLN | Lukenbach v. 3M Company et al | 4/4/2017 | 6/9/2017 | Kirtland & Packard LLP |
| 0:16-cv-03502-JNE-FLN | Mattson v. 3M Company et al | 4/4/2017 | 6/9/2017 | Parker Waichman |
| 0:16-cv-02663-JNE-FLN | McKevitt et al v. 3M Company Inc et al | 4/4/2017 | 6/9/2017 | Brown & Crouppen, PC |
| 0:16-cv-02711-JNE-FLN | Miller v. 3M Company | 4/4/2017 | 4/14/2017; 6/09/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated July 14, 2017)

| | | | | |
|---|---|---|---|---|
| 0:16-cv-03803-JNE-FLN | Mitchell v. 3M Company et al | 4/4/2017 | 6/9/2017 | Kirtland & Packard LLP |
| 0:16-cv-02395-JNE-FLN | Nadeau v. 3M Company et al | 4/4/2017 | 4/14/2017; 6/09/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-01834-JNE-FLN | Newcomb v. 3M Company | 4/4/2017 | 4/14/2017; 6/09/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02959-JNE-FLN | Novak v. 3M Company | 4/4/2017 | 4/14/2017; 6/09/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:15-cv-04004-JNE-FLN | Peterson v. 3M Company | 4/4/2017 | 4/14/2017; 6/09/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:16-cv-02212-JNE-FLN | Pettersen v. 3M Company | 4/4/2017 | 4/14/2017; 6/09/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:15-cv-04360-JNE-FLN | Rhoton et al v. 3M Company et al | 4/4/2017 | 6/9/2017 | Pittman, Dutton & Hellums, PC |
| 0:16-cv-03166 | Schwartz, Bruce and Ilene | 4/4/2017 | 4/14/2017; 6/09/2017 | Houssiere Durant Houssiere, LLP |
| 0:16-cv-02196-JNE-FLN | Waddell v. 3M Company et al | 4/4/2017 | 3/13/2017; 4/14/2017; 6/09/2017 | Gary S. Logsdon & Associates |
| 0:16-cv-02503-JNE-FLN | West v. 3M Company et al. | 4/4/2017 | 4/14/2017; 6/09/2017 | Richardson, Patrick, Westbrook & Brickman, LLC |
| 0:16-cv-01238-JNE-FLN | Zambriski v. 3M Company et al | 4/4/2017 | 6/9/2017 | Kirtland & Packard LLP |
| 0:16-cv-03292-JNE-FLN | DeLeon et al v. 3M Company et al | 4/4/2017 | 4/14/2017; 6/09/2017 | Houssiere Durant Houssiere, LLP |
| 0:16-cv-02750-JNE-FLN | Brannon v. 3M Company | 4/10/2017 | 4/14/2017; 6/09/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-03272-JNE-FLN | Sparrow et al v. 3M Company et al | 4/10/2017 | 3/13/2017; 4/14/2017; 6/09/2017 | Parker Waichman |
| 0:16-cv-02054-JNE-FLN | Trainer v. 3M Company et al | 4/10/2017 | 6/9/2017 | Pendley, Baudin & Coffin L.L.P. |
| 0:16-cv-03501-JNE-FLN | Whatman et al v. 3M Company et al | 4/10/2017 | 6/9/2017 | Law Offices of Peter G. Angelos, P.C. |
| 0:16-cv-02033-JNE-FLN | Anaya v. 3M Company, a Delaware Corporation | 4/11/2017 | 6/9/2017 | Brent Coon & Associates |
| 0:16-cv-02042-JNE-FLN | Asbury et al v. 3M Company et al | 4/11/2017 | 6/9/2017 | Brent Coon & Associates |
| 0:16-cv-00607-JNE-FLN | Boyd v. 3M Company | 4/11/2017 | 6/9/2017 | The Law offices of Travis R. Walker, P.A. |
| 0:15-cv-04493-JNE-FLN | Ciappa et al v. 3M Company et al | 4/11/2017 | 6/9/2017 | Parker Waichman |

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated July 14, 2017)

| | | | | |
|---|---|---|---|---|
| 0:16-cv-01970-JNE-FLN | Harding v. 3M Company et al | 4/11/2017 | 6/9/2017 | Kennedy Hodges, L.L.P. |
| 0:15-cv-03951-JNE-FLN | Hernandez v. 3M Company et al | 4/11/2017 | 6/9/2017 | The Law offices of Travis R. Walker, P.A. |
| 0:16-cv-03083-JNE-FLN | LeMaire, Sr. et al v. 3M Company et al | 4/11/2017 | 6/9/2017 | Gustafson Gluek PLLC |
| 0:16-cv-02953-JNE-FLN | Morgan et al v. 3M Company et al | 4/11/2017 | 6/9/2017 | Brent Coon & Associates |
| 0:16-cv-02951-JNE-FLN | O'Grady v. 3M Company et al | 4/11/2017 | 6/9/2017 | Brent Coon & Associates |
| 0:16-cv-03354-JNE-FLN | Rivera v. 3M Company, et al | 4/11/2017 | 6/9/2017 | The Law Offices of Travis R Walker |
| 0:16-cv-02911-JNE-FLN | Snider v. 3M Company et al | 4/11/2017 | 6/9/2017 | Gustafson Gluek PLLC |
| 0:16-cv-01958-JNE-FLN | Baswell v. 3M Company et al | 4/17/2017 | 6/9/2017 | Kennedy Hodges, L.L.P. |
| 0:16-cv-02394-JNE-FLN | Murphy et al v. 3M Company et al | 4/17/2017 | 6/9/2017 | Meshbesher & Spence, Ltd. |
| 0:16-cv-01935-JNE-FLN | Williams v. 3M Company et al | 4/17/2017 | 6/9/2017 | Kennedy Hodges, L.L.P. |
| 0:16-cv-02350-JNE-FLN | Jensen v. 3M Company et al | 4/18/2017 | 6/9/2017 | GoldenbergLaw, PLLC |
| 0:16-cv-00812-JNE-FLN | Torok v. 3M Company et al | 4/18/2017 | 6/9/2017 | GoldenbergLaw, PLLC |
| 0:16-cv-01364-JNE-FLN | Vernal v. 3M Company | 4/18/2017 | 6/9/2017 | Langdon and Emison |
| 0:16-cv-00787-JNE-FLN | Abrams v. 3M Company et al | 4/19/2017 | 6/9/2017 | Thering & Associates, PLLC |
| 0:16-cv-01829-JNE-FLN | Blowe v. 3M Company, et al | 4/19/2017 | 6/9/2017 | Kennedy Hodges, L.L.P. |
| 0:16-cv-02156-JNE-FLN | Busby v. 3M Company et al | 4/19/2017 | 6/9/2017 | Kennedy Hodges, L.L.P. |
| 0:16-cv-02626-JNE-FLN | Buttacavoli v. 3M Company et al | 4/19/2017 | 6/9/2017 | Kennedy Hodges, L.L.P. |
| 0:16-cv-02298-JNE-FLN | Dandrea et al v. 3M Company et al | 4/19/2017 | 6/9/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02661-JNE-FLN | Davis v. 3M Company et al | 4/19/2017 | 6/9/2017 | Kennedy Hodges, L.L.P. |
| 0:16-cv-02432-JNE-FLN | Garner et al v. 3M Company et al | 4/19/2017 | 6/9/2017 | Kennedy Hodges, L.L.P. |
| 0:16-cv-01906-JNE-FLN | Gunn et al v. 3M Company et al | 4/19/2017 | 6/9/2017 | Kennedy Hodges, L.L.P. |
| 0:16-cv-01943-JNE-FLN | Hamel v. 3M Company | 4/19/2017 | 6/9/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02483-JNE-FLN | Harper v. 3M Company et al | 4/19/2017 | 6/9/2017 | Kennedy Hodges, L.L.P. |
| 0:16-cv-01338-JNE-FLN | Hartzel v. 3M Company | 4/19/2017 | 6/9/2017 | Kennedy Hodges, L.L.P. |

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated July 14, 2017)

| | | | | |
|---|---|---|---|---|
| 0:16-cv-02428-JNE-FLN | King v. 3M Company et al | 4/19/2017 | 6/9/2017 | Kennedy Hodges, L.L.P. |
| 0:16-cv-02226-JNE-FLN | Kunath v. 3M Company et al | 4/19/2017 | 6/9/2017 | Jones Ward PLC |
| 0:16-cv-03037-JNE-FLN | Lupo v. 3M Company et al | 4/19/2017 | 6/9/2017 | Kennedy Hodges, L.L.P. |
| 0:16-cv-02481-JNE-FLN | Magee v. 3M Company et al | 4/19/2017 | 6/9/2017 | Kennedy Hodges, L.L.P. |
| 0:16-cv-01968-JNE-FLN | Phillips v. 3M Company et al | 4/19/2017 | 6/9/2017 | Kennedy Hodges, L.L.P. |
| 0:16-cv-03444-JNE-FLN | Pugh v. 3M Company et al | 4/19/2017 | 6/9/2017 | Davis Crump, P.C. |
| 0:16-cv-01847-JNE-FLN | Rivers v. 3M Company et al | 4/19/2017 | 6/9/2017 | Kennedy Hodges, L.L.P. |
| 0:16-cv-01846-JNE-FLN | Tate v. 3M Company | 4/19/2017 | 6/9/2017 | Kennedy Hodges, L.L.P. |
| 0:16-cv-02374-JNE-FLN | Upton v. 3M Company et al | 4/19/2017 | 6/9/2017 | Kennedy Hodges, LLP |
| 0:16-cv-01774-JNE-FLN | Zenner v. 3M Company | 4/19/2017 | 6/9/2017 | Kennedy Hodges, L.L.P. |
| 0:16-cv-01299-JNE-FLN | Chambers et al v. 3M Company et al | 4/20/2017 | 6/9/2017 | Loncar & Associates |
| 0:16-cv-00514-JNE-FLN | Chavers v. 3M Company | 4/20/2017 | 6/9/2017 | Goza & Honnold, LLC |
| 0:16-cv-02213-JNE-FLN | Chenoweth v. 3M Company | 4/20/2017 | 6/9/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:15-cv-04001-JNE-FLN | Colson v. 3M Company | 4/20/2017 | 6/9/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-03244-JNE-FLN | Deal et al v. 3M Company et al | 4/20/2017 | 6/9/2017 | Randall J. Trost, P.C. |
| 0:16-cv-02998-JNE-FLN | Ferrante v. 3M Company, et al | 4/20/2017 | 6/9/2017 | Goza & Honnold, LLC |
| 0:16-cv-02658-JNE-FLN | Goble v. 3M Company, et al | 4/20/2017 | 6/9/2017 | Goza & Honnold, LLC |
| 0:16-cv-03329-JNE-FLN | Gray v. 3M Company et al | 4/20/2017 | 6/9/2017 | Kirtland & Packard LLP |
| 0:16-cv-02812-JNE-FLN | Hall v. 3M Company | 4/20/2017 | 6/9/2017 | Goza & Honnold, LLC |
| 0:16-cv-03109-JNE-FLN | Hrbek et al v. 3M Company | 4/20/2017 | 6/9/2017 | Goza & Honnold, LLC |
| 0:16-cv-03541-JNE-FLN | Johnson et al v. 3M Company, a Delaware Corporation et al | 4/20/2017 | 6/9/2017 | Randall J. Trost, P.C. |
| 0:15-cv-03703-JNE-FLN | Maxfield v. 3M Company et al | 4/20/2017 | 6/9/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-01199-JNE-FLN | McCann v. 3M Company | 4/20/2017 | 6/9/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated July 14, 2017)

| | | | | |
|---|---|---|---|---|
| 0:16-cv-02000-JNE-FLN | McMillan v. 3M Company | 4/20/2017 | 6/9/2017 | Goza & Honnold, LLC |
| 0:16-cv-01917-JNE-FLN | Minghetti v. 3M Company et al | 4/20/2017 | 6/9/2017 | Hurley McKenna & Mertz, PC |
| 0:16-cv-00788-JNE-FLN | Petty v. 3M Company et al | 4/20/2017 | 6/9/2017 | Randall J. Trost, P.C. |
| 0:16-cv-00675-JNE-FLN | Pierce v. 3M Company | 4/20/2017 | 6/9/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02710-JNE-FLN | Robinson v. 3M Company | 4/20/2017 | 6/9/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-00516-JNE-FLN | Simpson v. 3M Company | 4/20/2017 | 6/9/2017 | Goza & Honnold, LLC |
| 0:16-cv-01153-JNE-FLN | Surgeon v. 3M Company | 4/20/2017 | 6/9/2017 | Levin, Papantonoio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:16-cv-01155-JNE-FLN | Sutter v. 3M Company | 4/20/2017 | 6/9/2017 | Levin, Papantoio, Thomas, Mitchell, Rafferty & Proctor, P.A. |
| 0:16-cv-02657-JNE-FLN | Waters v. 3M Company et al | 4/20/2017 | 6/9/2017 | Goza & Honnold, LLC |
| 0:16-cv-03110-JNE-FLN | Dickens v. 3M Company et al. | 4/24/2017 | 6/9/2017 | Goza & Honnold, LLC |
| 0:16-cv-02585-JNE-FLN | Elliott et al v. 3M Company et al | 4/24/2017 | 6/9/2017 | Loncar & Associates |
| 0:16-cv-01795-JNE-FLN | Griffith v. 3M Company et al | 4/24/2017 | 6/9/2017 | Gustafson Gluek PLLC |
| 0:16-cv-01314-JNE-FLN | Holznagel et al v. 3M Company et al | 4/24/2017 | 6/9/2017 | Loncar & Associates |
| 0:16-cv-01424-JNE-FLN | Hunter v. 3M Company et al | 4/24/2017 | 6/9/2017 | Loncar & Associates |
| 0:16-cv-01259-JNE-FLN | Lance v. 3M Company | 4/24/2017 | 6/9/2017 | Goza & Honnold, LLC |
| 0:16-cv-03279-JNE-FLN | McGlothlin et al v. 3M Company et al | 4/24/2017 | 6/9/2017 | DeGaris & Rogers, LLC |
| 0:16-cv-03168-JNE-FLN | McKenney v. 3M Company et al | 4/24/2017 | 6/9/2017 | Loncar & Associates |
| 0:16-cv-00401-JNE-FLN | McLane v. 3M Company | 4/24/2017 | 6/9/2017 | Goza & Honnold, LLC |
| 0:16-cv-03062-JNE-FLN | Moses v. 3M Company et al | 4/24/2017 | 6/9/2017 | DeGaris & Rogers, LLC |
| 0:16-cv-03906-JNE-FLN | Offord et al v. 3M Company et al | 4/24/2017 | 6/9/2017 | Loncar & Associates |
| 0:16-cv-02055-JNE-FLN | Redford v. 3M Company | 4/24/2017 | 6/9/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-00517-JNE-FLN | Ryan v. 3M Company | 4/24/2017 | 6/9/2017 | Goza & Honnold, LLC |
| 0:16-cv-01294-JNE-FLN | Stanley v. 3M Company et al | 4/24/2017 | 6/9/2017 | Loncar & Associates |

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated July 14, 2017)

| | | | | |
|---|---|---|---|---|
| 0:16-cv-00821-JNE-FLN | Stewart v. 3M Company | 4/24/2017 | 6/9/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. |
| 0:16-cv-00841-JNE-FLN | Vann v. 3M Company | 4/24/2017 | 6/9/2017 | Goza & Honnold, LLC |
| 0:16-cv-02957-JNE-FLN | Zivanovich v. 3M Company | 4/24/2017 | 6/9/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02605-JNE-FLN | Forney v. 3M Company et al | 5/1/2017 | 6/9/2017 | Meshbesher & Spence, Ltd. |
| 0:16-cv-00990-JNE-FLN | Stinson v. 3M Company | 5/1/2017 | 6/9/2017 | Meshbesher & Spence, Ltd. |
| 0:16-cv-02787-JNE-FLN | Hood et al v. 3M Company et al | 5/3/2017 | 6/9/2017 | Meshbesher & Spence, Ltd. |
| 0:16-cv-00838-JNE-FLN | Plumley v. 3M Company | 5/3/2017 | 6/9/2017 | Goza & Honnold, LLC |
| 0:16-cv-00839-JNE-FLN | Smith v. 3M Company | 5/3/2017 | 6/9/2017 | Goza & Honnold, LLC |
| 0:16-cv-04097-JNE-FLN | Baldwin et al v. 3M Company et al | 5/8/2017 | 6/9/2017 | Rieders Travis Humphrey Waters & Dohrmann |
| 0:15-cv-03899-JNE-FLN | Hardison v. 3M Company et al | 5/15/2017 | 6/9/2017 | Bachus & Schanker, LLC |
| 0:16-cv-02805-JNE-FLN | King et al v. 3M Company et al | 5/15/2017 | 6/9/2017 | Bachus & Schanker, LLC |
| 0:16-cv-02880-JNE-FLN | Brunner v. 3M Company et al | 5/16/2017 | 3/13/2017; 4/14/2017; 6/09/2017 | Bernstein Liebhard LLP |
| 0:16-cv-01945-JNE-FLN | Couce v. 3M Company et al | 5/16/2017 | 4/14/2017; 6/09/2017 | Bernstein Liebhard LLP |
| 0:16-cv-02338-JNE-FLN | Duval v. 3M Company et al | 5/16/2017 | 4/14/2017; 6/09/2017 | Bernstein Liebhard LLP |
| 0:16-cv-02886-JNE-FLN | Epps v. 3M Company et al | 5/16/2017 | 4/14/2017; 6/09/2017 | Bernstein Liebhard LLP |
| 0:16-cv-00533-JNE-FLN | Furgason v. 3M Company et al | 5/16/2017 | 4/14/2017; 6/09/2017 | Bernstein Liebhard LLP |
| 0:16-cv-00542-JNE-FLN | Haines et al v. 3M Company et al | 5/16/2017 | 4/14/2017; 6/09/2017 | Bernstein Liebhard LLP |
| 0:16-cv-02591-JNE-FLN | Hebert v. 3M Company et al | 5/16/2017 | 4/14/2017; 6/09/2017 | Bernstein Liebhard LLP |
| 0:16-cv-03772-JNE-FLN | Hogue v. 3M Company et al | 5/16/2017 | 6/9/2017 | Bernstein Liebhard LLP |
| 0:16-cv-00057-JNE-FLN | Irby v. 3M Company et al | 5/16/2017 | 4/14/2017; 6/09/2017 | Bernstein Liebhard LLP |
| 0:16-cv-02189-JNE-FLN | Kampf et al v. 3M Company et al | 5/16/2017 | 4/14/2017; 6/09/2017 | Bernstein Liebhard LLP |
| 0:16-cv-03618-JNE-FLN | Messner-Katzer v. 3M Company et al | 5/16/2017 | 6/9/2017 | Capretz & Associates |
| 0:16-cv-02500-JNE-FLN | Pastor v. 3M Company et al | 5/16/2017 | 4/14/2017; 6/09/2017 | Bernstein Liebhard LLP |
| 0:16-cv-02194-JNE-FLN | Read et al v. Arizant Healthcare Inc., et al | 5/16/2017 | 4/14/2017; 6/09/2017 | Jones Ward PLC |

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated July 14, 2017)

| | | | | |
|---|---|---|---|---|
| 0:16-cv-01899-JNE-FLN | Riley v. 3M Company et al | 5/16/2017 | 6/9/2017 | Bernstein Liebhard LLP |
| 0:16-cv-02546-JNE-FLN | Walker v. 3M Company et al | 5/16/2017 | 4/14/2017; 6/09/2017 | Bernstein Liebhard LLP |
| 0:16-cv-03854-JNE-FLN | Bass v. 3M Company et al | 5/31/2017 | 6/9/2017 | McSweeney/Langevin LLC |
| 0:16-cv-03855-JNE-FLN | Brown et al v. 3M Company et al | 5/31/2017 | 6/9/2017 | McSweeney/Langevin LLC |
| 0:17-cv-00503-JNE-FLN | Carter v. 3M Company et al | 6/1/2017 | 6/9/2017 | Hollis Legal Solutions, PLLC |
| 0:16-cv-04054-JNE-FLN | Miller v. 3M Company et al | 6/23/2017 | | Goza & Honnold, LLC |
| 0:15-cv-03736-JNE-FLN | Printup v. 3M Company et al | 6/28/2017 | | Gustafson Gluek PLLC |
| 0:16-cv-04154-JNE-FLN | Pavlovic v. 3M Company | 6/29/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:16-cv-04154-JNE-FLN | Pavlovic v. 3M Company | 6/30/2017 | 6/9/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:16-cv-04161-JNE-FLN | Bond v. 3M Company | 6/30/2017 | 6/9/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-04244-JNE-FLN | Meyers v. 3M Company | 6/30/2017 | 6/9/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:16-cv-04057-JNE-FLN | Gillespie v. 3M Company et al | 6/30/2017 | 6/9/2017 | Capretz & Associates |
| 0:16-cv-04390-JNE-FLN | Fox v. 3M Company | 6/30/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:16-cv-03991-JNE-FLN | Overko v. 3M Company | 6/30/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:16-cv-04053-JNE-FLN | Hellard v. 3M Company et al | 7/5/2017 | 6/9/2017 | Goza & Honnold, LLC |
| 0:16-cv-03708-JNE-FLN | Goodson v. 3M Company et al | 7/5/2017 | 6/9/2017 | Goza & Honnold, LLC |
| 0:16-cv-04361-JNE-FLN | Winston v. 3M Company et al | 7/5/2017 | 6/9/2017 | McGlynn, Glisson and Mouton |
| 0:16-cv-03283-JNE-FLN | Daniels, Jr. v. 3M Company et al | 7/5/2017 | | Lockridge, Grindal Nauen P.L.L.P. |
| 0:16-cv-04053-JNE-FLN | Hellard v. 3M Company et al | 7/5/2017 | | Goza & Honnold, LLC |
| 0:16-cv-01889-JNE-FLN | Seigfried et al v. 3M Company | 7/6/2017 | | The Miller Firm LLC |
| 0:16-cv-00518-JNE-FLN | Thompson v. 3M Company | 7/7/2017 | | Goza & Honnold, LLC |
| 0:17-cv-00056-JNE-FLN | Hanley v. 3M Company | 7/12/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. |

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated July 14, 2017)

| Case Number | Title | 2nd Deficiency Sent | | Firm Name |
|---|---|---|---|---|
| 0:16-cv-04374-JNE-FLN | Elhard v. 3M Company et al | 6/12/2017 | | GoldenbergLaw, PLLC |
| 0:16-cv-04416-JNE-FLN | Lewis v. 3M Company et al | 6/12/2017 | | Hollis Legal Solutions, PLLC |
| 0:17-cv-01134-JNE-FLN | Newman v. 3M Company et al | 6/12/2017 | | McGlynn, Glisson and Mouton |
| 0:17-cv-00479-JNE-FLN | Paul v. 3M Company | 6/12/2017 | | Meshbesher & Spence, Ltd |
| 0:16-cv-04379-JNE-FLN | Ploessl et al v. 3M Company et al | 6/12/2017 | | The Miller Firm, LLC |
| 0:16-cv-04372-JNE-FLN | Rochetto et al v. 3M Company et al | 6/12/2017 | | Goza & Honnold, LLC |
| 0:16-cv-04371-JNE-FLN | Rodenborn et al v. 3M Company et al | 6/12/2017 | | Gustafson Gluek PLLC |
| 0:16-cv-04419-JNE-FLN | Thomas et al v. 3M Company et al | 6/12/2017 | | Goza & Honnold, LLC |
| 0:16-cv-04411-JNE-FLN | Thomas v. 3M Company et al | 6/12/2017 | | Hollis Legal Solutions, PLLC |
| 0:17-cv-00088-JNE-FLN | Malinski v. 3M Company et al | 6/19/2017 | | McGlynn, Glisson and Mouton |
| 0:16-cv-04357-JNE-FLN | Murdock et al v. 3M Company et al | 6/20/2017 | | Brown and Crouppen, P.C. |
| 0:17-cv-00248-JNE-FLN | Barbeau v. 3M Company et al | 6/21/2017 | | Law Offices of Peter G. Angelos, P.C. |
| 0:16-cv-04422-JNE-FLN | McGalliard v. 3M Company et al | 6/21/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:16-cv-04323-JNE-FLN | Raymond et al v. 3M Company et al | 6/23/2017 | | McGlynn, Glisson and Mouton |
| 0:17-cv-00039-JNE-FLN | Wollam v. 3M Company et al | 6/23/2017 | | Raizner Slania LLP |
| 0:17-cv-00407-JNE-FLN | Watson et al v. 3M Company et al | 6/26/2017 | | McGlynn, Glisson and Mouton |
| 0:17-cv-00579-JNE-FLN | DeNeve v. 3M Company et al | 6/30/2017 | | McGlynn, Glisson and Mouton |
| 0:17-cv-00383-JNE-FLN | Mitchell v. 3M Company et al | 6/30/2017 | | Goza & Honnold, LLC |
| 0:16-cv-03998-JNE-FLN | Flowers et al v. 3M Company et al | 7/5/2017 | | Goza & Honnold, LLC |
| 0:16-cv-03934-JNE-FLN | Hougen v. 3M Company et al | 7/5/2017 | | Walters Law Firm, LLC |
| 0:17-cv-00436-JNE-FLN | Ondayko v. 3M Company et al | 7/10/2017 | | The Law offices of Travis R. Walker, P.A. |

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated July 14, 2017)

| 0:17-cv-00264-JNE-FLN | Williams v. 3M Company | 7/11/2017 | | Raizner Slania LLP |
| --- | --- | --- | --- | --- |

Yellow highlighting indicates that the case was previously listed per PTO 14 (D.E. 270)

# EXHIBIT E

| | |
|---|---|
| **From:** | Ben Hulse |
| **Sent:** | Friday, April 14, 2017 5:00 PM |
| **To:** | joanericksen_chambers@mnd.uscourts.gov; noel_chambers@mnd.uscourts.gov |
| **Cc:** | Jerry Blackwell; Ahmann, Bridget M.; gzimmerman@meshbesher.com; bgordon@levinlaw.com; MVC@ciresiconlin.com; JMC@CiresiConlin.com; Mary Young |
| **Subject:** | Bair Hugger MDL, 15-2666:  PFS Lists to Accompany Joint Agenda and Status Report |
| **Attachments:** | 1. Bair Hugger MDL 2666 -- Overdue Plaintiff Fact Sheets (2017.04.14).xlsx; 2. Bair Hugger MDL 2666 -- Def. Notices Sent with No Response (2017.04.14).xlsx; 3. Bair Hugger MDL 2666 -- Persistent Deficiencies (2017.04.14).xlsx |

Dear Judge Ericksen and Judge Noel,

Pursuant to PTO 14, Defendants are providing three lists related to the plaintiff fact sheets, as discussed in Section 2 of the Joint Agenda that will be provided to the Court.

Sincerely,
Benjamin W. Hulse

Benjamin W. Hulse
Blackwell Burke P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN  55415
Direct (612) 343-3256
Fax (612) 343-3205

This message and any attachments may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient or are not authorized to receive for the recipient, you are hereby notified that dissemination, distribution or copying of this message and any attachments is strictly prohibited. If you have received this message in error, please immediately advise the sender by reply e-mail and delete the message and any attachments. Thank you.

**Defendants' PFS List 1:  Overdue Plaintiff Fact Sheets**
(Updated April 14, 2017)

| Case Number | Title | Date Filed | PFS Due Date | Comment | Prior Listing | Firm Name |
|---|---|---|---|---|---|---|
| 0:15-cv-03900-JNE-FLN | Wright v. 3M Company | 10/20/2015 | 12/26/2016 | | 3/13/17 | Meshbesher & Spence, Ltd. |
| 0:16-cv-00136-JNE-FLN | Hager v. 3M Company | 1/21/2016 | 12/26/2016 | | 3/13/17 | Meshbesher & Spence, Ltd. |
| 0:16-cv-00621-JNE-FLN | Weimer v. 3M Company | 3/10/2016 | 1/27/2017 | Due date extended to 1/27, but no PFS received since | 3/13/17 | Lockridge, Grindal Nauen P.L.L.P. |
| 0:16-cv-02335-JNE-FLN | Colter v. 3M Company | 7/6/2016 | 12/26/2016 | Improper DWOP | 3/13/17 | Meshbesher & Spence, Ltd. |
| 0:16-cv-02755-JNE-FLN | Fraley v. 3M Company | 8/16/2016 | 12/26/2016 | | 3/13/17 | Bernstein Liebhard LLP |
| 0:16-cv-02757-JNE-FLN | Alford v. 3M Company | 8/16/2016 | 12/26/2016 | Improper DWOP** | 3/13/17 | Bernstein Liebhard LLP |
| 0:16-cv-02772-JNE-FLN | Wilburn v. 3M Company | 8/18/2016 | 12/26/2016 | | 3/13/17 | Bernstein Liebhard LLP |
| 0:16-cv-02803-JNE-FLN | Johnson v. 3M Company | 8/19/2016 | 12/26/2016 | | 3/13/17 | Bachus & Schanker, LLC |
| 0:16-cv-02874-JNE-FLN | Garro v. 3M Company | 8/25/2016 | 12/26/2016 | | 3/13/17 | Bernstein Liebhard LLP |
| 0:16-cv-02896-JNE-FLN | Toler v. 3M Company | 8/26/2016 | 12/26/2016 | | 3/13/17 | Bachus & Schanker, LLC |
| 0:16-cv-03383-JNE-FLN | DePriest v. 3M Company | 10/6/2016 | 1/4/2017 | | 3/13/17 | Bernstein Liebhard LLP |
| 0:16-cv-03431-JNE-FLN | Freeman v. 3M Company | 10/11/2016 | 1/9/2017 | Improper DWOP | 3/13/17 | Shelton Law Group |
| 0:16-cv-03553-JNE-FLN | Barrett v. 3M Company | 10/18/2016 | 1/16/2017 | | 3/13/17 | Gustafson Gluek PLLC |
| 0:16-cv-03635-JNE-FLN | Pierce v. 3M Company | 10/26/2016 | 1/24/2017 | Duplicate - Improper DWOP | 3/13/17 | Shelton Law Group |
| 0:16-cv-03781-JNE-FLN | Fling v. 3M Company | 10/31/2016 | 1/29/2017 | | 3/13/17 | Bachus & Schanker, LLC |
| 0:16-cv-03934-JNE-FLN | Hougen v. 3M Company | 11/17/2016 | 2/15/2017 | | 3/13/17 | The Miller Firm, LLC |
| 0:16-cv-04109-JNE-FLN | Prevo v. 3M Company | 12/12/2016 | 3/12/2017 | | | Hamilton Law Firm |
| 0:16-cv-04341-JNE-FLN | Turner v. 3M Company | 12/22/2016 | 3/22/2017 | | | Randall J. Trost, P.C. |

**Defendants' PFS List 1:  Overdue Plaintiff Fact Sheets**
(Updated April 14, 2017)

| 0:16-cv-04360-JNE-FLN | Spaich  v. 3M Company | 12/27/2016 | 3/27/2017 | | | McGlynn, Glissoin & Mouton |
|---|---|---|---|---|---|---|
| 0:16-cv-04381-JNE-FLN | Manzanares v. 3M Company | 12/28/2016 | 3/28/2017 | | | Bernstein Liebhard LLP |
| 0:17-cv-00018-JNE-FLN | Meeks v. 3M Company | 1/4/2017 | 4/4/2017 | | | The Olinde Firm, LLC |

Yellow highlighting indicates that the case was previously listed per the Court's 3/13 Order (D.E. 270)

** "Improper DWOP" indicates that Plaintiff filed a notice of voluntary dismissal without prejudice after Defendants had answered the Master Complaint.  Defendants contend that these dismissals are ineffective under Rule 41(a), and that PFSs therefore remain due.  Defendants are willing to enter into stipulations of dismissal with prejudice for these cases.

**Defendants' PFS List 2:  Plaintiffs Who Have Not Responded to Defendants' Deficiency Notices**
(Updated April 14, 2017)

| Case Number | Title | 1st Deficiency Notice Sent | Response Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:16-cv-02801-JNE-FLN | Hardison v. 3M Company et al | 1/23/2017 | 2/13/2017 | 3/13/2017 | Bachus & Schanker, LLC |
| 0:16-cv-02808-JNE-FLN | Sorrels et al v. 3M Company et al | 2/17/2017 | 3/10/2017 | | Bachus & Schanker, LLC |
| 0:16-cv-02889-JNE-FLN | Surface v. 3M Company et al | 1/19/2017 | 2/9/2017 | 3/13/2017 | Bernstein Liebhard LLP |
| 0:16-cv-04301-JNE-FLN | McLane v. 3M Company et al | 3/6/2017 | 3/27/2017 | | Goza & Honnold, LLC |
| 0:16-cv-00784-JNE-FLN | Young v. 3M Company et al | 1/20/2017 | 2/10/2017 | 3/13/2017 | Kanuru Law Group |
| 0:16-cv-01986-JNE-FLN | Harkleroad v. 3M Company et al | 1/19/2017 | 2/9/2017 | 3/13/2017 | Kennedy Hodges, L.L.P. |
| 0:16-cv-02083-JNE-FLN | Hurst et al v. 3M Company et al | 1/19/2017 | 2/9/2017 | 3/13/2017 | Kennedy Hodges, L.L.P. |
| 0:16-cv-03058-JNE-FLN | Kaelin v. 3M Company et al | 1/19/2017 | 2/9/2017 | 3/13/2017 | Kennedy Hodges, L.L.P. |
| 0:16-cv-02888-JNE-FLN | Taylor et al v. 3M Company et al | 1/20/2017 | 2/10/2017 | 3/13/2017 | Meshbesher & Spence, Ltd |
| 0:16-cv-02936-JNE-FLN | Bryson v. 3M Company | 1/19/2017 | 2/9/2017 | 3/13/2017 | Pendley, Baudin & Coffin LLP |

| Case Number | Title | 2d Deficiency Notice Sent | Response Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:15-cv-03899-JNE-FLN | Hardison v. 3M Company et al | 3/2/2017 | 3/23/2017 | 3/13/2017 | Bachus & Schanker, LLC |
| 0:16-cv-02805-JNE-FLN | King et al v. 3M Company et al | 3/2/2017 | 3/23/2017 | 3/13/2017 | Bachus & Schanker, LLC |
| 0:16-cv-00518-JNE-FLN | Thompson v. 3M Company | 3/2/2017 | 3/23/2017 | 3/13/2017 | Goza & Honnold, LLC |
| 0:16-cv-02811-JNE-FLN | Reese v. 3M Company et al | 3/2/2017 | 3/23/2017 | 3/13/2017 | Goza & Honnold, LLC |
| 0:15-cv-03328-JNE-FLN | Grushesky v. 3M Company et al | 2/21/2017 | 3/14/2017 | 3/13/2017 | Kershaw, Cook & Talley |
| 0:15-cv-04265-JNE-FLN | Mayne v. 3M Company | 2/21/2017 | 3/14/2017 | 3/13/2017 | Kershaw, Cook & Talley |
| 0:16-cv-00828-JNE-FLN | Wood v. 3M Company et al | 2/28/2017 | 3/21/2017 | 3/13/2017 | Kirtland & Packard LLP |
| 0:15-cv-03329-JNE-FLN | Libby v. 3M Company et al | 3/8/2017 | 3/29/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-01091-JNE-FLN | Thurman v. 3M Company | 3/8/2017 | 3/29/2017 | | Lockridge Grindal Nauen P.L.L.P. |

**Defendants' PFS List 2:  Plaintiffs Who Have Not Responded to Defendants' Deficiency Notices**
(Updated April 14, 2017)

| | | | | | |
|---|---|---|---|---|---|
| 0:15-cv-04209-JNE-FLN | Donaho v. 3M Company et al | 3/9/2017 | 3/30/2017 | | Lockridge, Grindal Nauen P.L.L.P |
| 0:16-cv-00494-JNE-FLN | Mayo v. 3M Company | 3/13/2017 | 4/3/2017 | | Lockridge, Grindal Nauen P.L.L.P. |
| 0:16-cv-00900-JNE-FLN | Karres v. 3M Company | 3/8/2017 | 3/29/2017 | | Lockridge, Grindal Nauen P.L.L.P. |
| 0:16-cv-01108-JNE-FLN | Wright v. 3M Company | 3/8/2017 | 3/29/2017 | | Lockridge, Grindal Nauen P.L.L.P. |
| 0:16-cv-03283-JNE-FLN | Daniels, Jr. v. 3M Company et al | 3/8/2017 | 3/29/2017 | | Lockridge, Grindal Nauen P.L.L.P. |
| 0:16-cv-00050-JNE-FLN | Priest v. 3M Company et al | 3/8/2017 | 3/29/2017 | | Peterson & Associates, P.C. |
| 0:16-cv-01889-JNE-FLN | Seigfried et al v. 3M Company | 3/13/2017 | 4/3/2017 | | The Miller Firm LLC |

Yellow highlighting indicates that the case was previously listed per the Court's 3/13 Order (D.E. 270)

**Defendants' PFS List 3:  Uncured Core Deficiencies Remain Following Notice and Response**
(Updated April 14, 2017)

| Case Number | Title | Response Received to 2nd Deficiency Notice | Third Deficiency Notice Sent to Plaintiff | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:15-cv-04004-JNE-FLN | Peterson v. 3M Company | 3/9/2017 | 4/4/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:15-cv-04601-JNE-FLN | Mann v. 3M Company | 3/3/2017 | 3/28/2017 | | Childers, Schlueter & Smith |
| 0:16-cv-00250-JNE-FLN | Critari v. 3M Company | 3/8/2017 | 4/4/2017 | | Meshbesher & Spence, Ltd. |
| 0:16-cv-00505-JNE-FLN | Jenkins v. 3M Company | 3/2/2017; 3/16/17 | 3/28/2017 | | The Law offices of Travis R. Walker, P.A. |
| 0:16-cv-00827-JNE-FLN | Stephan v. 3M Company | 3/1/2017; 3/9/17 | 3/28/2017 | | Kirtland & Packard LLP |
| 0:16-cv-01778-JNE-FLN | Dinkins v. 3M Company | 3/9/2017 | 4/4/2017 | | Kirtland & Packard LLP |
| 0:16-cv-01832-JNE-FLN | Maccarrone v. 3M Company | 3/9/2017 | 4/4/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-01834-JNE-FLN | Newcomb v. 3M Company | 3/9/2017 | 4/4/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-01929-JNE-FLN | Davis v. 3M Company | 3/1/2017; 3/9/17 | 3/28/2017 | | Kirtland & Packard LLP |
| 0:16-cv-02196-JNE-FLN | Waddell v. 3M Company | 3/10/2017 | 4/4/2017 | 3/13/2017 | Gary S. Logsdon & Associates |
| 0:16-cv-02205-JNE-FLN | Soens v. 3M Company | 3/13/2017 | 4/10/2017 | 3/13/2017 | Peterson & Associates, P.C. |
| 0:16-cv-02212-JNE-FLN | Pettersen v. 3M Company | 3/10/2017 | 4/4/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02284-JNE-FLN | Brumback v. 3M Company | 3/1/2017 | 3/28/2017 | | Kirtland & Packard LLP |
| 0:16-cv-02285-JNE-FLN | Cash v. 3M Company | 3/1/2017; 3/9/17 | 3/28/2017 | | Kirtland & Packard LLP |
| 0:16-cv-02322-JNE-FLN | Davis  v. 3M Company | 3/10/2017 | 4/4/2017 | 3/13/2017 | Gary S. Logsdon & Associates |
| 0:16-cv-02395-JNE-FLN | Nadeau v. 3M Company | 3/9/2017 | 4/4/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02503-JNE-FLN | West v. 3M Company . | 3/9/2017 | 4/4/2017 | | Richardson, Patrick, Westbrook & Brickman, LLC |
| 0:16-cv-02600-JNE-FLN | Raines v. 3M Company . | 3/1/2017; 3/9/17 | 3/28/2017 | | Kirtland & Packard LLP |

**Defendants' PFS List 3:  Uncured Core Deficiencies Remain Following Notice and Response**
(Updated April 14, 2017)

| | | | | | |
|---|---|---|---|---|---|
| 0:16-cv-02687-JNE-FLN | Davis v. 3M Company | 3/13/2017 | 4/10/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02711-JNE-FLN | Miller v. 3M Company | 3/9/2017 | 4/4/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02736-JNE-FLN | Chervenak v. 3M Company | 3/13/2017 | 4/10/2017 | 3/13/2017 | Peterson & Associates, P.C. |
| 0:16-cv-02750-JNE-FLN | Brannon v. 3M Company | 3/13/2017 | 4/10/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02752-JNE-FLN | Clark v. 3M Company | 3/13/2017 | 4/10/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02917-JNE-FLN | Stinemates v. 3M Company | 3/13/2017 | 4/10/2017 | 3/13/2017 | Peterson & Associates, P.C. |
| 0:16-cv-02959-JNE-FLN | Novak v. 3M Company | 3/10/2017 | 4/4/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-03166 | Schwartz, Bruce and Ilene | 3/7/2017 | 4/4/2017 | | Houssiere Durant Houssiere, LLP |
| 0:16-cv-03272-JNE-FLN | Sparrow v. 3M Company | 3/13/2017 | 4/10/2017 | 3/13/2017 | Parker Waichman |
| 0:16-cv-03292-JNE-FLN | DeLeon v. 3M Company | 3/7/2017 | 4/14/2017 | | Houssiere Durant Houssiere, LLP |

| Case Number | Title | Response Received to 1st Deficiency Notice | Second Deficiency Notice Sent to Plaintiff | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:15-cv-04212-JNE-FLN | Lockhart Love v. 3M Company | 3/7/2017 | 4/4/2017 | | Lockridge, Grindal Nauen P.L.L.P. |
| 0:16-cv-00057-JNE-FLN | Irby v. 3M Company | 2/21/2017 | 3/21/2017 | | Bernstein Liebhard LLP |
| 0:16-cv-00533-JNE-FLN | Furgason v. 3M Company | 2/21/2017 | 3/21/2017 | | Bernstein Liebhard LLP |
| 0:16-cv-00542-JNE-FLN | Haines v. 3M Company | 2/21/2017 | 3/21/2017 | | Bernstein Liebhard LLP |
| 0:16-cv-00817-JNE-FLN | Robbins v. 3M Company | 2/21/2017 | 3/21/2017 | | Bernstein Liebhard LLP |
| 0:16-cv-01945-JNE-FLN | Couce v. 3M Company | 2/21/2017 | 3/21/2017 | | Bernstein Liebhard LLP |
| 0:16-cv-02189-JNE-FLN | Kampf v. 3M Company | 2/21/2017 | 3/21/2017 | | Bernstein Liebhard LLP |
| 0:16-cv-02194-JNE-FLN | Read v. Arizant Healthcare Inc., | 3/6/2017 | 4/3/2017 | | Jones Ward PLC |

**Defendants' PFS List 3:  Uncured Core Deficiencies Remain Following Notice and Response**
(Updated April 14, 2017)

| | | | | | |
|---|---|---|---|---|---|
| 0:16-cv-02338-JNE-FLN | Duval v. 3M Company | 2/21/2017 | 3/21/2017 | | Bernstein Liebhard LLP |
| 0:16-cv-02500-JNE-FLN | Pastor v. 3M Company | 2/21/2017 | 3/21/2017 | | Bernstein Liebhard LLP |
| 0:16-cv-02546-JNE-FLN | Walker v. 3M Company | 2/21/2017 | 3/21/2017 | | Bernstein Liebhard LLP |
| 0:16-cv-02584-JNE-FLN | Butler v. 3M Company | 2/21/2017 | 3/21/2017 | | Bernstein Liebhard LLP |
| 0:16-cv-02591-JNE-FLN | Hebert v. 3M Company | 2/21/2017 | 3/21/2017 | | Bernstein Liebhard LLP |
| 0:16-cv-02723-JNE-FLN | Tucker v. 3M Company | 2/24/2017 | 3/23/2017 | | Goza & Honnold, LLC |
| 0:16-cv-02880-JNE-FLN | Brunner v. 3M Company | 3/10/2017 | 4/4/2017 | 3/13/2017 | Bernstein Liebhard LLP |
| 0:16-cv-02886-JNE-FLN | Epps v. 3M Company | 2/21/2017 | 3/21/2017 | | Bernstein Liebhard LLP |
| 0:16-cv-03470-JNE-FLN | Tehauno v. 3M Company | 3/7/2017 | 4/4/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:16-cv-03633-JNE-FLN | Norman v. 3M Company | 3/7/2017 | 4/4/2017 | | Shelton Law Group |
| 0:16-cv-03636-JNE-FLN | Miller v. 3M Company | 3/7/2017 | 4/4/2017 | | Shelton Law Group |
| 0:16-cv-03692-JNE-FLN | Warner v. 3M Company | 3/9/2017 | 4/4/2017 | | Shelton Law Group |
| 0:16-cv-03700-JNE-FLN | Miller v. 3M Company | 3/7/2017 | 4/4/2017 | | Shelton Law Group |

Yellow highlighting indicates that the case was previously listed per the Court's 3/13 Order (D.E. 270)

# EXHIBIT F



**LEVIN • PAPANTONIO**
**THOMAS • MITCHELL**
**RAFFERTY & PROCTOR • P.A.**
PROFESSIONAL CORPORATION        ATTORNEYS AT LAW

KIMBERLY LAMBERT ADAMS
BRIAN H. BARR
MICHAEL C. BIXBY
M. ROBERT BLANCHARD
BRANDON L. BOGLE
WESLEY A. BOWDEN
VIRGINIA M. BUCHANAN
WILLIAM F. CASH III
JEFF GADDY
RACHAEL R. GILMER
FREDRIC G. LEVIN

MARTIN H. LEVIN
M. JUSTIN LUSKO
ANDREW E. McGRAW
NEIL E. McWILLIAMS, JR.
CLAY MITCHELL
PETER J. MOUGEY
DANIEL A. NIGH
TIMOTHY M. O'BRIEN
MIKE PAPANTONIO
CHRISTOPHER G. PAULOS
EMMIE J. PAULOS

A. RENEE PRESTON
ROBERT E. PRICE
MARK J. PROCTOR
TROY A. RAFFERTY
MATTHEW D. SCHULTZ
W. CAMERON STEPHENSON
LEO A. THOMAS
BRETT VIGODSKY
MALLORY J. MANGOLD
(LICENSED ONLY IN ALABAMA
AND MISSISSIPPI)

OF COUNSEL:
LAURA S. DUNNING
   (LICENSED ONLY IN ALABAMA)
BEN W. GORDON, JR
ROBERT M. LOEHR
PAGE A. POERSCHKE
   (LICENSED ONLY IN ALABAMA)

LEFFERTS L. MABIE, JR. (1925-1996)
D.L. MIDDLEBROOKS (1926-1997)
DAVID H. LEVIN (1928-2002)
STANLEY B. LEVIN (1938-2009)

February 8, 2017



RECEIVED FEB 10 2017   BY: ....CAS..............

**VIA EMAIL and U.S MAIL**

Benjamin W. Hulse
Blackwell Burke P.A
431 South Seventh Street.
Suite 2500
Minneapolis, MN 55415
bhulse@blackwellburke.com

> *Re:*   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
> MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
> *Edward Brannon v. 3M Company*, Case No.: 0:16-cv-02750-JNE-FLN

Dear Counsel:

Pursuant to paragraph 6 of PTO 14, please see the attached documentation to cure deficiencies for the above captioned matter.

Sincerely,

Daniel A. Nigh

ec/DAN

Enclosure

Response to Deficiencies

Edward Brannon v. 3M Company, Case No.: 0:16-cv-02750-JNE-FLN

Deficiencies cannot be cured at this time as we have not been able to contact client but will continue to make a diligent effort to do so.



| | | | |
|---|---|---|---|
| KIMBERLY LAMBERT ADAMS | MARTIN H. LEVIN | A. RENEE PRESTON | OF COUNSEL: |
| BRIAN H. BARR | M. JUSTIN LUSKO | ROBERT E. PRICE | LAURA S. DUNNING |
| MICHAEL C. BIXBY | ANDREW E. McGRAW | MARK J. PROCTOR | *(LICENSED ONLY IN ALABAMA)* |
| M. ROBERT BLANCHARD | NEIL E. McWILLIAMS, JR. | TROY A. RAFFERTY | BEN W. GORDON, JR |
| BRANDON L. BOGLE | CLAY MITCHELL | MATTHEW D. SCHULTZ | ROBERT M. LOEHR |
| WESLEY A. BOWDEN | PETER J. MOUGEY | W. CAMERON STEPHENSON | PAGE A. POERSCHKE |
| VIRGINIA M. BUCHANAN | DANIEL A. NIGH | LEO A. THOMAS | *(LICENSED ONLY IN ALABAMA)* |
| WILLIAM F. CASH III | TIMOTHY M. O'BRIEN | BRETT VIGODSKY | |
| JEFF GADDY | MIKE PAPANTONIO | MALLORY J. MANGOLD | LEFFERTS L. MABIE, JR. (1925-1996) |
| RACHAEL R. GILMER | CHRISTOPHER G. PAULOS | *(LICENSED ONLY IN ALABAMA* | D.L. MIDDLEBROOKS (1926-1997) |
| FREDRIC G. LEVIN | EMMIE J. PAULOS | *AND MISSISSIPPI)* | DAVID H. LEVIN (1928-2002) |
| | | | STANLEY B. LEVIN (1938-2009) |

**LEVIN · PAPANTONIO**
**THOMAS · MITCHELL**
**RAFFERTY & PROCTOR · P.A.**
PROFESSIONAL CORPORATION      ATTORNEYS AT LAW

APR 2 5 2017

BY: ...C.K...

April 21, 2017

**VIA FEDEX**

Benjamin W. Hulse
Blackwell Burke P.A
431 South Seventh Street.
Suite 2500
Minneapolis, MN 55415
bhulse@blackwellburke.com

Re:     *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
        MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
        *Thomas Miller vs. 3M Company*, Case No.: 0:16-cv-02711-JNE-FLN

Dear Counsel:

        Pursuant to paragraph 6 of PTO 14, please see the attached documentation to cure
deficiencies for the above captioned matter.

                            Sincerely,

                            Daniel A. Nigh

DAN/aw

Enclosure

Response to Deficiencies

*Thomas Miller  v. 3M Company*, Case No.: 0:16-cv-02711-JNE-FLN

Deficiencies cannot be cured at this time as we have not been able to contact client, but will continue to make a diligent effort to do so.

**Signed Verification:**

Many past MDLs have not required signatures to correct deficiencies and there is nothing in this MDLS that requires deficiencies to be signed individually by clients.   This is inefficient and unnecessary.  Therefore, we dispute that corrections to the deficiency responses are required to be individually signed by clients.



| | MARTIN H. LEVIN | A. RENEE PRESTON | OF COUNSEL: |
|---|---|---|---|
| KIMBERLY LAMBERT ADAMS | M. JUSTIN LUSKO | ROBERT E. PRICE | LAURA S. DUNNING |
| BRIAN H. BARR | ANDREW E. McGRAW | MARK J. PROCTOR | (LICENSED ONLY IN ALABAMA) |
| MICHAEL C. BIXBY | NEIL E. McWILLIAMS, JR. | TROY A. RAFFERTY | BEN W. GORDON, JR |
| M. ROBERT BLANCHARD | CLAY MITCHELL | MATTHEW D. SCHULTZ | ROBERT M. LOEHR |
| BRANDON L. BOGLE | PETER J. MOUGEY | W. CAMERON STEPHENSON | PAGE A. POERSCHKE |
| WESLEY A. BOWDEN | DANIEL A. NIGH | LEO A. THOMAS | (LICENSED ONLY IN ALABAMA) |
| VIRGINIA M. BUCHANAN | TIMOTHY M. O'BRIEN | BRETT VIGODSKY | |
| WILLIAM F. CASH III | MIKE PAPANTONIO | MALLORY J. MANGOLD | LEFFERTS L. MABIE, JR. (1925-1996) |
| JEFF GADDY | CHRISTOPHER G. PAULOS | (LICENSED ONLY IN ALABAMA | D.L. MIDDLEBROOKS (1926-1997) |
| RACHAEL R. GILMER | EMMIE J. PAULOS | AND MISSISSIPPI) | DAVID H. LEVIN (1928-2002) |
| FREDRIC G. LEVIN | | | STANLEY B. LEVIN (1938-2009) |

**LEVIN • PAPANTONIO
THOMAS • MITCHELL
RAFFERTY & PROCTOR • P.A.**
PROFESSIONAL CORPORATION        ATTORNEYS AT LAW

~~APR 2 5 2017~~

BY: ......CK........

April 21, 2017

**VIA FEDEX**

Benjamin W. Hulse
Blackwell Burke P.A
431 South Seventh Street.
Suite 2500
Minneapolis, MN 55415
bhulse@blackwellburke.com

> Re:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
> MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
> *Lise Nadeau vs. 3M Company*, Case No.: 0:16-cv-2395-JNE-FLN

Dear Counsel:

Pursuant to paragraph 6 of PTO 14, please see the attached documentation to cure deficiencies for the above captioned matter.

Sincerely,

Daniel A. Nigh

DAN/aw

Enclosure

Response to Deficiencies

*Lise Nadeau v. 3M Company*, Case No.: 0:16-cv-2395-JNE-FLN

Deficiencies cannot be cured at this time as we have not been able to contact client, but will continue to make a diligent effort to do so.

**Signed Verification:**

Many past MDLs have not required signatures to correct deficiencies and there is nothing in this MDLS that requires deficiencies to be signed individually by clients.   This is inefficient and unnecessary.   Therefore, we dispute that corrections to the deficiency responses are required to be individually signed by clients.



**LEVIN·PAPANTONIO**
**THOMAS·MITCHELL**
**RAFFERTY & PROCTOR·P.A.**
PROFESSIONAL CORPORATION     ATTORNEYS AT LAW

| | | | |
|---|---|---|---|
| KIMBERLY LAMBERT ADAMS | MARTIN H. LEVIN | A. RENEE PRESTON | OF COUNSEL: |
| BRIAN H. BARR | M. JUSTIN LUSKO | ROBERT E. PRICE | LAURA S. DUNNING |
| MICHAEL C. BIXBY | ANDREW E. McGRAW | MARK J. PROCTOR | *(LICENSED ONLY IN ALABAMA)* |
| M. ROBERT BLANCHARD | NEIL E. McWILLIAMS, JR. | TROY A. RAFFERTY | BEN W. GORDON, JR |
| BRANDON L. BOGLE | CLAY MITCHELL | MATTHEW D. SCHULTZ | ROBERT M. LOEHR |
| WESLEY A. BOWDEN | PETER J. MOUGEY | W. CAMERON STEPHENSON | PAGE A. POERSCHKE |
| VIRGINIA M. BUCHANAN | DANIEL A. NIGH | LEO A. THOMAS | *(LICENSED ONLY IN ALABAMA)* |
| WILLIAM F CASH III | TIMOTHY M. O'BRIEN | BRETT VIGODSKY | |
| JEFF GADDY | MIKE PAPANTONIO | MALLORY J. MANGOLD | LEFFERTS L. MABIE, JR. (1925-1996) |
| RACHAEL R. GILMER | CHRISTOPHER G. PAULOS | *(LICENSED ONLY IN ALABAMA* | D.L. MIDDLEBROOKS (1926-1997) |
| FREDRIC G. LEVIN | EMMIE J. PAULOS | *AND MISSISSIPPI)* | DAVID H. LEVIN (1928-2002) |
| | | | STANLEY B. LEVIN (1938-2009) |

April 21, 2017

APR 2 5 2017

BY: ......C.Y..........

**VIA FEDEX**

Benjamin W. Hulse
Blackwell Burke P.A
431 South Seventh Street.
Suite 2500
Minneapolis, MN 55415
bhulse@blackwellburke.com

> *Re:*    *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
> MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
> *Jerline Newcomb v 3M Company*, Case No.: 0:16-cv-01834-JNE-FLN

Dear Counsel:

Pursuant to paragraph 6 of PTO 14, please see the attached documentation to cure deficiencies for the above captioned matter.

Sincerely,

Daniel A. Nigh

DAN/aw

Enclosure

Response to Deficiencies

*Jerline Newcomb v. 3M Company*, Case No.: 0:16-cv-01834-JNE-FLN

Deficiencies cannot be cured at this time as we have not been able to contact client, but will continue to make a diligent effort to do so.

**Signed Verification:**

Many past MDLs have not required signatures to correct deficiencies and there is nothing in this MDLS that requires deficiencies to be signed individually by clients.   This is inefficient and unnecessary.  Therefore, we dispute that corrections to the deficiency responses are required to be individually signed by clients.



| KIMBERLY LAMBERT ADAMS | MARTIN H. LEVIN | A. RENEE PRESTON | OF COUNSEL: |
| BRIAN H. BARR | M. JUSTIN LUSKO | ROBERT E. PRICE | LAURA S. DUNNING |
| MICHAEL C. BIXBY | ANDREW E. McGRAW | MARK J. PROCTOR | (LICENSED ONLY IN ALABAMA) |
| M. ROBERT BLANCHARD | NEIL E. McWILLIAMS, JR. | TROY A. RAFFERTY | BEN W. GORDON, JR |
| BRANDON L. BOGLE | CLAY MITCHELL | MATTHEW D. SCHULTZ | ROBERT M. LOEHR |
| WESLEY A. BOWDEN | PETER J. MOUGEY | W. CAMERON STEPHENSON | PAGE A. POERSCHKE |
| VIRGINIA M. BUCHANAN | DANIEL A. NIGH | LEO A. THOMAS | (LICENSED ONLY IN ALABAMA) |
| WILLIAM F. CASH III | TIMOTHY M. O'BRIEN | BRETT VIGODSKY | |
| JEFF GADDY | MIKE PAPANTONIO | MALLORY J. MANGOLD | LEFFERTS L. MABIE, JR. (1925-1996) |
| RACHAEL R. GILMER | CHRISTOPHER G. PAULOS | (LICENSED ONLY IN ALABAMA | D.L. MIDDLEBROOKS (1926-1997) |
| FREDRIC G. LEVIN | EMMIE J. PAULOS | AND MISSISSIPPI) | DAVID H. LEVIN (1928-2002) |
| | | | STANLEY B. LEVIN (1938-2009) |

**LEVIN • PAPANTONIO**
**THOMAS • MITCHELL**
**RAFFERTY & PROCTOR • P.A.**
PROFESSIONAL CORPORATION    ATTORNEYS AT LAW

APR 2 5 2017

BY: .................

April 21, 2017

**VIA FEDEX**

Benjamin W. Hulse
Blackwell Burke P.A
431 South Seventh Street.
Suite 2500
Minneapolis, MN 55415
bhulse@blackwellburke.com

       *Re:*    *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
             MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
             *Daniel Novak vs. 3M Company*, Case No.: 0:16-cv-02959-JNE-FLN

Dear Counsel:

       Pursuant to paragraph 6 of PTO 14, please see the attached documentation to cure deficiencies for the above captioned matter.

                Sincerely,

                Daniel A. Nigh

DAN/aw

Enclosure

Response to Deficiencies

*Daniel Novak v. 3M Company*, Case No.: 0:16-cv-02959-JNE-FLN

Deficiencies cannot be cured at this time as we have not been able to contact client, but will continue to make a diligent effort to do so.

**Signed Verification:**

Many past MDLs have not required signatures to correct deficiencies and there is nothing in this MDLS that requires deficiencies to be signed individually by clients.   This is inefficient and unnecessary.   Therefore, we dispute that corrections to the deficiency responses are required to be individually signed by clients.



**LEVIN·PAPANTONIO**
**THOMAS·MITCHELL**
**RAFFERTY & PROCTOR·P.A.**
PROFESSIONAL CORPORATION          ATTORNEYS AT LAW

| | | | |
|---|---|---|---|
| KIMBERLY LAMBERT ADAMS | MARTIN H. LEVIN | A. RENEE PRESTON | OF COUNSEL: |
| BRIAN H. BARR | M. JUSTIN LUSKO | ROBERT E. PRICE | LAURA S. DUNNING |
| MICHAEL C. BIXBY | ANDREW E. McGRAW | MARK J. PROCTOR | *(LICENSED ONLY IN ALABAMA)* |
| M. ROBERT BLANCHARD | NEIL E. McWILLIAMS, JR. | TROY A. RAFFERTY | BEN W. GORDON, JR |
| BRANDON L. BOGLE | CLAY MITCHELL | MATTHEW D. SCHULTZ | ROBERT M. LOEHR |
| WESLEY A. BOWDEN | PETER J. MOUGEY | W. CAMERON STEPHENSON | PAGE A. POERSCHKE |
| VIRGINIA M. BUCHANAN | DANIEL A. NIGH | LEO A. THOMAS | *(LICENSED ONLY IN ALABAMA)* |
| WILLIAM F. CASH III | TIMOTHY M. O'BRIEN | BRETT VIGODSKY | |
| JEFF GADDY | MIKE PAPANTONIO | MALLORY J. MANGOLD | LEFFERTS L. MABIE, JR. (1925-1996) |
| RACHAEL R. GILMER | CHRISTOPHER G. PAULOS | *(LICENSED ONLY IN ALABAMA* | D.L. MIDDLEBROOKS (1926-1997) |
| FREDRIC G. LEVIN | EMMIE J. PAULOS | *AND MISSISSIPPI)* | DAVID H. LEVIN (1928-2002) |
| | | | STANLEY B. LEVIN (1938-2009) |

APR 2 5 2017

BY: CK

April 21, 2017

**VIA FEDEX**

Benjamin W. Hulse
Blackwell Burke P.A
431 South Seventh Street.
Suite 2500
Minneapolis, MN 55415
bhulse@blackwellburke.com

Re:    *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
       MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
       *Raymond Pettersen v 3M Company*, Case No.: 0:16-cv-02212-JNE-FLN

Dear Counsel:

    Pursuant to paragraph 6 of PTO 14, please see the attached documentation to cure deficiencies for the above captioned matter.

Sincerely,

Daniel A. Nigh

DAN/aw

Enclosure

Response to Deficiencies

*Raymond Pettersen  v. 3M Company*, Case No.: 0:16-cv-02212-JNE-FLN

Deficiencies cannot be cured at this time as we have not been able to contact client, but will continue to make a diligent effort to do so.

**Signed Verification:**

Many past MDLs have not required signatures to correct deficiencies and there is nothing in this MDLS that requires deficiencies to be signed individually by clients.   This is inefficient and unnecessary.  Therefore, we dispute that corrections to the deficiency responses are required to be individually signed by clients.