UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION

MDL No. 15-2666 (JNE/FLN)

**(PROPOSED) ORDER GRANTING DEFENDANT 3M COMPANY'S MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 14**

This came before the Court on Defendants 3M Company's and Arizant Healthcare, Inc.'s (collectively, "Defendants") Motion to Dismiss for Failure to Comply with Pretrial Order No. 14.

Based on the files, records, and proceedings herein,

IT IS HEREBY ORDERED that Defendants' motion is GRANTED.  The following actions are dismissed with prejudice:

| Case Number | Plaintiff | Firm Name |
|---|---|---|
| 0:16-cv-02750-JNE-FLN | Brannon | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-04418-JNE-FLN | Burks | Goza & Honnold, LLC |
| 0:16-cv-02156-JNE-FLN | Busby | Kennedy Hodges, L.L.P. |
| 0:16-cv-04353-JNE-FLN | Butkus | McGlynn, Glissoin & Mouton |
| 0:16-cv-02626-JNE-FLN | Buttacavoli | Kennedy Hodges, L.L.P. |
| 0:16-cv-02661-JNE-FLN | Davis | Kennedy Hodges, L.L.P. |
| 0:16-cv-04412-JNE-FLN | Gill | Goza & Honnold, LLC |
| 0:16-cv-01338-JNE-FLN | Hartzel | Kennedy Hodges, L.L.P. |

| | | |
|---|---|---|
| 0:16-cv-02787-JNE-FLN | Hood | Meshbesher & Spence, Ltd. |
| 0:16-cv-02481-JNE-FLN | Magee | Kennedy Hodges, L.L.P. |
| 0:16-cv-02711-JNE-FLN | Miller | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02395-JNE-FLN | Nadeau | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-01834-JNE-FLN | Newcomb | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02959-JNE-FLN | Novak | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-00597-JNE-FLN | Perez | McGlynn, Glissoin & Mouton |
| 0:16-cv-02212-JNE-FLN | Pettersen | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-00299-JNE-FLN | Raymond | Bernstein Liebhard LLP |
| 0:16-cv-01847-JNE-FLN | Rivers | Kennedy Hodges, L.L.P. |
| 0:17-cv-00350-JNE-FLN | Sanders | The Miller Firm, LLC |
| 0:16-cv-00826-JNE-FLN | Starnes | Kirtland & Packard LLP |
| 0:17-cv-00188-JNE-FLN | Stouffer | Bernstein Liebhard LLP |
| 0:16-cv-02374-JNE-FLN | Upton | Kennedy Hodges, LLP |

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date: _____                          BY THE COURT


                                                 _____
                                                 JUDGE, U.S. DISTRICT COURT