

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

August 9, 2017

The Honorable Joan N. Ericksen
United States District Court Judge
United States District Court, District of Minnesota
12W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

RE: *In re Bair* Hugger, MDL No. 15-2666
*Perez v. 3M Company* (No. 17-cv-00597-JNE-FLN)
*Hood v. 3M Company* (No. 16-cv-2787-JNE-FLN)

Dear Judge Ericksen:

On August 3, 2017, Defendants filed a Motion to Dismiss for Failure to Comply with Pretrial Order No. 14 [Dkt. No. 637]. That motion seeks dismissal of several cases where Defendants have identified uncured PFS deficiencies.

We write to inform the Court that we are no longer seeking dismissal of *Hood* (No. 16-cv-2787) at this time, based on the plaintiff's cure of the remaining core deficiency.

In addition, Defendants' motion mistakenly identified the law firm of McGlynn, Glisson & Mouton as counsel for the plaintiff in *Perez* (No. 17-cv-00597). Bernstein Liebhard LLP is plaintiff's counsel in *Perez*.

Sincerely,

s/Benjamin W. Hulse

Benjamin W. Hulse