UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

In re Bair Hugger Forced Air Warming
Products Liability Litigation

MDL No. 15-2666 (JNE/FLN)

_____

This Document Relates to:                **NOTICE OF APPEARANCE**

*Nugier,* No. 16-cv-04246

_____

The undersigned attorney hereby notifies the Court and counsel that Scott D. Provencher shall appear as counsel of record for Defendants in this case.

Dated:  August 9, 2017

                                                  Respectfully submitted,

                                                  s/ Scott D. Provencher
                                                  Scott D. Provencher
                                                  AR Atty ID No. 96148
                                                  **Attorney for Defendants**
                                                  MITCHELL WILLIAMS SELIG GATES
                                                      & WOODYARD, P.L.L.C.
                                                  425 W. Capitol Ave., Suite 1800
                                                  Little Rock, AR 72201
                                                  T: (501) 688-8852 F: (501) 688-8807
                                                  Email: sprovencher@mwlaw.com