UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re Bair Hugger Forced Air Warming
Products Liability Litigation

MDL No.  15-2666 (JNE/FLN)

This Document Relates to All Actions

## DECLARATION OF GENEVIEVE M. ZIMMERMAN

1. My name is Genevieve M. Zimmerman and I am a Partner with the Meshbesher & Spence Ltd. law firm.  I am a member of the Court appointed Co-Lead Counsel in the above entitled matter. The following documents are hereby attached, and submitted in support of Plaintiffs' Response Opposing Defendants' Motion to Take Discovery Concerning New Augustine Article Replied Upon by Plaintiffs' and Their Experts:

2. Attached hereto as Exhibit A is a true and correct copy of portions of the Deposition of Dr. Jonathan M. Samet, page 35: 1-2.

3. Attached hereto as Exhibit B is a true and correct copy of portions of the Deposition of Dr. Michael Stonnington, page 167: 7-9.

4. Attached hereto as Exhibit C is a true and correct copy of portions of the Deposition of Dr. Paul McGovern, 356: 9-23.

5. Attached hereto as Exhibit D is a true and correct copy of portions of the Deposition of Professor Christopher Nachtsheim, 362: 5-24.

6. Attached hereto as Exhibit E is a true and correct copy of portions of the Deposition of Dr. Kumar Belani, page 16:6-21.

7. Attached hereto as Exhibit F is a true and correct copy of portions of the
   Deposition of Dr. William Jarvis, page 46: 4-10.


Dated:  August 10, 2017             /s/ Genevieve M. Zimmerman
                                     Genevieve M. Zimmerman (MN#330292)
                                    MESHBESHER & SPENCE, LTD.
                                    1616 Park Avenue
                                    Minneapolis, MN 55404
                                    Phone: (612) 339-9121
                                    Fax: (612) 339-9188
                                    Email: gzimmerman@meshbesher.com

                                    **Plaintiffs Co-Lead Counsel**