UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| THIS DOCUMENT RELATES TO: Philip Raymond (0:17-cv-00299-JNE-FLN) | |

## DECLARATION OF DANIEL C. BURKE

I, Daniel C. Burke, declare as follows:

1. I am an attorney licensed to practice law in New York and am a partner at Bernstein Liebhard LLP, counsel of record for the Plaintiff herein. I have personal knowledge of the matter contained herein and, if called, could and would testify competently thereto.

2. This declaration is submitted in support of Plaintiff Philip Raymond's opposition to Defendants' Motion to Dismiss for Failure to Comply with Pretrial Order No. 14 filed on August 3, 2017.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of August, 2017, in New York, New York.

By:/s/*Daniel C. Burke*
Daniel C. Burke