UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666(JNE/FLN) |
| This Document Relates to: Butkus, 0:16-cv-04353-JNE-FLN | |

### L.R. 7.1( c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

This response complies with the word limitation of LR 7.1(f) and LR 7.1(h) because this response contains 1140 words, including all text, headings, footnotes, and quotations, save those parts exempted pursuant to LR 7.1(f)(1)( C). This response was prepared with Microsoft Word Perfect Office X7.

This response complies with the type size requirements of LR 7.1(h) because this response has been prepared using 13 point font, is doubt spaced save the headings, footnotes and quotations exceeding two lines, and is submitted on 81/2" x 11" paper with one inch margins on all sides.

**Dated: August 14, 2017**

McGLYNN, GLISSON & MOUTON

By:   */s/Benjamin P. Mouton*
      **BENJAMIN P. MOUTON #20305**
      **DANIEL J. MCGLYNN #17051**
      340 Florida Street (70801)
      P.O. Box 1909
      Baton Rouge, LA 70821
      Telephone: (225) 344-3555
      Facsimile: (225) 344-3666