**McGlynn & Glisson Mouton**
Post Office Box 1909, Baton Rouge, LA 70821

MAY 0 3 2017

CERTIFIED MAIL™

7013 2630 0001 8368 3764

John Butkus
280 Ridge Rd.
Milton, NY 12547

1st Notice
2nd Notice
RETURNED

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 7082119O909     *2065-18677-03-41

MAILED FROM ZIP CODE 70801
$ 006.56⁰
MAR 31 2017
PITNEY BOWES

PLAINTIFF'S EXHIBIT