# Renee Pennington

**From:** Kim Alexander
**Sent:** Thursday, April 6, 2017 4:00 PM
**To:** Ben Hulse; Renee Pennington
**Cc:** wendy@pritzkerlaw.com; david@pritzkerlaw.com; Michael Patiuk
**Subject:** RE: Request for first extension of PFS filing deadline

Mr. Hulse:

As a follow up to Owens-Williams she just had her PICC Line removed today. She is working on her PFS in efforts to return it to us in the very near future. As such we are requesting a 2 week extension on the filing of her PFS.

Also, John Butkus 16-cv-04353 has been unable to complete his PFS because his wife, who is in a nursing home with a diagnosis of Secondary Progressive Multiple Sclerosis, has recently had a rapid decline of her health and she is currently awaiting placement of a feeding tube. Mr. Butkus is trying to take care of his wife during this time and we therefore request a 2 week extension on the filing of his PFS as well.

Please advise.



**Kim Alexander**
*Paralegal to Benjamin P. Mouton*
*Eric E. Helm & Renee H. Pennington*
McGlynn, Glisson &Mouton  340 Florida Street | Baton Rouge, Louisiana  70801
(225) 344-3555 | (225) 228-2312 *direct fax* | www.mcglynnglisson.com
kim@mcglynnglisson.com

**CONFIDENTIALITY STATEMENT**
This e-mail and any files or data transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please contact me immediately at *McGlynn, Glisson & Mouton* 1 (800)725-3555, Ext. 217.

---

**From:** Ben Hulse [mailto:BHulse@blackwellburke.com]
**Sent:** Friday, March 31, 2017 4:07 PM
**To:** Renee Pennington <Renee@mcglynnglisson.com>
**Cc:** wendy@pritzkerlaw.com; david@pritzkerlaw.com; Michael Patiuk <mpatiuk@blackwellburke.com>; Kim Alexander <kim@mcglynnglisson.com>
**Subject:** Re: Request for first extension of PFS filing deadline

One week extension granted on all five. Please update on Owens-Williams next Thursday if you will be requesting a further extension.

Benjamin W. Hulse
Blackwell Burke P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN  55415

