# USPS Tracking® Results

FAQs ⟩ (http://faq.usps.com/?articleId=220900)

## Track Another Package +

Remove ✕

**Tracking Number:** 70170660000054035084

   Delivered

## Product & Tracking Information

See Available Actions

**Postal Product:**          **Features:**
                              Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **June 24, 2017, 11:16 am** | **Delivered** | **MILTON, NY 12547** |

▲

Your item was delivered at 11:16 am on June 24, 2017 in MILTON, NY 12547.

| | | |
|---|---|---|
| June 15, 2017, 10:21 am | Arrived at Unit | MILTON, NY 12547 |
| June 14, 2017, 9:43 am | Out for Delivery | HIGHLAND, NY 12528 |
| June 14, 2017, 9:33 am | Sorting Complete | HIGHLAND, NY 12528 |



See More ⌄