# USPS Tracking® Results

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 70170660000054035657

   In-Transit

**Updated Delivery Day:** Monday, July 17, 2017

## Product & Tracking Information

See Available Actions

**Postal Product:**	**Features:**
	Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| | **Reminder to Schedule Redelivery of your item**  | |
| | This is a reminder to arrange for redelivery of your item or your item will be returned to sender. You may arrange redelivery by using the Schedule a Redelivery feature on this page or calling 800-ASK-USPS, or may pick up the item at the Post Office indicated on the notice. | |
| July 17, 2017, 10:44 am | Notice Left (No Authorized Recipient Available) | MILTON, NY 12547 |
| July 17, 2017, 9:46 am | Out for Delivery | HIGHLAND, NY 12528 |



PLAINTIFF'S EXHIBIT 5