UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To: All Actions | **STATEMENT INSTEAD OF REDACTED DOCUMENTS** |

I certify that Defendants have filed a Response to Plaintiffs' Objections to Ruling of Magistrate Judge on Plaintiffs' Motion for *In Camera* Review, and a supporting Declaration of Benjamin W. Hulse ("Hulse Declaration") with Exhibits A-E.

The following Declaration Exhibits (A, B, and C to the Hulse Declaration) have been marked "Confidential" under the Protective Order or pursuant to other appropriate legal authority, and redaction is impracticable.

1. Attached as Exhibit A to the Hulse Declaration is a true and correct copy of a sealed Order issued in the matter of *Johnson v. 3M Co.,* Case No. 14-cv-2044-KHV-TJJ (D. Kan. Nov. 12, 2015). This document was sealed by the issuing court.

2. Attached as Exhibit B to the Hulse Declaration is a true and correct copy of excerpts from a telephonic hearing transcript in the matter of *Walton v. 3M Co.,* No. 4-13-cv-01164 (S.D. Tex. Dec. 22, 2015). This transcript was later ordered sealed by the *Walton* court.

3. Attached as Exhibit C to the Hulse Declaration is a true and correct copy of correspondence and discovery served upon Defendants by Plaintiffs in *Walton v. 3M Co.,*

Civil Action No. 4:13-cv-01164.  This document is designated as "Confidential" because it relates to matters sealed by the *Walton* court.

Dated: August 16, 2017       Respectfully submitted,

                /s/ Benjamin W. Hulse
                Benjamin W. Hulse (MN #0390952)
                BLACKWELL BURKE P.A.
                431 South Seventh Street
                Suite 2500
                Minneapolis, MN 55415
                Phone: (612) 343-3256
                Fax: (612) 343-3205
                Email: bhulse@blackwellburke.com

                **Co-counsel for Defendants**
                **3M Company and**
                **Arizant Healthcare Inc.**