**PLAINTIFFS' EXHIBIT**

**B**



**LEVIN • PAPANTONIO**
**THOMAS • MITCHELL**
**RAFFERTY & PROCTOR • P.A.**
PROFESSIONAL CORPORATION          ATTORNEYS AT LAW

KIMBERLY LAMBERT ADAMS
BRIAN H. BARR
MICHAEL C. BIXBY
M. ROBERT BLANCHARD
BRANDON L. BOGLE
WESLEY A. BOWDEN
VIRGINIA M. BUCHANAN
WILLIAM F. CASH III
JEFF GADDY
RACHAEL R. GILMER
BEN W. GORDON, JR.

TRAVIS P. LEPICIER
FREDRIC G. LEVIN
MARTIN H. LEVIN
M. JUSTIN LUSKO
ANDREW E. McGRAW
NEIL E. McWILLIAMS, JR.
CLAY MITCHELL
R. LARRY MORRIS
PETER J. MOUGEY
DANIEL A. NIGH
TIMOTHY M. O'BRIEN

MIKE PAPANTONIO
CHRISTOPHER G. PAULOS
EMMIE J. PAULOS
A. RENEE PRESTON
MARK J. PROCTOR
ROBERT E. PRICE
TROY A. RAFFERTY
MATTHEW D. SCHULTZ
W. CAMERON STEPHENSON
LEO A. THOMAS
BRETT VIGODSKY

(LICENSED ONLY IN ALABAMA)

LEFFERTS L. MABIE, JR. (1925-1996)
D.L. MIDDLEBROOKS (1926-1997)
DAVID H. LEVIN (1928-2002)
STANLEY B. LEVIN (1938-2009)

March 24, 2017

**VIA FEDEX**

Benjamin W. Hulse
Blackwell Burke P.A
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415
bhulse@blackwellburke.com

Re:     *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
        MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
        *Edward Brannon v. 3M Company*, Case No.: 0:16-cv-02750-JNE-FLN

Dear Counsel:

        Pursuant to paragraph 6 of PTO 14, please see attached documentation to cure deficiencies for the above captioned case.

                        Sincerely,

                        Daniel A. Nigh

DAN/jw
Enclosure

Response to Deficiencies

*Edward Brannon v. 3M Company*, Case No.: 0:16-cv-02750-JNE-FLN

**Plaintiff Fact Sheet was submitted on Elijah portal on 3/13/2017 to cure deficiency.**