

PLAINTIFFS' EXHIBIT D

Pursuant to cure the defendant's deficiency and abide by Pre Trail Order 14, I declare that the given response(s) are true.

## REVERIFICATION

EDWARD A BRANNON
Print Name

*[signature]*
Signature

6/21/17
Date