

**PLAINTIFFS' EXHIBIT A**



**LEVIN · PAPANTONIO THOMAS · MITCHELL RAFFERTY & PROCTOR · P.A.**
PROFESSIONAL CORPORATION    ATTORNEYS AT LAW

| | | | |
|---|---|---|---|
| KIMBERLY LAMBERT ADAMS | TRAVIS P. LEPICIER | MIKE PAPANTONIO | OF COUNSEL |
| BRIAN H. BARR | FREDRIC G. LEVIN | CHRISTOPHER G. PAULOS | LAURA S. DUNNING |
| MICHAEL C. BIXBY | MARTIN H. LEVIN | EMMIE J. PAULOS | (LICENSED ONLY IN ALABAMA) |
| M. ROBERT BLANCHARD | M. JUSTIN LUSKO | A. RENEE PRESTON | ROBERT M. LOEHR |
| BRANDON L. BOGLE | ANDREW E. McGRAW | ROBERT E. PRICE | PAGE A. POERSCHKE |
| WESLEY A. BOWDEN | NEIL E. McWILLIAMS, JR. | MARK J. PROCTOR | (LICENSED ONLY IN ALABAMA) |
| VIRGINIA M. BUCHANAN | CLAY MITCHELL | TROY A. RAFFERTY | |
| WILLIAM F. CASH III | R. LARRY MORRIS | MATTHEW D. SCHULTZ | LEFFERTS L. MABIE, JR. (1925-1996) |
| JEFF GADDY | PETER J. MOUGEY | W. CAMERON STEPHENSON | D.L. MIDDLEBROOKS (1926-1997) |
| RACHAEL R. GILMER | DANIEL A. NIGH | LEO A. THOMAS | DAVID H. LEVIN (1928-2002) |
| BEN W. GORDON, JR. | TIMOTHY M. O'BRIEN | BRETT VIGODSKY | STANLEY B. LEVIN (1938-2009) |

November 29, 2016

Raymond Pettersen
10184 SE 149th Place
Summerfield, FL 34491

Re:   BAIR HUGGER LITIGATION

Dear Mr. Pettersen:

This letter serves to remind you that your plaintiff fact sheet and authorization form is needed in order to move forward with your case. It is imperative that I receive these documents as soon as possible.

We have a deadline approaching making it urgent that we speak to you today. Please call our office so we can verify and discuss the issues of your Bair Hugger case. You may contact my litigation assistant, Ashley Woodard, directly at 850-435-7148.

Sincerely,

Daniel A. Nigh

DAN/aw