

**PLAINTIFFS' EXHIBIT C**



**LEVIN • PAPANTONIO THOMAS • MITCHELL RAFFERTY & PROCTOR • P.A.**
PROFESSIONAL CORPORATION    ATTORNEYS AT LAW

| | | | |
|---|---|---|---|
| KIMBERLY LAMBERT ADAMS | FREDRIC G. LEVIN | ROBERT E. PRICE | ROBE— |
| BRIAN H. BARR | MARTIN H. LEVIN | MARK J. PROCTOR | (LICENSED ONLY IN NEW YORK) |
| MICHAEL C. BIXBY | M. JUSTIN LUSKO | TROY A. RAFFERTY | ROBERT M. LOEHR |
| M. ROBERT BLANCHARD | NEIL E. McWILLIAMS, JR. | MATTHEW D. SCHULTZ | PAGE A. POERSCHKE |
| BRANDON L. BOGLE | CLAY MITCHELL | W. CAMERON STEPHENSON | (LICENSED ONLY IN ALABAMA) |
| WESLEY A. BOWDEN | R. LARRY MORRIS | LEO A. THOMAS | A. RENEE PRESTON |
| VIRGINIA M. BUCHANAN | PETER J. MOUGEY | BRETT VIGODSKY | |
| WILLIAM F. CASH III | DANIEL A. NIGH | AARON L. WATSON | LEFFERTS L. MABIE, JR. (1925-1996) |
| JEFF GADDY | TIMOTHY M. O'BRIEN | | D.L. MIDDLEBROOKS (1926-1997) |
| RACHAEL R. GILMER | MIKE PAPANTONIO | OF COUNSEL: | DAVID H. LEVIN (1928-2002) |
| BEN W. GORDON, JR. | CHRISTOPHER G. PAULOS | LAURA S. DUNNING | STANLEY B. LEVIN (1938-2009) |
| TRAVIS P. LEPICIER | EMMIE J. PAULOS | (LICENSED ONLY IN ALABAMA) | |

February 3, 2017

Raymond Pettersen
10184 SE 149th Place
Summerfield, FL 34491

Dear Mr. Pettersen:

    This letter serves to remind you that your plaintiff fact sheet and authorization form is needed in order to move forward with your case. It is imperative that I receive these documents as soon as possible. We have a deadline approaching that needs to be met. Failure to meet this deadline could result in your case being dismissed.

    Again we cannot move forward with your case without receiving these documents. Please call our office so we can verify and discuss the issues of your Bair Hugger case. You may contact my litigation assistant, Ashley Woodard, directly at 850-435-7148.

Sincerely,

Daniel A. Nigh

aw/DAN