# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

|  |  |  |
|---|---|---|
| | ) | **COURT MINUTES** |
| | ) | BEFORE: Joan N. Ericksen |
| | ) | U.S. District Judge |
| | ) | and |
| | ) | FRANKLIN L. NOEL |
| | ) | U.S. Magistrate Judge |
| | ) | |
| IN RE: Bair Hugger Forced Air Warming | ) | Case No:        0:15-md-02666-JNE-FLN |
| Devices Product Liability Litigation, | ) | Date:           08/17/17 |
| | ) | Deputy:         Catherine B. Cusack |
| | ) | Court Reporter:  Maria V. Weinbeck |
| | ) | Courthouse:     Minneapolis |
| | ) | Courtroom:      12W |
| | ) | Time Commenced:  9:15 |
| | ) | Time Concluded:  10:16 |
| | ) | Time in Court:   1 Hours & 1 Minutes |

# STATUS CONFERENCE

APPEARANCES:

    Plaintiff:    Ben W. Gordon, Jr., *Levin Papantonio, P.A.*; Jan M. Conlin, *Ciresi Conlin LLP*;
                  Genevieve M. Zimmerman, *Meshbesher & Spence*

    Defendant:    Jerry W. Blackwell and Benjamin W. Hulse, *Blackwell Burke, P.A.,* and
                  Bridget M. Ahmann, *Faegre Baker Daniels LLP*

PROCEEDINGS:

    ☒ Status Conference held.
    ☒ Appearances made on the record.
    ☒ Defendant 3M Company's Motion to Dismiss for Failure to Comply with PTO No. 14 [Dkt. No. 637]
        was granted in part and denied in part. See written order.
    ☒ The next status conference is scheduled for September 21, 2017 at 9 a.m.