# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Devices Products Liability Litigation | **COURT MINUTES** BEFORE: Franklin L. Noel U.S. Magistrate Judge, Courtroom 9W |

|  |  |
|---|---|
| MDL No.: | 15-2666 (JNE/FLN) |
| Date: | August 17, 2017 |
| Court Reporter: | Renee Rogge |
| Time Commenced: | 1:30 p.m. |
| Time Concluded: | 2:25 p.m. |
| Time in Court: | 55 minutes |

**APPEARANCES:**

| | |
|---|---|
| For Plaintiffs: | Genevieve Zimmerman |
| For Defendants: | Corey Gordon and Monica Davies |
| For Third-Party Dr. Scott Augustine: | J. Randall Benham |

**Defendants' motion for Augustine discovery [#623] was taken under advisement at the hearing.**

☒ ORDER TO BE ISSUED   ☐ NO ORDER TO BE ISSUED   ☐ R&R TO BE ISSUED   ☒ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court   ☐ Exhibits returned to counsel

                                                                                                                s/CJP
                                                                          Signature of Law Clerk