# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

|  |  |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Devices Product Liability Litigation, | **AMENDED COURT MINUTES** <br> BEFORE: Joan N. Ericksen <br> U.S. District Judge <br> and <br> FRANKLIN L. NOEL <br> U.S. Magistrate Judge |

| | |
|---|---|
| Case No: | 0:15-md-02666-JNE-FLN |
| Date: | 08/17/17 |
| Deputy: | Catherine B. Cusack |
| Court Reporter: | Maria V. Weinbeck |
| Courthouse: | Minneapolis |
| Courtroom: | 12W |
| Time Commenced: | 9:15 AM |
| Time Concluded: | 10:16 AM |
| Time in Court: | 1 Hour & 1 Minute |

## STATUS CONFERENCE

APPEARANCES:

Plaintiff: Ben W. Gordon, Jr., *Levin Papantonio, P.A.*; Jan M. Conlin, *Ciresi Conlin LLP*; Genevieve M. Zimmerman, *Meshbesher & Spence;* David W. Hodges and Gabriel A. Assaad, *Kennedy Hodges, LLP*; David Szerlag, *Pritzker Hageman, P.A.*; Michael A. Sacchet, *Ciresi Conlin LLP*

Defendant: Jerry W. Blackwell, Benjamin W. Hulse, Corey L. Gordon, *Blackwell Burke, P.A.,* and Bridget M. Ahmann, *Faegre Baker Daniels LLP*

Please see attached list of telephone participants.

PROCEEDINGS:

☒ Status Conference held.
☒ Appearances made on the record.
☒ Defendant 3M Company's Motion to Dismiss for Failure to Comply with PTO No. 14 [Dkt. No. 637] was granted in part and denied in part. See written order.
☒ The next status conference is scheduled for September 21, 2017 at 9 a.m.

| NAME | FIRM NAME | PARTICIPATING IN CONFERENCE CALL 8/17/2017 | |
|---|---|---|---|
| Anne Andrews | Andrew & Thornton | x | |
| John C. Thornton | Andrew & Thornton | x | |
| Lauren Davis | Andrew & Thornton | x | |
| J. Christopher Elliott | Bachus & Schanker, LLC | x | |
| Justin Jenson | Bailey Peavy Bailey Cowan Heckaman, PLLC | x | |
| Matthew Munson | Beasley, Allen, Crow, Methvin, Portis & Miles, PC | x | |
| Megan Robinson | Beasley, Allen, Crow, Methvin, Portis & Miles, PC | x | |
| Dae Y. Lee | Bernstein Liebhard, LLP | x | |
| Abby Cordray | Brown & Crouppen, PC | x | |
| Carrie Brous | Brous Law | x | |
| Don Ledgard | Capretz & Associates | x | |
| Patrick E. Carr | Carr & Carr Attorneys | x | |
| Martin D. Crump | Davis & Crump | x | |
| Robert Cain | Davis & Crump | x | |
| Wes Stevenson | Davis & Crump | x | |
| Wayne Rogers, Jr. | DeGaris Law Group, LLC | x | |
| Kevin Fitzgerald | Fitzgerald Law Group, LLC | x | |
| Leola Anderson | Gertler Law Firm | x | |
| Aligra Stewart | Gertler Law Firm | x | Secretary |
| Scott Thompson | Gingras, Cates & Luebke | x | |
| Emily DeVuono | Grossman & Moore, PLLC | x | |
| Jennifer Moore | Grossman & Moore, PLLC | x | |
| Lynne Reed | Hare Wynn Newell & Newton | x | |
| Peggy Little | Hare Wynn Newell & Newton | x | Paralegal |
| Scott Hollis | Hollis Legal Solutions, PPLC | x | |
| Monica Vaughan | Houssier, Durant & Houssier, LLP | x | |
| Randall A. Kauffman | Houssier, Durant & Houssier, LLP | x | |
| Shirley Strom-Blanchard | Houssier, Durant & Houssier, LLP | x | Paralegal |
| Molly Condon | Hurley McKenna & Mertz | x | |
| Rolf T. Fiebiger | Johnson Becker, PLLC | x | |
| Leslie O'Leary | Johnson Johnson & Schaller PC | x | |
| Behram V. Parekh | Kirtland & Packard | x | |
| Rachel Ahmann (Assistant) | Langdon & Emison | x | |
| Larry D. Helvey | Larry Helvey Law Firm | x | |
| Thomas Keilty, III | Law Office of Peter G. Angelos, PC | x | |
| Pete Lewis | Lewis & Caplan | x | |
| Sarah Delahoussaye Call | Lewis & Caplan | x | |
| Amy C. Webster | Lewis & Caplan | x | |
| Brian U. Loncar | Loncar & Associates | x | |
| John L. Coveney | Loncar & Associates | x | Legal Asst. |
| Melissa Marie Heinlein | Lord & Associates Law Office | x | |
| Rosemarie Bogdan | Martin Harding & Mazzotti LLP | x | |
| Melissa Schmid | McEwen Law Firm LTD | x | Paralegal |

| Name | Firm | | |
|---|---|---|---|
| Holly Sternquist | Meshbesher & Spence, LTD | x | Paralegal |
| Bryan A. Pfleeger | Michael Hingle & Associates | x | |
| Julie M. Jochum | Michael Hingle & Associates | x | |
| Heather Cullen | Morgan & Morgan Complex Litigation Group | x | |
| Caroline W. Thomas | Murray Law Firm | x | |
| Amanda Cryderman | Nash & Franciskato Law Firm | x | Paralegal |
| Brain S. Franciskato | Nash & Franciskato Law Firm | x | |
| Neal R. Elliott, Jr | Neal R. Elliott | x | |
| Michael S. Werner | Parker Waichman, LLP | x | |
| Nicole Eisner | Parker Waichman, LLP | x | Paralegal |
| Jeffery L. Raizner | Raizner Slania LLP | x | |
| Carrie Hancock | Randall J. Trost, P.C. | x | Paralegal |
| Pam Rodriguez | Randall J. Trost, P.C. | x | |
| Randall T Trost | Randall J. Trost, P.C. | x | |
| Dan Haltiwanger | Richardson, Patrick, Westbrook & Brickman, LLC | x | |
| Missi Cruz | Richardson, Patrick, Westbrook & Brickman, LLC | x | Paralegal |
| Clifford A. Rieders | Rieders Travis Humphrey Waters & Dohrmann | x | |
| Sindley Cominsky | Sidney P. Cominsky, LLC | x | |
| Melissa Mielke | Skikos Crawford Skikos & Joseph | x | |
| Jason Goldenstein | The Lanier Law Firm, PLLC | x | |
| Erika Mohabir | The Lanier Law Firm, PLLC | x | |
| Austin Grinder | The Ruth Team | x | |
| Steven C. Ruth | The Ruth Team | x | |
| Chelsie Garza | The Webster Law Firm | x | |
| Anna Katherine Higgins | The Whitehead Law Firm, LLC | x | |
| C. Mark Whitehead III | The Whitehead Law Firm, LLC | x | |
| Jim Morris | Morris Law Firm | x | |
| Lon Walters | Walters Law Firm, LLC | x | |
| Rosa S. Trembour | Lockridge Grindal Nauen, PLLP | x | |
| Amy Tao | Sidney P. Cominsky, LLC | x | Paralegal |
| Wendy Thayer | Pritzker Hageman, PA | x | Legal Asst. |