# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| | **DEFENDANTS' MOTION FOR DISCLOSURE OF COUNSEL'S COMMUNICATIONS WITH TREATING PHYSICIANS** |
| This Document Relates To: All Actions | |

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, Defendants respectfully move the Court for an Order requiring Plaintiffs to disclose what documents have been provided to treaters by Plaintiffs' counsel, when they were provided, and to whom.

Defendants rely on the accompanying memorandum of law in support of their motion, as well as the Declaration of Monica L. Davies and the exhibit thereto, and all prior proceedings and pleadings heretofore had herein.

Dated:  August 22, 2017                          Respectfully submitted,

*s/Monica L. Davies*
Jerry W. Blackwell
MN Atty ID No. 0186867
Benjamin W. Hulse
MN Atty ID No. 0390952
Monica L. Davies
MN Atty ID No. 0315023
**Attorneys for Defendants 3M Company and Arizant Healthcare Inc.**
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN  55415
T: (612) 343-3200  F:  (612) 343-3205
blackwell@blackwellburke.com
bhulse@blackwellburke.com
mdavies@blackwellburke.com

Bridget M. Ahmann
MN Atty ID No. 016611x
**Attorney for Defendants 3M Company and Arizant Healthcare Inc.**
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
T: (612) 766-7000  F: (612) 766-1600
bridget.ahmann@faegrebd.com

103479952\V-1