## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To:<br>All Actions | **DECLARATION OF MONICA L. DAVIES IN SUPPORT OF DEFENDANTS' MOTION FOR DISCLOSURE OF COUNSEL'S COMMUNCIATIONS WITH TREATING PHYSICIANS** |

Monica L. Davies, being first duly sworn, deposes and declares:

1. I am one of the attorneys representing Defendants in connection with the above-referenced matter. I make this declaration in support of Defendants' Motion for Disclosure of Counsel's Communications With Treating Physicians.

2. Attached hereto as Exhibit A is a copy of an email from David Hodges to Randy Benham, dated September 12, 2014, identified as AUGUSTINE_0035599. Although this document was previously designated as confidential, that designation was lifted pursuant to the Court's June 26, 2017 Order.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of August, 2017.

s/ Monica L. Davies
Monica L. Davies (MN #0315023)
BLACKWELL BURKE P.A.
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3248
Email: mdavies@blackwellburke.com
