# EXHIBIT A

| | |
|---|---|
| **From:** | David Hodges |
| **To:** | Randy Benham |
| **CC:** | Gabriel Assaad |
| **Sent:** | 9/12/2014 4:44:29 PM |
| **Subject:** | RE: Treater depos |

Thanks!

**From:** Randy Benham [mailto:rbenham@augbiomed.com]
**Sent:** Friday, September 12, 2014 10:44 AM
**To:** David Hodges
**Cc:** Gabriel Assaad
**Subject:** Re: Treater depos

Sure. I am out of the office today, but I will handle this on Monday.

Sent from my iPhone

On Sep 12, 2014, at 10:14 AM, David Hodges <dhodges@kennedyhodges.com> wrote:

We are starting depos of treaters in the Walton case.  I want to educate them on the literature that is helpful to us.  Can you give me your opinion about which ones you guys think are the best to send them in light of the cross examination that will follow?

David W. Hodges
<image001.jpg>
dhodges@kennedyhodges.com

<image002.jpg>

THE INFORMATION CONTAINED IN THIS EMAIL IS ONLY FOR THE DESIGNATED RECIPIENT AND MAY CONTAIN CONFIDENTIAL, PRIVILEGED AND/OR PROPRIETARY DATA SUBJECT TO THE ATTORNEY-CLIENT AND/OR WORK PRODUCT PRIVILEGE.  IF YOU HAVE RECEIVED THIS EMAIL IN ERROR, PLEASE CONTACT THE SENDER IMMEDIATELY.

KENNEDY HODGES, L.L.P.
The Stanford Mansion
711 W. Alabama Street
Houston, Texas 77006
713-523-0001
713-523-1116 (FAX)
www.kennedyhodges.com
 <image003.jpg> <image004.png>