## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To: All Actions | **DEFENDANTS' MEET AND CONFER STATEMENT REGARDING MOTION FOR DISCLOSURE OF COUNSEL'S COMMUNICATIONS WITH TREATING PHYSICIANS** |

The undersigned hereby certifies that counsel for the parties conferred regarding Defendants' motion as part of the August 17, 2017 status conference, and counsel for Plaintiffs have indicated they will oppose Defendants' motion.

Dated: August 22, 2017

/s/ Monica L. Davies
Monica L. Davies (MN #0315023)
BLACKWELL BURKE P.A.
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3256
Fax: (612) 343-3205
Email: mdavies@blackwellburke.com