UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To: All Actions | **(PROPOSED) ORDER ON DEFENDANTS' MOTION FOR DISCLOSURE OF COUNSEL'S COMMUNICATIONS WITH TREATING PHYSICIANS** |

This matter came before the Court on Defendants' Motion for Disclosure of Counsel's Communications with Treating Physicians.

Based upon the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Defendants' motion is GRANTED, and Plaintiffs shall be required to disclose to Defendants (1) what documents have been provided to treaters by Plaintiffs' counsel; (2) when such documents were provided; and (3) to whom the documents were provided.

Dated: _____, 2017        **BY THE COURT**

_____
The Honorable Franklin L. Noel
United States Magistrate Judge
District of Minnesota