# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN)<br><br>**DEFENDANTS' RULE 7.1(F) CERTIFICATE OF COMPLIANCE REGARDING DEFENDANTS' RESPONSE TO PLAINTIFFS' OBJECTION TO RULING OF MAGISTRATE JUDGE ON PUNITIVE DAMAGES** |

I certify that Defendants' Response to Plaintiffs' Objection to Ruling of Magistrate Judge on Punitive Damages ("Response") complies with the limitations set forth in LR 72.2(c)(1), as well as the type size requirements set forth in LR 72.2(c)(2).

I further certify that in preparation of this Response, I used Microsoft® Word 2016, and the word processing program has an appropriate functioning word count tool applied specifically to include all text, including headings, footnotes, and quotations.

I certify that the above-referenced Response contains 3374 words.

Dated:  August 24, 2017                     Respectfully submitted,

                                            _s_/Benjamin W. Hulse
                                            Jerry W. Blackwell (#186867)
                                            Benjamin W. Hulse (#0390952)
                                            Mary S. Young (#0392781)
                                            **Attorneys for Defendants 3M Company**
                                            **and Arizant Healthcare Inc.**
                                            BLACKWELL BURKE P.A.
                                            431 South Seventh Street, Suite 2500
                                            Minneapolis, MN  55415
                                            T: (612) 343-3200    F:  (612) 343-3205
                                            blackwell@blackwellburke.com
                                            bhulse@blackwellburke.com
                                            myoung@blackwellburke.com

                                                    AND

                                            Bridget M. Ahmann (#016611x)
                                            **Attorney for Defendants 3M Company**
                                            **and Arizant Healthcare Inc.**
                                            FAEGRE BAKER DANIELS LLP
                                            2200 Wells Fargo Center
                                            90 South Seventh Street
                                            Minneapolis, MN 55402
                                            T: (612) 766-7000    F: (612) 766-1600
                                            bridget.ahmann@faegrebd.com