IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **IN RE: BAIR HUGGER FORCED AIR WARMING DEVICE PRODUCTS LIABILITY LITIGATION** | **MDL No. 15-md-02666 (JNE/FLN)** |
| **This Document Relates To:** ALL CASES | **PLAINTIFFS' RULE 7.1(F) CERTIFICATE OF COMPLIANCE** |

I, Ben W. Gordon, Jr., certify that Plaintiffs' Response Memorandum Regarding 3M's "Motion For Disclosure Of Counsel's Communications With Treating Physicians" complies with the limits of Local Rule 7.1(f) and with the type-size limit of Local Rule 7.1(h).

I further certify that, in preparation of the above document, I used Microsoft Word 2013, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the Memorandum contains 2,646 words.

Dated:  August 25, 2017

                                          Respectfully submitted,

                                          **LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A.**

                                          By:  /s/ Ben W. Gordon, Jr.
                                          Ben W. Gordon, Jr. (*Pro Hac Vice*)
                                          316 S. Baylen Street, Suite 600
                                          Pensacola, FL 32502-5996
                                          Phone:  (850) 435-7000
                                          Email:  bgordon@levinlaw.com

**MESHBESHER & SPENCE, LTD.**

By:  /s/ Genevieve M. Zimmerman
Genevieve M. Zimmerman (MN #330292)
1616 Park Avenue
Minneapolis, MN 55404
Telephone: (612) 339-9121
Email: gzimmerman@meshbesher.com

**CIRESI CONLIN, LLP.**

By: /s/ Michael V. Ciresi
Michael V. Ciresi (MN #0016949)
Jan M. Conlin (MN #0192697)
225 S. 6th St., Suite 4600
Minneapolis, MN 55402
Phone: (612) 361-8202
Email: MVC@CiresiConlin.com
         JMC@CiresiConlin.com