# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

IN RE: Bair Hugger Forced Air Warming Devices
Products Liability Litigation

**AMENDED COURT MINUTES**
BEFORE: Franklin L. Noel
U.S. Magistrate Judge, Courtroom 9W

| | |
|---|---|
| MDL No.: | 15-2666 (JNE/FLN) |
| Date: | August 28, 2017 |
| Court Reporter: | Stacie Heichert |
| Time Commenced: | 9:59 a.m. |
| Time Concluded: | 10:31 a.m. |
| Time in Court: | 31 minutes |

APPEARANCES:

For Plaintiffs:          Genevieve Zimmerman and Ben Gordon
For Defendants:          Bridget Ahmann and Monica Davies

**Defendants' motion for disclosure of confidential communications with treating physicians [#684] was taken under advisement at the hearing.**

☒ ORDER TO BE ISSUED     ☐ NO ORDER TO BE ISSUED     ☐ R&R TO BE ISSUED     ☒ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court     ☐ Exhibits returned to counsel

The parties are instructed to meet and confer and notify the Court by the end of business day, **August 28, 2017**, if a resolution to the instant motion has been reached.

_____s/CJP_____
Signature of Law Clerk