UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To: *Nugier*, 16-cv-4246 | **WORD COUNT COMPLIANCE** |

I certify that the **Memorandum in Support of Defendants' Motion to Compel Against the Miami Veterans Administration Medical Center** complies with the length limitations set forth in LR 7.1(f), as well as the type size requirements set forth in LR 7.1(h).

I further certify that in preparation of this memorandum, I used Microsoft® Office Word 2016, and the word processing program has an appropriate functioning word count tool applied specifically to include all text, including headings, footnotes, and quotations.

I certify that the above-referenced memorandum contains 3034 words.

2

Dated: August 29, 2017	Respectfully submitted,

	*s/*Benjamin W. Hulse
	_____
	Jerry W. Blackwell (#186867)
	Benjamin W. Hulse (#0390952)
	Mary S. Young (#0392781)
	**Attorneys for Defendants 3M Company
	and Arizant Healthcare Inc.**
	BLACKWELL BURKE P.A.
	431 South Seventh Street, Suite 2500
	Minneapolis, MN 55415
	T: (612) 343-3200   F: (612) 343-3205
	blackwell@blackwellburke.com
	bhulse@blackwellburke.com
	myoung@blackwellburke.com

	Bridget M. Ahmann (#016611x)
	**Attorney for Defendants 3M Company
	and Arizant Healthcare Inc.**
	FAEGRE BAKER DANIELS LLP
	2200 Wells Fargo Center
	90 South Seventh Street
	Minneapolis, MN 55402
	T: (612) 766-7000   F: (612) 766-1600
	bridget.ahmann@faegrebd.com