## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To: *Nugier*, 16-cv-4246 | **[PROPOSED] ORDER ON DEFENDANTS' MOTION TO COMPEL AGAINST THE MIAMI VETERANS ADMINISTRATION MEDICAL CENTER** |

This matter came before the Court on Defendants 3M Company's and Arizant Healthcare Inc.'s Motion to Compel Against the Miami Veterans Administration Medical Center.

Based upon the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that the Miami Veterans Administration Medical Center ("Miami VA") shall comply with Defendants' third-party discovery requests, including subpoenas for documents and depositions of a Rule 30(b)(6) designee and two treating physicians. The Miami VA shall produce all responsive documents by September 30 and offer the witnesses for depositions to be completed by October 16.

Dated: _____, 2017         **BY THE COURT**

_____
The Honorable Franklin L. Noel
United States Magistrate Judge
District of Minnesota