UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To: *Nugier*, 16-cv-4246 | **CERTIFICATE OF SERVICE** |

I hereby certify that on August 29, 2017, I caused the following documents:

- Motion to Compel Against the Miami Veterans Administration Medical Center;
- Notice of Hearing;
- Memorandum in Support, with Word Count Compliance Certificate;
- Declaration of Benjamin W. Hulse in Support
- Meet and Confer Statement; and
- Proposed Order on Motion

to be served on the following non-ECF participants to this action at the addresses listed

via overnight delivery:

Mr. Paul M. Russo, Director  
Miami VA Healthcare System  
1201 N.W. 16th Street  
Miami, FL  33125

Barbara Kehoe, Esq.  
VA Office of Chief Counsel  
140 Fountain Parkway North, Suite 520  
St. Petersburg, FL  33716-1295

2

Dated: August 29, 2017                    Respectfully submitted,

*s/*Benjamin W. Hulse

Jerry W. Blackwell (#186867)
Benjamin W. Hulse (#0390952)
Mary S. Young (#0392781)
**Attorneys for Defendants 3M Company and Arizant Healthcare Inc.**
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN  55415
T: (612) 343-3200    F:  (612) 343-3205
blackwell@blackwellburke.com
bhulse@blackwellburke.com
myoung@blackwellburke.com

Bridget M. Ahmann (#016611x)
**Attorney for Defendants 3M Company and Arizant Healthcare Inc.**
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
T: (612) 766-7000    F: (612) 766-1600
bridget.ahmann@faegrebd.com