UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAIR HUGGER FORCED AIR　　　　　　　MDL No. 15-2666 (JNE/FLN)
WARMING DEVICES PRODUCTS
LIABILITY LITIGATION

**ORDER**

---

Genevieve Zimmerman and Ben Gordon, for Plaintiffs.
Monica Davies and Bridget Ahmann, for Defendants.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on August 28, 2017, on Defendants' motion for disclosure of counsel's communications with treating physicians (ECF No. 684). During the hearing, the Court ordered the parties to meet and confer in an attempt to resolve the instant discovery dispute. Following the initial meet and confer, the parties requested additional time to resolve the dispute. The parties now represent that the instant discovery dispute is resolved. Based on the foregoing, and all of the files, records, and proceedings herein, and the parties' representation that the matter is resolved, **IT IS HEREBY ORDERED** that Defendants' motion for disclosure of counsel's communications with treating physicians (ECF No. 684) is **DENIED** as moot.

DATED: August 29, 2017　　　　　　　　　　　*s/Franklin L. Noel*
　　　　　　　　　　　　　　　　　　　　　　FRANKLIN L. NOEL
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge