## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| | **AMENDED ORDER** |
| This Document Relates to All Actions. | |

Plaintiffs have sued Minnesota-based Defendants 3M Company and its wholly-owned subsidiary Arizant Healthcare Inc., alleging tortious design and marketing of a medical device under state law. Plaintiffs' cases have been consolidated as a multidistrict litigation ("MDL") in the District of Minnesota. Transfer Order, Case No. 15-md-2666 Dkt. No. 1, at 2 (J.P.M.L. Dec. 11, 2015); s*ee* 28 U.S.C. § 1407.

On July 19, 2017, the Honorable Franklin L. Noel, United States Magistrate Judge, denied Plaintiffs' request that, *in camera*, the Court review documents ("Documents") that Plaintiffs allege could reveal crime-fraud evidence. *See* Mag's Order, Case No. 15-md-2666 Dkt. No. 621, at 2. Plaintiffs objected to that denial. Pls' Obj'ns, Case No. 15-md-2666 Dkt. No. 634.

The Court denies Plaintiffs' Objections and affirms the Magistrate Judge's Order for reasons given in a memorandum that the Court filed under seal on September 1, 2017. The parties may submit proposed redactions to that memorandum on or before September 8, 2017. If proposed redactions are not timely received, the Court will unseal the memorandum.

Therefore, based on the files, records, and proceedings herein, IT IS ORDERED THAT:

1. Plaintiffs' Objections to the Magistrate Judge's Order [Case No. 15-md-2666 Dkt. No. 634] are DENIED.

2. The Magistrate Judge's Order of July 19, 2017 [Case No. 15-md-2666 Dkt. No. 621] is AFFIRMED.

Dated: September 1, 2017                                s/ Joan N. Ericksen
                                                        JOAN N. ERICKSEN
                                                        United States District Judge