# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To:<br>Case Nos.:<br>16-cv-514 *(Chavers v. 3M Co., et al.)*<br>16-cv-625 *(Van Wart v. 3M Co., et al.)*<br>16-cv-821 *(Stewart v. 3M Co., et al.)*<br>16-cv-1774 *(Zenner v. 3M Co., et al.)*<br>16-cv-2055 *(Redford v. 3M Co., et al.)*<br>16-cv-2213 *(Chenoweth v. 3M Co., et al.)*<br>16-cv-2428 *(King v. 3M Co., et al.)*<br>16-cv-2957 *(Zivanovich v. 3M Co., et al.)*<br>16-cv-3062 *(Moses v. 3M Co., et al.)*<br>16-cv-4288 *(Johnson v. 3M Co., et al.)*<br>16-cv-4290 *(Kauanui v. 3M Co., et al.)*<br>17-cv-435 *(Warren v. 3M Co., et al.)*<br>17-cv-767 *(Garger v. 3M Co., et al.)*<br>17-cv-829 *(White v. 3M Co., et al.)*<br>17-cv-971 *(Lee v. 3M Co., et al.)*<br>17-cv-977 *(Saldana v. 3M Co., et al.)*<br>17-cv-984 *(West v. 3M Co., et al.)*<br>17-cv-1027 *(Warren v. 3M Co., et al.)* | **NOTICE OF HEARING ON DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 14** |

PLEASE TAKE NOTICE that on September 21, 2017 at 9:00 a.m., before the Honorable Joan N. Ericksen, United States District Court, 12W U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, Defendants 3M Company and Arizant Healthcare, Inc. will respectfully move the Court to enter an order dismissing the following Plaintiffs' cases for failure to comply with the Court's Pretrial Order No. 14, entered September 27, 2016:

| Case Number | Plaintiff | Firm Name |
| --- | --- | --- |
| 0:16-cv-00514-JNE-FLN | Chavers | Goza & Honnold, LLC |
| 0:16-cv-02213-JNE-FLN | Chenoweth | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-00767-JNE-FLN | Garger | Langdon & Emison |
| 0:16-cv-04288-JNE-FLN | Johnson, Anita | Kirtland & Packard LLP |
| 0:16-cv-04290-JNE-FLN | Kauanui | Kirtland & Packard LLP |
| 0:16-cv-02428-JNE-FLN | King, Jr. | Kennedy Hodges, LLP |
| 0:17-cv-00971-JNE-FLN | Lee | Bailey Peavy Bailey Cowan Heckaman PLLC |
| 0:16-cv-03062-JNE-FLN | Moses | DeGaris & Rogers |
| 0:16-cv-02055-JNE-FLN | Redford | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-00977-JNE-FLN | Saldana | Bailey Peavy Bailey Cowan Heckaman PLLC |
| 0:16-cv-00821-JNE-FLN | Stewart | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-00625-JNE-FLN | Van Wart | Grynkewich Law Offices |
| 0:17-cv-00435-JNE-FLN | Warren | Kennedy Hodges, LLP |
| 0:17-cv-01027-JNE-FLN | Warren | Bernstein Liebhard LLP |
| 0:17-cv-00984-JNE-FLN | West | Bailey Peavy Bailey Cowan Heckaman PLLC |
| 0:17-cv-00829-JNE-FLN | White | Bachus & Schanker, LLC |
| 0:16-cv-01774-JNE-FLN | Zenner | Kennedy Hodges, LLP |
| 0:16-cv-02957-JNE-FLN | Zivanovich | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |

Dated:  September 7, 2017

Respectfully submitted,

*s/*Benjamin W. Hulse

Benjamin W. Hulse (#0390952)
***Attorney for Defendants 3M Company and Arizant Healthcare Inc.***
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN  55415
T: (612) 343-3200    F:  (612) 343-3205
bhulse@blackwellburke.com