# EXHIBIT A



**BLACKWELL BURKE** P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

April 17, 2017

**VIA EMAIL AND U.S. MAIL**
Behram Parekh
Kirtland & Packard LLP
2041 Rosecrans Ave., Suite 300
El Segundo, CA 90245
bvp@kirtlandpackard.com

     Re:    *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
             MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
             *Johnson v. 3M Company et al* Case No.: 0:16-cv-04288-JNE-FLN

Dear Counsel:

We are in receipt of the Plaintiff Fact Sheet (PFS) for the above-captioned matter. The PFS has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Johnson_Anita_16-cv-04288_1_Johnson_Anita_16-cv-04288_1"

Johnson_Anita_16-cv-04288_1_Johnson_Anita_16-cv-04288_1

PLAINTIFFS' LAST NAME - Johnson
PLAINTIFFS' FIRST NAME - Anita
CASE NO. - 16-cv-04288
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 02, 09, 10
SECTION III   (SURGERY INFORMATION) -
SECTION IV - 1 (VITAL STATISTICS) -
SECTION IV - 10   (DRUG/ALCOHOL) -
SECTION IV - 3 (HEALTHCARE PROVIDERS) - Incomplete
SECTION IV - 7   (PHARMACIES/DRUGSTORES) - Incomplete
SECTION IV - 8   (DENTAL PROCEDURES) -
SECTION IV - 9   (TOBACCO) -
SECTION IX - 1   (CONSORTIUM NAME ETC.) -
SECTION IX - 3   (RESIDENCES) -
SECTION IX - 4   (MARRIED) -
SECTION V - 5   (DISABILITY CLAIMS) -
SECTION V - 6   (LAWSUITS) -
SECTION V - 7   (BANKRUPTCY) -
SECTION VI - 1   (PHYSICAL INJURY) -
SECTION VI - 3   (EMOTIONAL DISTRESS) - Incomplete
SECTION VI - 6   (WARNINGS) -
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) -
SECTION VI - 8   (3M/ARIZANT WARRANTY) -
SECTION VI - 9   (AUGUSTINE) -
SECTION VII - 1   (LOST PAST WAGES) -
SECTION VII - 2   (LOST FUTURE WAGES) -
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) -
X.01 - SIGNED AUTHORIZATION -
X.02.D - DOCUMENTS - SIGNED VERIFICATION -
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Kirtland Packard
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - bvp@kirtlandpackard.com



# BLACKWELL
# BURKE P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

April 17, 2017

**VIA EMAIL AND U.S. MAIL**
Behram Parekh
Kirtland & Packard LLP
2041 Rosecrans Ave., Suite 300
El Segundo, CA 90245
bvp@kirtlandpackard.com

> Re: *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
> MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
> *Kauanui v. 3M Company et al* Case No.: 0:16-cv-04290-JNE-FLN

Dear Counsel:

We are in receipt of the Plaintiff Fact Sheet (PFS) for the above-captioned matter. The PFS has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Kauanul_Emery_16-cv-04290_1_Kauanul_Emery_16-cv-04290_1"

Kauanul_Emery_16-cv-04290_1_Kauanul_Emery_16-cv-04290_1

PLAINTIFFS' LAST NAME - Kauani
PLAINTIFFS' FIRST NAME - Emery
CASE NO. - 16-cv-04290
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 02, 09, 10
SECTION III   (SURGERY INFORMATION) -
SECTION IV - 1 (VITAL STATISTICS) -
SECTION IV - 10   (DRUG/ALCOHOL) -
SECTION IV - 3 (HEALTHCARE PROVIDERS) - Incomplete
SECTION IV - 7   (PHARMACIES/DRUGSTORES) - Incomplete
SECTION IV - 8   (DENTAL PROCEDURES) -
SECTION IV - 9   (TOBACCO) -
SECTION IX - 1   (CONSORTIUM NAME ETC.) -
SECTION IX - 3   (RESIDENCES) -
SECTION IX - 4   (MARRIED) -
SECTION V - 5   (DISABILITY CLAIMS) -
SECTION V - 6   (LAWSUITS) -
SECTION V - 7   (BANKRUPTCY) -
SECTION VI - 1   (PHYSICAL INJURY) -
SECTION VI - 3   (EMOTIONAL DISTRESS) -
SECTION VI - 6   (WARNINGS) -
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) -
SECTION VI - 8   (3M/ARIZANT WARRANTY) -
SECTION VI - 9   (AUGUSTINE) -
SECTION VII - 1   (LOST PAST WAGES) -
SECTION VII - 2   (LOST FUTURE WAGES) -
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) -
X.01 - SIGNED AUTHORIZATION -
X.02.D - DOCUMENTS - SIGNED VERIFICATION -
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Kirtland Packard
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - bvp@kirtlandpackard.com



**BLACKWELL BURKE** P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

May 29, 2017

**VIA EMAIL AND U.S. MAIL**
David Hodges
Kennedy Hodges, L.L.P.
4409 Montrose Blvd, Ste 200
Houston, TX, 77006
mtg@kennedyhodges.com

>   Re:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
>         MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
>         *Warren v. 3M Company et al* Case No.: 0:17-cv-00435-JNE-FLN

Dear Counsel:

We are in receipt of the Plaintiff Fact Sheet (PFS) for the above-captioned matter. The PFS has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Warren_Debbie_17-cv-435_1_Warren_Debbie_17-cv-435_1"          Warren_Debbie_17-
cv-
435_1_Warren_Debbie
_17-cv-435_1

PLAINTIFFS' LAST NAME - Warren
PLAINTIFFS' FIRST NAME - Debbie
CASE NO. - 17-cv-435
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 01, 02, 03, 05, 06, 08, 09, 10, 11, 12, 13, 14, 15, 16
SECTION III    (SURGERY INFORMATION) -
SECTION IV - 1 (VITAL STATISTICS) - Incomplete
SECTION IV - 10   (DRUG/ALCOHOL) - Incomplete
SECTION IV - 3 (HEALTHCARE PROVIDERS) - Incomplete
SECTION IV - 7   (PHARMACIES/DRUGSTORES) - Incomplete
SECTION IV - 8   (DENTAL PROCEDURES) - Incomplete
SECTION IV - 9   (TOBACCO) - Incomplete
SECTION IX - 1   (CONSORTIUM NAME ETC.) - Incomplete
SECTION IX - 3   (RESIDENCES) - Incomplete
SECTION IX - 4   (MARRIED) - Incomplete
SECTION V - 5   (DISABILITY CLAIMS) - Incomplete
SECTION V - 6   (LAWSUITS) - Incomplete
SECTION V - 7   (BANKRUPTCY) - Incomplete
SECTION VI - 1   (PHYSICAL INJURY) - Incomplete
SECTION VI - 3   (EMOTIONAL DISTRESS) - Incomplete
SECTION VI - 6   (WARNINGS) - Incomplete
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) - Incomplete
SECTION VI - 8   (3M/ARIZANT WARRANTY) - Incomplete
SECTION VI - 9   (AUGUSTINE) - Incomplete
SECTION VII - 1   (LOST PAST WAGES) - Incomplete
SECTION VII - 2   (LOST FUTURE WAGES) - Incomplete
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) - Incomplete
X.01 - SIGNED AUTHORIZATION - Incomplete
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Kennedy Hodges, L.L.P.
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - mtg@kennedyhodges.com

# EXHIBIT B



## BLACKWELL BURKE P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

April 17, 2017

**VIA EMAIL AND U.S. MAIL**
Kirk J. Goza
Goza & Honnold, LLC
11181 Overbrook Road, Suite 200
Leawood, KS 66211
mlowrey@gohonlaw.com

     Re:    *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
           MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
           *Chavers v. 3M Company* Case No.: 0:16-cv-00514-JNE-FLN

Dear Counsel:

We are in receipt of the second amended Plaintiff Fact Sheet (PFS) for the above-captioned matter. The second amended PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original and/or any amended PFS. An updated verification is required, however, to be served along with the amended PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Chavers_Darryl_016cv-00514_01_Chavers_Darryl_016cv-00514"

Chavers_Darryl_016cv
-00514_01_Chavers_D
arryl_016cv-00514

PLAINTIFFS' LAST NAME – Chavers
PLAINTIFFS' FIRST NAME – Darryl
CASE NO. – 016cv-00514_01
SECTION I (CASE INFORMATION) –
SECTION II (PERSONAL INFORMATION) –
SECTION III  (SURGERY INFORMATION) – Incomplete
SECTION III – INCOMPLETE QUESTIONS – 03
SECTION IV – 1 (VITAL STATISTICS) –
SECTION IV – 10  (DRUG/ALCOHOL) –
SECTION IV – 3 (HEALTHCARE PROVIDERS) –
SECTION IV – 7  (PHARMACIES/DRUGSTORES) –
SECTION IV – 8  (DENTAL PROCEDURES) –
SECTION IV – 9  (TOBACCO) –
SECTION IX – 1  (CONSORTIUM NAME ETC.) –
SECTION IX – 3  (RESIDENCES) –
SECTION IX – 4  (MARRIED) – Incomplete
SECTION V – 5  (DISABILITY CLAIMS) –
SECTION V – 6  (LAWSUITS) –
SECTION V – 7  (BANKRUPTCY) –
SECTION VI – 1  (PHYSICAL INJURY) –
SECTION VI – 3  (EMOTIONAL DISTRESS) –
SECTION VI – 6  (WARNINGS) –
SECTION VI – 7  (3M/ARIZANT COMMUNICATIONS) –
SECTION VI – 8  (3M/ARIZANT WARRANTY) –
SECTION VI – 9  (AUGUSTINE) –
SECTION VII – 1  (LOST PAST WAGES) –
SECTION VII – 2  (LOST FUTURE WAGES) –
SECTION VIII – 2  (VERBAL/WRITTEN STATEMENT) –
X.01 – SIGNED AUTHORIZATION –
X.02.D – DOCUMENTS – SIGNED VERIFICATION – Incomplete
I.03.B – PLAINTIFFS' COUNSEL'S FIRM – Goza & Honnold, LLC
I.03.E – PLAINTIFFS' COUNSEL'S EMAIL – kgoza@gohonlaw.com



**BLACKWELL BURKE** P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

April 17, 2017

**VIA EMAIL AND U.S. MAIL**
Daniel A. Nigh
Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A.
316 South Baylen St. Suite 400
Pensacola, Florida 32502
dnigh@levinlaw.com

> Re:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
> MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
> *Chenoweth v. 3M Company* Case No.: 0:16-cv-02213-JNE-FLN

Dear Counsel:

We are in receipt of the second amended Plaintiff Fact Sheet (PFS) for the above-captioned matter. The second amended PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original and/or any amended PFS. An updated verification is required, however, to be served along with the amended PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Chenoweth _Mark
_016-cv-
02213_1_Chenoweth
_Mark _016-cv-
02213_1

PLAINTIFFS' LAST NAME - Chenoweth
PLAINTIFFS' FIRST NAME - Mark
CASE NO. - 0:16-cv-02213
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) -
SECTION II - INCOMPLETE QUESTIONS -
SECTION III   (SURGERY INFORMATION) -
SECTION IV - 1 (VITAL STATISTICS) -
SECTION IV - 10   (DRUG/ALCOHOL) -
SECTION IV - 3 (HEALTHCARE PROVIDERS) -
SECTION IV - 7   (PHARMACIES/DRUGSTORES) -
SECTION IV - 8   (DENTAL PROCEDURES) -
SECTION IV - 9   (TOBACCO) - Incomplete
SECTION IX - 1   (CONSORTIUM NAME ETC.) -
SECTION IX - 3   (RESIDENCES) -
SECTION IX - 4   (MARRIED) -
SECTION V - 5   (DISABILITY CLAIMS) -
SECTION V - 6   (LAWSUITS) -
SECTION V - 7   (BANKRUPTCY) -
SECTION VI - 1   (PHYSICAL INJURY) -
SECTION VI - 3   (EMOTIONAL DISTRESS) -
SECTION VI - 6   (WARNINGS) -
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) -
SECTION VI - 8   (3M/ARIZANT WARRANTY) -
SECTION VI - 9   (AUGUSTINE) -
SECTION VII - 1   (LOST PAST WAGES) -
SECTION VII - 2   (LOST FUTURE WAGES) -
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) -
X.01 - SIGNED AUTHORIZATION -
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete (Updated Verification Required)
X.02.D.1 - DOCUMENTS - SIGNED VERIFICATION (NON-PFS RESPONSE) - NA
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Levin, Papantonio
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - dnigh@levinlaw.com


**BLACKWELL BURKE** P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

April 17, 2017

**VIA EMAIL AND U.S. MAIL**
David Hodges
Kennedy Hodges, L.L.P.
4409 Montrose Blvd, Ste 200
Houston, TX, 77006
mtg@kennedyhodges.com

> Re:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
> MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
> *King v. 3M Company et al* Case No.: 0:16-cv-02428-JNE-FLN

Dear Counsel:

We are in receipt of the second amended Plaintiff Fact Sheet (PFS) for the above-captioned matter. The second amended PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original and/or any amended PFS. An updated verification is required, however, to be served along with the amended PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "King_Jr_Walter_16-cv-02428_01_King_Jr._Walter_16-cv-02428"

King_Jr_Walter_16-
cv-
02428_01_King_Jr._W
alter_16-cv-02428

PLAINTIFFS' LAST NAME - King Jr
PLAINTIFFS' FIRST NAME - Walter H
CASE NO. - 16-cv-02428_01
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 01, 02, 03, 06, 08, 09, 10
SECTION III  (SURGERY INFORMATION) - Incomplete
SECTION III - INCOMPLETE QUESTIONS - 03, 04, 05
SECTION IV - 1 (VITAL STATISTICS) - Incomplete
SECTION IV - 10  (DRUG/ALCOHOL) - Incomplete
SECTION IV - 3 (HEALTHCARE PROVIDERS) - Incomplete
SECTION IV - 7  (PHARMACIES/DRUGSTORES) - Incomplete
SECTION IV - 8  (DENTAL PROCEDURES) - Incomplete
SECTION IV - 9  (TOBACCO) - Incomplete
SECTION IX - 1  (CONSORTIUM NAME ETC.) - Incomplete
SECTION IX - 3  (RESIDENCES) - Incomplete
SECTION IX - 4  (MARRIED) - Incomplete
SECTION V - 5  (DISABILITY CLAIMS) - Incomplete
SECTION V - 6  (LAWSUITS) - Incomplete
SECTION V - 7  (BANKRUPTCY) - Incomplete
SECTION VI - 1  (PHYSICAL INJURY) - Incomplete
SECTION VI - 3  (EMOTIONAL DISTRESS) - Incomplete
SECTION VI - 6  (WARNINGS) - Incomplete
SECTION VI - 7  (3M/ARIZANT COMMUNICATIONS) - Incomplete
SECTION VI - 8  (3M/ARIZANT WARRANTY) - Incomplete
SECTION VI - 9  (AUGUSTINE) - Incomplete
SECTION VII - 1  (LOST PAST WAGES) - Incomplete
SECTION VII - 2  (LOST FUTURE WAGES) - Incomplete
SECTION VIII - 2  (VERBAL/WRITTEN STATEMENT) - Incomplete
X.01 - SIGNED AUTHORIZATION - Incomplete
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Kennedy Hodges
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - mtg@kennedyhodges.com



BLACKWELL
BURKE P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

April 24, 2017

**VIA EMAIL AND U.S. MAIL**
Annesley H. DeGaris
DeGaris & Rogers, LLC
Two North Twentieth Street, Suite 1030
Birmingham, AL 35203
adegaris@degarislaw.com

> Re:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
>        MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
>        *Moses v. 3M Company et al* Case No.: 0:16-cv-03062-JNE-FLN

Dear Counsel:

We are in receipt of the second amended Plaintiff Fact Sheet (PFS) for the above-captioned matter. The second amended PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original and/or any amended PFS. An updated verification is required, however, to be served along with the amended PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Moses_Aneita_016-cv-03062_1_01_Moses_Aneita_016-cv-03062_1"

Moses_Aneita_016-cv-
03062_1_01_Moses_An
eita_016-cv-03062_1

PLAINTIFFS' LAST NAME - Moses
PLAINTIFFS' FIRST NAME - Anieta A
CASE NO. - 016-cv-03062_01_01
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) -
SECTION III   (SURGERY INFORMATION) - Incomplete
SECTION III - INCOMPLETE QUESTIONS - 03
SECTION IV - 1 (VITAL STATISTICS) -
SECTION IV - 10   (DRUG/ALCOHOL) -
SECTION IV - 3 (HEALTHCARE PROVIDERS) -
SECTION IV - 7   (PHARMACIES/DRUGSTORES) -
SECTION IV - 8   (DENTAL PROCEDURES) -
SECTION IV - 9   (TOBACCO) -
SECTION IX - 1   (CONSORTIUM NAME ETC.) -
SECTION IX - 3   (RESIDENCES) -
SECTION IX - 4   (MARRIED) -
SECTION V - 5   (DISABILITY CLAIMS) -
SECTION V - 6   (LAWSUITS) -
SECTION V - 7   (BANKRUPTCY) -
SECTION VI - 1   (PHYSICAL INJURY) -
SECTION VI - 3   (EMOTIONAL DISTRESS) -
SECTION VI - 6   (WARNINGS) -
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) -
SECTION VI - 8   (3M/ARIZANT WARRANTY) -
SECTION VI - 9   (AUGUSTINE) -
SECTION VII - 1   (LOST PAST WAGES) -
SECTION VII - 2   (LOST FUTURE WAGES) -
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) -
X.01 - SIGNED AUTHORIZATION -
X.02.D - DOCUMENTS - SIGNED VERIFICATION -
X.02.D.1 - DOCUMENTS - SIGNED VERIFICATION (NON-PFS RESPONSE) -
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - DeGaris & Rogers
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - adegaris@degarislaw.com



BLACKWELL
BURKE P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

April 24, 2017

**VIA EMAIL AND U.S. MAIL**
Daniel A. Nigh
Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A.
316 South Baylen St. Suite 400
Pensacola, Florida 32502
dnigh@levinlaw.com

> Re:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
>       MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
>       *Redford v. 3M Company* Case No.: 0:16-cv-02055-JNE-FLN

Dear Counsel:

We are in receipt of the second amended Plaintiff Fact Sheet (PFS) for the above-captioned matter. The second amended PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original and/or any amended PFS. An updated verification is required, however, to be served along with the amended PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Redford_Melissa_16-cv-02055_01_Redford_Melissa-Final_Draft_PFS"

Redford_Melissa_16-cv-02055_01_Redford_Melissa-Final_Draft_PFS

PLAINTIFFS' LAST NAME - Redford
PLAINTIFFS' FIRST NAME - Melissa
CASE NO. - 16-cv-02055_01
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 01, 02, 06, 07, 08, 09, 10, 11, 12, 13, 14, 15, 16
SECTION III   (SURGERY INFORMATION) -
SECTION IV - 1 (VITAL STATISTICS) - Incomplete
SECTION IV - 10   (DRUG/ALCOHOL) - Incomplete
SECTION IV - 3 (HEALTHCARE PROVIDERS) -
SECTION IV - 7   (PHARMACIES/DRUGSTORES) - Incomplete
SECTION IV - 8   (DENTAL PROCEDURES) - Incomplete
SECTION IV - 9   (TOBACCO) - Incomplete
SECTION IX - 1   (CONSORTIUM NAME ETC.) -
SECTION IX - 3   (RESIDENCES) -
SECTION IX - 4   (MARRIED) -
SECTION V - 5   (DISABILITY CLAIMS) - Incomplete
SECTION V - 6   (LAWSUITS) - Incomplete
SECTION V - 7   (BANKRUPTCY) - Incomplete
SECTION VI - 1   (PHYSICAL INJURY) - Incomplete
SECTION VI - 3   (EMOTIONAL DISTRESS) - Incomplete
SECTION VI - 6   (WARNINGS) -
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) -
SECTION VI - 8   (3M/ARIZANT WARRANTY) -
SECTION VI - 9   (AUGUSTINE) -
SECTION VII - 1   (LOST PAST WAGES) - Incomplete
SECTION VII - 2   (LOST FUTURE WAGES) - Incomplete
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) -
X.01 - SIGNED AUTHORIZATION -
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete
X.02.D.1 - DOCUMENTS - SIGNED VERIFICATION (NON-PFS RESPONSE) - Incomplete
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Levin Papantonio
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - dnigh@levinlaw.com



**BLACKWELL BURKE** P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

April 24, 2017

**VIA EMAIL AND U.S. MAIL**
Daniel A. Nigh
Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A.
316 South Baylen St. Suite 400
Pensacola, Florida 32502
dnigh@levinlaw.com

Re:  *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
*Stewart v. 3M Company* Case No.: 0:16-cv-00821-JNE-FLN

Dear Counsel:

We are in receipt of the second amended Plaintiff Fact Sheet (PFS) for the above-captioned matter. The second amended PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original and/or any amended PFS. An updated verification is required, however, to be served along with the amended PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Stewart_Jasmine_16-cv-00821_01_Stewart_Jasmine--Final_Draft_PFS"

Stewart_Jasmine_16-
cv-
00821_01_Stewart_Jas
mine--
Final_Draft_PFS

PLAINTIFFS' LAST NAME - Stewart
PLAINTIFFS' FIRST NAME - Jasmine
CASE NO. - 16-cv-00821_01
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 01, 02, 03, 09, 10, 11, 12, 13, 14, 16
SECTION III   (SURGERY INFORMATION) -
SECTION IV - 1 (VITAL STATISTICS) - Incomplete
SECTION IV - 10   (DRUG/ALCOHOL) - Incomplete
SECTION IV - 3 (HEALTHCARE PROVIDERS) - Incomplete
SECTION IV - 7   (PHARMACIES/DRUGSTORES) - Incomplete
SECTION IV - 8   (DENTAL PROCEDURES) - Incomplete
SECTION IV - 9   (TOBACCO) - Incomplete
SECTION IX - 1   (CONSORTIUM NAME ETC.) - Incomplete
SECTION IX - 3   (RESIDENCES) - Incomplete
SECTION IX - 4   (MARRIED) - Incomplete
SECTION V - 5   (DISABILITY CLAIMS) - Incomplete
SECTION V - 6   (LAWSUITS) - Incomplete
SECTION V - 7   (BANKRUPTCY) - Incomplete
SECTION VI - 1   (PHYSICAL INJURY) - Incomplete
SECTION VI - 3   (EMOTIONAL DISTRESS) - Incomplete
SECTION VI - 6   (WARNINGS) -
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) -
SECTION VI - 8   (3M/ARIZANT WARRANTY) -
SECTION VI - 9   (AUGUSTINE) -
SECTION VII - 1   (LOST PAST WAGES) - Incomplete
SECTION VII - 2   (LOST FUTURE WAGES) - Incomplete
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) -
X.01 - SIGNED AUTHORIZATION - Incomplete
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete
X.02.D.1 - DOCUMENTS - SIGNED VERIFICATION (NON-PFS RESPONSE) - Incomplete
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Levin, Papantonio
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - dnigh@levinlaw.com

 **BLACKWELL BURKE** P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

March 28, 2017

**VIA EMAIL AND U.S. MAIL**
Gary S. Gynkewich
Grynkewich Law Offices
2800 Hualapai Mountain Road, Suite B
Kingman, AZ 86401
gary@grynklaw.com

    *Re:*    *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
            MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
            *Van Wart et al v. 3M Company* Case No.: 0:16-cv-00625-JNE-FLN

Dear Counsel:

We are in receipt of the second amended Plaintiff Fact Sheet (PFS) for the above-captioned matter. The second amended PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original and/or any amended PFS. An updated verification is required, however, to be served along with the amended PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Van Wart_Louis_016-cv-000625-JNE-FLN_01_Van_Wart_Louis_016-cv-**Van Wart_Louis_016-**
000625-JNE-FLN" **cv-000625-JNE-**
**FLN_01_Van_Wart_L**
**ouis_016-cv-000625-**
**JNE-FLN**

PLAINTIFFS' LAST NAME - Van Wart
PLAINTIFFS' FIRST NAME - Louis F.
CASE NO. - 016-cv-000625-JNE-FLN_01
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Grynkewich Law Offices
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - gary@grynklaw.com
SECTION I (CASE INFORMATION) - Complete
SECTION II (PERSONAL INFORMATION) - Complete
SECTION III   (SURGERY INFORMATION) - Incomplete
SECTION III - INCOMPLETE QUESTIONS - 03
SECTION IV - 1 (VITAL STATISTICS) - Complete
SECTION IV - 10   (DRUG/ALCOHOL) - Complete
SECTION IV - 3 (HEALTHCARE PROVIDERS) - Complete
SECTION IV - 7   (PHARMACIES/DRUGSTORES) - Complete
SECTION IV - 8   (DENTAL PROCEDURES) - Complete
SECTION IV - 9   (TOBACCO) - Complete
SECTION IX - 1   (CONSORTIUM NAME ETC.) - Incomplete
SECTION IX - 3   (RESIDENCES) - Complete
SECTION IX - 4   (MARRIED) - Incomplete
SECTION V - 5   (DISABILITY CLAIMS) - Complete
SECTION V - 6   (LAWSUITS) - Complete
SECTION V - 7   (BANKRUPTCY) - Complete
SECTION VI - 1   (PHYSICAL INJURY) - Complete
SECTION VI - 3   (EMOTIONAL DISTRESS) - Incomplete
SECTION VI - 6   (WARNINGS) - Complete
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) - Complete
SECTION VI - 8   (3M/ARIZANT WARRANTY) - Complete
SECTION VI - 9   (AUGUSTINE) - Complete
SECTION VII - 1   (LOST PAST WAGES) - Complete
SECTION VII - 2   (LOST FUTURE WAGES) - Complete
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) - Complete
X.01 - SIGNED AUTHORIZATION - Complete
X.02.D - DOCUMENTS - SIGNED VERIFICATION -- Incomplete (Updated Verification Required)



**BLACKWELL BURKE** P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

April 17, 2017

**VIA EMAIL AND U.S. MAIL**
David Hodges
Kennedy Hodges, L.L.P.
4409 Montrose Blvd, Ste 200
Houston, TX, 77006
mtg@kennedyhodges.com

> Re:  *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
> MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
> *Zenner v. 3M Company* Case No.: 0:16-cv-01774-JNE-FLN

Dear Counsel:

We are in receipt of the second amended Plaintiff Fact Sheet (PFS) for the above-captioned matter. The second amended PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original and/or any amended PFS. An updated verification is required, however, to be served along with the amended PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Zenner_Allen_16-cv-1774_01_Zenner_Allen_16-cv-1774"

Zenner_Allen_16-cv-1774_01_Zenner_Allen_16-cv-1774

PLAINTIFFS' LAST NAME - Zenner
PLAINTIFFS' FIRST NAME - Allen
CASE NO. - 16-cv-1774_01
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 01, 02, 03, 05, 06, 08, 09, 10
SECTION III   (SURGERY INFORMATION) - Incomplete
SECTION III - INCOMPLETE QUESTIONS - 03
SECTION IV - 1 (VITAL STATISTICS) - Incomplete
SECTION IV - 10   (DRUG/ALCOHOL) -
SECTION IV - 3 (HEALTHCARE PROVIDERS) - Incomplete
SECTION IV - 7   (PHARMACIES/DRUGSTORES) - Incomplete
SECTION IV - 8   (DENTAL PROCEDURES) - Incomplete
SECTION IV - 9   (TOBACCO) -
SECTION IX - 1   (CONSORTIUM NAME ETC.) - Incomplete
SECTION IX - 3   (RESIDENCES) - Incomplete
SECTION IX - 4   (MARRIED) - Incomplete
SECTION V - 5   (DISABILITY CLAIMS) -
SECTION V - 6   (LAWSUITS) -
SECTION V - 7   (BANKRUPTCY) -
SECTION VI - 1   (PHYSICAL INJURY) - Incomplete
SECTION VI - 3   (EMOTIONAL DISTRESS) -
SECTION VI - 6   (WARNINGS) -
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) -
SECTION VI - 8   (3M/ARIZANT WARRANTY) -
SECTION VI - 9   (AUGUSTINE) -
SECTION VII - 1   (LOST PAST WAGES) -
SECTION VII - 2   (LOST FUTURE WAGES) -
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) -
X.01 - SIGNED AUTHORIZATION - Incomplete
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Kennedy Hodges, L.L.P.
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - mtg@kennedyhodges.com



BLACKWELL
BURKE P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

April 24, 2017

**VIA EMAIL AND U.S. MAIL**
Daniel A. Nigh
Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A.
316 South Baylen St. Suite 400
Pensacola, Florida 32502
dnigh@levinlaw.com

Re:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
*Zivanovich v. 3M Company* Case No.: 0:16-cv-02957-JNE-FLN

Dear Counsel:

We are in receipt of the second amended Plaintiff Fact Sheet (PFS) for the above-captioned matter. The second amended PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original and/or any amended PFS. An updated verification is required, however, to be served along with the amended PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Zivanovich_Eric_16-cv-02957_01_Zivanovich_Eric-_Final_Draft_PFS"          **Zivanovich_Eric_16-cv-02957_01_Zivanovich_Eric-_Final_Draft_PFS**

PLAINTIFFS' LAST NAME - Zivanovich
PLAINTIFFS' FIRST NAME - Eric
CASE NO. - 16-cv-02957_01
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) --
SECTION II - INCOMPLETE QUESTIONS -
SECTION III   (SURGERY INFORMATION) -
SECTION III - INCOMPLETE QUESTIONS -
SECTION IV - 1 (VITAL STATISTICS) -
SECTION IV - 10   (DRUG/ALCOHOL) -
SECTION IV - 3 (HEALTHCARE PROVIDERS) -
SECTION IV - 7   (PHARMACIES/DRUGSTORES) - Incomplete
SECTION IV - 8   (DENTAL PROCEDURES) - Incomplete
SECTION IV - 9   (TOBACCO) - Incomplete
SECTION IX - 1   (CONSORTIUM NAME ETC.) -
SECTION IX - 3   (RESIDENCES) -
SECTION IX - 4   (MARRIED) -
SECTION V - 5   (DISABILITY CLAIMS) - Incomplete
SECTION V - 6   (LAWSUITS) - Incomplete
SECTION V - 7   (BANKRUPTCY) - Incomplete
SECTION VI - 1   (PHYSICAL INJURY) - Incomplete
SECTION VI - 3   (EMOTIONAL DISTRESS) - Incomplete
SECTION VI - 6   (WARNINGS) -
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) -
SECTION VI - 8   (3M/ARIZANT WARRANTY) -
SECTION VI - 9   (AUGUSTINE) -
SECTION VII - 1   (LOST PAST WAGES) - Incomplete
SECTION VII - 2   (LOST FUTURE WAGES) - Incomplete
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) -
X.01 - SIGNED AUTHORIZATION -
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete
X.02.D.1 - DOCUMENTS - SIGNED VERIFICATION (NON-PFS RESPONSE) - Incomplete
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Levin Papantonio
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - dnigh@levinlaw.com

# EXHIBIT C



**LEVIN • PAPANTONIO
THOMAS • MITCHELL
RAFFERTY & PROCTOR • P.A.**
PROFESSIONAL CORPORATION          ATTORNEYS AT LAW

KIMBERLY LAMBERT ADAMS
BRIAN H. BARR
MICHAEL C. BIXBY
M. ROBERT BLANCHARD
BRANDON L. BOGLE
WESLEY A. BOWDEN
VIRGINIA M. BUCHANAN
WILLIAM F CASH III
JEFF GADDY
RACHAEL R. GILMER
FREDRIC G. LEVIN

MARTIN H. LEVIN
M. JUSTIN LUSKO
ANDREW E. McGRAW
NEIL E. McWILLIAMS, JR.
CLAY MITCHELL
PETER J. MOUGEY
DANIEL A. NIGH
TIMOTHY M. O'BRIEN
MIKE PAPANTONIO
CHRISTOPHER G. PAULOS
EMMIE J. PAULOS

A. RENEE PRESTON
ROBERT E. PRICE
MARK J. PROCTOR
TROY A. RAFFERTY
MATTHEW D. SCHULTZ
W. CAMERON STEPHENSON
LEO A. THOMAS
BRETT VIGODSKY
MALLORY J. MANGOLD
(LICENSED ONLY IN ALABAMA
AND MISSISSIPPI)

OF COUNSEL:
LAURA S. DUNNING
   (LICENSED ONLY IN ALABAMA)
BEN W. GORDON, JR
ROBERT M. LOEHR
PAGE A. POERSCHKE
   (LICENSED ONLY IN ALABAMA)

LEFFERTS L. MABIE, JR. (1925-1996)
D.L. MIDDLEBROOKS (1926-1997)
DAVID H. LEVIN (1928-2002)
STANLEY B. LEVIN (1938-2009)



May 12, 2017

**VIA FEDEX**

Benjamin W. Hulse
Blackwell Burke P.A
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415
bhulse@blackwellburke.com

Re:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
      MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
      *Melissa Redford v. 3M Company*, Case No.: 0:16-cv-02055-JNE-FLN

Dear Counsel:

Pursuant to paragraph 6 of PTO 14, please see attached documentation to cure deficiencies for the above captioned case.

Sincerely,

Daniel A. Nigh

DAN/jw
Enclosure

Response to Deficiencies

*Melissa Redford v. 3M Company* Case No.: 0:16-cv-02055-JNE-FLN

Deficiencies cannot be cured at this time as we have not been able to contact client but will continue to make a diligent effort to do so.



**LEVIN•PAPANTONIO THOMAS•MITCHELL RAFFERTY & PROCTOR•P.A.**
PROFESSIONAL CORPORATION       ATTORNEYS AT LAW

| | | | |
|---|---|---|---|
| KIMBERLY LAMBERT ADAMS | MARTIN H. LEVIN | A. RENEE PRESTON | OF COUNSEL: |
| BRIAN H. BARR | STEPHEN A. LUONGO | ROBERT E. PRICE | LAURA S. DUNNING |
| MICHAEL C. BIXBY | M. JUSTIN LUSKO | MARK J. PROCTOR | *(LICENSED ONLY IN ALABAMA)* |
| M. ROBERT BLANCHARD | ANDREW E. McGRAW | TROY A. RAFFERTY | BEN W. GORDON, JR |
| BRANDON L. BOGLE | NEIL E. McWILLIAMS, JR. | MATTHEW D. SCHULTZ | ROBERT M. LOEHR |
| W. TROY BOUK | CLAY MITCHELL | W. CAMERON STEPHENSON | PAGE A. POERSCHKE |
| WESLEY A. BOWDEN | PETER J. MOUGEY | LEO A. THOMAS | *(LICENSED ONLY IN ALABAMA)* |
| VIRGINIA M. BUCHANAN | DANIEL A. NIGH | BRETT VIGODSKY | |
| WILLIAM F. CASH III | TIMOTHY M. O'BRIEN | | LEFFERTS L. MABIE, JR. (1925-1996) |
| JEFF GADDY | MIKE PAPANTONIO | MALLORY J. MANGOLD | D.L. MIDDLEBROOKS (1926-1997) |
| RACHAEL R. GILMER | CHRISTOPHER G. PAULOS | *(LICENSED ONLY IN ALABAMA* | DAVID H. LEVIN (1928-2002) |
| FREDRIC G. LEVIN | EMMIE J. PAULOS | *AND MISSISSIPPI)* | STANLEY B. LEVIN (1937-2007) |



RECEIVED
JUN 3 0 2017
BY: CK

June 29, 2017

**VIA FEDEX**

Benjamin W. Hulse
Blackwell Burke P.A
431 South Seventh Street.
Suite 2500
Minneapolis, MN 55415
bhulse@blackwellburke.com

    Re:    *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
        MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
        *Melissa Redford v. 3M Company*, Case No.: 0:16-cv-02055-JNE-FLN

Dear Counsel:

    Pursuant to paragraph 6 of PTO 14, please see the attached reverification page for previously cured deficiencies for the above captioned matter.

    Sincerely,

Daniel A. Nigh

DAN/jw
Enclosure

Response to Deficiencies

*Melissa Redford v. 3M Company*, Case No.: 0:16-cv-02055-JNE-FLN

**Reverification Page**

Pursuant to cure the defendant's deficiency and abide by Pre Trail Order 14, I declare that the given response(s) are true.

## **REVERIFICATION**

Melissa Redford
Print Name

_Melissa R Redford_
Signature

6-22-17
Date

# EXHIBIT D

**From:** Ben Hulse
**Sent:** Friday, July 14, 2017 4:15 PM
**To:** 'JoanEricksen_Chambers@mnd.uscourts.gov' <JoanEricksen_Chambers@mnd.uscourts.gov>;
'Noel_Chambers@mnd.uscourts.gov' <Noel_Chambers@mnd.uscourts.gov>
**Cc:** Jerry Blackwell <blackwell@blackwellburke.com>; 'Ahmann, Bridget M.'
<Bridget.Ahmann@FaegreBD.com>; 'gzimmerman@meshbesher.com'
<gzimmerman@meshbesher.com>; 'bgordon@levinlaw.com' <bgordon@levinlaw.com>;
'MVC@ciresiconlin.com' <MVC@ciresiconlin.com>; 'JMC@CiresiConlin.com' <JMC@CiresiConlin.com>
**Subject:** Bair Hugger, MDL 2666 -- Defendants' lists of PFS disputes for July 2017

Dear Judge Ericksen,

Even though next week's status conference has been cancelled, Defendants would still like to list cases
with Plaintiff Fact Sheet disputes, as provided by PTO 14, paragraph 7, Dkt. No. 117.

When the Court cancelled the March 2017 status conference, it issued an order stating that the PFS
disputes on the lists submitted by Defendants were "deemed 'addressed to the Court' notwithstanding
the fact that there will be no in-court conference this month." Dkt. No. 270.

Defendants respectfully request that the Court do the same this month, and deem the disputes on these
lists "addressed to the Court." We anticipate that Plaintiffs' Co-Lead counsel will share these lists with
other plaintiffs' counsel, as they have done in prior months, so there is no need for the Court to formally
list the cases.

Best regards,
Ben Hulse
Counsel for Defendants

Benjamin W. Hulse
Blackwell Burke P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Direct (612) 343-3256
Fax (612) 343-3205

This message and any attachments may contain information that is privileged, confidential, and exempt from disclosure under applicable
law. If you are not the intended recipient or are not authorized to receive for the recipient, you are hereby notified that dissemination,
distribution or copying of this message and any attachments is strictly prohibited. If you have received this message in error, please
immediately advise the sender by reply e-mail and delete the message and any attachments. Thank you.

**Defendants' PFS List 1: Overdue Plaintiff Fact Sheets**
(As of July 14, 2017)

| Case Number | Title | Date Filed | Due Date | Comments | Prior Listing | Firm Name |
|---|---|---|---|---|---|---|
| 0:16-cv-04360-JNE-FLN | Spaich et al v. 3M Company et al | 12/27/2016 | 3/27/2017 | Subject to Defendants' Motion to Dismiss filed on 7.04.17 (D.E. 590) | 4/14/17; 6/8/17 | McGlynn, Glissoin & Mouton |
| 0:17-cv-00188-JNE-FLN | Stouffer v. 3M Company et al | 1/20/2017 | 4/20/2017 | | 6/8/2017 | Bernstein Liebhard LLP |
| 0:16-cv-04353-JNE-FLN | Butkus v. 3M Company et al | 12/27/2016 | 4/21/2017 | Extention granted to 4/21/17 but no PFS received | 6/8/2017 | McGlynn, Glisson and Mouton |
| 0:17-cv-00299-JNE-FLN | Raymond v. 3M Company Inc et al | 1/30/2017 | 4/30/2017 | | 6/8/2017 | Bernstein Liebhard LLP |
| 0:17-cv-00350-JNE-FLN | Sanders v. 3M Company et al | 2/2/2017 | 5/3/2017 | | 6/8/2017 | The Miller Firm, LLC |
| 0:17-cv-00413-JNE-FLN | Swank et al v. 3M Company et al | 2/7/2017 | 5/8/2017 | | 6/8/2017 | Pendley, Baudin & Coffin, L.L.P. |
| 0:17-cv-00597-JNE-FLN | Perez v. 3M Company et al | 2/27/2017 | 5/28/2017 | | 6/8/2017 | Bernstein Liebhard LLP |
| 0:17-cv-00767-JNE-FLN | Garger et al v. 3M Company et al | 3/13/2017 | 6/11/2017 | | | Langdon and Emison |
| 0:17-cv-00829-JNE-FLN | White et al v. 3M Company et al | 3/20/2017 | 6/18/2017 | | | Bachus & Schanker, LLC |
| 0:17-cv-00887-JNE-FLN | Morris et al v. 3M Company et al | 3/24/2017 | 6/22/2017 | | | McGlynn, Glisson and Mouton |
| 0:17-cv-00901-JNE-FLN | Dean v. 3M Company et al | 3/27/2017 | 6/25/2017 | | | McGlynn, Glisson and Mouton |
| 0:17-cv-00971-JNE-FLN | Lee v. 3M Company et al | 3/30/2017 | 6/28/2017 | | | Bailey Peavy Bailey Cowan Heckaman, PLLC |
| 0:17-cv-00977-JNE-FLN | Saldana v. 3M Company et al | 3/30/2017 | 6/28/2017 | | | Bailey Peavy Bailey Cowan Heckaman, PLLC |
| 0:17-cv-00984-JNE-FLN | West v. 3M Company et al | 3/30/2017 | 6/28/2017 | | | Bailey Peavy Bailey Cowan Heckaman, PLLC |
| 0:17-cv-01027-JNE-FLN | Warren v. 3M Company et al | 4/3/2017 | 7/2/2017 | | | Bernstein Liebhard LLP |

Yellow highlighting indicates that the case was previously listed per PTO 14 (D.E. 270)
Pink highlighting indicates that the case is subject to Defendants' Pending Motion to Dismiss

**Defendants' PFS List 2:  Plaintiffs Who Have Not Responded to Defendants' Deficiency Notices**
(Updated July 14, 2017)

| Case Number | Title | 1st Deficiency Notice Sent | Response Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:16-cv-02936-JNE-FLN | Bryson v. 3M Company | 1/19/2017 | 2/9/2017 | 3/13/17; 4/14/17; 6/8/17 Subject to Defendants' Motion to Dismiss filed on 7.04.17 (D.E. 590) | Pendley, Baudin & Coffin L.L.P. |
| 0:16-cv-01986-JNE-FLN | Harkleroad v. 3M Company et al | 1/19/2017 | 2/9/2017 | 3/13/17; 4/14/17; 6/8/17 Subject to Defendants' Motion to Dismiss filed on 7.04.17 (D.E. 590) | Kennedy Hodges, L.L.C. |
| 0:16-cv-04288-JNE-FLN | Johnson v. 3M Company et al | 4/18/2017 | 5/9/2017 | 6/8/2017 | Kirtland & Packard LLP |
| 0:16-cv-04290-JNE-FLN | Kauanui v. 3M Company et al | 4/18/2017 | 5/9/2017 | 6/8/2017 | Kirtland & Packard LLP |
| 0:16-cv-02299-JNE-FLN | Redman et al v. 3M Company et al | 4/24/2017 | 5/15/2017 | 6/8/2017 | Goza & Honnold, LLC |
| 0:16-cv-04418-JNE-FLN | Burks v. 3M Company et al | 4/24/2017 | 5/15/2017 | 6/8/2017 | Goza & Honnold, LLC |
| 0:16-cv-04412-JNE-FLN | Gill v. 3M Company et al | 4/24/2017 | 5/15/2017 | 6/8/2017 | Goza & Honnold, LLC |
| 0:16-cv-04363-JNE-FLN | Owens-Williams v. 3M Company et al | 5/16/2017 | 6/6/2017 | | McGlynn, Glisson and Mouton |
| 0:17-cv-00435-JNE-FLN | Warren v. 3M Company et al | 5/31/2017 | 6/21/2017 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-00515-JNE-FLN | Niksic v. 3M Company et al | 6/12/2017 | 7/3/2017 | | Skikos Crawford Skikos & Joseph |

| Case Number | Title | 2nd Deficiency Notice Sent | Response Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:16-cv-02723-JNE-FLN | Tucker v. 3M Company | 3/23/2017 | 4/13/2017 | 6/8/2017 | Goza & Honnold, LLC |
| 0:16-cv-00826-JNE-FLN | Starnes v. 3M Company et al | 5/8/2017 | 5/29/2017 | 6/8/2017 | Kirtland & Packard LLP |
| 0:16-cv-04139-JNE-FLN | Stone v. 3M Company et al | 5/15/2017 | 6/5/2017 | | Farr, Farr, Emerich, Hackett, Carr & Holmes, P.A. |

**Defendants' PFS List 2:  Plaintiffs Who Have Not Responded to Defendants' Deficiency Notices**
(Updated July 14, 2017)

| Case Number | Title | 3rd Deficiency Notice Sent | Response Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:16-cv-02394-JNE-FLN | Murphy et al v. 3M Company et al | 4/17/2017 | 5/8/2017 | 6/8/2017 | Meshbesher & Spence, Ltd. |
| 0:16-cv-01829-JNE-FLN | Blowe v. 3M Company, et al | 4/19/2017 | 5/10/2017 | 6/8/2017 | Kennedy Hodges, L.L.P. |
| 0:16-cv-03037-JNE-FLN | Lupo v. 3M Company et al | 4/19/2017 | 5/10/2017 | 6/8/2017 | Kennedy Hodges, L.L.P. |
| 0:16-cv-02481-JNE-FLN | Magee v. 3M Company et al | 4/19/2017 | 5/10/2017 | 6/8/2017 | Kennedy Hodges, L.L.P. |
| 0:16-cv-02661-JNE-FLN | Davis v. 3M Company et al | 4/19/2017 | 5/10/2017 | 6/8/2017 | Kennedy Hodges, L.L.P. |
| 0:16-cv-02626-JNE-FLN | Buttacavoli v. 3M Company et al | 4/19/2017 | 5/10/2017 | 6/8/2017 | Kennedy Hodges, L.L.P. |
| 0:16-cv-02374-JNE-FLN | Upton v. 3M Company et al | 4/19/2017 | 5/10/2017 | 6/8/2017 | Kennedy Hodges, LLP |
| 0:16-cv-02156-JNE-FLN | Busby v. 3M Company et al | 4/19/2017 | 5/10/2017 | 6/8/2017 | Kennedy Hodges, L.L.P. |
| 0:16-cv-01847-JNE-FLN | Rivers v. 3M Company et al | 4/19/2017 | 5/10/2017 | 6/8/2017 | Kennedy Hodges, L.L.P. |
| 0:16-cv-01774-JNE-FLN | Zenner v. 3M Company | 4/19/2017 | 5/10/2017 | 6/8/2017 | Kennedy Hodges, L.L.P. |
| 0:16-cv-01338-JNE-FLN | Hartzel v. 3M Company | 4/19/2017 | 5/10/2017 | 6/8/2017 | Kennedy Hodges, L.L.P. |
| 0:16-cv-00990-JNE-FLN | Stinson v. 3M Company | 5/1/2017 | 5/22/2017 | 6/8/2017 | Meshbesher & Spence, Ltd. |
| 0:16-cv-02787-JNE-FLN | Hood et al v. 3M Company et al | 5/3/2017 | 5/24/2017 | 6/8/2017 | Meshbesher & Spence, Ltd. |
| 0:16-cv-03855-JNE-FLN | Brown et al v. 3M Company et al | 5/31/2017 | 6/21/2017 | | McSweeney/Langevin LLC |

Yellow highlighting indicates that the case was previously listed on one or two status conference agendas per PTO 14
Pink highlighting indicates that the case is subject to Defendants' Pending Motion to Dismiss

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated July 14, 2017)

| Case Number | Title | 3rd Deficiency Sent | Prior Listing | Firm Name |
|---|---|---|---|---|
| 0:16-cv-02284-JNE-FLN | Brumback v. 3M Company et al | 3/28/2017 | 4/14/2017; 6/09/2017 | Kirtland & Packard LLP |
| 0:16-cv-02285-JNE-FLN | Cash v. 3M Company et al | 3/28/2017 | 4/14/2017; 6/09/2017 | Kirtland & Packard LLP |
| 0:16-cv-00544-JNE-FLN | Chaix v. 3M Company et al | 3/28/2017 | 6/9/2017 | Michael Hingle & Associates, LLC |
| 0:16-cv-01929-JNE-FLN | Davis v. 3M Company et al | 3/28/2017 | 4/14/2017; 6/09/2017 | Kirtland & Packard LLP |
| 0:16-cv-01963-JNE-FLN | Heath v. 3M Company | 3/28/2017 | 6/9/2017 | The Ruth Law Team |
| 0:16-cv-00505-JNE-FLN | Jenkins v. 3M Company | 3/28/2017 | 4/14/2017; 6/09/2017 | The Law offices of Travis R. Walker, P.A. |
| 0:16-cv-02600-JNE-FLN | Raines v. 3M Company et al. | 3/28/2017 | 4/14/2017; 6/09/2017 | Kirtland & Packard LLP |
| 0:16-cv-00827-JNE-FLN | Stephan v. 3M Company et al | 3/28/2017 | 4/14/2017; 6/09/2017 | Kirtland & Packard LLP |
| 0:16-cv-02684-JNE-FLN | Thornburg v. 3M Company et al | 3/28/2017 | 6/9/2017 | Holton Law Firm |
| 0:16-cv-00625-JNE-FLN | Van Wart et al v. 3M Company | 3/28/2017 | 6/9/2017 | Grynkewich Law Offices |
| 0:16-cv-00246-JNE-FLN | Barfield v. 3M Company | 4/4/2017 | 6/9/2017 | Kirtland & Packard LLP |
| 0:16-cv-02973-JNE-FLN | Barnes v. 3M Company et al | 4/4/2017 | 6/9/2017 | Kirtland & Packard LLP |
| 0:16-cv-00250-JNE-FLN | Critari v. 3M Company | 4/4/2017 | 4/14/2017; 6/09/2017 | Meshbesher & Spence, Ltd. |
| 0:16-cv-02322-JNE-FLN | Davis et al v. 3M Company et al | 4/4/2017 | 3/13/2017; 4/14/2017; 6/09/2017 | Gary S. Logsdon & Associates |
| 0:16-cv-01778-JNE-FLN | Dinkins v. 3M Company et al | 4/4/2017 | 4/14/2017; 6/09/2017 | Kirtland & Packard LLP |
| 0:16-cv-03327-JNE-FLN | Garofolo v. 3M Company et al | 4/4/2017 | 6/9/2017 | Kirtland & Packard LLP |
| 0:16-cv-03802-JNE-FLN | Gorham v. 3M Company et al | 4/4/2017 | 6/9/2017 | Kirtland & Packard LLP |
| 0:16-cv-01239-JNE-FLN | Hill v. 3M Company et al | 4/4/2017 | 6/9/2017 | Kirtland & Packard LLP |
| 0:16-cv-02972-JNE-FLN | Leech v. 3M Company et al | 4/4/2017 | 6/9/2017 | Kirtland & Packard LLP |
| 0:16-cv-04040-JNE-FLN | Lukenbach v. 3M Company et al | 4/4/2017 | 6/9/2017 | Kirtland & Packard LLP |
| 0:16-cv-03502-JNE-FLN | Mattson v. 3M Company et al | 4/4/2017 | 6/9/2017 | Parker Waichman |
| 0:16-cv-02663-JNE-FLN | McKevitt et al v. 3M Company Inc et al | 4/4/2017 | 6/9/2017 | Brown & Crouppen, PC |
| 0:16-cv-02711-JNE-FLN | Miller v. 3M Company | 4/4/2017 | 4/14/2017; 6/09/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated July 14, 2017)

| | | | | |
|---|---|---|---|---|
| 0:16-cv-03803-JNE-FLN | Mitchell v. 3M Company et al | 4/4/2017 | 6/9/2017 | Kirtland & Packard LLP |
| 0:16-cv-02395-JNE-FLN | Nadeau v. 3M Company et al | 4/4/2017 | 4/14/2017; 6/09/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-01834-JNE-FLN | Newcomb v. 3M Company | 4/4/2017 | 4/14/2017; 6/09/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02959-JNE-FLN | Novak v. 3M Company | 4/4/2017 | 4/14/2017; 6/09/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:15-cv-04004-JNE-FLN | Peterson v. 3M Company | 4/4/2017 | 4/14/2017; 6/09/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:16-cv-02212-JNE-FLN | Pettersen v. 3M Company | 4/4/2017 | 4/14/2017; 6/09/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:15-cv-04360-JNE-FLN | Rhoton et al v. 3M Company et al | 4/4/2017 | 6/9/2017 | Pittman, Dutton & Hellums, PC |
| 0:16-cv-03166 | Schwartz, Bruce and Ilene | 4/4/2017 | 4/14/2017; 6/09/2017 | Houssiere Durant Houssiere, LLP |
| 0:16-cv-02196-JNE-FLN | Waddell v. 3M Company et al | 4/4/2017 | 3/13/2017; 4/14/2017; 6/09/2017 | Gary S. Logsdon & Associates |
| 0:16-cv-02503-JNE-FLN | West v. 3M Company et al. | 4/4/2017 | 4/14/2017; 6/09/2017 | Richardson, Patrick, Westbrook & Brickman, LLC |
| 0:16-cv-01238-JNE-FLN | Zambriski v. 3M Company et al | 4/4/2017 | 6/9/2017 | Kirtland & Packard LLP |
| 0:16-cv-03292-JNE-FLN | DeLeon et al v. 3M Company et al | 4/4/2017 | 4/14/2017; 6/09/2017 | Houssiere Durant Houssiere, LLP |
| 0:16-cv-02750-JNE-FLN | Brannon v. 3M Company | 4/10/2017 | 4/14/2017; 6/09/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-03272-JNE-FLN | Sparrow et al v. 3M Company et al | 4/10/2017 | 3/13/2017; 4/14/2017; 6/09/2017 | Parker Waichman |
| 0:16-cv-02054-JNE-FLN | Trainer v. 3M Company et al | 4/10/2017 | 6/9/2017 | Pendley, Baudin & Coffin L.L.P. |
| 0:16-cv-03501-JNE-FLN | Whatman et al v. 3M Company et al | 4/10/2017 | 6/9/2017 | Law Offices of Peter G. Angelos, P.C. |
| 0:16-cv-02033-JNE-FLN | Anaya v. 3M Company, a Delaware Corporation | 4/11/2017 | 6/9/2017 | Brent Coon & Associates |
| 0:16-cv-02042-JNE-FLN | Asbury et al v. 3M Company et al | 4/11/2017 | 6/9/2017 | Brent Coon & Associates |
| 0:16-cv-00607-JNE-FLN | Boyd v. 3M Company | 4/11/2017 | 6/9/2017 | The Law offices of Travis R. Walker, P.A. |
| 0:15-cv-04493-JNE-FLN | Ciappa et al v. 3M Company et al | 4/11/2017 | 6/9/2017 | Parker Waichman |

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated July 14, 2017)

| | | | | |
|---|---|---|---|---|
| 0:16-cv-01970-JNE-FLN | Harding v. 3M Company et al | 4/11/2017 | 6/9/2017 | Kennedy Hodges, L.L.P. |
| 0:15-cv-03951-JNE-FLN | Hernandez v. 3M Company et al | 4/11/2017 | 6/9/2017 | The Law offices of Travis R. Walker, P.A. |
| 0:16-cv-03083-JNE-FLN | LeMaire, Sr. et al v. 3M Company et al | 4/11/2017 | 6/9/2017 | Gustafson Gluek PLLC |
| 0:16-cv-02953-JNE-FLN | Morgan et al v. 3M Company et al | 4/11/2017 | 6/9/2017 | Brent Coon & Associates |
| 0:16-cv-02951-JNE-FLN | O'Grady v. 3M Company et al | 4/11/2017 | 6/9/2017 | Brent Coon & Associates |
| 0:16-cv-03354-JNE-FLN | Rivera v. 3M Company, et al | 4/11/2017 | 6/9/2017 | The Law Offices of Travis R Walker |
| 0:16-cv-02911-JNE-FLN | Snider v. 3M Company et al | 4/11/2017 | 6/9/2017 | Gustafson Gluek PLLC |
| 0:16-cv-01958-JNE-FLN | Baswell v. 3M Company et al | 4/17/2017 | 6/9/2017 | Kennedy Hodges, L.L.P. |
| 0:16-cv-02394-JNE-FLN | Murphy et al v. 3M Company et al | 4/17/2017 | 6/9/2017 | Meshbesher & Spence, Ltd. |
| 0:16-cv-01935-JNE-FLN | Williams v. 3M Company et al | 4/17/2017 | 6/9/2017 | Kennedy Hodges, L.L.P. |
| 0:16-cv-02350-JNE-FLN | Jensen v. 3M Company et al | 4/18/2017 | 6/9/2017 | GoldenbergLaw, PLLC |
| 0:16-cv-00812-JNE-FLN | Torok v. 3M Company et al | 4/18/2017 | 6/9/2017 | GoldenbergLaw, PLLC |
| 0:16-cv-01364-JNE-FLN | Vernal v. 3M Company | 4/18/2017 | 6/9/2017 | Langdon and Emison |
| 0:16-cv-00787-JNE-FLN | Abrams v. 3M Company et al | 4/19/2017 | 6/9/2017 | Thering & Associates, PLLC |
| 0:16-cv-01829-JNE-FLN | Blowe v. 3M Company, et al | 4/19/2017 | 6/9/2017 | Kennedy Hodges, L.L.P. |
| 0:16-cv-02156-JNE-FLN | Busby v. 3M Company et al | 4/19/2017 | 6/9/2017 | Kennedy Hodges, L.L.P. |
| 0:16-cv-02626-JNE-FLN | Buttacavoli v. 3M Company et al | 4/19/2017 | 6/9/2017 | Kennedy Hodges, L.L.P. |
| 0:16-cv-02298-JNE-FLN | Dandrea et al v. 3M Company et al | 4/19/2017 | 6/9/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02661-JNE-FLN | Davis v. 3M Company et al | 4/19/2017 | 6/9/2017 | Kennedy Hodges, L.L.P. |
| 0:16-cv-02432-JNE-FLN | Garner et al v. 3M Company et al | 4/19/2017 | 6/9/2017 | Kennedy Hodges, L.L.P. |
| 0:16-cv-01906-JNE-FLN | Gunn et al v. 3M Company et al | 4/19/2017 | 6/9/2017 | Kennedy Hodges, L.L.P. |
| 0:16-cv-01943-JNE-FLN | Hamel v. 3M Company | 4/19/2017 | 6/9/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02483-JNE-FLN | Harper v. 3M Company et al | 4/19/2017 | 6/9/2017 | Kennedy Hodges, L.L.P. |
| 0:16-cv-01338-JNE-FLN | Hartzel v. 3M Company | 4/19/2017 | 6/9/2017 | Kennedy Hodges, L.L.P. |

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated July 14, 2017)

| | | | | |
|---|---|---|---|---|
| 0:16-cv-02428-JNE-FLN | King v. 3M Company et al | 4/19/2017 | 6/9/2017 | Kennedy Hodges, L.L.P. |
| 0:16-cv-02226-JNE-FLN | Kunath v. 3M Company et al | 4/19/2017 | 6/9/2017 | Jones Ward PLC |
| 0:16-cv-03037-JNE-FLN | Lupo v. 3M Company et al | 4/19/2017 | 6/9/2017 | Kennedy Hodges, L.L.P. |
| 0:16-cv-02481-JNE-FLN | Magee v. 3M Company et al | 4/19/2017 | 6/9/2017 | Kennedy Hodges, L.L.P. |
| 0:16-cv-01968-JNE-FLN | Phillips v. 3M Company et al | 4/19/2017 | 6/9/2017 | Kennedy Hodges, L.L.P. |
| 0:16-cv-03444-JNE-FLN | Pugh v. 3M Company et al | 4/19/2017 | 6/9/2017 | Davis Crump, P.C. |
| 0:16-cv-01847-JNE-FLN | Rivers v. 3M Company et al | 4/19/2017 | 6/9/2017 | Kennedy Hodges, L.L.P. |
| 0:16-cv-01846-JNE-FLN | Tate v. 3M Company | 4/19/2017 | 6/9/2017 | Kennedy Hodges, L.L.P. |
| 0:16-cv-02374-JNE-FLN | Upton v. 3M Company et al | 4/19/2017 | 6/9/2017 | Kennedy Hodges, LLP |
| 0:16-cv-01774-JNE-FLN | Zenner v. 3M Company | 4/19/2017 | 6/9/2017 | Kennedy Hodges, L.L.P. |
| 0:16-cv-01299-JNE-FLN | Chambers et al v. 3M Company et al | 4/20/2017 | 6/9/2017 | Loncar & Associates |
| 0:16-cv-00514-JNE-FLN | Chavers v. 3M Company | 4/20/2017 | 6/9/2017 | Goza & Honnold, LLC |
| 0:16-cv-02213-JNE-FLN | Chenoweth v. 3M Company | 4/20/2017 | 6/9/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:15-cv-04001-JNE-FLN | Colson v. 3M Company | 4/20/2017 | 6/9/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-03244-JNE-FLN | Deal et al v. 3M Company et al | 4/20/2017 | 6/9/2017 | Randall J. Trost, P.C. |
| 0:16-cv-02998-JNE-FLN | Ferrante v. 3M Company, et al | 4/20/2017 | 6/9/2017 | Goza & Honnold, LLC |
| 0:16-cv-02658-JNE-FLN | Goble v. 3M Company, et al | 4/20/2017 | 6/9/2017 | Goza & Honnold, LLC |
| 0:16-cv-03329-JNE-FLN | Gray v. 3M Company et al | 4/20/2017 | 6/9/2017 | Kirtland & Packard LLP |
| 0:16-cv-02812-JNE-FLN | Hall v. 3M Company | 4/20/2017 | 6/9/2017 | Goza & Honnold, LLC |
| 0:16-cv-03109-JNE-FLN | Hrbek et al v. 3M Company | 4/20/2017 | 6/9/2017 | Goza & Honnold, LLC |
| 0:16-cv-03541-JNE-FLN | Johnson et al v. 3M Company, a Delaware Corporation et al | 4/20/2017 | 6/9/2017 | Randall J. Trost, P.C. |
| 0:15-cv-03703-JNE-FLN | Maxfield v. 3M Company et al | 4/20/2017 | 6/9/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-01199-JNE-FLN | McCann v. 3M Company | 4/20/2017 | 6/9/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated July 14, 2017)

| | | | | |
|---|---|---|---|---|
| 0:16-cv-02000-JNE-FLN | McMillan v. 3M Company | 4/20/2017 | 6/9/2017 | Goza & Honnold, LLC |
| 0:16-cv-01917-JNE-FLN | Minghetti v. 3M Company et al | 4/20/2017 | 6/9/2017 | Hurley McKenna & Mertz, PC |
| 0:16-cv-00788-JNE-FLN | Petty v. 3M Company et al | 4/20/2017 | 6/9/2017 | Randall J. Trost, P.C. |
| 0:16-cv-00675-JNE-FLN | Pierce v. 3M Company | 4/20/2017 | 6/9/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02710-JNE-FLN | Robinson v. 3M Company | 4/20/2017 | 6/9/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-00516-JNE-FLN | Simpson v. 3M Company | 4/20/2017 | 6/9/2017 | Goza & Honnold, LLC |
| 0:16-cv-01153-JNE-FLN | Surgeon v. 3M Company | 4/20/2017 | 6/9/2017 | Levin, Papantonoio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:16-cv-01155-JNE-FLN | Sutter v. 3M Company | 4/20/2017 | 6/9/2017 | Levin, Papantoio, Thomas, Mitchell, Rafferty & Proctor, P.A. |
| 0:16-cv-02657-JNE-FLN | Waters v. 3M Company et al | 4/20/2017 | 6/9/2017 | Goza & Honnold, LLC |
| 0:16-cv-03110-JNE-FLN | Dickens v. 3M Company et al. | 4/24/2017 | 6/9/2017 | Goza & Honnold, LLC |
| 0:16-cv-02585-JNE-FLN | Elliott et al v. 3M Company et al | 4/24/2017 | 6/9/2017 | Loncar & Associates |
| 0:16-cv-01795-JNE-FLN | Griffith v. 3M Company et al | 4/24/2017 | 6/9/2017 | Gustafson Gluek PLLC |
| 0:16-cv-01314-JNE-FLN | Holznagel et al v. 3M Company et al | 4/24/2017 | 6/9/2017 | Loncar & Associates |
| 0:16-cv-01424-JNE-FLN | Hunter v. 3M Company et al | 4/24/2017 | 6/9/2017 | Loncar & Associates |
| 0:16-cv-01259-JNE-FLN | Lance v. 3M Company | 4/24/2017 | 6/9/2017 | Goza & Honnold, LLC |
| 0:16-cv-03279-JNE-FLN | McGlothlin et al v. 3M Company et al | 4/24/2017 | 6/9/2017 | DeGaris & Rogers, LLC |
| 0:16-cv-03168-JNE-FLN | McKenney v. 3M Company et al | 4/24/2017 | 6/9/2017 | Loncar & Associates |
| 0:16-cv-00401-JNE-FLN | McLane v. 3M Company | 4/24/2017 | 6/9/2017 | Goza & Honnold, LLC |
| 0:16-cv-03062-JNE-FLN | Moses v. 3M Company et al | 4/24/2017 | 6/9/2017 | DeGaris & Rogers, LLC |
| 0:16-cv-03906-JNE-FLN | Offord et al v. 3M Company et al | 4/24/2017 | 6/9/2017 | Loncar & Associates |
| 0:16-cv-02055-JNE-FLN | Redford v. 3M Company | 4/24/2017 | 6/9/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-00517-JNE-FLN | Ryan v. 3M Company | 4/24/2017 | 6/9/2017 | Goza & Honnold, LLC |
| 0:16-cv-01294-JNE-FLN | Stanley v. 3M Company et al | 4/24/2017 | 6/9/2017 | Loncar & Associates |

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated July 14, 2017)

| | | | | |
|---|---|---|---|---|
| 0:16-cv-00821-JNE-FLN | Stewart v. 3M Company | 4/24/2017 | 6/9/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. |
| 0:16-cv-00841-JNE-FLN | Vann v. 3M Company | 4/24/2017 | 6/9/2017 | Goza & Honnold, LLC |
| 0:16-cv-02957-JNE-FLN | Zivanovich v. 3M Company | 4/24/2017 | 6/9/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02605-JNE-FLN | Forney v. 3M Company et al | 5/1/2017 | 6/9/2017 | Meshbesher & Spence, Ltd. |
| 0:16-cv-00990-JNE-FLN | Stinson v. 3M Company | 5/1/2017 | 6/9/2017 | Meshbesher & Spence, Ltd. |
| 0:16-cv-02787-JNE-FLN | Hood et al v. 3M Company et al | 5/3/2017 | 6/9/2017 | Meshbesher & Spence, Ltd. |
| 0:16-cv-00838-JNE-FLN | Plumley v. 3M Company | 5/3/2017 | 6/9/2017 | Goza & Honnold, LLC |
| 0:16-cv-00839-JNE-FLN | Smith v. 3M Company | 5/3/2017 | 6/9/2017 | Goza & Honnold, LLC |
| 0:16-cv-04097-JNE-FLN | Baldwin et al v. 3M Company et al | 5/8/2017 | 6/9/2017 | Rieders Travis Humphrey Waters & Dohrmann |
| 0:15-cv-03899-JNE-FLN | Hardison v. 3M Company et al | 5/15/2017 | 6/9/2017 | Bachus & Schanker, LLC |
| 0:16-cv-02805-JNE-FLN | King et al v. 3M Company et al | 5/15/2017 | 6/9/2017 | Bachus & Schanker, LLC |
| 0:16-cv-02880-JNE-FLN | Brunner v. 3M Company et al | 5/16/2017 | 3/13/2017; 4/14/2017; 6/09/2017 | Bernstein Liebhard LLP |
| 0:16-cv-01945-JNE-FLN | Couce v. 3M Company et al | 5/16/2017 | 4/14/2017; 6/09/2017 | Bernstein Liebhard LLP |
| 0:16-cv-02338-JNE-FLN | Duval v. 3M Company et al | 5/16/2017 | 4/14/2017; 6/09/2017 | Bernstein Liebhard LLP |
| 0:16-cv-02886-JNE-FLN | Epps v. 3M Company et al | 5/16/2017 | 4/14/2017; 6/09/2017 | Bernstein Liebhard LLP |
| 0:16-cv-00533-JNE-FLN | Furgason v. 3M Company et al | 5/16/2017 | 4/14/2017; 6/09/2017 | Bernstein Liebhard LLP |
| 0:16-cv-00542-JNE-FLN | Haines et al v. 3M Company et al | 5/16/2017 | 4/14/2017; 6/09/2017 | Bernstein Liebhard LLP |
| 0:16-cv-02591-JNE-FLN | Hebert v. 3M Company et al | 5/16/2017 | 4/14/2017; 6/09/2017 | Bernstein Liebhard LLP |
| 0:16-cv-03772-JNE-FLN | Hogue v. 3M Company et al | 5/16/2017 | 6/9/2017 | Bernstein Liebhard LLP |
| 0:16-cv-00057-JNE-FLN | Irby v. 3M Company et al | 5/16/2017 | 4/14/2017; 6/09/2017 | Bernstein Liebhard LLP |
| 0:16-cv-02189-JNE-FLN | Kampf et al v. 3M Company et al | 5/16/2017 | 4/14/2017; 6/09/2017 | Bernstein Liebhard LLP |
| 0:16-cv-03618-JNE-FLN | Messner-Katzer v. 3M Company et al | 5/16/2017 | 6/9/2017 | Capretz & Associates |
| 0:16-cv-02500-JNE-FLN | Pastor v. 3M Company et al | 5/16/2017 | 4/14/2017; 6/09/2017 | Bernstein Liebhard LLP |
| 0:16-cv-02194-JNE-FLN | Read et al v. Arizant Healthcare Inc., et al | 5/16/2017 | 4/14/2017; 6/09/2017 | Jones Ward PLC |

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated July 14, 2017)

| | | | | |
|---|---|---|---|---|
| 0:16-cv-01899-JNE-FLN | Riley v. 3M Company et al | 5/16/2017 | 6/9/2017 | Bernstein Liebhard LLP |
| 0:16-cv-02546-JNE-FLN | Walker v. 3M Company et al | 5/16/2017 | 4/14/2017; 6/09/2017 | Bernstein Liebhard LLP |
| 0:16-cv-03854-JNE-FLN | Bass v. 3M Company et al | 5/31/2017 | 6/9/2017 | McSweeney/Langevin LLC |
| 0:16-cv-03855-JNE-FLN | Brown et al v. 3M Company et al | 5/31/2017 | 6/9/2017 | McSweeney/Langevin LLC |
| 0:17-cv-00503-JNE-FLN | Carter v. 3M Company et al | 6/1/2017 | 6/9/2017 | Hollis Legal Solutions, PLLC |
| 0:16-cv-04054-JNE-FLN | Miller v. 3M Company et al | 6/23/2017 | | Goza & Honnold, LLC |
| 0:15-cv-03736-JNE-FLN | Printup v. 3M Company et al | 6/28/2017 | | Gustafson Gluek PLLC |
| 0:16-cv-04154-JNE-FLN | Pavlovic v. 3M Company | 6/29/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:16-cv-04154-JNE-FLN | Pavlovic v. 3M Company | 6/30/2017 | 6/9/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:16-cv-04161-JNE-FLN | Bond v. 3M Company | 6/30/2017 | 6/9/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-04244-JNE-FLN | Meyers v. 3M Company | 6/30/2017 | 6/9/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:16-cv-04057-JNE-FLN | Gillespie v. 3M Company et al | 6/30/2017 | 6/9/2017 | Capretz & Associates |
| 0:16-cv-04390-JNE-FLN | Fox v. 3M Company | 6/30/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:16-cv-03991-JNE-FLN | Overko v. 3M Company | 6/30/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:16-cv-04053-JNE-FLN | Hellard v. 3M Company et al | 7/5/2017 | 6/9/2017 | Goza & Honnold, LLC |
| 0:16-cv-03708-JNE-FLN | Goodson v. 3M Company et al | 7/5/2017 | 6/9/2017 | Goza & Honnold, LLC |
| 0:16-cv-04361-JNE-FLN | Winston v. 3M Company et al | 7/5/2017 | 6/9/2017 | McGlynn, Glisson and Mouton |
| 0:16-cv-03283-JNE-FLN | Daniels, Jr. v. 3M Company et al | 7/5/2017 | | Lockridge, Grindal Nauen P.L.L.P. |
| 0:16-cv-04053-JNE-FLN | Hellard v. 3M Company et al | 7/5/2017 | | Goza & Honnold, LLC |
| 0:16-cv-01889-JNE-FLN | Seigfried et al v. 3M Company | 7/6/2017 | | The Miller Firm LLC |
| 0:16-cv-00518-JNE-FLN | Thompson v. 3M Company | 7/7/2017 | | Goza & Honnold, LLC |
| 0:17-cv-00056-JNE-FLN | Hanley v. 3M Company | 7/12/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. |

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated July 14, 2017)

| Case Number | Title | 2nd Deficiency Sent | | Firm Name |
|---|---|---|---|---|
| 0:16-cv-04374-JNE-FLN | Elhard v. 3M Company et al | 6/12/2017 | | GoldenbergLaw, PLLC |
| 0:16-cv-04416-JNE-FLN | Lewis v. 3M Company et al | 6/12/2017 | | Hollis Legal Solutions, PLLC |
| 0:17-cv-01134-JNE-FLN | Newman v. 3M Company et al | 6/12/2017 | | McGlynn, Glisson and Mouton |
| 0:17-cv-00479-JNE-FLN | Paul v. 3M Company | 6/12/2017 | | Meshbesher & Spence, Ltd |
| 0:16-cv-04379-JNE-FLN | Ploessl et al v. 3M Company et al | 6/12/2017 | | The Miller Firm, LLC |
| 0:16-cv-04372-JNE-FLN | Rochetto et al v. 3M Company et al | 6/12/2017 | | Goza & Honnold, LLC |
| 0:16-cv-04371-JNE-FLN | Rodenborn et al v. 3M Company et al | 6/12/2017 | | Gustafson Gluek PLLC |
| 0:16-cv-04419-JNE-FLN | Thomas et al v. 3M Company et al | 6/12/2017 | | Goza & Honnold, LLC |
| 0:16-cv-04411-JNE-FLN | Thomas v. 3M Company et al | 6/12/2017 | | Hollis Legal Solutions, PLLC |
| 0:17-cv-00088-JNE-FLN | Malinski v. 3M Company et al | 6/19/2017 | | McGlynn, Glisson and Mouton |
| 0:16-cv-04357-JNE-FLN | Murdock et al v. 3M Company et al | 6/20/2017 | | Brown and Crouppen, P.C. |
| 0:17-cv-00248-JNE-FLN | Barbeau v. 3M Company et al | 6/21/2017 | | Law Offices of Peter G. Angelos, P.C. |
| 0:16-cv-04422-JNE-FLN | McGalliard v. 3M Company et al | 6/21/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:16-cv-04323-JNE-FLN | Raymond et al v. 3M Company et al | 6/23/2017 | | McGlynn, Glisson and Mouton |
| 0:17-cv-00039-JNE-FLN | Wollam v. 3M Company et al | 6/23/2017 | | Raizner Slania LLP |
| 0:17-cv-00407-JNE-FLN | Watson et al v. 3M Company et al | 6/26/2017 | | McGlynn, Glisson and Mouton |
| 0:17-cv-00579-JNE-FLN | DeNeve v. 3M Company et al | 6/30/2017 | | McGlynn, Glisson and Mouton |
| 0:17-cv-00383-JNE-FLN | Mitchell v. 3M Company et al | 6/30/2017 | | Goza & Honnold, LLC |
| 0:16-cv-03998-JNE-FLN | Flowers et al v. 3M Company et al | 7/5/2017 | | Goza & Honnold, LLC |
| 0:16-cv-03934-JNE-FLN | Hougen v. 3M Company et al | 7/5/2017 | | Walters Law Firm, LLC |
| 0:17-cv-00436-JNE-FLN | Ondayko v. 3M Company et al | 7/10/2017 | | The Law offices of Travis R. Walker, P.A. |

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated July 14, 2017)

| 0:17-cv-00264-JNE-FLN | Williams v. 3M Company | 7/11/2017 | | Raizner Slania LLP |
|---|---|---|---|---|

Yellow highlighting indicates that the case was previously listed per PTO 14 (D.E. 270)

# EXHIBIT E

**From:** Ben Hulse
**Sent:** Friday, August 11, 2017 4:31 PM
**To:** 'JoanEricksen_Chambers@mnd.uscourts.gov' <JoanEricksen_Chambers@mnd.uscourts.gov>;
'Noel_Chambers@mnd.uscourts.gov' <Noel_Chambers@mnd.uscourts.gov>
**Cc:** Jerry Blackwell <blackwell@blackwellburke.com>; 'Ahmann, Bridget M.'
<Bridget.Ahmann@FaegreBD.com>; 'gzimmerman@meshbesher.com'
<gzimmerman@meshbesher.com>; 'bgordon@levinlaw.com' <bgordon@levinlaw.com>;
'MVC@ciresiconlin.com' <MVC@ciresiconlin.com>; 'JMC@CiresiConlin.com' <JMC@CiresiConlin.com>;
Monica L. Davies <mdavies@blackwellburke.com>
**Subject:** Bair Hugger, MDL 2666 -- Defendants' lists of PFS disputes for August 17 status

Dear Judge Ericksen and Judge Noel,

In advance of next Thursday's status conference, Defendants submit the attached spreadsheets of
Plaintiff Fact Sheet disputes, as provided by PTO 14, paragraph 7, Dkt. No. 117.

Best regards,
Ben Hulse
Counsel for Defendants

Benjamin W. Hulse
Blackwell Burke P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN  55415
Direct (612) 343-3256
Fax (612) 343-3205

This message and any attachments may contain information that is privileged, confidential, and exempt from disclosure under applicable
law. If you are not the intended recipient or are not authorized to receive for the recipient, you are hereby notified that dissemination,
distribution or copying of this message and any attachments is strictly prohibited. If you have received this message in error, please
immediately advise the sender by reply e-mail and delete the message and any attachments. Thank you.

**Defendants' PFS List 1:  Overdue Plaintiff Fact Sheets**
(As of August 10, 2017)

| Case Number | Title | Date Filed | Due Date | Comments | Prior Listing | Firm Name |
|---|---|---|---|---|---|---|
| 0:17-cv-00188-JNE-FLN | Stouffer v. 3M Company et al | 1/20/2017 | 4/20/2017 | Subject to Defendants' Motion to Dismiss filed 8/03/2017 | 6/8/2017; 7/14/2017 | Bernstein Liebhard LLP |
| 0:17-cv-00299-JNE-FLN | Raymond v. 3M Company Inc et al | 1/30/2017 | 4/30/2017 | Subject of Defendants' Motion to Dismiss filed 8/03/2017 | 6/8/2017; 7/14/2017 | Bernstein Liebhard LLP |
| 0:17-cv-00597-JNE-FLN | Perez v. 3M Company et al | 2/27/2017 | 5/28/2017 | Subject of Defendants' Motion to Dismiss filed 8/03/2017 | 6/8/2017; 7/14/2017 | Bernstein Liebhard LLP |
| 0:16-cv-04353-JNE-FLN | Butkus v. 3M Company et al | 12/27/2016 | 4/21/2017 | Extension granted to 4/21/17 but no PFS received; subject of Defendants' Motion to Dismiss filed 8/03/2017 | 6/8/2017; 7/14/2017 | McGlynn, Glisson and Mouton |
| 0:17-cv-00350-JNE-FLN | Sanders v. 3M Company et al | 2/2/2017 | 5/3/2017 | Subject of Defendants' Motion to Dismiss filed 8/03/2017 | 6/8/2017; 7/14/2017 | The Miller Firm, LLC |
| 0:17-cv-00829-JNE-FLN | White et al v. 3M Company et al | 3/20/2017 | 6/18/2017 | | 7/14/2017 | Bachus & Schanker, LLC |
| 0:17-cv-00971-JNE-FLN | Lee v. 3M Company et al | 3/30/2017 | 6/28/2017 | | 7/14/2017 | Bailey Peavy Bailey Cowan Heckaman, PLLC |
| 0:17-cv-00977-JNE-FLN | Saldana v. 3M Company et al | 3/30/2017 | 6/28/2017 | | 7/14/2017 | Bailey Peavy Bailey Cowan Heckaman, PLLC |
| 0:17-cv-00984-JNE-FLN | West v. 3M Company et al | 3/30/2017 | 6/28/2017 | | 7/14/2017 | Bailey Peavy Bailey Cowan Heckaman, PLLC |
| 0:17-cv-01027-JNE-FLN | Warren v. 3M Company et al | 4/3/2017 | 7/2/2017 | | 7/14/2017 | Bernstein Liebhard LLP |
| 0:17-cv-00767-JNE-FLN | Garger et al v. 3M Company et al | 3/13/2017 | 6/11/2017 | | 7/14/2017 | Langdon and Emison |
| 0:17-cv-00887-JNE-FLN | Morris et al v. 3M Company et al | 3/24/2017 | 6/22/2017 | | 7/14/2017 | McGlynn, Glisson and Mouton |
| 0:17-cv-00901-JNE-FLN | Dean v. 3M Company et al | 3/27/2017 | 6/25/2017 | | 7/14/2017 | McGlynn, Glisson and Mouton |

**Defendants' PFS List 1:  Overdue Plaintiff Fact Sheets**
(As of August 10, 2017)

| Case Number | Title | Date Filed | Due Date | Comments | Prior Listing | Firm Name |
|---|---|---|---|---|---|---|
| 0:17-cv-01441-JNE-FLN | Morgan v. 3M Company et al | 5/1/2017 | 7/30/2017 | | | Bernstein Liebhard LLP |
| 0:17-cv-01248-JNE-FLN | Updegraff v. 3M Corporation et al | 4/19/2017 | 7/18/2017 | | | Kirtland & Packard LLP |
| 0:17-cv-01493-JNE-FLN | Grussing v. 3M Company et al | 5/5/2017 | 8/3/2017 | | | Todd N. Hendrickson, P.C. |
| 0:17-cv-01211-JNE-FLN | Torio v. 3M Company et al | 4/18/2017 | 7/17/2017 | | | Sanders Phillips Grossman |
| 0:17-cv-01264-JNE-FLN | Lewis v. 3M Company et al | 4/20/2017 | 7/19/2017 | | | Sanders Phillips Grossman |
| 0:17-cv-01413-JNE-FLN | Jordan v. 3M Company et al | 4/28/2017 | 7/27/2017 | | | Sanders Phillips Grossman |
| 0:17-cv-01153-JNE-FLN | Wills v. 3M Company et al | 4/13/2017 | 7/12/2017 | | | Sanders Phillips Grossman |
| 0:17-cv-01183-JNE-FLN | Triplett v. 3M Company et al | 4/17/2017 | 7/16/2017 | | | Sanders Phillips Grossman |
| 0:17-cv-01460-JNE-FLN | Surlow v. 3M Company et al | 5/2/2017 | 7/31/2017 | | | Sanders Phillips Grossman, LLC |

Yellow highlighting indicates that the case was previously listed per PTO 14 (D.E. 270)
Pink highlighting indicates that the case was previously listed on the Court's agenda twice and Defendants' Motion to Dismiss filed  is pending

**Defendants' PFS List 2:  Plaintiffs Who Have Not Responded to Defendants' Deficiency Notices**
(Updated August 10, 2017)

| Case Number | Title | 1st Deficiency Notice Sent | Response Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:16-cv-04412-JNE-FLN | Gill v. 3M Company et al | 4/24/2017 | 5/15/2017 | 6/8/2017; 7/14/2017 Subject of Defendants' Pending Motion to Dismiss | Goza & Honnold, LLC |
| 0:16-cv-04288-JNE-FLN | Johnson, Anita v. 3M Company et al | 4/18/2017 | 5/9/2017 | 6/8/2017; 7/14/2017 | Kirtland & Packard LLP |
| 0:16-cv-04290-JNE-FLN | Kauanui v. 3M Company et al | 4/18/2017 | 5/9/2017 | 6/8/2017; 7/14/2017 | Kirtland & Packard LLP |
| 0:17-cv-00435-JNE-FLN | Warren v. 3M Company et al | 5/31/2017 | 6/21/2017 | 7/14/2017 | Kennedy Hodges, L.L.P. |

| Case Number | Title | 2nd Deficiency Notice Sent | Response Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:16-cv-03998-JNE-FLN | Flowers et al v. 3M Company et al | 7/5/2017 | 7/26/2017 | | Meshbesher & Spence, Ltd |
| 0:16-cv-04357-JNE-FLN | Murdock et al v. 3M Company et al | 6/20/2017 | 7/11/2017 | | McGlynn, Glisson and Mouton |
| 0:16-cv-00826-JNE-FLN | Starnes v. 3M Company et al | 5/8/2017 | 5/29/2017 | 6/8/2017; 7/14/2017 Subject of Defendants' Pending Motion to Dismiss | Kirtland & Packard LLP |

| Case Number | Title | 3rd Deficiency Notice Sent | Response Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:16-cv-02156-JNE-FLN | Busby v. 3M Company et al | 4/19/2017 | 5/10/2017 | 6/8/2017; 7/14/2017 Subject of Defendants' Pending Motion to Dismiss | Kennedy Hodges, L.L.P. |
| 0:16-cv-02661-JNE-FLN | Davis v. 3M Company et al | 4/19/2017 | 5/10/2017 | 6/8/2017; 7/14/2017 Subject of Defendants' Pending Motion to Dismiss | Kennedy Hodges, L.L.P. |
| 0:16-cv-01970-JNE-FLN | Harding v. 3M Company et al | 4/11/2017 | 5/2/2017 | | Kennedy Hodges, L.L.P. |
| 0:16-cv-01338-JNE-FLN | Hartzel v. 3M Company | 4/19/2017 | 5/10/2017 | 6/8/2017; 7/14/2017 Subject of Defendants' Pending Motion to Dismiss | Kennedy Hodges, L.L.P. |

**Defendants' PFS List 2:  Plaintiffs Who Have Not Responded to Defendants' Deficiency Notices**
(Updated August 10, 2017)

| 0:16-cv-01847-JNE-FLN | Rivers v. 3M Company et al | 4/19/2017 | 5/10/2017 | 6/8/2017; 7/14/2017 Subject of Defendants' Pending Motion to Dismiss | Kennedy Hodges, L.L.P. |
|---|---|---|---|---|---|
| 0:16-cv-02374-JNE-FLN | Upton v. 3M Company et al | 4/19/2017 | 5/10/2017 | 6/8/2017; 7/14/2017 Subject of Defendants' Pending Motion to Dismiss | Kennedy Hodges, LLP |
| 0:16-cv-01774-JNE-FLN | Zenner v. 3M Company | 4/19/2017 | 5/10/2017 | 6/8/2017; 7/14/2017 | Kennedy Hodges, L.L.P. |

Yellow highlighting indicates that the case was previously listed on one or two status conference agendas per PTO 14
Pink highlighting indicates that the case is subject to Defendants' Pending Motion to Dismiss

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
**(Updated August 10, 2017)**

| Case Number | Title | 3rd Deficiency Sent | Prior Listing | Firm Name |
|---|---|---|---|---|
| 0:16-cv-01929-JNE-FLN | Davis v. 3M Company et al | 3/28/2017 | 4/14/2017; 6/09/2017 07/14/2017 | Kirtland & Packard LLP |
| 0:16-cv-02663-JNE-FLN | McKevitt et al v. 3M Company Inc et al | 4/5/2017 | 06/09/2017 07/14/2017 | Brown & Crouppen, PC |
| 0:16-cv-02750-JNE-FLN | Brannon v. 3M Company | 4/10/2017 | 4/14/2017; 6/09/2017; 7/14/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-03272-JNE-FLN | Sparrow et al v. 3M Company et al | 4/10/2017 | 3/13/2017; 4/14/2017; 6/09/2017 07/14/2017 | Parker Waichman |
| 0:16-cv-02054-JNE-FLN | Trainer v. 3M Company et al | 4/10/2017 | 6/9/2017 07/14/2017 | Pendley, Baudin & Coffin L.L.P. |
| 0:16-cv-00625-JNE-FLN | Van Wart et al v. 3M Company | 4/10/2017 | 06/09/2017 07/14/2017 | Grynkewich Law Offices |
| 0:15-cv-04493-JNE-FLN | Ciappa et al v. 3M Company et al | 4/11/2017 | 06/09/2017 07/14/2017 | Parker Waichman |
| 0:15-cv-03951-JNE-FLN | Hernandez v. 3M Company et al | 4/11/2017 | 6/9/2017 07/14/2017 | The Law offices of Travis R. Walker, P.A. |
| 0:16-cv-02911-JNE-FLN | Snider v. 3M Company et al | 4/11/2017 | 6/9/2017 07/14/2017 | Gustafson Gluek PLLC |
| 0:16-cv-01364-JNE-FLN | Vernal v. 3M Company | 4/18/2017 | 6/9/2017 07/14/2017 | Langdon and Emison |
| 0:16-cv-00787-JNE-FLN | Abrams v. 3M Company et al | 4/19/2017 | 6/9/2017 07/14/2017 | Thering & Associates, PLLC |
| 0:16-cv-02156-JNE-FLN | Busby v. 3M Company et al | 4/19/2017 | 6/9/2017 07/14/2017; Subject of Defendants' Motion to Dismiss filed 8/03/2017 | Kennedy Hodges, L.L.P. |
| 0:16-cv-02298-JNE-FLN | Dandrea et al v. 3M Company et al | 4/19/2017 | 6/9/2017 07/14/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02661-JNE-FLN | Davis v. 3M Company et al | 4/19/2017 | 6/9/2017 07/14/2017; Subject of Defendants' Motion to Dismiss filed 8/03/2017 | Kennedy Hodges, L.L.P. |
| 0:16-cv-01338-JNE-FLN | Hartzel v. 3M Company | 4/19/2017 | 6/9/2017 07/14/2017; Subject of Defendants' Motion to Dismiss filed 8/03/2017 | Kennedy Hodges, L.L.P. |
| 0:16-cv-02428-JNE-FLN | King v. 3M Company et al | 4/19/2017 | 6/9/2017 07/14/2017 | Kennedy Hodges, L.L.P. |
| 0:16-cv-03444-JNE-FLN | Pugh v. 3M Company et al | 4/19/2017 | 6/9/2017 07/14/2017 | Davis Crump, P.C. |

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
**(Updated August 10, 2017)**

| 0:16-cv-01847-JNE-FLN | Rivers v. 3M Company et al | 4/19/2017 | 6/9/2017 07/14/2017 | Kennedy Hodges, L.L.P. |
|---|---|---|---|---|
| 0:16-cv-02374-JNE-FLN | Upton v. 3M Company et al | 4/19/2017 | 6/9/2017 07/14/2017; Subject of Defendants' Motion to Dismiss filed 8/03/2017 | Kennedy Hodges, LLP |
| 0:16-cv-01774-JNE-FLN | Zenner v. 3M Company | 4/19/2017 | 6/9/2017 07/14/2017 | Kennedy Hodges, L.L.P. |
| 0:16-cv-00514-JNE-FLN | Chavers v. 3M Company | 4/20/2017 | 6/9/2017 07/14/2017 | Goza & Honnold, LLC |
| 0:16-cv-02213-JNE-FLN | Chenoweth v. 3M Company | 4/20/2017 | 6/9/2017 07/14/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:15-cv-03703-JNE-FLN | Maxfield v. 3M Company et al | 4/20/2017 | 6/9/2017 07/14/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02000-JNE-FLN | McMillan v. 3M Company | 4/20/2017 | 6/9/2017 07/14/2017 | Goza & Honnold, LLC |
| 0:16-cv-00675-JNE-FLN | Pierce v. 3M Company | 4/20/2017 | 6/9/2017 07/14/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-00516-JNE-FLN | Simpson v. 3M Company | 4/20/2017 | 6/9/2017 07/14/2017 | Goza & Honnold, LLC |
| 0:16-cv-01155-JNE-FLN | Sutter v. 3M Company | 4/20/2017 | 6/9/2017 07/14/2017 | Levin, Papantoio, Thomas, Mitchell, Rafferty & Proctor, P.A. |
| 0:16-cv-02657-JNE-FLN | Waters v. 3M Company et al | 4/20/2017 | 6/9/2017 07/14/2017 | Goza & Honnold, LLC |
| 0:16-cv-02711-JNE-FLN | Miller v. 3M Company | 4/21/2017 | 4/14/2017; 6/09/2017 07/14/2017; Subject of Defendants' Motion to Dismiss filed 8/03/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:16-cv-01834-JNE-FLN | Newcomb v. 3M Company | 4/21/2017 | 4/14/2017; 6/09/2017 07/14/2017; Subject of Defendants' Motion to Dismiss filed 8/03/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:16-cv-02959-JNE-FLN | Novak v. 3M Company | 4/21/2017 | 4/14/2017; 6/09/2017 07/14/2017; Subject of Defendants' Motion to Dismiss filed 8/03/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
**(Updated August 10, 2017)**

| 0:16-cv-02212-JNE-FLN | Pettersen v. 3M Company | 4/21/2017 | 4/14/2017; 6/09/2017 07/14/2017; Subject of Defendants' Motion to Dismiss filed 8/03/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
|---|---|---|---|---|
| 0:16-cv-03110-JNE-FLN | Dickens v. 3M Company et al. | 4/24/2017 | 6/9/2017 07/14/2017 | Goza & Honnold, LLC |
| 0:16-cv-01259-JNE-FLN | Lance v. 3M Company | 4/24/2017 | 6/9/2017 07/14/2017 | Goza & Honnold, LLC |
| 0:16-cv-03279-JNE-FLN | McGlothlin et al v. 3M Company et al | 4/24/2017 | 6/9/2017 07/14/2017 | DeGaris & Rogers, LLC |
| 0:16-cv-00401-JNE-FLN | McLane v. 3M Company | 4/24/2017 | 6/9/2017 07/14/2017 | Goza & Honnold, LLC |
| 0:16-cv-03062-JNE-FLN | Moses v. 3M Company et al | 4/24/2017 | 6/9/2017 07/14/2017 | DeGaris & Rogers, LLC |
| 0:16-cv-02055-JNE-FLN | Redford v. 3M Company | 4/24/2017 | 6/9/2017 07/14/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-00517-JNE-FLN | Ryan v. 3M Company | 4/24/2017 | 6/9/2017 07/14/2017 | Goza & Honnold, LLC |
| 0:16-cv-00821-JNE-FLN | Stewart v. 3M Company | 4/24/2017 | 6/9/2017 07/14/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. |
| 0:16-cv-00841-JNE-FLN | Vann v. 3M Company | 4/24/2017 | 6/9/2017 07/14/2017 | Goza & Honnold, LLC |
| 0:16-cv-02957-JNE-FLN | Zivanovich v. 3M Company | 4/24/2017 | 6/9/2017 07/14/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-00839-JNE-FLN | Smith v. 3M Company | 5/3/2017 | 6/9/2017 07/14/2017 | Goza & Honnold, LLC |
| 0:15-cv-03899-JNE-FLN | Hardison v. 3M Company et al | 5/15/2017 | 6/9/2017 07/14/2017 | Bachus & Schanker, LLC |
| 0:16-cv-03618-JNE-FLN | Messner-Katzer v. 3M Company et al | 5/16/2017 | 6/9/2017 07/14/2017 | Capretz & Associates |
| 0:16-cv-02194-JNE-FLN | Read et al v. Arizant Healthcare Inc., et al | 5/16/2017 | 4/14/2017; 6/09/2017 07/14/2017 | Jones Ward PLC |
| 0:16-cv-03854-JNE-FLN | Bass v. 3M Company et al | 5/31/2017 | 6/9/2017 07/14/2017 | McSweeney/Langevin LLC |
| 0:16-cv-04054-JNE-FLN | Miller v. 3M Company et al | 6/23/2017 | 7/14/2017 | Goza & Honnold, LLC |
| 0:16-cv-04161-JNE-FLN | Bond v. 3M Company | 6/30/2017 | 6/9/2017 07/14/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-04244-JNE-FLN | Meyers v. 3M Company | 6/30/2017 | 6/9/2017 07/14/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
**(Updated August 10, 2017)**

| Case Number | Title | 2nd Deficiency Sent | Prior Listing | Firm Name |
|---|---|---|---|---|
| 0:17-cv-01134-JNE-FLN | Newman v. 3M Company et al | 6/12/2017 | 7/14/2017 | McGlynn, Glisson and Mouton |
| 0:17-cv-00515-JNE-FLN | Niksic v. 3M Company et al | 6/12/2017 | 7/14/2017 | Skikos Crawford Skikos & Joseph |
| 0:16-cv-04411-JNE-FLN | Thomas v. 3M Company et al | 6/12/2017 | 7/14/2017 | Hollis Legal Solutions, PLLC |
| 0:16-cv-04357-JNE-FLN | Murdock et al v. 3M Company et al | 6/20/2017 | 7/14/2017 | Brown and Crouppen, P.C. |
| 0:16-cv-03998-JNE-FLN | Flowers et al v. 3M Company et al | 7/5/2017 | 7/14/2017 | Goza & Honnold, LLC |
| 0:16-cv-04417-JNE-FLN | Coleman v. 3M Company et al | 7/26/2017 | | Goza & Honnold, LLC |

Yellow highlighting indicates that the case was previously listed on one or two status conference agendas per PTO 14 (D.E. 270).
Pink highlighting indicates that the case is subject to Defendants' Pending Motion to Dismiss.

# EXHIBIT F

**From:** Ben Hulse
**Sent:** Friday, June 09, 2017 4:55 PM
**To:** JoanEricksen_Chambers@mnd.uscourts.gov; 'Noel_Chambers@mnd.uscourts.gov'
<Noel_Chambers@mnd.uscourts.gov>; 'Leary, William (Judge)' <William.Leary@courts.state.mn.us>
**Cc:** Jerry Blackwell <blackwell@blackwellburke.com>; Ahmann, Bridget M.
<Bridget.Ahmann@FaegreBD.com>; gzimmerman@meshbesher.com; bgordon@levinlaw.com;
MVC@ciresiconlin.com; JMC@CiresiConlin.com
**Subject:** Joint Agenda and Status Report (MDL No. 15-2666 (JNE/FLN))

Dear Judge Ericksen and Magistrate Judge Noel,

In accordance with Pretrial Order No. 3, the parties submit this Joint Agenda and Status Conference
Report in preparation for the status conference scheduled for Thursday, June 15, at 9:30 a.m.  Also
attached are Defendants' three lists related to the PFSs, as discussed in Section 2 of the Joint Agenda.

We have copied Judge Leary here as well.

Sincerely,
Ben Hulse

Benjamin W. Hulse
Blackwell Burke P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN  55415
Direct (612) 343-3256
Fax (612) 343-3205

This message and any attachments may contain information that is privileged, confidential, and exempt from disclosure under applicable
law. If you are not the intended recipient or are not authorized to receive for the recipient, you are hereby notified that dissemination,
distribution or copying of this message and any attachments is strictly prohibited. If you have received this message in error, please
immediately advise the sender by reply e-mail and delete the message and any attachments. Thank you.

**Defendants' PFS List 1:  Overdue Plaintiff Fact Sheets**
(As of June 8, 2017)

| Case Number | Title | Date Filed | PFS Due Date | Comments | Prior Listing | Firm Name |
|---|---|---|---|---|---|---|
| 0:16-cv-02803-JNE-FLN | Johnson v. 3M Company et al | 8/19/2016 | 12/26/2016 | Subject to Defendants' Motion to Dismiss filed on 5.10.17 (D.E. 424) | 3/13/17; 4/14/17 | Bachus & Schanker, LLC |
| 0:16-cv-02896-JNE-FLN | Toler et al v. 3M Company et al | 8/26/2016 | 12/26/2016 | Subject to Defendants' Motion to Dismiss filed on 5.10.17 (D.E. 424) | 3/13/17; 4/14/17 | Bachus & Schanker, LLC |
| 0:16-cv-02755-JNE-FLN | Fraley v. 3M Company et al | 8/16/2016 | 12/26/2016 | Subject to Defendants' Motion to Dismiss filed on 5.10.17 (D.E. 424) | 3/13/17; 4/14/17 | Bernstein Liebhard LLP |
| 0:16-cv-02772-JNE-FLN | Wilburn v. 3M Company et al | 8/18/2016 | 12/26/2016 | Subject to Defendants' Motion to Dismiss filed on 5.10.17 (D.E. 424) | 3/13/17; 4/14/17 | Bernstein Liebhard LLP |
| 0:16-cv-00136-JNE-FLN | Hager v. 3M Company | 1/21/2016 | 12/26/2016 | Subject to Defendants' Motion to Dismiss filed on 5.10.17 (D.E. 424) | 3/13/17; 4/14/17 | Meshbesher & Spence, Ltd. |
| 0:16-cv-03383-JNE-FLN | DePriest v. 3M Company et al | 10/6/2016 | 1/4/2017 | Subject to Defendants' Motion to Dismiss filed on 5.10.17 (D.E. 424) | 3/13/17; 4/14/17 | Bernstein Liebhard LLP |
| 0:16-cv-03553-JNE-FLN | Barrett v. 3M Company et al | 10/18/2016 | 1/16/2017 | Subject to Defendants' Motion to Dismiss filed on 5.10.17 (D.E. 424) | 3/13/17; 4/14/17 | Gustafson Gluek PLLC |
| 0:16-cv-00621-JNE-FLN | Weimer v. 3M Company | 3/10/2016 | 1/27/2017 | Subject to Defendants' Motion to Dismiss filed on 5.10.17 (D.E. 424) | 3/13/17; 4/14/17 | Lockridge, Grindal Nauen P.L.L.P. |
| 0:16-cv-03781-JNE-FLN | Fling et al v. 3M Company et al | 10/31/2016 | 1/29/2017 | Subject to Defendants' Motion to Dismiss filed on 5.10.17 (D.E. 424) | 3/13/17; 4/14/17 | Bachus & Schanker, LLC |
| 0:16-cv-04360-JNE-FLN | Spaich et al v. 3M Company et al | 12/27/2016 | 3/27/2017 | | 4/14/2017 | McGlynn, Glissoin & Mouton |
| 0:16-cv-04381-JNE-FLN | Manzanares v. 3M Company et al | 12/28/2016 | 3/28/2017 | | 4/14/2017 | Bernstein Liebhard LLP |
| 0:17-cv-00188-JNE-FLN | Stouffer v. 3M Company et al | 1/20/2017 | 4/20/2017 | | | Bernstein Liebhard LLP |
| 0:16-cv-04353-JNE-FLN | Butkus v. 3M Company et al | 12/27/2016 | 4/21/2017 | Extension granted to 4/21/17 but no PFS received | | McGlynn, Glisson and Mouton |
| 0:17-cv-00299-JNE-FLN | Raymond v. 3M Company Inc et al | 1/30/2017 | 4/30/2017 | | | Bernstein Liebhard LLP |
| 0:17-cv-00305-JNE-FLN | Whightsel et al v. 3M Company et al | 1/31/2017 | 5/1/2017 | | | Piscitelli Law Firm |
| 0:17-cv-00331-JNE-FLN | Terrell, Sr. et al v. 3M Company et al | 2/1/2017 | 5/2/2017 | | | Pendley, Baudin & Coffin, L.L.P. |

**Defendants' PFS List 1:  Overdue Plaintiff Fact Sheets**
(As of June 8, 2017)

| | | | | | | |
|---|---|---|---|---|---|---|
| 0:17-cv-00350-JNE-FLN | Sanders v. 3M Company et al | 2/2/2017 | 5/3/2017 | | | The Miller Firm, LLC |
| 0:17-cv-00386-JNE-FLN | Gartner et al v. 3M Company et al | 2/3/2017 | 5/4/2017 | | | Bachus & Schanker, LLC |
| 0:17-cv-00413-JNE-FLN | Swank et al v. 3M Company et al | 2/7/2017 | 5/8/2017 | | | Pendley, Baudin & Coffin, L.L.P. |
| 0:17-cv-00434-JNE-FLN | Reid v. 3M Company et al | 2/9/2017 | 5/10/2017 | | | Goza & Honnold, LLC |
| 0:16-cv-04369-JNE-FLN | Daniels Jr. v. 3M Company et al | 12/28/2016 | 5/13/2017 | Extension granted to 5/13/17 but no PFS received | | Pendley, Baudin & Coffin L.L.P. |
| 0:17-cv-00408-JNE-FLN | Rudolph v. 3M Company et al | 2/7/2017 | 5/15/2017 | | | Brous Law LLC |
| 0:17-cv-00553-JNE-FLN | Mixon et al v. 3M Company et al | 2/22/2017 | 5/23/2017 | | | Houssiere Durant Houssiere, LLP |
| 0:17-cv-00554-JNE-FLN | Bernardino et al v. 3M Company et al | 2/23/2017 | 5/24/2017 | | | Skikos Crawford Skikos & Joseph |
| 0:17-cv-00597-JNE-FLN | Perez v. 3M Company et al | 2/27/2017 | 5/28/2017 | | | Bernstein Liebhard LLP |
| 0:17-cv-00598-JNE-FLN | Zeabart v. 3M Company et al | 2/27/2017 | 5/28/2017 | | | Bernstein Liebhard LLP |
| 0:17-cv-00609-JNE-FLN | Reece et al v. 3M Company et al | 2/27/2017 | 5/28/2017 | | | Hare, Wynn, Newell & Newton |

Yellow highlighting indicates that the case was previously listed per PTO 14 (D.E. 270)
Pink highlighting indicates that the case was previously listed on the Court's agenda twice and a Defense Motion to Dismiss filed on 5.10.17 (D.E. 424) is pending

**Defendants' PFS List 2:  Plaintiffs Who Have Not Responded to Defendants' Deficiency Notices**
(Updated June 8, 2017)

| Case Number | Title | 1st Deficiency Notice Sent | Response Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:16-cv-02936-JNE-FLN | Bryson v. 3M Company | 1/19/2017 | 2/9/2017 | 3/13/17; 4/14/17 | Pendley, Baudin & Coffin L.L.P. |
| 0:16-cv-01986-JNE-FLN | Harkleroad v. 3M Company et al | 1/19/2017 | 2/9/2017 | 3/13/17; 4/14/17 | Kennedy Hodges, L.L.P. |
| 0:16-cv-02083-JNE-FLN | Hurst et al v. 3M Company et al | 1/19/2017 | 2/9/2017 | 3/13/17; 4/14/17 | Kennedy Hodges, L.L.P. |
| 0:16-cv-03058-JNE-FLN | Kaelin v. 3M Company et al | 1/19/2017 | 2/9/2017 | 3/13/17; 4/14/17 | Kennedy Hodges, L.L.P. |
| 0:16-cv-02888-JNE-FLN | Taylor et al v. 3M Company et al | 1/20/2017 | 2/10/2017 | 3/13/17; 4/14/17 | Meshbesher & Spence, Ltd |
| 0:16-cv-00784-JNE-FLN | Young v. 3M Company et al | 1/20/2017 | 2/10/2017 | 3/13/17; 4/14/17 | Kanuru Law Group |
| 0:16-cv-04153-JNE-FLN | Janowicz v. 3M Company et al | 4/10/2017 | 5/1/2017 | | Houssiere Durant Houssiere, LLP |
| 0:16-cv-04289-JNE-FLN | Allen v. 3M Company et al | 4/18/2017 | 5/9/2017 | | Kirtland & Packard LLP |
| 0:16-cv-04288-JNE-FLN | Johnson v. 3M Company et al | 4/18/2017 | 5/9/2017 | | Kirtland & Packard LLP |
| 0:16-cv-04290-JNE-FLN | Kauanui v. 3M Company et al | 4/18/2017 | 5/9/2017 | | Kirtland & Packard LLP |
| 0:16-cv-04287-JNE-FLN | Grabbatin v. 3M Company et al | 4/20/2017 | 5/11/2017 | | Kirtland & Packard LLP |
| 0:16-cv-02299-JNE-FLN | Redman et al v. 3M Company et al | 4/24/2017 | 5/15/2017 | | Goza & Honnold, LLC |
| 0:16-cv-04418-JNE-FLN | Burks v. 3M Company et al | 4/24/2017 | 5/15/2017 | | Goza & Honnold, LLC |
| 0:16-cv-04412-JNE-FLN | Gill v. 3M Company et al | 4/24/2017 | 5/15/2017 | | Goza & Honnold, LLC |
| 0:16-cv-04359-JNE-FLN | Dipietro et al v. 3M Company et al | 5/3/2017 | 5/24/2017 | | McGlynn, Glisson and Mouton |

| Case Number | Title | 2d Deficiency notice Sent | Response Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:15-cv-03329-JNE-FLN | Libby v. 3M Company et al | 3/8/2017 | 3/29/2017 | 4/14/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02723-JNE-FLN | Tucker v. 3M Company | 3/23/2017 | 4/13/2017 | | Goza & Honnold, LLC |
| 0:16-cv-00826-JNE-FLN | Starnes v. 3M Company et al | 5/8/2017 | 5/29/2017 | | Kirtland & Packard LLP |

**Defendants' PFS List 2:  Plaintiffs Who Have Not Responded to Defendants' Deficiency Notices**
(Updated June 8, 2017)

| Case Number | Title | 3d Deficiency Notice Sent | Response Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:16-cv-02284-JNE-FLN | Brumback v. 3M Company et al | 3/28/2017 | 4/18/2017 | | Kirtland & Packard LLP |
| 0:16-cv-00250-JNE-FLN | Critari v. 3M Company | 4/4/2017 | 4/25/2017 | | Meshbesher & Spence, Ltd. |
| 0:15-cv-03951-JNE-FLN | Hernandez v. 3M Company et al | 4/12/2017 | 5/3/2017 | | The Law offices of Travis R. Walker, P.A. |
| 0:16-cv-01970-JNE-FLN | Harding v. 3M Company et al | 4/12/2017 | 5/3/2017 | | Kennedy Hodges, L.L.P. |
| 0:16-cv-02394-JNE-FLN | Murphy et al v. 3M Company et al | 4/17/2017 | 5/8/2017 | | Meshbesher & Spence, Ltd. |
| 0:16-cv-00846-JNE-FLN | Scott v. 3M Company | 4/18/2017 | 5/9/2017 | | The Law Offices of Travis R Walker |
| 0:16-cv-01829-JNE-FLN | Blowe v. 3M Company, et al | 4/19/2017 | 5/10/2017 | | Kennedy Hodges, L.L.P. |
| 0:16-cv-03037-JNE-FLN | Lupo v. 3M Company et al | 4/19/2017 | 5/10/2017 | | Kennedy Hodges, L.L.P. |
| 0:16-cv-02481-JNE-FLN | Magee v. 3M Company et al | 4/19/2017 | 5/10/2017 | | Kennedy Hodges, L.L.P. |
| 0:16-cv-02156-JNE-FLN | Busby v. 3M Company et al | 4/19/2017 | 5/10/2017 | | Kennedy Hodges, L.L.P. |
| 0:16-cv-02626-JNE-FLN | Buttacavoli v. 3M Company et al | 4/19/2017 | 5/10/2017 | | Kennedy Hodges, L.L.P. |
| 0:16-cv-02661-JNE-FLN | Davis v. 3M Company et al | 4/19/2017 | 5/10/2017 | | Kennedy Hodges, L.L.P. |
| 0:16-cv-01906-JNE-FLN | Gunn et al v. 3M Company et al | 4/19/2017 | 5/10/2017 | | Kennedy Hodges, L.L.P. |
| 0:16-cv-01338-JNE-FLN | Hartzel v. 3M Company | 4/19/2017 | 5/10/2017 | | Kennedy Hodges, L.L.P. |
| 0:16-cv-02428-JNE-FLN | King v. 3M Company et al | 4/19/2017 | 5/10/2017 | | Kennedy Hodges, L.L.P. |
| 0:16-cv-01847-JNE-FLN | Rivers v. 3M Company et al | 4/19/2017 | 5/10/2017 | | Kennedy Hodges, L.L.P. |
| 0:16-cv-02374-JNE-FLN | Upton v. 3M Company et al | 4/19/2017 | 5/10/2017 | | Kennedy Hodges, LLP |
| 0:16-cv-01774-JNE-FLN | Zenner v. 3M Company | 4/19/2017 | 5/10/2017 | | Kennedy Hodges, L.L.P. |
| 0:16-cv-01886-JNE-FLN | Schlueter v 3M Company et al | 4/24/2017 | 5/15/2017 | | Goldenberg Heller & Antognoli, P.C. |
| 0:16-cv-00990-JNE-FLN | Stinson v. 3M Company | 5/1/2017 | 5/22/2017 | | Meshbesher & Spence, Ltd. |
| 0:16-cv-02605-JNE-FLN | Forney v. 3M Company et al | 5/1/2017 | 5/22/2017 | | Meshbesher & Spence, Ltd. |

**Defendants' PFS List 2:  Plaintiffs Who Have Not Responded to Defendants' Deficiency Notices**
(Updated June 8, 2017)

| 0:16-cv-02787-JNE-FLN | Hood et al v. 3M Company et al | 5/3/2017 | 5/24/2017 | | Meshbesher & Spence, Ltd. |
|---|---|---|---|---|---|

Yellow highlighting indicates that the case was previously listed on one or two status conference agendas per PTO 14

**Defendants' PFS List 3: Core Deficiencies Remained Following Notice and Response**
(Updated June 9, 2017)

| Case Number | Title | 3rd Deficiency Sent | Prior Listing | Firm Name |
|---|---|---|---|---|
| 0:16-cv-02684-JNE-FLN | Thornburg v. 3M Company et al | 3/28/2017 | | Holton Law Firm |
| 0:16-cv-00544-JNE-FLN | Chaix v. 3M Company et al | 3/28/2017 | | Michael Hingle & Associates, LLC |
| 0:16-cv-01963-JNE-FLN | Heath v. 3M Company | 3/28/2017 | | The Ruth Law Team |
| 0:16-cv-00625-JNE-FLN | Van Wart et al v. 3M Company | 3/28/2017 | | Grynkewich Law Offices |
| 0:15-cv-04601-JNE-FLN | Mann v. 3M Company | 3/28/2017 | 4/14/2017 | Childers, Schlueter & Smith |
| 0:16-cv-00505-JNE-FLN | Jenkins v. 3M Company | 3/28/2017 | 4/14/2017 | The Law offices of Travis R. Walker, P.A. |
| 0:16-cv-02284-JNE-FLN | Brumback v. 3M Company et al | 3/28/2017 | 4/14/2017 | Kirtland & Packard LLP |
| 0:16-cv-02285-JNE-FLN | Cash v. 3M Company et al | 3/28/2017 | 4/14/2017 | Kirtland & Packard LLP |
| 0:16-cv-02600-JNE-FLN | Raines v. 3M Company et al. | 3/28/2017 | 4/14/2017 | Kirtland & Packard LLP |
| 0:16-cv-00827-JNE-FLN | Stephan v. 3M Company et al | 3/28/2017 | 4/14/2017 | Kirtland & Packard LLP |
| 0:16-cv-01929-JNE-FLN | Davis v. 3M Company et al | 3/28/2017 | 4/14/2017 | Kirtland & Packard LLP |
| 0:16-cv-02663-JNE-FLN | McKevitt et al v. 3M Company Inc et al | 4/4/2017 | | Brown & Crouppen, PC |
| 0:15-cv-04360-JNE-FLN | Rhoton et al v. 3M Company et al | 4/4/2017 | | Pittman, Dutton & Hellums, PC |
| 0:16-cv-00246-JNE-FLN | Barfield v. 3M Company | 4/4/2017 | | Kirtland & Packard LLP |
| 0:16-cv-01238-JNE-FLN | Zambriski v. 3M Company et al | 4/4/2017 | | Kirtland & Packard LLP |
| 0:16-cv-02973-JNE-FLN | Barnes v. 3M Company et al | 4/4/2017 | | Kirtland & Packard LLP |
| 0:16-cv-01239-JNE-FLN | Hill v. 3M Company et al | 4/4/2017 | | Kirtland & Packard LLP |
| 0:16-cv-02972-JNE-FLN | Leech v. 3M Company et al | 4/4/2017 | | Kirtland & Packard LLP |
| 0:16-cv-03327-JNE-FLN | Garofolo v. 3M Company et al | 4/4/2017 | | Kirtland & Packard LLP |
| 0:16-cv-03802-JNE-FLN | Gorham v. 3M Company et al | 4/4/2017 | | Kirtland & Packard LLP |
| 0:16-cv-04040-JNE-FLN | Lukenbach v. 3M Company et al | 4/4/2017 | | Kirtland & Packard LLP |
| 0:16-cv-03502-JNE-FLN | Mattson v. 3M Company et al | 4/4/2017 | | Parker Waichman |
| 0:16-cv-02503-JNE-FLN | West v. 3M Company et al. | 4/4/2017 | 4/14/2017 | Richardson, Patrick, Westbrook & Brickman, LLC |

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated June 9, 2017)

| | | | | |
|---|---|---|---|---|
| 0:15-cv-04004-JNE-FLN | Peterson v. 3M Company | 4/4/2017 | 4/14/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:16-cv-01832-JNE-FLN | Maccarrone v. 3M Company | 4/4/2017 | 4/14/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02711-JNE-FLN | Miller v. 3M Company | 4/4/2017 | 4/14/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02395-JNE-FLN | Nadeau v. 3M Company et al | 4/4/2017 | 4/14/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-01834-JNE-FLN | Newcomb v. 3M Company | 4/4/2017 | 4/14/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02959-JNE-FLN | Novak v. 3M Company | 4/4/2017 | 4/14/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02212-JNE-FLN | Pettersen v. 3M Company | 4/4/2017 | 4/14/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-03166 | Schwartz, Bruce and Ilene | 4/4/2017 | 4/14/2017 | Houssiere Durant Houssiere, LLP |
| 0:16-cv-03292-JNE-FLN | DeLeon et al v. 3M Company et al | 4/14/2017 | 4/14/2017 | Houssiere Durant Houssiere, LLP |
| 0:16-cv-02322-JNE-FLN | Davis et al v. 3M Company et al | 4/4/2017 | 3/13/2017; 4/14/2017 | Gary S. Logsdon & Associates |
| 0:16-cv-02196-JNE-FLN | Waddell v. 3M Company et al | 4/4/2017 | 3/13/2017; 4/14/2017 | Gary S. Logsdon & Associates |
| 0:16-cv-00250-JNE-FLN | Critari v. 3M Company | 4/4/2017 | 4/14/2017 | Meshbesher & Spence, Ltd. |
| 0:16-cv-03803-JNE-FLN | Mitchell v. 3M Company et al | 4/4/2017 | | Kirtland & Packard LLP |
| 0:16-cv-01778-JNE-FLN | Dinkins v. 3M Company et al | 4/4/2017 | 4/14/2017 | Kirtland & Packard LLP |
| 0:16-cv-02054-JNE-FLN | Trainer v. 3M Company et al | 4/10/2017 | | Pendley, Baudin & Coffin L.L.P. |
| 0:16-cv-03272-JNE-FLN | Sparrow et al v. 3M Company et al | 4/10/2017 | 3/13/2017; 4/14/2017 | Parker Waichman |
| 0:16-cv-02750-JNE-FLN | Brannon v. 3M Company | 4/10/2017 | 4/14/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02752-JNE-FLN | Clark v. 3M Company | 4/10/2017 | 4/14/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02687-JNE-FLN | Davis v. 3M Company | 4/10/2017 | 4/14/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-03501-JNE-FLN | Whatman et al v. 3M Company et al | 4/10/2017 | | Law Offices of Peter G. Angelos, P.C. |

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated June 9, 2017)

| 0:16-cv-02033-JNE-FLN | Anaya v. 3M Company, a Delaware Corporation | 4/11/2017 | | Brent Coon & Associates |
|---|---|---|---|---|
| 0:16-cv-02042-JNE-FLN | Asbury et al v. 3M Company et al | 4/11/2017 | | Brent Coon & Associates |
| 0:16-cv-02953-JNE-FLN | Morgan et al v. 3M Company et al | 4/11/2017 | | Brent Coon & Associates |
| 0:16-cv-02951-JNE-FLN | O'Grady v. 3M Company et al | 4/11/2017 | | Brent Coon & Associates |
| 0:15-cv-04493-JNE-FLN | Ciappa et al v. 3M Company et al | 4/11/2017 | | Parker Waichman |
| 0:16-cv-01587-JNE-FLN | Castro v. 3M Company | 4/11/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:15-cv-03950-JNE-FLN | LeBlanc v. 3M Company et al | 4/11/2017 | | The Law offices of Travis R. Walker, P.A. |
| 0:16-cv-00607-JNE-FLN | Boyd v. 3M Company | 4/11/2017 | | The Law offices of Travis R. Walker, P.A. |
| 0:16-cv-03354-JNE-FLN | Rivera v. 3M Company, et al | 4/11/2017 | | The Law Offices of Travis R Walker |
| 0:15-cv-03952-JNE-FLN | Dorsey v. 3M Company et al | 4/11/2017 | | The Law Office of Travis R Walker |
| 0:16-cv-03357-JNE-FLN | Batkins v. 3M Company et al | 4/11/2017 | | The Law offices of Travis R. Walker, P.A. |
| 0:16-cv-02911-JNE-FLN | Snider v. 3M Company et al | 4/11/2017 | | Gustafson Gluek PLLC |
| 0:16-cv-03083-JNE-FLN | LeMaire, Sr. et al v. 3M Company et al | 4/11/2017 | | Gustafson Gluek PLLC |
| 0:15-cv-03951-JNE-FLN | Hernandez v. 3M Company et al | 4/11/2017 | | The Law offices of Travis R. Walker, P.A. |
| 0:16-cv-01970-JNE-FLN | Harding v. 3M Company et al | 4/11/2017 | | Kennedy Hodges, L.L.P. |
| 0:16-cv-01958-JNE-FLN | Baswell v. 3M Company et al | 4/17/2017 | | Kennedy Hodges, L.L.P. |
| 0:16-cv-01935-JNE-FLN | Williams v. 3M Company et al | 4/17/2017 | | Kennedy Hodges, L.L.P. |
| 0:16-cv-02394-JNE-FLN | Murphy et al v. 3M Company et al | 4/17/2017 | | Meshbesher & Spence, Ltd. |
| 0:16-cv-00812-JNE-FLN | Torok v. 3M Company et al | 4/18/2017 | | GoldenbergLaw, PLLC |
| 0:16-cv-02350-JNE-FLN | Jensen v. 3M Company et al | 4/18/2017 | | GoldenbergLaw, PLLC |
| 0:16-cv-01364-JNE-FLN | Vernal v. 3M Company | 4/18/2017 | | Langdon and Emison |
| 0:16-cv-00846-JNE-FLN | Scott v. 3M Company | 4/18/2017 | | The Law Offices of Travis R Walker |
| 0:16-cv-03444-JNE-FLN | Pugh v. 3M Company et al | 4/19/2017 | | Davis Crump, P.C. |
| 0:16-cv-00787-JNE-FLN | Abrams v. 3M Company et al | 4/19/2017 | | Thering & Associates, PLLC |

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated June 9, 2017)

| | | | | |
|---|---|---|---|---|
| 0:16-cv-02226-JNE-FLN | Kunath v. 3M Company et al | 4/19/2017 | | Jones Ward PLC |
| 0:16-cv-02298-JNE-FLN | Dandrea et al v. 3M Company et al | 4/19/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-01943-JNE-FLN | Hamel v. 3M Company | 4/19/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02483-JNE-FLN | Harper v. 3M Company et al | 4/19/2017 | | Kennedy Hodges, L.L.P. |
| 0:16-cv-01968-JNE-FLN | Phillips v. 3M Company et al | 4/19/2017 | | Kennedy Hodges, L.L.P. |
| 0:16-cv-01846-JNE-FLN | Tate v. 3M Company | 4/19/2017 | | Kennedy Hodges, L.L.P. |
| 0:16-cv-02432-JNE-FLN | Garner et al v. 3M Company et al | 4/19/2017 | | Kennedy Hodges, L.L.P. |
| 0:16-cv-01829-JNE-FLN | Blowe v. 3M Company, et al | 4/19/2017 | | Kennedy Hodges, L.L.P. |
| 0:16-cv-03037-JNE-FLN | Lupo v. 3M Company et al | 4/19/2017 | | Kennedy Hodges, L.L.P. |
| 0:16-cv-02481-JNE-FLN | Magee v. 3M Company et al | 4/19/2017 | | Kennedy Hodges, L.L.P. |
| 0:16-cv-02156-JNE-FLN | Busby v. 3M Company et al | 4/19/2017 | | Kennedy Hodges, L.L.P. |
| 0:16-cv-02626-JNE-FLN | Buttacavoli v. 3M Company et al | 4/19/2017 | | Kennedy Hodges, L.L.P. |
| 0:16-cv-02661-JNE-FLN | Davis v. 3M Company et al | 4/19/2017 | | Kennedy Hodges, L.L.P. |
| 0:16-cv-01906-JNE-FLN | Gunn et al v. 3M Company et al | 4/19/2017 | | Kennedy Hodges, L.L.P. |
| 0:16-cv-01338-JNE-FLN | Hartzel v. 3M Company | 4/19/2017 | | Kennedy Hodges, L.L.P. |
| 0:16-cv-02428-JNE-FLN | King v. 3M Company et al | 4/19/2017 | | Kennedy Hodges, L.L.P. |
| 0:16-cv-01847-JNE-FLN | Rivers v. 3M Company et al | 4/19/2017 | | Kennedy Hodges, L.L.P. |
| 0:16-cv-02374-JNE-FLN | Upton v. 3M Company et al | 4/19/2017 | | Kennedy Hodges, LLP |
| 0:16-cv-01774-JNE-FLN | Zenner v. 3M Company | 4/19/2017 | | Kennedy Hodges, L.L.P. |
| 0:16-cv-02812-JNE-FLN | Hall v. 3M Company | 4/20/2017 | | Goza & Honnold, LLC |
| 0:16-cv-02000-JNE-FLN | McMillan v. 3M Company | 4/20/2017 | | Goza & Honnold, LLC |
| 0:16-cv-02998-JNE-FLN | Ferrante v. 3M Company, et al | 4/20/2017 | | Goza & Honnold, LLC |
| 0:16-cv-02658-JNE-FLN | Goble v. 3M Company, et al | 4/20/2017 | | Goza & Honnold, LLC |
| 0:16-cv-00514-JNE-FLN | Chavers v. 3M Company | 4/20/2017 | | Goza & Honnold, LLC |
| 0:16-cv-03109-JNE-FLN | Hrbek et al v. 3M Company | 4/20/2017 | | Goza & Honnold, LLC |

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated June 9, 2017)

| | | | | |
|---|---|---|---|---|
| 0:16-cv-03329-JNE-FLN | Gray v. 3M Company et al | 4/20/2017 | | Kirtland & Packard LLP |
| 0:16-cv-02782-JNE-FLN | Abbott v. 3M Company | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:16-cv-01881-JNE-FLN | Boughton et al v. 3M Company et al | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:15-cv-04278-JNE-FLN | Carmichael v. 3M Company | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02751-JNE-FLN | Chautin v. 3M Company | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02213-JNE-FLN | Chenoweth v. 3M Company | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02689-JNE-FLN | Clark v. 3M Company | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02958-JNE-FLN | Cloud v. 3M Company | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-01188-JNE-FLN | Collins v. 3M Company | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:15-cv-04001-JNE-FLN | Colson v. 3M Company | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02783-JNE-FLN | Dalhover v. 3M Company | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-01221-JNE-FLN | Daniel v. 3M Company | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02679-JNE-FLN | Davis v. 3M Company | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-03257-JNE-FLN | Dielentheis v. 3M Company | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-00460-JNE-FLN | Foster et al v. 3M Company | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02601-JNE-FLN | Glover v. 3M Company et al | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-01908-JNE-FLN | Grandison v. 3M Company et al | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated June 9, 2017)

| 0:16-cv-02784-JNE-FLN | Haining v. 3M Company | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
|---|---|---|---|---|
| 0:16-cv-01152-JNE-FLN | Hollman v. 3M Company | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-00819-JNE-FLN | Ibsen v. 3M Company | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-01192-JNE-FLN | James v. 3M Company | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-01194-JNE-FLN | Jeffers v. 3M Company | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-00798-JNE-FLN | Kohout v. 3M Company | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:15-cv-04002-JNE-FLN | Linscott v. 3M Company | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02207-JNE-FLN | Malone v. 3M Company | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:15-cv-03703-JNE-FLN | Maxfield v. 3M Company et al | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-01199-JNE-FLN | McCann v. 3M Company | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-01999-JNE-FLN | Nelson, Jr. v. 3M Company | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02729-JNE-FLN | Orias v. 3M Company | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02612-JNE-FLN | Pashano v. 3M Company et al | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-00675-JNE-FLN | Pierce v. 3M Company | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02710-JNE-FLN | Robinson v. 3M Company | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02611-JNE-FLN | Silva v. 3M Company | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-01201-JNE-FLN | Storckman v. 3M Company | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. |

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated June 9, 2017)

| | | | | |
|---|---|---|---|---|
| 0:16-cv-00745-JNE-FLN | Strike v. 3M Company | 4/20/2017 | | Levin, Papantonoio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:16-cv-03051-JNE-FLN | Sullivan v. 3M Company | 4/20/2017 | | Levin, Papantonoio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:16-cv-01153-JNE-FLN | Surgeon v. 3M Company | 4/20/2017 | | Levin, Papantonoio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:16-cv-01155-JNE-FLN | Sutter v. 3M Company | 4/20/2017 | | Levin, Papantoio, Thomas, Mitchell, Rafferty & Proctor, P.A. |
| 0:16-cv-03254-JNE-FLN | Warner v. 3M Company | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. |
| 0:16-cv-00747-JNE-FLN | Westenhofer v. 3M Company | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. |
| 0:16-cv-02276-JNE-FLN | White v. 3M Company et al | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-03469-JNE-FLN | Harvey v. 3M Company | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-03789-JNE-FLN | Goerlich v. 3M Company | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-01917-JNE-FLN | Minghetti v. 3M Company et al | 4/20/2017 | | Hurley McKenna & Mertz, PC |
| 0:16-cv-01299-JNE-FLN | Chambers et al v. 3M Company et al | 4/20/2017 | | Loncar & Associates |
| 0:16-cv-00516-JNE-FLN | Simpson v. 3M Company | 4/20/2017 | | Goza & Honnold, LLC |
| 0:16-cv-02657-JNE-FLN | Waters v. 3M Company et al | 4/20/2017 | | Goza & Honnold, LLC |
| 0:16-cv-00788-JNE-FLN | Petty v. 3M Company et al | 4/20/2017 | | Randall J. Trost, P.C. |
| 0:16-cv-02323-JNE-FLN | Acosta et al v. 3M Company et al | 4/20/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-03244-JNE-FLN | Deal et al v. 3M Company et al | 4/20/2017 | | Randall J. Trost, P.C. |
| 0:16-cv-03541-JNE-FLN | Johnson et al v. 3M Company, a Delaware Corporation et al | 4/20/2017 | | Randall J. Trost, P.C. |
| 0:16-cv-00517-JNE-FLN | Ryan v. 3M Company | 4/24/2017 | | Goza & Honnold, LLC |
| 0:16-cv-00841-JNE-FLN | Vann v. 3M Company | 4/24/2017 | | Goza & Honnold, LLC |
| 0:16-cv-03110-JNE-FLN | Dickens v. 3M Company et al. | 4/24/2017 | | Goza & Honnold, LLC |

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated June 9, 2017)

| | | | | |
|---|---|---|---|---|
| 0:16-cv-00401-JNE-FLN | McLane v. 3M Company | 4/24/2017 | | Goza & Honnold, LLC |
| 0:16-cv-02055-JNE-FLN | Redford v. 3M Company | 4/24/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-00821-JNE-FLN | Stewart v. 3M Company | 4/24/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. |
| 0:16-cv-02957-JNE-FLN | Zivanovich v. 3M Company | 4/24/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02585-JNE-FLN | Elliott et al v. 3M Company et al | 4/24/2017 | | Loncar & Associates |
| 0:16-cv-01424-JNE-FLN | Hunter v. 3M Company et al | 4/24/2017 | | Loncar & Associates |
| 0:16-cv-03168-JNE-FLN | McKenney v. 3M Company et al | 4/24/2017 | | Loncar & Associates |
| 0:16-cv-01314-JNE-FLN | Holznagel et al v. 3M Company et al | 4/24/2017 | | Loncar & Associates |
| 0:16-cv-03906-JNE-FLN | Offord et al v. 3M Company et al | 4/24/2017 | | Loncar & Associates |
| 0:16-cv-00076-JNE-FLN | Hayden v. 3M Company | 4/24/2017 | | Lockridge, Grindal Nauen P.L.L.P. |
| 0:16-cv-02453-JNE-FLN | Jones v. 3M Company et al | 4/24/2017 | | Lockridge, Grindal Nauen P.L.L.P. |
| 0:16-cv-03062-JNE-FLN | Moses v. 3M Company et al | 4/24/2017 | | DeGaris & Rogers, LLC |
| 0:16-cv-03279-JNE-FLN | McGlothlin et al v. 3M Company et al | 4/24/2017 | | DeGaris & Rogers, LLC |
| 0:16-cv-01035-JNE-FLN | McMullen v. 3M Company | 4/24/2017 | | Lockridge, Grindal Nauen P.L.L.P. |
| 0:16-cv-01294-JNE-FLN | Stanley v. 3M Company et al | 4/24/2017 | | Loncar & Associates |
| 0:16-cv-01795-JNE-FLN | Griffith v. 3M Company et al | 4/24/2017 | | Gustafson Gluek PLLC |
| 0:16-cv-01259-JNE-FLN | Lance v. 3M Company | 4/24/2017 | | Goza & Honnold, LLC |
| 0:16-cv-01886-JNE-FLN | Schlueter v 3M Company et al | 4/24/2017 | | Goldenberg Heller & Antognoli, P.C. |
| 0:16-cv-00990-JNE-FLN | Stinson v. 3M Company | 5/1/2017 | | Meshbesher & Spence, Ltd. |
| 0:16-cv-02605-JNE-FLN | Forney v. 3M Company et al | 5/1/2017 | | Meshbesher & Spence, Ltd. |
| 0:16-cv-00838-JNE-FLN | Plumley v. 3M Company | 5/3/2017 | | Goza & Honnold, LLC |
| 0:16-cv-00839-JNE-FLN | Smith v. 3M Company | 5/3/2017 | | Goza & Honnold, LLC |
| 0:16-cv-02787-JNE-FLN | Hood et al v. 3M Company et al | 5/3/2017 | | Meshbesher & Spence, Ltd. |
| 0:16-cv-04097-JNE-FLN | Baldwin et al v. 3M Company et al | 5/8/2017 | | Rieders Travis Humphrey Waters & Dohrmann |

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated June 9, 2017)

| 0:16-cv-02805-JNE-FLN | King et al v. 3M Company et al | 5/15/2017 | | Bachus & Schanker, LLC |
|---|---|---|---|---|
| 0:15-cv-03899-JNE-FLN | Hardison v. 3M Company et al | 5/15/2017 | | Bachus & Schanker, LLC |
| 0:16-cv-02886-JNE-FLN | Epps v. 3M Company et al | 5/16/2017 | 4/14/2017 | Bernstein Liebhard LLP |
| 0:16-cv-00533-JNE-FLN | Furgason v. 3M Company et al | 5/16/2017 | 4/14/2017 | Bernstein Liebhard LLP |
| 0:16-cv-00542-JNE-FLN | Haines et al v. 3M Company et al | 5/16/2017 | 4/14/2017 | Bernstein Liebhard LLP |
| 0:16-cv-02591-JNE-FLN | Hebert v. 3M Company et al | 5/16/2017 | 4/14/2017 | Bernstein Liebhard LLP |
| 0:16-cv-00057-JNE-FLN | Irby v. 3M Company et al | 5/16/2017 | 4/14/2017 | Bernstein Liebhard LLP |
| 0:16-cv-02189-JNE-FLN | Kampf et al v. 3M Company et al | 5/16/2017 | 4/14/2017 | Bernstein Liebhard LLP |
| 0:16-cv-02338-JNE-FLN | Duval v. 3M Company et al | 5/16/2017 | 4/14/2017 | Bernstein Liebhard LLP |
| 0:16-cv-02500-JNE-FLN | Pastor v. 3M Company et al | 5/16/2017 | 4/14/2017 | Bernstein Liebhard LLP |
| 0:16-cv-02546-JNE-FLN | Walker v. 3M Company et al | 5/16/2017 | 4/14/2017 | Bernstein Liebhard LLP |
| 0:16-cv-01945-JNE-FLN | Couce v. 3M Company et al | 5/16/2017 | 4/14/2017 | Bernstein Liebhard LLP |
| 0:16-cv-02880-JNE-FLN | Brunner v. 3M Company et al | 5/16/2017 | 3/13/2017; 4/14/2017 | Bernstein Liebhard LLP |
| 0:16-cv-01899-JNE-FLN | Riley v. 3M Company et al | 5/16/2017 | | Bernstein Liebhard LLP |
| 0:16-cv-03772-JNE-FLN | Hogue v. 3M Company et al | 5/16/2017 | | Bernstein Liebhard LLP |
| 0:16-cv-03470-JNE-FLN | Tehauno v. 3M Company | 5/16/2017 | 4/14/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-03618-JNE-FLN | Messner-Katzer v. 3M Company et al | 5/16/2017 | | Capretz & Associates |
| 0:16-cv-02194-JNE-FLN | Read et al v. Arizant Healthcare Inc., et al | 5/16/2017 | 4/14/2017 | Jones Ward PLC |
| 0:16-cv-02808-JNE-FLN | Sorrels et al v. 3M Company et al | 5/22/2017 | | Bachus & Schanker, LLC |
| 0:16-cv-04036-JNE-FLN | Ward v. 3M Company et al | 5/25/2017 | | Gustafson Gluek PLLC |
| 0:16-cv-03855-JNE-FLN | Brown et al v. 3M Company et al | 5/31/2017 | | McSweeney/Langevin LLC |
| 0:16-cv-03854-JNE-FLN | Bass v. 3M Company et al | 5/31/2017 | | McSweeney/Langevin LLC |
| 0:17-cv-00503-JNE-FLN | Carter v. 3M Company et al | 6/1/2017 | | Hollis Legal Solutions, PLLC |

| Case Number | Title | 2nd Deficiency Sent | | Firm Name |
|---|---|---|---|---|

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated June 9, 2017)

| | | | | |
|---|---|---|---|---|
| 0:16-cv-04075-JNE-FLN | Laveron v. 3M Company and Arizant Healthcare, Inc. | 5/15/2017 | | Hurley McKenna & Mertz, PC |
| 0:16-cv-04139-JNE-FLN | Stone v. 3M Company et al | 5/15/2017 | | Farr, Farr, Emerich, Hackett, Carr & Holmes, P.A. |
| 0:16-cv-04053-JNE-FLN | Hellard v. 3M Company et al | 5/16/2017 | | Goza & Honnold, LLC |
| 0:16-cv-03991-JNE-FLN | Overko v. 3M Company | 5/16/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:16-cv-04154-JNE-FLN | Pavlovic v. 3M Company | 5/16/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:16-cv-04161-JNE-FLN | Bond v. 3M Company | 5/16/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-04204-JNE-FLN | Schweikart v. 3M Company | 5/16/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:16-cv-04203-JNE-FLN | Leahy v. 3M Company | 5/16/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:16-cv-04206-JNE-FLN | Palmer v. 3M Company | 5/16/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:16-cv-04194-JNE-FLN | Scott v. 3M Company | 5/16/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:16-cv-04244-JNE-FLN | Meyers v. 3M Company | 5/16/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:16-cv-04283-JNE-FLN | Myers v. 3M Company | 5/16/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:16-cv-04285-JNE-FLN | Winham v. 3M Company | 5/16/2017 | | Levin, Papatonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:16-cv-04390-JNE-FLN | Fox v. 3M Company | 5/16/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:16-cv-03783-JNE-FLN | White v. 3M Company | 5/16/2017 | | Goza & Honnold, LLC |
| 0:16-cv-04057-JNE-FLN | Gillespie v. 3M Company et al | 5/16/2017 | | Capretz & Associates |
| 0:16-cv-03708-JNE-FLN | Goodson v. 3M Company et al | 5/16/2017 | | Goza & Honnold, LLC |
| 0:16-cv-04361-JNE-FLN | Winston v. 3M Company et al | 5/16/2017 | | McGlynn, Glisson and Mouton |

**Defendants' PFS List 3: Core Deficiencies Remained Following Notice and Response**
(Updated June 9, 2017)

| 0:17-cv-00092-JNE-FLN | Reed v. 3M Company | 6/2/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. |
|---|---|---|---|---|

Yellow highlighting indicates that the case was previously listed on one or two status conference agendas per PTO 14 (D.E. 270)