# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN)<br><br>**DEFENDANTS' MEET AND CONFER STATEMENT REGARDING MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 14** |

The undersigned counsel for Defendants 3M Company and Arizant Healthcare Inc. ("Defendants") states that the meet-and-confer requirements of Local Rule 7.1(a)(1)(A) have been satisfied through prior dealings among counsel for the parties. No additional meet-and confer is required prior to the filing of Defendants' motion. *See* Court's Pretrial Order No. 14, ¶ 8.

Dated:  September 7, 2017	Respectfully submitted,

	 *s/*Benjamin W. Hulse
	Benjamin W. Hulse (#0390952)
	***Attorney for Defendants 3M Company***
	***and Arizant Healthcare Inc.***
	BLACKWELL BURKE P.A.
	431 South Seventh Street, Suite 2500
	Minneapolis, MN  55415
	T: (612) 343-3200    F:  (612) 343-3205
	bhulse@blackwellburke.com