## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION

MDL No. 15-2666 (JNE/FLN)

**(PROPOSED) ORDER GRANTING DEFENDANT 3M COMPANY'S MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 14**

---

This came before the Court on Defendants 3M Company's and Arizant Healthcare, Inc.'s (collectively, "Defendants") Motion to Dismiss for Failure to Comply with Pretrial Order No. 14.

Based on the files, records, and proceedings herein,

IT IS HEREBY ORDERED that Defendants' motion is GRANTED.  The following actions are dismissed with prejudice:

| Case Number | Plaintiff | Firm Name |
|---|---|---|
| 0:16-cv-00514-JNE-FLN | Chavers | Goza & Honnold, LLC |
| 0:16-cv-02213-JNE-FLN | Chenoweth | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-00767-JNE-FLN | Garger | Langdon & Emison |
| 0:16-cv-04288-JNE-FLN | Johnson, Anita | Kirtland & Packard LLP |

| | | |
|---|---|---|
| 0:16-cv-04290-JNE-FLN | Kauanui | Kirtland & Packard LLP |
| 0:16-cv-02428-JNE-FLN | King, Jr. | Kennedy Hodges, LLP |
| 0:17-cv-00971-JNE-FLN | Lee | Bailey Peavy Bailey Cowan Heckaman PLLC |
| 0:16-cv-03062-JNE-FLN | Moses | DeGaris & Rogers |
| 0:16-cv-02055-JNE-FLN | Redford | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-00977-JNE-FLN | Saldana | Bailey Peavy Bailey Cowan Heckaman PLLC |
| 0:16-cv-00821-JNE-FLN | Stewart | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-00625-JNE-FLN | Van Wart | Grynkewich Law Offices |
| 0:17-cv-00435-JNE-FLN | Warren | Kennedy Hodges, LLP |
| 0:17-cv-01027-JNE-FLN | Warren | Bernstein Liebhard LLP |
| 0:17-cv-00984-JNE-FLN | West | Bailey Peavy Bailey Cowan Heckaman PLLC |
| 0:17-cv-00829-JNE-FLN | White | Bachus & Schanker, LLC |
| 0:16-cv-01774-JNE-FLN | Zenner | Kennedy Hodges, LLP |
| 0:16-cv-02957-JNE-FLN | Zivanovich | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |

LET JUDGMENT BE ENTERED ACCORDINGLY.


Date: _____              BY THE COURT


                                    _____

                                    JUDGE, U.S. DISTRICT COURT