UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
MDL No. 15-2666 (JNE/FLN)

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MOTION TO QUASH SUBPOENAS |

This Document Relates To:
*Nugier*, 16-cv-4246

    The United States, by its undersigned attorneys, respectfully moves this Court to quash the three subpoenas sent on or about August 16, 2017 by Defendants 3M Company and Arizant Healthcare Inc. to the U.S. Department of Veterans Affairs (VA) Office of Chief Counsel in St. Petersburg, Florida. The subpoenas at issue are the subject of Defendants' pending motion to compel discovery, and are all attached to (or referenced in attachments to) the related August 29, 2017 Declaration of Benjamin Hulse (Doc. No. 704). The grounds for this motion are set forth in the accompanying memorandum and declaration. Counsel have agreed that it should be heard with the motion to compel.

Dated:   September 11, 2017

                                            GREGORY G. BROOKER
                                            Acting United States Attorney

                                               s/ David W. Fuller

                                            BY: DAVID W. FULLER
                                            Assistant U.S. Attorney
                                            Attorney ID Number 0390922
                                            600 United States Courthouse
                                            300 South Fourth Street
                                            Minneapolis, MN 55415
                                            Phone: 612-664-5600
                                            Email: david.fuller@usdoj.gov