# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
## MDL No. 15-2666 (JNE/FLN)

In re: BAIR HUGGER FORCED AIR
WARMING DEVICES PRODUCTS
LIABILITY LITIGATION

**CERTIFICATE OF
COMPLIANCE**

This Document Relates To:
*Nugier*, 16-cv-4246

The undersigned attorney for the United States certifies this memorandum complies with the type-volume limitation of D. Minn. LR 7.1(f) and the type size limitation of D. Minn. LR 7.1(h).   The memorandum has 4,062 words of type, font size 13.   The memorandum was prepared using Microsoft Word 2016, which includes all text, including headings, footnotes and quotations in the word count.

Dated:  September 11, 2017

GREGORY G. BROOKER
Acting United States Attorney

 s/ David W. Fuller

BY: DAVID W. FULLER
Assistant U.S. Attorney
Attorney ID Number 0390922
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone: 612-664-5600
Email: david.fuller@usdoj.gov