UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To: *All Cases* | **PLAINTIFFS' MOTION TO EXCLUDE OPINIONS AND TESTIMONY OF ALEXANDER A. HANNENBERG, M.D.** |

Pursuant to Federal Rule of Evidence 702, Plaintiffs respectfully move this Court for an Order excluding the opinions and testimony of Alexander A. Hannenberg, M.D., because his methods, opinions, and testimony do not comport with the legal requirements of an expert witness.

This motion is based on Plaintiffs' Memorandum in Support of Plaintiffs' Motion to Exclude Opinions and Testimony of Alexander A. Hannenberg, M.D.; the Declaration of Genevieve M. Zimmerman in Support; the exhibits, files, and records herein; and argument to be presented at the hearing of this matter.

Dated: September 12, 2017                    Respectfully submitted,

CIRESI CONLIN L.L.P.                         MESHBESHER & SPENCE LTD.

/s/Michael V. Ciresi                         /s/ Genevieve M. Zimmerman
Michael V. Ciresi (MN #0016949)              Genevieve M. Zimmerman (MN #330292)
Jan M. Conlin (MN #0192697)                  1616 Park Avenue South
Michael Sacchet (MN # 395817)                Minneapolis, MN 55404
Ciresi Conlin LLP                            Phone: 612.339.9121
225 S. 6th St., Suite 4600                   Fax: 612.339.9188
Minneapolis, MN 55402                        Email: gzimmerman@meshbesher.com
Phone: 612.361.8202
Email: MVC@CiresiConlin.com
       JMC@CiresiConlin.com
       MAS@ciresiconlin.com

LEVIN PAPANTONIO, P.A.

/s/ Ben W. Gordon, Jr.
Ben W. Gordon (FL # 882836) – *Pro Hac Vice*
J. Michael Papantonio (FL # 335924)
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
Phone: 850.435.7090
Fax: 850.436.6090
Email: bgordon@levinlaw.com

*Plaintiffs Co-Lead Counsel*

KIRTLAND & PACKARD LLP

*/s/ Behram V. Parekh*
Behram V. Parekh (Cal. Bar. 180361) (*Pro Hac Vice*)
2041 Rosecrans Ave., 3rd Floor
El Segundo, CA 90245
Phone:310.536.1000
Fax:310.536.1001
E-mail: bvp@kirtlandpackard.com

*Plaintiffs Executive Committee*