UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION

MDL No. 15-2666 (JNE/FLN)

This Document Relates To:
*All Cases*

**DECLARATION OF GENEVIEVE M. ZIMMERMAN IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE OPINIONS AND TESTIMONY OF ALEXANDER A. HANNENBERG, M.D.**

1. My name is Genevieve M. Zimmerman and I am a Partner with the Meshbesher & Spence Ltd. law firm. I am a member of the Court appointed Co-Lead Counsel in the above entitled matter.

2. Attached hereto as Exhibit A is a true and correct copy of the Expert Report of Alexander A. Hannenberg, M.D.

3. Attached hereto as Exhibit B is a true and correct copy of Exhibit B to the Expert Report of Alexander A. Hannenberg, M.D. – Materials Considered.

4. Attached hereto as Exhibit C are true and correct copies of excerpts from the Deposition of Alexander A. Hannenberg, taken on August 8, 2017.

5. Attached hereto as Exhibit D are true and correct copies of exhibits 1, 2, 6, 8, and 14 to the Deposition of Alexander A. Hannenberg, taken on August 8, 2017.

I declare that the foregoing is true and correct under penalty of perjury pursuant to the laws of the State of Minnesota and the United States of America.

Dated: September 12, 2017      /s/ Genevieve M. Zimmerman

Genevieve M. Zimmerman (MN#330292)
MESHBESHER & SPENCE, LTD.
1616 Park Avenue

1

Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
Email: gzimmerman@meshbesher.com

***Plaintiffs Co-Lead Counsel***