# EXHIBIT B

## Materials Considered

ECRI Institute. Forced-air warming and surgical site infections. *Health Devices*. 2013; 122-125

Centers for Medicare & Medicaid Services, 2016 Physician Quality Reporting System Measure Specification. https://www.cms.gov/Medicare/Quality-Initiatives-Patient-Assessment-Instruments/PQRS/Downloads/2016_PQRS_IndivMeasures_Guide_11_17_2015.pdf. Accessed May 19, 2017

Specifications PQRS Measure 193. http://www.aqihq.org/files/PQRS%20%23193%20(2014).pdf

Hooper VD et al. ASPAN's Evidence-Based Clinical Practice Guideline for the Promotion of Perioperative Normothermia: Second Edition. J PeriAnesthesia Nursing 2010 (25) 346-364

Hypothermia: prevention and management in adults having surgery. National Institute for Health and Care Excellence CG65 https://www.nice.org.uk/guidance/cg65/chapter/Recommendations#intraoperative-phase. Accessed May 19, 2017

Miller RD, ed. Miller's Anesthesia, 7th edn. Churchill Livingstone 2010

Kurz A., et al. Perioperative normothermia to reduce the incidence of surgical-wound infection and shorten hospitalization. *N Engl J Med*. 1996;334:1209-15.

Frisch NB, Pepper AM, Jildeh TR et al. Intraoperative hypothermia during surgical fixation of hip fractures. Orthopedics. 39(6):e1170-e1177, 2016 Nov 01

Hynson JM, Sessler DI. Intraoperative warming therapies: a comparison of three devices. *J Clin Anesth.* 1992;4:194-199

Giesbrecht GG, et al. Comparison of forced-air patient warming systems for perioperative use. *Anesthesiology*. 1994; 80:671-679.

Berti M, et al. Active warming, not passive heat retention, maintains normothermia during combined epidural-general anesthesia for hip and knee arthroplasty. *J Clin Anesth.* 1997;9:482-486.

Kurz A, et al. Forced-air warming maintains intraoperative normothermia better than circulating-water mattresses. *Anesth Analg.* 1993;77:89-95

Kühme, T., Isaksson, B, Dahlin L.-G. (2007), Wound contamination in cardiac surgery. APMIS, 115: 1001–1007. doi:10.1111/j.1600-0463.2007.00832.x

Birgand G, Toupet G, Rukly S et al. Air contamination for predicting wound contamination in clean surgery: A large multicenter study. Am J Inf Control 43 (2015) 516-21

Brandt C., et al. Operating room ventilation with laminar airflow shows no protective effect on the surgical site infection rate in orthopedic and abdominal surgery. *Ann Surg*. 2008;248:695-700.

Avidan MS, Jones N, Ing R et al. Convection warmers – not just hot air. Anaesthesia 2997 (52) 1073-1076

McGovern PD, et al. Forced-air warming and ultra-clean ventilation do not mix. *J Bone Joint Surg Br.* 2011; 93-B:1537-44

Memarzadeh F. Active warming systems to maintain perioperative normothermia in hip replacement surgery. *J Hosp Infect.* 2010; 1-2

Proceedings of the International Consensus Meeting on Periprosthetic Joint Infection. http://www.msis-na.org/wp-content/themes/msis-temp/pdf/ism-periprosthetic-joint-information.pdf. Accessed 5/19/17

UPDATE: Mycobacterium chimaera Infections Associated with LivaNova PLC (formerly Sorin Group Deutschland GmbH) Stöckert 3T Heater-Cooler System: FDA Safety Communication

https://www.fda.gov/medicaldevices/safety/alertsandnotices/ucm520191.htm.  Accessed 5/19/17
http://safepatientwarming.com/spw/hosingreusecommingling/hosing/index.html. Accessed 5/19/17

Leitjens B, Koeter M, Kremers K.  High Incidence of Postoperative Hypothermia in Total Knee and Total Hip Arthroplasty:A Prospective Observational Study. The Journal of Arthroplasty 28 (2013) 895–898

Maheshwari K.  Room Ventilation Systems, chapter 9 in Operating Room Design Manual, American Society of Anesthesiologists 2012

Association of Perioperative Registered Nurses, "Perioperative Standards and Recommended Practices 2013"

Dr. Wenzel Science Day Presentation, May 19, 2016

Expert Report of Dr. Michael J. Stonnington

Expert Report of William Jarvis