UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br>All Actions | MDL No. 15-2666 (JNE/FLN)<br><br>**(PROPOSED) ORDER GRANTING PLAINTIFFS' MOTION TO EXCLUDE TESTIMONY AND OPINIONS OF ALEXANDER HANNENBERG, M.D.** |

Before the Court is Plaintiffs' Motion to Exclude the Testimony and Opinions of Alexander Hannenberg, M.D.

Based on the motions and supporting papers, files, records, and hearing conducted in this matter,

IT IS HEREBY ORDERED that Plaintiffs' motion is GRANTED. The testimony and opinions of Alexander Hannenberg, M.D. is hereby excluded.

Date: _____         BY THE COURT

 

_____
HON. JOAN N. ERICKSEN