# EXHIBIT 4

**From:** Hansen, Gary
**To:** russell olmsted
**Sent:** 3/1/2010 7:58:48 PM
**Subject:** RE: Stocks Papers

Russ,

Could you send me a copy of the older Stocks paper? AJIC does not sell them on line.

Thanks,
Gary

-----Original Message-----
From: russell olmsted [mailto:aes99@att.net]
Sent: Friday, February 26, 2010 5:44 PM
To: Hansen, Gary
Cc: Maharaj, Gary
Subject: Re: Stocks Papers

Hi Gary: fairly remarkable paper given an ability to be present during actual procedures. I had not seen it so thanks for bringing to my attention. Demonstrates that pre press page is useful place to visit often. It is difficult to get IRB approval for such investigations. I don't know the authors but the methods employed are very good and I like the use of electronic particle counts AND bacterial air sampling. Very helpful picture of what happens in a typical, non-unidirectional HVAC design. It also provides additional objective data highlighting the contribution of traffic into and out of the OR r/t aerobiological burden.

For the one investigation I did I used electronic particle counts and it appears this group was able to demonstrate particle counts serve as a reasonable surrogate for bioburden of air in an OR. The one aspect that this investigation did not address was outcome but the sample size of patients enrolled is very small so would be hard to reach much conclusion even if you were to follow all to assess whether SSI might develop.

-Russ


--- On Fri, 2/26/10, Hansen, Gary <ghansen@arizant.com> wrote:

> From: Hansen, Gary <ghansen@arizant.com>
> Subject: Stocks Papers
> To: aes99@att.net
> Cc: "Maharaj, Gary" <gmaharaj@arizant.com>
> Date: Friday, February 26, 2010, 12:16 PM
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
> Hello
> Russ,
>
>
>
>
> Do you

Bair Hugger
Exhibit 26
Date: 11-2-16
Richard G. Stirewalt
Stirewalt & Associates

```
> know Gregory Stocks? He
> is the author of a paper last fall (http://www.ajicjournal.org/article/S0196-6553(09)00830-
X/abstract)
> and an upcoming paper on predicting bacterial populations
> based on airborne
> particulates.   What do you think of his
> techniques and findings?
>
>
>
>
> Thanks
> for your help,
>
> Gary
>
>
>
>
>
>
>
>
>
>
```

3M Confidential

3MBH00050771