UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to All Actions | |

## **DECLARATION OF GENEVIEVE M. ZIMMERMAN**

1. My name is Genevieve M. Zimmerman and I am a Partner with the Meshbesher & Spence Ltd. law firm. I am a member of the Court appointed Co-Lead Counsel in the above entitled matter.

2. Attached hereto as Exhibit A is a true and correct copy of Michael Keen's Expert Report.

3. Attached hereto as Exhibit B is a true and correct copy of portions of the Deposition of Corporate Representative Al Van Duren, taken in Minneapolis on January 18, 2017.

4. Attached hereto as Exhibit C is a true and correct copy of Michael Keen's CV.

5. Attached hereto as Exhibit D is a true and correct copy of portions of Michael Keen's Deposition taken in Toronto, Canada, on July 14, 2017.

6. Attached hereto as Exhibit E is a true and correct copy of portions of Thomas Kuehn's deposition, taken on July 10, 2017 in Minneapolis, MN.

7. Attached hereto as Exhibit F is a true and correct copy of portion of Gary Settles' deposition, taken on July 18, 2017 in Pittsburg, PA.

Dated:  September 12, 2017          /s/ Genevieve M. Zimmerman

Genevieve M. Zimmerman (MN#330292)
MESHBESHER & SPENCE, LTD.
1616 Park Avenue
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
Email: gzimmerman@meshbesher.com

**Plaintiffs Co-Lead Counsel**