EXHIBIT C

# MICHAEL KEEN, P.ENG., MBA

Toronto, ON • W: 416-864-5255 • E: keenm@smh.ca

## PROFILE

Collaborative, results-driven Senior healthcare leader with 20+ years' experience in hospital redevelopment and healthcare facilities management leading strategic projects and meeting stakeholders needs. Brings a deep understanding of health care combined with technical expertise, business acumen and outstanding people and management skills.  Expert across facilities management, project management, master planning, hospital redevelopment, change processes, quality improvement, capital resource management and strategic planning.  Champions positive transformational change and continuous quality improvement, providing the vision and execution to achieve successful, short and long-term results aligned with corporate objectives. Recognized for repeated success recruiting, engaging and mentoring talented, diverse, individuals – and creating high-performing teams.

Passionate about outstanding health care, is recognized as industry leader in Health Care Facilities Standards, frequent speaker at conferences and seminars in North America.

## PROFESSIONAL EXPERIENCE

### ST. MICHAEL'S HOSPITAL, *Toronto, ON*                          1993 – Present
**SENIOR DIRECTOR, PLANNING & DEVELOPMENT, 2011 – Present**

- Champions positive transformational change and continuous quality improvement, while consistently meeting milestones aligned with strategic objectives, as lead for the $362M St Michael's  3.0 Redevelopment Project, including a 17 storey, 250,000 sq. ft. new clinical tower, 150,000 sq. ft. of renovation to existing Hospital and a doubling of the Emergency Department to 50,000 sq.ft.
- Reporting to EVP & Chief Administrative Officer, leads high performing team of 3 managers with 20 staff. Directs teams of architects, engineers and consultants in the design requirements for the project.
- Led over 400 diverse staff through the functional programming and output specification development to frame the development requirements of the Hospital.
- Identified need to adapt Infrastructure Ontario's (IO) Design, Build, Finance, Maintain  model. Recommended to St. Michael's executive "Maintain" be dropped, due to number of existing, older buildings on site, and cost implications. Ensured contractors' kept a vested interest in quality of structure by introducing rigorous quality metrics.  Became 1st design, build, finance model approved by IO in health.
- Challenged by EVP to build case for demolishing and rebuilding vs. renovating 100 year-old building – within existing budget. Led team with architects, cost consultant, director facilities that put together version 2.0. Core member of team that presented to Ministry of Health Long Term Care and secured approval in February 2014. Achieved all milestones.
- Developed and sustains strategic relationships with internal and external stakeholders as ambassador for St. Michael's Hospital. Creates alignment and support across diverse groups, from partnering with the Foundation in their efforts, to ensuring the Board of Directors remain confident and informed in the governance over critical projects.
- Contributes to rigorous 5 year Master Capital Planning, as core member of  Capital Equipment  Committee.
- Supports the fundraising efforts to the St. Michael's Foundation through donor information and recognition sessions.
- Awarded CSA's lifetime achievement award for leadership in standards. Chairs the CSA Technical Committee, leading 200 volunteer professionals nationally. Oversees 15 committees tasked with research into evidence based design, education programs and funding for standards activities.

**PROJECTS DIRECTOR, PLANNING, 2006 – 2011**

- Led large diverse user groups from across St Michael's through transformational change in space, process, equipment and technology with the Li Ka Shing Knowledge Institute project. Implemented an ambitious vision of a $148M, 2005 – 2011, 335,000 square foot integrated research and education facility, delivered under budget and on time.

- Created physical design and managed construction process to create an integrated and consolidated Research and Education Facility. Worked closely with VP Research and VP Education and planned research and education's work environments to be more open, interactive, collaborative and sharing of common resources,
- Negotiated with contractor on major claims, demonstrated claims were excessive, and saved St Michael's collectively in excess of $10M.
- Led the capital process in all the steps from Master Plan through to Project Implementation
- Received approval in Fall 2011 for proposed new 250,000 square foot patient care tower, 2008 – 2011. Met aggressive 6 week functional programming timeline to be included as submission for Government funding.
- Led development of business case, working closely with emergency department user group, to expand proposed redevelopment of 84,000 visit Emergency Department, supporting Trauma and acute Mental Health, $30M, 2011. Core member of St Michael's team that successfully presented to MoHLTC.
- Recognized for success managing projects and securing approvals for major projects. Consulted with Scarborough General Hospital and provided team to draft case for development of 200,000 square foot Surgical Wing for, $238M, 2010.

### DIRECTOR, ENGINEERING AND PLANT SERVICES, 1996 – 2006

- Led 130 unionized staff, $12M Annual Operating Budget, in addition to various capital projects in 2.5 M square foot facility. Spanned Engineering, Security, Biomedical Engineering and Renovation Departments.
- Transformed culture to customer focused and service oriented. Led diverse group of staff through strategic review, goal setting and visualization.
- Improved departmental performance, launched Customer and Efficiency Focused Performance Management performance metrics and benchmarks based on healthcare sector which boosted results and remains in place today.
- Attracted, developed, coached and retained outstanding performers and led diverse, engaged teams to align with corporate priorities and objectives. Jump-started intern program which attracts top graduates to St. Michael's.
- Introduced best in class practices from an Incident Management System for Emergency Planning to Self-Insurance Program for Medical Equipment which reduced costs. Minimized risk and downtime as maintenance work transitioned to new employees. Developed and embedded essential maintenance procedures and led staff through critical incidents.
- Assumed facility operations at Wellesley Central Hospital and prepared transition plans for integration of departments, 1997 – 2000.
- Negotiated labour agreements and grievances to successful resolution.
- Served as Accreditation Chair, Environmental Team, 2000 and 2003.
- Delivered 15% budget efficiency in the portfolio of Engineering, Security and Biomedical Engineering during Patient Care Journey Reengineering Process, 1995 – 1996.

- Redevelopment of numerous facilities including:
  - o $45M Victoria Wing Addition, 250,000 square feet, including four patient care floors – facilitated implementation of TDHC directives to incorporate Wellesley Central Programs, 1998 – 2002.
  - o $12M Medical Imaging Redesign, including new MR, Angio, CT, R/F and Tomography procedure rooms, 2000 – 2001.
  - o $5M Emergency Department Expansion and Fire Alarm System Upgrade/Relocation, 1999 – 2000.
  - o $4M Energy Conservation Retrofit Project, 2005 – 2006.
  - o $1M Multi-user Neuromusculoskeletal Ambulatory Clinic, 2000.
  - o $1M New Information Technology Infrastructure, 2001.

### PROJECT ENGINEER, ENGINEERING DEPARTMENT, 1993 – 1996

- Commissioned new 270,000 square foot Cardinal Carter South Wing.
- Leveraged technology and implemented computerized maintenance management system and computerized barcode fire safety inspection system.
- Validated new energy savings performance contract.

**H.H. ANGUS & ASSOCIATES**, *Don Mills, ON*                                      **1994 – 1996**
MECHANICAL DIVISION, JUNIOR CONSULTANT, PART–TIME
Mechanical design for projects including Coffee Regional Medical Centre, Douglas, Georgia; Queensway General Hospital, Etobicoke, Ontario; GMT 800 Truck Plant Expansion, Oshawa, ON.

## EDUCATION & DEVELOPMENT

Sweden Health System Executive Study Tour
**Canadian College of Health Leaders, 2012**

Master's Degree in Business Administration, National Executive Program
**Queen's University, 2000**

Combined National & Ontario Scholarship
**Canadian Hospital Engineering Society, 1993**

Bachelor of Applied Science in Mechanical Engineering, First Class Honours, Dean's Honour List
Minor: Management Science
**University of Waterloo, Waterloo, Ontario, 1994**

## PROFESSIONAL SOCIETIES

Professional Engineers Ontario (PEO), 1994 – Present
- o   Licensed Professional Engineer, May 1996, entitled to practice engineering in Ontario

Canadian Standards Associations (CSA),1996 – Present
- o   Member, Standards Policy Board 2016-Present
- o   Chair, Health Care Strategic Steering Committee, 2015-Present
- o   Chair, Health Care Facilities Technical Committee, 2003 – 2015
- o   Chair, Health Care Facilities Standard Z8000, 2009 – Present
- o   National Lecturer of Health Care Facilities Design, Policies and Procedures
- o   Member of Subcommittee on Heating, Ventilating and Air Conditioning Systems for Health Care Facilities (Z317.2),1997 – Present
- o   Member of Subcommittee on Infection Control during Construction (Z317.13), 2003 – Present
- o   Member of Subcommittee on Illumination Systems in Healthcare Facilities (Z317.5),1996–Present
- o   Member, Health Care Strategic Steering Committee, 2003 – Present

American Society of Heating, Refrigeration & Air Conditioning Engineers (ASHRAE), 1994 – Present
- o   Chair, Health Care Technical Committee 9.6, 2009 – 2011, Member, 2005 – Present
- o   Member Standards Committee 170P, Ventilation of Health Care Facilities, 2003 – Present
- o   Member Standards Committee 189.2, Sustainable Health Care Facilities, 2009 – 2013
- o   Toronto Chapter Board of Governors, 2000 – 2011
- o   President, Toronto Chapter, 2002 – 2003
- o   Chair, Toronto Chapter Program Committee,1995 – 2000