# EXHIBIT F

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 1

```
 1            UNITED STATES DISTRICT COURT
 2                DISTRICT OF MINNESOTA
 3    - - - - - - - - - - - - - - - - - - -
 4    In Re:
 5    Bair Hugger Forced Air Warming
 6    Products Liability Litigation
 7
 8    This Document Relates To:
 9    All Actions         MDL No. 15-2666 (JNE/FLM)
10    - - - - - - - - - - - - - - - - - - -
11
12         DEPOSITION OF GARY S. SETTLES, Ph.D.
13              VOLUME I, PAGES 1 - 352
14                   JULY 18, 2017
15
16
17         (The following is the deposition of GARY S.
18    SETTLES, Ph.D., taken pursuant to Notice of Taking
19    Deposition, via videotape, at the Hyatt Regency
20    Pittsburgh International Airport, 1111 Airport
21    Boulevard, in the City of Pittsburgh, State of
22    Pennsylvania, commencing at approximately 9:34
23    o'clock a.m., July 18, 2017.)
24
25
```

STIREWALT & ASSOCIATES
1-800-553-1953   info@stirewalt.com

---

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 2

```
 1  APPEARANCES:
 2  On Behalf of the Plaintiffs:
 3     Gabriel Assaad
        KENNEDY HODGES
 4      4409 Montrose Boulevard
        Suite 200
 5      Houston, Texas  77006
 6      Genevieve M. Zimmerman
        MESHBESHER & SPENCE, LTD.
 7      1616 Park Avenue
        Minneapolis, Minnesota  55404
 8
    On Behalf of the Defendants:
 9
        Peter J. Goss
10      BLACKWELL BURKE P.A.
        431 South Seventh Street
11      Suite 2500
        Minneapolis, Minnesota  55415
12
13  ALSO PRESENT:
14      Jason E. Przymus, Videographer
15              EXAMINATION INDEX
    WITNESS            EXAMINED BY         PAGE
16  Dr. Settles        Mr. Assaad            4
17              EXHIBIT INDEX
    EXHIBIT     DESCRIPTION               PAGE
18  Settles
    1      Schlieren Imaging of Operating-Room    91
19         Airflows Associated with Patient
           Warming Blankets, Gary S. Settles,
20         Ph.D., June 1, 2017
    2      Revised - Schlieren Imaging of         91
21         Operating-Room Airflows Associated
           with Patient Warming Blankets, Gary
22         S. Settles, Ph.D., June 1, 2017
    3      Article, Effect of forced-air         122
23         warming on the performance of
           operating theatre laminar flow
24         ventilation, Dasari, et al,
           Anaesthesia 2012
25
```

STIREWALT & ASSOCIATES
1-800-553-1953   info@stirewalt.com

---

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 3

```
 1   4   Article, Airborne bacterial          139
         contamination during orthopedic
 2       surgery: A randomized controlled
         pilot trial, Oguz, et al, Journal
 3       of Clinical Anaesthesia, 2017
     5   Article, Forced-air patient warming  139
 4       blankets disrupt unidirectional
         airflow, Legg, et al, The Bone &
 5       Joint Journal, 2013
     6   Article, Do forced air              139
 6       patient-warming devices disrupt
         unidirectional downward airflow?
 7       Legg, et al, The Journal of Bone &
         Joint Surgery, 2012
 8   7   G. S. Settles Lab Notebook, 21 pgs.  165
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

STIREWALT & ASSOCIATES
1-800-553-1953   info@stirewalt.com

---

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 4

```
09:34:03   1              P R O C E E D I N G S
09:34:03   2           (Witness sworn.)
           3                GARY S. SETTLES, Ph.D.,
           4            Called as a witness, being first
           5            duly sworn, was examined and
           6            testified as follows:
           7                     EXAMINATION
           8   BY MR. ASSAAD:
09:34:17   9      Q.   Please state your name for the record.
09:34:19  10      A.   Gary Stuart Settles, S-E-T-T-L-E-S.
09:34:23  11      Q.   Dr. Settles, my name is Gabriel Assaad and I
09:34:25  12   represent over 2500 plaintiffs in this multidistrict
09:34:31  13   litigation, and I'm going to ask you numerous
09:34:33  14   questions today regarding your expert report.
09:34:36  15           Do you understand that?
09:34:36  16      A.   Yes.
09:34:38  17      Q.   Have you ever had your deposition taken
09:34:40  18   before?
09:34:40  19      A.   No.
09:34:41  20      Q.   So this is the first time.
09:34:42  21      A.   First time.
09:34:43  22      Q.   Okay.  Then I'm going to go through some
09:34:47  23   ground rules.  First, I'm going to ask you numerous
09:34:49  24   questions, and you said you understood that; correct?
09:34:50  25      A.   Yes.
```

STIREWALT & ASSOCIATES
1-800-553-1953   info@stirewalt.com

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
93

```
11:19:12  1      Q.  But why didn't you do that before you
11:19:14  2  submitted your final report?
11:19:15  3      A.  Because I finished writing it just before
11:19:17  4  the deadline.
11:19:19  5      Q.  Okay.  You weren't given much time to do the
11:19:22  6  studies, were you?
11:19:25  7      A.  I -- I wouldn't phrase it that way, but I'd
11:19:27  8  say we were -- we were late in the game but we had
11:19:29  9  enough time.
11:19:30 10      Q.  And actually you actually put it in your
11:19:34 11  notes that there wasn't much time to do the studies.
11:19:39 12      A.  Yeah.  I made such --
11:19:41 13          Well actually that referred to, if you look
11:19:43 14  to those notes, we were trying to decide what we could
11:19:49 15  and could not do within the scope of the effort.  And
11:19:54 16  I was looking at Elghobashi's simulation and saw that
11:19:57 17  he had done turbulence intensity in particle motion,
11:20:01 18  and that referred to the turbulence intensity, there
11:20:04 19  just wasn't any way we were going to make such
11:20:07 20  measurements with the -- within the time and scope of
11:20:09 21  the effort.
11:20:11 22      Q.  You were retained in April in this case?
11:20:13 23  April of this year?
11:20:14 24      A.  Yes.
11:20:15 25      Q.  Okay.  And how --
```

STIREWALT & ASSOCIATES
1-800-553-1953   info@stirewalt.com

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
94

```
11:20:18  1          Did 3M approach you or approach someone at
11:20:20  2  FloViz?
11:20:21  3      A.  Me.
11:20:22  4      Q.  Okay.  Do you know how 3M found you?
11:20:26  5      A.  I'm the schlieren expert.
11:20:29  6      Q.  Now you looked at the Bair Hugger blanket;
11:20:31  7  correct?
11:20:32  8      A.  Oh yes.
11:20:32  9      Q.  Okay.  Do you agree with me that there are
11:20:38 10  hundreds, if not thousands of perforations in the Bair
11:20:42 11  Hugger blanket that air flows out of?
11:20:44 12      A.  Many perforations, yes.
11:20:46 13      Q.  Do you agree with me that the majority of
11:20:50 14  the air coming out of the Bair Hugger blanket probably
11:20:52 15  goes over the arms and the chest as compared to the
11:20:56 16  head and neck?
11:20:59 17          MR. GOSS:  Objection, foundation.  You can
11:21:01 18  answer if you -- if you can.
11:21:04 19      A.  I -- We saw air coming out around the head
11:21:09 20  and neck, so there's some airflow there.
11:21:10 21      Q.  That wasn't my question, sir.
11:21:12 22      A.  A majority, I can't say for sure.
11:21:14 23      Q.  Okay.  But would you agree with me not all
11:21:16 24  the air comes out of the head and neck?
11:21:18 25      A.  Not all the air comes out.
```

STIREWALT & ASSOCIATES
1-800-553-1953   info@stirewalt.com

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
95

```
11:21:20  1      Q.  Do you agree that's one of the assumptions
11:21:21  2  that Dr. Abraham made in his case?
11:21:24  3      A.  If -- If that assumption's made I don't
11:21:28  4  think it's correct.
11:21:28  5      Q.  Okay.  So you --
11:21:28  6          So if Dr. Abraham made that assumption, you
11:21:31  7  would agree that that is not a correct assumption with
11:21:34  8  respect to how the air flows out of the Bair Hugger
11:21:37  9  blanket; correct?
11:21:39 10          MR. GOSS:  Would you need to review his
11:21:42 11  report?
11:21:42 12      Q.  Just assume that that's his assumption.  You
11:21:44 13  agree that's a faulty assumption.
11:21:48 14      A.  In my report we saw some air coming out
11:21:52 15  around the head and neck.
11:21:53 16      Q.  If Dr. Abraham made the assumption that all
11:21:56 17  the air that the Bair Hugger generates comes out of
11:21:59 18  the head and neck you agree with me that that is an
11:22:02 19  incorrect assumption.
11:22:10 20          MR. GOSS:  Object to form, foundation.
11:22:13 21      A.  To give you an accurate answer I would have
11:22:18 22  to go back and look at Dr. Abraham's report.
11:22:21 23      Q.  Assume --
11:22:23 24          Would you agree with this statement:  All
11:22:24 25  the air that the Bair Hugger generates comes out from
```

STIREWALT & ASSOCIATES
1-800-553-1953   info@stirewalt.com

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
96

```
11:22:27  1  the head and neck area.
11:22:30  2      A.  Not based on the work that I did, no.
11:22:33  3      Q.  And that's because there's holes that go
11:22:35  4  along the entire length of the air -- of the blanket,
11:22:38  5  correct, of the Bair Hugger?
11:22:40  6      A.  The holes go the entire length of the
11:22:42  7  blanket.
11:22:42  8      Q.  Because it's warming the hands and the elbow
11:22:45  9  and the shoulders and the chest and the other arms and
11:22:48 10  hands; correct?
11:22:49 11          Correct?
11:22:50 12      A.  The one we looked at, which is upper body
11:22:53 13  with the arms extended, is doing what you just said.
11:22:55 14      Q.  And let's assume for this -- for this -- for
11:22:57 15  this day at this deposition, that when I refer to the
11:23:00 16  Bair Hugger blanket I'm referring to the 522 -- --
11:23:00 17      A.  Fair.  Thank you.
11:23:04 18      Q.  -- upper body blanket.  Fair?  Okay.
11:23:06 19      A.  Yes.
11:23:16 20      Q.  So have you ever done work for 3M before?
11:23:19 21      A.  No.  I gave a seminar at 3M, but that's not
11:23:23 22  doing work for them.
11:23:24 23      Q.  When did you do a seminar at 3M?
11:23:26 24      A.  Six years ago.
11:23:27 25      Q.  For what division of 3M?
```

STIREWALT & ASSOCIATES
1-800-553-1953   info@stirewalt.com