UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To:<br>*All Cases* | **PLAINTIFFS' MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF SAMSUN LAMPOTANG, PH.D.** |

Pursuant to Federal Rule of Evidence 702, Plaintiffs respectfully move this Court for an Order excluding the opinions and testimony of Samsun Lampotang, Ph.D., because his methods, opinions, and testimony do not comport with the legal requirements of an expert witness.

This motion is based on Plaintiffs' Memorandum in Support of Plaintiffs' Motion to Exclude the Opinions and Testimony of Samsun Lampotang, Ph.D.; the Declaration of Genevieve M. Zimmerman in Support; the exhibits, files, and records herein; and argument to be presented at the hearing of this matter.

1

Dated: September 12, 2017                                   Respectfully submitted,

| | |
|---|---|
| CIRESI CONLIN L.L.P. | MESHBESHER & SPENCE LTD. |
| /s/Michael V. Ciresi_____ | /s/ Genevieve M. Zimmerman |
| Michael V. Ciresi (MN #0016949) | Genevieve M. Zimmerman (MN #330292) |
| Jan M. Conlin (MN #0192697) | 1616 Park Avenue South |
| Michael Sacchet (MN # 395817) | Minneapolis, MN 55404 |
| Ciresi Conlin LLP | Phone: 612.339.9121 |
| 225 S. 6th St., Suite 4600 | Fax: 612.339.9188 |
| Minneapolis, MN 55402 | Email: gzimmerman@meshbesher.com |
| Phone: 612.361.8202 | |
| Email: MVC@CiresiConlin.com | |
|             JMC@CiresiConlin.com | |
|             MAS@ciresiconlin.com | |

LEVIN PAPANTONIO, P.A.

/s/ Ben W. Gordon, Jr.
Ben W. Gordon (FL # 882836) – *Pro Hac Vice*
J. Michael Papantonio (FL # 335924)
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
Phone: 850.435.7090
Fax: 850.436.6090
Email: bgordon@levinlaw.com

*Plaintiffs Co-Lead Counsel*

KIRTLAND & PACKARD LLP

*/s/ Behram V. Parekh*
Behram V. Parekh (Cal. Bar. 180361) (*Pro Hac Vice*)
2041 Rosecrans Ave., 3rd Floor
El Segundo, CA 90245
Phone:310.536.1000
Fax:310.536.1001
E-mail: bvp@kirtlandpackard.com

*Plaintiffs Executive Committee*