UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To: *All Cases* | **DECLARATION OF GENEVIEVE M. ZIMMERMAN IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF SAMSUN LAMPOTANG, PH.D.** |

1. My name is Genevieve M. Zimmerman and I am a Partner with the Meshbesher & Spence Ltd. law firm.  I am a member of the Court appointed Co-Lead Counsel in the above entitled matter.

2. Attached hereto as Exhibit A is a true and correct copy of the Expert Report of Samsun Lampotang, Ph.D.

3. Attached hereto as Exhibit B is a true and correct copy of Exhibit B to the Expert Report of Samsun Lampotang, Ph.D. – Materials Considered.

4. Attached hereto as Exhibit C are true and correct copies of excerpts from the Deposition of Samsun Lampotang, Ph.D., taken on August 11, 2017.

5. Attached hereto as Exhibit D is a true and correct copy of the expert report of Michael W. Buck.

    I declare that the foregoing is true and correct under penalty of perjury pursuant to the laws of the State of Minnesota and the United States of America.

Dated:  September 12, 2017        /s/ Genevieve M. Zimmerman

                    Genevieve M. Zimmerman (MN#330292)
                    MESHBESHER & SPENCE, LTD.
                    1616 Park Avenue

1

Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
Email: gzimmerman@meshbesher.com

***Plaintiffs Co-Lead Counsel***