# EXHIBIT B

<u>Samsun Lampotang, PhD</u>
<u>Materials Considered</u>

Plaintiffs' Expert Report of Michael W. Buck

Plaintiffs' Expert Report of Yadin David

Plaintiffs' Expert Report of Said Elghobashi

Plaintiffs' Expert Report of William Jarvis

Plaintiffs' Expert Report of Dan Koenigshofer

Deposition Transcript of Troy Bergstrom

Deposition Transcript of John Rock

Deposition Transcript of Al Van Duren

Deposition Transcript of Al Van Duren

Deposition Transcript of David Westlin

Deposition Transcript of Teri Woodwick-Sides

Deposition Transcript of Karl Zgoda

Robert Crowder Deposition Transcript

Crowder Deposition Exhibit 372 (3MBH01735994)

Crowder Deposition Exhibit 373 (3MBH00024857)

Crowder Deposition Exhibit 374 (3MBH00022367)

Crowder Deposition Exhibit 375 (3MBH00026515)

Crowder Deposition Exhibit 376 (3MBH00026490)

Crowder Deposition Exhibit 377 (3MBH01929391)

Crowder Deposition Exhibit 378 (3MBH00125235)

Crowder Deposition Exhibit 379 (3MBH01922062)

Crowder Deposition Exhibit 380 (3MBH02109276)

Crowder Deposition Exhibit 381 (3MBH01922948)

Albrecht M, et al. Forced-air warming: a source of airborne contamination in the operating room? *Orthopedic Reviews* 1.2 (2009).

Albrecht M, et al. Forced-air warming blowers: An evaluation of filtration adequacy and airborne contamination emissions in the operating room. *American Journal of Infection Control* 39.4 (2011): 321-328.

Avidan MS, et al. Convection warmers – not just hot air. *Anaesthesia* 1997;52: 1073-1076.

Bernards AT, et al. Persistent Acinetobacter baumannii? Look inside your medical equipment. *Infection Control & Hospital Epidemiology* 25.11 (2004): 1002-1004.

Berríos-Torres SI, et al. Centers for Disease Control and Prevention Guideline for the Prevention of Surgical Site Infection, 2017. *JAMA surgery* (2017).

Birgand G, et al. Air contamination for predicting wound contamination in clean surgery: A large multicenter study. *American Journal of Infection Control* 43.5 (2015): 516-521.

Loftus RW, et al. Hand contamination of anesthesia providers is an important risk factor for intraoperative bacterial transmission. *Anesthesia & Analgesia* 112.1 (2011): 98-105.

Munoz-Price LS, et al. Interactions between anesthesiologists and the environment while providing anesthesia care in the operating room. *American Journal of Infection Control* 41.10 (2013): 922-924.

Neely, Alice N., and Dean F. Sittig. Basic microbiologic and infection control information to reduce the potential transmission of pathogens to patients via computer hardware. *Journal of the American Medical Informatics Association* 9.5 (2002): 500-508.

Van den Broek PJ, et al. Epidemiology of multiple Acinetobacter outbreaks in The Netherlands during the period 1999–2001. *Clinical Microbiology and Infection* 12.9 (2006): 837-843.

Wagner K, et al. Comparison of two convective warming systems during major abdominal and orthopedic surgery. *Canadian Journal of Anesthesia* 55.6 (2008): 358-363.

3MBH01958789

3MBH01958744

3MBH01958750

3MBH00002647

3MBH00761308

3MBH00761309

3MBH00761310

3MBH00761311

505 Design History File (3MBH00127752-3MBH00129005)

750 Design History File (3MBH00046310-3MBH00046821)

750 Redesign History File (3MBH00046186-3MBH00046309)

3/7/2017 Order Sustaining VitaHEAT Relevance Objections

4/13/2017 Order denying Plaintiffs' objection to Mag Judge Order and Affirming 3/6/2017 Order re VitaHEAT

ASHRAE Standard 52.2 User Guide

ASHRAE Chapter 8, Health Care Facilities (2015)

ASHRAE D-90550, pages 29-30

CDC Healthcare Associated Infection Progress