# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To: All Actions | **NOTICE OF HEARING ON DEFENDANTS' MOTION TO EXCLUDE PLAINTIFFS' GENERAL CAUSATION MEDICAL EXPERTS** |

PLEASE TAKE NOTICE THAT on October 24-26, 2017 at 9 a.m., or as soon thereafter as the parties may be heard, before the Honorable Joan N. Ericksen, United States District Court, 12W U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, Defendants 3M Company and Arizant Healthcare, Inc. will respectfully move the Court for an order excluding the expert testimony and opinions of Plaintiffs' general causation medical experts, Jonathan M. Samet, William Jarvis, and Michael J. Stonnington.

Dated: September 12, 2017

Respectfully submitted,

*s/ Benjamin W. Hulse*
Jerry W. Blackwell (MN #186867)
Benjamin W. Hulse (MN #0390952)
Mary S. Young (MN #0392781)
Monica L. Davies (MN #0315023)
BLACKWELL BURKE P.A.
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3248
Fax: (612) 343-3205
Email: blackwell@blackwellburke.com
bhulse@blackwellburke.com
myoung@blackwellburke.com
mdavies@blackwellburke.com

Bridget M. Ahmann (MN #016611x)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Phone: (612) 766-7000
Fax: (612) 766-1600
Email: bridget.ahmann@faegrebd.com

**Counsel for Defendants 3M Company and Arizant Healthcare Inc.**