# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION

MDL No. 15-2666 (JNE/FLN)

This Document Relates To:
All Actions

**(PROPOSED) ORDER GRANTING PLAINTIFFS' MOTION TO EXCLUDE TESTIMONY AND OPINIONS OF SAMSUN LAMPOTANG, PH.D.**

Before the Court is Plaintiffs' Motion to Exclude the Testimony and Opinions of Samsun Lampotang, Ph.D.

Based on the motions and supporting papers, files, records, and hearing conducted in this matter,

IT IS HEREBY ORDERED that Plaintiffs' motion is GRANTED.  The testimony and opinions of Samsun Lampotang, Ph.D. is hereby excluded.

Date: _____                 BY THE COURT


                                        _____

                                        HON. JOAN N. ERICKSEN