# EXHIBIT DX1

TO DECLARATION OF BENJAMIN W. HULSE
IN SUPPORT OF DEFENDANTS' MOTION TO
EXCLUDE PLAINTIFFS' GENERAL
CAUSATION MEDICAL EXPERTS

CASE 0:15-md-02666-JNE-DTS Doc. 751-1 Filed 09/12/17 Page 2 of 456

# Information about the Use of Forced Air Thermal Regulating Systems - Letter to Health Care Providers

August 30, 2017

Dear Health Care Provider,

The FDA is reminding health care providers that using thermoregulation devices during surgery, including forced air thermoregulating systems, have been demonstrated to result in less bleeding, faster recovery times, and decreased risk of infection for patients.

The FDA recently became aware that some health care providers and patients may be avoiding the use of forced air thermal regulating systems during surgical procedures due to concerns of a potential increased risk of surgical site infection (e.g., following joint replacement surgery). After a thorough review of available data, the FDA has been unable to identify a consistently reported association between the use of forced air thermal regulating systems and surgical site infection.

Therefore, the FDA continues to recommend the use of thermoregulating devices (including forced air thermal regulating systems) for surgical procedures when clinically warranted. Surgical procedures performed without the use of a thermoregulation system may cause adverse health consequences for patients during the postoperative and recovery process.

Forced air thermal regulating systems, also called forced air warmers or forced air warming systems, are devices used to regulate a patient's temperature during surgical procedures. Forced air thermal regulating systems use an electrical blower to circulate filtered, temperature controlled air through a hose into a blanket placed over or under a patient.

To determine if there is an increased risk of surgical site infection when forced air thermal regulating systems are used during surgery, the FDA collected and analyzed data available to date from several sources, including medical device reports received by the agency, information from manufacturers and hospitals, publically available medical literature, operating room guidelines, and ventilation requirements

As always, please follow the manufacturer's instructions for use in the operating room/and or the postoperative environment.

## FDA ACTIONS

The FDA will continue to actively monitor this situation and will update this communication if significant new information becomes available.

## CONTACT US

If you have questions about this communication, please contact CDRH's Division of Industry Communication and Education (DICE) at **DICE@FDA.HHS.GOV (mailto:DICE@FDA.HHS.GOV)**, 800-638-2041, or 301-796-7100.

Sincerely,
/s/
William Maisel, MD, MPH
Deputy Center Director for Science
Center for Devices and Radiological Health
U.S. Food and Drug Administration

---

**More in Letters to Health Care Providers
(/MedicalDevices/Safety/LetterstoHealthCareProviders/default.htm)**

# EXHIBIT DX2

TO DECLARATION OF BENJAMIN W. HULSE
IN SUPPORT OF DEFENDANTS' MOTION TO
EXCLUDE PLAINTIFFS' GENERAL
CAUSATION MEDICAL EXPERTS

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to All Actions | EXPERT REPORT OF JONATHAN M. SAMET, M.D., M.S. March 30, 2017 |

## I.   Professional Qualifications

My education and training are in medicine (internal medicine and pulmonary disease) and public health, specifically the discipline of epidemiology (see Exhibit A – curriculum vitae). I received an A.B. degree from Harvard College in Chemistry and Physics and then received my M.D. degree from the University of Rochester School of Medicine and Dentistry. My training after medical school included completion of three years of training in the specialty of Internal Medicine and a three-year fellowship at Harvard Medical School that included training in the subspecialty of Pulmonary Medicine. I am Board certified in both, although I have not engaged in the clinical practice of medicine since 1994, when I left my position at the University of New Mexico for the then Johns Hopkins School of Hygiene and Public Health (now the Johns Hopkins Bloomberg School of Public Health). During my fellowship in clinical epidemiology at the Channing Laboratory of Harvard Medical School, I also received a master's degree in epidemiology from the Harvard School of Public Health.

Of relevance to this report, I served in the US Army from 1971-1973 as a physician. This service followed my internship in Internal Medicine at the University of Kentucky (1970-1971). Based on a critical need at the time, I received on-the-job training in anesthesiology and spent the two years of my military service as an anesthesiologist at Gorgas Hospital in the then Panama Canal Zone. The Hospital was a large facility providing care primarily for military personnel and their families, and Canal Zone employees and dependents. On a day-to-day basis, anesthesia for patients in four to six operating rooms was largely administered by nurse anesthetists under the supervision of a fully trained anesthesiologist and myself. Beyond this supervisory role, I handled many cases. Consequently, I gained extensive first-hand experience with general operating room procedures, as then practiced, covering a wide range of surgical procedures including hip replacement.

1

Subsequent to my fellowship training at Harvard as documented on my curriculum vitae, I have had positions at three academic institutions: the University of New Mexico School of Medicine in Albuquerque, New Mexico (1978-1994); the Johns Hopkins Bloomberg School of Public Health (1994-2008); and the University of Southern California (2008-present). At each of these institutions, I have held leadership positions including Chief of the Pulmonary and Critical Care Division of the Department of Medicine at the University of New Mexico; Chair of the Department of Epidemiology, Co-Director of the Risk Sciences and Public Policy Institute (which I co-founded), and Co-Director of the Institute for Global Tobacco Control (which I founded) of the Johns Hopkins Bloomberg School of Public Health; and Chair of the Department of Preventive Medicine of the Keck School of Medicine of USC and founding Director of the Institute for Global Health of the University of Southern California. In these positions, my responsibilities have included a mix of administration, research, education and training, and clinical practice (while at the University of New Mexico).

In general, my research activities have been centered on the health consequences of inhaled agents, such as tobacco smoke, outdoor and indoor air pollution, and radon, but also extended to the causes of cancer and the determinants of outcome for those with cancer, to cardiovascular disease and sleep-disordered breathing, and to obesity. My curriculum vitae lists my specific publications, which now number over 360 peer-reviewed research papers, approximately 400 additional publications, and 28 books and monographs.

Much of my research has addressed exposure to airborne particulate matter and the health consequences of such exposures, including the particulate progeny of radon, secondhand tobacco smoke, and particles in outdoor air. In this research, I have been involved in leading teams that have measured particle concentrations in outdoor and indoor air, and collected particles for toxicological assays. I have been involved broadly in policy issues related to indoor air quality and particulate matter, including serving on Committee 62 of the American Society of Heating, Refrigerating, and Air Conditioning Engineers (ASHRAE), which addresses ventilation of indoor spaces. For the National Research Council, I chaired the Committee on Research Priorities for Airborne Particulate Matter, the Committee on Comparative Dosimetry of Radon in Homes and Mines, and the Committee to Develop a Research Strategy for Environmental, Health, and Safety Aspects of Engineered Nanomaterials—all concerned with particles. Finally, while I was at Johns Hopkins, I was Principal Investigator for an Environmental Protection Agency funded Center for research on particulate matter.

In addition, since the 1980s, I have been involved in numerous expert panels, reports, and other activities that have involved the synthesis and evaluation of evidence for causal inference and for risk assessment, a process that typically begins with an evaluation of the evidence for existence of a hazard. Most relevant, I have been involved with the US Surgeon Generals' reports on smoking and health since 1984 in capacities including

author, consulting editor, and senior scientific editor.  These reports provide authoritative determinations on the causation of disease and other adverse effects of smoking using a framework for inference that originated with the landmark 1964 report.  This report established a model approach for synthesizing evidence for the purpose of reaching causal conclusions related to smoking with significant policy and public health impact. Subsequent reports have had broad impact, such as the 1986 report of Surgeon General Koop on involuntary smoke, which catalyzed the movement for clean indoor air with its conclusion that involuntary smoking caused lung cancer in never smokers.  I was a Consulting Scientific Editor for this report.

As Senior Scientific Editor for the 2004 report, I led the updating of this approach to evidence evaluation and the introduction of standard language to describe the strength of evidence for causation.  Across multiple reports, I have participated in the evaluation of evidence for causation as author and editor, reaching new causal conclusions in several reports, including the 1986 report (e.g., involuntary smoking causes lung cancer), the 2004 report (e.g., active smoking causes cervical cancer and cataract), and the 2014 report (e.g., active smoking causes cancer of the liver and involuntary smoking causes stroke).  I was Senior Scientific Editor for both the 2004 and 2014 reports.

As a member and chair of the Clean Air Scientific Advisory Committee (CASAC) of the US Environmental Protection Agency, I provided guidance on revisions to the Agency's process for evaluating evidence and inferring causation for the major "criteria" air pollutants, such as airborne particulate matter.  As chair of several committees of the National Academies of Sciences, Engineering, and Medicine, I have provided guidance on revisions to the Agency's processes for chemical risk assessment in its Integrated Risk Information System (IRIS) Program.  These revisions have included introduction of formal systematic review processes and uniform approaches for assessing strength of evidence.

As an internist and pulmonary physician, I provided care for numerous patients with infectious diseases, some complicating surgery.  While at Johns Hopkins, the Department of Epidemiology, which I chaired, was one of the largest academic programs in infectious disease epidemiology, providing an opportunity for me to learn much about this area from my colleagues.

## II.    Statement of the Question

Judgments concerning causation are made for the purposes of public health protection and health promotion at the population level.  Evidence related to the causation of disease (or possibly to a benefit to health) at the population level is considered and a determination made as to whether the evidence supports the inference of a causal relationship between an agent and a particular health outcome.  Such general determinations support various types of interventions intended to improve the health of

3

populations. Examples abound—air quality regulation, tobacco control at local, state and federal levels, and regulations covering exposures in workplaces. The determination in the 1964 Report of the Advisory Committee to the Surgeon General—that smoking causes lung cancer (in men)—is a landmark example, both for the methods used to evaluate the evidence and for the impact of the conclusion.

Distinct from population or general causation, judgments as to causation of disease in specific individuals are also made for a variety of purposes. These determinations address the question as to whether one (or more) agents contributed to the causation of disease in a specific person. The judgment is typically couched in terms of a probability statement, e.g., there is a 60 percent chance that a factor caused a particular disease in a particular person or the probability might be summarized as to whether it is more likely than not that a particular agent was causal for the individual in question.

This report addresses the topic of general causation in regard to the Bair Hugger forced-air warming devices (referred to hereafter as the Bair Hugger device), considering the full range of available and relevant evidence. The question addressed is whether use of a Bair Hugger device during hip and knee joint replacement surgeries increases risk for deep joint infections. "Risk" as used here means that the probability of deep joint infection is increased compared to what that probability would have been, absent the utilization of the Bair Hugger device during hip and knee arthroplasties. In this report, I refer to this theoretical comparison scenario of no exposure to the presence of the Bair Hugger device during surgery as the *counterfactual*. I propose that the appropriate counterfactual is either no specific warming device or the use of a warming device that does not involve forced-air, the actual alternatives in practice.

**Concepts of Causation**

***Causal Criteria or Guidelines***: The present scientific and methodological approaches used for causal inference have their origins in discussions started in the 1950s as observational epidemiological evidence emerged on the causes of "chronic diseases" (primarily cancer, cardiovascular disease, and chronic respiratory disease) related to smoking and other environmental factors. Unlike infectious diseases, for which there were necessary causal agents—i.e., the particular infecting microbes—chronic disease or non-communicable diseases generally had multiple risk factors and no one cause was necessary as for infectious diseases. Criteria (the Henle-Koch postulates) for determining if an infectious agent caused a disease in humans were proposed in the later years of the 19th century as the role of infectious organisms in human disease was established.

The Henle-Koch postulates had no direct extension to non-communicable diseases. For clear ethical and practical reasons, experiments could not be carried out to prove that cigarette smoking or other agents had adverse consequences in people. Additionally, the results of the observational studies were potentially subject to bias, including

4

confounding (the mixture of the effect of another factor, the confounder, with the effect of the exposure of interest), selection bias (the distortion of the true association by the way that participants are selected into study populations), and information bias (errors in the information included in a study).

The approach developed for evaluation of evidence used in the 1964 Surgeon General's report (U.S. Department of Health Education and Welfare, 1964) and in many subsequent authoritative reports, including those of the Surgeon General on smoking and health (U.S. Department of Health and Human Services, 2014), was intended to give appropriate consideration to these issues in interpreting the critical public health evidence. Consequently, systems were developed for comprehensively gathering evidence from individual epidemiological studies, assessing the potential for bias in the individual studies and the collective body of literature, and synthesizing the evidence from the studies to determine if the findings, along with evidence from other types of investigation (e.g., laboratory studies), were sufficient to support a causal conclusion: i.e., that the observed association reflected a causal process and not bias or the play of chance (Glass et al., 2013).

The landmark 1964 report of the US Surgeon General on smoking and health (U.S. Department of Health Education and Welfare, 1964) is widely regarded as providing a model approach for the systematic review of evidence in order to determine if the association between an "exposure" or "risk factor" and some health outcome(s) is causal. Key features of the approach used to develop the report and conclude that smoking causes lung cancer included:

a.  The evidence then available was systematically assembled and reviewed for potential methodological concerns (e.g., confounding) and the implications of such concerns for study interpretation;
b.  Multiple lines of evidence were considered including the nature and components of cigarette smoke, findings of toxicological research, epidemiological research, and data showing coherence with the hypothesis that smoking causes lung cancer, such as parallel trends of smoking and lung cancer rates in the population;
c.  Development of a pragmatic definition of cause and of guidelines or criteria for evaluating evidence for causation (Table 1). Similar guidelines were proposed at about the same time by Sir Austin Bradford Hill in the United Kingdom. Of these guidelines, only temporality (i.e., cause precedes effect) must be met, but the others are critical in bolstering the case for causation and are fundamental to the weight-of-evidence approach used to evaluate the totality of the evidence available. The guidelines are not used as a checklist and all need not be met to infer causality;
d.  Narrative analysis of the evidence using the guidelines to demonstrate in a transparent fashion the basis for the causal determination.

5

***Sufficient Component Cause Framework***: In considering the evidence collected for this report and the nature of the injury related to the Bair Hugger device, the sufficient-component-cause model or framework is relevant and useful. The framework provides insight into how the Bair Hugger device could increase risk for infection, when by definition an infectious organism is requisite for the occurrence of a deep joint infection. This framework considers sets of actions, events, or states of nature that together lead to the outcome under consideration. The model provides a way to account for how multiple factors combine to result in disease in an individual or population. In epidemiology, the component cause model put forward by Kenneth Rothman in a 1976 publication (Rothman, 1976) has clear applicability to considering the role of the Bair Hugger device as a causal factor. This model has broad utilization, being invoked, for example, in a recent report from a committee of the National Academies of Sciences, Engineering, and Medicine that I chaired. This report from the Committee on Using 21st Century Science to Improve Risk-Related Evaluations used the sufficient component cause framework to characterize how pathways of injury by chemicals increase risk for disease (National Academies of Sciences Engineering and Medicine, 2017).

In considering causation, causal factors are classified as to whether they are necessary or sufficient. A cause that is *sufficient* can cause disease on its own but it may not be necessary. For infectious diseases, the responsible microbial organism is necessary, but not sufficient for many infectious organisms. For example, most people who are infected with *Mycobacterium tuberculosis*, the organism responsible for clinical tuberculosis, do not develop clinical disease; the immune system is able to control the infection such that disease does not occur. For lung cancer, smoking is presently the cause of most cases (about 85%) in the United States, but smoking is not sufficient (all smokers do not develop lung cancer) nor necessary (lung cancer occurs in people who have never smoked).

In the component cause model, causal complexes that are sufficient, i.e., able to cause the outcome of concern, are represented by pies (Figure 1) with each slice being a single component of the pie, i.e., an insufficient component by itself unless the pie has only one component (Rothman and Greenland, 2005). The figure depicts three causes (I-III), each having multiple components or slices. When a cause is complete (i.e., each of its components is present), then the outcome will occur. The importance of a cause in a particular population is determined by its prevalence; different populations may have different distributions of causes, e.g., younger versus older patients or a community hospital versus a referral center. The model usefully captures multicausality in the existence of several causal pies having multiple and differing components, the dependence of the strength of component causes on the prevalence of the complementary component causes, and the interaction between component causes.

For infectious diseases by definition, the infectious organism is necessary, corresponding to component A in the example of Figure 1, which is present in causes I, II, and III.

6

Thus, if a necessary component cause can be eliminated, any occurrence of the outcome can be avoided. If a component is present in only one cause, the removal of that component leaves the other causes as pathways to causation. With removal of cause J, for example, cause III is eliminated but causes I and II persist. This model has ready extension to considering the role of the Bair Hugger device in causing deep joint infections, as it captures the necessary presence of the infecting agent and how additional factors contribute to risk (Figure 2).

**Figure 1**: Hypothetical Example of Three Sufficient Causes of Disease From: Rothman KJ, Greenland S. Causation and causal inference in epidemiology. Am J Public Health. 2005; 95 Suppl 1:S144-50.



Figure 2 provides a hypothetical extension of the sufficient component cause model to deep joint infection and the role of the Bair Hugger device. It has two panels, portraying two different causal situations: the first, absent the presence of a Bair Hugger device, has two causes, each with several components; and the second, which has three causes with the addition of a cause with the Bair Hugger device as a component. Because the infecting organism is necessary, it is present in all of the causes in both panels. In the first panel (A), the first cause (Cause 1) has three general components—infecting organism, operating room environment, and patient; the second (Cause 2) has four components—infecting organism, operating room environment, patient, and surgeon. I use the terms "operating room environment," "patient," and "surgeon" in a general sense to refer to any characteristics/correlates that may influence the risk of infection. The "operating room environment" could encompass a broad range of features related to design, including air handling, operational aspects, and cleaning. Patient susceptibility factors are of evident importance and might include underlying health and immune status, smoking status, age, and relative body weight (body mass index or BMI). There are diverse pathways by which a surgeon might affect risk for infection: technique and procedure length or colonization with methicillin-resistant *Staphylococcus aureus* (MRSA).

The second panel (B) includes a third cause with four components—infecting organism, operating room environment, patient, and Bair Hugger device. The third cause includes

the Bair Hugger device, along with patient characteristics and the operating room environment. Comparison of the two panels in this hypothetical shows how the presence of the Bair Hugger device increases risk for deep joint infection, adding an additional cause to the two causes already present. The increment could be considered in absolute or relative terms: i.e., the prevalence of the additional, third cause with the Bair Hugger device or the relative increment in disease comparing the overall prevalence of the three causes in the second panel to that of the two causes in the first panel. The addition of the third circle shows how the use of the Bair Hugger device increases risk for disease; assuming the frequencies of the other two causes remain unchanged, the use of the Bair Hugger device adds an additional cause and hence more deep joint infection in comparison to the (counterfactual) scenario of only two causes. The magnitude of the increase would depend on the prevalence of the cause with the Bair Hugger device.

**Figure 2**: Adaptation of Sufficient Component Cause Model to Deep Joint Infection Risk



A: Causal Mechanisms for Deep Joint Infection without Bair-Hugger Devices

These causal pies are hypothetical and are not drawn to scale.
OR Environ = Operating Room Environment; PT = Patient;
Surgery = Surgical procedure factors



B: Causal Mechanisms for Deep Joint Infection with Bair-Hugger Devices

These causal pies are hypothetical and are not drawn to scale.
OR Environ = Operating Room Environment; PT = Patient; B-H = Bair Hugger Device
Surgery = Surgical procedure factors

With regard to the question of general causation, evidence is considered as to whether evidence supports the existence of Cause 3 in Figure 2. The model acknowledges the necessity of having an infectious organism and the contributions of patient susceptibility and other factors. It also illustrates how the existence of Cause 3 causes deep joint infections, beyond what would occur if only Causes 1 and 2 are present. Figure 2 also shows that the degree to which Cause 3 increases risk depends on the prevalence of other factors, such that the risk for deep joint infections associated with use of the Bair Hugger device could vary across institutions. Below, I review the evidence supporting the existence of a causal mechanism involving the Bair Hugger device.

## III.    Review of the Evidence

In writing this report, I have relied on studies from two sources: literature provided by Ciresi Conlin LLP and by literature searches conducted at USC using PubMed and the following search terms: "trends in surgical wound infections," "National AND trends AND (surgical AND would AND infection)," "Trends AND (surgical AND wound AND infection)," "Trends AND (surgical AND nosocomial AND infection)," "Trends AND (surgical AND wound AND infection) AND device," "(Patient AND warming AND device) AND (surgical AND would AND infection)," "(Patient AND warming) AND (surgical AND wound AND infection)," "(Patient AND warming AND device) AND (operating AND room)," "(Patient AND warming) AND (operating AND room)," "(Patient AND warming) AND (nosocomial AND infection)," "(Patient AND warming) AND (surgical AND site AND infection)," "microbial AND contamination AND operating AND room," "surface AND contamination AND (operating AND room)," "surface AND contamination AND (operating AND room)." The references of the main publications were also searched for additional relevant citations. I reviewed reports prepared by two of Plaintiffs' experts: Drs. William Jarvis and Said Elghobashi. Finally, I considered all the documents referenced in Exhibits B and C of this report.

### Evidence Synthesis and Findings on Causation

*The Range of Evidence Available*: Judgments on causation of an adverse effect of an agent, whether an environmental exposure, a pharmaceutical, or a device, like the Bair Hugger device, are made on the basis of all relevant evidence, whether direct or indirect. In schemas of evidence hierarchy, randomized clinical trials are generally given the most credence, but such trials are carried out to test for efficacy of a device or therapeutic agent or the comparative efficacy or equivalence of two devices or agents. They are not generally carried out to document adverse consequences or to make a comparison of the risks of two different devices or therapeutic agents. Thus, there has not yet been a randomized clinical trial to address the potential infection risk associated with the Bair Hugger device (i.e., a trial comparing the Bair Hugger to some other warming modality). In fact, such trials would not be readily feasible in practice because of the low incidence of deep joint infections; informative sample sizes would need to be very large; and such

9

studies have not been reported to date. Results of a randomized controlled trial evaluating the efficacy of a device that reduces the concentration of colony-forming units (CFUs) at surgical sites were recently reported and are discussed further below (Darouiche et al., 2017).

Observational epidemiological studies have been the mainstay for investigating the causes of disease in human populations. Observational means that the study addresses the consequences of exposures as they take place in the world and that the exposures are not assigned by the researchers as in a randomized clinical trial or other type of experiment. Rather, investigators study the consequences of factors affecting health as people are exposed to those factors based on "real world" determinants. For example, observational designs were used in linking cigarette smoking to lung cancer, as some people were either current or former smokers and others had never smoked. Two basic designs were used: the case-control study comparing the smoking histories of people with lung cancer (cases) to those of similar people, but without lung cancer (controls); and the cohort study comparing the rate at which lung cancer develops in smokers over time to that in never or nonsmokers. The findings from such studies, interpreted in the context of other lines of evidence, supported the conclusion in 1964 by the Advisory Committee to the Surgeon General that smoking caused lung cancer (in men) (U.S. Department of Health Education and Welfare, 1964).

Only limited observational data are available on the potential infection risks from the Bair Hugger device, reflecting the way in which warming devices are typically purchased and used in hospitals, i.e., a hospital would generally use only a single type of warming device in its operating rooms so that comparison to another device cannot be readily made. The general research question on warming devices and infection risk has attracted limited attention to date.

On the assumption that hospitals use only a single type of warming device in operating rooms, investigation of infection risks associated with type of warming device could be carried out by classifying hospitals as to the type of warming device used and comparing deep joint infection rates for groups of hospitals classified by type of warming device used, taking other factors into account that could differ among hospitals. Such studies have not been done and would be difficult to carry out. Another approach would be to carry out a quasi-experimental study within one or more hospitals, monitoring the rate of deep joint infection over time with one device and then intentionally shifting, as abruptly as possible, to an alternative device. A change in the infection rate temporally linked to the change in device would indicate a beneficial or adverse effect of one device compared to the other. A study intentionally following this design has not been carried out, but studies have addressed changes in deep joint infection rates as changes have been made in warming equipment (discussed below).

10

Another line of evidence that has been evaluated is the characterization of time trends of rates of surgical site and deep joint infections. The hypothesis could be advanced that if Bair Hugger devices substantially increase deep joint infection rates, then time trends of rates of such infections should track with the timing of the introduction and utilization of the devices. This is an inherently flawed approach since it does not directly address the risks of the Bair Hugger device; the relevant data on trends are not readily available; and the consequences of other factors changing over time cannot be taken into account. The example of time trends of lung cancer in the United States illustrates the point: While incidence and mortality rates have been dropping in men for several decades because of lessening use, the risk of lung cancer in smokers has risen over this same time period (U.S. Department of Health and Human Services, 2014).

There is one directly relevant observational study in the peer-reviewed literature: the retrospective study carried out by McGovern et al. (McGovern et al., 2011). The study was based on comparing rates of deep joint infection in a hospital in the United Kingdom in two periods: one with the Bair Hugger device in use and one with conductive-fabric warming in use. Figure 7 in the publication describes the structure of the investigation: a period of exclusive use of the Bair Hugger device, a transition period, and then a period of exclusive use of conductive warming. Observation for surgical site infection, including deep joint infection, was standardized across the period of the study, but there were changes in both antibiotic prophylaxis and thromboprophylaxis. Logistic regression was used to estimate the incremental risk associated with having surgery while the Bair Hugger device was in use; the univariate estimate of the odds ratio was 3.8 and statistically significant.

This finding has been criticized as potentially reflecting confounding by the non-comparability of prophylactic antibiotic use and thromboprophylaxis in the two periods. Changes were made in both that overlapped with the different time periods described in Figure 7 of the paper. These arguments are the typical general claims made by those seeking alternative explanations for an association, and reach back to the strategies employed for decades by the tobacco industry (Proctor, 2012; Samet and Burke, 2001).

The deposition testimony of the authors of the McGovern paper addresses the issue of confounding. In an extended data set, Professor Nachtsheim compares infection rates under the two antibiotic regimes during a period when the Bair Hugger device was in use. There is no significant difference in the infection rates, indicating that one key requirement for confounding is not met: an association of the potential confounder (antibiotic use protocol) with the outcome (deep joint infection). Drs. McGovern and Reed cite additional evidence against confounding, including peer-reviewed studies indicating that different thromboprophylaxis protocols do not significantly impact deep joint infection rates (Jensen et al., 2010; Jameson et al., 2012). The authors also explain that additional data collected after publication of the McGovern study continued to

11

demonstrate a relative risk ratio very similar to the 3.8 odds ratio reported in the published study.

A more general argument against confounding can also be made. In setting aside whether the antibiotics and/or thromboprophylaxis were truly "confounding," the magnitude of the association (3.8 odds ratio) reported by McGovern et al. deserves consideration. For the sole explanation to lie with confounding, there would need to be sufficient positive confounding by changes in antibiotic use and/or thromboprophylaxis to explain the association fully. Such confounding is not only unlikely, but it is not supported by the evidence considered above and as reviewed by Professor Nachtsheim and Drs. McGovern and Reed. Additionally, given that the change in the warming method was temporally abrupt, confounding by other, unidentified factors seems unlikely as well. For example, the mix of patients in the time periods compared would likely be unchanged, as would factors related to the operating staff and operating rooms. The 3.8 relative risk ratio is therefore not attributable to confounding.

Other studies have been construed as "negative" and indicating safety of forced-air warming with the Bair Hugger device. In a widely used definition of safety, Lowrance (Lowrance, 1976) proposed that "A thing is safe if its risks are judged to be acceptable." This definition implies that risk can be estimated and then assessed for its acceptability. To conclude that there is no risk for deep joint infection associated with forced-air warming, an estimate of risk based on an appropriate counterfactual comparison is needed that is sufficiently precise to exclude risk levels considered unacceptable. In other words, the relative risk for deep joint infection associated with use of forced-air warming would need to be estimated along with 95% confidence intervals, as is the usual practice. The upper limit of the confidence interval would have to be below risk levels that are considered unacceptable, such as 1.5—the level at which risk is increased by 50%. To have such precision, sufficiently large studies would be needed and multiple studies would be needed to have sufficient confidence in the results. Such evidence does not exist.

Studies have been construed as indicating safety of the Bair Hugger device. However, considering the formulation of safety set out above, the studies provide findings seriously constrained by limited sample size without indicating that there is no risk with any degree of precision. Five studies are briefly described here.

1. Zink and Iaizzo (1993) assessed bacterial contamination using culture plates during simulated surgery with eight volunteers with a protocol that included two control hours and two hours with the Bair Hugger device operational. There was no significant difference in the number of bacterial colonies comparing the two periods.
2. Avidan and colleagues (1997) studied nine Bair Hugger devices and one additional device in use at their hospital. Beyond culturing the airstreams of the

devices, several extremely limited experiments were carried out. In one experiment involving only two devices, no organisms were cultured in the exhaust air from two devices that previously tested positive for internal contamination.

3. Huang et al. (2003) measured bacteria counts at several locations and the wound site in 16 abdominal vascular procedures during which a Bair Hugger device was used. Bacterial counts dropped across the procedure.

4. Moretti et al. (2009) followed a protocol similar to that used by Huang et al. for 30 surgeries, including 20 with a Bair Hugger device. The results showed an increase in counts compared to initial at-rest conditions and a comparison is not presented of the 20 procedures with warming versus the 10 without.

5. Sessler et al. (2011) carried out a simulation study of the consequences of forced-air warming with Bair Hugger devices on tracer smoke particle counts in two operating rooms with laminar flow in place. The investigators report no significant differences in particle counts, comparing baseline and operation of the Bair Hugger devices with and without warming of the air. Data provided in Figures 2 and 3 in the published paper show increases in particle counts with the Bair Hugger device in use, particularly for the Bair Hugger model 635. The small sample size limited statistical power.

These five studies share the problem of limited sample size and statistical power. Moreover, the interpretation of the evidence by the authors is largely based on not finding statistically significant differences in small data sets. Thus, the studies do not demonstrate the safety of the Bair Hugger device. Accordingly, in terms of the larger, collective body of evidence on risk for deep joint infection, these five studies are a limited and flawed component.

***The Mechanisms by which the Bair Hugger Increases Risk for Deep Joint Infection***:
Here, I give emphasis to the findings that address the processes by which the Bair Hugger device could increase risk for infection (Figure 3). There are two general documented mechanisms captured in Figure 3: disruption of protective unidirectional flow across the surgical field and an increased load of microorganisms in the air due to contamination of the forced-air warming device and turbulence-driven flow distributing contaminated skin flakes (squames) into the operative field. Both of these mechanisms lead to an increased number of CFUs delivered to the surgical site.

13

**Figure 3**: Mechanisms by which the Bair Hugger Device Increases Risk for Deep Joint Infection



Central to these mechanisms and risk for deep joint infection is the established relationship between the "dose" of CFUs and risk for surgical site and deep joint infection. With regard to infection risk, dose can be conceptualized as the cumulative number of CFUs that enters the surgical field, whether airborne, entering on instruments and other materials, or on the hands of surgical personnel. The dose would thus constitute the cumulative number of infectious organisms from these various routes. In Figure 3, the Bair Hugger device could increase the dose by increasing the number of airborne organisms deposited onto the surgical site or by contaminating instruments or surgical personnel as airborne CFUs settle onto these surfaces.

As reviewed by Dr. Jarvis, evidence suggests that only a small number of infectious organisms are needed to cause a deep joint infection to occur with knee and hip replacement, given the presence of a foreign material coated with a biofilm, which provides a site for growth that is not readily reached by antibiotics. Findings cited by Dr. Jarvis indicate that only a small number of organisms, possibly even a single organism, may be sufficient. A higher number of organisms reaching the implant increases the risk of infection. The randomized trial reported by Darouiche et al. (2017) further supports the concept of dose, as proposed, and the dependence of risk of deep joint infection on the number of organisms reaching the prosthesis. That study showed that reduction of CFUs reaching the surgical site with use of the Air Barrier System led to a lowering of the number of implact infections (four in the control and none in the intervention). Additionally, as noted by Dr. Jarvis, patient-associated factors are not directly causal, but can increase risk for infection as diagrammed in Figure 2.

Use of the Bair Hugger device in the operating room has two consequences that increase the dose of CFUs, and hence the risk of infection, delivered to the surgical field: disturbance of unidirectional flow across the site and an increase in microbial contamination in the operating room. A substantial literature supports both of these effects of the operation of the Bair Hugger device. With regard to disturbance of

unilateral flow, there are two lines of supporting evidence: empirical studies in operating rooms that document air flow patterns and computational fluid dynamic modeling (CFD). Plaintiffs' expert Dr. Elghobashi implemented a CFD model to describe how the operation of a forced-air warming device affects patterns of air movement within an operating room and the consequences for distribution of squames (human skin cells) during an operation—a patient undergoing knee surgery. The results of the simulation are clear, comparing the two cases—blower off and on: operation of a Bair Hugger device alters air flow and increases the numbers of squames reaching critical sites relevant to infection risk, including the surgical site and the side tables. Two studies document thermal gradients created by the Bair Hugger device that parallel the modeling of Dr. Elghobashi (Table 2).

The results of Dr. Elghobashi's modeling are paralleled by empirical studies using tracers in operating room settings (Table 3). Table 3 summarizes the results of four studies that used simulated surgical procedures to assess the impact of the operation of a Bair Hugger device versus a comparison condition on the concentration of an indicator of airborne contamination. A study by Stocks et al. (2010) supports the use of particle counts as an indicator of the potential concentration of CFUs. In this study, particle concentrations in various size bins were measured at the surgical site during 22 hip and knee procedures. The number of CFUs was also measured at the surgical site. The relationships of particle counts and several characteristics of the procedures and staff with CFUs was considered during 10-minute time blocks. Of the various particle size bins, concentration of particles 10 microns and greater was most strongly associated with CFU count, explaining 41% of the variance in CFU concentration. This finding supports the use of particle tracers and counts as a surrogate for CFUs.

A study by Legg et al. (2012) measured particle counts while the other three used tracers, including glycerol particles and detergent bubbles. All show substantial increases in concentrations/counts of the indicator, as acknowledged by 3M's 30(b)(6) witness. The report by McGovern et al. (McGovern et al., 2011) included an investigation of the effect of forced-air warming with a Bair Hugger device on disruption of unidirectional air flow using neutral-buoyancy bubbles as a marker. Two simulated procedures were included: hip replacement and a lumbar spinal procedure. The experiment provided strong evidence that use of forced-air warming, compared with conductive-fabric warming, increased bubble counts over the surgical site in both sets of simulations. The findings of Belani et al. (Belani et al., 2013) were similar.

In another simulation study, Legg et al. (2012) measured particle counts in different size ranges over the surgical site, comparing forced-air warming with conductive fabric warming and no warming. The findings showed increased particle counts in the three size bins considered versus the two comparison conditions. In a subsequent study, Legg et al. (2013) used 0.3 micron glycerol particles as the tracer and found a several thousand-fold increase in particle count associated with use of a Bair Hugger device.

The Bair Hugger device may also increase the dose of CFUs as a result of the contamination of the device by microbes and the distribution of microbes in the warmed air from the device. Evidence summarized by Dr. Jarvis supports each of these mechanisms by which the device could increase the dose of organisms delivered to the surgical site.

***Findings on Causation***: As noted, judgments as to causality are based on a review of the relevant lines of evidence and evaluation of the evidence within a framework for causal inference, e.g., that used in the Surgeon Generals' reports. These frameworks are not intended to be rigid and in using them, the scope and nature of the evidence available merits consideration. The relevant criteria include temporality, strength of association, consistency, and coherence. *Specificity* is not pertinent, as there are multiple factors associated with risk for deep joint infection following arthroplasty and an infectious organism is necessary. The critical and necessary requirement of *temporality* is inherently met because joint replacement and exposure to infectious organisms precede the occurrence of infection, often by months.

With regard to *strength of association*, the available observational evidence indicates a moderately strong association. The analysis reported by McGovern and colleagues documents a statistically significant association unlikely to be explained by confounding or other bias. The relative risk is estimated at 3.8. The studies summarized in Table 3 show that use of a Bair Hugger device substantially increases the concentration of various tracers over the surgical site, in fact by up to several orders of magnitude.

The guideline of *consistency* is generally applied as a consideration related to interpretation of findings of multiple observational studies and hence is not applicable to the single study by McGovern and colleagues. Here, I point to the consistency of the findings of studies addressing the effect of the Bair Hugger device on particle counts at the surgical site (see Table 3).

As discussed above, there is *coherence* across the streams of evidence supporting the model set out in Figure 3, which offers a well-supported picture of the mechanisms by which the Bair Hugger device increase risk for deep joint infection. There is a coherent body of evidence supporting both pathways. Through the pathways indicated in Figure 3, the Bair Hugger device increases the dose of microbes reaching the surgical site and an increase in this dose increases risk for deep joint infection. The study by McGovern and colleagues shows that the resulting increase in risk of deep joint infection is substantial. The evidence is thus consistent and coherent, and biological plausibility for the Bair Hugger device to increase risk for deep joint infection is well established.

In my judgment, the full body of evidence is sufficient to conclude that the Bair Hugger device causally increases risk for deep joint infection. There is sufficient consistency among the findings of the individual studies, the evidence is coherent, biological

16

plausibility is evident, and temporality is satisfied.  As indicated in Figure 2, the Bair Hugger device is not a necessary cause, but a causal factor that increases risk of deep joint infection by adding an additional causal mechanism.

With regard to the question of how much the Bair Hugger device increases risk, the observational evidence from the study by McGovern et al. represents the most salient quantitative estimate—an elevated odds ratio of 3.8.  Calculating a commonly used epidemiological statistic, the attributable risk in the exposed (RR-1/RR), the estimate is 2.8/3.8 or 74%.  With this magnitude of excess risk, the Bair Hugger device would constitute a substantial contributing cause.

Jonathan M. Samet, M.D., M.S.

Distinguished Professor and Flora L. Thornton Chair

Department of Preventive Medicine Keck School of Medicine of USC

Director, USC Institute for Global Health

University of Southern California

2001 N. Soto Street, MC 9239, Los Angeles, California 90089-9239

**Figure 1**: Hypothetical Example of Three Sufficient Causes of Disease From: Rothman KJ, Greenland S. Causation and causal inference in epidemiology. Am J Public Health. 2005; 95 Suppl 1:S144-50.



19

**Figure 2**: Adaptation of Sufficient Component Cause Model to Deep Joint Infection Risk

A: Causal Mechanisms for Deep Joint Infection without Bair-Hugger Devices



These causal pies are hypothetical and are not drawn to scale.
OR Environ = Operating Room Environment; PT = Patient;
Surgery = Surgical procedure factors

B: Causal Mechanisms for Deep Joint Infection with Bair-Hugger Devices



These causal pies are hypothetical and are not drawn to scale.
OR Environ = Operating Room Environment; PT = Patient; B-H = Bair Hugger Device
Surgery = Surgical procedure factors

20

**Figure 3**: Mechanisms by which the Bair Hugger Device Increases Risk for Deep Joint Infection



**Table 1**. Guidelines for causal inference. Data from the 1964 Smoking and Health: Report of the Advisory Committee to the Surgeon General and from Hill 1965

| US Surgeon General Report's criteria | Hill's criteria |
|---|---|
| Consistency of association | Strength |
| Strength of association | Consistency |
| Specificity of association | Specificity |
| Temporal relationship of association | Temporality |
| Coherence of association | Biological gradient |
| | Coherence |
| | Experiment |

22

**Table 2.** Studies comparing mean temperature differences of potential surgical site contamination with comparison of Bair Hugger device versus control

| Reference | Indicator | Bair Hugger Device | Comparison | Ratio |
|---|---|---|---|---|
| Legg et al. 2012 | Temperature difference (°C) | 1.1°C | Radiant warming 0.4°C | p < 0.001 |
| Desari et al. 2012 | Temperature difference (°C) | Floor 0°C<br>Table 0°C<br>Head 0°C<br>Shoulders 1.9°C<br>Surgical site (abdomen) 3.8°C<br>Knees 7.1°C | Hot Dog (an over-body conductive blanket)<br>Floor 0°C<br>Table 0°C<br>Head 0°C<br>Shoulders 1.8°C<br>Surgical site (abdomen) 1.0°C<br>Knees 3.9°C<br><br>Inditherm (an under-body resistive mattress)<br>Floor 0°C<br>Table 0°C<br>Head 0°C<br>Shoulders 0.2°C<br>Surgical site (abdomen) 0.1°C<br>Knees 0.4°C | Hot Dog +2.73; p <0.001<br><br>Inditherm +3.63; p <0.001 |

23

**Table 3.** Studies comparing indicators of potential surgical site contamination with comparison of Bair Hugger device versus control

| | | | |
|---|---|---|---|
| McGovern et al. 2011 | Neutral-buoyancy detergent bubbles counted by photos | half drape 68 laid-down 3 full-drape 0 | conductive warming half-drape 0 laid-down 0 full-drape 1 | Infinite for half-drape and laid-down and 0 for full-drape |
| Legg et al. 2012 | HandiLaz handheld particle counter over surgical site | 0.3 microns mean=1038.2 | 0.3 microns 274.8 (no warming) | 3.78 (p=0.0087) |
| Legg et al. 2013 | 0.3 micron glycerol particles measured over surgical site with HandiLaz particle counter | 2.174x106/m3 | 2x103 /m3 (no warming used) | 2,174 |
| Belani et al. 2013 | Neutrally buoyant detergent bubbles counted by a sequence of 10 photographs taken at 10-second intervals per experimental run | Modeled estimate of 132.5 | modeled estimate of 0.48 for conductive warming | 276 |

24

Exhibit A

## Curriculum Vitae / List of Publications

*Jonathan Michael Samet*

## PERSONAL DATA

Distinguished Professor and Flora L. Thornton Chair
Department of Preventive Medicine
Keck School of Medicine of USC
Director, USC Institute for Global Health
University of Southern California
2001 North Soto Street, Room 330A, MC 9239
Los Angeles, CA 90089
Telephone: 323-865-0803
Fax: 323-865-0854
jsamet@med.usc.edu

## EDUCATION AND TRAINING

| | | |
|---|---|---|
| A.B. | 1966 | Harvard College, Chemistry and Physics |
| M.D. | 1970 | University of Rochester School of Medicine and Dentistry |
| M.S. | 1977 | Harvard School of Public Health |

**Postdoctoral Training**

| | |
|---|---|
| 1975-78 | Research Fellow in Clinical Epidemiology, Channing Laboratory, Harvard Medical School, Boston, Massachusetts |
| 1973-75 | Resident in Medicine, University of New Mexico Affiliated Hospitals, Albuquerque, New Mexico |
| 1970-71 | Intern in Medicine, University of Kentucky Medical Center, Lexington, Kentucky |
| **Licensure** | Formerly licensed in New Mexico, Maryland, Massachusetts |
| **Certification** | Diplomate, National Board of Medical Examiners |
| | Diplomate, American Board of Internal Medicine |

1

Diplomate, American Board of Internal Medicine, Subspecialty of Pulmonary Medicine

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 2016- | Director, Workforce Development and KL2 Program, Southern California Clinical and Translational Science Institute (SC CTSI) |
| 2014- | Distinguished Professor, University of Southern California, Los Angeles, California |
| 2010-2015 | Director, Education, Career Development, and Ethics Program (ECDE), Southern California Clinical and Translational Science Institute (SC CTSI) |
| 2008- | Professor and Flora L. Thornton Chair, Department of Preventive Medicine, Keck School of Medicine, University of Southern California, Los Angeles, California |
| 2008- | Director, USC Institute for Global Health, University of Southern California, Los Angeles, California |
| 2008- | Adjunct Professor, Department of Epidemiology, Bloomberg School of Public Health, The Johns Hopkins University, Baltimore, Maryland |
| 1998-08 | Director, Institute for Global Tobacco Control, Bloomberg School of Public Health, The Johns Hopkins University, Baltimore, Maryland |
| 1995-08 | Co-Director, Risk Sciences and Public Policy Institute, Bloomberg School of Public Health, The Johns Hopkins University, Baltimore, Maryland |
| 1995-08 | Secondary Appointment, Oncology Center, The Johns Hopkins University, Baltimore, Maryland |
| 1994-08 | Joint Appointment, Department of Medicine, School of Medicine, The Johns Hopkins University, Baltimore, Maryland |
| 1994-08 | Professor and Chairman, Department of Epidemiology, Bloomberg School of Public Health, The Johns Hopkins University, Baltimore, Maryland |
| 1994-00 | Co-Director, The Center for Epidemiology and Policy, Bloomberg School of Public Health, The Johns Hopkins University, Baltimore, Maryland |
| 1994-96 | Adjunct Scientist, Inhalation Toxicology Research Institute |

2

| | |
|---|---|
| 1994-97 | Clinical Research Professor, Department of Medicine, University of New Mexico, Health Sciences Center, Albuquerque, New Mexico |
| 1986-94 | Professor of Family, Community, and Emergency Medicine, University of New Mexico, Albuquerque, New Mexico |
| 1986-94 | Professor of Medicine, University of New Mexico, Albuquerque, New Mexico |
| 1986-94 | Chief, Pulmonary and Critical Care Division, Department of Medicine, University of New Mexico School of Medicine, Albuquerque, New Mexico |
| 1985-86 | Associate Professor of Family, Community, and Emergency Medicine, University of New Mexico, Albuquerque, New Mexico |
| 1985-94 | Chief, Pulmonary Division, University of New Mexico Hospital, Albuquerque, New Mexico |
| 1982-86 | Associate Professor of Medicine, University of New Mexico, Albuquerque, New Mexico |
| 1980-94 | Epidemiologist, New Mexico Tumor Registry, University of New Mexico, Cancer Research and Treatment Center, Albuquerque, New Mexico |
| 1978-82 | Assistant Professor of Medicine, University of New Mexico, Albuquerque, New Mexico |
| 1978-83 | Research Associate in Medicine, Harvard Medical School, Boston, Massachusetts |
| 1975-78 | Research Fellow in Clinical Epidemiology, Channing Laboratory, Harvard Medical School, Boston, Massachusetts |
| 1974-75 | Senior Resident in Medicine, University of New Mexico Affiliated Hospitals, Albuquerque, New Mexico |
| 1973-74 | Assistant Resident in Medicine, University of New Mexico Affiliated Hospitals, Albuquerque, New Mexico |
| 1971-73 | U.S. Army, Anesthesiologist at Gorgas Hospital, Balboa Heights, Canal Zone |
| 1970-71 | Intern in Medicine, University of Kentucky Medical Center, Lexington, Kentucky |

3

**PROFESSIONAL ACTIVITIES**

**Society Memberships**

American Cancer Society
2010-        Member, Cancer and the Environment Team

Society for Epidemiologic Research
1989-90      President
1988-91      Executive Committee
1988-89      President-Elect

American Thoracic Society
2007-08      Member, Task Force on Spirometry
2005-08      Program Committee, Environmental and Occupational Health
             Assembly
2005-06      Member, Environmental Health Policy Committee
1994-96      Program Committee, Behavioral Sciences Section
1992-95      Long Range Planning Committee, Environmental and Occupational
             Health Assembly
1987-88      Chairman, Workshop on Environmental Controls and Lung Disease
1987-88      Program Committee, Environmental and Occupational Health
             Assembly
1983-84      Chairman, Environmental and Occupational Health Assembly
             Annual Meeting Committee
1981-83      Secretary, Environmental and Occupational Health Assembly
1980-85      Program Committee, Environmental and Occupational Health
             Assembly
1979-82      Member, Steering Committee, EPA-American Lung Association
             Project, Physician Seminars on Health Effects of Air Pollution

New Mexico Thoracic Society
1984-85      President
1983-84      Vice-President
1982-83      Secretary-Treasurer

American College of Epidemiology, Fellow
2007-2010    Co-Chair, Policy Committee
2000-01      President
1999-00      President-Elect
1997-03      Member, Board of Directors

American Association for the Advancement of Science, Fellow

California Thoracic Society

4

International Society of Indoor Air Quality and Climate

Society for Research on Nicotine and Tobacco

**Advisory Panels**

2016        Chair, Gilbert W. Beebe Symposium on 30 Years after the Chernobyl
Accident: Current and Future Studies on Radiation Health Effects

2016-       Chair, Committee on Medical and Epidemiological Aspects of Air Pollution
on US Government Employees and their Families, National Academies of
Sciences, Engineering, and Medicine

2016-       Member, Guideline Development Group, WHO Air Quality Guidelines

2016-       Member, American Lung Association Scientific and Medical Editorial
Review Panel

2015-2016  Chair, Incorporating 21st Century Science into Risk-Based Evaluations,
National Research Council

2014-       Member, Gulf Research Program Advisory Board, National Research Council

2013-2014  Chair, Analysis of Cancer Risks in Populations Near Nuclear Facilities:
Phase II Pilot Planning Committee, National Research Council

2013        Chair, Working Group on Ambient Air Pollution, International Agency for
Research on Cancer (IARC)

2013-       Expert member, External Advisory Board, Mayo Clinic Lung Cancer SPORE

2013-2014  Executive Councilor, Radiation Effects Research Foundation

2012-2016  Chair, National Advisory Committee, Robert Wood Johnson Foundation
Health & Society Scholars

2012-2014  Chair, Committee to Review the IRIS Process, National Research Council

2012-2013  Chair, Health Impact Assessment Academic Advisory Committee, California
Air Resources Board

2012-2013  Vice-Executive Councilor, Radiation Effects Research Foundation

2012-       Member, Board of Councilors, Radiation Effects Research Foundation

| | |
|---|---|
| 2012 | Chair, Workshop Planning Committee, Improving Science in the Administrative Process: A Workshop. Committee on Science Technology and Law, the National Academies |
| 2011-2016 | Member, National Cancer Advisory Board |
| 2011 | Chair, Working Group on Non-Ionizing Radiation: Radiofrequency Electromagnetic Fields, International Agency for Research on Cancer (IARC) |
| 2011-2012 | Member, Board of Directors, Radiation Effects Research Foundation |
| 2010-2014 | Chair, Tobacco Products Scientific Advisory Committee, Food and Drug Administration |
| 2010-2013 | Chair, Committee to Develop a Research Strategy for Environmental Health and Safety Aspects of Engineered Nanomaterials, National Research Council |
| 2010-2011 | Chair, Committee to Review the Draft IRIS Assessment on Formaldehyde, National Research Council |
| 2010-2012 | National Advisory Committee, Robert Wood Johnson Foundation Health & Society Scholars |
| 2010-2012 | Chair, Interest Group on Environmental and Occupational Health and Toxicology, Institute of Medicine |
| 2010-2013 | Member, Scientific Advisory Committee of CanCOLD |
| 2009-2010 | Chair, Health Impact Assessment Academic Advisory Committee, California Air Resources Board |
| 2009-2010 | Member, Scientific Advisory Board for the National Heart, Lung, and Blood Institute (NHLBI) Global Health Initiative in Partnership with the UnitedHealth Chronic Disease Initiative Program |
| 2009- | Chair, Centre Advisory Board, MRC-HPA Centre for Environment and Health |
| 2009-2010 | Member, Planning Committee, Interest Group on Environmental and Occupational Health, Toxicology, Institute of Medicine |
| 2008-2012 | Chairman, Clean Air Scientific Advisory Committee, Science Advisory Board, U. S. Environmental Protection Agency |

6

2008-2010   Co-Chair, Committee on Cancer and the Environment, American Cancer Society

2008-2012   Member, Science Advisory Board, U.S. Environmental Protection Agency

2007-2009   Member, Scientific Advisory Committee, World Trade Center Medical Programs at Mount Sinai School of Medicine

2007-2008   Member, Clean Air Scientific Advisory Committee, Science Advisory Board, U. S. Environmental Protection Agency

2006-2014   Chair, Scientific Advisory Committee, Centre for Research in Environmental Epidemiology (CREAL) Barcelona, Spain

2006-2007   Chairman, Committee on Evaluation of the VA's Presumptive Disability Decision-Making Process (PDDM), Institute of Medicine

2006-2009   Member, Executive Committee, Tyler Prize for Environmental Achievement

2005-2007   Member, Guideline Project Committee (GPC) 29, American Society of Heating, Refrigerating and Air Conditioning Engineers (ASHRAE)

2004-2009   Member, Global Tobacco Advisory Board, Pfizer, Inc.

2004-2006   Chairman, Committee on Asbestos: Selected Health Effects, Institute of Medicine

2004-2010   Member, Advisory Board of the Centre for Emerging Infectious Diseases, The Chinese University of Hong Kong

2004-      Member, Advisory Committee for the University of California, San Francisco Center for Tobacco Control Research and Education

2003-2008   Member, Advisory Board for the Clinical Research Curriculum Award, University of Maryland School of Medicine

2003-2008   Member, Environmental Factors and Cancer Advisory Committee, American Cancer Society

2003-2009   Chairman, Board on Environmental Studies and Toxicology, National Research Council

2003-2010   Member, Science, Technology, and Law Panel, National Research Council

2003-2010   Member, Scientific Advisory Board, R. Samuel McLaughlin Centre for

Population Health Risk Assessment, University of Ottawa

2002-2006    Member, External Scientific Advisory Board, Cancer Research and Treatment Center, University of New Mexico

2002-2008    Chairman, Scientific Advisory Committee, Genetics, Air Pollution and Respiratory Effects in Children and Young Adults project, University of Southern California

2002-        Member, Scientific Advisory Committee, American Lung Association

2002-2003    Member, Board on Environmental Studies and Toxicology, National Research Council

2002-2003    Member, The National Children's Study Advisory Committee, National Institutes of Health

2001-2002    Expert Consultant, Exubera Global Development Team, Pfizer Inc.

2001-2007    Member, Epidemiology Review Board, E. I. duPont de Nemours and Company, Inc.

2001-2006    Member, Awards Assembly, General Motors Cancer Research Foundation

2002         Chairman, Working Group on Smoking and Involuntary Smoking, International Agency for Research on Cancer, World Health Organization

2002-2004    Member, Scientific Advisory Committee of the Systematic Review of Health Aspects of Air Quality in Europe Project, World Health Organization

2000-2001    Chairman, Peer Review Panel on the State of the Science Concerning *Pfiesteria*, Centers for Disease Control and Prevention

2000-2002    Member, Research Advisory Board of the Meyer Center, Johns Hopkins University School of Medicine

1999-2004    Chairman, External Advisory Committee, Southern California Particle Center and Supersite, UCLA

1999-2005    Member, Scientific Advisory Committee, Northwest Research Center for Particulate Air Pollution and Health, University of Washington

1999-2005    Consultant, Clean Air Scientific Advisory Committee, Science Advisory

8

Board, U. S. Environmental Protection Agency

1998-2001   Member and Chairman (2001), Charles S. Mott Selection Committee of the General Motors Cancer Research Foundation

1998-2004   Chairman, Committee on Research Priorities for Airborne Particulate Matter, National Research Council

1998-2006   Member, Research Committee, Health Effects Institute

1997-2002   Member, Maryland Air Quality Control Advisory Council, Maryland Department of the Environment

1996-2000   Chairman, External Advisory Committee, NIEHS Center, University of Southern California

1996-2003   Member, Board of Directors, Radiation Effects Research Foundation

1996-2008   Member, National Council on Radiation Protection and Measurements

1995-1999   Member, Board of Scientific Counselors, National Cancer Institute

1995-1997   Chairman, Scientific Advisory Committee, Iowa Persian Gulf Project, University of Iowa

1995-1996   Consultant, Clean Air Scientific Advisory Committee, Science Advisory Board, U.S. Environmental Protection Agency

1994-2008   Member, Board of Overseers, American Journal of Epidemiology

1995-2004   Member, National Advisory Council for the National Jewish Center for Immunology & Respiratory Medicine

1994-1998   Chairman, Biological Effects of Ionizing Radiation (BEIR) VI Committee, Phase II, National Research Council

1993-1995   Member, WIPP Subcommittee, National Advisory Council on Environmental Policy & Technology (NACEPT), U.S. Environmental Protection Agency

1992-1998   Member, Respiratory Advisory Board, ASTRA

1992-1994   Chairman, Biological Effects of Ionizing Radiation (BEIR) VI Committee, Phase I, National Research Council

1992-1998   Member, Commission on Life Sciences, National Research Council

1992-1998    Member, SSPC 62, American Society of Heating, Refrigeration, and Air-Conditioning Engineers

1991-1996    Task Force on Pneumoconioses, American College of Radiology

1991    Member, Fourth Task Force for Research Planning in Environmental Health Science, National Institute of Environmental Health Sciences

1991-1994    Pulmonary Disease Advisory Committee, Division of Lung Diseases, National Heart, Lung, and Blood Institute

1991-1997    Member, Board of Radiation Effects Research, National Research Council

1990-1994    Chairman, Research Oversight Committee, Health Effects Institute-Asbestos Research

1989-1991    Chairman, Panel on Dosimetric Assumptions Affecting the Application of BEIR IV Risk Estimates, National Research Council

1989-1997    Member, National Air Conservation Commission, American Lung Association

1989-1990    Member, Health Subcommittee, Relative Risk Reduction Project of the Science Advisory Board, U.S. Environmental Protection Agency

1989-1991    Member, External Advisory Committee, Northern California Cancer Center

1988-1994    Member, Radon Task Group, Office of Health and Environmental Research, U.S. Department of Energy

1987-1995    Member, Indoor Air Quality and Total Human Exposure Committee, Science Advisory Board, U.S. Environmental Protection Agency

1987-1990    Member, Mine Health Research Advisory Committee, Centers for Disease Control

1987    Member, Working Group on Man-made Mineral Fibres and Radon, International Agency for Research on Cancer, World Health Organization

1986-1987    Member, Oversight Panel, University of California, Davis, Review of the Occupational Health System of the Semiconductor Industry Association

1986-1989    Member, Task Group 9 of Scientific Committee 57, "Lung Cancer Risk", National Council on Radiation Protection and Measurements

1985-1987    Member, Biological Effects of Ionizing Radiation (BEIR) IV-Alpha Committee, National Research Council, National Academy of Sciences

1985         Member, Working Group on Tobacco Smoking, International Agency for Research on Cancer, World Health Organization

1984-1992    Member, Monitoring Board, CARDIA Study, National Heart, Lung, and Blood Institute

1984-1987    Member, National Air Conservation Commission, American Lung Association

1984-1986    Member, Science Advisory Board, Acid Deposition Research Program Province of Alberta, Canada

## EDITORIAL ACTIVITIES

### Peer-Review Activities

2002-2004  Chairman, Epidemiology of Cancer Study Section, National Institutes of Health

1986       Member, Parent Review Committee, SCOR Program, Division of Lung Diseases, National Heart, Lung, and Blood Institute

1984-1989  Member, U.S. Environmental Protection Agency Research Review Panel

1981-1984  Member, Epidemiology and Disease Control Study Section, National Institutes of Health

### Editorial Board Membership

2014-      Associate Editor, Population Health Metrics

2014-2015  Section Editor, Current Environmental Health Reports

2013-      Honorary Editor-in-Chief, World Journal of Tobacco or Health

2012-      Member, Editorial Board, Carcinogenesis

2010-2014  Member, Editorial Board, BMC Public Health

2010-        Member, Korean Society for Preventive Medicine, <u>Journal of Preventive Medicine and Public Health</u>

2008-        Editorial Board Member, <u>American Journal of Respiratory and Critical Care Medicine</u>

2008-2011   Member, Editorial Board, <u>Preventive Medicine</u>

2007-        Co-Editor-in-Chief, <u>Air Quality, Atmosphere and Health</u>

2005-2008   Consulting Editor, <u>Archives of Environmental Health</u>

2005-2014   Member, Board of Consulting Editors, <u>MEDICINE</u>

2004-        U.S. Epidemiology Section Head, Faculty of 1000 Medicine Reports

2004-2007   Editorial Advisory Board, <u>European Journal of Epidemiology</u>

2003-2008   Member, International Editorial Advisory Board, <u>Hong Kong Medical Journal</u>

2002-        Editorial Board, <u>Population Health Metrics</u>

2001-2007   Editor, <u>Epidemiology</u>

1994-2002   Editor, <u>Epidemiologic Reviews</u>

1992-1998   Editor, <u>American Journal of Epidemiology</u>

1991-2001   Associate Editor, <u>Tobacco Control: An International Journal</u>

1991-1992   Editor, pro tem, <u>American Journal of Epidemiology</u>

1989-1994   Associate Editor, <u>American Review of Respiratory Disease</u>

1998-2000   Editorial Board, <u>Journal of Environmental Medicine</u>

1997-        Editorial Board, <u>American Journal of Medicine</u>

1997-2009,  Editorial Board, <u>American Journal of Respiratory and Critical Care Medicine</u>
2013-

1996-        Editorial Committee, <u>Salud Pública de México</u>

1991-2009   Associate Editor, <u>Cancer Epidemiology, Biomarkers and Prevention</u>

1988-2000  Editorial Board, <u>Epidemiology</u>

1988-1989  Editorial Board, <u>American Review of Respiratory Disease</u>

1986-1991  Associate Editor, <u>American Journal of Epidemiology</u>

1982-1988  Editorial Board, <u>Annals of Sports Medicine</u>

## HONORS AND AWARDS

Doctorate Honoris Causae, Instituto Nacional de Salud Pública (INSP), Mexico 2017

Fellow, Society for Research on Nicotine and Tobacco, 2017

Public Health Leadership Award, CEASE Program, Morgan State University, 2016

Fries Prize for Improving Health, CDC Foundation, 2016

Woodson Lecture, University of Louisville, 2016

David M. Rall Award, National Academy of Medicine, 2015

Abraham Lilienfeld Award, American College of Epidemiology, 2015

Luther Terry Award for Distinguished Career, American Cancer Society, 2015

Harold and Marilyn Menkes Memorial Lecture, Johns Hopkins Bloomberg School of Public Health, 2015

B.J. Kennedy Lecture in Medical Oncology, University of Minnesota, 2014

Research Award, University of New Mexico School of Medicine 50th Anniversary, 2014

Distinguished Professor, University of Southern California, 2014

Phi Kappa Phi Honor Society 2014

David Bates Memorial Lecture, 2013

The Edward Livingston Trudeau Medal, American Thoracic Society/American Lung Association, 2013

Robert Zweig Memorial Award, South Coast Air Quality Management District, 2011

13

The Robert S. Gordon, Jr. Lecture in Epidemiology, National Institutes of Health, 2011

Doll-Wynder Award, Society for Nicotine and Tobacco Research, 2011
The Alton Ochsner Award Relating Smoking and Health, 2008

The Golden Honorary Award of the "Health Promotion" Foundation, Poland, 2008

World No Tobacco Day 2007 Award, World Health Organization

Breath of Life Award, American Lung Association of Maryland, 2006

Distinguished Alumnus Award, University of Rochester School of Medicine and Dentistry, 2006

Surgeon General's Medallion, 2006

Global Smokefree Partnership Award, 2006

Public Service Award, American Thoracic Society, 2006

John Goldsmith Award for Outstanding Contributions to Environmental Epidemiology, International Society for Environmental Epidemiology, 2005

Prince Mahidol Award in Public Health, Prince Mahidol Award Foundation, 2005

Visiting Scholar Award, Division of Cancer Epidemiology and Genetics, National Cancer Institute, 2004

George Wills Comstock, M.D., Award, American Lung Association of Maryland, 2003

Dr. William Cahan Distinguished Professor Award, Flight Attendant Medical Research Institute, 2003

The 136th Cutter Lecture on Preventive Medicine, Harvard School of Public Health, 2002

Honorary Fellowship Award, American College of Chest Physicians, 2002

Joseph W. Cullen Memorial Award, American Society of Preventive Oncology, 2002

The Fourteenth Richard T. Cushing, MD Medical Lecture Program, American Lung Association of Minnesota, 2001

Alumni Award of Merit, Harvard School of Public Health, 2001

14

Jacob I. and Irene B. Fabrikant Professor in Health, Risk, and Society, Bloomberg School of Public Health, Johns Hopkins University, 2000

Institute of Medicine, National Academy of Sciences, 1997

Fellow, American Association for the Advancement of Science, 1996

Award for Excellence in Environmental Health Research, The Lovelace Institute, 1996

Delta Omega Honorary Society in Public Health, Alpha Chapter, 1995

American Epidemiological Society, 1992

Surgeon General's Medallion, 1990

Western Association of Physicians, 1990

Annual Research Lecturer, University of New Mexico, 1990

Presidential Professor in Medicine, University of New Mexico, 1989-1994

American Society for Clinical Investigation, 1989

Alpha Omega Alpha, 1989

Ralph C. Williams, Jr., M.D., Award for Research Contributions to the Department of Medicine, University of New Mexico, 1987

Presidential Lecturer in Medicine, University of New Mexico, 1986-1988

Clinton P. Anderson Award, American Lung Association of New Mexico, 1986

Research Career Development Award, Division of Lung Diseases, NHLBI, 1981-1986

## BOOKS AND MONOGRAPHS

1.  Samet, JM (Consulting Scientific Editor).  The Health Consequences of Smoking:  Cancer and Chronic Lung Disease in the Workplace.  Rockville, U. S. Department of Health and Human Services **1985**; 542 pages.

2.  Samet, JM (Consulting Scientific Editor).  The Health Consequences of Involuntary Smoking:  A Report of the Surgeon General.  Rockville, U. S. Department of Health and Human Services **1986**; 359 pages.

3.  Samet, JM (Senior Scientific Editor).  The Health Benefits of Smoking Cessation:  A Report of the
    Surgeon General.  Rockville, U. S. Department of Health and Human Services **1990**; 628 pages.

4.  Samet JM, Spengler JD (eds).  Indoor Air Pollution:  A Health Perspective.  Baltimore, Johns Hopkins University Press **1991**; 407 pages.

5.  Samet JM, Coultas DB (eds).  Smoking Cessation.  Clin Chest Med **1991**; 12:631-847.

6.  Samet, JM (Consulting Scientific Editor).  Strategies to Control Tobacco Use in the United States.  A Blueprint for Public Health Action in the 1990s.  Smoking and Tobacco Control Monograph 1.  Rockville, U. S. Department of Health and Human Services **1991**; 307 pages.

7.  Becker TM, Wiggins CL, Elliott RA, Key CR, Samet JM (eds).  Racial and Ethnic Patterns of Mortality in New Mexico.  Albuquerque, University of New Mexico Press **1993**; 233 pages.

8.  Samet JM (ed).  The Epidemiology of Lung Cancer.  New York, Marcel Dekker, Inc. **1994**; 543 pages.

9.  Samet JM (Consulting Scientific Editor).  Changes in Cigarette-Related Disease Risks and Their Implication for Prevention and Control.  Smoking and Tobacco Control Monograph 8.  Bethesda, National Institutes of Health **1997**; 565 pages.

10. Samet, JM, Muñoz A (eds).  Cohort Studies.  Epidemiol Rev **1998**; 20(1):1-136.

11. Holgate ST, Koren HS, Samet JM, Maynard RL (eds).  Air Pollution and Health.  London, Academic Press **1999**; 1065 pages.

12. Samet JM (ed).  Environmental Tobacco Smoke—Exposure Assessment in the Workplace.  Environ Health Perspect **1999**; 107(2):305-381.

13. Samet JM, Jaakkola MS (eds). Environmental Tobacco Smoke—Risk Assessment. Environ Health Perspect **1999**; 107(6):821-904.

14. Adkinson NF, Huss K, Samet JM (eds.) Allergies: What you need to know. Alexandria, Time Life Books **1999**; 181 pages.

15. Armenian HK, Samet JM (eds). Epidemiology in the Year 2000 and Beyond. Epidemiol Rev **2000**; 22(1):1-185.

16. Spengler JD, Samet JM, McCarthy JF (eds). Indoor Air Quality Handbook. New York, McGraw-Hill **2000**; 1488 pages.

17. Samet JM, Yoon S-Y (eds). Women and the Tobacco Epidemic. Challenges for the 21st Century. Geneva, World Health Association **2001**; 222 pages.

18. Samet JM (Senior Scientific Editor). The Health Consequences of Smoking: A Report of the Surgeon General. Rockville, MD. U.S. Department of Health and Human Services **2004**; 941 pages.

19. Samet JM (Senior Scientific Editor). The Health Consequences of Involuntary Exposure to Tobacco Smoke: A Report of the Surgeon General. Rockville, MD. U.S. Department of Health and Human Services **2006**; 709 pages.

20. Schottenfeld D, Fraumeni JF (eds), Samet JM, Colditz GA, Whittemore AS (assoc. eds). Cancer Epidemiology and Prevention, 3rd edition. New York, Oxford University Press **2006;** 1416 pages.

21. Samet JM, Bodurow CC (eds). Improving the presumptive disability decision-making process for veterans. Washington, D.C., National Academies Press **2008**; 440 pages.

22. Quinn TC, Samet JM (eds). Epidemiologic approaches to global health. Epidemiol Rev. **2010**; 32(1): 1-187.

23. Samet JM, Yoon SY (eds). Gender, women, and the tobacco epidemic. Geneva, World Health Organization **2010**; 268 pages.

24. Samet JM (Contributing Editor). How tobacco smoke causes disease: The biology and behavioral basis for smoking-attributable disease. A report of the Surgeon General. Rockville, U. S. Department of Health and Human Services **2010**; 704 pages.

25. Samet JM (Contributing Editor). Preventing tobacco use among youth and young adults. A report of the Surgeon General. Rockville, U. S. Department of Health and Human Services **2012**; 900 pages.

26.   Straif K, Cohen A, Samet JM (eds). IARC Scientific Publication No. 161: Air
      Pollution and Cancer. Geneva, International Agency for Research on Cancer **2013**.
      e-ISBN 978-92-832-2161-6

27.   Samet JM (Senior Scientific Editor).  The Health Consequences of Smoking – 50
      Years of Progress. A Report of the U.S. Surgeon General. Atlanta, U.S. Department
      of Health and Human Services, Centers for Disease Control and Prevention,
      National Center for Chronic Disease Prevention and Health Promotion, Office on
      Smoking and Health **2014**; 943 pages.

28.   Samet JM (Contributing Editor). E-cigarette use among youth and young adults. A
      report of the Surgeon General. Rockville, U.S. Department of Health and Human
      Services **2016**; 275 pages.

## CHAPTERS

1.  Samet JM, Chick TW.  Exercise and the lung.  In:  Appenzeller O, Atkinson R (eds):
    Sports Medicine: Fitness.  Training.  Injuries.  First Edition.  Baltimore-Munich,
    Urban & Schwarzenberg, **1981**; 203-221.

2.  Samet JM, Chick TW.  Exercise and the lung.  In:  Appenzeller O, Atkinson R (eds):
    Sports Medicine.  Fitness.  Training.  Injuries.  Second Edition.  Baltimore-Munich,
    Urban & Schwarzenberg, **1983**; 211-227.

3.  Samet JM.  Community sources of air pollution.  In:  Linn WS (ed):  Energy, Air
    Pollution, and Health:  Seminar Proceedings.  New York, American Lung
    Association, **1983**; 20-39.

4.  Samet JM, Lerchen ML.  Proportion of lung cancer caused by occupation: a critical
    review.  In:  Gee JBL, Morgan WKC, Brooks SM (eds):  Occupational Lung Disease.
    New York, Raven Press, **1984**; 55-67.

5.  Samet JM (Contributing author).  Effect of cigarette smoke exposure on measures of
    chronic obstructive lung disease morbidity.  In:  The health consequences of smoking.
    Chronic obstructive lung disease.  A report of the Surgeon General.  Rockville,
    Maryland, U.S. Department of Health and Human Services, **1984**.

6.  Samet JM (Contributing author).  Evaluation of chronic lung disease in the
    workplace.  In:  The health consequences of smoking:  cancer and chronic lung disease
    in the workplace.  A report of the Surgeon General.  Rockville, Maryland, U.S.
    Department of Health and Human Services, **1985**.

7.  Samet JM.  Cancer in New Mexico.  In:  Williams JL (ed):  New Mexico in Maps.
    Albuquerque, New Mexico, University of New Mexico Press, **1986**; 191-193.

8.  Samet JM (Contributing author).  Health effects of environmental tobacco smoke
    exposure.  In:  The Health Consequences of Involuntary Smoking.  A Report of the
    Surgeon General.  Rockville, Maryland, U.S. Department of Health and Human
    Services, **1986**.

9.  Coultas DB, Samet JM.  Epidemiology and natural history of childhood asthma.  In:
    Tinkelman DG (ed):  Bronchial Asthma in Children:  Clinical and Therapeutic
    Aspects.  New York:  Marcel Dekker, **1987**; 71-114.

10. Chick TW, Samet JM.  Exercise and the lung.  In:  Appenzeller O (ed):  Sports
    Medicine.  Fitness.  Training.  Injuries.  Third Edition.  Baltimore-Munich, Urban &
    Schwarzenberg, **1988**; 239-256.

11.  Samet JM.  Definitions and methodology in COPD research.  In:  Hensley M, Saunders N (eds):  Clinical Epidemiology of Chronic Obstructive Lung Disease.  New York, Marcel Dekker, Inc., **1989**; 1-22.

12.  Samet JM.  Surrogate sources of dietary information.  In:  Willett W (ed):  Nutritional Epidemiology.  New York, Oxford University Press, **1989**; 133-142.

13.  Samet JM, Goodwin JS.  Patterns of cancer care for non-Hispanic Whites, Hispanics, and American Indians in New Mexico:  A population-based study.  In:  Yancik R, Yates JW (eds):  Cancer in the Elderly:  Approaches to Early Detection and Treatment.  New York, Springer Publishing Company, Inc, **1989**; 108-126.

14.  Coultas DB, Samet JM.  Cigarette smoking.  In:  Hensley M, Saunders N (eds):  Clinical Epidemiology of Chronic Obstructive Lung Disease.  New York, Marcel Dekker, Inc., **1989**; 109-138.

15.  Samet JM (Contributing author).  Advances in knowledge of the health consequences of smoking.  In:  Reducing the health consequences of smoking.  25 years of progress.  A report of the Surgeon General.  Rockville, Maryland, U.S. Department of Health and Human Services, **1989**.

16.  Lambert WE, Samet JM.  The role of combustion products in building-associated illness.  In: Cone JE, Hodgson MJ (eds):  Problem Buildings: Building-Associated Illness and the Sick Building Syndrome.  Philadelphia, Hanley & Belfus, Inc., **1989**; 723-733.

17.  Samet JM, Coultas DB.  Epidemiology of lung cancer.  In:  Witek TJ Jr, Schachter EN (eds):  Problems in Respiratory Care.  Current Issues in Respiratory Public Health:  I. J.B. Lippincott Company, **1990**; 62-79.

18.  Utell MJ, Samet JM.  Environmentally mediated disorders of the respiratory tract.  Med Clin N Am, **1990**; 74:291-306.

19.  Samet JM (Contributing author).  Assessing smoking cessation and its health consequences.  In: The health benefits of smoking cessation.  A report of the Surgeon General.  Rockville, U.S. Department of Health and Human Services, **1990**.

20.  Samet JM.  The relationship of smoking to COPD. In:  Cherniack NS (ed):  Chronic obstructive pulmonary disease, Philadelphia, W.B. Saunders Company, **1991**; 249-258.

21.  Samet JM, Marbury MC.  Building-related illness.  In:  Weeks JL, Levy BS, Wagner GR (eds):  Preventing Occupational Disease and Injury, **1991**; 171-180.

22.   Mauderly JL, Samet JM.  General environment.  In: Crystal RG, West JB (eds):  The Lung:  Scientific Foundations.  New York, Raven Press, **1991**; 1947-1960.

23.   Samet JM, Cain WS, Leaderer BP.  Environmental tobacco smoke.  In:  Samet JM, Spengler JD (eds):  Indoor Air Pollution:  A Health Perspective.  Baltimore, Johns Hopkins University Press, **1991**; 131-169.

24.   Samet JM.  Radon.  In:  Samet JM, Spengler JD (eds):  Indoor Air Pollution:  A Health Perspective.  Baltimore, Johns Hopkins University Press, **1991**; 323-347.

25.   Samet JM.  Nitrogen dioxide.  In:  Samet JM, Spengler JD (eds):  Indoor Air Pollution:  A Health Perspective.  Baltimore, Johns Hopkins University Press, **1991**; 170-186.

26.   Spengler JD, Samet JM.  A perspective on indoor and outdoor air pollution.  In:  Samet JM, Spengler JD (eds):  Indoor Air Pollution:  A Health Perspective. Baltimore, Johns Hopkins University Press, **1991**; 1-29.

27.   Samet JM, Spengler JD.  Indoor air pollution.  In:  Rom WN (ed):  Environmental and Occupational Medicine.  Boston, Little, Brown 1992; 1243-1254.  Also reprinted with permission in J Occup Health Safety (Australia and New Zealand), **1991**; 7:101-116.

28.   Farrow DC, Samet JM.  Identification of the high-risk smoker.  Clin Chest Med, **1991**; 12:659-668.

29.   Coultas DB, Samet JM.  Respiratory disease prevention.  In: Last JM, Wallace RB. Maxcy-Rosenau-Last Public Health & Preventive Medicine.  Norwalk, Connecticut, Appleton & Lange, **1991**; 885-895.

30.   Samet JM.  Diseases of uranium miners and other underground miners exposed to radon.  In:  Rom WN (ed): Environmental and Occupational Medicine.  Boston, Little, Brown 1991; 1085-1091.  Also reprinted with permission in Wilkinson GS (ed):  The Nuclear Energy Industry, Occupational Medicine:  State of the Art Reviews.  Philadelphia, Hanley & Belfus, Inc., **1991**; 6:629-639.

31.   Samet JM.  Health benefits of smoking cessation.  Clin Chest Med, **1991**; 12:669-679. Also reprinted with permission and updating in Med Clin N Am, 1992; 76:399-414.

32.   Lambert WE, Samet JM, Dockery DW.  Community air pollution.  In:  Rom WN (ed):  Environmental and Occupational Medicine:  Boston, Little, Brown **1992**; 1223-1242.

33.   Samet JM.  Environmental tobacco smoke.  In: Lippmann M (ed):  Environmental Toxicants.  Human exposures and their health effects.  New York, Van Nostrand Reinhold, **1992**; 231-265.

21

34.  Utell MJ, Samet JM.  A clinical perspective on respiratory toxicology.  In:  Lippmann M (ed):  Environmental Toxicants.  Human exposures and their health effects.  New York, Van Nostrand Reinhold.  **1992**; 662-681.

35.  Goodwin JS, Samet JM.  Factors affecting the diagnosis and treatment of older patients with cancer.  In:  Balducci L, Lyman GH, Ershler WB (eds):  Geriatric Oncology.  Philadelphia, J.B. Lippincott Company, **1992**; 42-50.

36.  Coultas DB, Samet JM.  Occupational lung cancer.  Clin Chest Med **1992**; 13:341-354.

37.  Coultas DB, Samet JM.  Epidemiology and natural history of childhood asthma.  In:  Tinkelman DG, Naspitz CK:  Childhood Asthma.  Pathophysiology and Treatment (Second Edition).  New York, Marcel Dekker, Inc., **1992**; 71-114.

38.  Samet JM, Spengler JD.  Indoor air pollution.  In:  Rom WN (ed):  Environmental and Occupational Medicine:  Boston, Little, Brown, **1992**; 1243-1254.

39.  Samet JM.  Epidemiology and the pediatric pulmonologist.  In:  Hilman BC (ed.).  Pediatric Respiratory Disease:  Diagnosis and treatment Philadelphia, W.B. Saunders Company, **1993**; 46-52.

40.  Samet JM.  The epidemiologic approach to investigating indoor and outdoor air pollution.  In:  Gardner DE, Crapo JD, McClellan RO.  Toxicology of the Lung.  Second Edition.  **1993**; 311-334.

41.  Samet JM, Spengler JD.  Prevention of respiratory diseases from indoor and outdoor air pollution.  In:  Hirsch A, Goldberg M, Martin J-P, Masse R (eds):  Prevention of Respiratory Diseases.  New York, Marcel Dekker, Inc., **1993**; 277-303.

42.  Samet JM, Utell MJ.  Air pollution.  In:  Bone RC (ed):  Pulmonary and Critical Care Medicine.  St. Louis, Mosby-Year Book **1993**; 1-15.

43.  Wiggins CL, Samet JM.  Methods.  In:  Becker TM, Wiggins CL, Elliott RS, Key CR, Samet JM (eds.):  Racial and ethnic patterns of mortality in New Mexico.  Albuquerque, University of New Mexico Press, **1993**; 1-11.

44.  Espey DK, Samet JM, Wiggins CL, Becker TM.  All-cause mortality.  In:  Becker TM, Wiggins CL, Elliott RS, Key CR, Samet JM (eds.):  Racial and ethnic patterns of mortality in New Mexico.  Albuquerque, University of New Mexico Press, **1993**; 12-22.

45.  Wiggins CL, Becker TM, Key CR, Samet JM.  Cancer mortality.  In:  Becker TM, Wiggins CL, Elliott RS, Key CR, Samet JM (eds.):  Racial and ethnic patterns of

mortality in New Mexico. Albuquerque, University of New Mexico Press, **1993**; 23-49.

46. Carter JS, Wiggins CL, Becker TM, Key CR, Samet JM. Diabetes mortality. In: Becker TM, Wiggins CL, Elliott RS, Key CR, Samet JM (eds.): Racial and ethnic patterns of mortality in New Mexico. Albuquerque, University of New Mexico Press, **1993**; 50-64.

47. Becker TM, Wiggins CL, Key CR, Samet JM. Infectious diseases mortality. In: Becker TM, Wiggins CL, Elliott RS, Key CR, Samet JM (eds.): Racial and ethnic patterns of mortality in New Mexico. Albuquerque, University of New Mexico Press, **1993**; 65-82. Reprinted with permission from: Am J Public Health 1990; 80:320-323.

48. Becker TM, Wiggins C, Key CR, Samet JM. Ischemic heart disease mortality. In: Becker TM, Wiggins CL, Elliott RS, Key CR, Samet JM (eds.): Racial and ethnic patterns of mortality in New Mexico. Albuquerque, University of New Mexico Press, **1993**; 83-93. Reprinted with permission from Circulation 1988; 78:302-309.

49. Samet JM. Respiratory disease mortality. In: Becker TM, Wiggins CL, Elliott RS, Key CR, Samet JM (eds.): Racial and ethnic patterns of mortality in New Mexico. Albuquerque, University of New Mexico Press, **1993**; 98-107. Reprinted with permission from Am J Public Health 1988; 78:1182-1186.

50. Chavez RD, Becker TM, Wiggins CL, Key CR, Samet JM. Alcohol-related mortality. In: Becker TM, Wiggins CL, Elliott RS, Key CR, Samet JM (eds.): Racial and ethnic patterns of mortality in New Mexico. Albuquerque, University of New Mexico Press, **1993**; 108-117.

51. Sewell CM, Becker TM, Wiggins CL, Key CR, Samet JM. Injury mortality. In: Becker TM, Wiggins CL, Elliott RS, Key CR, Samet JM (eds.): Racial and ethnic patterns of mortality in New Mexico. Albuquerque, University of New Mexico Press, **1993**; 118-131. Reprinted with permission from West J Med 1989; 150:708-713.

52. Becker TM, Wiggins CL, Key CR, Samet JM. Suicide and homicide. In: Becker TM, Wiggins CL, Elliott RS, Key CR, Samet JM (eds.): Racial and ethnic patterns of mortality in New Mexico. Albuquerque, University of New Mexico Press, **1993**; 132-144. Reprinted with permission from Suicide and Life Threatening Behavior 1990; 20:324-334.

53. Becker TM, Wiggins CL, Key CR, Samet JM. Symptoms, signs, and ill-defined conditions: a leading cause of death among minorities. In: Becker TM, Wiggins CL, Elliott RS, Key CR, Samet JM (eds.): Racial and ethnic patterns of mortality in New Mexico. Albuquerque, University of New Mexico Press, **1993**; 145-159. Reprinted with permission from Am J Epidemiol 1990; 131:664-668.

54. Wu-Williams AH, Samet JM. Lung cancer and cigarette smoking. In: Samet, JM (ed): The Epidemiology of Lung Cancer. New York, Marcel Dekker, Inc., **1994**; 71-108.

55. Speizer FE, Samet JM. Air pollution and lung cancer. In: Samet, JM (ed): Epidemiology of Lung Cancer. New York, Marcel Dekker, Inc., **1994**; 131-150.

56. Darby SC, Samet JM. Radon. In: Samet JM (ed): The Epidemiology of Lung Cancer. New York, Marcel Dekker, Inc., **1994**; 219-244.

57. Economou P, Lechner JF, Samet JM. Familial and genetic factors in the pathogenesis of lung cancer. In: Samet JM (ed): Epidemiology of Lung Cancer. New York, Marcel Dekker, Inc., **1994**; 353-396.

58. Samet JM, Utell MJ. Ambient air pollution. In: Rosenstock L, Cullen MR (eds). Textbook of clinical occupational and environmental medicine. Philadelphia, WB Saunders Company, **1994**; 53-60.

59. Samet JM. Health effects of radon. In: Nagda NL (ed): Radon: Prevalence, measurements, health risks and control. Philadelphia, American Society for Testing and Materials, **1994**; 33-48.

60. Samet JM (Contributing author). The health consequences of tobacco use by young people. In: Preventing tobacco use among young people. A report of the Surgeon General. Atlanta, U.S. Department of Health and Human Services, Public Health Service, **1994**; 15-38.

61. Lambert WE, Samet JM. Combustion products: nitrogen dioxide, carbon monoxide, and wood smoke. Immunol Allergy Clin N Am **1994**; 14:607-620.

62. Gilliland FD, Samet JM. Lung cancer. Cancer Surveys **1994**; 19:175-195.

63. Samet JM. Lung cancer. In: Greenwald P, Kramer BS, Weed DL (eds). Cancer Prevention and Control. New York, Marcel Dekker, Inc., **1995**; 561-583.

64. Utell MJ, Samet JM. Air pollution in the outdoor environment. In: Brooks SM, Gochfeld M, Jackson AJ, Herzstein J, Schenker MB (eds). Environmental Medicine. St. Louis, Mosby-Year Book, Inc., **1995**; 462-469.

65. Lambert WE, Samet JM. Indoor air pollution. In: Harber P, Schenker MB, Balmes JR (eds). Occupational and Environmental Respiratory Disease. St. Louis, Mosby-Year Book, Inc., **1996**; 784-807.

24

66. Samet JM, Shaikh RA.  Asbestos in buildings, Pt. II.  In:  Harber P, Schenker MB, Balmes JR (eds). Occupational and Environmental Respiratory Disease.  St. Louis, Mosby-Year Book, Inc., **1996**; 321-329.

67. Samet JM.  Radon and lung cancer revisited.  In:  Gammage RB, Berven BA (eds). Indoor Air and Human Health.  Lewis Publishers **1996**; 325-339.

68. Samet JM. Occupational pulmonary disorders.  In:  Bennett JC, Plum F (eds).  Cecil Textbook of Medicine.  Philadelphia, WB Saunders Company, **1996**; 399-403.

69. Coultas CB, Samet JM.  Smoking cessation and rehabilitation.  In:  Fishman AF (ed). Pulmonary Rehabilitation.  New York, Marcel Dekker, Inc., **1996**; 91:401-420.

70. Wiesch DG, Samet JM, Meyers DA, Bleecker ER.  Classification of the asthma phenotype in genetic studies.  In:  Liggett SB, Meyers DA (eds).  The Genetics of Asthma.  New York, Marcel Dekker, Inc., **1996**; 421-438.

71. Utell J, Samet JM.  Airborne particles and respiratory disease:  clinical and pathogenic considerations.  In:  Wilson R, Spengler J (eds).  Particles in Our Air: Concentrations and Health Effects.  Cambridge, Harvard University Press, **1996**; 169-188.

72. Samet JM.  The changing cigarette and disease risk:  current status of the evidence. In:  The FTC Cigarette Test Method for Determining Tar, Nicotine and Carbon Monoxide Yields of U.S. Cigarettes, Report of the NCI Expert Committee.  Smoking and Tobacco Control Monograph 7.  Rockville, U. S. Department of Health and Human Services, **1996**; 77-92.

73. Samet JM.  The environment and health: state of the art in 1990's.  In:  Rivero SO, Ponciano RG (eds).  Riesgos Ambientales para la Salud en la Ciudad de México. Programa Universitario de Medio Ambiente, **1996**; 22-29.

74. Fortoul TI, Lambert WE, Samet JM, Oláiz, López MI, Sánchez, Doyer M, Villadelmar FL, Bliss MS, Moncada HS, Montaño B, Navarro D, Bravo AH, Sánchez, Rivero SO.  Efectos del ozono en niños habitantes de la ciudad de México. In:  Rivero SO, Ponciano RG (eds).  Riesgos Ambientales para la Salud en la Ciudad de Mexico.  Programa Universitario de Medio Ambiente, **1996**; 121-126.

75. Burns DM, Garfinkel L, Samet JM.  Introduction, summary, and conclusions.  In: Changes in Cigarette-Related Disease Risks and Their Implication for Prevention and Control.  Smoking and Tobacco Control Monograph No. 8. Rockville, U.S. Department of Health and Human Services, **1997**; 1-11.

76. Samet JM.  Radon.  In:  Comprehensive Toxicology:  Toxicology of the Respiratory System.  Roth RA  (ed).  New York, Elsevier Science, Inc., **1997**; 8:467-480.

77.  Samet JM, Utell MJ.  Indoor and outdoor pollution.  In:  Fishman's Pulmonary Diseases and Disorders.  Fishman AP, Elias JA, Fishman JA, Grippi MA, Kaiser LR, Senior RM (eds).  New York, McGraw-Hill, **1997**; 1:941-963.

78.  Mitchell CS, Samet JM.  Clinical evaluation of individuals with suspected indoor air quality problems.  In:  Textbook of Pulmonary Diseases.  Baum GL, Crapo JD, Celli BR, Karlinsky JB (eds).  Philadelphia, Lippincott-Raven Publishers, **1997**; 1:779-788.

79.  Samet JM, Bailey LA.  Environmental population screening.  In:  Genetic Secrets: Protecting Privacy and Confidentiality in the Genetic Era.  Rothstein MA (ed).  New Haven, Yale University Press, **1997**; 197-211.

80.  Wiesch D, Samet JM.  Epidemiology and natural history of asthma.  In:  Allergy: Principles and Practice, 5th Edition.  Middleton E, Reed CE, Ellis EF, Adkinson NF, Yunginger JW, Busse WW (eds).  St Louis, Mosby-Year Book, Inc. **1998**; 2:799-815.

81.  Samet JM, Burke TA.  Epidemiology and risk assessment.  In:  Applied Epidemiology:  Theory to Practice.  Brownson RC, Petitti DB (eds).  New York, Oxford University Press, Inc., **1998**; 137-175.

82.  Samet JM (Contributing author).  Health consequences of tobacco use among four racial/ethnic minority groups.  In: Tobacco use among U.S. racial/ethnic minority groups, African Americans, American Indians and Alaska Natives, Asian Americans and Pacific Islanders, Hispanics: A report of the Surgeon General.  Atlanta, U.S. Department of Health and Human Services, **1998**; 137-204.

83.  Samet JM, Mapel DW.  Diseases of uranium miners and other underground miners exposed to radon.  In: Environmental and Occupational Medicine, Third Edition.  Rom WN (ed).  Philadelphia, Lippincott-Raven, **1998**; 1307-1315.

84.  Alberg AJ, Samet J.  Epidemiology of lung cancer.  In: Biology of Lung Cancer.  Kane MA, Bunn PA (eds).  New York, Marcel Dekker, **1998**; 122:11-51.

85.  Coultas DB,. Samet JM.  Respiratory disease prevention.  In:  Public Health & Preventive Medicine.  Wallace RB, Doebbeling BN, Last JM (eds).  Stamford, Appleton & Lange, **1998**; 981-990.

86.  Samet JM, Alberg AJ.  Surrogate sources of dietary information.  In: Nutritional Epidemiology.  Willett W (ed).  New York, Oxford University Press, **1998**; 157-173.

87.  Samet JM, Spengler JD, Mitchell CS.  Indoor air pollution.  In: Environmental and Occupational Medicine, Third Edition.  Rom WN (ed).  Philadelphia, Lippincott-Raven, **1998**; 1523-1537.

88.  Alberg AJ, Samet JM. Epidemiology of lung cancer. In: Encyclopedia of Human Nutrition. Sadler MJ, Caballero B, Strain JJ (eds). London, Academic Press, **1998**; 235-248.

89.  Samet JM. Historical cohort study. In: Encyclopedia of Biostatistics. Armitage P, Colton T (eds). New York, John Wiley & Sons, **1998**;

90.  Lambert WE, Samet JM, Dockery DW. Community air pollution. In: Environmental and Occupational Medicine, 3rd Edition. Rom WN (ed). Philadelphia, Lippincott-Raven, **1998**; 1501-1521.

91.  Samet JM, Utell MJ. Air pollution. In: Pulmonary and Critical Care Medicine, 5th Update. Bone RC, Dantzer DR, George RB (eds). Chicago, Mosby-Year Book Inc., **1998**;

92.  Samet JM, Cohen AJ. Air pollution and lung cancer. In: Air Pollutants and the Respiratory Tract. Swift DL, Foster WM (eds). New York, Marcel Dekker, Inc., **1999**; 181-217.

93.  Samet JM, Jaakkola JJK. The epidemiologic approach to investigating outdoor air pollution. In: Air Pollution and Health. Holgate ST, Koren HS, Samet JM, Maynard RL (eds). London, Academic Press, **1999**; 431-460.

94.  Samet JM, Cohen AJ. Air pollution and lung cancer. In: Air Pollution and Health. Holgate ST, Koren HS, Samet JM, Maynard RL (eds). London, Academic Press, **1999**; 841-864.

95.  Samet, JM. Risk assessment and air pollution. In: Air Pollution and Health. Holgate ST, Koren HS, Samet JM, Maynard RL (eds). London, Academic Press, **1999**; 881-897.

96.  Ahmed I, Samet JM. The natural history of asthma. In: Pediatric Asthma. Murphy S, Kelly HW, McWilliams B (eds). New York, Marcel Dekker, **1999**; 41-69.

97.  Samet JM. Occupational pulmonary disorders. In: Cecil Textbook of Medicine. Goldman L, Bennett JC (eds). Philadelphia, W.B. Saunders Company, **1999**; 419-424.

98.  Samet JM, Jaakkola JJK. The epidemiological approach to investigating indoor and outdoor air pollution. In: Toxicology of the Lung. Gardner DE, Crapo JD, McClellan RO (eds). Philadelphia, Taylor & Francis, **1999**; 399-429.

99. Utell MJ, Samet JM.  Clinical perspective on respiratory toxicology.  In: Environmental Toxicants:  Human Exposures and Their Health Effects.  Lippmann M (ed).  New York, John Wiley & Sons, Inc., **1999**; 945-967.

100. Samet JM, Wang SS.  Environmental tobacco smoke.  In:  Lippmann M (ed).  Environmental Toxicants, 2nd Edition.  New York, John Wiley & Sons **2000**; 319-375.

101. Frampton MW, Utell MJ, Samet JM.  Cardiopulmonary consequences of particle inhalation.  In:  Gehr P, Heyder J (eds).  Particle-Lung Interactions.  New York, Marcel Dekker, Inc., **2000**; 653-670.

102. Samet JM, Wang SS.  Environmental tobacco smoke.  In:  Spengler JD, Samet JM, McCarthy JF (eds).  Indoor Air Quality Handbook.  New York, McGraw-Hill **2000**; 30.1-30.30.

103. Samet JM.  Radon.  In:  Spengler JD, Samet JM, McCarthy JF (eds).  Indoor Air Quality Handbook.  New York, McGraw-Hill **2000**; 40.1-40.19.

104. Zeger Sl, Wyant T, Miller LS, Samet J.  Statistical testimony on damages in *Minnesota v. Tobacco Industry*.  In:  Gastwirth JL (ed).  Statistical science in the courtroom.  New York, Springer-Verlag **2000**; 303-320.

105. Samet JM.  The relationship between acute and chronic health effects of air pollution.  In:  Heinrich U, Mohr U (eds).  Relationships between acute and chronic effects of air pollution.  Washington, DC, ILSI Press **2000**; 11-21.

106. Samet JM, Gordis L.  Epidemiology, overview.  In:  Gail MH, Benichou J (eds).  Encyclopedia of Epidemiologic Methods.  Chichester (UK): John Wiley & Sons, **2000**.  378-386.

107. Thompson PJ, Stewart GA, Samet JM.  Allergens and pollutants.  In: Allergy.  Holgate ST, Church MK, Lichtenstein LM (eds).  London, Mosby International **2001**; 213-242.

108. Samet JM.  The science/policy interface.  In:  Aaron JL, Patz JA (eds).  Ecosystem Change and Public Health: A Global Perspective.  Baltimore, The Johns Hopkins University Press **2001**; 100-115.

109. Samet JM, Wiesch DG, Ahmed IH.  Pediatric asthma:  epidemiology and natural history.  In:  Naspitz CK, Szefler SJ, Tinkelman DG, Warner JO (eds).  Textbook of Pediatric Asthma:  An International Perspective.  London, Martin Dunitz Ltd. **2001**; 35-66.

110. Samet JM. Health effects of tobacco use by Native Americans: past and present. In: Winter JC (ed). Tobacco Use by Native North Americans: Sacred Smoke and Silent Killer. Norman, University of Oklahoma **2001**; 331-341.

111. Samet JM. The risks of active and passive smoking. In: Slovic P (ed). Smoking: Risk, Perception and Policy. Thousand Oaks, Sage Publications **2001**; 3-28. Reprinted with permission in Salud Pública de México **2002**; 44:S144-S160.

112. Samet JM, Utell MJ. Air pollution. In: Bone RC, Dantzker DR, George RB, Matthay RA, Reynolds HY (eds). Pulmonary and Critical Care Medicine, Volume 1. St. Louis, Mosby **2001**; 1-15.

113. Armenian H, Thompson M, Samet J. Competency-based curriculum in epidemiology. In: Teaching epidemiology: a guide for teachers in epidemiology, public health and clinical medicine. Jorn Olsen, Rodolfo Saracci, Dimitrios Trichopoulos (eds). 2nd Edition. Oxford, Oxford University Press **2001**; 373-389.

114. Samet JM, Yang G. Passive smoking, women and children. In: Samet JM, Yoon S-Y (eds). Women and the Tobacco Epidemic: Challenges for the 21st Century. Canada, World Health Organization **2001**; 17-45.

115. Samet JM. Environmental and occupational health sciences in public health. In: Detels R, McEwen J, Beaglehole R, Tanaka H (eds). Oxford Textbook of Public Health: The Practice of Public Health, Volume 2, 4th Edition. New York, Oxford University Press **2002**; 959-978.

116. Asma S, Yang G, Samet J, Giovino G, Bettcher DW, Lopez AD, Yach, D. Tobacco. In: Detels R, McEwen J, Beaglehole R, Tanaka H (eds). Oxford Textbook of Public Health: The Practice of Public Health, Volume 3. New York, Oxford University Press **2002**; 1481-1502.

117. Mahadevia PJ, Kamangar F, Samet JM. Adopting new technology in the face of uncertain science: the case of screening for lung cancer. In: Curry SJ, Byers T, and Maria Hewitt (eds). Fulfilling the Potential of Cancer Prevention and Early Detection. Washington DC, The National Academies Press **2003**; 259-293.

118. Tang EA, Wiesch DG, Samet JM. Epidemiology of asthma and allergic diseases. In: Adkinson NF, Yunginger JW, Busse WW, Bochner BS, Holgate ST, Simons FER (eds). Allergy: Principles and Practices, 6th Edition. St. Louis, Mosby **2003**; 1127-1168.

119. Zeger S, Dominici F, McDermott A, Samet JM. Bayesian hierarchical modeling of public health surveillance data: a case study of air pollution and mortality. In: Brookmeyer R, Stroup D (eds). Monitoring the Health of Populations: Statistical

Principles & Methods for Public Health Surveillance. New York, Oxford University Press **2004**; 267-287.

120. Samet JM. Occupational pulmonary disorders. In: Goldman L, Ausiello D (eds). Cecil Textbook of Medicine, 22nd Edition. Philadelphia, Saunders **2004**; 532-538.

121. Bell ML, Samet JM, Dominici F. Time-series studies of particulate matter. Annu. Rev. Public Health **2004**; 25:247-80.

122. Samet JM. Passive smoking and health. In: Boyle P, Gray N, Henningfield J, Seffrin J, Zatonski W (eds). Tobacco and Public Health: Science, Policy and Public Health. Oxford, Oxford University Press **2004**; 287-313.

123. Parkin M, Samet J, Tyczynski JE, Shields P, Boffetta P, Caporaso N. Lung cancer epidemiology and etiology. In: Travis W, Brambilla E, Müller-Hermelink H, Harris C (eds). World Health Organization Classification of Tumours, International Agency for Research on Cancer, Pathology and Genetics of Tumours of the Lung, Pleura, Thymus and Heart. Lyon, IARC Press **2004**; 12-15.

124. Churg A, Inai K, Samet JM, Roggli V, Praet M, Weill H, Galateau-Salle F, Ordonez NG, Rusch V, Cagle PhT, Hammar SP, Colby TV, Gibbs AR, Testa JR, Vogt P, Hasleton DW, Gazdar AF, Brambilla E, Henderson DW, Saracci R, Travis WD, Vignaud JM, Pugatch R. Mesothelioma. In: Travis W, Brambilla E, Müller-Hermelink H, Harris C (eds). World Health Organization Classification of Tumours, International Agency for Research on Cancer, Pathology and Genetics of Tumours of the Lung, Pleura, Thymus and Heart. Lyon, IARC Press **2004**; 128-129.

125. Cohen AJ, Anderson HR, Ostro B, Pandey KD, Krzyzanowski M, Künzli N, Gutschmidt K, Pope CA, Romieu I, Samet JM, Smith KR. Urban air pollution. In: Ezzati M, Lopez A, Rodgers A, Murray C (eds) Comparative Quantification of Health Risks: Global and Regional Burden of Disease Attributable to Selected Major Risk Factors, Vol. 2. Geneva, World Health Organization **2004**; 1353-1433.

126. Samet JM, Hoang MA. Disease and mortality. In: Goodman J (ed.). Tobacco in History and Culture: An Encyclopedia. New York: Charles Scribner's Sons. **2004**.

127. Frampton MW, Samet JM, Utell MJ. Exposures in outdoor air. In: Rosenstock L, Cullen M, Brodkin C, Redlich C (eds) Textbook of Clinical Occupational and Environmental Medicine, 2nd Ed. Philadelphia, WB Saunders Company **2005**;1143-1150.

128. Samet JM. Diesel exhaust. In: Ruzer LS, Harley NH (eds). Aerosols Handbook: Measurement, Dosimetry, and Health Effects. Boca Raton, CRC Press **2005**; 601-605.

129. Rajaraman P and Samet JM. Quality control and good epidemiological practice. In: Ahrens W, Pigeot (eds). Handbook of Epidemiology. Berlin, Springer **2005**; 503-556.

130. Alberg AJ, Yung RC, Samet JM.  Epidemiology of lung cancer. In: Mason RJ, Broaddus VC, Murray JF, Nadel JA (eds). Murray and Nadel's Textbook of Respiratory Medicine. Philadelphia, Elsevier Saunders **2005**; 1328-1356.

131. Bell ML, Samet JM. Air pollution. In: Frumkin H (ed). Environmental Health: From Global to Local. San Francisco, Jossey-Bass **2005**; 331-361.

132. Samet JM, Maynard R. Susceptibility of children to air pollution In: WHO Europe Monograph: Effects of Air Pollution on Children's Health and Development: A Review of the Evidence. Copenhagen, World Health Organization **2005**; 11-13.

133. Samet JM, Gordis L. Epidemiology Overview.  In: Armitage P, Colton T (eds.). Encyclopedia of Biostatistics, 2nd edition.  Chichester (UK): John Wiley & Sons, **2005**.

134. Samet JM, (Contributing author). Introduction, summary, and conclusions. In: The Health Consequences of Involuntary Exposure to Tobacco Smoke: A Report of the Surgeon General.  Rockville, MD. U.S. Department of Health and Human Services **2006**; 1-26.

135. Samet JM, White RH, and Burke TA. Epidemiology and risk assessment In: Brownson RC and Petitti DB (eds) Applied Epidemiology: Theory to Practice. New York; Oxford University Press, **2006**; 125-163.

136. Goodman SN, Samet JM. Cause and cancer epidemiology.  In: Schottenfeld D, Fraumeni J (eds). Cancer Epidemiology and Prevention, 3rd edition. New York, Oxford University Press **2006**; 3-9.

137. Samet JM, Cohen A. Air pollution and cancer.  In: Schottenfeld D, Fraumeni J (eds). Cancer Epidemiology and Prevention, 3rd edition. New York, Oxford University Press **2006**; 355-381.

138. Samet JM, Burke TA, Goldman L. Regulating carcinogens.  In: Schottenfeld D, Fraumeni J (eds). Cancer Epidemiology and Prevention, 3rd edition. New York, Oxford University Press **2006**; 1341-1353.

139. Samet JM, Brauer M, Schlesinger R. Particulate matter.  In: Air Quality Guidelines: Global Update 2005—Particulate matter, ozone, nitrogen dioxide and sulfur dioxide. Copenhagen, Denmark: World Health Organization Europe **2006**; 217-305.

140. Samet JM. Occupational pulmonary disorders. In: Goldman L, Ausiello D (eds). Cecil Textbook of Medicine, 23rd Edition. Philadelphia, Saunders, **2007**; 653-658.

141. Burns FJ, Samet JM, Rossman TG, Zhang r, Wu F, Uddin AN, Shore RE. Radiation carcinogenesis: Mechanisms of induction. In: Rom WN (ed): Environmental and Occupational Medicine, 4th ed. Philadelphia, Wolters Kluwer/Lippincott Williams & Wilkins, **2007**; 1262-1276.

142. Samet JM, Bell ML. Air pollution: Epidemiology. In: Rom WN (ed): Environmental and Occupational Medicine, 4th ed. Philadelphia, Wolters Kluwer/Lippincott Williams & Wilkins, **2007**; 1400-1420.

143. Hecht SS, Samet JM. Cigarette smoking. In: Rom WN (ed): Environmental and Occupational Medicine, 4th ed. Philadelphia, Wolters Kluwer/Lippincott Williams & Wilkins, **2007**; 1521-1551.

144. Coultas DB, Samet JM. Respiratory disease prevention. In: Last JM, Wallace RB (eds.). Maxcy-Rosenau-Last Public Health & Preventive Medicine 15th Edition. New York, McGraw Hill Medical, **2008**; 1113-1123.

145. Samet JM, Utell MJ. Indoor and outdoor pollution. In: Fishman AP, Elias JA, Fishman JA, Grippi MA, Senior RM, Pack AI (eds): Fishman's Pulmonary Diseases and Disorders, 4th ed. New York, McGraw-Hill, **2008**; 1009 -1036.

146. Avila-Tang E, Matsui E, Wiesch DG, Samet JM. Epidemiology of asthma and allergic diseases. In: Adkinson NF, Bochner BS, Busse WW, Holgate ST, Lemanske RF, Simons FER (eds): Middleton's Allergy. Principles and Practice, 7th ed. Philadelphia, Mosby Elsevier, **2008**; 715-767.

147. Samet JM, Neta GI, Wang SS. Secondhand smoke. In: Lippmann M (ed). Environmental Toxicants: Human Exposures and Their Health Effects 3rd ed. Hoboken, John Wiley & Sons, Inc. **2009**; 709-761.

148. Utell MJ, Samet JM. Clinical perspective on respiratory toxicology. In: Lippmann M (ed). Environmental Toxicants: Human Exposures and Their Health Effects 3rd ed. Hoboken, John Wiley & Sons, Inc. **2009**; 77-106.

149. Samet JM, Alberg AJ, Ford JG. Epidemiology of lung cancer and mesothelioma. In: Spiro SG, Huber RM and Janes SM (eds). European Respiratory Monograph 44. Sheffield, European Respiratory Society, **2009**; 349–391. (*The epidemiology of lung cancer* originally published in Chest 2007; 132: Suppl 3, 29S-55S.)

150. (Contributing author). IARC Handbooks for Cancer Prevention, Tobacco Control, Vol. 13: Evaluating the effectiveness of smoke-free policies. Lyon, International Agency for Research on Cancer, **2009**; 135-162.

151. Bell ML, Samet JM. Air pollution. In: Frumkin H (ed). Environmental Health: From Global to Local. Second Edition. San Francisco, John Wiley & Sons, Inc. **2010**; 387-415.

152. Armenian H, Thompson M, Samet J. Competency-based curriculum in epidemiology. In: Jorn Olsen, Rodolfo Saracci, Dimitrios Trichopoulos (eds). Teaching epidemiology: a guide for teachers in epidemiology, public health and clinical medicine, 3rd ed. New York, Oxford University Press **2010**; 509-518.

153. Alberg AJ, Samet JM. Epidemiology of lung cancer. In: Mason RJ, Broaddus VC, Martin TR, Schraufnagel DE, Murray JF, Nadel JA (eds). Murray and Nadel's Textbook of Respiratory Medicine, 5th ed. Philadelphia, Saunders Elsevier **2010**; 1098-1115.

154. Samet JM. Passive smoking and health. In: Boyle P, Gray N, Henningfield J, Seffrin J, Zatonski W (eds). Tobacco and Public Health: Science, Policy and Public Health, 2nd ed. Oxford, Oxford University Press **2010**; 285-311.

155. Samet JM. Urban air quality. In: Vlahov D, Boufford JI, Pearson C, Norris L (eds). Urban Health: Global Perspectives. San Francisco, Jossey-Bass **2010**; 317-337.

156. Samet JM (Contributing author). Secondhand smoke, women, and children. In: Samet JM, Yoon SY (eds). Gender, women, and the tobacco epidemic. Geneva, World Health Organization **2010**; 65-101.

157. Samet JM (Contributing author). Introduction, evaluation of evidence on mechanisms of disease production, and summary (Chapter 1). In: How tobacco smoke causes disease: The biology and behavioral basis for smoking-attributable disease. A report of the Surgeon General. Rockville, Maryland, U.S. Department of Health and Human Services, **2010**; 3-12.

158. Samet JM (Contributing author). The changing cigarette (Chapter 2). In: How tobacco smoke causes disease: The biology and behavioral basis for smoking-attributable disease. A report of the Surgeon General. Rockville, Maryland, U.S. Department of Health and Human Services, **2010**; 13-26.

159. Wipfli H, Samet JM. Global tobacco control policy. In: Parker R, Sommer M (eds). Routledge Handbook in Global Public Health. New York, Routledge, **2011**; 291-302.

160. Samet JM. Community design and air quality. In: Dannenberg AL, Frumkin H, Jackson RJ (eds). Making Healthy Places. Designing and building for health, well-being, and sustainability. Washington, DC, Island Press, **2011**; 63-76.

161. Apelberg BJ, Samet JM.  Estimating the impact of tobacco control policies on future mortality patterns in the United States.  In: Bearman P, Neckerman KM, Wright L (eds). After Tobacco: what would happen if Americans stopped smoking? New York, Columbia University Press, **2011**; 233-255.

162. Samet JM (Contributing author). The health consequences of tobacco use among young people (Chapter 2).  In: Preventing tobacco use among youth and young adults. A report of the Surgeon General. Rockville, U. S. Department of Health and Human Services, **2012**; 15-23.

163. Samet JM, Wipfli HL. Ending the tobacco epidemic: from the genetic to the global level. In: M Sommer, R Parker (eds). Structural Approaches in Public Health. New York, Routledge, **2013**; 231-243.

164. Samet JM. Tobacco smoking: the leading cause of preventable disease worldwide. Thoracic Surgery Clinics, **2013**; 23(2): 103-12.

165. Samet JM. Introduction. In: Straif K, Cohen A, Samet JM (eds). IARC Scientific Publication No. 161: Air Pollution and Cancer. Geneva, International Agency for Research on Cancer, **2013**. (ePUB)

166. Samet JM. Combined effect of air pollution with other agents. In: Straif K, Cohen A, Samet JM (eds). IARC Scientific Publication No. 161: Air Pollution and Cancer. Geneva, International Agency for Research on Cancer, **2013**. (ePUB)

167. Samet JM. Una perspectiva de salud global en el futuro del control del tabaco. In: Reynales Shigematsu LM, Thrasher JF, Lazcano Ponce E, Hernández Ávila M (eds). Salud pública y tabaquismo, volumen I. Políticas para el control del tabaco en México. Cuernavaca, México, Instituto Nacional Salud Pública, **2013**.

168. Samet JM.  Tobacco smoke: active and passive.  In: Landrigan PJ and Etzel RA (eds).  Textbook of Children's Environmental Health.  New York, Oxford University Press, **2013**; 222-231.

169. Samet JM (Contributing author).  Fifty years of change: 1964-2014 (Chapter 2). In: The Health Consequences of Smoking – 50 Years of Progress. A report of the U.S. Surgeon General. Atlanta, U.S. Department of Health and Human Services, Centers for Disease Control and Prevention, National Center for Chronic Disease Prevention and Health Promotion, Office on Smoking and Health **2014**; 15-41.

170. Samet JM (Contributing author).  Advances in knowledge of the health consequences of smoking: From 1964-2014 (Chapter 4). In: The Health Consequences of Smoking – 50 Years of Progress. A report of the U.S. Surgeon General. Atlanta, U.S. Department of Health and Human Services, Centers for

Disease Control and Prevention, National Center for Chronic Disease Prevention and Health Promotion, Office on Smoking and Health **2014**; 61-106.

171. Samet JM (Contributing author). Cancer (Chapter 6). In: The Health Consequences of Smoking – 50 Years of Progress. A report of the U.S. Surgeon General. Atlanta, U.S. Department of Health and Human Services, Centers for Disease Control and Prevention, National Center for Chronic Disease Prevention and Health Promotion, Office on Smoking and Health **2014**; 139-351.

172. Samet JM (Contributing author). The changing landscape of tobacco control – current status and future directions (Chapter 15). In: The Health Consequences of Smoking – 50 Years of Progress. A report of the U.S. Surgeon General. Atlanta, U.S. Department of Health and Human Services, Centers for Disease Control and Prevention, National Center for Chronic Disease Prevention and Health Promotion, Office on Smoking and Health **2014**; 843-864.

173. Samet JM, Gupta P, Ray C. Tobacco smoking and smokeless tobacco use. In: Stewart BW and Wild CP (eds). World Cancer Report 2014. Geneva, International Agency for Research on Cancer, **2014**; 88-95.

174. Samet JM and Zhang JF. Climate change and health. In: Griffiths SM, Tang JL, Yeoh EK (eds). Routledge Handbook of Global Public Health in Asia. New York, Routledge, **2014**; 281-298.

175. Mackay J and Samet JM. Tobacco, Smoking, and Nicotine. In: Reference Module in Biomedical Sciences. Elsevier, **2014**;

176. Samet JM. Adenocarcinoma, Epidemiology and Etiology. In: Travis WD, Brambilla E, Burke AP, Marx A, Nicholson AG (eds). WHO Classification of Tumors of the Lung, Pleura, Thymus and Heart, 4th ed. Lyon, International Agency for Research on Cancer, **2015**; 26-29.

177. Alberg AJ, Samet JM. Epidemiology of lung cancer. In: Broaddus VC, Ernst, JD, King, Jr., TE, Lazarus, SC, Murray JF, Nadel JA, Slutsky, AS, Gotwa, MB, (eds). Murray and Nadel's Textbook of Respiratory Medicine, 6th ed. Philadelphia, Elsevier Saunders **2015**; Vol. 2, 927-939.

178. Rich, DQ, Samet, JM, Utell, MJ. Indoor and Outdoor Air Pollution. In: Gripp, MA, Elias, JA, Fishman, JA, Kotloff, RM, Pack, AI, Senior, RM, (eds). Textbook of Fishman's Pulmonary Diseases and Disorders, 5th ed. New York, McGraw Hill **2015**; Volume 2, 1386-1411.

179. Bell ML, Samet JM. Air Pollution. In: Frumkin H (ed). Environmental Health: From Global to Local. 3rd Edition. San Francisco, John Wiley & Sons, Inc. **2016**; 319-343.

180. Wipfli H, Samet JM. Scaling Up Tobacco Control- Creating Authority by International Convention. In: Taylor DC, Taylor CE (eds). Just and Lasting Change: When Communities Own Their Futures. 2nd Edition. Baltimore, Johns Hopkins University Press. **2016**; 239-250.

181. Samet JM (Contributing author). E-Cigarette Policy and Practice Implications (Chapter 5). In: E-Cigarette Use Among Youth and Young Adults. A report of the Surgeon General. Rockville, Maryland, U.S. Department of Health and Human Services, **2016**;181-233.

## JOURNAL ARTICLES

1. Samet JM, Speizer FE, Gaensler EA.  Questionnaire reliability and validity in asbestos exposed workers.  Bull Eur Physiopathol Respir **1978**; 14:177-188.

2. Samet JM.  A historical and epidemiologic perspective on respiratory symptoms questionnaires.  Am J Epidemiol **1978**; 108:435-446.

3. Samet JM, Epler GR, Gaensler EA, Rosner B.  Absence of synergism between exposure to asbestos and cigarette smoking in asbestosis.  Am Rev Respir Dis **1979**; 120:75-82.

4. Weiss ST, Samet JM.  An assessment of physician knowledge of epidemiology and biostatistics.  J Med Educ **1980**; 55:692-697.

5. Samet JM, Key CR, Kutvirt DM, Wiggins CL.  Respiratory disease mortality in New Mexico's American Indians and Hispanics.  Am J Public Health **1980;** 70:492-497.

6. Samet JM, Speizer FE, Bishop Y, Spengler JD, Ferris BG, Jr.  The relationship between air pollution and emergency room visits in an industrial community.  J Air Pollut Control Assoc **1981**; 31:236-240.

7. Samet JM, Schrag SD, Howard CA, Key CR, Pathak DR.  Respiratory disease in a New Mexico population sample of Hispanic and non-Hispanic whites.  Am Rev Respir Dis **1982**; 125:152-157.

8. Schenker MB, Samet JM, Speizer FE.  Effect of cigarette tar content and smoking habits on respiratory symptoms in women.   Am Rev Respir Dis **1982**; 125:684-690.

9. Pathak DR, Samet JM, Howard CA, Key CR.  Malignant melanoma of the skin in New Mexico, 1969-1977.  Cancer **1982**; 50:1440-1446.

10. Samet JM, Chick TW, Howard CA.  Running-related morbidity: A community survey.  Ann Sports Med **1982**; 1:30-34.

11. Howard CA, Samet JM, Buechley RW, Schrag SD, Key CR.  Survey research in New Mexico Hispanics:  some methodological issues.  Am J Epidemiol **1983**; 117:27-34.

12. Schmidt-Nowara WW, Samet JM, Rosario PA.  Early and late pulmonary complications of botulism.  Arch Intern Med **1983**; 143:451-456.

13. Samet JM, Tager IB, Speizer FE.  The relationship between respiratory illness in childhood and chronic air-flow obstruction in adulthood.  Am Rev Respir Dis **1983**; 127:508-523.

justo

14.  McQuade CE, Kutvirt DM, Brylinski DA, Samet JM.  A tracking system for conducting epidemiological case-control studies.  Comput Program Biomed **1983**; 16:149-154.

15.  Schenker MB, Samet JM, Speizer FE.  Risk factors for childhood respiratory disease: the effect of host factors and home environmental exposures.  Am Rev Respir Dis **1983**; 128:1038-1043.

16.  Schenker MB, Samet JM, Batterman S, Gruhl J, Speizer FE.  Health effects of air pollution due to coal combustion in the Chestnut Ridge region of Pennsylvania: Results of cross-sectional analysis in adults.  Arch Environ Health **1983**; 38:325-330.

17.  Humble CG, Samet JM, Skipper BE.  Comparison of self- and surrogate-reported dietary information.  Am J Epidemiol **1984**; 119:86-98.

18.  Samet JM, Young RA, Morgan MV, Humble CG, Epler GR, McLoud TC. Prevalence survey of respiratory abnormalities in New Mexico uranium miners. Health Phys **1984**; 46:361-370.

19.  Samet JM, Humble CG, Skipper BE.  Alternatives in the collection and analysis of food frequency interview data.  Am J Epidemiol **1984**; 120:572-581.

20.  Samet JM, Kutvirt DM, Waxweiler RJ, Key CR.  Uranium mining and lung cancer in Navajo men.  N Engl J Med **1984**; 310:1481-1484.

21.  Vedal S, Schenker MB, Samet JM, Speizer FE.  Risk factors for childhood respiratory disease: analysis of pulmonary function.  Am Rev Respir Dis **1984**; 130:187-192.

22.  May PA, Hymbaugh KJ, Aase JM, Samet JM.  Epidemiology of fetal alcohol syndrome among American Indians of the Southwest.  Soc Biol **1984**; 30:374-387.

23.  Coultas DB, Samet JM, Wiggins CL.  Altitude and mortality from chronic obstructive lung disease in New Mexico.  Arch Environ Health **1984; 39**:355-359.

24.  Humble CG, Samet JM, Skipper BJ.  The impact of revisions in vitamin A content data on estimates of nutrient intake.  Nutr Res **1985**; 5:175-179.

25.  Samet JM, Skipper BJ, Humble CG, Pathak DR.  Lung cancer risk and vitamin A consumption in New Mexico.  Am Rev Respir Dis **1985**; 131:198-202.

26.  Humble CG, Samet JM, Pathak DR, Skipper BJ.  Cigarette smoking and lung cancer in 'Hispanic' whites and other whites in New Mexico.  Am J Public Health **1985**; 75:145-148.

27.   Butler C, Samet JM, Black WC, Key CR, Kutvirt DM.  Histopathologic findings of lung cancer in Navajo men:  Relationship to U mining.  Health Phys **1986**; 51:365-368.

28.   Coultas DB, Samet JM, Wiggins CL, Butler C, Sweeney ES, Parzyck T.  Clinical features of a population-based series of patients with lung cancer presenting with a solitary nodule.  Am Rev Respir Dis **1986**; 133:302-306.

29.   Lerchen ML, Samet JM.  An assessment of the validity of questionnaire responses provided by a surviving spouse.  Am J Epidemiol **1986**; 123:481-489.

30.   Goodwin JS, Samet JM, Key CR, Humble C, Kutvirt D, Hunt C.  Stage at diagnosis of cancer varies with the age of the patient.  J Am Ger Soc **1986**; 34:20-26.

31.   Pathak DR, Samet JM, Humble CG, Skipper BJ.  Determinants of lung cancer risk in cigarette smokers in New Mexico.  J Natl Cancer Inst **1986**; 76:597-604.

32.   Schenker MB, Vedal S, Batterman S, Samet JM, Speizer FE.  Health effects of air pollution due to coal combustion in the Chestnut Ridge region of Pennsylvania:  cross-section survey of children.  Arch Environ Health **1986**; 41:104-108.

33.   Morgan MV, Samet JM.  Radon daughter exposures of New Mexico U miners, 1967-1982.  Health Phys **1986**; 50:656-662.

34.   Duncan MH, Wiggins CL, Samet JM, Key CR.  Childhood cancer epidemiology in New Mexico's American Indians, Hispanic whites, and non-Hispanic whites, 1970-82.  J Natl Cancer Inst **1986**; 76:1013-1018.

35.   Samet JM, Hunt WC, Key CR, Humble CG, Goodwin JS.  Choice of cancer therapy varies with age of patient.  JAMA **1986**; 255:3385-3390.

36.   Samet JM, Humble CG, Pathak DR.  Personal and family history of respiratory disease and lung cancer risk.  Am Rev Respir Dis **1986**; 134:466-470.

37.   Humble CG, Samet JM, Skipper BE.  Use of quantified and frequency indices of vitamin A intake in a case-control study of lung cancer.  Int J Epidemiol **1987**; 16:341-346.

38.   Samet JM, Key CR.  Environmental epidemiology for pathologists.  Human Pathol **1987**; 18:886-894.

39.   Samet JM.  Epidemiologic approaches for the identification of asthma.  Chest **1987**; 91:74S-78S.

40.  Vedal S, Schenker MB, Muñoz A, Samet JM, Batterman S, Speizer FE.  Daily air pollution effects on children's respiratory symptoms and peak expiratory flow.  Am J Public Health **1987**; 77:694-698.

41.  Samet JM, Humble CG, Skipper BE, Pathak DR.  History of residence and lung cancer risk in New Mexico.  Am J Epidemiol **1987**; 125:800-811.

42.  Harlos DP, Marbury MB, Samet JM, Spengler JD.  Relating indoor $NO_2$ levels to infant personal exposures.  Atmos Environ **1987**; 21:369-376.

43.  Butler C, Samet JM, Humble CG, Sweeney ES.  Histopathology of lung cancer in New Mexico, 1970-72 and 1980-81.  J Natl Cancer Inst **1987**; 78:85-90.

44.  Greenberg M, Wiggins CL, Kutvirt DM, Samet JM.  Cigarette use among Hispanic and non-Hispanic white school children, Albuquerque, New Mexico.  Am J Public Health **1987**; 77:621-622.

45.  Humble CG, Samet JM, Pathak DR.  Marriage to a smoker and lung cancer risk.  Am J Public Health **1987**; 77:598-602.

46.  Samet JM, Marbury MC, Spengler JD.  Respiratory effects of indoor air pollution.  J Allergy Clin Immunol **1987**; 79:685-700.

47.  Coultas DB, Howard CA, Peake GT, Skipper BJ, Samet JM.  Salivary cotinine levels and involuntary tobacco smoke exposure in children and adults in New Mexico.  Am Rev Respir Dis **1987;** 136:305-309.

48.  Kellner R, Samet JM, Pathak D.  Hypochondriacal concerns and somatic symptoms in patients with chronic airflow obstruction. J Psychosomatic Res **1987**; 31:575-582.

49.  Samet JM, Key CR, Hunt WC, Goodwin JS.  Survival of American Indian and Hispanic cancer patients in New Mexico and Arizona, 1969-82.  J Natl Cancer Inst **1987**; 79:457-463.

50.  Lerchen ML, Wiggins CL, Samet JM.  Lung cancer and occupation in New Mexico. J Natl Cancer Inst **1987**; 79:639-645.

51.  Goodwin JS, Hunt WC, Key CR, Samet JM.  The effect of marital status on stage, treatment, and survival of cancer patients.  JAMA **1987**; 258:3125-3130.

52.  Samet JM, Marbury MC, Spengler JD.  Health effects and sources of indoor air pollution.  Am Rev Respir Dis Part I **1987**; 136:1486-1508, Part II **1988**; 137:221-242.

53.   Marbury MC, Harlos DP, Samet JM, Spengler JD.  Indoor residential $NO_2$ concentrations in Albuquerque, New Mexico.  Air Pollut Control Assoc J **1988**; 38:392-398.

54.   Samet JM, Coultas DB, Howard CA, Skipper BJ.  Respiratory diseases and cigarette smoking in a Hispanic population in New Mexico.  Am Rev Respir Dis **1988**; 137:815-819.

55.   Coultas DB, Howard CA, Peake GT, Skipper BJ, Samet JM.  Discrepancies between self-reported and validated cigarette smoking in a community survey of New Mexico Hispanics.  Am Rev Respir Dis **1988**; 137:810-814.

56.   Samet JM, Wiggins CL, Humble CG, Pathak DR.  Cigarette smoking and lung cancer in New Mexico.  Am Rev Respir Dis **1988**; 137:1110-1113.

57.   Samet JM.  Involuntary exposure to tobacco smoke.  Ann Sports Med **1988**; 4:1-15.

58.   Samet JM, Hunt WC, Lerchen ML, Goodwin JS.  Delay in seeking care for cancer symptoms:  a population-based study of elderly New Mexicans.  J Natl Cancer Inst **1988**; 80:432-438.

59.   Mann BA, Samet JM, Hunt WC, Key CR, Goodwin JM, Goodwin JS.  Changing treatment of breast cancer in New Mexico from 1969 through 1985.  JAMA **1988**; 259:3413-3417.

60.   Samet JM, Wiggins CL, Key CR, Becker TM.  Mortality from lung cancer and chronic obstructive pulmonary disease in New Mexico, 1958-1982.  Am J Public Health **1988**; 78:1182-1186.

61.   Samet JM, Coultas DB, Howard CA, Skipper BJ, Hanis CL.  Diabetes, gallbladder disease, obesity, and hypertension among Hispanics in New Mexico.  Am J Epidemiol **1988**; 128:1302-1311.

62.   Goodwin JS, Hunt WC, Humble CG, Key CR, Samet JM.  Cancer treatment protocols:  who gets chosen?  Arch Intern Med **1988**; 148:2258-2260.

63.   Coultas DB, Howard CA, Skipper BJ, Samet JM.  Spirometric prediction equations for Hispanic children and adults in New Mexico.  Am Rev Respir Dis **1988**; 138:1386-1392.

64.   Becker TM, Wiggins C, Key CR, Samet JM.  Ischemic heart disease mortality in Hispanics, American Indians, and non-Hispanic Whites in New Mexico, 1958-1982.  Circulation **1988**; 78:302-309.

65.  Becker TM, Goodwin JS, Hunt WC, Key CR, Samet JM.  Survival after cancer surgery of elderly patients in New Mexico, 1969-1982.  J Am Ger Soc **1989**; 37:155-159.

66.  Becker TM, Wiggins C, Key CR, Samet JM.  Ethnic differences in mortality from acute rheumatic fever and chronic rheumatic heart disease in New Mexico, 1958-1982.  West J Med **1989**; 150:46-50.

67.  Lapham SC, Millard JB, Samet JM.  Health implications of radionuclide levels in cattle raised near U mining and milling facilities in Ambrosia Lake, New Mexico.  Health Phys **1989**; 56:327-340.

68.  Samet JM, Pathak DR, Morgan MV, Marbury MC, Key CR, Valdivia AA.  Radon progeny exposure and lung cancer risk in New Mexico U miners: A case-control study.  Health Phys **1989**; 56:415-421.

69.  Sewell CM, Becker TM, Wiggins CL, Key CR, Hull HH, Samet JM.  Injury mortality in New Mexico's American Indians, Hispanics, and non-Hispanic Whites, 1958-1982.  West J Med **1989**; 150:708-713.

70.  Coultas DB, Peake GT, Samet JM.  Questionnaire assessment of lifetime and recent exposure to environmental tobacco smoke.  Am J Epidemiol **1989**; 130:338-347.

71.  Wiggins CL, Becker TM, Key CR, Samet JM.  Stomach cancer among New Mexico's American Indians, Hispanic whites, and non-Hispanic whites.  Cancer Res **1989**; 49:1595-1599.

72.  Kaufman A, Mennin S, Waterman R, Duban S, Hansbarger H, Silverblatt H, Obenshain SS, Kantrowitz M, Becker T, Samet J, Wiese W.  The New Mexico experiment:  educational innovation and institutional change.  Acad Med **1989**; 64:285-294.

73.  Samet JM, Nero AV Jr.  Indoor radon and lung cancer.  N Engl J Med **1989**; 320:591-594.

74.  Samet JM.  Radon and lung cancer.  J Natl Cancer Inst **1989**; 81:745-757.

75.  Samet JM.  Surrogate measures of dietary intake.  Am J Clin Nutr **1989**; 50:1139-1144.

76.  Samet JM, Spengler JD.  Nitrogen dioxide and respiratory infection:  pilot investigations.  In:  Health Effects Institute Research Report Number 28.  Cambridge, MA, Health Effects Institute, **1989**.  1-32.

77.   Olson LM, Becker TM, Wiggins CL, Key CR, Samet JM. Injury mortality in American Indian, Hispanic, and non-Hispanic white children in New Mexico, 1958-1982. Soc Sci Med **1989**; 1-8.

78.   Becker TM, Wiggins C, Peek C, Key CR, Samet JM. Symptoms, signs, and ill-defined conditions: A leading cause of death among minorities. Am J Epidemiol **1990**; 131:664-668.

79.   Schmidt-Nowara WW, Coultas DB, Wiggins C, Skipper BE, Samet JM. Snoring in a Hispanic-American population: risk factors and association with hypertension and other morbidity. Arch Intern Med **1990**; 150:597-601.

80.   Becker TM, Wiggins C, Peek C, Key CR, Samet JM. Mortality from infectious diseases among New Mexico's American Indians, Hispanic whites, and other whites, 1958-1987. Am J Public Health **1990**; 80:320-323.

81.   Samet JM, Hornung RW. Review of radon and lung cancer risk. Risk Analysis **1990**; 10:65-75.

82.   Samet JM, Utell MJ. The risk of nitrogen dioxide: What have we learned from epidemiological and clinical studies? Toxicol and Indus Health **1990**; 6:247-262.

83.   Wu-Williams AH, Samet JM. Environmental tobacco smoke: Exposure-response relationships in epidemiologic studies. Risk Analysis **1990**; 10:39-48.

84.   Wiggins CL, Schmidt-Nowara WW, Coultas DB, Samet JM. Comparison of self- and spouse reports of snoring and other symptoms associated with sleep apnea syndrome. Sleep **1990**; 13:245-252.

85.   Coultas DB, Samet JM, McCarthy JF, Spengler JD. Variability of measures of exposure to environmental tobacco smoke in the home. Am Rev Respir Dis **1990**; 142:602-606.

86.   Samet JM, Hunt WC, Goodwin JS. Determinants of cancer stage: a population-based study of elderly New Mexicans. Cancer **1990**; 66:1302-1307.

87.   Coultas DB, Samet JM, McCarthy JF, Spengler JD. A personal monitoring study to assess workplace exposure to environmental tobacco smoke. Am J Public Health **1990**; 80:988-990.

88.   Lubin JH, Samet JM, Weinberg C. Design issues in epidemiologic studies of indoor exposure to Rn and risk of lung cancer. Health Phys **1990**; 59:807-817.

43

89.   Farrow DC, Samet JM.  Comparability of information provided by elderly cancer patients and surrogates regarding health and functional status, social network, and life events.  Epidemiology **1990**; 1:370-376.

90.   Goodwin JS, Hunt WC, Key CR, Samet JM.  Changes in surgical treatments:  the example of hysterectomy versus conization for cervical carcinoma *in situ.*  J Clin Epidemiol **1990**; 43:977-982.

91.   Becker TM, Samet JM, Wiggins CL, Key CR.  Violent death in the West:  suicide and homicide in New Mexico, 1958-1987.  Suicide and Life-Threatening Behavior **1990**; 20:324-334.

92.   Samet JM, Pathak DR, Morgan MV, Key CR, Valdivia AA, Lubin JH.  Lung cancer mortality and exposure to radon progeny in a cohort of New Mexico underground uranium miners.  Health Phys **1991**; 61:745-752.

93.   Goodwin JS, Hunt WC, Samet JM.  A population-based study of functional status and social support networks of elderly patients newly diagnosed with cancer.  Arch Intern Med **1991**; 151:366-370.

94.   Coultas DB, Hanis CL, Howard CA, Skipper BJ, Samet JM.  Heritability of ventilatory function in smoking and nonsmoking New Mexico Hispanics.  Am Rev Respir Dis **1991**; 144:770-775.

95.   Samet JM, Utell MJ.  The environment and the lung:  changing perspectives.  JAMA **1991**; 266:670-75.

96.   Spengler JD, Samet JM, Butler D.  Estimated exposures to $NO_2$ in New South Wales:  implications for research and policy.  J Occup Health Safety (Australia and New Zealand) **1991**; 7(6):501-508.

97.   Samet JM, Lambert WE.  Epidemiologic approaches for assessing health risks from complex mixtures in indoor air.  Environ Health Perspect **1991**; 95:71-74.

98.   Samet JM, Lambert WE, Skipper BJ, Cushing AH, McLaren LC, Schwab M, Spengler JD.  A study of respiratory illnesses in infants and nitrogen dioxide exposure.  Arch Environ Health **1992**; 47:57-63.

99.   Lambert WE, Samet JM, Stidley CA, Spengler JD.  Classification of residential exposure to nitrogen dioxide.  Atmos Environ **1992**; 26A:2185-2192.

100.  Samet JM, Howard CA, Coultas DB, Skipper BJ.  Acculturation, education, and income as determinants of cigarette smoking in New Mexico Hispanics.  Cancer Epidemiol, Biomarkers, Prevention **1992**; 1:235-240.

101.   Utell MJ, Samet JM.  Assessment of acute effects in controlled human studies: lessons from field studies.  Ann NY Acad Sci **1992**; 641:37-45.

102.   Samet JM.  Indoor radon and lung cancer:  estimating the risks.  West J Med **1992**; 156:25-29.

103.   Vähäkangas KH, Samet JM, Metcalf RA, Welsh JA, Bennett WP, Lane DP, Harris CC.  Mutations of p53 and *ras* genes in radon-associated lung cancer from uranium miners.  Lancet **1992**; 339:576-580.

104.   Kellner R, Samet JM, Pathak D.  Dyspnea, anxiety and depression in chronic respiratory impairment.  General Hosp Psych **1992**; 14:20-28.

105.   Farrow DC, Hunt WC, Samet JM.  Geographic variation in the treatment of localized breast cancer.  N Eng J Med **1992**; 326:1097-1101.

106.   Becker TM, Wheeler CM, Key CR, Samet JM.  Cervical cancer incidence and mortality in New Mexico's Hispanics, American Indians, and Non-Hispanic Whites.  West J Med **1992**; 156:376-379.

107.   Becker TM, Wiggins CL, Key CR, Samet JM.  Changing trends in mortality among New Mexico's American Indians, 1958-1987.  Int J Epidemiol **1992**; 21:690-700.

108.   Carter JS, Wiggins CL, Becker TM, Key CR, Samet JM.  Diabetes mortality among New Mexico's Hispanic, American Indian, Hispanic, and non-Hispanic white populations, 1958-1987.  Diabetes Care **1993**; 16:306-309.

109.   Shaffer BA, Samet JM, Coultas DB, Stidley CA.  Prediction of lung function in Hispanics using local ethnic-specific and external non-ethnic-specific prediction equations.  Am Rev Respir Dis **1993**; 147:1349-1353.

110.   Goodwin JS, Hunt WC, Samet JM.  Determinants of cancer therapy in elderly patients.  Cancer **1993**; 72:594:601.

111.   James DS, Stidley CA, Mermier CA, Lambert WE, Chick TW, Samet JM.  Sources of variability in posterior rhinomanometry.  Ann Otol Rhinol Laryngol **1993**; 102:631-638.

112.   Mermier CM, Samet JM, Lambert WE, Chick TW.  Evaluation of the relationship between heart rate and ventilation for epidemiologic studies.  Arch Environ Health **1993**; 48:263-269.

113.   Samet JM, Cushing AH, Lambert WE, Hunt WC, McLaren LC, Young SA, Skipper BJ.  Comparability of parent reports of respiratory illnesses with clinical diagnoses in infants.  Am Rev Respir Dis **1993**; 148:441-446.

114. Lambert WE, Samet JM, Spengler JD.  Environmental tobacco smoke concentrations in no-smoking and smoking sections of restaurants.  Am J Public Health **1993**; 83:1339-1341.

115. Coultas DB, Stidley CA, Samet JM.  Cigarette yields of tar and nicotine, and markers of exposure to tobacco smoke.  Am Rev Respir Dis **1993**; 148:435-440.

116. Spengler JD, Brauer M, Samet JM, Lambert WE.  Nitrous acid in Albuquerque, New Mexico, homes.  Environ Sci Technol **1993**; 27:841-845.

117. Mulloy KB, Coultas DB, Samet JM.  Use of chest radiographs in epidemiological investigations of pneumoconioses.  Br J Indus Med **1993**; 50:273-275.

118. Ware JH, Spengler JD, Neas LM, Samet JM, Wagner GR, Coultas D, Ozkaynak H, Schwab M.  Respiratory and irritant health effects of ambient volatile organic compounds: the Kanawha County health study.  Am J Epidemiol **1993**; 137:1287-1301.

119. Coultas DB, Gong H Jr, Grad R, Handler A, McCurdy SA, Player R, Rhoades ER, Samet JM, Thomas A, Westley M.  Respiratory diseases in minorities of the United States.  Am J Respir Crit Care Med **1993**; 149:S93-S131.

120. Samet JM, Lambert WE, Skipper BJ, Cushing AH, Hunt WC, Young SA, McLaren LC, Schwab M, Spengler JD.  Nitrogen dioxide and respiratory illnesses in infants. Am Rev Respir Dis **1993**; 148:1258-1265.

121. Stidley CA, Samet JM.  A review of ecologic studies of lung cancer and indoor radon.  Health Phys **1993**, 65:234-251.

122. Bennett WP, Colby TV, Travis WD, Borkowski A, Jones RT, Lane DP, Metcalf RA, Samet JM, Takeshima Y, Gu JR, Vähäkangas KH, Soini Y, Pääkkö P, Welsh JA, Trump BF, Harris CC.  p53 protein accumulates frequently in early bronchial neoplasia.  Cancer Research **1993**; 53:4817-4822.

123. Wiggins CL, Becker TM, Key CR, Samet JM.  Cancer mortality among New Mexico's Hispanics, American Indians, and Non-Hispanic Whites, 1958-1987.  J Natl Cancer Inst **1993**; 85:1670-1678.

124. Samet JM.  Indoor air pollution:  a public health perspective.  Indoor Air **1993**; 3:219-226.

125. Samet JM, Lambert WE, James DS, Mermier CM, Chick TW.  Assessment of heart rate as a predictor of ventilation.  Noninvasive methods for measuring ventilation in mobile subjects.  In:  Health Effects Institute Report Number 59.  Cambridge, MA, Health Effects Institute, **1993**; 59:19-55.

126.   Samet JM, Lambert WE, Skipper BJ, Cushing AH, Hunt WC, Young SA, McLaren LC, Schwab M, Spengler JD. Part I: Health outcomes. In: Health Effects Institute Report Number 58. Nitrogen dioxide and respiratory illness in children. Montpelier, VT, Health Effects Institute, **1993**; 58:1-32.

127.   Lambert WE, Samet JM, Hunt WC, Skipper BJ, Schwab M, Spengler JD. Part II: Assessment of exposure to nitrogen dioxide. In: Health Effects Institute Report Number 58. Nitrogen dioxide and respiratory illness in children. Montpelier, VT, Health Effects Institute, **1993**; 58:33-50.

128.   Lambert WE, Samet JM, Skipper BJ, Cushing AH, Hunt WC, Young SA, McLaren LC, Schwab M,
Spengler JD. Part III: Quality assurance in an epidemiologic study. In: Health Effects Institute Report Number 58. Nitrogen dioxide and respiratory illness in children. Montpelier, VT, Health Effects Institute, **1994**; 58:1-31.

129.   Samet JM, Pathak DR, Morgan MV, Coultas DB, James DS, Hunt WC. Silicosis and lung cancer risk in underground uranium miners. Health Phys **1994**; 66:450-453.

130.   Schwab M, McDermott A, Spengler JD, Samet JM, Lambert WE. Seasonal and yearly patterns of indoor nitrogen dioxide levels: data from Albuquerque, New Mexico. Indoor Air **1994**; 4:8-22.

131.   Hickey ME, Kalishman S, Skipper BJ, Mennin SP, Samet JM. Impact of a teaching strategy for health of the public. Teaching and Learning in Medicine **1994**; 6:108-113.

132.   Samet JM, Hunt WC, Farrow DC. Determinants of receiving breast-conserving surgery. The Surveillance, Epidemiology, and End Results Program, 1983-1986. Cancer **1994**; 73:2344-2351.

133.   Eidson M, Becker TM, Wiggins CL, Key CR, Samet JM. Breast cancer among Hispanics, American Indians, and non-Hispanic whites in New Mexico. Int J Epid **1994**; 23:231-237.

134.   Gilliland FD, Becker TM, Key CR, Samet JM. Contrasting trends of prostate cancer incidence and mortality in New Mexico's Hispanics, non-Hispanic whites, blacks, and American Indians. Cancer, **1994**; 73:2192-2199.

135.   Gilliland F, Becker TM, Smith A, Key CR, Samet JM. Trends in prostate cancer incidence and mortality in New Mexico are consistent with an increase in effective screening. Cancer Epidemiol Biomarkers Prevention **1994**; 3:105-111.

136.   Stidley CA, Samet JM. Assessment of ecologic regression in the study of lung

cancer and indoor radon.  Am J Epidemiol **1994**; 139:312-322.

137.  Darby SC, Whitley E, Howe GR, Hutchings SJ, Kusiak RA, Lubin JH, Morrison HI, Tirmarche M, Tomášek L, Radford EP, Roscoe RJ, Samet JM, Yao SX.  Radon and cancers other than lung cancer in underground miners: a collaborative analysis of 11 studies.  J Natl Cancer Inst **1995**; 87:378-384.

138.  Lubin JH, Boice JD Jr, Edling C, Samet JM, et al.  Lung cancer in radon-exposed miners and estimation of risk from indoor exposure.  J Natl Cancer Inst **1995**; 87:817-826.

139.  Clark D, Golub R, Green WF, Harvey N, Murphy SJ, Samet JM.  Asthma in Jemez Pueblo schoolchildren.  Am J Respir Crit Care Med **1995**; 151:1625-1627.

140.  Cain WS, Samet JM, Hodgson M.  The quest for negligible health risk from indoor air.  ASHRAE Journal **1995**; 37:38-44.

141.  Lubin JH, Boice JD Jr, Samet, JM.  Errors in exposure assessment, statistical power and the interpretation of residential radon studies.  Radiation Research **1995**; 144:329-341.

142.  Lubin JH, Boice JD Jr, Edling C, Hornung RW, Howe G, Kunz E, Kusiak RA, Morrison HI, Radford EP, Samet JM, Tirmarche M, Woodward A, Yao SX.  Radon-exposed underground miners and inverse dose-rate (protraction enhancement) effects.  Health Phys **1995**; 69:494-500.

143.  Samet JM, Zeger SL, Berhane K.  Particulate air pollution and daily mortality: replication and validation of selected studies.  In:  The Phase I Report of the Particle Epidemiology Evaluation Project.  Cambridge, MA, Health Effects Institute **1995**; 3-123.

144.  Gilliland FD, Becker TM, Samet JM, Key CR.  Trends in alcohol-related mortality among New Mexico's American Indians, Hispanics, and non-Hispanic whites.  Alcohol Clin Exp Res **1995**; 19:1572-1577.

145.  Arday DR, Giovino GA, Schulman J, Nelson DE, Mowery P, Samet JM.  Cigarette smoking and self-reported health problems among U.S. high school seniors, 1982-1989.  Am J of Health Promotion, **1995**; 10(2):111-116.

146.  Bascom R, Bromberg PA, Costa DA, Devlin R, Dockery DW, Frampton MW, Lambert W, Samet JM, Speizer FE, Utell M.  Health effects of outdoor air pollution (part 1).  Am J Respir Crit Care Med **1996**; 153:3-50.

147.  Bascom R, Bromberg PA, Costa DL, Devlin R, Dockery DW, Frampton MW, Lambert W, Samet JM, Speizer FE, Utell M.  Health effects of outdoor air pollution (part 2).  Am J Respir Crit Care Med **1996**; 153:477-498.

148.  Farrow DC, Hunt WC, Samet JM.  Temporal and regional variability in the surgical treatment of cancer among older people.  J Am Ger Soc **1996**; 44:559-564.

149.  Farrow DC, Samet JM, Hunt WC.  Regional variation in survival following the diagnosis of cancer.  J Clin Epidemiol **1996**; 49:843-847.

150.  Goodwin JS, Samet JM, Hunt WC.  Determinants of survival in older cancer patients.  J Natl Cancer Inst **1996**; 88:1031-1038.

151.  Crowell RE, Gilliland FD, Temes RT, Harms HJ, Neft RE, Heaphy E, Auckley DH, Crooks LA, Jordan SW, Samet JM, Lechner JF, Belinsky SA.  Detection of trisomy 7 in nonmalignant bronchial epithelium from lung cancer patients and individuals at risk for lung cancer.  Cancer Epidemiol, Biomarkers, Prevention **1996**; 5:631-637.

152.  Sunyer J, Muñoz A, Peng Y, Margolick J, Chmiel JS, Oishi J, Kingsley L, Samet JM.  Longitudinal relation between smoking and white blood cells.  Am J Epidemiol **1996**; 144:734-741.

153.  Mapel DW, Samet JM, Coultas DB.  Corticosteroids and the treatment of idiopathic pulmonary fibrosis: past, present, and future.  Chest **1996**; 110:1058-1067.

154.  Spengler JC, Schwab M, McDermott A, Lambert WE, Samet JM.  Part IV: Nitrogen dioxide and respiratory illness in children.  In:  Health Effects Institute Report Number 58.  Effects of Nitrogen Dioxide and Respiratory Illness in Children.  Topsfield, MA, Health Effects Institute **1996**; 58:1-36.

155.  Lubin JH, Tomàsek L, Edling C, Hornung RW, Howe G, Kunz E, Kusiak RA, Morrison HI, Radford EP, Samet JM, Tirmarche M, Woodward A, Yao SX.  Estimating lung cancer mortality from residential radon using data for low exposures of miners.  Radiation Research **1997**; 147:126-134.

156.  Baumgartner KB, Samet JM, Stidley CA, Colby TV, Waldron JA, and Collaborating Centers.  Cigarette smoking: a risk factor for idiopathic pulmonary fibrosis.  Am J Respir Crit Care Med **1997**; 155:242-248.

157.  James DS, Lambert WE, Stidley CA, Chick TW, Samet JM.  Oronasal distribution of ventilation at different ages.  Arch Environ Health **1997**; 52:118-122.

158.  Samet JM, Zeger SL, Kelsall JE, Xu J, Kalkstein LS.  Particulate air pollution and daily mortality: analyses of the effects of weather and multiple air pollutants.  In:

The Phase I.B Report of the Particle Epidemiology Evaluation Project. Cambridge, MA, Health Effects Institute **1997**; 3-44.

159. The Collaborative Study on the Genetics of Asthma. A genome-wide search for asthma susceptibility loci in ethnically diverse populations. Nature Genetics **1997**; 4:389-392.

160. Kelsall JE, Samet JM, Zeger SL, Xu J. Air pollution and mortality in Philadelphia, 1974-1988. Am J Epidemiol **1997**; 146:750-762.

161. Wistuba II, Lam S, Behrens C, Virmani AK, Fong KM, LeRiche J, Samet JM, Srivastava S, Minna JD, Gazdar AF. Molecular damage in the bronchial epithelium of current and former smokers. J Natl Cancer Inst **1997**; 89:1366-1373.

162. Quan SF, Howard BV, Iber C, Kiley JP, Nieto FJ, O'Connor GT, Rapoport DM, Redline S, Robbins J, Samet JM, Wahl PW. The sleep heart health study: design, rationale, and methods. Sleep **1997**; 20:1077-1085.

163. Baumgartner KB, Gilliland FD, Nicholson CS, McPherson RS, Hunt WC, Pathak DR, Samet JM. Validity and reproducibility of a food frequency questionnaire among Hispanic and non-Hispanic white women in New Mexico. Ethnicity & Disease **1997**; 8:81-92.

164. Samet JM, Zeger S, Kelsall JE, Xu J, Kalkstein L. Does weather confound or modify the association of particulate air pollution with mortality? An analysis of the Philadelphia data, 1973-1980. Environmental Research **1998**; A77:9-19.

165. Cushing AH, Samet JM, Lambert WE, Skipper BJ, Hunt WC, Young SA, McLaren LC. Breastfeeding reduces risk of respiratory illness in infants. Am J Epidemiol **1998**; 147:863-870.

166. Samet JM, Zeger SL, Kelsall JE, Xu J. Particulate air pollution and mortality: The particle epidemiology evaluation project. Appl Occup Environ Hyg **1998**; 13(6):364-369.

167. Mapel DW, Hunt WC, Utton R, Baumgartner KB, Samet JM, Coultas DB. Idiopathic pulmonary fibrosis: survival in population based and hospital based cohorts. Thorax **1998**; 53:469-476.

168. Samet JM, Muñoz A. Evolution of the cohort study. Epidemiol Rev **1998**; 20:1-14.

169. Gilliland FD, Hunt WC, Baumgartner KB, Crumley D, Nicholson CS, Fetherolf J, Samet JM. Reproductive risk factors for breast cancer in Hispanic and Non-

Hispanic women. The New Mexico women's health study. Am J Epidemiol **1998**; 148:683-692.

170. Zeger SL, Dominici F, Samet J. Harvesting-resistant estimates of air pollution effects on mortality. Epidemiology **1999**; 10:171-175.

171. Kelsall JE, Zeger SL, Samet JM. Frequency domain log-linear models: air pollution and mortality. Applied Statistics **1999**; 48:331-344.

172. Jackson LW, Lee NL, Samet JM. Frequency of policy recommendations in epidemiologic publications. Am J Public Health **1999**; 89:1206-1211.

173. Jaakkola MS, Samet JM. Occupational exposure to environmental tobacco smoke and health risk assessment. Environ Health Perspect **1999**; 107(6):829-835.

174. Weiss ST, Utell MJ, Samet JM. Environmental tobacco smoke exposure and asthma in adults. Environ Health Perspect Supplements **1999**; 107(6):891-895.

175. Yang GH, Fan L, Tan J, Guoming Q, Zhang Y, Samet JM, Taylor CE, Becker K, Xu J. Smoking in China: findings from the 1996 national prevalence survey. JAMA **1999**; 282:1247-1253.

176. Samet JM. Radon risk assessment: a perspective across the century. Technology **2000**; 7:181-192.

177. Shahar E, Whitney CW, Redline, S, Lee ET, Newman AB, Nieto FJ, O'Connor GT, Boland LL, Schwartz JE, Samet JM for the Sleep Heart Health Study Research Group. Sleep-disordered breathing and cardiovascular disease: cross-sectional results of the Sleep Heart Health Study. Am J Respir Crit Care Med **2001**; 163:19-25.

178. Baumgartner KB, Samet JM, Coultas DB, Stidley CA, Hunt WC, Colby TV, Waldron JA, Collaborating Centers. Occupational and environmental risk factors for idiopathic pulmonary fibrosis: a multicenter case-control study. Am J Epidemiol **2000**; 152:307-315.

179. Samet JM, Eradze GR. Radon and lung cancer risk: taking stock at the millennium. Environ Health Perspect **2000**; 108:635-641.

180. Bosken CH, Hunt WC, Lambert WE, Samet JM. A parental history of asthma is a risk factor for wheezing and nonwheezing respiratory illnesses in infants less than 18 months of age. Am J Respir Crit Care Med **2000**; 161:1810-1815.

181. Smith KR, Samet JM, Romieu I, Bruce N.  Indoor air pollution in developing countries and acute lower respiratory infections in children.  Thorax **2000**; 55:518-532.

182. Dominici F, Samet JM, Zeger SL.  Combining evidence on air pollution and daily mortality from the 20 largest US cities:  a hierarchical modeling strategy.  J R Statist Soc A **2000**; 163(3):263-302.

183. Daniels MJ, Dominici F, Samet JM, Zeger SL.  Estimating particulate matter-mortality dose-response curves and threshold levels:  an analysis of daily time-series for the 20 largest US cities.  Am J Epidemiol **2000**; 152:397-406.

184. Samet J, Dominici F, Curriero FC, Coursac I, Zeger SL.  Fine particulate air pollution and mortality in 20 U.S. cities, 1987-1994.  N Engl J Med **2000**; 343:1742-1749.

185. Samet JM.  Epidemiology and policy:  the pump handle meets the new millennium.  Epidemiol Rev **2000**; 22(1):145-154.

186. Samet JM.  Concepts of time in clinical research.  Ann Intern Med **2000**; 132:37-44.

187. Dominici F, Zeger SL, Samet JM.  A measurement error model for time-series studies of air pollution and mortality.  Biostatistics **2000**; 1-18.

188. Nieto FJ, Young T, Lind B, Shahar E, Samet J, Redline S, D'Agostino R, Newman A, Lebowitz MD, Pickering TG.  Association of sleep-disordered breathing, sleep apnea, and hypertension in a large community-based study.  JAMA **2000**; 283:1829-1836.

189. Zeger SL, Thomas D, Dominici F, Samet JM, Schwartz J, Dockery D, Cohen A.  Exposure measurement error in time-series studies of air pollution:  concepts and consequences.  Environ Health Perspect **2000**; 108(5): 419-426.

190. Ernster V, Kaufman N, Nichter M, Samet J, Yoon S-Y.  Women and tobacco:  moving from policy to action.  Bulletin of the World Health Organization **2000**; 78:891-901.

191. Samet JM, Dominici F, Zeger SL, Schwartz J, Dockery DW.  Part I:  Methods and methodologic issues.  The National Morbidity, Mortality, and Air Pollution Study.  In:  Health Effects Research Report Number 94.  Cambridge, MA, Health Effects Institute **2000**; 94:1-85.

192. Samet JM, Zeger SL, Dominici F, Curriero F, Coursac I, Dockery DW, Schwartz J, Zanobetti A.  Part II:  Morbidity, mortality, and air pollution in the United States.  The National Morbidity, Mortality, and Air Pollution Study.  In:  Health Effects

Research Report Number 94. Cambridge, MA, Health Effects Institute **2000**; 94:1-84.

193. Bernard, SB, Samet JM, Grambsch A, Ebi KL, Romieu I. The potential impacts of climate variability and change on air pollution-related health effects in the United States. Environ Health Perspect **2001**; 109(S2):199-209.

194. Yang G, Ma J, Chen A, Zhang Y, Samet JM, Taylor CE, Becker K. Smoking cessation in China: findings from the 1996 national prevalence survey. Tob Control **2001**; 10:170-174.

195. Gilliland FD, Li YF, Baumgartner K, Crumley D, Samet JM. Physical activity and breast cancer risk in Hispanic and non-Hispanic white women. Am J Epidemiol **2001**; 154:442-450.

196. Li R, Gilliland FD, Baumgartner, KB, Samet J. Family history and risk of breast cancer in Hispanic and non-Hispanic women: the New Mexico Women's Health Study. Cancer Causes and Control **2001**; 12:747-753.

197. Lester LA, Rich SS, Blumenthal MN, Togias A, Murphy S, Malveaux F, Miller, ME, Dunston GM, Solway J, Wolf RL, Samet JM, Marsh DG, Meyers DA, Ober C, Bleecker ER, and the Collaborative Study on the Genetics of Asthma. Ethnic differences in asthma and associated phenotypes: collaborative study on the genetics of asthma. J Allergy Clin Immunol **2001**; 108:357-362.

198. Reid BC, Alberg AJ, Klassen AC, Samet JM, Rozier RG, Garcia I, Winn DM. Comorbidity and survival of elderly head and neck carcinoma patients. Cancer **2001**; 92:2109-2116.

199. Reid BC, Alberg AJ, Klassen AC, Koch WM, Samet JM. The American Society of Anesthesiologists' class as a comorbidity index in a cohort of head and neck cancer surgical patients. Head & Neck **2001**; 23:985-994.

200. Curriero FC, Heiner KS, Samet JM, Zeger SL, Strug L, Patz JA. Temperature and mortality in 11 cities of the eastern United States. Am J Epidemiol **2002**; 155:80-87.

201. Dominici F, Daniels M, Zeger SL, Samet JM. Air pollution and mortality: estimating regional and national dose-response relationships. JASA **2002**; 97:1-12.

202. Reid BC, Alberg AJ, Klassen AC, Rozier RG, Garcia I, Winn DM, Samet JM. A comparison of three comorbidity indexes in a head and neck cancer population. Oral Oncol **2002**; 38:187-194.

203. Young T, Shahar E, Nieto FJ, Redline S, Newman AB, Gottlieb DJ, Walsleben JA, Finn L, Enright P, Samet JM. Predictors of sleep-disordered breathing in community-dwelling adults: the Sleep Heart Health Study. Arch Intern Med **2002**; 162:893-900.

204. Basu R, Samet JM. An exposure assessment study of ambient heat exposure in an elderly population in Baltimore, Maryland. Environ Health Perspect **2002**; 110:1219-1224. PMCID: PMC1241109

205. Wenten M, Gillliland FD, Baumgartner K, Samet JM. Associations of weight, weight change, and body mass with breast cancer risk in Hispanic and non-Hispanic white women. Ann Epidemiol **2002**; 12:435-444.

206. Romieu I, Samet JM, Smith KR, Bruce N. Outdoor air pollution and acute respiratory infections among children in developing countries. J Occup Environ Med **2002**; 44:640-649.

207. Li R, Gilliland FD, Baumgartner K, Samet J. Hormone replacement therapy and breast carcinoma risk in Hispanic and Non-Hispanic women. Cancer **2002**; 95:960-968.

208. Sanders MH, Newman AB, Haggerty CL, Redline S, Lebowitz M, Samet J, O'Connor GT, Punjabi NM, Shahar E, for the Sleep Heart Health Study. Sleep and sleep-disordered breathing in adults with predominantly mild obstructive airway disease. Am J Respir Crit Care Med **2002**; 167:7-14.

209. Basu R, Samet JM. Relation between elevated ambient temperature and mortality: a review of the epidemiologic evidence. Epidemiol Rev **2002**; 24:190-202.

210. Baumgartner KB, Annegers JF, McPherson RS, Frankowski RF, Gilliland FD, Samet JM. Is alcohol intake associated with breast cancer in Hispanic women? The New Mexico women's health study. Ethn Dis **2002**; 12:460-469.

211. O'Connor GT, Lind BK, Lee ET, Nieto FJ, Redline S, Samet JM, Boland LL, Walsleben JA, Foster GL, MA for the Sleep Heart Health Study (SHHS) Investigators. Variation in symptoms of sleep-disordered breathing with race and ethnicity: The Sleep Heart Health Study. Sleep **2003**; 1:74-79.

212. Alberg A, Samet JM. Epidemiology of lung cancer. Chest **2003**; 123 (Suppl 1):21S-49S.

213. Dominici F, McDemott A, Zeger SL, Samet JM. National maps of the effects of particulate matter on mortality: exploring geographical variation. Environ Health Perspect **2003**; 111:39-43.

214. Dominici F, McDermott A, Zeger SL, Samet JM.  Airborne particulate matter and mortality:  timescale effects in four US cities.  Am J Epidemiol **2003**; 157:1055-1065.

215. Jaakkola MS, Ma J, Yang G, Chin M-F, Benowitz NL, Ceraso M, Samet JM. Determinants of salivary cotinine concentrations in Chinese male smokers.  Prev Med **2003**; 36:282-290.

216. Dominici F, McDermott A, Daniels M, Zeger SL, Samet JM.  Mortality among residents of 90 cities.  In:  Health Effects Institute Special Report: Revised Analyses of Time-Series Studies of Air Pollution and Health.  Cambridge, MA, Health Effects Institute **2003**; 9-24.

217. Dominici F, McDermott A, Daniels M, Zeger SL, Samet JM.  Shape of the exposure-response relation and mortality displacement in the NMMAPS database.  In:  Health Effects Institute Special Report: Revised Analyses of Time-Series Studies of Air Pollution and Health.  Cambridge, MA, Health Effects Institute **2003**; 91-96.

218. Brenner DJ, Doll R, Goodhead DT, Hall EJ, Land CE, Little JB, Lubin JH, Preston DL, Preston RJ, Puskin JS, Ron E, Sachs RK, Samet JM, Setlow RB, Zaider M. Cancer risks attributable to low doses of ionizing radiation: assessing what we really know. Proc Natl Acad Sci USA **2003**; 100:13761-13766.

219. Allen-Ramey FC, Samet JM, Rand CS, Joseph CLM. Trends in use of inhaled corticosteroids for asthma management: 1994-1998.  Ann Epidemiol **2003**; 14:161-167.

220. Vineis P, Alavanja M, Buffler P, Fontham E, Franceschi S, Gao YT, Gupta PC, Hackshaw A, Matos E, Samet JM, Sitas F, Smith J, Stayner L ,Straif K, Thun MJ, Wichmann HE, Wu AH, Zaridze D, Peto R, Doll D. Tobacco and cancer: recent epidemiological evidence. (Commentary) J Natl Cancer Inst **2004**; 2:99-106.

221. Samet JM. Adverse effects of smoke exposure on the upper airway. Tob Control **2004**; Suppl 1:157-160.

222. Jee SH, Samet JM, Ohrr H, Kim JH, Kim IS. Smoking and cancer risk in Korean men and women. Cancer Causes Control. **2004;** 15:341-348.

223. Brook R, Franklin B, Cascio W, Hong Y, Howard G, Lipsett M, Luepker R, Mittleman M, Samet J, Smith S, Tager I. Air pollution and cardiovascular disease: a statement for healthcare professionals from the expert panel on population and prevention science of the American Heart Association. Circulation **2004**; 109: 2655-2671.

224. Navas-Acien A, Peruga A, Breysse P, Zavaleta A, Blanco-Marquizo A, Pitarque R, Acuña M, Jiménez-Reyes K, Columbo V,Gamarra G, Stillman F, Samet JM. Secondhand tobacco smoke in public places in Latin America, 2002 – 2003. JAMA **2004;** 291: 2741-2745.

225. Yang GH, Ma J, Chen AP, Brown S, Taylor CE, Samet JM.  Smoking among adolescents in China:  1998 survey findings.  Int. J Epidemiol **2004;** 33:1-8.

226. Dominici F, Zanobetti A, Zeger SL, Schwartz J, Samet JM. Hierarchical bivariate time series models: a combined analysis of the effects of particulate matter on morbidity and mortality. Biostatistics. **2004;** 3:341-360.

227. Daniels MJ, Dominici F, Zeger S, Samet JM. $PM_{10}$ Concentration-response curves and thresholds for the 20 largest US cities.  In: The National Morbidity, Mortality, and Air Pollution Study. Research Report Number 94, Part III.  Cambridge, MA, Health Effects Institute **2004.**

228. Schwartz J, Samet JM, Patz JA. Hospital admissions for heart disease: The effects of temperature and humidity. Epidemiology **2004;** 6:755-761.

229. Bell ML, McDermott A, Zeger SL, Samet JM, Dominici F. Ozone and short-term mortality in 95 US urban communities, 1987-2000. JAMA **2004;** 292:2372-2378.

230. Jee SH, Ohrr H, Samet JM. Cigarette smoking, alcohol drinking, hepatitis B, and risk for hepatocellular carcinoma in Korean men and women. J Natl Cancer Inst **2004;** 96:1851-1856.

231. Campuzano JC, Hernández M, Jaakkola MS, Lazcano E, Kuri P, Bautista P, Benowitz NL, Ceraso M, Blackford A, Samet JM.  Determinants of salivary cotinine levels among current smokers in Mexico. Nicotine Tob Res **2004;** 6:997-1008.

232. Arillo-Santillan E, Lazcano-Ponce E, Hernandez-Avila M, Fernandez E, Allen B, Valdes R, Samet J.  Associations between individual and contextual factors and smoking in 13,293 Mexican students. Am J Prev Med **2005;** 28(1):41-51.

233. Basu R, Dominici F, Samet JM.  Temperature and mortality among the elderly in the United States: a comparison of epidemiologic methods. Epidemiology **2005;** 16:58-66.

234. Jee SH, Ohrr H, Sull JW, Yun JE, Ji M, Samet JM. Fasting serum glucose level and cancer risk in Korean men and women.  JAMA **2005;** 293:194-202.

235. Peng RD, Dominici F, Pastor-Barriuso R, Zeger SL, Samet JM. Seasonal analyses of air pollution and mortality in 100 US cities. Am J Epidemiol. **2005**, 161:585-594.

236. Alberg AJ, Brock MV, Samet JM. Epidemiology of lung cancer: looking to the future.  J Clin Oncol **2005**; 23:3175-3185.

237. Stillman FA, Wipfli HL, Lando HA, Leischow S, Samet JM.  Building capacity for international tobacco control research: the global tobacco research network. Am J Public Health **2005;** 95:965-968.

238. Bell ML, Dominici F, Samet JM. A meta-analysis of time-series of ozone and mortality with comparison to the national morbidity, mortality, and air pollution study. Epidemiology **2005**; 16:436-445.

239. Cohen AJ, Ross Anderson H, Ostro B, Pandey KD, Krzyzanowski M, Kunzli N, Gutschmidt K, Pope A, Romieu I, Samet JM, Smith K.  The global burden of disease due to outdoor air pollution. J Toxicol Environ Health A **2005**; 68:1301-1307.

240. Dominici F, McDermott A, Daniels M, Zeger SL, Samet JM. Revised analyses of the national morbidity, mortality, and air pollution study: mortality among residents of 90 cities. J Toxicol Environ Health A **2005**; 68:1071-1092.

241. Herbstman JB, Frank R, Schwab M, Williams DL, Samet JM, Breysse PN, Geyh AS. Respiratory effects of inhalation exposure among workers during the clean-up effort at the World Trade Center disaster site. Environ Res **2005**; 99:85-92.

242. Jee SH, Park JY, Kim HS, Lee TY, Samet JM. White blood cell count and risk for all-cause cardiovascular, and cancer mortality in a cohort of Koreans. Am J Epidemiol **2005**; 162:1-8.

243. Dominici F, Zanobetti A, Zeger S, Schwartz J, Samet JM. Hierarchical bivariate time-series models—A combined analysis of $PM_{10}$ Effects on Hospitalization and Mortality, The National Morbidity, Mortality, and Air Pollution Study. Research Report Number 94, Part IV.  Cambridge, MA, Health Effects Institute **2005.**

244. Samet J, Wassel R, Holmes KJ, Abt E, Bakshi K. Research priorities for airborne particulate matter in the United States. Environ Sci Technol **2005**; 39:299A-304A.

245. Dominici F, Peng RD, Bell ML, Pham L, McDermott A, Zeger SL, Samet JM. Fine particulate air pollution and hospital admissions for cardiovascular and respiratory diseases. JAMA **2006**; 295:1127-1134.

246. Stillman F, Yang G, Figueiredo V, Hernandez-Avila M, Samet J. Building capacity for tobacco control research and policy. Tob Control **2006**; Jun;15 Suppl 1:I18-123.

247. Symons JM, Wang L, Guallar E, Howell E, Dominici F, Schwab M, Ange BA, Samet J, Ondov J, Harrison D, Geyh A. A case-crossover study of fine particulate matter air pollution and onset of congestive heart failure symptom exacerbation leading to hospitalization. Am J Epidemiol **2006**; 164:421-433.

248. Jee S, Sull JW, Park J, Lee S, Ohrr H, Guallar E, Samet JM. Body-mass index and mortality in Korean men and women. N Engl J Med **2006**;355:779-787.

249. Stillman F, Wipfli H, Samet JM. Reaching and educating the global tobacco control community: innovative approaches to tobacco control training. Public Health Rep **2006**; 121:521-528.

250. Zhang L, Samet J, Caffo B, Punjabi N. Cigarette Smoking and Nocturnal Sleep Architecture. Am J Epidemiol **2006**; 164:529-537.

251. Francis JA, Shea AK, Samet JM. Challenging the epidemiologic evidence on passive smoking: tactics of tobacco industry expert witnesses. Tobacco Control **2006**; 15): iv68-iv76.

252. Rajaraman P, Stewart PA, Samet JM, Schwartz BS, Linet MS, Zahm SH, Rothman N, Yeager M, Fine HA, Black PM, Loeffler J, Shapiro WR, Selker RG, Inskip PD. Lead, genetic susceptibility, and risk of adult brain tumors. Cancer Epidemiol Biomarkers Prevention **2006**; 15:2514-2520.

253. Blackford AL, Yang G, Hernandez-Avila M, Przewozniak K, Zatonski W, Figueiredo V, Avila-Tang E, Ma J, Benowitz N, Samet JM. Cotinine concentration in smokers from different countries: relationship with amount smoked and cigarette type. Cancer Epidemiol Biomarkers Prevention **2006**; 15:1799-1804.

254. Kirk GD, Merlo C, O' Driscoll P, Mehta SH, Galai N, Vlahov D, Samet J, Engels EA. HIV infection is associated with an increased risk for lung cancer, independent of smoking. Clin Infect Dis **2007**; 45:103-10.

255. Lee SY, Jee SH, Yun JE, Kim SY, Lee J, Samet JM, Kim IS. Medical Expenditure of National Health Insurance Attributable to Smoking among the Korean Population. J Prev Med Pub Health **2007**; 40:227-32.

256. Bell ML, Dominici F, Ebisu K, Zeger SL, Samet JM. Spatial and temporal variation in $PM_{2.5}$ chemical composition in the United States for health effects studies. Environmental Health Perspectives **2007**; 115:989-95.

257. Samet JM. Asbestos and causation of non-respiratory cancers: Evaluation by the Institute of Medicine. Brooklyn Journal of Law and Policy **2007**; 15:1117-1136.

258. Stillman F, Navas-Acien A, Ma J, Ma S, Avila-Tang E, Breysse P, Yang G, Samet J. Second-hand tobacco smoke in public places in urban and rural China. Tob Control **2007**;16:229-234.

259. Alberg AJ, Ford, JG, Samet JM. Epidemiology of lung cancer: ACCP Evidence-Based Clinical Practice Guidelines (2nd Edition). Chest **2007**; 132 (Suppl 3):29S-55S.

260. Dominici F, Peng RD, Zeger SL, White RH, Samet JM. Particulate air pollution and mortality in the United States: did the risks change from 1987 to 2000? Am J Epidemiol **2007**; 166:880-888.

261. Figueiredo VC, Szklo M, Szklo AS, Benowitz N, Lozana JA, Casado L, Masson E, Samet JM. Determinants of salivary cotinine level: a population-based study in Brazil. Rev Saúde Publica **2007**; 41(6):954-62.

262. de González AB, Kim K, Samet JM. Radiation-induced cancer risk from annual computed tomography for patients with cystic fibrosis. Am J Respir Crit Care Med **2007**; 176:970-973.

263. Dominici F, Peng RD, Ebisu K, Zeger SL, Samet JM, Bell ML. Does the effect of PM (10) on mortality depend on pm nickel and vanadium content? A Reanalysis of the NMMAPS Data. Environ Health Perspect **2007**; 115:1701-1703.

264. Park JW, Yun JE, Park T, Cho E, Jee SH, Jang Y, Beaty TH, Samet JM. Family history of diabetes and risk of atherosclerotic cardiovascular disease in Korean men and women. Atherosclerosis **2008**; 197:224-31.

265. Cote I, Samet J, Vandenberg JJ. U.S. air quality management: local, regional and global approaches. J Toxicol Environ Health A **2008**; 71:63-73.

266. Zhang L, Samet J, Caffo B, Bankman I, Punjabi NM. Power spectral analysis of EEG activity during sleep in cigarette smokers. Chest **2008**; 133:427-432.

267. Eftim SE, Samet JM, Janes H, McDermott A, Dominici F. Fine particulate matter and mortality: A comparison of the six cities and American Cancer Society cohorts with a Medicare cohort. Epidemiology **2008**; 19:209-216.

268. Wipfli H, Avila-Tang E, Navas-Acien A, Kim S, Onicescu G, Yuan J, Breysse P, Samet JM; FAMRI Homes Study Investigators. Secondhand smoke exposure among women and children: evidence from 31 countries. Am J Public Health **2008**; 98:672-9.

269. Peng RD, Chang HH, Bell ML, McDermott A, Zeger SL, Samet JM, Dominici F. Coarse particulate matter air pollution and hospital admissions for cardiovascular and respiratory diseases among Medicare patients. JAMA **2008**; 299:2172-9.

270. Valdés-Salgado R, Avila-Tang E, Stillman FA, Wipfli H, Samet JM. [Laws that ban smoking in indoor places in Mexico] Salud Publica Mex **2008**; 50 Suppl 3:S334-42. Spanish.

271. Jee SH, Yun JE, Park EJ, Cho ER, Park IS, Sull JW, Ohrr H, Samet JM.  Body mass index and cancer risk in Korean men and women. Int J Cancer **2008**; 123:1892-1896.

272. Thun MJ, Hannan LM, Adams-Campbell LL, Boffetta P, Buring JE, Feskanich D, Flanders WD, Jee SH, Katnoda K, Kolonel LN, Lee IM, Marugame T, Palmer JR, Riboli E, Sobue T, Avila-Tang E, Wilkens LR, Samet JM. Lung cancer occurrence in never-smokers: An analysis of 13 cohorts and 22 cancer registry studies. PLoS Med **2008**; 5:e185.

273. Ma S, Hoang MA, Samet JM, Wang J, Mei C, Xu X, Stillman FA. Myths and attitudes that sustain smoking in China. J Health Commun **2008**; 13:654-66.

274. Samoli E, Peng R, Ramsay T, Pipikou M, Touloumi G, Dominici F, Burnett R, Cohen A, Kewski D, Samet JM, Katsouyanni K. Acute effects of ambient particulate matter on mortality in Europe and North America: results from the APHENA study. Environ Health Perspect **2008**; 116:1480-6.

275. Wang T, Moreno-Vinasco L, Huang Y, Lang GD, Linares JD Goonewardena SN Grabavoy A, Samet JM, Geyh AS, Breysse PN, Lussier YA, Natarajan V, Garcia JGN.  Murine lung responses to ambient particulate matter: genomic analysis and contribution to airway hyperresponsiveness. Environ Health Perspect **2008**; 116:1500-8.

276. Zeger SL, Dominici F, McDermott A, Samet JM. Mortality in the Medicare population and chronic exposure to fine particulate air pollution in urban centers (2000-2005). Environ Health Perspect **2008**; 116:1614-9.

277. Cheng TY, Wen SF, Astor BC, Tao XG, Samet JM, Wen CP. Mortality risks for all causes and cardiovascular diseases and reduced GFR in a middle-aged working population in Taiwan. Am J Kidney Dis **2008**; 52:1051-60.

278. Bell ML, Ebisu K, Peng RD, Walker J, Samet JM, Zeger SL, Dominici F. Seasonal and regional short-term effects of fine particles on hospital admissions in 202 US counties, 1999-2005. Am J Epidemiol **2008**; 168:1301-10.

279. Kim SR, Wipfli H, Avila-Tang, E, Samet J, Breysse, P. Method validation for measurement of hair nicotine level in nonsmokers. Biomed Chromatogr **2008**; 23:279-79.

280. Avila-Tang E, Apelberg BJ, Yamaguchi N, Katanoda K, Sobue T, Samet JM. Modeling the health benefits of smoking cessation in Japan. Tob Control **2009**; 18:10-17.

281. Zhao Y, Usatyuk PV, Gorshkova IA, He D, Wang T, Moreno-Vinasco L, Geyh AS, Breysse PN, Samet JM, Spannhake EW, Garcia JG, Natarajan V. Regulation of COX-2 expression and IL-6 release by particulate matter in airway epithelial cells. Am J Respir Cell Mol Biol **2009**; 40:19-30.

282. Gu D, Kelly TN, Wu X, Chen J, Samet JM, Huang J, Zhu M, Chen J, Chen C, Duan X, Klag MJ, He J. Mortality attributable to smoking in China. N Engl J Med **2009**; 360:150-9.

283. Mauderly JL and Samet JM. Is There Evidence for Synergy Among Air Pollutants in Causing Health Effects? Environ Health Perspect **2009**; 117:1-6.

284. Martinez-Sanchez JM, Fernandez E, Fu M, Pascual JA, Ariza C, Agudo A, Borras JM, Schiaffino A, Moncada A, Jane M, Salto E, Nebot M, Samet JM, for the DCOT study investigators. Assessment of exposure to secondhand smoke by questionnaire and salivary cotinine in the general population of Barcelona, Spain (2004-2005). Prev Med **2009**; 48:218-23.

285. Waters HR, Foldes SS, Alesci NL, Samet J. The economic impact of exposure to secondhand smoke in Minnesota. Am J Public Health **2009**; 99(4):754-9.

286. O'Connor GT, Caffo B, Newman AB, Quan SF, Rapoport DM, Redline S, Resnick HE, Samet J, Shahar E. Prospective Study of Sleep-Disordered Breathing and Hypertension: The Sleep Heart Health Study. Am J Respir Crit Care Med **2009**; 179(12):1159-64.

287. Bell ML, Ebisu K, Peng RD, Samet JM, Dominici F. Hospital Admissions and Chemical Composition of Fine Particle Air Pollution. Am J Respir Crit Care Med **2009**; 179(12):1115-20.

288. Peng RD, Bell ML, Geyh AS, McDermott A, Zeger SL, Samet JM, Dominici F. Emergency admissions for cardiovascular and respiratory diseases and the chemical composition of fine particle air pollution. Environ Health Perspect **2009**; 117(6):957-63.

289. Punjabi NM, Caffo BS, Goodwin JL, Gottlieb DJ, Newman AB, O'Connor GT, Rapoport DM, Redline S, Resnick HE, Robbins JA, Shahar E, Unruh ML, Samet

JM.  Sleep-disordered breathing and mortality: a prospective cohort study. PLoS Med **2009**; 6:e1000132.

290. Fu M, Fernandez E, Martinez-Sanchez JM, Pascual JA, Schiaffino A, Agudo A, Ariza C, Borras JM, Samet JM, DCOT Study Investigators. Salivary cotinine concentrations in daily smokers in Barcelona, Spain: a cross-sectional study.  BMC Public Health **2009**; 9:320.

291. Bell ML, Peng RD, Dominici F, Samet JM. Emergency hospital admissions for cardiovascular diseases and ambient levels of carbon monoxide: results for 126 United States urban counties, 1999-2005. Circulation **2009**; 120:949-55.

292. Rudin CM, Avila-Tang E, Samet JM. Lung cancer in never smokers: a call to action. Clin Cancer Res **2009**; 15:5622-5.

293. Samet JM, Avila-Tang E, Boffetta P, Hannan LM, Olivo-Marston S, Thun MJ, Rudin CM. Lung cancer in never smokers: clinical epidemiology and environmental risk factors. Clin Cancer Res **2009**; 15:5626-45.

294. Rudin CM, Avila-Tang E, Harris CC, Herman JG, Hirsch FR, Pao W, Schwartz AG, Vahakangas KH, Samet JM.  Lung cancer in never smokers: molecular profiles and therapeutic implications. Clin Cancer Res **2009**; 15:5646-61.

295. Sull JW, Yun JE, Lee SY, Ohrr H, Jee SH, Guallar E, Samet JM. Body Mass Index and Serum Aminotransferase Levels in Korean Men and Women. J Clin Gastroenterol **2009**; 43:869-875.

296. Jee SH, Golub JE, Jo J, Park IS, Ohrr H, Samet JM. Smoking and Risk of Tuberculosis Incidence, Mortality, and Recurrence in South Korean Men and Women. Am J Epidemiol **2009;** 170:1478-85.

297. Kim S, Wipfli H, Navas-Acien A, Dominici F, Avila-Tang E, Onicescu G, Breysse P, Samet JM; FAMRI Homes Study Investigators. Determinants of hair nicotine concentrations in nonsmoking women and children: a multicountry study of secondhand smoke exposure in homes. Cancer Epidemiol Biomarkers Prev **2009**; 18:3407-14.

298. Katsouyanni K, Samet JM, Anderson HR, Atkinson R, Le Tertre A, Medina S, Samoli E, Touloumi G, Burnett RT, Krewski D, Ramsay T, Dominici F, Peng RD, Schwartz J, Zanobetti A; HEI Health Review Committee. Air pollution and health: a European and North American approach (APHENA). Health Effects Institute Report Number 142.  Boston, MA, Health Effects Institute, **2009**.

299. Wipfli H, Samet JM. Global economic and health benefits of tobacco control: Part 1. Clin Pharmacol Ther **2009**; 86:263-71.

300. Wipfli H, Samet JM. Global economic and health benefits of tobacco control: Part 2. Clin Pharmacol Ther **2009**; 86:272-80.

301. Wang T, Chiang ET, Moreno-Vinasco L, Lang GD, Pendyala S, Samet JM, Geyh AS, Breysse PN, Chillrud SN, Natarajan V, Garcia JG. Particulate Matter Disrupts Human Lung Endothelial Barrier Integrity via ROS- and p38 MAPK-Dependent Pathways. Am J Respir Cell Mol Biol **2010**; 42:442-9.

302. Apelberg BJ, Onicescu G, Avila-Tang E, Samet JM. Estimating the risks and benefits of nicotine replacement therapy for smoking cessation in the United States. Am J Public Health **2010**; 100:341-8.

303. Bloch M, Tong VT, Novotny TE, England LJ, Dietz PM, Kim SY, Samet JM, Tolosa JE. Tobacco use and secondhand smoke exposure among pregnant women in low- and middle-income countries: a call to action. Acta Obstet Gynecol Scand **2010**; 89:418-22.

304. Oncken CA, Dietz PM, Tong VT, Belizán JM, Tolosa JE, Berghella V, Goldenberg RL, Lando HA, Samet JM, Bloch MH. Prenatal tobacco prevention and cessation interventions for women in low- and middle-income countries. Acta Obstet Gynecol Scand **2010**; 89:442-53.

305. Blanco-Marquizo A, Goja B, Peruga A, Jones MR, Yuan J, Samet JM, Breysse PN, Navas-Acien A. Reduction of secondhand tobacco smoke in public places following national smoke-free legislation in Uruguay. Tob Control **2010**; 19:231-4.

306. Ma J, Apelberg BJ, Avila-Tang E, Yang G, Ma S, Samet JM, Stillman FA. Workplace smoking restrictions in China: results from a six county survey. Tob Control **2010**; 19:403-9.

307. Abraham AG, Gange SJ, Rawleigh SB, Glass LR, Springer G, Samet JM. Retrospective mortality study among employees occupationally exposed to toner. J Occup Environ Med **2010**; 52:1035-41.

308. Jee SH, Foong AW, Hur NW, Samet JM. Smoking and Risk for Diabetes Incidence and Mortality in Korean Men and Women. Diabetes Care **2010**; 33:2567-72.

309. Caffo B, Diener-West M, Punjabi NM, Samet JM. A novel approach to prediction of mild obstructive sleep disordered breathing in a population-based sample: the Sleep Heart Health Study. Sleep **2010**; 33:1641-8.

310. Samet JM. Estimating the burden of smoking: premature mortality, morbidity, and costs. Salud Publica Mex **2010**; 52(suppl. 2):S98-107.

311. Sundell J, Levin H, Nazaroff WW, Cain WS, Fisk WJ, Grimsrud DT, Gyntelberg F, Li Y, Persily AK, Pickering AC, Samet JM, Spengler JD, Taylor ST, Weschler CJ. Ventilation rates and health: multidisciplinary review of the scientific literature. Indoor Air **2011**; 21:191-204.

312. Fu M, Martínez-Sánchez JM, Agudo A, Pascual JA, Borràs JM, Samet JM, Fernández E; for the DCOT Study Investigators. Association Between Time to First Cigarette After Waking Up and Salivary Cotinine Concentration. Nicotine Tob Res **2011**; 13:168-72.

313. Shahrir S, Wipfli H, Avila-Tang E, Breysse PN, Samet JM, Navas-Acien A; the FAMRI Bar Study Investigators. Tobacco sales and promotion in bars, cafes and nightclubs from large cities around the world. Tob Control **2011**; 20:285-90.

314. Kitahara CM, Berrington de González A, Freedman ND, Huxley R, Mok Y, Jee SH, Samet JM.  Total Cholesterol and Cancer Risk in a Large Prospective Study in Korea. J Clin Oncol **2011**; 29:1592-8.

315. Matt GE, Quintana PJ, Destaillats H, Gundel LA, Sleiman M, Singer BC, Jacob Iii P, Benowitz N, Winickoff JP, Rehan V, Talbot P, Schick S, Samet J, Wang Y, Hang B, Martins-Green M, Pankow JF, Hovell MF. Thirdhand Tobacco Smoke: Emerging Evidence and Arguments for a Multidisciplinary Research Agenda. Environ Health Perspect **2011**; 119:1218-26.

316. Jee SH, Kivimaki M, Kang HC, Park IS, Samet JM, Batty GD. Cardiovascular disease risk factors in relation to suicide mortality in Asia: prospective cohort study of over one million Korean men and women. Eur Heart J **2011**; 32:2773-80.

317. Abdullah AS, Qiming F, Pun V, Stillman FA, Samet JM. A review of tobacco smoking and smoking cessation practices among physicians in China: 1987-2010. Tob Control **2013**; 22:9-14. [Epub 2011 Dec 15.]

318. Apelberg BJ, Hepp LM, Avila-Tang E, Kim S, Madsen C, Ma J, Samet JM, Breysse PN. Racial differences in hair nicotine concentrations among smokers. Nicotine Tob Res **2011**; 14:933-41.

319. Jones MR, Wipfli H, Shahrir S, Avila-Tang E, Samet JM, Breysse PN, Navas-Acien A; FAMRI Bar Study Investigators. Secondhand tobacco smoke: an occupational hazard for smoking and non-smoking bar and nightclub employees. Tob Control **2013**; 22:308-14. [Epub 2012 Jan 24.]

320. Giovino GA, Mirza SA, Samet JM, Gupta PC, Jarvis MJ, Bhala N, Peto R, Zatonski W, Hsia J, Morton J, Palipudi KM, Asma S; GATS Collaborative Group. Tobacco use in 3 billion individuals from 16 countries: an analysis of nationally representative cross-sectional household surveys. Lancet **2012**; 380:668-79.

321. Breysse, P.N., R.J. Delfino, F. Dominici, A.C P. Elder, M.W. Frampton, J.R. Froines, A.S. Geyh, J.J. Godleski, D.R. Gold, P.K. Hopke, P. Koutrakis, N. Li, G. Oberdörster, K.E. Pinkerton, J.M. Samet, M.J. Utell, A.S. Wexler. U.S. EPA Particulate Matter Research Centers: Summary of Research Results for 2005–2011. Air Quality, Atmosphere and Health **2013**; 6:333-355 [Epub ahead of print October 2012]

322. Avila-Tang E, Al-Delaimy WK, Ashley DL, Benowitz N, Bernert JT, Kim S, Samet JM, Hecht SS. Assessing secondhand smoke using biological markers. Tob Control **2013**; 22:164-71. [Epub 2012 Sep 2.]

323. Avila-Tang E, Elf JL, Cummings KM, Fong GT, Hovell MF, Klein JD, McMillen R, Winickoff JP, Samet JM. Assessing secondhand smoke exposure with reported measures. Tob Control **2013**; 22:156-63. [Epub 2012 Sep 4.]

324. Apelberg BJ, Hepp LM, Avila-Tang E, Gundel L, Hammond SK, Hovell MF, Hyland A, Klepeis NE, Madsen CC, Navas-Acien A, Repace J, Samet JM, Breysse PN. Environmental monitoring of secondhand smoke exposure. Tob Control **2013**; 22:147-55. [Epub 2012 Sep 4.]

325. Barr CD, Diez DM, Wang Y, Dominici F, Samet JM. Comprehensive Smoking Bans and Acute Myocardial Infarction among Medicare Enrollees in 387 US Counties: 1999-2008. Am J Epidemiol **2012**; 176:642-8.

326. Lee NL, Samet JM, Yang G, Zhou M, Yang J, Correa A, Lees PS. Prenatal secondhand smoke exposure and infant birth weight in China. Int J Environ Res Public Health **2012**; 9:3398-420.

327. Jones MR, Apelberg BJ, Samet JM, Navas-Acien A. Smoking, Menthol Cigarettes, and Peripheral Artery Disease in U.S. Adults. Nicotine Tob Res **2013;** 15:1183-9.

328. Jones MR, Apelberg BJ, Tellez-Plaza M, Samet JM, Navas-Acien A. Menthol Cigarettes, Race/Ethnicity and Biomarkers of Tobacco Use in US Adults: The 1999- 2010 National Health and Nutrition Examination Survey (NHANES). Cancer Epidemiol Biomarkers Prev **2013;** 22:224-32.

329. Glass TA, Goodman SN, Hernán MA, Samet JM. Causal inference in public health. Annu Rev Public Health **2013**; 34:61-75.

330. Park C, Guallar E, Linton JA, Lee DC, Jang Y, Son DK, Han EJ, Baek SJ, Yun YD, Jee SH, Samet JM. Fasting Glucose Level and the Risk of Incident Atherosclerotic Cardiovascular Diseases. Diabetes Care **2013**; 36: 1988-93.

331. Chang HY, Shin YJ, Batty GD, Son DK, Yun YD, Jee SH, Mok Y, Samet JM. Measuring depression in South Korea: validity and reliability of a brief

questionnaire in the Korean Cancer Prevention Study. J Affect Disord **2013**; 150:760-5.

332. Alberg AJ, Brock MV, Ford JG, Samet JM, Spivack SD. Epidemiology of Lung Cancer: Diagnosis and Management of Lung Cancer, 3rd ed: American College of Chest Physicians Evidence-Based Clinical Practice Guidelines. Chest **2013**; 143(5 Suppl):e1S-e29S.

333. Peng RD, Samoli E, Pham L, Dominici F, Touloumi G, Ramsay T, Burnett RT, Krewski D, Le Tertre A, Cohen A, Atkinson RW, Anderson HR, Katsouyanni K, Samet JM. Acute effects of ambient ozone on mortality in Europe and North America: results from the APHENA study. Air Qual Atmos Health **2013**; 6:445-453.

334. Wan X, Stillman F, Liu H, Spires M, Dai Z, Tamplin S, Hu D, Samet JM, Yang G. Development of policy performance indicators to assess the implementation of protection from exposure to secondhand smoke in China. Tob Control **2013**; 22 Suppl 2:ii9-ii15.

335. Abdullah AS, Stillman FA, Yang L, Luo H, Zhang Z, Samet JM. Tobacco Use and Smoking Cessation Practices among Physicians in Developing Countries: A Literature Review (1987-2010). Int J Environ Res Public Health **2013**; 11:429-55.

336. Jee SH, Batty GD, Jang Y, Oh DJ, Oh BH, Lee SH, Park SW, Seung KB, Kimm H, Kim SY, Mok Y, Kim HS, Lee DC, Choi SH, Kim MJ, Lee GJ, Sung J, Cho B, Kim ES, Yu BY, Lee TY, Kim JS, Lee YJ, Oh JK, Kim SH, Park JK, Koh SB, Park SB, Lee SY, Yoo CI, Kim MC, Kim HK, Park JS, Yun YD, Baek SJ, Samet JM, Woodward M. The Korean Heart Study: rationale, objectives, protocol, and preliminary results for a new prospective cohort study of 430,920 men and women. Eur J Prev Cardiol **2014**; 21:1484-92. [Epub 2013 Jul 17]

337. Pineles BL, Park E, Samet JM. Systematic review and meta-analysis of miscarriage and maternal exposure to tobacco smoke during pregnancy. Am J Epidemiol **2014**; 179:807-23.

338. Samet JM. Engineered Nanomaterials and Human and Environmental Health: Research Strategies to Address Potential Risks. Curr Envir Health Rpt **2014**; 1:217-226.

339. Ezratty V, Guillossou G, Neukirch C, Dehoux M, Koscielny S, Bonay M, Cabanes PA, Samet JM, Mure P, Ropert L, Tokarek S, Lambrozo J, Aubier M. Repeated Nitrogen Dioxide Exposures and Eosinophilic Airway Inflammation in Asthmatics: A Randomized Crossover Study. Environ Health Perspect **2014**; 122:850-5.

340. Hamra GB, Guha N, Cohen A, Laden F, Raaschou-Nielsen O, Samet JM, Vineis P, Forastiere F, Saldiva P, Yorifuji T, Loomis D. Outdoor Particulate Matter Exposure and Lung Cancer: A Systematic Review and Meta-Analysis. Environ Health Perspect **2014**; 122:906-11. PMCID: PMC4154221

341. Figueiredo JC, Ly S, Raimondi H, Magee K, Baurley JW, Sanchez-Lara PA, Ihenacho U, Yao C, Edlund CK, van den Berg D, Casey G, DeClerk YA, Samet JM, Magee W 3rd. Genetic risk factors for orofacial clefts in Central Africans and Southeast Asians. Am J Med Genet A **2014**; 164A:2572-80.

342. Kim S, Apelberg BJ, Avila-Tang E, Hepp L, Yun D, Samet JM, Breysse PN. Utility and cutoff value of hair nicotine as a biomarker of long-term tobacco smoke exposure, compared to salivary cotinine. Int J Environ Res Public Health **2014**; 15;11:8368-82.

343. Sivaram S, Sanchez MA, Rimer BK, Samet JM, Glasgow RE. Implementation Science in Cancer Prevention and Control: A framework for research and programs in low and middle-income countries. Cancer Epidemiol Biomarkers Prev **2014**; 23:2273-2284.

344. Turner MC, Cohen A, Jerrett M, Gapstur SM, Diver WR, Pope CA 3rd, Krewski D, Beckerman BS, Samet JM. Interactions Between Cigarette Smoking and Fine Particulate Matter in the Risk of Lung Cancer Mortality in Cancer Prevention Study II. Am J Epidemiol **2014**; 180:1145-9.

345. Zhang JJ, Samet JM. Chinese haze versus Western smog: lessons learned. J Thorac Dis **2015**; 7:3-13. PMCID: PMC4311077.

346. Leventhal AM, Strong DR, Kirkpatrick MG, Unger, JB, Sussman S, Riggs, NR, Stone MD, Kohddam R, Samet JM, Audrain-McGovern, J. Association of Electronic Cigarette Use With Initiation of Combustible Tobacco Product Smoking in Early Adolescence. JAMA **2015**; 314:700-707.

347. Samet JM, Chanson, D, Wipfli H. The Challenges of Limiting Exposure to THS in Vulnerable Populations. Curr Envir Health Rpt **2015**; 2:215-225.

348. Wipfli H, Samet, JM. Framing Progress In Global Tobacco Control To Inform Action On Noncommunicable Diseases. Health Affairs **2015**; 34:1480-8.

349. Mok Y, Son DK, Yun YD, Jee SH, Samet JM. γ-Glutamyltransferase and cancer risk: The Korean cancer prevention study. Int J Cancer **2016**; 138:311-9.

350. Yun YD, Back JH, Ghang H, Jee SH, Kim Y, Lee SM, Samet JM, Lee KS. Hazard Ratio of Smoking on Lung Cancer in Korea According to Histological Type and Gender. Lung **2016**; 194:281-9.

351. Withers M, Press, D, Wipfli, H, McCool, J, Chan, CC, Jimba, M, Tremewan, C, Samet, J. Training the next generation of global health experts: experiences and recommendations from Pacific Rim universities. Globalization and Health **2016**; 12:34

352. Putcha N, Crainiceanu C, Norato G, Samet J, Quan SF, Gottlieb DJ, Redline S, Punjabi N. Influence of Lung Function and Sleep-Disordered Breathing on All-Cause Mortality: A Community Based Study. American Journal of Respiratory and Critical Care Medicine **2016**;194:1007-1014.

353. Pineles BL, Hsu S, Park E, Samet JM. Systematic Review and Meta-Analyses of Perinatal Death and Maternal Exposure to Tobacco Smoke During Pregnancy. Am J Epidemiol **2016**; 184:87-97.

354. Barrington-Trimis J, Urman, R, Berhane K, Unger JB, Cruz T, Pentz MA, Samet JM, Leventhal A, McConnell R. E-Cigarettes and Future Use. Pediatrics **2016**; 138:e20160379.

355. Barrington-Trimis JL, Berhane K, Unger JB, Cruz TB, Urman R, Chour CP, Howland S, Wang K, Pentz MA, Gilreath TD, Huh J, Leventhal AM, Samet JM, McConnell R. The E-cigarette Social Environment, E-cigarette Use, and Susceptibility to Cigarette Smoking. J Adolesc Health **2016**; 59:75-80.

356. Barrington-Trimis JL, Urman R, Leventhal AM, Gauderman WJ, Cruz TB, Gilreath TD, Howland S, Unger JB, Berhane K, Samet JM, McConnell R. E-cigarettes, Cigarettes, and the Prevalence of Adolescent Tobacco Use. Pediatrics **2016**; 138(2):e20153983.

357. Global BMI Mortality Collaboration. Body-mass index and all-cause mortality: individual-participant-data meta-analysis of 239 prospective studies in four continents. Lancet **2016**; 388:776-86.

358. Goldenson NI, Kirkpatrick MG, Barrington-Trimis JL, Pang RD, McBeth FJ, Pentz MA, Samet JM, Leventhal AM. Effects of sweet flavorings and nicotine on the appeal and sensory properties of e-cigarettes among young adult vapers: Application of a novel methodology. Drug Alcohol Depend. **2016**;168:176-180.

359. Jeon C, Jung KJ, Kimm H, Lee S, Barrington-Trimis JL, McConnell R, Samet JM, Jee SH. E-cigarettes, conventional cigarettes, and dual use in Korean adolescents and university students: Prevalence and risk factors. Drug and Alcohol Depend. **2016**;168:99-103.

360. Murrison LB, Martinson N, Moloney RM, Msandiwa R, Mashabela M, Samet JM, Golub JE. Tobacco Smoking and Tuberculosis among Men Living with HIV in

Johannesburg, South Africa: A Case-Control Study. PLoS One. **2016**; 11(11):e0167133.

361. McConnell R, Barrington-Trimis JL, Wang K, Urman R, Hong H, Unger J, Samet J, Leventhal A, Berhane K. Electronic-cigarette Use and Respiratory Symptoms in Adolescents. Am J Respir Crit Care Med **2016**. [Epub ahead of print].

362. Hong S, Mok Y, Jeon C, Jee SH, Samet JM. Tuberculosis, smoking and risk for lung cancer incidence and mortality. Int J Cancer. **2016**;139:2447-2455.

363. Jacob P, Benowitz NL, Destaillats H, Gundel L, Hang B, Martins-Green M, Matt GE, Quintana PJ, Samet JM, Schick SF, Talbot P, Aquilina NJ, Hovell MF, Mao JH, Whitehead TP. Thirdhand Smoke: New Evidence, Challenges, and Future Directions. Chem Res Toxicol. **2017**;30:270-294.

364. Turner MC, Cohen A, Burnett RT, Jerrett M, Diver WR, Gapstur SM, Krewski D, Samet JM, Pope CA 3rd. Interactions between cigarette smoking and ambient $PM_{2.5}$ for cardiovascular mortality. Environmental Research. **2017**;154:304-310.

## PROCEEDINGS OF MEETINGS

1.  Samet JM, Morgan MV, Buechley RW, et al.  Studies of Grants, New Mexico, uranium miners.  Current status.  In:  Gomez M (ed).  International Conference on Radiation Hazards in Mining:  Control, Measurements, and Medical Aspects.  American Institute of Mining, Metallurgical, and Petroleum Engineers, New York, **1981**; 680-684.

2.  Samet JM, Morgan MV, Buechley RW, Key CR, Valdivia AA.  Studies of Grants, New Mexico, uranium miners:  status as of December, 1982.  In:  Epidemiology applied to health physics.  Proceedings of the sixteenth midyear topical meeting of the Health Physics Society. Springfield, VA, NTIS, CONF-83101, **1983**; 444-454.

3.  Samet JM, Morgan MV, Key CR, Valdivia AA.  Studies of uranium miners in New Mexico.  In:  Stocker H (ed):  Occupational Radiation Safety in Mining.  Proceedings of the International Conference.  Canadian Nuclear Association, Toronto, Canada, **1984**; 623-626.

4.  Samet JM.  Lung cancer, smoking and diet in Hispanic women of the United States.  In:  Vivo, P (ed).  1984 National Hispanic Heritage Week.  Hispanic Women's Health Issues.  Proceedings of a Conference, Rockville, Maryland, September 11, 1984.  U.S. Department of Health and Human Services, Public Health Service, Hispanic Employee Organizations and the Office of the Assistant Secretary for Health, Office of Equal Employment Opportunity, **1984**; 37-46.

5.  Samet JM.  Relationship between passive exposure to cigarette smoke and cancer.  In:  Gammage RB, Kaye SV (eds):  Indoor Air and Human Health, Chelsea, Michigan:  Lewis Publishers, Inc., **1985**; 227-240.

6.  Samet JM, Speizer FE.  Passive smoking and the lungs: A review of effects other than malignancy.  In:  Forbes WF, Frecker RC, Nostbakken D (eds):  Proceedings of the Fifth World Conference on Smoking and Health, Canadian Council on Smoking and Health, Ottawa, Canada, **1985**; 199-205.

7.  Samet JM, Morgan MV, Key CR, Pathak DR, Valdivia AA.  Studies of uranium miners in New Mexico.  Proceedings of the International Conference on the Health of Miners.  In:  Wheeler RW (ed):  International Conference on the Health of Miners.  American Conference of Governmental Industrial Hygienists.  Cincinnati, OH, **1986**; 351-355.

8.  Samet JM.  Radiation and disease in underground miners.  Proceedings of the International Conference on the Health of Miners.  In:  Wheeler RW (ed):  International Conference on the Health of Miners.  American Conference of Governmental Industrial Hygienists.  Cincinnati, OH, **1986**; 27-36.

9.   Coultas DB, Samet JM, Peake GT, McCarthy J, Spengler J.  Reliability and validity of questionnaire assessment of involuntary tobacco smoke exposure.  In:  Seifert B, Esdorn H, Fischer M, Ruden H, Wegner J (eds):  Indoor Air '87.  Proceedings of the 4th International Conference on Indoor Air Quality and Climate.  Volume 2. Environmental Tobacco Smoke, Multicomponent Studies, Radon, Sick Buildings, Odors and Irritants, Hyperreactivities and Allergies.  Institute for Water, Soil and Air Hygiene.  Berlin, **1987**; 121-125.

10.  McCarthy J, Spengler JD, Chang B-H, Coultas D, Samet J.  A personal monitoring study to assess exposure to environmental tobacco smoke.  In:  Seifert B, Esdorn H, Fischer M, Ruden H, Wegner J (eds):  Indoor Air '87.  Proceedings of the 4th International Conference on Indoor Air Quality and Climate.  Volume 2. Environmental Tobacco Smoke, Multicomponent Studies, Radon, Sick Buildings, Odours and Irritants, Hyperreactivities and Allergies.  Institute for Water, Soil and Air Hygiene.  Berlin, **1987**; 142-146.

11.  Samet JM.  The health risks of radon:  a review of the BEIR IV Report.  In:  National Conference on Radiation Control.  Conference of Radiation Control Program Directors, Inc., **1988**; 444-450.

12.  Lambert WE, Samet JM, Marbury MC, Spengler JD.  Design considerations for a longitudinal study of infant respiratory illness and $NO_2$ exposure.  Paper 88 124.1 Air Pollution Control Association Annual Meeting, **1988**.

13.  Samet JM.  Radon exposure and lung cancer risk.  In:  The **1988** Symposium on Radon and Radon Reduction Technology, U.S. EPA.

14.  Samet JM.  Epidemiological studies of lung cancer in underground miners.  In: Proceedings of the Twenty-Fourth Annual Meeting of the National Council on Radiation Protection and Measurements.  Radon.  Bethesda, MD, National Council on Radiation Protection and Measurements, **1989**; 30-46.

15.  Samet JM.  Issues in the selection of subjects for clinical and epidemiological studies of asthma. In:  Frank R, Utell M (eds):  Susceptibility to inhaled pollutants, ASTM STP 1024.  American Society for Testing and Materials.  Philadelphia, **1989**; 57-67.

16.  Ellett WH, Samet JM.  Epidemiological studies on uranium miners and other groups exposed to radon.  In:  Banerstock KF, Statler JW (eds):  Low Dose Radiation: Biological Basis of Risk Assessment.  Taylor and Francis, London, **1989**; 88-99.

17.  Coultas DB, Samet JM, McCarthy JF, Spengler JD.  Variability of measures of exposure to environmental tobacco smoke in the home.  In:  Harper JP (ed). Transactions of an International Specialty Conference.  Combustion Processes and the Quality of the Indoor Environment.  Pittsburgh, Air & Waste Management Association, **1989**; 250-261.

18. Coultas DB, Samet JM, McCarthy JF, Spengler JD.  A personal monitoring study to assess workplace exposure to environmental tobacco smoke.  Proceedings of the ASHRAE/SOEH Symposium.  IAQ `89:  The Human Equation:  Health and Comfort, **1989**; 170-172.

19. Samet JM.  Environmental tobacco smoke:  adverse effects on respiratory infection, respiratory symptoms, and lung function.  In:  Mohr V (ed).  Assessment of inhalation hazards.  Berlin, Springer-Verlag, **1989**; 265-273.

20. Samet JM.  Epidemiological approaches for assessing the health effects of $NO_2$.  Air and Waste Management Association.  83rd Annual Meeting & Exhibition, Pittsburgh, PA.  Paper No. 90-147.6. **1990**; 1-11.

21. Samet JM.  Comparative dosimetry of radon in mines and homes:  an overview of the NAS report.  Proceedings of the 1991 International Symposium on Radon and Radon Technology.  U.S. EPA, **1991**.

22. Stidley C, Samet JM.  An evaluation of ecologic studies of indoor radon and lung cancer.  Proceedings of the 1991 International Symposium on Radon and Radon Technology.  U.S. EPA, **1991**.

23. Samet JM, Lambert WE.  Epidemiologic approaches for assessing health risks from complex mixtures in indoor air.  Environ Health Perspect, **1992**; 95:71-74.

24. Stidley CA, Samet JM.  An assessment of ecological and case-control methods for estimating lung cancer risk due to indoor radon.  In:  Cross F (ed).  Indoor radon and lung cancer:  Reality or myth?  **1992**; 1033-1054.

25. Samet JM, Cooper RD, Ellett WH.  A new NAS-NRC report:  comparative radon dosimetry in mines and homes.  Radiation Protection Dosimetry, **1992**; 45:661-664.

26. Samet JM, Lambert WE.  Personal exposure assessment:  implications for clinical studies of inhaled pollutants.  In:  Mohr V, Bates DV, Fabel H, Utell MJ (eds).  Advances in controlled clinical inhalation studies.  Berlin, Springer-Verlag, **1993**; 95-101.

27. Samet JM.  Indoor air pollution:  a public health perspective.  In:  Jaakkola JJ, Ilmarinen R, Seppanen O, eds.  Indoor Air '93.  The Sixth International Conference on Indoor Air Quality and Climate.  Helsinki, Finland:  Indoor Air '93, **1993**; 3:219-226.

28. Lambert WE, Samet JM, Skipper BJ, Cushing AH, Hunt WC, Young SA, Schwab M, Spengler JD.  Residential exposures to nitrogen dioxide and respiratory illnesses in infants.  In:  Jaakkola JJ, Ilmarinen R, Seppanen O (eds).  Indoor Air '93.  The Sixth International Conference on Indoor Air Quality and Climate.  Helsinki, Finland:  Indoor Air '93, **1993**; 1:435-440.

29. Schwab M, Spengler JD, McDermott A, Samet JM, Lambert WE. Seasonal and yearly patterns of indoor nitrogen dioxide levels: data from Albuquerque, New Mexico. In: Jantunen M, Kalliokoski P, Kukkonen E, Saarela K, Seppanen O, Vuorelma H (eds.) Indoor Air '93, **1993**; 3:205-210.

30. Samet JM, Speizer FE. Introduction and recommendations: working group on indoor air and other complex mixtures. Environ Health Perspect, **1993**; 101 (Suppl 4):143-147.

31. Samet JM, Speizer FE. Assessment of health effects in epidemiologic studies of air pollution. Environ Health Perspect, **1993**; 101 (Suppl 4):149-154.

32. Samet JM. Asthma and the environment: do environmental factors affect the incidence and prognosis of asthma? In: Proceedings of the International Congress of Toxicology VII. Toxicology Letters **1995**; 82/83:33-38.

33. Samet JM. What can we expect from epidemiologic studies of chemical mixtures? In: Proceedings of the HERL Symposium of the U.S. E.P.A. Toxicology, **1995**; 105:307-314.

34. Samet JM. Controlling the avoidable causes of cancer: needs and opportunities for etiologic research. Environ Health Perspect, **1995**; 103 (Suppl 8):307-311.

35. Samet JM, Lange P. Longitudinal studies of active and passive smoking. Am J Respir Crit Care Med, **1996**; 154:S257-S265.

36. Samet JM. The environment and health: state of the art in 1990's. In: Serrano OR, Rodríguez GP (eds). Riesgos Ambientales Para la Salud en la Ciudad de México, **1996**; 22-29.

37. Fortoul TI, Lambert WE, Samet JM, Oláiz, López MI, Sánchez CI, Doyer M, Villadelmar RL, Bliss MS, Moncada HS, Montaño B, Navarro D, Bravo AH, Sánchez AP, Rivero SO. Efectos del ozono en niños habitantes de la ciudad de México. In: Serrano OR, Rodríguez GP (eds). Riesgos Ambientales Para la Salud en la Ciudad de México, **1996**; 121-126.

38. Samet JM. Epidemiologic studies of ionizing radiation and cancer: past successes and future challenges. Environ Health Perspect, **1997**; 105:883-889.

39. Samet JM. Epidemiologic studies of underground miners: new information from an old source. In: Proceedings of the Thirty-Second Annual Meeting of the National Council on Radiation Protection and Measurements. Implications of New Data on Radiation Cancer Risk, **1997**; Proceedings No. 18:155-176.

40. Samet JM.  Indoor air quality in the home and health:  a clinical and public health perspective.  In:  Healthy Buildings/IAQ '97: Global Issues and Regional Solutions, **1997**; 3:3-12.

41. Samet JM.  What does (can) the epidemiologic evidence tell us about fine particle effects?  In:  Relationships Between Respiratory Disease and Exposure to Air Pollution, **1998**; 207-215.

42. Samet JM.  Workshop summary:  assessing exposure to environmental tobacco smoke in the workplace.  Environ Health Perspect, **1999**; 107:309-312.  Reprinted with permission in Workshop Proceedings.  Work, Smoking, and Health:  A NIOSH Scientific Workshop **2000**; 33-39.

43. Samet JM.  Synthesis:  The health effects of tobacco smoke exposure on children.  In: Background Papers.  International Consultation on Environmental Tobacco Smoke (ETS) and Child Health, Geneva, **1999**; 99.11:1-11.

44. Krewski D, Lubin JH, Samet JM, Douple EB, Zielinski JM.  Radon and lung cancer: an overview of the BEIR VI report.  In:  Proceedings of the International Symposium of Health Effects of Low Doses of Ionizing Radiation:  Research Directions into the New Millennium, **1999**; 15-24.

45. Samet JM.  What properties of particulate matter are responsible for health effects? In: Phalen R, Bell Y (eds).  Proceedings of the Third Colloquium on Particulate Air Pollution and Human Health, **1999**; 320-322.

46. Samet JM.  Asthma epidemiology:  old and new issues.  In: Neffen HE, Baena-Cagnani CE, Fabbri L, Holgate S, O'Byrne P (eds).  Asthma—A Link Between Environment, Immunology, and the Airways.  Proceedings of the XVIth World Congress of Asthma, Buenos Aires, **1999**; 27- 32.

47. Samet JM.  Involuntary smoking and asthma.  In:  Neffen HE, Baena-Cagnani CE, Fabbri L, Holgate S, O'Byrne P (eds).  Asthma—A Link Between Environment, Immunology, and the Airways.  Proceedings of the XVIth World Congress of Asthma, Buenos Aires, **1999**; 78-88.

48. Douple EB, Samet JM.  Health effects of exposure to radon (BEIR VI).  In:  Moriarty M, Edington M, Mothersill C, Ward JF, Seymour C, Fry RJM (eds).  Radiation Research Volume 2:  Proceedings, Dublin, **1999**; 784-787.

49. Jaakkola MS, Samet JM.  Summary:  workshop on health risks attributable to ETS exposure in the workplace.  Environ Health Perspect **1999**; 107:823-827.  Reprinted with permission in Workshop Proceedings.  Work, Smoking and Health: A NIOSH Scientific Workshop **2000**; 41-51.

50. Yang G, Becker K, Fan L, Zhang Y, Qi G, Taylor CE, Samet J.  Smoking in China. In: Tobacco: the growing epidemic.  Proceedings of the Tenth World Conference on Tobacco or Health, 24-28 August 1997, Beijing China **2000;** 5-10.

51. Kacew S (Editor-in-Chief), Cohen A, Krewski D, Samet J, Willes R (guest editors). Proceedings from The Network for Environmental Risk Assessment and Management (NERAM) Colloquium, Health and Air Quality 2001: Interpreting Science for Decision Makers.  J Toxicol Environ Health A: Current Issues **2003;** 66:1489-1903.

52. Samet JM. Environmental causes of lung cancer: what do we know in 2003? Chest **2004**; 125(5 Suppl):80S-83S.

53. Samet JM. How and why do we estimate the burden of smoking-attributable mortality and morbidity? Proceedings of the 7th Asia Pacific Conference on Tobacco or Health, 15-18 September 2004, Gyeongju, Korea **2004**; 78-81.

54. Samet JM.  The perspective of the national research council's committee on research priorities for airborne particulate matter. J Toxicol Environ Health A. **2005**; 68:1063-1067.

55. Krewski D, Samet JM, Craig L.  Preface. J Toxicol Environ Health A **2005**; 68:1049-1054.

56. White RH Spengler JD, Dilwali KM, Barry BE, Samet JM.  Report of workshop on traffic, health, and infrastructure planning. Arch Environ Occup Health. **2005**; 60:70-6.

57. Samet JM. Radiation and cancer risk: a continuing challenge for epidemiologists. Proceedings of the First Lorenzo Tomatis Conference on Environment and Cancer. Environ Health. **2011**; 10 Suppl 1: S4.

## CASE REPORTS/LETTERS/EDITORIALS/OTHER

1.   Samet JM, Simon TL. Idiopathic pulmonary fibrosis treated with plasma exchange. Plasma Therapy **1981**; 2:135-137.

2.   Shellito JE, Samet JM. Keratoacanthoma as a complication of arterial puncture for blood gases. Int J Dermatol **1982**; 21:349.

3.   Samet JM, Kutvirt DM, Christensen LM. Media coverage of coffee study has little effect on coffee consumption. (Letter). N Engl J Med **1982**; 307:128.

4.   Samet JM. Book Review of *Sports Injuries. The Unthwarted Epidemic*. Ann Sports Med **1983**; 1:122.

5.   Samet JM. Wood stoves and fireplaces. In:  Energy, Air Pollution and Health. Fact Sheet, New York, American Lung Association, **1983**; 15-17.

6.   Samet JM. "Peri-occupational" exposure. In:  Energy, Air Pollution and Health. Fact Sheet, New York, American Lung Association, **1983**; 15-17.

7.   Samet JM, Kutvirt DM, Waxweiler RJ, Key CR. Lung cancer after exposure to radon daughters.  (Letter). N Engl J Med **1984**; 311:859.

8.   Humble CG, Samet JM, Skipper BE. Re:  "Comparison of self- and surrogate-reported dietary information." The authors reply. (Letter). Am J Epidemiol **1984**; 120:651.

9.   Samet JM. Defining an adverse respiratory health effect. (Editorial). Am Rev Respir Dis **1985**; 131:487.

10.   Samet JM. Book review of *Lung Cancer: The Facts*. Chest **1985**; 88:A-21.

11.   Samet JM. Less hazardous cigarettes and diseases of the lung. (Editorial). Chest **1985**; 88:802-803.

12.   Mason RJ, Buist AS, Fisher EB, Merchant JA, Samet JM, Welsh CH. Cigarette smoking and health.  Am Rev Respir Dis **1985**; 132:1133-1136.

13.   Coultas DB, Samet JM, Butler C. Bronchiolitis obliterans due to *mycoplasma pneumoniae*. West J Med **1986**; 144:471-474.

14.   Coultas DB, Samet JM. Passive smoking and health. West J Med **1986**; 144:350.

15. Humble CG, Samet JM. Smoking and lung cancer in New Mexico. (Letter). Am J Public Health **1986**; 76:1361.

16. Harley N, Samet JM, Cross FT, Hess T, Muller J, Thomas D. Contribution of radon and radon daughters to respiratory cancer. Environ Health Perspec **1986**; 70:17-21.

17. Samet JM. Environmentally associated neoplasms of the respiratory tract. Pulmonary and Critical Care Update **1987**; 2: Lesson 16.

18. Samet JM. Discussion of paper by Muirhead and Darby: Modeling the relative and absolute risks of radiation-induced cancers. J Royal Stat Soc (Series A) **1987**; 150:112.

19. Burney P, Detels R, Higgins M, Peckham C, Samet JM, Tager IB. Recommendations for research in the epidemiology of asthma. Chest **1987**; 91:194S-195S.

20. Weiss ST, Samet JM, Taussig LM.  Air Pollution. (Audio Cassette). AAP-Pediatric Update **1987**; Vol. 8, No. 5.

21. Samet JM. Nitrogen dioxide and respiratory infection. (Editorial). Am Rev Respir Dis **1989**; 139:1073-1074.

22. Samet JM. What you should know about radon. (Patient Education Guide). J Respir Dis **1989**; 10:85-86.

23. Samet JM. Radon and lung cancer: how great is the risk? J Respir Dis **1989**; 10:73-83.

24. Samet JM. Health hazards of radon exposure. West J Med **1990**; 152:174.

25. Samet JM (Guest Editor). ATSDR Case Studies in Environmental Medicine. Radon toxicity. Atlanta, GA, Agency for Toxic Substances and Disease Registry, **1990**; 1-23.

26. Samet JM. The impact of indoor air pollution on allergic and respiratory diseases. Masters in Allergy **1990**; 2:17-21.

27. Samet JM. The 1990 report of the Surgeon General:  the health benefits of smoking cessation. (Editorial). Am Rev Respir Dis **1990**; 142:993-994.

28. Samet JM. Environmental controls and lung disease. Report of the ATS Workshop on environmental controls and lung disease, Santa Fe, New Mexico, March 24-26, 1988. Am Rev Respir Dis **1990**; 142:915-939.

29.  Samet JM. Introduction. Continuum. New concepts in the diagnosis and management of pulmonary risk factors. Merrell Dow U.S.A. Professional Education Programs, **1990**.

30.  Samet JM (Guest Editor). Assessing low-risk agents for lung cancer: methodological aspects. Int J Epidemiol **1990**; 19 (Suppl 1 1990):S1-S87.

31.  Samet JM, Stolwijk J, Rose SL. Summary: international workshop on residential Rn epidemiology.  Health Phys **1991**; 60:223-227.

32.  Sherman CB, Samet JM. What causes cough and wheeze? (Editorial). Chest **1991**; 99:1-2.

33.  Cushing AH, Samet JM. Indoor pollutants: How hazardous for children? Contemporary Pediatrics **1991**; 8:109-127.

34.  Samet JM.  New effects of active and passive smoking on reproduction? (Editorial commentary). Am J Epidemiol **1991**; 133:348-350.

35.  Samet JM. Indoor air pollution. Pulmonary and Critical Care Update **1991**; 6:Lesson 29.

36.  Frampton MW, Samet JM, Utell MJ. Environmental factors and atmospheric pollutants. Seminars in Respiratory Infections **1991**; 6:185-193.

37.  Samet JM, Coultas DB. Reduced forced vital capacity in California grape workers: what does it mean? (Editorial).  Am Rev Respir Dis **1992**; 145:255-256.

38.  Samet JM. Radon and lung cancer: controlling a ubiquitous pollutant. The Internist **1992**:11-13.

39.  Davis RM, Samet JM. HIV infection and smoking behavior. (Letter). JAMA **1992**; 268:1539-1540.

40.  Samet JM. Dr. Samet replies. (Letter). Am J Epidemiol **1992**; 135:107.

41.  Utell MJ, Samet JM. Particulate air pollution and health: new evidence on an old problem. (Editorial).  Am Rev Respir Dis **1993**; 147:1334-1335.

42.  Samet JM. The immediate benefits of smoking cessation. Clinical Advances in Smoking Cessation.  **1993**; 1:1-3.

43.  Samet JM. Radon risks. (Letter). Issues in Science and Technology **1993**; IX:17.

44. Samet JM. The epidemiology of lung cancer. Chest **1993**; 103 (Suppl): 20S-29S.

45. Samet JM. Asthma and allergy: some answers and more questions. (Editorial). J Asthma **1993**; 30:327-328.

46. Samet JM. Carcinogenicity of radon. (Questions and Answers). JAMA **1993**; 270:879.

47. James DS, Samet JM. Book review of *Occupational Lung Disease*. Chest **1993**; 104:116.

48. Lubin JH, Boice JD Jr., Edling C, Hornung RW, Howe G, Kunz E, et al. Radon and lung cancer risk:  a joint analysis of 11 underground miners studies.  U.S. Department of Health and Human Services.  Public Health Service. National Institutes of Health, NIH Publication No. 94-3644. January **1994**.

49. Samet JM. Book review of *Galileo's Revenge*; *Junk Science in the Courtroom*; *Phantom Risk: Scientific Inference and the Law*; *Science Under Siege*; *Balancing Technology and the Environment*. Am J Epidemiol **1994**; 139:1122-1123.

50. Leaderer BP, Samet JM. Passive smoking and adults: new evidence for adverse effects. Am J Respir Crit Care Med **1994**; 150:1216-1218.

51. Samet JM. Indoor Radon and Lung Cancer: Risky or Not? (Editorial). J Natl Cancer Inst **1994**; 86:1813-1814.

52. Samet JM. Learning about Air Pollution and Asthma. (Editorial). Am J Respir Crit Care Med **1994**; 149:1398-1399.

53. Metcalf SW, Samet JM, Hanrahan J, Schwartz D, Hunninghake G. A standardized test battery for lung and respiratory diseases for use in environmental health field studies. U.S. Department of Health & Human Services, Public Health Service, Agency for Toxic Substances and Disease Registry. Atlanta, Georgia, **1994**.

54. Lippmann M, Samet JM, Shaikh R, (Guest Editors). Proceedings of operations and maintenance programs in buildings containing asbestos.  A workshop organized by the Health Effects Institute-Asbestos Research. Appl Occup Environ Hyg **1994**; 9:777-926.

55. Goodwin JS, Samet JM. Care received by older women diagnosed with breast cancer. Cancer Control **1994**; 1:313-319.

56.  Samet JM, Lewit EM, Warner KF. Involuntary smoking and children's health. The future of children. The David and Lucille Packard Foundation, **1994**; 4:94-114. Reprinted with permission in Current Problems in Pediatrics 1995; 25:189-204.

57.  Cohen AJ, Samet JM. Book review of *Planetary Overload*. Epidemiology, **1995**; 6:195-196.

58.  Samet JM. About benefits and costs. Radon and lung cancer. Scientific American. Science and Medicine **1995**; 2:3-4.

59.  Samet JM. Particulate air pollution and mortality: the Philadelphia story. (Editorial). Epidemiology, **1995**; 6:471-473.

60.  Crowell RJ, Samet JM. Invited commentary: why does the white blood cell count predict mortality? Am J Epidemiol **1995**; 142:499-501.

61.  Aguayo S, Flowers JC, Ford JG, Gibson KF, Jackson JH, Lebuga-Mukasa JS, Roman J, Samet JM, Thomas AV Jr, Young RC, Ram JS, Hurd SS. Respiratory diseases disproportionately affecting minorities. Chest **1995**; 108:1380-1392.

62.  Samet JM. Involuntary smoking and the health of children. Maryland Med J **1995**; 44:774-778.

63.  Burke TA, Shalauta NM, Samet JM. The role of public health in regulatory reform. Risk Policy Report **1995**; 27-29.

64.  Samet JM. Occupational lung cancer. Clin Pulm Med **1996**. 3(1):15-21.

65.  Margolis S, Samet JM. Cancer prevention. The Johns Hopkins White Papers **1996**; 4-39.

66.  Samet JM. What you need to know about clinical grant applications. Grant Writing: Successful Techniques for Securing Pulmonary Funding **1996**; 57-64.

67.  Samet JM. Indoor radon exposure and lung cancer: risky or not?—all over again. (Editorial). J Natl Cancer Inst **1997**; 89:4-6.

68.  Margolis S, Samet JM. Cancer prevention and early detection. The Johns Hopkins White Papers **1997**; 4-44.

69.  Pilotto LS, Douglas RM, Samet JM. Nitrogen dioxide, gas heating and respiratory illness. (Editorial). MJA **1997**; 167:295.

70. American Lung Association. Report of the ALA/ATS Workshop, Santa Fe, New Mexico 1995. Achieving healthy indoor air. Samet JM, Workshop Co-Chair. Am J Respir Crit Care Med **1997;**156:S33-S64.

71. Wang SS, Samet JM. Tobacco smoking and cancer: the promise of molecular epidemiology. Salud Pública Méx. **1997**; 39:331-345.

72. Samet JM. Particulate matter: balancing science and public health. Health & Environment Digest **1997**; 11:1-4.

73. Margolis S, Samet JM. Early detection and prevention of cancer. The Johns Hopkins White Papers **1998**; 4-45.

74. Samet JM, Taylor CE, Becker KM, Yach D. Research in support of tobacco control. BMJ **1998**; 316:321.

75. Samet JM, Schnatter R, Gibb H. Invited Commentary: Epidemiology and Risk Assessment. Am J Epidemiol **1998**; 148:929-936.

76. Taylor CE, Samet JM, Yach D, Becker KM. Research for effective global tobacco control in the 21st century. Report of a working group convened during the 10th World Conference on Tobacco or Health. BMJ **1998**; http://www.bmj.com/cgi/content/full/316/7128/321/DC/; Tob Control **1998**; 7(1):72-77.

77. Margolis S, Samet JM. Cancer. The Johns Hopkins White Papers **1999**; 6-53.

78. Samet JM, Wang SW. Book review of *Ashes to Ashes: America's Hundred Year Cigarette War, the Public Health and the Unabashed Triumph of Phillip Morris; Cancer Scam: Division of Federal Cancer Funds to Politics; Cigarettes Are Sublime; Cornered: Big Tobacco at the Bar of Justice; For Your Own Good: The Anti-Smoking Crusade and the Tyranny of Public Health; Smokescreen; Thank You for Smoking*. Am J Epidemiol **1999**; 149:975-980.

79. Samet JM. Reflections: testifying in the Minnesota tobacco lawsuit. Tob Control **1999**; 8:101-105.

80. Samet JM. Dear author—advice from a retiring editor. Am J Epidemiol **1999**; 150:433-436.

81. Samet JM. Letters to the editor: copper associated liver diseases in infancy and childhood. Eur J Med Res **1999**; 4(7):299-301.

82.   Samet JM. Particulate matter and health:  does the evidence hang in the balance? J Environ Med **1999**; 1:261-266.

83.   Basu R, Samet JM. A review of the epidemiological evidence on health effects of nitrogen dioxide exposure from gas stoves. J Environ Med **1999**; 1:173-187.

84.   Samet JM. Does idiopathic pulmonary fibrosis increase lung cancer risk? Am J Respir Crit Care Med **2000**; 161:1-2.

85.   Samet JM. What properties of particulate matter are responsible for health effects? Inhale Toxicol **2000**; 12(1):19-21.

86.   Samet JM. Father figuring. Climbing **2000**; 15-19.

87.   Margolis S, Samet JM. Cancer. The Johns Hopkins White Papers **2000**; 4-53.

88.   Samet JM et al. What constitutes an adverse health effect of air pollution? Am J Respir Crit Care Med **2000**; 161:665-673.

89.   Samet JM, Nieto FN, Punjabi NM. Sleep-disordered breathing and hypertension: more research is *still* needed. (Editorial). Am J Respir Crit Care Med **2000**; 161:1409-1411.

90.   Samet JM. Research still needed on health effects. The Environmental Forum **2000**. 17: 55-56.

91.   Samet JM. The health consequences of smoking: an overview. Alergia e Immunología Clínica **2000**; 17(Suppl1):S8-S14.

92.   Samet JM, Araya M, Baker S, Dieter H, Donohue J, Forslund J, Hellemann K, Lagos G, Rupp G, Arens P, Delbeke K. A technical guide for the study of acute gastrointestinal effects of copper in drinking water: methods for public health investigators. International Copper Association, Ltd., **2000**; 11-76.

93.   Patz JA, McGeehin MA, Bernard SM, Ebi KL, Epstein PR, Grambsch A, Gubler DJ, Reiter P, Romieu I, Rose JB, Samet JM, Trtanj J, with Cecich TF. Potential consequences of climate variability and change for human health in the United States. Climate Change Impacts on the United States **2000**; 437-458.

94.   Samet JM. Book review of *Cutting the Cost of Cold: Affordable Warmth for Healthier Homes*. BMJ **2000**; 322:620.

95. Patz JA, McGeehin MA, Bernard SM, Ebi KL, Epstein PR, Grambsch A, Gubler DJ, Reiter P, Romieu I, Rose JB, Samet JM, Trtanj J. The potential health impacts of climate variability and change for the United States:  executive summary of the report of the health sector of the U.S. national assessment.  (Proceedings). Environ Health Perspect **2000**; 108:367-376. Reprinted with permission in J Environ Health **2001**; 64:20-28.

96. Samet JM, Burke TA. The Bush administration, the environment and public health—warnings from the first 100 days. (Editorial). Int J Epidemiol **2001**; 30:658-660.

97. The American Lung Association. Urban air pollution and health inequities:  a workshop report.  Urban Air Pollution and Health Inequities Workshop (Jonathan M. Samet, Chair). Washington, DC.  October, 1999. Environ Health Perspect **2001**; 109:357-374.

98. The Editors. The value of p. (Editorial). Epidemiology **2001**; 12:286.

99. Samet JM. An Air of Uncertainty. Forum for Applied Research and Public Policy **2001**; 92-96.

100. Frumkin H, Samet JM. Radon. Cancer **2001**; 51:337-344.

101. Samet J, Bignami GS, Feldman R, Hawkins W, Neff J, Smayda T. *Pfiesteria*: review of the science and identification of research gaps.  Report for the National Center for Environmental Health, Centers for Disease Control and Prevention. Environ Health Perspect **2001**; 109(Suppl 5):639-659.

102. Samet JM, Burke TA.  Turning science into junk:  the tobacco industry and passive smoking. (Editorial). Am J Public Health **2001**; 91:1742-1744.

103. Samet JM, Lee NL. Bridging the gap:  perspectives on translating epidemiologic evidence into policy.  Am J Epidemiol **2001**; 154(12):S1-S3.

104. Greenbaum DS, Bachmann JH, Krewski D, Samet JM, White R, Wyzga RE. Particulate air pollution standards and morbidity and mortality: case study. Am J Epidemiol **2001**; 154(suppl):S78-90.

105. The Editors. Our Policy on Policy. (Editorial). Epidemiology **2001**; 12:371-372.

106. Samet JM. Air pollution and epidemiology: "déjà vu all over again?" (Editorial). Epidemiology **2002**; 13:118-119.

107. Institute for Global Tobacco Control. Report of the Institute for Global Tobacco Control, Santa Fe, New Mexico 2001. Evaluating comprehensive tobacco control interventions: challenges and recommendations for future action. Samet JM, Workshop Chairman. Tob Control **2002**; 140-145.

108. Samet JM. Book review of *Tobacco War: Inside the California Battles*. Bull Hist Med **2002**; 76:656-657.

109. UNEP Expert Panel. The Asian brown cloud: climate and other environmental impacts. Center for Clouds, Chemistry and Climate **2002**; 1-53.

110. Krewski D, Lubin JH, Samet JM, Hopke PK, James AC, Brand KP. (Letter to the editor). Radiat Prot Dosimetry **2002**; 102:371-374.

111. Samet JM, Burke TA. Rebuilding US public health system needs more than short-term funding directed at bioterrorism. Oncology Times **2002**; 2:2-3.

112. Samet JM.  Presentacíon. Salud Pública Mex **2002**; 44(Suppl1):S170-182.

113. Samet JM. Los riesgos del tabaquismo activo y pasivo. Salud Pública Mex **2002**; 44(Suppl1):S144-160.

114. Brownson RC, Samet JM, Thacker SB. What contributes to a successful career in epidemiology in the United States? (Commentary). Am J Epidemiol **2002**; 156:60-67.

115. Dominici F, McDermott A, Zeger SL, Samet JM. On the use of generalized additive models in time-series studies of air pollution and health. (Commentary). Am J Epidemiol **2002**; 156:193-203.

116. Samet J. Book review of *Combating Teen Smoking: Research and Policy Strategies.* N Engl J Med **2002**; 346:1032.

117. Samet JM. Measuring the effectiveness of inhaled corticosteroids for COPD is not easy!  Am J Respir Crit Care Med **2003**; 168:1-2.

118. Health Effects Institute. HEI Communication 10.  Improving Estimates of Diesel and Other Emissions for Epidemiologic Studies. Proceedings of an HEI Workshop. Jonathan M. Samet, Writing Team Member.  Boston, MA **2003**.

119. Dominici F, McDermott A, Zeger SL, Samet JM.  Response to Dr. Smith: timescale-dependent mortality effects of air pollution.  Am J Epidemiol **2003**; 157:1071-1073.

120. Samet JM, Dominici F. McDermott A, Zeger SL.  New problems for an old design: time series analyses of air pollution and health.  (Editorial). Epidemiology **2003**; 14:11-12.

121. Samet JM, Spengler JD. Indoor environments and health:  moving into the 21st century.  Am J Public Health **2003**; 93:1489-1493.

122. Cohen AJ, Samet JM. Greenbaum D, O'Keefe R.  Measuring the health impacts of air quality regulations:  developing an accountability research agenda.  Risk Policy Report **2003**; 10:30-33.

123. HEI Accountability Working Group. Jonathan N. Samet, Chair. Health Effects Institute. HEI Communication 11: Assessing Health Impact of Air Quality Regulations: Concepts and Methods for Accountability Research.  Boston, MA **2003**.

124. Lee N., Samet JM.  ACE Forum Report: The Making of an Epidemiologist— Necessary Components for Doctoral Education and Training.  Annals of Epidemiology: Special Section: American College of Epidemiology Annual Meeting Abstracts. **2003**; 552-556.

125. American Thoracic Society. Workshop on lung disease and the environment: Where do we go from here? Am J Respir Crit Care Med **2003**; 168:250-254.

126. Samet JM, Pope CA. Epidemiologic research needs for particulate air pollution. J Toxicol Environ Health A. **2003**; 66:1873-1876.

127. Samet JM, White RH. Urban Air Pollution, Health, and Equity. (Editorial). J of Epidemiol Community Health **2004**; 58:3-5.

128. Samet JM. Book review of *The Smoking Puzzle: Information, Risk Perception, and Choice*. JAMA **2004**; 291:627-628.

129. Muñoz A, Samet JM.  Re: is patient travel distance associated with survival on phase II clinical trials in oncology? J Natl Cancer **2004**; 96:411.

130. Samet JM, DeMarini DM, Malling HV. Do airborne particles induce heritable mutations? Science **2004**; 304:971-972.

131. Samet JM. How do we catch colds? (editorial). Am J Respir Crit Care Med. **2004**; 169(11):1175-1176.

132. Little MP, Blettner M, Boice JD Jr, Bridges BA, Cardis E, Charles MW, de Vathaire F, Doll R, Fujimoto K, Goodhead D, Grosche B, Hall P, Heidenreich WF, Jacob P, Moolgavkar SH, Muirhead CR, Niwa O, Paretzke HG, Richardson RB, Samet JM, Sasaki Y, Shore RE, Straume T, Wakeford R.  Potential funding crisis for the Radiation Effects Research Foundation. Lancet. **2004**; 364(9434):557-558.

133. Samet JM. Epidemiology: more than etiology. Eur J Epidemiol **2004**; 719-722.

134. Samet JM, Bell ML.  Nitrogen dioxide and asthma redux. (Commentary). Int. J Epidemiol **2004**; 33: 215-216.

135. Little MP, Blettner M, Boice JD Jr, Bridges BA, Cardis E, Charles MW, de Vathaire F, Doll R, Fujimoto K, Goodhead D, Grosche B, Hall P, Heidenreich WF, Jacob P, Moolgavkar SH, Muirhead CR, Niwa O, Paretzke HG, Richardson RB, Samet JM, Sasaki Y, Shore RE, Straume T, Wakeford R.  Potential funding crisis for the Radiation Effects Research Foundation. J Radiol Prot **2004**; 24:195-197.

136. Wipfli HL, Stillman F, Tamplin S, Luiza da Costa e Silva V, Yach D, Samet J. Achieving the framework convention on tobacco control's potential by investing in national capacity. Tob Control **2004**; 13:433-437.

137. Samet JM, Wipfli HL. Book review of *Unfiltered: Conflicts Over Tobacco Policy and Public Health*. JAMA **2005**; 293:239-240.

138. Samet JM. Smoking kills: experimental proof from the lung health study. (Editorial). Ann Intern Med **2005**; 142:299-301.

139. Samet JM. A conversation with D.A. Henderson. (Interview). Epidemiology **2005**; 16:266-269.

140. Samet JM. Book Review: *A History of Epidemiologic Methods and Concepts. Edited by Alfredo Morabia*. Am J Epidemiol **2005**;161: 604-605.

141. Samet JM.  SAPALDIA 2: the cohort continues. (Editorial). Soz-Praventimed **2005**; 50:195-196.

142. Samet JM. Inhaled corticosteroids and chronic obstructive pulmonary disease: new and improved evidence? (Editorial) Am J Respir Crit Care Med **2005**; 172:407-408.

143. Samet JM. Pioneers of respiratory epidemiology.  In: Schraufnagel DE (ed). "I remember…" Reflections on the American Thoracic Society's First Century: The American Thoracic Society **2005**; 233-236.

144. Boushey H, Enright P, Samet J. Spirometry for chronic obstructive pulmonary disease case finding in primary care? (Editorial) Am J Respir Crit Care Med **2005**; 172:1481-1482.

145. Samet JM, Bohanson HR Jr, Coultas DB, Houston TP, Persily AK, Schoen LJ, Spengler J, Callaway CA. ASHRAE Environmental Tobacco Smoke Position Document Committee. ASHRAE Position Document on Environmental Tobacco Smoke. Atlanta: ASHRAE, **2005**.

146. Berrington de Gonzalez A, Samet JM. What are the cancer risks from using chest computed tomography to manage cystic fibrosis? (Editorial). Am J Respir Crit Care Med **2006**; 173:139-140.

147. Hitchcock PJ, Mair M, Inglesby TV, Gross J, Henderson DA, O'toole T, Ahern-Seronde J, Bahnfleth WP, Brennan T, Burroughs HE, Davidson C, Delp W, Ensor DS, Gomory R, Olsiewski P, Samet JM, Smith WM, Streifel AJ, White RH, Woods JE. Improving performance of HVAC systems to reduce exposure to aerosolized infectious agents in buildings; recommendations to reduce risks posed by biological attacks. Biosecur Bioterror **2006**; 41-53.

148. Rom WN, Samet JM. Small particles with big effects. (Editorial). Am J Respir Crit Care Med **2006**; 365-366.

149. Samet JM. Residential radon and lung cancer: end of story? J Toxicol Environ Health A **2006**; 69:527-531.

150. Samet JM. Book review of *Forecasting Product Liability Claims: Epidemiology and Modeling in the Manville Asbestos Case*. Stallard E, Manton KG, Cohen JE. Science **2006**; 312:1000 – 1001.

151. Miura M, Daynard RA, Samet JM. The role of litigation in tobacco control. Salud Pública Méx **2006**; 48:S121-S136.

152. Samet JM, Speizer FE. Sir Richard Doll, 1912-2005. American Journal of Epidemiology **2006**; 64:95-100.

153. Hitchcock P, Mair M, Inglesby T, Gross J, Henderson DA, O'Toole T. Ahern-Seronde J, Bahnfleth W, Brennan T., Barney Burroughs HE, Davidson C, Delp W, Ensor D, Gomory R, Olsiewski P, Samet JM, Smith W, Streifel A, White RH, Woods J. Improving performance of HVAC systems to reduce exposure to aerosolized infectious agents in buildings; recommendations to reduce risks posed by biological attacks. Biosecur Bioterror **2006**; 4:41-54.

154. Samet JM, Smoking bans prevent heart attacks. Circulation **2006**; 114:1450-1451.

155. Pennell W, Samet JM, Greenbaum D, Reiter L, Zenick H. Understanding the effects of air pollution on human health. EM September **2006**; 8-14.

156. Zeger SL, McDermott A, Dominici F, Peng R, Samet JM. Internet-based health and air pollution surveillance system. HEI Communication 12. Boston MA. **2006**.

157. Samet JM, Wipfli H, Perez-Padilla R, Yach D. Mexico and the tobacco industry: doing the wrong thing for the right reason? (Editorial). BMJ **2006**; 332:353-354.

158. Ness RB, Samet JM, Camargo CA, Hiatt RA. On behalf of the ACE Policy Committee. American College of Epidemiology Weighs in on New NCI Biorepository Guidelines. Ann Epidemiol **2007**; 17:81-2.

159. Samet JM. Environmental sustainability: a target for environmental epidemiology? Epidemiology **2007**; 1:179-180.

160. Samet JM, Wipfli H. The Bloomberg global initiative to reduce tobacco use. Salud Pública Méx **2007**; Suplemento 2, 49:S312-S314.

161. Craig L, Krewski D, Shortreed J, Samet J. Preface. J Toxicol Environ Health A **2007**; 70:183-186.

162. Samet J, Krewski D. Health effects associated with exposure to ambient air pollution. J Toxicol Environ Health A **2007**; 70:227-42.

163. Craig L, Krewski D., Samet J, Shortreed J, van Bree L. Strategies for clean air and health. J Toxicol Environ Health A **2007**; 70:183-186.

164. Samet JM, Tielsch J. Could biomass fuels smoke cause anaemia and stunting in early childhood? Int J Epidemiol **2007**; 36:130-131.

165. Samet JM, Geyh AS, Utell MJ. The legacy of World Trade Center dust. New Engl J Med **2007**; 356:2233-2236.

166. Samet JM, Thun MJ, de Gonzalez AB. Models of smoking and lung cancer risk: a means to an end. (Editorial). Epidemiology **2007**; 18:649-651.

167. Samet Jm. Prólogo. In: Hernández Ávila M (ed). Epidemiología: Diseño y análisis de estudios. Instituto Nacional de Salud Pública **2007**.

168. Samet JM. Traffic, air pollution, and health. Inhal Toxicol **2007**; 19:1021-7.

169. Craig L, Krewski D, Samet J, Shortreed J, van Bree L, Krupnick AJ. International perspectives on air quality: risk management principles for policy development--conference statement. J Toxicol Environ Health A. **2008**; 71:4-8.

170. Wilcox AJ, Savitz DA, Samet JM. A tale of two toxicants: lessons from Minamata and Liaoning. (Editorial). Epidemiology **2008**; 19:1-2.

171. Hawthorne MA, Hannan LM, Thun MJ, Samet JM. Protecting our children from second-hand smoke. International Union Against Cancer (UICC). **2008**.

172. Samet JM, Savitz DA. Education in epidemiology: "The times they are a-changin". Epidemiology **2008**; 19:345-346.

173. Samet JM, Chung YS. *Air Quality, Atmosphere and Health.* Air Quality, atmosphere, and health. An international journal **2008**; 1:1-2.

174. Samet JM. Air pollution risk estimates: determinants of heterogeneity. J Toxicol Environ Health A **2008**; 71:578-582.

175. Craig L, Brook JR, Chiotti Q, Croes B, Gower S, Hedley A, Krewski D, Krupnick A, Krzyzanowski M, Moran MD, Pennell W, Samet JM, Schneider J, Shortreed J, Williams M. Air pollution and public health: a guidance document for risk managers. J Toxicol Environ Health A **2008**; 71:588-698.

176. Craig L, Krewski D, Samet JM, Shortreed J, Kacew S. Colloquium statement: strategic policy directions for air quality management. J Toxicol Environ Health A **2008**; 71:539-543.

177. Pierce JP, León ME. On behalf of the IARC Handbook Volume 13 Working Group and IARC Secretariat. Effectiveness of smoke-free policies. Lancet Oncology **2008**; 9:614-615.

178. Johnson KC, Samet JM, Glantz SA. A Judson Wells, PhD (1917-2008): a pioneer in secondhand smoke research. Tob Control **2008**; 17:e5.

179. Samet JM. Commentary: George W. Comstock's contribution to respiratory disease epidemiology. Am J Epidemiol **2008**; 168:794-795.

180. Samet JM. Secondhand smoke: facts and lies. Salud Publica Mex **2008**; 50:428-34.

181. White RH, Cote I, Zeise L, Fox M, Dominici F, Burke TA, White PD, Hattis DB, Samet JM. State-of-the-science workshop report: Issues and approaches in low

dose-response extrapolation for environmental health risk assessment. Environ Health Perspect. **2009**; 117:283-7.

182. Samet JM. Data, to share or not to share? (Editorial). Epidemiology **2009**; 20:172-4.

183. The WHO International Agency for Research on Cancer Monograph Working Group. Special report: policy. A review of human carcinogens—Part C: metals, arsenic, dusts, and fibres. Lancet Oncol **2009**; 10:453-54.

184. Samet JM. Book review of *Concepts of Epidemiology: Integrating the Ideas, Theories, Principles and Methods of Epidemiology, 2nd Edition: By Raj Bhopal*. Am J Epidemiol **2009**; 169:1041-2.

185. Samet JM, Wipfli H. The looming challenge of the mixed marketplace for tobacco products. (Editorial). Current Science **2009**; 96:1314-5.

186. Samet JM, Wipfli H. Building tobacco control training capacity in India. Current Science **2009**; 96: 1315-8.

187. Samet JM, Wipfli H. Unfinished business in tobacco control. (Commentary). JAMA **2009**; 302:681-2.

188. Fontham ETH, Thun MJ, Ward E, Balch AJ, Delancey JOL, Samet JM. American Cancer Society perspectives on environmental factors and cancer. CA Cancer J Clin **2009**; 59:343-51.

189. Matte TD, Cohen A, Dimmick F, Samet J, Sarnat J, Yip F, Jones N. Summary of the workshop on methodologies for environmental public health tracking of air pollution effects. Air Qual Atmos Health **2009**; 2(4):177-184.

190. Blair A, Saracci R, Vineis P, Cocco P, Forastiere F, Grandjean P, Kogevinas M, Kriebel D, McMichael A, Pearce N, Porta M, Samet J, Sandler DP, Constantini AS, Vainio H. Epidemiology, public health, and the rhetoric of false positives. (Commentary). Environ Health Perspect **2009**; 117(2):1809-13.

191. Samet JM, Wipfli HL. Globe still in grip of addiction. (Commentary). Nature **2010**; 463(7284):1020-1.

192. HEI panel on the health effects of traffic-related air pollution. Traffic-related air pollution: a critical review of the literature on emissions, exposure, and health effects. HEI Special Report 17. Jonathan M. Samet, Traffic review panel. Boston, MA **2010**.

193. Samet JM, Chung YS. The challenge of air pollution research. (Editorial). Air Qual Atmos Health **2010**; 3(1):1-2.

194. Samet JM. Radiation and cancer risk: more epidemiological research is needed. Rev Environ Health **2010**; 25(1):47-50.

195. Brownson RC, Hartge P, Samet JM, Ness RB. From epidemiology to policy: toward more effective practice. (Commentary). Ann Epidemiol **2010**; 20(6):409-11.

196. Samet JM, McMichael GH 3rd, Wilcox AJ. The use of epidemiological evidence in the compensation of veterans. (Commentary). Ann Epidemiol **2010**; 20(6):421-7.

197. Widome R, Samet JM, Hiatt RA, Luke DA, Orleans CT, Ponkshe P, Hyland A. Science, prudence, and politics: the case of smoke-free indoor spaces. (Commentary). Ann Epidemiol **2010**; 20(6):428-35.

198. Samet JM, Pineles BL. Book review of *Smoking Kills: The Revolutionary Life of Richard Doll* By Conrad Keating. (Book review). Am J Epidemiol **2010**; 171(7):848-50.

199. Samet JM. Air pollution and cardiovascular disease: the saga continues. AHA Learning Library. **May 10, 2010**. [Available at: http://pt.wkhealth.com/pt/re/aha/addcontent.14191416.htm]

200. Mauderly JL, Burnett RT, Castillejos M, Ozkaynak H, Samet JM, Stieb DM, Vedal S, Wyzga RE. Is the air pollution health research community prepared to support a multipollutant air quality management framework? Inhal Toxicol **2010**; 22(S1):1-19.

201. Samet JM. Smoking in movies: when will the saga end? (Editorial). Tob Control **2010**; 19(3):173-4.

202. Saracci R, Samet JM. Commentary: call me on my mobile phone...or better not?--a look at the INTERPHONE study results. (Commentary). Int J Epidemiol **2010**; 39(3):695-8.

203. Samet JM. To register or not to register. (Commentary). Epidemiology. **2010**; 21(5):610-11.

204. Quinn TC, Samet JM. Epidemiologic approaches to global health. (Editorial).Epidemiol Rev **2010**; 32(1):1-4.

205. Ness RB, Samet JM. How to be a department chair of epidemiology: a survival guide. (Commentary). Am J Epidemiol **2010**; 172(7):747-51.

206. Samet JM. Smokeless tobacco and health: the AHA Statement: "Just Say No". AHA Learning Library. **September 23, 2010**. [Available at: http://pt01.wkhealth.com/pt/re/aha/addcontent.14354770.htm]

207. HEI Accountability Working Group. Jonathan N. Samet, Chair. Health Effects Institute. HEI Communication 15: Proceedings of an HEI workshop on further research to assess the health impacts of actions taken to improve air quality. Boston, MA **2010**.

208. Wipfli HL, Samet JM. Second-hand smoke's worldwide disease toll. (Commentary). Lancet **2011**; 377(9760):101-2.

209. Samet JM. Could secondhand smoke exposure harm the mental health of children? (Editorial). Arch Pediatr Adolesc Med **2011**; 165(4):370-2.

210. Benowitz NL, Samet JM.  The threat of menthol cigarettes to U.S. public health. (Commentary). N Engl J Med **2011**; 364(23):2179-81.

211. Schwartz RL, Wipfli HL, Samet JM. World No Tobacco Day 2011: India's progress in implementing the Framework Convention on Tobacco Control. (Editorial). Indian J Med Res **2011**; 133(5): 455-7.

212. Samet JM. The Clean Air Act and health – a clearer view from 2011. (Commentary). N Engl J Med **2011**; 365(3):198-201.

213. Baan R, Grosse Y, Lauby-Secretan B, El Ghissassi F, El Ghissassi F, Benbrahim-Tallaa L, Benbrahim-Tallaa L, Islami F, Galichet L, Straif K; WHO International Agency for Research on Cancer Monograph Working Group. Carcinogenicity of radiofrequency electromagnetic fields.  Lancet Oncol **2011**; 12(7):624-6.

214. Samet JM, Patel SS. The Psychological and Welfare Consequences of the Chernobyl Disaster: A Systematic Literature Review, Focus Group Findings, and Future Directions. University of Southern California; Green Cross Switzerland **2011**; Apr:125. https://uscglobalhealth.files.wordpress.com/2016/01/chernobyl_report_april2011.pdf

215. Wipfli HL, Samet JM. Moving beyond global tobacco control to global disease control. (Editorial). Tob Control **2012**; 21(2):269-72.

216. Samet JM. Book review of *The Bottom Line or Public Health* by William H. Wiist and *Merchants of Doubt* by Naomi Oreskes and Erik M. Conway. (Book Review). Am J Epidemiol **2012**; 175(9):970-2.

217. Samet JM, Ness RB. Epidemiology, austerity, and innovation. (Commentary). Am J Epidemiol **2012**; 175(10):975-8.

218. Samet JM (Committee chair), Crowell R, Estepar RSJ, Powe NR, Rand C, Rizzo AA, Yung R, Lancet E, Chambers J, Rappaport S, Edelman NH. Report of the American Lung Association Lung Cancer Screening Committee. **April 23, 2012**. [Available at: http://www.lung.org/finding-cures/research-news/new-screening-guidelines/lung-cancer-screening.pdf]

219. Samet JM. A global health perspective on the future of tobacco control. Salud Publica Mex **2012**; 54(3): 264-9.

220. Appel LJ, Angell SY, Cobb LK, Limper HM, Nelson DE, Samet JM, Brownson RC. Population-wide sodium reduction: the bumpy road from evidence to policy. Ann Epidemiol **2012**; 22(6):417-25.

221. Samet JM. Forum: Lessons from nuclear disasters. (Commentary). Issues In Science And Technology. **Summer 2012**. [Available at http://www.issues.org/28.4/forum.html]

222. Samet JM. What was the first epidemiological study of smoking and lung cancer? (Commentary). Prev Med **2012**; 55(3):178-80.

223. Samet JM. Preventive medicine: Back to the future. (Commentary). Prev Med **2012**; 55(6):579-80.

224. Samet JM. Air pollution and life expectancy: Does cleaner air lengthen life? (Commentary). Epidemiology **2013**; 24(1):32-4.

225. Samet JM. Ignorance: How It Drives Science; Innovation Generation: How to Produce Creative and Useful Scientific Ideas; Free Radicals: The Secret Anarchy of Science. (Book review). Am J Epidemiol **2013**; 177(2):193-194.

226. Samet JM. Secondhand smoke causes disease everywhere, including mental health care settings. (Commentary). Int J Epidemiol **2013**; 42(3):894-5.

227. Gold DR, Samet JM. Air pollution, climate, and heart disease. Circulation. **2013**; 128(21):e411-e414.

228. Samet JM, Patel SS. Selected Health Consequences of the Chernobyl Disaster: A Further Systematic Literature Review, Focus Group Findings, and Future Directions **2013**;9. https://uscglobalhealth.files.wordpress.com/2013/05/samet-patel-chernobyl-health-report-2013-light-1.pdf

229. Samet JM. Smoking Cessation: Benefits versus Risks of Using Pharmacotherapy to Quit. (Editorial). Circulation. **2014**; 129(1):8-10.

230. Samet JM, Straif K, Schüz J, Saracci R. Mobile phones and cancer: next steps after the 2011 IARC review. (Commentary). Epidemiology **2014**; 25(1):23-7.

231. Buckley JP, Samet JM, Richardson DB. Does air pollution confound studies of temperature? Epidemiology **2014**; 25(2):242-5.

232. Samet JM. Cytisine is effective for smoking cessation: should clinicians use it? (Commentary). Evid Based Med **2014**; 19(4):134.

233. Samet JM. The Surgeon Generals' Reports and respiratory diseases. From 1964 to 2014. Ann Am Thorac Soc **2014**; 11(2):141-8. PMCID:  PMC3972968

234. Celedón JC, Roman J, Schraufnagel DE, Thomas A, Samet J; a working group of the Health Equality Sub-Committee of the American Thoracic Society. Respiratory Health Equality in the United States: the American Thoracic Society Perspective. Ann Am Thorac Soc **2014**; 11(4):473-9.

235. Samet JM. Invited Commentary: The Challenge of Tobacco Control in China. (Commentary). Am J Epidemiol **2014**; 179(9):1071-3.

236. Samet JM, Wipfli HL, Gruskin S. Banning the Hiring of Tobacco Users: Where's the Fire? (Commentary). Acad Med **2014**; 89(6):837-9.

237. Samet JM, Straif K, Schüz J, Saracci R.  Re: "Mobile phones and cancer: next steps after the 2011 IARC review." The authors respond.  (Letter). Epidemiology **2014**; 25(4):618.

238. Samet JM. Air pollution to blame for 223,000 lung cancer deaths annually. (Newsletter). Cancer Prevention, New York-Presbyterian Hospital. Spring/Summer **2014**; Issue 23, pp.5, 14-15. [Available from http://nypcancerprevention.org/features/cancer_deaths.html]

239. Samet JM. The risk and fall of the nation's doctor. (Book review). Science **2014**; 346(6208):431.

240. Samet JM, Gruskin S. Air pollution, health, and human rights. (Commentary). Lancet Respir Med **2015**; 3(2):98-100. [Epub 2014 Oct 22].

241. Samet JM, Brownson RC. Epidemiology in a changing world. Am J Prev Med **2014**; 47(5 Suppl 3):S383-5.

242. Barrington-Trimis JL, Samet JM, McConnell R. Flavorings in Electronic Cigarettes: An Unrecognized Respiratory Health Hazard? (Commentary). JAMA. **2014**; 312(23):2493-2494.

243. Samet JM. Some current challenges in research on air pollution and health. (Commentary). Salud Publica Mex. **2014**; 56(4):379-85.

244. Samet JM. Chanson D. Selected Health Consequences of the Chernobyl Disaster: A Systematic Update of the Literature **2014**; 127. http://www.greencross.ch/uploads/media/2014_chernobyl_report.pdf

245. Pearce NE, Blair A, Vineis P, ... Samet JM... (124 authors). IARC Monographs: 40 Years of Evaluating Carcinogenic Hazards to Humans. (Commentary). Environ Health Perspect **2015**; 123(6):507-14.

246. Kumie, A, Samet, JM, Berhane, K (eds). Situational Analysis and Needs Assessment for Ethiopia. School of Public Health, Addis Ababa University, Ethiopia, **2015.**

247. Samet JM. The IARC Monographs: Critics and Controversy. (Editorial). Carcinogenesis **2015**; 36(7):707-9.

248. Samet JM, Chanson, D. Combien de personnes ont-elles été affectées? [How many people where affected?] La Reve Générale Nucléaire. **2015** Mars-Avril; N°2:31-34.

249. Brownson RC, Samet JM, Chavez GF, Davies MM, Galea S, Hiatt RA, Hornung CA, Khoury MJ, Koo D, Mays VM, Remington P, Yarber L. Charting a future for epidemiologic training. (Editorial). Ann Epidemiol **2015**; 25(6):458-65. PMCID: PMC4646613

250. Samet JM, Coultas D, Raghu G. Idiopathic pulmonary fibrosis: tracking the true occurrence is challenging. (Editorial). Eur Respir J **2015**; 46(3):604-6.

251. Samet JM. Ozone and Respiratory Health. The Story Continues. (Editorial). Am J Respir Crit Care Med **2015**; 192(2):272-3.

252. Samet JM. Chanson D. Fukushima Daiichi Power Plant Disaster: How many people were affected? **2015**: 51. http://www.greencross.ch/uploads/media/2015_fukushima_report.pdf

253. Wipfli H, Samet JM. One Hundred Years in the Making: The Global Tobacco Epidemic. Annu Rev Public Health **2016**; 37:149-66.

254. Samet JM. Epidemiology and the Tobacco Epidemic: How Research on Tobacco and Health Shaped Epidemiology. (Commentary). Am J Epidemiol **2016**; 183(5):394-402.

255. Pakhale S, Samet J, Folan P, Leone F, White, A. The Case for Requiring Graphic Warning Labels on Smokeless Tobacco Product Packages. Annals of the American Thoracic Society **2016**; 13(3):329-33.

256. Samet JM, Withers M. The APRU Global Health Program: Past and Future. (Meeting Report). Journal of Epidemiology **2016**; 26(4):166-170.

257. Samet JM, Seo J. The Financial Costs of the Chernobyl Nuclear Power Plant Disaster: A Review of the Literature. University of Southern California; Green Cross Switzerland **2016**: 49. http://www.greencross.ch/uploads/media/2016_chernobyl_costs_report.pdf

258. Woodward A, Samet J. Active transport: Exercise trumps air pollution, almost always. (Commentary). Preventive Medicine **2016**; 87:237-8.

259. Samet JM. London Fog—The Biography. (Commentary). Am J Public Health **2016**; 106(8):1352-3.

260. Zigler CM, Kim C, Choirat C, Hansen JB, Wang Y, Hund L, Samet J, King G, Dominici F. Causal Inference Methods for Estimating Long-Term Health Effects of Air Quality Regulations. Research Report 187. Boston, MA: Health Effects Institute. **2016**.

261. Samet JM, Pentz MA, Unger JB. Flavoured tobacco products and the public's health: lessons from the TPSAC menthol report. (Commentary). Tob Control **2016**; 0:1-3.

262. Samet JM, Bahrami H, Berhane K. Indoor Air Pollution and Cardiovascular Disease: New Evidence From Iran. (Editorial). Circulation **2016**; 133(24):2342-4.

263. Sussman, S, Baezconde-Garbanati, L., Garcia, R., Barker, D., Samet, JM, Leventhal, A., Unger, JB; Commentary: Forces that Drive the Vape Shop Industry

and Implications for the Health Professions. (Commentary). Eval Health Prof **2016**; 39(3):379-88.

264. Wipfli H, Samet JM. The Global Tobacco Epidemic. Front Public Health Serv Sys Res **2016**:5(5):23-29.

265. Samet JM. Is there more to learn about the epidemiology of lung cancer? (Commentary) European Journal of Epidemiology. **2016**.

266. Samet JM. The burden of disease from air pollution in Israel: How do we use burden estimates to advance public health? (Commentary) Isr J Health Policy Res. **2016**;5:63.

267. Brownson RC, Samet JM, Bensyl DM. Applied epidemiology and public health: are we training the future generations appropriately? (Commentary) Ann Epidemiol **2017**; 27(2):77-82.

268. Samet JM. Preventing lung cancer in people who have never smoked. (Commentary) Cancer Prevention. **2016**; 28:5.

269. Samet JM, Burke TA, Goldstein BD. The Trump Administration and the Environment: Heed the Science (Commentary). NEJM. **2017**; 376(12):1182-1188.

270. Thurston GD, Kipen H, Annesi-Maesan I, Balmes J, Brook RD, Cromar K, De Matteis S, Forastiere F, Forsberg B, Frampton MW, Grigg J, Heederik D, Kelly FJ, Kuenzli N, Laumbach R, Peters A, Rajagopalan ST, Rich D, Ritz B, Samet JM, Sandstrom T, Sigsgaard T, Sunyer J, and Brunekreef B. A joint ERS/ATS policy statement: what constitutes an adverse health effect of air pollution? An analytical framework. Eur Respir J. **2017**; 49(1).

271. Samet JM, Berrington de González A, Dauer LT, Hatch M, Kosti O, Mettler Jr FA, Satyamitra MM. Gilbert W. Beebe Symposium on 30 Years after the Chernobyl Accident Workshop Report. Current and Future Studies on Radiation Health Effects. **2017**. [submitted

**Exhibit B**

**References**

1. Avidan 1997: Avidan MS, Jones N, Ing R, Khoosal M, Lundgren C, Morrell DF. Convection warmers - not just hot air. *Anaesthesia* 1997;52:1073-76.

2. Belani 2013: Belani KG, Albrecht M, McGovern PD, Reed M, Nachtsheim C. Patient warming excess heat: the effects on orthopedic operating room ventilation performance. *Anesth Analg* 2013;117:406-11.

3. Darouiche 2017: Darouiche RO, Green DM, Harrington MA, Ehni BL, Kougias P, Bechara CF, O'Connor DP. Association of airborne microorganisms in the operating room with implant infections: A randomized controlled trial. *Infect Control Hosp Epidemiol* 2017;38:3-10.

4. Glass 2013: Glass TA, Goodman SN, Hernan MA, Samet JM. Causal inference in public health. *Annu Rev Public Health* 2013;34:61-75.

5. Huang 2003: Huang JK, Shah EF, Vinodkumar N, Hegarty MA, Greatorex RA. The Bair Hugger patient warming system in prolonged vascular surgery: an infection risk? *Crit Care* 2003;7:R13-16.

6. Jameson 2012: Jameson SS, Rymaszewska M, James P, Serrano-Pedraza I, Muller SD, Hui ACW, Reed MR. Wound complications following Rivaroxaban administration: A multicenter comparison with low-molecular-weight heparins for thromboprophylaxis in lower limb arthroplasty. *J Bone Joint Surg (Am.)* 2012;94:1554-58.

7. Jensen 2010: Jensen CD, Steval A, Partington PF, Reed MR, Muller SD. Return to theatre following total hip and knee replacement, before and after the introduction of rivaroxaban. *J Bone Joint* Dec 31 2010.

8. Legg 2012: Legg AJ, Cannon T, Hamer AJ. Do forced air patient-warming devices disrupt unidirectional downward airflow? *J Bone Joint Surg (Br.)* 2012;94:254-56.

9. Legg & Hamer 2013: Legg AJ, Hamer AJ. Forced-air patient warming blankets disrupt unidirectional airflow. *J Bone Joint (Br.)* 2013;95:407-10.

10. Lowrance 1976: Lowrance WW. Of acceptable risk: science and the determination of safety. Los Altos, CA: William Kaufmann.1976.

11. McGovern 2011: McGovern PD, Albrecht M, Belani KG, et al. Forced-air warming and ultra-clean ventilation do not mix: an investigation of theatre ventilation, patient warming and joint replacement infection in orthopaedics. *J Bone Joint (Br.)* 2011;93:1537-44.

12. Moretti 2009: Moretti B, Larocca AM, Napoli C, et al. Active warming systems to maintain perioperative normothermia in hip replacement surgery: a therapeutic aid or a vector of infection? *J Hosp Infect* 2009;73:58-63.

13. NAS 2017: National Academies of Sciences Engineering and Medicine. Using the 21st century science to improve risk-related evaluations. Washington, DC: The National Academies Press. 2017.

14. Proctor 2012: Proctor R. Golden holocaust: origins of the cigarette catastrophe and the case for abolition. Berkeley: University of California Press. 2012.

15. Rothman 1976: Rothman, Kenneth J. Causes. *American Journal of Epidemiology* 104.6 (1976):587-92.

16. Rothman and Greenland 2005: Rothman KJ, Greenland S. Causation and Causal Inference in Epidemiology. *Am J Public Health* 2005;95:S144-50.

17. Samet & Burke 2001: Samet JM, Burke TA. Turning science into junk: the tobacco industry and passive smoking. *Am J Public Health* 2001;91(11):1742-44.

18. Sessler 2011: Sessler DI, Olmsted RN, Kuelpmann R. Forced air warming does not worsen air quality in laminar flow operating rooms. *Anesth Analg* 2011;113:1416-21.

19. Stocks 2010: Stocks GW, Self SD, Thompson B, Adame XA, O'Connor DP. Predicting bacterial populations based on airborne particulates: A study performed in nonlaminar flow operating rooms during joint arthroplasty surgery. *Am J Infect Control* 2010;38:199-204.

20. USDHHS 2014: U.S. Department of Health and Human Services. The health consequences of smoking—50 years of progress: a report of the Surgeon General. Atlanta, GA: U.S. Department of Health and Human Services, Centers for Disease Control and Prevention, National Center for Chronic Disease Prevention and Health Promotion, Office on Smoking and Health 2014.

21. USDHEW 1964: U.S. Department of Health Education and Welfare. Smoking and health: report of the advisory committee to the Surgeon General. Washington DC: U.S. Government Printing Office.1964; No. 1103.

22. Zink 1993: Zink RS, Iaizzo PA. Convection warming therapy does not increase the risk of wound contamination in the operating room. *Anesth Analg* 1993;76:50-53.

**Exhibit C**

**<u>Materials Considered</u>**

**Deposition Transcripts and Exhibits in Johnson v. 3M**

1. Gary Maharaj August 19, 2015 Deposition Transcript and Exhibits 1-19
2. Gary Hansen August 27, 2015 Deposition Transcript and Exhibits 1-40
3. Daniel Sessler November 20, 2015 Deposition Transcript and Exhibits 1-18

**Deposition Transcripts and Exhibits in Walton v. 3M**

1. Gary Hansen February 11, 2015 Deposition Transcript and Exhibits 1-17
2. Gary Maharaj February 19, 2015 Deposition Transcript and Exhibits 65-81
3. Daniel Sessler May 27, 2015 Deposition Transcript and Exhibits 1-34
4. Daniel Sessler July 9, 2015 Deposition Transcript and Exhibits 35-44

**Deposition Transcripts and Exhibits in MDL**

1. Kumar Belani September 7, 2016 Final Deposition Transcript
2. Mark Litchy September 28, 2016 Final Deposition Transcript
3. Robert Gauthier October 4, 2016 Final Deposition Transcript
4. Mark Albrecht October 7, 2016 Final Deposition Transcript
5. Gary Hansen November 2, 2016 Final Deposition Transcript and Exhibits 1-27
6. Al Van Duren November 7, 2016 Final Deposition Transcript and Exhibits 46-78
7. Mark Albrecht November 12, 2016 Final Deposition Transcript
8. Christopher Nachtsheim Nov. 29, 2016 Deposition Transcript and Exhibits 1-30
9. Andrew Legg December 1, 2016 Final Deposition Transcript
10. Michael Reed December 4, 2016 Final Deposition Transcript and Exhibits 1-13
11. Andrew Hamer December 4, 2016 Final Deposition Transcript
12. David Leaper December 8, 2016 Final Deposition Transcript
13. Robert Gauthier December 15, 2016 Final Deposition Transcript
14. Michelle Hulse-Stevens Dec. 19, 2016 Deposition Transcript and Exhibits 204-25
15. Paul McGovern January 4, 2017 Deposition Transcript
16. Paul McGovern January 5, 2017 Deposition Transcript and Exhibits 1-27
17. Daniel Sessler January 11, 2017 Deposition Transcript and Exhibits 226-36
18. Andrea Kurz January 12, 2017 Deposition Transcript and Exhibits 237-47
19. 30(b)(6) Representative March 7, 2017 Deposition Transcript and Exhibits 350-51

## Defendant's Expert Reports in Walton v. 3M

1. Joseph Solomkin Expert Report
2. Richard Wenzel Expert Report

## Plaintiff's Expert Reports in Walton v. 3M

1. Yadin David Expert Report
2. Kenneth Diller Expert Report
3. Paul Edelson Expert Report
4. Michael Freeman Expert Report

## Plaintiffs' Expert Reports in MDL

1. Said Elghobashi Expert Report
2. William Jarvis Expert Report

## Literature

1. Albrecht 2009: Albrecht M, Gauthier R, Leaper D. Forced-air warming: a source of airborne contamination in the operating room? *Orthop Rev* 2009;1:e28.

2. Albrecht 2011: Albrecht M, Gauthier R, Belani K, Litchy M, Leaper D. Forced-air warming blowers: an evaluation of filtration adequacy and airborne contamination emissions in the operating room. *Am J Infect Control* 2011;39:321-28.

3. Avidan 1997: Avidan MS, Jones N, Ing R, Khoosal M, Lundgren C, Morrell DF. Convection warmers - not just hot air. *Anaesthesia* 1997;52:1073-76.

4. Beavers & Thoroughman 2007: Beavers S and Thoroughman D. Acinetobacter Infections among Hospitalized Patients in Kentucky. 2006 *Kentucky Epidemiologic Notes and Reports* 2007;42(2):1-5.

5. Belani 2013: Belani KG, Albrecht M, McGovern PD, Reed M, Nachtsheim C. Patient warming excess heat: the effects on orthopedic operating room ventilation performance. *Anesth Analg* 2013;117:406-11.

6. Bernards 2004: Bernards AT, Harinck HI, Dijkshoorn L, van der Reijden TJ, van den Broeck PJ. Persistent *Acinetobacter baumannii*? Look inside your medical equipment. *Infect Control Hosp Epidemiol* 2004;25:1002-04.

7. Bischoff 2007: Bischoff WE, Tucker BK, Wallis ML, Reboussin BA, Pfaller MA, Hayden FG, Sherertz RJ. Preventing the airborne spread of Staphylococcus aureus by persons with the common cold: effect of surgical scrubs, gowns, and masks. *Infect Control Hosp Epidemiol* 2007;28(10):1148-54.

8. Brandt 2010: Brandt S, Oguz R, Huttner H, et al. Resistive-polymer versus forced-air warming: comparable efficacy in orthopedic patients. *Anesth Analg* 2010;110:834-38.

9. Brohus 2006: Brohus H, Balling KD, Jeppesen D. Influence of movements on contaminant transport in an operating room. *Indoor Air* 2006;16:356-72.

10. Chen 2017: Chen AF, Kheir MM, Greenbaum JM, Restrepo C, Maltenfort MG, Parvizi J. Surgical case order has an effect on the risk of subsequent periprosthetic joint infection. *The Journal of Arthroplasty* (2017) doi:10.1016/j.arth.2017.02.029.

11. Clark and Calcina-Goff 2009: Clark RP, Calcina-Goff ML. Some aspects of the airborne transmission of infection. *J R Soc Interface* 2009;6 Suppl:S767-82.

12. Cram 2011: Cram P, Lu X, Kaboli PJ, Vaughan-Sarrazin MS, Cai X, Wolf BR, Li Y. Clinical characteristics and outcomes of medicare patients undergoing total hip arthroplasty, 1991-2008. *JAMA* 2011;305(15):1560-67.

13. Cram 2012: Cram P, Lu X, Kates SL, Singh JA, Li Y, Wolf BR. Total knee arthroplasty volume, utilization, and outcomes among Medicare beneficiaries, 1991-2010. *JAMA* 2012;308(12):1227-36.

14. Cristina 2012: Cristina ML, Spagnolo AM, Sartini M, Panatto D, Gasparini R, Orlando P, Ottria G, Perdelli F. Can particulate air sampling predict microbial load in operating theatres for arthroplasty? *PLOS One* 2012;7(12):e52809.

15. Darouiche 2017: Darouiche RO, Green DM, Harrington MA, Ehni BL, Kougias P, Bechara CF, O'Connor DP. Association of airborne microorganisms in the operating room with implant infections: A randomized controlled trial. *Infect Control Hosp Epidemiol* 2017;38:3-10.

16. Dasari 2012: Dasari KB, Albrecht M, Harper M. Effect of forced air warming on the performance of operating theatre laminar flow ventilation. *Anesthesia* 2012;67:224-49.

17. Dirkes & Minton 1994: Dirkes WE, Minton WA. Convection warming in the operating room: evaluation of bacterial spread with three filtration levels. *Anesthesiology* 1994; 81.3A

18. Evans AAOS Bulletin: Evans RP. Laminar air flow in the operating room: How effective is it in reducing infection? *AAOS Bulletin* June 2006.

19. Fletcher 2007: Fletcher N, Sofianos D, Berkes MB, Obremskey WT. Prevention of Perioperative Infection. *J Bone Joint Surg (Am.)* 2007;89:1605-18.

20. Ford & Phillips 2015: Ford J, Phillips P. Systematic Review: Forced air warming versus circulating warm water for the prevention of hypothermia in surgical patients. *Medidex* April 2015.

21. Friberg 2005: Friberg B, Friberg S. Aerobiology in the operating room and its implications for working standards. *Proc Inst Mech Eng H.* 2015;219(2):153-60.

22. Glass 2013: Glass TA, Goodman SN, Hernan MA, Samet JM. Causal inference in public health. *Annu Rev Public Health* 2013;34:61-75.

23. Gjolaj 2009: Gjolaj MP, Ahlbrand S, Yamout IM, Armstrong D, Brock-Utne JG. Don't forget to change the Bair Hugger filter. *ASA Abstracts* 2009;A1168.

24. Hall & Teenier 1991: Hall AC, Teenier T. Poster Presentation: Bair Hugger warmer does not increase microbial contamination in the operating room. *Department of Anesthesiology, University of Texas Southwestern Medical Center* December 9, 1991.

25. Haller 2016: Haller S, Holler C, Jacobshagen A, Hamouda O, Abu Sin M, Monnet DL, Plachouras D, Eckmans T. Contamination during production of heater-cooler units by *Mycobacterium chimaera* potential cause for invasive cardiovascular infections: results of an outbreak investigation in Germany, April 2015 to February 2016. *Euro Surveill* 2016; 21(17):pii=30215.

26. Huang 2003: Huang JK, Shah EF, Vinodkumar N, Hegarty MA, Greatorex RA. The Bair Hugger patient warming system in prolonged vascular surgery: an infection risk? *Crit Care* 2003;7:R13-16.

27. HUNTAIR Article: Advancing aerobiological quality standards for hospital operating rooms (ORs). *HUNTAIR: a Nortek Air Solutions Brand* 2015 White Paper.

28. Jaekel 2014: Jaekel DJ, Ong KL, Lau EC, Watson HN, Kurtz SM. Epidemiology of Total Hip and Knee Arthroplasty Infection. *Periprosthetic Joint Infection of the Hip and Knee* 2014:1-14.

29. Jameson 2012: Jameson SS, Rymaszewska M, James P, Serrano-Pedraza I, Muller SD, Hui ACW, Reed MR. Wound complications following Rivaroxaban administration: A multicenter comparison with low-molecular-weight heparins for thromboprophylaxis in lower limb arthroplasty. *J Bone Joint Surg (Am.)* 2012;94:1554-58.

30. Jameson and Reed 2016: Jameson SS, Reed MR. Prevention of Periprosthetic Joint Infection: What is the Current Evidence? *Periprosthetic Joint Infections: Changing Paradigms* 2016;45-59.

31. Jensen 2010: Jensen CD, Steval A, Partington PF, Reed MR, Muller SD. Return to theatre following total hip and knee replacement, before and after the introduction of rivaroxaban. *J Bone Joint* Dec 31 2010.

32. Kellam 2013: Kellam M, Dieckmann LS, Austin PN. Forced-air warming devices and the risk of surgical site infections. *AORN J* 2013;98:353-66.

33. Kimberger 2008: Kimberger O, Held C, Stadelmann K, et al. Resistive polymer versus forced-air warming: comparable heat transfer and core rewarming rates in volunteers. *Anesth Analg* 2008;107:1621-26.

34. Kohler 2015: Kohler P, Kuster SP, Bloemberg G, Schulthess B, Frank M, Tanner FC, Rossle M, Boni C, Falk V, Wilhelm MJ, Sommerstein R, Achermann Y, Oever J, Debast SB, Wolfhagen MJHM, Bruinsma GJBB, Vos MC, Bogers A, Serr A, Beyersdorf F, Sax H, Bottger EC, Weber R, van Ingen J, Wagner D, Hasse B. Healthcare-associated prosthetic heart valve, aortic vascular graft, and disseminated *Mycobacterium chimaera* infections subsequent to open heart surgery. *Eur Heart J* 2015;36:2745-53.

35. Kowalski & Bahnfleth 1998: Kowalski WJ, Bahnfleth W. Airborne respiratory diseases and mechanical systems for control of microbes. *HPAC* July 1998:34-48.

36. Kurtz 2008: Kurtz SM, Lau E, Schmier J, Ong KL, Zhao K, Parvizi J. Infection burden for hip and knee arthroplasty in the United States. *J Arthroplasty* 2008;23(7):984-91.

37. Kurtz 2012: Kurtz SM, Lau E, Watson H, Schmier JK, Parvizi J. Economic burden of periprosthetic joint infection in the United States. *J Arthroplasty* 2012;27(8):61-65.e1.

38. Kurz 1996: Kurz A, Sessler DI, Lenhardt R. Perioperative normothermia to reduce the incidence of surgical-wound infection and shorten hospitalization. *The New England Journal of Medicine* 1996;334(19):1209-15.

39. Leaper 2009: Leaper D, Albrecht M, Gauthier R. Forced-air warming: a source of airborne contamination in the operating room? *Orthop Rev* 2009;1:e28.

40. Legg 2012: Legg AJ, Cannon T, Hamer AJ. Do forced air patient-warming devices disrupt unidirectional downward airflow? *J Bone Joint Surg (Br.)* 2012;94:254-56.

41. Legg & Hamer 2013: Legg AJ, Hamer AJ. Forced-air patient warming blankets disrupt unidirectional airflow. *J Bone Joint (Br.)* 2013;95:407-10.

42. Leung 2007: A randomized controlled trial of the electric heating pad vs forced-air warming for preventing hypothermia during laparotomy. *Anaesthesia* 2007;62:605-08.

43. Lidwell 1986: Lidwell OM. Clean air at operation and subsequent sepsis in the joint. *Clin Orthop Relat Res* 1986;2011:91-102.

44. Lidwell 1987: Lidwell OM, Elson RA, Lowbury EJL, Whyte W, Blowers R, Stanley SJ, Lowe D. Ultraclean air and antibiotics for prevention of postoperative infection: A multicenter study of 8,052 joint replacement operations. *Acta Orthop Scand* 1987;58(1):4-13.

45. Lowrance 1976: Lowrance WW. Of acceptable risk: science and the determination of safety. Los Altos, CA: William Kaufmann.1976.

46. Maheshwari 2012: Chapter 9 – 2012 Operating Room Design Manual. American Society of Anesthesiologists.

47. Mangram 1999: Mangram AJ, Horan TC, Pearson ML, Silver LC, Jarvis WR. Guideline for Prevention of Surgical Site Infection. *Inf. Control and Hosp. Epid.* 1999;20(4):247-78.

48. Matsuzaki 2003: Matsuzaki Y, Matsukawa T, Ohki K, et al. Warming by resistive heating maintains perioperative normothermia as well as forced air heating. *Br J Anaesth* 2003;90:689-91.

49. McGovern 2011: McGovern PD, Albrecht M, Belani KG, et al. Forced-air warming and ultra-clean ventilation do not mix: an investigation of theatre ventilation, patient warming and joint replacement infection in orthopaedics. *J Bone Joint (Br.)* 2011;93:1537-44.

50. Melling 2001: Melling AC, Ali B, Scott EM, Leaper DJ. Effects of preoperative warming on the incidence of wound infection after clean surgery: a randomised controlled trial. *Lancet* 2001;358:876-80.

51. Memarzadeh (Unpublished): Memarzadeh F. A novel approach to assess the effect of a forced-air patient warming system on increasing the risk of nosocomial infections at the surgical wound site.

52. Memarzadeh 2010: Memarzadeh F. Active warming systems to maintain perioperative normothermia in hip replacement surgery. *J Hosp Infect* 2010.

53. Miyazaki 2007: Miyazaki H, Sato M, Okazaki K. Forced-Air Warmer did not increase the risk of contamination caused by interference of clean airflow. *ASA Abstracts* 2007; A1594.

54. Moretti 2009: Moretti B, Larocca AM, Napoli C, et al. Active warming systems to maintain perioperative normothermia in hip replacement surgery: a therapeutic aid or a vector of infection? *J Hosp Infect* 2009;73:58-63.

55. Nagpal 2014: Nagpal A, Wentink JE, Berbari EF, Aronhalt KC, Wright AJ, Krageschmidt DA, Wengenack NL, Thompson RL, Tosh PK. A cluster of *Mycobacterium wolinskyi* surgical site infections at an academic medical center. *Infect Control Hosp Epidemiol* 2014;35(9):1169-75.

56. Namba 2013: Namba RS, Inacio MCS, Paxton EW. Risk factors associated with deep surgical site infections after primary total knee arthroplasty. *J Bone Joint (Am.)* 2013;95:775-82.

57. NAS 2017: National Academies of Sciences Engineering and Medicine. Using the 21st century science to improve risk-related evaluations. Washington, DC: The National Academies Press. 2017.

58. Negishi 2003: Negishi C, Hasegawa K, Mukai S, et al. Resistive-heating and forced-air warming are comparably effective. *Anesth Analg* 2003;96:1683-87.

59. Ng 2006: Ng V, Lai A, Ho V. Comparison of forced-air warming and electric heating pad for maintenance of body temperature during total knee replacement. *Anaesthesia* 2006;61:1100-04.

60. Noble 1975: Noble, WC. Dispersal of skin microorganisms. *Br J Dermatol* 1975;93(4):477-85.

61. Oie 1996: Oie S, Kamiya A. Survival of methicillin-resistant *Staphylococcus aureus* (MRSA) on naturally contaminated dry mops. *J Hosp Infect* 1996;34:145-49.

62. Parvizi & Karam. Parvizi J, Karam JA. Do Forced-Air Warming Blankets Increase Surgical Site Infections? *3M Publication.*

63. Proctor 2012: Proctor R. Golden holocaust: origins of the cigarette catastrophe and the case for abolition. Berkeley: University of California Press. 2012.

64. Reed 2013: Reed M, Kimberger O, McGovern PD, Albrecht MC. Forced-air warming design: evaluation of intake filtration, internal microbial buildup, and airborne-contamination emissions. *Am Assoc Nurse Anesth J* 2013;81:275-80.

65. Rothman 1976: Rothman, Kenneth J. Causes. *American Journal of Epidemiology* 104.6 (1976):587-92.

66. Rothman and Greenland 2005: Rothman KJ, Greenland S. Causation and Causal Inference in Epidemiology. *Am J Public Health* 2005;95:S144-50.

67. Rubin 2006: Rubin RH. Surgical wound infection: epidemiology, pathogenesis, diagnosis and management. *BMC Infectious Diseases* 2006;6:171

68. Samet & Burke 2001: Samet JM, Burke TA. Turning science into junk: the tobacco industry and passive smoking. *Am J Public Health* 2001;91(11):1742-44.

69. Sandiford & Skinner 2009: Sandiford NA, Skinner J. The prevention of infection in total hip arthroplasty. *Orthopaedics and Trauma* 2009;23(1):8-16.

70. Sax 2015: Sax H, Bloemberg G, Hasse B, Sommerstein R, Kohler P, Achermann Y, Rossle M, Falk V, Kuster SP, Bottger EC, Weber R. Prolonged outbreak of *Mycobacterium chimaera* infection after open-chest heart surgery. *Clinical Infectious Diseases* 2015;61(1):67-75.

71. Scott 2015: Scott AV, Stonemetz JL, Wasey JO, Johnson DJ, Rivers RJ, Koch CG, Frank SM. Compliance with surgical care improvement project for body temperature management (SCIP Inf-10) is associated with improved clinical outcomes. *Anesthesiology* 2015;123:116-25.

72. Sessler 2011: Sessler DI, Olmsted RN, Kuelpmann R. Forced air warming does not worsen air quality in laminar flow operating rooms. *Anesth Analg* 2011;113:1416-21.

73. Sessler 2006: Sessler DI. Non-pharmacologic prevention of surgical wound infection. *Anesth Clin* 2006;24(2):279-97.

74. Sharp 2002: Sharp RJ, Chesworth T, Fern ED. Do warming blankets increase bacterial counts in the operating field in a laminar-flow theatre? *J Bone Joint (Br.)* 2002;84:486-88.

75. Shaw 1996: Shaw JA, Bordner MA, Hamory BH. Efficacy of the steri-shield filtered exhaust helmet in limiting bacterial counts in the operating room during total joint arthroplasty. *J Arthroplasty* 1996;11(4):469-73.

76. Shiomori 2001: Shiomori T, Miyamoto H, Makishima K. Significance of airborne transmission of methicillin-resistant *Staphylococcus aureus* in an otolaryngology-head and neck surgery unit. *Arch Otolaryngol Head Neck Surg* 2001;127:644-48.

77. Shuman 2012: Shuman EK, Urquhart A, Malani PN. Management and prevention of prosthetic joint infection. *Infect Dis Clin N Am* 2012;26:29-39.

78. Sigg 1999: Sigg DC, Houlton AJ, Iaizzo PA. The potential for increased risk of infection due to the reuse of convective air-warming/cooling coverlets. *Acta Anaesthesiol Scand* 1999;43:173-76.

79.   Sikka & Prielipp 2014: Sikka RS, Prielipp RC. Forced air warming devices in orthopaedics: a focused review of the literature. *J Bone Joint (Am.)* 2014;96:e200(1-7).

80.   Singh 2011: Singh VK, Hussain S, Javed S, Singh I, Mulla R, Kalairajah Y. Sterile surgical helmet system in elective total hip and knee arthroplasty. *J Orthopaedic Surgery* 2011;19(2):234-37.

81.   Sommerstein 2016: Sommerstein R, Ruegg C, Kohler P, Bloemberg G, Kuster SP, Sax H. Transmission of *Mycobacterium chimaera* from Heater-Cooler Units during Cardiac Surgery despite an Ultraclean Air Ventilation System. *Emerg Infect Dis* 2016.

82.   Stocks 2010: Stocks GW, Self SD, Thompson B, Adame XA, O'Connor DP. Predicting bacterial populations based on airborne particulates: A study performed in nonlaminar flow operating rooms during joint arthroplasty surgery. *Am J Infect Control* 2010;38:199-204.

83.   Suzuki 1984: Suzuki A, Namba Y, Matsuura M, Horisawa A. Airborne contamination in an operating suite: report of a five-year survey. *J. Hyg. Camb.* 1984;93:567-73.

84.   Tan 2016: Tan N, Sampath R, Abu Saleh OM, Tweet MS, Jevremovic D, Alniemi S, Wengenack NL, Sampathkumar P, Badley AD. Disseminated Mycobacterium chimaera infection after cardiothoracic surgery. *OFID* 2016; Brief Report:1-3.

85.   Tande & Patel 2014: Tande AJ, Patel R. Prosthetic Joint Infection. *Clin. Microbiol. Rev.* 2014;27(2):302-45.

86.   Tsaras 2012: Tsaras G, Osmon DR, Mabry T, Lahr B, St Sauveur J, Yawn B, Kurland R, Berbari EF. Incidence, secular trends and outcomes of prosthetic joint infection (PJI): A population based study, Olmsted County, Minnesota 1969-2007. *Infect Control Hosp Epidemiol* 2012;33(2):1207-12.

87.   Tumia & Ashcroft 2002: Tumia N, Ashcroft GP. Convection warmers - a possible source of contamination in laminar flow theatre? *J Hosp Infect* 2002;52:171-74.

88.   Wagner 2014: Wagner JA, Schreiber KJ, Cohen R. Using Cleanroom Technology: Improving operating room contamination control. *ASHRAE Journal* Feb 2014:18-27.

89. USDHHS 2014: U.S. Department of Health and Human Services. The health consequences of smoking—50 years of progress: a report of the Surgeon General. Atlanta, GA: U.S. Department of Health and Human Services, Centers for Disease Control and Prevention, National Center for Chronic Disease Prevention and Health Promotion, Office on Smoking and Health 2014.

90. USDHEW 1964: U.S. Department of Health Education and Welfare. Smoking and health: report of the advisory committee to the Surgeon General. Washington DC: U.S. Government Printing Office.1964; No. 1103.

91. Whyte 1976: Whyte W, Vesley D, Hodgson R. Bacterial dispersion in relation to operating room clothing. *J. Hyg. Camb.* 1976;76:367-77.

92. Whyte 1988: Whyte W. The role of clothing and drapes in the operating room. *J Hosp Infect* 1988;11(c):2-17.

93. Williams 1966: Williams REO. Epidemiology of Airborne Staphylococcal Infection. *Bacteriol Rev* 1966;30(3):660-74.

94. Williamson 2017: Williamson D, Howden B, Stinear T. Letter to the Editor: Mycobacterium chimaera spread from heating and cooling units in heart surgery. *N Engl J Med* 2017;376(6):600-02.

95. Wood 2014: Wood AM, et al. Infection control hazards associated with the use of forced-air warming in operating theatres. *J Hosp Infect* 2014;xxx:1-9.

96. Zink 1993: Zink RS, Iaizzo PA. Convection warming therapy does not increase the risk of wound contamination in the operating room. *Anesth Analg* 1993;76:50-53.

### 3M Production Documents

1. 3MBH00000922–24
2. 3MBH00001336
3. 3MBH00001581
4. 3MBH00001582
5. 3MBH00001583–87
6. 3MBH00025739
7. 3MBH00041013
8. 3MBH00045482–85

9.  3MBH00050932–33
10. 3MBH00053034–36
11. 3MBH00054358–60
12. 3MBH00105349
13. 3MBH00107855
14. 3MBH00110370–71
15. 3MBH00111871–72
16. 3MBH00119574–76
17. 3MBH00123460–62
18. 3MBH00127541–42
19. 3MBH00130834–36
20. 3MBH00130837–41
21. 3MBH00130843
22. 3MBH00131560
23. 3MBH00133607–22
24. 3MBH00136547
25. 3MBH00508771–78
26. 3MBH00540276–78
27. 3MBH00551778–82
28. 3MBH00561641–43
29. 3MBH00561646–49
30. 3MBH00576839
31. 3MBH00597741–47

**Third-Party Production Documents**

1.  Albrecht_0000274–79
2.  Albrecht_0000280–83
3.  Albrecht_0001622
4.  Albrecht_0001667–71
5.  Albrecht_0002079–86
6.  Albrecht_0002227–34
7.  Albrecht_0002236–37
8.  Albrecht_0002262–71
9.  Albrecht_0002272–74
10. Albrecht_0002275–78
11. Albrecht_0002295–96
12. Albrecht_0002297–98
13. Albrecht_0003348–70
14. Albrecht_0003621–26

15. Albrecht_0014377–84
16. Albrecht_0018365
17. Albrecht_0018369
18. Augustine_0000399
19. Augustine_0005121.xls
20. Augustine_0015460
21. Augustine_0015461
22. Augustine_0017515.docx
23. Augustine_0017722
24. Augustine_0018060

## Miscellaneous Documents

1. APIC; Guide to the Elimination of Orthopedic Surgical Site Infections, 2010.

2. 3M Bair Hugger Research Compendium

3. Albrecht Data:
   https://github.com/albre116/LogisticRegressionAugustine/find/master

4. Proceedings of the International Consensus Meeting on Periprosthetic Joint Infection

5. KHN Article: Deadly Infections Linked to Heart Surgery Device Highlight Holes in FDA Monitoring

6. National Academies of Sciences, Engineering, and Medicine Report

7. Centers for Disease Control and Prevention, Healthcare Infection Control Practices Advisory Committee, November 5-6, 2015, Record of Proceedings.

8. Centers for Disease Control and Prevention, Non-tuberculous Mycobacterium (NTM) Infections and Heater-Cooler Devices: Interim Practical Guidance, October 27, 2015.

9. Centers for Disease Control and Prevention, Healthcare Infection Control Practices Advisory Committee, March 31, 2016, Record of Proceedings.

10. Food & Drug Administration, Nontuberculous Mycobacterium Infections Associated with Heater-Cooler Devices: FDA Safety Communication.  October 15, 2015.

11. Food & Drug Administration, Executive Summary: Nontuberculous Mycobacterium Infections Associated with Heater-Cooler Devices during Cardiothoracic Surgery. 2016.

**Exhibit D**

<u>**Statement of Compensation**</u>

In this multidistrict litigation involving the Bair Hugger forced-air warming device, I have provided consultation services at a reasonable rate of $600 USD per hour through a contract between Ciresi Conlin LLP and the University of Southern California. These services include but are not limited to reviewing materials, conducting meetings, and drafting the expert report pertaining to this litigation. I provided these services on behalf of the Department of Preventive Medicine at the Keck School of Medicine of the University of Southern California, 2001 N. Soto Street, Los Angeles, California, 90089-9239. All invoices regarding said services were invoiced by and paid to the Keck School of Medicine.

# EXHIBIT DX3

TO DECLARATION OF BENJAMIN W. HULSE

IN SUPPORT OF DEFENDANTS' MOTION TO

EXCLUDE PLAINTIFFS' GENERAL

CAUSATION MEDICAL EXPERTS

Page 1

1                    UNITED STATES DISTRICT COURT

2                        DISTRICT OF MINNESOTA

3

4    In re Bair Hugger Forced Air      )   MDL No. 15-2666

     Warming Products Liability        )           (JNE/FLN)

5    Litigation,                       )   VOLUME I

                                       )   PAGES 1-210

6

7

8

9

10

11

12

13        VIDEOTAPED DEPOSITION OF JONATHAN SAMET, M.D.

14                    LOS ANGELES, CALIFORNIA

15                    TUESDAY, JULY 11, 2017

16

17

18

19

20

21

22

23

24   Job No. 124786

25   DORIEN SAITO, CSR 12568, CLR

Page 98

1    A   Yes.
2    Q   And with the Bair Hugger period, some
3  received gentamicin only and some received gentamicin
4  plus teicoplanin; right?
5    A   Correct.
6    Q   Now there's no antibiotic that is universally
7  effective against every bacteria; right?
8    A   In general, that's true, yes.
9    Q   Do you know of any antibiotic that you would
10  describe as effective against all bacteria?
11    A   Not at this point, no.
12    Q   Okay.  What is gentamicin effective against?
13    A   Primarily gram-negative organisms.
14    Q   Is it effective against -- looking back in
15  the 2008-2010 time frame, was -- was gentamicin
16  effective against Staph Aureus?
17    A   It would not be a first line drug for
18  Staph Aureus.
19    Q   How about if it was negative to staph?
20    A   I actually, don't recall the spectrum of
21  gentamicin for such staph.  But it's certainly not
22  a -- a drug that comes to mind for a gram-positive
23  organism.
24    Q   What's -- what is teicoplanin effective
25  against?

Page 99

1    A   It's primarily directed to gram-positives.
2    Q   And somebody did a study and compared one
3  cohort that had only gentamicin and another cohort
4  that only had -- only had teicoplanin.
5        And somebody in the gentamicin -- or several
6  people in the gentamicin group developed a
7  gram-positive infection.  And few or none developed --
8  in the teicoplanin group developed a gram-positive
9  infection.
10        And you just looked at gram-positive
11  infections and did the odds ratio, and you found that
12  if you just had gentamicin, you had a much, much, much
13  higher odds -- relative risk or attributable risk of
14  getting a gram-positive infection than if you -- than
15  if you were being treated with gen- -- teicoplanin.
16        That's -- that's a hypothetical that I'm
17  going to set up for you.  Okay?
18    A   Okay.
19    Q   In that hypothetical, no matter how high the
20  relative risk or the attributable risk that you
21  compared it to, you wouldn't opine that gentamicin
22  caused the gram-positive infection in people who
23  received gentamicin only, would you?
24        MS. CONLIN:  Objection; it calls for
25  speculation.

Page 100

1        You may answer.
2        THE WITNESS:  I -- I would not consider
3  an antibiotic as a cause for infection, if that's
4  the question.
5        BY MR. GORDON:
6    Q   Well, but if gentamicin doesn't treat
7  gram-positives and somebody getting only gentamicin
8  gets a gram-positive infection, even if the relative
9  risk is a hundred versus teicoplanin, you wouldn't say
10  that there -- that gentamicin caused it; right?
11    A   No, that's correct.
12    Q   You -- you --
13    A   That's how -- that's how I answered it.
14  Correct.
15    Q   You would say -- you would say in terms of
16  relative efficacy, gentamicin was relatively much less
17  effective against gram-positives than teicoplanin;
18  right?
19    A   Or teicoplanin plus gentamicin, which is the
20  comparison you offered in your hypothetical.
21    Q   Okay.  And the only data upon which you base
22  your opinion is a head-to-head comparison between two
23  different warming modalities; right?
24    A   Sorry?
25        MS. CONLIN:  Objection --

Page 101

1  BY MR. GORDON:
2    Q   The only difference -- the only study --
3  strike that.
4        The only data on which you base your opinion
5  is just a head-to-head comparison between two
6  different types of warming modalities forced-air
7  warming and convective [sic] blankets; correct?
8        MS. CONLIN:  Objection as to --
9  BY MR. GORDON:
10    Q   Conductive blankets.
11    A   I'm sorry.  I think my expert report covers a
12  lot more ground than a single study.
13    Q   Okay.  Well, there are -- are there any data
14  upon which you rely that compared Bair Hugger to
15  nothing?
16    A   The -- the observational data that I examined
17  was the McGovern study in my March 30 report.
18    Q   And that compares one warming modality to
19  another; right?
20    A   That's correct.
21    Q   Would you agree that at most, even if
22  ultimately it's determined that that study is -- is
23  valid and the conclusions were not confounded by
24  anything, it really is forced-air warming versus
25  the -- the blanket, you can't conclude that the Bair

Page 122

1  infections in the reported surveillance period divided
2  by total number of procedures performed during the
3  period; right?
4     A   Correct.
5     Q   And in the McGovern paper, what was the rate
6  for the HotDog only period?
7        (Witness reviewing document.)
8        THE WITNESS:  I --
9  BY MR. GORDON:
10    Q   If it's taking too long, it's on page 5042.
11    A   0.8.
12    Q   And that's based on how many --
13       How -- how is that 0.8 derived?
14    A   That is 3 over 268.
15    Q   Okay.  What was the rate for the HotDog only
16 period?
17    A   I'm sorry.  That's -- that was the HotDog
18 period.
19    Q   I'm sorry.  I misspoke.
20       What was the rate during the Bair Hugger
21 period?
22    A   3.0.
23    Q   3.0?
24    A   That's correct.
25    Q   Okay.  And what was the -- what were the --

Page 123

1        What was the equation that --
2     A   Well, it's 32 over 1,034.
3     Q   Okay.  And so tell me how -- how the
4  calculation gets to 3.1.
5     A   Oh, it's calculated -- it's the odds ratio
6  divided by 2. --
7     Q   I -- I misspoke.  3.8; right?  The average
8  that you're using is 3.8; right?
9     A   Correct.
10    Q   Divide that 3 percent -- or 3.0 by 0.8;
11 right?
12    A   No.  It's the odds ratio from the table.
13    Q   Well, how -- how was that -- that 3.8 odds
14 ratio derived?
15    A   There's an underlying 2x2 table with warming
16 device, yes/no; infection, yes/no.  And then it's
17 calculated as the odds ratio from the table.
18    Q   But I'm just trying to understand, What --
19 what are the numbers that are plugged in?
20    A   The numbers are the -- sure.  The numbers are
21 the 321034 and the 3368.
22    Q   Well, is -- is there any relationship between
23 3.0 and 0.8 in terms of coming up with the odds ratio?
24    A   The -- are you asking for how an object was
25 calculated?

Page 124

1     Q   Yeah.
2     A   So it is -- it comes out of the table that
3  describes.  And it's simply the cross-product of the
4  diagonals.
5     Q   Does it have anything to do with the ratio of
6  3.0 to 0.8?
7     A   Well, the same -- the same numbers are -- the
8  same numbers are involved, yes.
9     Q   And that if that -- if the -- for example, if
10 the 0.8 number were higher, the odds ratio would go
11 down, wouldn't it?
12    A   It would be a different data set, but yes.
13    Q   Okay.  Well, do you recall when you read
14 Dr. Reed's testimony that he said that there was --
15 that the numbers weren't quite correct, there was
16 actually one more infection in each group?
17    A   I'm aware of that discussion, yes.
18    Q   Well, were you aware of it before you wrote
19 your report?
20    A   I don't think I was.
21    Q   Okay.  So you're aware of it now?
22    A   I'm aware of it now.
23    Q   You became aware of it because you read
24 Dr. Holford's report?
25    A   I -- probably Holford's report brought my

Page 125

1  attention to it.
2     Q   So you hadn't read -- either hadn't read it
3  or just --
4     A   I -- you know, again, I -- I remember some
5  discussion about data sets.  And I don't know what is
6  the, quote, "correct" -- "correct data set."  But I'm
7  aware that Reed commented about the data.
8     Q   Okay.  If you add one infection to each
9  group, what happens to the odds ratio?
10    A   That's -- you know, again, I mean, that's not
11 a question that could be answered generically.  I
12 mean, if we calculate it here, I suspect that since 3
13 is a very small number, adding 1 to make it 4 would
14 lower the odds ratio.
15    Q   Well, why don't you take a look at
16 Dr. Holford's report here.
17       Is that Exhibit 4?
18       MS. CONLIN:  Exhibit 3.
19 BY MR. GORDON:
20    Q   3.  And if you'll look at page 3, Footnote 1.
21       (Witness turning to page.)
22 BY MR. GORDON:
23    Q   For the moment, I don't want to ask you about
24 Dr. Holford's calculation based on his analysis of the
25 data set and the -- all the other things.  He's

Page 126

1   just -- Footnote 1 is just based on Dr. Reed's
2   testimony that was one more infection in each group.
3   Do you have any reason to think that
4   Professor Holford screwed up the calculations that he
5   did there?
6      A   Oh, he certainly did the calculations
7   correctly.
8      Q   Okay.  And assuming those --
9          Well, first of all, do you have any reason to
10  think that Dr. Reed testified inaccurately?
11     A   I can't comment on that.
12     Q   Okay.  Well, if -- if -- if that testimony is
13  accurate and Dr. Holford's calculations are accurate,
14  the odds ratio would be 2.86; right?
15     A   According to the calculation shown here, yes.
16     Q   And the confidence interval would be 1.03 to
17  8.33; right?
18     A   As described here, yes.
19     Q   Is that -- would you say that's a strong
20  association or moderately strong association, one that
21  would allow you to feel comfortable in saying there
22  couldn't be any confounders that can account for this
23  odds ratio?
24     A   My only comment is 2.86 is lower than 3. --
25  3.8.

Page 127

1      Q   And a confidence interval that starts at 1.03
2   is just barely meaningful; right?
3      A   I don't think meaningful is determined by the
4   confidence level.  Perhaps as significant as 3.05 is,
5   but meaningful, no.
6      Q   Okay.  But your report was predicated on the
7   assumption that the odds ratio of 3.8 was accurately
8   reported in the McGovern paper; right?
9      A   It was based on a report in a peer reviewed
10  paper, correct.
11     Q   Okay.  And based on the testimony of Dr. Reed
12  at least -- and there are -- and -- and there are
13  other documents that Dr. Holford refers to that
14  corroborate at least his -- his point about there
15  being one more in -- in HotDog -- based on that and
16  the calculations, the -- this -- the odds ratio is at
17  best 2.86; right?
18     A   Well, in this -- in this recalculation adding
19  one more event to each group, it's 2.86, correct.
20     Q   Does that give you any pause that adding one
21  more infection to each group causes the odds ratio to
22  go from 3.8 to 2.86?
23     A   I don't know about giving any pause.  But
24  I've commented before that these events are not -- are
25  not so common.  So it's not surprising that the odds

Page 128

1   ratio would drop with the addition of one event to the
2   HotDog period when there's very few events there.
3          MR. GORDON:  What number are we on?  5.
4   Let me show you what's been marked as Exhibit 5.
5   This was previously part of -- of the McGovern
6   exhibits, which did not have unique exhibit
7   numbers for a multiseries of pages.
8          (The aforementioned document was
9          marked Exhibit 5 for identification
10         by the reporter.)
11  BY MR. GORDON:
12     Q   But you did indicate that you had available
13  to you the McGovern testimony and the McGovern
14  exhibits, and there was some discussion -- there was
15  some testimony about this.
16         Do you recall seeing this, Exhibit 5, prior
17  to today?
18     A   I think I've seen this.
19         Is this the sixty-day moving average data?
20     Q   No.  That would be Professor Holford's
21  report.  This is --
22         MS. CONLIN:  This is Exhibit 21 from the
23  McGovern deposition.
24         THE WITNESS:  Okay.
25  ///

Page 129

1   BY MR. GORDON:
2      Q   Well, let me see if this helps refresh your
3   recollection.  Why don't you -- you know what,
4   Ms. Conlin pointed out to me before we just broke that
5   I had marked an exhibit from Mr. Albrecht's deposition
6   where there was actually writing on it from
7   Mr. Albrecht.  So I didn't copy that.
8          MR. GORDON:  So this one, I want you to
9   have a copy available to you -- to you.  So I'm
10  going to give you Exhibit 6.  I will hand you
11  Exhibit 6, which is the same McGovern paper we've
12  been talking about, but it just has no writing on
13  it the way the one in ours did.
14         (The aforementioned document was
15         marked Exhibit 6 for identification
16         by the reporter.)
17  BY MR. GORDON:
18     Q   And I would like you on Exhibit 6 to turn to
19  Figure 7, which appears on page 1843.
20         (Witness turning to page.)
21  BY MR. GORDON:
22     Q   Does this refresh -- refresh your
23  recollection as to whether you saw Exhibit 5, this
24  version of Figure 7 where the infection rate is
25  reflected as a -- as a moving average as opposed to

Page 224

1    the -- the scientific process that -- that you have
2    employed in -- in this case.
3         You -- as epidemiologist, you follow certain
4    objective approaches to the -- the materials that you
5    deal with; right?  That was a poor -- that was a poor
6    question.
7         There -- there's -- there's a -- there's a --
8    there is a methodology that you, as an epidemiologist,
9    follow in order to arrive at conclusions or opinions
10   about causal relationships; is that correct?
11        A   Well, I guess I would say that my review of
12   the materials reflects not only my training in
13   epidemiologist, but in medicine, my broader
14   understanding of the -- the lung, of air, of movement
15   of particles in air, things that I've worked on in my
16   research.
17        So, yes, I -- I interpret the epidemiological
18   evidence, but I try and put it in the broader context
19   of biology, clinical path, and physiology, and so on.
20        Q   And -- and I -- and I was asking kind of a big
21   picture question.
22        That's generally how you approach issues of
23   epidemiology and -- and -- and health-related outcomes;
24   right?
25        A   Yeah.

Page 225

1         Q   You just don't look at an epidemiological
2    study.  You try to look at other lines of evidence;
3    right?
4         A   Right.  I guess I would -- if you'll excuse
5    me, I would probably rephrase things and say that I
6    approach questions that are relevant to public health,
7    population health, and that epidemiology is one of the
8    research methodologies used to generate evidence that
9    is relevant to public health.
10        Q   In the past, you have been critical of those
11   who contend that epidemiological studies are prone to
12   generating false positives; is that correct?
13        A   I've been involved in some statements
14   concerning -- I would say sort of general comments
15   about epidemiology and the validity of results and how
16   they may be subject to any number of problems,
17   including, quote, "false positives."
18        MR. GORDON:  Let me show you what's been
19   marked as Exhibit 21 just to kind of tee this --
20   tee this up, and we'll plow through it.
21        The aforementioned document was marked
22        Exhibit 21 for identification by the
23        reporter.)
24   BY MR. GORDON:
25        Q   This is -- this is a paper -- let's say a

Page 226

1    commentary that you co-authored in 200- --
2         MS. CONLIN:  -9.
3    BY MR. GORDON:
4         Q   -- -9; is that right?  200- -- yeah, 2009.
5         A   Correct.
6         Q   Okay.  And this was something that you and
7    your -- and all -- and the other authors wrote in
8    response to a publication that was simplistic -- and I
9    realize I'm being very simplistic.  This was
10   essentially taking the position that observations by
11   the epidemiological studies are fraught with false
12   positives.
13        A   This was written in response to several --
14   several papers that posed this sort of too strong
15   generalization in the view of the author -- co-authors
16   and myself that there's a generic problem with false
17   positives, correct?
18        Q   And you -- and correct me if I'm wrong.  But
19   you -- part of your opinion is based on your conclusion
20   that the McGovern paper does not represent a false
21   positive; is that correct?
22        A   Well, the McGovern paper is certainly part of
23   the evidence that I considered.  And to the extent
24   that the P value is less than .05, that's a helpful
25   indication that the results are not arrived by chance

Page 227

1    alone.
2         And then of course since the McGovern paper,
3    there's been a second report that essentially
4    corroborates the -- the findings in other hospitals.
5         Q   You're talking about Exhibit -- the Augustine
6    publication?
7         A   Yes, I am.  Yes.
8         Q   So -- and -- and I -- so specifically my
9    question with McGovern is, Your opinion is predicated
10   in -- at least in part on the -- your determination
11   that the McGovern findings were not -- do not represent
12   false pos- -- a false positive --
13        A   That's --
14        Q   -- is that correct?
15        A   That's correct, essentially.
16        Q   And you -- have you similarly concluded that
17   the Augustine publication is not based on a false -- or
18   does -- is -- is not a false positive?
19        A   Well, again, yes.  And with two papers that
20   corroborate each other, I think the likelihood that
21   both are, quote, "false positives" diminishes.
22        And there's -- you know with -- P value is an
23   assessment of the role of chance.  There are other
24   ways to generate false positives.  But with two papers
25   with quite -- quite similar findings, I think the

Page 228

1  strength of evidence from the epidemiological side
2  has -- has grown.
3      Q.   Okay.  And I -- I want to go back to
4  Exhibit 21, your -- your commentary on a -- on a paper
5  about --
6          Who is the main author on that?
7      A.   Bafeda [phonetic].
8      Q.   Bafeda.
9          -- Bafeda's paper on false positives.  And I
10  want to -- and I -- you know I understand this paper
11  was written generally, so I want to understand if some
12  of the principles that you articulated here are
13  principles that you believe you have applied in coming
14  to the conclusions and opinions that you offer in this
15  case.
16          For example, on -- on the first page in the
17  middle paragraph -- or the middle column, you say
18  (reading):
19              "It is well-known that observational
20          epidemiological studies may be affected
21          by various biases that can impair their
22          validity and that are generally not
23          present in experimental investigations."
24          You -- you still agree with that
25  statement, don't you?

Page 229

1      A.   It's a reasonable statement, yes.
2      Q.   And you were -- and that was something you
3  were considering when you evaluated both the McGovern
4  paper and then the -- the Augustine paper; is that
5  correct?
6      A.   That's correct.
7      Q.   Okay.  And you go on to say that (reading):
8              "Critical scrutiny of epidemiological
9          studies covering all potential sources
10          and mechanisms of biasness" -- or --
11          "biases is indispensable."
12          You still agree with that?
13      A.   Yes, I would.
14      Q.   So is that the appropriate --
15          Would -- would -- would you say that that's
16  the approach you used here in re- -- reviewing the --
17  the epidemiological component of the McGovern paper and
18  the Augustine paper?  In other words, that -- that you
19  critically scrutinized them and covered all potential
20  sources and mechanisms of bias?
21          MS. CONLIN:  Well, I'm going to object to
22  the form of the question.  This report is based on
23  McGovern.  He indicated that he has reviewed the
24  Augustine paper subsequent to his opinions in the
25  case.  And you've got a premise in the question

Page 230

1  that his opinion is based on both.
2          THE WITNESS:  Sorry.  Can you restate the
3  question.
4  BY MR. GORDON:
5      Q.   When you reviewed the McGovern paper -- we'll
6  start with that one -- you -- you considered that a
7  critical scrutiny of it covering all potential sources
8  and mechanisms of bias was essential -- or -- excuse
9  me -- indispensable; right?
10      A.   Well, that -- that's a statement here.  I
11  mean, I think in my expert report I review potential
12  limitations of the McGovern report and particularly
13  around the issue of confounding and do describe why I
14  do not consider the results to be attributable to
15  confounding.
16      Q.   And, again, I don't want to plow a lot of
17  the -- the ground we did in July.
18          But the -- the confounders that you considered
19  in your critical scrutiny of the McGovern paper were
20  limited to what was disclosed in that paper; right?
21          MS. CONLIN:  Objection; it misstates his
22  testimony.
23  BY MR. GORDON:
24      Q.   And if it does, that's -- that -- please tell
25  me what I'm missing.

Page 231

1      A.   Well, I mean, first off, they were potential
2  confounders.  Not all factors are necessarily
3  confounders.  They were potential confounders.  And I
4  considered the possibility that they were confounding
5  in association -- observed with the use of the Bair
6  Hugger device.
7      Q.   But the confounding factor -- the potential --
8  excuse me.  Strike that.
9          The potential confounding factors you
10  considered were only those that were actually disclosed
11  in the publication itself; correct?
12      A.   I think if the comment -- of course I
13  considered the potential confounders.  Discussed those
14  that were highlighted in the publication.
15          If the question is, rather, quote, "unknown
16  confounders," I'm not sure what -- what they might be
17  given the close temporal alignment of the Bair Hugger
18  and the conductive warming time periods.
19      Q.   Well, again -- again, I don't want to -- we
20  spent a lot of time on this in -- in July.
21          But there were -- we were talking -- there
22  were a number of factors that we discussed that you --
23  that were not disclosed in the paper that I -- and
24  correct me if I'm wrong -- that your testimony
25  indicated that you had not been aware of or considered

## Page 280

1  Ridgeview and do -- and following the protocol by using
2  2007 and comparing it to 2008 and 2009, Dr. Augustine
3  picked out the data only for knees, used 2006, ignored
4  2007, and then used 2008 and '9, and entered those into
5  the -- the calculus for the multicenter pooled results.
6      Would you agree with me that that would be
7  a -- an improper methodological approach to presenting
8  data?
9      MS. CONLIN:  The same objection.
10     THE WITNESS:  Well, again, under the
11  assumptions you've given, it would suggest that he
12  did not follow his protocol as described, albeit
13  briefly, in the materials and methods.
14  BY MR. GORDON:
15     Q   And throughout your career, you've been
16  troubled by the misuse of data and science by the
17  tobacco industry, haven't you?
18     A   At times, yes.
19     Q   Yeah.
20         Well, have there any times you've been -- you
21  haven't been troubled by the misuse --
22     A   Well --
23     Q   -- of the science by the tobacco --
24     A   -- I -- I think perhaps I was referring to
25  science in those matters and the like, yes.

## Page 281

1      Q   Any day with a y in it, basically; right?
2          If -- if what I'm telling you is true, if
3  the -- if the evidence I'm providing you is true that
4  the -- the owner of the company that is competing, is
5  trying to sell a competitive product to forced-air
6  warming is using data in the way I've -- I've described
7  it to you, does -- does that give you any kind of
8  similar concerns about the way -- similar to the way
9  the tobacco industry manipulated and misused data?
10     A   Well, I -- I would simply say that, you know,
11  under the assumptions that you have listed, again if
12  Augustine deviated from the protocol and perhaps to
13  have a high odds ratio in the Center Number 1, that
14  would certainly represent a deviation from appropriate
15  scientific practice.
16     Q   Would that bother you?
17     A   If that were the case, it would bother me,
18  yes.
19     MR. GORDON:  Could we take a quick break?
20     THE WITNESS:  Yeah.  Absolutely.  So why
21  don't we -- how --
22     THE VIDEOGRAPHER:  The time is 9:58 a.m.
23  We are off the record.
24     (A brief recess was taken.)
25     THE VIDEOGRAPHER:  We are back on the

## Page 282

1  record.  The time is 10:07 a.m.
2  BY MR. GORDON:
3      Q   Dr. Samet, if you were to disregard the
4  McGovern -- the observational component of the McGovern
5  paper and disregard the Augustine paper, just assume
6  for the purposes of my question those two things either
7  did not exist or you concluded for whatever reason that
8  they're just -- they're just not reliable, would you
9  still be of the opinion that the Bair Hugger is a
10  substantial contributing cause to deep joint
11  infections?
12     A   Well, I mean, I think in my expert report, I
13  lay out the mechanistic basis for the plausibility of
14  the association that is observed in -- particularly in
15  the McGovern paper at the time of my expert report.
16         The McGovern paper supplies the only estimate
17  of the risk associated for deep joint infection
18  associated with use of the forced-air warming Bair
19  Hugger device.  So absent the quantitative estimate
20  from that paper, it would be -- while there would be a
21  quite plausible mechanistic basis for increased risk,
22  there would not been asked an association in -- in the
23  real world.
24     Q   So without McGovern and without the -- excuse
25  me.  I want to be clear.  I'm not talking about the

## Page 283

1  bubble component of McGovern.  I'm talking about only
2  the observational component and now the Augustine.
3          Without those two things, would you agree that
4  you could -- would no longer be in a position to opine
5  that the Bair Hugger was a substantial contributing
6  cause -- factor causing joint infections?
7      A   Well, again, the basis on which the --
8      (Mr. Boone joins the deposition
9  proceeding.)
10     THE WITNESS:  -- magnitude of the
11  association was considered in my report comes from
12  the McGovern estimate.  And absent that estimate,
13  I would not have another way to construct a
14  quantitative estimate.
15  BY MR. GORDON:
16     Q   And without a way to construct a quantitative
17  estimate, you couldn't say whether something was or was
18  not a substantial contributing cause; right?
19     A   I would not be able to judge the quantitative
20  magnitude of the association.
21     Q   In fact, based on the -- what you describe as
22  the mechanistic basis -- information -- mechanistic
23  data, all that does is -- is lead to a possibility, not
24  a probability; right?
25     A   Well, again, I think -- I wouldn't use the

# EXHIBIT DX4

TO DECLARATION OF BENJAMIN W. HULSE

IN SUPPORT OF DEFENDANTS' MOTION TO

EXCLUDE PLAINTIFFS' GENERAL

CAUSATION MEDICAL EXPERTS

## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to All Actions | **EXPERT REPORT OF DR. WILLIAM R. JARVIS** |

## I.     Education and Experience

I am a medical doctor with extensive experience in the areas of infectious disease, healthcare epidemiology, infection control, and pediatrics (Attachment A-Curriculum Vitae). I received my M.D. at the University of Texas, Houston in 1974 and my B.S. in Psychology with High Honors at the University of California, Davis in 1970. I was a Pediatrics Intern at the University of Texas at Houston (1974-1975), a Pediatric Resident at the University of Southern California's Children's Hospital of Los Angeles (1975-1977), a Pediatric Infectious Diseases Fellow at University of Toronto's Hospital for Sick Children (1977-1978), a Pediatric Infectious Diseases, Virology and Epidemiology Fellow at Yale University School of Medicine (1978-1980), and an Epidemic Intelligence Service (EIS) Officer and a Preventive Medicine Resident at the Centers for Disease Control and Prevention (CDC) Hospital Infections Program (HIP) (1980-1983).

From 1980-2003, I worked in various leadership roles at the CDC in Atlanta, Georgia, focusing on the investigation and prevention of infectious diseases—particularly infections and other complications associated with healthcare. I held a number of titles during these 23 years, including Assistant Chief, National Nosocomial Infections Surveillance (NNIS) system (currently, the National Healthcare Safety Network [NHSN]); Chief, Epidemiology Branch; Chief, Investigation and Prevention Branch; and Acting Director, Hospital Infections Program (HIP); Assistant Director for Science, Division of Healthcare Quality Promotion (DHQP); and Director, Office of Extramural Research, Office of the Director, National Center for Infectious Diseases. For 17 years, I supervised the conduct of all Divisional outbreak investigations of healthcare associated-infections (HAI) in healthcare settings, the development of HAI prevention guidelines (including the 1999 Guideline for the Prevention of Surgical Site Infections [SSIs]) and of epidemiological studies of HAIs and their prevention.

In addition to my work at CDC, I also was a Clinical Associate Professor at the Emory University School of Medicine and an Assistant Professor at the Emory University Rollins School of Public Health. I am the former president of the Society for Healthcare Epidemiology of American (SHEA) and the former Chair of the Research Foundation of the Association for Professionals in Infection Control and Epidemiology, Inc. (APIC). I have published widely in the areas of infectious diseases, infection control, epidemiology, prevention of SSIs, public health, and pediatrics. I have published >400 peer-reviewed publications, many book chapters and editorials, CDC surveillance reports, and I have edited four books, including the latest

1

edition of the book Hospital Infections, 6th Edition. Currently, I am a Fellow of the SHEA, the Infectious Diseases Society of America (IDSA), and a member of APIC. I am also the Chairman of the Food and Drug Administration's (FDA's) General Hospital and Personal Use Committee.

I am the recipient of many awards (see Attachment A). Many Public Health Service Awards were for successful investigation of HAI outbreaks. In addition, in 2003, I received the CDC's Lifetime Scientific Achievement Award. This award is given to at most one individual each year. Then, in 2010, I was given the CDC DHQP Lifetime Achievement Award in Epidemiology. That award is given once every 10 years to individuals who have made significant contributions through a lifetime of dedication and productive contributions to infection prevention, healthcare epidemiology, and patient protection.

Since 2003, I have been the President of Jason and Jarvis Associates, LLC. I am responsible for medical consulting in epidemiology, infectious diseases, HAI prevention and control, healthcare epidemiology, protocol design (research), survey/study design and conduct and analysis, and public health. In addition, I provide legal expertise in the areas of healthcare epidemiology, infection control, and infectious diseases.

I have extensive experience in developing HAI surveillance systems and definitions, conducting epidemiological studies and outbreak investigations. My experience that is particularly relevant to this case include: being an author of the CDC HAI definitions—including of the definition of "surgical site infection" (Garner, Horan); being an author of the CDC Guideline for Prevention of Surgical Site Infection (SSI) (Mangram); helping establish the current CDC HAI surveillance system by being Assistant Chief, the NNIS system—the precursor to the current NHSN surveillance system (Jarvis); and being in charge of the HIP/DHQP's HAI epidemiological studies and outbreak investigations.

For approximately 17 years (from 1985-2002), I was responsible for the supervision of all of the CDC HIP's outbreak investigations in healthcare facilities (i.e., inpatient, outpatient, acute care, long-term care, surgicenter, dialysis center, etc.), epidemiological studies of HAIs, and for the development of HAI/infectious diseases prevention guidelines. My experience with investigation of outbreaks in healthcare settings is particularly pertinent and noteworthy. **During this period, I was responsible for more outbreak investigations than anyone else in the world.** Using a systematic approach to these investigations, my team and I investigated >200 on-site investigations and provided guidance on thousands of other outbreaks. Throughout this work, my team and I developed a systematic methodology to investigate infectious disease outbreaks or other complications associated with healthcare delivery. This methodology is centered around a systematic epidemiological-based approach to the investigation of infectious disease outbreaks.

The ultimate goal of each of our investigations was to identify the most likely cause of the outbreak, describe the risk factors associated with the infection/complication, and introduce control measures to prevent the infection/complication from occurring. Two different approaches are commonly used to investigate infectious disease or other HAI outbreaks: 1) the quick and dirty investigation, which often includes conduct of extensive culture surveys to identify the outbreak source or 2) conduct an epidemiological investigation with subsequent epidemiology-directed environmental or personnel cultures or assays (i.e., epidemiological investigation with laboratory confirmation). Experience derived from our team-led investigations throughout the years established that the former ''shot-gunning'' approach creates

2

superfluous work and can be counterproductive because risk factors or environmental reservoirs that are epidemiologically relevant might be missed altogether or the wrong (or no) source identified.  Using the systematic epidemiological investigation combined with directed cultures/testing led to the identification of the cause of all of the on-site investigations we conducted during my 17 years of supervision of this activity.

Results of these outbreak investigations provide evidence that the epidemiology-directed approach is more accurate, efficient, and less costly for identifying the source and mode of transmission of pathogens and for terminating the outbreak.  For certain HIP–conducted outbreak investigations, subsequent laboratory studies indeed confirmed the epidemiological findings.  However, my team and I often had to draw conclusions based solely on the epidemiological findings without laboratory confirmation because relevant microbiologic specimens were discarded before the decision to conduct a formal investigation was made.  Our team's outbreak investigations established that culture surveys of personnel or the environment without a prior epidemiological investigation can be misdirected, expensive, or a waste of laboratory resources and therefore should not be performed before comparative epidemiological studies are completed.  Our team's approach of integrating epidemiology and microbiology remains vital to conducting a successful outbreak investigation.  This combined epidemiological-laboratory investigation approach has become the "gold standard" methodology used by others at CDC, DHQP, State Health Departments and by healthcare epidemiologists throughout the world as the best way to investigate outbreaks of infectious or non-infectious complications associated with healthcare delivery.  Thus, in researching and preparing this report, I have used this second methodology, the exact same methodology that I used and found effective in my work at the CDC.

Although the basic epidemiological methods used to identify and characterize risk factors associated with HAI outbreaks has remained essentially the same throughout the past 45 years, the overall approach to planning and executing outbreak investigations has evolved substantially.  From early on, experience obtained from our HIP/DHQP, CDC team's outbreak investigations demonstrated that, although inadequate infection control practices almost always play a role in transmitting pathogens, HAI outbreaks invariably occur when multiple adverse events (inadvertent or even intentional) go unchecked, occur sequentially, or occur simultaneously.  Such events can involve a complex interplay of factors (e.g., unsatisfactory infection control practices by healthcare workers, fluctuating nurse- to-patient ratios and staffing levels, or incorrect device use or sterilization), and these factors have led to the transmission of HAI outbreak pathogens becoming more complicated and difficult to characterize.  CDC and other investigators have therefore had to adapt by integrating epidemiology, basic sciences, microbiology, molecular typing, engineering, and advanced statistical methods when conducting HAI outbreak investigations.  A testimony to the success of our HIP/DHQP, CDC team's systematic approach is that over the 17 years we identified the source and terminated the outbreak in 100% of the on-site investigations we conducted.  For the period 1990-2000, we performed 124 on-site investigations of HAIs or other complications associated with healthcare delivery (Archibald).  Almost all of the on-site HAI outbreaks we investigated during this decade or over the 17 years I supervised this activity were published in peer-reviewed publications such as the New England Journal of Medicine, Journal of the American Medical Association, Lancet, the Journal of Infectious Diseases, the SHEA and APIC journals, etc.

In addition to my experience investigating HAI outbreaks, I have extensive experience developing HAI surveillance definitions and designing HAI surveillance systems (Garner, Horan, Jarvis). I was involved in the development of the CDC definitions of SSI and was an author of the papers outlining these definitions (Garner, Jarvis). I have extensive experience in the identification of SSIs using interpretation of clinical and/or laboratory findings, both through the surveillance system, in epidemiological studies and through outbreak investigations. It is crucial that surveillance systems, epidemiological studies, and outbreak investigations use SSI definitions that are consistent and standardized; otherwise, inaccurate or uninterpretable SSI rates will be computed and reported. During my tenure at the CDC, we, through the CDC's HAI surveillance system using a systematic approach, developed standardized surveillance criteria for defining SSIs (Figure 1). By these criteria, SSIs are classified as being either incisional or organ/space (Garner, Horan). Incisional SSIs are further divided into those involving only skin and subcutaneous tissue (superficial incisional SSI) and those involving deeper soft tissues of the incision (deep incisional SSI). Organ/space SSIs involve any part of the anatomy (e.g., organ or space), other than incised body wall layers, that was opened or manipulated during an operation.

Currently, as President of Jason and Jarvis Associates, LLC, I consult on prevention of HAIs and infectious diseases throughout the world. I consult for individual hospitals, hospital systems, CDC, Ministries of Health, national and international infection control societies, medical device and product manufacturers, and serve as a medical expert in legal cases (Attachment B--see attached list of cases in which I have provided a deposition or trial testimony). I have provided depositions or trial testimony regarding a number of infectious diseases issues and have been accepted as a medical expert in these cases without exception. I continue to use the same, scientifically rigorous and generally accepted systematic investigative approach I used while I was at the CDC. My fee schedule, which sets forth my compensation for work as an expert witness, is attached hereto as Attachment C.

## II.     Basic Microbiology, Infectious disease, and Sources of Prosthetic Joint Infections

The risk of an SSI occurring is dependent upon three factors: 1) the pathogen; 2) the patient, and 3) the mode of transmission. No SSI will occur, regardless of the patients' risk factors, if a pathogen is not present at the site. Although theoretically any pathogen gaining access to the surgical site can cause an SSI, the most common pathogens causing SSIs are bacteria, specifically *Staphylococcus aureus* (30.0%), Coagulase-negative staphylococci (CNS; 13.7%), Enterococcus spp. (11.2%), *Escherichia coli* (9.6%), or *Pseudomonas aeruginosa* (5.6%) (Hidron 2008, Hidron 2009). *S. aureus* and CNS are common organisms found on the skin of humans. Each of these and other infecting pathogens can arise from an endogenous or exogenous source. Endogenous sources include the patients' own flora—from their skin, mucous membranes, gastrointestinal tract, or seeding from a distant focus of infection. Exogenous sources include: (1) the surgical personnel (surgeon and team) through their soiled attire, breaks in aseptic technique, or inadequate hand hygiene; (2) the operating room (OR) physical environment and ventilation; or (3) tools, equipment, machines, or other materials brought to the OR or into the operative field.

Patients have a wide variety of risk factors that can increase the risk of an SSI if a pathogen contaminates the surgical site. These risk factors can include: age (i.e., old and very young), diabetes, nicotine use, steroid use, malnutrition, obesity, prolonged pre-operative stay,

4

pre-operative nares colonization with *Staphylococcus aureus*, infections at a remote body site, being immunocompromised, etc. Again, it should be emphasized that none of these patient-specific characteristics <u>causes</u> the infection; the pathogen causes the infection. These patient risk factors just increase or decrease the risk of infection if a pathogen contaminates the surgical site.

Last is the mode of transmission. Exogenous sources account for the majority of SSIs. Surgical personnel, instruments, equipment and the OR environment can be the source of the pathogen. Transmission can be through direct contact (i.e., hand or intrinsically contaminated instrument/solution touches the surgical site) or via indirect contact (contaminated air or extrinsically contaminated hand or instrument/solution contacts the surgical site). Many interventions are made to reduce the risk associated with these exogenous sources. They include: (1) instrument/solution sterilization; (2) requiring OR personnel to perform extended hand hygiene and wear appropriate clothing to protect the patient from surgical staff flora (i.e., gowns, gloves, face masks, hats, etc.); and (3) minimizing the number and movement of surgical personnel and their entry/exit from the specially ventilated OR. Each person sheds approximately $10^9$ skin squames daily; 10% are <10 um and each skin squame is capable of carrying four bacteria. For this reason, the number and movement of personnel is minimized and the OR heating ventilation and air conditioning (HVAC) system is optimized with high efficiency particulate air (HEPA) filtration, 20-25 air changes per hour, appropriate air temperature and humidity, and in some instances directional or laminar air flow to reduce the risk of airborne contamination of the surgical field. All of these measures to reduce the risk of pathogen transmission are critical, particularly in prosthetic joint arthroscopy (PJA) procedures, as the implant can provide a nidus for bacterial adherence. Bacterial colonization can lead to biofilm formation, a proteinaceous covering, which protects the bacteria from antimicrobial therapy and the patient's immune system. Thus, PJA SSIs can be very difficult to treat and the implant must often be removed for successful antimicrobial treatment.

There are various primary and secondary sources of bacteria that can lead to prosthetic joint infections (PJIs). The primary reservoirs of bacteria in the room are the people, that is, the OR staff and the patient (Whyte 1988). The concentration of bacteria in the OR air is proportional to the number of people and their activity (Lidwell, 1967; Hambraeus) and it is therefore the surgical team, rather than the patient, who disperse most of the airborne bacteria. (Whyte 1988). It is well known that the surgical personnel in the OR shed skin squames and can increase airborne bacterial concentrations in the OR. In one study (Whyte 1976), a person wearing a cotton suit commonly used in the OR released a median number of 1,338 bacterial particles per minute into the OR air. In another study (Suzuki), the particle counts increased from 1.1 to 42.5 colony forming units (CFUs)/m$^2$/min (39 times increase) measured by split sampler and from 1.5 to 17.4 CFU/m$^2$/min (12 times increase) in an empty vs. in-use OR. Organisms released by OR personnel vary widely by type and amount, but can include CNS, *S. aureus, Haemophilus influenzae, Neisseria meningitidis*, or *Streptococcus pyogenes* (Group A Streptococcus or GAS). Importantly, these particles generally fall or settle quickly and contaminate the environment (especially on the floor).

Secondary sources of pathogens that can get to the sterile wound and result in PJIs are from equipment/devices which can become contaminated with bacteria from the primary reservoirs (Whyte 1988). A recent vivid illustration of this is the worldwide outbreaks of *Mycobacterium chimaera* SSIs following cardiac surgery that have been linked to heater-cooler units (HCUs), which will be discussed in more detail in Part VII, below. ***The infections***

5

*associated with HCUs are the result of contaminated exhaust air causing contamination of the OR air and specifically the "sterile" surgical site in cardiac surgery patients.* Following several investigations documenting the mechanism of these SSIs, the CDC and their Healthcare Infection Control Practices Advisory Committee (HICPAC) have expressed strong concern about any air blowing devices in the OR. HICPAC has therefore recommended that "nothing that blows air should be in an operating theater, if possible" (CDC-A, B, C). The Bair Hugger FAW is a similar type of secondary reservoir in that it uses non-sterile air in its air intake and then further contaminates that air within the device, which it subsequently exhausts into the blanket near the "sterile" surgical field.

## III.  Surgical Site Infections

According to the CDC, in 2006, ~80 million surgical procedures were performed in U.S. inpatient and outpatient/ambulatory care settings (Berrios-Torres). Between 2006 and 2009, SSIs complicated ~1.9% of all surgical procedures performed in the United States. This estimated number of SSIs is likely an underestimate, since ~50% of these SSIs only become evident after healthcare setting discharge. From January 2009 through December 2010, SSIs accounted for 23% of the 69,475 HAIs reported by 2,039 hospitals to CDC's National HAI surveillance system—NHSN (Berrios-Torres). Variations in the surveillance definition of an SSI, combined with inconsistencies in diagnostic related group (DRG) coding, and variations in post-discharge SSI surveillance, makes it difficult to evaluate or compare interventions and track secular trends in SSI rates.

The identification of an SSI involves interpretation of clinical and laboratory findings, and it is crucial that a surveillance program use definitions that are consistent and standardized; otherwise, inaccurate or uninterpretable SSI rates will be computed and reported. During my tenure at the CDC, we, through the CDC's HAI surveillance system, developed standardized definitions for SSIs (Figure 1) and standardized surveillance protocols for detecting and reporting SSIs (Garner, Horan).



Figure 1.  Cross-section of abdominal wall depicting CDC classifications of surgical site infection.

By these criteria, SSIs are classified as being either incisional or organ/space. Incisional SSIs are further divided into those involving only the skin and subcutaneous tissue (i.e.,

6

superficial incisional SSI) or those involving deeper soft tissues of the incision (i.e., deep incisional SSI). Organ/space SSIs involve any part of the anatomy (e.g., organ or space), other than incised body wall layers, that was opened or manipulated during an operation.

SSIs result in increased morbidity, mortality, and direct and indirect costs including increased hospital length of stay, readmission, repeat surgical procedures, outpatient/emergency room visits, additional medications (i.e., antimicrobials), lost productivity, temporary or permanent disability, and even death. Actual attributable costs of SSIs are difficult to determine. SSIs are very costly to the patient, the hospital, and the healthcare system. Estimated average attributable SSI costs range from $10,443 to $25,546 per infection. However, the costs of PJIs can exceed $90,000. The most common pathogens causing SSIs are common human skin organisms—S. aureus and CNS, but infecting pathogens can vary by site of the procedure.

Risk factors for SSIs include both patient-related (i.e., co-morbidities) and procedure-related factors. Patient-related risk factors include: age, gender, weight (obesity), underlying diseases (i.e., diabetes, immunosuppression), etc. Procedure-related factors include patient skin preparation, duration of the procedure, surgical technique, OR personnel, and air handling/ventilation, etc. Although there are overall general SSI risk factors, numerous studies have shown that there are also procedure-related risk factors (i.e., vascular vs. cardiac vs. orthopedic procedures) (see discussion of prosthetic joint procedure SSI epidemiology and risk factors below). As discussed below, a large number of pre-operative, intra-operative, and even post-operative interventions are implemented to reduce or eliminate these SSIs. It should be emphasized that these risk factors do not cause a SSI or PJI. **For a SSI/PJI to occur, contamination of the wound must occur.** The risk factors just increase/decrease the likelihood that an infection will occur if such contamination occurs.

A wide variety of interventions are implemented to reduce the risk for an SSI. In order to cause an SSI, pathogens--usually bacteria--must enter the surgical wound. These bacteria can arise from a variety of sources including the patients' own skin flora, skin flora of OR personnel, contaminated equipment, solutions, or personnel protective equipment in the OR, or OR air. Thus, a variety of interventions or SSI Prevention Bundles of evidence-based practices have been developed and implemented. These include interventions aimed at the patient, the OR environment, OR equipment, and the OR healthcare personnel practices.

To reduce the risk of infection associated with the OR environment and equipment a number of interventions are implemented. Special handling (i.e., HEPA or other filtration) of the air entering the OR reduces the microbial flora in the air (in high risk prosthetic joint procedures some even use directional or laminar air flow to further reduce OR-contaminated air from circulating into the operative field). Keeping the OR doors closed and reducing/minimizing the number of surgical personnel in the OR and the frequency of entry/exiting of personnel reduces the microbial flora that these personnel disperse into the environment/air and reduce air from outside the OR from entering and mixing with OR filtered air. Insuring appropriate sterilization of equipment, instruments, solutions, etc. having potential contact with the surgical field reduces the risk of external contamination of the operative wound. Minimizing the equipment in the OR that is outside the operative field and ensuring that exhaust from such equipment does not impact the operative sterile field reduces the risk of contaminated air or fluids entering the operative field and contaminating the surgical wound. Appropriate cleaning of the OR between procedures

and at the end of the day, reduces the microbial contamination of walls, floors, surfaces and equipment in the OR.

Healthcare (OR) personnel practices to reduce the risk of SSI include appropriate pre-operative hand hygiene, wearing appropriate sterile personnel protective equipment (i.e., gowns, gloves, masks, hoods), reducing the number and movement of OR personnel, insuring good surgical technique, shorter duration of the procedure, and proper hemostasis. The OR staff interventions are implemented to reduce the microbial burden on OR personnel, decrease the dispersal of OR personnel skin flora, and thereby reduce surgical field/wound potential contamination in the OR.

Data from the CDC's NHSN have demonstrated that surgical-procedure specific and surgeon-specific SSI rates are essential. One cannot generalize from one surgical procedure (i.e., cardiac or general surgery) to another (orthopedic or specifically to total knee arthroplasty [TKA] or total hip arthroplasty [THA] procedures). The CDC's NHSN collects data for general risk factors for an SSI (i.e., procedure, wound class, duration of the procedure, and severity of illness of the patient measured by American Society of Anesthesiologists [ASA]). However, this risk index does not predict SSI risk very well for homogenous procedures—such as TKAs or THAs. Furthermore, procedure-specific risk factors, defined by peer-reviewed studies, are not collected in the CDC NHSN surveillance system.

Studies of the epidemiology of SSIs have documented that a large number of evidence-based preventive interventions aimed at the patient, OR environment/equipment, and OR personnel can be implemented and markedly reduce the risk of an SSI occurring after a surgical procedure.

## IV.    Peer-Review Literature Demonstrating Problems with the Bair Hugger

When considering the potential risk to patient safety posed by a medical device, it is helpful to review the experimental evidence which has appeared in clinical peer-reviewed publications over the years. In doing so, I have reviewed a significant amount of peer-reviewed published scientific material which supports the conclusion that the Bair Hugger Forced Air Warmers (FAWs) have: inadequate air filtration efficiency, internal bacterial contamination (including intake and exhaust hoses), exhaust microbial contaminants, interfere with OR airflow (directional or non-directional), and can introduce particles/microbial contaminants into the surgical "sterile" field.

Several of the studies discussed below have documented that the Bair Hugger FAW intake air filter does not adequately filter the air (unlike a HEPA filter would do), that the internal device and intake and exhaust hoses become bacterially contaminated, and that the hoses exhaust contaminated air.

Each of the Bair Hugger models has an air intake on the bottom of the device. Thus, the ambient air withdrawn into the device is from the non-sterile floor area (some devices can be elevated and obtain their air from the non-sterile ambient air above the floor). This air passes through (and reportedly around) a filter, is heated in the device (when on), and is exhausted through an output hose and through a blanket onto the surgical patient. Given this design, how might the Bair Hugger FAW impact the OR air and environment?

8

First, the air pulled into the Bair Hugger FAW device is non-sterile ambient air from below the OR table, and often directly from the floor area. Published literature (Albrecht 2010) and experts' reports (e.g.., Dr. David's report) have found that 3M chose to drastically decrease the filtration efficiency on Bair Hugger FAWs. The fact that these devices do not use a HEPA filter concerns me because, as illustrated by a number of studies, the devices then exhaust bacterially-contaminated air into the area of the surgical field. This adds support to my opinion that use of the Bair Hugger increases the bacterial load reaching the surgical site.

For example:

- Albrecht et al. showed that 58% of the FAWs tested were internally generating and emitting airborne contaminants with microorganisms detected on the internal air path surfaces in 92.3% of these blowers. Isolates of *Staphylococcus aureus* (13.5%), CNS (3.9%) and methicillin-resistant *S. aureus* (MRSA; 1.9%) were detected in the FAW blowers (Albrecht 2011).

- Reed et al. documented that the intake air filtration of the Bair Hugger model 750 was found to be 63.8%. In this study, cultures from 100% of the FAWs were positive; CNS, mold and micrococci were identified. Particle counting showed that 96% of the FAWs were emitting "significant levels" of internally generated airborne contaminants out of the hose end (Reed).

- Avidan et al. tested nine Bair Hugger and one Warm Touch FAWs. Agar plates placed directly in the air stream grew pathogenic organisms from four of the units (3/4 were Bair Hugger FAWs). Organisms recovered include CNS, Corynebacterium spp., *Aspergillus fumigatus*, and *Cryptococcus albidus*. Sites swabbed that were culture positive were from the outside of the filter, proximal hose, and the distal hose. (Avidan).

- Albrecht et al. cultured 25 in-use Bair Hugger FAWs and found that 24% of the FAWs blowers were emitting significant levels of internally generated airborne contamination in the 0.5 to 5.0 micron size. Microorganisms were detected in the internal air pathways of 94% of the blowers. (Albrecht 2009).

These studies show that the Bair Hugger filter efficiency is much lower than indicated, that the intake hose, internal units, and output hose can be culture positive with pathogenic organisms, and that air blown through these devices can produce contaminated air. Operating instructions from the Bair Hugger manufacturer do not provide a method for decontaminating the inside of the hose or blower.

A number of studies have assessed the impact of the Bair Hugger FAWs on OR air particulate counts and/or microbial CFUs.

- Albrecht et al. measured the emission of viable and non-viable airborne contaminants of the FAW blowers (Albrecht 2009). They found that Bair Hugger blower surfaces were contaminated with pathogens and that they blow a large number of particles into the sterile field.

9

- Albrecht et al. also assessed the filter efficiency of Bair Hugger 505, model 200708D and model 200708C 0.2 micron intake filters obtained from the manufacturer (Albrecht 2011). They found that the intake filter retention efficiency at 0.2 microns was 93.8% for the 200708C filter and 61.3 % for the 200708D filter. Fifty-eight percent of the Bair Hugger blowers were internally generating and emitting airborne contaminants, with microorganisms detected on the internal air path surfaces of 92.3% of the blowers. *S. aureus*, CNS, and MRSA were detected in 13.5%, 3.9% and 1.9% of the Bair Hugger blowers, respectively. These authors found that an inadequate filter was allowing microbes into the Bair Hugger and also detected re-introduction of these contaminants into the blower air stream. They concluded that "the design of popular FAW devices using the 200708C filter was found to be inadequate for preventing the internal buildup and emission of microbial contaminants into the operating room."

- Reed et al. assessed the efficiency of the intake filters of Bair Hugger model 750 and found the intake filter to be 63.8% efficient (Reed). Swabbing detected microorganisms within 100% of the Bair Hugger blowers. Distal hose end air stream particle emissions were well above what would be expected based on intake filter performance; 96% of the Bair Hugger blowers were emitting significant levels of internally generated airborne contaminants out of the exhaust hose end and they calculated that 82,500 particles per second were being emitted from the Bair Hugger hose ends. When the 23 Bair Hugger FAW blowers were tested in an OR, they were found to generate particulate counts ranging from 150 to 39,000 (median 4,400) particles >0.3 micron/cu ft. These authors concluded that there was a "need for upgraded intake filtration, preferable high-efficiency particulate air filtration (99.97%) . . . to reduce contamination buildup and emission risks."

These studies document that the Bair Hugger FAW filters are inadequate and that this leads to internal machine and intake and exhaust hose contamination with potential pathogens that are then released out the exhaust hose leading to both particulate and pathogen contamination of the sterile surgical field.

Others have assessed the impact of Bair Hugger FAWs on OR air or ventilation performance.

- McGovern et al. used neutral-buoyancy detergent bubbles released adjacent to a mannequin's head and at the floor level to assess particulate and air currents during a simulated hip replacement in an OR (McGovern). Bubble counts over the surgical site were greater when Bair Hugger FAWs (models 540 and 525) were used compared to conductive fabric warming. Bair Hugger FAWs generated convection currents that mobilized floor air into the surgical site area.

- Legg et al. assessed the impact of Bair Hugger FAWs on the temperature and particles over a simulated lower limb arthroplasty procedure with a human volunteer (Legg 2012). They found that the Bair Hugger FAW significantly increased the temperature ($1.1^{\circ}$C vs $0.4^{\circ}$C, p<0.0001) and the number of particles (1,038.2 vs 274.8, p = 0.087) over the surgical site compared to radiant warming.

- Dasari et al. assessed whether the floor-to-ceiling temperatures around a draped mannequin in a laminar-flow theatre differed with a Bair Hugger FAW (Model 525) blanket, an over-body convective blanket, or an under-body resistive mattress (Dasari). With the Bair Hugger FAW, the mean temperatures were significantly elevated over the surgical site vs. the other technologies. The authors concluded that Bair Hugger FAWs "generates convection current activity in the vicinity of the surgical site."

- Belani et al. assessed the release of neutral-buoyancy detergent bubbles in the head-side region of the anesthesia drape (low vs. high) of an OR with downward displacement used for orthopedic surgery and tracked the bubbles when Bair Hugger FAW (model 540), conductive fabric, or no device was used (Belani). They found that the direct mass-flow exhaust from the Bair Hugger FAW generated hot air convective currents that mobilized significantly more bubbles (average: 132.5 FAW vs. 0.48 conductive fabric [p = 0.003] vs. 0.01 for control conditions [p = 0.008]) across both drape heights. The authors concluded that excess heat from forced air warming resulted in the disruption of ventilation airflows over the surgical site.

- Legg et al. used neutral-buoyancy helium bubbles and particles created using a Rocket PS23 smoke machine positioned below the OR table to demonstrate the impact of the excessive heat from FAWs (Legg 2013). They used the same OR, devices, and controls as previously used (Legg 2012). The Bair Hugger FAW waste heat increased the air temperature on the surgical site of the drape by >5°C. The convection currents rose against the downward unidirectional airflow causing turbulence over the patient and increased particle concentrations by 2000-fold (2,174,000 particles/m$^3$ for Bair Hugger FAW vs. 1,000 particles /m$^3$ for radiant warming and 2,000 particles/m3 for controls) by drawing potentially contaminated particles from below the OR table into the surgical site.

- Sessler et al. evaluated the air quality in laminar air flow ORs at two hospitals using a "volunteer patient and heated mannequin surgeons" by assessing tracer background particle counts near the putative surgical site with a FAW blower (Bair Hugger model 522 and 635) set off, blowing ambient air, and blowing warm air (Sessler). The mean particle counts were higher at both institutions when the Bair Hugger FAW was on vs. off (mean 6.7 vs 9.0/9.4 and 26 vs 161.9/102.6).

- Dr. Elghobashi, using high-fidelity, large-eddy simulation (LES) to assess the interaction of the OR ultraclean ventilation air flow and the flow created by the Bair Hugger FAWs found that the Bair Hugger FAW hot air generated forced convective currents and strong thermal plumes that disrupted the directional clean air ventilation and produced large levels of turbulence under the operating table bringing contaminants from the floor area into the "sterile" surgical field (Dr. Elghobashi report).

Thus, these studies document that Bair Hugger FAWs generate excess heat that disrupts OR air (directional or non-directional) and produce convection currents that can circulate contaminants via the airborne route from the floor or other areas into the area of the sterile surgical field.

In addition, there are a number of publications linking Bair Hugger FAWs with infections.

- Bernards et al. investigated two outbreaks of multidrug-resistant *Acinetobacter baumannii* in their intensive care unit (ICU) (Bernards). They identified the Bair Hugger FAW as one of the medical devices that were involved in the outbreaks. They reported that they "found contaminated dust in the interior of different types of machines used by patients." They also reported that "The Bair Hugger is designed to create an airflow; dust is sucked into the machine, with filters becoming contaminated and possibly serving as a secondary source of transmission." After the removal of the dust and replacement of the filters of the Bair Hugger FAW, the first outbreak was stopped. This study demonstrates the critical function of the filter and its maintenance in preventing the compromise of patients' clean environment protection in the operating theater.

- McGovern et al. evaluated the SSI risk with hip and knee replacement surgeries and found an increased SSI rate (Odds Ratio = 3.8, $p = 0.024$) during a period when FAWs were used compared to when conductive fabric warming was used (McGovern).

- Wood et al. reviewed the published experimental and clinical research into the issue of the Bair Hugger's infection risk (Wood). In light of the hazards raised by the product, the authors recommended that facilities explore the use of alternative warming technologies in ultraclean orthopedic procedures.

These studies document that the SSI risk associated with Bair Hugger FAWs is not just theoretical, based upon studies showing that: 1) the device intake air is not sterile; 2) the device intake air filter is not HEPA-filtered and the filter used has been shown to be inadequate to filter out bacterial contaminants; 3) studies have shown that the internal device and intake and exhaust hoses (and the air they exhaust) are contaminated; 4) the air exhausted from the device has high particulate counts and bacterial CFUs—i.e., it is contaminated; 5) the exhaust air and excess heat both lead to particulate and airborne bacterial contamination of the sterile surgical field; and 6) particulate and bacterial contamination of the sterile surgical field can led to infection.

Some have argued that even if the Bair Hugger FAW air output/exhaust to the blanket is bacterially contaminated, as documented in many studies above, the blanket itself would serve as a secondary method of filtration to prevent these contaminants from reaching the surgical site. There are no data to substantiate this claim. Furthermore, there are data to show that this is not correct. First, the studies above used the Bair Hugger FAWs with the exhaust hose connected to the blanket (and in normal use) and still found elevated particle counts and CFU in the OR air and near the "sterile" operative field. Second, a meeting presentation from M.D. Anderson Cancer Hospital in Houston, Texas clearly showed there is no secondary filtering when their Bair Hugger FAW inadvertently became wet in the OR during a patient's surgical procedure (Tsai). The engine inside the machine began to burn and the resulting electrical burning soot was blown from inside the Bair Hugger FAW, through the exhaust hose, and then through the blanket to the patient. Evidence of this soot being transferred from the Bair Hugger FAW internal engine to the patient was illustrated by the soot marks pictured on the skin of the patient in the pattern of the Bair Hugger blanket holes. Thus, there are data to visually illustrate that the Bair Hugger FAW blankets are not secondary filters of the exhausted air.

These studies provide substantial evidence of the patient safety risk posed by the Bair Hugger FAWs. While the individual results of these studies are not definitive, collectively they firmly support the following contentions:

1. Bair Hugger FAW machines inadequately filter non-sterile ambient air;

2. Bair Hugger FAW internal surfaces (i.e., machine, intake, and exhaust filters) become contaminated by microbes from the ambient air in the OR;

3. Bair Hugger FAWs exhaust this contaminated air into the OR/sterile surgical field through the exhaust hose and the blanket;

4. Bair Hugger FAWs markedly increase the bioburden (i.e., particulates and CFUs) of the OR directly (via exhaust air) and indirectly by disruption of OR air ventilation (directional or non-directional) through the excess heat produced; and

5. Bair Hugger FAWs promote circulation of microbial contaminants into the "sterile" surgical field.

I have also reviewed literature that has been promoted by the Defendant as supporting the safety of FAWs in orthopedic surgical procedures. However, these studies are not convincing on this issue.

- Zink et al. studied eight volunteers who lay on an OR table with their lower bodies and legs covered with a warming cover and sterile drape (Zink). Convection warming was administered for two hours and then no warming for two hours. Culture plates were placed directly on the volunteers' abdomens through an opening in the drape. This study appears to have used new uncontaminated blowers and it was not conducted under actual surgical conditions. In light of the date of the study, the test appears to have been conducted with Bair Hugger Model 500 series units with lowered airflow and the original filter instead of the reduced efficiency model. It does not appear that any surgeons, other OR staff, equipment or any flow obstructions were in the room. Despite this, they still detected bacterial contamination on 2/8 (25%) of the culture plates.

- Huang et al. analyzed air and wound cultures for bacterial content at the beginning and end of surgery from 16 patients undergoing abdominal vascular prosthetic graft insertion procedures (Huang). The study was underpowered to detect a difference in SSIs, did not involve orthopedic surgical patients, was not a controlled study, and was not conducted in OR with directional or laminar flow ventilation.

- Moretti et al. studied the bacterial contamination of air in the OR during 30 female patients (20 with use of the Bair Hugger FAW) undergoing non-cemented hip implantations using an Active Surface Air (SAS) sampler and a single culture plate (Moretti). The study was not randomized, it was not conducted in an OR with directional or laminar flow ventilation, and used a less sensitive air sampler. Despite these limitations, the study still did document an increase in mean bacterial load values when the Bair Hugger FAW was employed. The sample size was too small to detect a difference in SSI risk and the authors concluded that "further studies are needed."

13

- Sessler et al. evaluated air quality in two hospital's laminar air flow ORs using a volunteer "patient" and heated mannequin "surgeons" (Sessler). This study was sponsored by and the publication edited before journal submission by the Defendant. Neither Dr. Sessler nor Mr. Olmstead (first and second authors on the study) was involved in the design of the study, and they were not at the hospitals in Holland when the study was performed, and were not involved in the initial analysis of the data. Nevertheless, this study did find elevated particle counts when the Bair Hugger FAWs were on with either blowing of ambient air or warmed air vs. no FAW use. The mean particle counts with the Bair Hugger 522 model were: 6.70 when off vs. 9.00 when on ambient vs. 9.40 when on warm. The mean bacterial counts for the Bair Hugger model 635 were 26 when off vs. 161.90 when on-ambient vs. 102.60 when on-warm.

- Dr. Elghobashi performed high-fidelity, large-eddy simulation (LES) to study the interaction of the OR ultraclean ventilation air flow and the flow created by the Bair Hugger FAWs. He used a full three dimensional design of an OR with an operating room table, surgical lamps, surgical staff, side tables, a FAW and a patient undergoing knee surgery. Two computation models were performed with the blower-off and the blower-on. The FAW hot air generated forced convective currents and strong thermal plumes that interacted with the clean air ventilation. He placed 3 million squames (10 micron diameter) on the floor in a small region surrounding the operating table and surgeons. When the FAW blower was on there was significantly modified and large levels of turbulence intensity observed under the operating table. The turbulence intensity levels were as high as 60% in regions affected by the rising thermal plumes from the blower. Drastic differences were seen in the trajectories of the squames when the blower was off vs. on. When the blower was off, the majority of squames were dispersed by the ventilation towards the outlet grills. None of the squames rose to the level of either the side tables or the operating table. In contrast, when the blower was on, large numbers of squames were lifted upwards by the thermal plumes. Some of the squames were lifted above the surgeons' heads and blown towards the operating table. Large numbers of squames were seen surrounding the surgeons' hands, above the side table, and even very close to the patient's knee or surgical site.

In summary, the above data illustrate that: 1) the Bair Hugger intake air filtration is inadequate; 2) the internal device and the intake and exhaust air hoses become contaminated with bacteria; 3) the exhaust hose is directing bacterially contaminated air to the blanket; 4) the exhausted contaminated air and the disruption is not "secondarily filtered" by the blanket and can reach and contaminate the sterile surgical site; and 5) the excess heat produced by the Bair Hugger FAW disrupts the OR air (directional or non-directional) and leads to particulate and bacterial (i.e., CFU) contamination of the "sterile" surgical site. These data are critical in showing that the Bair Hugger FAWs can lead to surgical field contamination and SSIs.

# V.    Particle and Microbial Counts in Operating Rooms and the Impact of Reduced Air Quality in Joint Surgeries

A.    *Airborne Particulates and CFU's:*

Using sampling technologies to assess the ambient air in ORs, studies have documented the widespread presence of airborne particulates and microorganisms during surgery.

- Stocks et al used a standard particle analyzer to measure the number and diameter of airborne particulates and an impact air sampler and standard culture plates to identify and count CFU during 22 joint arthroplasty surgeries (Stocks). Particulate density averaged >500,000 particles/m$^3$ per 10-minute interval and 1,786 CFU were identified, primarily gram-positive cocci. Particle and CFU density increased with longer surgery duration and higher OR staff counts.

- Edmiston et al. performed in situ air-sampling analysis of multiple distances, ranging from 0.5m to 4m, from the surgical wound in the OR (Edmiston 1999, 2005). CNS were recovered from 86% of air samples, 51% from within 0.5 m of the surgical wound, whereas *S.aureus* was recovered from 64% of air samples, 39% within 0.5 m from the wound. When anterior nares swabs were obtained from 11 members of the operative team, clonality was documented between eight strains of *S. epidermidis*, and 2 strains of *S. aureus* collected from the OR staff and the environment.

- Lidwell et al. found a correlation between the mean values of air contamination and the numbers of bacteria isolated from orthopedic surgical wound wash-out samples (Lidwell 1983). They concluded "that by far the largest proportion of bacteria found in the wound after the prosthesis had been inserted reached it by the airborne route."

- Andersson et al. assessed the impact of OR traffic patterns on particle counts and CFUs using active air sampling and observations during 30 orthopedic procedures (Andersson). Their data showed a strongly positive correlation between the total CFU/m$^3$ per operation and total traffic flow per operation (r = 0.74; P = .001), even after controlling for duration of surgery. There also was a positive correlation between CFU/m$^3$ and the number of persons present in the OR (r = 0.22; P = .04). Traffic flow, number of persons present in the OR, and duration of surgery explained 68% of the variance in total CFU/m$^3$ (P = 0.001).

- Darouiche et al. assessed the airborne microorganism CFU at the surgical incision and the impact of using an air barrier system (i.e., intervention) that would reduce particle counts and CFUs at the incision site in total hip arthroplasty, spinal fusion, and vascular surgery patients (Darouiche). They found that the CFU density at the incision site was significantly lower in the intervention group, that the airborne CFU densities were significantly related to the incidence of implant infection, and that the only implant infections that occurred were in the non-intervention group with the higher CFU densities.

Cumulatively, these studies show that airborne particle counts and microbial CFUs can be elevated near or at the operative/incision site and that activities that increase the particle counts/microbial CFUs increase the risk of SSI.

B.    *Why Implant/Device Surgeries are Different:*

These and other data show that there are two primary modes of transmission of pathogens causing SSIs. These include direct and indirect contact. Direct contact would involve person to person contact transmission to the surgical site. In contrast, indirect transmission results from contamination of equipment, instruments, solutions, or air that subsequently contaminates the surgical site.

15

For SSIs, the OR air bacterial load is critically important, as the patients' "sterile" surgical field and surgical site has exposure to this air during the entire length of the surgical procedure. This is particularly important in PJA procedures where an implant is introduced. It has been estimated that rather than large numbers of micro-organisms required to cause many infections, that as few as 1-10 CFUs are required to cause a PJI. Whyte et al. showed that the average air counts in a conventionally ventilated OR was 413 cfu/m$^3$, but in an adjacent ultraclean OR it was 4 cfu/m$^3$, a 100-fold drop from one OR to the other (Whyte 1988). When the wound was washed out just before closure an average of 105 bacteria was found in the wounds in the conventional OR and 3 bacteria in the ultraclean—a 35-fold drop. They calculated that in the conventionally ventilated OR 98% of the wound bacteria came from the air."

It is for these reasons that CDC and national and international Surgical and OR Environmental Societies have recommended: 1) 20 air exchanges per hour and/or use of directional air flow; 2) minimizing the number of OR personnel, their entry and exit of the OR, and their activities; and 3) "Nothing that blows air should be in an operating theater, if possible". (CDC-A, B, and C). Hospitals spend large amounts of money to design and maintain OR HVAC systems to reduce the microbial burden in the OR air.

The primary portal of entry for pathogens causing PJIs is during the surgical procedure when the wound is open to direct contact (personnel and equipment/instruments) and to the OR air. In order to cause a PJI, pathogens—usually bacteria—must enter the surgical wound. Since in most PJA procedures, the joint/surgical wound is closed at the end of the surgical procedure, contamination of the wound/joint/prosthesis can only happen peri-operatively when the implant and joint space are open and exposed. The previously mentioned studies have shown that the particle counts and CFUs in the OR air increase when the number of personnel increase, OR personnel enter and exit the OR (mixing non-OR air with the filtered OR air), equipment, such as the Bair Hugger FAW, exhaust bacterially contaminated air into the OR, and that the excess heat produced by the Bair Hugger FAW can circulate microbial contaminants below the OR table into the "sterile" surgical field. Such contaminated OR air can contaminate surgical gloves, surgical instruments, implants, and the surgical wound.

PJA patients are extremely susceptible to PJIs. This primarily results not from their underlying conditions, which can contribute to their SSI risk, but because they are having a prosthetic device implanted.

- Foster & Hutt (1960) found that experimental septic skin lesions could be produced by as few as 15 organisms (Foster).

- Whyte et al. have said that: "orthopaedic implant operations are susceptible to a lower dose of a less pathogenic bacteria than many other operations." (Whyte 1988).

- It would appear that in orthopedic implant surgery wound sepsis, the infection may be produced by fewer organisms, even a single *S. aureus* (Lidwell 1983, Whyte 1988).

Any indwelling medical device or prosthetic implant has the potential to become colonized by organisms embedded in biofilm. A biofilm is defined as a sessile community characterized by cells that are irreversibly attached to a substratum or interface or to each other, are embedded in a matrix of extracellular polymeric substances that they have produced, and

exhibit an altered phenotype with respect to growth rate and gene transcription. Biofilm organisms exhibit significant resistance to antimicrobial agents (10 to 1,000 times the minimum inhibitory concentration [MIC]) compared to their free-floating, planktonic counterparts. Mechanisms associated with this increased antimicrobial resistance include delayed or decreased penetration of the antimicrobial through the biofilm matrix, altered growth rate of the biofilm organisms, and/or other physiologic changes due to the biofilm mode of growth. Each year in the United States, approximately 13 million patients experience a biofilm□related infection associated with prosthetic implants or invasive devices.

- Susceptible hosts who are exposed to pathogens during a PJA procedure have different periods of latency (i.e., time from inoculation to signs of infection) before the manifestation of symptoms of infection because such small CFUs of pathogens are necessary to cause the infection and because of the fact that such organisms commonly attach to the prosthetic device, which has no blood supply, and thus the organisms can grow slowly. According to the CDC SSI definitions, any SSI developing in a PJA procedure patient can present within one year. However, the recent HCU outbreaks of *M. chimaera* have shown that the latency period can be measured in years (Chand, Haller, Kohler, Perkins, Robinson, Sax, Soetaert, Sommerstein, and Trudzinski).

- Risk factors for SSIs include both patient-related (i.e., co-morbidities) and procedure-related factors. Patient-related risk factors include: age, gender, weight (obesity), underlying diseases (i.e., diabetes, immunosuppression), etc. Procedure-related factors include patient skin preparation, duration of the procedure, surgical technique, OR personnel and air handling/ventilation, etc. Although there are overall general SSI risk factors, numerous studies have shown that there are also procedure-related risk factors (i.e., those specific for vascular vs cardiac vs orthopedic procedures).

- It is important to note that patient risk factors are not causes of infection because a patient cannot become infected without the pathogen. None of the patient-specific characteristics *causes* the infection. Such factors merely increase or decrease the risk of infection, if wound contamination occurs. The absolute requirement for PJI is contamination of the wound/implant. Without wound contamination, regardless of the patients' risk factors, they will not develop a PJI.

## VI.   Patient Warming and the Critical Importance of Infection Control in the Operating Room During Prosthetic Joint (Implant) Procedures

A.   *Patient Warming and Normothermia:*

It has become common practice for surgeons to ensure normothermia in their patients. However, in my review of the literature in preparation of this report, I could find no clinical evidence supporting the hypothesis that ensuring normothermia reduces PJIs. Anesthesia, anxiety, antiseptic skin preparations, surgical irrigants, skin exposure, and large open surgical wounds in cold ORs can cause patients to become clinically hypothermic, defined as <36°C, during surgery. Traditionally, hypothermia was thought of and used peri-operatively as a strategy to reduce cerebral and/or myocardial tissue sensitivity to ischemia. Hypothermia still is nearly universally used in cardiac surgery and selected other procedures. However, in the mid to

late 1990s, several studies suggested that inadvertent hypothermia during surgery could be associated with a variety of complications.

In evaluating the published literature on maintaining normothermia in surgical patients, several issues are important to understand. There are no standardized methods for when and how to measure patient temperature during surgical procedures. Even studies of the impact of hypothermia in surgical patients vary in the way (when and how) that core body temperature is measured. Sites that are accessible during surgery include the axillary, bladder, esophageal, nasopharynx, tympanic, and rectal sites. Some studies suggest that all these sites are not equivalent and accurate measures of core body temperature. The timing of core body temperature measurements also varies. Some measure continuously, some at the beginning and end of the surgical procedure, some before the incision and after return to the post-operative care unit, etc. The timing of these core body temperature measurements for comparative purposes is important. Thus, it is critical when reviewing the peer-reviewed literature to determine exactly how, when, and where the patient's core body temperature is being measured. In addition, virtually all surgical patients experience an initial drop in core body temperature associated with the induction of anesthesia in their first hour in the OR. One method to avoid or attenuate this initial response is to pre-warm surgical patients in the pre-operative area. Most studies of the impact of maintaining normothermia in surgical patients do not do this and so even patients who are being warmed in the OR experience this initial period of hypothermia. The impact of hypothermia (if any) also depends upon the actual change of delta in temperature and its duration. *Virtually no studies have evaluated the extent and duration of hypothermia on adverse events, including SSIs in PJI patients.*

One of the first studies to suggest that maintaining normothermia of surgical patients during the operative procedure was conducted by Kurz et. al (Kurz). In 1996, Kurz et al. conducted a randomized controlled trial (RCT) in which 200 colorectal surgery patients (actually specifically patients scheduled for an elective colorectal surgery for cancer or inflammatory bowel disease) were randomly assigned to routine intra-operative thermal care (i.e., the hypothermia group-core temperature allowed to decrease to approximately 34.5°C) or additional warming (i.e., the normothermia group—core temperature maintained near 36.5°C) using a FAW. The normothermia group also received warmed intravenous (IV) fluids whereas the hypothermia group did not. The authors concluded "that hypothermia itself may delay healing and predispose patients to wound infections. Maintaining normothermia intra-operatively is likely to decrease the incidence of infectious complications in patients undergoing colorectal resection and to shorten their hospitalizations."

It should be noted that this is the only RCT to show a relationship between hypothermia and SSIs. Importantly, this study was only conducted in colorectal surgery patients. Some limitations of this study are: a) it was performed two decades ago when patient care was very different than today; b) the average duration of hospitalization at the time for such patients was 12-14 days vs. 5 days currently; c) in the hypothermia group, a FAW was used on ambient, so the ambient air (reported as 22°C) blowing on the patient may have had an additional cooling effect; d) most SSIs were superficial, not deep; e) the study was underpowered to detect a difference in deep SSIs; f) the average duration of the colorectal procedures was 3-4 hours vs. shorter periods today; g) patients received their "surgical prophylactic antimicrobial" for 3.5 days post-operatively; h) both patient groups experienced hypothermia, but the duration of hypothermia was greater in the hypothermia group; i) only 24 SSIs were detected (6 in the

18

normothermia and 18 in the hypothermia group); j) SSIs were significantly more common in smokers than non-smokers (23% vs. 7%); k) the normothermia group received warmed IV fluids whereas the hypothermia group did not; and l) the study was conducted in Vienna, Austria.

Dr. Kurz's deposition testimony acknowledges that this study's data are out of date, that this study probably would not be accepted for publication today, and that the surgical patients have much shorter durations of pre-operative hospital stay and are in better shape for surgery today than in 1996, and that even the surgical procedure itself is very different today than in 1996. In addition, she stated that the majority of SSIs were superficial and not deep SSIs. She also acknowledged that there are no other RCTs evaluating maintaining normothermia and the risk of SSIs (especially deep SSIs) in other surgical groups, particularly in shorter duration procedures such as PJA procedures. She stated that she had not done any studies of maintaining normothermia in PJA patients and she was not aware that anyone had assessed the relationship between normothermia/hypothermia and the risk of SSIs in PJA patients.

Shortly after the Kurz study, a variety of studies (mostly observational or retrospective studies not RCTs) found that maintaining normothermia did not impact SSI rates in a variety of surgical patient groups (Lehtinen, Wong, Barone, Constantine, Baucom, Melton, Kawaraguchi, Brown, and Frisch)

It is also undisputed that there is a wide variety of ways to try to maintain intra-operative normothermia other than the Bair Hugger FAW. These include: a) maintaining an OR temperature of >24°C; b) using warming blankets, head coverings, and/or leggings; c) using warmed infusates/fluids; d) using warmed anesthetic gases; e) using heating mattresses, f) using reflective/conductive blankets; or g) using radiant heat sources. Moreover, several studies have shown that for longer procedures (i.e., >90 min) convective and conductive warming are equally efficacious (Brandt).

In summary, if one reviews the extensive peer-reviewed literature in this area and focuses on the data showing that maintaining normothermia in PJA patients will decrease their SSI risk (i.e., PJI), there are no well-designed RCTs to support this hypothesis. In fact, there are a variety of non-RCTs that suggest that maintaining normothermia vs. allowing inadvertent hypothermia has no impact on the SSI rate in PJA patients.

B.   *Infection Control and Avoidance in Prosthetic Joint Arthroscopy (PJA) Procedures and Prosthetic Joint Infections (PJIs):*

PJAs, such as TKA or THA procedures, are a specific subset of all surgical procedures. PJA procedures are surgical procedures that involve a joint (i.e., elbow, shoulder, knee or hip replacement procedures). According to the CDC, in 2011, primary TKA procedures accounted for >50% of the 1.2 million PJA procedures (primary and revision) performed in the United States, followed by THAs (Berrios-Torres).

Contamination of the surgical field during PJA procedures can be catastrophic. In the United States, analysis of the Nationwide Inpatient Sample (NIS) using International Classification of Disease, ninth edition (ICD-9) data between 2001 and 2009 showed a significant increase in the risk of SSI following THAs or TKAs (THA: 1.99% to 2.18% and TKA: 2.05% to 2.18%,) (Kurtz, Jaekel). Between 1990 and 2004, the primary revision and knee arthroplasty infection rate rose from 0.63% to 1.21%. Between 1990 and 2004, the primary

revision and hip arthroplasty infection rate rose from 0.66% to 1.23%. By 2030, the SSI burden associated with THAs and TKAs is expected to increase to 6.5% and 6.8%, respectively. Given both the increasing SSI risk and the increasing number of individuals undergoing PJA, between 2010 and 2020, the total number of THA and TKA PJIs is projected to increase from 25,917 (THA: 8,136; TKA: 17,781) to 65,555 (THA: 16,584; TKA: 48,971).

As previously mentioned, the CDC's NHSN collects data for general risk factors for an SSI, but they do not collect procedure-specific (i.e., PJA) risk factors. Thus, the CDC risk index does not predict SSI risk very well for homogenous procedures—such as TKAs or THAs. In addition, the CDC NHSN has not required post-discharge surveillance. More recently, a large integrated healthcare system (IHCS) used a standard surveillance methodology for TKA and THA procedures from 1999 through 2004, including CDC definitions of SSI; however, they also included post-discharge SSI surveillance (not conducted by most of the CDC NHSN participants and not required by the CDC's NHSN)(Barnes). They compared their PJI rates to those reported by the CDC's NHSN. The IHCS infection rates (hip, 1.7; knee, 2.1) were higher than the corresponding CDC NHSN rates (hip, 1.4; knee, 1.2) (hip, $P = 0.006$; knee, $P = 0.012$) when infections detected by the IHCS during the post-discharge period were included.

Treatment of PJIs commonly involves a two-stage procedure, with 4-8 weeks of intravenous/parenteral antimicrobial therapy between the surgical procedures. When eradication of the PJI is not possible, treatment can include arthrodesis—surgical immobilization of the joint by fusion of the adjacent bones—or even amputation. In 2009, data from the NIS indicated that the average hospital cost for a revision of an infected THA or TKA was $93,600 and $24,200, respectively (Kurtz). Between 2001 and 2009, the estimated total hospital costs for treating PJIs increased from $320 million to $566 million, and was estimated to reach $1 billion by 2014 (Kurtz, Jaekel, Cram). Examination of data from the U.S. Medicare population showed that between 1991 and 2010 TKA volume has increased from 93,230 procedures to 243,802 procedures (Cram). The TKA volume increase was driven by both the increased number of Medicare enrollees and the per capita utilization. Primary TKA utilization increased by 99% whereas revision TKAs increased by 51% over this twenty year period. Given the demographics of the U.S. population, it is reasonable to assume that the number of TKA and THA procedures will continue to increase over the next 1-2 decades.

In the OR it is impossible to remove the primary sources of contamination, i.e., the patient on whom the surgery is being performed and the essential OR staff. It follows that if one wishes to prevent the wound from becoming contaminated during the PJA procedure, it is necessary to interrupt the route of infection (Whyte 1988). Because PJA procedures are clean operations, the sources and the possible routes of infection are fewer than in many other operations. (Whyte 1988).

C.    *How are the routes of infection managed and controlled in PJA surgeries?*

- To reduce the risk of PJIs associated with the OR environment and equipment, a number of interventions are implemented. Various pre-, peri-, and post-operative techniques have become standard to interrupt routes of infection.

- With regard to the patient, reducing the pre-operative hospital stay reduces the risk of colonization with hospital flora; pre-operative bathing and skin preparation reduces the normal skin flora; screening and decolonization of those colonized with Staphylococcus spp. reduces a source of PJI; and appropriate administration of prophylactic antimicrobials before the incision produces a peak of antimicrobial at the time of the incision and surgery are performed, thereby reducing the risk of surgical wound contaminating micro-organisms from causing an SSI.

- Keeping the OR doors closed and reducing/minimizing the number of surgical personnel in the OR and their frequency of OR entry/exiting reduces the microbial flora that these personnel disperse into the environment/air and reduce air from outside the OR from entering and mixing with OR filtered air.

- Ensuring appropriate sterilization of equipment, instruments, solutions, etc. having potential contact with the "sterile" surgical field reduces the risk of external contamination of the operative wound.

- Minimizing the equipment in the OR that is outside the operative field and ensuring that exhaust from such equipment does not impact the operative "sterile" field reduces the risk of contaminated air or fluids entering the operative field and contaminating the surgical wound.

- OR personnel practices to reduce the risk of SSI include appropriate pre-operative hand hygiene, wearing appropriate sterile personnel protective equipment (i.e., gowns, gloves, masks, hoods), and reducing the number and movement of OR personnel. These practices reduce the microbial burden on OR personnel, decrease the dispersal of OR personnel skin flora, and reduce surgical wound potential contamination in the OR Additional practices include insuring good surgical technique, minimizing the duration of the procedure, and good hemostasis.

- The CDC and HICPAC have expressed strong concern about any air blowing devices in the OR and specifically have recommended "Nothing that blows air should be in an operating theater, if possible." (CDC-A, B, and C).

- Ensure adequately filtered and circulated air in the OR. This may include either directional or non-directional air flow following HEPA filtration. A modern OR is designed to be supplied with "bacteria-free" (HEPA-filtered; removal of 99.97% of particles $\geq 0.3$ microns) air of sufficient quantity to pressurize the room against the ingress of non-OR filtered air (i.e., the air is positive pressure compared to the area outside the OR). (Whyte 1988). Special handling (i.e., HEPA or other filtration) of the air entering the OR reduces the microbial flora in the air. In high risk PJA procedures, some even use directional or laminar air flow to further reduce microbial burden of air entering the operating room. Darouiche et al. have documented that using a device to capture potentially contaminated air near the incision site significantly reduces the particulates and CFUs and translates into reduced SSI rates (Darouiche).

- The main purpose of the above prevention interventions is to protect the surgical field and surgical wound from pathogens from the outlined primary and secondary reservoirs.

21

## VII.   The Relevance of Heater-Cooler Infections to Bair Hugger FAWs

- In 2013, Archermann et al. published a case report from Switzerland (Archermann). They noted that prosthetic valve endocarditis (PVE) due to slowly growing non-tuberculous mycobacteria (NTM) had not been reported previously.  They presented one case of PVE and one case of bloodstream infection caused by *Mycobacterium chimaera* in 2012.  Randomly-amplified polymorphic DNA (RAPD)-Polymerase chain reaction (PCR) indicated a relatedness of the two *M. chimaera* strains.  Both patients had heart surgery two years apart from each other.  **A nosocomial link was not detected.**

- Nearly two years later, Sax et al. described an outbreak of *M. chimaera* SSIs following cardiac surgery at a hospital in Switzerland (Sax).  Based upon the Achermann et al. case report, they went back and reviewed microbiology records for patients with *M. chimaera* infections at their hospital.  They identified six patients aged 49-64 years with PVE or vascular graft infection due to *M. chimaera*, which became clinically manifest with a latency of between 1.5 and 3.6 years after surgery.  In addition, they cultured *M. chimaera* from water circuits of heater-cooler units (HCUs) connected to the cardiopulmonary bypass, and air samples collected when the units were in-use.  RAPD-PCR demonstrated identical patterns among *M. chimaera* strains from HCU water circuits and HCU exhaust air samples, and strains in 2 patient clusters.  They concluded that the epidemiological and microbiological features of this prolonged outbreak provided evidence for the airborne transmission of *M. chimaera* from **contaminated HCU water tanks to patients during open-heart surgery via exhaust air.**

- Over 250,000 procedures using cardiopulmonary bypass are performed in the United States each year.  The implicated HCU devices represent approximately 60% of the U.S. market (Perkins).  Yet, despite this large exposure, if it had not been for the fact that the infections were being caused by a very unusual organism, this link between *M. chimaera* infections and HCUs would not have been identified.  HCUs had been used in cardiac surgery for decades to regulate patients' blood temperature during cardiopulmonary bypass.  Yet, previously infected patients probably had not been cultured correctly for NTM (*M. chimaera*, a slow growing Mycobacteria, would not grow within 3 days which routine wound or blood cultures are incubated for growth).

- Once this link between HCUs and *M. chimaera* infections was established by Sax et al., others throughout the world began to look for these infections.  *M. chimaera* infections (e.g., SSIs, endocarditis or bloodstream infections) have been detected and reported from a wide variety of countries around the world, including in the United States, Canada, Belgium, Germany, England, and Australia (Chand, Haller, Kohler, Perkins, Robinson, Sax, Soetaert, Sommerstein, and Trudzinski).  None had recognized this association before the Sax et al publication.  In some instances, the latency period between the surgery and signs of infection were as long as five years.

- An investigation at the manufacturing plant of one of the HCU devices showed that some of the devices were contaminated at the time of manufacture (intrinsic contamination).  In other instances, the devices became contaminated during use (extrinsic contamination) (CDC-A, B, and C).

- Sax et al. also showed that the source of the infections in cardiac surgery patients was not from water used in the device (which has no contact with the patient), but rather was due to aerosolization of the exhaust air from the device. Infections in patients was because this contaminated exhaust circulated into the surgical field—no matter how far the devices were kept away from the operative field. This contamination of the surgical field even occurred when directional airflow was used in the OR. In fact, the only way to ensure that no contaminated air entered the sterile field was to keep the HCU (and its exhausted air) outside the OR in which the surgery was being performed (Sax).

- Only after intensive systematic investigation was the linkage between *M. chimaera* and HCU-associated infections in cardiac surgery patients identified. If one does not look for such a linkage (as was the case for decades as HCUs were used), the source of infections will not be found or recognized. This worldwide outbreak shows us that contaminated exhaust of a medical device used in the OR can lead to SSIs and other infections in surgical patients, even if all the prevention interventions mentioned previous are implemented. Furthermore, this outbreak illustrates that such devices can be used for long periods of time (decades) and unless the infections are caused by a very unusual organism and hospital personnel do the type of outbreak investigation we set as the gold standard, the source will remain unknown.

- The authors of several of the above studies concluded that: "all heater–cooler units should be reliably separated from air that can gain access to sterile areas and instruments, and devices that generate drafts should be banned from the operating room" (Sommerstein). The CDC's HICPAC has stated at their November 2015 meeting that: "It is important not to blow air in the operating theater," and adding, "Nothing that blows air should be in an operating theater, if possible."(CDC-A). Furthermore, CDC has stated: "Had this infection been a more routine organism than *M. chimaera*, it may not have been attributed to the heater-cooler unit. Given the exhaust from these machines in the OR, it would not be surprising to learn that other organisms are aerosolized and deposited in places they do not belong." Dr. Bell, Deputy Director, DHQP further stated: "the ultimate goals are to remove the problems, prevent them in the future, and hold industry accountable to develop safe products."

The Bair Hugger FAWs are very, very similar to the HCUs. In fact, the Bair Hugger FAWs' exhausted air is right next to the surgical field whereas the HCU exhaust was distant to the surgical field. Although they do not use water, the Bair Hugger FAWs draw in non-sterile OR air into their air intake. That air passes through (or around) an inadequate filter that has been shown to permit passage of micro-organisms into the device. Then, that air is heated in a device that has been shown to be internally contaminated. That heated air is then exhausted through a contaminated output hose into a blanket adjacent to the operative field. A blanket that has been shown to transfer soot from a burning device to the skin of a patient. Furthermore, if the contaminated air from the device does not reach the patient's surgical field or wound directly, there is a second mechanism by which the Bair Hugger FAWs can cause serious infections. The excess or waste heat is released under the surgical field and through simple aerodynamics---as illustrated by Dr. Elghobashi's excellent study--those convection currents rise and bring skin squames from the OR staff or other contaminants from the floor into the "sterile" surgical field. In my medical opinion, the mechanism of infection with the Bair Hugger FAWs is virtually identical to that documented with the HCUs.

## VIII. The Consequences of Disruption in OR Ventilation for Joint Surgery Patients

Disruption of the air flow in the OR, such as that caused by the Bair Hugger FAW, increases particulates and microbial CFUs in the "sterile" surgical field. A variety of studies have demonstrated what the consequence is of increased particulates/CFUs in the "sterile" surgical field:

- Several studies have demonstrated a correlation between OR airborne bacterial contamination and post-operative PJIs (Gosden, Lidwell 1983, and Lidwell 1987 ).

- Stocks et al. showed that particulates are a reasonable proxy for airborne bioburden. They showed that there is a correlation between the particle count in the OR air and bacterial contamination (Stocks). In their study, they measured the number and size of airborne particles during 22 PJA procedures using an impact air sampler and settle plates. They found that the number of 10 micron particles/m3 and the number of surgical staff in the OR were associated with the CFU/m$^3$ at the hip or knee joint surgical site. When they controlled for the number of 10 micron particles/m$^3$, the number of surgical staff was not related to the CFU/m$^3$. These data show that the number of particles and CFU increase together and that these particles can reach the surgical field. Traffic flows were not associated with higher particle counts (the OR was under 0.15 inches of water positive pressure). This study shows that particle counts may be an easier, quicker, and indirect but accurate method for detecting bacterial contamination of the OR air and surgical field.

- Darouiche et al. conducted an RCT testing the impact of an air barrier that reduced particulates and CFUs at the incision site and found: 1) that the CFU density at the incision site was significantly lower in the intervention group (i.e., air barrier) than in the control (P<0.001); 2) the density of airborne CFU at the incision site during the procedures were significantly related to the incidence of implant infection (P = 0.021); 3) that every 10 CFU/m3 increase in the median CFU density approximately doubled the probability of implant infection; 4) that airborne particle counts could be used as a proxy for ambient CFU; and 5) that airborne CFU densities were four times greater in the procedures with implant infections vs. no implant infection. All four implant infections occurred in the control group. The authors concluded that "reduction of airborne CFU specifically at the incision site during operations may be an effective strategy to reduce prosthetic-related infections" and that "airborne CFU entering incisions during operations is a likely source of contamination leading to implant infections." This study demonstrated that particulate counts correlated with microbial counts (i.e., CFUs) and that elevated particulate counts/microbial counts at the incision site were associated with increased SSI risk and that by reducing the OR airborne particulate counts/CFUs at the incision site, the SSI rate was significantly reduced. (Darouiche).

For all these reasons, it is my expert opinion that equipment that blows hot air should not be permitted into ultra-clean surgical environments like those encountered in PJA surgeries because these devices significantly increase particulates and bacterial CFUs in the OR and thereby create an increased risk of infection for these patients. Furthermore, based on the report of Dr. Said Elghobashi's detailed and impressive LES simulation analysis, together with the

published peer-review literature showing that the Bair Hugger FAWs increase particulates in the OR, it is my opinion, to a reasonable degree of medical certainty, that the Bair Hugger FAW more likely than not is a substantial contributing factor in the causation of PJIs.

In summary, having applied the methodological "gold standard" approach which I used in my work for the CDC, I have come to the conclusion that given the characteristics of Bair Hugger FAWs, that they more likely than not to a medical degree of certainty are associated with SSIs in PJA patients.  The data to support this conclusion include: 1) particulate levels are correlated with microbial burden (i.e., CFUs) and both are correlated with SSI risk; 2) the Bair Hugger FAWs do not have HEPA filtration and have been found to be internally contaminated with pathogenic organism; 3) studies show that air can circumvent the filtration by passing around the filter; 4) the intake OR air is not sterile; 5) the intake hose, internal FAW device, exhaust or outtake hose have all been shown to commonly be contaminated at >90% levels with common skin organisms; 6) this contaminated air is exhausted in a blanket adjacent to the sterile surgical field; 7) the Bair Hugger FAW blanket has been shown to not be a "secondary filter" and has permitted soot from a burning FAW engine to exhaust soot onto a patient; and 7) the excess or waste heat from the Bair Hugger FAWs is released and causes convection currents under the operating table and thus would bring skin squames and other contaminants from the floor up and into the "sterile" surgical field.  The data I have presented demonstrates that the Bair Hugger FAWs, to a reasonable degree of medical certainty, cause or substantially contribute to SSIs in PJA patients.  For this reason, it is my opinion that the use of such devices should be abandoned or used only in low risk surgeries not involving implant patients.

I reserve the right to amend the opinions in this report, if further information becomes available to me.

**William R. Jarvis, M.D.**
President
Jason and Jarvis Associates, LLC
135 Dune Lane
Hilton Head Island, South Carolina 29928

# References

Achermann Y, Rössle M, Hoffmann M, Deggim V, Kuster S, Zimmermann DR, Bloemberg G, Hombach M, Hasse B.  Prosthetic valve endocarditis and bloodstream infection due to *Mycobacterium chimaera*.  J Clin Microbiol. 2013;51:1769-73.

Albrecht M, Gauthier R, and Leaper D.  Forced-air warming: a source of airborne contamination in the operating room.  Orthopedic Reviews 2009;1:85-89.

Albrecht M, Gauthier RL, Belani K, Litchy M, and Leaper D.  Forced-air warming blowers: An evaluation of filtration adequacy and airborne contamination emissions in the operating room.  Am J infect Control  2011;39:321-328.

Andersson AE, Bergh I, Karlsson J, Eriksson BI, and Nilsson K.  Traffic flow in the operating room: an explorative and descriptive study on air quality during orthopedic trauma implant surgery.  Am J Infect Control 2012;40:750-755.

Archibald LK and Jarvis WR.  Healthcare-associated infection outbreak investigations by the Centers for Disease Control and Prevention, 1946-2005.  Am J Epidemiol 2011;174 (11 Suppl):S47-64.

Avidan MS, Jones N, Ing R, Khoosal M, Lundgren C, and Morrell DE.  Convection warmers--not just hot air.  Anesth 1997;52:1073-1076.

Barnes S, Salemi C, Fithian D, Akiyama L, Barron D, Eck E, and Hoare K.  An enhanced benchmark for prosthetic joint replacement infection rates.  Am J Infect Control. 2006;34:669-72.

Barone JE, Tucker JB, Cecere J, Yoon MY, Reinhard E, Blabey RG Jr, Lowenfels AB.  Hypothermia does not result in more complications after colon surgery.  Am Surg. 1999;65:356-9.

Baucom RB, Phillips SE, Ehrenfeld JM, Muldoon RL, Poulose BK, Herline AJ, Wise PE, Geiger TM.  Association of Perioperative Hypothermia During Colectomy With Surgical Site Infection.  JAMA Surg. 2015;150:570-5.

Belani KG, Albrecht M, McGovern PD, Reed M, and Nachtsheim C.  Patient warming excess heat: The effects on orthopedic operating room ventilation performance.  Anesth Analg 2013;117:406-411.

Bernards AT, Harinck IJ, Dijkshoorn L, van der Reijden TJK, and van den Brock PJ.  Persistent *Acinetobacter baumannii*? Look inside your medical equipment.  Infect Control and Hosp Epidemiol 2004;25:1002-1004.

Berrios-Torres SI, Umschied CA, Bratzler DW, Leas B, Stone EC, Kelz RR, Reinke C, Morgan S, Solomkin JS, Mazuski JE, Dellinger EP, Itani K, Berbari EF, Segreti J, Parvizi J, Blanchard J, Allen G, Kluytmans JAJW, Donlan R, Schecter WP and the Healthcare Infection Control Practices Advisory Committee.  Draft CDC Guideline for the Prevention of Surgical Site Infection.  http://www.jscva.org/files/CDC-SSI_Guideline_Draft2014.pdf

Brandt S, Oguz R, Huttner H, Waglechner F, Chiari FA, Greif R, Kurz A, and Kimberger O. Resistive-Polymer Versus Forced-Air Warming: Comparable Efficacy in Orthopedic Patients. Anesth Analg 2010;110:834-838.

Brown MJ, Curry TB, Hyder JA, Berbari EF, Truty MJ, Schroeder DR, Hanson AC, Kor DJ. Intraoperative hypothermia and surgical site infections in patients with Class I/Clean wounds: A case-control study.   J Am Coll Surg. 2017;224:160-171.

CDC-A, HICPAC Meeting, November 2015 minutes: https://www.cdc.gov/hicpac/pdf/mm/November%205-6%202015HICPAC-Meeting_Summary_Final-508.pdf

CDC-B, HICPAC Meeting, March 31, 2016: https://www.cdc.gov/hicpac/pdf/mm/March-31-2016-HICPAC-Meeting-Summary-FINAL.pdf

CDC-C, HICPAC Meeting, July 14-15, 2016 minutes: https://www.cdc.gov/hicpac/pdf/mm/July-14-15-2016-HICPAC-Summary-FINAL.pdf

Chand M, Lamagni T, Kranzer K, Hedge J, Moore G, Parks S, Collins S, Del Ojo Elias C, Ahmed N, Brown T, Smith EG, Hoffman P, Kirwan P, Mason B, Smith-Palmer A, Veal P, Lalor MK, Bennett A, Walker J, Yeap A, Isidro Carrion Martin A, Dolan G, Bhatt S, Skingsley A, Charlett A, Pearce D, Russell K, Kendall S, Klein AA, Robins S, Schelenz S, Newsholme W, Thomas S, Collyns T, Davies E, McMenamin J, Doherty L, Peto TE, Crook D, Zambon M, Phin N. Insidious risk of severe Mycobacterium infection in cardiac surgery patients. Clin Infect Dis. 2017;64:335-342. UK: 18 patients 2007-2015, range 3m to 5 yrs.

Constantine RS, Kenkel M, Hein RE, Cortez R, Anigian K, Davis KE, Kenkel JM. The impact of perioperative hypothermia on plastic surgery outcomes: a multivariate logistic regression of 1062 cases. Aesthet Surg J. 2015;35:81-8.

Cram P, Lu X, Kates Sl, Li Y, and Wolf BR. Total knee arthroplasty volume, utilization, and outcomes among medicare beneficiaries, 1991-2010. JAMA 2012;308:1227-1236.

Darouiche RO, Green DM, Harrington MA, Ehni BI, Kougias P, Bechara CF, and O'conner DP. Association of airborne microorganisms in the operating room with implant infections: A Randomized Controlled Trial. Infect Control Hosp Epidemiol 2017;38:3-10.

Dasari KB, Albrecht M, and Harper M. Effect of forced-air warming on the performance of operating theatre laminar flow ventilation. Anesthesia 2012;67:244-249.

Edmiston CE JR, Sinski S, Seabrook GR, Simons D, and Goheen MP. Airborne particles in the OR environment. AORN J 1999;69:1169-1172.

Edmiston CE Jr, Seabrook GR, Cambria RA, Brown KR, Lewis BD, Sommers JR, Krepel CJ, Wilson PJ, Sinski S, and Towne JB. Molecular epidemiology of microbial contamination in the operating room environment: Is there a risk for infection? Surgery. 2005;138:573-579.

Foster WD and Hutt MS. Experimental staphylococcal infections in man. Lancet. 1960;2:1373-6.

Frisch NB, Pepper AM, Rooney E, Silverton C. Intraoperative hypothermia in total hip and knee arthroplasty. Orthopedics. 2016 Oct 25:1-8.

Garner JS, Jarvis WR, Emori TG, Horan TC, and Hughes JM.  CDC definitions for nosocomial infections, 1988.  Am J Infect Control 1988;16:128-40.

Gosden PE, MacGowan AP, Bannister GC.  Importance of air quality and related factors in the prevention of infection in orthopaedic implant surgery.  J Hosp Infect. 1998;39:173-80.

Haller S, Höller C, Jacobshagen A, Hamouda O, Abu Sin M, Monnet DL, Plachouras D, Eckmanns T. Containation during production of heater-cooler units by *Mycobacterium chimaera* potential cause for invasive cardiovascular infections: results of an outbreak investigation in Germany, April 2015 to February 2016.  Euro Surveill. 2016;21(17).

Hambraeus A and Laurell G.  Protection of the patient in the operating suite.  J Hosp Infect. 1980;1:15-30.

Hidron AI, et.al., NHSN annual update: antimicrobial-resistant pathogens associated with healthcare-associated infections: annual summary of data reported to the National Healthcare Safety Network at the Centers for Disease Control and Prevention, 2006-2007.  Infect Control Hosp Epidemiol 2008;29:996-1011.

Hidron AI et.al., NHSN annual update: antimicrobial-resistant pathogens associated with healthcare-associated infections: annual summary of data reported to the National Healthcare Safety Network at the Centers for Disease Control and Prevention, 2006-2007. Erratum.  Infect Control Hosp Epidemiol 2009;30:107.

Horan TC, Gaynes RP, Martone WJ, Jarvis WR, and Emori TG.  CDC definitions of nosocomial surgical site infections, 1992: a modification of CDC definitions of surgical wound infections. Infect Control Hosp Epidemiol 1992;13:606-608.

Huang JKC, Shah SF, Vinodkuman N, Hegarty MA, and Greatorex RA.  The bair hugger patient warming system in prolonged vascular surgery: an infection risk?  Crit Care 2003;7:R13-R16.

Jaekel DJ, Ong KL, Lau EC, Watson HN, and Kurtz SM.  Epidemiology of total hip and knee arthroplasty infection.  B.D Springer and J Parvizi (eds).  Periprosthetic Joint Infection of the Hip and Knee.  New York 2014.  Chapter 1.

Jarvis WR.  Benchmarking for prevention: the Centers for Disease Control and Prevention's National Nosocomial Infections Surveillance (NNIS) system experience.  Infection 2003;31 Suppl 2:44-48.

Kawaraguchi Y, Kawaguchi M, Inoue S, Sakamoto T, Kitaguchi K, Furuya H, Sakaki T.  Effect of deliberate mild hypothermia on the incidence of surgical-wound infection and duration of hospitalization in neurosurgical patients.  Masui. 1999;48:232-7.

Kohler P, Kuster SP, Bloemberg G, Schulthess B, Frank M, Tanner FC, Rössle M, Böni C, Falk V, Wilhelm MJ, Sommerstein R, Achermann Y, Ten Oever J, Debast SB, Wolfhagen MJ, Brandon Bravo Bruinsma GJ, Vos MC, Bogers A, Serr A, Beyersdorf F, Sax H, Böttger EC, Weber R, van Ingen J, Wagner D, Hasse B.  Healthcare-associated prosthetic heart valve, aortic vascular graft, and disseminated *Mycobacterium chimaera* infections subsequent to open heart surgery.  Eur Heart J. 2015;36:2745-53.

Kurz A, Sessler DI, and Lenhardt R for the Study of Wound Infection and Temperature Group. Perioperative normothermia to reduce the incidence of surgical-wound infection and shorten hospitalization. NEJM 1996;334:1209-1215.

Kurtz SM, Lau E, Watson H, Schmier JK, and Parvizi J. Economic burden of periprosthetic joint infection in the United States. The J of Arthroplasty 2012;8 Suppl; 61-65.

Lehtinen SJ, Onicescu G, Kuhn KM, Cole DJ, Esnaola NF. Normothermia to prevent surgical site infections after gastrointestinal surgery: holy grail or false idol? Ann Surg. 2010;252:696-704.

Legg AJ, Cannon T, and Hamer AJ. Do forced air patient-warming devices disrupt unidirectional downward airflow? The J Bone and Joint Surgery 2012;2:254-256.

Legg AJ and Hamer AJ. Forced-air patient warming blankets disrupt unidirectional airflow. The J Bone and Joint Surgery 2013;95-B:407-410.

Lidwell OM, Richards ID, Polakoff S. Comparison of three ventilating systems in an operating room. J Hyg (Lond). 1967;65:193-205.

Lidwell OM, Lowbury EJ, Whyte W, Blowers R, Stanley SJ, and Lowe D. Airborne contamination of wounds in joint replacement operations: the relationship to sepsis rates. J Hosp Infect. 1983;4:111-31.

Lidwell OM, Elson RA, Lowbury EJ, Whyte W, Blowers R, Stanley SJ, and Lowe D. Ultraclean air and antibiotics for prevention of postoperative infection. A multicenter study of 8,052 joint replacement operations. Acta Orthop Scand. 1987;58:4-13.

Mangram AJ, Horan TC, Pearson ML, Silver LC, Jarvis WR. Prevention of Surgical Site Infection, 1999. Am J Infect Control 1999;27:97-132.

McGovern PD, Albrecht M, Belani KG, Nachtsheim, Partington PF, Carluke I, and Reed MR. Forced-air warming and ultra-clean ventilation do not mix. The J Bone and Joint Surgery 2011;93-B:1537-1544.

Melton GB, Vogel JD, Swenson BR, Remzi FH, Rothenberger DA, Wick EC. Continuous intraoperative temperature measurement and surgical site infection risk: analysis of anesthesia information system data in 1008 colorectal procedures. Ann Surg. 2013;258:606-12.

Moretti B, Larocca AMV, Napoli C, Martinelli D, Paolillo L, Cassano M, Notarnicola A, Moretti L and Pesce V. Active warming systems to maintain perioperative normothermia in hip replacement surgery: a therapeutic aid or a vector of infection? J Hosp Infect 2009;73:58-63.

Perkins KM, Lawsin A, Hasan NA, Strong M, Halpin AL, Rodger RR, Moulton-Meissner H, Crist MB, Schwartz S, Marders J, Daley CL, Salfinger M, Perz JF. Notes from the field: *Mycobacterium chimaera* contamination of heater-cooler devices used in cardiac surgery. MMWR Morb Mortal Wkly Rep. 2016;65:1117-1118.

Reed M, Kimberger O, McGovern PD, and Albrecht MC. Forced-air warming design: Evaluation of intake filtration, internal microbial buildup, and airborne-contamination emissions. Am Assoc Nurs Anesth J 2013;81:275-280.

Robinson JO, Coombs GW, Speers DJ, Keehner T, Keil AD, D'Abrera V, Boan P, Pang S. *Mycobacterium chimaera* colonization of heater-cooler units (HCU) in Western Australia 2015: investigation of possible iatrogenic infection using whole genome sequencing. Euro Surveill. 2016;21:30396.

Sax H, Bloemberg G, Hasse B, Sommerstein R, Kohler P, Achermann Y, Rössle M, Falk V, Kuster SP, Böttger EC, Weber R. Prolonged outbreak of *Mycobacterium chimaera* infection after open-chest heart surgery. Clin Infect Dis. 2015;61:67-75.

Sessler DI, Olmsted RN, and Kuelpmann R. Forced-air warming does not worsen air quality in laminar flow operating rooms. Anesth Analg 2011;113:1416-1421.

Sessler DI, Olmsted Rn, and Kuelpmann R. Forced-air warming does not worsen air quality in laminar flow operating rooms. Anesth Analg 2011;113:1416-1421.

Soetaert K, Vluggen C, André E, Vanhoof R, Vanfleteren B, Mathys V. Frequency of *Mycobacterium chimaera* among Belgian patients, 2015. J Med Microbiol. 2016;65:1307-1310.

Sommerstein R, Rüegg C, Kohler P, Bloemberg G, Kuster SP, Sax H. Transmission of *Mycobacterium chimaera* from heater-cooler units during cardiac surgery despite an ultraclean air ventilation system. Emerg Infect Dis. 2016;22:1008-13.

Stocks GW, Self SD, Thompson B, Adame XA, O'Conner DP. Predicting bacterial populations on airborne particles: a study performed in non-laminar flow operating rooms during joint arthroplasty surgery, Am J Infect Control 2010;38:199-204.

Sun Z, Honar H, Sessler DI, Dalton JE, Yang D, Panjasawatwong K, Deroee AF, Salmasi V, Saager L, and Kurz A. Intraoperative core temperature patterns, transfusion requirement, and hospital duration in patients warmed with forced air. Anesth 2015;122:276-285.

Suzuki A, Namba Y, Matsuura M and Horisawa A. Airborne contamination in an operating suite:report of a five-year survey. J Hyg Camb 1984;93:567-573.

Trudzinski FC, Schlotthauer U, Kamp A, Hennemann K, Muellenbach RM, Reischl U, Gärtner B, Wilkens H, Bals R, Herrmann M, Lepper PM, Becker SL. Clinical implications of *Mycobacterium chimaera* detection in thermoregulatory devices used for extracorporeal membrane oxygenation (ECMO), Germany, 2015-2016. Euro Surveill. 2016;21:30398.

Tsai J.Y., Moon T., Vachhani S., Van Meter A., Dang A.Q., Potylchansky E. Forced air warming device failure resulting in smoke and soot on a surgical patient. Abstract No. 14AP04-7. The European Anaesthesiology Congress, London, England, May 28-30, 2016.

Whyte W, Vesley D, and Hodgson R. Bacterial dispersion in relation to operating room clothing. J Hyg Camb 1976;76:367-378.

Whyte W. The role of clothing and drapes in the operating room. J Hosp Infect 1988;11 (Suppl C):2-17.

Wong PF, Kumar S, Bohra A, Whetter D, Leaper DJ. Randomized clinical trial of perioperative systemic warming in major elective abdominal surgery. Br J Surg. 2007;94:421-6.

Wood AM, Moss C, Keenan A, Reed MR, and Leaper DJ.  Infection control hazards associated with the use of forced-are warming in operating theatres.  J Hosp Infect 2014;88:132-140.

Zink RS and Iaizzo PA.  Convective warming therapy does not increase the risk of wound contamination in the operating room.  Anesth Anlag 1993;76:50-53.

Attachment A

**CURRICULUM VITAE**

**William Robert Jarvis, M.D.**
**Jason and Jarvis Associates, LLC**

**E-mail Address**:       WRJMJ@aol.com

**Place of Birth**:       Oakland, California

**Citizenship**:       USA

**Education**:

1966-1970       University of California
                Davis, California
                Degree:  B.S. Psychology

1970-1971       University of California
                Davis, California
                Graduate work in Physiology

1971-1974       University of Texas Health Science Center
                School of Medicine
                Houston, Texas
                Degree:  M.D.

1974-1975       University of Texas Health Science Center
                Houston, Texas
                Internship: Straight Pediatrics (PL1)

1975-1977       Children's Hospital of Los Angeles
                University of Southern California

Curriculum Vitae (Cont.)                    - 2 -                    William R. Jarvis, M.D.

|  |  |
|---|---|
|  | Los Angeles, California |
|  | Residency:  Pediatrics (PL2, PL3) |
| 1977-1978 | Hospital for Sick Children |
|  | University of Toronto |
|  | Toronto, Ontario, Canada |
|  | Division of Infectious Diseases |
|  | Teaching Fellow in Pediatric Infectious |
|  |  Disease |
| 1978-1980 | Yale University School of Medicine |
|  | New Haven, Connecticut |
|  | Department of Pediatrics, Epidemiology, and Public Health |
|  | Postdoctoral Fellow in Infectious Diseases (Virology and |
|  | Epidemiology) |
| 1980-1982 | Epidemic Intelligence Service (EIS) Officer |
|  | Hospital Infections Branch |
|  | Center for Disease Control |
|  | Atlanta, Georgia |
| 1981-1983 | Preventive Medicine Resident |
|  | Centers for Disease Control |
|  | Atlanta, Georgia |

**Appointments**:

|  |  |
|---|---|
| 1981-1984 | Medical Epidemiologist |
|  | Surveillance and Prevention Branch |
|  | Hospital Infections Program |
|  | Center for Infectious Diseases |
|  | Centers for Disease Control |
|  | Atlanta, Georgia |
| 1981-1989 | Assistant Chief |
|  | National Nosocomial Infections Surveillance (NNIS) System |
|  | Hospital Infections Program |
|  | Center for Infectious Diseases |
|  | Centers for Disease Control |
|  | Atlanta, Georgia |
| 1984-1987 | Assistant Chief |
|  | Epidemiologic Investigations Branch |

Curriculum Vitae (Cont.)                      - 3 -                      William R. Jarvis, M.D.

                                    Hospital Infections Program
Center for Infectious Diseases
Centers for Disease Control
Atlanta, Georgia

1985-1995                      Clinical Assistant Professor
Division of Pediatric Infectious Diseases and Immunology
Department of Pediatrics
Emory University School of Medicine
Atlanta, Georgia

1987-1989                      Acting Chief
Epidemiology Branch
Hospital Infections Program
Center for Infectious Diseases
Centers for Disease Control
Atlanta, Georgia

1989-1991                      Chief
Epidemiology Branch
Hospital Infections Program
Center for Infectious Diseases
Centers for Disease Control
Atlanta, Georgia

1991-2000                      Chief
Investigation and Prevention Branch
Hospital Infections Program
National Center for Infectious Diseases
Centers for Disease Control
Atlanta, Georgia

1992-2005                      Adjunct Assistant Professor
Rollins School of Public Health
Emory University
Atlanta, Georgia

1989-1990                      Chair-elect
Division L (Nosocomial Infections)
American Society for Microbiology

1990-1991                      Chairman
Division L (Nosocomial Infections)
American Society for Microbiology

Curriculum Vitae (Cont.)                - 4 -                William R. Jarvis, M.D.

| | |
|---|---|
| 1996-2005 | Clinical Associate Professor<br>Division Pediatric Infectious Diseases, Immunology and<br>Epidemiology<br>Department of Pediatrics<br>Emory University School of Medicine<br>Atlanta, Georgia |
| 1996-1998 | Acting Director<br>Hospital Infections Program<br>National Center for Infectious Diseases<br>Centers for Disease Control and Prevention<br>Atlanta, Georgia |
| 1999-2000 | Vice-President, The Society for Healthcare Epidemiology of<br>America |
| 2000-2001 | President-elect, The Society for Healthcare Epidemiology of<br>America |
| 2000-2001 | Senior Editor, icanPrevent, ican, Inc. |
| 2001-2002 | President, The Society for Healthcare Epidemiology of America |
| 2001-2002 | Associate Director for Program Development<br>Division of Healthcare Quality Promotion<br>(Formerly the Hospital Infections Program)<br>National Center for Infectious Diseases<br>Centers for Disease Control and Prevention<br>Atlanta, Georgia |
| 2002-2003 | Past-President, The Society for Healthcare Epidemiology of<br>America |
| 2000-2003 | Member, Research Foundation for Prevention of Complications<br>Associated with Health Care, Association for Professionals in<br>Infection Control and Epidemiology, Inc. |
| 2003-2005 | Chairman, Research Foundation for Prevention of<br>Complications Associated with Health Care, Association for<br>Professionals in Infection Control and Epidemiology, Inc. |
| 2002-2003 | Director, Office of Extramural Research,<br>Office of the Director,<br>National Center for Infectious Diseases, |

Curriculum Vitae (Cont.)                    - 5 -                    William R. Jarvis, M.D.
                              Centers for Disease Control and Prevention.

2003-current                  President, Jason and Jarvis Associates, LLC.  Private consultant,
                                  healthcare epidemiology, infection control, pediatrics,
                                  infectious diseases, epidemiology

2004-2007                     Editor, *Infection Control and Hospital Epidemiology*

2004-2006                     Member, Food and Drug Administration, General Hospital and
                              Personal Use Panel.

2007-current                  Chairman, Food and Drug Administration (FDA), General Hospital
                              and Personal Use Panel.

**Awards**:                   Graduated with honors, University of California,
                              Davis, California, 1970

                              Sparks's Memorial Award for Academic Excellence
                              University of California, Davis, 1969 and 1970

                              Commendation Award, (Epidemic Investigations),
                              United States Public Health Service, 1988

                              Unit Commendation, (*Yersinia enterocolica*
                              Sepsis Investigation), United States Public
                              Health Service, 1989

                              Outstanding Service Award, (Epidemic Investigations),
                              United States Public Health Service, 1990

                              Unit Commendation, (Dialysis Investigation),
                              United States Public Health Service, 1990

                              Unit Commendation, (Allergic Reactions in Hemodialysis
                              Patients), United States Public Health Service, December 1990

                              Unit Commendation, (AIDS Healthcare Workers Guideline),
                              United States Public Health Service, December 1990

                              Unit Commendation, (Nosocomial Transmission of TB in AIDS
                              Patients), United States Public Health Service, December 1990

                              Outstanding Unit Commendation (Nosocomial Infection
                              Surveillance), United States Public Health Service, April 1991

Curriculum Vitae (Cont.)                    - 6 -                    William R. Jarvis, M.D.

Unit Commendation, (Combating MDR-TB),
United States Public Health Service, February 1993

Outstanding Unit Commendation, (Latex Allergy Studies),
United States Public Health Service, June 1993

CDC Equal Opportunity Achievement Award, 1993

Public Health Service Excellence Award, 1993

Charles C. Shepard Science Award (Outstanding Scientific Paper
Published at CDC), An Outbreak of Multidrug-Resistant
Tuberculosis Among Hospitalized Patients with the Acquired
Immunodeficiency Syndrome:  Epidemiologic Studies and
Restriction Fragment Length Polymorphism Analysis, June 1993

Unit Commendation (Fluoride Toxicity in Dialysis),
United States Public Health Service, November 1993

Meritorious Service Award (Outstanding

Leadership in Investigation and Control of  Outbreaks and Superb
Conduct of Epidemiologic Studies),
United States Public Health Service, December 1993

Unit Commendation, (Organizing FDA/CDC Latex Conference),
United States Public Health Service, March 1994

Outstanding Unit Commendation, (MDR-TB Outbreak Follow-up
Studies), United States Public Health Service, July 1994

CDC Philip S. Brachman Excellence in Teaching Award, 1995

Unit Commendation, (Timeliness and Effectiveness of Applying
New Promotion Precept), United States Public Health Service,
October 29, 1996

CDC Equal Opportunity Award, June 1997

CDC Research - Operational Award (For Dedicated and Sustained
Excellence in Investigating Outbreaks and Developing or
Disseminating Guidelines for Prevention of Nosocomial Infections
and Diseases), June 1997

Curriculum Vitae (Cont.)       - 7 -       William R. Jarvis, M.D.

Unit Commendation, (Y2K Preparation and Final Testing Group)
United States Public Health Service, April 1998

CDC/ATSDR Communicator′s Roundtable Award
(Outstanding Achievement: Videoconference: Antimicrobial Use
and Resistance: Solutions to the Problem), 1998

NCID James H. Nakano Citation for Outstanding Scientific Paper
in 1998 (Liver Failure after Exposure to Microcystins at a
Hemodialysis Center in Brazil), 1999

Best Poster Award, Deafness and Blindness Following
Hemodialysis, Food and Drug Administration, 1999

FDA Group Recognition Award, Hemodialysis Blood Tubing Set
Outbreak Investigative Team, May 1999

Outstanding Unit Citation (Blood Action Team),
United States Public Health Service, May 1999

Association of Operating Room Nurses-Kimberly-Clark Award for
Outstanding Education of Healthcare Professionals, June 2000

NCID James H. Nakano Citation for Outstanding Scientific Paper
in 1999 (The Emergence of Vancomycin-Intermediate Resistant
*Staphylococcus aureus* in the United States), January 2000

CDC Donald C. Mackel Memorial Award (*Serratia liquifaciens*
Bloodstream Infections and Pyrogenic Reactions Associated with
Extrinsic Contamination of Erythropoietin, Colorado), April 2000

Unit Commendation (Home Infusion Therapy Study Team),
United States Public Health Service, June 2000.

DHHS, CDC and ATSDR Group Award for Investigation and
Prevention Branch, HIP Activities, June 2000.

Glaxo-Wellcome's Child Health Recognition Award-Individual
Recognition Award Honorable Mention, July 2000.

Unit Commendation (Outbreak Investigations),
United States Public Health Service, October 2000.

Curriculum Vitae (Cont.)                    - 8 -                    William R. Jarvis, M.D.

Unit Commendation (For Development of the International
Tuberculosis Guideline for Healthcare Worker Safety),
United States Public Health Service, February 2001.

Outstanding Unit Citation (For Investigation of the Microcystin
Outbreak in Dialysis Patients in Brazil),
United States Public Health Service, March 2001.

Outstanding Unit Citation (For the Nationwide Albuminar
Outbreak Investigation),
United States Public Health Service, March 2001.

CDC Distinguished Friend of the EIS Award, (For Outstanding
Teaching of EIS officers), April 2001.

Unit Commendation (For Bacterial Contamination of Blood
Products Study Team),
United States Public Health Service, September 2001.

NCID James H. Nakano Citation for Outstanding Scientific Paper
in 2000 (Toxic Endothelial Cell Destruction in Ophthalmology
Patients Associated with Medical Device Sterilization), May 2001.

NCID James H. Nakano Citation for Outstanding Scientific Paper
in 2001 (Control of Vancomycin-resistant Enterococcus in 32
Healthcare Facilities in the Siouxland Region), May 2002.

Charles C. Shepard Award for Outstanding CDC Scientific
Publication in 2002 (Prevention for Control of Vancomycin-
resistant Enterococcus in 32 Healthcare Facilities in the Siouxland
Region), June 2002.

NCID James H. Nakano Citation for Outstanding Scientific Paper
for 2002. (*Serratia marcescens* Bloodstream Infections in a
Surgical Intensive Care Unit Associate with Narcotic Abuse),
February 2003.

Society for Healthcare Epidemiology of America (SHEA)
Lectureship Award, April 2003.

Centers for Disease Control and Prevention, Lifetime Scientific
Achievement Award, June 2003.

National Center for Infectious Diseases, Centers for Disease Control and Prevention, Joseph E. McDade Citation, June 2003.

Centers for Disease Control and Prevention's Lifetime Scientific Achievement Award in Epidemiology, March 2010

**Board Certification**:

Texas State Board of Medical Examiners, May 1974

Diplomate, American Board of Pediatrics, September 1979

Board eligible, Pediatric Infectious Diseases

Board eligible, Preventive Medicine

**State Medical Licensure**:

Texas

California

Georgia

**Society/Organization Membership**:

Infectious Diseases Society of America

Society For Healthcare Epidemiology of America

Association For Professions in Infection Control and Epidemiology,

American Academy of Pediatrics (Fellow)

**Committees/Boards**:

Epidemic Intelligence Service Conference
   Scientific Program Committee, 1985
Society of Hospital Epidemiology of America
   Severity of Illness Committee, 19851987
First International Conference on the Prevention of Infection,
   Executive and Scientific Committees, 19871990
Third International Conference on Nosocomial Infections,
   Scientific Program Committee, 1989-1990
Joint Committee on Accreditation of Healthcare Organizations,
   Infection Control Indicator Development Task Force, 19891993
United States Public Health Service Medical Quality Review Board
   (CDC representative), 1989-1994

Curriculum Vitae (Cont.)                    - 10 -                    William R. Jarvis, M.D.

Biosafety Committee, Hospital Infections Program, Center for
    Infectious Diseases, CDC, 19891995

Society of Hospital Epidemiologist of America,
    Nominating Committee, 1990

American Society for Microbiology, Division L  (Nosocomial
    Infections), Chairman, Nominating Committee, 1990

Society of Hospital Epidemiologists of America
    Education Committee, 19891990, 1996-2000

American Society for Microbiology, Foundation of Microbiology,
    Invited Lecturer, 1990-1991 and 1998-2000


Second International Conference on the Prevention of Infection,
    International Scientific Committee, 1991-1992

Third International Conference on the Prevention of Infection,
    International Scientific Committee, 1992-1993

Society For Healthcare Epidemiology of America, Long Term
    Planning Committee, 1994-1998

Fourth International Conference on the Prevention of Infection,
    International Scientific Committee, 1994

American Hospital Association, Advisory Committee for Disease
    Prevention and Health Care Epidemiology, 1996-2004

Board of Directors, The Society for Healthcare Epidemiology of
    America, 1999-2003

4th Decennial International Conference on Nosocomial,
    Program and Scientific Committees, 1998-2000

Fifth International Conference on the Prevention of Infection
    (renamed Research and Prevention Conference), International
    Scientific Committee, 1998-2000

Society For Healthcare Epidemiology of America, Bioterrorism
    Task Force, 1999-

Society For Healthcare Epidemiology of America, Nominating
    Committee, 2000

Department of Veterans Affairs, Epidemiologic Studies Merit
    Review Committee, 1999-2003

Society For Healthcare Epidemiology of America, Annual Meeting
    Planning Committee, 2002-

National Foundation for Infectious Disease Grant Review
    Committee, 1998-

Society For Healthcare Epidemiology of America,
    Ortho-McNeil Antibiotic Management Fellowship Review
    Committee, 2002-2004

Society For Healthcare Epidemiology of America, Glaxco-
    Smith-Kline, Surgical Infections Fellowship Review
    Committee, 2002-2004

Association for Professionals in Infection Control and

Curriculum Vitae (Cont.)                    - 11 -                    William R. Jarvis, M.D.
                              Epidemiology Research Foundation, Trustee, 2000-2003
                        Association for Professionals in Infection Control and
                              Epidemiology Research Foundation, Board of Directors,
                              Vice-President, 2004-2005


                        Association for Professionals in Infection Control and
                              Epidemiology Research Foundation, Board of Directors,
                              President, 2005-2006
                        Association for Professionals in Infection Control and
                              Epidemiology Research Foundation, Board of Directors,
                              Past-President, 2006-2007

**National Symposia Organized and Moderated**: (>150; available upon request).

**Publications**

1. William R. Jarvis, Peter J. Middleton, and Erwin W. Gelfand.  Parainfluenza Pneumonia in Severe Combined Immunodeficiency. Journal of Pediatrics 1979;94:423-425.

2. William R. Jarvis.  Measles Meningoencephalitis:  An Unusual Presentation.  American Journal of Diseases of Children  1979;133:751-752.

3. William R. Jarvis.  A Study of Beta Hemolytic Streptococcal Pharyngitis in Patients with Infectious Mononucleosis.  Clinical Pediatrics  1980;19:463-467.

4. William R. Jarvis, Robert Sutton, and W. Douglas Biggar.  Listeria Meningitis in a Normal Child.  Clinical Pediatrics  1980;19:708-709.

5. William R. Jarvis, Stanley Banko, Evan Synder, and Robert S. Baltimore.  *Pasteurella multocida* Osteomyelitis Following Dog Bites.  American Journal of Diseases of Children 1981;135:625-628.

6. William R. Jarvis, David Luce, and Robert S. Baltimore.  *Arizona hinshawii* Meningitis in a Neonate.  Clinical Pediatrics 1981;20:483-484.

7. William R. Jarvis and Grace Tucker.  Aseptic Meningitis Associated with Echovirus Type 7 in Very Young Children.  American Journal of Diseases of Children 1981;135:1009-1012.

8. William R. Jarvis.  Precautions For Creutzfeldt Jakob Disease.  Infection Control 1982;3:238-239.

Curriculum Vitae (Cont.)                    - 12 -                    William R. Jarvis, M.D.

9.    William R. Jarvis.  Recommended Precautions For Patients with Legionnaire's Disease.  Infection Control 1982;3:401-402.

10.    William R. Jarvis, Janet L. Mosser, James R. Allen, James M. Hughes, and Robert W. Haley.  Changing Practices in the Use of Benzyl AlcoholPreserved Solutions in Neonatal Intensive Care Units. American Journal of Diseases of Children 1983;137:505.

11.    William R. Jarvis, Micheal Towns, Otto NunezMontiel, J. Glenn Morris, Francis S. Thompson, Edward O. Hill, and Vulvus R. Dowell.  Comparison of Bacterial Isolation, Cytotoxicity Assay and Counterimmunoelectrophoresis for the Detection of *Clostridium difficile* or it's toxin.  Journal of Infectious Diseases 1983;147:778.

12.    William R. Jarvis, Peter J. Middleton, and Erwin W. Gelfand.  The Significance of Viral Infections in Severe Combined Immunodeficiency.  Pediatric Infectious Diseases Journal 1983;2:187-193.

13.    William R. Jarvis, Anita K. Highsmith, James R. Allen, and Robert W. Haley. Polymicrobial Bacteremia in a Neonatal Intensive Care Unit.  Pediatric Infectious Diseases Journal  1983;2:203-209.

14.    William R. Jarvis, David Smith, and R. Keith Sikes.  Changing Practices in the Use of Benzyl AlcoholPreserved Solutions in Neonatal Intensive Care Units in Georgia.  Journal of the Medical Association of Georgia  1983;72:707-708.

15.    William R. Jarvis, Micheal Towns, Otto NunezMontiel, J. Glenn Morris, Francis S. Thompson, W. Ralph Vogler, Elliott F. Winton, Edward O. Hill, and Vulvus R. Dowell.  FalsePositive *Clostridium difficile* Counterimmunoelectrophoresis Tests: The Role of *Clostridium bifermentans* and *Clostridium sordellii*.  Journal of Infectious Diseases 1983;148:1168-1169.

16.    Rima F Khabbaz, Paul M. Arnow, Anita K. Highsmith, Loreen A. Herwaldt, Teresa Chou, William R. Jarvis, Nicholas W. Lerche, and James R. Allen.  *Pseudomonas fluorescens* Bacteremia from Blood Transfusion.  American Journal of Medicine 1984:;76:62-68.

17.    William R. Jarvis and Anita K. Highsmith.  Bacterial Growth and Endotoxin Production in Lipid Emulsion.  Journal of Clinical Microbiology 1984;19:172-0.

18.    J. Glenn Morris, William R. Jarvis, Otto L. NunezMontiel, Micheal Towns, Francis S. Thompson, Vulvus R. Dowell, Edward O. Hill, W. Ralph Vogler, Elliott F. Winton, and James M. Hughes.  *Clostridium difficile*: Colonization and Toxin Production in a Cohort of Patients with Malignant Hematologic Disorders.  Archives of Internal Medicine 1984;144:967969.

Curriculum Vitae (Cont.)                   - 13 -                   William R. Jarvis, M.D.

19.    William R. Jarvis, Van P. Munn, Anita K. Highsmith, David Culver, and James M. Hughes, M.D.  The Epidemiology of Nosocomial Klebsiella Infections.  Infection Control 1985;6:68-75.

20.    Anita K. Highsmith and William R. Jarvis.  *Klebsiella pneumoniae*: Selected Virulence Factors That Determine Pathogenicity.  Infection Control 1985;6:75-78.

21.    Ofelia C. Tablan, Terence C. Chorba, Daniel V. Schidlow, John W. White, Karen A. Hardy, Peter H. Gilligan, W. Mead Morgan, Loretta A. Carson, William J. Martone, Janine M. Jason, and William R. Jarvis.  *Pseudomonas cepacia* Colonization of Patients with Cystic Fibrosis: Risk Factors and Clinical Outcome.  Journal of Pediatrics 1985;107:382-387.

22.    William R. Jarvis, Clyde Thornsberry, John Boyce, and James M. Hughes. Methicillin-resistant *Staphylococcus aureus* in Children's Hospitals in the United States.  Pediatric Infectious Diseases Journal 1985;4:651-656.

23.    Weems JJ Jr, Jarvis WR, and Colman G.  A Cluster of Late Onset Group B Streptococcal Infections in Low Birth Weight Premature Infants: No Evidence for Horizontal Transmission.  Pediatric Infectious Disease Journal 1986;5:715-717.

24.    Jarvis WR.  Nosocomial Infections in Pediatric Patients.  Pediatric Infectious Disease Journal 1987;6:344-351.

25.    Tablan OC, Carson LA, Cusick LB, Bland LA, Martone WJ, and Jarvis WR. Laboratory Proficiency Test Results on Use of Selective Media for Isolating *Pseudomonas cepacia* from Simulated Sputum Specimens of Patients with Cystic Fibrosis.  Journal of Clinical Microbiology 1987:25;485-487.

26.    Tablan OC, Martone WJ, Doershuk CF, Stern RC, Thomassen MJ, Klinger JD, White JW, Carson LA, and Jarvis WR.  Colonization of the Respiratory Tract with *Pseudomonas cepacia* of Patients with Cystic Fibrosis: Risk Factors and Outcomes. Chest 1987;91:527-533.

27.    Safranek TJ, Jarvis WR, Carson LA, Cusick LB, Bland LA, Swenson JM, and Silcox V.  *Mycobacteria chelonae* Wound Infections After Plastic Surgery Employing Contaminated Gentian Violet Skin Marking Solution.  New England Journal of Medicine 1987;317:197-201.

28.    Jason JM and Jarvis WR.  Infectious Diseases: Preventable Causes of Infant Mortality. Pediatrics 1987;80:335-341.

29.    Jarvis WR, Tablan OC, Martone WJ, Olson DR, and Hughes JM.  The Epidemiology

Curriculum Vitae (Cont.)                     - 14 -                     William R. Jarvis, M.D.

of Nosocomial *Pseudomonas cepacia* Infections: Endemic Infections.  European Journal of Epidemiology 1987;3:233-237.

30.     Martone WJ, Tablan OC, and Jarvis WR.  The Epidemiology of Nosocomial Epidemic *Pseudomonas cepacia* Infections.  European Journal of Epidemiology 1987;3:222-233.

31.     Tablan OC, Martone WJ, and Jarvis WR.  The Epidemiology of *Pseudomonas cepacia* in Patients with Cystic Fibrosis.  European Journal of Epidemiology 1987;3:336-342.

32.     Rabkin C, Martone WJ, and Jarvis WR.  Current Status of *Pseudomonas cepacia* Typing Systems.  European Journal of Epidemiology 1987;3:343-346.

33.     Garner J, Jarvis WR, Emori G, Horan TC, and Hughes JM.  The Centers for Disease Control Definitions for Nosocomial Infections, 1988.  American Journal of Infection Control 1988;16:128-140.

34.     Gross PA, Byet EE, Decker MD, Garibaldi RA, Heirholzer WJ, Jarvis WR, Larson E, Simmons BJ, Schekler WE, and Harkavy L.  Description of Case-mix Adjusters by Severity of Illness Working Group.  Hospital Epidemiology and Infection Control 1988;9:309-317.

35.     Lowry PW, Jarvis WR, Oberle A, Bland LA, Silberman R, Bocchini JA, Dean H, Swenson JM, and Wallace RJ.  *Mycobacterium chelonae* Causing Otitis Media in an Ear, Eye, and Nose Practice.  New England Journal of Medicine 1988;319;978-983.

36.     Gordon SM, Tipple M, Bland LA, and Jarvis WR.  Pyrogenic Reactions Associated with the Use of Processed Disposable Hollow Fiber Hemodialyzers.  Journal of the American Medical Association 1988;260:2077-2081.

37.     Carson LA, Tablan OC, Cusick LB, Jarvis WR, Favero FS, and Bland LA.  Comparative Evaluation  of Selective Media for Isolation of *Pseudomonas cepacia* from Cystic Fibrosis patients and Environmental Sources.  Journal of Clinical Microbiology 1988;26:2096-2100.

38.     Hebert GA, Crowder CG, Hancock GA, Jarvis WR, and Thornsberry C.  Biochemical Characteristics of Coagulasenegative Staphylococci: Simple Tests that Help

        Differentiate These Species and Other Micrococcaceae.  Journal of Clinical Microbiology 1988;26:1939-1949.

39.     Hebert GA, Cooksey RC, Clark NC, Hill BC, Jarvis WR, and Thornsberry C.  Biotyping CoagulaseNegative Staphylococci.  Journal of Clinical Microbiology

Curriculum Vitae (Cont.)                    - 15 -                    William R. Jarvis, M.D.
        1988;26:1950-1956.

40.     Marcus RA and the CDC Cooperative Needlestick Surveillance Group (Jarvis WR).
        Surveillance of HealthCare Workers Exposed to Blood from Patients Infected with
        Human Immunodeficiency Virus.  New England Journal of Medicine 1988;319:1118-
        1123.

41.     Tipple MA, Bland LA, Favero MS, and Jarvis WR.  Investigation of Hemolytic
        Anemia After Chloramine Exposure in a Dialysis Center.  Transactions of the
        American Society for Artificial and Internal Organs 1988;34:1060.

42.     BeckSague CM and Jarvis WR.  Epidemic Bloodstream Infection Associated with
        Pressure Transducers: A Persistent Problem.  Infection Control and Hospital
        Epidemiology 1989;10:54-59.

43.     Richet HM, McNeil MM, Edwards MC and Jarvis WR.  Cluster of *Malassezia furfur*
        Pulmonary Infections in Infants in a Neonatal Intensive Care Unit.  Journal of Clinical
        Microbiology 1989;27:11971200.

44.     Arduino MJ, Bland LA, Tipple MA, Aguero SM, Favero MS, and Jarvis WR.
        Growth and Endotoxin Production of *Yersinia enterocolitica* and *Enterobacter
        agglomerans* in Packed Erythrocytes.  Journal of Clinical Microbiology 1989;27:1483-
        1485.

45.     Rabkin CS, Jarvis WR, Anderson RL, Govan J, Klinger J, LiPuma J, Martone WJ,
        Montiel H, Richard C, Shigeta S, Sosa A, Stull T, Swenson JM, and Woods D.
        *Pseudomonas cepacia* Typing Systems: Collaborative Study to Assess Their Potential
        in Epidemiologic Investigations.  Reviews of Infectious Diseases 1989;2:600-608.

46.     Villarino ME, Jarvis WR, O'Hara C, Bresnehan J, and Clark N.  Epidemic of
        *Serratia marcescans* Bacteremia in a Cardiac Intensive Care Unit.  Journal of Clinical
        Microbiology 1989;27:2433-2436.

47.     Kelkar R. Gordon SM, Giri N, Rao K, Ramakrishnan G, Saikia T, Nair C.N.,
        Kurkure PA, Pai SK, Jarvis WR, and Advani SH.  Epidemic Iatrogenic <u>Acinetobacter</u>
        sp. Meningitis Following Administration of Intrathecal Methotrexate.  Journal of
        Hospital

        Infection 1989;14:233-243.

48.     Pegues DA, Arduino MJ, Bland LA, and Jarvis WR. Infectious Complications of
        Continuous Ambulatory Peritoneal Dialysis.  Asepsis 1989;11:613.

49.     Lowry PW, BeckSague CM, Bland LA, Aguero SM, Arduino MJ, Minuth AN,
        Murray RA, Swenson JM, and Jarvis WR.  *Mycobacterium chelonae* Infections

Curriculum Vitae (Cont.)                    - 16 -                    William R. Jarvis, M.D.

Among Patients Receiving HighFlux Dialysis in a Hemodialysis Clinic, California. Journal of Infectious Diseases 1990;161:85-91.

50.   Gordon SM, Bland LA, Alexander S, Newman HF, Arduino MJ and Jarvis WR. Hemolysis Associated with Hydrogen Peroxide at a Pediatric Dialysis Center. American Journal of Nephrology 1990;10:123-127.

51.   Gordon SM, Culver DH, Simmons BP and Jarvis WR.  Multivariate Analysis of Risk Factors for Surgical Wound Infections After Total Knee Arthroplasty Procedures. American Journal of Epidemiology 1990;131:905-911.

52.   Tipple MA, Murphy JJ, Bland LA, Bufill JA, Ritch PS, Archer JR, Arduino M, Farmer JJ, Menitors JE, Johnson PS, Tourault MA, Tablan OC, and Jarvis WR.  Sepsis Associated with Transfusion of Red Blood Cells Contaminated with *Yersinia enterocolitica*. Transfusion 1990;30:207-213.

53.   Gordon SM, Drachman J, Bland LA, Reid MH, Favero MS, and Jarvis WR. Epidemic Hypotension in a Dialysis Center Caused by Sodium Azide.  Kidney International 1990;10:123-127.

54.   Gordon SM, Oshiro LS, Jarvis WR, Donenfeld D, Ho MS, Taylor F, Greenberg H, Glass RIM, Madore HP, Dolan R, Tablan O.  Foodborne Snow Mountain Agent Gastroenteritis with Secondary Person to Person Spread in a Retirement Community. American Journal of Epidemiology 1990;131:702-710.

55.   Beck-Sague CM, Jarvis WR, Brook JP, Culver DH, Potts A, Gay E, Shotts BW, Hill B, Anderson RL and Weinstein MP.  Epidemic Bacteremia Due to *Acinetobacter baumanni* in five intensive care units.  American Journal of Epidemiology 1990;132:723-733.

56.   McNeil MM, Brown JM, Jarvis WR, and Ajello L.  A Comparison of Species and Antimicrobial Susceptibility of Aerobic Actinomycetes From Clinical Specimen. Reviews of Infectious Diseases 1990;12:778-783.

57.   Tokars JI, McNeil MM, Tablan OC, Chapin-Robertson K, Evans Patterson J, Edberg SC, Hierholzer W, and Jarvis WR.  *Mycobacterium gordonae* Pseudoinfection Associated with A Contaminated Antimicrobial Solution.  Journal of Clinical Microbiology 1990:28;2765-2769.

58.   BeckSague CM, Jarvis WR, Bland LA, Arduino MJ, Aguero SM, and Verosec G. Outbreak of GramNegative Bacteremia and Pyrogenic Reactions in a Hemodialysis Center.  American Journal of Nephrology 1990;10:397-403.

59.   Richet HM, Craven PC, Brown JM, Lasker BA, Cox CD, McNeil MM, Tice AD, Jarvis WR, and Tablan OC.  *Rhodococcus (Gordona) bronchialis* Sternal Wound

Curriculum Vitae (Cont.)                    - 17 -                    William R. Jarvis, M.D.

Infections Following Coronary Artery Bypass Graft Surgery.  New England Journal of Medicine 1991:324;104-109.

60.     Emori TG, Culver DH, Horan TC, Jarvis WR, White JW, Banerjee SN, White JW, Edwards JR, Martone WJ, Gaynes RP, Olsen DR, and Hughes JM.  National Nosocomial Infections Surveillance System (NNIS): Description of Methodology and Surveillance Components.  American Journal of Infection Control 1991;19:1936.

61.     Richet HM, Andremont A, Tancrede C, Pico JL and Jarvis WR.  Risk Factors for Candidemia in Patients with Acute Lymphocytic Leukemia.  Reviews of Infectious Diseases 1991;13:211-215.

62.     Panlilio AL, Foy DR, Edwards JR, Bell DM, Welch BA, Parrish CM, Culver DH, Lowry PW, Jarvis WR, and Perlino CA.  Blood Contacts During Surgical Procedures. Journal of the American Medical Association 1991;265:1533-1539.

63.     Froelich H and Jarvis WR.  The Economic Impact of Diagnosis Related Groups and Severity of Illness on Reimbursement for Central Nervous System Infection.  Journal of Pediatrics 1991;118:693-697.

64.     Lowry PW and Jarvis WR.  Use of Tap Water and Disinfectant Practices in Outpatient Settings:  A Survey of Otolaryngologists.  Archives of Otolaryngology Head Neck Surgery 1991;11:881-888.

65.     Beck-Sague CM, Jarvis WR, Fruehling JA, Ott CE, Higgens MT, Bates FE. Universal Precautions Among Mortuary Practitioners: Influence on Practices and Risk of Occupationally acquired Infection.  Journal of Occupational Medicine 1991;33:874-878.

66.     Pegues DA, Shirley LA, Riddle CF, Anderson RL, Vess RW, Hill BC, and Jarvis WR.  *Serratia marcescans* Surgical Wound Infections Following Breast Reconstruction.
American Journal of Medicine 1991;91:173S-178S.

67.     Richet HM, Chidiac C, Prat A, Pol A, Guyot L, David M, Maccario M, Jarvis WR. Risk Factors for Surgical Wound Infections Following Vascular Surgery.  American Journal of Medicine 1991;91:170S-172S.

68.     Gaynes R, Culver DH, Emori TG, Horan TC, Banerjee SN, Edwards JR, Jarvis WR, Tolson JS, Henderson TS, Hughes JM, and Martone WJ.  The National Nosocomial Infections Surveillance System: Plans for the 1990's and Beyond.  American Journal of Medicine 1991;91:116S-120S.

69.     Jarvis WR and The Epidemiology Branch.  Nosocomial Outbreaks: The Centers for

Curriculum Vitae (Cont.)                    - 18 -                    William R. Jarvis, M.D.

Disease Control, Hospital Infections Program Experience, 1980-1990.  American Journal of Medicine 1991;91:101S-106S.

70.    Marcus RA, Favero MS, Banerjee S, Solomon SL, Bell DM, Jarvis WR, Martone WJ, and the Cooperative Dialysis Study Group.  HIV Prevalence and Incidence Among Patients Undergoing Chronic Hemodialysis.  American Journal of Medicine 1991;90:614-619.

71.    Jarvis WR, Edwards JR, Culver DH, Hughes JM, Horan T, Emori TG, Banerjee SN, Tolson J, Henderson T, Gaynes RP, Martone WJ, and the National Nosocomial Infections Surveillance System.  Nosocomial Infection Rates in Adult and Pediatric Intensive Care Units.  American Journal of Medicine 1991;91:185S-191S.

72.    Gaynes RP, Martone WJ, Culver DH, Emori TG, Horan TC, Banerjee SN, Edwards JE, Jarvis WR, Tolson JS, Henderson TS, Hughes JM, and the National Nosocomial Infections Surveillance System.  Comparison of Rates of Nosocomial Infections in Neonatal Intensive Care Units in the United States.  American Journal of Medicine 1991;91:192S-197S.

73.    Culver DH, Horan TC, Gaynes RP, Martone WJ, Jarvis WR, Emori TG, Banerjee SN, Edwards JE, Tolson JS, Henderson TS, Hughes JM, and the National Nosocomial Infections Surveillance System.  Surgical Wound Infection Rates By Wound Class, Operative Procedure, and Patient Risk Index.  American Journal of Medicine 1991;91:152S-157S.

74.    Emori TG, Banerjee SN, Culver DH, Gaynes RP, Horan TC, Edwards JE, Jarvis WR,

Tolson TS, Henderson TS, Martone WJ, Hughes JM, and the National Nosocomial Infections Surveillance System.  Nosocomial Infections in Elderly Patients in the United States, 1986-1990.  American Journal of Medicine 1991;91:289S-293S.

75.    Banerjee SN, Emori TG, Culver DH, Gaynes RP, Jarvis WR, Horan TC, Edwards JE, Tolson TS, Henderson TS, Martone WJ.  Secular Trends in Nosocomial Primary Bloodstream Infections in the United States, 1980-1990.  American Journal of Medicine 1991;91:286S-289S.

76.    Rosenblum LS, Villarino ME, Nainan O, Melish ME, Hadler SC, Pinsky PP, Jarvis WR, Ott CE, and Margolis HS.  Prolonged Virus Excretion Among Preterm Infants in a Hepatitis A Outbreak in a Neonatal Intensive Care Unit.  Journal of Infectious Diseases 1991;164:476-482.

77.    Arduino MJ, Bland LA, McAllister SK, Aguero SM, Villarino ME, McNeil M, Jarvis WR, and Favero MS.  Microbial Growth and Endotoxin Production in the Intravenous Anesthetic Propofol.  Infection Control and Hospital Epidemiology

Curriculum Vitae (Cont.)                - 19 -                William R. Jarvis, M.D.
         1991;12:535-539.

78.     Tipple MA, Schusterman N, Bland LA, McCarthy MA, Favero MA, Reid MH and
        Jarvis WR.  Illness in Hemodialysis Patients After Exposure to Chloramine
        Contaminated Dialysate.  Transactions of the American Society for Artificial and
        Internal Organs 1991;37:588-591.

79.     National Nosocomial Infections Surveillance (NNIS) System (includes WR Jarvis).
        Nosocomial Infection Rates for Interhospital Comparison: Limitations and Possible
        Solutions.  Infection Control and Hospital Epidemiology 1991;12:609-621.

80.     Jarvis WR and Martone WJ.  Predominant Pathogens in Hospital Infections.  Journal
        of Antimicrobial Chemotherapy 1991;28:15-19.

81.     Richet HM, McNeil MM, Davis BJ, Duncan E, Strickler J, Nunley D, Jarvis WR,
        and Tablan OC.  *Aspergillus fumigatis* Sternal Wound Infection in Patients
        Undergoing OpenHeart Surgery.  American Journal of Epidemiology 1992:135;48-58.

82.     Villarino ME, Stevens L, Schable B, Mayers G, Evershed S, Miller M, Burke JP, and
        Jarvis WR.  Epidemic *Xanthamonas maltophilia* Infections and Colonization in an
        Intensive Care Unit.  Infection Control and Hospital Epidemiology 1992;13:201-206.

83.     Panlilio A, BeckSague CM, Siegel J, Anderson RL, Yetts S, Clark N, Duer P,
        Thomassen KA, Vess RN, Hill B, Tablan OC, and Jarvis WR.  Infections and

        Pseudoinfections Due to PovidoneIodine Solution Contaminated with *Pseudomonas
        cepacia*.  Clinical Infectious Diseases 1992;14:1078-83.

84.     Gordon SM, Oettinger C, Bland LA, Oliver JC, Arduino M, Aguero SM, McAllister
        SK, Favero MS, and Jarvis WR.  A Prospective Study of Pyrogenic Reactions in
        Patients Receiving Conventional, High-Efficiency, or High-Flux Hemodialysis
        Treatments with Bicarbonate Dialysate Containing High Concentrate of Bacteria and
        Endotoxin.  Journal of the American Society of Nephrology 1992;2:1436-1444.

85.     Bland LA, Villarino ME, Arduino MJ, McAllister SK, Gordon SM, Uyeda CT,
        Valdon C, Potts D, Jarvis WR, and Favero MS.  Bacteriologic and Endotoxin Analysis
        of Salvaged Blood Used in Autologous Transfusions During Cardiac Operations.  The
        Journal of Thoracic and Cardiovascular Surgery 1992;103:582-588.

86.     Auerbach SB, McNeil MM, Brown JM, Lasker BA, and Jarvis WR.  Outbreak of
        Pseudoinfection with *Tsukamurella paurametabolum* Traced to Laboratory
        Contamination: Efficacy of a Joint Epidemiologic and Laboratory Investigation.
        Reviews of Infectious Diseases 1992;14:1015-1022.

87.     Villarino ME, Gordon SM, Valdon C, Potts D, Fisk K, Uyeda C, McCarthy PM,

Bland LA, Anderson RL. and Jarvis WR. A Cluster of Severe Postoperative Bleeding Following Open Heart Surgery. Infection Control and Hospital Epidemiology 1992;13:282-288.

88. Dooley SW, Villarino ME, Lawrence M, Salinas L, Amil S, Rullan JV, Jarvis WR, Bloch AB, and Cauthen GM. Tuberculosis in a Hospital Unit for Patients Infected with the Human Immunodeficiency Virus (HIV): Evidence of Nosocomial Transmission. Journal of the American Medical Association 1992;267:2632-2634.

89. Edlin BR, Tokars JI, Grieco MH, Crawford JT, Williams J, Sordillo EM, Ong KR, Kilburn JO, Dooley SW, Castro KG, Jarvis WR, and Holmberg SD. An Outbreak of Multidrug-Resistant Tuberculosis Among Hospitalized Patients with the Acquired Immunodeficiency Syndrome: Epidemiologic Studies and Restriction Fragment Length Polymorphism Analysis. New England Journal of Medicine 1992;326:1514-1522.

90. McNeil MM, Gerber AR, McLaughlin DW, Vega RA, Winn K, Kaufman L, Keyserling HL, and Jarvis WR. The Role of the Mannan Enzymelinked Immunoassay in Diagnosing Invasive Candidiasis and Evaluating Therapy. Pediatric Infectious Diseases Journal 1992;11:493-495.

91. Schable B., Rhoden DL, Jarvis WR, and Miller JM. Prevalence of Serotypes of *Xanthomonas maltophilia* From World-wide Sources. Journal of Epidemiology and Infection 1992;108:337-341.

92. Pearson ML, Jereb JA, Frieden TR, Crawford JT, Davis B, Dooley SW, and Jarvis WR. Nosocomial Transmission of Multidrug-Resistant *Mycobacterium tuberculosis*: A Risk to Hospitalized Patients and Health-care Workers. Annals of Internal Medicine 1992;117:191-196.

93. Gordon S, Swenson JM, Hill BC, Pigott NE, Facklam RR, Cooksey RC, Thornsberry C, Enterococcal Study Group, Jarvis WR, and Tenover FC. Antimicrobial Susceptibility Patterns of Common and Unusual Species of Enterococci Causing Infections in the United States. Journal of Clinical Microbiology 1992;30:2373-2378.

94. Auerbach SB, Swartz B, Williams D, Fiorilli MG, Adimora AA, Breiman RF, and Jarvis WR. Outbreak of Invasive Group A Streptococcal Infections in a Nursing Home: Lessons on Prevention and Control. Archives of Internal Medicine 1992;152:1017-1022.

95. Beck-Sague CM, Dooley SW, Hutton MD, Otten J, Breeden A, Crawford JT, Pitchenik AE, Woodley C, Cauthen G, and Jarvis WR. Outbreak of Multidrug-Resistant Tuberculosis among Persons with HIV Infection in an Urban Hospital: Transmission to Staff and Patients and Control Measures. Journal of the American Medical Association 1992;268:1280-1286.

Curriculum Vitae (Cont.)              - 21 -              William R. Jarvis, M.D.

96.    BeckSague CM, Chong W, Roy C and Jarvis WR.  Outbreak of Surgical Wound
       Infections Associated With Total Hip Arthroplasty Procedures.  Infection Control and
       Hospital Epidemiology 1992;13:526-535.

97.    Horan TC, Gaynes RP, Martone WJ, Jarvis WR and Emori TG.  CDC Definitions of
       Nosocomial Surgical Site Infections, 1992.  Infection Control and Hospital
       Epidemiology 1992;13:606-609.

98.    Sheretz RJ, Garibaldi RA, Kaiser AB, Marosok RD, Mayhill CG, Scheckler WE,
       Berg R, Gaynes RP, Jarvis WR, Martone WJ, and Lee JT.  Consensus Paper on the
       Surveillance of Surgical Wound Infections.  Infection Control and Hospital
       Epidemiology 1992;13:599-606.

99.    Horan TC, Gaynes RP, Martone WJ, Jarvis WR, and Emori TG.  CDC Definitions of
       Nosocomial Surgical Site Infections, 1992:  A Modification of CDC Definitions of

       Surgical Wound Infections.  American Journal of Infection Control 1992;20:271-275.

100.   Sheretz RJ, Garibaldi RA, Marosok RD, Mayhill CG, Scheckler WE, Berg R, Gaynes
       RP, Jarvis WR, Martone WJ, and Lee JT.  Consensus Paper on the Surveillance of
       Surgical Wound Infections.  American Journal of Infection Control 1992;20:263-270.

101.   Pegues DA, Oettinger CW, Bland LA, Oliver JL, Arduino MJ, Aguero SM, McAllister
       SK, Gordon SM, Favero MS, and Jarvis WR.  A Prospective Study of Pyrogenic
       Reactions in Hemodialysis Patients using Bicarbonate Dialysis Fluids Filtered to
       Remove Bacteria and Endotoxin.  Journal of the American Society of Nephology
       1992;4:1002-1007.

102.   Pegues DA, Beck-Sague C, Woollen SW, Greenspan B, Burns SM, Mackaw RC,
       Bland LA, Arduino M, Favero MS, and Jarvis WR.  Anaphylactic Reactions
       Associated with Reuse of Disposable Hollow-fiber Dialyzers.  Kidney International
       1992;42:1232-7.

103.   Horan TC, Culver DH, Gaynes RP, Jarvis WR, Edwards JR, Reid CR, and The
       National Nosocomial Surveillance System.  Nosocomial Infection in Surgical Patients
       in the United States, 1986-1990.  Infection Control and Hospital Epidemiology
       1993;14:73-80.

104.   Jarvis WR.  Nosocomial Transmission of Multidrug-Resistant *Mycobacterium
       tuberculosis*.  Research in Microbiology 1993;144:117-122.

105.   Pegues DA, Carson LA, Anderson RL, Norgerd MD, Argent TA, Jarvis WR, and
       Woernle CH.  Outbreak of *Pseudomonas cepacia* Bacteremia in Oncology Patients.
       Clinical Infectious Diseases 1993;16:407-412.

Curriculum Vitae (Cont.)                    - 22 -                    William R. Jarvis, M.D.

106.    Beck-Sague CM, Jarvis WR, and the National Nosocomial Infections Surveillance System.  Secular Trends in the Epidemiology of Nosocomial Fungal Infections in the United States, 19801990.  Journal of Infectious Diseases  1993;167:1247-1252.

107.    Coronado VG, Beck-Sague CM, Pearson ML, Dooley SW, Valway SE, Pineda MR, and Jarvis WR.  Clinical and Epidemiologic Characteristics of Multidrug-Resistant *Mycobacterium tuberculosis* Among Patients with Human Immunodeficiency Virus (HIV) Infection.  Infectious Diseases in Clinical Practice 1993;2:297-302.

108.    Tenover FC, Tokars J, Swenson J, Paul S, Spitalny K. and Jarvis W.  Ability of Clinical Laboratories to Detect Antimicrobial-resistant Enterococci.  Journal of

 Clinical Microbiology  1993;31:1695-1699.

109.    Pearson ML, Pegues DA, Carson LS, O'Donnell R, Berger RH, Anderson RL, and Jarvis WR.  Cluster of *Enterobacter cloacae* Pseudobacteremias Associated with Use of an Agar Slant Blood Culturing System.  Journal of Clinical Microbiology 1993;31:2599-2603.

110.    Coronado VG, Beck-Sague CM, Hutton MD, Davis BJ, Nicholas P, Villareal C, Woodley CL, Kilburn JO, Crawford JT, Frieden TR, Sinkowitz RL, and Jarvis WR. Transmission of Multidrug-Resistant *Mycobacterium tuberculosis* Among Persons with Human Immunodeficiency Virus Infection in an Urban Hospital: Epidemiologic and Restriction Fragment Length Polymorphism Analysis.  Journal of Infectious Diseases  1993;168:1052-1055.

111.    Jereb J, Burwen D, Dooley S, Jarvis W, Wooley C, Crawford J, Edmund M, Dowling J, Pasculle A, Medrick J, Shapiro R, and Shanahan S.  Nosocomial Outbreak of Tuberculosis on a Renal Transplant Unit.  Journal of Infectious Diseases 1993;168:1219-1225.

112.    Beck-Sague C, Banerjee S, and Jarvis WR.  Infectious Diseases and Mortality Among U.S. Nursing Home Residents.  American Journal of Public Health 1993;83:1739-1743.

113.    Tenover F, Arbeit R, Archer G, Biddle J, Byrne S, Goering R, Hancock G, Hebert A, Hill B, Hollis R, Jarvis W, Kreiswirth B, Maslow J, McDougal L, Miller JM, Mulligan M, and Pfaller M.  Comparison of Traditional and Molecular Methods of Typing of *Staphylococcus aureus* Isolates.  Journal of Clinical Microbiology 1994;32:407-415.

114.    Pearson ML, Cole JS, and Jarvis WR.  How Common is Latex Allergy?  A Survey of Children with Myelodysplasias.  Journal of Developmental Medicine and Child

Curriculum Vitae (Cont.)                    - 23 -                    William R. Jarvis, M.D.
Neurology 1994;36:64-69.

115.    Nelson DE, Auerbach SB, Baltch AL, Desjardin E, Beck-Sague C, Rheal C, Smith RP, and Jarvis WR.  Epidemic *C. difficile*-associated Diarrhea:  Role of Second and Third Generation Cephalosporins.  Infection Control and Hospital Epidemiology 1994;15:88-95.

116.    Zaza S, Tokars JI, Jarvis WR, Bland LA, Yomtovian R, Hirschler N, Jacobs MR, Arduino M, Aguerro S, and Sharp DE.  Bloodstream Infections Associated with

Transfusion of Random Donor Platelet Pools.  Infection Control and Hospital Epidemiology 1994;15:82-88.

117.    Mancao MY, Nolte FS, Nahmias AJ and Jarvis WR.  Use of Polymerase Chain Reaction for Diagnosis of Tuberculous Meningitis.  Pediatric Infectious Disease Journal  1994;12:154-156.

118.    Welbel SF, McNeil M. Pramanik A, Silberman R, Oberle A, Midgley G, Crow S, and Jarvis WR.  Nosocomial *Malassezia pachydermetis* Bloodstream Infections in a Neonatal Intensive Care Unit.  Pediatric Infectious Diseases Journal 1994;13:104-109.

119.    Jarvis WR.  Nosocomial Outbreaks of International Significance.  In Sterilization of Medical Products, Editor R.F. Morrison, Vol II, P55-62, 1993.

120.    Pegues DA, Arathoon E, Samayoa B, Del Valle G, Anderson RL, Riddle CF, O'Hara C, Miller M, Hill B, Highsmith A and Jarvis WR.  Epidemic Gram-negative Bacteremia in a Neonatal Intensive Care Unit, Guatemala.  American Journal of Infection Control 1994;6:163-171.

121.    McAllister SK, Bland LA, Arduino MJ, Aguero SM, Wenger PN, and Jarvis WR.  Patient Cytokine Response in Transfusion-Associated Sepsis.  Infection and Immunity 1994;62:2126-2128.

122.    Maloney S, Welbel S, Daves B, Adams K, Becker S, Risch P, Bland LA, Arduino MJ, Wallace R, Zhang Y, Buck G, and Jarvis WR.  *Mycobacterium abscessus* Pseudoinfection Traced to an Automated Endoscope Washer: Utility of Epidemiologic and laboratory Investigation.  Journal of Infectious Diseases 1994;169:1166-1169.

123.    Pegues DA, Carson LA, Tablan OC, Fitzsimmons SC, Roman SB, Miller JM, Jarvis WR, and the Summer Camp Study Group.  Acquisition of *Pseudomonas cepacia* at Summer Camps for Patients with Cystic Fibrosis.  Journal of Pediatrics 1994;124:694-702.

Curriculum Vitae (Cont.)                    - 24 -                    William R. Jarvis, M.D.

124.    Buffington J, Reporter R, McNeil MM, Ross L, Lanson J, Davis B, and Jarvis WR.
An Outbreak of Invasive Aspergillosis Among Hematology and Bone Marrow
Transplant Patients at a Los Angeles Hospital. Journal of Pediatric Infectious
Diseases 1994;13:386-393.

125.    Jarvis WR. Usefulness of Molecular Epidemiology for Outbreak Investigations.

Journal of Infection Control and Hospital Epidemiology 1994;15:500-503.

126.    Jackson BM, Beck-Sague CM, Bland LA, Arduino MJ, Meyer L, and Jarvis WR.
Pyrogenic Reactions and Gram-negative Bacteremia in a Hemodialysis Center.
American Journal of Nephrology 1994;14:85-89.

127.    Beck-Sague CM, Villarino ME, Giuliano D, Welbel S, Latts L, Manangan LM,
Sinkowitz R, and Jarvis WR. Infectious Diseases and Death Among Nursing Home
Residents: Results of Surveillance in 13 Nursing Homes. Infection Control and
Hospital Epidemiology 1994;15:494-496.

128.    Pegues DA, Schidlow DV, Tablan OC, Carson LA, Clark NC, and Jarvis WR.
Possible Nosocomial Transmission of *Pseudomonas cepacia* in Cystic Fibrosis
Patients. Archives of Pediatric and Adolescent Medicine. 1994;148:805-812.

129.    Kelly JK, Pearson ML, Kurup VP, Byrd RS, Setlock MA, Slater JC, Jarvis WR,
Davis JP, and Fink JN. Epidemiologic Features, Risk Factors and Latex
Hypersensitivity in Patients with Spina Bifida Who Develop Anaphylactic Reactions
During General Anesthesia. American Journal of Clinical Allergy and Immunology
1994;94:53-61.

130.    Zaza S, Reeder JM, Yalew L, and Jarvis WR. Latex Sensitivity Among
Perioperative Nurses. Journal of the Association of Operating Room Nurses
1994;60:1-6.

131.    Beck-Sague CM, Azimi P, Fonseca SN, Baltimore RS, Powell DA, Bland LA,
Arduino MJ, McAllister SK, Huberman RS, Sinkowitz RL, Ehrenkranz RA, and
Jarvis WR. Bloodstream Infections in Neonatal Intensive Care Unit Patients: Results
of a Multicenter Study. Journal of Pediatric Infectious Diseases 1994;13:1110-1116.

132.    Maloney SM, Pearson ML, Gordon MT, Del Castillo R, Boyle JF, and Jarvis WR.
Efficacy of Control Measures in Preventing Transmission of Multidrug-Resistant
Tuberculosis to Patients and Health Care Workers. Annals of Internal Medicine
1995;122:90-95.

133.    Jarvis WR, Bolyard EA, Bozzi CJ, Burwen DR, Dooley SW, Martin LS, Mullan
RJ, and Simone PM. Respirators, Recommendations, and Regulation: Controversy
Surrounding Protection of Health Care Workers from Tuberculosis. Annals of

Curriculum Vitae (Cont.)                    - 25 -                    William R. Jarvis, M.D.
    Internal Medicine 1995;122:142-146.

134.    Jarvis WR.  Trends for Nosocomial Infection of the Future.  Proceedings of the Third

    Western Pacific Congress on Chemotherapy and Infectious Diseases - Bali, Indonesia pp 49-54, 1994.

135.    Wenger P, Otten J, Breeden A, Orfas D, Beck-Sague CM, and Jarvis WR.  Control of Nosocomial Transmission of Multidrug-resistant *Mycobacterium tuberculosis* Among Healthcare Workers and HIV-Infected Patients.  Lancet 1995;345:235-240.

136.    Fridkin SK, Manangan L, Bolyard E, SHEA, and Jarvis WR.  Society for Hospital Epidemiology of America - Centers for Disease Control and Prevention TB Survey - Part I:  Current Status of TB Infection Control Programs at Member Hospitals, 1989-1992.  Infection Control and Hospital Epidemiology  1995;16:129-135.

137.    Fridkin SK, Manangan L, Bolyard E, SHEA, and Jarvis WR.  Society for Hospital Epidemiology of America - Centers for Disease Control and Prevention TB Survey - Part II:  Efficacy of TB Infection Control Programs at Member Hospitals, 1989-1992.  Infection Control and Hospital Epidemiology  1995;16:135-140.

138.    Stroud LA, Tokars JI, Grieco MH, Crawford JT, Culver DH, Edlin BR, Sordillo EM, Woodley CL, Gilligan ME, Schneider N, Williams J, and Jarvis WR.  Evaluation of Infection Control Measures in Preventing the Nosocomial Transmission of Multidrug-Resistant *Mycobacterium tuberculosis* in a New York City Hospital.  Infection Control and Hospital Epidemiology 1995;16:141-147.

139.    Jarvis WR.  Nosocomial Transmission of Multidrug-Resistant *Mycobacterium tuberculosis*.  American Journal of Infection Control 1995;23:146-151.

140.    Welbel SF, Schoendorf K, Bland LA, Arduino MJ, Groves C, Schable B, O'Hara CM, Tenover FC, and Jarvis WR.  An Outbreak of Gram-negative Bacteremia in Chronic Hemodialysis Patients.  American Journal of Nephrology  1995;15:1-4.

141.    Danzig LE, Short LM, Collins K, Mahoney M, Sepe S, Bland L, and Jarvis WR.  Bloodstream Infections Associated with a Needleless Intravenous Infusion System in Patients Receiving Home Infusion Therapy. The Journal of American Medical Association 1995;273:1862-1864.

142.    Bennett SN, McNeil MM, Bland LA, Arduino MJ, Villarino ME, Perrotta DM, Burwen DA, Welbel SF, Pegues DA, Stroud L, Zeitz PS, and Jarvis WR.  Multiple Outbreaks of Postoperative Infections Traced to Extrinsic Contamination of an Intravenous Anesthetic, Propofol.  The New England Journal of Medicine 1995;333:147-154.

Curriculum Vitae (Cont.)                    - 26 -                    William R. Jarvis, M.D.

143.    Jereb JA, Klevins RM, Privett TD, Smith PJ, Crawford JT, Sharp VL, Davis BJ, Jarvis WR, Dooley SW.  Tuberculosis in Health Care Workers at a Hospital with an Outbreak of Multidrug-Resistant *Mycobacterium tuberculosis*.  The Archives of Internal Medicine 1995;155:854-859.

144.    Burwen DR, Olsen SM, Bland LA, Arduino MJ, Reid MR, and Jarvis WR.  Epidemic Aluminum Intoxication in Hemodialysis Patients Traced to Use of an Aluminum Pump. Kidney International 1995;48:469-474.

145.    Shay DK, Maloney SM, Montecalvo M, Banerjee S, Wormser GP, Arduino MJ, Bland LA, and Jarvis WR.  Epidemiology and Mortality of Vancomycin-Resistant Enterococcal Bloodstream Infections.  Journal of Infectious Diseases 1995;172:993-1000.

146.    Hospital Infection Control Practices Advisory Committee, Tablan OC, Tenover FC, Martone WJ, Gaynes RF, Jarvis WR, and Favero MS.  Recommendations for Preventing the Spread of Vancomycin Resistance: Recommendations of the Hospital Infection Control Practices Advisory Committees (HICPAC).  American Journal of Infection Control 1995;23:87-94.

147.    Jarvis WR.  Epidemiology of Nosocomial Fungal Infections, with Emphasis on Candida species.  Clinical Infectious Diseases  1995;20:1526-1530.

148.    Valendia MP, Fridkin SK, Cardenas VM, Boshell J, Rameriz G, Bland LA, Iglesias A, and Jarvis WR.  Transmission of Human Immunodeficiency Virus in a Dialysis Center.  Lancet 1995;345:1417-1422.

149.    Moran GJ, Fuchs MA, Jarvis WR and Talan DA.  Tuberculosis Infection Control Practices in United States Emergency Departments.  Annals of Emergency Medicine 1995;26:283-289.

150.    Morris Jr. JG, Shay DK, Hebden JN, McCarter RJ Jr., Perdue BE, Jarvis WR, Johnson JA, Dowling TC, Polish LB, and Schwalbe RS.  Enterococci Resistant to Multiple Antimicrobial Agents, Including Vancomycin: Establishment of Endemnicity in a University Medical Center.  Annals of Internal Medicine 1995;123:250-259.

151.    Pertowski CA, Baron RC, Lasker B, Werner SB and Jarvis WR.  Nosocomial Outbreak of *Candida albicans* Sternal Wound Infection Following Cardiac Surgery Traced to a Scrub Nurse.  Journal of Infectious Diseases  1995;172:817-822.

152.    Rudnick JR, Arduino MJ, Bland LA, Cusack L, McAllister SK, Aguero SM, and Jarvis WR.  An Outbreak of Pyrogenic Reactions in Chronic Hemodialysis Patients

Curriculum Vitae (Cont.)  - 27 -  William R. Jarvis, M.D.
Associated with Hemodialyzer Reuse.  Transactions of the American Society of the Artificial and Internal Organs  1995;19:289-294.

153.  Zaza S, Blumberg HM, Beck-Sague C, Haas WH, Woodley C, Pineda M, Parrish C, Crawford JT Jr, McGowan JE Jr, and Jarvis WR.  Nosocomial Transmission of *Mycobacterium tuberculosis*: Role of Healthcare Workers in Outbreak Propagation. Journal of Infectious Diseases  1995;172:1542-1549.

154.  Hospital Infection Control Practices Advisory Committee, Tablan OC, Martone WJ, Jarvis WR, Tenover FC, Gaynes RF, and Favero MS.  Preventing the Spread of Vancomycin Resistance.  Infection Control and Hospital Epidemiology 1995;16:105-113.

155.  Tokars JI, Rudnick JR, Kroc K, Manangan L, Pugliese G, Hubner RE, Chan J, and Jarvis WR.  U.S. Hospital Mycobacterlogy Laboratories: Status and Comparison with State Public Health Laboratories.  Journal of Clinical Microbiology 1996;34:680-685.

156.  Rudnick JR, Beck-Sague CM, Anderson RL, Schable B, Miller JM, and Jarvis WR.  Gram-negative Bacteremia in Open Heart Surgery Patients Traced to Probable Tap-Water Contamination of Pressure Monitoring Equipment.  Infection Control and Hospital Epidemiology  1996;17:272-275.

157.  Chang HJ, Christenson JC, Pavia AT, Bobrin BD, Bland LA, Carson LA, Arduino MJ, Verma P, Aguero SM, Carroll K, Jenkins E, Doly JA, Woods ML, and Jarvis WR.  *Ochrabactrum anthropi* Meningitis in Pediatric Pericardial Allograft Transplant Recipients.  The Journal of Infectious Diseases  1996;173:656-660.

158.  Fridkin SK, Kremer FB, Bland LA, Padhye A, McNeil MM, and Jarvis WR. *Acremonium kiliense* Endophthalmitis That Occurred After Cataract Extraction in an Ambulatory Surgical Center and Was Traced to an Environment Reservoir.  Clinical Infection Diseases 1996;22:222-227.

159.  Jarvis WR.  The Epidemiology of Colonization.  Infection Control and Hospital Epidemiology 1996;17:47-52.

160.  Fridkin SK, Pear SM, Williamson TH, Galgiani JN, and Jarvis WR.  The Role of Understaffing in Central Venous Catheter-Associated Bloodstream Infections.

Infection Control and Hospital Epidemiology  1996;17:150-158.

161.  Beck-Sagué CM, Sinkowitz RL, Chinn RY, Vargo J, Kaler W, and Jarvis WR. Risk Factors for Ventilator-associated Pneumonia in Surgical Intensive Care Unit Patients.  Infection Control and Hospital Epidemiology  1996;17:374-376.

Curriculum Vitae (Cont.)                    - 28 -                    William R. Jarvis, M.D.

162.    Montecalvo MA, Shay DK, Patel P, Tacsa L, Maloney SA, Jarvis WR, and
        Wormser GP. Bloodstream Infections with Vancomycin-resistant Enterococci.
        Archives of Internal Medicine 1996;156:1458-1462.

163.    Gaynes RP, Edwards JR, Jarvis WR, Culver DH, Tolson JS, Martone WJ, and The
        National Nosocomial Infections Surveillance System. Nosocomial Infections Among
        Neonates in High Risk Nurseries in the United States. National Nosocomial
        Infections Surveillance System. Pediatrics 1996;98:357-361.

164.    Sinkowitz RL, Fridkin SK, Manangan L, Wenger PN, APIC, and Jarvis WR.
        Status of Tuberculosis Infection Control Programs at United States Hospitals, 1989-
        1992. American Journal of Infection Control 1996;24:226-234.

165.    Jarvis WR. Preventing the Emergence of Multidrug-Resistant Microorganisms
        Through Antimicrobial Use Controls: The Complexity of the Problem. Infection
        Control and Hospital Epidemiology 1996;17:490-495.

166.    Jarvis WR. Selected Aspects of the Socioeconomic Impact of Nosocomial
        Infections: Morbidity, Mortality, Cost, and Prevention. Infection Control and
        Hospital Epidemiology 1996;17:552-558.

167.    Welbel SF, McNeil MM, Kuykendall RJ, Lott TJ, Pramanik A, Silberman R,
        Oberle AD, Bland LA, Aguero SM, Arduino M, Crow S, and Jarvis WR. *Candida
        parapsilosis* Bloodstream Infections in Neonatal Intensive Care Unit Patients:
        Epidemiologic and Laboratory Confirmation of a Common Source Outbreak. Journal
        of Pediatric Infectious Diseases 1996;15:998-1002.

168.    Kellerman S, Shay D, Howard J, Feusner J, Rosenberg J, Vugia D, and Jarvis W.
        Bloodstream Infections in Home Infusion Patients: the Influence of Race and
        Needleless Intravascular Access Devices. Journal of Pediatrics 1996;129:711-717.

169.    Fridkin SK and Jarvis WR. Epidemiology of Nosocomial Fungal Infections.
        Clinical Microbiology Reviews 1996;9:499-511.

170.    Singer DA, Jochimsen EM, Gielarek P, and Jarvis WR. Pseudo-outbreak of
        *Enterococcus durans* Infections and Colonization Associated with the Introduction of
        an Automated Identification System Software Update. Journal of Clinical
        Microbiology 1996;34:2685-2687.

171.    Beck-Sague CM, Jarvis WR, and Martone WJ. Outbreaks Investigations.
        Infection Control and Hospital Epidemiology 1997;18:138-145.

172.    Passaro DJ, Waring L, Armstrong R, Bolding F, Bouvier B, Rosenberg J, Reingold
        WA, McQuitty M, Philpott SM, Jarvis WR, Werner SB, Tompkins LS, and Vugia DJ.

Curriculum Vitae (Cont.)                    - 29 -                    William R. Jarvis, M.D.

Postoperative *Serratia marcescens* Wound Infections Traced to an Out-of-Hospital Source. Journal of Infectious Diseases  1997;175:992-995.

173.    Zaza S, Beck-Sague CM, and Jarvis WR.  Tracing Patients Exposed to Health Care Workers with Tuberculosis.  Public Health Reports  1997;12:153-157.

174.    Shay D, Jarvis WR, and The National Nosocomial Infections Surveillance System. Infections Acquired in the Intensive Care Unit: The Experience of the National Nosocomial Infections Surveillance System.

175.    Ashford DA, Kellerman S, Yakrus M, Brim S, Good RC, Finelli L, Jarvis WR, and McNeil M.  Pseudo-Outbreak of Septicemia Due to Rapidly Growing Mycobacteria Associated with Extrinsic Contamination of Culture Supplement.  Journal of Clinical Microbiology 1997;35:2040-2042.

176.    Manangan LP, Perrotta DM, Banerjee SN, Hack D, Simonds D, and Jarvis WR. Status of Tuberculosis Infection Control Programs at Texas Hospitals, 1989 through 1991.  American Journal of Infection Control  1997;25:229-235.

177.    Kellerman S, Tokars JI, and Jarvis WR.  The Cost of Selected Tuberculosis Control Measures at Hospitals with a History of *Mycobacterium tuberculosis* Outbreaks. Infection Control and Hospital Epidemiology  1997;18:542-547.

178.    Montecalvo MA, Shay DK, Gedris C, Petrullo C, Uman J, Rodney K, Jarvis WR, and Wormser GP.  A Semiquantitative Analysis of the Fecal Flora of Patients with Vancomycin-resistant Enterococci:  Colonized Patients Pose an Infection Control Risk.  Clinical Infectious Diseases  1997;25:929-930.

179.    Sinkowitz RL, Keyserling H, Walker TJ, Holland J, and Jarvis WR.  The Epidemiology of Vancomycin Usage at a Children's Hospital, 1993 through 1995.

Journal of Pediatric Infectious Diseases  1997;16:485-489.

180.    Wenger PN, Tokars JI, Brennan P, Samel C, Bland L, Miller M, Carson L, Arduino M, Edelstein P, Aguero S, Riddle C, O=Hara C, and Jarvis WR.  An Outbreak of *Enterobacter hormaechei* Infection and Colonization in an Intensive Care Nursery. Clinical Infectious Diseases  1997;24:1243-1244.

181.  Ihrig M, Cookson ST, Campbell K, Hartstein AI, and Jarvis WR.  Evaluation of the Acceptability of a Needleless Vascular-Access System by Nurses.  American Journal of Infection Control  1997;25:434-438.

182.  Cookson ST, Lopardo H, Marin M, Arduino R, Rial MJ, Altschuler M, Galanternik L, Swenson JM, Tokars JI and Jarvis WR.  A Study to Determine the Ability of Clinical Laboratories to Detect Antimicrobial Resistant Enterococcus spp, in Buenos Aires,

Curriculum Vitae (Cont.)                - 30 -                William R. Jarvis, M.D.
Argentina.  Diagnostic Microbiology and Infectious Diseases  1997;29:107-110.

183.   Kuehnert MJ, Webb RM, Jochimsen EM, Hancock GA, Arduino MJ, Hand S, Currier M, Jarvis WR.  *Staphylococcus aureus* Bloodstream Infections Among Patients Undergoing Electroconvulsive Therapy Traced to Breaks in Infection Control and Possible Extrinsic Contamination of Propofol.  Anesthesia and Analgesia 1997;85:420-425.

184.   Simonds DN, Horan T, Kelley R, and Jarvis WR.  Detecting Pediatric Nosocomial Infections:  How Do Infection Control and Quality Assurance Personnel Compare? American Journal of Infection Control  1997;25:202-208.

185.   Archibald LK, Corl A, Shah B, Schulte M, Arduino M, Aguero S, Fisher DJ, Stechenberg BW, Banerjee SN, and Jarvis WR.  *Serratia marcescens* Outbreak Associated with Extrinsic Contamination of 1% Chlorxylenol Soap.  Infection Control and Hospital Epidemiology  1997;18:704-709.

186.   Tokars JI, Paul SM, Crane GL, Cetron MS, Finelli L, and Jarvis WR.  Secular Trends in Bloodstream Infection caused by Antimicrobial-Resistant Bacteria in New Jersey Hospitals, 1991-1995.  American Journal of Infection Control  1997;25:395-400.

187.   McDonald LC, Kuehnert MJ, Tenover FC, and Jarvis WR.  Vancomycin-resistant Enterococci Outside the Health-care Setting: Prevalence, Sources, and Public Health Implications. Emerging Infectious Diseases  1997;3:311-317.

188.   McDonald LC and Jarvis WR.  The Global Impact of Vancomycin Resistant

Enterococci. Current Opinions in Infectious Disease  1997;10:304-309.

189.   Archibald LK, Manning ML, Bell LM, Banerjee SN, and Jarvis WR.  Patient Density, Nurse-to-Patient Ratio and Nosocomial Infection Risk in a Pediatric Cardiac Intensive Care Unit.  Pediatric Infectious Diseases Journal  1997;16:1045-1048.

190.   Shay DK, Fann LA, and Jarvis WR.  Respiratory Distress and Sudden Death Associated with Receipt of a Peripheral Parenteral Nutrition Admixture.  Infection Control and Hospital Epidemiology  1997;18:814-817.

191.   Rosenberg J, Tenover FC, Wong J, Jarvis WR, and Vugia D.  Are Clinical Laboratories in California Accurately Reporting Vancomycin-Resistant Enterococci? Journal of Clinical Microbiology 1997;35:2526-2530.

192.   Cookson ST, Nora JJ, Kithas JA, Arduino MJ, Bond WW, Miller PH, Monahan J, Hoffman RE, Curiel T, Kaufman D, Groves BM, and Jarvis WR.  Pyrogenic Reactions in Patients Undergoing Cardiac Catheterization Associated with

Contaminated Glass Medicine Cups.  Catheterization and Cardiovascular Diagnosis 1997;42:12-18.

193.    Manangan LP, Perrotta DM, Banerjee SN, Hack D, Simonds D, and Jarvis WR. Status of Tuberculosis Infection Control Programs at Texas Hospitals, 1989-1991. American Journal of Infection Control 1997;25:229-235.

194.    Cookson ST, Ihrig M, O'Mara E, Hartstein AI, and Jarvis WR.  Use of an Estimation Method to Derive an Appropriate Denominator to Calculate Central Venous Catheter-Associate Bloodstream Infection Rates.   Infection Control and Hospital Epidemiology 1998;19:28-31.

195.    Cookson ST, Ihrig M, O=Mara EM, Denny M, Volk H, Banerjee SN, Hartstein AI, and Jarvis WR.  Increased Bloodstream Infection Rates in Surgical Patients Associated with Variation from Recommended Use and Care Following Implementation of a Needleless Access Device.  Infection Control and Hospital Epidemiology 1998;19:23-27.

196.    Do AN, Fridkin SK, Yechouron AY, Banerjee SN, Killgore GE, Bourgault AM, Jolivet M, and Jarvis WR.  Risk Factors For Early Recurrent *Clostridum difficile*-associated Diarrhea. Clinical Infectious Disease  1998;26:954-959.

197.    Jochimsen EM, Carmicheal WW, An J, Cardo DM, Cookson ST, Holmes C.E.M,

         Antunes MB, Filho DA, Lyra TM, Barreto V, Azevedo S.M.F.O., and Jarvis WR. Liver Failure and Death After Exposure to Microcystins at a Hemodialysis Center in Brazil.  New England Journal of Medicine  1998;383:873-878.

198.    Cookson ST, Corrales JL, Lotero JO, Regueira M, Binsztein N, Reeves MW, and Jarvis WR. Disco Fever: Epidemic meningicoccal disease in Northeastern Argentina Associated with Disco Patronage.  Journal of Infectious Diseases  1998;178:266-270.

199.    Trick WE, and Jarvis WR.  Epidemiology of Nosocomial Fungal Infection in the 1990s.  Ibero Americana Microbiologia  1998;15:2-6.

200.    Chang HJ, Miller HL, Watkin N, Arduino MJ, Ashford D, Midgely G, Agero SM, Pinto-Powell R, Von Reyn CF, Edward W, Pruitt R, McNeil MM, and Jarvis WR. An Epidemic of *Malassezia pachydermatis* in Intensive Care Nursery Associated with Colonization of Health Care Worker Pet Dogs.  New England Journal of Medicine 1998;338:706-711.

201.    Manangan LP, and Jarvis WR.  Prevention of Methicillin-Resistant *Staphylococcus aureus* (MRSA), Methicillin-resistant *Staphylococcus epidermidis* (MRSE), and Vancomycin-resistant Enterococci (VRE) Colonization/Infection.  Antibiotics for Clinicians 1998; 2:33-38.

Curriculum Vitae (Cont.)                - 32 -                William R. Jarvis, M.D.

202.   Reef SE, Lasker BA, Butcher DS, McNeil MM, Pruitt R, Keyserling H, and Jarvis
       WR.  Nonperinatal Nosocomial Transmission of *Candida albicans* in a Neonatal
       Intensive Care Unit: Prospective Study.  Journal of Clinical Microbiology
       1998;36:1255-1259.

203.   Mangram AJ, Archibald LK, Hupert M, Tokars J, Silver C, Brennan PJ, Arduino M,
       Peterson S, Parks S, Raymond A, McCullough M, Jones M, Wassetstein A, Kobrin S,
       and Jarvis WR.  Outbreak of Sterile Peritonitis Among Continuous Cycling Peritoneal
       Dialysis Patients.  Kidney International  1998;54:1367-1371.

204.   Manangan LP, Simonds DN, Pugliese G, Kroc K, Banerjeè SN, Rudnick JR,
       Steingraber K, and Jarvis WR.  Are U.S. Hospitals Making Progress in Implementing
       Guidelines for Prevention of *Mycobacterium tuberculosis* Transmission?   Archives
       Internal Medicine 1998;158:1440-1444.

205.   Al-Rabea AA, Burwen DR, Eldeen MAF, Fontaine RE, Tenover F, and Jarvis WR.
       *Klebsiella pneumoniae* Bloodstream Infections in Neonates in a Hospital in the
       Kingdom of Saudi Arabia.  Infection Control and Hospital Epidemiology

       1998;19:674-679.

206.   Kellerman S, Tokars JI, and Jarvis WR.  The Costs of a Health Care Worker
       Respiratory Protection and Fit-Testing Programs.  Infection Control and Hospital
       Epidemiology 1998;19:629-634.

207.   The Working Group on Prevention of Invasive Group A Streptococcal Infections.
       Prevention of Invasive Group A Streptococcal Disease Among Household Contacts
       of Case-Patients.  Is Prophylaxis Warranted.  Journal of the American Medical
       Association  1998;279:1206-1210.

208.   Jarvis WR.  Epidemiology, Appropriateness, and Cost of Vancomycin Use.  Clinical
       Infectious Diseases  1998;26:1200-1203.

209.   Pfaller MA, Messer SA, Houston A, Rangel-Frausto MS, Wiblin T, Blumberg HM,
       Edwards JE, Jarvis WR, Martin MA, Neu HC, Saiman L, Patterson JE, Dibb JC,
       Roldan CM, Rinaldi MG, and Wenzel RP.  National Epidemiology of Mycoses
       Survey: A Multi-center Study of Strain Variation and Antifungal Susceptibility
       Among Isolates of Candida Species.  Diagnostic Microbiology and Infectious
       Diseases  1998;31:289-296.

210.   McDonald LC, Walker M, Carson L, Arduino M, Aguero SM, Gomez P, McNeil P,
       and Jarvis WR.  Outbreak of Acinetobacter Bloodstream Infections in a Nursery
       Associated with Contaminated Aerosols and Air Conditioners.  Pediatric Infectious
       Diseases Journal 1998;17:716-727.

Curriculum Vitae (Cont.)                    - 33 -                    William R. Jarvis, M.D.

211.   McAllister SK, Pearson ML, Bland LA, Arduino MJ, Aguero SM, Jarvis WR and the
       Latex Study Group.  Comparison of Serologic Immunoassays for the Detecting of
       Latex-Specific IgE in Sera.  Journal of Clinical Ligand Assay  1998;21:335-339.

212.   Wenger PN, Brown JM, McNeil MM, and Jarvis WR.  *Nocardia farcinica*
       Sternotomy Site Infections in Patients following Open Heart Surgery.  Journal of
       Infectious Diseases 1998;178:1539-1543.

213.   Jochimsen EM, Frenette C, Delorme M, Arduino M, Aguero S, Carson LA, Ismail J,
       Lapierre S, Czyziw E, Tokars JI, and Jarvis WR.  A Cluster of Bloodstream
       Infections and Pyrogenic Reactions Among Hemodialysis Patients Traced to Dialysis
       Machine Waste-Handling Option Units.  American Journal of Nephrology
       1998;18:485-489.

214.   Kellerman SE, Simond D, Banerjee SN, Towsley J, Stover B, APIC and Jarvis WR.

       APIC and CDC Survey of *Mycobacterium tuberculosis* Isolation and Control
       Practices in Hospitals Caring for Children. Part I: Patient and Family Isolation
       Policies and Procedures.  American Journal of Infection Control  1998;26:478-482.

215.   Kellerman SE, Simond D, Banerjee SN, Towsley J, Stover B, APIC and Jarvis WR.
       APIC and CDC Survey of *Mycobacterium tuberculosis* Isolation and Control
       Practices in Hospitals Caring for Children. Part II: Environmental and Administrative
       Controls.  American Journal of Infection Control  1998;26:483-487.

216.   McDonald LC, Banerjee SN, and Jarvis WR.  Line-Associated Bloodstream
       Infections in Pediatric Intensive Care Unit Patients Associated with Needleless
       Device and Intermittent Intravenous Therapy.  Infection Control and Hospital
       Epidemiology  1998;19:772-777.

217.   Kellerman S, Chan J, and Jarvis WR.  Use of Urokinase in Pediatric
       Hematology/Oncology Patients.  American Journal of Infection Control
       1998;26:502-506.

218.   Kuehnert MJ, Clark E, Lockhart SR, Soll DR, Chia J, and Jarvis WR.  *Candida
       albicans* Endocarditis Associated with a Contaminated Aortic Valve Allograft:
       Implications for Regulation of Allograft Processing.  Clinical Infectious Diseases
       1998;27:688-691.

219.   Cochran RL and Jarvis WR.  Antimicrobial Use and Resistance: Solutions to the
       Problem Satellite Videoconference. Current Issues in Antibiotics  1998;1:2.

220.   Toscano CM and Jarvis WR.  Epidemiology and Clinical Aspects of Unusual Fungal
       Nosocomial Infections.  Clinical Updates in Fungal Infections  1999;2:1-5.

Curriculum Vitae (Cont.)                  - 34 -                  William R. Jarvis, M.D.

221.   Jason J, Archibald L, McDonald LC, Hart M, Rheanppumikankit S,
       Tansuphwaswadikul S, Byrd MG, Larned J, Han A, Green TA, and Jarvis WR.
       Immune Determinants of Organism and Outcome in Febrile Hospitalized Thai
       Patients with Bloodstream Infections.  Clinical and Diagnostic Laboratory
       Immunology  1999;6:73-78.

222.   Smith TL, Pearson ML, Wilcox KR, Cruz C, Lancaster MV, Robinson-Dunn B,
       Tenover FC, Zervos M, Band JD, White E, Jarvis WR and the Glycopeptide-
       Intermediate *Staphylococcus aureus* Working Group.  Emergence of Vancomycin
       Resistance in *Staphylococcus aureus*.  New England Journal of Medicine
       1999;340:493-501.

223.   Garrett DO, Jochimsen E, Murfitt K, Hill B, McAllister S, Nelson P, Spera R, Sall R,
       Tenover FC, Johnston J, Zimmer B and Jarvis WR.  The Emergence of Decreased
       Susceptibility to Vancomycin in *Staphylococcus epidermidis*.  Infection Control and
       Hospital Epidemiology 1999;17:167-170.

224.   Jochimsen EM, Fish L, Manning K, Young S, Singer DA, Bacher R, and Jarvis WR.
       Control of Vancomycin-resistant Enterococci at a Community Hospital: Efficacy of
       Patients and Staff Cohorting.  Infection Control and Hospital Epidemiology
       1999;20:106-110.

225.   Tokars JI, Sachiko S, Rimland D, Carson L, Miller E, Killum E. Sinkowitz-Cochran
       R, Arduino M, Tenover F, Marston B, and Jarvis WR.  The Prevalence of
       Colonization with Vancomycin-Resistant Enterococci at a Veteran=s Affairs
       Institution.  Infection Control and Hospital Epidemiology 1999;20:171-175.

226.   Garrett DO, Jochimsen E, and Jarvis WR.  Invasive Aspergillosis spp. Infection in
       Rheumatology Patients.  The Journal of Rheumatology  1999;26:146-149.

227.   Do AN, Ray BJ, Banerjee SN, Illian AF, Barnett B, Pham MH, Hendricks KA, and
       Jarvis WR.  Bloodstream Infections Associated with Needleless Device Use and the
       Importance of Infection Control Practices in Home Health Care Setting.  Journal of
       Infectious Diseases 1999;179:4442-4448.

228.   McDonald LC, Garza LR, and Jarvis WR.  Proficiency of Clinical Laboratories in and
       near Monterrey, Mexico to Detect Vancomycin-Resistant Enterococci.  Emerging
       Infectious Diseases Journal  1999;5:143-146.

229.   Archibald LK, Romas M, Arduino MJ, Aguero SM, Deseda C, Banerjee S, and Jarvis
       WR. *Enterobacter cloacae* and *Pseudomonas aeruginosa* Polymicrobial Bloodstream
       Infections Traced to Extrinsic Contamination of a Dextrose Multidose Vial.  Journal
       of Pediatrics 1999;133:640-644.

Curriculum Vitae (Cont.)                    - 35 -                    William R. Jarvis, M.D.

230.   Kramer MH, Mangram AJ, Pearson ML, and Jarvis WR.  Surgical Site Complications
       Associated with Morphine Nerve Paste Used for Postoperative Pain Control After
       Laminectomy.  Infection Control and Hospital Epidemiology 1999;20:183-186.

231.   Talan DA, Moran GJ, Mower WR, Newdow M, Ong S, Slutsker L, Jarvis WR, Conn
       LA, and Pinner RW and the Emergency ID NET Study Group.  Emergency ID NET:
       An Emergency Department-Based Emerging Infections Sentinel Network.  Clinical
       Infectious Diseases  1999;28:401-403.

232.   Manangan LP, Collazo ER, Tokars J, Paul S, and Jarvis WR.  Trends in Compliance
       With the Guideline for Preventing the Transmission of *Mycobacterium tuberculosis*
       Among New Jersey Hospitals, 1989 to 1996.  Infection Control and Hospital
       Epidemiology 1999;20:337-341.

233.   Mangram AJ, Horan TC, Pearson ML, Silver LC, and Jarvis WR.  Guideline for
       Prevention of Surgical Site Infection, 1999.  Centers for Disease Control and
       Prevention (CDC) Hospital Infection Control Practices Advisory Committee.
       Infection Control and Hospital Epidemiology  1999;20:250-278.

234.   Roth VR, and Jarvis WR.  Emerging Therapeutic TargetsBCombating Antimicrobial
       Resistance in Hospitals.  Emerging Therapeutic Targets  1999;373-88.

235.   Shah SS, Sinkowitz-Cochran, Keyserling H, and Jarvis WR.  Vancomycin Use in
       Pediatric Cardiothoracic Surgery Patients.  Pediatric Infectious Disease Journal
       1999;18:558-560.

236.   Do AN, Limpakarnjarat K, Uthaivoravit W, Zuber P, Korattana S, Binkin N, Mastro
       TD, and Jarvis WR.  Increased Risk of *Mycobacterium tuberculosis* Infection
       Related              to  Occupational Exposures of Healthcare Workers in Chiang Rai,
       Thailand.  Journal     of the International Union Against Tuberculosis  1999;3:377-381.

237.   Burwen DR, Margo C, McNeil M, Brown J, Tapelband G, Jenkins R, and Jarvis WR.
       A Pseudoepidemic of Postoperative Scleritis Due to Misdiagnosis.  Infection Control
       and Hospital Epidemiology  1999;20:539-542.

238.   Dembek Z, Kellerman S, Ganley L, Capacchione C, Tenover F, Cartter M,
       Kruiningen V, Jarvis WR, and Hadler J.  Reporting of Vancomycin-resistant
       Enterococcus in Connecticut: Implementation and Validation of a State-Based
       Surveillance System.  Infection Control and Hospital Epidemiology  1999;20:671-
       675.

239.   Kuehnert MJ, Jernigan JA, Pullen AL, Rimland D and Jarvis WR.  Association
       Between Mucositis Severity and Vancomycin-resistant Enterococcal Bloodstream
       Infection in Hospitalized Cancer Patients.  Infection Control and Hospital

Curriculum Vitae (Cont.)                    - 36 -                    William R. Jarvis, M.D.
        Epidemiology  1999;20:660-663.

240.   Archibald LK, McDonald LC, Rheanpumikankit S, Tansuphaswadikul S,
       Chaovanich A, Eampokalap B, Banerjee SN, Reller LB, and Jarvis WR.  Fever and
       Human Immunodeficiency Virus Infection as Sentinels for Emerging Mycobacterial

       and Fungal Bloodstream Infections in Hospitalized Patients ≤15 years Old,
       Bangkok.  Journal of Infectious Diseases  1999;180:87-92.

241.   Shah SS, Sinkowitz-Cochran, Keyserling H, and Jarvis WR.  Vancomycin Use in
       Pediatric Neurosurgery Patients.  American Journal of Infection Control
       1999;27:482-497.

242.   Mangram AJ, Horan TC, Pearson ML, Silver LC, and Jarvis WR.  Guideline for
       Prevention of Surgical Site Infection, 1999.  Centers for Disease Control and
       Prevention (CDC) Hospital Infection Control Practices Advisory Committee.
       American Journal of Infection Control  1999;27:97-132.

243.   Trick WE, Kuehnert MJ, Quirk SB, Arduino MJ, Aguero SM, Carson LA, Hill BC,
       Banerjee SN, and Jarvis WR.  Regional Dissemination of Vancomycin-resistant
       Enterococci Resulting from Inter-facility Transfer of Colonized Patients.  Journal of
       Infectious Diseases  1999;180:391-396.

244.   Smith T and Jarvis WR.  Understanding Antimicrobial Resistance in *Staphylococcus
       aureus*.  Microbes and Infection  1999;1:795-805.

245.   McDonald LC, Archibald LK, Rheanpumikankit S, Tansuphaswadikul S,
       Eampokalap B, Kazembe P, Dobbie H, Nwanyanwu O, Reller LB, and Jarvis WR.
       Unrecognized *Mycobacterium tuberculosis* Bloodstream Infections Among
       Hospitalized Patients in the Developing World.  Lancet 1999;354:1159-1163.

246.   Manangan LP, Archibald LK, Pearson ML, Duffy RE, Garrett DO, Alonso-
       Echanove J, Richet HM, Parvez FM, and Jarvis WR.   Selected Global Healthcare
       Activities of the Hospital Infections Program, Centers for Disease Control and
       Prevention.  American Journal of Infection Control  1999;27:270-274.

247.   McDonald LC, Banerjee S, Jarvis WR, and The NNIS System.  Seasonal Variation
       of *Acinetobacter* spp. Infections, 1987-1996.  Clinical Infectious Diseases
       1999;29:1133-1137.

248.   Alonso-Echanove Juan, Robles B, Jarvis WR, and the Spanish VRE Study Group.
       Proficiency of Clinical Laboratories in Spain in Detecting Vancomycin–resistant
       Enterococcus spp.  Journal of Clinical Microbiology 1999;37:2148-2152.

249.   Montecalvo MA, Jarvis WR, Unan J, Shay DK, Petrullo C, Rodney K, Gedris C,

Curriculum Vitae (Cont.)                   - 37 -                   William R. Jarvis, M.D.

Horowitz H, and Wormser GP.  Infection-Control Measures Reduce Transmission of

Vancomycin-resistant Enterococcus in an Endemic Setting.  Annals of Internal Medicine  1999;131:269-272.

250.  Rangel-Frausto MS, Wiblin T, Blumberg HM, Saiman L, Patterson J, Rinaldi M, Pfaller M, Edwards JE Jr., Jarvis W, Dawson J, Wenzel RP, and the NEMIS Study Group.  National Epidemiology of Mycosis Survey (NEMIS): Variations in Rates of Bloodstream Infections Due to *Candida* Species in Seven Surgical Intensive Care Units and Six Neonatal Intensive Care Units.  Clinical Infectious Diseases 1999:29:253-258.

251.  Marco F, Lockhart SR, Pfaller MA, Pujol C, Rangel-Frausto MS, Wiblin T, Blumberg HM, Edwards JE Jr, Jarvis WR, Saiman L, Patterson JE, Rinaldi MG, Wenzel RP, The NEMIS Study Group, and Soll DR.   Elucidating the Origins of Nosocomial Infections with *Candida albicans* by DNA Fingerprinting with the Complex Probe Ca3.   Journal of Clinical Microbiology 1999; 37:2817-2828.

252.  Richards C and Jarvis W.  Lessons From Recent Nosocomial Epidemics.  Current Opinions in Infectious Diseases 1999;12:327-334.

253.  Toscano CM and Jarvis WR.  Emerging Issues in Nosocomial Fungal Infections.  Current Infectious Disease Reports 1999;1:347-361.

254.  McNeil MM, Lasker BA, Lott TJ, and Jarvis WR.  Post-surgical *Candida albicans* Infections Associated with an Extrinsically Contaminated Intravenous Anesthetic Agent.  Journal of Clinical Microbiology  1999;37:1398-1403.

255.  Brendenberg HR, Manangan LP, and Jarvis.   Selected Hospital Infections Program Outbreak Investigations Over the Past Five Years.  Infection Control Today 1999;3:26-30.

256.  Kellerman S, Saiman L, Soto-Irizarry M, San Gabrial P, Larsen CA, Besser R, Catzanero A, and Jarvis WR.  Costs Associated with Tuberculosis Control Programs at Hospitals Caring for Children.  Pediatric Infectious Diseases Journal 1999;18:604-608.

257.  Tokars JI, Cookson ST, McArthur MA, Boyer CL, McGreer AJ, and Jarvis WR.  Prospective Evaluation of Risk Factors for Bloodstream Infection in Patients Receiving Home Infusion Therapy.   Annals of Internal Medicine 1999;131:340-347.

259.  Labarca JA, Trick WE, Peterson CL, Carson LA, Holt SC, Arduino MJ, Mascola L, and Jarvis WR.  A Multistate Nosocomial Outbreak of *Ralstonia pickettii*

Curriculum Vitae (Cont.)                - 38 -                William R. Jarvis, M.D.

Colonization Associated with an Intrinsically Contaminated Respiratory Care Solution. Clinical Infectious Diseases 1999;29:1281-1286.

260.   Wang SA, Levin RB, Carson LA, Arduino MJ, Killar T, Grillo FG, Pearson ML, and Jarvis WR. An Outbreak of Gram-Negative Bacteremia in Hemodialysis Patients Traced to Hemodialysis Machine Waste Drain Ports. Infection Control and Hospital Epidemiology 1999;20:746-751.

261.   Chen IL, Eckhardt JN, Sinkowitz-Cochran RL, and Jarvis WR. Satellite Videoconferencing for Healthcare Workers: Audience Characteristics and the Importance of Continuing Education Credits. Infection Control and Hospital Epidemiology 1999;20:778-780.

262.   Labarca JA, McDonald LC, Pinto ME, Palavecino E, Gonzalez P, Cona E, Fernandez A, Giglio MS, and Jarvis WR. Proficiency in Detecting Vancomycin Resistance in Enterococci Among Clinical Laboratories in Santiago, Chile. Emerging Infectious Diseases Journal 1999;5:839-840.

263.   Smith TL and Jarvis WR. Antimicrobial Resistance in *Staphylococcus aureus*. Microbes and Infection 1999:1;795-805.

263.   Granich R, Binkin NJ, Jarvis WR, Simone PM, Rieder HL, Espinal MA, and Kumaresan J. Guidelines for the Prevention of Transmission of *Mycobacterium tuberculosis* in Health Care Facilities in Resource-Limited Settings. World Health Organization (WHO/TB/99.269), 1999.

264.   Trick WE, Scheckler WE, Tokars JI, Jones KC, Smith EM, Reppen ML, and Jarvis WR. Modifiable Risk Factors Associated with Coronary Artery Bypass Graft Deep Sternal Site Infection. Journal of Thoracic and Cardiovascular Surgery 2000;49:108-114.

265.   El-Sayed NM, Gomatos PJ, Beck-Sague CM, Dietrich U, VonBriesen H, Osmanor S, Espana J, Arthur RR, Wahdan MH, and Jarvis WR. Epidemic Transmission of Human Immunodeficiency Virus in Hemodialysis Centers in Egypt. Journal of Infectious Diseases 2000:181;91-98.

267.   Robert J, Fridkin SK, Blumberg HM, Anderson B, White N, Ray SM, Chan J, and Jarvis WR. The Influence of the Composition of the Nurse to Staffing Ratio on Primary Bloodstream Infection Rates in a Surgical Intensive Care Unit. Infection Control and Hospital Epidemiology 2000:21;12-18.

268.   Saimon L, Ludington E, Pfaller M, Rangel-Frausto S, Wiblin RT, Dawson J,

Blumberg HM, Patterson JE, Rinaldi M, Edwards JE, Martin MA, Wenzel RP, and Jarvis WR. Risk Factors for Candidemia in Neonatal Intensive Care Unit Patients. The National Epidemiology of Mycosis Survey Study Group. Pediatric Infectious Diseases Journal 2000:19;319-324.

269. Roth VR and Jarvis, WR. Outbreaks of Infection and/or Pyrogenic Reactions in Dialysis Patients. Seminars in Dialysis 2000:13;92-96.

270. Archibald LK, McDonald LC, Nwanyanwu O, Kazembe P, Dobbie H, Tokars J, Reller, B, and Jarvis, WR. A Hospital-based Prevalence Survey of Bloodstream Infections in Febrile Patients in Malawi: Implications for Diagnosis and Therapy. Journal of Infectious Diseases 2000:181;1414-1420.

271. Duffy R, Tomashek K, Spangenberg M, Spry L, Dwyer D, Safranek, TJ, Ying C, Portesi D, Divan H, Kobrenski J, Arduino M, Tokars J, and Jarvis WR. Multi-state Outbreak of Hemolysis in Hemodialysis Patients Traced to Faulty Blood Tubing Sets. Kidney International 2000:57;1668-1674.

271. Hutter JC, Kuehnert MJ, Wallis RR, Lucas AD, Sen S, and Jarvis WR. Acute Onset of Decreased Vision and Blindness Traced to Hemodialysis Treatment with Aged Dialyers. Journal of the American Medical Association 2000:283;2128-2134.

272. Kim SD, McDonald LC, Miller JM, McAllister SK, Jerris R, Carson LA, and Jarvis WR. Determining the Significance of Coagulase-negative Staphylococci from Blood Cultures at a Community Hospital: A Role for Species and Strain Identification. Infection Control and Hospital Epidemiology 2000:21;213-217.

273. Manangan LP, Banerjee SN and Jarvis WR. Association Between Implementation of CDC Recommendations and Ventilator-Associated Pneumonia at Selected U.S. Hospitals. American Journal of Infection Control 2000;28:222-227.

274. Trick WE, Kioski CM, Howard KM, Cage GD, Tokars JL, Ben BM, and Jarvis WR. Outbreak of *Pseudomonas aeruginosa* Ventriculitis Among Patients in a Neurosurgical Intensive Care Unit. Infection Control and Hospital Epidemiology

2000:21;204-208.

275. Trick WE, Scheckler WE, Tokars JL, Jones KC, Smith EM, Reppen ML, and Jarvis WR. Risk Factors for Radial Artery Harvest Site Infection Following Coronary Artery Bypass Graft Surgery. Journal of Thoracic and Cardiovascular Surgery 2000:49;108-114.

276. Moolenaar RL, Crutcher JM, San Joaquin VH, Sewell LV, Hutwagner LC, Carson LA, Robison DA, Smithee LM, and Jarvis WR. A Prolonged Outbreak of *Pseudomonas aeruginosa* in a Neonatal Intensive Care Unit: Did Staff Fingernails

Curriculum Vitae (Cont.)                - 40 -                William R. Jarvis, M.D.
Play a Role in Disease Transmission?  Infection Control and Hospital Epidemiology 2000;21;80-85.

277.   Manangan LP, Bennett CL, Tablan N, Simonds DN, Pugliese G, Collazo E, and Jarvis WR.  Nosocomial Tuberculosis Prevention Measures Among Two Groups of U.S. Hospitals, 1992 to 1996.  Chest 2000;117;380-384.

278.   Wang SA, Tokars JI, Bianchine PJ, Carson LA, Arduino MJ, Smith AL, Hansen NC, Fitzgerald EA, Epstein JS, and Jarvis WR.  *Enterobacter cloacae* Bloodstream Infections Traced to Intrinsically Contaminated Human Albumin.  Clinical Infectious Diseases 2000;30;35-40.

279.   Hopkins HA, Sinkowitz-Cochran RL, Rudin BA, Keyserling HL, and Jarvis WR.  Vancomycin Use in Pediatric Hematology-Oncology Patients.  Infection Control and Hospital Epidemiology  2000;21;48-50.

280.   Alexander LN and Jarvis WR.  Surveillance and Control of Surgical Site Infections.  AORN Surgical Services Management, March 2000.

281.   Archibald LK, McDonald LC, Addison RM, McKnight C, Byrne T, Dobbie H, Nwanyanwu O, Kazembe P, Reller LB, and Jarvis WR.  Comparison of the BACTEC MYCO/F LYTIC and WAMPOLE ISOLATOR 10 (Lysis-Centrifugation) Systems for Detection of Bacteremia, Mycobacteremia, and Fungemia in a Developing Country.  Journal of Clinical Microbiology  2000;38:2994-2997.

282.   Beltrami EM, Singer DA, Fish L, Manning K, Young S, Banerjee SN, Baker R and Jarvis WR.  Risk Factors for Acquisition of Vancomycin-resistant Enterococci Among
Patients on a Renal Ward During a Community Hospital Outbreak.  American Journal of Infection Control  2000;28:282-285.

283.   Manangan LP, Jarvis WR.  Preventing multidrug-resistant tuberculosis and errors in tuberculosis treatment around the globe.  Chest. 2000;117:620-3.

284.   Sinkowitz RL, Cazes C, Chinn RY, Vargo J, and Jarvis WR.  When Clusters Occur: Illustrative Example and Statistical Dilemma.   American Journal of Infection Control 2000;28:325-326.

285.   Duffy RE, Brown SE, Caldwell KL, Lubniewski A, Anderson N, Edelhauser H, Holley G, Tess A, Divan H, Helmy M, Arduino M,  Jarvis WR, and the Toxic Endothelial Cell Destruction Syndrome Investigative Team.  Toxic Endothelial Cell Destruction of the Cornea Following Intra-ocular Surgery Associated with Trace Element Contamination of Instruments Sterilized by Plasma Gas.   Archives of Ophthalmology  2000;118:1167-1176.

Curriculum Vitae (Cont.)                    - 41 -                    William R. Jarvis, M.D.

286.   Sohn AH, Sinkowitz-Cochran RL, and Jarvis WR.  Program Overview: The Reality Check Sessions at the 4th Decennial International Conference on Nosocomial and Healthcare-Associated Infections.  Infection Control and Hospital Epidemiology 2000;21:742-744.

287.   Roth VR, Murphy C, Perl TM, DeMaria A, Sohn AH, Sinkowitz-Cochran RL, and Jarvis WR.  Should We Routinely Use Mupirocin to Prevent Staphylococcal Infections?  Infection Control and Hospital Epidemiology  2000;21:745-750.

288.   Sinkowitz-Cochran RL, Stein GP, Keyserling HL, Levine GL, Jarvis WR, the Pediatric Prevention Network.  The Internet: A Practical Example of the Use New Technology in the Assessment of Vancomycin Use in Pediatrics.  American Journal of
Infection Control 2000;28:459-464.

289.   Sinkowitz-Cochran RL and Jarvis WR.  Evaluation of a Satellite Education Program on the Prevention and Control of Antimicrobial Resistance.  American Journal of Infection Control 2000;28:392-400.

290.   Nguyen GT, Proctor SE, Sinkowitz-Cochran RL, Garrett DO, Jarvis WR, and APIC.  Status of Infection Surveillance and Control Programs in the United States, 1992-1996.  American Journal of Infection Control  2000;28:392-400.

291.   Buchholz U, Richards C, Murthy R, Arduino M, Pon D, Schwartz W, Fontanilla E, Pegues C, Boghossian N, Peterson C, Kool J, Mascola L and Jarvis WR.  Pyrogenic Reactions Associated with Single Daily Dosing of Intravenous Gentamicin.  Infection Control and Hospital Epidemiology  2000;21:771-774.

292.   Coignard B, Siegel JD, Weinstein RA, Sohn AH, Sinkowitz-Cochran RL, and Jarvis WR.  How Should We Control Antimicrobial Use?: Current Practices and Controversies.  Infection Control and Hospital Epidemiology  2000;21:792-795.

293.   Roth VR, Arduino MA, Novelletti J, Holt SC, Carson LA, Wolf CFW, Leves BA, Allison PM and Jarvis WR.  Transfusion-Related Sepsis Due to *Serratia liquifaciens* in the United States.  Transfusion  2000;40:931-935.

294.   Sternfield IE, Divan HA, Manangan LP, Pearson ML, Richet HM, and Jarvis WR.  Investigating Outbreaks in Healthcare Settings.  Infection Control Today 2000;2:43-44.

295.   Robles Garcia MB, Diaz Arguello JJ, Rey Galan C, Orejas Rodriquez-Atango G, and Jarvis WR.  Factores De Riesgo De Bacteriemia Nosocomial Segum La Naturaleza De La Infection En La Unidad De Cuidados Intensivos Neonatal Es El Estrafilococcus Coagulasa Negatvo Un Contaminante O Un Pathogeno? Hospital

Curriculum Vitae (Cont.)                    - 42 -                    William R. Jarvis, M.D.
Grady Memorial, Atlanta, EE.UU.  Rev Esp Pediatrics 2000;56:387-394.

296.   Jason J, Buchanan I, Archibald L, Nwanyanwu OC, Bell M, Eick A, Han A, Razsi D, Kazembe PN, Dobbie H, Midathada M, and Jarvis WR.  Natural T and Natural Killer Cells in Mycobacterial, Salmonella, and HIV Infection.  Journal of Infectious Diseases 2000;182:474-481.

297.   Ostrowsky B, Steinberg JT, Farr B, Sohn AH, Sinkowitz-Cochran RL, and Jarvis WR.  Should We Try to Detect and Isolate VRE-Colonized/Infected Patients? Infection Control and Hospital Epidemiology  2001;22:116-120.

298.   Burwen DR, Lasker BA, Rao N, Durry E, Padhye AA, and Jarvis WR.  Invasive Aspergillosis Outbreak on a Hematology-Oncology Ward.  Infection Control and Hospital Epidemiology  2001;22:45-48.

299.   Alvarado F, Alter MJ, Bower W, Henderson DK, Sohn AH, Sinkowitz-Cochran RL, and Jarvis WR.  Management of Occupational Exposures to HCV: Current Practices and Controversies.  Infection Control and Hospital Epidemiology 2001;22:53-55.

300.   Grohskopf LA, Maki DG, Sohn AH, Sinkowitz-Cochran RL, Jarvis WR, and Goldmann DA.  Should We Use Vancomycin for the Prophylaxis of Intravascular Catheter-Associated Infections?  Infection Control and Hospital Epidemiology 2001;22:176-179.

301.   Sohn AH, Ostrowsky BE, Sinkowitz-Cochran RL, Quirk SB, and Jarvis WR. Evaluation of a Successful Vancomycin-resistant Enterococcus Prevention Intervention in a Community of Healthcare Facilities.  American Journal of Infection Control  2001;29:53-57.

302.   Trick WE, Weinstein RA, DeMarais PL, Kuehnert MJ, Tomaska W, Nathan C, Rice T, McAllister SK, Carson LA, Jones KC, and Jarvis WR.  Colonization of Skilled Care Facility Residents with Antimicrobial-Resistant Pathogens.  Journal of American Geriatrics Society  2001;49:270-276.

303.   Jarvis WR.  Infection Control and Changing Health-Care Delivery Systems. Emerging Infectious Diseases  2001;7:170-173

304.   Richet HM, Mohammed J, McDonald LC, and Jarvis WR.  Building Communication Networks: International Network for the Study and Prevention of Emerging Antimicrobial Resistance.  Emerging Infectious Diseases  2001;7:319-322.

305.   Manning ML, Archibald LK, Bell LM, Banerjee SN, and Jarvis WR.  *Serratia marcescens* Transmission in a Pediatric Cardiac Intensive Care Unit: A Multifactorial Occurrence.  American Journal of Infection Control  2001;29:115-119.

Curriculum Vitae (Cont.)                    - 43 -                    William R. Jarvis, M.D.

306.  Manangan LP, Pugliese G, Lynch P, Jackson M, Sohn AH, Sinkowitz-Cochran RL, and Jarvis WR.  Infection Control Dogma - Top Ten Suspects.  Infection Control and Hospital Epidemiology 2001;22:243-247.

307.  Kellerman SE, Saiman L, San Gabriel P, Besser R, and Jarvis WR.  Observational Study of the Use of Infection Control Interventions for *Mycobacterium tuberculosis* in Pediatric Facilities.  Pediatric Infectious Diseases  Journal 2001;20:566-570.

308.  Blumberg HM, Jarvis WR, Soucie JM, Edwards JE Jr, Patterson JE, Pfaller MA, Rangel-Frausto MS, Rinaldi MG, Saiman L, Wiblin RT, Wenzel RP, and the NEMIS Study Group.  Risk Factors for Candida Bloodstream Infections in Surgical Intensive Care Unit Patients: the NEMIS Prospective Multicenter Study.  Clinical Infectious Diseases 2001;33:177-187.

309.  Alonso-Echanove J, Granich R, Laxlo A, Chu R, Borja N, Farfan R, Olortegui A, Lorenzo M, Binkin NJ, and Jarvis WR.  Occupational Transmission of *Mycobacterium tuberculosis* to Health Care Workers in a University Hospital in Lima, Peru.  Clinical Infectious Diseases 2001;33:589-596.

310.  Grohskopf LA, Roth VR, Feikin DR, Arduino MJ, Carson LA, Tokars JI, Holt SC, Hoffman RE, and Jarvis WR.  *Serratia liquefaciens* Bloodstream Infections From Contamination of Epoetin Alfa at a Hemodialysis Center.  New England Journal of Medicine 2001;344:1491-1497.

311.  Ostrowsky BE, Trick WE, Sohn A, Quirk SB, Holt S, Carson LA, Hill BC, Arduino MJ, Kuehnert M, and Jarvis WR.  Control of Vancomycin-Resistant Enterococcus Colonization in Healthcare Facilities In A Region.  New England Journal of Medicine  2001;344:1427-1433.

312.  Pearson ML, Levine WC, Finton RJ, Ingram CT, Gay KB, Tapelband G, Smith JD, and Jarvis WR.  Anesthesia-associated Carbon Monoxide Exposures Among Surgical Patients. Infection Control and Hospital Epidemiology 2001;22:352-356.

313.  Stover BH, Shulman ST, Bratcher D, Brady MT, Levine GL, Jarvis WR, and the Pediatric Prevention Network.  Nosocomial Infection Rates in U.S. Children's Hospitals' Neonatal and Pediatric Intensive Care Units.  American Journal of Infection Control 2001;29:152-157.

314.  Girouard S, Levine G, Goodrich K, Jones S, Keyserling H, Rathore M, Rubens C, Williams E, and Jarvis WR.  Infection Control Programs at Children=s Hospitals: A Description of Structures and Processes.  American Journal of Infection Control 2001;29:145-151.

Curriculum Vitae (Cont.)                    - 44 -                    William R. Jarvis, M.D.

315. Girouard S, Levine G, Goodrich K, Jones S, Keyserling H, Rathore K, Rubens C, Williams E, Jarvis WR and the Pediatric Prevention Network. Pediatric Prevention Network: A Multi-center Collaboration to Improve Health Care Outcomes. American Journal of Infection Control 2001;29:158-161.

316. Jason J, Archibald LK, Nwanyanwu OC, Bell M, Buchanan I, Larned J, Kazembe PN, Dobbie H, Parekh B, Byrd MG, Eick A, Han A, Razsi D, and Jarvis WR. Cytokine and Malaria Parasitemia. Clinical Immunology 2001;100:208-218.

317. Lew E, Gallagher L, Kuehnert M, Rimland D, Hubbard M, Parekh B, Zell E, Jarvis W, and Jason J. Intracellular Cytokines in the Acute Response to Highly Active Antiretroviral Therapy. AIDS 2001;15:1665-1670.

318. Alonso-Echanove J, Sha SS, Velanti AJ, Dirrigl SN, Carson LA, Arduino M, and Jarvis WR. Nosocomial Outbreak of *Microbacterium* spp. Bacteremia Among Cancer Patients. Journal of Infectious Diseases 2001;184:754-760.

319. Bell M, Archibald L, Nwanyanwu O, Dobbie H, Tokars J, Kazembe P, Reller LB, and Jarvis WR. Seasonal Variation in the Etiology of Bloodstream Infections in a Febrile Inpatient Population in a developing Country. International Journal of Infectious Diseases 2001;5:63-69.

320. Montecalvo MA, Jarvis WR, Uman J, Shay DK, Petrullo C, Horowtiz HW, and Wormser GP. Costs and Savings Associated with Infection Control Measures That Reduced Transmission of Vancomycin-resistant Enterococci in an Endemic Setting. Infection Control and Hospital Epidemiology 2001;22:437-442.

321. Tokars JI, McKinney GF, Otten J, Woodley C, Sordillo EM, Caldwell J, Liss CM, Gilligan ME, Diem L, Onorato I, and Jarvis WR. Use and Efficacy of Tuberculosis Infection Control Practices at Hospitals with Previous Outbreaks of Multidrug-Resistant Tuberculosis. Infection Control and Hospital Epidemiology 2001;22:449-455.

322. Robles Garcia MB, Diaz Arguello JJ, Jarvis WR, Orejas Rodriquez-Arango G, and Rey Galan C. Risk Factors Associated With Nosocomial Bacteremia in Low Birth Weight Neonates, Grady Memorial Hospital, Atlanta. Gaceta Sanitaria 2001;15:111-117.

323. Brown TT, Proctor SE, Sinkowitz-Cochran RL, Smith TL, Jarvis WR, and the Society for Healthcare Epidemiology of America, Inc. Physician Preferences for Continuing Medical Education With a Focus on the Topic of Antimicrobial Resistance: Society for Healthcare Epidemiology of America. Infection Control and Hospital Epidemiology 2001;22:656-660.

324. DeGentile A, Rivas N, Sinkowitz-Cochran RL, Momesso T, Iriart EM, Lopez E,

Curriculum Vitae (Cont.)                      - 45 -                      William R. Jarvis, M.D.

Beck-Sague CM and Jarvis WR.  Nosocomial Infections in a Children's Hospital in Argentina: Impact of a Unique Infection Control Intervention Program.  Infection Control and Hospital Epidemiology  2001;22:762-766.

325.  Roth VR, Kuehnert MJ, Haley NR, Gregory KR, Schreiber GB, Arduino MJ, Holt SC, Carson LA, Elder KV, and Jarvis WR.  Evaluation of a Reporting System for Bacterial Contamination of Blood Components in the United States (The BaCON Study).  Transfusion 2001;41:1486-1492.

326.  Saiman L, Ludington E, Dawson J, Patterson JE, Rangel-Frausto S, Wiblin RT, Blumberg HM, Pfaller M, Rinaldi M, Edwards JE, Wenzel RP, Jarvis WR, and the National Epidemiology of Mycoses Study Group.  Risk Factors for Candida Species

Colonization of Neonatal Intensive Care Unit Patients.  Pediatric Infectious Diseases Journal  2001;20:1119-1124.

327.  Sohn AH, Garrett DO, Sinkowitz-Cochran RL, Grohskopf LA, Levine GL, Stover BH, Siegel JD, Jarvis WR, and the Pediatric Prevention Network.  Prevalence of Nosocomial Infections in Neonatal Intensive Care Unit Patients: Results from the First National Point Prevalence Survey.  Journal of Pediatrics 2001;139:821-827.

328.  Kuehnert MJ, Roth VR, Haley NR, Gregory KR, Elder KV, Schreiber GB, Arduino MJ, Holt SC, Carson LA, Banerjee SN, and Jarvis, WR.  Transfusion-Transmitted Bacterial Infection in the United States, 1998 through 2000.  Transfusion 2001;41:1493-1499.

329.  Tokars JI, Gehr T, Jarvis WR, Anderson J, Armistead N, Miller ER, Parrish J, Qaiyumi S, Arduino MA, Holt SC, Tenover FC, Westbrook G, and Light P.  Vancomycin-resistant Enterococci Colonization in Patients at Seven Hemodialysis Centers.  Kidney International 2001;60:1511-1516.

330.  Jason J, Archibald LK, Nwanyanwu OC, Bell M, Jensen RJ, Genter E, Buchanan I, Larned J, Kazembe PN, Dobbie H, and Jarvis WR.  The Effects of Iron Deficiency on Lymphocyte Cytokine Production and Activation: Preservation of Hepatic Iron but Not at All Cost.  Clinical and Experimental Immunology 2001;126:466-473.

331.  Jason J, Archibald LK, Nwanyanwu OC, Byrd MG, Kazembe PN, Dobbie H, and Jarvis WR.  Comparison of Serum and Cell-Specific Cytokines in Humans.  Clinical and Diagnostic Laboratory Immunology 2001;8:1097-1103.

332.  Sullivan KM, Dykewitz CA, Longworth DL, Boeckh M, Baden LR, Rubin RH, Sepkowitz KA, the Centers for Disease Control and Prevention (WR Jarvis), Infectious Diseases Society of America, American Society for Blood and Marrow Transplantation Practice Guidelines and Beyond.  Hematology 2001;3:392-421.

Curriculum Vitae (Cont.)                    - 46 -                    William R. Jarvis, M.D.

333.   Harbath S, Levine GL, Jarvis WR, Goldmann DA, Huskins WC, and the Pediatric
       Prevention Network.  Computerized Pharmacy Databases as a Source of Data on
       Antimicrobial Prescriptions in Children's Hospitals.  American Journal of
       Health-Systems Pharmacy 2001;58:2069-2071.

334.   Archibald LK, Dobbie H, Kazembe P, Nwanyanku O, McKnight C, Byrne T,
       Addison RM, Bell M, Reller LB, and Jarvis WR.  Utility of Paired BACTEC
       MYCO/F LYTIC Blood Culture Vials for the Detection of Bacteremia,
       Mycobacteremia, and

       Fungemia.  Journal of Clinical Microbiology 2001;39:1960-1962.

335.   Jason JM, Archibald LK, Nwanyanwu OC, Sowell AL, Buchanan I, Larned J, Bell M,
       Kazembe PN, Dobbie H, and Jarvis WR.  Vitamin A Levels and Immunity in
       Humans.  Clinical and Diagnostic Laboratory Immunology 2002;9:616-621.

336.   Ostrowsky BE, Whitener C, Brendenberg KH, Carson LA, Holt S, Hutwagner L,
       Arduino MJ, and Jarvis WR.  *Serratia marcescens* Bacteremia Traced to an Infused
       Narcotic.  New England Journal of Medicine 2002;346:1529-1537.

337.   Grohskopf LA, Sinkowitz-Cochran RL, Garrett DO, Sohn AH, Levine GL, Siegel JD,
       Stover BH, Jarvis WR, and the Pediatric Prevention Network.  A National Point-
       Prevalence Survey of Pediatric Intensive Care Unit-Acquired Infections in the United
       States.  Journal of Pediatrics 2002;140:432-438.

338.   Pettiford JN, Jason JM, Nwanyanwu OC, Archibald LK, Kazembe PN, Dobbie H and
       Jarvis WR.  Age-Related Differences in Cell-Specific Cytokine Production by
       Acutely Ill Malawian Patients.  Clinical and Experimental Immunology
       2002;128:110-117.

339.   Garrett DO, McDonald LC, Wandeley A, Wanderley C, Miller P, Carr J, Arduino M,
       Sehulster L, Anderson RA, and Jarvis WR.  An Outbreak of Neonatal Deaths in
       Brazil Associated with Contaminated Intravenous Fluids.  Journal of Infectious
       Diseases 2002;186:81-86.

340.   Reller LB, Archihbald LK, Jarvis WR, and Grohskopf LA.  Disseminated Infection
       with Simiae-Avium Group Mycobacteria in Persons with AIDS, Thailand and
       Malawi, 1997.  Journal of the American Medical Association 2002;288:157-158.

341.   Sohn AH, Parvez FM, Vu T, Hai HH, Bich NN, Le Thu TA, Le Hoa T, Thanh NH,
       Viet TV, Archibald LK, Banerjee SN, and Jarvis WR.  Prevalence of Surgical Site
       Infections and Patterns of Antimicrobial Use in a Large Tertiary-Care Hospital in Ho
       Chi Minh City, Vietnam.  Infection Control and Hospital Epidemiology
       2002;23:382-387

342.  Walker D, Jason J, Wallace K, Slaughter J, Whatley V, Han A, Nwanyanwu OC, Kazembe PN, Dobbie H, Archiblad L, and Jarvis WR.  Spontaneous Cytokine Production and Its Effect on Induced Production.  Clinical and Diagnostic Laboratory Immunology 2002;9:1049-1056.

343.  Pessoa da Silva CL, Toscano CM, Moreira BM, Santos AL, Frota AC, Solari CA, Amorim EL, Carvalho MGS, Teixeira LM, and Jarvis WR.  Extended-Spectrum Beta-Lactamase Producing *Salmonella enterica* ss. Enterica Serotype Infantis in a Neonatal Unit.  Journal of Pediatrics 2002;141:381-387.

344.  Smith TL, Pullen GT, Crouse V, Rosenberg J, and Jarvis WR.  Bloodstream Infections in Pediatric Outpatient Oncology PatientsBA New Healthcare Systems Challenge.  Infection Control and Hospital Epidemiology 2002;23:381-387.

345.  Rubin LG, Sanchez PJ, Siegel JD, Levine GL, Saiman L, Jarvis WR, and the Pediatric Prevention Network.  Evaluation and Treatment of Neonates With Suspected Late-onset Sepsis (LOS): A Survey of Neonatologists' Practices. Pediatrics 2002;110:2002.

346.  Guideline for Hand Hygiene in Health-care Settings.  Recommendations of the Healthcare Infection Control Practices Advisory Committee and the HICPAC/SHEA/APIC/IDSA Hand Hygiene Task Force (including William R. Jarvis).  Morbidity and Mortality Report.  2002;51:No. RR-16 (1-45).

347.  Jason J, Archibald LK, Nwanyanwu OC, Kazembe PN, Chatt JA, Norton E, Dobbie H, and Jarvis WR.  Clinical and Immune Impact of *Mycobacterium bovis* BCG Vaccination Scarring.  Infection and Immunity  2002;70:6188-6195.

348.  Archibald LK, Nwanyanwu O, Kazembe PN, Mwaisambo C, Bell M, Dobbie H, Reller LB, and Jarvis WR.  Detection of Bloodstream Pathogens in a Bacille Calmette-Guerin (BCG)-Vaccinated Paediatric Population in Malawi: a pilot study. Clinical Microbiology and Infection  2002;8:1-5.

349.  Walsh NM, Casano AA, Manangan LP, Tablan OC, Sinkowitz-Cochran RL, and Jarvis WR.  Risk Factors for *Burkholderia cepacia* complex Colonization and Infection Among Patients with Cystic Fibrosis.  Journal of Pediatrics 2002;141:512-517.

350.  Manangan LP, Pearson ML, Tokars JI, Miller E, and Jarvis WR.  Feasibility of National Surveillance of Health-Care-Associated Infections in Home-Care Settings. Emerging Infectious Diseases Journal  2002;8:233-236.

351.  Chatt JA, Jason JM, Nwanyanwu OC, Archibald LK, Bharat P, Kazembe PN, Dobbie H, and Jarvis WR.  Peripheral Blood Cell-Specific Cytokines in Persons with

Curriculum Vitae (Cont.)                    - 48 -                    William R. Jarvis, M.D.
Untreated HIV Infection in Malawi, Africa.  AIDS Research and Human Retroviruses

2002;18:1367-1377.

352.  DeSantis SM, Pau CP, Archibald LK, Nwanyanwu OC, Kazembe PN, Dobbie H,
      Jarvis WR, and Jason JM.  Demographic and Immune Correlates of HHV-8
      Seropositivity in Malawi, Africa.  International Journal of Infectious Diseases
      2002;6:266-271.

353.  Boyce JM, Pittet D and the Healthcare Infection Control Practices Advisory
      Committee and the HICPAC/SHEA/APIC/IDSA Hand Hygiene Task Force (includes
      WR Jarvis).  Guideline for Hand Hygiene in Health-care Settings.  American Journal
      of Infection Control 2002;30:S1-S46.

354.  Reller LB, Archibald LK, Jarvis WR, Grohskopf LA.  From the Centers for Disease
      Control and Prevention. Disseminated infection with Simiae-avium group
      mycobacteria in persons with AIDS--Thailand and Malawi, 1997.  JAMA.
      2002;288:157, 157-8.

355.  Fridkin SK, Hageman J, McDougal LK, Mohammed J, Jarvis WR, Perl T, Tenover
      FC, and the Vancomycin-Intermediate *Staphylococcus aureus* Epidemiology Study
      Group.  Epidemiological and Microbiological Characterization of Infections Caused
      by *Staphylococcus aureus* With Reduced Susceptibility to Vancomycin, United
      States, 1997-2001.  Clinical Infectious Diseases 2003;36:429-439.

356.  Jernigan JA, Pullen AL, Partin C, and Jarvis WR.  Prevalence of and Risk Factors For
      Colonization with Methicillin-resisant *Staphylococcus aureus* in an Outpatient Clinic
      Population. Infection Control and Hospital Epidemiology 2003;24:445-450.

357.  Jernigan JA, Pullen A, Flowers L, Bell M, and Jarvis WR.  Prevalence of and Risk
      Factors for Colonization with Methicillin-Resistant *Staphylococcus aureus* at the
      Time of Hospital Admission.  Infection Control and Hospital Epidemiology
      2003;24:409-414.

358.  Richet HM, Benbachir M, Brown D, Giamarellou H, Gould I, Gubina M, Heczko P,
      Kalenic S, Pana M, Pittet D, Redjeb SB, Schindler J, Starling C, Struelens M, Witte
      W, Jarvis WR, and the International Network for the Study and Prevention of
      Emerging Antimicrobial Resistance (INSPEAR).  Are There Regional Variations in
      the Diagnosis, Surveillance, and Control of Methicillin-Resistant *Staphylococcus
      aureus*?  Infection Control and Hospital Epidemiology 2003;24:334-342.

359.  Muto CA, Jernigan JA, Ostrowsky BE, Richet HM, Jarvis, WR, Boyce JM, and Farr
      BM.  SHEA Guideline for Preventing Nosocomial Transmission of Multidrug-

Curriculum Vitae (Cont.)                    - 49 -                    William R. Jarvis, M.D.
        Resistant Strains of *Staphylococcus aureus* and Enterococcus.  Infection Control and
        Hospital Epidemiology 2003;24:362-386.

360.    Saiman L, Siegel J and the Cystic Fibrosis Foundation Consensus Conference on
        Infection Control Participants (including W.R. Jarvis). Infection Control
        Recommendations for Patients with Cystic Fibrosis: Microbiology, Important
        Pathogens, and Infection Control Practices to Prevent Patient-to-Patient transmission.
        Infection Control and Hospital 2003;24:SS1-45.

361.    Saiman L, Siegel J and the Cystic Fibrosis Foundation Consensus Conference on
        Infection Control Participants (including W.R. Jarvis). Infection Control
        Recommendations for Patients with Cystic Fibrosis: Microbiology, Important
        Pathogens, and Infection Control Practices to Prevent Patient-to-Patient transmission.
        American Journal of Infection Control  2003;31:SS1-62.

362.    Douglas B. Nelson, MD, William R. Jarvis, MD, William A. Rutala, PhD, Amy E.
        Foxx-Orenstein, DO, Gerald Isenberg, MD, Georgia P. Dash, RN, MS, Carla J.
        Alvarado, MS, Marilee Ball, RN, Joyce Griffin-Sobel, RN, PhD, Carol Petersen, RN,
        Kay A. Ball, RN, Jerry Henderson, and Rachel L. Stricof, MPH.  Multi-society
        Guideline for Reprocessing Flexible Gastrointestinal Endoscopes.  Infection Control
        and Hospital Epidemiology 2003;24:532-538.

363.    Douglas B. Nelson, MD, William R. Jarvis, MD, William A. Rutala, PhD, Amy E.
        Foxx-Orenstein, DO, Gerald Isenberg, MD, Georgia P. Dash, RN, MS, Carla J.
        Alvarado, MS, Marilee Ball, RN, Joyce Griffin-Sobel, RN, PhD, Carol Petersen, RN,
        Kay A. Ball, RN, Jerry Henderson, and Rachel L. Stricof, MPH.  Multi-society
        Guideline for Reprocessing Flexible Gastrointestinal Endoscopes. Gastrointestinal
        Endoscopy 2003;58:1-8.

364.    Duffy RE, Couto B, Pessoa JM, Starling C, Pinheiro L, Pearson ML, Arduino MJ,
        Mattson BJ, Tokars JI, and Jarvis WR.  Improving Water Quality Can Reduce
        Pyrogenic Reactions Associated With Reuse of Cardiac Catheters.  Infection Control
        and Hospital Epidemiolgy 2003;24:955-960.

365.    Karras DJ, Ong S, Moran GJ, Nakase J, Kuehnert MJ, Jarvis WR, Talan DA, and the
        EMERGEncy ID Net Study Group.  Antibiotic Use for Emergency Department
        Patients with Acute Diarrhea: Prescribing Practices, Patient Expectations, and Patient
        Satisfaction.  Annals of Emergency Medicine 2003;42:835-842.

366.    Keyserling HL, Sinkowitz-Cochran RL, Harris Jm, Levine GL, Siegel JD, Stover BH,
        Lau SA, Jarvis WR and the Pediatric Prevention Network.  Vancomycin Use in
        Hospitalized Pediatric Patients.  Pediatrics 2003;112:e104-111.

367.    Archibald LK, Kazembe PN, Nwanyanwu O, Mwaisambo C, Reller LB, and Jarvis
        WR. Epidemiology of Bloodstream Infections in a Bacille Calmette-Guerin (BCG)-

Curriculum Vitae (Cont.)                - 50 -                William R. Jarvis, M.D.

vaccinated Padiatric Population in Malawi: Journal of Infectious Diseases 2003;188:202-208.

368.  Jarvis WR.  Benchmarking for Prevention: The Centers for Disease Control and Prevention's National Nosocomial Infections Surveillance (NNIS) System Experience. Infection  2003;31:44-48.

369.  Jernigan JA, Pullen AL, Partin C, and Jarvis WR.  Prevalence of and Risk Factors for Colonization with Methicillin-resistant *Staphylococcus aureus* in an Outpatient Clinic Population.  Infection Control and Hospital Epidemiology  2003;24:44-450.

370.  Jernigan JA, Pullen AL, Flowers L, Bell M, and Jarvis WR.  Prevalence of and Risk Factors for Colonization with Methicillin-resistant Staphylococcus aureus at the Time of Hospital Admission.  Infection Control and Hospital Epidemiology  2003;24:409-414.

371.  Keyserling HL, Sinkowitz-Cochran RL, Harris JM, Levine GL, Siegel JD, Stover BH, Lau SA, Jarvis WR and the Pediatric Prevention Network.  Vancomycin Use in Hospitalized Pediatric Patients.   Pediatrics 2003;112:e104-e111.

372.  Kainer MA, Linden JV, Whaley DN, Holmes HT, Jarvis WR, Jernigan DB, and Archibald LK.  Clostridium Infections: Associated with Musculoskeletal-Tissue Allografts.  New England Journal of Medicine  2004; 350:2564-2571.

373.  Trick WE, Weinstein RA, DeMarais PI, Tomaska W, Nathan C, McAllister SK, Hageman J, Rice TW, Westbrook G, and Jarvis WR.  Comparison of Routine Glove Use to Contact Isolation Precautions to Prevent Transmission of Multidrug-Resistant Bacteria in a Long-Term Care Facility.  Journal of the American Geriatric Society 2004;52:2003-2009.

374.  Jackson M, Jarvis WR, and Scheckler WE.  HICPAC/SHEA—Conflicting Guidelines: What is the Standard of Care.  American Journal of Infection Control 2004;32:504-511.

375.  Nelson DB, Jarvis WR, Rutala WA, Foxx-Orenstein AE, Isenberg G, Dash G, Alvarado CJ, Ball M, Griffin-Sobel J, Peterson C, Ball KA, Henderson J, Stricof RL, and SHEA.  Multi-Society Guideline for Reprocessing Flexible Gastrointestinal Endoscopes.  Diseases of the Colon and Rectum  2004;47:413-420.

376.  Jarvis WR.  The State of the Science of Healthcare Epidemiology, Infection Control, and Patient Safety, 2004.  American Journal of Infection Control.  2004;32:496-503.

377.  Bryant K, Stover B, Cain L, Levine GL, Siegel J, and Jarvis, WR.  Improving Influenza Immunization Rates Among Healthcare Workers Caring for High Risk

Curriculum Vitae (Cont.)                  - 51 -                  William R. Jarvis, M.D.
Pediatric Patients.  Infection Control and Hospital Epidemiology 2004;25:912-917.

378.  Rosenberg J, Jarvis WR, Reingold A, and Vugia D.  Emergence of Vancomycin-resistant Enterococci (VRE) in San Francisco Bay Area Hospitals, 1994-1998.  Infection Control and Hospital Epidemiology  2004;25:408-412.

379.  Archibald LK, Tuohy MJ, Wilson DA, Nwanyanwu O, Kazembe PN, Tansuphasawadikul S, Eampokalap B, Chaovavanich A, Reller LB, Jarvis WR, Hall GS, and Procop GW.  Antifungal Susceptibility of *Cryptococcus neoformans*.  Emerging Infectious Diseases  2004;10:143-145.

380.  Richards C, Alonso-Echanove J, Caicedo Y, and Jarvis WR.  *Klebsiella pneumoniae* Bloodstream Infections in a High-Risk Nursery in Cali, Columbia.  Infection Control and Hospital Epidemiology  2004;25:221-225.

381.  Norton E, Archibald LK, Nwanyanwu OC, Kazembe PN, Dobbie H, Reller LB, Jarvis WR, and Jason J.  Clinical Predictors of Bloodstream Infections and Mortality in Hospitalized Malawian Children.  Pediatric Infectious Diseases Journal  2004;23:145-151.

382.  Grohskopf LA, Huskins WC, Sinkowitz-Cochran RL, Levine GL, Goldmann DA, Jarvis WR, and the Pediatric Prevention Network.  Use of Antimicrobial Agents in United States Neonatal and Pediatric Intensive Care Unit Patients.  Pediatric Infectious Diseases Journal 2005;9:766-773.

383.  Levy MZ, Medeiros EA, Shang N, Soares MC, Homenko AS, Almeida RM, Garrett DO, Roth VR, Jarvis WR, Wells CD, Binkin N, and Lazerson KF.  TST Reversion in a BCG-revaccinated Population of Nursing and Medical Students, Sao Paulo Brazil, 1997-2000.  International Journal of Tubercular Lung Disease 2005;7:771-776.

384.  Moore KL, Kainer MA, Badrawi N, Afifi S, Wasfy M, Bashir M, Jarvis WR, Graham TW, el-Kholy A, Gipson R, Jernigan DB, and Mahoney F.  Neonatal Sepsis in Egypt Associated with Bacterial Contamination of Glucose-Containing Intravenous Fluids.  Pediatric Infectious Diseases 2005;7:590-594.

385.  Kainer MA, Keshavarz H, Jensen BJ, Arduino MJ, Brandt ME, Padhye AA, Jarvis WR, and Archibald L.  Saline-Filled Breast Implant Contamination with Curvularia Species Among Women Who Underwent Cosmetic Breast Augmentation.  Journal of Infectious Diseases 2005;192:170-177.

386.  Roth VR, Garrett DO, Laserson KF, Starling CE, Kritski AL, Medeiros EA, Binkin N, Jarvis WR.  A multicenter evaluation of tuberculin skin test positivity and conversion among health care workers in Brazilian hospitals.  Int J Tuberc Lung Dis.  2005;9:1335-42.

387.    Blakely JT, Sinkowitz-Cochran RL, Jarvis WR.  Infectious diseases physicians'
        preferences for continuing medical education on antimicrobial resistance and other
        general topics. Infect Control Hosp Epidemiol. 2006;27:873-5.

388.    Banerjee SN, Grohskopf LA, Sinkowitz-Cochran RL, Jarvis WR; National
        Nosocomial Infections Surveillance System; Pediatric Prevention Network.
        Incidence of pediatric and neonatal intensive care unit-acquired infections.  Infect
        Control Hosp Epidemiol. 2006;27:561-70.

389.    Archibald LK, Khoi NN, Jarvis WR, Reller LB, Cam PD, Thu TA, Hung NV.
        Pyrogenic reactions in hemodialysis patients, Hanoi, Vietnam.  Infect Control Hosp
        Epidemiol. 2006;27:424-6.

390.     Alonso-Echanove J, Sippy BD, Chin AE, Cairns L, Haley R, Epstein JS, Richards
        MJ, Edelhauser H, Hedberg K, Kuehnert MJ, Jarvis WR, Pearson ML, and the
        Transfusion-Associated Red Eye Syndrome Study Group. Nationwide Outbreak of
        Red Eye Syndrome Associated with Transfusion of Leukocyte-reduced Red Blood
        Cells.  Infect Control Hosp Epidemiol. 2006;27:1146-52.

391.    Cortazal M, Soule BM, Jarvis WR.  The Prevalence of *Staphylococcus aureus*.  Am J
        Infect Control. 2006;34:613-5.

392.    Le TA, Dibley MJ, Vo VN, Archibald L, Jarvis WR, Sohn AH. Reduction in Surgical
        Site Infections in Neurosurgical Patients Associated with a Bedside Hand Hygiene
        Program in Vietnam.  Infect Control Hosp Epidemiol. 2007;28:583-8.

393.    Jarvis WR. The Lowbury Lecture.  The United States Approach to Strategies in the
        Battle Against Healthcare-associated Infection, 2006: Transitioning From
        Benchmarking to Zero Tolerance and Clinician Accountability.  J Hosp Infect.
        2007;65 Suppl 2:3-9.

394.    Jarvis WR, Schlosser J, Chinn RY, Tweeten S, Jackson M.  National Prevalence of
        Methicillin-resistant *Staphylococcus aureus* in Inpatients at U.S. Health Care
        Facilities, 2006.   Am J Infect Control. 2007;35:631-7.

395.    Amarante JM, Toscano CM, Pearson ML, Roth V, Jarvis WR, Levin AS.
        Reprocessing and Reuse of Single-use Medical Devices Used During Hemodynamic
        Procedures in Brazil: A Widespread and Largely Overlooked Problem.  Infect Control
        Hosp Epidemiol. 2008;29:854-8.

396.    Moran GJ, Barrett TW, Mower WR, Krishnadasan A, Abrahamian FM, Ong S,
        Nakase JY, Pinner RW, Kuehnert MJ, Jarvis WR, Talan DA; EMERGEncy ID NET
        Study Group.  Decision Instrument for the Isolation of Pneumonia Patients With
        Suspected Pulmonary Tuberculosis Admitted Through U.S. Emergency Departments.

Curriculum Vitae (Cont.)                   - 53 -                   William R. Jarvis, M.D.
Ann Emerg Med. 2009;53:625-32.

397.   Jarvis WR, Schlosser J, Jarvis AA, Chinn RY.  National Point Prevalence of
       *Clostridium difficile* in U.S. Health Care Facility Inpatients, 2008.   Am J Infect
       Control. 2009;37:263-70.

398.   Toscano CM, Bell M, Zukerman C, Shelton W, Novicki TJ, Nichols WG, Corey L,
       Jarvis WR.  Gram-negative Bloodstream Infections in Hematopoietic Stem Cell
       Transplant Patients: The Roles of Needleless Device Use, Bathing Practices, and
       Catheter Care. Am J Infect Control. 2009;37:327-34.

399.   Lanini S, Jarvis WR, Nicastri E, Privitera G, Gesu G, Marchetti F, Giuliani L, Piselli
       P, Puro V, Nisii C, Ippolito G; INF-NOS Study Group (Gruppo Italiano per lo Studio
       delle Infezioni Noscomiali).  Healthcare-associated Infection in Italy: Annual Point
       Prevalence Surveys, 2002-2004.   Infect Control Hosp Epidemiol. 2009;30:659-65.

400.   Jeffries HE, Mason W, Brewer M, Oakes KL, Muñoz EI, Gornick W, Flowers LD,
       Mullen JE, Gilliam CH, Fustar S, Thurm CW, Logsdon T, Jarvis WR.  Prevention of
       Central Venous Catheter-associated Bloodstream Infections in Pediatric Intensive
       Care Units: A Performance Improvement Collaborative.  Infect Control Hosp
       Epidemiol. 2009;30:645-51.

402.   Jarvis WR, Murphy C, Hall KK, Fogle PJ, Karchmer TB, Harrington G, Salgado C,
       Giannetta ET, Cameron C, Sherertz RJ.  Health Care-associated Bloodstream
       Infections Associated with Negative or Positive-pressure or Displacement Mechanical
       Valve Needleless Connectors.   Clin Infect Dis. 2009;49:1821-7.

403.   Sohn AH, Schwartz JM, Yang KY, Jarvis WR, Guglielmo BJ, Weintrub PS.  Risk
       Factors and Risk Adjustment for Surgical Site Infections in Pediatric Cardiothoracic
       Surgery Patients.   Am J Infect Control. 2010;38:706-10.

404.   Towns ML, Jarvis WR, Hsueh PR.  Guidelines on Blood Cultures.   J Microbiol
       Immunol Infect. 2010;43:347-9.

405.   Rosenthal VD, Lynch P, Jarvis WR, Khader IA, Richtmann R, Jaballah NB, Aygun
       C, Villamil-Gómez W, Dueñas L, Atencio-Espinoza T, Navoa-Ng JA, Pawar M,
       Sobreyra-Oropeza M, Barkat A, Mejía N, Yuet-Meng C, Apisarnthanarak A;
       International Nosocomial Infection Control Consortium members.  Socioeconomic
       Impact on Device-associated Infections in Limited-resource Neonatal Intensive Care
       Units: Findings of the INICC.   Infection. 2011;39:439-50.

406.   Archibald LK, Jarvis WR.  Health Care-associated Infection Outbreak Investigations
       by the Centers for Disease Control and Prevention, 1946-2005.  Am J Epidemiol.
       2011;174(11 Suppl):S47-64.

Curriculum Vitae (Cont.)                    - 54 -                    William R. Jarvis, M.D.

406.   Ye X, Rupnow M, Bastide P, Lafuma A, Ovington L, Jarvis WR.  Economic Impact of Use of Chlorhexidine-impregnated Sponge Dressing for Prevention of Central-line Associated Infections in the United States.  Am J Infect Control. 2011;39:647-54.

407.   Edmonds SL, Macinga DR, Mays-Suko P, Duley C, Rutter J, Jarvis WR, Arbogast JW.  Comparative Efficacy of Comercially Available Alcohol-based Hand Rubs and World Health Organization-recommended Hand Rubs: Formulation Matters.  Am J Infect Control 2012;40:521-5.

408.   Jarvis WR, Jarvis AA, Chinn RY.  National Prevalence of Methicillin-resistant *Staphylococcus aureus* in Inpatients at United States Health Care Facilities, 2010. Am J Infect Control. 2012;40:194-200.

409.   Jarvis WR.  What can Canada learn from the USA's experience in reducing healthcare-associated infections?  Clinical Governance 2012;17:149-154.

410.   Rosenthal VD, Jarvis WR, Jamulitrat S, Silva CP, Ramachandran B, Dueñas L, Gurskis V, Ersoz G, Novales MG, Khader IA, Ammar K, Guzmán NB, Navoa-Ng JA, Seliem ZS, Espinoza TA, Meng CY, Jayatilleke K; International Nosocomial Infection Control Members. Socioeconomic Impact on Device-associated Infections in Pediatric Intensive Care Units of 16 Limited-resource Countries: International Nosocomial Infection Control Consortium Findings.  Pediatr Crit Care Med. 2012;13:399-406.

411.   Chernecky CC, Waller JL, Jarvis WR.  In Vitro Study Assessing the Antibacterial Activity of Three Silver-impregnated/Coated Mechanical Valve Needleless Connectors After Blood Exposure.  Am J Infect Control. 2013;41:278-80.

412.   DalBen MF, Basso M, Garcia CP, Costa SF, Toscano CM, Jarvis WR, Lobo RD, Oliveira MS, Levin AS.  Colonization Pressure as a Risk Factor for Colonization by Multi-resistant Acinetobacter spp. and Carbapenem-resistant Pseudomonas aeruginosa in an Intensive Care Unit.  Clinics (Sao Paulo). 2013;68:1128-33.

413.   Bell, S., Benneyan, J., Best, A., Birnbaum, D., Borycki, E.M., Gallagher, T.H., Goeschel, C., Jarvis, B., Kushniruk, A.W., Mazor, K.M., Pronovost, P. and Sheps, S. Mandatory Public Reporting: Build It and Who Will Come?  Stud Health Technol Inform 2011;164:346-52.

414.   Lederer JW, Jarvis WR, Thomas L, Ritter J.  Multicenter Cohort Study to Assess the Impact of a Silver-alloy and Hydrogel-coated Urinary Catheter on Symptomatic Catheter-associated Urinary Tract Infections.  J Wound Ostomy Continence Nurs. 2014;41:473-80.

Curriculum Vitae (Cont.)                    - 55 -                  William R. Jarvis, M.D.

415.   Tabak YP, Jarvis WR, Sun X, Crosby CT, Johannes RS.  Meta-analysis on Central Line-associated Bloodstream Infections Associated with a Needleless Intravenous Connector with a New Engineering Design.   Am J Infect Control. 2014;42:1278-84.

416.   Arbogast JW, Moore-Schiltz L, Jarvis WR, Harpster-Hagen A, Hughes J, Parker A. Impact of a Comprehensive Workplace Hand Hygiene Program on Employer Health Care Insurance Claims and Costs, Absenteeism, and Employer Perceptions and Practices.  J Occup Environ Med. 2016;58:e231-40.

417.   Tabak YP, Johannes RS, Sun X, Crosby CT, and Jarvis WR.  Innovative Use of Existing Public and Private Data Sources for Post-marketing Surveillance of Central Line-Associated Bloodstream Infections Associated with Intravenous Needleless Connectors.  J Infus Nurs. 2016;39:328-35.

## Book Chapters

1.   James M. Hughes and William R. Jarvis.  Epidemiology of Nosocomial Infections In Section II: Nosocomial Infection Prevention and Control, pp 99105.  Manual on Clinical Microbiology, Fourth Edition.  American Society for Microbiology.  Washington, DC, 1985.

2.   James M. Hughes and William R. Jarvis.  Nosocomial Gastroenteritis.  In Prevention and Control of Nosocomial Infections.  Richard Wenzel, M.D., Editor.  Williams and Wilkins, Baltimore, Maryland, 1986.

3.   Anita K. Highsmith and William R. Jarvis.  Endotoxin Production as a Virulence Factor in Disease.  In: Detection of Bacterial Endotoxins with the Limulus Amebocyte Lysate Test.  Alan R. Liss, Inc., 1987, pp 387343.

4.   Report of the Committee on Infectious Diseases.  American Academy of Pediatrics.  G. Peter, Editor.  Elk Grove, Illinois, 1986.

5.   Margaret Tipple, William J Martone, William R. Jarvis.  Nosocomial Bacteremia and Fungemia.  In: Nosocomial Infections in the Pediatric Patient.  Donowitz E, Editor.  Williams and Wilkins, Baltimore, Maryland, 1988, pp 116.

6.   Larry Anderson, Stephen Hadler, Carlos Lopez, Susan FisherHoch, William R. Jarvis, Walter W. Bond, and Daniel Fishbein.  Nosocomial Viral Infections.  In: The Laboratory Diagnosis of Infectious Diseases: Vol II Viral, Rickettsial and Chlamydial Diseases.  Lennette EH., Halonen P, Murphy FA, Editors.  New York: Springer Verlag 1988.

7.   Allen JR and Jarvis WR.  Nosocomial Infections in Neonates.  Merck Manual.  1990.

Curriculum Vitae (Cont.)                    - 56 -                    William R. Jarvis, M.D.

8.    Beck-Sague CM and Jarvis WR.  The Epidemiology and Prevention of Nosocomial Infections.  In Disinfection, Sterilization and Preservation, S. S. Block.  Editor. 1990, pages 663-675.

9.    Villarino ME, BeckSague CM, and Jarvis WR.  AIDS, Infection Control and Employee Health: Considerations in Rehabilitative Medicine.  In Rehabilitation for Patients with HIV Disease.  Ed. John Mukand, Editor. McGrawHill, Inc, 1991.

10.   Report of the Committee on Infectious Diseases.  Red Book 1990.  American Academy of Pediatrics.  G. Peter, Editor.  Elk Grove, Illinois, 1990.

11.   Martone WJ, Jarvis WR, Culver DH, and Haley RW.  Endemic and Epidemic Nosocomial Infections.  In Hospital Infections.  P. Brachman and JV Bennett, Editor, Little, Brown and Co, 1992.

12.   Villarino ME, Vega D, HargrateBean N, Hughes JM, and Jarvis WR.  The Role of Food Services in Nosocomial Infection.  In Hospital Infections.  P. Brachman and J.V. Bennett, Editor, Little, Brown and Co, 1992.

13.   Beck-Sague CM, Banerjee SN, and Jarvis WR.  Epidemiology and Control of *Pseudomonas aeruginosa* in U.S. Hospitals.  In *Pseudomonas aeruginosa* Infections and Treatment, AL Baltch and RP Smith, Editors.  Marcel Dekker, Inc, 1994.

14.   Maloney SM and Jarvis WR.  Epidemic Nosocomial Pneumonia in the Intensive Care Unit.  In Clinics in Chest Medicine, - Pneumonia in the Intensive Care Unit, R. Wunderink, Editor.  W.B. Saunders Company, 1995.

15.   Welbel SF and Jarvis WR.  Nosocomial Viral Infections in the Critically Ill.  In Infection and Sepsis in Intensive Care.  HKF Van Saene M.D., Editor.  Oxford University Press.

16.   Zaza S and Jarvis WR.  Investigation of Outbreaks.  In Hospital Epidemiology and Infection Control.  C. Glen Mayhall, Editor. Williams and Wilkins, 1995.

l7.   Snider D, Dooley S, and Jarvis WR.  *Mycobacterium tuberculosis*. In Hospital Epidemiology and Infection Control.  C. Glen Mayhall, Editor, Williams and Wilkins, 1995.

18.   Shay D, Goldmann D, and Jarvis WR.  Reducing the Spread of Antimicrobial-Resistant Microorganisms: Control of Vancomycin-resistant Enterococci, Pediatric Clinics of North America. Volume 42, P 703-717, June 1995 Williams and Wilkins Co, Baltimore, MD.

19.   Zaza S and Jarvis WR.  Investigations in Health Care Facilities.  pp 208-227.  In Field Epidemiology.  M.B. Gregg, Editor. Oxford University Press, New York 1996.

20. Beck-Sague CM, Jarvis WR, and Martone WJ. Outbreak Investigation. In Manual on Hospital Epidemiology, L. Herwaldt, Editor. William and Wilkins, 1995.

21. Do A, and Jarvis WR. Transfusion-Related Infection, pp 340-343. In Current therapy of Infectious Disease. D. Schlossberg, M.D. Editor, Mosby-Yearbook, Inc. 1996.

22. Jarvis WR. Nosocomial *Mycobacterium tuberculosis* Outbreaks: Risk Factors, Preventive Intervention Efficacy, and Guidelines. In Mycobacteria, Volume 1. Basic Aspects. p 210-234 1997, P.R.J. Gangadharam and P.A. Jenkins Editors. Chapman and Hall, New York, New York.

23. Martone WJ, Jarvis WR, Culver DH, and Haley RW. Endemic and Epidemic Nosocomial Infections. In Hospital Infections. P Brachman and JV Bennett, Editor, Little, Brown and Co, 1996.

24. Slutsker L, Goulding J, Villarino M, Jarvis WR, and Griffin PM. Foodborne Disease Prevention in Health Care Facilities. In Hospital Infections. P Brachman and JV Bennett, Editor, Little, Brown and Co, 1996.

25. Shay DK and Jarvis WR. Clinical Syndromes Associated with Hospitalization. In Principles and Practices of Pediatric Infectious Diseases. S Long, L Pickering and C Prober Editors, Churchill Publishing, 1996.

26. Chang T and Jarvis WR. Epidemiology and Control of Infectious Diseases in Health Care Facilities. In Clinical Infectious Diseases, A Practical Approach. PP 61-80. R. Root, F. Waldvogel, L. Corey, and W. Stamm, Editors, Churchill Publishing, 1996.

27. Jarvis WR and Robles B. Nosocomial Infections in Pediatric-Patients. Advances in Pediatric Infectious Diseases. Volume 12, pp 243-295, S. Aronoff, W. Hughes, S. Kohl, and E. Wald, Editors, Mosby-Year Book, Inc., 1997, St. Louis, MO.

28. Cookson ST, Hughes JM, and Jarvis WR. Nosocomial Gastrointestinal Infection. In Wenzel RP, ed. Prevention and Control of Nosocomial Infections, 3rd Edition. Williams and Wilkins, Baltimore, Maryland, 1997.

29. Cookson ST and Jarvis WR. Prevention of Nosocomial Transmission of *Mycobacterium tuberculosis*. Infectious Diseases Clinics of North America 1997;11:385-409.

30. Jarvis WR. Outbreaks Associated with Reprocessed Medical Devices: The Hospital Infections Program, Centers for Disease Control and Prevention Experience, January 1986 - April 1996. In Disinfection Sterilization and Antisepsis in Health Care. Rutala WA, Editor, APIC, Washington, DC and Polyscience Publications, Inc, Champlain, NY, 1998.

Curriculum Vitae (Cont.)                     - 58 -                     William R. Jarvis, M.D.

31.   Jarvis WR.  Issues and Controversies in the Prevention and Control of Vancomycin-

       resistant Enterococci (VRE).  Edited by G Pugliese and RA Weinstein.  ETNA
       Communications, Chicago, Illinois, 1998.

32.   Parvez F and Jarvis WR.  Nosocomial Infections in the Nursery.  Seminars in Pediatric
       Infectious Disease.  1999;10:119-129.

33.   Roth V and Jarvis WR.  Transfusion-Related Infection.  Pages 412-415.  In Current
       Therapy of Infectious Diseases.  Second Edition.  D. Schlossberg, M.D., Editor.  Mosby-
       Yearbook, Inc., 2001.

34.   Richards C and Jarvis WR.  Investigating Nosocomial Outbreaks.  Recent Advances in
       Infectious Diseases.  1999.

35.   Richards C and Jarvis WR.  Administrative, Engineering, and Personnel Protective
       Devices For Controlling the Transmission of *Mycobacterium tuberculosis*.  Resurgent
       and Emerging Infectious Diseases Series.  Multidrug-Resistant Tuberculosis, Edited by
       Ivan Bastian and Francoise Portaels.  Kluwer Academic Publishers, Norwell,
       Massachusetts, 2000.

36.   Report of the Committee on Infectious Diseases.  Red Book 2000.  25th Edition.
       American Academy of Pediatrics.  G. Peter, Editor.  Elk Grove, Illinois, 2000.

37.   Archibald L and Jarvis WR.  Epidemiological Principles and the Microbiology
       Laboratory.  In Pharmaceutical Microbiology.  A New and Integrated Approach, Edited
       by Richard Prince, Ph.D.  Serentec Press, Raleigh, North Carolina, 2000.

38.   Sinkowitz-Cochran RL and Jarvis WR.  The Epidemiology and Prevention of Nosocomial
       Infections.  In Disinfection, Sterilization and Preservation, 5th Edition, Edited by S.S.
       Block, Ph.D., Lippincott, Williams, and Williams, 2000.

39.   Jarvis WR and Zaza S.  Investigations in Health Care Facilities.  In Field Epidemiology.
       MB Gregg, Editor. Oxford University Press, New York 2001.

40.   Sohn A, Shay DK and Jarvis WR.  Clinical Syndromes Associated with Hospitalization.
       In Principles and Practices of Pediatric Infectious Diseases.  S. Long, L. Pickering and
       C. Prober, Editors, Churchill Publishing, 2001.

41.   Grohskopf L, Fisher M, and Jarvis W.  Clinical Syndromes of Device-Related Infections.
       In Principles and Practices of Pediatric Infectious Diseases.  S. Long, L. Pickering and
       C. Prober, Editors, Churchill Publishing, 2001.

42.   Sinkowitz-Cochran R and Jarvis WR.  Epidemiologic Approach to Outbreak Investigations.  In Seminars in Infection Control.  DJ Weber and WA Rutula, eds.  W.B. Saunders Co., Philadelphia, PA.

43.   Sohn AH and Jarvis, WR.  Benchmarking in Pediatric Infection Control: Results from the National Nosocomial Infections Surveillance (NNIS) System and the Pediatric Prevention Network.  Seminars in Pediatric Infectious Diseases 2001;12:254-266.

44.   Jarvis WR.  Hospital Infections Program, Centers for Disease Control and Prevention On-site Outbreak Investigations, 1990-1999.  In Seminars in Infection Control.  DJ Weber and WA Rutala, eds.  W.B. Saunders Co., Philadelphia, PA.

45.   Sinkowitz-Cochran R and Jarvis WR.  Epidemiologic Approach to Investigating an Outbreak.  In Seminars in Infection Control.  DJ Weber and WA Rutala, eds.  W.B. Saunders Co., Philadelphia, PA.

46.   Archibald L and Jarvis WR.  The Role of the Laboratory in Outbreak Investigations, with an Emphasis on Molecular Typing.  In Seminars in Infection Control.  DJ Weber and WA Rutala, eds.  W.B. Saunders Co., Philadelphia, PA.

47.   Manangan L and Jarvis WR.  Psuedo-outbreaks.  In Seminars in Infection Control.  DJ Weber and WA Rutala, eds.  W.B. Saunders Co., Philadelphia, PA.

48.   Grohskopf L and Jarvis WR.  Outbreaks Associated with Medical Devices and Medications.  In Seminars in Infection Control.  DJ Weber and WA Rutala, eds.  W.B. Saunders Co., Philadelphia, PA.

49.   Kainer M and Jarvis WR.  Outbreaks Associated with the Environment.  In Seminars in Infection Control.  DJ Weber and WA Rutala, eds.  W.B. Saunders Co., Philadelphia, PA.

50.   Richards CL Jr. and Jarvis WR.  Infectious Disease Outbreaks in Long-Term Care Facilities.  In Infections and Infection Control in Long-term Care Facilities.  Eds Thomas T. Yoshikawa and Joseph G. Ouslander.  W.B. Saunders Co., Philadelphia, PA.

51.   Jarvis WR.  Investigation of Outbreaks.  In Hospital Epidemiology and Infection Control.  C. Glen Mayhall, Editor. Williams and Wilkins  2004.

52.   Moore K, Dooley S, and Jarvis WR.  *Mycobacterium tuberculosis*.  In Hospital Epidemiology and Infection Control.  C. Glen Mayhall, Editor, Williams and Wilkins 2004.

53.   Ostrowsky B and Jarvis W.  Efficient Management of Outbreak Investigations. Prevention and Control of Nosocomial Infections, 4th Edition.  2003.  R.P. Wenzel, editor.  Williams and Wilkins, Baltimore, MD.

Curriculum Vitae (Cont.)                    - 60 -                    William R. Jarvis, M.D.

54.   Jarvis WR.  Controlling Healthcare-Associated Infections: The Role of Infection Control
        and Antimicrobial Use Practices.  2004;15:30-40.   In Seminars in Pediatric Infectious
        Diseases.  Antimicrobial Resistance. ed, S. Dowell. January 2004.  WB Saunders
        Company , Philadelphia, Pennsylvania.

55.   Beck-Sague CM and Jarvis WR.  Outbreak Investigation.  In Manual on Hospital
        Epidemiology, K Weiltje, Editor.  William and Wilkins, 2004.

56.   William R. Jarvis.  Investigating Endemic and Epidemic Healthcare-associated Infections.
        In Hospital Infections, W Jarvis, Editor.  Wolters Kluwer Health/Lippincott Williams &
        Williams, Philadelphia, Pennsylvania, 2007.

57.   William R. Jarvis.  The Role of the Laboratory in Control of Healthcare-associated
        Infections.  In Hospital Infections, W Jarvis, Editor.  Wolters Kluwer Health/Lippincott
        Williams & Williams, Philadelphia, Pennsylvania, 2007.

58.   William R. Jarvis.  The Inanimate Environment.  In Hospital Infections, W Jarvis, Editor.
        Wolters Kluwer Health/Lippincott Williams & Williams, Philadelphia, Pennsylvania,
        2007.

59.   Margarita E. Villinarino and William R. Jarvis.  Foodborne Disease Prevention in
        Healthcare Facilities.  In Hospital Infections, W Jarvis, Editor.  Wolters Kluwer
        Health/Lippincott Williams & Williams, Philadelphia, Pennsylvania, 2007.

60.   Lennox K. Archibald and William R. Jarvis.  Incidence and Nature of Endemic and
        Epidemic Healthcare-associated Infections.  In Hospital Infections, W Jarvis, Editor.
        Wolters Kluwer Health/Lippincott Williams & Williams, Philadelphia, Pennsylvania,
        2007.

61.   William R. Jarvis. Tuberculosis.  In Hospital Infections, W Jarvis, Editor.  Wolters
        Kluwer Health/Lippincott Williams & Williams, Philadelphia, Pennsylvania, 2007.

62.   Arjun Srinivasan and William R. Jarvis.  Outbreak Investigations.  In Practical Healthcare
        Epidemiology, 3rd Edition, The University of Chicago Press, 2010.

63.   Jarvis WR.  Investigation of Outbreaks.  In Hospital Epidemiology and Infection

        Control.  C. Glen Mayhall, Editor. Williams and Wilkins (2011).

64.   Jarvis WR.  *Mycobacterium tuberculosis*.  In Hospital Epidemiology and Infection
        Control.  C. Glen Mayhall, Editor, Williams and Wilkins (2011).

65.   Jarvis WR and Roth V.  Transfusion-Related Infection.  Pages 412-415.  In Current
        Therapy of Infectious Diseases. Second Edition. D. Schlossberg, M.D., Editor.  Mosby-
        Yearbook, Inc., 2014.

Curriculum Vitae (Cont.)                 - 61 -                 William R. Jarvis, M.D.

## Books Edited

1.  Nosocomial Pneumonia, Edited by William R. Jarvis, M.D.  In the Lung Biology in Health and Disease Series, Volume 150,  Marcel Dekker, Inc., New York, New York. August 2000.

2.  Hospital Infections, 5th Edition.  William R. Jarvis, M.D., Editor, Wolters Kluwer Health/Lippincott Williams & Williams, Philadelphia, Pennsylvania, 2007.

3.  Economics and Preventing Healthcare-Acquired Infection.  Nicholas Graves, Kate Halton and William Jarvis, Editors.  Springer Science & Business Media, LLC, New York, New York.

4.  Hospital Infections, 6th Edition.  William R. Jarvis, M.D., Editor, Wolters Kluwer Health/Lippincott Williams & Williams, Philadelphia, Pennsylvania, 2013.


## Editorials

1.  William R. Jarvis and Roger A. Feldman.  *Clostridium difficile* and Gastroenteritis: How Strong is the Association in Children?  Pediatric Infectious Disease  1984;3:46.

2.  William R. Jarvis.  *Yersinia enterocolitica* -- A New or Unrecognized Nosocomial Pathogen.  Infection Control and Hospital Epidemiology 1991;13:137-138.

3.  Dooley SW, Jarvis WR, Martone WJ and Snider DE.  Multidrug-resistant Tuberculosis. Annals of Internal Medicine 1992;117:257-258.

4.  William R. Jarvis.  Handwashing, the Semmelweis Lesson Forgotten?  Lancet 1994;344:1311-1312.

5.  Jarvis WR, Cookson ST, and Robles B.   Prevention of Nosocomial Bloodstream Infections: A National and International Priority.  Infection Control and Hospital Epidemiology 1996;17:272-275.

6.  Mangram A. and Jarvis WR.  Nosocomial *Burkholderia cepacia* Outbreaks and Pseudo-Outbreaks.  Infection Control and Hospital Epidemiology 1996;17:718-720.

7.  Garrett DO, and Jarvis WR.  The Expanding Role of Healthcare Epidemiology-Home and Long-term Care.  Infection Control and Hospital Epidemiology 1996;17:714-717.

8.  Kuehnert MJ and Jarvis WR.  Changing Epidemiology of Nosocomial Infections in Human Immunodeficiency Virus-Infected Patients.  Clinical Infectious Diseases

Curriculum Vitae (Cont.)                - 62 -                William R. Jarvis, M.D.
         1997;25:321-323.

2.    Pearson ML, Jarvis WR, Folks TM, and Chapman LE.  Xenotransplantation: Is the
      Future Upon Us?  Infection Control and Hospital Epidemiology  1998;19:305-307.

3.    McDonald LC and Jarvis WR.  Linking Antimicrobial Use to Nosocomial Infections.
      The Role of a Combined Laboratory-Epidemiology Approach.  Annals of Internal
      Medicine 1998;129:245-247.

4.    Manangan LP and Jarvis WR.  Preventing Multidrug-resistant Tuberculosis and Errors
      in Tuberculosis Treatment Around the Globe.  Chest 2000;117:620-623.

5.    Farr BF and Jarvis WR.  Would Active Surveillance Cultures Help Control Healthcare
      Related Methicillin-Resistant *Staphylococcus aureus* Infection?  Infection Control and
      Hospital Epidemiology 2002;23:65-68.

6.    Jarvis WR.  The Evolving World of Healthcare-Associated Bloodstream Infection
      Surveillance and Prevention: Is Your System As Good As You Think?   Infection
      Control and Hospital Epidemiology  2002;23:236-238.

7.    Jarvis WR and Ostrowsky B.  Dinosaurs, Methicillin-Resistant *Staphylococcus aureus,*
      and Infection Control Personnel: Survival Through Translating Science Into Prevention.
      Infection Control and Hospital Epidemiology 2003;24:392-396.

8.    Sheretz RJ and Jarvis WR.  Vascular Catheters Inserted in the Trenches Versus
      Guideline Documents: Can the Discrepancies be Resolved?  Infection Control and
      Hospital Epidemiology  2003;24:887-889.

9.    Jarvis WR.  Controlling Antimicrobial-resistant Pathogens.  Infection Control and
      Hospital Epidemiology  2004;25:369-372.

10.   Jarvis WR.  Prevention and control of methicillin-resistant *Staphylococcus aureus*:
      dealing with reality, resistance, and resistance to reality.  Clin Infect Dis. 2010;50:218-
      20.

11.   Jarvis WR.  Prevention and control of methicillin-resistant *Staphylococcus aureus:*
      dealing with reality, resistance, and resistance to reality.  Clin Infect Dis. 2010;50:218-
      20.

**Surveillance Reports**

1.    Centers for Disease Control. National Nosocomial Infections Study Report, Annual
      Summary 1979, March 1982.

Curriculum Vitae (Cont.)                      - 63 -                    William R. Jarvis, M.D.

2.  Jarvis WR. *Haemophilus influenzae* Prophylaxis Update: Household and Child Care Center Contacts. Georgia Epidemiology Report 1982:12;23.

3.  Jarvis WR. Changing Practices in the Use of Benzyl AlcoholPreserved Solutions, Neonatal Intensive Care Units, Georgia. Georgia Epidemiology Report 1983:5;4.

4.  Hughes JM, Culver DH, White JW, Jarvis WR, Morgan WM, Munn VP, Mosser JL, and Emori TG. Centers for Disease Control. Nosocomial Infection Surveillance, 19801982. In: CDC Surveillance Summaries. MMWR 1984:32;1SS17SS.

5.  Jarvis WR, White JW, Munn VP, Mosser JL, Emori TG, Culver DH, Thornsberry C, and Hughes JM. Centers for Disease Control. Nosocomial Infection Surveillance, 1983. In: CDC Surveillance Summaries. MMWR 1984;33:9SS23SS.

6.  Horan TC, White JW, Jarvis WR, Emori TG, Culver DH, Munn VP, Thornsberry C, Olson DR, and Hughes JM. Centers for Disease Control. Nosocomial Infection Surveillance, 1984. In: CDC Surveillance Summaries. MMWR (No 1SS): 1985: 17SS29SS.

7.  Jarvis WR and Tipple MA. *Y. enterocolitica* Bacteremia and Endotoxin Shock Associated with Red Blood Cell TransfusionU.S. MMWR 1988;37:577578.

8.  Panlilio LA, BeckSague CM, Tablan OC, and Jarvis WR. Contaminated PovidoneIodine SolutionTexas. MMWR 1989;38:133134.

9.  Jarvis WR, Pegues DA, BeckSague CM, Arduino M, Bland LA, and Favero MS. Acute Allergic Reactions Associated with Reprocessed HemodialyzersVirginia, 1989. MMWR 1989;38:873874.

10. Shekar S, BeckSague CM, and Jarvis WR. Increase in National Hospital Discharge Survey Rates for SepticemiaU.S., 19791987. MMWR 1990;39:3134.

11. Polder JA, Bell DM, Baker E, Castro K, Chamberland M, Curran J, Folks T, Garner J, Hughes J, Jaffee H, Jarvis W, Marcus R, Martone W, Mullan R, Schochetman G, Henderson D, Katz D, Litterest C, McGowan J, Reck L, Whitescarver J, Arrowsmith J, Beninger P, and Matheny S. Management of Occupational Exposure to Human Immunodeficiency Virus (HIV), Including Considerations Regarding Zidovudine Postexposure Use. MMWR 1990;39:RR114.

12. Jarvis WR, Villarino ME, McNeil MM, Lee S, Hall W, Gensheimer K, Francis B, Waterman S, Rutherford, Bland LA, Arduino M, and Rutherford G. Postsurgical Infections Associated with an Extrinsically Contaminated Intravenous Anesthetic Agent. MMWR 1990;39:426433.

13. Swartz B, Auerbach S, Good R, Jarvis WR, Hansen JL, Paulissen JP, Larson AL, Solon

Curriculum Vitae (Cont.)                - 64 -                William R. Jarvis, M.D.

B, Langkop C, Francis BJ, Gladbch P, Lipe C, Wood C, Fiorelli M, Williams D, Atamura A, Merriweather RA, Gray B, Averill M, Smith JW, Haley CE, Simpson DM, and Breiman R.  Nursing Home outbreaks of Invasive Group A Steptococcal Infections - Illinois, Kansas, North Carolina, and Texas.  MMWR 1990;39:577-579.

14.    Tablan OC, Koo D, Reingold AL, Werner SB, Rutherford GW, Lippman OD, Lowe TJ, and Jarvis WR.  Epidemic Keratoconjunitivitis in an Ophthalmology Clinic-California.  MMWR 1990;39:598-600.

15.    Dooley S, Beck-Sague CM, Hutton M, Uuuamchandani R, Reyes R, Dittes S, Cleary T, Pitchenik A, Fischl M, Otten J, Breeden A, Hilsenbech C, Burr J, Simmons J, Bigler W, Valdez H, Cacciatore R, Witte J, Calder RA, Snider D, and Jarvis WR.  Nosocomial Transmission of Multidrug-Resistant TB to Health-Care Workers and HIV-Infected Patients in an Urban Hospital-Flordia.  MMWR 1990;39:718-722.

16.    Pegues DA, BeckSague CM and Jarvis WR.  Acute Allergic Reactions Associated with Reprocessed  Hemodialyzers, U.S.An Update.  MMWR 1991;40:147-154.

17.   Pearson MP, Jarvis WR, Levine W, Igram CT, Finton R, Smith JD, Moon RE, ArrowsmithLowe JT, Brunner E, Elsae WR, Wilber JA, MacCormack JN, and

        Francis BJ.  Elevated Intraoperative Carbon Hemaglobin Levels in Surgical Patients.  MMWR 1991;40:247-249.

18.    Jarvis WR.  *Y. enterocolitica* Bacteremia and Endotoxin Shock Associated with Red Blood Cell TransfusionU.S., Update 1991.  MMWR 1991;40:176-178.

19.    Pearson M, Kelly D, Setlock M, Davis JP, Beck-Sague CM, and Jarvis WR.  Anaphylactic Reactions During General Anesthesia Among Pediatric Patients--United States, January 1990 - January 1991.  MMWR 1991;40:437-443.

20.    Pegues DA, Welbel S, Jarvis WR, Bond W, Alvarado CJ, Stolz SM, Maki DG, Fraser V, Jones M, O'Rourke S, Wallace RJ, and Lowe JT.  Nosocomial Infection and Pseudoinfection from Contaminated Endoscopes and Bronchoscopes--Wisconsin and Missouri.  MMWR 1991;40:675-678.

21.    Zaza S, Yomtovian R, Hierschler J, Bland LA, Arduino M, and Jarvis WR.  Bacterial Contamination of Platelet Pools--Ohio, MMWR 1991.

22.    Zaza S, Coronado V, and Jarvis WR.  Postsurgical Infections Associated with Nonsterile Implantable Devices.  MMWR 1992;41:258.

23.    Beck-Sague CM, Arrowsmith-Lowe J, Padyhe A, and Jarvis WR.  Recall of Laparotomy Sponges - United States, 1993, MMWR 1993;42:755.

Curriculum Vitae (Cont.)                    - 65 -                    William R. Jarvis, M.D.

24.    Fridkin SK, Velandia MP, Cardenas VM, Boshell J, Ramirez G, Bland LA, Iglesias A and Jarvis WR.  HIV Transmission in a Dialysis Center-Columbia, 1991-1993.  MMWR 1995;44:404-412.

25.    Danzig L, Hendricks K, Schulster L, Bell RL, Cousins J, McNeeley W, Payne A, des Viger Kendrick M, Simpson D, Tormay M, Itano A, Mascola L, Vugia D, Rosenberg J, Waterman S, Safranick TJ, Jarvis WR and Alter M. Outbreaks of Hepatitis B Virus Infection Among Hemodialysis Patients-California, Nebraska, and Texas 1994.  MMWR 1996;45:285-289.

26.    Dembrak ZF, Kellerman S, Cartter ML, Hadler JL and Jarvis WR.  Assessment of Testing for and Completeness of Reporting of Vancomycin-resistant Enterococci-Connecticut, 1994.  MMWR 1996;45:289-291.

28.    Chang T, Christianson JC, Pavia AT, Bobrin BD, Bland LA, Carson LA, Arduino MJ, Verma P, Aguero SM, Carroll K, Jenkins E, Daly JA, Woods ML, and Jarvis WR.

        *Ochrobactrum anthropi* Meningitis Associated Cadaveric Pericardial Tissue Processed with a Contaminated Solution, Utah, 1994. MMWR 1996;45:671-672.

29.    Kuehnert M, Clark E, Chia J, Waterman S, Soll D, and Jarvis WR.  *Candida albicans* Endocarditis Associated with a Contaminated Aortic Valve Allograft-California, 1996.  MMWR 1997;46:261-263.

30.    Mangram A, Silverman B, Franklin GM, Bolin R, Hensrud DD, Zeller WP, and Jarvis WR.  Lactic Acidosis Traced to Thiamine Deficiency Related to Nationwide Shortage of Multivitamins for Total Parenteral Nutrition--United States, 1997.  MMWR 1997;46:523-527.

31.    Kuehnert M, Halpin TJ, Moore W, Waterman SH, Hadler JL, Wilcox KR, Ensign B, Simpson DM, Toomey KE, Rentas FJ, Dwyer DM, Haley R, and Jarvis WR.  Red Blood Cell Transfusions Contaminated with *Yersinia enterocolitica*BUnited States, 1997. MMWR 1997;46:523-527.

32.    Hiramatsu K, McDonald C, Tenover F, and Jarvis WR.  Reduced Susceptibility of *Staphylococcus aureus* to VancomycinBJapan, 1996.  MMWR 1997;46:624-625.

33.    Jarvis WR and HICPAC.  Interim Guidelines for Prevention and Control of Staphylococcal Infection Associated with Reduced Susceptibility to Vancomycin. MMWR 1997;46:626-628.

34.    Smith T, Pearson ML, Martin R, Wilcox KR, Lancaster M, Hill B, Tenover F, and Jarvis WR.  *Staphylococcus aureus* with Reduced Susceptibility to VancomycinBUnited States, 1997.  MMWR 1997;46:765-766.

Curriculum Vitae (Cont.)                    - 66 -                    William R. Jarvis, M.D.

35.   Smith T, Pearson ML, Martin R, Wilcox KR, Campbell C, Ellis H, and Jarvis WR.
      Update: *Staphylococcus aureus* with Reduced Susceptibility to VancomycinBUnited
      States.  MMWR  1997;46:813-815.

36.   Rhame F, Maki D, Bennett JV and Jarvis WR. Nosocomial Bacteremias Associated with
      Intravenous Fluid Therapy-U.S.A. MMWR 1997;46:1227-1233.

37.   Alonso-Echanove J, Cairns L, Richards M, Kuehnert M, Pearson ML, Pearson M,
      Glodoft M, Stehr-Green P, Hedberg K, Fleming DW, Hall W, Johnson DR, and Jarvis
      WR. Adverse Ocular Reactions Following TransfusionsBUnited States, 1997-1998.
      MMWR 1997;47:49-50.

38.   Wang S, Frenett C, Delorme M, LeMoyne C, Hockin J, Grillo FG, Killar T, Boyer SJ,
      Dwayer DM, Block C, Backewroth R, Shapiro M, Leu B, and Jarvis WR.  Outbreaks of
      Gram-negative Bacterial Bloodstream Infections Traced to Probable Contamination of
      Hemodialysis MachinesBCanada, 1995; United States, 1997; and Israel, 1997.  MMWR
      1997;47:55-59.

39.   Trick W, Labarca J, Peterson C, Bendana N, Mascola L, Kilmer L, Harvey S, Ross L,
      Meylan M, Teitelbaum P, Waterman S, and Jarvis WR.  Nosocomial *Ralstonia pickettii*
      Colonization Associated with Intrinsically Contaminated Saline Solution-Los Angeles,
      California, 1998.  MMWR 1998;47:285-287.

40.   Duffy R, Brown S, Tokars J, Lubniewski A, Sides S, Fisher C, Tess A, Lewis T, Kuhn
      L, Lusk R, Donnell D, Dodson D, Edelhauser H, Anderson N, and Jarvis WR.  Corneal
      Decompensation After Intra-ocular Ophthalmic Surgery, Missouri.  MMWR
      1998;47:306-309.

41.   Duffy R, Tomashek K, Spry L, Stivers A, Morin R, Timmons T, Weaver S, Douglas C,
      Safranek T, Roche J, Groves C, Portesi D, Hawkins M, Dwyer D, and Jarvis WR.
      Multi-state Outbreak of Hemolysis in Hemodialysis PatientsBNebraska and Maryland,
      1998.  MMWR 1998;47:483-484.

42.   Garrett DO, McDonald C, Wanderly A, Wanderly C, Arduino M, and Jarvis WR.
      Clinical Sepsis and Death in a Newborn Nursery Asssociated with Contaminated
      Medications BBrazil 1996.  MMWR 1998;47:610-612.

43.   Bell, M, Tokars J, Matrician L, Ange G, Burns S, Fanning L, Kioski C, Cage G, Harter
      G, Reese D, McFall D, Komatsu K, Englund R, and Jarvis WR.  Nosocomial
      *Burkholderia cepacia* Infection and Colonization Associated with Intrinsically
      Contaminated Mouthwash-Arizona, 1998.  MMWR 1998;47:926-928.

44.   Richards C and Jarvis WR.  *Enterobacter cloacae* Bloodstream Infections Associated

Curriculum Vitae (Cont.)                    - 67 -                    William R. Jarvis, M.D.
with Contaminated Pre-filled Saline Syringes-California, November 1998.  MMWR
1998;47:959-960.

45.   Toscano C, Archibald LA, Torres J, Murillo J, Bofill L, Rios A, Irausquin E, Isturiz R,
      Guzman M, Rubino L, Cordido M, and Jarvis WR.  Rapidly Growing Mycobacterial
      Infection Following Liposuction and LiposcultureBCaracus, Venezuela, 1996-1998.
      MMWR 1998;47:1065-1067.

46.    Alonso-Echanove J, Pierie LR, Finlayson J, Epstein JS, Gaines A, Varricchio F, and
      Jarvis WR.  Hemolysis Associated with 25% Human Albumin Diluted in Sterile Water-
      United States, 1994-1998.  MMWR 1999;48:157-158.

47.   Smith TL, O'Day M, Boyle J, Moran TL, Winkelstein J, and Jarvis WR.  Availability of
      Immune Globulin Intravenous for Treatment of Immune Deficient PatientsBUnited
      States, 1997-1998.  MMWR 1999;48:159-163.

48.   Parvez F, Gaines A, Varricchio F, Kapit R, Pierce LR, Scott D, Finlayson J and Jarvis
      WR.  Renal Insufficiency and Failure Associated with IGIV Therapy.  MMWR
      1999;48:518-521.

49.   Roth VR, Stricof RL, Oxtoby MJ, Smith PF, McGarry MA, Hay V, Rientsema W,
      Rogers N, Segal-Maurer S, Marks S, Rahal JJ, Prodhom G, and Jarvis WR.
      Bronchoscopy-Related Infections and PseudoinfectionsBNew York, 1996 and 1998.
      MMWR 1999;48:557-560.

50.   Hunt C, Dionne M, Delorme M, Murdock D, Erdrich A, Wolsey D, Groom A, Cheek J,
      Jacobson J, Cunningham B, Shireley L, Cameron S, Schlievert P, Pfieffer J, Johnson S,
      Boxrud D, Bartkis J, Besser J, Smith K, LaDell K, O=Boyle C, Lynfield R, White K,
      Osterholm M, Moore K, and Jarvis WR.  Four Pediatric Deaths from Community-
      Acquired Methicillin-Resistant *Staphylococcus aureus*BMinnesota and North Dakota,
      1997-1999.  MMWR 1999;48:707-710.

51.   Alexander LA, Khurshid MA, Chou T, Carey R, Larsen R, Conover C, Bornstein SL,
      Tenover F, Jarvis WR, and Fridkin S.  *Staphylococcus aureus* with Reduced
      Susceptibility to Vancomycin, Illinois, 1999.  MMWR 2000;48:1165-1167.

52.   Ostrowsky B, Baughman W, Farley M, Toomey K, Daily P, Rothrock G, Gelling L,
      Mokerjee N, Barrett N, Pass M, White K, Rainbow J, Damaske B, Stenfonek K, Barnes
      B, Zansky S, Morin C, Phan Q, Mosher P, Hadler J, Jarvis WR, and Tenover F.
      Laboratory Capacity to Detect Antimicrobial Resistance. MMWR 2000;48:1167-1171.

53.   Grohskopf L, Archibald LK, Tansuphasawadikul S, Eampokalap B, Chaovanich A,
      Rhuanpumkankit S, Kaxembe P, Nwanyanwu O, Dobbie H, Reller LB, Methchok B,

Curriculum Vitae (Cont.)                    - 68 -                    William R. Jarvis, M.D.

and Jarvis WR.  Disseminated Infection with *Mycobacterium simiae* and Simiae-Avium (SAV) Group Mycobacteria in Persons with the Acquired Immunodeficiency SyndromeBThailand and Malawi.  MMWR 2002:51(23);501-502.

54.    Moore K, Abbas AG, Lutale J, Archibald LK, Beckles G, and Jarvis WR.  Tropical Diabetic Hand Syndrome in  Dar es Salaam, Tanzania, 1998B2002.  Morbidity and Mortality Weekly Report 2002;51:969-970.

**Letters to the Editor**

1.    William R. Jarvis.  *Pasteurella multocida* in Dog Bites.  American Journal of Diseases of Children 1983;135:283.

2.    William R. Jarvis.  Cardiopulmonary Resuscitation in Hepatitis B Carriers.  Journal of the American Medical Association 1983;250:12156.

3.    William R. Jarvis.  Frequency of Enteral Feeding Tube Changes.  Hospital Infection Control 1983:10;159.

4.    William R. Jarvis.  Tobacco Smoke as Fomite.  Journal of the American Medical Association 1986;256:2591.

5.    William R. Jarvis.  MethicillinResistant Staphylococcus Infection: Control of StaffTransmitted Infection.  Journal of the American Medical Association 1988:259:2151.

6.    William R. Jarvis.  How Should ICPs Determine if Candida Infections are Nosocomial?  Hospital Infection Control 1986;13:8187.

7.    William R. Jarvis.  Should Cystic Fibrosis Patients with Pseudomonas be Isolated?  Hospital Infection Control 1987;14:7778.

8.    Horan TC, Culver DH, Jarvis WR, Emori TG, Banerjee S, Martone W and Thornsberry C.  Pathogens Causing Nosocomial Infections: Preliminary Data From the National Nosocomial Infections Surveillance System. The Antimicrobic Newsletter 1988;5:6567.

9.    Lowry P and Jarvis W.  Transmission of Infectious Agents by Inadequately Sterilized ENT Instruments.  New England Journal of Medicine 1989;320:741742.

10.    Richet HM, Craven PC, Brown JM, Lasker BA, Cox CD, McNeil MM, Tice AD, Jarvis WR, and Tablan OC.  Sternal-wound infections after cardiac surgery.  New England Journal of Medicine 1991;324:1741-1742.

Curriculum Vitae (Cont.)               - 69 -                William R. Jarvis, M.D.

11.   Tokars JI, Jarvis WR, Edlin FR, Dooley SW, Grieco MH, Gilligan ME, Schneider N, Montonez M, and Williams J.  Tuberculin Skin Testing of Hospital Employees during an Outbreak of Multidrug-Resistant Tuberculosis in Human Immunodeficiency Virus (HIV)-Infected Patients.  Infection Control and Hospital Epidemiology 1992;13:509-510.

12.   Jarvis WR. Preventing the Spread of Vancomycin Resistance.  Lancet 1994;344:119.

13.   Maloney S, Pearson M, and Jarvis WR.  Nosocomial Transmission of *Mycobacterium tuberculosis*.  Annals of Internal Medicine.

14.   Bennett SN and Jarvis WR.  Propofol and Postoperative Infections.  New England Journal Medicine 1995;33:1507.

1.   McDonald LC, and Jarvis WR.  Community-acquired Bacteremia In Zimbabwe and the Global Cost of Contaminated Blood Cultures.  Pediatric Infectious Diseases Journal 1997;16:538.

2.   Kuehnert MJ, Jarvis WR, Schaffer DA, and Chaffin DJ.  Platelet Transfusion Reaction Due to *Yersinia enterocolitica*.  Journal of the American Medical Association 1997;278:550.

3.   Kuehnert MJ and Jarvis WR.  Changing Epidemiology of Nosocomial Infections in Human Immunodeficiency VirusBInfected Patients.  Clinical Infectious Diseases 1997;25:321-323.

4.   Chang HW, Von Ryen CF, and Jarvis WR.  *Malassezia pachydermatis* Infections.  New England Journal of Medicine 1998;338:270-271.

5.   Manangan LP, Sehulster LM, Chiarello L, Simonds DN, and Jarvis WR.  Risk of Infectious Disease Transmission from a Common Communion Cup.  American Journal of Infection Control 1998;26:538-539.

20.   McDonald LC, Jarvis WR.  Linking Antimicrobial Use to Nosocomial Infections: The Role of the Combined Laboratory-Epidemiology Approach.  Annals of Internal Medicine 1998;129:245-247.

21.   Kuehnert MJ, and Jarvis WR.  Bacteria and the Safety of the Blood Supply in the United States.  Annals of Internal Medicine 1998;129:164-165.

22.   Smith TL, Pearson ML, and Jarvis WR.  Vancomycin Resistance in *Staphylococcus aureus*.  New England Journal of Medicine.  1999;341:207.

Curriculum Vitae (Cont.)                    - 70 -                    William R. Jarvis, M.D.

23.   Labarca JA, McDonald LC, Pinto ME, Palavecino E, Gonzalez P, Cona E, Fernandez A, Giglio MS, and Jarvis WR.  Proficiency in Detecting Vancomycin Resistance in Enterococci Among Clinical Laboratories in Santiago, Chile.  Emerging Infectious Diseases Journal  1999;5:839-840.

24.   Trick W and Jarvis WR.  Colonization of Skilled-Care Facility Residents with Antimicrobial-Resistant Pathogens.  Journal of the American Geriatric Society 1999.

25.   Ostrowsky B and Jarvis WR.  Vancomycin-Resistant Enterococci in Health Care Facilities.  New England Journal of Medicine 2001;345:767.

26.   Grohskopf L and Jarvis WR.  *Serratia liquefaciens* Infections at a Hemodialysis Center.  New England Journal of Medicine 2001;345:921.

27.   LeDell K, Muto CA, Jarvis WR, and Farr BM.  SHEA Guideline for Preventing Nosocomial Transmission of Multidrug-resistant Strains of *Staphylococcus aureus* and Enterococcus.  Infection Control and Hospital Epidemiology 2003;24:639-641.

28.   Kainer MA and Jarvis WR.  HIV-1 and HCV Infections Among Antibody-Negative Blood Donors.  New England Journal of Medicine 2004;351:2232-2235.

29.   Muto CA, Farr BM, and Jarvis WR.  Has Methicillin-resistatn *Staphylococcus aureus* Stopped Spreading in Intensive Care Units?  Clinical Infectious Diseases 2005;41:269-270.

30.   Muto CA, Vos MC, Jarvis WR, Farr BM.  Control of nosocomial methicillin-resistant *Staphylococcus aureus* infection.  Clinical Infectious Diseases. 2006;43:387-8.

31.   Muto CA, Jarvis WR, Farr BM.  Another tale of two guidelines.  Clinical Infectious Diseases. 2006;43:796-7.

32.   Jarvis WR, Muto C.  Universal screening for methicillin-resistant *Staphylococcus aureus* by hospitals.  Journal of the American Medical Association. 2008;300:504.

33.   Farr BM, Jarvis WR.  Methicillin-resistant *Staphylococcus aureus*: misinterpretation and misrepresentation of active detection and isolation.  Clinical Infectious Diseases. 2008;47:1238-9.

34.   Farr BM, Jarvis WR.  Why we disagree with the analysis of Wenzel et al.  Infection Control and Hospital Epidemiology. 2009;30:497-9.

Curriculum Vitae (Cont.)                    - 71 -                    William R. Jarvis, M.D.

35.    Farr BM, Jarvis WR.  Searching many guidelines for how best to control methicillin-
        resistant *Staphylococcus aureus* healthcare-associated spread and infection.
        Infection Control and Hospital Epidemiology. 2009;30:808-9.

36.    Farr BM, Jarvis WR.  What works and what doesn't for the control of methicillin-resistant
        *Staphylococcus aureus* infection: dogma and data.  Clinical Infectious Diseases.
        2009;49:987-8.

37.    Farr BM, Jarvis WR.  Prevention of surgical-site infections.  New England Journal of
        Medicine. 2010;362:1541.

38.     Farr BM, Jarvis WR.  Transmission of resistant bacteria in intensive care.  New England
        Journal of Medicine.  2011;365:762.

39.    Edmonds SL, Macinga DR, Jarvis WR.  Reply to letter to the editor on "comparative
        efficacy of commercially available alcohol-based hand rubs and World Health
        Organization-recommended hand rubs".  Am J Infect Control. 2013;41:474-5.

40.    Jarvis WR.  Targeted decolonization to prevent ICU infections.  N Engl J Med.
        2013;369:1469.

**Attachment B**
**Cases Testified as Expert at Trial or Deposition by William R. Jarvis, M.D.**
**(March 2013-March 2017)**

Winston & Strawn LLP, Chicago, Illinois (SE Missouri Hospital and St. Francis Medical Center, on behalf of themselves and all others similarly situated v. C.R. Bard, Inc.).  Deposition given.

Mr. Stephen M. Masters, Joliet, Illinois (Ronald Fuqua vs. Central Du Page Hospital Association).  Deposition given.

Mrs. A. Candace Marcus, McIntosh Sawran Peltz & Cartaya, P.A., Fort Lauderdale, Florida (Bowman v. CCF Naples, et al.).  Deposition given.

Mrs. Andrea Kott, Chicago, Illinois (Radak v. Evanston Northwestern Healthcare Corporation, et al.).  Deposition given.

Mr. Mark Levine, Bartlit Beck Herman Palenchar & Scott LLP, Chicago, Illinois (ICU Medical, Inc. v. RyMed Technologies, Inc.).  Deposition given.

Mr. Steven J Klearman, Reno, Nevada (Nolan v. South Lyon Health Center, et al.).  Deposition given.

Mr. Thomas Saieva, Esq., Saieva & Stine, P.A., Tampa, Florida  (Adolphson v Memorial Hospital of Tampa). Deposition given.

Mr. J. Dan Smith, McDonnell Boehnen Hulbert & Berghoff LLP, Chicago, Illinois (Ivera Medical Corporation v. Hospira, Inc.). Deposition given.

Mr. Ed Ciarimboli, Fellerman Ciarimboli Law, PC, Kingston, Pennsylvania (Una Valanski vs Hampton House, Hampton House Wilkes-Barre PA, LLC, HCR Manorcare, Leonard Kuchemba, M.D., Intermountain Medical Group). Trial testimony given.

Mrs. Carly S. Levin, Esq., Venable LLP, Washington, DC (Ivera Medical Corporation and Becton Dickinson and Company vs. Hospira, Inc. and Catheter Connections, Inc.).  Deposition given.

Janet, Jenner & Suggs, LLC, Columbia, South Carolina (Frank Heaps, III v. Lexington County Health Services). Deposition given.

Mr. Ciarimboli, Fellerman Ciarimboli Law, PC, Kingston, Pennsylvania (Una Valanski vs Hampton House, Hampton House Wilkes-Barre PA, LLC, HCR Manorcare, Leonard Kuchemba, M.D., Intermountain Medical Group). Trial testimony given.

Mr. H. William McIntosh, The McIntosh Law Firm, PC, Kansas City, MO (Thurmond, et al. v. Kloster, et al.).  Deposition given.

Mr. Ed Ciarimboli, Fellerman Ciarimboli Law, PC, Kingston, Pennsylvania (Janice Yalch vs. Alex Huang, M.D., J.T. Juang, M.D.,  P.C., Jung T. Huang, M.D., Geisinger South Wilkes-Barre Health System, Geisinger Clinic). Trial testimony given.

Mr. William W. Bird, The Bird Law Firm, P.C., St. Joseph, Missouri (James K. Sullwold, et al. v. Heartland Regional Medical Center a/k/a Mosiac Life Care, Inc.). Deposition and trial testimony given.

Mr. Theodore Walton, Clay Daniel Walton & Adams PLC,  Louisville, Kentucky (Angie G. Huletter, Waller Hulette, Audrey Hulette, Emily Hulette and Andrew Hulette vs. GZA Geoenvironmental, Inc., et al.). Deposition given.

Mr. Jason C. Molesso, Sanders Viener Grossman, Mineola, New York (Loraine Angueira v. NYU Hospitals Center d/b/a NYU Hospital for Joint Diseases.  Trial testimony given.

**Attachment C**
**HEALTHCARE EPIDEMIOLOGY**
**2016 FEE SCHEDULE**

William R. Jarvis, M.D.
Jason and Jarvis Associates, LLC
135 Dune Lane
Hilton Head Island, SC 29928
(Tel: 843-686-3750)

42338 Parkwood Drive
Port Orford, OR 97465
(Tel: 541-332-3750)

E-mail: WRJMJ@AOL.COM

| | |
|---|---|
| Reviewing medical records, surveillance data, or other infection control records or policies | $700/hour |
| Preparing written reports | $700/hour |
| Conference calls/telephone consultation (including verbal reports): | $700/hour |
| Depositions (minimum fee: $4,000) | $800/hour |
| Trial testimony (minimum fee: $4,500) | $900/hour |

*When travel is required, lodging, transportation (air, train, cab, subway, miles driven, etc.), food, other expenses, and a per diem of $250 per hour for the duration of travel also will be charged.

34

# EXHIBIT DX5

TO DECLARATION OF BENJAMIN W. HULSE

IN SUPPORT OF DEFENDANTS' MOTION TO

EXCLUDE PLAINTIFFS' GENERAL

CAUSATION MEDICAL EXPERTS

Page 1

1              UNITED STATES DISTRICT COURT

2                 DISTRICT OF MINNESOTA

3

4   In Re:  Bair Hugger Forced )

    Air Warming Products       )

5   Liability Litigation:      )

                               )

6                              ) MDL No.:  15-2666

                               )              (JNE/FLN)

7   This Document Relates To:  )

                               )

8            All Actions.      )

    _____)

9

10

11

12

13

14

15

16    VIDEOTAPED DEPOSITION OF WILLIAM R. JARVIS, M.D.

17              San Francisco, California

18              Tuesday, July 25, 2017

19

20

21

22

23   BY:  HEIDI BELTON, CSR, RPR, CRR, CCRR, CLR

24   CSR LICENSE NO. 12885

25   JOB NO. 124789

Page 138

```
 1        A.  Probably a year and a half ago.
 2        Q.  So it's not a frequent thing for you?
 3        A.  Correct.
 4        Q.  Has any -- have you addressed any issues
 5   relating to Bair Hugger in connection with that
 6   committee?
 7        A.  No.
 8        Q.  Have you raised anything in connection
 9   with the Bair Hugger through that committee?
10        A.  No.
11        Q.  Have you communicated with anybody at the
12   FDA about what you've -- the opinions you've
13   expressed in -- in your expert opinion here about
14   the Bair Hugger?
15        A.  Well, as you know I've signed a
16   confidentiality agreement.  So I would love for it
17   to be raised -- released if you would like to do
18   that.  I'd be more than happy to.  I've been --
19   tried to be very careful with who I've communicated
20   with and what I've communicated about Bair Hugger
21   until I'm allowed to.
22        Q.  So I take it that you're saying no, you
23   haven't communicated with anybody at the FDA?
24        MR. B. GORDON:  Objection; asked and
25   answered.
```

Page 139

```
 1        THE WITNESS:  Correct.
 2   BY MR. C. GORDON:
 3        Q.  How about the CDC; same thing?
 4        A.  Same thing.
 5        Q.  Any government regulatory agency?  Have
 6   you communicated with anybody in connection with --
 7   with any government body concerning your -- your --
 8   the issues you raise with respect to the Bair
 9   Hugger?
10        A.  No.  Until the confidentiality agreement
11   is lifted, I'm somewhat prohibited from doing so.
12        Q.  One of the items on your "Additional
13   Materials Reviewed," Exhibit 3, was -- or is --
14   Augustine 2017; is that right?
15        A.  Correct.
16             (Exhibit 15 marked.)
17   BY MR. C. GORDON:
18        Q.  Let me show you what I've marked as
19   Exhibit 15 and ask you if that is the Augustine 2017
20   document you're referring to in your "Additional
21   Materials Reviewed," Exhibit 3.
22        A.  Yes.
23        Q.  How did you first become aware of Exhibit
24   15?
25        A.  I'm not sure if it came up in a search.
```

Page 140

```
 1   I'm not sure.
 2        Q.  So you don't know whether it was something
 3   you found on your own or somebody provided it to
 4   you?  You don't know?
 5        A.  It may have been both.  I don't remember.
 6        Q.  And how long ago do you recall first
 7   seeing it?
 8        A.  I think pretty shortly after it came out.
 9   I'm doing Medline searches all the time.
10        Q.  Do you know when it came out?
11        A.  I'm thinking it was January.  But it
12   doesn't say, so I don't remember.
13        Q.  So you -- your recollection is that it was
14   a while ago as opposed to in the last two, three,
15   four or five weeks?
16        A.  Yeah, I don't think it was -- as I say, it
17   doesn't have a date on here --
18        Q.  Okay.  Your --
19        A.  -- or a month anyway.
20        Q.  Your expert report was January -- excuse
21   me.  Strike that.  Your expert report was March 31,
22   2017.  Do you know whether you had seen Exhibit 15
23   before or after that date?
24        A.  I think it was probably after.
25        Q.  Probably after?
```

Page 141

```
 1        A.  I can't be absolutely sure but I think it
 2   was probably after.
 3        Q.  After March 31?
 4        A.  Yeah.
 5        Q.  But not in the last month?  Not as recent
 6   as that?
 7        A.  Correct.
 8        Q.  Okay.  And is there anything in Exhibit 15
 9   that impacts your opinions at all?
10        A.  Well, I think it's like the material I
11   quoted in my report.  You know, this is -- to me
12   it's kind of putting pieces of a puzzle together and
13   it's an additional piece of information that -- that
14   supports the dangers of the Bair Hugger.
15        Q.  So this is something you would consider a
16   reference material that you would rely on to support
17   your opinion?
18        A.  I --
19        MR. B. GORDON:  Object to the form.
20   Characterization of reliance.
21        THE WITNESS:  I think it's -- as I say,
22   it's a piece of the puzzle like all the other
23   references that I have in my report.
24   BY MR. C. GORDON:
25        Q.  Okay.  Well, if -- this isn't a reference
```

36 (Pages 138 to 141)

Page 150

1    THE WITNESS: Well, I think the answer to
2  that I'm not aware of any journal that requires you
3  to do that. But most journals are more than happy
4  when you do do that.
5  BY MR. C. GORDON:
6    Q. Do you know Dr. Augustine?
7    A. Never met him.
8    Q. Have you ever talked to him?
9    A. Nope.
10    Q. Do you know that he's quoting your expert
11  report in marketing materials?
12    A. No, I was not aware of that, no.
13    Q. Does that surprise you?
14    MR. B. GORDON: Objection; argumentative.
15    THE WITNESS: I'd have to see it. I don't
16  know, you know, what he's saying.
17  BY MR. C. GORDON:
18    Q. Let's look at Exhibit 1, your expert
19  report. And I'm going to ask some questions. Let's
20  start on page 5. At the top of the page where you
21  say -- where you emphasize that "None of these
22  patient-specific characteristics causes the
23  infection; the pathogen causes the infection." Do
24  you see that?
25    A. Yes.

Page 151

1    Q. Well, that would be true of the Bair
2  Hugger as well; right? The Bair Hugger itself even
3  in your formulation doesn't cause the infection --
4    MR. B. GORDON: Object to the form.
5  BY MR. C. GORDON:
6    Q. -- it would be the pathogen; right?
7    MR. B. GORDON: Calls for a legal
8  conclusion. Object to the form.
9    THE WITNESS: Well, it absolutely depends
10  upon the pathogen. The difference is that the
11  characteristics that we're talking about, most of
12  the characteristics in terms of risk factors, you
13  know, enhance the likelihood of infection giving
14  contamination; whereas, in the case of the Bair
15  Hugger, it's actually a source of the organisms.
16  BY MR. C. GORDON:
17    Q. So you're distinguishing between source
18  and -- what -- how would you characterize
19  patient-specific factors if they're not sources?
20    A. Risk factors. So there's risk factors
21  enhance the likelihood that if contamination were
22  occur [as said]. But if you're a diabetic, that
23  doesn't increase the likelihood that you have a bug
24  in your wound. Diabetes doesn't produce any bugs in
25  your wound. Diabetes just makes it if you get a bug

Page 152

1  in your prosthetic device you have an increased risk
2  of going on and developing an infection.
3    Q. Would you characterize that as a host
4  immunity factor?
5    A. Absolutely it would be, sure.
6    Q. And would you agree that there are
7  patient-specific risk factors that actually increase
8  the bio-burden of bacteria that the patient brings
9  to the table?
10    MR. B. GORDON: Object to the form.
11    THE WITNESS: You mean specifically on
12  certain body sites or more likely have
13  naso-colonization? Can you ask it a little bit --
14  BY MR. C. GORDON:
15    Q. Well, let's back it up a different way.
16  On the next paragraph you say, "exogenous sources
17  account for the SSIs"; right?
18    A. Correct.
19    Q. What's an exogenous source?
20    A. Exogenous source is a source outside of
21  the patient.
22    Q. What's --
23    A. And then part of that is based upon my
24  experience over 23 years at CDC. We -- I was in
25  charge of the outbreak investigation group for 17

Page 153

1  years. We investigated more outbreaks than anyone
2  on this planet. And of the surgical site infection
3  outbreaks that we investigated, almost all of them
4  were due to exogenous sources. There was one that
5  was due to a patient source.
6    Q. What's the opposite of an exogenous
7  source?
8    A. Endogenous.
9    Q. Okay. So my -- I guess my question is are
10  there any patient-specific risk factors that
11  increase the endogenous sources of bacteria?
12    A. I'm trying to think if there's any studies
13  that have been done to really answer that question.
14  There certainly have been studies that have looked
15  at different patient populations to see who's
16  colonized, who's not colonized, even some studies
17  looking at the degree of colonization in one
18  location to the other. But I don't know that they
19  address your specific question.
20    Q. What years were you at the CDC?
21    A. 1980 to 2003.
22    Q. So by the time you supervised the
23  preparation of the 1999 surgical site guidelines,
24  Exhibit 5, you had already been at the CDC almost
25  two decades; right?

39 (Pages 150 to 153)

Page 154

1  A. 19. Well, I probably started at least two
2  years before that. But, yeah, over 15 years.
3  Q. Okay. And going back to the sentence
4  where -- in your report where you say, "Exogenous
5  sources account for the majority of SSIs," you
6  didn't actually cite any medical literature for that
7  proposition, did you?
8  A. No.
9  Q. You just said -- that was based on your
10 years of experience at the CDC; right?
11 A. That was based on the outbreaks that we
12 investigated when I was at CDC, as well as
13 scientific literature.
14 Q. Could you turn on Exhibit 5 to page 103.
15 Direct your attention to the first full paragraph on
16 that page. Could you read that first full sentence.
17 A. The first full sentence?
18 Q. Beginning with, "For most SSIs."
19 A. "For most SSIs, a source of pathogens is
20 the endogenous flora of the patient's skin, mucous
21 membranes, or hollow viscera."
22 Q. And for that there's a citation; correct?
23 A. Correct. A study from 1968.
24 Q. The Altameier, Culbertson, and Hummel
25 study?

Page 155

1  A. No. Actually --
2  Q. Did I get that wrong?
3  A. Oh. 57. Yes, yes. Right. 1968, right.
4  Q. So the sentence in your 1999 CDC guideline
5  says, "Most pathogens are endogenous." And in your
6  report you say "most are exogenous." Right?
7  A. Right. And the --
8  Q. Did something happen in the last four
9  years of your CDC tenure to make you change your
10 mind about everything you learned in the first 19?
11 MR. B. GORDON: Objection to form.
12 Mischaracterizes the evidence. And argumentative.
13 THE WITNESS: Well, couple of things. One
14 is it talks about endogenous. And then it talks
15 also about exogenous organisms as a source of SSI
16 include surgical personnel; operating room
17 environment; all tools, instruments, materials
18 brought to the sterile field during the operation.
19 So it doesn't exclude those.
20 But if you look at what happened between
21 this guideline -- and, actually, it started a little
22 bit before this guideline -- but a tremendous number
23 of interventions have been applied to patients to
24 reduce the endogenous flora and the importance of
25 the endogenous flora. Most of the Center for

Page 156

1  Medicare/Medicaid services or CMS -- what's called
2  SCIP measures -- which is a surgical care
3  improvement -- surgical infection prevention.
4  Activities were really focused at the
5  endogenous rather than exogenous flora. So, for
6  instance, improvement of prophylactic antibiotics,
7  improvement in skin antisepsis by the use of
8  chlorhexidine alcohol rather than povidone iodine.
9  (Reporter asks for repetition.)
10 "Chlorhexidine alcohol rather than
11 povidone iodine."
12 Those activities were really aimed at the
13 endogenous flora. So there's really a lot of
14 activities on endogenous flora; not as many
15 necessarily on the exogenous flora.
16 BY MR. C. GORDON:
17 Q. Okay. So as of 1999 you were satisfied
18 that the state of the medical literature was such
19 that you could say that the majority of SSIs were
20 caused by endogenous flora; right?
21 A. Right. As endemic infections, yes.
22 Q. And that's changed in the last 18 years
23 for the reasons you mentioned; right?
24 A. Correct.
25 Q. Are you aware of any medical journal,

Page 157

1  textbook, anything in the last 18 years that has
2  said what you say, which is that the majority of
3  SSIs are caused by exogenous sources?
4  A. Well, certainly the Seminars journal that
5  we gave you a copy of that gives a list of all the
6  outbreaks that CDC did as well as the role of the
7  environment. There's a number of papers in that
8  that document the role of exogenous sources of
9  infection.
10 Q. My question is very specific. You were
11 satisfied in 1999 that the majority were caused by
12 endogenous sources. And you actually cited one
13 published paper for that. In the 18 years since the
14 1999 guidelines were published, has any medical
15 journal or textbook published any kind of a
16 conclusion -- study, metanalysis, anything -- that
17 concludes that now things have shifted so such that
18 the majority of SSIs are exogenous?
19 MR. B. GORDON: Object to form; asked and
20 answered.
21 THE WITNESS: Well, I don't know that I've
22 done a search for, you know, every -- it wouldn't --
23 Medline search wouldn't pick up books anyway. But
24 I'm not sure I've seen a specific paper looking at
25 that.

Page 158

1    As I say, the Seminars journal that we
2 gave you shows all the CDC outbreaks that we
3 investigated and the surgical site outbreaks in
4 particular.  Of the 22, 20 of the 22 -- actually, 21
5 of the 22 are exogenous sources of infection.  The
6 reference that we gave here is 1968.  So it probably
7 was changing even at this time.
8 BY MR. C. GORDON:
9    Q.  Is the CDC called in for -- every time
10 there's a surgical site infection?
11    A.  I doubt it.  They'd be kind of busy if
12 they were.  No.
13    Q.  In fact, the CDC is not called in for the
14 overwhelming majority of surgical site infections
15 that occur every day and throughout the country;
16 right?
17    A.  Absolutely.  Or healthcare-associated
18 infections in general.  And they have to be very
19 specific in what they investigate.  And we try to
20 pick outbreaks that would advance the field of
21 infection control and not be redundant of something
22 that's been shown 20 times.
23    Q.  Okay.  So if patients are experiencing
24 common surgical site infections that arise from
25 endogenous flora that have been studied many times

Page 159

1 over the years, that would probably not be something
2 that would result in a CDC outbreak investigation?
3    MR. B. GORDON:  Object to form.
4 BY MR. C. GORDON:
5    Q.  Right?
6    MR. B. GORDON:  Lack of foundation.  Calls
7 for speculation.
8    THE WITNESS:  Well and that's probably not
9 true.  It depends on the organism.  For instance,
10 like the heater-cooler investigation was a very
11 unusual organism.  Very similar to what we're
12 dealing with here with Bair Hugger where it was a
13 device that was used for decades and thought to be
14 perfectly safe.  That then only was recognized as
15 being a cause of infection because Mycobacterium
16 chimaera infections were occurring in cardiac
17 surgery patients.  And that was very unusual.  So
18 certainly if the heater coolers have been associated
19 with Staph aureus infections it probably would have
20 taken a lot longer before it would have been
21 recognized.
22 BY MR. C. GORDON:
23    Q.  And my question went to garden variety
24 infections.  Let's take Staph epidermidis.  That's a
25 pretty common surgical site infection; isn't it?

Page 160

1    A.  Correct.
2    Q.  And probably everybody in this room has
3 Staph epidermitis bacteria; right?
4    A.  Correct.
5    Q.  Some maybe more than others.
6    A.  Possibly.
7    MR. ASSAAD:  For the record Corey Gordon
8 just looked directly right at Mr. Assaad, which is
9 myself, talking about Staph epidermis.
10    MR. C. GORDON:  Are you feeling guilty?
11 Sorry.
12    MR. ASSAAD:  A little bit.  I didn't take
13 a shower this morning, so it might be less than
14 most.
15 BY MR. C. GORDON:
16    Q.  So a hospital experience as a single
17 surgical site infection involving Staph epidermitis,
18 that wouldn't be the type of thing that would result
19 in CDC getting a call and starting an outbreak
20 investigation; right?
21    MR. B. GORDON:  Object to the form.  Calls
22 for speculation, the source of the outbreak.
23    THE WITNESS:  Well, if it was the
24 infecting pathogen, I think it's probably unlikely
25 that it would lead to a CDC investigation.  On the

Page 161

1 other hand, if it were Staph epidermitis that had a
2 very unusual antibiogram, for instance, so --
3    (Reporter asks for repetition.)
4    Antibiogram.  So, for instance, when the
5 first reported Staph aureus or MRSA that had
6 vancomycin intermediate resistance --
7    (Reporter asks for repetition.)
8    Vancomycin intermediate resistance occur
9 it was N of 1.  And we investigated to try to
10 identify what was going on.
11    Now, if it had been an MRSA or a Staph
12 aureus with a very common antibiotic susceptibility
13 pattern, we wouldn't have investigated probably.
14 BY MR. C. GORDON:
15    Q.  And take away from that what the CDC
16 investigates is unusual circumstances.  A cluster of
17 more infections than you would normally expect for
18 an unusual type of pathogen.
19    MR. B. GORDON:  No question yet.
20 BY MR. C. GORDON:
21    Q.  Right?
22    MR. B. GORDON:  Object to the form.
23    THE WITNESS:  Well, it's a combination of
24 factors.  So it's unusual -- or I mean, it's an
25 unusual antibiogram association with a medical

Page 162

1  device that's not been known to be a source before
2  like the heater-cooler.  So there's a list of
3  different possibilities of what would be
4  investigated.  But certainly every infection that
5  occurs would not be investigated.
6  BY MR. C. GORDON:
7      Q.  So the fact that 20 of the 21
8  investigations that you referred to that the CDC
9  investigator proved to be exogenous sources, are you
10  saying that that tells you that all the infections
11  that you didn't investigate must also be
12  predominantly exogenous?
13      MR. B. GORDON:  Objection to form.
14  Misstates his testimony.
15      THE WITNESS:  Yeah, I wouldn't say it
16  necessarily is -- is -- reflects that.  But it does
17  show that even though many of those were Staph
18  aureus infections and some like Dr. Wenzel would say
19  that's exogenous organisms.  In fact, when we
20  investigated them, they weren't.  And without
21  investigating them, you don't know.
22  BY MR. C. GORDON:
23      Q.  I go back to my earlier question.  Can you
24  point me to any published medical literature in the
25  last 18 years that says that now the majority of

Page 163

1  SSIs are caused by exogenous sources?
2      MR. B. GORDON:  Objection; asked and
3  answered.
4      THE WITNESS:  As I mentioned, that
5  Seminars in Infection Control has a number of papers
6  in there that would address that.  I'm sure there
7  are others in the published literature talking about
8  the relative relationship between endogenous and
9  exogenous sources.
10  BY MR. C. GORDON:
11      Q.  When you say you're sure there are, have
12  you done research to see if that's the case?
13      A.  I have not looked recently.  It would be
14  pretty easy to do.
15      Q.  But you didn't do that?
16      A.  No.
17      Q.  So when you said on page 5 of your report,
18  "Exogenous sources account for the majority of
19  SSIs," that was based on your own personal analysis;
20  right?
21      A.  Well, personal analysis as well as
22  experience at CDC investigating outbreaks for 17
23  years.
24      Q.  Well, you had had that experience in 1999
25  when you wrote, "For most SSIs, the source of

Page 164

1  pathogens is the endogenous flora of the patient's
2  skin"; right?
3      A.  Well, I hadn't had it all in 1999.  I had
4  been there -- what? -- 19 -- 17 years probably when
5  I started.  It had been 19 years then.
6      Q.  Okay.  And so --
7      A.  So it was changing.  And that is a
8  reference from 1968, which is a few years before
9  that.
10      Q.  Well, in 1999 when you were applying the
11  CDC gold standard methodology, I assume you took
12  note of the fact that some study you were citing was
13  1968 and you would have done at least some research
14  to see if that was still a valid study or if there
15  were more contemporary things that called that into
16  question; right?
17      A.  I'm sure there was some literature
18  reviewed, yes.
19      Q.  And if you had found something post 1968,
20  which challenged the statement that you put out in
21  these guidelines, you would have at least considered
22  it and perhaps mentioned it; right?
23      A.  Well, we do mention in the next paragraph.
24  It basically is a paragraph on endogenous and a
25  paragraph on exogenous.

Page 165

1      Q.  Okay.  I'm talking -- and again I
2  understand there -- you talk about exogenous and
3  endogenous.
4      You would agree with me that what you say
5  in 1999 says that "more than 50 percent of SSIs are
6  caused by endogenous sources."  What you're saying
7  now in this expert report is that more than
8  50 percent of SSIs are caused by exogenous sources;
9  right?
10      MR. B. GORDON:  Objection to form.  And
11  you're misquoting the citation you're referring to
12  now, Corey.  You're using "causes" instead of
13  "sources."  And before you were saying "sources."
14  So just be clear for the record exactly what you're
15  asking him.
16  BY MR. C. GORDON:
17      Q.  And I'll accept that as a friendly
18  amendment.  My question relates to "sources," not
19  "causes."
20      A.  Okay.  I think what we were trying to do
21  in the SSI guideline is basically point out that
22  both endogenous and exogenous sources of pathogens
23  are important in patients undergoing SSIs.
24      The other thing is that this guideline is
25  a guideline for all SSIs, not specific to prosthetic

Page 166

1  joint infections.  And so there's a difference there
2  as well.  We're not talking specifically about
3  prosthetic joints.  We're talking about all SSIs.
4      Q.  Okay.  Let's look at the very next
5  sentence.  I'm sorry.  Not the very next sentence.
6  Couple of sentences down where you talk about
7  seeding of the operative site from a distant focus
8  of infection.  Do you see that?
9      A.  No.  Which page are we in?
10      Q.  It's on page 103.  It's on the
11  right-hand -- top of the right-hand column.  I'm
12  sorry.  On the 1999 guidelines.  Exhibit 5.  The
13  paragraph on endogenous sources.  Towards the end
14  you're talking about seeding of the operative site
15  from a distant focus of infection.
16      A.  Right.
17      Q.  That would be an endogenous source; right?
18      A.  Well, seeding could be endogenous or
19  exogenous.
20      Q.  Okay.  What is seeding?  What does that
21  mean?
22      A.  Basically means there's a source of the
23  organism and the organism then gets in from that
24  source into the prosthetic joint.
25      Q.  So how could there be an exogenous

Page 167

1  seeding?
2      A.  Well, it could be like the Bair Hugger
3  where it's blowing contaminated air or excess heat
4  is changing the ventilation with convection and
5  bringing organisms from the flora.  That would be
6  seeding.  Seeding is basically that the organism
7  gets into the wound.
8      Q.  What is -- I'm sorry.  What is -- what
9  does the phrase "distant focus of infection" mean in
10  that sentence?
11      A.  Well, that particular sentence, "seeding
12  of the operation site from a distant focus of
13  infection," is talking specifically about patients
14  that would have, say, an abscess somewhere else,
15  would be one possibility; other would be
16  colonization.
17      Q.  All endogenous; right?
18      A.  Those would be endogenous, yes.
19      Q.  All what the patient brings to the table;
20  right?
21      A.  That's one possibility, yes.
22      Q.  Okay.  And in 1999, you said that
23  seeding from distant focuses of infection was
24  particularly -- occurred particularly in patients
25  who have a prosthesis or other implanted -- implant

Page 168

1  placed during the operation; right?
2      A.  Correct.
3      Q.  And so you -- in that particular sentence
4  there's no question in your mind, you're saying that
5  this issue of seeding from a distant focus of
6  infection, that can cause SSIs but particularly can
7  cause SSIs in cases -- in the case of implants;
8  right?
9          MR. B. GORDON:  Objection to form,
10  counsel's characterization of cause which is source.
11          THE WITNESS:  Well, if you look at most of
12  the references, most of the references are talking
13  about patients who have had a bacteremia.  So one is
14  prosthetic valve endocarditis.  Another one is about
15  hematogenous spread of bacteria.  Another one is
16  about bacteremia.  So they're not really talking, in
17  terms of references, about a patient who happens to
18  be colonized with Staph aureus and gets a Staph
19  aureus infection.  They're virtually all -- let's
20  see.  Most of them are secondary to bacteremia.
21  BY MR. C. GORDON:
22      Q.  What's reference number 60?  What's that
23  about?
24      A.  Well, I think reference 60 is talking
25  about the important role of prophylactic

Page 169

1  antibiotics; in this case, hip replacement
2  procedures.
3      Q.  Well, how does it support the statement
4  that you made that "seeding of the operative site
5  from a distant focus of infection can be another
6  source of SSI pathogens"?
7      A.  Well, I'd have to go back and pull that
8  paper.  But my guess is that that one is showing
9  that if prophylactic antibiotics are given as the
10  right drug at the right time at the right dose, that
11  they reduce the risk for infection even if you have
12  a bacteremia or other endogenous source.  Or even
13  exogenous source.
14          (Exhibit 16 marked.)
15  BY MR. C. GORDON:
16      Q.  Show you Exhibit 16.  Is that the cite?
17          MR. B. GORDON:  Can I have a copy?
18          MR. C. GORDON:  No.  Sorry.  I don't have
19  one.
20          THE WITNESS:  (Witness reviews document.)
21  Okay.
22          MR. C. GORDON:  Was there a -- was there a
23  question pending?  Or the question right before he
24  said he had to look at the study.
25          (Record read as follows:

Page 190

1  all of the papers that I've read, my experience; you
2  know, 23 years at CDC, both in terms of outbreak
3  investigations, developing surveillance definitions,
4  assisting with the development of the surveillance
5  system and knowing surveillance data.  All of that
6  is incorporated in how I look at the data and how I
7  reach the conclusions in my report.  So certainly
8  the Albrecht study was one of many that I looked at
9  that --
10  BY MR. C. GORDON:
11      Q.  You mean the McGovern -- well, Albrecht
12  was an author.  You're talking about McGovern?
13      A.  McGovern was one of many that I referenced
14  in my report.
15      Q.  Was there any other study that you
16  referenced in your report that purported to show a
17  relative risk of Bair Hugger versus some other
18  warming modality in terms of joint infections?
19      A.  No.  That was -- that was the solid one.
20      Q.  So you -- before -- I assume before you
21  decided whether that was something worthy of your
22  inclusion in your report, you wanted to -- see if I
23  can find your exact phrase -- you wanted to look
24  critically and evaluate all the data, not just some
25  of the data; right?

Page 191

1      A.  Correct.
2      Q.  So did you do that with the McGovern
3  paper?
4      A.  Yes.
5      Q.  Okay.  Well, did you -- in considering the
6  McGovern paper, did you look at the specific pattern
7  of infections?
8      A.  I'm not sure what you mean by "pattern."
9      Q.  Well, the -- okay.  Did you -- when you
10  were looking critically in evaluating all the data,
11  did you look at the individual infection types that
12  were occurring during the study, the two arms of the
13  study period?
14      A.  When you mean infection types, you mean
15  the pathogens?
16      Q.  The pathogens, the bugs.
17      A.  I certainly looked at that, yeah.
18      Q.  And how did -- well, what -- what did you
19  look at to -- to assess that?
20      A.  You mean specifically what did I look at?
21      Q.  Right.  Are you talking about just what
22  was printed in the study, or did you look at
23  anything else?
24      A.  I looked at a line list that I believe was
25  one of the exhibits.

Page 192

1          MR. C. GORDON:  See if this helps.
2              (Exhibit 18 marked.)
3  BY MR. C. GORDON:
4      Q.  I'll show you what's been marked as
5  Exhibit Jarvis 18.  Previously marked as McGovern
6  Exhibit 16.
7      A.  Yeah, that looks like it.
8      Q.  So you reviewed this in your -- looking
9  critically in evaluating all the data of the
10  McGovern study; is that right?
11      A.  Right.
12      Q.  Did you -- let's focus on Staph aureus,
13  both methicillin susceptible and methicillin
14  resistant.
15          Did you look at the number of Staph aureus
16  cases that occurred during the Bair Hugger-only
17  period and compare that to the number of Staph
18  aureus cases that occurred during the HotDog-only
19  period?
20      A.  Yes.
21      Q.  And what did you find?
22      A.  First of all, I found that my eyes are not
23  good and I needed a --
24      Q.  Copy that.
25      A.  -- magnifier for this thing.  That was the

Page 193

1  first thing I learned.
2          Second I learned that it's hard to read
3  and there's duplication of information in it.  And I
4  believe that -- I'm trying to see the -- I had them
5  lined up so it made it easier to see.  But I guess
6  over here is -- that during the HotDog period, there
7  were infections caused by Staph epidermidis,
8  Enterococcus but none by Staph aureus.
9      Q.  And during the HotDog -- strike that.
10          So during the HotDog period there was zero
11  Staph aureus infections; correct?
12      A.  There were only three infections but,
13  yeah, none were Staph aureus.
14      Q.  And you read Dr. Reed's testimony where he
15  said there should have been an additional infection
16  in the HotDog --
17      A.  Right.
18      Q.  -- arm, correct?
19      A.  Right.  I don't know what the pathogen was
20  with that one.  It might have been Staph aureus; I
21  don't know.
22      Q.  And in the Bair Hugger-only period, how
23  many Staph aureus infections were there?
24      A.  I don't know that I counted them.
25          MR. B. GORDON:  Just for the record while

49 (Pages 190 to 193)

Page 202

```
1   post-discharge surveillance or comprehensive reviews
2   really of the records, you're probably
3   underreporting your rate.  And that his feeling was
4   that there probably was underreporting by other
5   hospitals.  And that was kind of part of the reason
6   why their rate might look higher than others.
7       Q.   Your -- when you did the -- your
8   evaluation of all the data and you saw that there
9   were 19, give or take, Staph aureus infections
10  during the Bair Hugger period, did that strike you
11  as a potential outbreak issue?  That they had a
12  problem with Staph aureus?
13      MR. B. GORDON:  Object to the form.
14  Assumes facts not in evidence.
15      THE WITNESS:  Yeah, I don't know that I
16  thought it was an outbreak issue because there's
17  certainly -- you've got a group at the very top at
18  the beginning but kind of one after another,
19  but then the others are kind of scattered around.
20  So -- and -- and certainly in his deposition he
21  didn't acknowledge any specific outbreak that was --
22  that was occurring.  And obviously Staph aureus,
23  coagulase negative Staphylococci are the number one
24  and two most common organisms to cause prosthetic
25  joint infections.  So you wouldn't expect that there
```

Page 203

```
1   would be a list of you know, Aspergillus; and
2   Burkholderia, and Acinetobacter, and a lot of other
3   organisms.  And really the only way to know would be
4   to do genetic typing of those organisms.
5   BY MR. C. GORDON:
6       Q.   That's the only way you can link up a
7   specific --
8       A.   That's one way --
9       Q.   Let me finish the question.
10          -- a specific infection and a specific
11  source; right?
12      MR. B. GORDON:  Object to the form and
13  beyond the scope of this deposition.
14      THE WITNESS:  That is one of the ways.
15  One of the messages from the outbreak investigations
16  that we did was that epidemiologic methods really
17  trump laboratory methods.  And that's why we've
18  always recommended not doing just culture surveys.
19  A lot of times a cluster will occur and what I
20  describe in my report and in these papers is, quick
21  and dirty is, for infection control people just to
22  go around and start culturing all sorts of stuff and
23  send it to the laboratory.  It's relatively easy for
24  them to do.  Puts the burden on the laboratory.  And
25  usually doesn't identify the source.  So doing a
```

Page 204

```
1   good epidemiologic investigation almost always
2   identifies the source.  And then the laboratory
3   either cultures and/or typing confirms that.
4   BY MR. C. GORDON:
5       Q.   And when you do a good epidemiological
6   survey, specifically looking at joint infections,
7   you want to consider every possible factor; right?
8       MR. B. GORDON:  Object to the form.
9       THE WITNESS:  Well, I guess it depends on
10  what you mean by consider.  Certainly one of the
11  things we always did for our outbreak investigations
12  and one of the things I think you would want to do
13  is to look at the literature.  If you have a cluster
14  of, say, Pseudomonas infections, you know, what has
15  been described in the past as being the cause of
16  such infections?  And make sure you look at those
17  things and exclude those things.  Obviously those
18  are the most likely sources.  And unlikely sources
19  might still be a possibility and you should evaluate
20  them.
21      MR. C. GORDON:  Well, let me show you
22  Exhibit 21.
23          (Exhibit 21 marked.)
24  BY MR. C. GORDON:
25      Q.   This is a paper you co-authored; correct?
```

Page 205

```
1       A.   Correct.
2       Q.   And in this case you are -- you
3   conducted -- you and your colleagues conducted an
4   investigation into outbreak of wound infections in
5   knee arthroplasty; right?
6       A.   Correct.
7       Q.   You looked at two hospitals; right?
8       A.   Correct.
9       Q.   You -- in the time period you looked at,
10  there were 20 infections that you identified; right?
11  A little under --
12      A.   Correct.
13      Q.   -- not quite four years.  '84, '85, '86,
14  and almost all '87; right?
15      A.   Until November '87; right.
16      Q.   And of those 19 -- of those 20 infections,
17  18 of them were deep joint infections; right?
18      A.   I'm trying to see where it says that.
19          Yes.  Yes.  Okay.
20      Q.   And do you know what the -- so can you --
21  it's not in here.  I had to calculate it myself.
22  But can you tell us what the deep joint infection
23  rate was for knee arthroplasty in the study that you
24  did?
25      A.   During the epidemic period or during the
```

52 (Pages 202 to 205)

Page 206

1  pre-epidemic period?
2      Q.  During the -- the epidemic period, is that
3  January 1, '84 to '87?
4      A.  January 1, '84 to November 30, '87.
5      Q.  Yes.  During that period.
6      A.  7.7 percent.
7      Q.  That was -- that included the two SSI --
8  superficial SSIs; correct?
9      A.  Correct.
10     Q.  So my question was can you calculate
11 knowing that 18 of those were deep joint infections,
12 what the actual deep joint infection rate was?
13     A.  Well, if the question is can I calculate?
14 The answer is yes.
15     Q.  Is it about 5.8?  Does that sound about
16 right?
17     A.  (Witness pulls out calculator.)
18     Q.  Ah, Smartphones.
19     A.  6.9.
20     Q.  So that was -- and that was just for
21 knees; right?
22     A.  Correct.
23     Q.  And, in fact, you note that -- on page 906
24 that there were -- there was no increase in the
25 infection rate for patients undergoing hip

Page 207

1  replacement at these two hospitals; right?  Is that
2  right?  Sorry.
3      A.  Right.
4      Q.  And so the -- would that be the type of
5  situation that would result in an outbreak
6  investigation?  You've got an unusually high number
7  of joint infections with knees but not with hips?
8      A.  Correct.
9      Q.  In the McGovern paper, did you notice the
10 ratio of hip infections to knee infections?
11     A.  Yes.
12     Q.  Do you recall what it was?
13     A.  I'd have to look.  I think knee was higher
14 than hip.
15     Q.  You think knee was higher than hip?
16     A.  I would have to look.  But it was the
17 opposite of what you said.
18     Q.  Okay.  Well, whatever it is, it was the
19 opposite of what you would expect.  Is that what you
20 recall?
21     A.  What's commonly found, yeah, yeah.
22     Q.  And was it -- when you say "opposite," was
23 it just a little bit off or was it -- was it a
24 pretty big difference?
25         MR. B. GORDON:  He already said he'd need

Page 208

1  to look at the study to know for sure.
2          MR. C. GORDON:  That's fine.
3          THE WITNESS:  Sorry about that.
4          So 4.6 percent on hip; and 1.7 percent in
5  knees.
6  BY MR. C. GORDON:
7      Q.  Well, I'm looking at the bottom of page
8  1542 and where they say, "It was, however, somewhat
9  unusual that the odds of infection associated with
10 hip replacement were 4.1 times greater than the odds
11 for knee replacement.  Typically infection rates are
12 greater for knee replacement."
13         Do you see that?
14     A.  Correct.
15     Q.  So instead of being slightly more knees,
16 it was more than four times as many hips in this
17 particular study; right?
18     A.  Yes.
19     Q.  And when you did your -- when you look
20 critically and evaluated all the data, what -- what
21 did you -- how did you factor in this anomaly that
22 there were 4.1 as many -- that the odds for
23 infections in hips were 4.1 that of knees?
24         MR. B. GORDON:  Object to the form,
25 counsel's characterization.

Page 209

1          THE WITNESS:  I would say that I just --
2  you know, that's what happens when you do a study in
3  a real-life situation rather than a control
4  situation.  You may find things that are slightly
5  different than have previously been described.
6  BY MR. C. GORDON:
7      Q.  Well, in the paper you did in 1990,
8  Exhibit 21, the signal that caused the concern was
9  that the knee rates were substantially higher than
10 the hip rates; right?
11     A.  Well, I think as much as anything, it was
12 that the rate in knees was so high and that it was
13 clustered around one individual surgeon.
14     Q.  Well, you didn't know that going in;
15 right?
16     A.  Well, to some extent we did.  Brian
17 Simmons is actually the hospital epidemiologist who
18 was at that hospital and he had been doing
19 surveillance and actually had an idea that that was
20 what was going on and felt that he would be able to
21 deal with the surgeon, if you will, if CDC came in
22 and confirmed what he initially had found and helped
23 him.
24     Q.  So he had a surgeon that he suspected was
25 a problem?

1   A.  Correct.
2   Q.  Was this surgeon doing both hips and
3   knees, or was he only -- he or she only doing knees?
4   A.  I don't remember.
5   Q.  Do you have any reason to -- strike that.
6   Do orthopedists who do implant surgery
7   always do both hips and knees?  Or are you aware of
8   some who do predominantly one versus the other?
9   A.  I've never seen a survey of orthopedic
10  surgeons to answer that.  My guess is some -- some
11  do both and some prefer doing one or some prefer
12  doing the other.
13  Q.  To sort of cut to the chase on your study
14  in Exhibit 21, the -- one of the two factors you
15  identified as being strongly associated with the
16  abnormal increase in knee infections was this one
17  surgeon; right?
18  A.  Correct.  And his rate was literally 9
19  times, almost 10 times any other surgeon.  So he
20  really stuck out.  It wasn't a 4 to 1.  It's 2 and a
21  half times that.  And this is not just one surgeon.
22  Q.  How many surgeons are involved in the
23  McGovern study?
24  A.  I'm not sure.  I thought I saw either --
25  one of the depositions I thought he said it was like

1   four or five surgeons, but I'd have to go back and
2   look at that.
3   Q.  Okay.  And did all of the surgeons do
4   roughly an equivalent number of hips and knees or --
5   A.  I don't -- that certainly wasn't in the
6   paper.
7   Q.  So whether there was one surgeon who was
8   doing a whole lot more hips than other surgeons you
9   don't have any knowledge one way or the other?
10  A.  No.  And certainly I would assume they
11  looked at -- you know, one of the things you would
12  look at in, you know, doing an analysis of surgeons
13  look at surgeon-specific --
14      (Reporter asks for repetition.)
15  Look at surgeon.  Look at surgeon-specific
16  infection rates.  I don't see that reported here.
17  But they may have looked at that.
18  Q.  Well, you say you assume that.  Do you
19  have -- as you sit here today, do you have any basis
20  whatsoever to testify either that they did or did
21  not give any consideration to surgeon-specific
22  rates?
23  A.  Well, I don't know what they gave
24  consideration to.  I think it would be something you
25  would look at and a surgeon would look at.  But they

1   certainly haven't described it in the paper.
2   Q.  Or in any deposition testimony that you're
3   aware of?
4   A.  Not that I recall, no.  I don't remember
5   them being asked that either.
6   Q.  Okay.  And based on your study as well as
7   others, the surgical skill of a given surgeon can
8   have a huge impact on the joint infections; right?
9       MR. B. GORDON:  Object to form.  Lack of
10  foundation.
11      THE WITNESS:  Well, surgical skill is
12  obviously very important.  You hope that the
13  surgeon-specific infection rates are clustered very
14  closely in terms of rate and not like this where you
15  have one at literally 10 times the rate of the
16  others.
17  BY MR. C. GORDON:
18  Q.  So I think it was 9 times.  So 9 times the
19  rate is -- is -- that's -- that's a serious issue.
20  But 4 times the rate would not be in your mind?
21  A.  Well, it's 9.4.
22      MR. B. GORDON:  Objection to form.
23  BY MR. C. GORDON:
24  Q.  Okay.  So 10 times --
25  A.  They say it's 2 and a half times 4, but --

1   Q.  But if somebody -- when you were at the
2   CDC and somebody called and said, you know, boy,
3   we've got four times as many hips getting infected
4   as we do knees, you would have said well, that
5   doesn't mean anything?
6       MR. B. GORDON:  Object to form.
7       THE WITNESS:  Oh, no.  We would give them
8   advice on what to look at.  And one of the things
9   would be surgeon-specific infection rates.  Many
10  times that's done and that's not the cause; you
11  know, that's --
12  BY MR. C. GORDON:
13  Q.  Okay.  There are other things that you
14  tell them to look at; right?
15  A.  Well, absolutely.
16  Q.  Let's take a look at your article on page
17  906.  One of the things you did through your
18  comprehensive analysis to try to figure out what's
19  going on in this particular -- in those two
20  hospitals was you pulled the medical records and
21  reviewed those records on all the patients; right?
22  A.  Well, not all the patients; all the study
23  patients.
24  Q.  All the study patients, right.
25  And you looked at their age; right?

Page 214

1     A.  Correct.
2     Q.  Their sex?
3     A.  Yes.
4     Q.  The etiology of the underlying joint
5  disease?
6     A.  Yes.
7     Q.  Whether they had prior knee surgery?
8     A.  Yes.
9     Q.  The American Society of Anesthesiologists
10  ASA classification of preoperative physical status?
11     A.  Yes.
12     Q.  Let me stop there for a second.  What is
13  the ASA classification of preoperative status?
14     A.  It's a core that anesthesiologists give
15  patients that basically is kind of a health
16  assessment.  So if you have chronic disease, chronic
17  lung disease, diabetes, peripheral vascular disease
18  you're going to have a higher score than if you are
19  a healthy 18-year-old.
20     Q.  Would that -- would that be one way of
21  assessing a patient's fitness for surgery?
22     A.  Well, most patients also get a, you know,
23  preoperative evaluation by an internist in terms of
24  that.  So if they had cardiac disease, somebody
25  signs off saying they're fine, usually not the

Page 215

1  anesthesiologist during that.  It's more a way to
2  categorize patients.
3        Some have used it or thought of it as kind
4  of a severity of illness measurement.  But it
5  doesn't work very well for that because
6  anesthesiologists probably for medical/legal reasons
7  tend to upgrade patients to make them look like
8  they're sicker.  So if they dropped dead in the
9  middle of surgery they can say yeah, look, their ASA
10  score was 4; what do you expect?
11     Q.  So in your study, Exhibit 21, the -- in
12  addition to the surgeon-specific factor, the other
13  factor that you found was strongly associated with
14  the increased risk was patients who had an ASA
15  rating of 3 or higher; right?
16     A.  Correct.
17     Q.  And that -- that's -- you know that that's
18  not unusual; that the correlation between ASA and
19  joint infections, that's been replicated in lots of
20  other studies; true -- correct?
21     A.  Well, certainly.  The higher the ASA the
22  more complications you might expect.
23        MR. B. GORDON:  I just -- I'm sorry to
24  interrupt you, Corey, but I'll put a continuing
25  objection on the record for this line of inquiry is

Page 216

1  going to case-specific diagnostic information.  That
2  is not the purpose of his report or this deposition.
3  This is a general causation report and deposition.
4  And I just want to make it clear that we're going to
5  reserve our rights to the extent that you are using
6  your time for case-specific causation issues.
7  BY MR. C. GORDON:
8     Q.  Did the McGovern study consider any form
9  of classification of preoperative physical status
10  comparable to an ASA score?
11     A.  Well, I don't know what additional
12  materials they might have abstracted or collected or
13  analyzed.  It's not a part of -- at least not
14  reported in their Table 2 of the univariate factors.
15        (Reporter asks for repetition.)
16        Univariate. U-N-I-V-A-R-I-A-T-E.
17     Q.  Well, in fact in the McGovern paper, they
18  say on page 1543, "We were unable to consider all
19  factors that have been associated with SSI as the
20  details of blood transfusion, obesity, incontinence,
21  and fitness for surgery which have been identified
22  elsewhere is important predictors for deep infection
23  were not sufficiently detailed in the medical
24  record."
25        You see that?

Page 217

1     A.  I'm trying to find that.  43?
2     Q.  1543.  First full paragraph -- In the
3  middle of the first full paragraph there.
4     A.  Correct.  You read that correctly.
5     Q.  So not only is there no indication that
6  they did consider it, there's a -- there's a express
7  indication that they did not consider patients
8  specific factors?
9     A.  Or weren't able to get it, yeah.  Right.
10     Q.  So in your -- but in your study, that was
11  one of two significant factors that accounted for
12  the infections; right?
13     A.  One of three factors.
14     Q.  The -- right.  And we'll get to the third
15  factor.  But ultimately that you decided -- you
16  concluded that that one by itself was not --
17  well strike that.  We'll come back.  We'll talk
18  about that.
19        Going back to what else you looked at
20  after the -- you looked at the results was
21  preoperative hematocrit?  Right?
22     A.  Correct.
23     Q.  And you looked at the use of steroids;
24  right?
25     A.  Right.

Page 218

1  Q.  You looked at the presence of diabetes;
2  right?
3  A.  Right.
4  Q.  You looked at the use of insulin; right?
5  A.  Which would correlate with the diabetes,
6  yes.
7  Q.  Right.
8  You looked at evidence of nosocomial
9  infection; right?
10  A.  Right.
11  Q.  You looked at the specific operating room;
12  right?
13  A.  Right.
14  Q.  You looked at the time of the day of the
15  operation; right?
16  A.  Right.
17  Q.  Why did you look at the time of day?
18  MR. B. GORDON:  Again, I want a continuing
19  objection on all of this going to case-specific
20  inquiry concerning opinions about case-specific
21  causation.
22  Go ahead, Doctor.
23  THE WITNESS:  Because in some outbreaks
24  that we've investigated, time of day ended up being
25  important.  Particularly the first case of the day.

Page 219

1  Particularly if the first case of the day is on a
2  Monday after the operating room has been, quote,
3  closed down over the weekend.  So it can lead to
4  issues related to the heating, ventilation, and
5  air-conditioning system and its functioning.
6  Also we had an outbreak where first cases
7  of the day were at increased risk because of
8  housekeeping when they were doing the cleaning of
9  the operating rooms at night, the anesthesiology
10  personnel had IV and other equipment set up for the
11  first case of the day.  And the housekeeping people
12  were kind of whipping the mop around and getting
13  water and contaminating the devices before the
14  surgical procedure.
15  So basically our past experience in
16  investigating outbreaks we found a number of times
17  that time of day and even day of the week might be
18  important factors to look at.  So we looked at them.
19  Q.  Have you seen studies that have gone the
20  other way?  You're -- the puzzled look you're seeing
21  is -- I thought the consensus was that you were
22  better off to have the surgery early in the day
23  rather than later after other procedures.
24  A.  That's probably anecdotal.  All I can say
25  is from the outbreaks that we investigated that

Page 220

1  those were a couple of things that we found.
2  Q.  Okay.  So you looked at the type of knee
3  pros- -- the knee prosthesis that was implanted;
4  right?
5  A.  Right.
6  Q.  And whether it was fixed with cement or
7  was cementless; right?
8  A.  Correct.
9  Q.  You looked at the number of personnel in
10  the operating room during the procedure; right?
11  A.  Right.
12  Q.  You looked at the presence of assisting
13  surgeons; right?
14  A.  Right.
15  Q.  You looked at whether there were
16  intraoperative irrigations; right?
17  A.  Right.
18  Q.  You looked at the duration of
19  post-operative wound drains; right?
20  A.  Right.
21  Q.  You looked at the use of antimicrobial
22  prophylaxis?
23  A.  Right.
24  Q.  You looked at whether -- at the timing of
25  the first dose of the antimicrobial prophylaxis

Page 221

1  relative to the skin incision; right?
2  A.  Right.
3  Q.  You looked at the total duration of the
4  operation; right?
5  A.  Right.
6  Q.  You looked at the total duration of the
7  use of the -- of the intraoperative limb tourniquet;
8  right?
9  A.  Right.
10  Q.  You looked at preoperative shaving; right?
11  A.  Right.
12  Q.  You looked at the -- the identity of the
13  surgeon; right?
14  A.  Right.
15  Q.  And you looked at the use of a continuous
16  passive motor machine.  During post- -- excuse me --
17  including starting day and duration; right?
18  A.  Right.
19  Q.  That's something that was used after the
20  surgery was completed to get the patient -- to start
21  rehabbing; right?
22  A.  Correct.
23  Q.  You looked at the duration of
24  post-operative fever; right?
25  A.  Right.

Page 222

1   Q.  You looked at duration of antimicrobial
2   exposure or administration; right?
3       A.  Correct.
4       Q.  You looked at the -- the lag -- the time
5   between the surgery and when there was documentation
6   of a wound infection; right?
7       A.  Correct.
8       Q.  You looked at the wound culture results;
9   right?
10      A.  Right.
11      Q.  And you looked at the time of the total
12  knee arthroplasty procedure, the time period between
13  the -- the procedure and the first re-operation;
14  right?
15      A.  Correct.
16      Q.  Okay.  You looked -- you gathered
17  information on all those factors as part of your --
18  your investigation here; right?
19      A.  Right.  And virtually all of those were
20  negative.  And part of the reason for going in that
21  depth and looking at all of those factors was -- as
22  I said, Dr. Simmons had had a hunch of what was
23  going on.  And we knew that if he were correct and
24  it end up being a surgeon-specific issue, that we'd
25  better have a lot of information on potential

Page 223

1   factors that that surgeon would then raise to say,
2   "Oh, no, it's not me."
3           So we looked at, as you can see, a very
4   wide variety of other factors, most of which ended
5   up being not significant.
6       Q.  So are you saying you had no basis for
7   looking at those other factors?
8       MR. B. GORDON:  Object to form.
9           THE WITNESS:  No.  I'm saying they are
10  factors that are potential.  Many of them we
11  probably didn't need to look at.  But they were to
12  make sure that when this surgeon objected, we could
13  point out all the things that we looked at that
14  weren't different.
15  BY MR. C. GORDON:
16      Q.  Every one of those things that we just
17  went through that you looked at, there was at least
18  some basis for thinking that it could potentially
19  have an impact on the deep joint infection rate;
20  right?
21      A.  Correct.
22      Q.  I mean, you didn't look at the color of
23  the paint on the operating room walls; that wasn't a
24  factor you considered.
25      A.  I don't think we looked at that; correct.

Page 224

1       Q.  And you didn't -- you wouldn't have
2   considered that because there's no basis for
3   thinking that changing the color of the paint in an
4   operating room would have any impact on deep joint
5   infections; right?
6       A.  Oh, I don't know.  If Dr. Simmons had
7   said, you know, we've had a problem with the leak in
8   our operating room and we just had a -- you know,
9   painter come in and paint all the rooms then we
10  probably would have focused on that.  But since
11  nobody said that, we didn't.
12      Q.  Right.  I'm talking about something as
13  innocuous as the change in color, not, you know,
14  painter leaving supplies or whatever might occur.
15  You didn't look at things that realistically
16  couldn't/wouldn't have had any potential to impact
17  the joint infection rates; right?
18      MR. B. GORDON:  Object to form.
19          THE WITNESS:  Well, we tried to focus our
20  attention on both, again, going back to the
21  literature, what the literature had said previously
22  were potential sources and other sources that we
23  thought in addition to that could be important.
24  BY MR. C. GORDON:
25      Q.  Well, if the concern was the surgeon, you

Page 225

1   could have just looked at and compared that
2   surgeon's rate to the other surgeon's rates; right?
3       A.  Oh, absolutely.  Dr. Simmons had already
4   done that.  But they don't [sic] think that was
5   going to be very convincing to the surgeon.  And the
6   surgeon would have brought up the color of the paint
7   in the room and everything else you can think of.
8       Q.  Well, certainly the surgeon would have
9   been interested in the ASA score, his patients
10  versus the other patients; right?
11      A.  Probably, since most surgeons, that's one
12  of their arguments is I'm operating on sicker
13  patients than you are.
14      Q.  And as it turned out, in this case that
15  was really true; wasn't it?
16      MR. B. GORDON:  Object to the form.
17          THE WITNESS:  Well, at least in terms of
18  ASA score greater/equal than 3.
19  BY MR. C. GORDON:
20      Q.  Well, in terms of that surgeon's group of
21  patients versus the other surgeon's group of
22  patients, his patients were almost 4 times as likely
23  to have an ASA score of 3 or higher; right?
24      A.  Right.  But the potential confounding
25  variable there that I don't think we looked at was

57 (Pages 222 to 225)

Page 226

1  that he may have been linked with a specific
2  anesthesiologist who might score patients higher.
3  And I don't know that we looked at that.
4      Q.  Is that something you considered looking
5  at at the time?
6      A.  I -- what year is this?  Nineteen --
7      MR. B. GORDON:  Ninety.
8      THE WITNESS:  1990.  I don't remember.
9  But that would be something that potentially we'd
10 look at.
11 BY MR. C. GORDON:
12     Q.  Actually, in your paper don't you say that
13 the personnel in the operating rooms in the two
14 different hospitals were basically the same for the
15 other surgeons and they stayed in their own
16 hospitals.  In other words, it was just the surgeon
17 moving back and forth?
18     A.  Right.
19     Q.  So if there was one anesthesiologist who
20 was scoring patients higher on their ASA ratings,
21 that wouldn't have differentially impacted one
22 surgeon going back and forth between the two
23 hospitals?
24     A.  Well, he might have might have had a
25 favorite at both places.

Page 227

1      THE REPORTER:  "Might have had"?
2      THE WITNESS:  His favorite at both places.
3  BY MR. C. GORDON:
4      Q.  Okay.  So --
5      A.  Just a possibility.
6      Q.  But at least at the time you didn't
7  consider that either at all or any significant
8  enough possibility to actually investigate it?
9      A.  Correct.
10     Q.  But all these other things that you did
11 investigate -- and, by the way, you also spent
12 time -- some time to interview operating staff about
13 operating room procedures; right?
14     A.  Correct.
15     Q.  You took all this information and you did
16 a whole series of statistical analyses to see if any
17 one factor or any combination of factors could
18 explain the high rate -- the high rate of knee
19 infections during this period; right?
20     A.  Right.
21     Q.  And you used a series of multi-variable
22 analyses; right?
23     A.  Right.
24     Q.  And that's a way of comparing a -- several
25 different potential factors to see if one or more is

Page 228

1  having an impact on something; right?
2      A.  That's one way of doing it; yes.
3      Q.  Well, you could have done -- as I said,
4  when you were called in, you could have just looked
5  at surgeon X's infection rate and compared it to
6  everyone else and done a univariate analysis and
7  said it's all surgeon X; right?
8      A.  Right.
9      Q.  But by doing it this way you identified a
10 couple of other factors that were in play; right?
11     MR. B. GORDON:  Object to form.
12     THE WITNESS:  Right.
13 BY MR. C. GORDON:
14     Q.  And one of those was the ASA score we've
15 talked about; right?
16     A.  Right.
17     Q.  And the other factor that you identified
18 was this passive motion thing; right?
19     A.  The continuous motion.
20     Q.  Continuous motion?
21     A.  Passive motion.
22     Q.  Continuous passive motion.
23         And the combination of those three factors
24 you concluded was -- of the problem or accounted for
25 the problem; right?

Page 229

1      A.  Correct.
2      Q.  So what would have -- well, strike that.
3         You couldn't reach -- you couldn't get to
4  that conclusion until you gathered all the
5  information about all these other potential factors;
6  right?
7      A.  Well, you could have gotten that
8  information if you could have predicted the future
9  by just collecting data on those three factors and
10 be done.  It would be a lot simpler.
11     Q.  Right.  But coming in after the fact and
12 trying to figure out why there was a higher -- why
13 there was a seemingly high rate of knee surgeries
14 going on at these two hospitals, even though you had
15 a working hypothesis that it was a surgeon-specific
16 issue, you looked at all these factors that you
17 reasonably thought could have had some impact on the
18 infection rates and you then did a whole series of
19 statistical analyses to flesh it out and see, you
20 know, is it live or is it Memorex; right?
21     MR. B. GORDON:  Object to the form.
22     THE WITNESS:  Well, certainly collected
23 all the data and did a variety of statistical
24 analyses on it, yes.
25 BY MR. C. GORDON:

58  (Pages 226 to 229)

Page 230

1    Q.  And it wasn't just the surgeon; right?
2    A.  Well, it mostly was the surgeon.  The
3  surgeon was a problem.  You take the surgeon away,
4  and the other -- the infections go away.  So it's
5  the surgeon and the surgeon's technique that are
6  really the critical element here.  Sure, his
7  patients might have been a little bit sicker than
8  other patients.  Might have had more co-morbid
9  conditions.  But the fact was he was the problem.
10    Q.  Well, if he had -- if you had reduced his
11  patient load of patients with ASA scores of 3 or
12  higher by 75 percent, would he still have had that
13  high an infection rate, based on your -- the
14  analysis you did?
15      MR. B. GORDON:  Objection --
16      THE WITNESS:  Well, that's --
17      MR. B. GORDON:  -- form; speculation.
18      THE WITNESS:  Speculative that -- whether
19  he would have that high a rate.  But my guess, given
20  what was going on, is he would have had a higher
21  rate than others operating on the same types of
22  patients.
23  BY MR. C. GORDON:
24    Q.  You say on page 914 that before conclusion
25  could be drawn regarding surgeon X, it was essential

Page 231

1  to rule out the possibility that the combination of
2  these factors -- we've gone through many of them --
3  might account for the increased surgical wound
4  infection risk experienced by some of his patients;
5  right?
6    A.  Where is that?
7    Q.  914.  On the left-hand side of the first
8  paragraph of that page -- on that page.  About 20
9  lines down.
10    A.  Correct.
11    Q.  And then you did a series of logistic
12  regression analyses; right?
13    A.  Right.
14    Q.  And that enabled you to conclude, "The
15  severity of illness and surgical technique were the
16  primary determinants for total knee
17  arthroplasty-associated wound infection"; right?
18    A.  Right.
19      And, again, I think that -- you know,
20  certainly one of the things that was always done --
21  and it didn't matter if it was a surgeon, a nurse, a
22  circulating nurse, a scrub nurse, who it was in the
23  operating room -- if an epidemiologic study was
24  identifying an individual, we would go to the Nth
25  degree doing additional studies to really document

Page 232

1  and prove that that was the case.  Because we knew
2  it potentially would have a devastating impact on
3  their career.
4      So the idea that we could come in and do
5  surgeon X versus everybody else -- infection?  Yes,
6  no.  Get a P value.  Go to the hospital
7  administration and say, "Surgeon X is a problem,
8  fire him" -- we would never do.  We would go to the
9  Nth degree looking at everything that could
10  potentially -- and even things that might not
11  potentially -- be associated with infection to make
12  sure we were as solid as possible.
13      And in this case there was also a large
14  number of patients who were having surgery done.  So
15  the numbers are large enough that you can really do
16  a multivariate analysis or a stratified analysis.
17  Which you might not be able to do with smaller
18  numbers.
19    Q.  But you don't think 3M is entitled to that
20  same consideration that the surgeon was; right?
21      MR. B. GORDON:  Object to form.
22  Argumentative.
23      THE WITNESS:  Well, I'm not aware that
24  there's a cluster like this at a hospital.  If there
25  is and 3M wants to send me there, then I'll be happy

Page 233

1  to do exactly the same thing.
2  BY MR. C. GORDON:
3    Q.  Let's go back to the McGovern paper.  They
4  did a univariate analysis.  The only two things
5  they -- the only factor that they considered in the
6  univariate analysis was whether it was Bair Hugger
7  or HotDog; right?
8    A.  Well, they're doing a different type of
9  study.  They're not doing a study of a specific
10  short-time outbreak investigation.  And their
11  hypothesis from the very beginning of the study was
12  is the type of patient warming device associated
13  with increased risk of infection.  So from the very
14  beginning they're doing a much more focused type of
15  study than we did in this outbreak investigation.
16      MR. C. GORDON:  I'm sorry.  Could you read
17  that back.
18      (Record read as follows:
19    "A.  Well, they're doing a different
20  type of study.  They're not doing a study of a
21  specific short-time outbreak investigation.
22  And their hypothesis from the very beginning of
23  the study was is the type of patient warming
24  device associated with increased risk of
25  infection.  So from the very beginning they're

# EXHIBIT DX6

TO DECLARATION OF BENJAMIN W. HULSE
IN SUPPORT OF DEFENDANTS' MOTION TO
EXCLUDE PLAINTIFFS' GENERAL
CAUSATION MEDICAL EXPERTS

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re Bair Hugger Forced Air Warming
Products Liability Litigation

MDL No.  15-2666 (JNE/FLN)

This Document Relates to All Actions

**EXPERT REPORT OF
DR. MICHAEL J. STONNINGTON**

# I.  EDUCATIONAL  BACKGROUND AND QUALIFICATIONS

A.  *Medical Education and Training:*

I am a Board Certified Orthopedic Surgeon with a special interest in Total Joint Replacement and Traumatology.  My educational background includes graduating from the University of Virginia with a BA, followed by graduating from Duke University Medical School with a MD.  I completed my residency in Orthopedic Surgery at the University of Florida.  I have nearly 20 years of post-residency experience in general orthopedic surgery, total joint replacement surgery, and complex orthopedic trauma surgery.  My experience includes being a former staff Orthopedic Surgeon in the United States Air Force for 3 years on Active Duty (a total of 15 years in the Air Force Reserves).  I achieved the rank of Lt. Col before leaving the Air Force.  A true and correct copy of my Curriculum Vitae is attached as Exhibit A.

B.  *Clinical Experience as an Orthopedic Surgeon:*

I have been in private practice (Southern Bone and Joint Specialists, PA) in Hattiesburg, MS for almost 17 years.  I work at a Major Tertiary Referral Hospital in Southern Mississippi (Forrest General Hospital), an Orthopedic Specialty Hospital (The Orthopedic Institute), and an Outpatient Surgery Center (Southern Surgery Center).  I typically perform over 250 total joint replacement surgeries a year.  I also perform many other types of orthopedic surgeries and am the only Pelvic and Acetabular Orthopedic Trauma surgeon in Southern Mississippi.  I specialize in total joint replacement surgery and complex pelvic and acetabular surgery. I have extensive experience with revision total joint replacement surgery.  At Forrest General Hospital (a hospital with over 400 physicians), I have been Chairman of Surgery and President of Staff (Chief of Staff).  I am currently President Elect of Staff (for the second time).

C.  *Medical/Legal Work Experience:*

I have consulted as a treating physician on defective hip implant cases involving problems relating to metal-on-metal hip implant design, failure, and impact on patients.  I have testified as a treating surgeon in numerous cases, but  never in a courtroom.  Until recently I served as a professional consultant for an orthopedic brace company known as Futuro.  In the past four years, I have been retained and deposed one time as an expert witness in a legal matter, *Kenneth Urbahns vs. Memorial Hospital at Gulfport*, Cause No. A2401-16-152.  My compensation rates for work as an expert witness are as follows:

$750/hr for research;

$1500/hr for depositions;

$15,000/day for courtroom testimony.

D.     *Methodology for Developing Opinions:*

In developing the opinions contained in this report, I have relied primarily on my medical training, education, and knowledge, as well as my clinical experience in the field of orthopedic surgery and joint replacement. In addition, I may rely to a lesser extent on my review of relevant literature, the reports of other experts, and deposition testimony given in this case. The complete list of materials I have reviewed and relied upon in forming my opinions is attached hereto as Exhibit B. I reserve the right to amend the opinions in this report if further information becomes available to me.

## II.   ORTHOPEDIC SURGERY, INFECTION RATES, AND THE ROLE OF PATIENT WARMING

A.     *Prevalence of Total Joint Replacements and Risk of Infection:*

Orthopedic Surgery is an important field of surgery that touches almost all families in some way. Virtually every family in the United States has members who have arthritis and painful joints which may require surgical intervention. Approximately 7 million people in the United States have a hip or knee replacement (Ref #34). Over one million hip or knee replacements are performed in the United States yearly (Ref #35). With the "baby boomers" aging and the increasing rate of arthritis diagnoses, the annual numbers of total joint replacements will substantially increase. Total joint replacements are projected to be the most common elective procedures in the near future (Ref #36, #37). With total joint surgery comes the potential for revision surgery as well. The numbers of combined total joint replacements and revision joint replacements will continue to increase as the population ages. It is, therefore, imperative that complications be kept to a minimum. In particular, infection of total joint replacements is a devastating and potentially life-threatening complication. Infected total joints often lead to revision total joint replacements – most often with a minimum of two more surgeries. Even with infection rates as low as 2% or less for total joint replacements, the absolute numbers of infected total joints are staggering (given the incidence of total joint replacements) (Ref #45). Moreover, the actual incidence of total joint infections is likely substantially underestimated by the orthopedic community (Ref #39). Given these numbers, the need to keep infection rates down is not only a paramount concern for orthopedic surgeons, but it is a paramount public health issue.

B.     *Patient Warming Modalities and Use of the Bair Hugger:*

Anesthesiologists have widely used patient warming devices during many surgical procedures. Medical authorities who support thermoregulation agree that as long as the patient is warmed in a safe manner that prevents them from becoming hypothermic, no single or specific means of patient warming is required.

2

One popular method of patient warming that has gained favor over the past thirty or more years is "forced air warming" or "FAW." FAW is a mechanism used in the operating room to warm patients in order to minimize the chances of patients developing hypothermia. While some authorities have claimed that a reduction in superficial SSI's may be realized by use of FAW, my review of the evidence supporting this hypothesis demonstrates it to be based on a single study of colorectal patients, published in 1996 (Ref #1). There is no evidence that thermoregulation reduces the incidence of joint infections. Indeed, it is my understanding that no such study has ever been undertaken. Nonetheless, there is compelling evidence that some forms of FAW, including the Bair Hugger system, generate increased microbial load at the surgical site and therefore increase the risk of infections in orthopedic surgeries.

In this report, I will discuss the importance of attempting to minimize known sources of contamination in the operating room environment, especially in orthopedic surgery cases. Bair Hugger devices will be shown to present an unnecessary increased risk of infection for implant surgeries such as total joint replacements. For all of these reasons, it is my opinion that Bair Hugger warming should no longer be used in surgical implant cases. In fact, I have ceased using Bair Hugger devices in my practice.

## III.   AVOIDANCE OF INFECTION RISK IN ORTHOPEDIC DEVICE SURGERY

A.   *History of the Operating Room Environment and Risk of Airborne Contamination:*

From the inception of operating rooms, surgeons and medical staff have endeavored to reduce the risk of infections that result from surgery. As surgery advanced over time, knowledge of microbes improved and the sources of infections became more well known. This knowledge is not static and grows year by year. Unfortunately, throughout history there have been regrettable instances where advances in this knowledge have been ignored or mocked. A very prominent instance involved a pioneer of antiseptic techniques in surgery. Dr. Ignaz Semmelweis was a Hungarian physician who discovered that infections such as "childbed fever" (or medically known as puerperal fever) could be diminished drastically in obstetrical clinics by simply washing the students' and doctors' hands with a disinfectant. Obviously he was correct, but in the mid-19th century, his views were counter to accepted medical opinions. Dr. Semmelweis's recommendations only became accepted years after his untimely and tortured death (Ref #41). Because Dr. Semmelweis's views were not accepted (and actually mocked), countless lives were unnecessarily lost. Surgeons are charged to protect their patients and to diminish infection risks as much as is humanly possible. It is paramount for them not to repeat history by ignoring growing evidence of infection sources, such as the growing evidence of contaminants within Bair Hugger devices.

A 2007 study estimated, that in the year 2002, there were approximately 1.7 million Health Care-Associated Infections (HAIs) in the USA. The estimated deaths in US hospitals that were associated with theses HAIs were a staggering 98,987 individuals (Ref #10). A New England Journal of Medicine Survey showed that device associated infections combined with surgical site infections accounted for 47.4% of all HAIs (Ref #46). Obviously, as noted previously, these numbers are a huge public health issue.

3

Orthopedic surgeons know that it takes a very small number of colony-forming units (CFUs) to create an infection in an implantable prosthesis, because the prosthesis itself has no blood supply and can easily serve as a "platform" for microbes to attach to and form biofilms (Ref #42). Because of this known risk, "extra" steps are taken by orthopedic surgeons to reduce the risk of deep joint infections ("DJI's"). These measures include things such as rigorous hand cleaning/washing protocols, ensuring that the operating room is "ultra clean," limiting the numbers of personnel in the operating room, sterilization of instruments, proven skin antisepsis techniques, and more.

In addition to the above measures, the air in the operating room needs to be as sterile as possible. Of course, we do not have the ability to make operating rooms 100% sterile. But once a controllable infection risk is recognized, the goal is always to remove that controllable risk to the largest extent possible.

In order to control the risk of contaminated air reaching the surgical wound, modern orthopedic surgeries are conducted in operating rooms with specialized ventilation systems. These systems direct a flow of air downward towards the surgical site. Theater ventilation systems are only designed to keep the surgical area clean. Other areas of the room, such as below the operating table, are not sterile. Surgical residents are trained to keep their hands above the table at all times because the area beneath the OR table is considered non-sterile. Indeed, the goal of theater ventilation is to continuously introduce freshly-filtered air to the surgical site while preventing the unclean surrounding air from entering that area.

Properly functioning theater ventilation will prevent most, if not all, airborne contaminants from reaching the surgical site. Medical research shows that airborne contamination is correlated with postoperative joint replacement infections (Ref #22, #26, #27, #44). In addition, airborne bacteria can deposit in surgical wounds (Ref #28-32). Research has also shown that the density of airborne particles in the vicinity of the surgical wound correlates with airborne bacterial counts (Ref #33). The bacteria in this same research were primarily gram-positive cocci, a common cause of total joint replacement infections (Ref #33). Having known sources of increased particle counts and bacterial, disease-producing organisms located in operating room equipment is contrary to the goal of maintaining a sterile operating room environment. Therefore, it is incumbent on physicians, especially those involved in high risk procedures such as orthopedic device surgeries, to ensure the removal of unnecessary potential sources of airborne bacteria from the operating room. As will be discussed further below, there is clear evidence that the Bair Hugger devices harbor pathological contamination and increase particle counts in the operating room, thus compromising the surgical environment and increasing patient risk of developing infections.

B.     *Inadequate Filtration and Contamination of the Bair Hugger Devices:*

The BH devices are contaminated with pathogens and disrupt airflow. As a result, Bair Hugger devices are not used in any of my surgeries. Orthopedic surgeons never want to use a device in the OR that could increase the risk of periprosthetic joint infections, particularly when there are equally effective modes of warming a patient during surgery. Microbial contaminants, like the particles shown in experimental studies, can easily be mobilized by air currents into an operative field (Ref #3, #4, #18, #32). The risk of deep joint infections is increased with foreign body implants such as knee or hip replacements. It only takes a small number of bacterial colony

forming units to contaminate a wound and then propagate into a superficial or deep infection (particularly in the presence of a foreign body) (Ref #2).

For fields where contamination is a potentially devastating complication (e.g., orthopedic surgery), ORs often use high-efficiency particulate air (HEPA) ventilation.  HEPA filtration meets filtration efficiency standards of 99.97% at 0.3 microns.  The filtration efficiency is the method by which the filter's effectiveness is assessed.  Although the Bair Hugger FAW device is advertised as having a 0.2 micron filter, 3M (the manufacturer) does not indicate the filtration efficiency of the filter (Ref #7).  In testing, FAW blowers have been shown to emit airborne contamination into an OR environment despite the use of the filter (as opposed to a HEPA filter) (Ref #3).

The internal system of a Bair Hugger has been shown to be prone to microbial colonization despite the filter.  For example, studies show that the filter is not consistently preventing a microbial build up within the internal system (Ref #4-6).  The Bair Hugger filter allows 5%-7% of airborne contamination to pass through it into the FAW blower exit hose and the Bair Hugger has been shown to have a 92% internal colonization rate (Ref #7).  In this same study, 15% of isolates were skin-specific organisms including Staphylococcus Aureus species. Skin flora organisms were found in Bair Hugger devices in another study.  The microbial contaminants in this study included Staphylococcus Aureus and Staphylococcus Epidermidis, both of which are very common bacteria in total joint infections.  Fungal microbial contaminants have also been cultured from the internal system of Bair Hugger devices, including their air stream and hoses (Ref #4-7, 19).

Researchers have established that numerous microbial contaminants are indeed present in the air streams exiting the hoses attached to the Bair Hugger devices (Ref #4).  Furthermore, in another study, 32% of Bair Hugger units studied were emitting internally generated airborne contamination (Ref #3).  In a 2013 study, researchers found 70% of 23 Bair Hugger devices, in a single hospital's operating rooms, were emitting contaminated particles from their hose ends. The same devices had significant internal buildup of microbial contamination in inaccessible air path surfaces (Ref #19).  These internal air path surfaces could never be accessed and thereby never cleaned by hospital employees.  In this same study, newer generation Bair Hugger devices were found to have reduced filtration efficiency compared to older models (and therefore less effective filters in newer models).  Compared to previous studies, the internal contamination and emission of contaminated particles from the hoses appears to be significantly higher (Ref #19). In addition, these researchers showed that the microbial contaminants of these newer generation units matched microbes which had a high association with SSIs (e.g. 76% detection rate of Coagulase Negative Staphylococcus) (Ref #19).  Essentially, the devices had become a storage cell for contaminants – contaminants which were easily capable of being ejected from the unit into the FAW hose.

As discussed further below, having a device in the operating room that harbors known contamination is anathema to the orthopedic surgeon's goal of attenuating risks of infection in the surgical environment.  Cross-contamination from Bair Hugger devices is a very serious concern.  Microbial contaminants collected within the units (from previous OR cases) will likely be transferred via the hose to future operative fields.  The devices are routinely in the vicinity of freshly contaminated floors of an operating room.  Under these circumstances, there is simply no reasonable basis to refute the mounting evidence that these devices take in and harbor harmful

microorganisms found in the hospital environment. Based on the foregoing, and within a reasonable degree of medical probability, it is my opinion that the lack of adequate filtration in the Bair Hugger devices causes contamination to circulate in the OR and over the operative field, which increases the risk of patients' developing peri-prosthetic joint infections ("PJI's").

C.      *Operating Room Airflow Disruption with Bair Hugger and Increased Risk of Infection:*

Surgical staff in the OR generate airborne desquamated skin cells (a large percentage of which carry microbial contaminants) (Ref #8-9). Clinical trials have shown that 80-90% of bacterial contaminants isolated in surgical wounds come from colony forming units in operating room air (Ref #11). Bacteria, viruses, and fungi can be carried by skin cells floating in the air. These skin cells are constantly being generated by personnel and patients in the operating room. Studies have shown a significant relationship between air contamination in the operating room air and SSI occurrences (Ref #12-13). The disruption of the engineered airflow in the operating room by the Bair Hugger devices, which will be discussed further below, significantly increases the risks of these contaminants to infect an implant patient. The human traffic around Bair Hugger devices coupled with the data from numerous airborne and FAW studies (as outlined in this paragraph and preceding paragraphs), yield a higher risk for a contaminated operating room.

Bair Hugger devices have been shown to generate hot air convection currents which disrupt ventilation airflows over the surgical site. (Ref #17-20, 43) This is very concerning because these disrupted airflows were also shown to result in air flow patterns that would carry buoyant detergent bubbles from contaminated regions into sterile regions (Ref #14, #20). Given that skin cells and bacteria have similar airborne characteristics as bubbles (Ref #15, #16), these studies have elucidated how contaminants migrate from non-sterile regions to sterile operative wounds under a mass flow of FAW, i.e., air from a Bair Hugger device. Another study showed how FAW increases the particle count over the surgical wound (Ref #17). These particles can easily carry bacteria. A follow-up study by the same authors showed that waste heat from Bair Hugger devices significantly disrupted unidirectional air flow (Ref #18). The warmed air (from waste heat) disrupted the downward unidirectional air flow by flowing up against it. The warmed air then cooled above the operative field and subsequently flowed back down into the operative field. Particle counts were again shown to be significantly increased over the surgical site (Ref #18). Increased particle counts combined with deleterious airflow patterns demonstrate once more how contaminants can migrate from non-sterile fields into sterile fields.

A clinical study of patients in a United Kingdom hospital found a higher incidence of infected total joint replacements in Bair Hugger patients versus non-Bair Hugger patients (Ref #20). This significantly raises concern for patient safety, particularly in light of the same study's well designed air flow study (which definitively shows deleterious contaminated air flow patterns). Furthermore, laminar air flow studies prior to the introduction of Bair Hugger devices showed significant reductions in infection rates (Ref #21, #22). But since the widespread usage of Bair Hugger devices, some laminar air flow studies have shown increased infection rates (Ref #23-25). It begs the question whether this increased infection rate is due to laminar airflow, or whether contaminated Bair Hugger air being mobilized into sterile wounds is to blame. Based on the data generated by recent studies and my own observations, the most likely cause of these increased infection rates is the use of Bair Hugger warming devices and not use of laminar or unidirectional airflow.

Although there is a study indicating that Bair Hugger blankets add a possible secondary filter for contaminants, the study involved only two trials, hardly enough to render a statistically significant conclusion (Ref #4). The hypothesis that the blanket acts as a secondary filter therefore remains unproven and lacks any support in real-world experience. In fact, a recent case report shows that the blanket does not prevent internal soot from being transferred from the Bair Hugger device and then blown through the blanket and onto the patient (Ref #40). If the blanket does not stop soot, it will not stop microbes. It therefore does not act as a secondary filter.

In short, the cumulative data show that airborne bacteria in an operating room will frequently contaminate a surgical wound. To become infected, a wound requires contamination by microorganisms. Air cannot be 100% sterile, but known sources of contamination must be removed to decrease the degree of air and wound contamination. As previously stated, contaminated air from the Bair Hugger machine travels through the hose, into the blankets, and such contamination cannot be reliably "filtered out" by the blanket itself. Additionally, the heat exhaust of the Bair Hugger contributes to mobilization of particulates from non-sterile areas, allowing them to travel to the surgical site. Such contamination has ready access to the sterile field, increasing a patient's infection risk. A device that mobilizes contaminated air in the vicinity of a surgical field can therefore create contaminated surgical wounds, and hence, infected wounds or joint replacements. To conclude otherwise is to defy science and reason, and is contrary to the overwhelming weight of mounting evidence based on published literature showing the risks outlined above.

Based on the foregoing, it is my expert opinion to a reasonable degree of scientific probability, that the Bair Hugger system causes an increased risk of patient infection because of substantial scientific evidence that the waste heat generated by the Bair Hugger warming units disrupts operating room airflow conditions and contributes to mobilization of microbes in the area of the sterile field. Again, the spread of pathogenic contamination from the Bair Hugger machines to the operative field make these devices unreasonably dangerous because they significantly increase the risk of deep joint infections, especially during orthopedic device surgeries.

## IV.   CONCLUSION/SUMMARY OF OPINIONS

In summary, airborne contaminants in the Operating Room are analogous to bullets on a battlefield. The greater the numbers of bullets, the more likely soldiers are to be injured or killed. Contaminated air flow is the same when it comes to surgical patients. Microbes, if allowed to exist unchecked in the operating room, will find their way into their "battlefield" - the sterile field. Bair Hugger machines harbor, release, and mobilize these "bullets" into the sterile field, increasing the patients' risks of life-threatening and debilitating infections. In many patients, these microbial "bullets" will "strike" a wound and result in an infection. These infections have the potential of causing a catastrophic outcome. Morbidity and mortality become grave issues in patients with infections, particularly patients with infected total joint replacements. Bair Hugger devices are a definite source of contaminated airborne particles, and, as such, should not be allowed to remain in the surgical environment.

Although the Bair Hugger was developed to improve outcomes, the devices have become "weaponized" with microbes.  Needless to say, the operating room is not a battlefield, but the analogy to a battlefield "environment" is compelling, given the risks to life and limb that patients (like soldiers) face in every surgery.  Based on the literature cited and reports I have considered, it is my opinion to a reasonable degree of medical probability that  use of the Bair Hugger in orthopedic surgeries disrupts operating room airflow and exposes patients to  pathogenic contamination, thereby increasing the risk of infection in every orthopedic implant surgery case where it is used.  Given this known risk, along with the existence of other equally effective means of warming patients, use of Bair Hugger warmers is unreasonably dangerous.  Specifically, there is now ample evidence to support the fact that other forms of patient warming are far safer and equally effective at maintaining optimal core body temperature as compared to the Bair Hugger.  For this reason, I no longer use the Bair Hugger FAW system, and I recommend that surgeons and other clinicians give serious consideration to use of alternative forms of patient warming such as conductive fabric blankets or warming systems that do not suffer from the filtration, contamination, and air-disturbance defects demonstrated by the Bair Hugger system.  Any form of patient warming that does not suffer from the design flaws of the Bair Hugger should be used as an alternative to minimize patient infection risks.  I hold all these opinions to a reasonable degree of medical probability.


**Michael J. Stonnington, M.D.**
**Orthopedic Surgeon**
**Southern Bone and Joint Specialists, P.A.**
3688 Veterans Memorial Dr #200
Hattiesburg, MS 39401

# CURRICULUM VITAE

## Michael Stonnington, M.D.

**EDUCATION**

| | |
|---|---|
| July 1993 – June 1997 | University of Florida College of Medicine & Affiliated Hospitals<br>Gainesville, Florida<br>Orthopaedic Surgery Resident |
| July 1992 – June 1993 | University of Florida College of Medicine & Affiliated Hospitals<br>Gainesville, Florida<br>Basic Surgery Resident (Internship) |
| May 1992 | Duke University of Medicine<br>Durham, North Carolina<br>Doctor of Medicine |
| May 1988 | University of Virginia<br>Charlottesville, Virginia<br>BA in Archaeology |

**PROFESSIONAL EXPERIENCE**

| | |
|---|---|
| September 2000 – Present | Adult Reconstruction, Trauma, and General Orthopaedics<br>Southern Bone & Joint Specialists, PA<br>Hattiesburg, Mississippi |
| January 2017 – Present | President-Elect of Medical Staff<br>Forrest General Hospital<br>Hattiesburg, Mississippi |
| January 2013 – Present | Adjunct Clinical Faculty<br>William Carey University College of Osteopathic Medicine<br>Hattiesburg, Mississippi |
| January 2012 – Dec 2013 | Past President of Medical Staff<br>Forrest General Hospital<br>Hattiesburg, Mississippi |
| January 2010 – Dec 2011 | President of Medical Staff |

**PROFESSIONAL EXPERIENCE, Continued**

|                              |                                                                                         |
| ---------------------------- | --------------------------------------------------------------------------------------- |
|                              | Forrest General Hospital<br>Hattiesburg, Mississippi                                     |
| January 2009 – Dec 2009      | President-Elect of Medical Staff<br>Forrest General Hospital<br>Hattiesburg, Mississippi |
| January 2008 – Dec 2009      | Chairman of Surgery<br>Forrest General Hospital<br>Hattiesburg, Mississippi              |
| February 2002 – 2006         | Co-Director, Orthopaedic Trauma Services<br>Forrest General Hospital<br>Hattiesburg, Mississippi |
| September 2000 – Present     | Associate Team Physician<br>University of Southern Mississippi<br>Hattiesburg, Mississippi |
| January 2003 – May 2004      | Team Physician<br>Stone High School<br>Wiggins, Mississippi                             |
| September 2000 – May 2003    | Team Physician<br>Pearl River Community College<br>Poplarville, Mississippi             |
| August 2000 – August 2003    | Lt Col and Reserve Orthopaedic Surgeon<br>433 MDS<br>Lackland AFB, Texas                |
| 1998 – September 2016        | United States Orthopaedic Consultant<br>Futuro Braces                                   |
| July 1997 – August 2000      | Major and Active Duty Orthopaedic Surgeon<br>Keesler Medical Center<br>Keesler AFB, Mississippi |

**CERTIFICATION**

American Board of Orthopaedic Surgery, Board Certified

**PROFESSIONAL MEMBERSHIPS**

American Academy of Orthopaedic Surgeons

Orthopedic Trauma Association
Mississippi Orthopaedic Society
Mississippi State Medical Association

**PUBLICATIONS AND PRESENTATIONS**

Hollywood Orthopaedics (Presentation)
Primary Care Update Meeting, Orange Beach, Alabama, 2012.

The Shoulder, Hip, and Knee – A Sports Medicine Perspective (Presentation)
Primary Care Update Meeting, Orange Beach, Alabama, 2010.

Wrist and Hand. In RM Bushbacker (ed) Practical Guide to Musculoskeletal
Disorders: Diagnosist and Rehabilitation.  Boston: Butterworth Heinemann, 2002.

Lower Leg, Ankle, and Foot.  In RM Bushbacher (ed) Practical Guide to
Musculoskeletal Disorders: Diagnosis and Rehabilitation. Boston: Butterworth
Heinemann, 2002.

Best Resident Original Research Presentation – Florida Orthopaedic Society
Meeting, Palm Beach, FL, Spring of 1996.

**HONORS**

University of Florida Medical Alumni Award for the Distinguished Senior Resident
    in Orthopaedic Society
Air Force Health Professions Scholarship
Phi Beta Kappa
Golden Key National Honor Society and Scholarship Recipient
Echols Scholar, University of Virginia

**INTERESTS**

Married with 3 children and live on a working cattle farm in Perkinston, MS;
Okinawan Kempo Karate (4th Degree Black Belt); Owner/Operator of Stonnington
Farm (Commercial Grassfed Beef Cattle Operation)

**Exhibit B**
**References**

1. Kurz A, Sessler DI, et.al. Perioperative Normothermia to Reduce the Incidence of Surgical-Wound Infection and Shorten Hospitalization. N Engl J Med 1996;334:1209-15.

2. Lidwell OM, Lowbury EJ, et.al. Bacterial isolated from deep joint sepsis after operation for total hip or knee replacement and the sources of the infections with Staphylococcus aureus. The Journal of Hospital Infection, 1983;4:19-29

3. Albrecht M, Gauthier R, et.al. Forced-air warming: a source of airborne contamination in the operating room? Orthop Rev 2009;I:e28.

4. Avidan MS, Jones N, et.al. Convection warmers – not just hot air. Anesthesia 1997;52:1073-6.

5. Baker N, King D, et.al. Infection control hazards associated with the use of forced-air warming in operating theatres J Hosp Infect 2002;51:153-4.

6. Bernards AT, Harinck HIJ, et.al. Persistent Acinetobacter baumannii? Look inside your medical equipment. Infect Control Hosp Epidemiol 2004;25:1002-4.

7. Albrecht M, Gauthier R, et.al. Forced-air warming blowers: An evaluation of filtration adequacy and airborne contamination emissions in the operating room. Am J Infect Control 2011;39(4):321-8.

8. Nobles WC. Dispersal of skin microorganisms. Br J Dermatol 1975;93:477-85.

9. Davies RR, Noble WC. Dispersal of bacteria on desquamated skin. The Lancet 1962;2:1295-7.

10. Klevens RM, Edwards JR, et.al. Estimating Health Care-Associated Infections and Deaths in U.S. Hospitals, 2002. Public Health Reports. March – April 2007. Volume 122.

11. Howorth FH. Prevention of airborne infection during surgery. The Lancet 1985;1(8425):386-8.

12. Lidwell OM, Lowbury EJL, et.al. Effect of ultraclean air in operating rooms on deep sepsis in the joint after total hip or knee replacement: a randomized study. BMJ 1982;285:10-4.

13. Lidwell OM. Sepsis after total hip or knee joint replacement in relation to airborne contamination [and discussion]Philosophical Transactions of the Royal Society B 1983;302:583-592.

14. Belani KG, Albrecht M, et.al. Patient warming excess heat: the effects on Orthopedic Operating Room Ventilations Performance. Anesth Analg. 2013 Aug;117(2):406-11.

15. Jensen PA, Shafer MP. Sampling and characterization of bio. Chapter 1. In: NIOH Manual of Analytical Methods. Cincinnati, Ohio: Dept of Health and Human Services. 1998:82-112.

16. Mackintosh CA, Lidwell OM, et.al. The dimensions of skin fragments dispersed into the air during activity….J Hyg (Lond) 1978;81:471-9.

17. Legg AJ, Cannon T, et.al. Do forced air patient-warming devices disrupt unidirectional downward airflow? J Bone Joint Surg [Br] 2012;94-B:254-256.

18. Legg AJ, Hamer AJ, et.al. Forced-air patient warming blankets disrupt unidirectional airflow. Bone Joint J 2013;95-B:407-10.

19. Reed M, Kimberger O, et.al. Forced-air warming design: Evaluation of Intake Filtration, internal microbial buildup, and airborne-contamination emissions. AANA Journal 2013;81(4):275-280.

20. McGovern PD, Albrecht M,et.al. Forced-air warming and ultra-clean ventilation do not mix. J Bone Joint Surg [Br] 2011;93-B:1537-44.

21. Lidwell OM. Clean air at operation and subsequent sepsis in the joint…Clin Orthop 1986;211:91-102.
22. Lidwell OM, Elson RA, et.al. Ultraclean air and antibiotics for prevention of postoperative infection: A multicenter study of 8,052 joint replacement operations Acta Orthop Scand 1987;58:4-13.
23. Hooper G, Rothwell AG, et.al. Does the use of laminar flow and space suits reduce early deep infection after total hip and knee replacement?: the ten-year results of the New Zealand Joint Registry. The Journal of Bone & Joint Surgery [Br] 2011;93-B:85-90.
24. Miner AL, Losina E, et.al. Deep infection after total knee replacement: impact of laminar airflow systems and body exhaust suits in the modern operating room . Infect Control Hosp Epidemiol 2007;28:222-226.
25. Brandt C, Hott U, et.al. Operating room ventilation with laminar airflow shows no protective effect on the surgical site infection rate in orthopedic and abdominal surgery. Annals of Surgery 2008;248:695-700.
26. Gosden PE, MacGowan AP, et.al. Importance of air quality and related factors in the prevention of infection in orthopaedic implant surgery. The Journal of  Hospital Infection 1998;39:173-180.
27. Lidwell OM, Lowbury EJ, et.al. Airborne contamination of wounds in joint replacement operations: the relationship to sepsis rates. The Journal of Hospital Infection 1983;4:111-131.
28. Friberg B, Friberg S, et.al. Inconsistent correlation between aerobic bacterial surface and air counts in ORs with ultra clean laminar airflows. Proposal of a new bacteriological standard for surface contamination in LAF. The Journal of Hospital Infection 1999;42:287-293.
29. Friberg B, Friberg S, et.al. Surgical area contamination-comparable bacterial counts using disposable head and mask and helmet aspirator system, but dramatic increase upon omission of head gear: an experimental study in horizontal laminar airflow.The Journal of Hospital Infection 2001;47:110-115.
30. Friberg B, Friberg S, et.al. Correlation between surface and air counts of particles carrying aerobic bacteria in operating rooms with turbulent ventilation: an experimental study.The Journal of Hospital Infection 1999;42:61-68.
31. Knobben BA, van Horn Jr, et.al. Evaluation of measures to decrease intro-operative bacterial contamination in orthopaedic implant surgery…Journal of  Hospital Infection 2006;62:174-180.
32. Whyte W, Hodgson R, et.al. The importance of airborne bacterial contamination of wounds. The Journal of Hospital Infection 1982;3:123-135.
33. Stocks GW, Self SD, et.al. Predicting bacterial populations based on airborne particulates: A study performed in nonlaminar flow operating rooms during joint arthroplasty surgery. American Journal of Infection Control 2010;38(3):199-204.
34. Kremers HM, Larson DR, et.al. Prevalence of Total hip and Knee Replacement in the United States. The Journal of Bone & Joint Surgery. American 2015;97(17):1386-1397.
35. Steiner C, Andrews R, et.al. HCUP Projections: Mobility/Orthopedic Procedures 2003 to 2012. HCUP Projections Report #2012-03. 2012 Sep 20. U.S. Agency for Healthcare Research and Quality.  http://hcup-us.ahrq.gov/reports/projections/2012-03.pdf.

36. Kurtz SM, Lau E, et.al. Future young patient demand for primary and revision joint replacement: national projections from 2010 to 2030. Clinical Orthopedics and Related Research. 2009;467(10):2606-2612.

37. Cram P, Lu X, et.al. Total knee arthroplasty: Volume, Utilization, and outcomes among medicare beneficiaries. JAMA 2012;308(12):1227-1236.

38. Phillips JE, Crane TP, et.al. The incidence of deep prosthetic infections in a specialist orthopaedic hospital: a 15-year prospective survey The Journal of Bone & Joint Surgery. (Br) 2006;88(7):943-948.

39. Huotari K, Lyytikainen O, et.al. The Hospital Infection. J Hosp Infect 2010;75(3):205-208.

40. Tsai, J.Y., Van Meter, A, et.al. Forced Air Warming Device Failure resulting in Smoke and Soot on a Surgical Patient. Abstract No. 14AP04-7. The European Anaesthesiology Congress, London, England, May 28-30 2016 (Poster Presentation).

41. Pouyan N. Semmelweis, the Savior of Mothers and an Early Pioneer of Antiseptic American Journal of Medicine and Medical Sciences 2014;4(6):256-261.44.

42. Gbejuade HO, Lovering AM, et.al. The role of microbial biofilms in prosthetic joint infections. Acta Orthop 2015 Apr;86(2):147-15845.

43. Belani, K. et al, Patient Warming Excess Heat: The Effects on Orthopedic Operating Room Ventilation Perfomance, Int'l Anesthesia Research Society, vol. X, no. X, 2012

44. Darouiche, et al., Association of Airborne Microooganisms in the Operating Room With Implant Infections: A Randomized Controlled trial. Infection Control & Hospital epidemiology, Jan. 2017, Vol. 38, No. 1.

45. Kurtz, S., et al. Infection Burden for Hip and Knee Arthroplasty in the United States, The Journal of Arthoplasty, Vol. 23, No. 7 (2008).

46. Magill SS, Edwards JR, et.al. Multistate Point-Prevalence Survey of Health Care-Associated Infections. N Engl J Med 2014;370:1198-1208.

# EXHIBIT DX7

TO DECLARATION OF BENJAMIN W. HULSE
IN SUPPORT OF DEFENDANTS' MOTION TO
EXCLUDE PLAINTIFFS' GENERAL
CAUSATION MEDICAL EXPERTS

Page 1

1                    MICHAEL J. STONNINGTON, M.D.
2                    UNITED STATES DISTRICT COURT
                        DISTRICT OF MINNESOTA
3
4       In re Bair Hugger Forced-Air Warming
        Products liability Litigation
5
                                MDL NO. 15-2666 (JNE/FLN)
6
        This Document Relates To:
7       All Actions
8
9
10
        ****************************************************
11              VIDEOTAPED DEPOSITION OF
              MICHAEL J. STONNINGTON, M.D.
12      ****************************************************
13
14
                    APPEARANCES NOTED HEREIN
15
16
17        TAKEN AT INSTANCE OF:  3M COMPANY AND
                    ARIZANT HEALTHCARE INC.
18              DATE:  JULY 21, 2017
            PLACE:  PAGE, MANNINO, PERESICH & MCDERMOTT
19                  759 HOWARD AVENUE
                    BILOXI, MISSISSIPPI
20              TIME:  8:59 a.m.
21
22
        JOB NO. 124788
23      REPORTED BY:  CONNIE CHASTAIN, RMR
                    CSR No. 1025
24
25      VIDEOTAPED BY:  MARCEL LANOUX

## Page 22

MICHAEL J. STONNINGTON, M.D.

Q.   Is it authoritative or not?

MR. GORDON:  Objection, asked and answered.

A.   It's a very important study, but it's not authoritative by itself.

MR. LEWIS:

Q.   Is the Albrecht study published in 2011, Forced-Air warming blowers: evaluation of filtration adequacy and airborne contamination emissions in the operating room, is that authoritative or not?

MR. GORDON:  Object to the form, asked and answered.

A.   Were you quoting the Albrecht 2011 study?

MS. LEWIS:

Q.   Yes.

A.   It's a very important study.  It's a very important tree in the forest, but it's not authoritative by itself.  Just like that tree in the forest is not authoritative by itself.

Q.   Is the study first authored by Belani, Patient warming excess heat: the effects on orthopedic operating room ventilations performance, is that authoritative?

MR. GORDON:  Object to the form, asked

## Page 23

MICHAEL J. STONNINGTON, M.D.

and answered.

A.   Again, very important study, makes very important findings but I have to step back from that study and realize that it's a study amongst other studies and it's a very important study but by itself cannot be taken as authoritative.

MR. LEWIS:

Q.   The study by Legg in 2012, Do forced-air warming devices disrupt unidirectional downward air flow, is that authoritative or not?

MR. GORDON:  Object to the form.

A.   Very important study but not authoritative by itself.

MS. LEWIS:

MR. GORDON:  Are you going to just cherry pick out the ones that you don't like or are you going to ask about all 89 and we'll stipulate he's going to say that 89 times?

MR. LEWIS:

Q.   The study published by Legg in 2013, Forced-Air patient warming blankets disrupt unidirectional air flow, is that study authoritative or not?

## Page 24

MICHAEL J. STONNINGTON, M.D.

MR. GORDON:  Same objection.

A.   Very important study and, again, by itself not authoritative, but no scientific study lives in a vacuum or on an island by itself.  You have to look at the forest.

MR. LEWIS:

Q.   Is the study by Reed published in 2013, Forced-Air warming design: evaluation of intake filtration, internal microbial buildup, and airborne-contamination emissions, is that article authoritative or not?

MR. GORDON:  Object to form, asked and answered.

A.   Again, very important study, not authoritative by itself.

MR. LEWIS:

Q.   The study published by McGovern in 2011, Forced-Air warming and ultra clean ventilation do not mix, is that study authoritative or not?

A.   Very important study, not authoritative by itself.

MR. GORDON:  Same objection, but I didn't say it.  Eighty-nine objections?

MR. LEWIS:

## Page 25

MICHAEL J. STONNINGTON, M.D.

Q.   You've been testifying that these studies by themselves are not authoritative, so let me put them all together and ask you this question.  Do you believe the joint combination of Albrecht 2009, Albrecht 2011, Belani 2013, Legg 2012, Legg 2013, Reed 2013, McGovern 2011, do all those studies combined make them authoritative?

MR. GORDON:  Objection to form.

A.   No, ma'am.  Those are very important studies combined together that are now a group of trees in the forest, but that forest isn't complete with those studies alone.

MR. LEWIS:

Q.   So all those combined, you still don't believe combined they are authoritative; correct?

MR. GORDON:  Object to form.

A.   There are a large group of trees in the forest, but it's not yet a forest.

MR. LEWIS:

Q.   Is that authoritative or not?

MR. GORDON:  Object to the form.

A.   The whole forest is authoritative, and so just to say again, as a surgeon, as a doctor, as a scientist with lots of years of training by very

Page 26

MICHAEL J. STONNINGTON, M.D.

1    MICHAEL J. STONNINGTON, M.D.
2  famous scientists, you have to take the whole
3  picture.
4        The whole picture is not just laboratories,
5  it's not just clinical studies.  The whole picture
6  involves -- it really starts with the doctor and the
7  patient in the clinic room.  So that whole forest
8  begins there when I'm treating a patient.
9        It also involves my clinical training.  It
10 also involves the techniques I use in the operating
11 room.  It also involves the setup of the operating
12 room.  It also involves the nursing staff and how
13 they're trained.  It also involves the surgical
14 technicians and how they're trained.
15        This is a big forest and you have to take
16 all of that into consideration.  So part of that
17 forest are the journal articles, part of that forest
18 are the clinical studies, part of that is the
19 laboratory studies, but that's not the whole thing.
20        So when I make my decision about something,
21 it incorporates all that.  So when I put all that
22 together, that forest, that's authoritative.
23 MS. LEWIS:
24     Q.  So these articles, as you started at the
25 beginning, you said the forest is authoritative, so

Page 27

1    MICHAEL J. STONNINGTON, M.D.
2  that includes these studies; is that correct?
3        MR. GORDON:  Objection to form, asked
4  and answered.  It's not his previous
5  testimony.
6     A.  To repeat, they're part of the forest, but
7  you cannot look at all the conglomeration of studies
8  as the whole forest.
9  MR. LEWIS:
10     Q.  I heard that but what I'm saying is -- my
11 question is very specific about these articles.  I
12 understood you to say about a minute ago that the
13 forest is authoritative and the forest includes
14 these studies; correct?
15     A.  They include very important trees and those
16 articles are some of those trees.
17     Q.  That are --
18     A.  So they're very important.
19     Q.  That are authoritative?
20        MR. GORDON:  Objection to form.
21     A.  No, ma'am.  The -- the forest is
22 authoritative.  Those are trees in a forest but
23 we're building a forest.
24 MR. LEWIS:
25     Q.  These articles that I separated out and

Page 28

1    MICHAEL J. STONNINGTON, M.D.
2  spoke to you about, those articles alone, just
3  looking at those articles, does the combination of
4  just those articles, are those articles together
5  authoritative?
6        MR. GORDON:  Objection to form.
7     A.  No, ma'am.
8  MR. LEWIS:
9     Q.  Okay.
10     A.  They are part of a very important picture.
11 They're very important trees in the forest.  And
12 so --
13     Q.  I understand.
14        MR. GORDON:  Let him finish.  You can
15 finish.
16     A.  So part of my job, a part of one of the
17 things I do and love is I have a cattle farm and
18 it's a cattle business.  And if I just look at 10
19 cows in a herd and they all look beautiful, that
20 doesn't mean the whole herd is beautiful.
21        I have to look at the whole herd to make a
22 decision whether that herd of cows is a beautiful
23 set of cows.  You don't just look at 10, you look at
24 everything.
25 MS. LEWIS:

Page 29

1    MICHAEL J. STONNINGTON, M.D.
2     Q.  Number 8 on Exhibit A asked about your CV,
3  and I believe I have your CV that you looked at just
4  a minute ago; correct, that you provided to
5  Mr. Gordon?
6     A.  Yes, ma'am.
7     Q.  Your CV is up to date and current; correct?
8     A.  Yes, ma'am.
9     Q.  Number 9 asks for an engagement agreement.
10 What I understood from counsel's earlier response to
11 the subpoena is that you don't have an engagement
12 agreement with counsel; is that correct?
13     A.  Ma'am, I don't know what an engagement
14 agreement is.
15     Q.  A written agreement saying I agreed to do
16 XYZ for X payment.  Do you have a written agreement?
17     A.  You mean my fee schedule?
18     Q.  It could be a fee schedule.  Do you call
19 that an engagement agreement?
20     A.  I don't speak in those terms so I'm -- if
21 you show me an engagement agreement I'll tell you
22 whether it's accurate.
23     Q.  Do you have a fee schedule?
24     A.  Yes, ma'am.
25     Q.  Did you bring it with you?

MICHAEL J. STONNINGTON, M.D.
1
2      A.  I have not, formal research in relationship
3  to this case.
4      Q.  Well, this is to the Bair Hugger warming
5  system.  Have you done any research on the Bair
6  Hugger warming system?
7      A.  Oh, of course, you have a bunch of
8  documents of articles.
9      Q.  Not literature research --
10     A.  Okay.
11     Q.  -- but actual research like in a
12 laboratory --
13     A.  No, ma'am.
14     Q.  -- or on patients?
15         MR. GORDON:  Just for the record, it's
16     not -- read it carefully, it's very broad.
17     It says more than tests, research, it says
18     data analysis, things he's considered and
19     discussed.  I just want to -- it's very
20     broad, we think it's overbroad, but realize
21     it's a very broad question.
22         MS. LEWIS:  Ben, are you going to
23     limit your objections to object to the form
24     or are you going to have speaking
25     objections all day?

MICHAEL J. STONNINGTON, M.D.
1
2         MR. GORDON:  I'm only going to clarify
3      where you circumscribe the question you're
4      asking and then relate it to his answer to
5      the question that's broader to mislead the
6      witness and therefore muddy up the record.
7      I want to make sure the record is clear.
8         THE WITNESS:  Repeat the question.
9  MS. LEWIS:
10     Q.  Your answer was?
11     A.  Repeat the question, please.
12     Q.  We're just looking at Number 18.  I'm
13 trying to see if you had any documents that you
14 brought today that were responsive to Number 18.
15 And 18 is mainly saying if you've done any
16 experiments or research or data analysis on -- or
17 performed tests or studies on the Bair Hugger --
18         MR. GORDON:  Okay.
19 MS. LEWIS:
20     A.  -- or the Bair Hugger filter.
21         MR. GORDON:  Okay.
22 MS. LEWIS:
23     Q.  That's what I'm looking at.
24         MR. GORDON:  And you're limiting it to
25     that and not what this question is.  That's

MICHAEL J. STONNINGTON, M.D.
1
2      fine, that's a different question.
3      A.  Well, I've looked at my own patients, but I
4  haven't done a study on my patients.  I've looked at
5  my own patients in regard to Bair Hugger.  So
6  that's -- and in the future would I like to perhaps
7  do a study at my institution, that would be nice but
8  I just don't have the time right now.
9         And I have hypothetically in conversations
10 with people in the hospital talked about perhaps
11 doing something like that but never had any --
12 written anything down about it, never had any formal
13 documentation of that, but it would be a -- I think
14 it would be a good thing to do in the future.
15 MS. LEWIS:
16     Q.  Number 19 asks for any documents that you
17 sent to or received from any forced-air warming
18 system manufacturer about alleged actual or
19 potential hazards or safety risks.
20         MR. GORDON:  And we gave you --
21 MS. LEWIS:
22     Q.  Do you have any responsive documents to
23 Number 19?
24         MR. GORDON:  I think we gave you one
25     document that might --

MICHAEL J. STONNINGTON, M.D.
1
2      A.  The only documents are what you showed me,
3  which in regards to Bair Hugger were basically not
4  sent really directly to me by 3M, they were -- I
5  believe were copied on an e-mail.
6  MS. LEWIS:
7      Q.  This Number 8, is that the one you're
8  referring to?
9      A.  Yes, ma'am, I think I got that through,
10 yeah, Ms. Hamlin.  She works at our hospital.
11     Q.  Anything else responsive to Number 19?
12     A.  Not that I can recall.
13     Q.  I want to show you what's been marked as
14 Exhibit Number 2, which is Exhibit B to your expert
15 report.  Can you tell me if that's a correct copy of
16 Exhibit B to your report?
17     A.  It appears to be, yes, ma'am.
18     Q.  I believe your Exhibit B was reflecting all
19 the documents you considered in this case; is that
20 right, with respect to your report?  Is that
21 correct?
22     A.  Yes, ma'am, just with respect to the
23 report.
24     Q.  Which contains your opinions; correct?
25     A.  Yes, ma'am, it does.

Page 94

MICHAEL J. STONNINGTON, M.D.

1
2 and say you're incorrect. They're studying the
3 issue. That's humanity. That's human nature.
4 That's what -- that's what organizations of people
5 do. What --
6 MS. LEWIS:
7    Q.  And you're saying --
8    A.  Ma'am, may I finish?  The Congress, what do
9 they say all the time.  They say we're studying the
10 issue.  We're bringing it back to the table, we're
11 studying the issue.
12       Nothing -- rarely does something change
13 from one day to the next.  People study the issue.
14 And I'm not going to impugn their character by
15 saying you're not as smart as me.  That's not how I
16 work.
17       My job is to just let people know the
18 issues.  And I'm -- frankly I'm trying to nudge them
19 but they need to come to this conclusion on their
20 own.
21       Herding scientists, herding surgeons in
22 particular into a particular direction is much like
23 herding cats.  They have to be able -- they have to
24 want to go where they're going.  And the fact that
25 they haven't gone there doesn't mean they disagree

Page 95

MICHAEL J. STONNINGTON, M.D.

1
2 with me.
3    Q.  It just means they haven't gone there?
4    A.  Exactly.
5    Q.  They haven't agreed with you at this point?
6    A.  They haven't gone there.
7    Q.  They haven't agreed with you at this point?
8       MR. GORDON:  Objection, asked and
9 answered.
10    A.  I actually don't know that to be true.
11 MS. LEWIS:
12    Q.  Did you contact the FDA about the dangers
13 of Bair Hugger?
14    A.  Again, it starts in your own house.
15    Q.  So is the answer no?
16    A.  I have not contacted the FDA.
17    Q.  Have you contacted any treating physician
18 for any plaintiff in this lawsuit to talk to them
19 about their patient or their case?
20       MR. GORDON:  Object to the form.  This
21       is a general causation deposition, it's not
22       a case specific.  If you want to get into
23       case specific stuff we can do that but
24       you're going to use up that time you have
25       on those cases.

Page 96

MICHAEL J. STONNINGTON, M.D.

1
2    A.  I've not contacted any Plaintiffs as best
3 as I can recall.
4 MS. LEWIS:
5    Q.  And you've already mentioned that you
6 haven't contacted any of the authors in those names
7 that I listed that were on your list and talked to
8 them; correct?
9    A.  Correct.
10    Q.  You haven't done any studies on the Bair
11 Hugger; correct?
12    A.  Other than looking at my own patient
13 population.
14    Q.  You haven't started any clinical study,
15 clinical trial on the Bair Hugger; correct?
16    A.  I have not.
17    Q.  According to your CV, you haven't done any
18 presentation on the Bair Hugger; correct?
19    A.  Correct.
20    Q.  You haven't done any presentation on joint
21 infections?
22    A.  I've had meetings about joint infections
23 with administration.
24    Q.  Presentations --
25    A.  No, ma'am.

Page 97

MICHAEL J. STONNINGTON, M.D.

1
2    Q.  -- to other groups, medical groups?
3    A.  No, ma'am.
4    Q.  No presentations to your medical colleagues
5 on surgical site infections; is that correct?
6    A.  No presentations but I had discussions in
7 board meetings and other meeting settings.
8    Q.  Not like that, I'm talking about formal
9 presentations.
10    A.  No, ma'am.
11    Q.  Have you done any presentations on any
12 patient warming device?
13    A.  No, ma'am.
14    Q.  Have you done any sort of presentation on
15 particle counting?
16    A.  No, ma'am.
17    Q.  Have you done any publications on
18 periprosthetic joint infections?
19    A.  No, ma'am.
20    Q.  Have you done any presentations on
21 bacteria?
22    A.  No, ma'am.
23    Q.  Have you done any presentations on OR air
24 quality, operating room air quality?
25    A.  No, ma'am.

---

Page 266

MICHAEL J. STONNINGTON, M.D.

1   MICHAEL J. STONNINGTON, M.D.
2   I'd like to say it without being -- guessing, but I
3   think it was September, maybe, of 2016.
4       MR. GORDON:  And it's not a memory
5       contest, Doctor.  There's documents that
6       she has, she should show them to you,
7       relating to e-mails.  I think we gave
8       them --
9       MS. LEWIS:  I don't have any, I'm just
10      asking.
11      MR. GORDON:  Well, 3M does, they're
12      Bates stamped.
13  A.  I think it might have been September of
14  2016 but I can't recall exactly.  If you show my the
15  document when I agreed to take it on, I'll be happy
16  to look at it.
17  MS. LEWIS:
18      Q.  You were asked to, what, review documents
19  and offer opinions, or what were you asked to do?
20      A.  When I agreed to actually do the case?
21      Q.  Yes.
22      A.  Keep in mind, I stopped using the Bair
23  Hugger in 2015, probably the fall of 2015.  It's
24  probably clearly a year later that I agreed to be
25  part of the case, which in my opinion makes me

---

Page 267

1   MICHAEL J. STONNINGTON, M.D.
2   independent.
3       Q.  What were you asked to do?
4       A.  I was asked to continue, as I had been
5   doing on my own, my own research into the subject
6   matter and --
7       MR. GORDON:  You don't have to get
8       into anything I asked you, anything that we
9       talked about.
10      A.  Basically to do what I'm doing right here.
11  MS. LEWIS:
12      Q.  Were you asked to review records?
13      A.  I have not --
14      MR. GORDON:  Patient medical records?
15  MS. LEWIS:
16      Q.  I just want to know what you were asked to
17  do.
18      MR. GORDON:  Well, I mean, he doesn't
19      have to --
20      A.  I was asked to be an expert.
21      MR. GORDON:  Hang on.  She can't take
22      it down if we're both talking.  I'm putting
23      an objection on the record.  He doesn't
24      have to answer any conversations I had with
25      him --

---

Page 268

1   MICHAEL J. STONNINGTON, M.D.
2   MS. LEWIS:  Of course.
3       MR. GORDON:  Let me finish.  Or
4       anything else I asked him to do.  So you're
5       asking him what I said to him?
6       MS. LEWIS:  I asked what was he asked.
7       MR. GORDON:  Let's make clear --
8       MS. LEWIS:  Just a clear justified
9       question to an expert.
10      MR. GORDON:  Let's make clear that any
11      conversation --
12  MS. LEWIS:
13      Q.  That's all you were asked to do?
14      MR. GORDON:  Let's make clear for the
15      record, your question is on the record, my
16      objection is that he should not be required
17      to answer any questions relating to
18      conversations that he and I had, period,
19      any substance of any conversation we had.
20      That's work product privileged and I
21      instruct him not to answer questions on
22      what I told him, what I asked him.
23  MS. LEWIS:
24      Q.  Were you asked to offer opinions in this
25  case?

---

Page 269

1   MICHAEL J. STONNINGTON, M.D.
2       MR. GORDON:  He can answer that.
3       A.  Yes.
4   MS. LEWIS:
5       Q.  And so for you to offer those opinions you
6   had to review documents, did you not?  Didn't you?
7       MR. GORDON:  You can ask him that, ask
8       him what he did, not what I asked him to
9       do.
10      A.  I don't recall reviewing -- what do you
11  mean by documents?
12  MS. LEWIS:
13      Q.  Did you review any documents --
14      A.  Well --
15      Q.  -- to come to your opinions?
16      A.  Yes, I reviewed journal articles, I looked
17  at my own practice, I reviewed my own patient
18  outcomes.  I reviewed expert reports, I -- all
19  things that I think I -- I really made very clear in
20  this deposition what I've looked at.  Those are all
21  the things I expected I would do.
22          Obviously I was somebody that was thought
23  to be helpful because I have made an opinion on this
24  device based on my own practice, my clinical
25  training, my review of the literature, my real world

---



Page 270

MICHAEL J. STONNINGTON, M.D.
patient treating experience, my expertise in the
operating room, my expertise in doing surgery on
patients, my understanding of the whole forest.
Those are things that I'm assuming Ben knew about me
and thought I would be important.
Q.   You did come up with some opinions in this
case; right?
A.   Yes, ma'am.
Q.   And you have relied on certain documents
for your opinions; is that fair?
A.   That is fair.
MR. GORDON:  Object to the form.
MS. LEWIS:
Q.   Can you tell me all the documents that
support the opinions that you have in this case and
then we'll go through the documents, but first can
you --
MR. GORDON:  Before we get into that,
it's going to be kind of lengthy, we've
been here since lunch for an hour and a
half, almost two hours.  Can we take a
break?
MS. LEWIS:  Do you need to take a
break?

Page 271

MICHAEL J. STONNINGTON, M.D.
THE WITNESS:  I would like to.
MS. LEWIS:  Sure.
VIDEOGRAPHER:  Off the record at 2:56
p.m.
(Off the record.)
VIDEOGRAPHER:  Back on record at 3:03
p.m.
MS. LEWIS:
Q.   Dr. Stonnington, just before the break we
were talking about the fact that you have come up
with opinions in this case and I was asking you a
question that I wanted to identify for me all
the support in terms of documents that you believe
support your opinions.
So can you name for me all the documents or
studies in which you either rely or claim support
your opinions and then we'll go through them?
MR. GORDON:  You mean other than all
the things he's talked about already or the
things that are in his report or that he
brought with him today and gave you?
MS. LEWIS:
Q.   I just want you to name for me the studies
and/or documents that you believe support your

Page 272

MICHAEL J. STONNINGTON, M.D.
opinion.
A.   Well, that goes back to the whole idea of
what's authoritative, which I think you have to
understand that I'm looking at this like a forest
and so there's no one particular document by itself
that is going to be what is a smoking gun for me.
And again, I believe the smoking gun theory is not
reliable and not a safe way to look at this issue.
What I have done is I've looked at my own
practice, I've looked at the operating rooms, I've
looked at my results, I've looked at how I do
surgeries and looked at my own clinical training.
Looked at what's standard protocol.  Looked at
what's proper procedure and I've looked at journal
articles.
And you have a binder there that some are
counterpoints and some are pro points, for lack of a
better way of saying it.  But what I don't want to
do is throw out articles and have you or a jury
member or the judge think that I'm relying on that
one article to make my opinions, I'm not.  I'm
relying on the forest.
I think it's very dangerous to look at one
article or look at one surgery result and make --

Page 273

MICHAEL J. STONNINGTON, M.D.
try to make a definitive conclusion.  That's not
what I've done.  So that's I think the best way to
answer that question.
Q.   Are you able to tell me whether you relied
on the Albrecht study for your opinion?
MR. GORDON:  Object to the form, use
of the word "reliance" and asked and
answered.
A.   I will say that orthopedic surgeons like
myself who are board certified will look at an issue
like I looked at an issue and come to conclusions,
but it would be reckless to take one tree out of the
forest and say because of that tree I'm going to
make this statement.
So I can name for you some trees and
there's a lot of trees in that binder right there.
And I believe you know what those trees are.  So I
think it's important to know that that's a binder
full of trees.  And I think I've made that argument
very clear already.
MS. LEWIS:
Q.   You've testified that the Bair Hugger is
dangerous and causes infections; right?
A.   Yes, ma'am.

Page 314

MICHAEL J. STONNINGTON, M.D.

jumps into this shark infested water and gets out of the water without being eaten, that doesn't mean that it's not shark infested.

It would be crazy to allow anybody to have a surgery where there are increased microbial counts above their wound. And that's what that article shows.

(Exhibit 10 was marked.)

MS. LEWIS:

Q. Dr. Stonnington, Exhibit 11 in front of you, this is the index that comes from your Volume 1.

A. Exhibit 10.

Q. Exhibit 10, okay. Exhibit 10 is the list of articles that come in Volume 1 and 2 that you brought with you today; right?

A. Yes, ma'am.

Q. And can you go through the rest of this list and quickly tell me which articles said or concluded that the Bair Hugger causes infection?

MR. GORDON: Objection to form, asked in many ways, many times today.

A. Again, these articles will not have those quotations, those words in these articles. But just

Page 315

MICHAEL J. STONNINGTON, M.D.

like we put people on death row all the time for crimes with nobody saying I did the murder, we do it all the time.

So your level of requirement is just that. You would say that we as a society are never going to convict somebody of capital murder because somebody didn't confess. Obviously that's not what happens. There's circumstantial evidence, it's a pile of information that leads to the conviction of somebody for capital murder. Rarely do they confess.

And that's basically -- those words you're stating, I submit those words you're stating are basically like a confession. You're not going to find those quoted words in these articles. And if those words were in an article, it would then go to what I was saying about the smoking gun.

Be wary of any article that has a smoking gun in it because guess what, history will tell you that that smoking gun may not be correct. So you have to look at everything in its entirety.

MS. LEWIS:

Q. So of all the articles on your Exhibit 10, which is 89 articles, and you've talked about nine

Page 316

MICHAEL J. STONNINGTON, M.D.

of them, none of those said that the Bair Hugger causes infection, but yet you have the opinion based on looking at all those articles that the Bair Hugger causes infection?

A. Well, let's talk --

Q. Is that correct?

MR. GORDON: Whoa, whoa. Object to form, asked and answered and misstates his testimony. He didn't say his opinion was based just on those articles. Don't limit his testimony.

MS. LEWIS:

Q. With respect to the literature.

A. The literature are some trees in the forest. That's --

Q. I understand.

A. Those are important trees.

Q. I'm asking about the literature, that's what I'm trying to find out.

A. So going back to the evidence, there -- exhaust air can be contaminated and it's been proven that heater/cooler units have exhaust air, have aerosolized microbacterium chimaera. In Switzerland the Sachs fellow was very brilliant in figuring that

Page 317

MICHAEL J. STONNINGTON, M.D.

out.

And the reason why we know that microbacterium chimaera was the culprit and it was in the heater/cooler units and it was exhausted into the air and found its way into the wound was because it's an unusual organism and we could ID it.

I submit to you that had that been staph aureus, had that been MRSA, had that been coagulase negative staph, we might still be talking about heater/cooler units, but we're no longer talking about them because it's been shown that they exhausted bacteria into the air which found its way into the wound and caused severe damage to patients.

So that's -- so when you take that article in conjunction with these articles in conjunction with my patient population, no infection after Bair Huggers stopped, infection with Bair Hugger, I will give you the quotation now. Bair Huggers causes infections. I will give you that quotation, but you're not going to find it in these articles said like that.

Q. Do you have any patient in which you told the patient or you wrote in the medical records that the reason for your infection was due to the Bair

Page 318

MICHAEL J. STONNINGTON, M.D.
1    MICHAEL J. STONNINGTON, M.D.
2  Hugger?
3    A.  I have not.
4    Q.  When you write things in your medical
5  records currently with patients, do you say that
6  this infection was caused by particles?
7    A.  I say the infection was caused by bacteria.
8    Q.  So does the PDR say that ampicillin is
9  effective for particles, in treating particles?
10    A.  Particles have been shown to be, I believe,
11  a proxy for bacteria.  They're viable airborne
12  bacteria.
13    Q.  Does the PDR say that ampicillin is
14  effective in treating particles?
15       MR. GORDON:  Objection to form.
16    A.  That's a complete misunderstanding of the
17  literature.
18  MS. LEWIS:
19    Q.  Does it say -- does the PDR say that
20  ampicillin is effective in treating particles?
21       MR. GORDON:  Objection to form.
22    A.  I could also say that bacteria -- that
23  ampicillin is not good for washing out a wound.  I
24  mean, I don't use ampicillin to wash out a wound.  I
25  mean, that's not the use of ampicillin.  The use of

Page 319

MICHAEL J. STONNINGTON, M.D.
1    MICHAEL J. STONNINGTON, M.D.
2  ampicillin is to treat a bacteria.
3    I will tell you what's good for treating
4  those particles, though, is an irrigant, is to wash
5  out the wounds of those particles.  Particles can
6  also be a nidus for infection.  You can have
7  inorganic particles that cause infections because
8  they create a nidus.
9    And so ampicillin, correct, is not going to
10  treat the particles, but me washing out that wound
11  will treat those particles.  And I would never say
12  that ampicillin is used to treat particles.  It
13  takes several days to culture bacteria.
14    So when you have viable airborne bacteria
15  over a wound, it's going to take you several days to
16  get those culture results back.  That's not helpful
17  to a surgeon.
18    So the idea of these studies and the
19  movement of the research today is to figure out how
20  to say to a surgeon, hold on, now, you're getting at
21  risk for an infection in this wound because the
22  particle count is too high right now.  And that's
23  where we're moving.
24    And the particle count, since it is a proxy
25  for bacteria, will give you a real world time risk

Page 320

MICHAEL J. STONNINGTON, M.D.
1    MICHAEL J. STONNINGTON, M.D.
2  while you're operating.  You're not going to have
3  that with a culture.  Maybe one day we'll be able to
4  ID bacteria immediately, but right now we can't.
5  MS. LEWIS:
6    Q.  Have you ordered an antibiotic to treat
7  particles?
8    A.  I would never do that.
9    Q.  Does the laboratory culture report that is
10  stated in the medical records, does it state that
11  the culture found particles?
12    A.  With all due respect, Counselor, that is --
13  that is -- that question I believe shows a
14  misunderstanding of what this literature shows.
15    Q.  Does it or does it not?
16    A.  Well, of course not, but that is a
17  misunderstanding of the literature.  Particles, like
18  I said, are a proxy for bacteria.  Particles can
19  also be a nidus for infection.  And you don't treat
20  particles with antibiotics, you treat particles in
21  another way.  That's what you do when you wash out
22  the wound.  You're washing out the particles.  And
23  that is -- that is a complete misunderstanding of
24  what this shows.
25    Q.  Have you ever -- you've had a patient that

Page 321

MICHAEL J. STONNINGTON, M.D.
1    MICHAEL J. STONNINGTON, M.D.
2  has developed a joint infection --
3    A.  Yes, ma'am.
4    Q.  -- in your career?  Did you advise that
5  patient that their infection was caused by
6  particles?
7       MR. GORDON:  Objection, asked and
8  answered.
9    A.  The joint infection is from bacteria and
10  particles are associated with bacteria.  So you can
11  have a particle in your wound and not get an
12  infection, but you can also have an inorganic
13  particle in your wound.  If you have plenty of them
14  in your wound, that can be a nidus for infection.
15    And that actually goes to why implant
16  infections are so different than perhaps -- well,
17  not perhaps, but are different from the Kurtz
18  population that she studied in 1996 because that's
19  dirty colorectal surgery.  But a particle can also
20  be thought of as like a mini implant and it does
21  increase your risk of infection.
22    So no, I don't treat particles with
23  antibiotics, I treat particles with proper wound
24  care and management.
25  MS. LEWIS:

# EXHIBIT DX8

TO DECLARATION OF BENJAMIN W. HULSE
IN SUPPORT OF DEFENDANTS' MOTION TO
EXCLUDE PLAINTIFFS' GENERAL
CAUSATION MEDICAL EXPERTS

Page 1

1                    MICHAEL R. REED

2              UNITED STATES DISTRICT COURT

                 DISTRICT OF MINNESOTA

3

4    - - - - - - - - - - - - - - - - - - - - - - - - - - -

5          In re Bair Hugger Forced

           Air Warming Products

6          Liability Litigation,

7                          MDL No. 14-2666 (JNE/FLN)

8    - - - - - - - - - - - - - - - - - - - - - - - - - - -

9    - - - - - - - - - - - - - - - - - - - - - - - - - - -

10

11             VIDEOTAPED DEPOSITION OF

12                  MICHAEL R. REED

13   - - - - - - - - - - - - - - - - - - - - - - - - - - -

14

15

16             London, United Kingdom

17

18

19

20

21

22

23

24         Taken December 4th, 2016    By Rose Kay

25   Job No. 115951

Page 22

MICHAEL R. REED

1
2  A. August 2013.
3  Q. Okay.  So with your permission, I am going to refer to
4     this particular study as "Reed 2013".
5  A. Okay.
6  Q. Now --
7  THE EXAMINER:  What does it mean, that you are the first
8     named author on this one?
9  A. So it means various things, actually.  So the very
10    traditional route is that the junior author, if you
11    like, goes first.
12 THE EXAMINER:  That is what we have heard to date.
13 A. Yes.  And the senior author would go last.  In this
14    particular instance, I went first because I was keen to
15    get this to, if you like, an orthopaedic community, to
16    get the message to the orthopaedic community.  So that's
17    the basis of me going first on it.
18 THE EXAMINER:  And what is the AANA Journal?
19 A. It is a nursing journal, I think.  I think it's
20    anesthesia ...
21 THE EXAMINER:  It is in the area of anesthesia and nursing?
22 A. Yes.  That's my recollection.
23 THE EXAMINER:  Okay.  Yes.
24 BY MR. GORDON:
25 Q. If you could turn to pages 533 through 538.

Page 23

MICHAEL R. REED

1
2        And if you could just briefly identify what this is?
3  A. So this is a paper which I am a sort of middle author,
4     if you like, and it's a paper that looks at the
5     disturbance of laminar flow with forced air warming
6     during a simulated knee replacement.
7  Q. And when was this published?
8  A. This was published in -- actually, I can't read that on
9     the copy.  I think 2013.
10 MR. HOLL-ALLEN:  I see --
11 THE EXAMINER:  August 2013, at the top of page 534.
12 MR. HOLL-ALLEN:  Accepted for publication, April 16, 2012,
13    I see at the bottom of 533, copyright 2013.
14 BY MR. GORDON:
15 Q. And the first author on this is Belani, sir?
16 A. Yes.
17 Q. Again with your permission, I will refer to this study
18    as "Belani 2013"; okay?
19 A. Okay.
20 Q. Then I would like you to turn to pages 540 through 547.
21    And again, I will ask you to briefly identify this?
22 A. Okay, so this is a paper which looks at two things.  One
23    is the disturbance of laminar flow using forced air
24    warming in a sort of experimental set-up, and it also
25    has some clinical data.  I would like to discuss the

Page 24

MICHAEL R. REED

1
2     clinical data with you actually.  I am sure we are going
3     to do that, anyway.
4  Q. I can assure you, your wish will be granted.
5  A. Yes, but there is something specific I want to bring to
6     your attention.  So when we get there, I will bring that
7     to you.
8  Q. Okay.  When -- strike that.
9        The first author on this is Paul McGovern?
10 A. Yes.
11 Q. And you are the last author?
12 A. Yes.
13 Q. And by convention, that makes you the senior author?
14 A. In this stance, yes.
15 Q. When was this published?
16 A. I think 2011.
17 Q. So I will again, with your permission, refer to this
18    study as "McGovern 2011" and I will probably spend the
19    lion's share of my examination on this study.
20       So you said you looked at two things; the
21    disturbance and then some clinical data.
22       Did you do both things essentially simultaneously or
23    around the same time, or was one done first and the
24    other done with some separation of time in between?
25 A. So my recollection is that the sort of experiment, if

Page 25

MICHAEL R. REED

1
2     you like, the mocked-up experiment was done in the
3     summer of 2010, which would be sort of in the middle,
4     almost in that transition phase of when we were moving
5     between the clinical -- you know, the two different
6     clinical types of warming.
7  Q. And the clinical part of it was done later; is that
8     correct?
9  A. No.  So it sort of straddles it, I think is how I would
10    describe it.  Because my recollection is that, looking
11    at the timings, the theater experiment with the warming,
12    et cetera, was done, I think in May of that year, which
13    would be 2010.
14 Q. When the McGovern study was initially conceived, did you
15    initially plan on doing the two different components?
16 A. No, I don't think we did.
17 Q. What was the one you initially planned to do?
18 A. Well, you know, the theater-based, lab-based one, if you
19    like, of those two, would be the one that we
20    specifically set out.  The other one was more
21    opportunistic.
22 Q. Okay.  And so the one that was, sort of, the progenitor
23    of this study was the airflow disruption component; is
24    that right?
25 A. Yes.

Page 42

1          MICHAEL R. REED
2      communications about published studies.
3  MR. GORDON:  The communications about published studies
4      relate to criticisms of the published studies and the
5      way to respond to and address those criticisms and why
6      things were or were not done on a particular --
7  THE EXAMINER:  Let's look at the e-mails.
8  MR. GORDON:  That is what we are --
9  THE EXAMINER:  Let's get to the e-mails.  I am not persuaded
10     at the moment.  If you show me relevant e-mails, I may
11     be persuaded.
12  MR. GORDON:  I will get to it, but you know --
13  THE EXAMINER:  No, I am not going to allow this type of
14     questioning to continue, unless you lay a basis with
15     proper e-mail references to this witness.  I am simply
16     not going to allow it to continue.
17  MR. GORDON:  That is fine.  I appreciate that Mr. Reed is
18     kind of cutting to the chase and getting things out,
19     that I will get to eventually.  So I will stick to the
20     documents.  I apologize.  This is going to take a little
21     bit longer this way.
22  BY MR. GORDON:
23  Q.  Let's go to the McGovern paper, and I want to focus on
24     the second part of the study, the comparison or the --
25     what you described as the clinical component.

Page 43

1          MICHAEL R. REED
2  A.  Yes.  I would love to speak to you about that.
3  THE EXAMINER:  Well, let's get to it first, where it is; so
4     that those of us who are not familiar with this document
5     can identify it.
6  A.  So 540.
7  THE EXAMINER:  Yes, I have got that.  Where in the document
8     are you talking about?
9  MR. GORDON:  I think the discussion begins on page 543 and
10     it kind of intertwines a little bit, but --
11  THE EXAMINER:  Can I suggest, Mr. Reed, that you allow Mr.
12     Gordon to ask his questions and answer them and then
13     before we leave this document, you can make any point
14     you wish to make about it, unless you think it is
15     essential for you to lay down your marker before you
16     answer questions about it.
17  A.  I would prefer to do that, if that is okay.
18  THE EXAMINER:  Fine.  Do it that way.
19  A.  So when I was reading this documentation yesterday and
20     going through e-mails, it's clear to me that some of the
21     data on the clinical side of the paper is wrong,
22     slightly wrong.  It doesn't affect the conclusion of the
23     paper and there's still a significant difference.  But
24     there is, in fact, one more infection in each group.
25        Now, this was e-mailed to Mark Albrecht and he did

Page 44

1          MICHAEL R. REED
2     reply to it and, in fact, it's in your documents; the
3     e-mail correspondence.  And he says he will put it into
4     the main paper and, in fact, he then says he has put it
5     in the main paper, but unfortunately it's slightly old
6     data that is in the main paper.  It does not affect the
7     conclusion in any way, but nevertheless it is not the
8     latest data they have got in there, and I don't know why
9     that is.
10  THE EXAMINER:  If Mr. Gordon points you to that specific
11     section, then you can identify it for us.
12  A.  I will ...
13  BY MR. GORDON:
14  Q.  I am sure we will get to those details.
15        Just broadly speaking, the clinical component of it
16     was a retrospective observation analysis of infection
17     data; is that correct?
18  A.  So I mean, the data is collected prospectively.  So it
19     is not that we look back.  It is collected live.  So it
20     is prospective in that sense, but I would say it is
21     opportunistic, because we had made the change and then
22     we looked to see what happened.  The data is
23     prospective.
24  Q.  Was the data being collected -- were the data being
25     collected for purposes of doing this study?

Page 45

1          MICHAEL R. REED
2  A.  No.  We collect data routinely and we have
3     a surveillance team, so that is essentially nursing
4     staff, of which I think we had three at that time, whose
5     job is purely to look at infection rates, if you
6     like.
7  Q.  Okay.  So just again, in broadbrush terms.  You had and
8     have a body of infection data and what this study did
9     was to look back at a particular time period; is that
10     correct?
11  A.  Well, we collect --
12  MR. ASSAAD:  Objection, misstates the prior testimony.
13  THE EXAMINER:  You may answer.
14  A.  We collect the data as we go, if you like, and we have
15     done since probably, I think, 2007/2008.
16  BY MR. GORDON:
17  Q.  What is the reference on page 533 to --
18  THE EXAMINER:  543?
19  BY MR. GORDON:
20  Q.  543, thank you.  For demographic information on relevant
21     risk factors for surgical site infections, SSI,
22     collected for primary hip and knee replacement
23     procedures performed at our hospitals -- hospital during
24     a 2.5-year period starting 1st July, 2008?
25  MR. ASSAAD:  Where are you reading?  I am sorry.

Page 62

MICHAEL R. REED

THE EXAMINER:  Okay.

A.  I mean, there is an enormous amount of operations that
fall into those groups.  You are probably right, but
I don't -- I think a coder wouldn't rely on that to say
whether it was trauma or not.

BY MR. GORDON:

Q.  When you initially saw a printout of data for use in the
McGovern study, did you limit it to non-trauma, hip and
knee surgeries?

MR. ASSAAD:  Objection, misstates the prior testimony.  Lack
of foundation.  He never stated he saw a printout.

THE EXAMINER:  You can answer.

A.  So normally, the patients you get on here are elective.
So there will be some that come on, that are not
elective, and then they will be removed by the
surveillance team and put -- not actually removed, but
put into a different category of joint replacement.

BY MR. GORDON:

Q.  When you compiled the data for the McGovern study, did
you in any way try to separate the trauma and the
non-trauma patients?

MR. ASSAAD:  Objection, misstates the prior testimony.

THE EXAMINER:  You may answer.

A.  I mean, we definitely attempted to do that, because this

Page 63

MICHAEL R. REED

database is meant to be just planned cases, just
elective cases.

BY MR. GORDON:

Q.  Okay.  And by --

A.  But we do know that other ones get in through coding and
then they will be taken out in the sort of data cleaning
process.

Q.  By this database, you mean the 788 through 1050 -- 1081?

A.  So you know, before we would publish, if you like, on
infection rates, then we would go through it, we would
check every case is as -- you know, every case, whether
the infection is trauma or not.  You might by chance end
up pulling one out, you might not.  I am not aware
whether we did with this study.

Q.  Okay.  The data here, on 788 through 1081, as Mr. Dyer
pointed out, began on 1st October, 2007.  What was your
reasoning for commencing the Bair Hugger only period on
1st July, 2008?

A.  So my recollection is that we got a full-time
surveillance team at that point.  So as I said,
previously in the U.K. you only have to do a quarter.
Actually, you can choose which operation you do.  So you
might not have full-time surveillance prior to that.

THE EXAMINER:  So one operation, one quartile, per annum?

Page 64

MICHAEL R. REED

A.  Correct.  That's the national standard.  But we have
moved to doing every operation full-time; and that's why
we have got that reliable data.  So there would be big
gaps in the period.  If you looked at 2006, you might
only have a quarter of the year populated, which would
be very unreliable data.

THE EXAMINER:  Yes.

BY MR. GORDON:

Q.  So I really want to drill down on the timing; and that
is critical.  I am going to ask you to take a look at
volume 2, pages 487 through 490.

A.  Okay.

Q.  Have you seen this before?

A.  I saw it yesterday.

Q.  Is that the first time you saw it?

A.  I'm not sure.

MR. ASSAAD:  I am going to object for lack of foundation for
any questions being asked, if he hasn't established
foundation.  He has written this document -- the
authorship of this document --

THE EXAMINER:  You have made your objection.  Keep
objections short.

MR. ASSAAD:  Well, I need to put all the objections for the
U.S. court.

Page 65

MICHAEL R. REED

THE EXAMINER:  I know.

MR. GORDON:  They are all preserved.

THE EXAMINER:  I am familiar with how U.S. attorneys --

MR. ASSAAD:  They are --

MR. GORDON:  The only objection is: waives form or
foundation.

MR. ASSAAD:  I am only doing it for trial --

BY MR. GORDON:

Q.  Do you know who Julie Gillson is?

A.  Yes.  Julie Gillson was one of our matrons.

Q.  What is a matron?

A.  So it is a senior nurse, essentially.

Q.  Was she one of the SSI surveillance nurses?

A.  No.  So Julie is a matron, so the senior nurse within
surgery, if you like.  Gail Lowdon leads the surgical
site infection surveillance team.

Q.  And if you look at the front page of this document.  At
page 71, the very last paragraph, it says during --

THE EXAMINER:  Where are you?

BY MR. GORDON:

Q.  Page 71.  Oh, I am sorry.

THE EXAMINER:  487.

MR. GORDON:  487, thank you.  Page 487, the last full
paragraph on the page:

Page 66

MICHAEL R. REED

1
2     "During the last two quarters of 2008/2009,
3   Northumbria Healthcare NHS Foundation Trust was
4   reporting SSI rates in the combined total of surgeries
5   in the THR/TKR and repair neck of femur between
6   3.5 percent and 5.7 percent and was regularly receiving
7   letters from the HPA informing the trust of its high
8   outlier status for SSI."
9       First of all, did I read that correctly?
10  A. Yes.
11  MR. ASSAAD: Objection. Move to strike for hearsay.
12  BY MR. GORDON:
13  Q. Did --
14  THE EXAMINER: (Overspeaking.) ... moving on to
15    a question --
16  MR. ASSAAD: He can't read evidence in, without establishing
17    a foundation. I am saying this is hearsay. He is
18    reading someone else's words into the record. He is
19    basically advocating this point. Objection for hearsay.
20  BY MR. GORDON:
21  Q. Do you recall there being a period of time when the
22    Northumbria Healthcare Trust was getting letters from
23    the HPA about SSI rates?
24  A. Yes.
25  Q. And what were those -- first of all, what is the HPA?

Page 67

MICHAEL R. REED

1
2  A. So the HPA is the Health Protection Agency and they are
3    the group that collate the national database, based on
4    people collecting it locally. So Gail Lowdon who leads
5    our surgical site infection surveillance team, a member
6    of her team will be uploading that information
7    nationally, if you like, to the Health Protection
8    Agency.
9       The issue with that is that not every trust puts in
10   the data as we have established; and the infection rates
11   that they quote are very low and, in fact, they have --
12   I mean, the government advisers on infection have
13   publicly written to say that their quotes -- they quote
14   very low infection rates, unrealistically low, because
15   the surveillance system is poor in many trusts?
16  THE EXAMINER: Do you have a recollection of these letters
17    being received?
18  A. Yes.
19  THE EXAMINER: Okay.
20  BY MR. GORDON:
21  Q. And what did Northumbria do in response to those
22    letters?
23  A. So I mean, we have done lots of things, as I think has
24    become clear. We have made loads of changes over
25    a period, a sustained period, to try and reduce the

Page 68

MICHAEL R. REED

1
2    infection rates.
3  Q. Was there any type of a committee or a working group
4    formed?
5  A. Yes. So there was a surgical site infection prevention
6    committee, which I chair.
7  Q. And when was that formed?
8  A. It may actually even be on here. About 2008, maybe even
9    2007. That sort of timescale.
10  Q. And that's your independent recollection?
11  A. Yes.
12  Q. So the reason I say that is that on page 548, it says
13    that the multiple -- a multi-disciplinary team formed
14    the trust SSI group and the first meeting took place in
15    December 2008.
16  A. There you go then.
17  Q. Well, if you --
18  THE EXAMINER: What is the --
19  BY MR. GORDON:
20  Q. If your recollection is different than what is here --
21  A. Yes, I think that feels right and she would know. What
22    I would say is that we may have been doing stuff before
23    that, before we did a formal meeting, but it would not
24    have been long before that.
25  Q. And there is a reference in the next paragraph to:

Page 69

MICHAEL R. REED

1
2    "The first action point of this meeting was to place
3    a successful bid to appoint two full-time SSI nurses on
4    a 12-month secondment."
5  MR. ASSAAD: Objection, hearsay.
6  BY MR. GORDON:
7  Q. And my question is: was there -- were there full-time
8    SSI nurses prior to whenever this multi-disciplinary
9    group first met?
10  A. Yes, so the -- the surveillance was done -- I mean, we
11    should probably go back one step.
12      So we were named in the paper, based on the 2007
13    data, as having a high infection rate. And after that,
14    we went to full-time surveillance, some time probably in
15    early 2008, but we didn't have the business case and
16    people -- and people formally appointed to those rules.
17    They were being done, I think, by infection control,
18    rather than by a surveillance team. Same methodology.
19  MR. ASSAAD: I am going to object again to those line of
20    questions. It is not part of the subject matter of the
21    sealed order. It has nothing to do with the studies
22    that he has been performing, that it has been limited
23    to -- by the Senior Master.
24  THE EXAMINER: He is still in the --
25  MR. ASSAAD: I mean, we -- well, it really isn't. It is

18

Page 78

1        MICHAEL R. REED
2   BY MR. GORDON:
3   Q.  Did there come a time when you switched the skin prep
4       that you used at Wansbeck?
5   A.  Yes.  It is on the timeline somewhere.
6   Q.  What did you switch from and what did you switch to?
7   A.  So we would have switched from a variety of things.  It
8       is surgeon preference.  To -- I think we switched maybe
9       at the end of 2010, the very end of 2010.
10  Q.  Do you recall there being a period of time that the
11      laminar air system at Wansbeck required repair?
12  A.  Yes.
13  Q.  What was wrong with it?
14  A.  Well, this was -- it wasn't in all theaters, but in
15      particular theaters, essentially it wasn't functioning
16      properly.
17  Q.  How did you come to learn that?
18  A.  We had a guy come and assess it, an expert.
19  Q.  Was -- had you noticed some problem or was this
20      a routine assessment?
21  A.  So I mean, I think as we made clear, we were trying to
22      reduce the infection rates.  We made a number of
23      changes.  We made -- you know, we were looking
24      everywhere we could, trying to get a marginal gain on
25      reducing infection rates.  And that's the basis for

Page 79

1        MICHAEL R. REED
2   getting them all checked.
3   Q.  Were any of the procedures in the Bair Hugger only
4       period performed in the operating room that needed
5       repair of the laminar airflow system?
6   A.  In truth, I am not sure when those dates are.  It might
7       be on the timeline; is it?
8   Q.  Did you have any hand in preparing the timeline?
9   THE EXAMINER:  I am sorry.  I missed the question.
10  BY MR. GORDON:
11  Q.  You --
12  THE EXAMINER:  I just did not hear it.
13  A.  Did I have a hand in preparing the timeline?
14  THE EXAMINER:  Right.
15  A.  Certainly over the years I have.
16  BY MR. GORDON:
17  Q.  There's no way you can read the one in that -- in the
18      article.  So I took the liberty, for my sake, if you
19      have -- of printing out a larger version of it.
20  THE EXAMINER:  How does this relate to the studies that we
21      are concerned with?
22  MR. ASSAAD:  I agree.
23  THE EXAMINER:  I have not been able to have a copy that
24      I can read.
25  MR. GORDON:  I understand that.  I am going to pass you

Page 80

1        MICHAEL R. REED
2       a copy that you can read.
3   MR. ASSAAD:  Can I have a copy that I can read?
4   THE EXAMINER:  If other counsel in the room could have
5       a copy of it, so that they can read.
6   MR. GORDON:  Well, they are younger.  They can probably read
7       that one.
8   MR. ASSAAD:  I want the same copy that you are giving him.
9   MR. GORDON:  Okay.  Well, I don't have it.
10  THE EXAMINER:  My question is: how does this relate to any
11      of the studies with which -- to which this witness's
12      evidence is confined?
13  MR. GORDON:  Mr. Dyer, with all due respect, this is a --
14  THE EXAMINER:  No, it is a simple question.
15  MR. GORDON:  Yes.  And if you -- the timeframe that the
16      Bair Hugger only was compared to the Hot Dog only, and
17      resulting in a 74 percent reductions in infections,
18      happens to coincide with a whole bunch of other
19      infection control practices.
20  THE EXAMINER:  Why don't you put that to the witness?
21  MR. GORDON:  That is what I am trying to get to.
22  THE EXAMINER:  Dear God, we must have been trying to do it
23      for about an hour now.
24  MR. GORDON:  Well, I am sorry I don't have the exquisite
25      skills to go right to the point.

Page 81

1        MICHAEL R. REED
2   THE EXAMINER:  Well, then, get right to the point --
3   BY MR. GORDON:
4   Q.  Is this the timeline you have been referring to, Mr.
5       Reed?  And we will mark this separately as, I guess,
6       exhibit 5.  So we will put copies in the record.
7       (Exhibit Reed 5 marked for identification.)
8   MR. ASSAAD:  We have --
9   THE EXAMINER:  I am sure you do.
10  A.  Yes.  I mean, I am sure this was produced in my
11      department.  I am not sure when or how up to date it is.
12      I can't verify it.  But I imagine it's correct there or
13      thereabouts.
14  MR. ASSAAD:  Can we mark this as an exhibit, since we have
15      produced this?
16  THE EXAMINER:  I think Mr. Gordon --
17  MR. GORDON:  I just said we will mark it as an exhibit.
18  MR. ASSAAD:  I am going to object to whatever exhibit this
19      is, based on the lack of foundation.  The witness has
20      just said he didn't create it.
21  BY MR. GORDON:
22  Q.  Just to clarify, and I think the record is clear.  But
23      did you -- were you involved in the creation of the
24      timeline?
25  A.  I definitely have been involved in the creation of the

## Page 106

MICHAEL R. REED

1
2  60 days for follow-up; right?
3  A. Okay. If that's what it says, yes.
4  Q. So the first six months of the rivaroxaban comparator
5     was tinzaparin only; and that was February 1st, through
6     the end of July 2009; right?
7  A. Yes.
8  Q. And that coincides with five of the six months of that
9     period of Bair Hugger, when the same antibiotic regimen
10    and thromboprophylaxis regimen was being used?
11 A. Yes.
12 Q. As in the Hot Dog only period.
13    So in that six month timeframe in your rivaroxaban
14    study, you found a 1 percent infection rate. In the
15    next seven months of rivaroxaban, which was also during
16    the Bair Hugger only period, the infection rate jumped
17    to 2.5 percent and then you went back to tinzaparin;
18    right?
19 A. Yes. So what is clear in the rivaroxaban paper is that
20    there is no significant difference in infection rates.
21    I think that was what it showed. It wasn't far off
22    significance, I will give you that; but if you -- we
23    couldn't link rivaroxaban to infection.
24 Q. Who did the statistical analysis for your rivaroxaban
25    paper?

## Page 107

MICHAEL R. REED

1
2  THE EXAMINER: "For your"; which ...?
3  MR. GORDON: The rivaroxaban paper.
4  MR. ASSAAD: There's two of them. Can we be clear which one
5     we are talking about?
6  MR. GORDON: The one we are looking at. The one from page
7     521 to page 52 -- whatever. You can ask him about
8     another paper later.
9  MR. ASSAAD: You have a paper right after that, sir. That
10    is the same thing.
11 THE EXAMINER: We are on 521 to 525. We will stay on there
12    until we move.
13 A. I don't know. I was not lead author on that. I don't
14    know.
15 BY MR. GORDON:
16 Q. Okay. And when you say it is not statistically
17    significant, the jump from 1 percent to 2.5 percent, it
18    had a P value of 0. -- 0.102. So you are saying that
19    didn't meet the test for statistical significance.
20 A. Yes. So it doesn't meet, if you like, the sort of
21    accepted test; although in reality, it is a continuum,
22    I accept that. So ...
23 Q. And from a clinical standpoint, jumping from 1 percent
24    to 2.5 percent --
25 A. Sure.

## Page 108

MICHAEL R. REED

1
2  Q. -- in a short period of time like that was sufficiently
3     concerning that you switched back?
4  A. Yes, that's --
5  MR. ASSAAD: Objection, leading.
6  A. That's why we put it in the paper. That's why we
7     referred to it in the McGovern paper.
8  BY MR. GORDON:
9  Q. Okay. And the 1 percent timeframe, 1 percent infection
10    rate, covers that five month window in the middle of the
11    Bair Hugger period, that you could compare apples to
12    apples, at least with respect to thromboprophylaxis and
13    antibiotics; correct?
14 MR. ASSAAD: Objection, leading.
15 A. I think, yes. I think on the basis of what you are
16    saying, that is a reasonable thing. The groups are very
17    small, then. You can't -- it is easier to compare a big
18    group to a small group than it is a small group to
19    a small group, when you are looking at the significance
20    of testing.
21 BY MR. GORDON:
22 Q. Well, it would be even bigger to compare a big group to
23    a big group; right?
24 A. Yes.
25 Q. Was there a period of time when you adopted some sort of

## Page 109

MICHAEL R. REED

1
2  a color coding system in the OR, in terms of what people
3  wore?
4  A. Yes.
5  Q. What was that? What was the purpose of that?
6  A. So we -- essentially when you are in theater, you wear
7     purple, what we would call scrubs, so the sort of
8     pajamas. When you are out of theater, you wear blue.
9     And it's just a way of making sure that people don't go
10    out of theater and contaminate people on the ward and
11    vice versa.
12 Q. Was there --
13 THE EXAMINER: Are there changing facilities before you
14    leave the operating theater area?
15 A. Yes.
16 BY MR. GORDON:
17 Q. Was there some change in the footwear that occurred?
18 A. Yes. So we made lots of changes, as we have detailed
19    here.
20 Q. When you say "As we have detailed", are you talking
21    about the McGovern paper?
22 A. So you mean, there's presentations in here. There's
23    papers we have written on it and ...
24 Q. And the reason I am asking about the McGovern paper is
25    that you say on page 546:

Page 110

MICHAEL R. REED

1
2    "This study does not establish a causal basis for
3    this association.  Although the demographics were
4    similar between the patient groups in terms of risk
5    factors for infection, the data are observational and
6    may be confounded by other infection control measures
7    instituted by the hospital.  For example ..."
8    THE EXAMINER:  Where are we?
9    MR. GORDON:  Page 546.
10   THE EXAMINER:  Yes, but where?
11   BY MR. GORDON:
12   Q.  On the left hand side, the first full paragraph that
13       begins:
14       "This study does not establish a causal basis ..."
15       But you say:
16       "For example, changes were made to the antibiotic
17   and thromboprophylaxis protocols used during the study,
18   although no infection control changes were made
19   after February 2010."
20       And my -- I am emphasizing the words "For example".
21   You've got thromboprophylaxis and antibiotics specified
22   in here.
23       But my question is: are there -- did I miss it or
24   are there any other places within there, where you
25   actually -- within the McGovern paper, where you talk

Page 111

MICHAEL R. REED

1
2    about what other changes had occurred or when?
3    A.  So we did -- we obviously listed that there were
4        changes, so we chose two specific ones, because they are
5        the ones really with the evidence base or the concern
6        around them.
7        So to turn that on its head, if I was to say, you
8    know: we changed the color of theater blues in the
9    article here on infection, they would say: well, where
10   is the evidence for that, that influence?  And you
11   wouldn't find a reference for that either.
12       So a lot of the things we have done are on the basis
13   of common sense, rather than evidence that it will help
14   infection.  I would accept that.
15   Q.  Did you change the dressings?
16   A.  That's -- at one point we changed the dressings, yes.
17   Q.  From what to what?
18   A.  So I am struggling to think if we had a policy before we
19       changed, in terms of -- I think it was probably certain
20       preference.  But after we changed, it was to something
21       called Aquacel Surgical.
22   Q.  Is that the same thing as Jubilee?
23   A.  Jubilee, yes.  Jubilee is --
24   Q.  The hospital?
25   A.  The hospital that invented it.  The Golden Jubilee.

Page 112

MICHAEL R. REED

1
2    Q.  Was there any evidence to support switching to the
3        Jubilee dressing?
4    A.  So they had evidence.
5    THE EXAMINER:  "They" being?
6    A.  The Golden Jubilee had done a small trial on it.
7    BY MR. GORDON:
8    Q.  The hospital in Glasgow?
9    A.  Yes.
10   Q.  What did their trial demonstrate?
11   A.  So they looked at a variety of outcome measures, but the
12       ones I remember were blister rates.  So you can
13       sometimes get blistering around a wound.  And they were
14       reduced with that dressing, and infection rates were
15       reduced.  I can't remember whether that was superficial
16       and deep or whether it was just deep.  But there was
17       a -- there was an effect.
18   Q.  And when did you switch to the Jubilee dressing?
19   A.  It's probably on the timeline, I think.
20       Would you care to point it out, to speed me up?
21       There is a lot on here.
22   Q.  If I am reading correctly, it is the October 2009.
23   THE EXAMINER:  Right at the bottom left hand side, at the
24       bottom, in the yellow box.
25   A.  Okay.  So ...

Page 113

MICHAEL R. REED

1
2    THE EXAMINER:  Well, that's audit.
3    A.  Yes, it's audit.  I am not quite sure what that means.
4        It may well have changed well ahead of that.  There is
5        another wound dressing audit you see underway, I think,
6        at the beginning of 2008.
7    THE EXAMINER:  I see, yes.
8    A.  So I couldn't say with any certainty when we changed,
9        but it was a pretty early change, I think, that we made.
10   BY MR. GORDON:
11   Q.  Would it have been before or after the audit?
12   A.  Well --
13   THE EXAMINER:  You can't audit something you are not using.
14   A.  No, so I mean, I think -- I am struggling to know
15       whether in quarter 1 2009 we introduced it or whether it
16       was before that.  I don't know.
17   BY MR. GORDON:
18   Q.  Okay.  But it was before --
19   A.  It probably is written somewhere in your documents.
20   Q.  It was before the switch to Hot Dog; right?
21   A.  I mean, my recollection is that it was, but I couldn't
22       say with any certainty.
23   Q.  Did there come a point in time when, at Wansbeck, you
24       started screening hip and knee patients for methicillin
25       resistant staphylococcus aureus, MRSA?

## Page 114

MICHAEL R. REED

A. No. We have always done that, but I think you are
alluding to sensitive staph aureus.

Q. That was my next question. So you have always done the
first screening?

A. Yes, I can't remember when we didn't.

Q. But my next question -- yes. So did there come a time
when you -- was there a time when you had not been
screening for methicillin susceptible staphylococcus
aureus, and you started screening for that?

A. So that was in early 2010, I think we started screening
for that.

Q. And was it just screening, or did somebody who had --
did you take some action?

A. So we would decolonize patients to -- essentially what
you are trying to do is to reduce the load of this
particular bug in someone's nose or on their hands or
whatever.

Q. So some of the Bair Hugger only patients would have not
had the benefit of MSSA screening; some of them would
have? Either way -- did you say February 2010?

A. I think it was January, but ...

Q. Okay. So at the very end of the Bair Hugger only
period?

A. Yes.

## Page 115

MICHAEL R. REED

Q. So if you were the Bair Hugger -- some of the
Bair Hugger patients at the very end would have had MRSA
screening and all of the Hot Dog only patients had the
benefit of MSSA screening?

A. That is due. But what I would say is that there is no
evidence that it reduces infection rates in this group;
certainly at this point. That may not be the case now,
six years down the line. But yes, it was introduced
with that intention.

Q. Did there come a point in time when you instituted
pre-warming of patients for hip and knee ...?

A. Yes.

Q. When was that?

A. It will probably be on the timeline.

THE EXAMINER: What does it mean?

A. So essentially, if you warm someone up before their
operation, then they are less likely to get cold during
their operation. If you are less likely to get cold
during the operation, then it reduces your complications
of bleeding, heart attacks and perhaps infection.

BY MR. GORDON:

Q. Well, had you seen any studies before you implemented
the pre-warming, to address that specific issue; does it
have any impact on infection?

## Page 116

MICHAEL R. REED

A. So it does have an impact on infection. But I think
what's less certain is whether it has an impact on
infection if you warm them in theater as well. So
isolated pre-warming has an impact on infection.

In fact, David Leaper, who you are going to meet,
published that in a very good large study. But my
recollection is that those patients weren't warmed
during surgery.

Q. Are you talking about the Melling paper from 2001?

A. Yes.

Q. Was there a study closer in time, so when you switched
to pre-warming that you had seen ...?

A. So I have certainly seen a study that shows that if you
pre-warm people, they are less likely to get cold, so
that's like a proxy. So I have certainly had that in
some of my presentations.

Q. Have you ever indicated that in your presentations, that
you read the New England Journal and found some article
about a significant reduction in infection rates by
adding pre-warming, and then you decided to do that as
part of your routine procedures?

MR. ASSAAD: Objection, leading.

A. That was David Leaper; David Leaper's study, I think.
I think that was in the Lancet, actually, David Leaper's

## Page 117

MICHAEL R. REED

study. Is pre-warming in the New England Journal of
Medicine? I am not aware of that.

BY MR. GORDON:

Q. Okay. I am not going to take time going into too many
more ...

A. There is now good evidence evolving, but it is coming
into practice as a definite now, compulsory. This is
six years down the line.

Q. When did you start pre-warming patients?

A. It is probably on the timeline. Can you point that out
for me?

Q. I think it is probably the second quarter of 2010.

A. Okay. It is likely to be correct if it is on here.

THE EXAMINER: Yes, it is part of the entry in the yellow
box.

BY MR. GORDON:

Q. The yellow box up on the top bit.

A. Yes, I am not sure that the Lancet study -- and I am
genuinely not sure. But I think that is not based on
the people who are warmed during the operation as well.
I think in David's study, they were only pre-warmed.

Q. The 2001 Melling --

A. Yes.

THE EXAMINER: So in your hospital, as from June 2010 they

Page 118

MICHAEL R. REED

1
2      were both pre-warmed and warmed during the operation?
3   A. Yes, yes.  And the major benefit of that would be
4      reducing bleeding, reducing anxiety, reducing pain
5      perhaps as well, reducing transfusion rates.  It has
6      a lot of advantages.  It does not relate specifically to
7      infection and I am not sure that warming and pre-warming
8      together reduce infection rates.  Either is probably
9      fine.
10  BY MR. GORDON:
11  Q. Now, at some point you switched to chlorhexidine as
12     a skin prep; is that right?
13  A. (Nods.)
14  Q. When was that?
15  A. In my recollection, late 2010, right at the end of
16     the -- I will save you some time.  Right at the end of
17     the -- actually, I can't remember which period it was.
18  THE EXAMINER:  Look at the little red box for Q4/2010.
19  A. Okay, there you go, right.  At the end of 2010.  So --
20     yes.
21  BY MR. GORDON:
22  Q. Did there come a point in time when you instituted
23     a root cause analysis of infections?
24  A. Yes.  I think that was pretty early on, actually.
25  Q. Like the first quarter of 2009?

Page 119

MICHAEL R. REED

1
2   A. Yes, or even before that, I suspect, actually.
3   THE EXAMINER:  It says "underway", which is not exactly very
4      precise.
5   BY MR. GORDON:
6   Q. I just want to cut to the chase.  Would you agree that
7      there were -- that there was, first of all, a serious
8      problem with infections in the knee and joint area, in
9      the late 2008/early 2009 timeframe?
10  MR. ASSAAD:  Objection to form, argumentative.
11  THE EXAMINER:  You may answer.
12  A. So I mean, I would definitely agree, we were trying to
13     reduce our infection rates.  And it's a devastating
14     complication and we were trying to reduce them.  And you
15     know, I think as we have made very, very clear publicly,
16     we have tried lots of things to reduce it.
17  BY MR. GORDON:
18  Q. And over a period of time, you implemented a whole
19     variety of infection control procedures?
20  A. Yes.
21  Q. And it wasn't just switching from Hot Dog -- or from
22     Bair Hugger to Hot Dog; right?
23  A. So in the time period that we have put in the paper,
24     I don't think there's anything significant that we
25     haven't mentioned in the paper, which is the gentamicin

Page 120

MICHAEL R. REED

1
2      and the rivaroxaban, in terms of -- in terms of
3      affecting infection rates.
4         You know, there are other things like MSSA screening
5      which was introduced.
6         But at the time of this paper and still, there is no
7      evidence to say that it reduces infection rates, staph
8      aureus infection rates in joint replacement patients.
9      Now, we are doing a piece of work now that does
10     actually, I think, show that.  But that is not in the
11     literature at all, even six years down the line.
12  Q. Just looking at the timeline and the picture of you
13     standing in front of that thing, the graph that starts
14     out very high and goes down very quickly.  Was that
15     reflective of what was happening to the SSI rates?
16  A. So I mean, this chart is the SSI rates, but it is not --
17     you need to understand, it is not the Wansbeck primary
18     joint replacement infection rates.  This is --
19  Q. The whole system?
20  A. -- the conglomerate of superficial and deep revision,
21     hip fracture patients, hemiarthroplasties, DHSs, and it
22     is a large group.  And the value of that is that you can
23     make a change and hopefully track the advantage of that.
24  Q. There came a point in time when you stopped using one
25     particular operating theater; correct?

Page 121

MICHAEL R. REED

1
2   A. Yes.
3   Q. Why was that?
4   A. That was, I think here.
5   Q. I think it was a little later in time.
6   A. The laminar flow repaired in Wansbeck.  Is that the one
7      you ...
8   Q. And that was when?  That was -- it is kind of hard to
9      tell from the timeline, other than that it was --
10  A. That was quarter 3/2008.  Quarter -- at the start of
11     quarter 3.
12  Q. Now, I --
13  A. To June 2008.
14  Q. From memory, I think it is in the orange box on the far
15     right.
16  A. Okay.
17  Q. After the --
18  THE EXAMINER:  That is Q4 of 2013, theater 2, WGH, closed to
19     all TKH joint replacements.
20  A. Yes, so there was a brief period.  That is not actually
21     my theater, but there was a brief period that it was
22     closed.
23  BY MR. GORDON:
24  Q. Okay.  It was not a permanent closure?  I don't want to
25     talk about that, then.

Page 226

MICHAEL R. REED

Q. The third line up from the bottom.

A. Yes. Yes.

   "... are established and licensed for use in the
U.K. and are equally effective at preventing inadvertent
perioperative hypothermia."

   Yes. I think that is a reasonable statement.

THE EXAMINER: So the primary function, they are equivalent.

A. In terms of warming, yes, I think that is a fair
summary. I think even that is debated, but yes.

BY MR. ASSAAD:

Q. Mr. Reed, you stand by your studies; correct?

A. Yes.

Q. And even though Mr. Albrecht and Dr. Augustine were
funding the studies involved, they did not influence the
data or the results that you have concluded; correct?

A. Yes. So just to be clear, there was no funding for any
of these studies apart from the very first one, which
was the one actually that didn't show any difference.
But yes, I do stand by them, yes.

MR. ASSAAD: All right. At this time, under the Federal
Rules of Evidence, I am going to offer him as an expert
and the stuff he has testified in, with respect to
orthopaedic surgery, peri-prosthetic joint infections
and the causation of peri-prosthetic joint infections.

Page 227

MICHAEL R. REED

And after that, I have no further questions.

THE EXAMINER: I am sorry, you are going to have to say that
again.

MR. ASSAAD: I am offering him as an expert in the testimony
he has given to his studies, with respect to orthopaedic
surgery, general causation on peri-prosthetic joint
infections and general peri-prosthetic joint infections
under the Federal Rules of Evidence.

THE EXAMINER: I don't know what you mean by "offering him
as an expert". However, he is not here specifically
under the terms of the U.K. order to give expert
evidence, on the basis that both parties have their own
experts in the United States.

   Now, if you want to try and change this into
something different in the U.S.A., that is a matter
between the parties and the judge but I want to make it
crystal clear that he has not been giving evidence today
in this room as an expert. Okay?

   Now, Mr. Gordon, it seems to me on the timescale,
you have about 20 seconds left for re-examination.

MR. GORDON: I thought it was more like 40.

FURTHER EXAMINATION BY MR. GORDON:

Q. Mr. Reed, when counsel asked you about the McGovern
studies showing an odds ratio of 3.8, and he asked you

Page 228

MICHAEL R. REED

to agree with him, or whatever the exact words were,
I can't remember. But essentially that using forced air
warming was 3.8, and it increased the rate of infection
3.8 times over the other warming modality and you said
"based on that paper".
   Two questions.
   First of all, why in the paper did you say:
   "This study does not establish a causal basis for
this association."

MR. ASSAAD: Objection to form.

THE EXAMINER: You may answer.

A. Because it doesn't. It doesn't establish causation, our
paper. The -- yes, okay.

BY MR. GORDON:

Q. So what did you -- when you said "based on that paper",
I mean, what was it that you were saying?

A. So as I said right at the start, right at the start of
the proceedings, I said I wanted to mention something
about that paper.
   And -- in that we -- there was some very up to date
data which I thought was in it. It does not actually
change the material effect of the paper. You know, the
conclusions are still the same.
   But that final data that we got in, for some reason,

Page 229

MICHAEL R. REED

did not get into the final paper. It might -- it did
change the odds ratios very slightly. That's the reason
that I mention it.
   So it might not be 3.9. It was probably 3.8 or
something like that. But I think it is somewhere in
here. We could look it up.

Q. But regardless of whether it's 3.8 or 3.9 or ...
   What does it mean that there is -- that the study
does not establish a causal basis?

MR. ASSAAD: Objection. I think his time is up.

THE EXAMINER: I think I will allow you to answer this
question and then that's it.

A. So what we have shown is association and not causation.
We made that pretty clear in the paper.

THE EXAMINER: Okay.

MR. GORDON: Thank you.

THE EXAMINER: Thank you very much.

MR. ASSAAD: Thank you.

THE EXAMINER: That concludes your examination, Mr. Reed.
Thank you very much indeed.

THE VIDEOGRAPHER: This is the end of the deposition of
Michael Reed. We are going off the record at 5:53.

(5:53 p.m.)

   (Whereupon the deposition concluded.)

# EXHIBIT DX9

TO DECLARATION OF BENJAMIN W. HULSE
IN SUPPORT OF DEFENDANTS' MOTION TO
EXCLUDE PLAINTIFFS' GENERAL
CAUSATION MEDICAL EXPERTS

**Report of Jonathan Borak, MD, DABT**
**June 02, 2017**

**I.     Introduction**

**1.**     I am a Clinical Professor of Epidemiology & Public Health and Clinical Professor of Medicine at Yale University, a faculty member of the Yale Occupational and Environmental Medicine Program, and Adjunct Associate Professor of Medicine at The Johns Hopkins University.  I am also President of Jonathan Borak & Company, a consulting firm in New Haven, Connecticut. My CV is attached at Exhibit A and a list of my previous deposition and trial testimony is attached at Exhibit B.

**2.**     I received my B.A. with honors from Amherst College in 1968 and my M.D. from New York University in 1972.  I am Board Certified in Internal Medicine, Preventive Medicine (Occupational Medicine) and Toxicology (American Board of Toxicology).  I am a Fellow of the American College of Physicians, the American College of Occupational and Environmental Medicine, the Royal College of Physicians of Canada, the Academy of Toxicological Sciences, and the American Industrial Hygiene Association.

**3.**     Among my Yale activities, I have directed and taught two required graduate-level courses (Principles of Toxicology and Principles of Risk Assessment) for nearly twenty years.  I also lecture in a number of other graduate-level courses including occupational epidemiology, environmental exposure assessment, and environmental health. Included in this teaching are the interpretation of epidemiological data and inference of causation.  From 2002-2010 I was Director of the Yale University Interdisciplinary Risk Assessment Forum.  I also participate in the supervision and training of Fellows and other resident physicians in the Yale Occupational and Environmental Medicine Program.

**4.**     I served as an elected Director of the American College of Occupational and Environmental Medicine (ACOEM) from 1999-2002 and as Chair of the ACOEM Council on Scientific Affairs from 1999-2012.  I was a founding member of US EPA's National Advisory Committee to Develop Acute Exposure Guideline Levels for Hazardous Substances, a member of the National Research Council Committee on Toxicologic Assessment of Low-Level Exposures to Chemical Warfare Agents, a member of a National Institute of Environmental Health Sciences review panel on Partnerships for Environmental Public Health, and a member of an External Review Panel for the National Institute for Occupational Safety and Health.  I was President of the Occupational and Environmental Medicine Association of Connecticut, President of the Connecticut College of Emergency Physicians, and Chairman of the Connecticut State Medical Society Committees on Preventive Medicine and on Emergency Medical Services.

**5.**     I am a member of the Editorial Boards of Journal of Occupational and Environmental Medicine, Journal of Occupational and Environmental Hygiene, and

Occupational Medicine.  I served as Associate Editor of OEM Report, as a member of the Editorial Board of the American Industrial Hygiene Association Journal, and currently serve as a peer reviewer for numerous medical and scientific publications.

**6**.      I have written numerous books, monographs, book chapters, peer-reviewed articles and other publications on a range of topics in occupational medicine, toxicology, epidemiology, industrial hygiene and public health.

**7**.      I have received numerous awards from ACOEM including: the President's Award in 1994, 2000 and 2008; the Adolph G. Kammer Merit in Authorship Award in 2003; the Robert A. Kehoe Award of Merit in 2004;  and the George H. Gerchman Memorial Prize in 2005.  I also received the Harriet Hardy Award from the New England College of Occupational and Environmental Medicine in 2012.

**8**.      In the present matter, I was asked by Mr. Corey Gordon of Blackwell Burke to review expert reports, depositions and other materials concerning the use of forced air warming devices (FAW) (such as the Bair Hugger) during surgery and any associated risks of surgical site infections (SSI).  I was also asked to review the expert report of Dr. Jonathan Samet and Dr. William Jarvis and, in light of these reports, to opine as to whether there is sufficient evidence to support the general proposition that use of the Bair Hugger (BH) during orthopedic surgery causes or contributes to increased rates of post-operative SSI in patients who undergo total hip and total knee arthroplasty procedures.  My company, Jonathan Borak & Company, is compensated at a rate of $550 per hour for my time in reviewing materials and preparing this report and $600 per hour for testimony.

I offer my opinions herein to a reasonable degree of medical and scientific certainty.

**9**.      Accordingly, I reviewed the expert reports and testimony listed below:

Expert Reports

| | |
|---|---|
| Dr. Jonathan M. Samet | March 30, 2017 |
| Dr. William R. Jarvis | signed but undated |
| Dr. Theodore Holford | June 1, 2017 |
| Dr. Richard Wenzel | June 2, 2017 |

Deposition Transcripts and Exhibits

| | |
|---|---|
| Mr. Mark Albrecht (Vol 1) | October 7, 2016 |
| Mr. Mark Albrecht (Vol 2) | November 12, 2016 |
| Dr. Scott Augustine | March 31, 2017 |
| Dr. Andrew John Legg | December 1, 2016 |
| Dr. Paul McGovern (Vol 1) | January 4, 2017 |
| Dr. Paul McGovern (Vol 2) | January 5, 2017 |
| Dr. Christopher Nachtshteim | November 29, 2016 |

Dr. Michael Reed                December 4, 2016

**10**.      I also reviewed a large number of scientific reports related to surgical warming devices, operating room procedures, surgical complications and infections, and other related medical and scientific issues.  Specific publications on which I rely are cited in my report.

## II.      The Samet Report

**11**.      In his report, Dr. Samet embraced the "sufficient-component-cause model" as the methodological basis for his general causation opinion that use of BH during surgery increases the probability of deep joint infection.  In particular, he proposed that use of BH increased the probability "compared to what that probability would have been, absent the utilization of the BH device during hip and knee arthroplasties".  He went on to state that there were actually two different comparisons to consider: a) use of BH versus no specific warming device; and b) use of BH compared to a non-FAW device.

> **11a**.    There is sufficient evidence that warming surgical patients to prevent hypothermia and maintain normothermia reduces rates of SSI, and thus the use of intraoperative warming has become a standard of current surgical care.  For example, the following is a conclusion from the CDC's *Guideline for the Prevention of Surgical Site Infection, 2017* (1):
>
> > "Maintain perioperative normothermia. (Category IA – strong recommendation; high to moderate-quality evidence)"
> >
> > "High-quality evidence suggested a benefit of patient warming over no warming."
>
> Likewise, the World Health Organization recommends the use of warming devices in the operating room (2):
>
> > "The panel suggests the use of warming devices in the operating room and during the surgical procedure for patient body warming with the purpose of reducing SSI (conditional recommendation, moderate quality of evidence)."
>
> In addition, published findings from two random control trials document that use of BH to maintain intraoperative normothermia reduced the risk of SSI (3;4). Moreover, I am not aware of any basis to propose that use of BH poses increased risks of surgical infection compared to "no specific warming device".
>
> Therefore, the hypothetical comparison of BH vs. no warming device is not relevant to the current dispute.
>
> **11b**.    The alternative comparison, whether use of BH results in increased rates of SSI compared to use of a non-FAW device, all other things being equal, is the central question here.  That question is amenable to empirical assessment,

Borak report                                                                                        3

including whether there is sufficient evidence of a significant difference between the two methods, and if so whether there is sufficient evidence to generalize that conclusion.[1]

But, as discussed below, there is insufficient evidence to demonstrate that FAW increases the probability of deep joint infection under either scenario. That was the conclusion of the recent CDC *Guideline for the Prevention of Surgical Site Infection, 2017* (1). Likewise, the nonprofit ECRI Institute recently concluded:

> "Based on our focused systematic review of the published literature, we believe that there is insufficient evidence to establish that the use of FAW systems leads to an increase in SSIs compared to other warming methods." (5)

And in addition, the following statement is from a Continuing Education statement by the Association of periOperative Registered Nurses (AORN):

> "Our review uncovered no conclusive evidence that the use of forced-air warmers increases the risk of SSIs". (6)

**12**.   Dr. Samet illustrated the use of that model in his Figure 2 ("Adaptation of Sufficient Component Cause Mode to Deep Joint Infection Risk"), which he described as a "hypothetical [that] shows how the presence of BH device increases risk". Two aspects of this illustration should be noted:

> **12a**.   As proposed, his model addresses "how the presence of BH device increases risk"; but the relevant question is not how, but whether it increases risk and if so, to what extent. In other words, the model that he describes prejudges the central question: does use of BH result in increased rates of surgical infections?

> **12b**.   In Figure 2b, Dr. Samet presented and contrasted three alternative "Sufficient Component Causes" for development of post-operative deep joint infections. The first two Causes differ by the inclusion of "surgical procedure factors" in the second, but not the first. The second and third Causes differ in two ways: BH is a component of the third Cause but not the second; and "surgical procedure factors" is a component of the second Cause but not the third. That third Cause, which ignores "surgical procedure factors", is the one that Dr. Samet proposed as showing "how the use of the BH device increases risk for disease" and on which his general causation opinion depends:

---

[1] Even if there were sufficient evidence to conclude a difference between two alternative warming methods, it would not necessarily indicate that the inferior method "caused" the adverse outcomes (i.e., SSI). Instead, it might be a question of the relative efficacies of two beneficial methods. For example, both BH and non-FAW might be beneficial, as suggested by the evidence that maintenance of body temperature during surgery reduces risks of SSI, but one might be more beneficial than the other. It is not obvious that in such a case "less efficacy" should be seen as equivalent to causation of the adverse effect. In that case, both methods could be seen as positively contributing to the public health, although one might be preferred.

"With regard to the question of general causation, evidence is considered as to whether evidence supports the existence of Cause 3 in Figure 2."

It might be suggested that his ignoring of "surgical procedure factors" in Cause 3 of Figure 2 simply reflected limitations in Dr. Samet's effort to illustrate his method. However, as discussed below, it is essentially the analytical approach that he actually adopted in his analysis of the McGovern study, which he characterized as "the one directly relevant observational study in the peer-reviewed literature". His opinion on that critical report relied on only a univariate analysis of BH vs. a non-FAW device, while ignoring a variety of other relevant "surgical procedure factors".

**13**.    Dr. Samet also described his "framework for causal inference", four elements of what are often referred to as the "Hill Criteria" (7): temporality; strength of association; consistency; and coherence. He proposed, and I agree, that concern about temporality is not an issue here because, by definition, use of warming devices during surgery precedes the development of post-operative SSI. Thus, his "framework" specifically includes the other three elements, which I will reference in my discussion below.

## III.    Validity

**14**.    To be meaningful, an inference of causality necessarily assumes that the evidence and data supporting that inference are valid. Likewise, if the underlying facts are not valid, then it follows that inferences which rely on those facts would also not be valid. Accordingly, concerns about the validity of studies on which an inference is based are also concerns about the validity of that inference.

**15**.    The validity of a study is usually described as comprised of two components, *internal validity* and *external validity*. The following description of those two components is from the third edition of a classic epidemiology textbook by Rothman et al (8):

"The validity of a study is usually separated into two components: the validity of the inferences drawn as they pertain to the member of the source population (*internal validity*) and the validity of the inferences as they pertain to people outside that population (*external validity*)." (p.129)

A similar description is found in the most recent edition of *Reference Manual on Scientific Evidence* (9):

"*Internal validity* is about the specifics of a particular study… *External validity* is about using a particular study or set of studies to reach more general conclusions. (p.222)

Likewise, the following description is taken from the 2016 edition of *A Dictionary of Epidemiology* (10):

Borak report                                                                                                          5

"Internal Validity: The degree to which a study is free from bias or systematic error …Internal validity depends on methods used to select the study subjects, collect the relevant information, and conduct analyses ...  External Validity: The degree to which results of a study may apply, be generalized to, or be transported to populations or groups that did not participate in the study." (p.287)

**16**.    Internal validity is considered "a prerequisite for external validity" (8).  Beyond their more immediate limitations, studies that lack internal validity do not have external validity and they cannot be generalized.  Thus, evaluation of internal validity is a essential starting point for evaluating the adequacy of a study (or set of studies) proposed to serve as the basis for causal inference.

There is general agreement that a major issue in determining internal validity of studies, particularly observational studies, is the comparability of treatment and control groups. That view is expressed in the *Reference Manual* (9):

"Threats to internal validity include confounding and chance differences between treatment and control groups." (p.222)

It is also found in Rothman et al. (8):

"Internal validity implies validity of inference for the source population of study subjects … Most violations of internal validity can be classified into three general categories: confounding, selection bias, and information bias where the latter arises from mismeasurement of study variables." (p.129)

It is likewise articulated in *Dictionary of Epidemiology* (10):

"Internal validity depends on methods used to select the study subjects, collect the relevant information, and conduct analyses. For instance, the index and comparison groups must be selected and compared in such a manner that the observed outcome differences between groups, apart from sampling error, be attributed only to the exposure of interest." (p.287)

**17**.    Accordingly, in evaluating the evidence that sustains Dr. Samet's report, I will specifically focus on concerns of internal validity, particularly evidence of confounding.

## Confounding

**18**.    Confounding is said to occur when the association between exposure and effect is distorted by some third variable.  It occurs when there is "a confusion of effects" (8):

"On the simplest level, confounding may be considered a confusion of effects. Specifically, the apparent effect of the exposure of interest is distorted because the effect of extraneous factors is mistaken for – or mixed with – the actual

exposure effect (which may be null) ... confounding occurs only if extraneous effects become mixed with the effect under study." (8)

In general, a *confounder* is a variable that is associated with both the exposure under study and the outcome of concern.  In other words, it is both an independent risk factor for that outcome and associated with the exposure under study.  For example, assume an operating room offers warming devices and prophylactic antibiotics to surgical patients: some patients receive both, some receive neither, and some receive only one or the other.  If the device and the antibiotics were independently associated with risk of surgical infection, then the risk of infection due to the device might be confounded by use of the antibiotic.

**19**.   Confounding can impact any type of study, but it is of particular importance to observational studies, which by their nature are unable to fully control for many possible differences between exposed and control subjects.  That concern was described in *Reference Manual* (9):

> "In a controlled experiment, the investigators decide which subjects will be exposed and which subjects will go into the control group. In observational studies, by contrast, the subjects themselves choose their exposures. Because of self-selection, the treatment and control groups are likely to differ with respect to influential factors other than the one of primary interest.  (These other factors are called lurking variables or confounding variables.) … Confounding remains a problem to reckon with, even for the best observational research."  (p.219)

To achieve validity in such studies, efforts should be made to minimize possible differences in the composition and treatment of the groups, other than that which is the subject of the study.  For example:

> "Proper evaluation of the association between a particular exposure and a certain disease pre-supposes that every other factor which could influence disease occurrence is either constant or distributed in a balanced way between exposed and unexposed subjects." (11)

**20**.   While it may not be possible to avoid all such problems when undertaking an observational study, it is usually possible to analyze the study, recognize the inherent problems, and then, in many cases, adjust the analysis to address the effects caused by problems such as confounding.  That approach was espoused by a large group of prominent epidemiologists, including Dr. Samet, in a recently published commentary:

> "It is well known that observational epidemiologic studies may be affected by various biases that can impair their validity, and that are generally not present in experimental investigations.  A strength of epidemiology is that it is based on real world conditions. Critical scrutiny of epidemiologic studies, covering all potential sources and mechanisms of biases, is indispensable." (12)

Borak report                                                                                    7

> "Epidemiologists are well aware of the potential for confounding to introduce noncausal association and generally take steps in the design and analysis phases of research to address confounding." (12)

The same thoughtful approach was advocated by Rothman and Greenland in an article that was repeatedly cited in Dr. Samet's expert report:

> "Although there are no absolute criteria for assessing the validity of scientific evidence, it is still possible to assess the validity of a study. What is required is much more than the application of a list of criteria. Instead, one must apply thorough criticism, with the goal of obtaining a quantified evaluation of the total error that afflicts the study. This type of assessment is not one that can be done easily by someone who lacks the skills and training of a scientist familiar with the subject matter and the scientific methods that were employed. Neither can it be applied readily by judges in court, nor by scientists who either lack the requisite knowledge or who do not take the time to penetrate the work." (13)

Likewise, note the following statement from the 2004 *Report on the Health Consequences of Smoking: A Report of the Surgeon General*, for which Dr. Samet was the Senior Scientific Editor:

> "If confounders are recognized and their effects measured, these effects can often be statistically minimized or removed by the analysis of a study. However, if a confounder is poorly measured, or its effects poorly characterized, then its effects cannot be controlled for in the analysis phase of a study, resulting in a causal effect that is distorted or confounded by the unwanted factor. The most extreme version of this phenomenon occurs with unmeasured confounding, causal factors that are not measured at all and whose effects are therefore not controllable, which can result in biased estimates and underestimates of uncertainty, because standard analyses implicitly assume an absence of confounding from all unmeasured factors." (14)

**21**.     However, in his expert report, Dr. Samet was seemingly dismissive of concerns about confounding, and he apparently did not engage in a critical analysis of the potential sources of confounding and bias as he advocated in his published work.  With respect to the McGovern study and suggestions that its results potentially reflected confounding, he rejected such suggestions as merely reflecting the partisan views of those who would obstruct public health initiatives:

> "This finding has been criticized as potentially reflecting confounding … These arguments are the typical general claims made by those seeking alternative explanations for an association, and reach back to the strategies employed for decades by the tobacco industry".

His analogy seems misplaced and excessive.  It is all but certain that, from a public health perspective, the potential adverse effects associated with the choice of warming

devices do not rise to the level and magnitude of those associated with smoking.[2]  In addition, his approach is contrary to that advocated in his writing and in the writing of others whom he apparently respects.  Finally, in his actual analysis of the McGovern study, he ignored a number of potentially critical confounders.  These concerns are discussed below.

**The McGovern Study: Background**

**22**.    The report by McGovern et al. (15) is the only published study that purports to show an increased risk of SSI associated with the use of BH.  It is the study that Dr. Samet described as the "one directly relevant observational study in the peer-reviewed literature".  The published report described rates of deep-joint infection in patients who underwent "planned" primary hip and knee replacement procedures; trauma patients were excluded [Reed deposition, p. 61-62].  The procedures were performed at the Wansbeck Hospital, a component of Northumbria Healthcare Trust [Reed depo, p. 29; Albrecht depo p.144].  The report included a total of 558 hip cases and 879 knee cases performed over 27 months: 7/01/08-2/28/08, and 6/01/10-12/31/10.

**23**.    Rates of infections documented within 60 days of surgery were reported and compared for the 20 months (7/08 thru 2/10) when the BH device was used exclusively and the 7 months (6/10 thru 12/10) when a non-FAW device was used exclusively.  Results from a 3-month transition period were excluded.  The data were analyzed using a univariate logistic regression that found a significantly increased odds ratio (OR) for SSI during the BH period (OR = 3.8, p=0.024).  SSI were more frequent after hip than knee replacement surgeries (4.5% vs. 1.1 %).

**24**.    The McGovern authors noted that "unfortunately" during the study period there was a change in their prophylactic antibiotic regimen and two changes in their thromboprophylaxis regimen.  They did not include those two changes among the risk factors in their analyses.  They also noted the "somewhat unusual" finding that risk of SSI was more than four-fold greater after hip than knee replacement, although "typically, infection risks are greater for knee replacement" (15).  The increased risk after hip surgery was not affected by type of warming device.

**25**.    The authors concluded that their study did not establish a causal basis for an association between BH and risk of SSI, largely because of various potential confounders, particularly involving infection control measures:

> "This study does not establish a causal basis for this association. Although the demographics were similar between the patient groups in terms of risk factors for infection, the data are observational and may be confounded by other infection control measures instituted by the hospital."  (15)

---

[2] Beyond the sheer magnitude of the adverse public health effects of smoking, the association of health risks with tobacco was consistently found in dozens and dozens of studies, nearly forty at the time of the original Surgeon General's report, whereas in the present case Dr. Samet can cite only one observational study proposing a link between BH with SSI.

Borak report                                                                                          9

That concern was echoed in their deposition.  For example, Mr. Albrecht:

> A.  … This study simply looked at trends over time and infection rates. And the reduction in infection rates shown in the study could be due to the adoption of conductive fabric warming or it could be due to other outside factors.
> Q.  What other outside factors could have influenced it?
> A.  Well, it could be anything. Improvement in surgical practices, perhaps. There's an antibiotic switch that was occurring somewhere in the study's period. You could have a different group of physicians operating. These are all uncontrolled things that don't get caught with observational research.
> [Albrecht depo p. 134]

> "This is an observational study. These things aren't controlled for. You can't make a causal inference, and we did not. The study does not establish a causal basis and that's -- there's a lot of compounding factors that could be at play."[3]
> [Albrecht depo p. 178]

> "… I see other confounding factors that might be at play.  I don't know.  It's uncertain, like a lot of these things."  [Albrecht depo p. 204]

Likewise, the deposition of Dr. McGovern:

> A.  It's important to mention confounding factors, which is part of the whole purpose of not attempting to imply that this is causation … Confounding factors such as different types of thromboembolic prophylaxis, different antibiotic prophylaxis regimens, and any other measures that may be taken...
> …
> Q.  And if I understood what you just said, you wanted to avoid even implying that there was a causal connection?
> A.  I don't remember the precise words I used. What I mean to say is that I would not want to make a claim which was not reasonable in a paper, and based on the evidence that we had, I would not want to claim that there was a causation, or that we that proved or demonstrated a causation
> ...
> A.  … we recognize there are confounding factors …there are other effects that could be at play.  [McGovern depo p. 113-5]

Dr. Reed also testified as follows:

> Q.... What does it mean that there is -- that the study does not establish a causal basis?
> …

---

[3] I believe that this statement contains a transcription typo: the phrase "compounding factors" should have been "confounding factors", as was correctly transcribed in the following quote from that transcript.

A. So what we have shown is association and not causation.  We made that pretty clear in the paper.                    [Reed depo p. 229]

**26**.    As noted, the McGovern authors were concerned about the possible effects of confounding, particularly those due to changes in antibiotic and thromboprophylaxis regimens.  They also referred to "other confounding factors that might be at play", but provided no details.  However, review of the published McGovern report as well as other contemporaneous and historical reports, deposition testimony, and the expert reports of Drs. Holford and Wenzel indicate a variety of confounding factors and sources of bias that potentially impacted this study in addition to the two identified in McGovern.

## The McGovern Study: Sources of Confounding and Systematic Bias

**27**.    The McGovern study focused on a time when there was a concerted effort at Wansbeck Hospital to reduce surgical infection rates because surgical infections were seemingly out-of-control.  As described by Gillson and Lowdon (16), the Northumbria Healthcare Trust was regularly informed by the Health Protection Agency during 2008 and 2009 that it was "a high outlier for SSI".  This was confirmed by Dr. Reed in his deposition [Reed depo p.66].  The magnitude of that excess can be appreciated by comparing the SSI rates after primary hip and knee replacement reported by McGovern to the corresponding rates for all National Health Service (NHS) hospitals in England. As reported by the NHS, between 2008 and 2011 the annual cumulative rate of SSI after primary knee replacement was less than 0.6%, and less than 0.7% after primary hip replacements (see Figures 2b and 2d in (17)).  Thus, the Northumbria rates were 2- to 6-fold higher than corresponding national rates.

**28**.    Another perspective on the SSI problem at Wansbeck Hospital is seen in an analysis of infection time trends conducted by Dr. Holford using the dataset [Albrecht depo exhibit 10] that underlies the McGovern report.  As described in his report, the occurrence rates of SSI was "highly variable", with two peaks, one in late 2008 and a second more dramatic peak in late 2009-early 2010, suggesting outbreaks of infection. During the latter peak, rates were nearly 14-fold higher than the NHS average.  By contrast, the lowest SSI rates were seen in late 2007 and early 2008, a time period when BH was used, but that was not included in the McGovern study.

The erratic and variable pattern of SSIs and the fact that the lowest rate of infection occurred during a nearly 9-month period when BH was used suggests that the infections reported in the McGovern study reflected infection control problems, not use of BH.  The "somewhat unusual" finding that infection risks were more than four-fold greater after hip than knee replacement also suggests that infection control problems may have been unique to specific surgeons or specific surgical procedures.

**29**.    The analysis by Dr. Holford raises another concern, the possibility that the data included in the McGovern study had been "cherry-picked".  As noted above, appropriate SSI data were available for the 9 months from 10/07 to 6/08, but they were excluded from the McGovern report.  Dr. Holford demonstrated that the statistically significant

difference in SSI rates between BH and non-FAW devices in the McGovern study depended on the study start date.  If the McGovern authors had included one or more of the excluded months, their results would not have been significant.  It is possible that exclusion of those data was unintended, but it suggests the possibility of data manipulation.  And, regardless of motive, it raises important questions about the meaningfulness and generalizability of the McGovern study findings.

**30**.    As described by Gillson and Lowdon and also by Dr. Reed in a published report (18), numerous interventions were introduced to reduce the SSI rates.  Figure 2 in Gillson and Lowdon describes the "Trust Wide Surgical Site Infection Intervention Timeline for Orthopaedic THR & TKR Surgery".  See also the related discussion of exhibit 5 in Dr. Reed's deposition.  The list of interventions was long, but I will discuss a number of them below in more detail.  This concerted effort ("The SSI Bundle") was successful: SSI rates at Northumbria Healthcare after hip and knee replacement and repair of the neck of femur declined from 5% to 0.9% (16).

**31**.    Because so many changes were made in surgical process and procedures, it is difficult to ascribe the effort's success to any one of them individually.  More notably, because SSI rates declined markedly over time, any procedure specific for the earlier time period would have appeared to be associated with higher SSI risks, while an alternative employed only during the later period would have appeared to be associated with lower risks. However, it would not be simple to conclude that such procedural changes led to the decline in rates.  Given a background of steeply declining rates, it is likely that any change, even one with no actual effect, would have appeared to be beneficial.  Likewise, any procedure utilized only at the beginning of the time trend would appear to have contributed to SSI.  The presence of such an unequal baseline is an example of systematic bias.

## The McGovern Study: Prophylactic Antibiotics

**32**.     There were several process changes that occurred during the McGovern study time period.  The authors specifically noted changes in prophylactic antibiotic regimens, but they were not included in the study analysis.  Prior to 3/09, patients received a single dose of gentamicin (4.5 mg/kg). After 3/09 they received gentamicin (3 mg/kg) plus teicoplanin 400 mg.  Thus, gentamicin was administered alone just during the first half of the BH time period.  If use of gentamicin alone was less effective against SSI, then that could have caused BH to be associated with higher infection rates. In that case, the antibiotic regimen would be a confounder.

**33**.    The most common bacteria causing SSI after hip and knee replacement surgery are *Staphylococcus aureus* and coagulase-negative *Staphylococcus*, which are reported to cause 50-60% of prosthetic joint infections (19;20).  An English study coauthored by Dr. Reed reported that during 2010-2013, *Staphylococcus* species represented 54.9% of SSI after hip and knee replacement (20) and a CDC study during 2006-09 found that *Staphylococcus* comprised 63% of SSI following arthroplasty (21).

**34**.    *Staphylococcal* species have increasingly developed resistance to a spectrum of antibiotics, including gentamicin.  A survey of *Staphylococcus* isolates from 19 European hospitals found that overall, 23% were gentamicin-resistant including 33% of coagulase-negative *Staphylococcus* (22).  Similar data have been reported worldwide, including epidemics in individual hospitals (23;24).  In discussing gentamicin resistance at the Northumbria hospitals, Dr. Reed reported that "our infection rate doubled when we went to Gentamicin" (18) and that following introduction of prophylactic gentamicin, the rate of return to theater because of SSI increased significantly, from 0.66% to 1.52% (p<0.01): "We recommend that single dose Gentamicin (4.5 mg/kg) alone is not used as prophylaxis for joint replacement" (25).  A recent NHS report found that none of the National Trust hospitals used gentamicin alone as a prophylactic for joint replacement surgery, while 84% use teicoplanin alone or in combination with gentamicin (17).

**35**.    Gentamicin was used alone only during the BH time period.  There is evidence that *Staphylococcal* species are often resistant to gentamicin.  Such resistance to gentamicin has been reported to be about 10-fold more common than resistance to teicoplanin (26). Accordingly, it is reasonable to suggest that use of gentamicin alone during the BH time period led to higher rates of SSI than were seen during the non-FAW device period, when gentamicin and teicoplanin were both used.  In that case, the comparison between warming devices was confounded by the prophylactic antibiotic regimen.

**The McGovern Study: MSSA Screening**

**36**.    Another procedural change during the McGovern study period was the adoption in January, 2010 of nasal screening for methicillin-sensitive *Staphylococcus aureus* (MSSA).  The purpose of this intervention was to reduce the rate of SSI in the subgroup of patients who are nasal carriers of the bacteria (27;28).  It is estimated that 20% (range 12-30%) of the population are persistent nasal carriers of *S aureus*, about 30% (range 16-70%) are intermittent carriers, and about 50% are non-carriers (28).

**37**.    Nasal carriers of *Staphlococcus* have significantly higher risks of SSI than do non-carriers (29).  More importantly, decolonization with a topical antibiotic, mupirocin, has been shown to significantly reduce risk of post-surgical infections including hip and knee replacement procedures (20;30;31).  It is estimated that nasal screening followed by use of mupirocin reduces *Staphlococcus aureus* SSI by about 50% (30;31).  In a recently published article, Dr. Reed and colleagues recommended adoption of such screening and decolonization of nasal carriers prior to joint replacement surgery (32):

> "Carriage is common (≈20%) and decolonization presents us with an easy 'high yield' strategy in the fight against PJI [prosthetic joint infection] … After MSSA screening and decolonization was introduced in one NHS joint replacement unit, the MSSA infections reduced from 0.84% to 0.26% …"

Note that his comment about the success of this approach at "one NHS joint replacement unit" specifically referenced infection rates at Northumbria Healthcare.

Borak report                                                                                                          13

**38.**     MSSA screening was performed during the last two months of the BH time period, and the entire non-FAW time period.  To the extent that it reduced SSI, it would have been almost entirely during the non-FAW period.  Accordingly, it is reasonable to suggest that implementation of MSSA screening would have disproportionately reduced the rate of SSI in the non-FAW cases, thereby wrongly suggesting a benefit attributable to the non-FAW device.  In that case, the comparison between warming devices was confounded by the adoption of MSSA screening.

## The McGovern Study: Skin Preparation

**39**.     Another intervention that changed during the McGovern study period was the method of surgical-site skin preparation.  Use of chlorhexidine-alcohol for skin preparation began in October, 2010 (16).  Before that, skin preparation was performed using poviodone-iodine.  Speaking of his adoption of chlorhexidine in place of poviodone, Dr. Reed opined: "If your surgeon is still using iodine plus alcohol then there is a very robust study that shows that they could do better" (18).  Use of chlorhexidine - alcohol has been reported to reduce SSI by up to 40% compared to poviodone-iodine (33) and it reduced infections related to vascular catheters by 49% (34)  CDC found that "high-quality evidence suggested a benefit of CHG-alcohol [chlorhexidine gluconate-alcohol] as compared with aqueous iodophor" (1).  There is also evidence that the combination of MSSA screening and chlorhexidine was complementary, resulting in a five-fold reduction in deep SSI compared to the placebo (35).

**40.**     Use of chlorhexidine for skin preparation began in October, 2010.  Thus, it was used only during the last three months of the non-FAW time period.  During that time, it was used in conjunction with MSSA screening.  To the extent that use of chlorhexidine reduced SSI, it would have only reduced the rate of SSI in non-FAW cases, thereby wrongly suggesting a benefit attributable to the non-FAW device.  In that case, the comparison between warming devices was confounded by the adoption of chlorhexidine skin preparation.

## The McGovern Study: Antithrombotic Prophylaxis

**41**.     The antithrombotic prophylaxis regimen was changed twice during the McGovern time period.  Initially, patients were treated with Tinzaparin (a low molecular weight heparin).  Between August, 2009 and February, 2010, that medication was replaced by Rivaroxaban (an oral anticoagulant).  Then, in March 2010, Tinzaparin was reinstituted in place of Rivaroxaban.  Accordingly, Rivaroxaban was administered to BH cases during those seven months; it was not administered to any non-FAW cases.  According to a published report that quoted Dr. Reed, the change to Rivaroxaban was problematic: "We changed to Rivaroxaban from Tinzaparin and found that returns to theatres from wound complications more than doubled" (18).  These medication changes were noted in the McGovern paper, but they were not included in the study analyses.

Borak report                                                                                    14

**42**.     A second retrospective study was conducted at Wansbeck Hospital to evaluate
the potential adverse effects of antithrombotic prophylaxis in hip and knee replacement
patients.  That study, the Jensen study (36), included Dr. Reed as an author.  It included
489 cases treated with Rivaroxaban during six months (2/09-7/09), and 559 cases
treated with Tinzaparin during seven months (8/09-2/10).  The authors reported that the
Rivaroxaban patients had an increased rate of deep joint infections (2.5% vs 1%), but
the difference was not statistically significant.  This study was cited by Dr. Samet in his
report as evidence of a lack of confounding by antithrombotic medications in the
McGovern study.

**43**.     However, significant differences between the Jensen and McGovern studies
invalidate that conclusion.  For example, given that those two studies overlapped in time
and place, and both included only patients who had undergone hip or knee
replacement, one would expect that each would have reported the same number of
cases for that 13-month time period.  But that is not so; Jensen et al. reported
significantly more cases.

**44**.     To understand these differences, Dr. Holford reanalyzed the McGovern dataset
[Albrecht depo exhibit 10] for the 13 months considered by Jensen, but applying the
methodological criteria used by McGovern.  For example, McGovern considered
infections that developed within 60 days of surgery, while Jensen considered a 30-day
window.  In addition, McGovern excluded trauma patients (generally reported to have
higher rates of SSI), but Jensen did not.  When the McGovern approach is taken, the
analysis finds that the Tinzaparin SSI rate was 0.98% and the Rivaroxaban rate was
4.5%, a statistically significant difference.  In other words, analysis of the data in a
manner comparable to the McGovern approach found that the antithrombotic regimen
was a highly statistically significant confounder (with an odds ratio higher that that
presented in the McGovern paper) that would have wrongly suggested a benefit
attributable to the non-FAW device.

**45**.     In his expert report, Dr. Samet also cited a second study, the Jameson study
(37), as evidence that antithrombotic medications did not confound the infection rates
reported in the McGovern study.  However, the data provided in Jameson do not inform
that question.  Table II of that study indicates that there was no difference between the
two antithrombotic medications with respect to "return to surgery for infection", which
seemingly supports Dr. Samet's view.  But, the text states that the Jameson authors,
whose study pooled data from numerous hospitals, could not distinguish between cases
that returned to surgery for surgical irrigation for infection and those that returned for
surgical treatment of hematoma, and that the authors simply combined infections and
hematomas:

> "The primary outcome measure was wound complications (including hematoma,
> superficial wound infection, and deep infection requiring return to surgery) within
> thirty days of the procedure ... It was not possible to discriminate between repeat
> surgical wound irrigation for infection and surgery for hematoma. However, as
> there is substantial overlap in the treatment and immediate health care

requirements of these conditions, it was felt that the combined data were adequate for the needs of this study." (37)

Moreover, the data provided in Table II are apparently incorrect.

> **45a**.    For the group of cases that received low molecular weight heparin (e.g., Tinzaparin), the Table indicates 291 "total wound complications", 243 of which were "managed nonoperatively" and 55 that were "return to surgery for infection". If those numbers were correct, then there would have been at least 298 complications (243 + 55 = 298), not 291.  Moreover, the Table seemingly ignores cases requiring surgery because of hematoma.

> **45b**.    For the group of cases that received Rivaroxaban, the Table indicates 106 "total wound complications", 97 of which were "managed nonoperatively" and 17 that were "return to surgery for infection".  If those numbers were correct, then there would have been at least 114 complications (97 + 17 = 114), not 106.  And as above, the Table seemingly ignores cases requiring surgery because of hematoma.

Accordingly, it is my opinion that the Jameson report presents inconsistent data that cannot inform concerns about the potential for antithrombotic medications to confound the apparent infection rates associated with warming devices.

**46**.    To determine the impact of the antithrombotic regimen on infection rates, Dr. Holford reanalyzed the McGovern data after controlling for its effects by comparing only BH and non-FAW device while Tinzaparin was administered.  As described in his report, that analysis found no statistically significant difference between BH and non-FAW.  He also performed a reanalysis that controlled for both antithrombotic and prophylactic antibiotic regimens.  He compared BH and non-FAW device while both groups were medicated with Tinzaparin and Teicoplanin plus gentamicin.  In that reanalysis, the infection rates in the two groups were nearly identical.

These analyses demonstrate the importance of confounding by antithrombotic regimen and prophylactic regimen.

## The McGovern Study: Hawthorne Effect

**47**.    The "Hawthorne Effect" describes a psychological phenomenon in which subjects under observation, often in a research context, modify their behavior as a consequence of being under observation. The term originated from studies conducted at Western Electric's Hawthorne plant where the effects on worker productivity of a variety of job and environmental modifications were assessed.  In the original studies, productivity rose under both "positive" and "negative" conditions, which was interpreted as a result of the workers being observed and of receiving explicit feedback on their performances (38).  Similar effects have been described in health care workers, who tend to comply more readily with hygiene procedures, such as use of antiseptic hand wipes, when they

are aware of being observed and when there is ongoing encouragement (39).  The Hawthorne Effect is seen as a confounder of research studies because changes in performance are due to the fact that the subjects are in a study and under observation, not necessarily because of the variables that are being studied (38).

**48**.    Consider the concerted efforts undertaken to reduce SSI at Wansbeck Hospital. The following description of that effort is from a proclamation that accompanied an award given to Northumbria Healthcare for successfully reducing its SSI rates in orthopedic surgery (40):

> "**Program Overview**:  Transforming the culture and behavior of a 200-strong, multi-disciplinary team is at the heart of Northumbria's successful campaign to reduce infection rates in orthopaedic surgery.
> **The Solutions**: … The improvements in theatres included … further raising awareness among staff of the importance of infection control. Communicating the policy objectives and the progress of the improvements were key to the programme's success … updates were given regularly to a number of different groups and committees …"

Such efforts, over and beyond the choice of antibiotics, antithrombotics, skin cleansing products and warming devices, would have contributed to the reported improvements in SSI.  Their impact on staff behavior would have contributed to declining rates of SSI over time, thereby wrongly suggesting a benefit attributable to the non-FAW device.  In that case, the comparison between warming devices would have been confounded by something akin to the Hawthorne Effect that resulted from ongoing efforts to "transform the culture and behavior of a 200 strong multi-disciplinary team".

## The McGovern Study: Data Irregularities

**49**.    In an earlier paragraph, I noted the possibility that the McGovern study data had been "cherry picked" by selecting a starting date to ensure that the SSI rate difference between BH and non-FAW would reach statistical significance.  There is also a second data irregularity, an apparent tabulation error.  McGovern et al. described SSI in 32 of 1066 BH cases and 3 of 371 non-FAW cases, but there is reason to believe that one of the 32 BH infections should have been tabulated as a non-FAW infection.

**50**.    The tabulation error can be seen by examination of the Wansbeck Hospital infection data for arthroscopic surgery, a spreadsheet that was marked as McGovern Exhibit 16.  This spreadsheet, which was discussed during Dr. McGovern's second deposition, contains data on 46 surgical patients, including five treated prior to July, 2008 who were not included in the McGovern study, six treated during the three-month transition period who also were not included in the study, and 35 cases that were included in the study.  The apparent error concerns patient 44, who underwent hip replacement surgery on September 15, 2010 and was then diagnosed with a *Staphylococcal* SSI on October 3, 2010.  Given the dates of the patient's surgery and

diagnosis, s/he should have been included in the non-FAW group.  However, column BR of the spreadsheet indicates that the patient was included instead in the BH group.

**51**.    The fact that the data presented in the McGovern paper were not all correct was conceded by Dr. Reed in his deposition testimony:

> "It's clear to me that some of the data on the clinical side are wrong" [Reed depo p. 43].

He further testified that he had brought this to the attention of Mr. Albrecht, but it was not corrected in the final paper.

Likewise, Mr. Albrecht testified that there were conflicts between the dataset used in the published McGovern paper and an updated data file that he had also analyzed:

> "And it looks like it didn't line up a hundred percent, so I ran the analysis, I'm not sure what's going on…" [Albrecht depo p.163]

He also agreed that he had sent an email to Dr. Reed concerning those data conflicts and cautioned him not to distribute the new results:

> "I've done a quick analysis of the new data and the trend does persist, but the data files are not totally consistent (in regards to the data the brJBJS article was based upon) ...  In fact, in the data file you sent me the infection rate during the forced air warming period was slightly lower than the previous one ... I'm giving you a graphic for the Wansbeck data, but do not distribute for it 'slightly' conflicts with the study data …"  [Albrecht depo exhibit 12]

It seems that the McGovern authors understood that their published report contained incorrect data, but they did not correct the data and they did not subsequently publish an *erratum* or letter to the editor.

**52**.    It is important to consider whether this tabulation error affected interpretation of the study.  As described in his expert report, Dr. Holford performed such an analysis.  He compared two alternatives, the data as published in McGovern (with patient case 44 in the BH group) and the corresponding data from McGovern Exhibit 16 with patient 44 included in the non-FAW group.

**52a**.    In the first analysis, infection rates were BH: 3% and non-FAW: 0.8%.  The OR was 3.79, the 95% confidence interval was 1.15-12.45, and p-value using Fisher's exact test was 0.0176.  Thus, the analysis demonstrated a difference that was statistically significant.

**52b**.    In the second analysis, infection rates were BH: 2.91% and non-FAW: 1.08%.  The OR was 2.76, the 95% confidence interval was 0.97-10.82, and p-value using Fisher's exact test was 0.0507.  Thus, in contrast to the previous

example, this analysis demonstrated a difference that was <u>not</u> statistically significant, as reflected by both p-value and confidence interval.

Thus that the tabulation error importantly impacted the interpretation of the study.

**53**.     In summary, the reported conclusions of the McGovern study depend at least in part on two data irregularities.  If the study had not excluded the eligible SSI data from 10/07 to 6/08, then the study would have had no significant clinical findings.  Likewise, if the tabulation error described above had been corrected, then the study would have had no significant clinical findings.

**The McGovern Study: Summary**

**54**.     The McGovern study, the "only directly relevant observational study" and also apparently the only study that has reported a significant SSI increase associated with BH, is fundamentally flawed.  It has an inherently weak study design and it is plagued by bias, confounding, and data irregularities.

**55**.     The study was performed during a time when infections were seemingly out-of-control.  The monthly infection rates showed great variability and peaks, suggesting that whatever contributed to infection risks was inconsistent and not systematic.

**56**.     There were numerous potential sources of confounding that were not directly considered and the authors used a univariate analysis, which failed to consider the impact of any of those factors on the infection rates attributed to the warming devices.  Exhibit C, attached to this report, indicates the timelines of the McGovern study and the various Wansbeck OR procedures discussed above as potential confounders.

**57**.     The data in the published study were incorrect, which the authors admitted but did not correct, and there is reason to suggest that the data may have been manipulated.  In either event, reanalysis of the corrected data using appropriate tests indicates that the study findings were not statistically significant.

**58**.     The authors agreed that the meaningfulness and generalizability of the study were limited because of such concerns.  Thus, Mr. Albrecht testified that the study "does not establish a causal basis" [Albrecht depo p. 176] and Dr. McGovern testified: "I would not want to claim that there was a causation, or that we that proved or demonstrated a causation" [McGovern depo p. 114].

**59**.     Accordingly, it is my opinion that the McGovern study lacks internal validity, and therefore it lacks external validity.  Its results cannot be generalized.

**The Samet Opinion**

**60**.    Dr. Samet concluded that "the Bair Hugger device causally increases risk for deep joint infection" based on review of the strength of association, consistency and coherence of the literature that he reviewed.  I will consider those criteria separately.

**61**.    With regard to _Strength of Association_, Dr. Samet referenced only the McGovern study, which he described as "a statistically significant association unlikely to be explained by confounding or other bias.  The relative risk is estimated at 3.8".  But as discussed above, the study is plagued by numerous sources of bias and confounding that were not incorporated into the analysis.  Those sources of bias and confounding each tended to either increase the apparent risks of BH or decrease the apparent risks of non-FAW devices.  McGovern was the only study that Dr. Samet identified that purports to show an increased risk of SSI associated with use of BH.

**62**.    In addition, the analytical results published in McGovern and cited by Dr. Samet were based on incorrect data.  When corrected, the study does not yield statistically significant results and the estimated relative risk (actually the OR) is not 3.8.  Also, the first nine months of eligible data were excluded.  If the data series had not been truncated, the difference in infection rates would have been even smaller (OR: 2.1, 95% confidence interval 0.75-6.0) and further from significance (p=0.2179).  Thus, the apparent "strength" of this study depends on the inclusion of incorrect data and the exclusion of eligible data.

**63**.    In discussing strength of association between BH and SSI, Dr. Samet also referred to "the studies summarized in Table 3" that considered "various tracers over the surgical site".  However, none reported increased rates of SSI and therefore none contributed to the strength of association between use of BH and SSI.  To the extent that they are relevant to his opinion about BH and SSI, I will consider them below in the context of _coherence_.

**64**.    In short, it is my opinion that the McGovern study does not provide support for a finding of _strength of association b_etween BH and SSI.  It is also my opinion that given the faults of the McGovern study and the apparent lack of other supporting evidence, there is no direct evidence that BH increases risks of infections in orthopedic surgical patients.

**65**.    Dr. Samet next discussed _Consistency_, which he said "is generally applied to findings from multiple observational studies".  The following is from Hill's classical description of consistency (7):

> "Consistency: Next on my list of features to be specially considered I would place the consistency of the observed association. Has it been repeatedly observed by different persons, in different places, circumstances and times?"

Hill went on to exemplify consistency by reference to studies on smoking:

"Returning to my more general example, the Advisory Committee to the Surgeon-General of the US Public Health Service found the association of smoking with cancer of the lung in 29 retrospective and 7 prospective inquiries. The lesson here is that broadly the same answer has been reached in quite a wide variety of situations and techniques. In other words we can justifiably infer that the association is not due to some constant error or fallacy that permeates every inquiry. And we have indeed to be on our guard against that."

Because consistency "is generally applied to findings from multiple observational studies", and because the McGovern study was the "one directly relevant observational study", Dr. Samet agreed that consistency is "not applicable" to that study.

**66**.    On the other hand, it is meaningful to consider the lack of <u>internal</u> consistency in the McGovern data.  As discussed above and illustrated in Dr. Holford's Figure 2, the SSI rate was very inconsistent.  During two time periods when BH was used, SSI rates were very low: the first nine months (that were excluded from the McGovern analysis) and the six months from 3/09 thru 8/09.  At other times when BH was used, the rates were much higher, increasing nearly 16-fold at the end of 2009.  Such variability suggests two discrete infection outbreaks, which were almost certainly not due to use of BH.  Thus, it is clear that the data underlying McGovern are internally inconsistent.

**67**.    The McGovern study is also inconsistent with the reported results of other studies that found no association between BH and SSI.  Dr. Samet listed five such studies, which he described as "construed as 'negative' and indicating safety of forced-air warming", but which he faulted for being "seriously constrained by limited size".  Without regard to the merits of those studies and their capacity to conclude a negative result, it is notable that none of them or any other of the studies cited by Dr. Samet provided evidence that BH is associated with increased rates of surgical infections.  With the exception of the flawed McGovern study, there is no direct evidence that use of BH results in increased risks of infections in surgical patients.

**68**.    Dr. Samet proposed, on the other hand, that consistency could be sought between the McGovern study and studies "on particle counts".  I assume that he was referring to the first half of McGovern, an evaluation of "neutral-buoyancy detergent bubbles" which might be analogous in behavior to airborne dust particles, but not the second half of that study which reported surgical infection data.  There might be consistency among the bubble/particle studies.  But it is not meaningful to apply the concept of consistency as defined above to the particle studies and the clinical half of the McGovern study, because they share no "observed association" for which consistency could be sought.  Particle deposition patterns are not equivalent to surgical infection rates.

**69**.    In short, it is my opinion that the data underlying the second half of the McGovern study, the surgical infection data, were internally inconsistent.  It is also my opinion that it is not meaningful to look for consistency between reports of clinical findings and the

Borak report                                                                                                    21

studies "on particle counts".  However, as discussed below, the particle count studies might contribute to coherence.

70.    Finally, Dr. Samet discussed _Coherence_ as it applied to studies that addressed hypothetical possible mechanisms by which BH might increase the risks of joint infection.  The following is from Hill's classical description of coherence (7):

> "Coherence: On the other hand the cause-and effect interpretation of our data should not seriously conflict with the generally known facts of the natural history and biology of the disease - in the expression of the Advisory Committee to the Surgeon-General it should have coherence."

71.     Dr. Samet apparently meant that those mechanistic studies were coherent with an increased risk of deep joint infections in BH users, as described in McGovern.  But as already discussed, the McGovern study does not correctly demonstrate a significantly increased risk of such infections, and I am not aware of any other evidence that documents such increased risk.  Therefore, there is apparently no proven disease with which the mechanistic studies can be coherent.  In the absence of valid evidence of a causal association between BH and SSI, it can only be said that the mechanistic studies are coherent with a hypothetical increase in SSI.  Hypothetical associations are not sufficient to sustain an inference of causation.

72.    For the reasons listed above, it is my opinion that there is only insufficient evidence to support Dr. Samet's conclusion that "the Bair Hugger device causally increases risk for deep joint infection".  A potentially causal association between BH and deep joint infections remains hypothetical and unproven.

73.    Likewise, lacking sufficient and valid evidence that there is a significant causal association between BH and SSI, it is my opinion that BH does not represent a substantial contributing cause of deep joint infections.

## Summary

74.    Following is a list of my opinions, all to a reasonable degree of medical and scientific certainty.

> **74a**.   The McGovern report is flawed by systematic bias and confounders that were ignored in the analysis.  In addition, the surgical infection data presented in that report were internally inconsistent.

> **74b**.   Accordingly, the McGovern study lacks internal validity. Because it lacks internal validity, the McGovern study also lacks external validity and cannot be generalized.

**74c**.   The McGovern report relied on truncated and incorrectly tabulated data. When those irregularities are corrected, the study data do not provide evidence that BH is associated with a significant increase in SSI.

**74d**.   Accordingly, the McGovern study cannot sustain Dr. Samet's opinion that "the Bair Hugger device causally increases risk for deep joint infection".

**74e**.   There are no studies other than McGovern that show increased SSI associated with BH, and the McGovern study lacks validity and is based on incorrect data.  Therefore, a causal association between BH and deep joint infections remains hypothetical and unproven.

**74f**.   Because there is insufficient evidence that there is a significant association between BH and deep joint infections, BH does not represent a substantial contributing cause of deep joint infections.

**75.**   I reserve the right to amend my report and opinions should further information become available.

Jonathan Borak, MD, DABT

June 02, 2017

Reference List

(1) Berrios-Torres SI, Umscheid CA, Bratzler DW, Leas B, Stone EC, Kelz RR et al. Centers for Disease Control and Prevention guideline for the prevention of surgical site infection, 2017. JAMA Surg 2017;  doi:10.1001/jamasurg.2017.0904.

(2) Allegranzi B, Zayed B, Bischoff P, Kubilay NZ, de Jonge S, de Vries F et al. New WHO recommendations on intraoperative and postoperative measures for surgical site infection prevention: an evidence-based global perspective. Lancet Infect Dis 2016; 16:e288-e303.

(3) Kurz A, Sessler DI, Lenhardt R. Perioperative normothermia to reduce the incidence of surgical-wound infection and shorten hospitalization. Study of Wound Infection and Temperature Group. NEJM 1996; 334:1209-1215.

(4) Melling AC, Ali B, Scott EM, Leaper DJ. Effects of preoperative warming on the incidence of wound infection after clean surgery: a randomised controlled trial. Lancet 2001; 358:876-880.

(5) ECRI Institute. Forced-air warming and surgical site infections. Medical Devices 2013; (April):122-125.

(6) Kellam MD, Dieckmann LS, Austin PN. Forced-air warming devices and the risk of surgical site infections. AORN J 2013; 98:353-366.

(7) Hill AB. The environment and disease: Association or causation? Proc R Soc Med 1965; 58:295-300.

(8) Rothman KJ, Greenland S, Lash TL. Modern Epidemiology. 3rd ed. Philadelphia: Lippincott Williams & Wilkins; 2008.

(9) Kaye DH, Freedman DA. Reference Guide on Statistics. Reference Manual on Scientific Evidence. 3rd ed. Washington, DC: National Academies Press; 2011. 211-302.

(10) Porta M. A Dictionary of Epidemiology. 6th ed. New York: Oxford University Press; 2014.

(11) Lagiou P, Adami HO, Trichopoulos D. Causality in cancer epidemiology. Eur J Epidemiol 2005; 20:565-574.

(12) Blair A, Saracci R, Vineis P, Cocco P, Forastiere F, Grandjean P et al. Epidemiology, public health, and the rhetoric of false positives. EHP 2009; 117:1809-1813.

(13) Rothman KJ, Greenland S. Causation and causal inference in epidemiology. Am J Pub Health 2005; 95 (suppl 1):S144-S150.

(14)   Centers for Disease Control and Prevention. National Center for Chronic Disease Prevention and Health Promotion. Office on Smoking and Health (http://www.surgeongeneral.gov/library). Atlanta: US Department of Health and Human Services; 2004.

(15)   McGovern PD, Albrecht M, Belani KG, Nachtsheim C, Partington PF, Carluke I et al. Forced-air warming and ultra-clean ventilation do not mix: an investigation of theatre ventilation, patient warming and joint replacement infection in orthopaedics. J Bone Joint Surg Br 2011; 93:1537-1544.

(16)   Gillson J, Lowdon G. Implementing effective SSI surveillance. Clin Serv J 2014;(October):71-74.

(17)   Graves N, Wloch C, Wilson J, Barnett A, Sutton A, Cooper N et al. A cost-effectiveness modelling study of strategies to reduce risk of infection following primary hip replacement based on a systematic review. Health Technol Assess 2016; 20:1-144.

(18)   Brister A. Infection control in orthopaedic surgery. Clin Serv J 2011;(November).

(19)   Segawa H, Tsukayama D, Kyle RF, Becker DA, Gustilo RB. Infection after total knee arthroplasty. A retrospective study of the treatment of eighty-one infections. J Bone Joint Surg 1999; 81:1434-1445.

(20)   Hickson CJ, Metcalfe D, Elgohari S, Owald T, Masters JP, Rymaszewska M et al. Prophylactic antibiotics in elective hip and knee arthroplasty: an analysis of organisms reported to cause infections and National survey of clinical practice. Bone Joint Res 2015; 4:181-189.

(21)   Berrios-Torres SI, Yi SH, Bratzler DW, Ma A, Mu Y, Zhu L et al. Activity of commonly used antimicrobial prophylaxis regimens against pathogens causing coronary artery bypass graft and arthroplasty surgical site infections in the United States, 2006-2009. Infect Control Hosp Epidemiol 2014; 35:231-239.

(22)   Schmitz FJ, Fluit AC, Gondolf M, Beyrau F, Lindenlauf E, Verhoef J et al. The prevalence of aminoglycoside resistance and corresponding resistance genes in clinical isolates of staphylococci from 19 European hospitals. J Antimicrob Chemother 1999; 43:253-259.

(23)   Gade NS, Qazi MS. Recent trends of aminoglycoside resistance among Staphylococcus aureus isolates in tertiary care hospital. J Microbiol Antimicrobiol 2014; 6(94):96.

(24)   Speller DC, Raghunath D, Stephens M, Viant AC, Reeves DS, Wilkinson PJ et al. Epidemic infection by a gentamicin-resistant Staphylococcus aureus in three hospitals. Lancet 1976; 307:464-466.

Borak report

(25)  Sprowson A, Symes T, Khan SK, Oswald T, Reed MR. Changing antibiotic prophylaxis for primary joint arthroplasty affects postoperative complication rates and bacterial spectrum. Surgeon 2013; 11:20-24.

(26)  Ma XX, Wang EH, Liu Y, Luo EJ. Antibiotic susceptibility of coagulase-negative staphylococci (CoNS): emergence of teicoplanin-non-susceptible CoNS strains with inducible resistance to vancomycin. J Med Microbiol 2011; 60:1661-1668.

(27)  Wenzel RP. Minimizing surgical-site infections. NEJM 2010; 362:75-77.

(28)  Wertheim HF, Melles DC, Vos MC, van Leeuwen W, van Belkum A, Verbrugh HA et al. The role of nasal carriage in Staphylococcus aureus infections. Lancet Infect Dis 2005; 5:751-762.

(29)  Wenzel RP, Perl TM. The significance of nasal carriage of Staphylococcus aureus and the incidence of postoperative wound infection. J Hosp Infect 1995; 31:13-24.

(30)  Chen AF, Wessel CB, Rao N. Staphylococcus aureus screening and decolonization in orthopaedic surgery and reduction of surgical site infections. Clin Orthop Relat Res 2013; 471:2383-2399.

(31)  van Rijen M, Bonten M, Wenzel R, Kluytmans J. Mupirocin ointment for preventing Staphylococcus aureus infections in nasal carriers. Cochrane Database Syst Rev 2008; 8 (ID: CD006216):1-28.

(32)  Refaie R, Jameson S, Reed M. Prevention of periprosthetic joint infection. J Trauma Ortho 2015; 3:50-52.

(33)  Darouiche RO, Wall MJ, Jr., Itani KM, Otterson MF, Webb AL, Carrick MM et al. Chlorhexidine-alcohol versus povidone-iodine for surgical-site antisepsis. NEJM 2010; 362:18-26.

(34)  Chaiyakunapruk N, Veenstra DL, Lipsky BA, Saint S. Chlorhexidine compared with povidone-iodine solution for vascular catheter-site care: a meta-analysis. Ann Intern Med 2002; 136:792-801.

(35)  Bode LG, Kluytmans JA, Wertheim HF, Bogaers D, Vandenbroucke-Grauls CM, Roosendaal R et al. Preventing surgical-site infections in nasal carriers of Staphylococcus aureus. NEJM 2010; 362:9-17.

(36)  Jensen CD, Steval A, Partington PF, Reed MR, Muller SD. Return to theatre following total hip and knee replacement, before and after the introduction of rivaroxaban: a retrospective cohort study. J Bone Joint Surg Br 2011; 93:91-95.

(37)  Jameson SS, Rymaszewska M, Hui AC, James P, Serrano-Pedraza I, Muller SD. Wound complications following rivaroxaban administration: a multicenter

comparison with low-molecular-weight heparins for thromboprophylaxis in lower limb arthroplasty. J Bone Joint Surg Am 2012; 94:1554-1558.

(38) Parsons HM. What Happened at Hawthorne?: New evidence suggests the Hawthorne effect resulted from operant reinforcement contingencies. Science 1974; 183:922-932.

(39) Eckmanns T, Bessert J, Behnke M, Gastmeier P, Ruden H. Compliance with antiseptic hand rub use in intensive care units: the Hawthorne effect. Infect Control Hosp Epidemiol 2006; 27:931-934.

(40) HAI Watchdog Awards 2011. Operating Theatre J 2012;(July):10-11.

# BORAK, Jonathan Benjamin

**BUSINESS ADDRESS**:

Office:    Jonathan Borak & Company
           234 Church Street, New Haven, Connecticut, 06510
           (203) 777-6611    Fax: (203) 777-1411
           Email: jborak@jborak.com
           Website: http://www.jborak.com

Hospital:  Occupational and Environmental Medicine Program
           Yale School of Medicine
           135 College Street, New Haven, Connecticut 06510
           Telephone:  (203) 785-5885

**CURRENT APPOINTMENTS**:

Clinical Professor of Epidemiology and Public Health, Yale University
Clinical Professor of Medicine, Yale University
Adjunct Associate Professor of Medicine, John Hopkins University
Member, Yale Program in Occupational and Environmental Medicine
President, Jonathan Borak & Company

**EDUCATION:**

| 1968 | BA (Cum Laude) | Amherst College |
| 1972 | MD | New York University |
| 1974-76 | Graduate Studies in Economics | McGill University |

**PROFESSIONAL TRAINING:**

| 1972-73 | Internship, Department of Medicine, Royal Victoria Hospital, Montreal, Quebec |
| 1973-74 | Junior Assistant Resident, Department of Medicine, Royal Victoria Hospital, Montreal, Quebec |
| 1974-75 | Clinical and Research Fellow, Department of Medicine, Royal Victoria Hospital, Montreal, Quebec |
| 1975-76 | Senior Assistant Resident, Department of Medicine, Royal Victoria Hospital, Montreal, Quebec |
| 1976-77 | Resident, Department of Medicine, Royal Victoria Hospital, Montreal, Quebec |
| 1977-78 | Clinical Fellow, Section of Gastroenterology, Yale-New Haven Hospital, New Haven, Connecticut |

BORAK, Jonathan Benjamin                                    Page 2 of 26

## COMPETITIVE FELLOWSHIPS, AWARDS and HONORS:

| | |
|---|---|
| 1974-76 | Clinical Scholar, Robert Wood Johnson Foundation. |
| 1977-78 | Research Fellowship, Conseil de la Recherche en Sante du Quebec |
| 1994 | President's Award, American College of Occupational and Environmental Medicine |
| 1996 | Meritorious Service Award, American College of Occupational and Environmental Medicine |
| 2002 | President's Award, American College of Occupational and Environmental Medicine |
| 2003 | Adolph G. Kammer Merit in Authorship Award, American College of Occupational and Environmental Medicine |

> "To recognize the author(s) of the most outstanding article published in *Journal of Occupational and Environmental Medicine* during the past year."

| | |
|---|---|
| 2004 | Robert A. Kehoe Award of Merit Recognition, American College of Occupational and Environmental Medicine |

> "Presented to an individual for significant contributions made to academic excellence or research in the disciplines of occupational medicine, environmental medicine, and/or environmental health."

| | |
|---|---|
| 2005 | George H. Gerchman Memorial Prize, American College of Occupational and Environmental Medicine |
| 2008 | President's Award, American College of Occupational and Environmental Medicine |
| 2009 | Certificate of Recognition, Elsevier's Top 10 Cited Articles for 2007-08 |

> Borak J, Hosgood HD: Seafood Arsenic: Implications for human risk assessment. *Regulatory Toxicology and Pharmacology* 2007; 47:204-212

| | |
|---|---|
| 2010 | Fellow of the Academy of Toxicological Sciences |
| 2012 | Harriet Hardy Award, New England College of Occupational and Environmental Medicine |

> "For a physician who exemplifies the highest ideal of occupational and environmental medicine practice."

| | |
|---|---|
| 2012 | Fellow of the American Industrial Hygiene Association |
| 2015 | Nominee, Inspiring Yale |

> Nomination by Yale Graduate & Professional Student Senate for recognition as Most Inspiring Teacher at Yale

## PROFESSIONAL CERTIFICATION:

Fellow, American College of Physicians
Fellow, American College of Occupational and Environmental Medicine
Fellow, Royal College of Physicians of Canada
Fellow, Academy of Toxicological Sciences
Diplomate, American Board of Internal Medicine
Diplomate, American Board of Preventive Medicine

BORAK, Jonathan Benjamin                                    Page 3 of 26

       Diplomate, American Board of Toxicology
       Diplomate, National Board of Medical Examiners
       Licentiate, Medical Council of Canada

## PROFESSIONAL EXPERIENCE:

### CLINICAL and TEACHING ACTIVITIES

| | |
|---|---|
| 2008-Current | Clinical Professor of Medicine, Yale University |
| 2007-Current | Clinical Professor of Epidemiology & Public Health, Yale University |
| 2003-Current | Adjunct Associate Professor of Medicine, Johns Hopkins University |
| 2000-2010 | Director, Yale University Interdisciplinary Risk Assessment Forum |
| 1999-2007 | Associate Clinical Professor of Epidemiology & Public Health, Yale University |
| 1993-2008 | Associate Clinical Professor of Medicine, Yale University. |
| 1983-1993 | Assistant Clinical Professor of Medicine, Yale University. |
| 1981-1983 | Clinical Instructor of Internal Medicine, Yale University. |
| 1988-2001 | Courtesy Attending Physician, Department of Emergency Medicine, Hospital of St. Raphael, New Haven, Connecticut. |
| 1988-1998 | Consulting Physician (Internal Medicine, Emergency Medicine, Toxicology), Hospital of St. Raphael, New Haven, Connecticut. |
| 1980-1988 | Director, Section of Emergency Medicine, Hospital of St. Raphael, New Haven, Connecticut. |
| 1979-1988 | Associate Attending Physician, Department of Ambulatory Services, Hospital of St. Raphael, New Haven, Connecticut. |
| 1986 | Visiting Professor, St. George's University School of Medicine, Kingstown Medical College, St. Vincent, W.I. |
| 1978-80 | Attending Physician, Department of Ambulatory Services, Mercy Hospital, Springfield, Massachusetts. |
| 1978-79 | Attending Physician, Emergency Physicians Incorporated, Chicopee, Massachusetts. |

### YALE UNIVERSITY TEACHING ACTIVITIES

## Courses Taught:  1997-Current

1998-Current  EHS 511b. Principles of Risk Assessment: Course Director
      Graduate-level course listed in the School of Public Heal, Department of Environmental Health Sciences. This course is also listed as a graduate-level course in the School of Forestry and Environmental Studies (F&ES 893b).

2002-2016  EHS 503a. Principles of Toxicology: Course Director
      Graduate-level course listed in the School of School of Public Heal, Department of Environmental Health Sciences. This course was also listed as a graduate-level course in the School of Forestry and Environmental Studies (F&ES 96005a).

BORAK, Jonathan Benjamin                                         Page 4 of 26

2012-Current  EHS 575a Introduction to Occupational and Environmental Medicine: Lecturer
              Graduate-level course listed in the School of Medicine, Department of Epidemiology and
              Public Health and the Department of Internal Medicine.

2011-Current  EHS 573b Epidemiological Issues in Occupational and Environmental
              Medicine: Lecturer
              Graduate-level course listed in the School of Medicine, Department of Epidemiology and
              Public Health and the Department of Internal Medicine.

2001-2010     EHS 551a and b. Seminar in Environmental Health: Lecturer
              Graduate-level course listed in the School of Medicine, Department of Epidemiology and
              Public Health.

2005-2016     Interdisciplinary Center for Bioethics Summer Internship Program: Lecturer
              International program for undergraduate and graduate students, supported by the
              Donaghue Medical Research Foundation

2012-2015     EHS 510a (Principles of Environmental Health): Lecturer
              Graduate-level course listed in the School of School of Public Heal, Department of
              Environmental Health Sciences.

2014          EHS 525a (Seminar and Journal Club in Environmental Health): Lecturer
              Graduate-level course listed in the School of School of Public Heal, Department of
              Environmental Health Sciences.

2005-2016     EPH 500 (Introduction to Epidemiology and Public Health): Lecturer
              Graduate-level (second-year required) course in the School of Medicine.

2006-2012     Faculty Advisor, Yale Center for Environmental Law & Policy
              The Center is a joint initiative between the Yale School of Forestry & Environmental
              Studies and the Yale Law School.

2005-2015     EHS 508a Assessing Exposures to Environmental Stressors: Lecturer
              Graduate-level course listed in the School of Medicine, Department of Epidemiology and
              Public Health.

2008-2010     FES 96017. Fundamentals of Environmental Health: Lecturer
              Graduate-level course listed in the School of Forestry and Environmental Studies.

2002-2007     EHS 510b. Fundamentals of Environmental Health & Risk Assessment: Lecturer
              Graduate-level course listed in the School of Medicine, Department of Epidemiology and
              Public Health.

2000-2003     EHS 580a. Special Topics in Society and Risk Assessment: Course Director
              Graduate-level course listed in the School of Medicine, Department of Epidemiology and
              Public Health.

1999-2002     EHS 509a. Environmental Toxicology: Lecturer
              Graduate-level course listed in the School of Medicine, Department of Epidemiology and
              Public Health, and cross-listed in the School of Forestry and Environmental Studies.

**Thesis and Dissertation Committees**

2017          Primary Advisor: Jie Wu: "Toxicology and Pharmacokinetics of Perfluorooctanoic
              Acid (PFOA)". Thesis for MPH in Environmental Health Sciences, Yale School of Public
              Health.

2015    Primary Advisor: Shae Selix: "Critical Review and Stratified Meta-Analysis of Lung Cancer Risk in Petroleum Refinery Workers. Thesis for MPH in Environmental Health Sciences, Yale School of Public Health.

2012    Committee Member. Sanjay Baliga: "Assessing the Capacity of Countries to Manage the Human Health and Ecosystem Risk of Chemicals: Using Stakeholder Input to Evaluate Risk Management Programs in Tanzania".  Dissertation for PhD in Environmental Policy, Yale School of Forestry and Environmental Studies.

2008    Primary Advisor: Catherine Salipante-Zaidel: "Markov Chain Analysis of the Use of Beryllium Lymphocyte Proliferation Tests for Screening of Asymptomatic Individuals". Masters Thesis for MEE, Yale School of Forestry and Environmental Studies.

2005    Primary Advisor: H. Dean Hosgood: "Silica and Lung Cancer: Industrial Hygiene Methods and Mathematical Modeling Revisited". Thesis for MPH in Environmental Health Sciences, Yale School of Medicine

2003    Committee Member: Carlos Gonzalez: "The Beef Hormone Ban in the European Union and the Role of the WTO in Resolving Scientific Barriers to Trade".  Dissertation for PhD in Environmental Policy, Yale School of Forestry and Environmental Studies.

2002    Primary Advisor: Susan Chemerynski: "Methodological Uncertainties in the Exposure Assessment of Diesel Particulate Matter: Implications for Risk Assessment".  Thesis for MPH in Environmental Health Sciences, Yale School of Medicine

2002    Committee Member:  Montira Pongisiri: "Institutional Capacity to Assess and Manage Risk-Tradeoffs: The DDT/Malaria Dilemma".  Dissertation for PhD in Environmental Policy, Yale School of Forestry and Environmental Studies

### Other Yale Activities

2013-Current  Member, Clinical Competency Committee, Yale Program in Occupational and Environmental Medicine

This committee is responsible for the review and evaluation of the professional development of medical residents and fellows in Yale's OEM training program.

2013    Faculty Mentor, Edward A. Bouchet Undergraduate Fellowships Program

This program provides financial and academic research support to minority students at Yale College who have determined to pursue careers in academics.

2002-2010  Director, Yale Interdisciplinary Risk-Assessment Forum

This program, a cooperative project underwritten by Yale's Institution for Social and Policy Studies, School of Public Health, and School of Forestry and Environmental Studies, organized and hosted a regular schedule of lectures, seminars and other educational activities

## ORGANIZATIONAL ACTIVITIES

### United States Environmental Protection Agency

1996-2006    National Advisory Committee to Develop Acute Exposure Guideline Levels for Hazardous Substances (NAC/AEGL)

**National Research Council (National Academy of Sciences)**
2001-2005     Subcommittee on Toxicologic Assessment of Low-Level Exposures to Chemical
              Warfare Agents

**National Institute for Occupational Safety and Health**
2011-2012     External Review Panel – "Criteria for a Recommended Standard: Occupational
              Exposures to Diacetyl and 2,3-Pentanedione"

**National Institute of Environmental Health Sciences**
2009-2010     Review Panel – RFA ES-09-001 – Partnership for Environmental Public Health

**American College of Occupational and Environmental Medicine**
1999-2002     Board of Directors
1999-2002     Board Finance Committee
1993-Current  Council on Scientific Affairs (Chair 1999-2012)
2008-Current  Council on Public Affairs
2003-2004     Planning Committee, 2005 American Occupational Health Conference
1997-2002     Council on Conferences (Associate Chair 1998-2002)
1993-1999     Course Director, Core Curriculum in Environmental Medicine.
1992-2008     Committee on Environmental Medicine (Chair 1993-96)
1993-2000     Committee on Medical Surveillance (Chair 1998-2000)
1996-1998     Seminar Chair, 1998 American Occupational Health Conference
1992-1993     Scientific Chair, 1993 State-of-the-Arts Conference
1997-2002     Committee on Conferences (Associate Chair 1997-2002)
1995-2006     Committee on Government Affairs
1992-1997     Committee for Liaison with Government Agencies
1995-1997     Committee on Distance Learning (Associate Chair 1996-1997)
1993-1996     Occupational Medicine Self-Assessment Program
1993-1997     House of Delegates

**International Dose-Response Society** (previously the International Hormesis Society)
2005-Current  Executive Committee

**Cyanide Poisoning Treatment Coalition**
2006-2009     Board of Directors

**American Industrial Hygiene Association**
1990-2000     Committee on Emergency Response Planning
2010-Current  Committee on Occupational Medicine

**Connecticut Academy of Science and Engineering**
2010-2010     CASE Artificial Turf Study Peer Review Committee

**Connecticut State Medical Society**
1994-1996     Section of Preventive Medicine (Chairman 1994-96)
1983-1994     Committee on Emergency Medical Services (Chairman 1985-1988)
1987-1992     Committee on Organ and Tissue Transfer

**Occupational and Environmental Medical Association of Connecticut**
1992-1998     Board of Directors
1994-1995     President
1993-1994     President-Elect
1992-1993     Secretary-Treasurer

**American College of Emergency Physicians**
1992-1994      Liaison to ATSDR Case Studies in Environmental Medicine
1991-1994      Section of Disaster Medicine (Chair, Hazardous Materials Subsection 1991-1994)
1988-1990      National Councilor (Alternate)
1987-1988      National Committee on Chapter Grants
1984-1986      National Committee on Bio-Ethics

**Connecticut Poison Control Center**
1993-1999      Medical Advisory Committee

**American College of Surgeons**
1984-1988      Associate Member, Connecticut Committee on Trauma

**American Heart Association**
1981-2000      Instructor, Advanced and Basic Cardiac Life Support
1985-1987      National Faculty for Advanced Cardiac Life Support
1980-1984      State Chairman, Advanced Cardiac Life Support
1980-1984      State Emergency Cardiac Care Task Force

**Connecticut College of Emergency Physicians**
1986-1987      President
1980-1990      Board of Directors

**Connecticut Red Cross**
1987-1992      Medical Advisory Committee on Blood Programs

**Connecticut Dept of Health Services, Office of Emergency Medical Services**
1985-1988      Helicopter Over-site Committee (Chairman, Patient Care Review)
1987-1988      Trauma Network Committee

**Emergency Medical Systems Council of South Central Connecticut**
1980-1988      Medical Advisory Committee (Chairman 1987-1988)

**New Haven County Medical Association**
1984             Committee on Consumer Protection

**Town of North Haven, Connecticut**
1987-1995      Local Emergency Planning Committee (Chairman 1988-1990)

**Town of Branford, Connecticut**
1982-84         Ambulance Commissioner

**Shirley Frank Foundation**, New Haven, Connecticut
1983-1989      Board of Directors
1983-1989      Chairman, Medical Treatment/Quality Assurance Committee
1985-1989      Executive Committee

**Alcohol Services Organization of South Central Connecticut**
1981-1984      Board of Directors

**Columbus House Shelter**, New Haven, Connecticut
1981-83         Founding Member, Board of Directors

**World Figure Skating Championships**
1980-81         Medical Director

BORAK, Jonathan Benjamin                                    Page 8 of 26

**Canadian Association of Interns and Residents**
1973-75      Board of Directors

**Federation des Medicins Residents du Quebec**
1973-75      Treasurer

**Canadian National Committee on Physician Manpower**
1973-74      Committee Member

**PROFESSIONAL LICENSURE**:

      State of Connecticut    #19428

**PROFESSIONAL ORGANIZATIONS and SOCIETIES**:

      American College of Physicians
      American College of Emergency Physicians
      American College of Occupational and Environmental Medicine
      American College of Preventive Medicine
      Royal College of Physicians of Canada
      Society for Toxicology
      Society for Risk Analysis
      Society of Occupational Medicine (London)
      American Industrial Hygiene Association
      Association of Occupational and Environmental Clinics
      Medichem
      International Hormesis Society
      Ramazzini Society
      Connecticut State Medical Society
      Occupational and Environmental Medical Association of Connecticut
      New Haven County Medical Society
      New Haven Medical Association

## PUBLICATIONS and EDITORIAL ACTIVITIES:

### Editorial Activities

2004-Current  Editorial Board, <u>Journal of Occupational and Environmental Medicine</u>

2003-Current  Editorial Board, <u>Journal of Occupational and Environmental Hygiene</u>

      Guest Editor: State of the Science of Occupational Exposure Limit Methods and Guidance; <u>JOEH</u> 12(Supplement 1): 2015

2007-Current  International Advisory Board, <u>Occupational Medicine</u>

1999-2004  Editorial Board, <u>American Industrial Hygiene Association Journal</u>

1997-2004  Associate Editor, <u>OEM: Occupational and Environmental Medicine Report</u>

1992-Current  Editorial Reviewer: <u>American Journal of Industrial Medicine</u>; <u>American Journal of Critical Care and Respiratory Medicine</u>; <u>Annals of Occupational Hygiene</u>; <u>Annals of Emergency Medicine</u>; <u>Critical Reviews in Toxicology</u>; <u>Dose Response</u>; <u>Human and Ecological Risk Assessment</u>; <u>Inhalation Toxicology</u>; <u>Journal of the Air & Waste Management Association</u>; <u>Nonlinearity in Biology, Toxicology and</u>

BORAK, Jonathan Benjamin                                    Page 9 of 26

|  | Medicine; Proceedings of the American Thoracic Society; Psychological Reports; Regulatory Toxicology and Pharmacology; Toxicology and Applied Pharmacology; Toxicology & Industrial Health |
|---|---|
| 1991-2004 | Editorial Board, OEM: Occupational and Environmental Medicine Report |
| 2011-2012 | Peer Reviewer, NIOSH: "Criteria for a Recommended Standard: Occupational Exposures to Diacetyl and 2,3-Pentanedione" |
| 1988-2010 | Peer Reviewer, Case Studies in Environmental Medicine, US Agency for Toxic Substances and Disease Registry, Atlanta, Georgia |
| 2006-2010 | Peer Reviewer, Medical Management Guidelines for Acute Chemical Exposures, US Agency for Toxic Substances and Disease Registry, Atlanta, Georgia |
| 1991-92 | Peer Reviewer, Toxicology Profiles, US Agency for Toxic Substances and Disease Registry, Atlanta, Georgia |
| 1979-81 | Consulting Editor, Update Publications, Ltd., London |

### Books and Monographs

Borak J, Callan M, Abbott W:  Hazardous Materials Exposure: Emergency Response and Patient Care.   Englewood Cliffs, NJ: Prentice Hall, 1991.

Borak J, Callan M, Abbott W:  Hazardous Materials Exposure: Emergency Response and Patient Care - Instructor's Manual. Englewood Cliffs: Prentice Hall, 1991.

Levy B,. McCunney RM, Adamowski SE, Borak J, Halperin W, McDiarmid MA, Orris P: Occupational Medicine Self-Assessment Program (3rd Ed). Arlington Heights: American College of Occupational and Environmental Medicine, 1993.

Medical Management Guidelines for Acute Chemical Exposures. (Principal Authors: Borak J, Olsen K, Sublet V).  Atlanta: Agency for Toxic Substances and Disease Registry, U.S. Department of Health and Human Services, 1994.

Borak J (ed):  Core Curriculum in Environmental Medicine. Arlington Heights, IL: American College of Occupational and Environmental Medicine, 1994.

Russi M, Borak J:  The OSHA Asbestos Standard: A Medical Compliance System. New Haven, CT: AEGIS Healthcare Systems, 1995.

Borak J (Guest Editor): Amler R, Amler S, Balk SJ, McLellan RM (Guest Contributors): Pediatric Environmental Health (ATSDR-HE-CS-2002-0002).  Case Studies in Environmental Medicine, US Agency for Toxic Substances and Disease Registry, Atlanta, 2002.

Ducatman AM, Borak J, Kaye W, Peipens L (Guest Contributors): Investigating Disease Clusters (ATSDR-HE-CS-2002-0006).  Case Studies in Environmental Medicine. Atlanta: Agency for Toxic Substances and Disease Registry, 2002.

McCunney RJ, Rountree P, Barbanel C, Borak J, Bunn W, Levin J, Harber P (ed): A Practical Approach to Occupational and Environmental Medicine (3rd Edition). Philadelphia, Lippincott Williams & Wilkins, 2003.

### Book Chapters and Technical Reports

Borak J:  Training and Education of Workers and Managers. In: Levy B (ed): Air Pollution in Central and Eastern Europe. Boston: Management Sciences for Health, 1991.

Borak J, Callan M, Abbott W:  Protection of the Health Care System.  In: Tokle G (ed): Hazardous Materials Response Handbook (Second Edition). Quincy, MA: National Fire Protection Association, 1993.

Borak J: Anion and Osmolar Gaps. In: Viccellio P (ed): Handbook of Medical Toxicology (1st edition). Boston: Little, Brown, 1993.

Borak J: Worksite and Environmental Emergencies: Planning Requirements. In: McCunney RJ (ed):  A Practical Approach to Occupational and Environmental Medicine. Boston: Little, Brown, 1994.

Borak J: Les nouvelles normes de qualité de l'air aux Etats-Unis: bases épidémiologiques et bénéfices attendus. In: Pollution Atmospherique Urbaine et Santé Humaine.  Paris: la Société de Pneumologie de Langue Française, 1997.

Borak J:  Anion and Osmolar Gaps. In: Viccellio P (ed): Handbook of Medical Toxicology (2nd edition). Boston: Lippincott-Raven, 1998.

McKay CA, Borak J:  Chlorine. In: Haddad LM, Winchester JF, Shannon M (ed): Clinical Management of Poisoning and Drug Overdose (3rd edition).  Philadelphia: Saunders, 1998.

Borak J: Four Organic Pollutants in the Quinnipiac River: Effects on Human Health.  In: Tyrrell ML (ed):  Quinnipiac River Point Source Pollution: Is it Still a Problem?  New Haven: Center for Coastal and Watershed Systems, Yale School of Forestry and Environmental Studies, 2000.

Russi M, Borak J: Chemical Hazards in Health Care Workers.  In: Orford R (ed): Clinics in Occupational and Environmental Medicine: Occupational Health in the Healthcare Industry.  Philadelphia: W.A. Saunders, 2001; 1(2):369-395.

Borak J: Surveillance and Monitoring for Occupational Carcinogens.  In: Whysner J, Shields PG (eds): Clinics in Occupational and Environmental Medicine: Cancer in the Workplace: Agents, Mechanisms, Detection, Diagnosis, Management and Prevention: Philadelphia: W.A. Saunders, 2002; 2(4): 737-752.

Borak J:  Medical Aspects of Environmental Emergencies.  In: McCunney RJ, Rountree P, Barbanel C, Borak J, Bunn W, Levin J, Harber P (eds):  A Practical Approach to Occupational and Environmental Medicine (3rd Edition). Philadelphia: Lippincott Williams & Wilkins, 2003; 768-773.

Borak J, Heywood JB, Parsley W, Pickett T, Widmer W:  FY 2003 Two Hundred Bus Procurement: Expert Panel Report to Massachusetts Bay Transportation Authority. 10/14/2002

Borak J, Pleus R:  Toxicology.  In: McCunney RJ, Rountree P, Barbanel C, Borak J, Bunn W, Levin J, Harber P (eds):  A Practical Approach to Occupational and Environmental Medicine (3rd Edition). Philadelphia: Lippincott Williams & Wilkins, 2003; 554-570.

Moore JS, Rose S, Borak J:  Ergonomics.  In: McCunney RJ, Rountree P, Barbanel C, Borak J, Bunn W, Levin J, Harber P (eds):  A Practical Approach to Occupational and Environmental Medicine (3rd Edition). Philadelphia: Lippincott Williams & Wilkins, 2003; 607-623.

Borak J, Fields C, Sirianni G: The Toxicology of Complex Mixtures.  In: Lutrell WE, Jederberg WM, Still KE, Robert K (ed):  Toxicology Principles for the Industrial Hygienist.  Fairfax:

American Industrial Hygiene Association, 2008; 273-282.

Fields C, Borak J: Iodine Deficiency in Vegetarian and Vegan Diets: Evidence-Based Review of the World's Literature on Iodine Content in Vegetarian Diets. In: Preedy VR, Burrow GN, Watson RR (ed): Comprehensive Handbook on Iodine. Oxford: Academic Press, 2009; 521- 531.

Borak J: Cyanide Treatment in Fire Victims. In: American Academy of Orthopedic Surgeons: Assessment and Treatment of Trauma. Sudbury, MA: Jones & Bartlett, 2010; 196-197.

Borak J, Sirianni G: Clinical Practice of Biological Monitoring: Trichloroethylene. In: Hoffman H, Phillips S (eds): Clinical Practice of Biological Monitoring. Beverly, MA: OEM Press, 2012; 214-220.

Borak J, Fields C, Sirianni G: The Toxicology of Complex Mixtures. In: Lutrell WE, Jederberg WM, Still KE, Robert K (ed): Toxicology Principles for the Industrial Hygienist. Fairfax: American Industrial Hygiene Association, 2017; (in press)

**Journal Articles**

Borak J: Clinical decisions analysis [letter]. Journal of the American Medical Association, 1977; 237:641.

Borak J: *Hypertension: A Policy Perspective* by MC Weinstein and W Stason [book review]. Annals of Internal Medicine, 1977; 87:135.

Borak J: Data requirements for clinical decisions on renovascular hypertension. Clinical and Investigative Medicine, 1979; 2:105.

Meyer C, McBride WJ, Goldblatt RS, Borak J, Marignani P, Contino C, McCallum R: Flexible fiberoptic sigmoidoscopy in asymptomatic and symptomatic patients: a comparative study. Gastrointestinal Endoscopy, 1979; 25:43.

Borak J, Vasey F, Lauter S, Dorval G, Osterland CK: Immunofluorescence assay for antinuclear factor: a nonspecific test in hospitalized patients. Canadian Medical Association Journal, 1979; 121:1372.

Abstracted in: Twenty-Fifth Rheumatism Review. Atlanta: Arthritis Foundation, 1981.

Borak J, Vasey F, Lauter S, Dorval G, Osterland CK: Immunofluorescence assay for antinuclear factor: the meaning of specificity [letter]. Canadian Medical Association Journal, 1980; 123:474.

Meyer C, McBride WJ, Goldblatt RS, Borak J, Marignani P, Black HR, McCallum RW: Clinical experience with flexible sigmoidoscopy in asymptomatic and symptomatic patients. Yale Journal of Biology and Medicine, 1980; 53:345.

Borak J, Veilleux S: Does statistical training improve physician logic? Clinical Research, 1981; 29:316A.

Borak J, Veilleux S: Prophylactic lidocaine: Uncertain benefits in emergency settings. Annals of Emergency Medicine, 1982; 11:493.

Borak J, Veilleux S: Errors of intuitive logic among physicians. Social Science and Medicine, 1982; 16:1939.

Bell C, Borak J, Loeffler JR: Pneumothorax in drug abusers: A complication of internal jugular venous injections. Annals of Emergency Medicine, 1983; 12:167.

BORAK, Jonathan Benjamin                                        Page 12 of 26

Borak J, Veilleux S:  Informed consent in emergency settings.  Annals of Emergency
    Medicine, 1984; 13:731.

       Reprinted in Connecticut Medicine, 1984; 48:235.

Granata AV, Halickman JF, Borak J:  Utility of military anti-shock trousers (MAST) in
    anaphylactic shock.  Journal of Emergency Medicine, 1985; 2:349.

Starr LM, Borak J, Waymaster S:  Responding to industrial accidents requires development of
    disaster plan.  Occupational Health and Safety, 1985; 55:19.

Borak J:  A Primer on EMS for Connecticut physicians.  Connecticut Medicine, 1985; 49:657.

Starr LM, Bush DF, Borak J, Waymaster S, Somerfield M:  Emergency teams and industry
    have different perceptions of each other. Occupational Health and Safety, 1986;
    55(June):20.

Borak J, Bush DF, Starr L, Waymaster S:  The hazards of ignorance: the EMS/Industry
    interface.  Journal of Emergency Medical Services, 1986; 11(September):6.

Starr LM, Bush DF, Borak J, Waymaster S:  Workplace medical emergencies. The Health
    Psychologist, 1986; 8(2):2.

Borak J, Starr LM:  On emergency medical preparedness for industrial accidents.  ECO, 1987;
    (March):3.

Starr LM, Leach T, Borak J:  Occupational emergencies and EMS. Journal Emergency Care
    and Transport, 1988; 17:46.

Herbener D, Borak J:  Cutaneous larva migrans in Northern climates. American Journal of
    Emergency Medicine, 1988; 6:462.

Borak J:  The Superfund Amendments and Reauthorization Act of 1986: Implications for
    prehospital services.  Emergency Care Quarterly, 1990; 6(3):29.

Borak J:  HazMat training.  Journal of Emergency Care and Transport, 1991; 20(4):44.

Borak J:  Predicting HazMat effects through exposure routes and injury mechanisms.
    Rescue, 1991; 4(3):62.

Borak J:  Phosgene toxicity: Review and update.  Occupational and Environmental Medicine
    Report, 1991; 5:19.

Borak J:  Welding-related illness: New thoughts on an old malady.  Occupational and
    Environmental Medicine Report, 1991; 5:89.

Borak J, Sidell FC:  Agents of chemical warfare. I. Sulfur mustard.  Annals of Emergency
    Medicine, 1992; 21:303.

Sidell FC, Borak J:  Agents of chemical warfare. II. Nerve agents.  Annals of Emergency
    Medicine, 1992; 21:865.

Borak J:  Acute acrylonitrile toxicity: Reconsideration of mechanisms and antidotes.
    Occupational and Environmental Medicine Report, 1992; 6:19.

Borak J:  Cadmium nephropathy: Review and update.  Occupational and Environmental
    Medicine Report, 1992; 10:75.

Borak J:  Toxicology of glycol ethers: a quick review. Occupational and Environmental

Medicine Report, 1993; 7:43.

Borak J, Jaffe D:  Aluminum and Alzheimer's disease.   Occupational and Environmental Medicine Report, 1994; 8:3.

Borak J:  Environmental Surveillance: understanding of exposure limits needed for proper job application.  Occupational Health and Safety , 1994; 63(5):30.

Borak J, Russi M, Jaffe D:  Criteria for significant threshold shift in occupational hearing programs: a re-evaluation.  Occupational and Environmental Medicine Report, 1994; 8:49.

Borak J: Environmental Surveillance: ACGIH's Threshold Limit Values. Occupational Health and Safety, 1994; 63 (8):26.

Borak J:  Environmental Surveillance: OSHA's outdated Air Contaminants system.  Occupational Health and Safety , 1994; 63(12):41.

Russi M, Borak J: Special Report: Medical surveillance under the new Asbestos Standards.  Occupational and Environmental Medicine Report, 1995; 9:6.

Borak J:  Workplace monitoring and environmental surveillance: What's the difference?  Occupational Health and Safety, 1995; 649:(4):30.

Borak J: Pharmacologic mechanism of antidotes in cyanide and nitrile poisoning (letter).  Journal of Occupational and Environmental Medicine, 1995; 37:793.

Flaten TP, Pollack ES, Hill G, Borak J, Bonham GH: Aluminum and Alzheimer's disease: concluding remarks.  EnvironMetrics 1995; 6:319.

Borak J:  Dioxins and Health, edited by A Schecter [book review].  Journal of Occupational and Environmental Medicine 1995:38:305.

Borak J, Israel L: Does in utero exposure to PCBs cause developmental toxicity? Occupational and Environmental Report, 1997; 11:13.

Borak J, Wise JP:  DNA-Protein crosslinks as biomarkers of formaldehyde exposure.  International Journal of Occupational and Environmental Health, 1997; 3:307.

Borak J: Chromium valence and chromium species: A carcinogenicity dilemma (editorial).  Occupational and Environmental Medicine Report, 1997; 11:93.

Borak J, Pastides H, Van Ert M, Russi M, Herzstein J: Exposure to MTBE and acute human health effects: a critical literature review.  Human and Ecological Risk Assessment, 1998; 4:177.

Borak J, Wise JP: Does aluminum exposure of pregnant animals lead to accumulation in mothers or their offspring?  Teratology 1998; 57:127.

Borak J, Silverstein BD: Emergency response plans: the benefits of integration.  Occupational Hazards, 1999: 61(9): 44.

Borak J, Cohen HJ, Hethmon TA: Copper exposure and metal fume fever: Lack of evidence for a causal relationship.  American Industrial Hygiene Association Journal 2000: 61:832.

Borak J, Russi M, Puglisi JP: Meta-analyses [letter].  Environmental Health Perspectives, 2000: 108:A542.

Borak J, Diller WF: Phosgene exposure: Mechanisms of injury and treatment strategies.  Journal of Occupational and Environmental Medicine, 2001; 43:110.

Borak J:  Why diesel and why now? [editorial]. Occupational and Environmental Report, 2001; 15:65.

Borak J, Sirianni G, Cohen H, Chemerynski S, Jongeneelen F: Biological vs. ambient exposure monitoring of creosote facility workers. Journal of Occupational and Environmental Medicine, 2002; 44:310.

   Reprinted in: Journal of the Institution for Social and Policy Studies. 2003; 4:7.

   Recipient of the 2003 **Adolph G. Kammer Merit in Authorship Award** of the American College of Occupational and Environmental Medicine

Cohen HJ, Borak J, Hall T, Sirianni G, Chemerynski S:  Exposure of miners to diesel particulate matter in underground non-metal mines. American Industrial Hygiene Association Journal, 2002; 63:651.

Cohen, HJ, Sirianni G, Chemerynski S, Wheeler R, Borak J: Observations on the suitability of the Aethalometer for vehicular and workplace monitoring. Journal of the Air & Waste Management  Association, 2002; 52:1258.

Borak J, Sirianni G, Cohen HJ, Chemerynski S, Wheeler R: Comparison of NIOSH 5040 method vs. Aethalometer to monitor diesel particulate in school buses and work sites. American Industrial Hygiene Association Journal, 2003; 64:260.

Sirianni G, Chemerynski S, Cohen HJ, Wheeler R, Borak J: Sources of Interferences in field studies of diesel exhaust emission. Applied Occupational and Environmental Hygiene, 2003; 18:591.

Fiellin M, Chemerynski S, Borak J: Editorial: Race, ethnicity and the SEER Database. Medical and Pediatric Oncology, 2003; 40:413.

Borak J, Fiellin M, Chemerynski S: Who is Hispanic? Implications for epidemiological research in the United States. Epidemiology, 2004; 15:240-244.

Borak J: Adequacy of iodine nutrition in the United States. Connecticut Medicine, 2005; 69:73-77.

Borak J, Slade MD, Russi M: Risks of brain tumors in rubber workers: a meta-analysis. Journal of Occupational and Environmental Medicine 2005; 47:294-298.

Fields C, Dourson M, Borak J: Iodine-Deficient Vegetarians: A hypothetical perchlorate-susceptible population?  Regulatory Toxicology and Pharmacology, 2005; 42:37-46.

Borak J: Neonatal hypothyroidism due to maternal vegan diet. Journal of Pediatric Endocrinology and Metabolism 2005; 18:621.

Fields C, Borak J: Toxicology of the Kidney by JB Tarloff and LH Lash [book review]. Journal of Occupational and Environmental Medicine 2005; 47:1317-1318.

Borak J: The Beryllium Occupational Exposure Limit: Historical perspectives and current inadequacy. Journal of Occupational and Environmental Medicine 2006; 48:109-116.

Borak J, Sirianni G: Hormesis: Implications for cancer risk assessment. Dose Response 2005; 3:443-451.

Borak J, Woolf SH, Fields CA: Use of BeLPT for screening of asymptomatic individuals: An evidence-based assessment.  Journal of Occupational and Environmental Medicine 2006; 48:937-948.

BORAK, Jonathan Benjamin                                            Page 15 of 26

Borak J: The Beryllium Occupational Exposure Limit: Historical origin and current inadequacy: Author's Response. Journal of Occupational and Environmental Medicine 2006; 48:998-1001.

Borak J, Hosgood HD: Seafood Arsenic: Implications for human risk assessment. Regulatory Toxicology and Pharmacology 2007; 47:204-212.

Recipient of **Certificate of Recognition: Elsevier's Top 10 Cited Articles of 2007-08**

Borak J, Woolf SH, Fields CA: Use of BeLPT for screening of asymptomatic individuals: Author's Response [letter]. Journal of Occupational and Environmental Medicine 2007; 49:358-9.

Borak J, Sirianni G: Studies of Self-pollution in Diesel School Buses: Methodological Issues. Journal of Occupational and Environmental Hygiene 2007; 4:660-668.

Sirianni G, Hosgood HD, Slade MD, Borak J: Particle size distribution and particle size-related silica content in granite quarry dust. Journal of Occupational and Environmental Hygiene 2008; 5:279-285.

Russi MB, Borak JB, Cullen MR: An examination of cancer epidemiology studies among populations living close to toxic waste sites. Environmental Health 2008; 7:32.

Slade MD, Borak J: *Statistical Evidence in Medical Trials: What do the data really tell us?* By SD Simon [book review]. Journal of Occupational and Environmental Medicine 2008; 50:602.

Borak J: *Nanotoxicology: Characterization, Dosing and Health Effects.* By NA Monteiro-Riviere and CL Tran [book review]. Journal of Occupational and Environmental Medicine 2009; 51:620.

Borak J: Five classic articles in Public Health. Yale Journal of Biology and Medicine 2010; 83:43-45.

Sirianni G, Borak J: How clean is "Clean"? Regulations and standards for workplace clothing and personal protective equipment. Journal of Occupational and Environmental Medicine 2010; 52:190-196.

Borak J, Fields C, Andrews LS, Pemberton MA: Methyl Methacrylate and respiratory sensitization: A critical review. Critical Reviews in Toxicology 2011; 41:230-268.

Borak J, Bunn WB, Chase GR, Hall TA, Head JH, Hesterberg TW, Sirianni G, Slavin TJ: Comments on the Diesel Exhaust in Miners Study [Letter]. Annals of Occupational Hygiene, 2011; 55:339-342.

Borak J: Obesity and the Work Place [editorial]. Occupational Medicine, 2011; 61: 220-222.

Fields C, Borak J: *Heavy Metals: A Rapid Clinical Guide to Neurotoxicity and other Common Concerns.* By KR Spaeth, AJ Tsismenakis, SN Kales [book review]. Journal of Occupational and Environmental Medicine 2011; 53:587.

Borak J, Salipante-Zaidel C, Slade MD, Fields CA: Mortality Disparities in Appalachia: Reassessment of Major Risk Factors. Journal of Occupational and Environmental Medicine 2012; 54:146-156.

Borak J, Slade MD, Allen RA, Salipante-Zaidel C, Fields CA: Ecological Bias and Data Entry Errors: Response to Hendryx and Ahern. Journal of Occupational and Environmental Medicine 2012; 54:770-773.

Borak J: *A Biologic Approach to Environmental Assessment and Epidemiology*. By TJ Smith and

D Kriebel [book review]. Journal of Occupational and Environmental Medicine 2012; 54:1040-1041.

Dworak JJ, Roberts DW, Calter MA, Fields CA, Borak J: Is Diacetyl a Respiratory Sensitizer? A Reconsideration using QSAR, QMM and Competition Experiments. Chemical Research in Toxicology, 2013; 26:631-633. (http://dx.doi.org/10.1021/tx400097v).

Roberts DW, Calter MA, Borak J, Fields CA, Letter to the editor. Food and Chemical Toxicology, 2014; 70:260-62. (http://dx.doi.org/10.1016/j.fct.2014.05.013).

Borak J: *The Norm Chronicles: Stories and Numbers about Danger and Death* by M Blastland and D Spiegelhalter [book review]. Journal of Occupational and Environmental Medicine 2015; 57:e11.

Borak J, Brosseau LM: The Past and Future of Occupational Exposure Limits. Journal of Occupational and Environmental Hygiene 2015; 12:S1-S3.

Borak J, Lefkowitz RY: Bronchial Hyperresponsiveness: In-Depth Review. Occupational Medicine (London) 2016; 66:95-105. (doi: 10.1093/occmed/kqv158).

Borak J: Chronic Beryllium Disease: The Search for a Dose-Response. Journal of Occupational and Environmental Medicine 2016; 58:e355-361.

### Committee and Group Publications

Bioethics Committee, American College of Emergency Physicians: Medical, moral, legal, and ethical aspects of resuscitation for patients who have minimal ability to function or ultimately survive. Annals of Emergency Medicine, 1985; 14:919.

American Hospitals in Transition: Business Implications and Strategic Considerations for Medical Suppliers. New York: Channing, Weinberg & Co., 1984.

Committee on Organ and Tissue Transfers, Connecticut State Medical Society. HIV testing of transfusion recipients. Connecticut Medicine, 1990; 54:217.

Badon SJ, Cable RG and Committee on Organ and Tissue Transfers, Connecticut State Medical Society. Yersinia enterocolitica contamination of blood. Connecticut Medicine, 1992; 56:287.

Emergency Response Planning Committee, American Industrial Hygiene Association: The AIHA 1996 Emergency Response Planning Guidelines and Workplace Environmental Exposure Level Guides Handbook. Fairfax: AIHA, 1996.

World Health Organization. Environmental Health Criteria 194: Aluminium. Geneva: World Health Organization, International Program on Chemical Safety, 1997.

Environmental Medicine Committee, American College of Occupational and Environmental Medicine: Multiple Chemical Sensitivities: Idiopathic Environmental Intolerance. Journal of Occupational and Environmental Medicine 41:940, 1999.

National Advisory Committee to Develop Acute Exposure Guideline Levels for Hazardous Substances: Acute Exposure Guideline Levels for Selected Airborne Chemicals: Volume #1. Washington, DC: National Academy Press, 2000.

National Advisory Committee to Develop Acute Exposure Guideline Levels for Hazardous Substances: Standing Operating Procedures for Developing Acute Exposure Guideline Levels for Hazardous Chemicals. Washington, DC: National Academy Press, 2001.

BORAK, Jonathan Benjamin                                    Page 17 of 26

National Advisory Committee to Develop Acute Exposure Guideline Levels for Hazardous
        Substances: <u>Acute Exposure Guideline Levels for Selected Airborne Chemicals: Volume 2</u>.
        Washington, DC: National Academy Press, 2002.

National Advisory Committee to Develop Acute Exposure Guideline Levels for Hazardous
        Substances: <u>Acute Exposure Guideline Levels for Selected Airborne Chemicals: Volume 3</u>.
        Washington, DC: National Academy Press, 2003.

National Advisory Committee to Develop Acute Exposure Guideline Levels for Hazardous
        Substances: <u>Acute Exposure Guideline Levels for Selected Airborne Chemicals: Volume 4</u>.
        Washington, DC: National Academy Press, 2004.

National Research Council Subcommittee on Toxicologic Assessment of Low-Level Exposures
        to Chemical Warfare Agents: <u>Review of the Department of Defense Research Program
        on Low-Level Exposures to Chemical Warfare Agents</u>.  Washington, DC: National
        Academy Press, 2005.

National Advisory Committee to Develop Acute Exposure Guideline Levels for Hazardous
        Substances: <u>Acute Exposure Guideline Levels for Selected Airborne Chemicals: Volume 5</u>.
        Washington, DC: National Academy Press, 2006.

Calabrese EJ, Bachmann KJ, Bailer AJ, Bolger PM, **Borak J**, et al.: Biological Stress Response
        Terminology: Integrating the Concepts of Adaptive Response and Preconditioning Stress
        within a Hormetic Dose-Response Framework.  <u>Toxicology and Applied Pharmacology</u>
        2007; 222:122-128.

Ainslie VS, Barr DB, **Borak J**, Cessna AL, Fry AJ, Jones-Lepp T, Lioy P, Stopford W, Wickman
        A: <u>Peer Review of an Evaluation of the Health and Environmental Impacts Associated
        with Synthetic Turf Playing Fields</u>. Hartford: Connecticut Academy of Science and
        Engineering, 2010.

Brandt-Rauf, P, Deubner DC, Withers BF, Hudson TW, **Borak J**: Genetic Screening in the
        Workplace: ACOEM Guidance Statement.  <u>Journal of Occupational and Environmental
        Medicine</u> 2010; 52:763.

Fischman M, Kosnett M, Lichty P, Howard J, Murashov V, **Borak J**, and Seward J:
        Nanotechnology and Health: ACOEM Guideline Statement.  <u>Journal of Occupational and
        Environmental Medicine</u> 2011: 687–689.

Brandt-Rauf, P, **Borak J,** Deubner DC: Genetic Screening in the Workplace: ACOEM Position
        Statement.  <u>Journal of Occupational and Environmental Medicine</u> 2015; 57:e17.

        **<u>Internet Resources</u>**

Borak J: <u>International Cyanide Antidote Database</u>.  Cyanide Poisoning Treatment Coalition.
        Available at: <u>http://www.cyanidepoisoning.org/pages/ICAD.asp</u>

Sirianni G, Borak J: How clean is "Clean"? Regulations and standards for workplace clothing
        and personal protective equipment: On-Line Supplemental Guide.  <u>Journal of
        Occupational and Environmental Medicine</u>. Available at: <u>http://links.lww.com/JOM/A28</u>

# **PRESENTATIONS**:

Borak J:  "Medical decision making: The case of renovascular hypertension".  Annual Meeting,
Robert Wood Johnson Clinical Scholar Program; Asheville, N.C., 1976.

Borak J:  "An evaluation of the adequacy of methods used in clinical investigations of renovascular hypertension".  American Federation for Clinical Research, Sydenham Society; Atlantic City, 1976.

Meyer C, McBride WJ, Goldblatt RS, Borak J, Marignani P, Contino C, McCallum R:  "Flexible fiberoptic sigmoidoscopy in asymptomatic and symptomatic patients".  American Society of Gastrointestinal Endoscopy; New Orleans, 1979.

Borak J, Veilleux S:  "Errors of intuitive logic among physicians".  Annual Meeting, Robert Wood Johnson Clinical Scholar Program; Scottsdale, 1981.

Borak J:  "The epidemiology of cardiac arrest".  Annual Scientific Session, Connecticut State Medical Society; New Haven, 1985.

Borak J:  "Emergency medicine: What is it and where is it going?".  Tenth Annual Symposium, The Wilkerson Group; New York, 1985.

Bush DF, Starr LM, Borak J, Waymaster S:  "Communication about medical emergencies: The different perceptions of plant safety directors and EMTs".  International Communication Association; Evanston, 1985.

Borak J:  "Communication -- The key to the comprehensive emergency response system". International Communication Association; Chicago, 1986.

Bush DF, Starr LM, Borak J, Rachlis V:  "The role of the primary care physician in preparation for industrial disasters".  International Communication Association; Oxford, England, 1986.

Borak J:  "Acute medical aspects of SARA Title III".  Summer National Meeting, American Institute of Chemical Engineers; Denver, 1988.

Starr LM, Rachlis V, Borak J:  "How to structure the communication process of primary care physicians when discussing occupational health hazards".  International Conference on Doctor-Patient Communication; London, Ontario, 1986.

Borak J:  "SARA Title III for physicians: Navigating the muddy water of community Right-to-Know".  Postgraduate Seminar, American Occupational Health Conference, American College of Occupational Medicine; Boston, 1989.

Borak J:  "EMS and hazardous materials".  SARA Title III: Progress and Prospects, Department of Environmental Protection, State of Connecticut; Cromwell, 1989.

Borak J:  "The implications of SARA Title III for EMS services".  SARA Title III State Planning Conference, Department of State Police, State of Michigan; Lansing, MI, 1989.

Borak J, Flynn D:  "The management of hazardous materials accidents in the emergency department".  Scientific Assembly, Emergency Nurses Association; Washington, D.C., 1989.

Borak J, Leonard RB:  "Hazardous materials: Approach and management".  Scientific Assembly, American College of Emergency Physicians; Washington, D.C., 1989.

Borak J:  "A Guide to SARA Title III for physicians: Disaster planning and community Right-to-Know".  Disaster '90: The International Disaster Management Conference; Orlando, 1990.

Borak J:  "Emergency medical response to industrial accidents: The U.S. perspective". Medische Rampenplanning en de Gentse Industrie, (Medical Disaster Planning in the Ghent Industries), Rijksuniversiteit; Ghent, Belgium, 1990.

Borak J:  "Acute toxic inhalation injuries".  Annual Meeting, Connecticut Lung Association;

New Haven, 1990.

Borak J:  "Environmental toxins: The emergency medicine response".  National Medical Association; Las Vegas, 1990.

Borak J:  "Disasters and trauma: Managing the aftermath".  National Society for Patient Representation, American Hospital Association; Washington, D.C., 1990.

Borak J:  "HazMat and the EMS responders".  Connecticut HazMat Week, Commission on Fire Prevention and Control; New Haven, 1990.

Borak J:  "Medical monitoring".  Connecticut HazMat Week, Connecticut Commission on Fire Prevention and Control; New Haven, 1990.

Borak J, Callan M:  "Mitigation and response to chemical warfare and terrorism".  Disaster '91: The International Disaster Management Conference; Orlando, 1991.

Borak J:  "The contaminated victim".  SARA Title III Workshops, State Emergency Response Commission, State of Connecticut; Cromwell, CT, 1991.

Connor S, Borak J:  "Hazard emergencies: Recognition and management for nurses".  (Full-Day Course), American Occupational Health Conference, American Association of Occupational Health Nurses; San Francisco, 1991.

Borak J, Callan M, Abbott W:  "Hazardous materials emergency response for EMS personnel".  (24-hour OSHA certification program).  Emergency Response Conference; Rosemont, 1991.

Borak J:  "What physicians need to know about environmental regulations".  Environmental Medicine Seminar, New Hampshire Medical Society; Portsmouth, NH, 1991.

Borak J:  "Toxic reproductive hazards".  Annual Meeting, Philadelphia Occupational Health Nurses Association; West Point, PA, 1991.

Borak J, White S:  "Hazardous materials update".  Annual Educational Conference, National Association of Emergency Medical Technicians; Kansas City, 1991.

Borak J, Bouvier KJ:  "HazMat: The essentials of training EMS".  Annual Educational Conference, National Association of Emergency Medical Technicians; Kansas City, 1991.

Borak J:  "Training and education of workers and managers".  Air Pollution in Central and Eastern Europe: Health and Public Policy; Frydek-Mistek, Czechoslovakia, 1991.

Borak J:  "EMS first responders at Hazmats incidents".  Connecticut Hazardous Materials Week, Connecticut Commission on Fire Prevention and Control; New Haven, 1991.

Borak J:  "The pathophysiology of inhalation injury".  Recognition and Treatment of Toxic Inhalation Emergencies; Norwalk Hospital, Norwalk, CT, 1991.

Borak J, Moss M: "HazMat exposure: Health effects and medical monitoring". Connecticut Hazardous Materials Week, Connecticut Commission on Fire Prevention and Control; New Haven, 1991.

Borak J:  "Hazmats recognition and identification".  Pre-Conference Workshop, EMS Today Conference; Albuquerque, 1992.

Borak J:  "Health effects of Hazmats exposure".  Pre-Conference Workshop, EMS Today Conference; Albuquerque, 1992.

Borak J:  "Personal protection from Hazmats exposure".  Pre-Conference Workshop, EMS

Today Conference; Albuquerque, 1992.

Borak J: "Hazmats incident procedures".  Pre-Conference Workshop, EMS Today Conference; Albuquerque, 1992.

Pendergrass JA, Forster F, Borak J, Vance L:  "What you need to know to talk to an Industrial Hygienist".  Postgraduate Seminar, American Occupational Health Conference, American College of Occupational and Environmental Medicine; Washington, 1992.

Klein HM, Borak J:  "Resource allocation for environmental health training".  Fifth National Environmental Health Conference; Centers for Disease Control; Atlanta, 1992.

Borak J, Falk H, Elliott D, Goldstein BD, Melius J, Cullen MR, Rusch G:  "The what, why and how of environmental emergencies: A guide for occupational physicians".  American Occupational Health Conference, American College of Occupational and Environmental Medicine; Washington, 1992.

Borak J:  "The emergency planning elements of EPA and OSHA regulations".  American Occupational Health Conference, American College of Occupational and Environmental Medicine; Washington, 1992.

Borak J:  "Environmental regulations: What the occupational health professional should know.  Annual Conference, New England Occupational Medicine Association; Boston, 1992.

Borak J, Polsky SS:  "Medical control of hazardous materials incidents". Clinical Forum: Current Concepts, Emerging Trends; American College of Emergency Physicians; Kansas City, 1993.

Borak J:  "Hazardous materials injury: Prehospital and hospital care".  Clinical Forum: Current Concepts, Emerging Trends; American College of Emergency Physicians; Kansas City, 1993.

Borak J:  "Hazardous materials incidents: Hospital based decontamination procedures".  Clinical Forum: Current Concepts, Emerging Trends; American College of Emergency Physicians; Kansas City, 1993.

Borak J:  "Medical emergencies in the workplace".  Harvard School of Public Health Education Resource Center, Boston, 1993.

Borak J:  "Toxicology of hazardous materials".  Medical Grand Rounds, Department of Emergency Medicine, Rhode Island Hospital, Providence, 1993.

Borak J:  "Hazardous materials emergencies".  3rd Annual Occupational Health Nursing Institute, Environmental and Occupational Health Sciences Institute, University of Medicine and Dentistry of New Jersey, 1993.

Olson, KR, Borak J, George E, Lum M, Tominack R:  "Clinical Management of Hazardous Materials Emergencies: Mini-Symposium for Poison Center Professionals".  International Congress of Clinical Toxicology, New York, 1993.

Borak J:  "Basics of HazMat Toxicology".  Annual Meeting, International Congress of Clinical Toxicology, New York, 1993.

Borak J:  "ED Management of HazMat incidents".  Scientific Assembly, Emergency Nurses Association, Seattle, 1993.

Borak J:  "Hazmats: Emergency response and patient care".  Scientific Assembly, American College of Emergency Physicians, Chicago, 1993.

McLellan RM, Borak J:  "Treatment, Prevention and Control of Environmental Exposures".

State-of-the-Art Conference, American College of Occupational and Environmental Medicine, Dallas, 1993.

McCunney RJ, Borak J:  "Occupational Medicine Self-Assessment Program III".  State-of-the-Art Conference, American College of Occupational and Environmental Medicine, Dallas, 1993.

McLellan RK, Borak J:  "Sources of Environmental Exposure".  State-of-the-Art Conference, American College of Occupational and Environmental Medicine, Dallas, 1993.

Borak J:  "Environmental Disaster Issues".  State-of-the-Art Conference, American College of Occupational and Environmental Medicine, Dallas, 1993.

Borak J, Mitchell FL, Sublet VH:  "Environmental Medicine Case Studies".  State-of-the-Art Conference, American College of Occupational and Environmental Medicine, Dallas, 1993.

Borak J:  "Occupational Health Hazards of Hospital Workers".  Grand Rounds in Internal Medicine, Thomas Jefferson Medical College, Philadelphia, 1993.

Borak J:  "Environmental Disaster Issues".  State-of-the-Art Conference, American College of Occupational and Environmental Medicine, Dallas, 1993.

Borak J:  "Prepare for Industrial Emergencies and Disasters".  American Occupational Health Conference, American College of Occupational and Environmental Medicine, Chicago, 1994.

Borak J:  "Monitoring Exposure to Heavy Metals".  Medical Surveillance in the Workplace. American Occupational Health Conference, American College of Occupational and Environmental Medicine, Chicago, 1994.

Borak J:  "Hazardous Materials Emergencies".  Grand Rounds in Emergency Medicine, Hartford Hospital, Hartford, 1994.

Borak J:  "Health Effects of Hazardous Materials" .  Post Graduate Seminar. State-of-the-Art Conference, American College of Occupational and Environmental Medicine, Denver, 1994.

Borak J, Mitchell FL, Lewis-Younger C, Middleton D, Lum MR:  "Cases in Environmental Medicine : The Physician's Perspective".  American Occupational Health Conference, American College of Occupational and Environmental Medicine, Chicago, 1994.

Borak J:  "Incident Procedures for Hazardous Materials Emergencies" .  Post Graduate Seminar. State-of-the-Art Conference, American College of Occupational and Environmental Medicine, Denver, 1994.

Borak J:  "Emergency Planning for Governmental Agencies and Contractors".  New Environmental Issues & Liabilities of Governmental Agencies & Contractors, Federal Publications, Washington, DC and San Diego, 1995.

Borak J, McCunney RJ, Dunn W, Dhara R:  "Emergency Response Planning for Toxic Air Releases".  American Occupational Health Conference, American College of Occupational and Environmental Medicine, Las Vegas, 1995.

Levy B, McCunney RJ, Borak J, Orris P:  "Occupational Medicine Self-Assessment Program". American Occupational Health Conference, American College of Occupational and Environmental Medicine, Las Vegas, 1995.

Pope A, Kipen HM, Lum M, Borak J, Roberts M:  "Integrating Environmental Health into Medical School Curricula".  American Occupational Health Conference, American College of Occupational and Environmental Medicine, Las Vegas, 1995.

Borak J:  "Controversies in Environmental Medicine: Reformulated Gasoline, Methyl tert-Butyl Ether and Human Health".  New England College of Occupational and Environmental Medicine, Boston, 1995.

Borak J:  "Toxic Terrorism and Inhaled Poisons".  Third Annual Advances in Toxicology, University of Connecticut School of Medicine, Farmington, 1995.

Borak J:  "Inhalation Toxicology of Hazardous Materials".  Grand Rounds in Emergency Medicine, Rhode Island Hospital, Providence, 1996.

Borak J:  "Health Effects of Acute Hazardous Materials Exposure".  Post Graduate Seminar. American Occupational Health Conference. American College of Occupational and Environmental Medicine, San Antonio, 1996.

McCunney RJ, Borak J, Orris P:  "Occupational Medicine Self-Assessment Program". Post Graduate Seminar.  American Occupational Health Conference. American College of Occupational and Environmental Medicine, San Antonio, 1996.

Kess SL, Hryhorczuk DO, Falk H, Mitchell FL, Hall AH, Borak J: "Career Opportunities in Environmental Medicine". American Occupational Health Conference, San Antonio, 1996.

Borak J:  "Les Novelles Normes de Qualité de L'air Aux États-Unis: Bases Épidémiologiques et Bénifices Attendus".  Pollution Atmospherique Urbaine et Santé Humaine.  Faculté de Médecine Xavier Bichat, Paris,  1997.

Borak J, Goldstein BM, Kavlock R, Lipshultz LI, Wolff MS: "Endocrine Disrupter Chemicals, Environmental Exposures and Human Health". American Occupational Health Conference. American College of Occupational and Environmental Medicine, Orlando, 1997.

Borak J: "Determination of Work-relatedness of Disease - Evidence of Disease: What Is Necessary?" American Occupational Health Conference. American College of Occupational and Environmental Medicine, Orlando, 1997.

Borak J:  "Fluoride and Drinking Water: Historical Perspective and Current Toxicology". American Occupational Health Conference. American College of Occupational and Environmental Medicine, Orlando, 1997.

Borak J:  "Health Effects of Acute Hazardous Materials Exposure".  Post Graduate Seminar. State of the Art Conference. American College of Occupational and Environmental Medicine, Nashville, 1997.

Borak J: "Risk Assessment: Survival Guide for Physicians".  State of the Art Conference. American College of Occupational and Environmental Medicine, Phoenix, 1998.

Borak J: "Pollutants in the Quinnipiac River: Effects on Human Health".  Point Source Pollution Conference.  Yale School of Forestry and Environmental Studies, New Haven, 1999.

Borak J, Upfal M: "Occupational Health Services Course for General Practitioners: Clinical Occupational Health: Train-the-Trainer".  (3-day educational program for Slovak physicians, sponsored by Harvard Institute for International Development and US Agency for Industrial Development). Bratislava, Slovakia, 1999.

Borak J: Plausible Conservatism and Maximal Use of Scientific Information: A Risk Assessment Paradigm.  Yale University Interdisciplinary Bioethics Conference, New Haven, CT, 2000

Borak J: Toxicology, Risk Assessment, and the "New, New" Science.  Annual Meeting, Kentucky Medical Association, Louisville, KY, 2000.

Bunn, W, Borak J, Cohen JT, Mauderly J, Modarres M:  Health Effects of Diesel and Other Combustion Technologies.  Society of Automotive Engineers, International Truck & Bus Meeting. Chicago, 2001

Chemerynski S, Borak J: Diesel Exhaust: A Risk Assessment Conundrum.  Yale University Interdisciplinary Risk Assessment Forum, New Haven, CT, 2000

Borak J, Brandt-Rauf, P, Cooper W, Diaz J, McLellan R, Pendergast J:  Environmental Medicine Series: Water, Water Everywhere – But is it Safe to Drink?  Millennium Series, American Occupational Health Conference, Chicago, 2002.

Sirianni G, Cohen H, Borak J, Chemerynski S, Wheeler R, Gunter B, Jongeneelen F: Assessment of Creosote Exposure among Wood Preservation Workers: A Pilot Study.  American Industrial Hygiene Conference and Exposition, San Diego, 2002.

Chemerynski S, Borak J, Sirianni G, Cohen H: Pseudo Hormesis: An Explanation in Search of a Manifestation.  Non-Linear Dose-Response Relationships in Biology, Toxicology and Medicine, International Conference, Amherst, MA, 2002.

Chemerynski S, Borak J, Sirianni G, Cohen H: Uncertainties Surrounding the Risk Assessment of Diesel Particulate Matter. Annual Meeting, American Public Health Association, Philadelphia, 2002.

Sirianni G, Chemerynski S, Cohen H, Borak J, Jongeneelen F: Assessment of Creosote Exposure in Wood Preservation Workers at Two Locations.  American Public Health Association, Philadelphia, 2002.

Borak J: The Toxicology of Chemical Warfare Agents.  Yale University Interdisciplinary Risk Assessment Forum, New Haven, CT, 2000.

Borak J, Warnock DW, Woodward S, Hardin B, Redd SC, McLellan RM: Overview of the Issues of Indoor Mold. American Occupational Health Conference, American College of Occupational and Environmental Medicine, Atlanta, 2003.

Borak J, Dalton P, Kipen HM, Morata TC, Rabinowitz PM:  Adverse Effects of Toxic Exposures on Sensory Perception.  American Occupational Health Conference, American College of Occupational and Environmental Medicine, Atlanta, 2003.

Borak J: Evidence, Risk Assessment and Causality:  State of the Art Conference.  American College of Occupational and Environmental Medicine, Toronto, 2003.

Borak J, Brandt-Rauf P, Maier L, Talaska G: Molecular Epidemiology: Studying the Interactions of Exposures, Genetics and Health.  American Occupational Health Conference, American College of Occupational and Environmental Medicine, Kansas City, 2004.

Borak J: Implications of Hormesis for Risk Assessment.  3rd International Conference on Non-linear Dose-response Relationships in Biology, Toxicology and Medicine, University of Massachusetts, Amherst, 2004.

Borak J: What is a 'Susceptible Sub-Population'?  Yale University Interdisciplinary Risk Assessment Forum, New Haven, CT, 2004.

Borak J: Uncertainty, Variability and Susceptible Sub-Populations.  Occupational Medicine Colloquium, University of Connecticut Health Center, Farmington, 2005.

Borak J: An Introduction to Risk Assessment as an Issue of Ethics.  Summer Ethics Program, Yale Center for Bioethics, Institute for Social and Policy Studies, New Haven, 2005.

BORAK, Jonathan Benjamin                                              Page 24 of 26

Borak J: Scientific Risk Assessment and the Future of Occupational and Environmental Medicine.  George H. Gehrman Memorial Lecture. State of the Art Conference.  American College of Occupational and Environmental Medicine, Chicago, 2005

Hosgood D, Borak J, Slade M: Silica and Lung Cancer: a Monte Carlo Analysis. Annual Meeting, American Public Health Association, Philadelphia, 2005.

Borak J, Sirianni G: Methodological Limitations in Studies Evaluating Diesel Emissions inside School Bus Cabins.  Annual Conference, Air & Waste Management Association, New Orleans, 2006.

Borak J: The Origins of Scientific Risk Assessment in Occupational and Environmental Health Policy.  Annual Student Day Lecture, Institute of Environmental and Human Health Texas Tech University, Lubbock, TX 2006.

Borak J: Does Silica Cause Lung Cancer (in the Absence of Silicosis)?  Occupational Medicine Colloquium, University of Connecticut Health Center, Farmington, 2006.

Hosgood HD, Sirianni G, Slade MD, Borak J: Combining Historical and Contemporary Exposure Data to Evaluate Silica-Related Lung Cancer.  Annual Conference, Air & Waste Management Association, Pittsburgh, 2007

Borak J:  Origins of Risk Assessment in Occupational Health Policy.  Connecticut Chapter, American Industrial Hygiene Association, Hamden, 2007

Borak J, Hoffmann G, McCord J: Plenary Session: Dose-Response 2008.  Annual Meeting of the International Dose-Response Society, Amherst, 2008.

McAdoo B, Borak J: Global Environmental Disasters.  The Foreign Affairs Symposium at Hopkins: Global Leadership for the 21st Century.  Johns Hopkins University, Baltimore, 2009.

Borak J: The Ethics of Risk Assessment.  Bio-Ethics Society at Yale.  New Haven, 2009.

Borak J: The History and Legacy of the 1976 Seveso Disaster.  Occupational Medicine Colloquium, University of Connecticut Health Center, Farmington, 2010.

Sirianni G, Borak J: How clean is "Clean"? Regulations and standards for workplace clothing and personal protective equipment.  American Industrial Hygiene Conference & Expo, Portland, Oregon, 2011.

Borak J, Bunn WB, Clark N, Head HJ, Hesterberg TW, Valberg PA: Exposure Assessment in Epidemiologic Studies of Diesel Exhaust and Lung Cancer.  International Congress on Occupational Health, Cancun, 2012.

Borak J:  Keynote Address: Physical Environment Meets Social Environment: Health Implications. Harriet Hardy Award Lecture.  Annual Meeting, New England College of Occupational and Environmental Medicine, Newton, MA, 2012.

Borak J: Strengthening Public Health Protections by Addressing Toxic Chemical Threats. Senate Committee on Environment and Public Works (Invited Testimony). Washington, DC, 7/31/2013.

Borak J: Physical Environment Meets Social Environment (Annual Oration). Annual Meeting, Ramazzini Society, Laguna, CA, 2013.

Borak J:  The Benzene Risk Assessment (Invited Lecture).  Dartmouth Institute of Health Policy & Clinical Practice, Geisel School of Medicine at Dartmouth, Hanover, 2014.

Borak J, Valberg P, Long C, Hessel P, Lieckfield R, Hall T, Bunn W: Comments on OSHA Proposed Rule: Occupational Exposure to Crystalline Silica.  Occupational Safety and Health Administration, Washington, DC, 3/19/14.

Borak J, Civic T, Deubner D, Fredericks J: The New Beryllium Standard: A Cooperative Effort of Industry and Labor.  American Occupational Health Conference, American College of Occupational and Environmental Medicine, Baltimore, 2015.

Borak J:  Toxicology and Environmental Risk Assessment (Invited Lecture). Dartmouth Institute of Health Policy & Clinical Practice, Geisel School of Medicine at Dartmouth, Hanover, 2017.

Borak J, Fagiman DL, Haug CJ: Is Peer Review a Proxy for Scientific Validity?  DRI Toxic Tort and Environmental Law Seminar, New Orleans, 2017.

**Stand-alone Courses**

Borak J: "Risk Assessment: A Practical Introduction for Physicians". (Half-day continuing education program).

> Post Graduate Seminar.  State of the Art Conference. American College of Occupational and Environmental Medicine, San Antonio, 1999.

> Post Graduate Seminar.  State of the Art Conference. American College of Occupational and Environmental Medicine, Nashville, 2000.

Borak J, Becker C, Ducatman AM, Kipen HM, McKinnon HW, McLellan RM, Mitchell FL, Russi M: "Core Curriculum in Environmental Medicine".  (Continuing Education Program, accredited for 14 CME credits by American College of Occupational and Environmental Medicine and included as a component of the "Essentials of Occupational and Environmental Medicine").

> State-of-the-Art Conference, American College of Occupational and Environmental Medicine, Dallas, 1993

> American Occupational Health Conference, American College of Occupational and Environmental Medicine, Chicago, 1994

> American Occupational Health Conference, American College of Occupational and Environmental Medicine, Las Vegas, 1995

> American Occupational Health Conference, American College of Occupational and Environmental Medicine, San Antonio, 1996

> American Occupational Health Conference, American College of Occupational and Environmental Medicine, Orlando, 1997

> American Occupational Health Conference, American College of Occupational and Environmental Medicine, Boston, 1998

Borak J:  "Hazardous Materials Training for Hospital Emergency Personnel"  (16-Hour Continuing Education Program).

> Occupational Safety & Health Spring Academy, Concord, NH. (Sponsored by Harvard School of Public Health), 1992.

> Exeter, NH (Sponsored by Exeter Hospital), 1992.

> Bentley College, Waltham, MA. (Sponsored by Harvard School of Public Health), 1992

BORAK, Jonathan Benjamin                                          Page 26 of 26

Pittsburgh, PA (Sponsored by Allegheny County Health Department), 1994.

Bombay, India (Sponsored by US Agency for Industrial Development, World Environment Center and the National Safety Council of India), 1996

Vadadora, India (Sponsored by US Agency for Industrial Development and World Environment Center and the National Safety Council of India), 1996

Cochin, India (Sponsored by US Agency for Industrial Development, World Environment Center and the National Safety Council of India), 1996

Borak J:  "An Introduction to Industrial Hazards for Physicians".  (Continuing Education Program, accredited for 7 Category CME credits by American College of Emergency Physicians, 1988-92).

Wallingford, CT (Sponsored by Connecticut ACEP), 1988.

Bristol, PA (Sponsored by Rohm and Haas Company), 1988.

Pasadena Medical Center, Pasadena, TX (Sponsored by ARCO Chemical) 1988.

Newtown Square, PA (Sponsored by ARCO Chemical Company), 1989.

Hospital of St. Raphael, New Haven (Sponsored by Connecticut ACEP), 1989.

Rhode Island Hospital, Providence (Sponsored by Rhode Island ACEP), 1990.

Pre-Conference Seminar, Disaster '91: The International Disaster Management Conference; Orlando, 1991.

Seattle (Sponsored by Washington ACEP), 1991

Concord, MA (Sponsored by Emerson Hospital), 1991.

Concord, NH (Sponsored by Harvard School of Public Health), 1992.

Boston, MA, (Sponsored by Conference of Boston Teaching Hospitals), 1992

Pittsburgh, PA (Sponsored by Allegheny County Health Department), 1994.

Map Ta Phut, Thailand (Sponsored by US Agency for Industrial Development and World Environment Center), 1995

Bangpoo, Thailand (Sponsored by US Agency for Industrial Development and World Environment Center), 1995

Serang, Indonesia (Sponsored by US Agency for Industrial Development and World Environment Center), 1995

Boston, MA (Sponsored by Metropolitan Boston EMS Council), 1996.

                                                                    (05/17)

**Exhibit B**
**Jonathan Borak, MD**


**Deposition and Trial Testimony**


To the best of my recollection, the following summarizes all deposition and court testimony that I have provided from January 1, 2013 thru June 1, 2017


| | |
|---|---|
| Stults v. American Popcorn Co. et al. (US District Court, Northern District of Iowa) | Deposition 10/17/13 |
| In Re: World Trade Center Lower Manhattan Disaster Site Litigation (US District Court, Southern District of New York) | Deposition 11/07/14 |
| Cabot Corporation and Cabot Corporation v. Aearo Technologies and Aearo LLC. (Superior Court of Massachusetts) | Deposition 06/04/15 |
| Secretary of Labor (MSHA) v. Klondex Midas Operations (Pittsburgh, Pennsylvania) | Deposition 03/15/17 |

### Timeline for McGovern Study and Wansbeck OR Procedues (page 1)



| Oct-07 thru Jun-08 | Jul-08 | Aug-08 | Sep-08 | Oct-08 | Nov-08 | Dec-08 | Jan-09 | Feb-09 | Mar-09 | Apr-09 | May-09 | Jun-09 | Jul-09 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Bair Hugger | | | |
| | | | | | | | | | | | Duration of the McGov | | |
| Gentamicin 4.5 mg/kg | | | | | | | | | | | | | |
| Tinzaparin | | | | | | | | | | | | | |
| No MSSA screening | | | | | | | | | | | | | |
| No Chlorexidine | | | | | | | | | | | | | |
| | | | | | | | | | | | | Duration of Jens | |

### Timeline for McGovern Study and Wansbeck OR Procedues (page 2)

| Aug-09 | Sep-09 | Oct-09 | Nov-09 | Dec-09 | Jan-10 | Feb-10 | Mar-10 | Apr-10 | May-10 | Jun-10 | Jul-10 | Aug-10 | Sep-10 | Oct-10 | Nov-10 | Dec-10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Transition | | | | | | Hot Dog | | | |
| vern study (2011) | | | | | | | | | | | | | | | | |
| | | | | Gentamicin 3 mg/kg + Teicoplanin 400 mg | | | | | | | | | | | | |
| | | Rivaroxaban | | | | | | | | | | Tinzaparin | | | | |
| | | | | | | | | MSSA screening | | | | | | | | |
| | | | | | | | | | | | | | | Chlorhexidine | | |
| sen study  (2011) | | | | | | | | | | | | | | | | |

# JONATHAN BORAK & COMPANY, INC.

Specialists in Occupational & Environmental Health

I certify under penalty of perjury that the statements in my expert report dated June 2, 2017 are true and correct. Executed on September 11, 2017.

Jonathan Borak, MD, DABT

# EXHIBIT DX10

TO DECLARATION OF BENJAMIN W. HULSE
IN SUPPORT OF DEFENDANTS' MOTION TO
EXCLUDE PLAINTIFFS' GENERAL
CAUSATION MEDICAL EXPERTS

# EXPERT REPORT OF
# THEODORE R. HOLFORD, PhD

This report was prepared at the request of Corey Gordon of Blackwell Burke P.A. to provide an expert report and opinions with respect to epidemiological and biostatistical issues raised in litigation involving the 3M Bair Hugger warming system. The opinions I express herein are opinions I hold to a reasonable degree of scientific certainty and are based upon the references cited and listed herein as well as my background, training, and experience. I reserve the right to amend or add to these opinions if I learn of additional information material to my opinions.

In 1973, I was awarded a Ph.D. in Biometry at Yale University and I was chair of the Biostatistics Department at Yale School of Public Health for fifteen years.  I am a fellow of the American Statistical Association and the American College of Epidemiology.  In 1981, I received an Eleanor Roosevelt International Cancer Fellowship which was spent at Oxford University.  In addition, I have received the Wakeman Award for Research in Neurosciences. I am currently Susan Dwight Bliss Professor of Epidemiology and Public Health (Biostatistics) at the Yale University School of Public Health. I have played a leading role in training both pre-doctoral and post-doctoral students in biostatistics and epidemiology, including assessment of the effects of environmental exposure on disease risk. I co-directed with Dr. Tongzhang Zheng on a Fogarty training program entitled "Cancer Epidemiology and Biostatistics Training in China" which included the conduct of workshops on methods for cancer epidemiology research in China, as well as the mentoring of trainees on their individual research projects.

My research involves the development and application of statistical methods in public health and medicine.  This work led to the publication of a text book entitled *Multivariate Methods in Epidemiology.*[1] I am recognized for developing an approach for analyzing temporal trends in disease rates using the age-period-cohort modeling framework that is used extensively in the analysis of cancer incidence and mortality trends.  Currently, I am extending and applying these concepts in a population model for lung cancer and other diseases related to cigarette smoking that can be used for evaluating cancer intervention strategies as part of the Cancer Intervention and Surveillance Modeling Network (CISNET).  This work has appeared in a variety of scientific journals including the *Journal of the American Medical Association* and *Journal of the National Cancer Institute*.  My CV is attached at exhibit A.

This report is a review of the observational study of risk for deep infection following use of Bair Hugger warming device during knee and hip replacement surgery compared to Hot Dog conducted by McGovern et al.[2]  This is the only study to my knowledge that has directly compared risk during periods in which each of these devices was used.  As part of the depositions of Mr. Mark Albrecht,[3] Dr. Michael Reed,[4] and Dr. Paul McGovern[5] data were provided on the experience at Wansbeck General Hospital, which is part of the Northumbria Healthcare NHS Foundation Trust, that formed the basis for the McGovern study, as well as some time before and after the study (see Albrecht deposition exhibit 10; McGovern deposition exhibit 16)  This study was the primary source of a review by Dr. Jonathan Samet[6] which considered this work in drawing a scientific inference on whether there is evidence for inferring a

causal association between risk of deep infection and use of the Bair Hugger warming device during surgery.

In order to consider the question of a causal association, results from the McGovern study were first audited in an attempt to reproduce the results that appear in the McGovern paper.[2]  This report then continues with a discussion of the impact that any changes in results might have on inferring an association that can be justified as being causal, as suggested in a report by Samet.[6]

## Conclusions from the McGovern study

As part of a bubble study of air flow in an operating room using the Bair Hugger compared to the Hot Dog, McGovern et al. conducted an observational study of infection rates for a retrospectively chosen period when the Bair Hugger device was used for surgeries conducted at Wansbeck General Hospital (7/1/2008 to 3/1/2010).  This was compared to a period in which the hospital had switched to Hot Dog use (6/1/2010 to 1/1/2011).  Data that included these periods from Wansbeck General Hospital were produced by Dr. Scott Augustine in response to a subpoena (Albrecht deposition exhibit 10) and were discussed as part of  depositions from Mr. Mark Albrecht,[3] Dr. Mike Reed[4], and Dr. Paul McGovern,[5] Dr. McGovern also produced a spreadsheet with infection data (McGovern deposition Exhibit 16). These data and the clarifying testimony from these three study authors were used in an attempt to validate results reported by McGovern et al.[2] and reviewed in the report by Samet.[6]

### Infection proportions by selected warmer use

Analysis of the data file (Albrecht Ex. 10) using SAS 9.4® shows 4/372=1.08% infections during Hot Dog use and 31/1065=2.91% during Bair Hugger use.  Chi-square works well for comparing proportions when the sample size is large, but Fisher's exact test gives an accurate P-value whether the sample size is large or small.[7]  For these data, the sample size is small, so Fisher's exact test is most appropriate, giving two-sided P=.0507 which is not statistically significant in that it is greater than .05.  McGovern et al.[2] use the chi-square test, which for this tabulation is $X^2$=3.9089, df=1, P=.0480 which is just below the conventional limits to be considered statistically significant (0.05).  The difference between these two significance tests is not great in magnitude, but the conclusions change from not significant to being significant, the former being the more accurate test.

The odds ratio for this comparison is 2.76 and the 95% exact confidence limit is 0.97-10.82, which is wide and inclusive of the null value of 1.  The wide confidence interval, in this case the range is ten-fold, demonstrates that the estimated association is not precise and it actually includes the null value of 1. This does not by itself necessarily suggest bias, but instead the lack of precision that has resulted from a study of this size. Reliance on a single observational study, especially when the confidence interval is so wide and includes the null value of 1, to reach a conclusion that a causal relationship has been demonstrated is not justified scientifically.

Results from the paper by McGovern et al.[2] are incorrectly given as 3/371=0.81% for Hot Dog and 32/1066=3.00% for Bair Hugger.  Using this tabulation, Fisher's exact test gives P=.0176, although chi-square is used in the paper, $X^2$=5.5529, df=1, P=.0185.  The odds ratio is larger, 3.79 with an exact confidence interval of 1.15 to 12.45, which is also wide but it does not include the null value.  Wide confidence limits reflect the lack of precision for the estimate of the odds ratio, and it is a result of the relatively small sample size in the McGovern study.  The results reported by McGovern are incorrect,

however, because they arise from an incorrect tabulation,  an error is recognized in the depositions by Albrecht,[3] Reed[4]  and McGovern .[5]

 The testimony of Dr. Reed and Mr. Albrecht demonstrates that the infection rates that appear in the published McGovern analysis were in error.[3,4] Dr. Reed testified that there was one more infection in each group, and Mr. Albrecht testified that the published data differed "slightly" from the newer dataset he had been provided. (Mr. Albrecht had recalculated an odds ratio of 2.98 based on the updated data). Further insight into the errors in data tabulation can be gleaned from the spreadsheet produced by Dr. McGovern (Exhibit 16), which lists the dates and types of procedures that resulted in infections. Of significance, the data on the McGovern spread sheet include infection data from several months prior to the start of the Bair Hugger-only period, as is the case with Albrecht Exhibit 10. All details of the infections in these earlier data on the McGovern spreadsheet correspond exactly with the data on Albrecht Exhibit 10, giving verification that the data in Albrecht Exhibit 10 were the same data upon which the published study was based. Albrecht Exhibit 10, however, provides data for a few additional months past December 2010, the end of the Hot Dog only period in the published McGovern study. The McGovern spreadsheet stops at the end of December 2010, providing further support that the data on this spreadsheet were the data used in preparing the published paper. In examining the McGovern spreadsheet, it is noted that dates at the beginning of the spreadsheet are expressed in the format customary in the U.K. (day/month/year) while dates at the end of the spread are noted in the customary U.S. manner (month/day/year). The McGovern spreadsheet, unlike the full dataset, has a column indicating whether FAW (Bair Hugger) or CFW (Hot Dog) was used. For one entry on the McGovern spreadsheet, Sept. 15, 2010, the warming device is coded as FAW, meaning Bair Hugger. However, the hospital had fully transitioned to Hot Dog by the end of May, 2010, and Dr. McGovern could not explain why there would have been a surgery conducted three and ½ months after the transition using a Bair Hugger. The only plausible explanation consistent with the published information about when each warming unit was being used, as well as Dr. Reed's testimony about the errors in the published data and Mr. Albrecht's acknowledgement that there were "slight" data errors (that resulted in a lower odds ratio), is that, in coding the type of warming device used on the McGovern spreadsheet, someone erroneously categorized the Sept. 15, 2010 surgery as having used a Bair Hugger instead of a Hot Dog. If the Sept. 15, 2010 procedure is counted as a Hot Dog procedure rather than a Bair Hugger procedure, the McGovern spreadsheet then perfectly matches the data on Albrecht Exhibit 10 and explains the errors noted by Dr. Reed and Mr. Albrecht.

Hence, one infection that McGovern tabulated among the Bair Hugger infections should have been counted within the Hot Dog period.  The tabulation based on this correct information is shown in the first paragraph of this section.[1]

## Infection rate comparison among hospitals

Figure 1 provides a summary of the distribution of infection rates following hip or knee surgery for reporting institutions in the National Health Service that used the Bair Hugger from 2010 to 2015 (based on data from NHS trust tables reporting the experience of infections from hip and knee surgery at trust hospitals.[8] Identification of trusts using Bair Hugger was provided by 3M).  No infections were reported

---

[1] Even if one assumes that Dr. Reed's recollection in his deposition was correct (that there was one additional infection in each group), the odds ratio is nevertheless markedly different than reported in the published paper: 33/1066 = 3.1% for the Bair Hugger period, 4/37 = 1.08% for the Hot Dog period; OR = 2.86, CI 1.03-8.33, P = .0356

in 36/128=28% of the hospitals.  As we have noted above, Wansbeck General Hospital had an infection rate of 31/1065=2.91% during the period used to characterize the experience under Bair Hugger, shown by a red "X" in Figure 1, compared to 444/73,947=0.60% among NHS Trusts using the Bair Hugger from 2010 to 2015.  Thus, one would expect to see just 6.39 infections at Wansbeck General Hospital during the period selected by the authors for the Bair Hugger only cohort, but 31 were observed.  The significance of this difference yields $X^2$=95.25, df=1, P<.00001.  Clearly, the rate of infection at Wansbeck General Hospital during this period was far higher than the normal experience among other hospitals in the National Health Service, indicating that the infection rate at Wansbeck General Hospital was not in control during this period.  Reed describes aggressive measures undertaken during this period by the Northumbria Heathcare Foundation Trust, which includes Wansbeck General Hospital, to control orthopedic surgery infection.[9]  Gillson and Lowdon,[10] also discuss the fact that infection rates were indeed out of control at Northumbria Healthcare NHS Trust, which includes Wansbeck General Hospital, during this period and they describe multiple efforts that were introduced in order to bring the infection rate in line with what would normally be expected.  The heating device was not the only factor being changed during this time.

The impact of other infection control practices on the infection rate during this time period is addressed by other experts retained by counsel for 3M and is beyond the scope of my opinion. I note, however, that the various infection control practices implemented in an effort to rein in a serious infection problem that had gotten out of control should have been considered, individually and collectively, in assessing the impact of the method of patient warming on infections rates, and the failure to do so injects bias into any univariate comparison of two different warming methods used during this period of time, bias that cannot be corrected for through statistical methods now.

### Time trend in infection rates at Wansbeck General Hospital

Time trend of the infection rates were estimated using a 60-day window around each day from 9/1/2007 to 1/1/2011, and they are displayed by the solid blue line in Figure 2.  The rates are approximately 1% after 6/1/2010 and somewhat lower before the start of the McGovern study in 7/1/2008, a time when Bair Hugger was being used but before the start of the period that McGovern et al. selected for the period of Bair Hugger-only use.  Figure 7 as published in McGovern et al.[2] shows a constant infection rate which is the assumption on which their significance test is based.  (In an earlier draft of this manuscript, Figure 7 shows considerable variability in the infection rate during the Bair Hugger period [McGovern Deposition Exhibit 7A, p.2218].  This was not shown in the published version which instead suggests that the rate was constant during this period.)  Our estimate that uses the correct tabulation of the data on the overall rates during the study periods is shown by the green line in our Figure 2.  The estimated trend is clearly very different from the trend which forms the basis of the significance test shown for the Bair Hugger vs. Hot Dog comparison.

In order to assess whether the variability in trend is just a chance occurrence, the Bair Hugger period used by McGovern et al.[2] was divided into quarters beginning 7/1/2008, which is shown by the broken blue line in Figure 2.  The last quarter ends on 3/1/2010, the last day for this treatment period.  A chi-square test for equality of infection rates by quarter during the Bair Hugger period yields $X^2$=15.50, df=6, P=.0167.  Thus, there is strong evidence that the rates were highly variable during this time, and Figure 2 suggests that there were actually two separate outbreaks of infection, the second near the end of the Bair Hugger-only period being especially severe.  The two months at the start of 2010 had 9/107=8.41% infections following surgery, 14 times the rate seen on average by National Health Service hospitals.

Variability like this strongly indicates a period in which infections were not well controlled, which once again supports the rationale for the aggressive interventions which are described by Reed[9] and by Gillson and Lowdon.[10]

## Selection of start date for study

Reasons that McGovern et al. started the Bair Hugger period on 7/1/2008 are not clear.  Bair Hugger was standard practice at Wansbeck General Hospital, and one could well justify starting even earlier in order to increase the sample size for the study and thus improve the power.  If one were to start follow-up on 10/1/2007, for which data were available and included in the complete dataset (McGovern Exhibit 16), the difference in infection rates is not close to being significant, P=.2179 using Fisher's exact test, with an odds ratio of 2.12 (95% confidence interval of 0.75-6.00).  If the infection rates were indeed constant, one would expect the P-value to become even smaller because of the increase in the sample size due to the increase in the number of operations during the extended duration.  However, Figure 2 shows that the rate is actually much lower during this time period when the rates were under control and close to the experience seen at other hospitals in the National Health Service.

McGovern et al.[10] employed the chi-square test as the test of significance.  In Figure 3 we show chi-square using alternative months for starting the Bair Hugger period, beginning 10/1/2007.  We see that the chi-square statistic increases with time, finally crossing the value of 3.84, the critical value for statistical significance at P=.05, on 7/1/2008, the date used by McGovern et al.[2] to start the study period, showing statistical significance at the 5% level using the chi-square test.  The starting point for the Bair Hugger-only period used in the McGovern et al. analysis coincided with a time when the infection rate was beginning to increase as infection control was being lost at Wansbeck General Hospital.  Results reported by McGovern are a function of the lack of infection control during this period.  Had the Bair Hugger-only study period been chosen to start even one month earlier, the results would not have not reached statistical significance.

## Comparison of the effect of thromboprophylaxis regimen on study results

Jensen et al.[11] conducted a study of the use of rivaroxaban, which was introduced into the Wansbeck General Hospital surgery for knee and hip replacement from 8/1/2009 to 2/28/2010.  These were compared to the rates when tinzaparin was used from 2/1/2009 to 7/31/2009.  The entire Jensen study period took place within the Bair Hugger period used by McGovern et al.[2] and this was also the period that Wansbeck General Hospital was experiencing considerable variability and high rates of infection.  Two important differences between the McGovern et al. and the Jensen et al. studies are:  (a) McGovern limited recruitment to non-trauma cases while Jensen did not, which yielded more operations in both arms of the Jensen study; and, (b) Jensen reported infections diagnosed within 30 days of surgery while McGovern used a 60 day limit.

Jensen et al.[11] report 5/489=1.02% infections for the tinzaparin cases and 14/559=2.50% for rivaroxaban, Fisher's exact P=.1026, OR=2.49, 95% CI=0.89-6.95, which is not statistically significant.  However, if one adopts the same inclusion and outcome criteria used by McGovern[2] then the results are 3/307=0.98% for tinzaparin and 18/400=4.5% for rivaroxaban, Fisher's exact P=.0064, OR=4.77, 95% CI=1.37-25.49.  The latter results are more relevant for the question of whether use of this medication was an important confounder for the McGovern study because it is specifically applied to the same type of patient with a comparable definition of the outcome.  Hence, these data do strongly point to rivaroxaban use to be an important confounding variable because it is associated both with the

outcome, deep infection, and type of warmer used, i.e., rivaroxaban was *only* used during the Bair Hugger period.

A potential confounding factor, like rivaroxaban or tinzaparin use, should be controlled in the analysis in order to obtain valid estimates for the comparison of Bair Hugger and Hot Dog.  Controlling for type of thromboprophylactic in this case can be done by using only the Bair Hugger period when tinzaparin is used, the thromboprophylactic shared by patients in both groups (7/1/08 to 7/31/09).  In this case, the results are 4/372=1.08% for Hot Dog and 22/958=2.30% for Bair Hugger, with Fisher's exact P=.1874, OR=2.16, 95% CI=0.73-8.69.  These results do not support a conclusion that there is a strong association of infection risk with Bair Hugger use as they are well within what might have expected by chance alone.

In my analysis here, only a single potential confounding variable has been controlled.  Clearly, other changes described by Dr. Reed as well as  Gillson and Lowdon[10] could also have an effect.  If anything, it is likely that they would have attenuated the estimated association still further.

## Comparison of the effect of antibiotic regimen on study results

On March 1, 2009 the antibiotic regimen used at Wansbeck General Hospital was changed from Gentamicin 4.5 mg/kg to Gentamicin 3 mg/kg and Teicoplanin 400 mg.  During the period when Bair Hugger was used with Gentamicin 4.5 mg/kg, 13/676=1.92% was the rate of infection and when Gentamicin 3 mg/kg and Teicoplanin was used, the rate was 21/670=3.13%.  The difference is not statistically significant, P=0.1683.

In order to control for both thromboprophylactic and antibiotic, one must use the Bair Hugger period that shares the same antibiotic and thromboprophylaxis regimen used during the Hot Dog period, i.e., March 1, 2009 to July 31, 2009, which had an infection rate of 3/270 = 1.11% compared to 4/372 = 1.08% during the Hot Dog period, P=1.000. As McGovern et al. co-author and statistician Mark Albrecht[3] conceded in his deposition, once the antibiotics and thromboprophylaxis regimen are controlled for, there is no difference in infection rates between Bair Hugger and Hot Dog.  In this case, all of the difference in risk is accounted for by these two confounding variables.

## Conclusions regarding the McGovern et al. findings

My analysis of the data used in the McGovern et al.[2] study indicates that they do not support a conclusion that risk of deep infection is greater when Bair Hugger is used compared to Hot Dog. Reasons why the McGovern et al. conclusions are not valid are:

1. The tabulation provided by McGovern is not accurate because one of the cases in the Hot Dog group was incorrectly switched to the Bair Hugger group.  In addition, numbers are small, so that the Fisher's exact test would be preferred over the chi-square test which uses an approximation.  Correcting these errors yields a P-value greater than .05, which is close but not statistically significant.
2. The period attributed to Bair Hugger use shows that the infection rate at Wansbeck General Hospital was out of control, as can be seen by:
   a. The rate of deep infection was far higher than other hospitals in the National Health Service, P<.00001;
   b. The infection rate varied considerably during the Bair Hugger period, the experience that one would expect when conditions were not being well controlled;

    c.   Results are very sensitive to the start date, an effect that is caused by the infection control difficulty being experienced by Wansbeck General Hospital during the Bair Hugger period; and,

    d.   Many different control measures were being implemented at Wansbeck General Hospital during the time these surgeries were being performed.  There is very strong evidence that the thromboprophylactic being used was in and of itself strongly associated with the infection rate in these patients and it was only used during the Bair Hugger period.

3.   Controlling for potential confounding variables is always a serious concern in observational studies, especially when two time periods are being compared.  Inevitably, more than one factor will change with time.  In these data, there is strong evidence of an association with infection risk from at least one such variable: thromboprophylaxis.  Controlling for just this one confounding variable largely explains the difference between the infection rates for Bair Hugger and Hot Dog use.  If one also controls for the antibiotic regimen, the infection rates are virtually identical.

## Causation findings.

Assessment of factors thought to be possible risk factors for disease can be a challenge to unambiguously identify.  This can best be accomplished by conducting a well-designed experiment in which only the factor of interest is changed while all other potential risk factors have been held constant.  The identification of cigarette smoking as a major, if not **the** major risk factor for lung cancer has been one of the greatest successes in public health during the twentieth century, and as Professor Samet correctly points out, this was done through careful analysis of observational studies that did not include designed experiments such as randomized controlled clinical trials.  However, there were multiple studies directly addressing health effects that yielded consistent results so that taken together, they provided overwhelming evidence that there was a harmful effect on human health and that effect was substantial.  The robust and consistent data from multiple studies provided a way forward for launching policies that would reduce what had become a catastrophe.

Professor Samet likens our knowledge of the underlying science on risk of deep infection affected by the Bair Hugger and Hot Dog surgical warming devices to cigarette smoking and lung cancer.  The beginning of a broad consensus in the public health community around the adverse effect of cigarette smoking and health risk is well summarized in the first Surgeon General's Report on smoking and health which appeared in 1964.[12]  On lung cancer alone, this report included results from 29 retrospective studies, all but one of which found excess risk among cigarette smokers (p.27), and 7 prospective studies (involving more than 1 million people in three different countries)  The estimated associations were far stronger than what is found for the Bair Hugger and Hot Dog comparison.  In Table 4 on p.161, for example, relative risks for smokers of more than 1 pack/day or heavy smokers had relative risks that range from 10.8 to 34.1.[12]  The evidence regarding the harmful effect of cigarette smoking has grown enormously since 1964.[13]  For the Bair Hugger v Hot Dog comparison we have but one study with a point estimate of 2.76 that is not statistically significant and largely explained by confounding variables.  There is no similarity between the current state of the science related to the Bair Hugger and the evidence on cigarettes even 50 years ago.  Reliance on a single, flawed study to infer a causal relationship is not consistent with valid scientific methodology in general, and it does not compare with the methodology that resulted in the conclusion that cigarette smoking causes lung cancer.

However, the logic for causal inference drawn from observational epidemiologic research is relevant for trying to understand the evidence on warming devices.  To draw scientific conclusions on the state of existing evidence, it is useful to consider criteria for determining causality like those suggested by Samet:[6]

1. Temporality
2. Strength of association
3. Consistency
4. Coherence

In the discussion below, these criteria are reviewed while taking into account the new analyses of the data from which the McGovern study were drawn.[2]

## Temporality

Samet points out that temporality must hold if a factor of interest is a cause for a particular disease. This is obviously satisfied for exposure to Bair Hugger and Hot Dog.  It is also satisfied for tinzaparin and rivaroxaban as a potential confounding factor under consideration, as well as other infection control practices implemented prior to the switch to Hot Dog.

## Strength of association

The point estimate for the association between Bair Hugger and Hot Dog referred to by Samet is 3.8, which is reported by McGovern et al.[2]  This estimate of effect is not actually supported by a corrected analysis of the data because:

1. One subject said to be in the Bair Hugger group was actually in the Hot Dog group.  Correcting this tabulation changes the test for significance from statistically significant to not statistically significant.  The correct estimate for the odds ratio is 2.76 and the 95% CI= 0.97-10.82.  The confidence interval is wide and actually includes the null value of 1.  Hence, it is not a strong indication of an adverse health effect.
2. The period used to represent the experience for the Bair Hugger exposure was one in which infections were out of control at this hospital.  This is indicated by:
    a. Significantly higher rate of infection compared to other hospitals in the National Health Service that also used the Bair Hugger device.
    b. Strong evidence of instability and temporal variability in the incidence rate during the period used.
    c. Sensitivity to the start date used, which coincided with what can be seen to be the start of the time when control of infections was being lost at Wansbeck General Hospital.
3. Not even a single potential confounding variable was included in any of the analyses.  Samet argues that this would be unlikely to affect the conclusions because of the magnitude of the estimated association.  However, he shows no data to support this view.  This conclusion, in fact, is not scientifically valid because:
    a. The estimate of the association is actually considerably smaller than what is cited, 2.8 and not 3.8 when one uses the correctly tabulated data.
    b. Use of rivaroxaban was dismissed as a potential confounding variable based on the lack of statistical significance reported by Jensen et al.[11]  However, Breslow and Day[14] show that statistical significance is not essential for a factor to confound an estimated

association and a factor can be a confounder even if the association is not statistically significant.  In order for a factor to be a confounder it must be associated both with treatment exposure and with the outcome.  Rivaroxaban was only used during the Bair Hugger period, so it is clearly associated with treatment.  While Jensen et al.[11] did not find a significant effect for rivaroxaban, the study used different criteria than that used by McGovern et al.  A reanalysis using data that are consistent with the criteria used by McGovern et al.[2] do show quite strong and statistically significant evidence that it is associated with risk of deep infection in this group of non-trauma patients.  More importantly, after controlling for rivaroxaban use the Bair Hugger/Hot Dog result is not close to statistical significance (P=.1874), establishing that thromboprophylaxis is in fact a confounding factor.

    c.  The period of time being used as representative of the broad experience seen for Bair Hugger use clearly shows a much higher rate of infection than normal experience.  In addition, there is strong evidence of fluctuation during this period, which is what is commonly seen when a surgical facility is having difficulty controlling infection.

    d.  Because Wansbeck General Hospital was experiencing a problem controlling infection, aggressive action was taking place in an attempt to bring it into control, as described by Reed,[9] as well as Gillson and Lowdon.[10]  These activities were intended to drive down the infection rates, and the data indicate that this was largely accomplished by the time that Hot Dog use began at Wansbeck General Hospital.

## Consistency

The only epidemiological study considered by Samet is McGovern et al.[2]  In fact, there is no consistent evidence of a harmful effect of Bair Hugger use because no other study is currently available. This is in sharp contrast to the evidence linking cigarette smoking and cancer.

Instead, Samet describes some consistency among studies in which the outcome is the distribution of particles in experimental conditions in studies conducted by investigators employed and/or supported by a competitor of Bair Hugger.  Particles are at most an intermediate outcome that has not been shown to directly relate to the outcome of interest, deep infection.  Repeated efforts by this group of investigators failed to show that Bair Hugger increased spread of the number of bacteria that cause deep infection, as described by Albrecht,[3] McGovern[5] and Legg.[15]  The unpublished results of these unsuccessful efforts to link Bair Hugger use with an increase in bacterial burden are also alluded to in published papers by this group.[16,17]  The field of microbiology is beyond my area of expertise, so I leave it to others to discuss this evidence further.  However, no direct scientific evidence of a causal link supporting the hypothesis that Bair Hugger use is associated with an increased risk of deep infection is provided, other than McGovern et al.[2]; thus, there is no consistency.

## Coherence

The concept of coherence across the various lines of evidence currently available on deep infection risk for Bair Hugger compared to Hot Dog does not hold, as proposed by Samet.  The breakdown in the coherence arises because:

    1.  There is only one very flawed epidemiological study reporting an association.  The work above documents not only the problems in the way that the McGovern et al. study was conducted, but also in the analysis that (a) used an incorrect tabulation of data; (b) a period of time when the

infection rate for the hospital was out of control and not representative of the broad experience with using the Bair Hugger; and, (c) failure to control for confounding variables that can account for the reported results.

2.  The studies reported to be consistent dealt with particles in general, not bacteria shown to cause deep infection. Studies that examined the impact of Bair Hugger use show an effect on particle distribution,[18,19] but not viable particles, i.e., bacteria, as described by Albrecht.[3] Hence, the relevance of these particle studies to the scientific question of interest is lacking.

## Conclusion

The current state of knowledge regarding a causal association of deep infection risk with use of Bair Hugger compared to Hot Dog is not supported by the underlying science.  A single, limited, and flawed observational study cannot provide the rigorous scientific evidence needed to show a causal effect.  A single observational experience inevitably has many potential factor changes, some of which are measured and some are not.  Arbitrarily picking two periods of time to compare are particularly problematic, because one or more factors are being changed and balance between the groups has not occurred.

This analysis has shown that the data used by McGovern et al.[2] do not show an association with risk when the tabulated results have been corrected and a confounding factor has been appropriately controlled.  In addition, the comparison period used to represent the experience under Bair Hugger is one in which the infections at Wansbeck General Hospital were not being well controlled and thus not a good representation of the experience in the National Health Service.

A copy of my CV, including list of publications, is attached hereto. Materials I reviewed and considered in preparing this report are referenced herein and included in the list of references. I am being compensated at the rate of $500.00 per hour for my work on this matter. I have not testified as an expert in any other matter in the previous four years.

Theodore R. Holford, Ph.D.
Susan Dwight Bliss Professor of Public Health (Biostatistics)
Yale School of Public Health
60 College St.
New Haven, CT  06520

6/1/2017
Date



*Figure 1.* Distribution of hospital infection rates for National Health Service hospitals, 2010-2015.



*Figure 2.  Time trend for infection rates and events: 60-day moving average (solid blue), quartile rates during Bair Hugger use (broken blue), constant rate (solid green), McGovern Study periods (solid orange), thromboprophylaxis used (purple), antibiotic used (black).*



*Figure 3. Trend in chi-square with date of start of study.*

# References

**1.**   Holford TR. *Multivariate Methods in Epidemiology.* New York: Oxford University Press; 2002.

**2.**   McGovern PD, Albrecht M, Belani KG, et al. Forced-air warming and ultra-clean ventilation do not mix:  An envestigation of theatre ventilation, patient varming and joint replacement infection in orthopaedics. *The Journal of Bone and Joint Surgery.* 2011;9-B(1537-1544).

**3.**   Videotaped deposition of Mark Albrecht. United States District Court, District of Minnesota; 2016.

**4.**   Videotaped Deposition of Michael R. Reed. United States District Court: District of Minnesota; 2016.

**5.**   Deposition of Paul McGovern. United States District Court, district of Minnesota; 2017.

**6.**   Samet JM. *Expert Report of Jonathan M. Samet, M.D., M.S.* United States District Court: District of Minnesota;2016.

**7.**   Bishop YMM, Fienburg SE, Holland PW. *Discrete Multivariate Analysis: Theory and Practice.* Cambridge, Mass.: MIT Press; 1973.

**8.**   Public Health England. Surgical site infections (SSI) surveillance:  NHS hospitals in England. 2016; https://urldefense.proofpoint.com/v2/url?u=https-3A__www.gov.uk_government_publications_surgical-2Dsite-2Dinfections-2Dssi-2Dsurveillance-2Dnhs-2Dhospitals-2Din-2Dengland&d=DwIFAg&c=-dg2m7zWuuDZ0MUcV7Sdqw&r=lxfGsRRNwphErdLz301NGf3KBuzjYf_o3J3hs_4mN1M&m=-jXBQL1jqDiG6_8fUoLnceugOe9l0LuYNtKn8Sc2jf0&s=1C3sSNagWn1vLMZdAk0tK97PzgoPDRxh7ABwtX2J2_o&e= Accessed June 1, 2017.

**9.**   Brister A. Infection control in orthopaedic surgery. *The Clinical Services Journal.* 2011.

**10.**   Gillson J, Lowdon G. Implementing effective SSI surveillance. *The Clinical Services Journal.* 2014:71-74.

**11.**   Jensen CD, Steval A, Partington PF, Reed CE, Muller SD. Return to theatre following total hip and knee replacement, before and after the introduction of rivaroxaban. *The Journal of Bone and Joint Surgery (Br).* 2011;93-B(1):91-95.

**12.**   Surgeon General's Advisory Committee on Smoking and Health. Smoking and Health:  Report of the Advisory Committee to the Surgeon General of the Public Health Service. 1964.

**13.**   US Department of Health and Human Services. *The Health Consequences of Smoking: 50 Years of Progress. A Report of the Surgeon General.* Atlanta, GA: Department of Health and Human Services, Centers for Disease Control and Prevention, National Center for Chronic Disease Prevention and Health Promotion, Office on Smoking and Health;2014.

**14.**   Breslow NE, Day NE. *Statistical Methods in Cancer Research.* Vol 1 - The analysis of case-control studies. Lyon: International Agency for Research on Cancer; 1980.

**15.**   Videotabed deposition of Andrew John Legg. United States District Court: District of Minnesota; 2016.

**16.**   Legg AJ, Cannon T, Hamer AJ. Do forced air patient-warming devices disrupt unidirectional downward airflow? *The Journal of Bone and Joint Surgery.* 2012;94-B:254-256.

**17.**   Legg AJ, Hamer AJ. Forced-air patient warming blankets disrupt unidirectional airflow. *The Bone and Joint Journal.* 2013;95-B:407-410.

**18.**   Albrecht M, Gauthier R, Leaper D. Forced-air warming: a source of airborne contamination in the operating room? *Orthop. Rev. (Pavia).* 2009;1:e28:85-89.

**19.**   Reed M, Kimberger O, McGovern PD, Albrecht MC. Forced-air warming design:  evaluation of intake filtration, internal microbial buildup, and airborne-contaminationi emissions. *American Association of Nurse Anesthetists Journal.* 2013;81(4):275-280.

## CURRICULUM VITAE

**Name:**  Theodore R. Holford

**Appointment:**  Susan Dwight Bliss Professor of Public Health (Biostatistics)

**School Assignment:**  School of Medicine and Graduate School

**Education:**

| | |
|---|---|
| 1965-1969 | B.A., Andrews University - Mathematics and Chemistry with honors |
| 1969-1973 | Ph.D., Yale University  - Biometry<br>Thesis:  Stochastic Models in Schistosomiasis and Their Application to Epidemiologic Data |

**Career:**

| | |
|---|---|
| 9/72 - 12/73 | Research Staff Biometrician, Yale University (Research Associate for the Committee for the Assessment of Biometric Aspects of Controlled Trials of Hypoglycemic Agents) |
| 1/74 - 6/79 | Assistant Professor of Public Health (Biometry), Yale University |
| 7/81 - 7/82 | Sabbatical leave at the Department of Biomathematics, University of Oxford |
| 7/84 - 6/85 | Acting Head, Division of Biostatistics, Department of Epidemiology and Public Health, Yale University |
| 7/79 - 6/89 | Associate Professor of Public Health (Biostatistics), Yale University (tenure on 7/83) |
| 7/89 - present | Professor of Public Health (Biostatistics), Yale University School of Medicine |
| 7/90-6/97, 7/03-6/11 | Head, Division of Biostatistics, Department of Epidemiology and Public Health, Yale University School of Medicine |
| 7/93 –present | Professor of Statistics, Yale University |
| 7/97 – 6/02 | Director of Graduate Studies, Department of Epidemiology and Public Health, Yale University School of Medicine |

1

| | |
|---|---|
| 7/99 – 6/02 | Associate Director, Investigative Medicine Program, Yale University School of Medicine |
| 1/01-6-01 | Triennial Leave at Division of Cancer Control and Population Sciences, Surveillance Research Program, National Cancer Institute, Rockville, MD. |
| 7/01 - 12/01 | Acting Dean for Public Health and Acting Chair, Department of Epidemiology and Public Health, Yale University School of Medicine |
| 11/02 - present | Susan Dwight Bliss Professor of Public Health (Biostatistics), Department of Epidemiology and Public Health |

**Professional Honors or Recognition:**

***Honors from regional and national organizations:***

| | |
|---|---|
| 7/81-7/82 | Recipient of an Eleanor Roosevelt International Cancer Fellowship from the UICC (International Union Against Cancer) |
| 10/90 | Recipient of the Wakeman Award for Research in the Neurosciences |
| 9/97 | Fellow of the American College of Epidemiology |
| 8/05 | Fellow of the American Statistical Association |
| 2/14 | Elected member of Connecticut Academy of Science and Engineering |

***Other awards or honors***

| | |
|---|---|
| 11/02 | Appointed Susan Dwight Bliss Professor of Public Health (Biostatistics) |

**Lectures, Courses**

May, 1973.  Life tables with concomitant information.  1973 Spring Regional Meetings of the Biometric Society, Ithaca College, Ithaca, New York.

May 10-13, 1976.  Workshop on mathematical models in schistosomiasis.  Bellagio, Italy.

April, 1977.  Multivariate methods for matched case-control studies.  1977 Spring Regional Meeting of the Biometric Society (ENAR), University of North Carolina, Chapel Hill, North Carolina.

August, 1977.  Log-linear representation for matched case-control studies.  Annual Meeting, American Statistical Association, Chicago, Illinois.

August, 1978.  Log-linear models with adjustment for follow-up time.  Annual Meeting, American Statistical Association, San Diego, California.

August, 1979.  Invited paper.  The application of log-linear models to the analysis of case-control studies.  Annual Meeting, American Statistical Association, Washington, D.C.

June, 1980.  Invited paper.  Multivariate analysis of case-control studies using log-linear models.  Annual Meeting of the Society for Epidemiologic Research, Minneapolis, Minnesota.

August, 1980.  Survival from colorectal cancer in Connecticut, 1960-1976.  Annual Meeting, American Statistical Association, Houston, Texas.

March, 1981.  Invited paper.  The analysis of age-period-cohort trends in vital rates.  Spring Regional Meeting of the Biometric Society (ENAR), Richmond, Virginia.

May, 1981.  Invited paper.  Methods of adjusting for covariates in survival analysis.  Annual Meeting of the Society for Clinical Trials, San Francisco, California.

July, 1981.  Invited participant in a Conference on the Effects of Low Dose Ionizing Radiation, Coolfont, West Virginia.

February, 1982.  Invited paper.  Analysing censored survival data in large datasets.  Meeting of the Biometric Society, London.

March, 1982.  Invited paper.  The estimation of age, period and cohort effects for vital rates.  Meeting on Medizinische Statistik, Mathematisches Forschunginstitut Oberwolfach, Federal Republic of Germany.

June, 1984.  Invited participant in a Student Workshop on Epidemiologic Methods.  Society for Epidemiologic Research.  Houston, Texas.

August, 1984.  Invited paper.  Problems in presenting time trends in cancer incidence rates.  Annual Meeting, American Statistical Association, Philadelphia, Pennsylvania.

June, 1986.  Invited paper.  Regression models for epidemiologic analysis.  Society for Epidemiologic Research.  Pittsburgh, Pennsylvania.

August, 1986.  Invited paper.  Projecting trends in cancer incidence.  Annual Meeting, American Statistical Association.  Chicago, Illinois.

Summer, 1987.  Graduate Summer Session in Epidemiology at the University of Minnesota.

Summer, 1988.  Graduate Summer Session in Epidemiology at the University of Michigan.

March, 1989.  Estimating the distribution of trends in Helper T lymphocytes following HIV infection.  Spring Meeting, The Biometric Society, Eastern North American Region, Lexington, Kentucky.

Summer, 1989.  Graduate Summer Session in Epidemiology at the University of Michigan.

August, 1990.  An empirical evaluation of the properties of the standardized proportional mortality ratio.  International Epidemiological Association, Los Angeles, California.

October, 1991.  Invited paper.  Time trends:  Are they real?  And what do they mean?  Workshop on the Time Trends in Non-Hodgkin's Lymphoma.  National Cancer Institute, Bethesda, Maryland.

December, 1993.  Invited paper.  Update on the Third National Acute Spinal Cord Injury Study (NASCIS III).  Neurotrauma Society, Washington

August, 1994.  A population model for the effect of smoking on lung cancer incidence.  International Biometric Conference, Hamilton, Ontario.

September, 1998.  Modeling the effect of cigarette smoking on population incidence rates.  Symposium on Epidemic Modelling, Australian National University, Canberra, Australia.

June, 2000.  Analysis of disease trends in time and space. Spotlight Session, Society for Epidemiologic Research.  Seattle, Washington.

June, 2000.  Joint Effects of Nine PCB Congeners on Breast Cancer Risk.  Poster Session, Society for Epidemiologic Research.  Seattle, Washington.

May, 2001.  Spatial modeling of age, period and cohort effects.  Invited paper.  EPA Conference on Environmental Statistics and Information.  Philadelphia, Pennsylvania.

June, 2001.  Spatial Modeling of Age, Period and Cohort Effects.  Invited paper.  Washington Statistical Society, Washington, D.C.

December, 2001.  Spatial Modeling of Age, Period and Cohort Effects.  Invited paper.  Connecticut Chapter of the American Statistical Association.  Wallingford, Connecticut.

March, 2002.  Approaches to fitting age-period-cohort models with unequal intervals.  Spring Meeting, The Biometric Society, Eastern North American Region, Arlington, Virginia.

June, 2004. Age, Period, Cohort Analysis of the Variation in Temporal Trends for Lung Cancer Incidence among Connecticut Towns, 1973-2002.  Poster presented at Society for Epidemiologic Research Meeting, Salt Lake City, Utah.

August, 2004.  Spatial Summaries of Small Area Temporal Effects from an Age-Period-Cohort Model.  Presentation at the Joint Statistical Meetings, Toronto, Ontario.

4

June, 2007.  Integrated Traffic Exposure Model Using GIS in Environmental Epidemiology.
        Presented at Society for Epidemiologic Research Meeting, Boston, Massachusetts.

March, 2009.  A Population Model for the Effect of Cigarette Smoking on Lung Cancer.  Invited
        presentation,  Modeling Risk Prediction.  Banff International Research Statistics, Banff,
        Alberta.

March, 2011.  Estimation of air pollution dispersion from nonpoint sources.  Spring Meeting,
        The Biometric Society, Eastern North American Region, Miami, Florida.

December, 2012.  Spatial Models for Air Pollution and Health.  University of Miami Spatial
        Statistics Conference, Miami, Florida.

January, 2013.  Smoking History Generator.  Tobacco Policy Modeling Workshop.  Bethesda,
        Maryland.

April, 2013.  Spatial Models for Traffic Related Air Pollution.  New England Statistical
        Symposium, University of Connecticut, Storrs, Connecticut.

October, 2013.  Modeling Past and Future Smoking Patterns in the US.  Invited presentation,
        American Association for Cancer Research.  National Harbor, Maryland.

December, 2013.  Estimation of Parameters of Tobacco Use Behaviors.  Invited presentation,
        Modeling and Statistical Methods for the Regulatory Assessment of Tobacco Products:
        A Public Workshop.  Food and Drug Administration (FDA), Rockville, Maryland.


**Professional Service:**

*Editorships*

1984-1988    Associate Editor, *Biometrics*,
1989-1998    Associate Editor, *American Journal of Epidemiology*,
1990-2005    Editor, *Statistical Methods in Medical Research*,
1999-present  Associate Editor, *Journal of Epidemiology and Biostatistics*,

*Committees*

        Consensus development conference on health implications of smokeless tobacco,
                National Cancer Institute and National Institute of Dental Research, January, 1986

        Epidemiology and Disease Control Study Section (EDC2), National Institutes of Health,
                1986-1989

5

ENAR Regional Advisory Board, The Biometric Society, 1987-1990

Epidemiology Advisory Subcommittee, Oak Ridge Associated Universities, 1988-1993

Advisory Committee for the New York State Department of Health's Cancer
     Surveillance Improvement Initiative, 1998-2000

Data Safety Monitoring Board, Rare Diseases Clinical Research Network, 2006-present

## Bibliography

### *Peer-reviewed original research*

1. Report of the Committee for the Assessment of Biometric Aspects of Controlled Trials of Hypoglycemic Agents. *Journal of the American Medical Association* 231: 583-608, 1975.

2. Holford, T.R. Life tables with concomitant information. *Biometrics* 32: 587-597, l976.

3. Holford, T.R. and Hardy, R.J.  A stochastic model for the analysis of age-specific prevalence curves in schistosomiasis. *Journal of Chronic Diseases* 29: 445-458, 1976.

4. Kelsey, J.L., Holford, T.R., White, C., Mayer, E.S., Kilty, S.E. and Acheson, R.M.  Oral contraceptives and breast disease:  An epidemiological study. *American Journal of Epidemiology* 107: 236-244, 1978.

5. Holford, T.R., White, C. and Kelsey, J.L.  Multivariate analysis for matched case-control studies. *American Journal of Epidemiology* 107: 245-256, 1978.

6. Kelsey, J.L., Dwyer, T., Holford, T.R. and Bracken, M.B.  Maternal smoking and congenital malformations:  An epidemiological study. *Journal of Epidemiology and Community Health* 32: 102-107, 1978.

7. LiVolsi, V.A., Stadel, B.V., Kelsey, J.L., Holford, T.R. and White, C.  Fibrocystic breast disease in oral contraceptive users:  A histopathological evaluation of epithelial atypia. *New England Journal of Medicine* 299: 381-385, 1978.

8. Walter, S.D. and Holford, T.R.  Additive, multiplicative, and other models for disease risks. *American Journal of Epidemiology* 108: 341-346, 1978.

9. Holford, T.R.  The analysis of pair-matched case-control studies, a multivariate approach. *Biometrics* 34: 665-672, 1978.

10. Peduzzi, P., Holford, T.R. and Hardy, R.J.  A computer program for life-table regression analysis and time-dependent covariates. *Computer Programs in Biomedicine* 9: 106-114, 1979.

11. Bracken, M.B. and Holford, T.R.  Induced abortion and congenital malformations in offspring of subsequent pregnancies.  *American Journal of Epidemiology* 109: 425-432, 1979.

12. Bracken, M.B., Holford, T.R., White, C. and Kelsey, J.L.  Role of oral contraception in congenital malformations of offspring.  *International Journal of Epidemiology* 7: 309-317, 1978.

13. Leaderer, B.P., Holford, Stolwijk, J.A.  Relationship between sulfate aerosol and visibility.  *Journal of the Air Pollution Control Association* 29:  154-157, 1979.

14. LiVolsi, V.A., Stadel, B.V., Kelsey, J.L. and Holford, T.R.  Fibroadenoma in oral contraceptive users:  A histopathologic evaluation of epithelial atypia.  *Cancer* 44: 1778-1781, 1979.

15. Freeman, D.H. and Holford, T.R.  Summary rates.  *Biometrics* 36: 195-205, 1980.

16. Holford, T.R.  The analysis of rates and of survivorship using log-linear models.  *Biometrics* 36: 299-305, 1980.

17. Peduzzi, P.N., Hardy, R.J. and Holford, T.R.  A stepwise variable selection procedure for non-linear regression models.  *Biometrics* 36: 511-516, 1980.

18. Zito, R.A., Caride, V.J., Holford, T.R. and Zaret, B.L.  Regional myocardial kinetics of lidocaine in experimental infarction:  Modulation by regional blood flow.  *American Journal of Cardiology* 47: 265-270, 1981.

19. Bracken, M.B. and Holford, T.R.  Exposure to prescribed drugs in pregnancy and association with congenital malformations.  *Obstetrics and Gynecology* 58: 336-344, 1981.

20. Hildreth, N.G., Kelsey, J.L., LiVolsi, V.A., Fischer, D.B., Holford, T.R., Mostow, E.D., Schwartz, P.E. and White, C.  An epidemiologic study of epithelial carcinoma of the ovary.  *American Journal of Epidemiology* 114: 398-405, 1981.

21. Kelsey, J.L., Fischer, D.B., Holford, T.R., LiVolsi, V.A. Mostow, E.D., Goldenberg, I.S. and White, C.  Exogenous estrogens and other factors in the epidemiology of breast cancer.  *Journal of the National Cancer Institute* 67: 327-333, 1981.

22. Hubert, H.B., Holford, T.R. and Kannel, W.H.  Clinical characteristics and cigarette smoking in relation to prognosis of angina pectoris in Framingham.  *American Journal of Epidemiology* 115: 231-242, 1982.

23. LiVolsi, V.A., Kelsey, J.L., Fischer, D.B., Holford, T.R., Mostow, E.D. and Goldenberg, I.S.  Effect of age at first childbirth on risk of developing specific histologic subtype of breast cancer.  *Cancer* 49: 1937-1940, 1982.

24. Kreiger, N., Kelsey, J.L., Holford, T.R. and O'Connor, T.  An epidemiological study of hip fracture in postmenopausal women.  *American Journal of Epidemiology* 116: 141-148, 1982.

25. Leaderer, B.P., Tanner, R.L. and Holford, T.R.  Diurnal variations, chemical composition and relation to meteorological variables of the summer aerosol in the New York subregion.  *Atmospheric Environment* 16: 2075-2087, 1982.

26. Holford, T.R.  Covariance analysis for case-control studies with small blocks.  *Biometrics* 38: 673-683, 1982.

27. Holford, T.R.  The estimation of age, period and cohort effects for vital rates.  *Biometrics* 39: 311-324, 1983.

28. Kelsey, J.L., LiVolsi, V.A., Holford, T.R., Fischer, D.B., Mostow, E.D., Schwartz, P.E., O'Connor, T. and White, C.  A case-control study of cancer of the endometrium.  *American Journal of Epidemiology* 116: 333-342, 1982.

29. Berkowitz, G.S., Holford, T.R. and Berkowitz, R.L.  Effects of cigarette smoking, alcohol, coffee and tea consumption on preterm delivery.  *Early Human Development* 7: 239-250, 1982.

30. Berkowitz, G.S., Kelsey, J.L., Holford, T.R. and Berkowitz, R.L.  Physical activity and the risk of preterm spontaneous delivery.  *Journal of Reproductive Medicine* 28: 581-588, 1983.

31. Goldacre, M.J., Holford, T.R. and Vessey, M.P.  Cardiovascular disease and vasectomy: Findings from two epidemiological studies.  *New England Journal of Medicine* 308: 805-808, 1983.

32. Berkowitz, G.S., Kelsey, J.L., LiVolsi, V.A., Holford, T.R., Merino, M.J., Ort, S., O'Connor, T.Z., Goldenberg, I.S. and White, C.  Oral contraceptive use and fibrocystic breast disease among pre- and postmenopausal women.  *American Journal of Epidemiology* 120: 87-96, 1984.

33. Hildreth, N.G., Kelsey, J.L., Eisenfeld, A.J., LiVolsi, V.A., Holford, T.R. and Fischer, D.B.  Differences in breast cancer risk factors according to the estrogen receptor level of the tumor.  *Journal of the National Cancer Institute* 70: 1027-1031, 1983.

34. Pastides, H., Kelsey, J.L., LiVolsi, V.A. Holford, T.R., Fischer, D.B. and Goldenberg, I.S.  Oral contraceptive use and fibrocystic breast disease with special reference to its histopathology.  *Journal of the National Cancer Institute* 71: 5-9, 1983.

35. Kelsey, J.L., Githens, P.B., Walter, S.D., Southwick, W.O., Weil, U., Holford, T.R., Ostfeld, A.M., Calogero, J.A., O'Connor, T. and White, A.A.  An epidemiologic study of acute prolapsed cervical invertebral disc.  *Journal of Bone and Joint Surgery* 66-A: 907-914, 1984.

36. Kelsey, J.L., Githens, P.B., White, A.A., Holford, T.R., Walter, S.D., O'Connor, T., Ostfeld, A.M., Weil, U., Southwick, W.O. and Calogero, J.A. An epidemiologic study of lifting and twisting on the job and risk for acute prolapsed lumbar invertebral disc. *Journal of Orthopaedic Research* 2: 61-66, 1984.

37. Kelsey, J.L., Githens, P.B.,O'Connor, T., Weil, U., Calogero, J.A., Holford, T.R., White, A.A., Walter, S.D., Ostfeld, A.M. and Southwick, W.O. Acute prolapsed lumbar intervertebral disc: An epidemiologic study with special reference to driving automobiles and cigarette smoking. *Spine* 9: 608-613, 1984.

38. Berkowitz, G.S., Kelsey, J.L., LiVolsi, V.A., Merino, M.J., Holford, T.R., Hildreth, N.G., Ort, S., O'Connor, T.Z. and White, C. Exogenous hormone use and fibrocystic breast disease by histopathologic component. *International Journal of Cancer* 34: 443-449, 1984.

39. Garlinghouse, L.E., Smith, A.L. and Holford, T. The biological relationship of mouse hepatitis virus (MHV) strains and interferon: *In Vitro* induction and sensitivities. *Archives of Virology* 82: 19-29, 1984.

40. Berkowitz, G.S., Kelsey, J.L., LiVolsi, V.A., Holford, T.R., Merino,M.J., Beck, G.J., Ort, S., O'Connor, T.Z. and White, C. Estrogen replacement therapy and fibrocystic breast disease in postmenopausal women. *American Journal of Epidemiology* 121: 238-245, 1985.

41. Pastides, H., Kelsey, J.L., Holford, T.R. and LiVolsi, V.A. An epidemiologic study of fibrocystic breast disease with reference to ductal epithelial atypia. *American Journal of Epidemiology* 121: 440-447, 1985.

42. Holford, T.R., Brown, S.E. and Knudson, D.L. Estimation of DNA fragment size and generation of DNA restriction endonuclease maps using linear models. *Journal of Virological Methods* 10: 117-126, 1985.

43. Roush, G.C., Schymura, M.J., Holford, T.R., White, C. and Flannery, J.T. Time period compared to birth cohort in Connecticut incidence rates for twenty-five malignant neoplasms. *Journal of the National Cancer Institute* 74: 779-788, 1985.

44. Roush, G.C., Schymura, M.J. and Holford, T.R. Risk for cutaneous melanoma in recent Connecticut birth cohorts. *American Journal of Public Health* 75: 679-682, 1985.

45. Berkowitz, G.S., Kelsey, J.L., LiVolsi, V.A., Holford, T.R., Merino, M.J., Ort, S., O'Connor, T.Z. and White, C. Risk factors for fibrocystic breast disease and its histopathologic components. *Journal of the National Cancer Institute* 75: 43-50, 1985.

46. Barnea, E.R., Holford, T.R. and McInnes, D.R.A. Long term prognosis of infertile couples with normal basic investigation -- Life table analysis. *Obstetrics and Gynecology* 66: 24-26, 1985.

47. Bracken, M.B., Bryce-Buchanan, C., Silten, R. and Holford, T.  Menarcheal age and habitual miscarriage:  Evidence for an association.  *Annals of Human Biology* 12: 525-531, 1985.

48. Holford, T.R.  An alternative approach to statistical age-period-cohort analysis.  *Journal of Chronic Diseases* 38: 831-836, 1985.

49. Bracken, M.B., Hellenbrand, K.G., Holford, T.R. and Bryce-Buchanan, C.  Low birthweight in pregnancies following induced abortion:  No evidence for an association.  *American Journal of Epidemiology* 123: 604-613, 1986.

50. Bracken, M.B., Bryce-Buchanan, C. Srisuphan, W., Holford, T.R., Silten, R.  Risk of late first and second trimester miscarriage after induced abortion.  *American Journal of Perinatology* 3: 84-91, 1986.

51. Todd, M.B., Portlock, C.S., Farber, L.R., Holford, T.R., and Bertino, J.R.  Prognostic indicators in diffuse large-cell (histiocytic) lymphoma.  *International Journal of Radiation Oncology Biology Physics* 12: 593-601, 1986.

52. Coustan, D.R., Reece, E.A., Sherwin, R.S., Rudolf, M.C.J., Bates, S.E., Sockin, S.M., Holford, T.R., Taborlane, W.V.  A randomized clinical trial of the insulin pump vs intensinve conventional therapy in diabetic pregnancies.  *Journal of the American Medical Association* 255: 631-636, 1986.

53. Yarkoni, S., Reece, E.A., Wan, M., Holford, T., Romero, R., Hobbins, J.C.  Intrapartum fetal weight estimation: A comparison of three formulae.  *Journal of Ultrasound Medicine* 5: 707-710, 1986.

54. Yarkoni, S., Reece, E.A., Holford, T., O'Connor, T.Z., Hobbins, J.C.  Estimated fetal weight in the evaluation of growth in twin gestations:  A prospective longitudinal study.  *Obstetrics and Gynecology* 69: 636-639, 1987

55. Reece, E.A., Holford, T., Tuck, S., Bargar, M., O'Connor, T., and Hobbins, J.C.  Screening for gestational diabetes: One-hour carbohydrate tolerance test performed by a virtually tasteless polymer of glucose.  *American Journal of Obstetrics and Gynecology* 156: 132-134, 1987.

56. Roush, G.C., Schymura, M.J., Stevenson, J.M., and Holford, T.R.  Time and age trends for sinonasal cancer in Connecticut incidence and U.S. mortality rates.  *Cancer* 60: 422-428, 1987.

57. Reece, E.A., Moya, F., Yazigi, R., Holford, T., Duncan, C., Ehrenkranz, R.J.  Persistent pulmonary hypertension:  Assessment of Perinatal Risk Factors.  *Obstetrics and Gynecology* 70: 696-700, 1987.

58. Wickramaratne, P.J., and Holford, T.R.  Confounding in epidemiologic studies:  The adequacy of the control group as a measure of confounding.  *Biometrics* 43: 751-765, 1987.

59. Peduzzi, P., Holford, T., Detre, K., and Chan, Y.-K.  Comparison of the logistic and Cox regression models when outcome is determined in all patients after a fixed period of time. *Journal of Chronic Diseases* 40: 761-767, 1987.

60. Eskenazi, B., Bracken, M.B., Holford, T.R., and Grady, J.  Exposure to organic solvents and hypertensive disorders of pregnancy. *American Journal of Industrial Medicine* 14: 177-188, 1988.

61. Roush, G.C., Schymura, M.J., Holford, T.R.  Patterns of invasive melanoma in the Connecticut Tumor Registry:  Is the long-term increase real?  *Cancer* 60: 2586-2595, 1988.

62. Reece, E.A., Coustan, D.P., Hayslett, J.P., Holford, T., Coulehan, J., O'Connor, T.Z.  Diabetic nephropathy:  Pregnancy performance and fetomaternal outcome.  *American Journal of Obstetrics and Gynecology* 159:  56-66, 1989.

63. Wickramaratne, P.J., Weissman, M.M., Leaf, P.J., Holford, T.R.  Age, period and cohort effects on the risk of major depression:  Results from five United States Communities. *Journal of Clinical Epidemiology* 42: 333-343, 1989.

64. Holford, T.R., Walter, S.D., and Dunnett, C.W.  Simultaneous interval estimates of the odds ratio in studies with two or more comparisons. *Journal of Clinical Epidemiology* 42: 427-434, 1989.

65. Holford, T.R., Bracken, M.B., and Eskenazi, B.  Log-linear models for the analysis of matched cohort studies. *American Journal of Epidemiology* 130: 1247-1253, 1989.

66. Bracken, M.B., Hellenbrand, K.G., and Holford, T.R.  Conception delay after oral contraceptive use:  The effect of estrogen dose. *Fertility and Sterility* 53: 21-27, 1990.

67. Wickramaratne, P.J., and Holford, T.R.  Confounding in epidemiologic studies, Response to Reader Reactions. *Biometrics* 45: 1319-1322, 1989.

68. Reece, E.A., Winn, H.N., Smikle, C., Holford, T., Nelson-Robinson, L., DeGennaro, N., and Hobbins, J.  Sonographic assessment of growth of the fetal head in diabetic pregnancies compared with normal gestations. *American Journal of Perinatology* 7: 18-22, 1990.

69. Reece, E.A., Smikle, C., O'Connor, T.Z., Holford, T., Nelson-Robinson, L., Degennaro, N., and Hobbins, J.C.  A longitudinal study comparing growth in diabetic prognancies with growth in normal gestations:  I.  The fetal weight. *Obstetrical and Gynecological Survey* 45: 160-164, 1990.

70. Bracken, M.B., Shepard, M.J., Collins, W.F., Holford, T.R., *et al.*  A randomized clinical trial of methylprednisolone and naloxone used in the initial treatment of acute spinal cord injury. *New England Journal of Medicine* 322: 1405-1411, 1990.

71. Peduzzi, P., Detre, K., Wittes, J., and Holford, T.  Intent-to-treat analysis and the problem of crossovers:  An example from the VA coronary bypass surgery study. *Journal of Thoracic and Cardiovascular Surgery* 101: 481-487, 1991.

72. Holford, T.R., Roush, G.C., and McKay, L.A.  Trends in female breast cancer in Connecticut and the United States.  *Journal of Clinical Epidemiology* 44: 29-39, 1991.

73. Holford, T.R.  Understanding the effects of age, period and cohort on incidence and mortality rates.  *Annual Reviews of Public Health* 12: 425-457, 1991.

74. Reece, E.A., Yarkoni, S., Abdalla, M., Gabrielli, S., Holford, T., O'Connor, T.Z., Hobbins, J.C.  A prospective longitudinal study of growth in twin gestations compared with growth in singleton pregnancies:  I.  The fetal head.  *Journal of Ultrasound in Medicine* 10: 439-443, 1991.

75. Reece, E.A., Yarkoni, S., Abdalla, M., Gabrielli, S., Holford, T., O'Connor, T.Z., Hobbins, J.C.  A prospective longitudinal study of growth in twin gestations compared with growth in singleton pregnancies:  II.  The fetal limbs.  *Journal of Ultrasound in Medicine* 10: 445-450, 1991.

76. Abelow, B.M., Holford, T.R., and Insongna, K.L.  Cross-cultural association between dietary animal protein and hip fracture:  A hypothesis.  *Calcified Tissue International* 50:14-18, 1992.

77. Bracken, M.B., Shepard, M.J., Collins, W.F., Holford, T.R., *et al.*  Methylprednisolone or Naloxone treatment after acute spinal cord injury:  1-year follow-up data.  Results of the second National Acute Spinal Cord Injury Study.  *Journal of Neurosurgery* 76: 23-31, 1992.

78. Holford, T.R., and Bracken, M.B.  A model for estimating level and net severity of spinal cord injuries.  *Statistics in Medicine* 11: 1171-1186, 1992.

79. Roush, G.C., McKay, L., and Holford, T.R.  A reversal in the long-term increase in deaths attributable to malignant melanoma.  *Cancer* 69: 1714-1720, 1992

80. Zheng, T., Mayne, S.T., Boyle, P., Holford, T.R., and Flannery, J.  Epidemiology of Non-Hodgkin Lymphoma in Connecticut:  1935-1988.  *Cancer* 70: 840-849, 1992.

81. Holford, T.R., Zheng, T., Mayne, S.T., and McKay, L.A.  Time trends of non-Hodgkin's lymphoma:  Are they real?  What do they mean?  *Cancer Research (Suppliment)* 52: 5443s-5446s, 1992.

82. Holford, T.R.  Analyzing the temporal effects of age, period and cohort.  *Statistical Methods in Medical Research* 1: 317-337, 1992.

83. Bernstein, J.L., Thompson, W.D., Risch, N., and Holford, T.R.  Risk factors predicting the incidence of second primary breast cancer among women diagnosed with a first primary breast cancer.  *American Journal of Epidemiology* 136: 925-936, 1992.

84. Bernstein, J.L., Thompson, W.D., Risch, N., and Holford, T.R.  The genetic epidemiology of second primary breast cancer.  *American Journal of Epidemiology* 136: 937-948, 1992.

85. Zheng, T., Mayne, S.T., Holford, T.R., Boyle, P., and Flannery, J.  Time trend and age-period-cohort effects on incidence of esophageal cancer in Connecticut, 1935-89.  *Cancer Causes and Control* 3:481-492, 1992.

86. Peduzzi, P., Wittes, J., Detre, K., and Holford, T.  Analysis as-randomized and the problem of nonadherence:  An example from the veterans affairs randomized trial of coronary artery bypass surgery.  *Statistics in Medicine* 12:1185-1195, 1993.

87. Dubrow, R., Bernstein, J., and Holford, T.R.  Age-period-cohort modelling of large bowel cancer incidence by anatomic subsite and sex in Connecticut.  *International Journal of Cancer* 53: 907-913, 1993.

88. Concato, J., Feinstein, A.R., and Holford, T.R.  The risk of determining risk with multivariable models.  *Annals of Internal Medicine* 118: 201-210, 1993.

89. Zheng, T., Mayne, S.T., Holford, T.R., Boyle, P., Liu, W., Chen, Y.,Mador, M., Flannery, J.  The time trend and age-period-cohort effects on incidence of adenocarcinoma of the stomach in Connecticut, 1955-1989.  *Cancer* 72:330-340, 1993.

90. Bracken, M.B., Holford, T.R.  Effects of timing of methylprednisolone or naloxone administration on recovery of segmental and long tract neurologic function in NASCIS 2.  *Journal of Neurosurgery* 79: 500-507, 1993.

91. Holford, T.R., Zhang, Z., McKay, L.A.  Estimating age, period and cohort effects using the multistage model for cancer.  *Statistics in Medicine* 13: 23-41, 1994.

92. Zheng, T., Holford, T.R., Boyle, P., Mayne, S.T., Liu, W., and Flannery, J.  Time trend and the age-period-cohort effect on the incidence of histologic types of lung cancer in Connecticut, 1960-1989.  *Cancer* 74: 1556-1567, 1994.

93. Dubrow, R., Johansen, C., Skov, T., and Holford, T.R.  Age-period-cohort modelling of large-bowel-cancer incidence by anatomic sub-site and sex in Denmark.  *International Journal of Cancer* 58: 324-329, 1994.

94. Chen, Y., Zheng, T., Holford, T.R., Berwick, M., and Dubrow, R.  Malignant melanoma incidence in Connecticut:  Time trends and age-period-cohort modeling by anatomic site.  *Cancer Causes and Control* 5: 341-350, 1994.

95. Katz, D.L., Zheng, T., Holford, T.R., and Flannery, J.  Time trends in the incidence of renal carcinoma:  Analysis of Connecticut Tumor Registry data, 1935-1989.  *International Journal of Cancer* 58: 57-63, 1994.

96. Bracken, M.B., and Holford, T.R.  Research uses of the international standards for neurological and functional classification of spinal cord injury.  *International Medical Society of Paraplegia*, 1994.

97. Kiuchi, A.S., Hartigan, J.A., Holford, T.R., Rubinstein, P., and Stevens, C.E.  Change points in the series of T4 counts prior to AIDS.  *Biometrics* 51: 236-248, 1995.

98. Bracken, M.B., Belanger, K., Hellenbrand, K., Dlugosz, L., Holford, T.R., McSharry, J.E., Addesso, K., and Leaderer, B.  Exposure to electromagnetic fields during pregnancy with emphasis on electrically heated beds:  Association with birth weight and intrauterine growth retardation.  *Epidemiology* 6: 263-270, 1995.

99. Holford, T.R.  Book Review of Trends in cancer incidence and mortality, R. Doll, J.F. Fraumeni, Jr., and C.S. Muir, Editors.  *Cancer Causes and Control* 6: 180-181, 1995.

100. Doria, R., Holford, T., Farber, L.R., Prosnitz, L.R., and Cooper, D.L.  Second solid malignancies after combined modality therapy for Hodgkin's disease.  *Journal of Clinical Oncology* 13: 2016-2022, 1995.

101. Zhang, H., Holford, T., and Bracken, M.B.  A tree-based method of analysis for prospective studies.  *Statistics in Medicine* 15: 37-49, 1996.

102. Shaywitz, B.A., Holford, T.R., Holahan, J.M., Fletcher, J.M., Stuebing, K.K., Francis, D.J., and Shaywitz, S.E.  A Matthew effect for IQ but not for reading:  Results from a longitudinal study.  *Reading Research Quarterly* 30:  894-906, 1995.

103. Zheng, T., Holford, T.R., Ward, B.A., Boyle, P., and Flannery, J.  Time trend in pancreatic cancer incidence in Connecticut, 1935-1990.  *International Journal of Cancer* 61: 622-627, 1995.

104. Holford, T.R., Zhang, Z., Zheng, T., and McKay, L.A.  A model for the effect of cigarette smoking on lung cancer incidence in Connecticut.  *Statistics in Medicine* 15: 565-580, 1996.

105. Zheng, T., Holford, T.R., Ward, B.A., McKay, L.A., Boyle, P., and Flannery, J.  Continuing increase in incidence of germ-cell testis cancer in young adults:  Experience from Connecticut, USA, 1935-1992.  *International Journal of Cancer* 65: 723-729, 1996.

106. Concato, J., Peduzzi, P., Holford, T.R., and Feinstein, A.R.  Importance of events per independent variable in proportional hazards analysis.  I.  Background, goals and general strategy.  *Journal of Clinical Epidemiology* 48:1495-1501, 1995.

107. Peduzzi, P., Concato, J., Feinstein, A.R., and Holford, T.R.  Importance of events per independent variable in proportional hazards analysis.  II.  Accuracy and precision of regression estimates.  *Journal of Clinical Epidemiology* 48: 1503-1510, 1995.

108. O'Connor, T.Z., Holford, T.R., Leaderer, B.P., Hammond, S.K., and Bracken, M.B.  Measurement of exposure to environmental tobacco smoke in pregnant women.  *American Journal of Epidemiology* 142: 1315-1321, 1995.

109. Dlugosz, L., Belanger, K., Hellenbrand, K., Holford, T.R., Leaderer, B., Bracken, M.B.  Maternal caffeine consumption and spontaneous abortion:  A prospective cohort study.  *Epidemiology* 7: 250-255, 1996.

14

110.  Zheng, T., Holford, T.R., Ma, Z., Chen, Y., Liu, W., Ward, B.A., Boyle, P.  The continuing increase in adenocarcinoma of the uterine cervix:  A birth cohort phenomenon.  *International Journal of Epidemiology* 25: 252-258, 1996.

111.  Holford, T.R., Stack, C.  Study design for epidemiologic studies with measurement error.  *Statistical Methods in Medical Research* 4: 339-358, 1995.

112.  Morse, D.E., Katz, R.V., Pendrys, D.G., Holford, T.R., Krutchkoff, D., Eisenberg, E., Kosis, D., Mayne, S.T.  Smoking and drinking in relation to oral epithelial dysplasia.  *Cancer Epidemiology Biomarkers and Prevension* 5:  769-777, 1996

113.  Vaccarino, V., Krumholz, H.M., Mendes de Leon, C.F., Holford, T.R., Seeman, T.E., Horwitz, R.I., Berkman, L.F.  Sex differences in survival after myocardial infarction in older adults:  A community-based approach.  *Journal of the American Geriatrics Society* 44: 1174-1182, 1996.

114.  Zheng, T., Holford, T.R., Chen, Y., Mayne, S.T., Ward, B.A., Boyle, P.  Time trend and age-period-cohort effects on incidence of thyroid cancer in Connecticut, 1935-1992.  *International Journal of Cancer* 67:504-509, 1996.

115.  Chen, Y., Dubrow, R., Holford, T.R., Zheng T. Barnhill, R.J., Fine, J., Berwick, M.  Malignant melanoma risk factors by anatomic site: A case-control study and polychotomous logistic regression analysis.  *International Journal of Cancer* 67: 636-643, 1996.

116.  Beckett, W.S., Belanger, K., Gent, J.F., Holford, T.R., Leaderer, B.P.  Asthma among Puerto Rican Hispanics:  A multi-ethnic comparison study of risk factors.  *American Journal of Respiratory and Critical Care Medicine* 154: 894-899, 1996.

117.  Peduzzi, P., Concato, J., Kemper, E., Holford, T.R., Feinstein, A.R.  A simulation study of the number of events per variable in logistic regression analysis.  *Journal of Clinical Epidemiology* 49: 1373-1379, 1996.

118.  Zheng, T., Holford, T.R., Chen, Y., Ma, J.Z., Boyle, P., Flannery, J.  Time trend and age-period-cohort effect on incidence of bladder cancer in Connecticut, 1935-1992.  *International Journal of Cancer* 68: 172-176, 1996.

119.  Zheng, T., Holford, T.R., Chen, Y., Ma, J.Z., Flannery, J., Boyle, P.  Are cancers of the salivary gland increasing?  Experience from Connecticut, U.S.A.  *International Journal of Epidemiology* 26: 264-271, 1997.

120.  Berg, A.T., Shinnar, S., Darefsky, A.S., Holford, T.R., Shapiro, E.D., Salomon, M.E., Crain, E.F., Hauser, A.W.  Predictors of recurrent febrile seizures: A prospective cohort study.  *Archives of Pediatric and Adolescent Medicine* 151: 371-178, 1997.

121.  Zheng, T., Holford, T., Chen, Y., Jiang, P., Zhang, B., Boyle, P.  Risk of tongue cancer associated with tobacco smoking and alcohol consumption: A case-control study.  *Oral Oncology* 33: 82-85, 1997.

122.  Zheng, T., Holford, T.R., Chen, Y., Jones, B.A., Flannery, J., Boyle, P.  Time trend of female breast carcinoma *in situ* by race and histology in Connecticut, U.S.A.  *European Journal of Cancer* 33: 96-100, 1997.

123.  Zheng, T., Holford, T.R., Chen, Y., Ma, Z., Liu, W.L., Flannery, J., Boyle, P.  Lymphocytic leukemia in Connecticut, USA:  time trends and racial differences, 1935-92.  *Journal of Epidemiology and Biostatistics* 1: 219-226, 1996.

124.  Salloum, E., Doria, R., Schubert, W., Zelterman, D., Holford, T., Roberts, K.B., Farber, L.R., Kiehl, R,K., Cardinale, J., Cooper, D.L.  Second solid tumors in patients with Hodgkin's disease cured after radiation or chemotherapy plus adjuvant low-dose radiation.  *Journal of Clinical Oncology* 14: 2435-43, 1996.

125.  Basso D.M., Beattie M.S., Bresnahan, J.C., Anderson, D.K., Faden, A.I., Gruner, J.A., Holford, T.R., Hsu, C.Y., Noble, L.J., Nockels, R., Perot, P.L., Salzman, S.K., Young, W.  MASCIS evaluation of open field locomotor scores: Effects of experience and teamwork on reliability. Multicenter Animal Spinal Cord Injury Study.  *Journal of Neurotrauma* 13: 343-59, 1996.

126.  Bracken, M.B., Shepard, M.J., Holford, T.R., Leo-Summers, L., Aldrich, E.F., Fazl, M., Fehlings, M., Herr, D.L., Hitchon, P.W., Marshall, L.F., Nockels, R.P., Pascale, V., Perot, P.L., Piepmeier, J., Sonntag, V.K.H., Wagner, F., Wilberger, J.E., Winn, H.R., and Young, W.  Administration of methylprednisolone for 24 or 48 hours or tirilazad mesylate for 48 hours in the treatment of acute spinal cord injury:  Results of the third national acute spinal cord injury randomized controlled trial.  *Journal of the American Medical Association* 277:1597-1604, 1997.

127.  Morse, D.E., Katz, R.V., Pendrys, D.G., Holford, T.R., Krutchkoff, D.J., Eisenberg, E., Kosis, D.L., Kerpel, S., Freedman, P., Mayne, S.T.  Mouthwash and dentures in relation to oral epithelial dysplasia.  *Oral Oncology* 33: 338-343, 1997.

128.  Chen, Y., Zheng, T., Chou, M., Boyle, P., Holford, T.R.  The increase of Hodgkin's disease incidence among young adults.  *Cancer* 79: 2209-2218, 1997.

129.  Riester, K.A., Peduzzi, P., Holford, T.R., Ellison R.T. 3rd, Donta, S.T.  Statistical evaluation of the role of *Helicobacter pylori* in stress gastritis:  Applications of splines and bootstrapping to the logistic model.  *Journal of Clinical Epidemiology* 50: 1273-1279, 1997.

130.  Berg, A.T., Darefsky, A.S., Holford, T.R., Shinnar, S.  Seizures with fever following unprovoked seizures:  An analysis in children followed from the time of a first febrile seizure.  *Epilepsia* 39: 77-80, 1998.

131.  Belanger, K., Leaderer, B., Hellenbrand, K., Holford, T.R., McSharry, J., Power, M., Bracken, M.B.  Spontaneous abortion and exposure to electric blankets and heated water beds.  *Epidemiology* 9: 36-42, 1998.

132.  Holford, T.R.  Book Review of Log-linear models for event Histories, J.K. Vermunt.  *Journal of the American Statistical Association* 93: 1242, 1998.

133. Bracken, M.B., Shepard, M.J., Holford, T.R., Leo-Summers, L., Aldrich, E.F., Fazl, M., Fehlings, M.G., Herr, D.L., Hitchon, P.W., Marshall, L.F., Nockels, R.P., Pascale, V., Perot, P.L., Piepmeier, J., Sonntag, V.K.H., Wagner, F., Wilberger, J.E., Winn, R., Young, W.  Methylprednisolone or tirilazad mesylate administration after acute spinal cord injury:  1 year follow-up.  Results of the third National Acute Spinal Cord Injury randomized controlled trial.  *Journal of Neurosurgery* 89: 366-706, 1998.

134. Zhang, Z., Holford, T.R.  Generalized conditionally linear models.  *Journal of Statistical Computation and Simulation* 62: 105-121, 1998.

135. Inouye, S.K., Bogardus, S.T., Charpentier, P.A., Leo-Summers, L., Acampora, D., Holford, T.R., Cooney, L.M.  A Clinical trial of a multicomponent interventioin to prevent delirium in hospitalized older patients.  *New England Journal of Medicine* 340: 669-676, 1999.

136. Leaderer, B.P., Naeher, L., Jankun, T., Belanger, K., Holford, T.R., Toth, C., Sullivan, J., Wolfson, J.M., Koutrakis, P.  Indoor, outdoor, and regional summer and winter concentrations of $PM_{10}$, $PM_{2.5}$, $SO_4^{2-}$, $H^+$, $NO^-$, $NH_3$, and nitrous acid in homes with and without kerosene space heaters.  *Environmental Health Perspectives* 107: 223-231, 1999.

137. Zheng, T., Holford, T.R., Mayne, S.T., Ward, B., Carter, D., Owens, P.H., Dubrow, R., Zahm, S.H., Boyle, P., Archibeque, S., Tessari, J.  DDE and DDT in breast adipose tissue and risk of female breast cancer.  *American Journal of Epidemiology* 150: 453-458, 1999.

138. Zheng, T., Holford, T.R., Mayne, S.T., Owens, P.H., Ward, B., Carter, D., Dubrow, R., Zahm, S.H., Boyle, P., Tessari, J.  β-benzene hexachloride (β-BHC) in breast adipose tissue and risk of breast cancer.  *Cancer* 85: 2212-2218, 1999.

139. Zheng, T., Holford, T.R., Mayne, S.T., Tessari, J., Owens, P.H., Zahm, S.H., Zhang, B., Dubrow, R., Ward, B., Carter, D. and Boyle, P. Environmental exposure to hexachlorobenzene (HCB) and risk of female breast cancer in Connecticut, USA.  *Cancer Epidemiology Biomarkers & Prevention* 8: 407-411, 1999.

140. Naeher, L.P., Holford, T.R., Beckett, W.S., Belanger, K., Triche, E.W., Bracken, M.B., Leaderer, B.P.  Healthy women's PEF variations with ambient summer concentrations of $PM_{10}$, $PM_{2.5}$, $SO_4^{2-}$, $H^+$, and $O_3$.  *American Journal of Respiratory and Critical Care Medicine* 160: 117-125, 1999.

141. Zheng, T., Holford, T.R., Tessari, J., Mayne, S.T., Zahm, S.H., Owens, P.H., Ward, B., Carter, D., Zhang, B., Boyle, P.  Oxychlordane and Trans-Nonachlor in Breast Adipose Tissue and Risk of Female Breast Cancer.  *Journal of Epidemiology and Biostatistics* 5: 153-160, 2000.

142. Bracken, M.B., Aldrich, E.F., Herr, D.L., Hitchon, P.W., Holford, T.R., Marshall, L.F., Nockels, R.P., Pascale, V., Shepard, M.J., Sonntag, K.H., Winn, H.R., Young, W.  Clinical measurement, statistical analysis, and risk-benefit:  Controversies from Trials of Spinal Injury.  *Journal of Trauma- Injury, Infection, and Critical Care*  48: 558-561, 2000

143.  Zheng, T., Holford, T.R., Mayne, S.T., Owens, P.H., Zhang, B., Boyle, P., Carter, D., Ward, B., Zahm, S.H.  Exposure to electromagnetic fields from use of electric blankets and other in-home electrical appliances and breast cancer risk.  *American Journal of Epidemiology* 151: 1103-1111, 2000.

144.  Zheng, T., Holford, T.R., Tessari, J., Mayne, S.T., Owens, P.H., Ward, B., Carter, D., Boyle, P., Dubrow, R., Archibeque-Engle, S., Zahm, S.H.   Breast cancer risk associated with congeners of polychlorinated biphenyls.  *American Journal of  Epidemiology* 152: 50-58, 2000.

145.  Zheng, T., Holford, T., Mayne, S.T., Tessari, J., Ward, B., Carter, D., Owens, P.H., Boyle, P., Dubrow, R., Archibeque-Engle, S., Dawood, O., Zahm, S.H.  Risk of female breast cancer associated with serum polychlorinated biphenyls and 1,1-dichloro-2,2'-bis(p-chloronphenyl)ethylene.  *Cancer Epidemiology Biomarkers & Prevention* 9: 167-174, 2000.

146.  Vaccarino, V., Holford, T.R., Krumholz, H.M.  Pulse pressure and risk for myocardial infarction and heart failure in the elderly.  *Journal of the American College of Cardiology* 36: 130-138, 2000.

147.  Avants, S.K., Margolin, A., Holford, T.R., Kosten, T.R.  A randomized controlled trial of auricular acupuncture for cocaine dependence.  *Archives of Internal Medicine* 160: 2305-2312, 2000.

148.  Holford, T.R., Zheng, T., Mayne, S.T., Zahm, S.H., Tessari, J.D., Boyle, P.  Joint effects of nine PCB congeners on breast cancer risk.  *International Journal of Epidemiology* 29: 975-982, 2000.

149.  Morse, D.E., Pendrys, D.G., Katz, R.V., Holford, T.R., Krutchkoff, D.J., Eisenberg, E., Kosis, D.L., Kerpel, S., Freedman, P., Mayne, S.T.  Food group intake and the risk of oral epithelial dysplasia in a United States population.  *Cancer Causes and Control* 11: 713-720, 2000.

150.  Neely, A.L., Holford, T.R., Loe, H., Anerud, A. Boysen, H.  The natural history of periodontal disease in man: Risk factors for progression of attachment loss in subjects receiving no oral health case.  *Journal of Periodontology* 72: 1006-1015, 2001.

151.  Gill, T.M., Desai, M.M., Gahbauer, E.A., Holford, T.R., Williams, C.S.  Restricted activity among community-living older persons: Incidence, precipitants and health case utilization.  *Annals of Internal Medicine* 135: 313-321, 2001

152.  Zheng, T., Holford, T.R., Mayne, S.T., Owens, P.H., Zhang, Y., Zhang, B., Boyle, P., Zahm, S.H.  Lactation and breast cancer risk: a case-control study in Connecticut.  *British Journal of Cancer*  84:1472-1476, 2001.

153.  Laden, F., Collman, G., Iwamoto, K., Alberg, A.J., Berkowitz, G.S., Freudenheim, J.L., Hankinson, S.E., Helzlsouer, K.J., Holford, T.R., Huang, H.Y., Moysich, K.B., Tessari, J.D., Wolff, M.S., Zheng, T., Hunter DJ.  1,1-Dichloro-2,2-bis(p-chlorophenyl)ethylene

and polychlorinated biphenyls and breast cancer: combined analysis of five U.S. studies. *Journal of the National Cancer Institute*  93:768-776, 2001.

154.  Margolin, A., Avants, S.K., Holford, T.R.  Interpreting conflicting findings from clinical trials of auricular acupuncture for cocaine addiction.  Does treatment context influence outcome?  *The Journal of Alternative and Complementary Medicine* 8: 111-121, 2002.

155.  Zheng, T., Holford, T.R., Mayne, S.T., Luo, J., Owens, P.H., Zhang, B., Zhang, W., Zhang, Y.  Radiation exposure from diagnostic and therapeutic treatments and risk of breast cancer.  *European Journal of Cancer Prevention* 11: 1-7, 2002.

156.  Zheng, T., Holford, T.R., Mayne, S.T., Luo J., Owens, P.H., Zahm, S.H., Zhang, B., Zhang, Y., Zhang, W., Jiang, Y., Boyle, P.  A case-control study of occupation and breast cancer risk in Connecticut.  *Journal of Cancer Epidemiology and Prevention* 7: 3-11, 2002.

157.  Bracken, M.B., Holford, T.R.  Neurological and functional status one year after acute spinal cord injury: estimates of functional recovery in NASCIS 2 from results modeled in NASCIS 3.   *Journal of Neurosurgery* 96 (3 Suppl.): 259-266, 2002.

158.  Zheng, T., Holford, T.R., Zahm, S.H., Owens, P.H., Boyle, P., Zhang, Y., Wise, J.P., Stephenson, L.P., Ali-Osman, F.  Cigarette smoking, glutathione-S-transferase M1 and T1 genetic polymorphisms, and breast cancer risk (United States).  *Cancer Causes and Control* 13: 637-645, 2002.

159.  Leaderer, B.P., Belanger, K., Triche, E., Holford, T., Gold, D.R., Kim, Y., Jankun, T., Ren, P., McSharry, J., Platts-Mills, T.A.E., Chapman, M.D., Bracken, M.B.  Dust mite, cockroach, cat, and dog allergen concentrations in homes of asthmatic children in the northeastern United States: Impact of socioeconomic factors and population density.  *Environmental Health Perspectives* 110: 419-425, 2002.

160.  Zheng, T., Holford, T.R., Mayne, S.T., Owens, P.H., Boyle, P., Zhang, B., Zhang, Y.W., Zahm, S.H.  Use of hair colouring products and breast cancer risk:  a case-control study in Connecticut.  *European Journal of Cancer* 38: 1647-1652, 2002.

161.  Bernstein, J.L., Lapinski, R., Lynch, C., Holford, T., Thompson, W.D.  Factors influencing mortality among young women with second primary breast carcinoma.  *Cancer* 95: 2051-2058, 2002.

162.  Triche, E.W., Belanger, K., Beckett, W., Bracken, M.B., Holford, T.R., Gent, J., Jankun, T., McSharry J., Leaderer. B.P.  Respiratory symptoms in infants associated with indoor heating sources.  *American Journal of Respiratory and Critical Care Medicine* 166: 105-111, 2002.

163.  Gent, J.F., Ren, P., Belanger, K., Triche, E., Bracken, M.B., Holford, T.R., Leaderer, B.P.  Levels of household mold associated with respiratory symptoms in the first year of life in a cohort at risk for asthma.  *Environmental Health Perspectives* 110:A781-A786, 2002.

164.  Belanger, K., Beckett, W., Triche, E., Bracken, M.B., Holford, T., Ren, P., McSharry, J., Gold, D.R., Platts-Mills, T.A.E., Leaderer, B.P.  Symptoms of Wheeze and Persistent

Cough in the First Year of Life: Associations with Indoor Allergens, Air Contaminants, and Maternal History of Asthma. *American Journal of Epidemiology* 158: 195-202, 2003.

165. Zheng, T., Holford, T.R., Zahm, S.H., Owens, P.H., Boyle, P., Zhang, Y., Zhang, B., Wise, J.P., Stephenson, L.P.  Glutathione S-transferase M1 and T1 genetic polymorphisms, alcohol consumption and breast cancer risk.  *British Journal of Cancer* 88: 58-62, 2003.

166. Brownstein, J.S., Holford, T.R., Fish, D.  A Climate-based Model Predicts the Spatial Distribution of the Lyme Disease Vector *Ixodes scapularis* in the United States.  *Environmental Health Perspectives* 111: 1152-1157, 2003.

167. Goodstine, S.L., Zheng, T., Holford, T.R., Ward, B.A., Carter, D., Owens, P.H., Mayne, S.T.  Dietary (n-3)/(n-6) fatty acid ratio:  Possible relationship to premenopausal but not postmenopausal breast cancer risk in U.S. women.  *The Journal of Nutrition* 133: 1409-1414, 2003.

168. Morton, L.M., Holford, T.R., Leaderer, B., Zhang, Y., Zahm, S.H., Boyle, P., Flynn, S., Tallini, G., Owens, P.H., Zhang, B., Zheng, T.  Alcohol use and the risk of non-Hodgkin's lymphoma among Connecticut women (United States).  *Cancer Causes and Control* 14:  687-694, 2003.

169. Gent, J.F., Triche, E.W., Holford, T.R., Belanger, K., Bracken, M.B., Beckett, W.S., Leaderer, B.P.  Association of low level ozone and fine particles with respiratory symptoms in children with asthma.  *Journal of the American Medical Association* 290:1859-67, 2003.

170. Zhang, Y., Holford, T.R., Leaderer, B., Boyle, P., Zahm, S.H., Flynn, S., Tallini, G., Owens, P.H., Zheng, T.  Hair coloring product use and risk of non-Hodgkin's lymphoma: a population-based case-control study in Connecticut.  *American Journal of Epidemiology* 159: 148-154, 2004.

171. Morton, L.M., Holford, T., Leaderer, B., Boyle, P., Zahm, S.H., Zhang, Y., Flynn, F., Tallini, G., Zhang, B., Owens, P.H., Zheng, T. Cigarette smoking and risk of non-Hodgkin's lymphoma subtypes among women.  *British Journal of Cancer* 89:2087-2092, 2003.

172. Zheng, T., Holford, T., Leaderer, B., Zhang, Y., Boyle, P., Zahm, S.H., Flynn, S., Tallini, G., Zhang, B., Zhou, K., Owens, P.H., Rothman, R., Lan, Q., Boyle, P.  Diet and nutrient intakes and risk of non-Hodgkin lymphoma in Connecticut women.  *American Journal of Epidemiology* 159: 454-466, 2004.

173. Morton, L.M., Engels, E.A., Holford, T.R., Leaderer, B., Zhang, Y., Zahm, S.H., Boyle, P., Zhang, B., Flynn, S., Tallini, G., Owens, P.H., Zheng, T.  Hepatitis C virus and risk of non-Hodgkin lymphoma: a population-based case-control study among Connecticut women.  *Cancer Epidemiology, Biomarkers and Prevention* 13: 425-430, 2004.

174. Claus, E.B., Stowe, M., Carter, C., Holford, T.  The risk of a contralateral breast cancer among women diagnosed with ductal and lobular breast carcinoma in situ:  data from the Connecticut Tumor Registry.  *Breast*  12: 451-456, 2003.

175. Hardy, J.R., Holford, T.R., Hall, G.C., Bracken, M.B.  Strategies for identifying pregnancies in the automated medical records of the General Practice Research Database. *Pharmacoepidemiology and Drug Safety* 13:  749-759, 2004.

176. Gehring, U., Triche, E., van Strien, R.T., Belanger, K., Holford, T.R., Gold, D.R., Jankun, T., Ren, P., McSharry, J., Beckett, W.S., Platts-Mills, T.A.E., Chapman, M.D., Bracken, M.B., Leaderer, B.P.  Prediction of residential pet and cockroach allergen levels using questionnaire information.  *Environmental Health Perspectives* 112: 834-839, 2004.

177. Zhang, Y., Holford, T.R.,  Leaderer, B., Boyle, P., Zahm, S.H., Owens, P.H., Morton, L.M., Zhang, B., Zou, K., Flynn, S., Tallini, G., Zheng, T.  Blood Transfusion and Risk of Non-Hodgkin's Lymphoma in Connecticut women.  *American Journal of Epidemiology* 160: 325-330, 2004

178. Gill, T.M., Allore, H., Holford, T.R., Zhenchao, G.  The development of insidious disability in activities of daily living among community-living older persons.  *The American Journal of Medicine* 117: 484-491, 2004.

179. Gill, T.M., Allore, H., Hardy, S.E., Holford, T.R., Han, L.  Estimates of active and disabled life expectancy based on different assessment intervals.  *Journals of Gerontology Series A—Biological Sciences and Medical Sciences* 60: 1013-1016, 2005.

180. Brownstein, J.S., Holford, T.R., Fish, D.  Enhancing West Nile virus surveillance, United States.  *Emerging Infectious Disease* 10: 1129-1133, 2004.

181. Triche, E.W., Belanger, K., Bracken, M.B., Beckett, W.S., Holford, T.R., Gent, J.F., McSharry, J., Leaderer, B.P.  Indoor heating sources and respiratory symptoms in nonsmoking women.  *Epidemiology* 16: 377-384, 2005.

182. Zhang, Y., Wise, J.P., Holford, T.R., Xie, H., Boyle, P., Zahm, S.H., Rusiecki, J., Zou, K., Zhang, B., Zhu, Y., Owens, P.H., Zheng, T.  Serum Polychlorinated Biphenyls, Cytochrome P4501A1 Polymorphisms, and Risk of Breast Cancer in Connecticut Women.  *American Journal of Epidemiology* 160: 1177-1183, 2004.

183. Rusiecki, J.A., Holford, T.R., Zahm,S.H., Zheng, T.  Polychlorinated biphenyls and breast cancer risk by combined estrogen and progesterone receptor status.  *European Journal of Epidemiology* 19: 793-801, 2004.

184. Zhang, Y., Holford, T.R., Leaderer, B., Boyle, P., Zahm, S.H., Zhang, B., Zou, K., Morton, L.M., Owens, P.H., Flynn, S., Tallini, G., Zheng, T.  Menstrual and reproductive factors and risk of non-Hodgkin's lymphoma among Connecticut women.  *American Journal of Epidemiology* 160: 766-773, 2004.

185. Zhang, Y., Holford. T.R., Leaderer, B., Zahm, S.H., Boyle, P., Morton, L.M., Zhang, B., Zou, K., Flynn, S., Tallini, B., Owens, P.H., Zheng, T.  Prior medical conditions and medication use and risk of non-Hodgkin lymphoma in Connecticut United States women.  *Cancer Causes and Control* 15: 419-428, 2004.

21

CASE 0:15-md-02666-JNE-DTS Doc. 751-1 Filed 09/12/17 Page 406 of 456

186. Brownstein, J.S., Holford, T.R., Fish, D. Impact of climate change on Lyme disease risk in North America. *EcoHealth* 2:38-46, 2005

187. Morton, L.M., Hartge, P., Holford, T.R., Holly, E.A., Chiu, B.C.H., Vineis, P., Stagnaro, E., Willett, E.V., Franceschi, S., La Vecchia, C., Hughes, A.M., Cozen, W., Davis, S., Severson, R.K., Bernstein, L., Mayne, S.T., Dee, F.R., Cerhan, J.R., Zheng,T. Cigarette smoking and risk of non-Hodgkin lymphoma: A pooled analysis from the International Lymphoma Epidemiology Consortium (InterLymph). *Cancer Epidemiology, Biomarkers and Prevention* 14: 925-933, 2005.

188. Gill, T.M., Allore, H.G., Holford, T.R., Guo, Z. Hospitalization, restricted activity, and the development of disability among older persons. *Journal of the American Medical Association* 292: 2115-2124, 2004.

189. Hardy, S.E., Dubin, J.A., Holford, T.R., Gill, T.M. Transitions between states of disability and independence among older persons. *American Journal of Epidemiology* 161: 575-584, 2005.

190. Holford, T.R. Book Review of *Environmental Statistics: Methods and Applications*, by V. Barnett. *Statistics in Medicine* 24: 2429-2430, 2004.

191. Leslie, D.L., Zhang, Y., Bogardus, S.T., Holford, T.R., Leo-Summers, L.S., Inouye, S.K. Consequences of preventing delirium in hospitalized older adults on nursing home costs. *Journal of the American Geriatrics Society* 53: 405-409, 2005.

192. Holford, T.R. Approaches to fitting age-period-cohort models with unequal intervals. *Statistics in Medicine* 25: 977-993, 2006.

193. Heffernan, R.T., Barrett, N.L., Gallagher, K.M., Hadler, J.L., Harrison, L.H., Reingold, A.L., Khoshnood, K., Holford, T.R., Schuchat, A. Declining incidence of invasive *Streptococcus pneumoniae* infections among persons living with AIDS in an era of highly active antiretroviral therapy, 1995-2000. *Journal of Infectious Diseases* 161: 2038-2045, 2005.

194. Morton, L.M., Zheng, T., Holford, T.R., Holly, E.A., Chiu, B.C.U., Costantini, A.S., Stagnaro, E., Willett, E.V., Maso, L.D., Serraino, D., Chang, E.T., Cozen, W., Davis, S., Severson, R.K., Bernstein, L., Mayne, S.T., Dee, F.R., Cerhan, J.R.,. Hartge, P. Alcohol consumption and risk of non-Hodgkin lymphoma: a pooled analysis. *The Lancet Oncology* 6: 469-476, 2005.

195. Zhu, Y., Brown, H.N., Zhang, Y., Holford, T.R., Zheng, T. Genotypes and haplotypes of the methyl-CpG-binding domain 2 modify breast cancer risk dependent upon menopausal status. *Breast Cancer Research* 7: R745-R752, 2005.

196. Holford, T.R., Ruaño, G., Windemuth, A. Personalizing public health. *Personalized Medicine* 2: 239-249, 2005.

22

197. Leslie, D.L., Zhang, Y., Holford, T.R., Bogardus, S.T., Leo-Summers, L.S., Inouye, S.K. Premature death associated with delirium at 1-year follow-up. *Archives of Internal Medicine* 165: 1657-1662, 2005.

198. Neely, A.L., Holford, T.R., Löe, H., Ånerun, Å. Boysen, H. The natural history of periodontal disease in humans: risk factors for tooth loss in caries-free subjects receiving no oral health care. *Journal of Clinical Periodontology* 32: 984-993, 2005.

199. Rusiecki, J.A., Holford, T.R., Zahm, S.H., Zheng, T. Breast cancer risk factors according to joint estrogen receptor and progesterone receptor. *Cancer Detection and Prevention* 29: 419-426, 2005.

200. Kwon, H.L., Belanger, K., Holford, T.R., Bracken, M.B. Effect of fetal sex on airway lability in pregnant asthmatics. *American Journal of Epidemiology* 163: 217-221, 2006.

201. Brownstein, J.S., Skelly, D.K., Holford, T.R., Fish, D. Forest fragmentation predicts local scale heterogeneity of Lyme disease. *Oecologia* 146: 469-475, 2005.

202. Zhang, Y., Lan, Q., Rothman, N., Zhu, Y., Zham, S.H., Wang, S.S., Holford, T.R., Leaderer, B., Boyle, P., Zhang, B., Zou, K., Chanock, S., Zheng, T. A putative exonic splicing polymorphism in the BCL6 gene and the risk of non-Hodgkin lymphoma. *Journal of the National Cancer Institute* 97: 1616-1618, 2005.

203. Ruaño, G., Thompson, P.D., Windemuth, A., Smith, A., Kocherla, M., Holford, T.R., Seip, R., Wu, A.H.B. Physiogenomic analysis links serum creatine kinase activities during statin therapy to vascular smooth muscle homeostasis. *Pharmacogenomics* 6: 865-872, 2005.

204. Lan, Q., Zheng, T., Rothman N., Zhang, Y., Wang, S.S., Shen, M., Berndt, S.I., Zahm, S.H., Holford, T.R., Leaderer, B., Yeager, M., Welch, R., Boyle, P., Zhang, B., Zou, K., Zhu, Y., Chanock, S. Cytokine polymorphisms in the Th1/Th2 pathway and susceptibility to non-Hodgkin lymphoma. *Blood* 107: 4101-4108, 2006.

205. Ruaño, G., Thompson, P.D., Windemuth, A., Smith, A., Kocherla, M., Holford, T.R., Seip, R., Wu, A.H.B. Physiogenomic analysis links serum creatine kinase activities during statin therapy to vascular smooth muscle homeostasis. *Pharmacogenomics* 6: 865-872, 2005.

206. Holford, T.R., Windemuth, A., Ruaño, G. Designing physiogenomic studies (Research Letter). *Future Medicine* 7: 157-158, 2006.

207. Rothman, N., Skibola, C.F., Wang, S.S., Morgan, G., Lan, Q., Smith, M.T., Spinelli, J.J., Willett, E., De Sanjose, S., Cocco, P., Berndt, S.I., Brennan, P., Brooks-Wilson, A., Wacholder, S., Becker, N., Hartge, P., Zheng, T., Roman, E., Holly, E.A., Boffetta, P., Armstrong, B., Cozen, W., Linet, M., Bosch, F.X., Ennas, M.G., Holford, T.R., Gallagher, R.P., Rollinson, S., Bracci, P.M., Cerhan, J.R., Whitby, D., Moore, P.S., Leaderer, B., Lai, A., Spink, C., Davis, S., Bosch, R., Scarpa, A., Zhang, Y., Severson, R.K., Yeager-Jeffery, M., Chanock, S., Nieters, A.. Genetic variation in TNF and IL10

and risk of non-Hodgkin lymphoma: a report from the InterLymph Consortium. *The Lancet Oncology*, 7: 27-38, 2006.

208. Shen, M., Zheng, T., Lan, Q., Zhang, Y., Zahm, S. H., Wang, S.S., Holford, T.R., Leaderer, B., Yeager, M., Welch, R., Kang, D., Boyle, P., Zhang, B., Zou, K., Zhu, Y., Chanock, S., Rothman, N. Polymorphisms in DNA repair genes and risk of non-Hodgkin lymphoma among women in Connecticut. *Human Genetics* 119: 659-668, 2006.

209. Hardy, J.R., Leaderer, B.P., Holford, T.R., Hall, G.C., Bracken, M.B. Safety of medications prescribed before and during early pregnancy in a cohort of 81,975 mothers from the UK General Practice Research Database. *Pharmacoepidemiology and Drug Safety* 15: 555-564, 2006.

210. Triche EW, Gent JF, Holford TR, Belanger K, Bracken MB, Beckett WS, McSharry J-E, Leaderer BP. Low level ozone exposure and respiratory symptoms in infants. *Environmental Health Perspectives* 114: 911-916, 2006.

211. Grosso, L.M., Triche, E.W., Belanger, K., Benowitz, N.L., Holford, T.R., Bracken, M.B.. Caffeine metabolites in umbilical cord blood, cytochrome P450 1A2 activity and intrauterine growth restriction. *American Journal of Epidemiology* 163:1035-1041, 2006.

212. Ruaño, G., Windemuth, A., Kocherla, M., Holford, T., Fernandez, M.L., Forsythe, C.E., Wood, R.J., Kraemer W.J., Volek, J.S. Physiogenomic analysis of weight loss induced by dietary carbohydrate restriction. *Nutrition & Metabolism* 3:20, 2006.

213. Pettigrew, M.M, Gent, J.F., Zhu, Y., Triche, E.W., Belanger, K.D., Holford, T.R., Bracken, M.B., Leaderer, B.P. Association of Surfactant protein A polymorphisms with otitis media in infants at risk for asthma. *BMC Medical Genetics* 7:68, 2006.

214. Holford, T.R., Cronin, K.A., Mariotto, A.B., Feuer, E.J. Changing patterns in breast cancer incidence trends. *Journal of the National Cancer Institute. Monographs* (36):19-25, 2006.

215. Zhang, Y., Wang, R., Holford, T.R., Leaderer, B., Zahm, S.H., Boyle, P., Zhu, Y., Qin, Q., Zheng, T. Family History of Hematopoietic and Non-Hematopoietic Malignancies and Risk of Non-Hodgkin Lymphoma. *Cancer Causes and Control* 18: 351-359, 2007.

216. Zhang, Y., Holford, T.R., Leaderer, B., Zahm, S.H., Boyle, P., Zhu, Y., Wang, R., Zou, K., Zhang, B., Flynn, S., Han, J., Zheng, T. Ultraviolet Radiation Exposure and Risk of Non-Hodgkin Lymphoma. *American Journal of Epidemiology* 165:1255-1264, 2007.

217. Koutros, S., Holford, T.R., Hahn, T., Lantos, P.M., McCarthy, P.L., Jr., Risch, H.A., Swede, H. Excess diagnosis of non-Hodgkin's lymphoma during spring in the USA. *Leukemia and Lymphoma* 48: 357-366, 2007.

218. Ruaño, G., Thompson, P.D., Windemuth, A., Seip, R.L., Dande, A., Sorokin, A., Kocherla, M., Smith, A., Holford, T.R., Wu, A.H.B. Physiogenomic Association of Statin-Related Myalgia to Serotonin Receptors. *Muscle and Nerve* 36: 329-335, 2007.

219. Pettigrew, M.M, Gent, J.F., Zhu, Y., Triche, E.W., Belanger, K.D., Holford, T.R., Bracken, M.B.,  Leaderer, B.P**.** Respiratory symptoms among infants at risk for asthma: association with surfactant protein A haplotypes**.** *BMC Medical Genetics* 8:15, 2007.

220. Dailey, A.B., Kasl, K.V., Holford, T.R., Jones, B.A.  Perceived racial discrimination and nonadherence to screening mammography guidelines:  Results from the Race Differences in the Screening Mammography Process Study.  *American Journal of Epidemiology* 165:1287-1295, 2007.

221. Carlson, M.D.A., Morrison, R.S., Holford, T.R., Bradley, E.H.  Hospice care:  What services do patients and their families receive?  *Health Services Research* 42:1672-1690, 2007.

222. Ruaño, G., Goethe, J.W., Caley, C., Woolley, S., Holford, T.R., Kocherla, M., Windemuth, A., de Leon, J.  Physiogenomic comparison of weight profiles of Olanzapine- and Risperidone-treated patients.  *Molecular Psychiatry* 12: 474-482, 2007.

223. Lan, Q., Zheng, T., Chanock, S., Zhang, Y., Shen, M., Wang, S.S., Berndt, S.I., Zahm, S.H., Holford, T.R., Leaderer, B., Yeager, M., Welch, R., Hosgood, D., Boyle, P., Rothman, N. Genetic variants in caspase genes and susceptibility to non-Hodgkin lymphoma. *Carcinogenesis* 28:823-827, 2007.

224. Dailey, A.B., Kasl, S.V., Holford, T.R., Calvocoressi, L., Jones, B.A.  Neighborhood-level socioeconomic predictors of nonadherence to mammography screening guidelines. *Cancer Epidemiology, Biomarkers and Prevention* 16: 2292-2303, 2007.

225. Zhu, Y., Stevens, R.G., Leaderer, D., Hoffman, A., Holford, T., Zhang, Y., Brown, H.N., Zheng, T.  Non-synonymous polymorphisms in the circadian gene NPAS2 4 and breast cancer risk.  *Breast Cancer Research and Treatment* 107: 421-425, 2008.

226. Buenconsejo, J., Fish, D., Childs, J.E., Holford, T.R.  A Bayesian Hierarchical Model for Estimation of Two Incomplete Surveillance Datasets.  *Statistics in Medicine* 27: 3269-3285, 2008.

227. Koutros, S., Zhang, Y., Zhu, Y., Mayne, S.T., Zahm, S.H., Holford, T.R., Leaderer, B.P., Boyle, P., Zhang, T.  Nutrients contribution to one-carbon metabolism and risk of non-Hodgkin lymphoma subtypes.  *American Journal of Epidemiology* 167: 287-294, 2008.

228. Han, X., Kilfoy, B., Zheng, T., Holford, T.R., Zhu, C., Zhu, Y., Zhang, Y.  Lymphoma survival patterns by WHO subtype in the United States, 1973-2003.  *Cancer Causes and Control*, 19: 841-858, 2008

229. Ruaño, G., Thompson, P.D., Villagra, D., Bower, B., Kocheria, M., Yazdanpanah, G., Seip R.L., Windemuth, A., White, C.M., Duconge, J., Holford, T.R., Wu, A.H.B. High carrier prevalence of combinatorial *CYP2C9* and *VKORC1* genotypes affecting warfarin dosing.  *Personalized Medicine* 5: 225-232, 2008.

230. Zhang, Y., De Sanjose, S., Bracci, P.M., Morton, L.M., Wang, R., Brennan, P., Hartge, P., Boffetta, P., Becker, N., Maynadie, M., Foretova, L., Cocco, P., Staines, A., Holford, T.,

Holly, E.A., Nieters, A., Benavente, Y., Bernstein, L., Zahm, S.H., Zheng, T. Personal use of hair dye and the risk of certain subtypes of non-Hodgkin lymphoma. *American Journal of Epidemiology* 167: 1321-1331, 2008.

231. Kilfoy, B.A., Zheng, T., Holford, T.R., Han, X., Ward, M.H., Sjodin, A., Zhang, Y., Bai, Y., Zhu, C., Guo, G.L., Rothman, N., Zhang, Y. International patterns and trends in thyroid cancer incidence, 1973-2002. *Cancer Causes and Control*, 20: 525-531, 2009.

232. Wang, R., Zhang, Y., Lan, Q., Holford, T.R., Leaderer, B., Zahm, S.H., Boyle, P., Dosemeci, M., Rothman, N., Zhu, Y., Qin, Q., Zheng, T. Occupational Exposure to Solvents and Risk of Non-Hodgkin Lymphoma in Connecticut Women. *American Journal of Epidemiology* 169: 176-185, 2009.

233. Ruaño, G., Bernene, J., Windemuth, A., Bower, B., Wencker, D., Seip, R.L., Kocherla, M., Holford, T.R., Petit, W.A., Hanks, S. Physiogenomic comparison of edema and BMI in patients receiving rosiglitazone or pioglitazone. *Clinica Chimica Acta* 400: 48-55, 2009.

234. Koutros, S., Baris, D., Bell, E., Zheng, T., Zhang, Y., Holford, T.R., Leaderer, B.P. Landgren, O., Zahm, S.H. Use of hair colouring products and risk of multiple myeloma among US women. *Occupational & Environmental Medicine*. 66:68-70, 2009.

235. Carlson, M.D., Schlesinger, M., Holford, T.R., Morrison, R.S., Bradley, E.H. Regulating palliative care: the case of hospice. *Journal of Pain & Symptom Management*. 36:107-116, 2008

236. Purdue, M.P. Lan, Q., Wang, S.S., Kricker, A., Menashe, I., Zheng, T., Hartge, P., Grulich, A.E., Zhang, Y., Morton, L.M., Vajdic, C.M., Holford, T.R., Severson, R.K., Leaderer, B.P., Cerhan, J.R., Yeager, M., Cozen, W., Jacobs, K., Davis, S., Rothman, N., Chanock, S.J., Chatterjee, N., Armstrong, B.K. A pooled investigation of Toll-like receptor gene variants and risk of non-Hodgkin lymphoma. *Carcinogenesis*. 30:275-281, 2009.

237. Morton, L.M., Purdue, M.P., Zheng, T., Wang, S.S., Armstrong, B., Zhang, Y., Menashe, I., Chatterjee, N., Davis, S., Lan, Q., Vajdic, C.M., Severson, R.K., Holford, T.R., Kricker, A., Cerhan, J.R., Leaderer, B., Grulich, A., Yeager, M., Cozen, W., Zahm, S.H., Chanock, S.J., Rothman, N, Hartge, P. Risk of non-Hodgkin lymphoma associated with germline variation in genes that regulate the cell cycle, apoptosis, and lymphocyte development. *Cancer Epidemiology, Biomarkers and Prevention*. 18: 1259-1270, 2009.

238. Han, X., Zheng, T., Lan, Q., Zhang, Y., Kilfoy, B.A., Qin, Q., Rothman, N., Zahm, S.H., Holford, T.R., Leaderer, B., Zhang, Y. Genetic polymorphisms in nitric oxide synthase genes modify the relationship between vegetable and fruit intake and risk of non-Hodgkin lymphoma. *Cancer Epidemiology , Biomarkers and Prevention* 18: 1429-1438, 2009.

239. Kilfoy, B.A., Devesa, S.S., Ward, M.H., Zhang, Y., Rosenberg, P.S., Holford, T.R., Anderson, W.F. Gender is an age-specific modifier for papillary cancers of the thyroid gland. *Cancer Epidemiology, Biomarkers and Prevention*. 18: 1092-1100, 2009.

240. Wang, S.S., Purdue, M., Cerhan, J.R., Zheng, T., Menashe, I., Armstrong, B., Lan, Q., Hartge, P., Kricker, A., Zhang, Y., Morton, L.M., Valdjic, C., Holford, T., Severson,

R.K., Grulich, A., Leaderer, B., Davis, S., Zahm, S., Cozen, W., Yeager, M., Chanock, S.J., Chatterjee, N., Rothman, N.  Common Genetic Variations in the Tumor Necrosis Factor (TNF) and TNF Receptor Superfamilies and Nuclear Factor Kappa Beta Transcription Factors and Risk of Non-Hodgkin Lymphoma. *PLoS ONE* 4: e5360, 2009.

241. Ruaño, G., Duconge, J., Windemuth, A., Cadilla, C.L., Kocherla, M., Villagra, D., Renta, J., Holford, T., Santiato-Borrero, P.J.  Physiogenomic analysis of the Puerto Rican population.  *Pharmacogenomics* 10: 565-577. 2009.

242. Valderrama-Ardila, C., Alexander, N., Ferro, C., Cadena, H., Marin, D., Holford, T.R., Munstermann, L.E., Ocampo, C.B.  Environmental risk factors for the incidence of American cutaneous leishmaniasis in a sub-Andean zone of Colombia (Chaparral, Tolima).  *American Journal of Tropical Medicine & Hygiene* 82(2):243-250, 2010.

243. Holford, T.R., Ebisu, K., McKay, L.A., Gent, J.F., Triche, E.W., Bracken, M.B., Leaderer, B.P.  Integrated Exposure Modeling:  A Model Using GIS and GLM.  *Statistics in Medicine* 29: 116-129, 2010.

244. Zhang, Y., Hughes, K.J., Zahm, S.H., Zhang, Y., Holford, T.R., Dai, L., Bai, Y., Han X., Qin, Q., Lan, Q., Rothman, N., Zhu, Y., Leaderer, B., Zheng, T.  Genetic variations in xenobiotic metabolic pathway genes, personal hair dye use, and risk of non-Hodgkin lymphoma,  *American Journal of Epidemiology* 170: 1222-1230, 2009.

245. Gent, J.F., Koutrakis, P., Belanger, K., Triche, E., Holford, T.R., Bracken, M.B., Leaderer, B.P. Symptoms and medication use in children with asthma and traffic-related sources of fine particle pollution.  *Environmental Health Perspectives* 117:1168-1174, 2009.

246. Lan, Q., Morton, L.M., Armstrong, B.. Hartge, P., Menashe, I., Zheng, T., Purdue, M.P., Cerhan, J.R., Zhang, Y., Grulich, A., Cozen, W., Yeager, M., Holford, T.R., Vajdic, C.M., Davis, S., Leaderer, B., Kricker, A., Schenk, M., Zahm, S.H., Chatterjee, N., Chanock, S.J., Rothman, N., Wang, S.S.  Genetic variation in caspase genes and risk of non-Hodgkin lymphoma: a pooled analysis of 3 population-based case-control studies. *Blood* 114:264-267, 2009.

247. Kilfoy, B.A., Zheng, T., Lan, Q., Han, X., Qin, Q., Rothman, N., Holford, T., Zhang, Y., Genetic polymorphisms in glutathione S-transferases and cytochrome P450s, tobacco smoking, and risk of non-Hodgkin lymphoma.  *American Journal of Hematology* 84: 279-282, 2009.

248. Hoffman, A.E., Zheng, T., Stevens, R.G., Ba, Y., Zhang, Y., Leaderer, D., Yi, C., Holford, T.R., Zhu, Y.  Clock-cancer connection in non-Hodgkin's lymphoma: a genetic association study and pathway analysis of the circadian gene cryptochrome 2.  *Cancer Research* 69:3605-3613, 2009.

249. Hoffman, A., Zheng, T., Yi, C., Stevens, R., B., Y., Zhang Y., Leaderer, D., Holford, T., Hansen, J., Zhu, Y., The core circadian gene cryptochrome 2 influences breast cancer risk, possibly by mediating hormone signaling.  *Cancer Prevention Research* 3: 539-548, 2010.

250.  Skibola, C.F., Bracci, P.M., Nieters, A., Brooks-Wilson, A., de Sanjose, S., Hughes, A.M., Cerhan, J.R., Skibola, D.R., Purdue, M., Willett, E., Lan, Q., Foretova, L., Schenk, M., Spinelli, J.J., Slager, S.L., DeRoos, A., Smith, M.T., Roman, E.,  Cozen, W., Boffetta, P., Kricker, A., Zheng, T., Lightfoot, T., Cocco, P., Benavente, Y., Zhang, Y., Hartge, T., Linet, M., Becker, N., Brennan, P., Zhang, L., Armstrong, B., Smith, A., Shiao, R., Novak, A.J., Maynadie, M., Chanock, S., Staines, A., Holford, T.R., Holly, E.A., Rothman, N., Wang, S.  Tumor necrosis factor (TNF) and lymphotoxin-alpha (LTA) polymorphisms and risk of non-Hodgkin lymphoma in the InterLymph Consortium. *American Journal of Epidemiology* 171:267-276, 2010.

251.  Hoffman, A., Yi, C.-H., Zheng, T.-Z., Stevens, R., Leaderer, D., Zhang, Y., Holford, T., Hansen, J., Paulson, J., Zhu, Y.  CLOCK in breast tumorigenesis: evidence from genetic, epigenetic, and transcriptional profiling analyses.  *Cancer Research* 70:1459-1468, 2010.

252.  Han, X., Zheng, T., Foss, F.M., Lan, Q., Holford, T.R., Rothman, N., Ma, S., Zhang, Y.  Genetic polymorphisms in the metabolic pathway and non-Hodgkin lymphoma survival. *American Journal of Hematology* 85:51-56, 2010

253.  Han, X., Zheng, T., Foss, F.M., Ma, S., Holford, T.R., Boyle, P., Leaderer, B., Zhao, P., Dai, M., Zhang, Y..  Alcohol consumption and non-Hodgkin lymphoma survival. *Journal of Cancer Survivorship* 4: 101-109, 2010.

254.  Belanger, K., Hellenbrand, M., Holford, T., Bracken, M.  Effect of pregnancy on maternal asthma symptoms and medication use.  *Obstetrics and Gynecology* 115:559-567, 2010.

255.  Allen, N.B., Holford, T.R., Bracken, M.B., Goldstein, L.B., Howard, G., Wang, Y., Lichtman, J.H. Geographic variation in one-year recurrent ischemic stroke among the elderly Medicare beneficiaries in the USA.  *Neuroepidemiology* 34: 123-129, 2010.

256.  Li Y. Zheng T. Kilfoy BA. Lan Q. Holford T. Han X. Zhao P. Dai M. Leaderer B. Rothman N. Zhang Y. Genetic polymorphisms in cytochrome P450s, GSTs, NATs, alcohol consumption and risk of non-Hodgkin lymphoma.  *American Journal of Hematology* 85:213-215, 2010.

257.  Ma S. Zhang Y. Huang J. Han X. Holford T. Lan Q. Rothman N. Boyle P. Zheng T. Identification of non-Hodgkin's lymphoma prognosis signatures using the CTGDR method.  *Bioinformatics* 26:15-21, 2010.

258.  Skene, K.J., Gent, J.F., McKay, L.A., Belanger, K., Leaderer, B.P., Holford, T.R. Modeling effects of traffic and landscape characteristics on ambient nitrogen dioxide levels in Connecticut.  *Atmospheric Environment,* 44: 5156-5164, 2010.

259.  Kilfoy, B.A., Zhang, Y., Park, Y., Holford, T.R., Schatzkin, A.,  Hollenbeck, A., Ward, M.H. Dietary nitrate and nitrite and the risk of thyroid cancer in the NIH-AARP Diet and Health Study.  *International Journal of Cancer* 129: 160-172, 2011.

260.  Barry, K.H., Zhang, Y., Lan, Q., Zahm, S.H., Holford, T.R., Leaderer, B., Boyle, P., Hosgood, D.H., III,  Chanock, S., Yeager, M., Rothman, N., Zheng, T. Genetic variation

in metabolic genes, occupational solvent exposure, and risk of non-Hodgkin lymphoma. *American Journal of Epidemiology* 173: 404-413, 2011.

261. Allen, N.B., Holford, T.R., Bracken, M.B., Goldstein, L.B., Howard, G., Wang, Y., Wang, Y., Lichtman, J.H.  Trends in one-year recurrent ischemic stroke among the elderly in the USA:  1994-2002.  *Cerebrovascular Diseases* 30: 525-532, 2010.

262. Ruaño, G. Thompson, P.D., Kane, J.P., Pullinger, C.R., Windemuth, A., Seip, R.L., Kocherla, M., Holford, T.R., Wu, A.H. Physiogenomic analysis of statin-treated patients: domain-specific counter effects within the ACACB gene on low-density lipoprotein cholesterol?  *Pharmacogenomics.* 11: 959-971, 2010.

263. Shen, M., Menashe, I., Morton, L.M., Zhang, Y., Armstrong, B., Wang, S.S., Lan, Q., Hartge, P., Purdue, M.P., Cerhan, J.R., Grulich, A., Cozen, W., Yeager, M., Holford, T.R., Vajdic, C.M., Davis, S., Leaderer, B., Kricker, A., Severson, R.K., Zahm, S.H., Chatterjee, N., Rothman, N., Chanock, S.J., Zheng T.  Polymorphisms in DNA repair genes and risk of non-Hodgkin lymphoma in a pooled analysis of three studies.  *British Journal of Haematology* 151: 239-244, 2010.

264. Kilfoy, B.A., Zheng, T., Lan, Q., Han, X., Holford, T., Hein, D.W., Qin, Q., Leaderer, B., Morton, L.M., Yeager, M., Boyle, P., Zhao, P., Chanock, S., Rothman, N., Zhang, Y.  Genetic variation in N-acetyltransferases 1 and 2, cigarette smoking, and risk of non-Hodgkin lymphoma.  *Cancer Causes & Control* 21: 127-233, 2010.

265. Han, X., Zheng, T., Foss, F., Holford, T.R., Ma, S., Zhao, P., Dai, M., Kim, C., Zhang, Y., Bai, Y., Zhang, Y.  Vegetable and fruit intake and non-Hodgkin lymphoma survival in Connecticut women.  *Leukemia & Lymphoma* 51: 1047-1054, 2010.

266. Kilfoy, B.A., Ward, M.H., Zheng, T., Holford, T.R., Boyle, P., Zhao, P., Dai, M., Leaderer, B., Zhang, Y.  Risk of non-Hodgkin lymphoma and nitrate and nitrite from the diet in Connecticut women.  *Cancer Causes & Control* 21: 889-896, 2010.

267. Dailey, A.B., Kasl, S.V., Holford, T.R., Lewis, T.T., Jones, B.A.  Neighborhood- and individual-level socioeconomic variation in perceptions of racial discrimination. *Ethnicity & Health* 15: 145-163, 2010.

268. Li, Q., Zheng, T., Holford, T. R., Boyle, P., Zhang, Y., Dai, M.  Light at night and breast cancer risk: results from a population-based case-control study in Connecticut, USA. *Cancer Causes & Control* 21: 2281-2285, 2010

269. Chen, Y., Zheng, T., Lan, Q., Foss, F., Kim, C., Chen, X., Dai, M., Li, Y., Holford, T., Leaderer, B., Boyle, P., Chanock, S.J., Rothman, N., Zhang, Y.  Cytokine polymorphisms in Th1/Th2 pathway, body mass index, and risk of non-Hodgkin lymphoma.  *Blood* 117: 585-590, 2011.

270. Ebisu, K., Holford, T.R., Belanger, K.D., Leaderer, B.P., Bell, M.L.  Urban land-use and respiratory symptoms in infants.  *Environmental Research* 111: 677-684, 2011.

29

271.  Hosgood, H.D., Purdue, M.P.,  Wang, S.S., Zheng, T., Morton, L.M., Lan, Q., Menashe, I., Zhang, Y., Cerhan, J.R., Grulich, A., Cozen, W., Yeager, M., Holford, T.R., Vajdic, C.M., Davis, S., Leaderer, B., Kricker, A., Schenk, M., Zahm, S.H., Chatterjee, N., Chanock, S.J, Rothman, N, Hartge, P., Armstrong, B.  A pooled analysis of three studies evaluating genetic variation in innate immunity genes and non-Hodgkin lymphoma risk. *British Journal of Haematology*  152: 721-726, 2011.

272.  Shen, M., Zheng, T., Lan, Q., Zhang, Y., Hosgood, D.H. Zahm, S.H., Holford, T.R., Leaderer, B., Yeager, M.,  Yuenger, J., Chanock, S., Rothman, N.  Polymorphisms in integrin genes and lymphoma risk.  *Leukemia Research* 35: 968-970, 2011.

273.  Zhu, G., Pan, D., Zheng, T., Lan, Q., Chen, X., Chen, Y., Kim, C., Bi, X., Holford, T., Boyle, P., Leaderer, B., Chanock, S., Rothman, N., Zhang, Y.  Polymorphisms in Th1/Th2 cytokine Genes, hormone replacement therapy, and risk of non-Hodgkin lymphoma.  *Frontiers in Oncology* 1: 21, doi:10.3389/fonc.2011.00021, 2011.

274.  Lan, Q., Wang, S.S. Menashe, I., Armstrong, B., Zhang, Y., Hartge, P., Purdue, M.P., Holford, T.R., Morton, L.M., Kricker, A., Cerhan, J.R., Grulich, A., Cozen, W., Zahm, S.H., Yeager, M., Vajdic, C.M., Schenk, M., Leaderer, B., Yuenger, J., Severson, R.K., Chatterjee, N., Chanock, S.J., Zheng, T., Rothman, N. Genetic variation in Th1/Th2 pathway genes and risk of non-Hodgkin lymphoma: a pooled analysis of three population-based case-control studies.  *British Journal of Haematology* 153: 341-350, 2011.

275.  Jiao, J., Zheng, T., Lan, Q., Chen, Y., Deng, Q., Bi, X., Kim, C., Holford, T., Leaderer, B., Boyle, P., Ba, Z.X., Chanock, S.J., Rothman, N., Zhang, Y.  Occupational solvent exposure, genetic variation of DNA repair genes, and risk of non-Hodgkin lymphoma. *European Journal of Cancer Prevention* 21: 580-584, 2012

276.  Windemuth A. de Leon J. Goethe JW. Schwartz HI. Woolley S. Susce M. Kocherla M. Bogaard K. Holford TR. Seip RL. Ruaño G.  Validation of candidate genes associated with cardiovascular risk factors in psychiatric patients.  Progress in Neuro-Psychopharmacology & Biological Psychiatry. 36(2):213-219, 2012

277.  Ruaño, G., Windemuth, A., Wu, A.H., Kane, J.P., Malloy, M.J., Pullinger, C.R., Kocherla, M. Bogaard, K., Gordon, B.R., Holford, T.R., Gupta, A., Seip, R.L., Thompson, P.D., Mechanisms of statin-induced myalgia assessed by physiogenomic associations. *Atherosclerosis*. 218(2):451-456, 2011.

278.  Moolgavkar, S.H., Holford, T.R., Levy, D.T., Kong, C.Y., Foy, M., Clarke, L., Jeon, J., Hazelton, W., Meza, R., Schultz, F., McCarthy, W., Boer, R., Gorlova, O., Gazelle, G.S., Kimmel, M., McMahon, P.M., de Koning, H.J., Feuer, E.J.  Impact of  the reduction in tobacco smoking on lung cancer mortality in the U.S. during the period 1975–2000. *Journal of the National Cancer Institute* 104: 541-548, 2012.

279.  Holford, T.R., Clark, L.  Development of the counterfactual smoking histories used to assess the effects of tobacco control.  *Risk Analysis* 32: S39-S50, 2012

280. Holford, T.R., Ebisu, K., McKay, L., Oh, C., Zhang, T.  Yale Lung Cancer Model.  *Risk Analysis* 32: S151-S165, 2012.

281. Holford, T.R., Levy, D.T.  Comparing the adequacy of carcinogenesis models in estimating U.S. population rates for lung cancer mortality.  *Risk Analysis* 32: S179-S189, 2012.

282. Aschebrook-Kilfoy, B., Heltshe, S.L., Nuckols, J.R., Sabra, M.M., Shuldiner, A.R., Mitchell, B.D., Airola, MN., Holford, T.R., Zhang, Y., Ward, M.H.  Modeled nitrate levels in well water supplies and prevalence of abnormal thyroid conditions among the Old Order Amish in Pennsylvania.  *Environmental Health* 11:6, 2012.

283. Aschebrook-Kilfoy, B., Zheng, T., Foss, F., Ma, S., Han, X., Lan, Q., Holford, T., Chen, Y., Leaderer, B., Rothman, N., Zhang, Y.  Polymorphisms in immune function genes and non-Hodgkin lymphoma survival.  *Journal of Cancer Survivorship*  6:102-114, 2012.

284. Bassig, B.A., Zheng, T., Zhang, Y., Berndt, S.I., Holford, T.R., Hosgood, H.D. 3rd., Hu, W., Leaderer, B., Yeager, M., Menashe, I., Boyle, P., Xu, J., Zou, K., Zhu, Y., Chanock, S., Rothman, N., Lan, Q.  Polymorphisms in complement system genes and risk of non-Hodgkin lymphoma.  *Environmental & Molecular Mutagenesis* 53:145-51, 2012.

285. Kim, C., Zheng, T., Lan, Q., Chen, Y., Foss, F., Chen, X., Holford, T., Leaderer, B., Boyle, P., Chanock, S.J., Rothman, N., Zhang, Y.  Genetic polymorphisms in oxidative stress pathway genes and modification of BMI and risk of non-Hodgkin lymphoma.  *Cancer Epidemiology, Biomarkers and Prevention* 21: 866-868, 2012.

286. Aschebrook-Kilfoy, B., Ward, M.H., Zheng, T., Holford, T.R., Boyle, P., Leaderer, B., Zhang, Y.  Dietary nitrate and nitrite intake and non-Hodgkin lymphoma survival.  *Nutrition and Cancer* 64: 488-492, 2012.

287. Bi, X., Zheng, T., Lan, Q., Xu, Z., Chen, Y., Zhu, G., Foss, F., Kim, C., Dai, M., Zhao, P., Holford, T., Leaderer, B., Boyle, P., Deng, Q., Chanock, S.J., Rothman, N., Zhang, Y.  Genetic polymorphisms in IL19RA and TNF modify the association between blood transfusion and risk of non-Hodgkin lymphoma.  *American Journal of Hematology* 87: 766-769, 2012.

288. Roush, G.C., Holford, T.R., Guddati, A.K.  Chlorthalidone compared to hydrochlorothiazide in reducing cardiovascular events:  Systematic review and network meta-analysis.  *Hypertension* 59: 1110-1117, 2012.

289. Deng, Q., Zheng, T., Lan, Q., Lan, Y., Holford, T., Chen, Y., Dai, M., Leaderer, B, Boyle, P., Chanock, S.J., Rothman, N., Zhang, Y.  Occupational Solvent Exposure, Genetic Variation in Immune Genes and Risk of Non-Hodgkin Lymphoma.  *European Journal of Cancer Prevention* 22: 77-82, 2013.

290. Li, Q., Holford, T.R., Zhang, Y., Boyle, P., Mayne, S.T., Dai, M., Zheng, T.  Dietary fiber intake and risk of breast cancer by menopausal and estrogen receptor status.  *European Journal of Nutrition* 52: 217-223, 2013.

291. Gibson, T.M., Smedby, K.E., Skibola, C.F., Hein, D.W., Slager, S.L., de Sanjosé, S., Vajdic, C.M., Zhang, Y., Chiu, B.C.-H., Wang, S.S., Hjalgrim, H., Nieters, A., Bracci, P.M., Kricker, A., Zheng, T., Kolar, C., Cerhan, J.R., Darabi, H., Becker, N., Conde, L., Holford, T.R., Weisenburger, D.D., De Roos, A.J., Butterbach, K., Riby, J., Cozen, W., Benavente, Y., Palmers, C., Holly, E.A., Sampson, J.N., Rothman, N., Armstrong, B.K., Morton, L.M.  Smoking, variation in N-acetyltransferase 1 (NAT1) and 2 (NAT2), and risk of non-Hodgkin lymphoma: a pooled analysis within the InterLymph consortium. *Cancer Causes and Control*. 24: 125-134, 2013.

292. Berndt, S.I., Skibola, C.F., Joseph, V., Camp, N.J., Nieters, A., Wang, Z., Cozen, W., Monnereau, A., Wang, S.S., Kelly, R.S., Lan, Q., Teras, L.R., Chatterjee, N., Chung, C.C., Yeager, M., Brooks-Wilson, A.R., Hartge, P., Purdue, M.P., Birmann, B.M., Armstrong, B.K., Cocco, P., Zhang, Y., Severi, G., Zeleniuch-Jacquotte, A., Lawrence, C., Burdette, L., Yuenger, J., Hutchinson, A., Jacobs, K.B., Call, T.G., Shanafelt, T.D., Novak, A.J., Kay, N.E., Liebow, M., Wang, A.H., Smedby, K.E., Adami, H.-O., Melbye, M., Glimelius, B., Chang, E.T., Glenn, M., Curtin, K., Cannon-Albright, L.A., Jones, B., Diver, W.R., Link, B.K., Weiner, G.J., Conde, L., Bracci, P.M., Riby, J., Holly, E.A., Smith, M.T., Jackson, R.D., Tinker, L.F., Benavente, Y., Becker, N., Boffetta, P., Brennan, P., Foretova, L., Maynadie, M., McKay, J., Staines, A., Rabe, K.G., Achenbach, S.J., Vachon, C.M., Goldin, L.R., Strom, S.S., Lanasa, M.C., Spector, L.G., Leis, J.F., Cunningham, J.M., Weinberg, J.B., Morrison, V.A., Caporaso, N.E., Norman, A.D., Linet, M.S., De Roos, A.J., Morton, L.M., Severson, R.K. , Riboli, E., Vineis, P., Kaaks, R., Trichopoulos, D., Masala, G., Weiderpass, E., Chirlaque, M.-D., Vermeulen, R.C.H., Travis, R.C., Giles, G.G., Albanes, D., Virtamo, J., Weinstein, S., Clavel, J., Zheng, T., Holford, T.R., Offit, K., Zelenetz, A., Klein, R.J.,, Spinelli, J.J., Bertrand, K.A., Laden, L., Giovannucci, E., Kraft, P., Kricker, A., Turner, J., Vajdic, C.M., Ennas, M.G., Ferri, G.M., Miligi, L., Liang, L., Sampson, J., Crouch, S., Park, J.-H., North, K.E., Cox, A., Snowden, J.A., Wright, J., Carracedo, A., Lopez-Otin, L., Bea, S., Salaverria, I., Martin, D., Campo, E., Fraumeni Jr, J.F., Sanjose, S., Hjalgrim, H., Cerhan, J.R., Chanock, S.J., Rothman , N., Slager, S.L.  Genome-wide Association Study Identifies Multiple Loci Associated with Chronic Lymphocytic Leukemia. *Nature Genetics*. 45: 868-876, 2013.

293. Chen, Q., Zheng, T., Lan, Q., Lerro, C., Zhao, N., Qin, Q., Hu, X., Huang, H., Liang, J., Holford, T., Leaderer, B., Boyle, P., Chanock, S.J., Rothman, N., Zhang, Y.  Single nucleotide polymorphisms in genes encoding for CC chemokines were not associated with the risk of Non-Hodgkin Lymphoma.  *Cancer Epidemiology, Biomarkers and Prevention*.  22: 1332-1335, 2013.

294. Zhang, L., Guan, Y., Leaderer, B.P., Holford, T.R.  Estimating daily nitrogen dioxide level: Exploring traffic effects.  *Annals of Applied Statistics*. 7: 1763-1777, 2013.

295. Roush, G.C., Buddharaju, V., Ernst, M.E., Holford, T.R. Chlorthalidone: mechanisms of action and effect on cardiovascular events. *Current hypertension reports.* 15: 514-521, 2013.

296. Li, Q., Lan, Q., Zhang, Y., Bassig, B.A., Holford, T.R., Leaderer, B., Boyle, P., Zhu, Y., Qin, Q., Chanock, S., Rothman, N., Zheng, T. Role of one-carbon metabolizing pathway genes and gene-nutrient interaction in the risk of non-Hodgkin lymphoma. *Cancer causes & control.* 24: 1875-1884, 2013.

297. Chen, Y., Lan, Q., Zheng, T., Zhao, N., Holford, T.R. Lerro, C., Dai, M., Huang, H., Liang, J., Ma, S., Leaderer, B., Boyle, P., Chanock, S., Rothman, N., Zhang Y. Polymorphisms in JAK/STAT signaling pathway genes and risk of non-Hodgkin lymphoma. *Leukemia Research*. 37: 1120-4, 2013.

298. Chen, Y., Zheng, T., Lan, Q., Kim, C., Qin, Q., Foss, F., Chen, X., Holford, T., Leaderer, B., Boyle, P., Wang, C., Dai, M., Liu, Z., Ma, S., Chanock, S.J., Rothman, N., Zhang Y. Polymorphisms in DNA repair pathway genes, body mass index, and risk of non-Hodgkin lymphoma. American Journal of Hematology. 88:606-11, 2013.

299. Belanger, K., Holford, T.R., Gent, J.F., Hill, M.E., Kezik, J.M., Leaderer, B.P., Household levels of nitrogen dioxide and pediatric asthma severity. Epidemiology. 24:320-30, 2013.

300. Hu, W,. Bassig, B.A., Xu, J., Zheng, T., Zhang, Y., Berndt, S.I., Holford, T.R., Hosgood, H.D. 3rd, Leaderer, B., Yeager, M., Menashe, I., Boyle, P., Zou, K., Zhu Y., Chanock, S., Lan, Q., Rothman, N. Polymorphisms in pattern-recognition genes in the innate immunity system and risk of non-Hodgkin lymphoma. *Environmental & Molecular Mutagenesis*. 54:72-7, 2013.

301. Skibola, C.F., Berndt, S.I., Vijai, J., Conde, L., Wang, Z., Yeager, M., de Bakker, P.I., Birmann, B.M., Vajdic, C.M., Foo, J.N., Bracci, P.M., Vermeulen, R.C., Slager, S.L., de Sanjose, S., Wang, S.S., Linet, M.S., Salles, G., Lan, Q., Severi, G., Hjalgrim, H., Lightfoot, T., Melbye, M., Gu, J., Ghesquieres, H., Link, B.K.; Morton, L.M., Holly, E.A.; Smith, A., Tinker, L.F., Teras, L.R., Kricker, A., Becker, N., Purdue, M.P., Spinelli, J.J., Zhang Y., Giles, G.G., Vineis, P., Monnereau, A., Bertrand, K.A., Albanes, D., Zeleniuch-Jacquotte, A., Gabbas, A., Chung, C.C., Burdett, L., Hutchinson, A., Lawrence, C., Montalvan, R., Liang, L., Huang, J., Ma, B., Liu, J., Adami, H.O., Glimelius, B., Ye, Y., Nowakowski, G.S., Dogan, A., Thompson, C.A., Habermann, T.M., Novak, A.J., Liebow, M., Witzig, T.E., Weiner, G.J., Schenk, M., Hartge, P., De Roos, A.J., Cozen, W., Zhi, D., Akers, N.K., Riby, J., Smith, M.T., Lacher, M., Villano, D.J., Maria, A., Roman, E., Kane, E., Jackson, R.D., North, K.E., Diver, W.R., Turner, J., Armstrong, B.K., Benavente, Y., Boffetta, P., Brennan, P., Foretova, L., Maynadie, M., Staines, A., McKay, J., Brooks-Wilson, A.R., Zheng, T., Holford, T.R., Chamosa, S., Kaaks, R., Kelly, R.S., Ohlsson, B., Travis, R.C., Weiderpass, E., Clavel, J., Giovannucci, E., Kraft, P., Virtamo, J., Mazza, P., Cocco, P., Ennas, M.G., Chiu, B.C., Fraumeni, J.F., Nieters, A., Offit, K., Wu, X., Cerhan, J.R., Smedby, K.E., Chanock, S.J., Rothman, N.. Genome-wide association study identifies five susceptibility loci for follicular lymphoma outside the HLA region. American Journal of Human Genetics. 95(4):462-71, 2014

302. Huang, H., Waagepetersen, R., Ma, X., Holford, T.R., Wang, R., Risch, H., Mueller, L., Guan, Y. A new estimation approach for combining epidemiological data from multiple sources. *Journal of the American Statistics Association*. 109:505, 11-23, 2014.

303. Holford, T.R., Levy, D.T., McKay, L.A., Clarke, L., Racine, B., Meza, R., Jeon, J., Feuer, E.J. Patterns of Birth Cohort–Specific Smoking Histories, 1965–2009. *American Journal of Preventive Medicine*. 46: e31-e37, 2014.

304. Holford, T.R., Meza, R., Warner, K.E., Meernik, C., Jeon, J., Moolgavkar, S.H., Levy, D.T. Tobacco control and the reduction in smoking-related premature deaths in the United States, 1964-2012. *Journal of the American Medical Association*. 311: 164-171, 2014.

305. Hu, X., Zheng, T., Cheng, Y., Holford, T., Lin, S., Leaderer, B., Qiu, J., Bassig, B.A., Shi, K., Zhang, Y., Niu, J., Zhu, Y., Li, Y., Guo, H., Chen, Q., Zhang, J., Xu, S., Jin, Y. Distributions of heavy metals in the maternal and cord blood and the association with infant birth weight in China. *Journal of Reproductive Medicine* 60: 21-29, 2015.

306. Guo, H., Jin, Y., Cheng, Y., Leaderer, B., Lin, S., Holford, T.R., Qiu, J., Zhang, Y., Shi. K.C., Zu, Y., Niu, J., Bassig, B.A., Xu, S.Q., Zhang, B., Li, Y.H., Hu, X.B., Chen, Q., Zheng, T. Prenatal exposure to organochlorines and infant birth weight in China. *Chemosphere* 110: 1-7, 2014.

307. Guo, H., Bassig, B.A., Zhang, Y., Zhu, Y., Lan, Q., Holford, T.R., Leaderer, B., Boyle, P., Qin, Q., Zhu, C., Li, N., Rothman, N., Zheng, T. Polymorphisms in DNA repair genes, hair dye use, and the risk of non-Hodgkin lymphoma. *Cancer Causes and Control* 25: 1261-1270, 2014.

308. McMahon, P.M., Meza, R., Plevritis, S.K., Black, W.C., Tammemagi, C.M., Erdogan, A., ten Haaf, K., Hazelton, W., Holford, T.R., Jeon, J., Clarke, L., Kong, C.Y., Choi, S.E., Feuer, E.J. Comparing Benefits from Many Possible Computed Tomography Lung Cancer Screening Programs: Extrapolating from the National Lung Screening Trial Using Comparative Modeling. *PLoS ONE* 9(6): e99978. doi: 10.1371/journal.pone.0099978, 2014.

309. Egan, K.B., Ettinger, A.S., DeWan, A.T., Holford, T.R., Holmen, T.L., Bracken, M.B. General, but not abdominal, overweight increases odds of asthma among Norwegian adolescents:  the Young-HUNT study. *Acta Paediatrica* 103: 1270-1276, 2014.

310. Egan, K.B., Ettinger, A.S., DeWan, A.T., Holford, T.R., Holmen, T.L., Bracken, M.B. Longitudinal associations between asthma and general and abdominal weight status among Norwegian adolescents and young adults:  The HUNT Study. *Pediatric Obesity* 10(5): 345-352, 2014.

311. Morton, L.M., Slager, S.L., Cerhan, J.R., Wang, S.S., … Holford, T.R., …Linet, M.S., Sampson, J.N. Etiologic Heterogeneity Among Non-Hodgkin Lymphoma Subtypes: The InterLymph Non-Hodgkin Lymphoma Subtypes Project. *Journal of the National Cancer Institute* 48: 130-144, 2014.

312. Rabinowitz, P.M., Slizovskiy, I.B., Lamers, V., Trufan, S.J., Holford, T.R., Dziura, J.D., Peduzzi, P.N., Kane, M.J., Reif, J.S., Weiss, T.R., Stowe, M.H. Proximity to Natural Gas Wells and Reported Health Status: Results of a Household Survey in Washington County, Pennsylvania. To appear in *Environmental Health Perspectives*. [http://dx.doi.org/10.1289/ehp.1307732]

313. Cerhan, J.R., Berndt, S.I., Vijai, J., Ghesquières, H., McKay, J., Wang,S.S, Wang, Z., …Holford, T.R.,… Wu, X., de Sanjose, S., Smedby, K.E., Salles, G., Skibola, C.F.,

Rothman, N., Chanock, S.J.  Genome-wide association study identifies multiple susceptibility loci for diffuse large B cell lymphoma. *Nature Genetics* 46: 1233-1238, 2014.

314. Zhao, N., Qiu, J., Zhang, Y., He, X., Zhou, M., Li, M., Xu, X., Cui, H., Lv, L., Lin, X., Zhang, C., Zhang, H., Xu, R., Zhu, D., Lin, R., Yao, T., Su, J., Dang, Y., Han, X., Zhang, H., Bai, H., Chen, Y., Tang, Z., Wang, W., Wang, Y., Liu, X., Ma, B., Liu, S., Qiu, W., Huang, H., Liang, J., Chen, O., Jiang, M., Ma, S., Jin, L., Holford, T., Leaderer, B., Bell, M.L., Liu, Q., Zhang, Y.  Ambient air pollutant PM10 and risk of preterm birth in Lanzhou, China.  *Environment International* 76: 71–77, 2015.

315. Zhang, L., Guan, Y., Leaderer, B.P., Holford, T.R.  Estimating daily nitrogen dioxide level: application of a longitudinal model with spatially-correlated random effects. *Environmental and Ecological Statistics* 22: 329-344, 2015.  DOI 10.1007/s10651-014-0300-9.

316. Chang, X., Waagepetersen, R., Yu, H., Ma, X., Holford, T.R., Wang, R. and Guan, Y. Disease risk estimation by combining case-control data with aggregated Information on the population at risk. *Biometrics* 71, 114–121, 2015.

317. Oh, C., Holford, T.R.  Age-period-cohort approaches to back-calculation of cancer incidence rate.  Statistics in Medicine.  334: 1953-1964, 2015.

318. Li, N., Houser, R., Holford, T., Zhu, Y., Zhang, Y., Bassig, B.A., Honig, S., Chen, C., Boyle, P., Dai, M., Schwartz, S.M., Morey, P., Sayward, H., Hu, Z., Shen, H., Gomery, P., Zhane, T.  Muscle-building supplement use and increased risk of testicular germ cell cancer in men from Connecticut and Massachusetts. *British Journal of Cancer* 112: 1247-1250, 2015.

319. Gilani, O., McKay, L.A., Gregoire, T.G., Guan, Y., Leaderer, B.P., Holford, T.R. Spatiotemporal calibration and resolution refinement of output from deterministic models. *Statistics in Medicine* 35, 2422-2440, 2016.

320. Tramontano A.C., Sheehan D.F., McMahon P.M., Dowling E.C., Holford T.R., Ryczak K., Lesko S.M., Levy D.T., Kong C.Y. Evaluating the impacts of screening and smoking cessation programmes on lung cancer in a high-burden region of the USA: A simulation modelling study.  *BMJ Open*. 6 (2) (no pagination), 2016. Article Number: e010227.

321. Ebisu K., Holford T.R., Bell M.L. Association between greenness, urbanicity, and birth weight. *Science of the Total Environment. Part A* 542:750-756, 2016.

322. Sampson J.N., Wheeler W.A., Yeager M. [and 404 others including Holford TR].  Analysis of heritability and shared heritability based on genome-wide association studies for thirteen cancer types. *Journal of the National Cancer Institute* 107 (12) (no pagination), 2016. Article Number: djv279.

323. Machiela MJ; Lan Q; Slager SL; [and 117 others including Holford TR]. Genetically predicted longer telomere length is associated with increased risk of B-cell lymphoma subtypes. *Human Molecular Genetics*. 25(8):1663-76, 2016.

324.  Berndt SI; Camp NJ;  Skibola CF, [and 123 others including Holford TR]. Meta-analysis of genome-wide association studies discovers multiple loci for chronic lymphocytic leukemia. *Nature Communications* 7:10933, 2016.

325.  Levy, D.T., Meza, R., Zhang, Y., Holford, T.R.  Guaging the effect of U.S. tobacco control policies from 1965 through 2014 using SimSmoke.  *American Journal of Preventive Medicine* 50 (4), 535-542, 2016.

326.  Holford, T.R., Levy, D.T., Meza, R.  Comparison of smoking history patterns among African American and White cohorts in the U.S. born 1890 to 1990.  *Nicotine and Tobacco Research*.  18 (suppl 1): S16-S29, doi: 10.1093/ntr/ntv274, 2016

327.  Ruaño, G., Kocherla, M., Graydon, J.S., Holford, T.R., Makowshi, G.S., Goethe, J.W.  Practical interpretation of CYP2D6 haplotypes:  Comparison and integration of automated and expert calling.  *Clinica Chimica Acta* 456: 7-14, 2016.

### *Case Reports, Technical Notes, Letters*

1.  Wickramaratne, P.J., and Holford, T.R.  Confounders:  Correcting superstitions (Letter).  *Biometrics* 46: 870-872, 1990.

2.  Bracken, M.B., Shepard, M.J., Collins, W.F., Holford, T.R., *et al.*  Response to a letter on the second National Acute Spinal Cord Injury Study (NASCIS 2).  *Journal of Neurosurgery* 77: 325-327, 1992.

3.  Peduzzi, P., Concato, J., Kemper, E., Holford, T., Feinstein, A.  A simulation study of the number of events per variable in logistic regression analysis.  *Proceeding of the Biometrics Section, American Statistical Association*.  pp. 207-212, 1995.

4.  Holford, T.R., Zheng, T., Mayne, S.T.  Letter, Re:  Cigarette Smoking and Changes in the Histopathology of Lung Cancer.  *Journal of the National Cancer Institute* 90: 783-784, 1998.

5.  Roush, G.C., Holford, T.R., Guddati, A.K.  Chlorthalidone versus hydrochlorothiazide.  *Annals of Internal Medicine* 158: 923-924, 2013.

6.  McKay, L.A., Holford, T.R., Bracken, M.B.  Re-analysis of the PREGNANT trial confirms that vaginal progesterone reduces the rates of preterm birth in women with a sonographic short cervix.  *Ultrasound in Obstetrics and Gynecology* 43: 596-597, 2014.

### *Editorials, Reviews, Chapters, Books*

1.  Roush, G.D., Holford, T.R., Schymura, M.J. and White, C.  *Cancer Risk and Incidence Trends:  The Connecticut Perspective*.  New York:  Hemisphere Publishing Corp., 1987.

2.     Holford, T.R.  Strategies for the analysis of case-referent and cohort studies.  In *Perinatal Epidemiology*, M.B. Bracken, ed.  Oxford University Press, New York, 1984.

3.     Holford, T.R.  Age-period-cohort analysis.  In *Encyclopedia of Biostatistics*, P. Armitage and T. Colton, eds.  John Wiley & Sons, Chichester,  pp. 82-99, 1998.

4.     Holford, T.R., and White, C.  Bliss, Chester Ittner.  In *Encyclopedia of Biostatistics*, P. Armitage and T. Colton, eds.  John Wiley & Sons, Chichester,  pp. 417-418, 1998.

5.     Holford, T.R.  *Multivariate Methods in Epidemiology*.  Oxford University Press, New York, 2002.

6.     Holford, T.R.  Temporal factors in public health surveillance:  Sorting out age, period and cohort effects.  *Monitoring the Health of Populations:  Statistical Methods and Principles for Public Health Surveillance*.  Ron Brookmeyer and Donna Stroup, eds. Oxford University Press, Oxford, pp. 99-126, 2004.

7.     Holford, T.R.  Age-period-cohort analysis.  *Encyclopedia of Statistics in Behavioral Science*. B. Everitt and D. Howell eds.  John Wiley & Sons., 2005.

8.     Holford, T.R.  Age-period-cohort analysis.  B.S. Everitt and C.R. Palmer eds. *Encyclopaedic Companion to Medical Statistics*.  Hodder Arnold, London, pp. 5-6, 2005.

9.     Holford, T.R.  Attributable risk.  B.S. Everitt and C.R. Palmer eds.  *Encyclopaedic Companion to Medical Statistics*.  Hodder Arnold, London, pp. 15-16, 2005.

10.    Holford, T.R.  Bias in observational studies.  B.S. Everitt and C.R. Palmer eds. *Encyclopaedic Companion to Medical Statistics*.  Hodder Arnold, London, pp. 31-33, 2005.

11.    Holford, T.R.  Cohort studies.  B.S. Everitt and C.R. Palmer eds.  *Encyclopaedic Companion to Medical Statistics*.  Hodder Arnold, London, pp. 64-65, 2005.

12.    Holford, T.R.  Cross-sectional studies.  B.S. Everitt and C.R. Palmer eds.  *Encyclopaedic Companion to Medical Statistics*.  Hodder Arnold, London, pp. 91-92, 2005.

13.    Ruaño, G., Windemuth, A., Holford, T.  Physiogenomics: Integrating systems engineering and nanotechnology for personalized health. In *The Biomedical Engineering Handbook, 3rd Edition*, Joseph D. Bronzino, editor, CRC Press Taylor and Francis, 28-1-28-9, 2006.

14.    U.S. Department of Health and Human Services. *The Health Consequences of Smoking: 50 Years of Progress. A Report of the Surgeon General*. Atlanta, GA: U.S. Department of Health and Human Services, Centers for Disease Control and Prevention, National Center for Chronic Disease Prevention and Health Promotion, Office on Smoking and Health, 2014.  (Contributing author).

15.    IOM (Institute of Medicine). *Public health implications of raising the minimum age of legal access to tobacco products.* Washington, DC: The National Academies Press. 2015. (Consultant).

I certify under penalty of perjury that the statements in my expert report dated June 1, 2017 are true and correct. Executed on  Sept. 11, 2017 .

Theodore R. Holford, PhD

# EXHIBIT DX11

TO DECLARATION OF BENJAMIN W. HULSE

IN SUPPORT OF DEFENDANTS' MOTION TO

EXCLUDE PLAINTIFFS' GENERAL

CAUSATION MEDICAL EXPERTS



**■ ARTHROPLASTY**

# Forced-air warming and ultra-clean ventilation do not mix

## AN INVESTIGATION OF THEATRE VENTILATION, PATIENT WARMING AND JOINT REPLACEMENT INFECTION IN ORTHOPAEDICS

P. D. McGovern,
M. Albrecht,
K. G. Belani,
C. Nachtsheim,
P. F. Partington,
I. Carluke,
M. R. Reed

*From Northumbria Healthcare NHS Foundation Trust, Northumberland, United Kingdom*

☒ P. D. McGovern, BSc, MBBS, MRCS, Specialty Registrar in Trauma and Orthopaedics
South London Healthcare NHS Trust, Frognal Avenue, Sidcup, Kent DA14 6LT, UK.

☒ M. Albrecht, MBA, BSME, Graduate Student in Statistics
University of Minnesota, School of Statistics, 224 Church Street Southeast, Minneapolis, Minnesota 55455, USA.

☒ K. G. Belani, MBBS, MS, Professor
University of Minnesota, Department of Anaesthesiology, MMC 294 Mayo, 420 Delaware Street SE, Minneapolis, Minnesota 55455, USA.

☒ C. Nachtsheim, PhD, Frank A. Donaldson Chair of Operations Management
University of Minnesota, Carlson School of Management, Suite 4-300, 321 Nineteenth Avenue South, Minneapolis, Minnesota 55455-9940, USA.

☒ P. F. Partington, FRCS (Tr & Orth), Consultant Orthopaedic Surgeon
☒ I. Carluke, FRCSEd, FRCSEd (Tr & Orth), Consultant Orthopaedic Surgeon
☒ M. R. Reed, MD, FRCS, FRCS (Tr & Orth), Consultant Orthopaedic Surgeon
Northumbria Healthcare NHS Foundation Trust, Woodhorn Lane, Ashington, Northumberland NE63 9JJ, UK.

Correspondence should be sent to Mr M. R. Reed; e-mail: mike.reed@email.com

©2011 British Editorial Society of Bone and Joint Surgery
doi:10.1302/0301-620X.93B11.27124 $2.00

J Bone Joint Surg Br
2011;93-B:1537–44.
Received 15 March 2011;
Accepted after revision 12 July 2011

We investigated the capacity of patient warming devices to disrupt the ultra-clean airflow system. We compared the effects of two patient warming technologies, forced-air and conductive fabric, on operating theatre ventilation during simulated hip replacement and lumbar spinal procedures using a mannequin as a patient. Infection data were reviewed to determine whether joint infection rates were associated with the type of patient warming device that was used.

Neutral-buoyancy detergent bubbles were released adjacent to the mannequin's head and at floor level to assess the movement of non-sterile air into the clean airflow over the surgical site. During simulated hip replacement, bubble counts over the surgical site were greater for forced-air than for conductive fabric warming when the anaesthesia/surgery drape was laid down (p = 0.010) and at half-height (p < 0.001). For lumbar surgery, forced-air warming generated convection currents that mobilised floor air into the surgical site area. Conductive fabric warming had no such effect.

A significant increase in deep joint infection, as demonstrated by an elevated infection odds ratio (3.8, p = 0.024), was identified during a period when forced-air warming was used compared to a period when conductive fabric warming was used. Air-free warming is, therefore, recommended over forced-air warming for orthopaedic procedures.

It has been acknowledged that the operating theatre's ventilation system has a critical role in preventing joint infection.[1] Charnley postulated that the 'surgical implant might provide a nidus for the growth of airborne bacteria which ordinarily are accepted as non-pathogenic'.[1] This has been confirmed through animal studies[2] and a national clinical trial involving over 8000 operations demonstrating the contribution of clean air to the reduction of the rate of infection after arthroplasty.[3] Following that report, ultra-clean ventilation became the standard for joint replacement procedures. The system protects the surgical site from airborne contamination through the constant delivery of a downward uniform-velocity (0.3 m/s to 0.5 m/s), highly filtered (> 99.997%) airflow.[4] However, the performance of ultra-clean ventilation depends critically on airflow volumes and proper temperature gradients. The latter may be disrupted by excess heat released by patient warming devices.

Forced-air warming is now commonly used in operating theatres to ensure normothermia of the patient. The vented airflow from forced-air warming is released at up to 43°C, which is often 20°C above ambient operating theatre conditions.[5,6] The release of excess thermal energy can establish temperature gradients that impede the downward flow of ultra-clean air. Reductions in the velocity of downward flow have also been shown to increase the entry of contaminants into the surgical site.[7] In addition, the release of heat may generate convection currents that rise against the downward airflows, drawing non-sterile floor-level air into the surgical site.

Air-free alternatives, such as conductive fabric warming, have been developed that are comparably effective for the prevention of hypothermia.[8-14] These offer higher thermal efficiencies than forced-air warming and therefore release only a fraction of the excess heat.[6] Accordingly, we chose to compare the effects of forced-air and conductive fabric warming on clean airflow patterns over the surgical site in a partial-walled ultra-clean operating theatre during two simulated procedures: a hip replacement with upper-body warming, and a lumbar spinal procedure with lower-body warming. Ventilation airflow patterns were



Fig. 1

Diagram (left) and photograph (right) showing the operating theatre set-up for hip replacement with upper-body warming showing surgical drape positions of laid-down (A), half-drape (B) and full-drape (C) and surgical site location (D).

visualised using neutrally buoyant detergent bubbles. In addition, observational data on arthroplasty infection rates were compared for the period each warming device was in clinical use in our hospital.

## Materials and Methods

**Ultra-clean operating theatre characteristics.** Experiments were carried out in a partial-walled ultra-clean operating theatre (ExFlow 90; Howorth, Bolton, United Kingdom) used for orthopaedic and spinal surgery in the United Kingdom. Validation and verification checks according to Hospital Technical Memorandum 2025[15] showed the operating theatre airflows to be within specification and having a mean velocity of 0.44 m/s at a height of 2 m, which exceeds the threshold required by the standard (0.38 m/s). Owing to the location of the theatre preparation room–an insignificant airflow imbalance was detected that affected the results of a single-particle entrainment test: entrainment values were 12% at that location, which marginally exceeded the recommended threshold of 10%.

**Airflow visualisation procedures.** High-intensity lighting was used to illuminate neutrally buoyant detergent bubbles having a diameter of approximately 4 mm (referred to here as 'bubbles'). A SAI bubble generator (SAI Model 5; Sage Action Inc., Ithaca, New York) was used to produce bubbles using a helium-mixed air supply and detergent. The equipment uses a centrifugal classifier to allow only bubbles of neutral buoyancy through the system, with heavier or lighter bubbles discarded. The bubble generator is specifically designed and validated for the visualization of air currents.[16] For photography, a digital camera (EOS 500D; Canon, Reigate, United Kingdom) was used and exposure time set to 0.25 s for time-lapse photography.

**Experimental setup.** *Hip replacement.* A mannequin was laid in the lateral position on an operating table and draped with a three-piece disposable draping set (Molnlycke Health Care, Manchester, United Kingdom) in accordance with standard protocols (Fig. 1). The drapes had adhesive edges and all were sealed during draping. A surgeon, dressed in occlusive clothing with head gear (T4; Stryker, Kalamazoo, Michigan), stood motionless in front of the surgical site and an anaesthetist stood at the head of the operating table. At the head end the drape was used to create an anaesthesia screen in one of three positions, either clipped to the ceiling to create a barrier between the surgical site and the anaesthesia area (full-drape); clipped to the intravenous stands and raised 0.75 m above the operating table (half-drape); or laid down over the mannequin's head (laid-down). The upper-body warming treatment was introduced under the drape and was either a torso forced-air blanket (Bair Hugger Model 540; Arizant Healthcare, Eden Prairie, Minnesota) or a torso conductive fabric blanket (Hot Dog Model B110; Augustine Temperature Management, Eden Prairie, Minnesota). The warming devices were powered by standard controllers set to 43°C. Bubbles were introduced at the head/neck of the mannequin to track under-drape resident air movements in the region where the excess heat from patient warming was being released.
*Lumbar spinal procedure.* The same mannequin was laid in the prone position on the operating table and four drapes were arranged in a square configuration (Molnlycke Health Care) with the screen at full height (Fig. 2). A single surgeon stood motionless next to the surgical site for all experiments. A standard surgical gown and face mask were worn by the surgeon. The lower-body warming treatment was introduced under the drape and was either a lower-body forced-air blanket (Bair Hugger Model 525; Arizant



Fig. 2

Diagram (left) and photograph (right) showing the operating theatre set-up for lumbar spinal surgery with lower-body warming and full-drape, showing surgical site location (A).



Fig.3a



Fig.3b

Photographs showing a) the definition of the region where bubble counts were performed over the surgical site for hip replacement with upper-body warming, with bubbles (white steaks) appearing in the photograph for the experimental setup of forced-air warming and half-drape, and b) bubbles exiting the diffuser in still air.

Healthcare) or a lower-body conductive fabric blanket (Hot Dog Model B103; Augustine Temperature Management). The deviceswere powered by the same controllers as listed above and set to 43°C. Bubbles were introduced at floor level between the surgeon's body and the operating table in the area where the excess heat from patient warming was being released.

**Sampling procedures. *Hip replacement*.** Bubble counts over the surgical site were measured using a sequence of five photographs taken at ten-second intervals. The number of bubbles reaching the surgical site was determined by counting the number of bubbles in a $0.5 \times 0.5$ m region over the surgical site in each photograph (Fig. 3).

**Lumbar spinal procedure.** A different airflow pattern was observed with the spinal simulation, therefore time-lapse

photography was chosen rather than bubble counts for data presentation. Time-lapse photography also provides directional information on airflow patterns that cannot be easily captured in quantitative data.

**Experimental design. *Hip replacement*.** A replicated (n = 2) $3^{1}2^{1}$ full factorial design was used to assess changes in bubble counts over the surgical site. The experimental factors considered were the anaesthesia/surgery screen: laiddown, half-screen or full-screen; and the patient warming device: conductive fabric or forced-air.

**Lumbar spinal procedure.** No design was either used or necessary to demonstrate the difference in ventilation performance between forced-air and conductive fabric warming systems.

P. D. MCGOVERN, M. ALBRECHT, K. G. BELANI, C. NACHTSHEIM, F. F. PARTINGTON, J. CARLUKE, M. R. REED



Fig. 4

Chart showing bubble counts over the surgical site for each photograph (data are staggered for clarity). Five photographs were taken for each experimental run (FAW, forced-air warming; CFW, conductive fabric warming).



Fig. 5

Bar chart showing the mean bubble count for experimental runs when the bubble counts were summated over the five photographs. Error bars represent the standard error of the mean. Wald tests were used for statistical inference.

**Joint infection data.** Demographic information on relevant risk factors for surgical site infection (SSI) were collected for primary hip and knee replacement procedures performed at our hospital during a 2.5-year period starting 1 July 2008. Infection was diagnosed by SSI nurses according to English Health Protection Agency criteria for deep infection.[17] In order to standardise the duration of follow-up, only infections presenting within 60 days of surgery were included. Microorganism identification was performed on isolates from septic joints. A transition in patient warming systems from forced-air to conductive fabric was made in all three elective orthopaedic theatres, starting on 1 March 2010 and ending on 1 June 2010. Unfortunately, the prophylactic antibiotic regimen was not constant during the study period. From July 2008 to February 2009, a single dose of gentamicin 4.5 mg/kg was given at induction. In March 2009 this was changed to teicoplanin 400 mg and gentamicin 3 mg/kg. Gentamicin-loaded cement (0.5 g per 40 g mix) was used for both groups. Similarly, the thromboprophylaxis regimen from July 2008 to the end of July 2009 was tinzaparin (Leo Pharma, Princes Risborough, United Kingdom) from day one to day 14 or 28 post-operatively for knee or hip replacement, respectively. From August 2009 to February 2010 rivaroxaban (Bayer PLC, Newbury, United Kingdom) was provided from day one post-operatively, but in February 2010 to the end of the study this reverted to tinzaparin from day one post-operatively.

**Statistical analysis.** A Poisson regression model was fitted to the hip replacement data having the sum of bubble counts for each experimental run (five photographs) as the response and the factors identified in the experimental design as predictors. Differences in demographics and comorbidities between the patient warming groups were assessed by analysis of variance (ANOVA) or log-linear contingency table methods. Univariate odds ratios (OR) for the development of joint sepsis were computed using separate logistic regression models for each risk factor. Logistic regression was used to determine mean infection rates and dispersion indices for the periods of forced-air warming, transition and conductive fabric warming. Further details on statistical methods are provided in each table or figure. A p-value < 0.05 was considered statistically significant.

**Results**

**Hip replacement.** Bubble counts per photograph show that forced-air warming mobilised under-drape air so that it passed over the anaesthesia/surgery drape and into the surgical site (Fig. 4), but conductive fabric warming did not have a mobilising effect. Further, the position of the drape had a large effect on under-drape air mobilisation for forced-air warming.

Based upon Wald tests, differences in the sum of bubble counts for each experimental run (Fig. 5) were significant between conductive fabric and forced-air warming for the drape configurations of half-drape (0 *versus* 68, p < 0.001) and laid-down (0 *versus* 3, p = 0.010); differences for full-drape (0 *versus* 1, p = 0.283) did not reach statistical significance.

**Lumbar spinal procedure.** Excess heat from forced-air warming resulted in the development of hot-air convection currents between the surgeon's body and the operating table that transported floor-level air upwards and into the surgical

FORCED-AIR WARMING AND ULTRA-CLEAN VENTILATION DO NOT MIX                                    1541

Table I. Demographics of surgical site infection risk factors by patient warming device (SEM, standard error of the mean)

|  | Forced-air warming | Conductive fabric warming | p-value* |
|---|---|---|---|
| Mean age (years) (SEM) | 68.7 (0.30) | 68.8 (0.50) | 0.867† |
| Number of procedures (n) |  |  |  |
| Hip | 423 | 135 | . |
| Knee | 643 | 236 | . |
| Hip : knee (%) | 40:60 | 37:63 | 0.261 |
| Diabetes (n, %) |  |  |  |
| Type I | 17 (1.6) | 6 (1.6) | 0.976 |
| Type II | 127 (11.9) | 36 (9.7) | 0.240 |
| Duration of pre-operative hospital stay (n) |  |  |  |
| 0 days | 990 | 357 |  |
| ≥ 1 days | 76 | 17 |  |
| 0 : ≥ 1 (%) | 93.7 | 95.5 | 0.075 |

\* likelihood ratio chi-squared test (contingency table), unless otherwise stated
† analysis of variance

 

Fig. 6a                    Fig. 6b

Time-lapse photographs of bubbles depicting airflow patterns for a lower lumbar spinal implant procedure with a) forced-air warming with the resulting convection current annotated, and b) with conductive fabric warming.

site (Fig. 6). In contrast, conductive fabric did not release sufficient excess heat to establish these convection currents.

**Joint infection risks.** The demographics of 1437 patients undergoing hip or knee replacement revealed no significant difference between the two types of warming for SSI risk factors of age, type of surgery, diabetes and length of pre-operative stay (Table I). Unfortunately, record keeping was incomplete for the additional risk factors of blood transfusion, obesity, incontinence and fitness for surgery, which have been identified elsewhere as important predictors for deep infection.[4,18]

The risks of developing deep infection (Table II) were significantly greater for patients undergoing hip *versus* knee replacement (OR 4.1, p < 0.001), and patients treated with forced-air *versus* conductive fabric warming (OR 3.8, p = 0.024). The factors of age, diabetes and pre-operative length of stay had no significant impact on the risk of infection. Further, the ORs for hip *versus* knee infection were similar for the subgroups of forced-air and conductive fabric warming, having values of 4.1 and 3.5, respectively.

Micro-organisms isolated from septic joints were predominantly skin commensals for both forced-air (81%) and conductive fabric (100%) warming (Table III); the remainder were from intestinal bacteria. Of the skin-based organisms, staphylococcus species were the most common sources of infection (93%).

Logistic regression identified a significant reduction in infection rates (Fig. 7) for the conductive fabric (0.8%) *versus* forced-air warming (3.1%) periods (p = 0.024, Wald test). Differences in infection rates were significantly different between the conductive fabric and transition periods (0.8% *versus* 3.7%, p = 0.028, Wald test); differences were not significant between the forced-air and transition periods (3.1% *versus* 3.7%, p = 0.662, Wald test).

**Discussion**

Forced-air warming was found to have a significant and disruptive impact on the clean airflow patterns over the surgical site compared to conductive fabric warming, which had no noticeable effect. Further, forced-air warming established convection currents that mobilised resident air from non-sterile areas such as the floor and under the anaesthesia/surgery drape into the surgical site. This disruption in the ventilation of the surgical site was associated with significantly higher risks of joint sepsis for the forced-air *versus* the conductive fabric warming groups.

Perhaps the most striking finding was the detection of hot-air convection currents originating where the 'mass flow' of hot air exited from the forced-air warming blanket:

Table II. Univariate comparison of risk factors on the development of deep joint infection (CI, confidence interval)

| | Developing infection | Not developing infection | Odds ratio (95% CI) | p-value* |
|---|---|---|---|---|
| Age group (n, %) | | | | 0.818 |
| Youngest third (≤ 64 years) | 13 (2.7) | 472 (97.3) | 1.0 | |
| Middle third (> 64 and < 73 years) | 12 (2.6) | 459 (97.5) | 0.9 (0.4 to 2.1) | |
| Oldest third (≥ 73 years) | 10 (2.1) | 471 (97.9) | 0.8 (0.3 to 1.8) | |
| Type of surgery (n, %) | | | | < 0.001 |
| Knee | 10 (1.1) | 869 (98.9) | 1.0 | |
| Hip | 25 (4.5) | 533 (95.5) | 4.1 (1.9 to 8.6) | |
| Diabetes (n, %) | | | | 0.110 |
| None | 34 (2.7) | 1219 (97.3) | 1.0 | |
| Type I or II | 1 (0.5) | 183 (99.5) | 0.2 (0.0 to 1.4) | |
| Pre-operative stay (n, %) | | | | 0.327 |
| 0 days | 34 (2.5) | 1310 (97.5) | 1.0 | |
| 1 or more days | 1 (1.1) | 92 (98.9) | 0.4 (0.1 to 3.1) | |
| Patient warming device (n, %) | | | | 0.024 |
| Conductive fabric | 3 (0.8) | 368 (99.2) | 1.0 | |
| Knee | 1 | 235 | | |
| Hip | 2 | 133 | | |
| Forced-air | 32 (3.0) | 1034 (97.0) | 3.8 (1.2 to 12.5) | |
| Knee | 9 | 634 | | |
| Hip | 23 | 400 | | |

* likelihood ratio chi-squared test (logistic regression)

Table III. Bacterial species isolated from septic hip and knees by patient warming device

| | Forced-air warming | Conductive fabric warming |
|---|---|---|
| Number of operations | 1066 | 371 |
| Number of species identified | | |
| Skin-carried | | |
| *Staphylococcus aureus* | 11 | 0 |
| *Staphylococcus aureus* and CNS* | 2 | 0 |
| CNS | 12 | 2 |
| Other | 1 | 1 |
| Total | 26 | 3 |
| Intestinal | | |
| Gram-negative bacteria | 6 | 0 |
| Total | 6 | 0 |
| Total | 32 | 3 |

* CNS, coagulase-negative staphylococcus

for the hip replacement with upper-body warming convection currents formed near the mannequin's head, whereas for the spinal procedure with lower-body warming, convection currents formed along the lower drape edge by the surgeon's legs. The formation of such convection currents may at first appear to be theoretically unsupported, as forced-air warming exhausts a heated airflow of only 40 cubic feet per minute into a ventilation environment having an airflow of 6000 cubic feet per minute.[19] However, one must consider the effects of surgical lighting, drapes and personnel on ventilation, all of which create localized disturbances of airflow that aid the formation of convection currents.

Prior research in ultra-clean ventilation theatres has shown surgical lighting to be a significant source of disruption of ventilation through the downstream wake and associated recirculation zone.[20] In our study, the use of bubbles allowed us to visualise this recirculation zone, which was found to extend about 1 m below the body of each surgical light. The presence of a raised anaesthesia/surgery drape was shown to further magnify the size and effect of this vortex, as the drape blocked the natural passage of air out of the ventilation field and created a still zone. Lastly, the presence of a surgeon or anaesthetist near this zone created an added obstacle,[20] resulting in a situation where even the slightest movement adversely affected the natural airflow patterns over the surgical site. Under such fragile conditions the mass flow of hot forced-air being exhausted from the device was sufficiently buoyant to push upwards and into this locally compromised ventilation region.

The clinical concern regarding the formation of such convection currents is twofold. First, these currents oppose the natural clean airflow patterns that are intended to sweep contaminants down and away from the surgical site.[21] Thus, contaminants released in the vicinity of the surgical site are less likely to be cleared. Secondly, the upward mobilisation of floor-level and under-drape air could potentially compromise the sterility of the surgical site, as resident air from these locations is typically laden with pathogens shed from the surgical staff.[22] Either mechanism offers a plausible explanation for the significant association between the patient warming device and the risks of SSI in this study. Further, the types of organism isolated from septic joints were predominately skin flora and hence likely to have been transmitted by and deposited from the air.[23] It was, however, somewhat unusual that the odds of infection associated with hip replacement were

FORCED-AIR WARMING AND ULTRA-CLEAN VENTILATION DO NOT MIX   1543



Fig. 7

Graph showing time-based trends of joint sepsis rates for hip and knee replacement cases. The outcome of each individual case is plotted on the right-hand axis (data are jittered to avoid overprinting). The infection rates for each period (forced-air, transition or conductive fabric) are plotted on the left-hand axis. Standard error of the mean was estimated using logistic regression.

4.1 times greater than the odds for knee replacement: typically, infection risks are greater for knee replacement.[24] A check of surgical practices revealed no differences in theatre dress or draping techniques between the procedures. Further, the OR for infection was consistent for both the forced-air and the conductive fabric subgroups (3.5 and 4.1, respectively), which suggests that there were no apparent changes in risk factors apart from warming device.

This study does not establish a causal basis for this association. Although the demographics were similar between the patient groups in terms of risk factors for infection, the data are observational and may be confounded by other infection control measures instituted by the hospital. For example, changes were made to the antibiotic and thromboprophylaxis protocols used during the study, although no infection control changes were made after February 2010.[25] In addition, we were unable to consider all factors that have been associated with SSI, as the details of blood transfusion, obesity, incontinence and fitness for surgery, which have been identified elsewhere as important predictors for deep infection,[4,18] were not sufficiently detailed in the medical record. Moreover, prior research is limited to a handful of studies that have either looked at the disruption in ventilation due to forced-air warming in conventional operating theatres[26,27] or evaluated accumulation microbial contamination and emission issues.[28-32] Research in ultra-clean operating theatres is limited to a single orthopaedic study in which forced-air warming resulted in elevated microbial counts over the surgical site.[33] However, the increase in contamination was deemed to be less than that resulting from the movement of personnel, and did not exceed recommended bacterial levels. It is not known how these results translate to the range of arthroplasty procedures performed in ultra-clean operating theatres. Even minor differences in factors such as draping, procedural practices and theatre dress are likely to have large effects on both floor-level and under-drape contaminant levels and the formation of convection currents.

National studies on the benefits of ultra-clean laminar-flow ventilation may provide a better indication as to the impact of forced-air warming on the mobilisation of contaminants, as they take into account the full range of surgical draping, procedural practices and theatre dress. Over the past ten years these studies have shown either an upwards trend towards[34] or significantly higher[24,35] infection rates in laminar flow. Yet the results of these studies are not fully conclusive, as they are limited by their clinical design, which omits basic air pollution endpoint measurements such as wound washout or slit sampling. Moreover, the mobilisation of non-sterile air due to forced-air warming may be the explanatory factor, as historical studies[1-3] on laminar-flow ventilation conducted before the introduction of forced-air warming clearly showed a reduction in the rates of infection. Additionally, the widespread acceptance that forced-air warming reduces the rate of infection has only been demonstrated in colorectal surgery.[36]

Until the disruptive effects of forced-air warming on ventilation can be fully evaluated with regard to affecting the sterility of the surgical site, the use of air-free patient warming alternatives might be recommended for procedures involving implants carried out in ultra-clean theatres.

## Supplementary material

A video demonstrating forced-air warming is available with the electronic version of this article on our website at www.jbjs.org.uk

The author or one or more of the authors have received or will receive benefits for personal or professional use from a commercial party related directly or indirectly to the subject of this article.

## References

1. Lidwell OM. Clean air at operation and subsequent sepsis in the joint. *Clin Orthop* 1986;211:91–102.
2. Petty W, Spanier S, Shuster JJ, Silverthorne C. The influence of skeletal implants on incidence of infection: experiments in a canine model. *J Bone Joint Surg [Am]* 1985;67-A:1236–1244.
3. Lidwell OM, Elson RA, Lowbury EJ, et al. Ultraclean air and antibiotics for prevention of postoperative infection: a multicentre study of 8,052 joint replacement operations. *Acta Orthop Scand* 1987;58:4–13.
4. Mangram AJ, Horan TC, Pearson ML, Silver LC, Jarvis WR. Guideline for prevention of surgical site infection: 1999: Centers for Disease Control and Prevention (CDC) Hospital Infection Control Practices Advisory Committee. *Am J Infect Control* 1999;27:97–132.
5. No authors listed. Arizant. Bair Hugger® Therapy: Warming Units & Accessories. http://www.arizant.com/us/bairhuggertherapy/warmingunits (date last accessed 13 July 2011).
6. Bayazit Y, Sparrow EM. Energy efficiency comparison of forced-air versus resistance heating devices for perioperative hypothermia management. *Energy* 2010;35:1211–1215.
7. Chow TT, Yang XY. Ventilation performance in the operating theatre against airborne infection: numerical study on an ultra-clean system. *J Hosp Infect* 2005;59:138–147.
8. Wong PF, Kumar S, Leaper DJ. Systemic warming as an adjunct to resuscitation in peritonitis: a pilot, randomized controlled trial. *Surg Infect (Larchmt)* 2007;8:387–395.
9. Wong PF, Kumar S, Bohra A, Whetter D, Leaper DJ. Randomized clinical trial of perioperative systemic warming in major elective abdominal surgery. *Br J Surg* 2007;94:421–426.
10. Ng V, Lai A, Ho V. Comparison of forced-air warming and electric heating pad for maintenance of body temperature during total knee replacement. *Anaesthesia* 2006;61:1100–1104.
11. Janke E, Pilkington SN, Smith DC. Evaluation of two warming systems after cardiopulmonary bypass. *Br J Anaesth* 1996;77:268–270.
12. Kimberger O, Held C, Stadelmann K, et al. Resistive polymer versus forced-air warming: comparable heat transfer and core rewarming rates in volunteers. *Anesth Analg* 2008;107:1621–1626.
13. Negishi C, Hasegawa K, Mukai S, et al. Resistive-heating and forced-air warming are comparably effective. *Anesth Analg* 2003;96:1683–1687.
14. Matsuzaki Y, Matsukawa T, Ohki K, et al. Warming by resistive heating maintains perioperative normothermia as well as forced air heating. *Br J Anaesth* 2003;90:689–691.
15. No authors listed. Hospital Technical Memorandum (HTM) 2025. Ventilation of healthcare premises, 1994. http://www.spaceforhealth.nhs.uk/ (date last accessed 14 September 2011).
16. Whyte W, Shaw BH. The effect of obstructions and thermals in laminar-flow systems. *J Hyg (Lond)* 1974;72:415–423.
17. Horan TC, Gaynes RP, Martone WJ, Jarvis WR, Emori TG. CDC definitions of nosocomial surgical site infections, 1992: a modification of CDC definitions of surgical wound infections. *Infect Control Hosp Epidemiol* 1992;13:606–608.
18. Olsen MA, Nepple JJ, Riew KD, et al. Risk factors for surgical site infection following orthopaedic spinal operations. *J Bone Joint Surg [Am]* 2008;90-A:62–69.
19. Friberg B. Ultraclean laminar airflow ORs. *AORN J* 1998;67:841–851.
20. Brohus H, Balling KD, Jeppesen D. Influence of movements on contaminant transport in an operating room. *Indoor Air* 2006;16:356–372.
21. Chow TT, Yang XY. Ventilation performance in operating theatres against airborne infection: review of research activities and practical guidance. *J Hosp Infect* 2004;56:85–92.
22. Whyte W, Vesley D, Hodgson R. Bacterial dispersion in relation to operating room clothing. *J Hyg (Lond)* 1976;76:367–378.
23. Lidwell OM. Air, antibiotics and sepsis in replacement joints. *J Hosp Infect* 1988;11(Suppl):18–40.
24. Hooper G, Rothwell AG, Frampton C, Wyatt MC. Does the use of laminar flow and space suits reduce early deep infection after total hip and knee replacement?: the ten-year results of the New Zealand Joint Registry. *J Bone Joint Surg [Br]* 2011;93-B:85–90.
25. Jensen CD, Steval A, Partington PF, Reed MR, Muller SD. Return to theatre following total hip and knee replacement, before and after the introduction of rivaroxaban: a retrospective cohort study. *J Bone Joint Surg [Br]* 2011;93-B:91–95.
26. Zink RS, Iaizzo PA. Convective warming therapy does not increase the risk of wound contamination in the operating room. *Anesth Analg* 1993;76:50–53.
27. Huang JKC, Shah EF, Vinodkumar N, Hegarty MA, Greatorex RA. The Bair Hugger patient warming system in prolonged vascular surgery: an infection risk? *Crit Care* 2003;7:13–16.
28. Albrecht M, Gauthier RL, Belani K, Litchy M, Leaper D. Forced-air warming blowers: an evaluation of filtration adequacy and airborne contamination emissions in the operating room. *Am J Infect Control* 2011;39:321–328.
29. Leaper D, Albrecht M, Gauthier R. Forced-air warming: a source of airborne contamination in the operating room? *Orthop Rev* 2009;1:e28.
30. Avidan MS, Jones N, Ing R, et al. Convection warmers: not just hot air. *Anaesthesia* 1997;52:1073–1076.
31. Baker N, King D, Smith EG. Infection control hazards of intraoperative forced air warming. *J Hosp Infect* 2002;51:153–154.
32. Bernards AT, Harinck HIJ, Dijkshoorn L, van der Reijden TJK, van den Broek PJ. Persistent Acinetobacter baumannii?: look inside your medical equipment. *Infect Control Hosp Epidemiol* 2004;25:1002–1004.
33. Tumia N, Ashcroft GP. Convection warmers: a possible source of contamination in laminar airflow operating theatres? *J Hosp Infect* 2002;52:171–174.
34. Miner AL, Losina E, Katz JN, Fossel AH, Platt R. Deep infection after total knee replacement: impact of laminar airflow systems and body exhaust suits in the modern operating room. *Infect Control Hosp Epidemiol* 2007;28:222–226.
35. Brandt C, Hott, Sohr D, et al. Operating room ventilation with laminar airflow shows no protective effect on the surgical site infection rate in orthopedic and abdominal surgery. *Ann Surg* 2008;248:695–700.
36. Kurz A, Sessler DI, Lenhardt R. Perioperative normothermia to reduce the incidence of surgical-wound infection and shorten hospitalization: study of wound infection and temperature group. *N Engl J Med* 1996;334:1209–1215.

# EXHIBIT DX12

TO DECLARATION OF BENJAMIN W. HULSE
IN SUPPORT OF DEFENDANTS' MOTION TO
EXCLUDE PLAINTIFFS' GENERAL
CAUSATION MEDICAL EXPERTS

Page 1

1            UNITED STATES DISTRICT COURT
               DISTRICT OF MINNESOTA
2  -------------------------------------------------
3  In Re:
4  Bair Hugger Forced Air Warming
    Products Liability Litigation
5
    This Document Relates To:
6
    All Actions                 MDL No.
7                          15-2666 (JNE/FLM)
8  -------------------------------------------------
9

10             VIDEOTAPED DEPOSITION

11                  OF

12             MARK ALBRECHT

13              VOLUME 1

14          Minneapolis, Minnesota

15        Friday, October 7th, 2016

16  -------------------------------------------------
17
18
19
20
21
22
23
24  Reported by:
    Amy L. Larson, RPR
25  Job No. 112502

ALBRECHT

1
2 theater -- the theater we studied was at
3 rest, we felt that that wasn't appropriate to
4 include.  We didn't think it was
5 representative of the issue that we're
6 measuring.
7 BY MR. C. GORDON:
8 Q.  Did you ever suggest to anyone that they
9 conduct a study with a theater not at rest
10 and see if there's actually airborne bacteria
11 coming out of the -- the Bair Hugger?
12           MR. B. GORDON:  Objection; asked
13 and answered several times.
14           THE WITNESS:  We would love other
15 people to do those studies.
16 BY MR. C. GORDON:
17 Q.  Did you ever suggest it to anyone that they
18 do that kind of a study?
19 A.  In the body of the text here, no.
20 Q.  Any -- any time in your entire life?
21 A.  No, I have not talked to researchers to do
22 that.  Instead, we chose to go after the
23 things that were simpler and could be
24 quantified from first principles to kind of
25 start at the bottom of the pyramid; filter,

ALBRECHT

1
2 filter efficiency, are things passing through
3 the filter before we try and connect all the
4 elements together and say, hey, are there
5 bugs coming out of the airstream.
6 Q.  Did you ever suggest to anyone that they try
7 to connect those things that you looked at
8 to -- to what actually matters, bacteria
9 coming out of the --
10 A.  Yes, we've had lots of discussions.  We had
11 them with the orthopedists as we designed
12 these other studies, you know, how do we go
13 about answering the question is there a risk.
14 You know, one vector of contamination is
15 what's coming out of the unit, that's a
16 possible source we have to look at.  There
17 are other vectors too that are examined.
18 Q.  We're going to talk about those other
19 vectors.  But I -- I -- so did anyone have
20 these discussions --
21           MR. B. GORDON:  Object to the
22 sidebar.
23 BY MR. C. GORDON:
24 Q.  Did anyone have these discussions that you
25 had these discussions with suggest any kind

ALBRECHT

1
2 of study or methodology for actually looking
3 at connecting these dots and seeing if any of
4 the bacteria that's -- you're finding inside
5 and the particles that are coming out
6 actually contained bacteria?
7 A.  I'm not sure.  We kind of started down the
8 path and we looked at the filter first, and
9 that's what these studies are about, then we
10 looked at the next thing to answer the
11 question is there buildup inside.  We wanted
12 to see if that buildup was biological in
13 origin, because there are decontamination
14 issues that are present if you can't clean
15 surfaces.  And I don't know if we got to that
16 point before we started chasing other
17 butterflies on this.
18 Q.  Take a look at Exhibit 8.
19 A.  Okay.
20 Q.  That's the -- the one study that you agreed
21 had a component of it that actually looked at
22 infection rates.
23 A.  Observational.
24           MR. B. GORDON:  Object to the
25 characterization by counsel.

ALBRECHT

1
2 BY MR. C. GORDON:
3 Q.  What do you mean by observational?
4 A.  Well, this isn't a randomized clinical trial
5 that was conducted here.  Let me read the
6 point in the discussion I think around that.
7           MR. B. GORDON:  For the record, I
8 want the record to reflect there are
9 highlights in this document that I don't know
10 where they came from, I don't think they're
11 the witness's.
12           MR. C. GORDON:  Yeah, your point
13 is well-taken.  Maybe we can -- we'll find a
14 clean copy.
15           MR. B. GORDON:  And, actually,
16 there's some writing in here too, page 1542.
17           MR. C. GORDON:  Yeah, I don't know
18 where that came from but we'll just...
19           THE WITNESS:  Yeah, sorry, I lost
20 my track here.  Go ahead and repeat what
21 we're -- so you wanted a comment about the
22 observational versus --
23 BY MR. C. GORDON:
24 Q.  What -- what -- what do you mean by an
25 observational study?  You said it was not a

Page 134

ALBRECHT
1    ALBRECHT
2    randomized clinical trial.
3    A.  Yeah.  There wasn't a control group in place
4        at the same time where you give half a device
5        to one group and half to the other in a
6        randomized manner to see if the treatment
7        effect is real.  And, in fact, that would be
8        very difficult to do in something like this,
9        because the infection rates are very low, so
10       you need a huge sample size.
11            This study simply looked at trends
12       over time and infection rates.  And the
13       reduction in infection rates shown in the
14       study could be due to the adoption of
15       conductive fabric warming or it could be due
16       to other outside factors.
17   Q.  What other outside factors could have
18       influenced it?
19   A.  Well, it could be anything.  Improvement in
20       surgical practices, perhaps.  There's an
21       antibiotic switch that was occurring
22       somewhere in the study's period.  You could
23       have a different group of physicians
24       operating.  These are all uncontrolled things
25       that don't get caught with observational

Page 135

ALBRECHT
1    ALBRECHT
2    research.
3    Q.  There's statistical methodology to at least
4        account for known variables for different
5        periods of time, aren't there?
6    A.  Yeah.
7    Q.  For -- for example, you could do a
8        multivariate analysis, right?
9    A.  And one was performed.
10   Q.  In the paper itself, on table, is that, 11
11       on page 15 -- no, table -- table Roman
12       Numeral II, page 1542 --
13   A.  Okay.
14   Q.  -- that was a univariate analysis, right?
15   A.  Yes.
16   Q.  And nowhere in the -- text of the -- the
17       paper do you indicate that the analysis that
18       is performed there is univariate, right?
19   A.  I'm not sure that that distinction matters.
20       So one at a time versus many at a time
21       variable, it doesn't change the design of the
22       study being observational versus randomized,
23       because that's what you need to make a
24       definitive conclusion.
25   Q.  You could have done a multivariate analysis,

Page 136

ALBRECHT
1    ALBRECHT
2    couldn't you?
3    A.  Not exactly.
4    Q.  Because you didn't have enough information of
5        the variables?
6    A.  Well, to prove what?  What would the result
7        be?  How would it be different if we did a
8        multivariate analysis?
9    Q.  Are you saying it wouldn't make any
10       difference?
11   A.  It would present a similar picture, I
12       believe.
13   Q.  Did you try a multivariate analysis to --
14   A.  Well, what factor did you need adjustment
15       for?  Because that's what multivariate
16       analysis does.
17   Q.  So did you -- let's -- first of all, you did
18       the statistical analysis that's presented in
19       this paper, correct?
20   A.  I did, yes.
21   Q.  Okay.  What efforts did you undertake to see
22       if there were other variables that could have
23       influenced the infection rate that you could
24       then account for through a multivariate
25       analysis?

Page 137

ALBRECHT
1    ALBRECHT
2    A.  I asked the coauthors who had the infection
3        data, so McGovern, Reed, from the estates
4        over there, what factors would be important
5        to look at in doing an analysis, and we
6        pretty much followed the standard path you
7        would in a clinical paper for looking at
8        things.  You start with a univariate analysis
9        and kind of say, Are effects there.  And I'm
10       looking through the research here -- just
11       hold on.  Let me reacquaint myself with how
12       we did this.  (Reviews documents.)
13            No, we did -- this is a multivariate
14       analysis, if you look at this.  Because if
15       you look at the patient-warming device in
16       table 2 --
17   Q.  Yeah.
18   A.  -- I think we give the odds ratios for the
19       outcome both for knee and hip in the text of
20       the body, which would be in one group versus
21       the other, I believe.  Let me look through
22       real carefully.  I'm going to have to -- in
23       fact, if you give me a minute to just read
24       this, I can respond a little more clearly to
25       what your questions will be.

Page 174

ALBRECHT

1
2  Q. For the moment, let's -- let's focus on the
3     antibiotic change.
4  A. Okay.
5  Q. The -- during the Bair Hugger only period,
6     the only antibiotic used for the -- the
7     period of July 1st, 2008 to February --
8           THE WITNESS: Do you have a pencil
9     I could borrow? Is that okay?
10          MR. B. GORDON: Yeah.
11          THE WITNESS: Sorry, I want to
12     draw a line on this graph just so --
13          MR. C. GORDON: Yeah.
14          THE WITNESS: So go ahead and tell
15     me again what you're saying.
16  BY MR. C. GORDON:
17  Q. From February -- excuse me, July 1st, 2008,
18     to 2/28/09, the only prophylactic antibiotic
19     used was Gentamicin, correct?
20  A. 2/28.
21          MR. B. GORDON: Object to I just
22     want to make sure that's accurately stating
23     the facts.
24          THE WITNESS: Let's see what we
25     got here. (Reviews document.) Okay. Okay.

Page 175

ALBRECHT

1
2  We've got a line. All right.
3          MR. C. GORDON: Okay.
4  BY MR. C. GORDON:
5  Q. And then from March 1st, 2009, to the end of
6     the -- the study period, the prophylactic
7     antibiotic regimen was a combination of
8     Gentamicin and Teicoplanin, right?
9  A. In February 2010 they went back to
10     Tinzaparin --
11  Q. No, that's the -- the --
12  A. The blood clotter?
13  Q. The blood clotter, yeah.
14  A. Okay. So let's just say that that's the
15     case.
16  Q. Well --
17  A. Again, this is the details that the surgeons
18     are more familiar with.
19  Q. Well, the question I want to ask you is
20     whether you had any discussion with Mike Reed
21     or anyone else about why they switched from
22     having just one antibiotic to a combination
23     of two antibiotics?
24  A. The reasons for that switch, I'm unsure.
25     Surgical practice changes all the time, so I

Page 176

ALBRECHT

1
2  think they're probably just following
3  protocol changes, but that would be a guess
4  on my part. I don't know why they would
5  change.
6  Q. Did you ask?
7  A. I didn't -- I didn't ask why they changed,
8     no, at least to my knowledge, I'm not sure.
9  Q. So did you have any discussion with Mike Reed
10     as to whether he thought the use of
11     Gentamicin alone was potentially a problem?
12          MR. B. GORDON: Object to form,
13     calls for speculation, asks for a medical
14     opinion he's not qualified to answer.
15          THE WITNESS: We talked about it
16     as it pertained to the analysis of the data,
17     and that's why there's a big caveat here in
18     the discussion that outlines the study does
19     not establish a causal basis for this
20     association and calls out the antibiotic
21     change.
22  BY MR. C. GORDON:
23  Q. That was actually something that a -- that a
24     peer reviewer from the journal asked you to
25     include, right?

Page 177

ALBRECHT

1
2  A. I'd have to see the e-mails. I don't recall.
3  Q. Did -- in any of your communications with
4     Dr. Reed, did he ever tell you that he had
5     come to the conclusion that there is no
6     evidence for the use of systemic Gentamicin
7     as prophylaxis in primary elective total hip
8     arthroplasty and total knee arthroplasty
9     surgery?
10  A. Not to my knowledge, unless there is an
11     e-mail on that. It's a long time ago. I
12     don't remember.
13  Q. Well, if -- if today you were to be told that
14     Dr. Reed had concluded that Gentamicin --
15     there's no evidence for using Gentamicin
16     alone was an antibiotic for prophylaxis in
17     arthroplasties, would that impact how you
18     view the validity of the comparison of the
19     Bair Hugger only to the HotDog only period
20     given that there was a period of time when in
21     the Bair Hugger portion when only Gentamicin
22     was used?
23          MR. B. GORDON: Objection to form,
24     compound, assumes facts not in evidence,
25     improper foundation, calls for medical

Page 178

ALBRECHT

1 opinion.
2            THE WITNESS:  As a factor in the
3 model, there's a transition period here that
4 happened.  This is an observational study.
5 These things aren't controlled for.  You
6 can't make a causal inference, and we did
7 not.  The study does not establish a causal
8 basis and that's -- there's a lot of
9 compounding factors that could be at play.
10 BY MR. C. GORDON:
11 Q. And you, in this paragraph on page 1545, the
12    first full paragraph on that page, you
13    mentioned that there are --
14 A. 1545?
15            MR. B. GORDON:  45?
16            THE WITNESS:  Forty-three?
17            MR. C. GORDON:  1543, yeah.  Ben's
18    point about my eyes.
19            THE WITNESS:  Which one now?
20 BY MR. C. GORDON:
21 Q. The -- line, "The study does not
22    establish the causal basis for the
23    association," and you go on to say that, "The
24    data are observational and may be compounded

Page 179

ALBRECHT

1 by other infection control measures
2 instituted by the hospital"; do you see that?
3 A. Yes.
4 Q. The next sentence starts, "For example," and
5    then you talk about the change in antibiotic
6    and thromboprophylaxis protocols, right?
7            MR. B. GORDON:  Is there a
8    question?
9            THE WITNESS:  This wouldn't be me
10    talking, this would be the clinical
11    researchers writing their sections of the
12    article.
13 BY MR. C. GORDON:
14 Q. Do you know why two examples were given as
15    opposed to an attempt to comprehensively list
16    other infection control measures instituted
17    by the hospital that may have confounded the
18    results?
19            MR. B. GORDON:  Objection to form,
20    calls for speculation.
21            THE WITNESS:  I wouldn't know.
22    I'm not an employee of the hospital.  You'd
23    have to ask someone who is to know what they
24    were.  I listed the ones that were important

Page 180

ALBRECHT

1 in their minds.
2 BY MR. C. GORDON:
3 Q. So that was your determination to only
4    mention antibiotic and thrombo --
5 A. No, it was not my determination.  This
6    article is a joint collaboration between six
7    authors.  They all had the same conclusion in
8    reading through the manuscript, drafting it
9    and approving what went out.
10 Q. Well --
11 A. So, no, it's not mine.
12 Q. Would you agree that one possible conclusion
13    that this paper suggests is that the change
14    in infection rates that you report was a
15    result of changing from the Bair Hugger to
16    the HotDog?
17            MR. B. GORDON:  Objection to form.
18            THE WITNESS:  We report a
19    difference, a significant difference in the
20    odds ratio for those time periods knowing
21    that there are other things that could have
22    been associated with that change, such as
23    those you've highlighted here, the change in
24    antibiotic and the change in blood clotting

Page 181

ALBRECHT

1 drugs.
2 BY MR. C. GORDON:
3 Q. Did you -- and as a -- as the statistician
4    doing the -- the -- the statistical analysis
5    here, could you have done a multivariate
6    analysis that would have accounted for the
7    changes in infection control measures
8    instituted by the hospital?
9            MR. B. GORDON:  Objection to form,
10    asked and answered.
11            THE WITNESS:  Not easily.  We had
12    talked about that.  And I think the reasoning
13    was that the data was pretty sparse.  And I
14    need to look carefully at that.  We did
15    discuss it.  (Reviews document.)
16            In fact, I think that follow-on
17    e-mail, we have one here where we have enough
18    data that we can kind of take out some of the
19    data for the period of the difference in --
20    well -- we did our best to control for it
21    with the data at hand.  I'm trying to
22    remember the exact reasoning we chose.  Let
23    me think about that question for just a
24    second.

ALBRECHT

1
2  A. Table 2.
3  Q. Table 2?
4  A. Yup.
5  Q. That says 371, doesn't it?
6  A. Well, I have 3 and 368, so for conductive
7     fabric.
8  Q. It's the 368 I'm not getting.
9            MR. B. GORDON:  Three plus --
10           THE WITNESS:  Oh, I'm just --
11    sorry, I'm giving you the number of successes
12    and failures.  Yes, that would be 371 in
13    total.
14 BY MR. C. GORDON:
15 Q. By the way, if you -- if you count the number
16    of Wansbeck procedures for HotDog only in
17    Exhibit 10 --
18 A. Okay.
19 Q. -- there's only 317.  Any idea why the 371
20    reported in the paper, but 317 --
21           MR. B. GORDON:  Objection --
22           THE WITNESS:  I don't have the raw
23    data.
24           MR. B. GORDON:  Just for the
25    record, we don't know if it's the same data,

ALBRECHT

1
2  we established that earlier.
3            MR. C. GORDON:  Okay.
4  BY MR. C. GORDON:
5  Q. So what's -- what's -- what's the infection
6     rate for 3 out of 293?
7  A. Well, you have a calculator.  It's virtually
8     comparable in this cut of time.
9  Q. I'm sorry?
10 A. It's virtually comparable to the other group
11    in this cut of time.  So we're at 1.02
12    percent.
13 Q. Okay.
14 A. And for 371 you want?  That's where I assume
15    you're going.
16 Q. Do -- do -- sure, do -- well, you already did
17    that.  That's already in the paper.
18 A. Yeah.  So that's .8 percent.  All right.
19 Q. And if you were to do -- count 4 infections
20    in that Bair Hugger period, and we'll say it
21    was 371, what would the infection rate be?
22           MR. B. GORDON:  Objection to the
23    mischaracterization of the data and he's
24    already testified he doesn't know if it's the
25    same data.

ALBRECHT

1
2            THE WITNESS:  So if you want me to
3     tell you what 4 divided by what?
4            MR. C. GORDON:  Well, use 371.
5            THE WITNESS:  Okay.  You're at
6     10 percent.  I'm sorry, you're at 1 percent.
7            MR. C. GORDON:  It may be 371.
8  BY MR. C. GORDON:
9  Q. So if you had compared the five-month period
10    when Bair Hugger was used with the same
11    antibiotic and same anti-thromboembolism
12    drugs as was used in the seven months of the
13    HotDog period, you're the statistician --
14 A. Those would not be significant for that cut
15    of time, significantly different.
16 Q. Not even close to significantly different,
17    right?
18 A. They would not be significantly different.  I
19    don't need to run an analysis to figure that
20    part out.
21 Q. Why didn't you do that, what we just did?
22 A. It's an observational study.  We plotted the
23    data, we put the concerns in, we talked as a
24    group what to do and we looked at the
25    timeline.

ALBRECHT

1
2  Q. When you say you plotted the data, there's no
3     way somebody reading that paper could know
4     what the infection rate was during the
5     Bair Hugger only period when the same -- you
6     have the same prophy -- antibiotic and
7     anti-blood clotting regimen was used, right?
8            MR. B. GORDON:  Objection to form,
9     assumes facts not in evidence, misstates the
10    record.
11           THE WITNESS:  As a group, this is
12    where the data analysis landed.  We did a
13    bunch of univariate tests on the basic
14    things, we did a transition period on the
15    devices, and we reported it as observational
16    data.  This is not a clinical trial with a
17    definitive answer.
18 BY MR. C. GORDON:
19 Q. Well, and in response to a reviewer's
20    comments, you noted that there were changes
21    to the antibiotics and thromboprophylaxis
22    during the periods, right?
23 A. Yes.
24 Q. But you could have completely eliminated
25    those as confounders by doing what we just

Page 202

ALBRECHT

1
2  did, right?
3  A.  If you throw away the other parts of the
4     data.  Again, it's an observational graph and
5     we're just looking at trends.
6  Q.  Well, and you would agree that the trends for
7     the Bair Hugger period and the HotDog period
8     using the same antibiotics and same
9     anti-blood clotting drugs --
10 A.  I don't know what else is going on.
11 Q.  -- are the same?
12            MR. B. GORDON:  Objection --
13            THE WITNESS:  I don't know what
14 else is going on under the surface though.
15            MR. B. GORDON:  -- argumentative,
16 asked and answered.
17            THE WITNESS:  I mean, we see -- we
18 see a reduction in infection over time here,
19 a time based trend to this component too
20 that's going on, and who knows what did it.
21 We provide a couple hypotheses about it, we
22 state that this is not a causal basis --
23 casual -- or causal basis.  We identify
24 looking for some of these stat tests what was
25 here.  The antibiotic, unfortunately, was not

Page 203

ALBRECHT

1
2     tested in the way that you described.
3  BY MR. C. GORDON:
4  Q.  What do you mean it wasn't tested?
5  A.  That analysis or that cut of the data was not
6     presented in the table.  And now that you
7     bring that up, it would have been nice to
8     have that in there.
9  Q.  If you had presented that, it wouldn't have
10    been very interesting, would it?
11            MR. B. GORDON:  Object to the
12 form, argumentative.
13            THE WITNESS:  Not true.  This was
14 about an airflow disruption paper that also
15 had some joint data accompanying it.  The
16 major focus of this paper was about the
17 surgical field and how the airflow is
18 affected by ways.
19 BY MR. C. GORDON:
20 Q.  You know that Scott Augustine has been
21    marketing the HotDog with the claim that this
22    paper demonstrates that switching from
23    Bair Hugger to HotDog results in a 76 percent
24    reduction in surgical site --
25            MR. B. GORDON:  Objection to form,

Page 204

ALBRECHT

1
2     misstates the facts --
3  BY MR. C. GORDON:
4  Q.  -- don't you?
5            MR. B. GORDON:  -- misstates the
6  evidence.  It doesn't say 76 percent, you
7  need to check your facts.
8            MR. C. GORDON:  Seventy-four
9  percent.  I'm sorry.  Thank you.
10            THE WITNESS:  I'm not sure what
11 he's been doing for marketing nowadays.  I
12 have not been in touch with that company in
13 some time except for updating the analysis.
14 BY MR. C. GORDON:
15 Q.  Would you agree that if -- if he were to
16    claim that your paper, Exhibit 8, stands for
17    the proposition that switching from
18    Bair Hugger to HotDog can result in a
19    74 percent reduction in surgical site
20    infections, that that would be wrong?
21            MR. B. GORDON:  Objection to form,
22 calls for speculation, argumentative.
23            THE WITNESS:  It depends on your
24 interpretation of the data.  I see a time
25 trend here, I see a period when two devices

Page 205

ALBRECHT

1
2     are in use, I see other confounding factors
3     that might be at play.  I don't know.  It's
4     uncertain, like a lot of these things are.
5  BY MR. C. GORDON:
6  Q.  Well, one thing that is certain, though, is
7     that if you factor out the antibiotics and
8     the anti-thromboembolism drugs as potential
9     confounders, there's no difference?
10 A.  If you cut your data --
11            MR. B. GORDON:  Objection; asked
12 and answered.  Sorry.
13            THE WITNESS:  If you cut your data
14 to the period we just discussed and run the
15 analysis on the cut of time there to there
16 and compare those two groups in the way we
17 just did, yes, there is not a significant
18 difference.
19            MR. C. GORDON:  Okay.
20 BY MR. C. GORDON:
21 Q.  And let's spend a little bit more time on
22    the -- the change in the thromboprophylaxis.
23 A.  Okay.
24 Q.  That period was August 1st, 2009, to
25    February 28th, 2010, right?

Page 214

```
 1                  ALBRECHT
 2   Q.  That -- and it's your study that's cited
 3        there, right?
 4   A.  Uh-huh.
 5   Q.  Do you -- you said people can do what they
 6        want with the data, but do you think that
 7        what you see here in Exhibit 13 is
 8        scientifically supported by your study?
 9   A.  In an observational sense, yes, it is, those
10        are the numbers for the periods.  This isn't
11        the result of a randomized clinical trial.  I
12        don't know what constitutes sufficient data
13        for marketing.  A lot of people use data in
14        different ways.
15   Q.  Can you -- do you believe your study can in
16        any way be used to support the conclusion
17        that switching from Bair Hugger to HotDog
18        will reduce surgical site infections?
19            MR. B. GORDON:  Objection to form,
20        asked and answered, calls for a medical
21        conclusion.
22            THE WITNESS:  There's
23        observational data in here that shows a
24        decrease in infection rates with the switch
25        between devices, that is true, that is
```

Page 215

```
 1                  ALBRECHT
 2   confounded with antibiotics.
 3   BY MR. C. GORDON:
 4   Q.  It's also confounded with prophylaxis --
 5        thromboprophylaxis?
 6   A.  Yes.  It's observational in nature.
 7   Q.  And if you eliminate just those two
 8        confounders, there is no statistical --
 9        statistically meaningful difference --
10            MR. B. GORDON:  Objection to form.
11   BY MR. C. GORDON:
12   Q.  -- between Bair Hugger and HotDog, right?
13   A.  This is not a randomized clinical trial.  I
14        don't know what effect led to what.
15            MR. B. GORDON:  Object to form,
16        misstates his testimony.
17            THE WITNESS:  This is
18        observational data.
19   BY MR. C. GORDON:
20   Q.  Why do observational data?  What's -- what's
21        the purpose?
22   A.  It's to identify trends that you may suspect
23        in the data and bring it to question so
24        someone can do a proper experiment further
25        on, like a randomized trial.
```

Page 216

```
 1                  ALBRECHT
 2   Q.  Your trendline was just an arithmetic mean
 3        across 23 months --
 4   A.  Uh-huh.
 5   Q.  -- right?
 6            What -- having gone through the
 7        exercise that you've gone through now to
 8        compare one time period, just the Rivaroxaban
 9        versus the no Rivaroxaban, would you agree
10        that a trendline that shows an arithmetic
11        mean across the -- that entire time period is
12        pretty misleading?
13            MR. B. GORDON:  Objection to form.
14            THE WITNESS:  I would have liked
15        to have added that to the effects here so
16        it's more clear what that did over the time
17        period.  Having you make me drill into it a
18        little more clearly like that and not treat
19        it as just a confounder that, well, it's
20        there, so you can't truly trust this, you
21        know, I would have dug in a little deeper and
22        put an effect in the table, I think.
23   BY MR. C. GORDON:
24   Q.  And if you had done that, tell me what --
25        would that -- would you have been able to do
```

Page 217

```
 1                  ALBRECHT
 2   a multivariate analysis with that, is that
 3   the right term?
 4   A.  I still don't think we would have.  I think
 5   we would have presented it that we looked for
 6   this effect, saw nothing, we looked for that
 7   effect, saw nothing, oh, antibiotics had an
 8   effect, forced air had an effect, now we need
 9   to figure this out with a trial.
10        So you'd do this in a univariate
11   fashion still with observational data, in my
12   opinion.
13   Q.  If you were to analyze the data factor --
14   taking into consideration antibiotics and
15   the -- the Rivararoxaban, and -- and, in
16   effect, factored those out, do you still
17   think that there would -- even with
18   observational data it would show a difference
19   between Bair Hugger and HotDog?
20            MR. B. GORDON:  Objection to form,
21        misstates his earlier testimony.
22            THE WITNESS:  I don't know.  I
23        would have to run a model.  There's a period
24        of time here which comes into play.  This
25        data, there's possibly not enough
```

Page 222

ALBRECHT

1
2   Q.  Do you know any of them?
3   A.  Well, we have a couple here, they are
4       antibiotic changes.  I'm not the clinical
5       expert and I'm not close enough to this to
6       know exactly what's going on behind the
7       scenes at the hospital.  You know, I
8       really -- I'm unsure of what has happened.
9   Q.  And -- and I know this is -- it is several
10      years later, so I'm not expecting you to have
11      a clear memory, but as a statistician doing
12      this analysis, would it have been important
13      to you to -- to know that in December of 2008
14      the Wansbeck -- or the Northumbria Trust
15      formed a committee specifically to develop
16      ways to address the -- this outlier status of
17      high infection rates?
18          MR. B. GORDON:  Objection to form,
19      calls for speculation, outside his expertise.
20      He said he doesn't have the clinical
21      background to answer.
22          THE WITNESS:  This highlights the
23      need for randomized studies of these things,
24      so background factors like you're bringing up
25      aren't confounded with the results we see.

Page 223

ALBRECHT

1
2   BY MR. C. GORDON:
3   Q.  Were you aware that during the Bair Hugger
4       only period the -- they changed the surgical
5       dressings that they used to a particular type
6       of dressing that Mike Reed had believed,
7       based on randomized clinical controls,
8       reduced infection rates by about two-thirds?
9   A.  I don't recall that detail.
10  Q.  Would that have made any difference?
11          MR. B. GORDON:  Objection to form.
12          THE WITNESS:  I think details like
13      that could have made it into the discussion
14      about the other things that are confounding
15      factors.  Again, it's observational.  None of
16      these things are causative.
17  BY MR. C. GORDON:
18  Q.  Is -- is there a point in time where all the
19      observational data, or whatever observational
20      data you're presenting, are confounded by so
21      many cofounding factors that there's no point
22      in drawing -- even presenting observational
23      data?
24          MR. B. GORDON:  Objection to form.
25          THE WITNESS:  There's kind of an

Page 224

ALBRECHT

1
2   art to that in publications.  If you have
3   some data and even if it might be wrong or it
4   might not tell the truth -- not the truth,
5   but tell the picture that's really
6   underlying, right, sometimes you've presented
7   in the hopes that you can get other people
8   looking at it and that people can help
9   explain the story.
10  BY MR. C. GORDON:
11  Q.  And what -- what is -- what is the story that
12      you told in this paper?
13  A.  Well, it's not exactly a story, but it's a
14      connection of a couple of research --
15      research hypotheses, one of which is, you
16      know, is there any kind of disruption to the
17      airflow in the ventilation theater.
18          And then the other part is, well, if
19      we're going to look at that and we have an
20      effect of something that does that, you know,
21      demonstrated here, is there a change in
22      infection data that coincides with that.  And
23      so it had a focus like that, because we want
24      to look and ask those direct questions that
25      are linked.

Page 225

ALBRECHT

1
2   Q.  And the reasonable conclusion from people
3       just reading that paper is that they are
4       linked, right?
5   A.  Well, it's a research article and it's an
6       observational study, the data is.  I
7       believe -- let's see if we call it the need
8       for a randomized clinical trial here.  We may
9       have well commented on that in the
10      discussion.  (Reviews documents.)
11          And there have been national studies
12      that look at the effect of, you know, airflow
13      and cleanliness in relationship of
14      ventilation to improved outcomes, and that's
15      kind of the piece that ties into this and why
16      we're looking at this question, because we
17      have something that we observe to disrupt
18      airflow and we want to see if there was a
19      change in infection period over that time
20      given we had a device with some kind of
21      mechanism that may or may not have done
22      something to infection rates.  It's a logical
23      link to try and ask this question and see if
24      there's a change.
25  Q.  And now that we've gone through this

Page 343

ALBRECHT

1
2     THE VIDEOGRAPHER:  So both
3   volumes, we're at 6:53 on record.
4         MS. ZIMMERMAN:  Thanks.
5     (Whereupon, Exhibit 36 was
6   marked for identification.)
7   BY MR. COREY GORDON:
8   Q.  I'm going to show you Exhibit 36.  It's an
9       exchange of e-mails between you and
10      Professor Nachtsheim, correct?
11  A.  Okay.  Yes, it is.
12  Q.  Okay.  And I want to direct your attention to
13      the second page where Professor Nachtsheim
14      says to you, "Hard to disagree with the last
15      quote where the guys said that the data are
16      compelling, but they don't prove the link to
17      infections in practice and a clinical trial
18      would be needed to do that, do you agree,"
19      question mark.  Did I read that correctly?
20  A.  I will read it just to make sure.
21      "Interesting article.  Even though they were
22      petty hard on Scott, hard to disagree with
23      the last quote where the guy said that the
24      data are compelling, but they don't provide
25      the link to infections in practice and that

Page 344

ALBRECHT

1
2   clinical trial would be needed to do that; do
3   you agree?"
4   Q.  You said, "Provide."  I think it says,
5       "Prove."
6   A.  My apologies.
7   Q.  And your response was, "Yes, I do agree with
8       that."  And, in fact, why don't you read your
9       response.
10  A.  Okay.  "Yeah, I do agree with that.
11      Personally, I don't think it's a good idea to
12      use forced-air warming in implant cases
13      sensitive to airborne contamination based
14      off" -- "based upon its effects on clean
15      airflow occurrence over the surgical site,
16      but we do not have conclusive proof at this
17      time that increased infections are the result
18      of such ventilation disruption, nor are we
19      likely to ever have such proof.  Such a trial
20      would involve upwards of thousands of
21      patients and carry a $2 million price tag, at
22      minimum cost of 2,000 a patient I'm guessing.
23      This is one of those things where we can step
24      close to the line, and we do have important
25      information to present that clinicians should

Page 345

ALBRECHT

1
2   be aware of, but we also have to be careful
3   that we do not state claims regarding proof
4   of infection reduction.  Unfortunately, Scott
5   likes to say that he's convinced of such a
6   relationship, even though I tell him it is
7   unsupported and I do not agree.  Well, that
8   is the difference between research and
9   marketing.  However, he knows better than to
10  make such statements in journal articles and
11  does not pressure me/us to do so.  As such, I
12  figure he can do as he pleases without harm
13  as long as he respects the research
14  boundaries, which he has to date."
15       MR. COREY GORDON:  Okay.  Here's
16  the deal.  I have probably about two hours
17  more of questioning for you.  I know I'm
18  bumping up to the seven-hour limit.  I -- I
19  would ask you to let me go ahead and finish
20  up.  If you want to say no, you know, absent
21  special provisions from the court, it's a
22  maximum of seven hours, that -- that is your
23  privilege, and I will -- I will likely ask
24  the -- the court to give some -- give me some
25  additional time.  They're going to have

Page 346

ALBRECHT

1
2   questions for you and, you know, I'm sure
3   they don't want me to go on any further.
4        So, you know, I'm going to -- it's
5   probably partially up to you.  But even if
6   you say, yeah, why don't you just go ahead
7   and finish with me, they're probably going to
8   object.
9        MR. ASSAAD:  We --
10       MS. ZIMMERMAN:  Should we go off
11  the record for a minute?
12       MR. ASSAAD:  Yeah, let's go off
13  the record.
14       THE VIDEOGRAPHER:  We're going off
15  the record at 11:26 a.m.
16       (Whereupon, a brief recess
17  was taken.)
18       THE VIDEOGRAPHER:  We're going
19  back on the record at 11:31 a.m.
20       MR. ASSAAD:  It's my understanding
21  that the seven hours are up at this time,
22  give or take a couple of minutes.  I don't
23  know if Mr. Gordon has any questions.
24       We definitely want to ask -- we
25  definitely object to defense counsel moving

# EXHIBIT DX13

TO DECLARATION OF BENJAMIN W. HULSE
IN SUPPORT OF DEFENDANTS' MOTION TO
EXCLUDE PLAINTIFFS' GENERAL
CAUSATION MEDICAL EXPERTS



http://www.hotdog-usa.com/guarantee.php [Go]   APR JUL SEP   Close
21 captures                                     ◄ 12 ►     Help
6 Aug 11 - 15 Aug 15                             2011 2012 2013



**THE NEXT WAVE
IN PATIENT WARMING**

# REFUND GUARANTEE

**OUR OFFER:** Switch from forced-air to HotDog in your orthopedic ORs. **If implant infection rates don't decline, we'll refund your money.** Every penny.

*"Really? How can HotDog make such an offer?"*

Unlike forced-air, air-free HotDog warming doesn't generate waste heat that can contaminate the sterile field (even with laminar flow ventilation).

Hospitals that have switched to HotDog report significant reduction in deep joint SSIs. For example, a #1 rated hospital in Minnesota experienced an 81% reduction after switching to air-free warming. In the United Kingdom, a top NHS hospital dropped from a 3.1% deep joint infection rate when using forced-air to 0.81% when using HotDog warming.

*"What's the catch? Where's the fine print?"*

**No catch...here's all you have to do:**

   1. HotDog must be used exclusively for 12 months...after a 2-month wash-out of existing infections.

   2. The hospital must have tracked orthopedic implant infections while warming with forced-air and continue tracking while using HotDog.

   3. The hospital must comply with SCIP warming standards.

**That's it. If orthopedic implant infections are not reduced during the 12 month trial and the hospital wants to switch back to forced-air in its orthopedic suites, we'll take the HotDog systems back and provide a full, 100% refund.**



*This refund guarantee is not intended to be a claim that HotDog warming reduces infections. It is merely an offer to refund money under the circumstances specified. The refund must be requested within 60 days of completing the trial.

**HotDog warming stands behind its products.
Unlike others, we're not blowing hot air.**

**Frequently Asked Questions**

**1. Is Augustine claiming that HotDog warming reduces orthopedic infections?**

No. Medical device "claims" must be cleared by the FDA. We do not claim that HotDog reduces infections. We do, however, fervently believe the following: If a hospital has been routinely using forced-air warming in orthopedic implant surgery and switches to air-free HotDog warming, its rate of deep infection on those implant cases will decline. Based on that belief, we are comfortable making the contractual offer.

**2. Is Augustine claiming that forced-air warming causes infections?**

Of course not. "Cause" has both legal and scientific meanings. To our knowledge, no court has ever determined that a forced-air warming system "caused" a surgical infection. To prove "cause" in a scientific sense would require a massive controlled, blinded study. No such study has been done...and may not even be possible.

**3. What is Augustine asserting?**

The facts established by published research are as follows:

   a. Surgical site infections are caused by bacterial contamination of wounds.

   b. Operating room ventilation systems are designed to keep contaminated air away from surgical wounds.

305




21 captures
6 Aug 11 - 15 Aug 15

c. The warm waste heat, gathered and released near the "dirty" floor and driven up into the sterile field, defeating the protection of both conventional and laminar flow ventilation systems.

d. Bair Hugger forced-air blowers often spew millions of bacteria-sized particles per hour into the OR. The rising waste heat becomes a delivery system for these particles.

e. A single bacterium can be sufficient to cause an infection in orthopedic implant surgery.

f. HotDog warming does not blow air and does not generate significant waste heat.

That's it. Those are all the facts we know...and all the facts we assert. Based on these facts, however, we confidently offer customers our Refund Guarantee.

**4. What must a customer do to get the refund?**

a. Switch from forced-air warming to HotDog warming in their orthopedic surgery ORs, having standardly used FAW in the past.

b. Have tracked orthopedic implant infections for at least 24 months prior to the switch.

c. Allow for a two-month "wash-out" and then track orthopedic implant infections for the next 12 months, following SCIP warming guidelines and exclusively using HotDog warming.

d. Document that the infection rate has not fallen and switch the orthopedic surgery ORs back to forced-air warming.

e. Within 60 days of the conclusion of the trial, return the HotDog systems to Augustine and make the refund claim.

Upon confirmation that the claim is valid, we will issue a full refund.

---

Home   |   Testimonials   |   FAQ's   |   Research   |   Products   |   Brochures   |   Quality Docs   |   Videos   |   Contact Us   |   About Us   |   Veterinary

© 2012 Augustine Temperature Management. All rights reserved.

306

# EXHIBIT DX14

TO DECLARATION OF BENJAMIN W. HULSE
IN SUPPORT OF DEFENDANTS' MOTION TO
EXCLUDE PLAINTIFFS' GENERAL
CAUSATION MEDICAL EXPERTS

# Implementing effective SSI surveillance

**JULIE GILLSON** and **GAIL LOWDON** provide an insight into how the Northumbria Healthcare NHS Foundation Trust reduced its infection rate within the orthopaedic department and developed a robust surgical site infection surveillance service.

In April 2004, after a number of years of voluntary monitoring, the Chief Medical Officer, made the surveillance of surgical site infection (SSI) in orthopaedic surgery mandatory.[1] There were certain criteria which included a minimum of three months data collection in at least one of the four orthopaedic categories.

- Total hip replacement (THR).
- Total Knee replacement (TKR).
- Hip Hemiarthroplasty (later changing to Repair Neck of Femur).
- Open reduction of long bone fractures.

The Health Protection Agency (HPA) reported a downward trend once this surveillance started in earnest; however there were a number of factors that may have affected how the data was reported across the different Trusts.[2] The length of stay of patients may differ as could the numbers of operations performed; the data collection was focused initially on hospital stay and did not include patients who developed an SSI once discharged home.

In 2008, hospitals were required by the HPA to identify and include patients who were readmitted with an SSI and further emphasis was put on organisations to use the data to evaluate local practice and institute changes where required.[3]

Northumbria Healthcare NHS Foundation Trust has three main sites with a number of small community hospitals and covers one of the largest geographical areas in the country providing health and social care to over 500,000 people living in Northumberland.

All three main sites and the orthopaedic teams performed the relevant orthopaedic surgery in the surveillance programme and a decision was made to monitor and report all three sites in three of the four categories 12 months a year.

During the last two quarters of 2008/2009, Northumbria Healthcare NHS Foundation Trust was reporting SSI rates in the combined total of surgeries in THR/TKR and Repair Neck of Femur between 3.5%-5% and was regularly receiving letters from the HPA informing the Trust of its high outlier status for SSI. As it was performing approximately 2,200 hip and knee replacements every year, implementing robust surveillance in SSI became a priority for the orthopaedic team and the Trust.



**Reducing SSI**

**Pre operatively**
- Patient pre-education
- MSSA screening and eradication
- Octenisan skin wash
- Recommended hair removal methods
- Pre warming
- Pre op check list documentation

**Peri operatively**
- Normothermia and monitoring
- Skin prep
- Prophylactic antibiotics (*in accordance to correct dosage v weight, stewardship and local formulary*)
- Glycaemic control for diabetics
- Recommended hair removal
- Prospective surveillance commenced day of surgery

**Post operatively**
- Standardised dressing protocol
- Maintaining normothermia post op
- Post discharge surveillance

Figure 1: SSI Bundle Northumbria.

'We have introduced a strict theatre etiquette that is adhered to by all.'

### The Northumbria SSI group
Following the correspondence from the HPA requesting action and the attendance of a group of clinical staff at an SSI conference in Birmingham, held by Patient Safety First, the SSI group was formed. A multi-disciplinary team formed the Trust SSI Group and the first meeting took place in December 2008. This group was chaired by a proactive orthopaedic surgeon and included consultant microbiologist, senior managers, infection control leads, matrons and clinical leads from operating theatres.

Prior to the designated team of surveillance staff, surveillance of the mandatory reporting to the Health Protection Agency (as it was then known) was being completed by personnel while they were still doing their regular work. There was no ownership to the process of surveillance and the assurance in the validity of the results. The first action point of this meeting was to place a successful bid to appoint two full time SSI nurses on a 12 month secondment, therefore.

The commitment for the group was to ensure that the surveillance process that was put in place would be a robust and prospective surveillance. The initial aim was to bring the infection rate down and, by achieving this, ensure patient safety,

'One of the initiatives that has had the most impact has been the implementation of a Root Cause Analysis (RCA) tool that is completed for every patient found to have a deep infection.'

and improved experience and outcomes, which we would be able to measure against the results we would later review from the post discharge surveillance and reported rates.

To date we have seen this group expand to include members from the estates department, community nursing, medical staff, anaesthetists and various other members of clinical specialities who join the group when review of practice is needed or new initiatives are being introduced.

### The SSI bundle
In collaboration with The Institute for Healthcare improvement (IHI), Patient Safety First published an SSI bundle in 2009. This gave a checklist and a 'How to' guide aimed not only at clinicians but also at managers and allied health professionals to enable a multi-disciplinary approach to the worrying trend of increased SSIs.[4]

The SSI group decided to utilise this

tool to develop a strategy to reduce the Trust's SSI rate. We were able to divide the actions in to three major streams, pre-operative, peri-operative and post-operative with separate leads for each stream feeding back into the strategic SSI group as actions were completed.

There were many interventions that were seen as quick wins and small but significant changes were made and accepted by the wider teams – for example, the interventions performed by the pre-assessment team.

These included:
- Introduction of Octenisan wash that was given to all elective THR/TKR patients prior to surgery to be used at home, which has now been adopted at the point of care on the ward for trauma patients, prior to going to theatre.
- Adherence to the protocol on hair removal – it was often common practice for patients to be advised to have unnecessary shaves or use depilatory creams.



Figure 2: The 'Timeline' illustrates the interventions undertaken from 2008 to present day.

- Introduction of MSSA screening in 2010 for elective THR/TKR patients, which has now progressed, in 2014, to all elective and trauma orthopaedic patients admitted via A&E to the ward areas.
- Elective patients attend pre-surgery education class – this was developed to describe and advise the patient what to expect before during and after their surgery.

The two main areas that needed to be on board to make significant changes were the operating theatres and the orthopaedic wards both particularly challenging areas – with strong characters that needed to be persuaded to standardise and comply with the agreed interventions.

## Theatres

Theatre etiquette in the Trust had changed over the last few decades, which had resulted in a more relaxed culture within this environment. Staff could come and go without being challenged and there was not a strict uniform policy in theatres and check lists, although available, were not effectively used.

This way by far the most challenging group of changes, as it did not just include theatre staff but also all of our surgeons – orthopaedic or otherwise. Meetings were held with the staff, education was provided by a named theatre sister, and the Operational Service Manager dealt with many individual concerns and complaints. However, over a period of time, the culture has changed and we have introduced a strict theatre etiquette that is adhered to by all.

The main changes that were required are as follows:
- Implementation of a red line near the entrance of theatre suite. This meant only essential staff could enter the operating theatres.
- Introduction of colour coded scrubs – a single designated colour scrub (raspberry) was to be worn by all who were required to work in or have access to the operating theatres. These must not be worn outside the theatre suite and this rule was incorporated into the Trust uniform policy.
- Review of current scrub techniques was undertaken and education and retraining was mandatory to all staff at all levels, ensuring standardisation of practice.
- Reducing and restricting the flow of staff through the operating theatre at the time of surgery.
- Stricter control of personal foot wear resulted in the introduction of new washable clogs and a built in clog washer, so staff could no longer wear

> 'The success has been down to an open but robust culture that has identified successes but has also accepted some failures.'

their own clogs.
- Theatre audits – including monthly audit for compliance with the safer surgery check list and the High Impact Intervention no 4 – which evidenced compliance with the initiatives of pre op/peri op and post op.
- Re-commissioning and essential maintenance of all theatres. A formal report was fed back quarterly to the SSI group and specifically to the consultant microbiologist on the maintenance schedule/checks and status of all theatre suites.
- Antibiotics on induction – using appropriate prophylactic antibiotics in the correct dosage and time prior to incision.
- Peri-operative warming of patient and monitoring to maintain normothermia during surgery.

## Orthopaedic wards

Our three orthopaedic sites functioned independently with inconsistent practices. As part of the SSI programme, senior clinicians and nursing staff agreed to standardise various practices and procedures. Changes were agreed at appropriate committees and Boards and disseminated to the wards by the Matrons who also monitored compliance. Actions included:
- Ensuring that all our surgical day wards had adequate shower facilities if required.
- Investment in appropriate ward based warming aids to use in pre-operative warming of patients to maintain normothermia before and after surgery.
- Reinstated designated treatment rooms at all sites on orthopaedic elective and trauma wards with the introduction of an air purification system (Radal air) in these rooms. Later on these rooms and systems were introduced to the outpatient departments also.
- Aseptic competencies review introduced – all nursing staff in all surgical areas now undertake a reassessment of their aseptic competencies every two years. Some training and education was also offered and taken up by senior medical staff.

- Standardisation of dressings across the organisation – introduction of a hydrocolloid/absorbent dressing (Aquacel Surgical). This dressing stays *in situ* for 14 days post op until clips/sutures are due for removal – thereby reducing manipulation of dressings and the potential introduction of bacteria to the wound through unnecessary dressing changes.

## Other initiatives

Between 2009 and the present, many other initiatives were discussed and implemented. Some were small changes that improved the patient pathway; others were more progressive and have made a significant difference to patient outcomes.

## Root cause analysis

One of the initiatives that has had the most impact has been the implementation of a Root Cause Analysis (RCA) tool that is completed for every patient found to have a deep infection. The first of these tools was introduced by the consultant microbiologist of the SSI group, which has since been developed and evolved to the version that is in use today.

The initial completion of the RCA is undertaken by the SSI nurses and it is then distributed to all members of the team via email. This email allows an open and honest dialogue about the patient treatment and condition. All and any members of the team are encouraged to participate and comment on any part of the patient's journey from pre-op to post-operative. This has proven to be a fantastic source of information allowing all levels of staff to contribute to the analysis of the potential causal factors involved.

## Weekly surveillance grid

A weekly report is sent to the multi-disciplinary team (MDT) via email to highlight patients that the SSI team have identified as at risk of infection or other complications, which is a form of 'watch and wait'.



**INFECTION CONTROL**

> 'The SSI group has been successful in reducing the infection rate at Northumbria Healthcare from 5% to 0.9% (April – June 2014).'

### Weekly revision MDT meeting

Any patient who has had a complication to their joint replacement that requires further interventions or surgery will be discussed at this weekly meeting. The consultant orthopaedic surgeon and microbiologist will identify patients with potential or existing infections and agree an appropriate management plan for these individuals.

### Discharge call to patient

Initially started in 2007, supporting an enhanced recovery programme in THR/TKR, a seven day call has now progressed to a call made at two days post discharge by the SSI nurses ensuring patients have no wound issues and there is also an opportunity to discuss any other concerns patients may have.

### Orthopaedic helpline

Introduced in 2010, as an initiative by the Preventing Readmission Group, this helpline was open to both patients and community colleagues providing information and advice on the management of our orthopaedic post-operative patients. This has been hugely successful in identifying early or potential infections and providing appropriate management plans, including antibiotic stewardship. It is important to highlight the need for appropriate and qualified personnel to be employed within the SSI role as there is active clinical advice and intervention plans are implemented. Since the helpline launch in April 2012 to January 2014 it has taken 2,353 calls with 523 patients referred to the wound clinics (22% patients to the clinic with 78%

patients concerns resolved over the phone). Following this success, the helpline is to be extended to all surgical patients in October 2014.

### Wound clinics

Within the out-patients departments an open access nurse-led clinic has been set up to review patients with concerns about their wounds. This was regulated by the orthopaedic help line who would refer patients to the clinic after telephone consultation.

### 30 day phone call

We embraced the Public Health England (previously HPA) recommendation to contact patient on, or around, 30 days after their operation to identify potential complications (primarily infections) and ensure robust reporting of SSI.[5]

### Patient experience

A very important element in the development of the services to our patients has been the inclusion of patient experience feedback where we actively encourage our patients to join our steering groups in the project work and they actively participate in our educational study events.

### Road shows

Our community services cover a large geographical area and incorporate two different commissioning groups, so communication to this widespread group of staff was challenging and had failed in the past. A strategy was developed to enable our teams to visit key community bases to share the changes that would impact upon their management of at risk patients. A package was developed by the SSI nurses to facilitate training and education to the community staff.

### Present

The SSI group has been successful in reducing the infection rate at Northumbria Healthcare from 5% to 0.9% (April – June 2014). It has been challenging at times, but the success has been down to an open but robust culture that has identified successes but has also accepted some failures.

However, we are not complacent and continue to maintain motivation within the staff groups and encourage colleagues within the other specialties to participate in the service, for the benefit of their patients and staff development.

The SSI surveillance team has grown

and we now have a lead nurse, two other surveillance nurses and administrative support. The meetings continue and active surveillance is paramount. The most recent developments include the monitoring of Breast and C-Section patients with the relevant surgeons following the lead from their orthopaedic colleagues.

The SSI team have won a number of awards for their efforts including:

- HAI watchdog awards 2011 Operating Theatre Infection Prevention Initiative.
- Safer Care Northeast 2011/2012 Initiatives reducing SSI in HAI.
- Improving patient experience through Effective Communication with Patients and Families 2013.

This team is highly respected within the organisation and continues to deliver a successful service.

In 2011, an internal study day was held by Northumbria Healthcare NHS Foundation Trust with the intention of sharing our developments and training package. This has now evolved into a national yearly event and, this year, is being held on the 22nd October 2014 at The Marriot Hotel Gosforth Newcastle. More details can be found on the following website www.qist.co.uk ✚

### References

1  Chief Medical Officer. *Surveillance of Healthcare Associated Infections PL/CMO/ 2003/4.* London: Department of Health. 9 June 2003.
2  Health Protection Agency. *Mandatory surveillance of surgical site infection in orthopaedic surgery. April 2004 to March 2005.* London: Health Protection Agency.
3  Health Protection Agency. Fifth report of the mandatory surveillance of surgical site infection in orthopaedic surgery. April 2004 to March 2009. London: Health Protection Agency December 2009.
4  Patient Safety First. *The 'How to' Guide for Reducing Harm in Perioperative Care.* Version 2, 2009. www.patientsafetyfirst.nhs.uk
5  Public Health England. *Protocol for the Surveillance of Surgical Site Infection.* Version 6. June 2013.



www.en.wikipedia.org  Booyabazooka  CC-BY-SA-3.0

www.wikipedia.org  Ravedave  CC-BY-SA-3.0

# EXHIBIT DX15

TO DECLARATION OF BENJAMIN W. HULSE

IN SUPPORT OF DEFENDANTS' MOTION TO

EXCLUDE PLAINTIFFS' GENERAL

CAUSATION MEDICAL EXPERTS

# *health* DEVICES

**EDITORS' NOTE**

Augustine Temperature Management recently published press releases, e-mail blasts, and blog entries on this article, which appeared in the April 2013 issue of ECRI Institute's *Health Devices* journal and is titled "Forced-Air Warming and Surgical Site Infections: Our Review Finds Insufficient Evidence to Support Changes in Current Practice."

ECRI Institute states that it did not participate in or approve of the above-mentioned materials, and warns that they should not be construed as representing our opinion or judgment.

Our views on forced-air warming are explained in our article, and we recommend that readers go here—and nowhere else—to learn what we think.





*guidance*
**ARTICLE**

# FORCED-AIR WARMING AND SURGICAL SITE INFECTIONS

## Our Review Finds Insufficient Evidence to Support Changes in Current Practice

Maintaining normothermia during surgery is an important measure in preventing surgical site infections (SSIs). Several technologies are available to accomplish this during surgery, including the popular method of forced-air warming (FAW). Recently, however, some member hospitals have asked us about FAW and whether it might actually contribute to SSIs. Specifically, their questions were focused on whether the use of FAW during surgery (including orthopedic implant surgery) leads to an increased rate of SSIs as compared to the use of other methods of patient warming and, if so, whether such concerns merited discontinuing the use of FAW during surgery. In response to these questions, ECRI Institute has conducted an assessment of the published literature to determine whether the evidence supports a decision not to use FAW.

Based on our assessment, we do not believe that the currently available evidence justifies discontinuing the use of FAW during surgery. This article explains our reason for this judgment.

### THE IMPORTANCE OF MAINTAINING NORMOTHERMIA DURING SURGERY

Maintaining normothermia in surgery patients has been reported to significantly lower the risk of postoperative surgical wound infections (Kurz et al. 1996, Melling et al. 2001). Hypothermia triggers vasoconstriction, ultimately resulting in a reduction of the partial pressure of oxygen in tissue. This in turn impairs the body's ability both to fight infection at the wound site and to promote wound healing. Maintenance of body temperature during and after surgery is recommended in practice guidelines by a variety of organizations, including the Centers for Disease Control and Prevention, Guideline for Prevention of Surgical Site Infection, 1999; the American Society of Anesthesiologists, Practice Guidelines for Postanesthetic Care, 2002; the American College of Cardiology/American Heart Association, ACC/AHA 2007 Guidelines on Perioperative Cardiovascular Evaluation and Care for Noncardiac Surgery, 2007; and the National Collaborating Centre for Nursing and Supportive Care, The Management of Inadvertent Perioperative Hypothermia in Adults, 2008.

### FORCED-AIR WARMING MAY DISTURB AIR PATTERNS IN THE OPERATING ROOM

FAW is a popular method to maintain normothermia during surgery. FAW systems (warming units and blankets) are designed to warm patients by gently blowing warm air onto the skin of the patient via an air blanket. But there are other methods to warm patients during surgery, such as conductive-fabric warmers and water-circulating warmers. The theoretical concern raised with the use of FAW is that air currents created by the system may carry microbes that might contaminate the surgical site.

Some studies have investigated this concern, looking at the impact of FAW on laminar airflow systems—especially the potential disruption of the downward airflow patterns. For example, five studies (Belani et al. 2012, Dasari et al. 2012, Legg et al. 2012, Legg and Hamer 2013, McGovern et al. 2011) demonstrate that the exhaust from FAW units results in thermal currents that rise into the downward ventilation airflow of the laminar airflow systems studied. The disruption of airflow patterns is particularly worrisome in laminar-flow and ultraclean ORs, in which a wide variety of implant surgeries are performed. The argument is that mobilization of contaminated air near the floor or decreased effectiveness of the downward laminar airflow pattern could contribute to an increased rate of SSIs, including prosthetic joint infections (PJIs), compared to when other methods of patient warming are used. This is especially concerning during orthopedic surgeries because contamination of the surgical site may present a greater risk of developing a PJI, which is

**UMDNS terms.** Warming Units, Patient [17-570] ■ Warming Units, Patient, Circulating-Fluid [17-648] ■ Warming Units, Patient, Conductive Layer [25-785] ■ Warming Units, Patient, Forced-Air [17-950] ■ Warming Units, Patient, Radiant [13-248] ■ Warming Units, Patient, Radiant, Adult [13-249]

  ©2013 ECRI Institute. Member hospitals may reproduce this page for internal distribution only.

harder to treat and resolve than would be the case with SSIs in general. These studies, however, only raise questions about airflow disruptions. Demonstrating that airflow patterns change when FAW is used does not establish that it results in increased bacterial contamination or increased rates of SSI and PJI as compared to use of other methods of patient warming.

## WHAT THE EVIDENCE SHOWS

The literature review process we used involves articulating a specific question to answer, creating search strategies for a comprehensive and objective literature search, and identifying inclusion and exclusion criteria that are applied to each study. The studies that meet the inclusion criteria are evaluated for their design and the potential for study bias—specifically, study features that could impact whether the treatment being studied is responsible for the outcomes observed. Studies are then analyzed for the information they contain.

The question we asked was: Do surgical patients whose body temperatures were controlled with FAW systems (when used as intended) have an increased risk of SSIs compared to patients whose body temperatures were controlled by another method? Our inclusion criteria required that the study include a comparison of SSI rates and that it have at least two arms (FAW compared to at least one alternative warming technology), with a minimum of 10 patients (per arm) undergoing surgery. We also required that studies include documentation of body temperature maintenance for all methods and that they report all infections that occurred within a follow-up period of at least 30 days. (Our complete inclusion criteria and the reasoning behind them can be found in "Study Inclusion Criteria" on this page.)

Our search of the published literature identified over 180 studies potentially related to our question. These studies were all eliminated for a variety of reasons. Any study that was not clinical in nature—that is, that did not involve human surgical patients—was excluded. We also

## STUDY INCLUSION CRITERIA

The following are the inclusion criteria we used when determining which studies would be included in our analysis. These criteria were developed before the clinical literature review.

▷ Studies must have enrolled human subjects who underwent surgery involving the creation of a surgical wound. Studies without human subjects do not provide generalizable conclusions.

▷ Studies must evaluate a forced-air warming system and at least one other means of maintaining a patient's body temperature (with devices used as intended) during surgery. Such comparison studies are needed to determine the extent to which the FAW system is responsible for altering the infection risk compared to other means of maintaining a patient's body temperature, while all other factors in promoting or reducing infection risk are held constant.

▷ Studies must have data showing that the body temperature of the patient was maintained by both the FAW system and the comparison technology. If the comparison technology or the FAW system was not effective at maintaining body temperature, then this failure rather than other technology differences may be responsible for any differences in infection rate.

▷ Studies must be randomized controlled trials or nonrandomized comparison studies with at least two treatment arms.

▷ Studies must have at least 10 patients enrolled per study arm.

▷ Studies must report the number or rate of surgical site wound infections within 30 days of the surgery.

▷ Studies must be published in English.

▷ Studies must be published as full articles in a peer-reviewed journal.

eliminated studies that looked at OR contamination when FAW units were used but did not examine SSIs. Granted, some of these studies report increased microbial contamination within FAW units (e.g., Albrecht et al. 2011) or increased particle counts (particles injected into the air, not bacteria) at monitored OR locations when FAW units were being used (Legg et al. 2012, Legg and Hamer 2013). But while studies like these raise questions, they don't establish that an increased risk of SSI exists with FAW compared to other warming technologies. For similar reasons, we excluded studies that solely examined air current patterns that may affect the distribution of microbes.

While we did not find any studies that met all our inclusion criteria, we did identify four studies that came close to meeting our criteria and that examined SSI rates following clinical procedures:

▷ Two studies—one by Huang et al. (2003) and one by Moretti et al.

(2009)—primarily involved assessment of bacterial counts in different locations of the OR and at the surgical wound edges. These studies used slightly different approaches: Huang did cultures at the start and finish of surgery with use of an Augustine Medical Bair Hugger FAW system; Moretti did cultures with and without use of the Bair Hugger FAW system. The authors of the studies reported that no SSIs occurred in any patient in the studies (total of 46 patients combined). *Reason for exclusion:* These studies lacked a comparison of FAW to an alternative warming system.

▷ A study by Melling et al. (2001) looked at SSI rates in a total of 421 patients who underwent breast, varicose vein, or hernia surgeries. Patients were randomized into three groups: 138 patients with localized warming before surgery, 139 patients with whole-body FAW before surgery, and 139 patients with no warming before surgery



*guidance*
**ARTICLE**

## LAWSUIT ALLEGES CONTAMINATION BY FORCED-AIR WARMER

ECRI Institute has learned that in March 2013, a lawsuit was filed against 3M Corporation alleging that a patient sustained a periprosthetic infection while undergoing hip replacement surgery as a result of contaminants being deposited in the surgical site by a 3M Bair Hugger forced-air warmer.

We have reviewed the plaintiff's petition. It does not present any new information that would alter the conclusions we have drawn in this article based on our review of the published literature.

Case information can be found in the press release from the plaintiff's attorneys at www. prweb.com/releases/2013/3/prweb10554160.htm.

(control group). This study compared the Augustine Medical Bair Hugger FAW system to the Augustine Medical Warm-Up. The Warm-Up (which is no longer available for purchase) was a noncontact normothermic wound therapy system designed to provide warmth and humidity in the wound area and was therefore not intended to maintain a patient's body temperature during surgery. The patient warming occurred for a minimum of 30 minutes before surgery. The SSI rate was not significantly different between warming systems (3.6% for Warm-Up, 5.8% for Bair Hugger, p = 0.4), but was significantly lower in warmed patients (5%) versus nonwarmed (14%, p = 0.001). *Reason for exclusion:* There was no comparison of whole-body warming methods used during surgery to maintain normothermia.

▷ A study by McGovern et al. (2011) that examined effects of warming devices on OR ventilation also provided data on PJIs in patients treated by different technologies for maintaining body temperature during surgery. The study reports on 1,437 patients who underwent joint replacement surgery; 1,066 patients had surgery during a period when the hospital used FAW, and 371 had surgery during a period when the hospital switched to using conductive fabric for warming. Data was collected retrospectively. The study reported PJI rates of 3.1% for FAW versus 0.8%

for conductive-fabric warming, which was a significant difference (p = 0.024, Wald test) when data was combined for hip and knee surgeries. Based on the study's findings, the authors recommend that FAW not be used in orthopedic surgeries. *Reasons for exclusion:* This study lacked documentation of normothermia during surgery. In addition, the authors reported that both the prophylactic antibiotic regimen and thromboprophylaxis regimens were altered during the study period. Since the two types of warming treatment were not applied concurrently, other treatment differences or changes during the two different time periods may have influenced PJI rates. Other notable limitations of the study are that data was collected retrospectively rather than from a prospective study; the data was from only one hospital; and the authors did not state whether the data was collected from all patients who underwent primary hip and knee replacement surgery during the reported time periods.

Note that no information was provided on what model warming devices were used on patients in the SSI portion of the study, only whether the devices were conductive fabric or FAW. However, in the operating-theater-ventilation portion of the study, a Bair Hugger warming unit with a Model 540 FAW blanket and a Hot Dog brand Model B110 conductive-fabric blanket were used.

### CONCLUSIONS

Based on our focused systematic review of the published literature, we believe that there is insufficient evidence to establish that the use of FAW systems leads to an increase in SSIs compared to other warming methods. Although one study (McGovern et al.) presents data that suggests higher PJI rates with use of FAW compared to an alternative warming method, this study has serious limitations such that its findings on PJI rates cannot be considered conclusive. Studies that look at FAW's contribution to OR air contamination and/or airflow disruption raise questions about the technology and its potential impact, but they do not provide sufficient evidence to demonstrate that the use of FAW poses a greater risk of SSIs or PJIs than the use of other warming methods.

Consequently, ECRI Institute does not believe that the currently available evidence justifies discontinuing the use of FAW during surgery. We will continue to monitor this topic through the published literature and will update our recommendation as warranted.

### REFERENCES

Albrecht M, Gauthier RL, Belani K, et al. Forced-air warming blowers: an evaluation of filtration adequacy and airborne contamination emissions in the operating room. *Am J Infect Control* 2011 May;39(4):321-8.

American College of Cardiology (ACC)/American Heart Association (AHA) Task Force on Practice Guidelines. ACC/AHA 2007 guidelines on perioperative cardiovascular evaluation and care for noncardiac surgery. *J Am Coll Cardiol* 2007 Oct 23;50(17):e159-242. Also available: http://content.onlinejacc.org/article.aspx?articleid=1138596.

American Society of Anesthesiologists (ASA) Task Force on Postanesthetic Care. Practice guidelines for postanesthetic care. *Anesthesiology* 2002;96(3):742-52. Also available: http://journals.lww.com/anesthesiology/Fulltext/2002/03000/Practice_Guidelines_for_Postanesthetic_Care.33.aspx.

Belani KG, Albrecht M, McGovern PD, et al. Patient warming excess heat: the effects on orthopedic operating room ventilation performance. *Anesth Analg* 2012 Jul 19. [Epub ahead of print.]

©2013 ECRI Institute. Member hospitals may reproduce this page for internal distribution only.

Centers for Disease Control and Prevention (CDC). Guideline for prevention of surgical site infection. 1999. *Infect Control Hosp Epidemiol* 1999 Apr;20(4):250-78. Also available: www.cdc.gov/hicpac/pdf/SSIguidelines.pdf.

Dasari KB, Albrecht M, Harper M. Effect of forced-air warming on the performance of operating theatre laminar flow ventilation. *Anaesthesia* 2012 Mar;76(3):244-9.

ECRI Institute. HotDog (Augustine Temperature Management) compared with Bair Hugger (Arizant Healthcare, Inc.) for maintaining body temperature during surgery [custom product brief]. Custom Hotline Service. 2012.

Huang JK, Shah EF, Vinodkumar N, et al. The Bair Hugger patient warming system in prolonged vascular surgery: an infection risk? *Crit Care* 2003 Jun;7(3):R13-6.

Kurz A, Sessler DI, Lenhardt R. Perioperative normothermia to reduce the incidence of surgical-wound infection and shorten hospitalization. Study of Wound Infection and Temperature Group. *N Engl J Med* 1996 May 9;334(19):1209-15.

Legg AJ, Cannon T, Hamer AJ. Do forced air patient-warming devices disrupt unidirectional downward airflow? *J Bone Joint Surg Br* 2012 Feb;94(2):254-6.

Legg AJ, Hamer AJ. Forced-air patient warming blankets disrupt unidirectional airflow. *Bone Joint J* 2013 Mar;95-B(3):407-10.

McGovern PD, Albrecht M, G Belani K, et al. Forced-air warming and ultra-clean ventilation do not mix: an investigation of theatre ventilation, patient warming and joint replacement infection in orthopaedics. *J Bone Joint Surg Br* 2011 Nov;93(11):1537-44.

Melling AC, Ali B, Scott EM, et al. Effects of preoperative warming on the incidence of wound infection after clean surgery: a randomised controlled trial. *Lancet* 2001 Sep 15;358(9285):876-80.

Moretti B, Larocca AM, Napoli C, et al. Active warming systems to maintain perioperative normothermia in hip replacement surgery: a therapeutic aid or a vector of infection? *J Hosp Infect* 2009 Sep;73(1):58-63.

National Collaborating Centre for Nursing and Supportive Care. Inadvertent perioperative hypothermia: the management of inadvertent perioperative hypothermia in adults. Clinical guideline; no. 65. London (UK): National Institute for Health and Clinical Excellence (NICE); 2008 Apr. Also available: http://guidance.nice.org.uk/CG65.

This report appears in the April 2013 issue of ECRI Institute's monthly Health Devices journal, which is provided to members of ECRI Institute's Health Devices System, Health Devices Gold, and SELECTplus™ programs. Health Devices features comparative, brand-name evaluations of medical devices and systems based on extensive laboratory testing and clinical studies. ECRI Institute's evaluations focus on the safety, performance, efficacy, and human factors design of specific medical devices and technologies.

For questions about ECRI Institute's membership programs, contact us by telephone at (610) 825-6000, ext. 5891; by e-mail at clientservices@ecri.org, or by mail at 5200 Butler Pike, Plymouth Meeting, PA 19462-1298, USA.

Contact ECRI Institute's European office at info@ecri.org.uk; ECRI Institute's Asia-Pacific office at asiapacific@ecri.org; and ECRI Institute's Middle Eastern office at middleeast@ecri.org.