UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
MDL No. 15-2666 (JNE/FLN)

In re: BAIR HUGGER FORCED AIR
WARMING DEVICES PRODUCTS	**ORDER**
LIABILITY LITIGATION

This Document Relates To:
*Nugier*, 16-cv-4246

This matter came before the Court on the United States's Motion to Quash Subpoenas sent on or about August 16, 2017 by Defendants 3M Company and Arizant Healthcare Inc. to the U.S. Department of Veterans Affairs (VA) Office of Chief Counsel in St. Petersburg, Florida. Based on the motion of the United States, all the files and proceedings herein, and for good cause shown,

It is hereby ORDERED that the subpoenas at issue are hereby quashed.

Dated:

FRANKLIN L. NOEL
United States Magistrate Judge