UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To: All Actions | **DEFENDANTS' MEET AND CONFER STATEMENT REGARDING MOTION TO EXCLUDE PLAINTIFFS' GENERAL CAUSATION MEDICAL EXPERTS** |

I, Benjamin W. Hulse, representing Defendants 3M Company and Arizant Healthcare Inc., met and conferred with Genevieve Zimmerman and Ben Gordon, Jr., counsel for Plaintiffs, on September 7, 2017 via email, prior to filing Defendants' Motion to Exclude Plaintiffs' General Causation Medical Experts. The parties did not agree on the resolution of all or part of the Motion.

Dated: September 12, 2017

*s/ Benjamin W. Hulse*
Benjamin W. Hulse (MN #0390952)
BLACKWELL BURKE P.A.
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3256
Fax: (612) 343-3205
Email: bhulse@blackwellburke.com