## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To: All Actions | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE PLAINTIFFS' GENERAL CAUSATION MEDICAL EXPERTS** |

This matter is before the Court pursuant to Defendants' Motion to Exclude Plaintiffs' general causation medical experts under Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579, 591 (1993).

Based upon the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Defendants' motion is **GRANTED**.

Dated: _____, 2017    **BY THE COURT**

_____
The Honorable Joan N. Ericksen
U.S. District Court Judge
District of Minnesota