UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 2666 (JNE/FLN) |
| This Document Relates to<br>ALL ACTIONS | **DEFENDANTS MOTION TO EXCLUDE PLAINTIFFS' EXPERT DR. YADIN DAVID** |

Pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals*, 509 U.S. 579 (1993), defendants 3M Company and Arizant Healthcare (collectively "Defendants") move this Court to exclude the testimony of Plaintiffs' expert, Yadin David, Ed.D, P.E., C.C.E.  This motion is based upon the Defendants' memorandum of law in support of this motion, the arguments of counsel, and all of the files, records, and proceedings in this matter.

Dated:  September 12, 2017

Respectfully submitted,

*s/Bridget M. Ahmann*
Bridget M. Ahmann
MN Atty ID No. 016611x
M. Joseph Winebrenner
MN Atty ID No. 0387889
**Attorneys for Defendants 3M Company and Arizant Healthcare Inc.**
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
T: (612) 766-7000    F: (612) 766-1600
bridget.ahmann@faegrebd.com
joe.winebrenner@faegrebd.com

2

        Jerry W. Blackwell
        MN Atty ID No. 0186867
        Benjamin W. Hulse
        MN Atty ID No. 0390952
        Mary S. Young
        MN Atty ID No. 0392781
        **Attorneys for Defendants 3M Company and Arizant Healthcare Inc.**
        BLACKWELL BURKE P.A.
        431 South Seventh Street, Suite 2500
        Minneapolis, MN  55415
        T: (612) 343-3200    F: (612) 343-3205
        blackwell@blackwellburke.com
        bhulse@blackwellburke.com
        myoung@blackwellburke.com