## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To: All Actions | **(PROPOSED) ORDER ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT WITH RESPECT TO GENERAL CAUSATION** |

This matter is before the Court pursuant to Defendants' Motion for Summary Judgment with Respect to General Causation.

Based upon the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Defendants' motion is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: _____, 2017      **BY THE COURT**

_____
The Honorable Joan N. Ericksen
U.S. District Court Judge
District of Minnesota