K 903360   "SUBSTANTIAL EQUIVALENCE" (SE) DECISION MAKING DOCUMENTATION

REVIEWER: GLENN N. BYRD   DIVISION/BRANCH: DCD/STDDB
TRADE NAME: BAIR HUGGER Model-250 & -500   COMMON NAME: THERMAL REGULATION SYSTEM
PRODUCT TO WHICH COMPARED: K873745 (BAIR HUGGER, MODEL 200)
(510(k) NUMBER IF KNOWN)

| | YES | NO | |
|---|---|---|---|
| 1. IS PRODUCT A DEVICE? | ✓ | | - IF NO STOP |
| 2. DEVICE SUBJECT TO 510(k)? | ✓ | | - IF NO STOP |
| 3. SAME INDICATION STATEMENT? | ✓ | | - IF YES GO TO 5 |
| (4.) DO DIFFERENCES ALTER THE EFFECT OR RAISE NEW ISSUES OF SAFETY OR EFFECTIVENESS? | | | - IF YES STOP -/NE\ |
| 5. SAME TECHNOLOGICAL CHARACTERISTICS? | | ✓ | - IF YES GO TO 7 |
| (6.) COULD THE NEW CHARACTERISTICS AFFECT SAFETY OR EFFECTIVENESS? | | ✓ | - IF YES GO TO 8 |
| 7. DESCRIPTIVE CHARACTERISTICS PRECISE ENOUGH? | ✓ | | - IF NO GO TO 10 /\<br>- IF YES STOP -/SE\ |
| (8.) NEW TYPES OF SAFETY OR EFFECTIVENESS QUESTIONS? | | | - IF YES STOP -/NE\ |
| 9. ACCEPTED SCIENTIFIC METHODS EXIST? | | | - IF NO STOP -/NE\ |
| 10. PERFORMANCE DATA AVAILABLE? | | | - IF NO REQUEST DATA |
| (11.) DATA DEMONSTRATE EQUIVALENCE? | | | △ |

NOTE: IN ADDITION TO COMPLETING PAGE TWO, "YES" RESPONSES TO QUESTIONS 4, 6, 8, AND 11, AND EVERY "NO" RESPONSE REQUIRES AN EXPLANATION ON PAGE THREE AND/OR FOUR

4

3M Confidential                                                                 3MBH00047439

Page - 2

## NARRATIVE DEVICE DESCRIPTION

**INTENDED USE:** To Prevent Patient Hypothermia

**DEVICE DESCRIPTION:** Provide a statement of how the device is either similar to and/or different from other marketed devices, plus data (if necessary) to support the statement. The following should be considered when preparing the summary of the statement. Is the device life-supporting or life sustaining? Is the device implanted (short-term or long-term)? Does the device design use software? Is the device sterile? Is the device for single use? Is the device for home use or prescription use? Does the device contain drug or biological product as a component? Is this device a kit? Provide a summary about the device's design, materials, physical properties and toxicology profile if important.

**SUMMARY:** The devices submitted are identicle in design, performance, and intended use, as the predicate device. Temperature output levels to the patient are also identicle.

Packaging is the only substantial difference. The devices under review are both smaller in size and lighter in weight than the predicate device. This is due to the elimination of a storage compartment and its associated steel structural components.

5

3M Confidential

3MBH00047440

age - 3

EXPLANATIONS TO "YES" AND "NO" ANSWERS TO QUESTIONS ON PAGE 1 AS NEEDED

1. EXPLAIN WHY NOT A DEVICE: _____N/A_____

2. EXPLAIN WHY NOT SUBJECT TO 510(k): _____N/A_____

3. HOW DOES THE NEW INDICATION DIFFER FROM THE PREDICATE DEVICE'S INDICATION: _____N/A_____

4. EXPLAIN WHY THERE IS OR IS NOT A NEW EFFECT OR SAFETY OR EFFECTIVENESS ISSUE: _____N/A_____

5. DESCRIBE THE NEW TECHNOLOGICAL CHARACTERISTICS:
   MODEL 250 - No CHANGE TECHNOLOGICALLY.
   MODEL 500 - $\frac{1}{70}$ HP vs. $\frac{1}{20}$ HP MOTOR, 115V vs. 125V, 9.5 AMPS vs. 7 AMPS, 850W Heating Element vs. 600W

6. EXPLAIN HOW NEW CHARACTERISTICS COULD OR COULD NOT AFFECT SAFETY OR EFFECTIVENESS: SMALLER HP MOTOR SAVES WEIGHT, THIS RESULTED IN INCREASE OF HEATING ELEMENT WATTAGE; HOWEVER, MAXIMUM TEMP. OUTPUT TO PATIENT IS IDENTICLE TO PREDICATE DEVICE AND ALL WARNINGS TRIGGER AT SAME MAX. TEMP AS PREDICATE. FUSE FOR DEVICE IS ALSO IDENTICLE.

BEST COPY AVAILABLE  6

3M Confidential

3MBH00047441

7. EXPLAIN HOW DESCRIPTIVE CHARACTERISTICS ARE NOT PRECISE ENOUGH: _____
   N/A

8. EXPLAIN NEW TYPES OF SAFETY OR EFFECTIVENESS QUESTIONS RAISED OR WHY THE QUESTIONS ARE NOT NEW: _____
   N/A

9. EXPLAIN WHY EXISTING SCIENTIFIC METHODS CAN NOT BE USED: _____
   N/A

10. EXPLAIN WHAT PERFORMANCE DATA IS NEEDED: _____
    N/A

11. EXPLAIN HOW THE PERFORMANCE DATA DEMONSTRATES THAT THE DEVICE IS OR IS NOT SUBSTANTIALLY EQUIVALENT: _____
    N/A

ATTACH ADDITIONAL SUPPORTING INFORMATION

BEST COPY AVAILABLE

3M Confidential  3MBH00047442