# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to<br><br>*All Cases* | **MEET AND CONFER STATEMENT REGARDING DEFENDANTS' MOTION TO EXCLUDE PLAINTIFFS' EXPERT DR. YADIN DAVID** |

The undersigned counsel for Defendants 3M Company and Arizant Healthcare Inc. ("Defendants") certifies that counsel for Defendants, Benjamin W. Hulse, met and conferred with Plaintiffs' counsel, Genevieve Zimmerman and Ben Gordon, Jr., on September 7, 2017 via email, prior to filing Defendants' Motion to Exclude Plaintiffs' Expert Dr. Yadin David. The parties did not agree on the resolution of all or part of the Motion.

Dated: September 12, 2017

Respectfully submitted,

*s/Bridget M. Ahmann*
Bridget M. Ahmann
MN Atty ID No. 016611x
M. Joseph Winebrenner
MN Atty ID No. 0387889
**Attorneys for Defendants 3M Company and Arizant Healthcare Inc.**
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
T: (612) 766-7000    F: (612) 766-1600
bridget.ahmann@faegrebd.com
joe.winebrenner@faegrebd.com

1

                                        Jerry W. Blackwell
                                        MN Atty ID No. 0186867
                                        Benjamin W. Hulse
                                        MN Atty ID No. 0390952
                                        Mary S. Young
                                        MN Atty ID No. 0392781
                                        **Attorneys for Defendants 3M Company and Arizant Healthcare Inc.**
                                        BLACKWELL BURKE P.A.
                                        431 South Seventh Street, Suite 2500
                                        Minneapolis, MN  55415
                                        T: (612) 343-3200    F: (612) 343-3205
                                        blackwell@blackwellburke.com
                                        bhulse@blackwellburke.com
                                        myoung@blackwellburke.com