# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to<br><br>*All Cases* | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE PLAINTIFFS' EXPERT DR. YADIN DAVID** |

---

This matter came before the Court on Defendants 3M Company's and Arizant Healthcare Inc.'s Motion to Exclude Plaintiffs' Expert Yadin David. Having considered the briefs and other materials submitted by the parties, the arguments of counsel, and all other matters presented to the Court in connection with the Motion:

**IT IS HEREBY ORDERED** that Defendants' Motion to Exclude Plaintiffs' Expert Dr. Yadin David is GRANTED in all respects.

**SO ORDERED** this _____ day of _____, 2017

_____
The Honorable Joan N. Ericksen
United State District Judge
District of Minnesota