UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MDL No.  15-2666 (JNE/FLN)

In re Bair Hugger Forced Air Warming
Products Liability Litigation

**STATEMENT INSTEAD OF REDACTED DOCUMENTS**

This Document Relates to All Actions

    I certify that Plaintiffs have filed a Notice of Motion and Motion to Exclude Opinions and Testimony of Timothy Ulatowski, together with a Memorandum of Law, and Exhibits 1-5.

    The following Exhibits and/or deposition excerpts have been marked "Confidential" under the Protective Order, and redaction is impracticable:

1. Exhibit 2 is a copy of Timothy Ulatowski's Expert Report.

2. Exhibit 3 is 3M internal document bearing bates range 3MBH00047439-42.

3. Exhibit 4 is 3M internal document bearing bates range 3MBH01696526-27.

4. Exhibit 5 is 3M internal document bearing bates range 3MBH0090030-31.

    Plaintiffs file this Statement Instead of Redacted Documents pursuant to L.R. 5.6(d)(1)(A)(ii).

                                  Respectfully submitted,

Dated: September 12, 2017

MESHBESHER & SPENCE LTD.

/s/ Genevieve M. Zimmerman
Genevieve M. Zimmerman (MN #330292)
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
Email: gzimmerman@meshbesher.com

*Plaintiffs Co-Lead Counsel*

2