UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MDL No. 15-2666 (JNE/FLN)

In re Bair Hugger Forced Air Warming
Products Liability Litigation

**LR 7.1(f) CERTIFICATE OF COMPLIANCE**

This Document Relates to All Actions

    I, Genevieve M. Zimmerman, certify that the Memorandum titled Plaintiffs' Memorandum In Support Of Motion to Exclude the Testimony of Jonathan Borak under Federal Rule of Evidence 702, complies with Local Rule 7.1(f).

    I further certify that, in preparation of the above document, I used Microsoft Word 2013 and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

    I further certify that the above document contains 6,145 words.

Respectfully submitted,

Dated: September 12, 2017

MESHBESHER & SPENCE LTD.

/s/ Genevieve M. Zimmerman
Genevieve M. Zimmerman (MN #330292)
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
Email: gzimmerman@meshbesher.com

*Plaintiffs' Co-Lead Counsel*