# EXHIBIT F

C O N F I D E N T I A L

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
- - - - - - - - - - - - - - - - -
In Re:
Bair Hugger Forced Air Warming
Products Liability Litigation

This Document Relates To:
All Actions          MDL No. 15-2666 (JNE/FLM)
- - - - - - - - - - - - - - - - -


DEPOSITION OF ALBERT P. VAN DUREN
VOLUME I, PAGES 1 - 285
NOVEMBER 7, 2016


(The following is the deposition of ALBERT
P. VAN DUREN, taken pursuant to Notice of Taking
Deposition, via videotape, at the offices of Ciresi
Conlin L.L.P., 225 South 6th Street, Suite 4600,
Minneapolis, Minnesota, commencing at approximately
8:57 o'clock a.m., November 7, 2016.)

Page 3

```
 1           I N D E X
 2  EXHIBITS        DESCRIPTION         PAGE MARKED
 3  Ex  46  Van Duren curriculum vitae       7
 4      47  510(k) Summary of Safety &
 5          Effectiveness dated January 10,
 6          1996, 3MBH00047382-3            64
 7      48  Letter dated June 1, 2000,
 8          Westlin to Office of Device
 9          Evaluation, 3MBH00046971-2      71
10      49  E-mail string, 3MBH01031246     77
11      50  E-mail string, 3MBH00126140-2   80
12      51  E-mail, 3MBH00042651            87
13      52  Forced-air warming blowers:  An
14          evaluation of filtration adequacy
15          and airborne contamination
16          emissions in the operating room,
17          by Albrecht, et al              89
18      53  E-mail with attachment,
19          3MBH00107862-72                 91
20      54  Volcano Technical Team October
21          30, 2013 meeting minutes,
22          3MBH00147330                   111
23      55  E-mail with attachment,
24          3MBH00510508-11                112
25      56  Letter dated February 11, 1998,
```

Page 2

```
 1  APPEARANCES:
 2      On Behalf of the Plaintiffs:
 3          Jan M. Conlin and Michael A. Sacchet
            CIRESI CONLIN L.L.P.
 4          225 South 6th Street, Suite 4600
            Minneapolis, Minnesota  55402
 5
            Genevieve M. Zimmerman
 6          MESHBESHER & SPENCE, LTD.
            1616 Park Avenue
 7          Minneapolis, Minnesota  55404
 8          Gabriel Assaad
            KENNEDY HODGES
 9          4409 Montrose Boulevard, Suite 200
            Houston, Texas  77006
10
        On Behalf of Defendants:
11
            Jerry W. Blackwell and Peter J. Goss
12          BLACKWELL BURKE P.A.
            432 South Seventh Street, Suite 2500
13          Minneapolis, Minnesota  55415
14  ALSO APPEARING:
15          Ronald M. Huber, Videographer
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1          Van Duren to Crothers,
 2          3MBH00931085                   123
 3      57  E-mail string, 3MBH00025739    132
 4      58  3M Bair Hugger Model 505 Warming
 5          Blanket Service Manual         135
 6      59  E-mail string, 3MBH00003027-32 136
 7      60  E-mail string, 3MBH00003006-7  144
 8      61  E-mail string, 3MBH00981248-9  148
 9      62  E-mail string, 3MBH00527331    160
10      63  E-mail string, 3MBH00001873-5  167
11      64  Cobra team document,
12          3MBH00973242-3                 179
13      65  E-mail string, 3MBH00002508-12 184
14      66  E-mail string, 3MBH00981250-1  189
15      67  E-mail string, 3MBH01485746-7  199
16      68  E-mail string, 3MBH00024639    208
17      69  E-mail string, 3MBH00001579    217
18      70  E-mail, 3MBH01523137           224
19      71  Augustine Medical AMI Model
20          750 Warming Unit, The Cobra
21          Project, dated 9/20/2000,
22          3MBH00975056-85                235
23      72  E-mail string, 3MBH00042660-1  246
24      73  E-mail string, 3MBH00511305-6  249
25      74  E-mail with attachment,
```

Page 5

| | |
|---|---|
| | 3MBH00042623-50                253 |
| 75 | Forced-Air Warming Does Not Worsen Air Quality in Laminar Flow Operating Rooms, by Sessler, et al                253 |
| 76 | Forced-air warming systems, OR air quality, and orthopedic SSI, by Van Duren, 3MBH01185189-207                259 |
| 77 | Graph, Joint infection rate and BH unit sales by year, 3MBH00554267                274 |
| 78 | E-mail, 3MBH00002647                279 |

Page 6

          P R O C E E D I N G S
(Witness sworn.)
        ALBERT P. VAN DUREN
called as a witness, being first duly sworn, was examined and testified as follows:
        ADVERSE EXAMINATION
BY MS. CONLIN:
    Q.  Good morning, sir. Can you state your full name for the record.
    **A.  Albert Philip Van Duren.**
    Q.  And by whom are you currently employed?
    **A.  By 3M.**
    Q.  How long have you been employed by 3M?
    **A.  3M acquired the company I worked for in October of 2010, so since then.**
    Q.  Okay. And the company that you previously worked at was Arizant?
    **A.  That's correct.**
    Q.  Okay. And prior to that time it was known as Augustine Medical?
    **A.  Sometime before that, yes.**
    Q.  Okay. And were you involved, sir, in the discussions between Arizant and 3M that gave rise to the acquisition of Arizant by 3M in October of 2010?
    **A.  No.**

Page 7

    Q.  Okay. Who at Arizant was involved in that process?
    **A.  I don't know for certain. I'm -- I'm -- I'm sure that the senior management was involved in those discussions, but I -- I don't have personal knowledge of exactly who was involved, other than my boss, Gary Hansen.**
    Q.  Okay. And so you weren't involved in what is known as the due diligence or the opening up of documents for 3M to review to ascertain whether they want to make the acquisition of Arizant?
    **A.  No.**
    Q.  Okay. Do you know if Mr. Hansen was involved?
    **A.  I assume that he was. I don't know for sure, but I assume that he was.**
    Q.  Okay.
        MR. BLACKWELL: And for the record, you don't need to assume anything.
        THE WITNESS: Okay.
        MR. BLACKWELL: It's about what you know.
        (Exhibit 46 was marked for identification.)
BY MS. CONLIN:
    Q.  I have handed you, Mr. Van Duren, what's

Page 8

been marked as Deposition Exhibit No. 46, which I will represent to you was a resume that was also produced and marked at your deposition in the Walton case.
        MR. BLACKWELL: Just take a moment and you can look through it.
    **A.  Yes. Okay.**
    Q.  Okay. And this -- this Deposition Exhibit 46, your resume, takes you up through -- it says October 2014 through present. My understanding is that at least since March of 2016 your new title has been director of scientific affairs and education, Patient Warming Business. Is that an addition that is not reflected in Exhibit 46?
        MR. BLACKWELL: Object to the form of the question.
    **A.  So in -- in March of 2016 I did become director of scientific affairs for the Patient Warming Business.**
    Q.  Okay. And what are your duties and responsibilities as director of scientific affairs and education in the Patient Warming Business?
    **A.  I interact with key opinion leaders and scientific affairs -- scientific advisory board members, I consult with the business about scientific topics and clinical topics to help guide marketing**

Page 273

1   airflow in laminar airflow operating rooms.
2       Q.  And when was that work done, sir?
3           MR. BLACKWELL:  Object as asked and
4   answered.
5       A.  Last year.
6       Q.  So in 2015.
7       A.  I believe so.
8       Q.  Okay.  And this presentation was in 2014;
9   correct?
10      A.  Correct.
11      Q.  Okay.  Now you mentioned on this page the
12  Huang and Moretti studies, is that right, with your
13  conclusion "Forced air warming systems do not worsen
14  OR air quality," and you cite the Huang and Moretti
15  articles; correct?
16      A.  I did, yes.
17      Q.  Okay.  Well those -- those weren't
18  laminar -- laminar flow studies; right, sir?
19      A.  I --
20          Moretti was not.  I'm not certain about
21  Huang.
22      Q.  It was a bacterial-count study; wasn't it,
23  sir?
24      A.  It was, but I don't know if it was conducted
25  in a laminar airflow setting.

Page 274

1       Q.  Well did you know, at the time you wrote
2   this in your conclusions, to be presented to a group
3   that's trying to make a decision whether to use Bair
4   Hugger in -- in orthopedic surgeries?
5       A.  I -- I may have.
6       Q.  It was a -- it was --
7           If I represented to you it wasn't a laminar
8   flow situation, would you agree that this statement on
9   here is -- is not a fair one?
10          MR. BLACKWELL:  I object for lack of
11  foundation and -- and object to form of the question.
12      A.  Well I --
13          The statement is that "Forced air warming
14  systems do not worsen OR air quality."  It doesn't say
15  anything about laminar airflow.
16      Q.  Okay.  So you would stand by that statement.
17      A.  Yes.
18          MS. CONLIN:  Okay.  Why don't we take a
19  break here.
20          THE REPORTER:  Off the record, please.
21          (Recess taken.)
22          (Exhibit 77 was marked for
23          identification.)
24  BY MS. CONLIN:
25      Q.  I've handed you, Mr. Van Duren, what's been

Page 275

1   marked as Exhibit 77, which is a one-page chart.
2           You prepared this; correct?
3       A.  I believe I did.
4       Q.  What was the purpose of it?
5       A.  My boss asked me to look -- compare the rate
6   of Bair Hugger segment penetration with the rate of
7   joint infections --
8       Q.  Okay.
9       A.  -- in the U.S.
10      Q.  And what data did you use to prepare this?
11      A.  Sales data for the Bair Hugger units, and
12  the National Inpatient Survey sample for most of
13  the -- well I think for all of the infection-rate
14  data.
15      Q.  Okay.  And do you remember what specific
16  codes you used to compile this data?
17      A.  Well they are listed here, so they're ICD-9
18  codes 996.66, and trying to remember -- so there --
19          So the infection -- the infection rate was
20  996.66, and those were divided by the procedure codes
21  for hips and knees and maybe revision surgeries.
22      Q.  Do you know whether it included revision
23  surgeries?
24      A.  I just did when I was doing this.  I don't
25  know why.  It made sense to put that in the

Page 276

1   denominator.
2       Q.  Okay.  I'm just asking if you know for sure
3   that you included revisions in this graph.
4       A.  I'd have to actually look up these
5   individual ICD-9 codes --
6       Q.  Well --
7       A.  -- and procedure codes.
8       Q.  -- 81.53 is the code for hip revisions.  Do
9   you see that on there anywhere?
10      A.  I don't.
11      Q.  Okay.  And if we look at this graph, then,
12  you've got two --
13          Just if we look at 2012, you've got an
14  infection rate on the 996.66 -- or on the first red
15  line you've got an infection rate of a little over
16  four percent, and then you've got another line a
17  little under five percent; is that right?
18      A.  Yes.
19      Q.  Okay.  So that was --
20          Your conclusion is the rates of joint
21  infections as of 2012?
22      A.  This is a rate, so the --
23          There are two different rates here.  And
24  again, I'd have to look up the procedure codes.  I'm
25  not really sure what the denominators represent.

69 (Pages 273 to 276)