UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MDL No.  15-2666 (JNE/FLN)

In re Bair Hugger Forced Air Warming
Products Liability Litigation

**STATEMENT INSTEAD OF REDACTED DOCUMENTS**

This Document Relates to All Actions

Plaintiffs have filed a Notice of Motion and Motion to Exclude the Testimony of Jonathan Borak, M.D. under Federal Rule of Evidence 702, together with a Memorandum of Law and Exhibits A-Z.

The following Exhibits have been marked "Confidential" under the Protective Order, and redaction is impracticable.

1. Exhibit E: A true and correct copy of Van Duren Exhibit 77, which was marked at the November 7, 2016 deposition of Albert Van Duren.

2. Exhibit F: A true and correct copy of the deposition of Albert Van Duren, which occurred in Minneapolis, Minnesota on November 7, 2016.

Dated: September 12, 2017

MESHBESHER & SPENCE LTD.

/s/ Genevieve M. Zimmerman
Genevieve M. Zimmerman (MN #330292)
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
Email: gzimmerman@meshbesher.com

*Plaintiffs' Co-Lead Counsel*

1