# EXHIBIT B

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

- - - - - - - - - - - - - - - - - -

In Re:
Bair Hugger Forced Air Warming
Products Liability Litigation

This Document Relates To:
All Actions          MDL No. 15-2666 (JNE/FLM)

- - - - - - - - - - - - - - - - - -

DEPOSITION OF JONATHAN BORAK
VOLUME I, PAGES 1 - 251
JULY 20, 2017

(The following is the deposition of JONATHAN
BORAK, taken pursuant to Notice of Taking Deposition,
via videotape, at the Marriott Hartford Downtown, 200
Columbus Boulevard, Hartford, Connecticut, commencing
at approximately 8:09 o'clock a.m., July 20, 2017.)

## Page 2

```
 1    APPEARANCES:
 2    On Behalf of the Plaintiffs:
 3       Jan M. Conlin
         CIRESI CONLIN L.L.P.
 4       225 South 6th Street, Suite 4600
         Minneapolis, Minnesota 55402
 5
         On Behalf of Defendants:
 6
         Corey L. Gordon
 7       BLACKWELL BURKE P.A.
         431 South Seventh Street, Suite 2500
 8       Minneapolis, Minnesota 55415
 9    ALSO APPEARING:
10       Ronald M. Huber, Videotechnician
```

## Page 3

```
 1              I N D E X
 2  EXHIBITS      DESCRIPTION      PAGE MARKED
 3  Ex  1  Expert report of Jonathan
 4         Borak               7
 5      2  Borak curriculum vitae      8
 6      3  Jonathan Borak & Company website
 7         download           39
 8      4  Article, Mortality Disparities in
 9         Appalachia, by Borak, et al    46
10      5  E-mail sent September 06, 2002    54
11      6  Exhibit B to Borak's expert
12         report             61
13      7  Kurz deposition excerpt, January
14         12, 2017           76
15      8  E-mail, 3M00580475        90
16      9  510(k) Summary of Safety &
17         Effectiveness, January 10,
18         1996, 3MBH00047382-3      94
19     10  E-mail string, 3MBH00024633-4    113
20     11  E-mail string, 3MBH00544754-5    119
21     12  E-mail string, 3MBH00132501-2    124
22     13  E-mail string, 3MBH00130429-32   126
23     14  E-mail string, 3MBH01330587-92   128
24     15  Article, Return to theatre
25         following total hip and knee
```

## Page 4

```
 1         replacement, before and after
 2         the introduction of rivaroxaban,
 3         by Jensen, et al         145
 4     16  Article in Health Devices,
 5         Force-Air Warming and
 6         Surgical Site Infections     154
 7     17  Article, Wound Complications
 8         Following Rivaroxaban Administra-
 9         tion, by Jameson, et al      154
10     18  Reed deposition transcript,
11         December 4, 2016         161
12     19  Article, Chlorhexidine-Alcohol
13         versus Povidone-Iodine for
14         Surgical-Site Antisepsis, by
15         Darouiche, et al         170
16     20  Article, Preventing Surgical-
17         Site Infections in Nasal
18         Carriers of Staphylococcus
19         aureus, by Bode, et al       175
20     21  Article, Effects of preoperative
21         warming on the incidence of
22         wound infection after clean
23         surgery: A randomised controlled
24         trial, by Melling, et al     190
25     22  Article, Prophylactic antibiotics
```

1 (Pages 1 to 4)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 5

1  in elective hip and knee
2  arthroplasty, by Hickson, et al    193
3  23  Article, Implementing effective
4  SSI surveillance, by Gillson,
5  et al    195
6  24  Article, Surveillance of surgical
7  site infections in NHS hospitals
8  in England, 2015/16    198
9  25  Article, Staphylococcus aureus
10  Screening and Decolonization in
11  Orthopaedic Surgery and Reduction
12  of Surgical Site Infections, by
13  Chen, et al    203
14  26  Centers for Disease Control and
15  Prevention Guidelines for the
16  Prevention of Surgical Site
17  Infection, 2017    204
18  27  McGovern deposition excerpt,
19  January 4, 2017    215
20  28  McGovern deposition excerpt,
21  January 5, 2017    230
22  29  Nachtsheim deposition excerpt,
23  November 29, 2016    236
24  30  Article, The Environment and
25  Disease:  Association or

Page 6

1  Causation? by Hill    239
2
3
4  WITNESS    EXAMINATION BY    PAGE
5  Jonathan Borak    Ms. Conlin    7
6  Mr. Gordon    240
7  Ms. Conlin    245
8  Mr. Gordon    246
9  Ms. Conlin    247
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 7

1  P R O C E E D I N G S
2  (Witness sworn.)
3  JONATHAN BORAK
4  called as a witness, being first duly sworn,
5  was examined and testified as follows:
6  ADVERSE EXAMINATION
7  BY MS. CONLIN:
8  Q.  Good morning, Professor Borak.  Is it --
9  Do you go by Dr. Borak or Professor Borak?
10  A.  I -- I guess I'm more comfortable with
11  doctor.
12  Q.  Okay.
13  A.  I've been a doctor for longer.
14  Q.  Can you spell your last name for the record,
15  please -- or actually your full name.
16  A.  Jonathan, J-o-n-a-t-h-a-n, Benjamin,
17  B-e-n-j-a-m-i-n, Borak, B-o-r-a-k.
18  MS. CONLIN:  We can mark that.  Do you want
19  a copy?
20  MR. GORDON:  Are you using new numbering
21  for --
22  MS. CONLIN:  Yeah.  We'll go with Borak
23  Exhibit 1.
24  (Exhibit 1 was marked for
25  identification.)

Page 8

1  BY MS. CONLIN:
2  Q.  I've handed you a copy of -- or what's been
3  marked as Borak Deposition Exhibit No. 1.  Is that
4  your expert report in this case?
5  A.  That is correct.
6  Q.  And --
7  (Exhibit 2 was marked for
8  identification.)
9  BY MS. CONLIN:
10  Q.  I've handed you, Dr. Borak, what's been
11  marked as Borak Deposition Exhibit No. 2.  Is this a
12  copy of your CV?
13  A.  I'm sorry, what was your question?
14  Q.  Is this a copy of your CV?
15  A.  Yeah.  There's several more recent
16  publications.
17  Q.  Okay.  Do you want to, if you know, name
18  those, please.
19  A.  The names are long.  They both have to do
20  with elemental mercury exposure.  They have just been
21  published in the last week in Critical Reviews in
22  Toxicology.
23  Q.  Okay.  Other than those additions, to the
24  best of your knowledge is Exhibit 2 correct and
25  accurate?

2 (Pages 5 to 8)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 9

1    A.  I -- I think so, yes.
2    Q.  Okay.  I'd like to direct your attention
3  back to your expert report in this case dated June
4  2nd, 2017 that has been marked as Exhibit 1.  I'd like
5  to direct your attention, Dr. Borak, to page 23 of
6  that.
7        Do you have it in front of you, sir?
8    A.  I do.
9    Q.  Okay.  I'd like to direct your attention to
10  paragraph 74c --
11    A.  Yes.
12    Q.  -- where you opine, "The McGovern report
13  relied on truncated and incorrectly tabulated data.
14  When those irregularities are corrected, the study
15  data do not provide evidence that BH" -- Bair
16  Hugger -- "is associated with a significant increase
17  in SSI."
18        That's your opinion; correct?
19    A.  You read that correctly, yes.
20    Q.  And is that your opinion?
21    A.  That's my opinion.
22    Q.  Okay.  And is that your opinion today?
23    A.  That is my opinion today.
24    Q.  Okay.  Have you reviewed anything since the
25  filing of your report on June 2nd of this year?

Page 10

1    A.  Yes.
2    Q.  What have you reviewed?
3    A.  I have reviewed a recent publication by Dr.
4  Augustine.
5    Q.  Okay.
6    A.  I have reviewed a number of exhibits from
7  what I assume to have been depositions or legal
8  proceedings related to both Augustine and Ridgeview
9  Medical Center.
10    Q.  Okay.  Anything else?
11    A.  The answer is yes, but you're going to ask
12  me to be specific.  I have looked at a number of
13  publications related to retractions of peer-reviewed
14  literature, I have -- I looked at much but not all of
15  a rough draft of Dr. Holford's deposition, and I have
16  certainly looked back in my files.  Whether in the
17  course of that I may have looked at additional
18  articles, it is possible, but they don't come to mind.
19  I'm not trying to withhold anything.
20    Q.  And what was the purpose for you looking at
21  materials related to retraction of peer-reviewed
22  articles?
23    A.  A question arose in my mind based on a
24  statement made at least once and possibly multiple
25  times by Dr. Samet, who defended reliance upon

Page 11

1  probably the McGovern study because it was a peer-
2  reviewed paper, and there was then a discussion of
3  some notable paper or papers that had been retracted,
4  and I just wondered in my own head how often that
5  occurred.  I have been in situations as a member of
6  editorial boards where it's been necessary to retract
7  papers, and I was interested to see whether this was a
8  very common phenomenon.
9    Q.  Okay.  Did you undertake that on your own or
10  were you requested to do that by lawyers for 3M?
11    A.  I -- I -- I initiated that on my own.
12    Q.  Okay.  And you indicated you read some
13  deposition testimony related to Ridgeview.  Was that
14  by Dr. Augustine?
15    A.  I -- I did not review deposition testimony
16  that I'm aware of that was related to Ridgeview
17  Medical Center, at least I don't remember it as such,
18  but I looked at a number of documents which were
19  either marked as exhibits or had Bates numbers on
20  them.
21    Q.  Who provided those to you?
22    A.  Mr. Gordon.
23        MS. CONLIN:  Okay.  And we'll request an
24  updated list of documents reviewed since he offered
25  his opinions in this case.

Page 12

1        MR. GORDON:  Sure.
2    Q.  Directing your attention back to paragraph
3  74c and your opinion that use of Bair Hugger is not
4  associated with an increased risk in SSIs, how do you
5  define "associated?"
6    A.  I think that the operative word there is
7  "significant," and I was referring to a statistically
8  significant association.
9    Q.  My question was a little different.  How do
10  you define "associated" as that word is used in
11  paragraph 74c?
12    A.  I don't think that you can take the word out
13  of the context.  "Associated with a significant
14  increase" is the statement that I made.
15    Q.  Well you understand that "association" or
16  "associated" is an epidemiological term; correct?
17    A.  It is often used in epidemiology, correct.
18    Q.  Okay.  Did you use it in an epidemiologic
19  way in connection with your use of the term
20  "associated" in paragraph 74c?
21    A.  Only to the extent that association implies
22  that there is a relationship -- an apparent
23  relationship, and the question here was whether there
24  was a signif -- a relationship indicating a
25  significant increase.

3 (Pages 9 to 12)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 13

1    Q.  Okay.  Would you agree with me that
2  "association," as used by epidemiologists, states that
3  events are said to be associated when they occur more
4  or less frequently together than one would expect by
5  chance?
6    **A.  That's probably a -- a reasonable**
7  **definition.**
8    Q.  Okay.  So is it your opinion that use of the
9  Bair Hugger is associated with increased infection?
10    MR. GORDON:  Object to the form of the
11  question.
12    **A.  Not necessarily.**
13    Q.  Okay.  So use of the Bair Hugger and an
14  infection would be by chance as opposed to something
15  else.
16    **A.  What do you mean "by chance as opposed to**
17  **something else?"**
18    Q.  Well, do you believe that the Bair Hugger is
19  associated with any increased risk of infection?
20    **A.  I am aware of at least one paper, the**
21  **McGovern paper, and a subsequent paper which we may**
22  **discuss by Augustine, which have alleged that there is**
23  **such an association.  I'm not aware of any other data**
24  **to support that, and I have significant questions**
25  **about the validity of both of those papers.**

Page 14

1    Q.  So it's your opinion that the use of the
2  Bair Hugger is not associated with an increased risk
3  of infection.
4    **A.  I believe it has not been associated outside**
5  **of those two papers, which I have concerns about.**
6    Q.  Okay.  My question was a little different.
7  So you --
8    Your opinion is that the use of the Bair
9  Hugger is not associated with an increased risk of
10  infection.
11    **A.  I believe there is insufficient evidence to**
12  **make that statement.  I believe that it has been**
13  **associated in two problematic studies.  I don't know**
14  **that there is sufficient evidence otherwise.**
15    Q.  Right.  So you'd agree that it's your
16  opinion that the Bair Hugger is not associated with an
17  increased risk of infection based on your review of
18  the record.
19    **A.  I -- and I am sorry to seem belligerent.**
20  **I -- my statement is I don't believe it has been**
21  **associated in a meaningful way, and I say that because**
22  **there are these two papers, which I would challenge.**
23    Q.  Okay.  So setting --
24    Because you don't believe those papers are
25  accurate, you have seen no evidence to find that the

Page 15

1  use of the Bair Hugger is associated with an increased
2  risk of infection.
3    **A.  Yes.  Excluding those papers, I have seen no**
4  **such evidence.**
5    Q.  Okay.  And when epidemiologists talk about
6  events that are said to be associated when they occur
7  more or less frequently together than one would expect
8  by chance, I would take it that your opinion is that
9  the use of a Bair Hugger would have the chance of
10  causing an infection along the same lines as a -- a
11  Rubber Ducky sitting in the OR; is that right?
12    MR. GORDON:  Object to the form of the
13  question.
14    **A.  I think there were two elements.  One of**
15  **them is that there is a chance -- stochastic chance of**
16  **something else.  The other one is there are other**
17  **moving parts in the scenario.  And if you want to say**
18  **that everything else is held constant, then yes, only**
19  **chance.**
20    Q.  Okay.  So holding everything else constant,
21  having a Bair Hugger in use in the OR would increase
22  your chance of infection to the same extent that a
23  Rubber Ducky sitting in the OR on a table would.
24    **A.  I -- I don't know what risk there is to a**
25  **Rubber Ducky, so I can't answer your question.**

Page 16

1    Q.  Well, do you think that a Rubber Ducky would
2  be associated with an increased risk of infection?
3    **A.  I -- I doubt it, but I don't know.**
4    Q.  Okay.  So assuming that there isn't anything
5  unusual about the Rubber Ducky, the use of the Bair
6  Hugger -- presence of the Bair Hugger in use in the
7  operation -- or in an operating room would be akin to
8  having a Rubber Ducky sitting on the table --
9    **A.  I --**
10    Q.  -- as it relates to an increased risk of
11  infection.
12    **A.  I -- I --**
13    Once again, if you would rephrase your
14  **question in a different way.  You keep talking about**
15  **this Rubber Ducky, and it's something I don't know**
16  **anything about.**
17    Q.  Well you've seen the little ducks that float
18  around in a bathtub.
19    **A.  Oh, I understand conceptually what you're**
20  **speaking about, but in context I have no knowledge at**
21  **all.  I can't answer the question as you pose it.**
22    Q.  Why not?
23    **A.  Because I don't know what the risks are of a**
24  **Rubber Ducky, and there may be issues that I haven't**
25  **appreciated.**

4  (Pages 13 to 16)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 17

1    You might ask Dr. Wenzel, who is an expert
2 in nosocomial infections.  He may have experience with
3 Rubber Duckies.
4    Q.  Okay.  Well in any event, your view is use
5 of the Bair Hugger during a surgical procedure, such
6 as an orthopedic implant, does not increase the risk
7 of infection to a patient; correct?
8    A.  No.  My opinion is that I have not seen any
9 evidence that it does, outside of two studies which I
10 consider to be problematical.
11    Q.  Okay.  And because you're saying those
12 studies are problematic, it's your opinion that use of
13 the Bair Hugger does not increase the risk of
14 infection for a patient undergoing arthroplastic
15 surgery.
16    A.  I am not aware of any evidence that it does
17 so.
18    Q.  Okay.  Do you consider yourself an
19 epidemiologist?
20    A.  I'm a professor of epidemiology.  I do a lot
21 of work at the interface step of epidemiology and
22 toxicology and other such related things, yes.
23    Q.  Okay.  So you do hold yourself out as an
24 epidemiologist.
25    A.  I am a professor of epidemiology.

Page 18

1    Q.  Okay.  You have a degree in -- well let's
2 back up.
3       Are you making a distinction between saying
4 you are a professor of epidemiology and an
5 epidemiologist?
6    A.  I am not a board certified epidemiologist.
7    Q.  Okay.  And you don't have a degree in
8 epidemiology; correct?
9    A.  I do not have a specific degree in
10 epidemiology.
11    Q.  Your degree is in internal medicine?
12    A.  In medicine.
13    Q.  Okay.  Do you have any clinical experience
14 in epidemiology?
15    A.  I have done epidemiology in the context of
16 occupational medical practice for years.
17    Q.  Okay.  And you would consider that clinical
18 experience in epidemiology?
19    A.  I certainly think so.
20    Q.  Would you agree --
21       Well how would you define the field of
22 epidemiology?
23    A.  I think epidemiology is the study of disease
24 in populations.
25    Q.  Okay.  And how would one go about

Page 19

1 ascertaining whether an event or something causes a
2 risk to the general population?
3    A.  I'd certainly do research.
4    Q.  Okay.  And as part of that study, I take it
5 you would attempt, as an epidemiologist, to look at
6 all the evidence associated with a particular risk of
7 an event to the general population.
8    A.  In principle, that sounds right.
9       (Discussion off the stenographic record.)
10    Q.  I think you mentioned this, but you're not
11 an expert in infectious disease; correct?
12    A.  No, I'm not.  Infectious disease is part of
13 internal medicine, but I am not boarded in -- in
14 infectious disease.
15    Q.  Do you have any experience in
16 anesthesiology?
17    A.  No, not particularly.
18    Q.  How about normothermia or hypothermia?
19    A.  I have treated both, but I don't consider
20 myself an expert in either.
21    Q.  Okay.  Do you consider yourself having any
22 expertise in orthopedic surgery?
23    A.  I have not done surgery as a professional
24 activity after training.
25    Q.  And do you consider yourself a statistician?

Page 20

1    A.  I've taken lots of statistics courses, but I
2 am not a statistician.
3    Q.  Okay.  Were you the one who suggested
4 Professor Holford get involved in the case?
5    A.  I think I may have been the one who gave
6 Corey his name one day when Corey -- that is, Mr.
7 Gordon -- asked me for the names of some expert
8 statisticians.
9    Q.  Okay.  And was that because you didn't feel
10 comfortable doing statistics work in the case?
11    A.  I gave the name to Mr. Gordon because he
12 asked me for the name of a world-class statistician.
13    Q.  Okay.  Did --
14       Well you've read Professor Holford's report;
15 correct?
16    A.  I have read his report.
17    Q.  And do you feel that you, in the absence of
18 him, would have been comfortable writing the numbers
19 and doing the statistics that Professor Holford did?
20    A.  I probably would not have felt as
21 comfortable as he.
22    Q.  Okay.  So it's on those issues you're
23 deferring to Professor Holford.
24    A.  I am relying upon Professor Holford.
25    Q.  Okay.  Did you ever have any discussions

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 21

1  with Professor Holford during the drafting of your
2  report?
3      **A. No.**
4      Q. Okay. And when did you first see Professor
5  Holford's expert report?
6      **A. I'm sorry, I don't remember, but it was**
7  **between --**
8      **It was probably in May, but I don't remember**
9  **the date.**
10      Q. Okay. And was that in draft form or final
11  form?
12      **A. It may have been in draft form. I'm not**
13  **exactly clear.**
14      Q. Okay. Did you make any comments in terms of
15  edits or suggestions in connection with the report?
16      **A. No.**
17      Q. Okay.
18      **A. Sorry. Wait, wait. I -- I -- I corrected a**
19  **spelling error.**
20      Q. Okay. But other than that, you took the
21  report and that was, as we'll go through, incorporated
22  in part into some of the things that you have
23  testified to.
24      **A. I am not aware that I suggested to Professor**
25  **Holford that he change anything.**

Page 22

1      Q. Okay. Setting that aside, my question is:
2  You looked at that for the purposes of incorporating
3  portions or reliance on portions of Professor
4  Holford's report in your report that's been marked
5  as --
6      **A. Yes, that's correct.**
7      Q. -- Borak --
8      **A. That's correct.**
9      Q. -- Deposition Exhibit No. 1.
10      Okay. Now you and Professor Holford were at
11  a May 8th meeting in Washington?
12      **A. We were at a meeting. I'm not sure it was**
13  **May 8th. But yes, --**
14      Q. Okay.
15      **A. -- that meeting in Washington.**
16      Q. And who else was present?
17      **A. Mr. Gordon and Dr. Wenzel.**
18      Q. Okay.
19      **A. I don't think there was anybody else.**
20      Q. Okay. And had you met Dr. Wenzel before?
21      **A. No.**
22      Q. Okay. Did you know of him or of his work?
23      **A. I know his name.**
24      Q. From what?
25      **A. The medical literature.**

Page 23

1      Q. Okay. So you knew of his name before you
2  met him on May 8th.
3      **A. Yes.**
4      Q. Okay.
5      MR. GORDON: Jan, sorry, I'm a little slow
6  on the draw. He -- he didn't know her, but I had an
7  associate with me named Micah Hines.
8      THE WITNESS: I apologize.
9      MS. CONLIN: No offense taken on this side.
10      THE WITNESS: Thank you.
11      Q. So if we can take a look at your report, and
12  I'd like to direct your attention to page two of Borak
13  Exhibit No. 1, paragraph nine --
14      **A. Yes.**
15      Q. Okay. In addition to the reference list,
16  which is contained on pages 24 through 27 of Exhibit
17  1, your June 2nd report, is this all of the material
18  that you reviewed? In other words, if I take
19  paragraph nine and take your reference list, which
20  is contained on pages 24 through 27, is that the sum
21  total of the materials that you reviewed in connection
22  with your opinions in this case?
23      **A. No.**
24      Q. Okay. What else did you review?
25      **A. I reviewed a great amount of literature. I**

Page 24

1  **relied upon the references that you see enumerated.**
2      Q. Did you review any other depositions,
3  exhibits, or documents that were produced in this case
4  other than what you've listed in paragraph nine?
5      **A. On -- only as I mentioned earlier this**
6  **morning.**
7      Q. Okay. And as I recall your testimony from
8  earlier this morning, it wasn't deposition testimony
9  or documents that were produced in the case; correct?
10      **A. I don't know what you mean exactly by**
11  **"produced in the case," but I looked at a rough draft**
12  **of much of Dr. Holford's deposition.**
13      Q. Yeah. But other than that, with respect to
14  materials and depositions, exhibits and things that
15  have been produced in this case, the sum total of what
16  you reviewed is set forth in paragraph nine of your
17  report; correct?
18      **A. I think that's correct, yes.**
19      Q. Okay.
20      **A. I'm not aware of anything else which might**
21  **have been eligible for listing that I have not listed.**
22      Q. Okay.
23      MR. GORDON: And -- and Jan, just so you're
24  clear, I don't -- the distinction may be unclear to
25  Dr. Borak, but the Ridgeview documents he reviewed

6 (Pages 21 to 24)

Page 25

1  were documents produced by Ridgeview --
2      MS. CONLIN: Okay.
3      MR. GORDON:  -- pursuant to subpoena, not
4  pursuant to a deposition.
5      MS. CONLIN:  Understood.
6      Q.  Let me ask it a different way.  Prior to the
7  time you rendered your opinions in this case on June
8  2nd, 2017, does paragraph nine in your report set
9  forth everything that you reviewed by way of
10  depositions, transcripts, exhibits and documents
11  produced in the case?
12     A.  Yes, I think that is correct.
13     Q.  Now how did you go about deciding what you
14  were going to review as reflected in paragraph nine?
15     A.  I think most of these were sent to me by Mr.
16  Gordon's office.
17     Q.  Okay.  So the documents and transcripts
18  reflected in paragraph nine of your report were
19  selected for you and sent to you by Mr. Gordon;
20  correct?
21     A.  They were sent to me by Mr. Gordon.
22     Q.  Okay.  Did you ask him for them, or did they
23  just arrive?
24     A.  It was probably some conversation by phone
25  related to the fact that there were documents and they

Page 26

1  would be sent.  I think the one that I requested or
2  that came as a consequence of a request was the
3  deposition of Dr. Nachtscheim --
4      Q.  Yeah, Nachtscheim.  Yeah.
5      A.  N-a-c-h-t-s-h-t-e-i-m.
6      -- and that that was a response to a statement
7  that was in Dr. Samet's report.  I believe, if I
8  recall, Dr. Samet referred to an extended series of
9  cases or something of that sort -- I could look it up,
10  but I think you understand what I'm speaking to -- and
11  I said, "What is that?"  And I was sent this add --
12  added material because I didn't understand that
13  statement from this Samet report.
14     Q.  Okay.  When were you retained in this case?
15     A.  Probably in late April, but I don't remember
16  specifically.
17     Q.  So the first time you were retained in this
18  case was in late April after Dr. Samet had issued his
19  report.
20     A.  I -- I'm not sure of the chronology
21  specifically.
22     Mr. Gordon was somebody I have known for
23  some years.  We had spoken of this.  And I was not
24  retained or participating, and he was speaking to me
25  as a colleague friend, and one day he said, "I would

Page 27

1  like to get you involved in this," and that day we
2  went from being friends to being client and
3  consultant.
4      Q.  And that was sometime in late April?
5      A.  I think so.
6      Q.  How did you go about compiling the -- you
7  said --
8      In paragraph 10 you said, "I also reviewed a
9  large number of scientific reports related to surgical
10  warming devices, operating room procedures, surgical
11  complications and infections, and other related
12  medical and scientific issues." How did you go about
13  gathering that information?
14     A.  I'm trying to reconstruct the history as
15  clearly as I can.  I -- I assume -- I'm not certain
16  but I assume that initially, after discussions with
17  Mr. Gordon, I was provided a packet of materials and
18  told that this was background materials, and that
19  probably would have included the studies from
20  Northumbria and that sort of thing.  And I have in my
21  office a full-time librarian who does routinely
22  extensive literature searches for me using the Yale
23  library and the National Library of Medicine, and we
24  pick keywords and we search on things, and so sometime
25  after I had read those first papers I would have

Page 28

1  identified a series of search strings.  I might very
2  well have searched on the word -- or phrase "Bair
3  Hugger."  I would have looked at literature on
4  orthopedic infections.  In addition, from time to time
5  Mr. Gordon would send me articles, some of which might
6  have been more obscure than not.  Some of them were
7  from some fairly-out-of-the-way English journals, and
8  for some of these I actually had to register with the
9  journals to be able to access their articles, and I
10  did so.
11     Q.  Do you have a record of what searches you
12  performed or do you have the documents that you
13  pulled, the articles, --
14     A.  The answer --
15     Q.  -- in your office?
16     A.  The answer to the first one is probably not,
17  but the answer to the second one is yes.
18     MS. CONLIN:  Okay.  We're going to ask for a
19  full list of all the publications that he pulled and
20  reviewed in connection with his opinions in this case.
21     Q.  Would you agree with me -- I think you did,
22  so I apologize for asking again -- but as a --
23     When you're investigating an issue with your
24  epidemiologist's hat on, it's important to have all
25  the information in order to make your decision or

7 (Pages 25 to 28)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 29

1  opinion; correct?
2      MR. GORDON:  Object to the form of the
3  question.
4      A.  I -- I would say that generalizes to many
5  fields, yes.
6      Q.  Okay.  And did you ever ask the lawyers for
7  3M for any of the other deposition transcripts or
8  documents that have been produced in this case?
9      A.  I -- I -- I'm not aware that I asked for
10  them.
11     Q.  Okay.  Did you ask for any information
12  relating to the Bair Hugger, how it's constructed or
13  how it operates?
14     A.  I believe I did, and I believe I received
15  some information, and I believe I made the point that
16  I was not a mechanical engineer and that I was not a
17  ventilation expert, that I was not a filtration
18  expert, and that I was not going to render an opinion
19  that relied upon such possible expertise.
20     Q.  What materials did you receive related to
21  the Bair Hugger that aren't listed in exhibit nine?
22     A.  I -- I can't recall what I've read.  I mean
23  I've read certainly in depositions and in some of the
24  exhibits to some of the depositions, but I don't
25  specifically recall because it was not a field that I

Page 30

1  was looking at specifically.
2      Q.  Well don't you think it's important, if
3  you're trying to ascertain whether use of the Bair
4  Hugger increases a risk of an infection, that you
5  understand how it operates?
6      MR. GORDON:  Object to the form of the
7  question.
8      A.  I thought that the relevant question was
9  whether the Bair Hugger was associated with infection,
10  and so I really focused on the issue of whether there
11  were infections.
12     Q.  But in connection with looking at whether
13  it's associated with infections, you didn't think it
14  was important to understand how the device operates?
15     A.  I thought I understood enough in principle
16  in how it operated, but I was not going to be opining
17  upon whether, for example, the motor was too large or
18  too small, or whether the filters were too large or
19  too small, or -- and -- and so forth, that I was not
20  going to be rendering that kind of an opinion and that
21  that was not my area of expertise.
22     Q.  Well if -- if you don't know how the machine
23  operates, take into account, for example, the filter
24  or the -- the efficiency of the filter, how is it that
25  you can opine that there is absolutely no association

Page 31

1  between the Bair Hugger and a risk of infection?
2      MR. GORDON:  Object to the form of the
3  question, also misstates his testimony.
4      A.  Yeah.  I haven't said that there was
5  absolutely no association.  I said I've seen no
6  evidence of any association; that was, other than two
7  troubled studies.
8      Q.  Okay.  So that's why you've opined there is
9  no association between the Bair Hugger and a risk of
10  infection.
11     A.  I have opined that I have seen no evidence
12  that there is an association, except for two troubled
13  studies.
14     Q.  Right.  And my point is is without
15  understanding how the machine operates, is --
16     Is it just these two studies and that's what
17  you did, and you found those studies to have issues so
18  your conclusion is based on that?
19     A.  I -- I have looked at the literature and
20  found no evidence of infections associated with use of
21  the Bair Hugger, which I understand to be a very-
22  large-volume-used instrument, and the only evidence
23  which I have seen to suggest that it causes infection
24  are the two papers that have been linked to Dr.
25  Augustine.

Page 32

1      Q.  What do you mean "linked to Dr. Augustine?"
2      Setting aside the new Augustine publication,
3  which is self-evident, explain what you mean.
4      You're -- you're referencing Augustine and
5  McGovern; correct?
6      A.  Correct.
7      Q.  Okay.
8      A.  Well my understanding is that the McGovern
9  paper was largely if not entirely funded by Dr.
10  Augustine, and that the analyses were performed by a
11  member of his staff.
12     Q.  Do you think that funding of a study by a
13  particular party undercuts its scientific validity?
14     A.  It does not necessarily undercut its
15  scientific validity.
16     Q.  Okay.  So why were you referencing that the
17  McGovern study in your mind was funded by Augustine?
18     A.  I -- I said they were associated with Dr.
19  Augustine and you asked me to clarify what I meant by
20  "associated," and I tried to explain that.
21     Q.  Why did you think that was important, to
22  suggest that these two studies had some involvement by
23  Augustine?
24     A.  I --
25     Q.  And by the way, I'm not accepting your

8 (Pages 29 to 32)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 33

1  premise, but why -- why did you think that was
2  important?
3      A.  I -- I simply used that to describe.  But I
4  can take back the description.  The description is
5  unimportant.  The point I was making is that to the
6  best of my knowledge, having looked at a lot of the
7  literature, the only two studies that have proposed an
8  association between the use of the Bair Hugger and
9  infection are the McGovern and the Augustine papers.
10     Q.  Okay.  You would agree with me that funding
11 of a particular study does not suggest on its face
12 that there's a problem with it; correct?
13     A.  It always raises suggestions.  I deal with
14 that every time that I have worked for a funding
15 source that might have been regarded as a source of
16 conflict of interest.  It's one of the things I'm
17 constantly aware of in my own work, and I'm aware of
18 it in others', and I'm aware of it when I sit on an
19 editorial board and peer review other people's
20 submissions.
21     Q.  And your position is that as a scientist,
22 you're -- you're for hire but your opinions are not
23 for hire; correct?
24     A.  There's something vulgar about the way you
25 say it, but the fact of the matter is that my opinions

Page 34

1  are not for sale, only my time.
2      Q.  Okay.  And you would expect that to be the
3  case for any legitimate doctor or scientist that's
4  investigating an issue; correct?
5      A.  One would hope.
6      Q.  Okay.
7          (Discussion off the stenographic record.)
8  BY MS. CONLIN:
9      Q.  I have handed you, sir, what's been marked
10 previously as Holford Deposition Exhibit 13, which is
11 the McGovern paper that we've been discussing;
12 correct?
13     A.  Correct.
14     Q.  Do you know any of the authors on this
15 paper?
16     A.  I have read a lot of their work, but I never
17 met any.
18     Q.  Okay.  Did you --
19         Do you know who Dr. Belani is, for example?
20     A.  I would be unable to describe him.
21     Q.  Okay.  Do you know where he works?
22     A.  I could look it up, but I don't.
23     Q.  Okay.  How about Drs. McGovern or Reed?
24     A.  Well I'm familiar with Dr. McGovern and Reed
25 as part of the Northumberland Health Trust.  But Dr.

Page 35

1  Reed is a well known orthopedic surgeon.  I think Dr.
2  McGovern was probably a junior to Dr. Reed.
3      Q.  Okay.  Was there a reason why you didn't
4  read Dr. Belani's deposition?
5      A.  I frankly wasn't aware that there was a
6  deposition of Dr. Belani.
7      Q.  Okay.  Well one of the things that you
8  suggest about the McGovern study is that there was
9  potentially data manipulation; correct?
10     A.  Yes.
11     Q.  Okay.
12     A.  Potentially.
13     Q.  All right.  When making that accusation,
14 wouldn't it be important to look at the credentials of
15 the people against whom you're making that accusation?
16     A.  Unfortunately, the credentials are not
17 the -- the assurance of probity.
18     Q.  Well you'd have to look and see whether
19 these were the type of individuals that would
20 manipulate data; correct?
21         MR. GORDON:  Object to the form of the
22 question, also lack of foundation.
23     A.  I have, as a member of an editorial board,
24 been required to vote for the retraction of an article
25 from authors who have been extraordinarily well

Page 36

1  credentialed.  I don't think that that is necessarily
2  the assurance.  It helps, but it does not assure.
3      Q.  Well which one of these McGothern --
4  McGovern authors are you suggesting engaged in data
5  manipulation?
6      A.  I -- I don't know which ones.  I have their
7  depositions.  I've cited from their depositions.  They
8  agree, for example, that the published data differed
9  from the final data.
10         If I could look at my notes -- or not my
11 notes, but my report, I have citations specifically to
12 their depositions, and I was using their words.
13     Q.  Okay.  My question is a little different, so
14 try to answer mine.  My question is:  Which of these
15 authors are you suggesting engaged in data
16 manipulation?
17         MR. GORDON:  Object to the form of the
18 question.
19     A.  I -- I -- I don't have information to tell
20 me which ones did.  I understand, from the sequence of
21 deposition information, that Dr. Reed at some point in
22 his deposition said, "It's clear to me that some of
23 the data on the clinical side are wrong," that Mr.
24 Albrecht says, "It looks like it didn't line up a
25 hundred percent.  I'm not sure what's going on," Dr.

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 37

1  Reed and Albrecht said, "There are differences."  And
2  I don't know --
3      You're asking me who is personally and
4  individually responsible. I don't know the answer to
5  that.
6      Q.  Okay.  You --
7      Did you read the whole depositions?
8      A.  I did at some point, yes, absolutely.
9      Q.  Okay.  How did you decide the quotes that
10  you put in your report?  Were those ones that were
11  suggested to you by 3M?
12      A.  No, absolutely not.
13      Q.  So they were ones you chose.
14      A.  Yes.
15      Q.  Well you know that Dr. Reed testified that
16  "The data file for the paper was definitely correct.
17  I checked it multiple times."  Correct?
18      A.  I --
19      He may have said that, but he also said that
20  there were mistakes and that there was additional
21  cases.
22      Q.  You're referring to his testimony that he
23  thought maybe there was an additional infection in
24  each group?
25      A.  I believe that's how he testified, correct.

Page 38

1      Q.  Okay.  And that was a deposition that was
2  taken, what, years after the publication; correct?
3      A.  I guess so, but I don't know for sure.
4      Q.  So how did you --
5      If you think that one or more of these
6  authors engaged in data manipulation, how did you
7  decide what you were going to rely on from their
8  depositions and what you were going set aside as being
9  false?
10      A.  I can't construct or reconstruct my thought
11  at the time that I read these things, but these
12  statements struck me as being supportive of the fact
13  that there were some differences in the data and that
14  the published data were not the final data.
15      Q.  Did you do any investigation into the data
16  tabulation sets which have been marked as and referred
17  to as McGovern Exhibit 16 or Albrecht Exhibit 10?
18      A.  I have -- I have looked at both.  If I'm
19  correct, the Albrecht Exhibit 10 is a very, very thick
20  document, and I have leafed through it in part trying
21  to see if I could locate in there the individual who
22  was identified in the McGovern Exhibit 16 as case
23  number 44.  If I'm correct, that one is a rather
24  small, much more concise document.  But I have not
25  made any kind of definitive effort to review either of

Page 39

1  those two documents.  I understand that that has been
2  done by Dr. Holford, and I rely upon Dr. Holford's
3  ability to do that.
4      Q.  Okay.  So with respect to the veracity of
5  McGovern Exhibit 16 or Albrecht Exhibit 10 and what it
6  shows or doesn't show, you're relying on Professor
7  Holford on that.
8      A.  In terms of the statistics and the matching
9  up of the case numbers and those sorts of things, yes,
10  I'm ultimately relying upon Dr. Holford.
11      (Exhibit 3 was marked for
12      identification.)
13  BY MS. CONLIN:
14      Q.  I've handed you, sir, what's been marked as
15  Borak Deposition No. 3, which is a page off of your
16  company website; correct?
17      A.  Correct.
18      Q.  And this was founded in what, 1988?
19      A.  That sounds right.
20      Q.  Okay.
21      A.  '86 I think.
22      Q.  And how many people are employed at Jonathan
23  Borak & Company?
24      A.  Currently there are four full time.
25      Q.  Okay.  And how much of your time do you

Page 40

1  spend as a consultant, under the umbrella of Jonathan
2  Borak & Company, versus teaching?
3      A.  Probably 85 percent or more.
4      Q.  Is through Jonathan Borak & Company?
5      A.  That's correct.
6      Q.  And of that 85 percent of your time, how
7  much is in consulting versus litigation?
8      A.  I'm sorry.  So the distinction you're saying
9  is consulting that is not litigation-based.
10      Q.  Right.
11      A.  Let -- let me step back.  I --
12      Just to be clear, many if not all of my
13  clients -- not all, but most of my clients are
14  lawyers.  Often I am approached by lawyers to do non-
15  litigation work or work that is not directly relevant
16  to my being an expert in a litigation.  For example,
17  we recently were involved in doing a vetting of a
18  company's website and documentation prior to an
19  acquisition.  We did that for an attorney.  I have
20  done work in the regulatory area and I'm almost always
21  approached by an attorney.  But the answer is I think
22  that I have testified perhaps four or five times in
23  the past four years, and I do a variety of different
24  kinds of work.  I would guess, because it's not
25  constant, but I would guess that about 30 percent or

10 (Pages 37 to 40)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 41

1 so of my income is litigation-related.
2 Q. Thirty percent of your income from the
3 Jonathan Borak & Company.
4 A. I would guess, yes.
5 Q. Okay.
6 A. And yes, I think that's correct.
7 Q. Okay. Now you indicate here that you serve
8 mainly to Fortune 500 companies and their
9 representatives, government agencies, national labor
10 unions, and professional societies; is that fair?
11 A. I think so.
12 Q. Okay. In the past two decades, to the
13 extent that you've done work in litigation, --
14 A. Yes.
15 Q. -- it's been for the defense; correct?
16 A. What time period was that?
17 Q. Last two decades.
18 A. At one time I did a lot of plaintiffs' work.
19 Over the recent past it has been predominantly
20 defense, but I do some lit -- plaintiffs' side.
21 Q. Okay. In the last decade, have you done a
22 single case on the plaintiffs' side?
23 A. I have not testified on the plaintiffs'
24 side, but I have done plaintiffs'-side work.
25 Q. What types of cases?

Page 42

1 A. Water contamination by perfluorooctanoic
2 acid.
3 Q. Anything else?
4 A. That was the largest one recently. There
5 have been others. Sometimes it's not clear to me who
6 is a plaintiff or a defendant. I know that sounds
7 peculiar. But I was involved in a very large
8 situation of a company that had acquired a division
9 from another company that made respirators, and as
10 part of the acquisition the seller retained certain
11 historical liabilities and the acquirers accepted
12 other liabilities, and it became a question of whether
13 coal miners' pneumoconiosis could develop in the
14 absence of silica. There was no question of damages
15 to individuals in the sense that it was not a question
16 of whether somebody was or was not going to get
17 compensation, it was a question of which insurance
18 pool was going to pay for it. That -- that is
19 something where it's a litigation-based piece of work,
20 but I don't see it as being plaintiff and defense as
21 you raised the question.
22 Q. Yes. It was an issue of retained
23 liabilities versus assumed liabilities.
24 A. In that particular case.
25 Q. And in that case --

Page 43

1 A. I have done a number of such pieces of work.
2 Q. And the issue was whether there was
3 causation presented by the silica.
4 A. Whether silica was sufficient a causation
5 that it belonged in one pot rather than in the other
6 pot, yes.
7 Q. Okay. Have you ever in litigation, just
8 putting on your litigation hat, opined that exposure
9 to an environmental toxin caused harm?
10 A. In a litigation context.
11 I've certainly written that it can. I don't
12 know that I have in a specific litigation context.
13 Q. In fact, in the litigation context every
14 single one of your retentions resulted in you opining
15 that whatever the exposure to an environmental toxin
16 was didn't cause the harm alleged by the injured
17 person; correct?
18 A. I -- I think that you misrepresent my
19 opinions. I've been in a number which have to do with
20 concerns about what was known and when was it known
21 and whether a particular entity was responsible, and I
22 don't think any of those opinions suggested that the
23 claimants were uninjured. There may have been some
24 cases where I have said that, but I think that many of
25 my opinions have dealt with questions of the

Page 44

1 adjudication of responsibility.
2 Q. My question was a little different. When
3 you've opined on causation in the litigation context,
4 there hasn't been a single time where you have found
5 that an environmental toxin caused harm in an
6 individual.
7 MR. GORDON: Object to the form of the
8 question, also asked and answered.
9 A. Yeah. I'm -- I'm not sure that I can
10 remember --
11 I mean it may -- it may be that when I
12 render such an opinion, people decide to settle their
13 cases. I don't know.
14 Q. Can you --
15 As you sit here today, can you think of a
16 single instance in the last two decades where in the
17 litigation context you have opined that exposure to a
18 particular environmental toxin or otherwise caused
19 harm in an individual?
20 A. I -- I can't remember a specific example of
21 the other side either, so perhaps you can help me.
22 Q. Okay. Well we'll go through them. But as
23 you sit here, can you name one?
24 A. I don't know that I can name one to the
25 other side. Most of what I have done has involved --

11 (Pages 41 to 44)

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Page 45

1  Well let me go back.  With the exception
2  of --
3  Where I have testified.
4  Q.  Not where you've testified, where you've
5  rendered an expert opinion in a case, whether it be
6  through trial, deposition, or a report --
7  A.  Well I think a deposition --
8  Okay.  Report.  I -- I've written reports
9  and I have never known whatever happened to those
10 things.  In some cases I felt that there was --
11 Oftentimes, people ask me not to write
12 reports when I don't agree with their view, so when
13 defense lawyers ask me whether I think A causes B and
14 I say yes, they say thank you, and it never progresses
15 beyond that.
16 Q.  Can you answer my question?
17 A.  What is your question?
18 Q.  My question is:  As you sit here today, can
19 you identify a single instance in which you've
20 rendered an expert opinion in litigation that exposure
21 to an environmental toxin caused harm in an
22 individual?
23 MR. GORDON:  Object to the form of the
24 question, asked and answered.
25 A.  Most recently I have spent a fair amount of

Page 46

1  time looking at these perfluorooctanoic acid exposures
2  and I have offered verbal reports but I have not
3  written reports, and the reports were that there was
4  causation.
5  Q.  Okay.  Can you answer my question though?
6  In terms of --
7  A.  I -- I cannot remember is the answer.
8  Q.  Okay.  When did you become a consultant to
9  the National Mining Association?
10 A.  I don't remember the date.
11 Q.  Okay.
12 MR. GORDON:  Let me interrupt.  I'm --
13 I'm -- I'm --
14 The section where he discusses his --
15 whatever he did with PFOA, I have no idea where that
16 is in the litigation process, I'm not involved in it,
17 but I -- it sounds to me like something that probably
18 ought to be marked as confidential.
19 MS. CONLIN:  I don't have an issue with
20 that.
21 Q.  You authored a study that was funded by the
22 National Mining Association; correct?
23 A.  Remind me of the title.
24 Q.  Sure.
25 (Exhibit 4 was marked for

Page 47

1  identification.)
2  BY MS. CONLIN:
3  Q.  I've handed you, sir, what's been marked as
4  Borak Deposition Exhibit No. 4, which is an article
5  authored by you and others entitled "Mortality
6  Disparities in Appalachia."
7  A.  Yes.
8  Q.  Okay.  And this was a study that you
9  authored that was funded entirely by the National
10 Mining Association; correct?
11 A.  Yes, that's correct.
12 Q.  And you wouldn't suggest that because the
13 National Mining Association funded this study, that
14 that somehow taints this; correct?
15 A.  No.  They were unhappy with it.
16 Q.  Okay.  And in this you conclude that there
17 hasn't been any solid epidemiological evidence that
18 coal mining increased risks to population health in
19 the Appalachia region; correct?
20 A.  I think you misspeak it.  I -- I think that
21 what we found was "...that coal mining in Appalachia,
22 an industrial activity associated with rural,
23 mountainous areas, is likely to be geographically
24 associated with a variety of economic and cultural
25 health risk factors.  And, for similar reasons, mining

Page 48

1  is also likely to be geographically associated with a
2  variety of adverse health outcomes.  Although our
3  results indicate that mining is not the direct cause
4  of those outcomes, they do not rule out the
5  possibility that mining contributes to the development
6  of the social environments and cultural practices that
7  adversely impact health."
8  Q.  Right.
9  A.  My belief was and is that it is not
10 pollution from the coal mines but social pollution
11 from the industry that has caused these disparities.
12 Q.  Right.  That there is no direct link between
13 coal mining and adverse health outcomes.
14 A.  No, no.  I think that the coal mining
15 industry and its social context has contributed to
16 these adverse effects.
17 Q.  Well let's take a look at the last page --
18 well, second-to-the-last page.  I think it's got an
19 internal number 154.  Direct your attention to the
20 right-hand side, first full paragraph starting with
21 "Accordingly..." and direct your attention down to the
22 sentence, "Although our results indicate that mining
23 is not the direct cause of those outcomes, they do not
24 rule out the possibility that mining contributes to
25 the development of social environments and cultural

12 (Pages 45 to 48)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 49

1    practices that adversely impact health."
2        **A.  That's the sentence I just read to you.**
3        Q.  Okay.  And you find that mining is not a
4    direct cause of the -- and it's your word, "direct
5    cause" -- of the health -- strike that.
6        Let me say you find that mining itself is
7    not a direct cause of illness in a population;
8    correct?
9        **A.  Yes, that it was the -- the mining**
10   **industry's influence on the social environment.**
11       Q.  Right.  People are getting black lung
12   disease because they're overweight and poor.
13       **A.  The people who were suffering health**
14   **disparities in this community were not miners and they**
15   **were not getting black lung.**
16       **Now in fact we make mention here that it is**
17   **not because of the miners that there were these health**
18   **disparities and that the disparities existed in both**
19   **males and females, although the females did not work**
20   **in the mines.  Black lung is a disease of occupation.**
21   **That's not the issue of concern in this paper.**
22       Q.  Well you were actually interviewed a bunch
23   in connection with this article; weren't you?  It
24   caused quite a stir; correct?
25       **A.  I don't know that it caused quite a stir,**

Page 50

1    **but I think I had a couple of interviews.**
2        Q.  And you said the health effects due to coal
3    and coal mining is just not known; correct?
4        **A.  I'm sorry?**
5        Q.  You -- you were quoted as saying the health
6    effects due to coal and coal mining is just not known;
7    correct?
8        **A.  Regarding people in the community.**
9        Q.  And in fact you said, quote, "The problem is
10   that the theory that this is due to coal and coal
11   pollution is politically attractive but scientifically
12   not defensible;" correct?
13       **A.  That sounds like something I would have**
14   **said.**
15       Q.  Okay.  And you said, quote, "It may or may
16   not be due to coal mining, I actually don't know, but
17   I think it could be, but it's not due to the coal;"
18   correct?
19       **A.  That sounds right.**
20       Q.  Okay.  And you said while the work was
21   funded by the National Mining Association, quote, your
22   time is for hire, your opinions are not.
23       **A.  Okay.  That sounds like something I said to**
24   **you earlier today.**
25       Q.  You were also caught up in some controversy

Page 51

1    over a study involving mold; correct?
2        MR. GORDON:  Object to the form of the
3    question.
4        **A.  There was controversy about a position paper**
5    **that was written by The American College of**
6    **Occupational Envi -- that was posted by The American**
7    **College of Occupational Environmental Medicine.  I was**
8    **the chairman of the committee that oversaw the**
9    **development of the paper.  I didn't write it and I had**
10   **little other than the fact that I kept the editorial**
11   **process going.**
12       Q.  All right.  And that paper found that there
13   are no adverse health effects associated with toxic
14   mold; correct?
15       **A.  No, that's not what it found.**
16       Q.  What's your understanding of what it found?
17       **A.  What it found was that mold could cause a**
18   **number of allergic and irritative disorders, but that**
19   **which became known as, quote, unquote, toxic mold**
20   **syndrome was not; it had not been documented.  It was**
21   **written by a former deputy director of The National**
22   **Institute of Occupational Safety and Health.  I didn't**
23   **write it.**
24       Q.  Correct.  But you -- you reviewed it as part
25   of your role as director on -- at --

Page 52

1        Do you say -- how do you say it, A-C-O-E-M?
2        **A.  Or ACOEM if you --**
3        Q.  ACOEM.  Okay.
4        And you knew before it was published that
5    the authors were experts for the defense in mold
6    litigation; correct?
7        **A.  No.  To the contrary, Dr. Hardin told me he**
8    **was not specifically.**
9        Q.  Okay.  But e-mails came to light after that
10   publication which suggested that you did know before
11   publication.
12       **A.  Would you read that to me?  I'm not aware**
13   **that I was aware that Dr. Hardin had been an expert.**
14   **To the contrary.**
15       Q.  Okay.
16       **A.  It also might be useful for the record to**
17   **note the date that this was:  it's about like 15 years**
18   **ago.**
19       Q.  Yeah.  It was in 2002; right?
20       **A.  Fifteen years ago.**
21       Q.  Yeah.  Did you think that there was anything
22   that was -- undercut it -- undercut the validity of
23   that study because the authors were associated with
24   the defense?
25       **A.  Dr. Hardin specifically told me that he was**

13 (Pages 49 to 52)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 53

1  not, and he gave me a statement of conflict of
2  interest, and I shared that with the board of ACOEM at
3  the time.
4      Q.  My question was a little different.  Did --
5  did you think, when you found out that they
6  represented the defense in that litigation, that that
7  somehow impugned the veracity of the findings in that
8  paper?
9      A.  When you say "that litigation," I am not
10  sure which litigation you speak to.  I understood that
11  subsequently Dr. Hardin and his colleagues did opine
12  in litigation for the defense.
13      Q.  Okay.  And do you think, that they did that,
14  that undercuts at all the scientific veracity of the
15  paper you reviewed?
16      A.  I thought the paper was fair.  And it was
17  sent to a large, large, large number of peer
18  reviewers.  I did not make the decision as to publish
19  or not.
20      Q.  My question is:  Do you think the fact that
21  they represented the defense undercuts at all the
22  scientific veracity of the paper?
23      A.  No.
24      MR. GORDON:  Could we take a potty break
25  fairly soon?

Page 54

1      MS. CONLIN:  Yeah.  We can stop here if
2  you'd like.
3      THE REPORTER:  Off the record, please.
4      (Recess taken.)
5      (Exhibit 5 was marked for
6      identification.)
7      THE WITNESS:  Thank you.
8  BY MS. CONLIN:
9      Q.  I've handed you, sir, what's been marked as
10  Borak Exhibit No. 5, and this is the e-mail that we
11  were talking about just before the break as it relates
12  to your role at ACOEM and the publication of an
13  article by Dean Grove; is that right?
14      A.  Yes.  He was then president of the college.
15      Q.  Okay.  And this related --
16      This is dated September 6th, 2002, and this
17  relates to the review by ACOEM of the article -- or
18  the study that was going to be published on whether --
19      A.  It was not a study, it was a review.
20      Q.  -- whether a review was going to be
21  published; correct?
22      A.  That's correct.
23      Q.  Okay.  And in this e-mail you indicated that
24  "Even though a great deal of work has gone in, it
25  seems difficult to satisfy a sufficient spectrum of

Page 55

1  the College, or at least those concerned enough to
2  voice their views;" correct?
3      A.  I'm sorry, say that again.
4      Q.  There was concerns about the college about
5  publishing this review; correct?
6      A.  I was concerned that this particular review
7  was polarizing the college members.
8      Q.  Right.  And you write here though, "Even
9  though a great deal of work has gone in, it seems
10  difficult to satisfy a sufficient spectrum of the
11  College, or at least those concerned enough to voice
12  their views."
13      A.  Correct.
14      Q.  Okay.  And then you go on in the next
15  paragraph to suggest that if you officially reject it,
16  then you turn Mr. Grove's efforts into garbage;
17  correct?
18      A.  No, this mis --
19      Q.  Or to --
20      A.  It was Dr. --
21      It was Bryan, Dr. Hardin's efforts.
22      Q.  Okay.  So you were concerned if the college
23  rejected it, Dr. Hardin's efforts would be turned into
24  garbage; correct?
25      A.  I --

Page 56

1      It sounds right, but show me where the word
2  "garbage" is.  I'm sorry.
3      Q.  If you look at the last full sentence in the
4  second paragraph, "That would be an important
5  violation" --
6      A.  Yes.  Okay.  Fine.  I do see it.  I just
7  want to make sure I used that word.
8      Q.  You write, "That would be an important
9  violation of Bryan -- I have assured him that if we
10  do not use it he can freely make whatever other use he
11  might want to make.  If we 'officially' reject it,
12  then we turn his efforts into garbage."  Correct?
13      A.  Correct.
14      Q.  And that was the concern, that if the paper
15  didn't get published and was rejected by the college,
16  then the paper might not gain traction.
17      A.  No, that was not the concern.
18      Q.  What was your concern?
19      A.  My concern was that Bryan was a very
20  respected scientist.  I knew that he had interest in
21  mold because I had seen some of his writings.  At that
22  time he was not, as I understood it, involved in the
23  issue other than as a scientific issue.  I asked him
24  whether he would be willing to prepare this review for
25  purposes of the college and he agreed to do that.  He

14 (Pages 53 to 56)

Page 57

```
 1   spent quite a while putting a paper together.  He sent
 2   it to me.  I sent it out to my panel of reviewers;
 3   there may have been 20 or 30 or more people in the
 4   college who reviewed it.  They gave me back feedback.
 5   And I returned it to Dr. Hardin and I said this is
 6   what people think, it's too polarized, it's too this,
 7   it's too that, it's not enough this, it's not enough
 8   of that, "Are you prepared to change it?"  And he said
 9   "Yes."  And so he then spent quite a bit of time
10   rewriting, and not different than what happens when I
11   sit on a journal review and somebody sends a paper in
12   and it goes back with comments from the reviewers
13   which says "Major revision required."  And so the
14   major revision was done and it was sent back.  And I
15   returned that to the reviewers and they sent back
16   comments to me.  And I sent those comments back to
17   Bryan and I said, "It's better, but it's still not
18   sufficient for me to put it before the board of
19   directors because it's too polarizing, and I would
20   like you to address that these are the issues that
21   people are raising."  And he revised it again and he
22   sent it back to me.  And I sent it out to reviewers
23   and I said, "Does this answer your concerns?"  And
24   there were people who came back with continuing
25   concerns.  And so then I had the following problem,
```

Page 58

```
 1   and that's what is described here.
 2      Q.  When did you find out that he was an expert
 3   for the defense in mold litigation?
 4      A.  After publication.
 5      Q.  Did you ever go back and make the
 6   correction?
 7      A.  That he was a post-hoc expert?
 8      Q.  Yes.
 9      A.  No.
10          And so what then happened was --
11      Q.  I didn't ask you what happened next.
12      A.  You had asked --
13          I was answering the earlier question.  You
14   don't want it?
15      Q.  No.  I -- I don't think your answer was
16   responsive to my question, so we'll move on.
17          You've -- you've been a faculty member for
18   the defense bar at various toxic tort seminars;
19   correct?
20      A.  Once.  I think once.
21      Q.  Just once?
22      A.  I gave a talk in March, I think, of this
23   year on the peer-review process in science at a
24   meeting of an organization that I had not heard of
25   before, but it was the defense bar, and I gave that
```

Page 59

```
 1   talk.  I was invited -- I don't even remember who
 2   invited me, but I was with the Dean of Hastings Law
 3   School.
 4      Q.  I didn't ask you about any of this.
 5      A.  Okay.
 6      Q.  My question was a simple one.  You were a
 7   faculty member at BRI, which is a defense bar, in a
 8   toxic tort seminar; correct?
 9      A.  Yes.  I spoke about peer review in the
10   scientific process, I think in March of this year.
11      Q.  Okay.  And that's the only time that you
12   think you've done that?
13      A.  I'm not aware of having done it other --
14          It's possible, but I certainly don't
15   remember it.  And it wasn't recent.
16      Q.  Okay.  Do you agree with me that the
17   Bradford-Hill criteria is an appropriate methodology
18   for addressing an epidemiological issue?
19          MR. GORDON:  Object to the form of the
20   question.
21      A.  It's been adopted as a methodology.  It's
22   not really a methodol -- a methodology, it's a set of
23   viewpoints.
24      Q.  Okay.  Would you agree with me that
25   observational epidemiological studies can yield data
```

Page 60

```
 1   that describes associations between environmental
 2   factors and health effects?
 3      A.  Yes, they can.
 4      Q.  You've opined that there is no causal
 5   connection between benzine and multiple myeloma; is
 6   that right?
 7      A.  Yes, I opined on that.
 8      Q.  Okay.  And --
 9      A.  I think in that case I opined --
10      Q.  I didn't ask --
11          I just wanted to know whether you did or
12   not.
13          MR. GORDON:  Well Jan, I think you ought to
14   let him finish his answer.
15          MS. CONLIN:  I've asked him simply "yes" or
16   "no" questions.  I'm not going to waste my seven hours
17   with him giving me speaking testimony in questions I
18   didn't ask.  You can -- you can ask him on followup.
19          MR. GORDON:  Yeah.  But it may be a "yes" --
20   what you think is a simple "yes" or "no" question, but
21   you -- you don't get to decide that.
22      Q.  And more recently you've opined that there
23   is no specific causation relating to CS teargas or
24   causation relating to cleaning chemicals; correct?
25      A.  That was a very specific case, and in that
```

15 (Pages 57 to 60)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 61

1  case I said that there was no evidence that the
2  **exposure to the cleaning agents caused the complaints**
3  **of the person who was the claimant, but that the CS**
4  **teargas clearly was the cause of symptoms.**
5  Q.  Did --
6      If we can take a look at your expert report,
7  and I'd like to talk with you a little bit about -- I
8  think it's on page --
9      You listed in your report the four times
10  that you have testified in the last few years, and for
11  some reason I cannot seem to find that in what I've
12  got.
13  **A.  I think it was in an addendum.  I don't**
14  **think I listed it specifically --**
15  Q.  Well let's see if I can --
16  **A.  -- in the report.**
17  Q.  Let's see if I can find it.
18      Here, I got it.
19      (Exhibit 6 was marked for
20      identification.)
21  BY MS. CONLIN:
22  Q.  I've handed you, sir, what's been marked as
23  Borak Exhibit 6.  Is this a list of your deposition
24  and trial testimony between January 1st, 2013 and June
25  1st, 2017?

Page 62

1  **A.  Yes, that's correct.**
2  Q.  Aside from this deposition today, have you
3  had your deposition taken in any other litigation
4  between June 1st of this year and today?
5  **A.  I -- I had a deposition taken on, I think,**
6  **June 9.**
7  Q.  Okay.  What was the name of that case?
8  **A.  I think the caption was Oules, O-u-l-e-s, v**
9  **Johnson & Johnson.**
10  Q.  And what was the subject matter of your
11  testimony in that case?
12  **A.  The question I was asked to address was**
13  **whether, when, and how it had been opined that talc**
14  **caused ovarian cancer.**
15  Q.  And you represent --
16      Or your client in that case is Johnson &
17  Johnson?
18  **A.  No.**
19  Q.  The plaintiff?
20  **A.  It is -- was a trade organization.**
21  Q.  And in that case did you opine that there is
22  no causal connection between talc and ovarian cancer?
23  **A.  I -- I testified that the causation had not**
24  **been proven.**
25  Q.  That there wasn't a proven causal link

Page 63

1  between use of talc and ovarian cancer.
2  **A.  I -- I wasn't asked that question.  I was**
3  **asked whether it had been opined and by whom and when,**
4  **and I went through the literature, and I opined that**
5  **it had not been said by anybody that it was a cause.**
6  Q.  Were you --
7      So your opinion was strictly that there
8  was -- nothing in the literature provided a direct
9  causal link between use of talc and ovarian cancer.
10  **A.  I --**
11  **You're paraphrasing what I said.  I -- I**
12  **said that a causal association had not been described**
13  **in the literature and anywhere other than in court**
14  **testimony.**
15  Q.  Okay.  Now in --
16      You also testified in Stults versus American
17  Popcorn Company in a deposition in 2013; correct?
18  **A.  That's correct.**
19  Q.  And in that case you concluded that there is
20  no causal link between diacetyl and what's known as
21  popcorn lung; correct?
22  **A.  No.**
23  Q.  What was your testimony in that case?
24  **A.  The testimony concerned the likelihood of a**
25  **lung -- of bronchiolitis obliterans being caused in a**

Page 64

1  **person who was a consumer of popcorn, and the**
2  **individual himself had a significant underlying**
3  **rheumatological disease which was the likely cause of**
4  **his lung disease.**
5  Q.  You found that exposure to diacetyl didn't
6  cause the problems in the plaintiff in that case;
7  correct?
8  **A.  No, no, I didn't.  The -- the problem --**
9  **Your original question was whether I had**
10  **opined that diacetyl did not cause the bronchiolitis**
11  **obliterans, and I said no, that's not correct, I was**
12  **not asked that opinion.  And it is actually my opinion**
13  **that under some circumstances diacetyl can cause the**
14  **bronchiolitis obliterans.**
15  Q.  But it didn't in this particular plaintiff.
16  **A.  In this particular case, I don't believe**
17  **that it did.**
18  Q.  Okay.  And what about In Re:  World Trade
19  Center, what was the subject matter of your testimony
20  in that?
21  **A.  The subject matter had to do with lung**
22  **disease in somebody who had been a cleanup worker in**
23  **buildings in the periphery of the World Trade Center.**
24  Q.  Okay.  And in that case you found that the
25  exposure by the worker didn't cause the disease;

16 (Pages 61 to 64)

Page 65

1    correct?
2         A.  It was my opinion that the man's cigarette
3    smoking and long history that predated the World Trade
4    Center explained his complaints.
5         Q.  Okay.  And what was your -- subject matter
6    of your testimony in Cabot Corporation?
7         A.  I -- I already alluded to that.  That had to
8    do with the adjudication in terms of the insurance
9    coverage for -- between two companies.
10        Q.  And what was the particular chemical of
11   concern?
12        A.  The issue had to do with if one could get
13   coal miner's pneumoconiosis in the absence of silica.
14        Q.  And in that case you concluded that the --
15   that he can't; correct?
16        (Discussion off the stenographic record.)
17        A.  Yes.  My conclusion was that the absence of
18   silica, that -- no, let me turn it the other way --
19   that the presence of silica contributed to the
20   formation of pneumoconiosis.
21        Q.  Okay.  And how about in the final case,
22   Secretary of Labor (MSHA) versus Klondex Midas, which
23   side were you on in this case?
24        A.  I -- I was involved with Klondex Midas, and
25   the case concerned whether medical causes of loss of

Page 66

1    consciousness had been addressed and considered by a
2    coroner and others.
3         Q.  And what did you opine in that case?
4         A.  I agreed with statements from the coroner
5    that she had not looked for such causes and could not
6    render such an opinion.
7         Q.  Now you talk in your expert report about
8    sufficient component causation.
9         A.  Yes.  I think I spoke to it in the context
10   of Dr. Samet's report.
11        Q.  Right.  And you'd agree with me that it's a
12   well accepted methodology in epidemiological studies;
13   correct?
14        A.  I accept the concept.
15        Q.  Yeah.  And in fact it was first espoused by
16   Dr. Rothman; correct?
17        A.  I looked at it in Dr. Rothman's writings as
18   a result of Dr. Samet citing that, yes.
19        Q.  And you'd agree with me Dr. Rothman is one
20   of the leading minds in epidemiology.
21        A.  I think Dr. Rothman is a leading mind in
22   epidemiology.
23        Q.  So you don't take issue with Dr. Samet's
24   methodology, just his conclusions; correct?
25        MR. GORDON:  Object to the form of the

Page 67

1    question.
2         A.  I -- I don't object to his use of the
3    sufficient component cause model.  I raise concerns at
4    the end of this section of my report and we could
5    address that specifically.  Now it's not only the
6    conclusion, there was something in the method that I
7    had a problem with.
8         Q.  Okay.  But the sufficient component
9    causation methodology is well established and accepted
10   amongst epidemiologists.
11        A.  I -- I think probably.  I -- I don't --
12        I'm not objecting to that.
13        Q.  Okay.  And in fact you went through the same
14   framework in connection with responding to Dr. Samet's
15   report; correct?
16        A.  Well I probably would have done that to be
17   responsive to Dr. Samet.  I don't know if I would have
18   done it otherwise.
19        Q.  Okay.  But you did in fact use the same
20   framework.  You didn't employ a different framework --
21        A.  No.  No.
22        Q.  -- in connection with responding; correct?
23        A.  Yes, that's correct I think.
24        Q.  Okay.  Would you agree with me that when
25   you're looking at epidemiology, that drawing causal

Page 68

1    inferences after finding association requires
2    judgment?
3         A.  Judgment is part of the requirements, yes.
4         Q.  Okay.  Would you agree with me that although
5    the drawing of causal inferences is informed by
6    scientific expertise, it is not a determination that
7    is made using an objective or algorith -- algorithmic
8    methodology?
9         A.  It is not necessarily.
10        Q.  What do you mean by "it is not necessarily."
11        A.  Well read me back your question and I'll
12   answer your second question.  You asked me do I agree
13   that it is not, and I -- my answer was it was not
14   necessarily.
15        Q.  Okay.  Would you agree, quote, "Although the
16   drawing of a causal in" -- strike that.  Let me start
17   over.
18        Would you agree with me, quote, "Although
19   the drawing of causal inferences is informed by
20   scientific expertise, it is not a determination that
21   is made using an objective or algorithmic
22   methodology," end quote?
23        A.  Yes.  It is not necessarily based upon such
24   an algorithmic approach.
25        Q.  Would you agree with me that, quote,

17 (Pages 65 to 68)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 69

1    "Deciding whether associations are causal is not a
2    matter of statistics but a matter of good scientific
3    judgment and the questions that should be asked with
4    respect to the data offered?"
5        **A. In principle. But there are some terms in
6    that sentence which are difficult to define, such as
7    "good." "Good judgment" I think was the word.**
8        Q. Good scientific judgment.
9        **A. Good scientific judgment. I don't know
10   quite what that means. But I can understand the
11   sentence.**
12       Q. Well would you agree with me that The
13   Reference Guide on Statistics authored by Drs. Kay and
14   Friedman is an authoritative work?
15       **A. It's a reference that I refer to.**
16       Q. Okay. And you rely on it; right?
17       **A. I do.**
18       Q. And you don't take issue with what Drs. Kay
19   and Friedman have written in connection with The
20   Reference Guide on Statistics. In fact, you've relied
21   on it; correct?
22       **A. That's correct.**
23       Q. I'd like to direct your attention, sir, to
24   paragraph -- or page three of your expert report in
25   this case, Borak Exhibit No. 1. Do you have that in

Page 70

1    front of you?
2        **A. I do.**
3        Q. Okay. And I'd like to direct your attention
4    to Roman No. II, "The Samet Report." In 11a you talk
5    about this notion that there is sufficient evidence
6    that warming surgical patients to prevent hypothermia
7    and maintain normothermia reduces the rates of SSI;
8    correct?
9        **A. Correct.**
10       Q. And you cite to the CDC's guideline as one
11   of your references; correct?
12       **A. Yes.**
13       Q. And the World Health Organization; correct?
14       **A. Yes.**
15       Q. Okay. Did you investigate what -- what
16   information either the CDC or WHO had in connection
17   with their suggestion and determination that warming
18   is important?
19       **A. Well I -- I've read the documents and I've
20   looked at some of the references. Is that an answer
21   to your question?**
22       Q. Okay. And you say in the next paragraph,
23   "In addition, published findings from two random
24   control trials document that use of Bair Hugger to
25   maintain intraoperative normothermia reduced the risk

Page 71

1    of SSI."
2        **A. Yes, I said that.**
3        Q. Okay. I take it that you think the CDC in
4    terms of --
5            You know, let me strike that and ask it a
6    different way.
7            You relied on the CDC guidelines here in
8    connection with your report; correct?
9        **A. I -- I cited it, yes.**
10       Q. Okay. And you relied on it.
11       **A. Well I relied upon it as an example of a
12   statement from a well-regarded organization, yes.**
13       Q. Okay. And you agree the CDC is well-
14   regarded; correct?
15       **A. Generally, yes.**
16       Q. Okay. In connection with your work over the
17   course of your career, your emphasis has been on
18   exposure to environmental toxins as opposed to
19   infectious agents; correct?
20       **A. For the most part.**
21       Q. Have you ever opined in a case that involved
22   not an environmental toxin but an infectious agent?
23       **A. Years ago, when I ran a trauma center, I was
24   involved in litigation that involved malpractice kinds
25   of issues, clinical malpractice issues, and I can**

Page 72

1    **remember in that context there were questions that
2    arose regarding infections. But that would have been
3    some time ago.**
4        Q. Well you were a participant. It was part
5    of --
6            I mean you were involved in that case as a
7    result of your work; correct?
8        **A. No, no. I was an expert in that context.**
9        Q. When was that?
10       **A. Oh, it --
11           There were more than one, and it would have
12   been before 1990 because before -- in 1990 I
13   essentially separated myself from my emergency
14   practice, and during the time between 1980 and 1990,
15   approximately, I was involved in a fairly large number
16   of litigation questions, often only from the
17   standpoint of looking at medical records and saying
18   whether I thought there was or was not some kind of a
19   problem, and in that context, some of those involved
20   infectious diseases.**
21       Q. Have you ever been retained, litigation or
22   non-litigation, to provide an epidemiological opinion
23   that relates to an infectious organism?
24       **A. I did some work several years ago at the
25   interface of epidemiology and occupational medicine**

18 (Pages 69 to 72)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 73

1  and public health, and it was during the Ebola
2  outbreak, and it had to do with the development of
3  occupational protocols for workplaces to minimize the
4  risk of spread of that infectious disease. The
5  particular issue involved some companies that operated
6  mines in the Caribbean who had workers, many of whom
7  went back and forth to Africa at the time. I recall
8  as well being involved in the development of
9  influenza-related policies for workplaces,
10  white-collar workplaces, at a time when either SARs or
11  influenza was of great concern. So those are two
12  examples.
13      Q.  Okay. My question was a little different.
14  Have you ever undertaken an epidemiologic study that
15  relates to looking at causation issues of an
16  infectious organism?
17      A.  Oh, that's a different question. I think
18  the answer is probably no.
19      Q.  Now if we look at the paragraph we were
20  looking at, you say, "In addition, published findings
21  from two random control trials document that use of
22  Bair Hugger to maintain intraoperative normothermia
23  reduced the risk of SSI," and you list references
24  three and four. And if we look at your reference
25  list, that refers to a paper by Kurz and Sessler as

Page 74

1  well as Melling; correct?
2      A.  That's correct.
3      Q.  Okay. Did you look at the depositions that
4  were taken by Dr. Kurz and Sessler in this case?
5      A.  I -- I don't think so. Let me --
6          Dr. Kurz and Dr. Melling?
7      Q.  Well one paper was --
8      A.  You -- you asked me about --
9      Q.  -- Kurz and Sessler. My question was: Did
10  you look at their depositions in this case?
11      A.  The answer is no, I don't believe so. I
12  don't see them on my list.
13      Q.  Were you aware or told that Dr. Kurz
14  disavowed both the study in which she was an author as
15  well as the Melling -- Melling study?
16      MR. GORDON:  Object to the form of the
17  question, completely misstates her testimony.
18      A.  I -- I'm not aware that either one was
19  deposed.
20      Q.  Don't you think that that would be important
21  to know when you're relying on things such as these
22  two studies?
23      MR. GORDON:  Same objection.
24      A.  I -- I don't have any information about it.
25      Q.  Well you testified previously that you think

Page 75

1  it's important when you're undertaking an
2  epidemiologic study, particularly one that relates to
3  association or causation, to have all the information.
4  Did you ask for all the information that might be
5  pertinent to your decision?
6      MR. GORDON:  Object to the form of the
7  question.
8      A.  I -- I don't know that there even is such
9  information to have asked for.
10      Q.  Well did you tell Mr. Gordon, the lawyer for
11  3M, "If I'm going to undertake this, I want to look at
12  all the evidence that's been accumulated by the
13  parties in this case?"
14      A.  I --
15          It was understood that I could ask for
16  whatever I thought I needed. I didn't know that there
17  was ever a question of those two articles. They've
18  been cited repeatedly. I've never seen them
19  retracted. The index of the National Library of
20  Medicine does not indicate that they have been
21  qualified, so it's not my understanding that I was
22  citing here problematic papers, and I don't think I
23  have any reason to know that they were reviewed by
24  anybody as problematic.
25      Q.  But you didn't ask the question. Did you --

Page 76

1          Did you ever say to the lawyers for 3M, "I'd
2  like to know all the depositions that have been taken
3  in this case?"
4      A.  No.
5      Q.  Or "I would like to see any evidence that
6  might exist that undercuts what I'm writing in my
7  report?"
8      A.  I was writing a -- a report and I thought I
9  had much of the information. If you're telling me
10  that there's important information that I don't have,
11  I would be interested to know.
12      (Exhibit 7 was marked for
13          identification.)
14  BY MS. CONLIN:
15      Q.  I've handed you, sir, what's been marked as
16  Borak Deposition Exhibit No. 7, which is the
17  deposition of Andrea Kurz dated January 12th, 2017,
18  and you'll see that on that first page, internal page
19  four, it lists Mr. Gordon, the lawyer sitting next to
20  you, present at the deposition, as well as a Mr.
21  Assaad.
22          Have you seen this before?
23      A.  I don't believe I have.
24      Q.  Okay. Okay. If you can take a look at page
25  one seven -- internal page 177, which is the last page

19 (Pages 73 to 76)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 77

1  of this document, --
2  **A. Yes.**
3  Q. -- and they're talking there about the study
4  which you've listed as reference number three, and she
5  says at the top of the page:
6  "...it's a retrospective study and not one
7  of the best-done either. So you --
8  "Question: Based on in today's standards.
9  "Answer: Based on in today's standards.
10  "Okay. It might have been good standards
11  back in 1996."
12  Then it says, "Okay. And Dr. Sessler has
13  mentioned in an e-mail before, in today's standards
14  and with respect to reliability of studies, that he
15  probably wouldn't have published the 1996 Kurz paper.
16  Do you agree with him?
17  "Absolutely.
18  "Okay.
19  "I would not have either."
20  And if you look down at the bottom of page
21  178 with reference to the Melling study, "It was an
22  okay study for" --
23  Starting -- page 178, starting at line 16:
24  "Question: Do you think Melling was a good
25  study?

Page 78

1  "Answer: It was an okay study for the time.
2  "Question: Would you agree with me that it
3  wouldn't be publishable today?
4  "Answer: I absolutely would agree with
5  you."
6  **A. You seem to have read it correctly.**
7  Q. Okay. And if you look at the top of page
8  179, question at line 16:
9  "In today's scientific standards, there is
10  no reliable evidence that supports that maintaining
11  normothermia reduces the incidence of infection.
12  "Answer: That is correct."
13  Were you aware of that testimony before
14  today?
15  **A. No, I was not.**
16  Q. Did you do any investigation into the
17  Sessler -- or the Kurz/Sessler and Melling papers as
18  part of your opinions in this case?
19  **A. I did not.**
20  Q. Do you have an opinion on whether the use of
21  Bair Hugger increases the number of particulates over
22  a surgical site?
23  **A. I have seen papers that suggest it does and**
24  **I have seen papers that suggest it might not.**
25  Q. My question was different. Do you have an

Page 79

1  opinion on whether the use of Bair Hugger increases
2  the number of particulates over a surgical site?
3  **A. I -- I don't have such an opinion.**
4  Q. One way or another.
5  **A. One way or another.**
6  Q. Okay. Have you done any investigation into
7  that issue?
8  **A. I -- I have read a number of papers, but it**
9  **is not my area of expertise, and I read them only**
10  **because occasionally -- they've occasionally been**
11  **cited by some of the others in this case.**
12  Q. Okay. Do you think that, in connection with
13  reaching a conclusion, which you did, that there is no
14  association between the use of Bair Hugger and a risk
15  of infection, that it would be important to ascertain
16  whether use of the Bair Hugger increases the number of
17  particulates over the surgical site?
18  **A. I -- I rendered my opinion on the basis of**
19  **my understanding of evidence linking Bair Hugger and**
20  **infection, not based upon Bair Hugger and particulates**
21  **per se.**
22  Q. So you haven't done any investigation, for
23  example, into the paper -- published papers by Stocks
24  or Darouiche as whether increased particulates over a
25  surgical site can increase the risk of infection.

Page 80

1  **A. I have read both of those papers. I have no**
2  **expert opinions about the question you ask.**
3  Q. Okay. And you don't cite to or rely on
4  Darouiche or Stocks in connection with your
5  conclusions that are rendered in your -- or contained
6  in your June 2nd expert report.
7  **A. Yes, that is correct. It was my opinion**
8  **that it was the link between the use of Bair Hugger**
9  **and the evidence of infection that mattered.**
10  Q. Okay. But you also understand as an
11  epidem -- as someone studying epidemiology that you
12  have to look at the chain of infection; right?
13  There's a concept is called biological plausibility;
14  correct?
15  **A. Well I --**
16  MR. GORDON: Object to the form of the
17  question.
18  **A. I -- I understand that there is such an**
19  **issue of plausibility and potentiality, yes.**
20  Q. Okay. And you didn't think it was important
21  to understand whether, by way of mechanism, the Bair
22  Hugger would increase the number of particulates over
23  the surgical site?
24  **A. I -- I understood the argument that there**
25  **might be such a mechanism. I opined, based upon the**

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN   1-800-553-1953   info@stirewalt.com

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 81

1  evidence, that there was a link between Bair Hugger
2  and infections, not on whether there was some
3  intermediary process that might be linked.
4      Q.  Well how do you understand how the Bair
5  Hugger might increase the risk of infection?
6      A.  I understand that there are theoretical
7  mechanisms that might be at play, and I would frankly
8  defer that to Dr. Wenzel.  I was not asked to opine
9  about the theoretical mechanisms and I have not opined
10  about them.
11      Q.  So your opinion that there is no association
12  between Bair Hugger and risk of infection is divorced
13  from a concept of whether it increases particulates
14  over the surgical site.
15      MR. GORDON:  Object to the form of the
16  question.
17      A.  I -- I -- there --
18      There are two parts of an answer.  The first
19  one is that you misdescribe my opinion, and the second
20  is that I -- my opinion was not dependent upon whether
21  there was or wasn't a change in the particulate load.
22      Q.  Okay.  And so if there was a substantial
23  increase of particulates over the surgical site caused
24  by the Bair Hugger, that would not inform your opinion
25  one way or another.

Page 82

1      A.  I -- I -- I think I described that in my
2  report, and I can turn to it if you like.  It had to
3  do with the end of my discussion of causality, and I
4  said that in the absence of evidence --
5      I perhaps should look at it so I don't badly
6  paraphrase it, if you don't mind.
7      Q.  Sure.  I think you're on page 21, paragraphs
8  68 and 69.
9      A.  You know it better than I do.  I'm
10  impressed.  Thank you.  If others would read my work
11  as well as you do, I would be flattered.
12      In paragraph 71 I wrote, "In the absence of
13  valid evidence of a causal association between Bair
14  Hugger and SSI, it can only be said that the
15  mechanistic studies are coherent with a hypothetical
16  increase in SSI."  And "Hypothetical associations," I
17  believe, "are not sufficient to sustain an inference
18  of causation."
19      Q.  Okay.
20      A.  I think that's what you were asking me
21  about.
22      Q.  Not necessarily.
23      My question is:  And so if there was a
24  substantial increase in the number of particulates
25  over the surgical site caused by the Bair Hugger, that

Page 83

1  would not inform your opinion one way or the other.
2      A.  It would inform thinking about a
3  hypothetical association.  In the absence of evidence
4  linking Bair Hugger and surgical infections, the
5  presence of particulates, as you describe them, would
6  be interesting but insufficient to point to causation.
7      Q.  Okay.  I wasn't asking you about causation,
8  but --
9      Do you have an opinion of whether an
10  increased number of particles over a surgical site
11  creates an increased risk of infection?
12      A.  I don't have such an opinion.  I am not an
13  expert in that domain.  I understand the logic of it,
14  but it's not an area that I know well enough to opine.
15      Q.  You talk about SSIs or surgical-site
16  infections throughout your report.  Could you give me
17  a definition of that?
18      A.  In the context, I was looking specifically
19  at infections following -- I -- I principally was
20  thinking about infections following arthroplastic
21  surgery, and my intent was to speak to deep
22  infections, but I think in some places I may have used
23  the term more generally to speak of infections at
24  surgical sites.
25      Q.  Okay.  So where I see "SSI" in your report,

Page 84

1  you really meant deep joint infection?
2      A.  If you point to them, I'll try to clarify.
3      Q.  Well --
4      A.  I may have used it ambiguously.
5      Q.  Okay.  Do you understand the difference
6  between a -- what's known to doctors as a deep
7  incisional infection and a deep joint infection?
8      A.  I --
9      MR. GORDON:  Object to the form of the
10  question.
11      A.  I think I do, but maybe you will clarify.
12      Q.  Okay.  What's your understanding?
13      A.  I think that a deep infection of a wound, if
14  we're talking about non-arthroplastic, it's not in the
15  joint, it's not orthopedic, and is in the deeper
16  tissues of the surgical area; and a joint infection
17  seems to be fairly straightforward, it is in the area
18  of the joint.
19      Q.  Do you know how --
20      Did you do any investigation as to how deep
21  joint infections occur?
22      A.  Not per se.
23      Q.  Do you have any understanding of bio -- the
24  term "biofilm" as it relates to infectious organisms
25  on prosthetic joints?

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Page 85

1   A.  I have read about bio -- biofilms.
2   Q.  Have you done any investigation into whether
3   or not antibiotics are effective in connection with a
4   biofilm formed on a prosthetic?
5   A.  It is my understanding that biofilms can
6   make antibiotics less effective.
7   Q.  My question was:  Did you do any
8   investigation into that?
9   A.  I -- I read about that.
10  Q.  Okay.  But you didn't undertake an
11  exhaustive literature review in connection with that.
12  A.  I -- I -- I did not do an exhaustive
13  literature review.  My understanding was that Dr.
14  Wenzel would do that.
15  Q.  Okay.  Did you meet with Dr. Wenzel other
16  than this meeting in DC on May 8th?
17  A.  No, we've never met since then.
18  Q.  Okay.  How long did the meeting go?
19  A.  I would guess three or four hours, but I'm
20  not sure.
21  Q.  Have you spoken to him since then?
22  A.  I think I spoke to him once.
23  Q.  What was that in connection with?
24  A.  I think I was asking him a question about a
25  definition of surgical infections.

Page 86

1   Q.  What did he tell you?
2   A.  I don't recall his answer.  I'm sorry.
3   Q.  Did you see his report before it went in?
4   A.  I think I did, yes.
5   Q.  You haven't looked at any of the expert
6   reports that have been proffered either by 3M or the
7   plaintiffs in connection with computational fluid
8   dynamics?
9   A.  Yes, I have not looked at those reports.
10  Q.  Okay.  Were you aware that corporate
11  representatives for 3M have testified in this case
12  that the use of the Bair Hugger increases the number
13  of particles over the surgical site?
14  MR. GORDON:  Object to the form of the
15  question.
16  A.  I -- I don't think I'm aware of that.  Maybe
17  I heard it.  I don't know.  I haven't read it.
18  MS. CONLIN:  If we could pull out Exhibit 11
19  from yesterday, Mr. Stirewalt.
20  (Holford Exhibit 11 handed to the witness.)
21  THE WITNESS:  Thank you.
22  Q.  I've handed you what was marked during
23  Professor Holford's deposition as Exhibit 11, which is
24  an excerpt out of the 30(b)(6) deposition of Al Van
25  Duren.

Page 87

1   Have you met Mr. Van Duren before?
2   A.  No.
3   Q.  Have you met a single individual at 3M in
4   connection with your work in this case?
5   MR. GORDON:  Non-lawyers you mean.
6   A.  Yeah.  I met a Mr. Boone when you and I
7   first met about a week ago, and I understood he was
8   in -- in -- inside at 3M.  But other than that, no, I
9   don't think so.
10  Q.  You never talked with any of the folks that
11  are involved with Bair Hugger at 3M.
12  A.  Not that I'm aware of.
13  Q.  Okay.  And certainly not in connection with
14  the opinions you rendered in this case.
15  A.  I don't think so.
16  Q.  Okay.  If we can take a look on the back
17  page of what's been previously marked as Holford
18  Deposition Exhibit 11, and if you can direct your
19  attention to the internal page 258, starting on line
20  five, where the corporate representative for 3M was
21  asked the following question:
22  "Okay.  Based on the data we have today,
23  including the study funded by 3M as well as other
24  studies, every single study indicates that Bair Hugger
25  increases the particle count over the sterile field.

Page 88

1   "Answer:  In absolute numbers, yes.
2   "Question:  Yes.  Okay.  And you have no
3   internal studies to refute that?
4   "No, we don't."
5   Do you see that?
6   A.  I do see that.
7   Q.  Okay.  Did you ever investigate why 3M would
8   be concerned about increased particulates over the
9   sterile surgical site?
10  A.  I did not --
11  MR. GORDON:  Object to the form of the
12  question, assumes facts not evidence.
13  MS. CONLIN:  You may answer.
14  A.  I did not investigate that.
15  Q.  Okay.  I take it it's because you didn't
16  think it was important to the conclusions that you
17  rendered; correct?
18  A.  I didn't know that it had been done.
19  Q.  Well now that you know it had been done, is
20  that information you thought you should have had in
21  connection with your opinions?
22  A.  I had determined early in this process,
23  probably going back to that meeting in May, that I was
24  not going to be dealing with the issue of particles,
25  as you're describing them.

22 (Pages 85 to 88)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 89

1    Q.  And you didn't think that was important to
2  look at in connection with the opinions that you've
3  rendered; correct?
4        MR. GORDON:  Object to the form of the
5  question.
6    **A.  Yes.  In the absence of evidence that Bair**
7  **Hugger caused joint infections, I did not think that**
8  **the particle information mattered.**
9    Q.  Why didn't it matter?
10   **A.  Because infections were what mattered.**
11   Q.  Well, do you know whether -- you --
12       You understand that both Darouiche and
13 Stocks and others have said that an increase of
14 particulates equals -- or can equal an increase in the
15 number of infectious organisms; correct?
16       MR. GORDON:  Object to the form of the
17 question.
18   **A.  I -- I have read some who have said that,**
19 **and I have read others who apparently found no**
20 **evidence of either increased particulates or bacteria,**
21 **and I have read others who found no evidence of**
22 **bacteria at all.  I have not rendered an opinion on**
23 **that particular body of literature.**
24   Q.  You have no opinion on whether an increase
25 in particulates over a surgical site can increase the

Page 90

1  risk of infection.
2    **A.  I think it would matter greatly what kind of**
3  **particulates.  There are all kinds of issues there**
4  **that I do not know with sufficient expertise.**
5        **(Exhibit 8 was marked for**
6           **identification.)**
7        THE WITNESS:  Thank you.
8  BY MS. CONLIN:
9    Q.  I have handed you, sir, what's been marked
10 as Borak Exhibit 8, which is an e-mail from Michelle
11 Hulse Stevens at 3M to a number of people at 3M.
12       You've never met Dr. Hulse Stevens before?
13   **A.  No.**
14   Q.  Okay.  And you see the subject is "FAW" --
15 which is forced-air warming -- "aerobiology and the
16 Orthopedic International Concensus Meeting on
17 Prevention of Prosthetic Joint Infection."  Do you see
18 that?
19   **A.  I do see that.**
20   Q.  Okay.  And she starts by saying, "All,
21       "I sat in on the group addressing the OR
22 environment to this consensus document.  There is
23 amazing concern about any particulates in the air
24 during joint replacement surgery and almost uniform
25 comment that forced-air warming increases particulates

Page 91

1  in the air.  They are so sensitive to this issue that
2  they discussed the contribution of talking to
3  particulates, and to the difference in squames
4  shedding between male and female OR staff.  They
5  equate particulates with bacteria in the air and cite
6  studies (do not have the citations) that support
7  this."  Do you see that?
8    **A.  I've read that, yes.**
9    Q.  Okay.  And did you read this today for the
10 first time?
11   **A.  Yes, that's correct.**
12   Q.  This isn't a document that you saw in
13 connection with your expert opinions in this case?
14   **A.  I've never seen this before.**
15   Q.  Do you think it would be important if the
16 people who are selling the Bair Hugger are concerned
17 that par -- there's an equation of particulates with
18 bacteria in the air --
19       MR. GORDON:  Object --
20   Q.  -- and that they've cited to studies that
21 support this?
22       MR. GORDON:  Object to the form of the
23 question, miscon -- misconstrues the document and the
24 evidence.
25   **A.  I -- I can understand the concern that this**

Page 92

1  **panel would have raised.**
2    Q.  Do you think it would be important if the
3  people who are selling the Bair Hugger were concerned
4  about it creating an increase of particulates in the
5  air over the surgical site?
6    **A.  It may have been a very appropriate thing**
7  **for them to be concerned about.**
8    Q.  But you didn't know that they were until
9  today; correct?
10       MR. GORDON:  Object to the form of the
11 question, it assumes facts not in evidence, mis -- and
12 misconstrues the evidence.
13   **A.  I've never seen this document before.**
14   Q.  Okay.  In your report you express no opinion
15 on whether the Bair Hugger can create convective
16 turbulence in the OR; correct?
17   **A.  I rendered no such opinions.**
18   Q.  Okay.  And you haven't looked at any
19 literature aside from McGovern that addresses that
20 specific subject.
21   **A.  I -- I -- I have read articles about it, but**
22 **I have no opinion about it and I've rendered no**
23 **opinion about it.**
24   Q.  And I take it you didn't think that that was
25 important in connection with the opinions that you've

23 (Pages 89 to 92)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 93

1    expressed in your expert report.
2        A. As I've explained, I thought that the link
3    between Bair Hugger and surgical-site infections was
4    the critical issue, and that's what I focused on.
5        Q. But you didn't, in connection with that
6    link, you didn't look at or investigate whether the
7    use of the Bair Hugger can create particulates that
8    can create that link.
9        A. I -- I read that there was literature which
10   addressed that, and I understood that others were
11   going to address that.
12       Q. So I take it if someone said there was a
13   risk of airborne contamination with the Bair Hugger,
14   you'd disagree with that.
15       A. No. I don't have enough evidence to say
16   that. I would say that there is no good evidence that
17   use of the Bair Hugger causes surgical-site
18   infections.
19       Q. Well would you -- if --
20           If someone said that there's a risk of
21   airborne contamination with the Bair Hugger, would
22   that be of import to you or not?
23       A. It's of interest to me.
24       Q. Okay. But you haven't seen anything that
25   says that; right?

Page 94

1        A. I have seen papers that have indicated that
2    there were increased particulates and I have read
3    papers that said that there weren't.
4           (Discussion off the stenographic record.)
5           (Exhibit 9 was marked for
6               identification.)
7    BY MS. CONLIN:
8        Q. I've handed you, sir, what's been marked as
9    Borak Exhibit 9, which is a 510(k) summary of safety
10   and effectiveness dated January 10th, 1996 involving
11   FDA approval of the Bair Hugger 750.
12          Do you have any understanding of the
13   differences in designs between, for example, the 500
14   or the 750?
15       A. I've seen reference to it, but I don't know
16   what the differences are. And I don't know what a
17   510(k) is.
18       Q. 510(k) is when you are seeking abbreviated
19   approval through the FDA based on a predicate device.
20       A. Okay.
21       Q. So if you look at the first paragraph here,
22   it will say, last sentence under "SAFETY," "The
23   predicate device is the Bair Hugger Patient Warming
24   System, Model 500 Warming Unit." Okay?
25       A. I --

Page 95

1            MR. GORDON: Object to the form of the
2    question.
3        A. I'm accepting that what you've read is
4    correct. I don't see it here, but that doesn't, I
5    think, matter.
6        Q. Well take a look at the last sentence under
7    "SAFETY." Do you see it says --
8        A. Ah, yes. Okay. There I see it.
9        Q. -- "The predicate device..."
10       A. Okay. Thank you.
11       Q. Okay?
12       A. So what you're saying is this is a request
13   for a subsequent machine to be adopted based upon the
14   history of that predecessor, the predicate.
15       Q. Right.
16       A. Okay.
17       Q. Okay? And you see on the first page it
18   talks about "Summary of Safety;" correct?
19       A. Yes.
20       Q. Okay. And I'd like to direct your attention
21   to the back page of this exhibit. Do you see section
22   C. "Other Safety Concerns:
23          "1. Contamination. Airborne contamination
24   from air blown intraoperatively across the surgical
25   wound may result in airborne contamination."

Page 96

1            Do you see that?
2        A. I do.
3        Q. Okay. Now this was submitted in connection
4    with the Bair Hugger model 750. Have you ever seen
5    this before?
6        A. No.
7        Q. Okay. Would this be something that you
8    would view as important in connection with the
9    conclusions contained in your expert report in this
10   case?
11       A. As I've explained, my expert opinion was
12   based upon what I found as evidence linking Bair
13   Hugger with infections. So this is interesting, but
14   this is not evidence of infections.
15       Q. Well you understand that the mechanism of
16   infections is through airborne contamination;
17   correct, --
18           MR. GORDON: Object --
19       Q. -- sir?
20           MR. GORDON: Object to the form of the
21   question, assumes facts not in evidence.
22       A. I understand that that is an area that Dr.
23   Wenzel is going to be opining about, that I was not
24   going to opine about that, and so I have no opinion
25   about that.

24 (Pages 93 to 96)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 97

1    Q.  Well you understand when --
2       When you've opined that there is no
3  association between the use of the Bair Hugger and
4  infection, you understand the mechanism by which
5  plaintiffs are alleging the infection occurs is
6  through airborne contamination; correct?
7    A.  Well once again you have asked a question
8  which has two different parts of it.  First of all, I
9  do not accept your description of my opinion.
10  Secondly, I'm not sure what the plaintiffs are
11  alleging.  I understand there was discussion of the
12  airborne particulates as being a possible intermediary
13  in the development of infection.  I have been looking
14  at the infections.
15    Q.  Okay.  And so you did no analysis as to
16  whether the Bair Hugger can create airborne
17  contamination; correct?
18    A.  I think I've explained that I was not asked
19  and agreed that I would not be addressing and did not
20  do an investigation to determine whether that was so.
21    Q.  Well how can you find that there is no
22  association between Bair Hugger and infections if you
23  didn't investigate the mechanism by which those
24  infections can occur?
25       MR. GORDON:  Object to the form of the

Page 98

1  question.
2    A.  I think we earlier went over the fact that
3  I've agreed that the presence of such intermediary
4  mechanisms in the absence of infections poses an
5  interesting hypothesis, but that in the absence of
6  infections it is insufficient to show causation.
7    Q.  Well am I correct in stating that you didn't
8  look at the issue, in connection with the conclusion
9  you just stated, as to whether use of the Bair Hugger
10  can create airborne contamination which can lead to
11  infection?
12    A.  I -- I think I've already answered this but
13  let's try it one more time.  I have read a number of
14  papers that had to do with the question of whether the
15  Bair Hugger did or did not cause increase in airborne
16  particulates, but I have no opinion as to whether that
17  is the cause and whether that causes.  My opinion
18  rests upon whether there is evidence the Bair Hugger
19  causes infection, and that is the basis of my opinion.
20    Q.  Can you answer my question?  I'll read it
21  back to you.
22       Am I correct in stating that you didn't look
23  at the issue, in connection with the conclusion you
24  just stated, as to whether the use of the Bair Hugger
25  can create airborne contamination which can lead to

Page 99

1  infection?
2    A.  And the answer was I read articles and
3  reports that were relevant to the question, but I did
4  not render an opinion, and I do not have one to offer
5  you now as to whether Bair Hugger causes -- and your
6  phrase was --
7    Q.  Create airborne contamination which can lead
8  to infection.
9    A.  Yes.  I do not have an opinion as to whether
10  it does that because it is my opinion that there is
11  not sufficient evidence that it causes infection.
12    Q.  Well if you didn't look at the issue of
13  whether it causes airborne contamination, how could
14  you have reached your conclusion that it doesn't cause
15  infections?
16    A.  Because I --
17       MR. GORDON:  Object to the form of the
18  question.
19    A.  I have looked at the information that I
20  believe is available.  I don't think I'm missing any
21  of the information that has to do with whether the
22  Bair Hugger causes infection.  And other than two
23  studies, which I believe to be inadequate, I find no
24  evidence that it causes infection.
25    Q.  You -- you're -- you're not answering my

Page 100

1  question, so --
2    A.  I -- I am really trying to answer your
3  question.
4    Q.  Okay.
5    A.  You're asking the same question, I think,
6  repeatedly, but --
7    Q.  No, because you're --
8       Well if I am, it's because you're not
9  answering it.  My ques --
10       MR. GORDON:  Well move -- move to strike
11  counsel's commentary.
12    Q.  Did you find -- did you find it important at
13  all, looking at this document today, to see that the
14  manufacturer of the Bair Hugger 750 warned in an FDA
15  document about the risk of airborne contamination
16  through use of the Bair Hugger?
17    A.  I think it's interesting.
18    Q.  Is this something that you wish you would
19  have had before you rendered your opinions in this
20  case, or are you saying it's of no import?
21    A.  I'm saying that in the absence of evidence
22  of infections, the fact that this happens doesn't seem
23  to me to be central to my opinions.
24    Q.  Okay.  Why would they be warning about
25  airborne contamination if it wasn't increasing a risk

25 (Pages 97 to 100)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 101

```
1    of infection?
2         MR. GORDON: Object to the form of the
3    question, it assumes facts not in evidence, lack of
4    foundation.
5         A.  The question is "Why would they have done
6    it?" I think they were required to. And I don't
7    think that there was evidence at that time that this
8    was leading to infections.
9         Q.  Well okay. First of all, you have no idea
10   because you just told me you don't know what a 510(k)
11   is, so when you state that, you have no idea whether
12   they're required to do that or not.
13        A.  Yes, but --
14        MR. GORDON: Object to the form of the
15   question.
16        A.  -- your question -- your question was
17   whether I had an opinion about why they did it. I
18   think that was your question.
19        Q.  Do you see where it says, "Prevention of
20   airborne contamination" underneath the safety
21   concerns, and it says, "Prevention of airborne
22   contamination:  All Bair Hugger Blankets designed for
23   use in the operating room feature a tape barrier which
24   prevent air from migrating toward the surgical site."
25   Do you see that?
```

Page 102

```
1         A.  Yes.  Point to which line you have just read
2    to me so I'm sure that I am on track here.
3         Q.  Right under "Prevention of airborne
4    contamination." Right?
5         A.  Yes, I see that paragraph.
6         Q.  Colon, "All Bair Hugger Blankets designed
7    for use in the operating room feature a tape barrier
8    which prevent air from migrating toward the surgical
9    site."
10        A.  I read that, yes.
11        Q.  Okay.  Why would the manufacturer of a Bair
12   Hugger have a tape barrier to prevent air from
13   migrating toward the surgical site?
14        MR. GORDON: Objection, lack of foundation.
15        A.  I -- I'm -- I'm conjecturing.  You
16   understand I'm not an engineer, I'm not a biomedical
17   expert.  I assume they're doing it to keep air from
18   leaving the blanket, but I -- that's just a
19   conjecture.
20        Q.  And that would be --
21        And this is, of course, under the section
22   where they're talking about concern over airborne
23   contamination; correct?
24        A.  That is the caption, yes.
25        Q.  Okay.  So did you do any investigation into
```

Page 103

```
1    whether airborne contamination could occur over the
2    surgical site if a tape barrier weren't in place?
3         A.  I did not look at that question
4    specifically.
5         Q.  Okay.  And then you see it talks about
6    "Additionally, air is filtered through a .2 micron
7    filter."  Do you see that?
8         A.  I do see that.
9         Q.  Do you know why a manufacturer would be
10   concerned about filtering air before sending it
11   through the Bair Hugger?
12        MR. GORDON: Object to the form of the
13   question.
14        A.  I -- I can imagine, but it's purely
15   conjecture.
16        Q.  It wasn't something that you investigated in
17   connection with the opinions that you've rendered;
18   correct, sir?
19        A.  Yes, that's correct.
20        Q.  And you didn't do any investigation into the
21   filter efficiency of the Bair Hugger; correct?
22        A.  No, I specifically did not look at the
23   filter efficiency of the Bair Hugger.
24        Would -- would you finish reading that
25   paragraph?
```

Page 104

```
1         Q.  Document speaks for itself.
2         A.  Okay.
3         Q.  You haven't looked at it.  I'll move on.
4         MS. CONLIN:  Can you pull out Exhibit 30,
5    please, Mr. Stirewalt, from yesterday.
6         (Holford Exhibit 30 handed to the witness.)
7         MS. CONLIN:  That actually may not be the
8    right one.
9         (Discussion off the stenographic record.)
10   BY MS. CONLIN:
11        Q.  I've handed you, sir, what's been marked as
12   Deposition Exhibit 30, Holford Deposition Exhibit 30.
13        MS. CONLIN:  And perhaps if you could hand
14   him, Mr. Court Reporter, Exhibit 31 as well.
15        (Holford Exhibit 31 handed to the witness.)
16        Q.  I've handed you, sir, what have been previously
17   marked as Holford Deposition Exhibits 30 and 31, which
18   are excerpts from the CDC Department of Health and
19   Human Services, Centers for Disease Control,
20   Healthcare Infection Control Practices Advisory
21   Committee.  Have you seen --
22        Had you seen Exhibits 30 or 31 prior to the
23   time you rendered your expert opinions in this case?
24        A.  I don't think I've read them, no.
25        Q.  Okay.  Did you see them yesterday after
```

26 (Pages 101 to 104)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 105

1  Mr. -- or after Professor Holford's deposition was
2  taken?
3  　　A.  We may have spoken of it.  I -- I may even
4  have seen them, but I didn't read them.
5  　　Q.  Okay.  So at the time you --
6  　　　And -- and you've, I think, previously
7  testified you think the CDC is a very reputable
8  organization; correct?
9  　　A.  Yeah.  But it's a very big organization,
10  which means that it does have components that make
11  mistakes.  And I have worked for CDC and I have
12  respect for it.
13  　　Q.  Okay.  And were you aware at the time that
14  you rendered your expert opinions in this case that
15  the CDC Advisory Committee on Healthcare Infection
16  Control Practices had suggested that nothing that
17  blows air should be in an operating room?
18  　　　MR. GORDON:  Object to the form of the
19  question, misstates the evidence, assumes facts not in
20  evidence.
21  　　A.  I -- I am aware that they made that
22  statement at some time in the past, yes.
23  　　Q.  Okay.  Were you aware of it at the time you
24  rendered your expert opinions in this case?
25  　　A.  Not specifically.

Page 106

1  　　Q.  Okay.  Did you do an investigation, once you
2  found that out, as to why the CDC was recommending
3  that nothing that blows air should be in an operating
4  room, if possible?
5  　　　MR. GORDON:  Object to the form of the
6  question, misstates the evidence, assumes facts not in
7  evidence.
8  　　A.  My understanding from looking at this and
9  discussions with Mr. Gordon last night -- or yesterday
10  was that there was a subsequent algorithm or -- or --
11  or structure that addressed that, and that the concern
12  the CDC had in -- or HICPAC had at that time concerned
13  blowers that had interfaces with -- with water
14  reservoirs that were wet, and I understand the concern
15  was probably related to a cluster of atypical
16  Mycobacterium infections in the cardiothoracic
17  surgical area.
18  　　Q.  Can you answer my question?
19  　　A.  Well ask me your question again then.
20  　　Q.  Sure.
21  　　　Did you do any investigation, prior to the
22  time you rendered your opinion in this case, as to why
23  the CDC was recommending that nothing that blows air
24  should be in an operating room, if possible?
25  　　　MR. GORDON:  Same objections, also now asked

Page 107

1  and answered.
2  　　A.  I think I answered that no, I had not looked
3  at this prior to rendering my report.
4  　　Q.  Do you know whether the CDC would be
5  concerned about airborne contamination that could
6  infect a patient on an operating table?
7  　　A.  It would seem reasonable that they might be
8  concerned about that.
9  　　Q.  But that isn't something that you reviewed
10  prior to yesterday.
11  　　　MR. GORDON:  Objection, asked and answered.
12  　　A.  Yes.
13  　　Q.  Now you don't in your expert report deal at
14  all with the reported issues of culturing of microbes
15  within a Bair Hugger; correct?
16  　　A.  Correct.
17  　　Q.  And I take it you don't think that the
18  presence of microbes within a Bair Hugger can pose a
19  risk to a patient; correct?
20  　　A.  No, I didn't say that.
21  　　Q.  Well risk of infection to a patient.
22  　　A.  I said that there was, to my knowledge, no
23  good evidence that use of the Bair Hugger caused
24  infections.
25  　　Q.  And my point was:  In connection with

Page 108

1  reaching those opinions, you had to satisfy the issues
2  or find them not to be of interest or import that
3  cultures had been taken in many Bair Hugger devices
4  with infectious microbes.
5  　　A.  I --
6  　　　MR. GORDON:  Object to the form of the
7  question.
8  　　A.  I understand that there have been such
9  studies done.  I have no evidence that that has led or
10  been associated with infections.
11  　　Q.  Were you aware that there was an
12  Acinetobacter baumannii outbreak that was traced to
13  the Bair Hugger as well as another surgical unit in a
14  hospital?
15  　　　MR. GORDON:  Object to the form.
16  　　　Are -- are you saying Acinetobacter?
17  　　　MS. CONLIN:  Yeah.
18  　　　MR. GORDON:  Object to the form of the
19  question, assumes facts not in evidence.
20  　　A.  I -- I don't know that I'm aware of that.
21  Maybe I have read it.  I don't recall.
22  　　Q.  Okay.  So it wasn't anything that informed
23  your opinions.
24  　　A.  It did not inform my opinions.
25  　　Q.  You weren't aware that there was an

27 (Pages 105 to 108)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 109

1  Acinetobacter outbreak in Kentucky and they were able
2  to trace the organism back to the Bair Hugger as well
3  as another piece of equipment in the OR?
4      **A.  I -- I would be happy to look at that if you**
5  **have information about it.  I'm not aware of it off**
6  **the top of my head.**
7      Q.  Okay.  And it wasn't something that you
8  looked at in connection with rendering your expert
9  opinions in this case.
10     **A.  No, not specifically.**
11     Q.  Okay.  Do you believe or have an opinion as
12 to whether the presence of infectious microbes being
13 harbored in a Bair Hugger unit can create a risk of
14 infection for a pa -- a patient?
15         MR. GORDON:  Object to the form of the
16 question.
17     **A.  It -- it seems reasonable that it could.**
18     Q.  But you didn't look at it.
19         MR. GORDON:  Object to the form of the
20 question.
21     **A.  I looked to see whether there was evidence**
22 **that use of the Bair Hugger had raised significantly**
23 **the risk of infection --**
24     Q.  Right.  But you --
25     **A.  -- in orthopedic surgeries.**

Page 110

1      Q.  But you didn't investigate all the ways in
2  which it could cause that increase in infections.
3      **A.  No, no, no.  I thought about them and I read**
4  **about them, but that was not part of my opinion.**
5      Q.  Well when you found that there wasn't
6  sufficient evidence for an association to exist
7  between the use of the Bair Hugger and an increased
8  risk of infection, is it your opinion that it was just
9  based on your review of McGovern?
10     **A.  Oh, no, no, it was not limited to my review**
11 **of McGovern.**
12     Q.  Well as an epidemiology analysis, you have
13 to look at all of the evidence that might create a
14 risk for a patient; correct?
15     **A.  Yes.  And we go back to an answer I gave you**
16 **earlier -- I may not be answering your question, and I**
17 **apologize in advance -- but I said that absent valid**
18 **evidence of a causal association between Bair Hugger**
19 **and SSI, it can only be said that mechanistic studies**
20 **are coherent with a hypothetical increase, and what**
21 **you're posing to me is a hypothetical increase due to**
22 **a mechanism, and I agreed with you, it is hypothetical**
23 **and hypothetically relevant.**
24     Q.  But you didn't look at any of the documents
25 that might -- we'll go -- strike that.

Page 111

1      You agree with me, and I think you did
2  earlier, that association is, at the end of the day, a
3  matter of scientific judgment; correct?
4      **A.  You read me a statement that said that and I**
5  **said I didn't disagree with it.**
6      Q.  Right.  You agree with it.
7      **A.  It requires judgment.**
8      Q.  Right.
9      **A.  It's not a matter of judgment.**
10     Q.  And in exercising that judgment, you didn't
11 investigate all the ways in which a Bair Hugger can
12 actually increase the risk of infection for a
13 plaintiff -- or a patient.
14     **A.  I -- I really apologize.  We are banging**
15 **intellectual heads together on this particular issue.**
16 **I'm telling you that I read a lot and I am**
17 **aware of the hypothetical ways in which Bair Hugger**
18 **might contribute to infections.  I don't have an**
19 **opinion as to whether any of those hypothetical**
20 **mechanisms are in fact causal, and I have said that**
21 **absent evidence that it causes infection, all of those**
22 **mechanisms are simply hypothetical.  So when you ask**
23 **whether I have considered them, the answer is yes.**
24 **Did it contribute to my opinion?  No, absent the**
25 **evidence of infections caused by Bair Hugger.**

Page 112

1      Q.  But still you have to look at the evidence
2  to reach the conclusion, sir.
3      **A.  I -- I --**
4      Q.  We just looked at a bunch of documents today
5  you've never seen.
6      **A.  I --**
7          **The opinion I render is based on whether or**
8  **not there is evidence of infection, not whether or not**
9  **there is evidence of a hypothetical mechanism.  And we**
10 **will not be able to resolve this difference.  You**
11 **would like me to say -- I think you would like me to**
12 **say that the hypothetical mechanism is sufficient to**
13 **reach a causal conclusion, and it is my opinion that**
14 **it is not.**
15     Q.  I wasn't asking you that.  I'm trying to
16 get --
17     **A.  In that case, I withdraw the answer.**
18     Q.  I'm trying to get a sense of what you did in
19 connection with reaching your conclusions as expressed
20 in your report, and I've been probing that area, which
21 is what I'm asking you about.
22         MR. GORDON:  And he's told you.
23     Q.  So --
24     I don't know if you answered this or not.
25 You don't believe there is reason to be concerned

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 113

1  about pathogens harbored in the Bair Hugger machine
2  itself.
3      **A.  Oh, I don't think it's a good idea to harbor**
4  **pathogens in the Bair Hugger machine.**
5      Q.  Did you look at any of the documents that
6  related to -- strike that.
7          (Exhibit 10 was marked for
8          identification.)
9  BY MS. CONLIN:
10     Q.  I've handed you, sir, what's been marked as
11  Deposition Exhibit No. 10, which is a series of
12  internal e-mails produced by 3M in the case.  I'd like
13  to direct your attention to the second page at the
14  bottom.
15     **A.  Bear with me.  I'm just looking to see**
16  **things like dates and so forth.  And let me just --**
17     Q.  Dated March 3rd, 2009.
18     **A.  Right.  Oh, 2009.  That's what I was looking**
19  **at.  Yes, please go ahead.**
20     Q.  Okay.  So if you can take a look at the last
21  page, please, bottom e-mail from Judy Hodges to Rick
22  Mathieu, "Subject:  Bair Hugger," reads, "Rick,
23          "We have a model 750 unit, serial number
24  19137 that has cultured positive for Acinetobacter.
25  We are looking for directions for proper cleaning/

Page 114

1  disinfecting this machine, inside and out."
2          And if we can look, then, there's a series
3  of e-mails.  When you look back to the first page, Al
4  Van Duren -- in the middle of the page, Al Van Duren
5  writes to Mark Scott with a cc to Gary Hansen and Dave
6  Westlin.
7          Do you know who any of those people are, by
8  the way?
9      **A.  No.**
10     Q.  Okay.  And it says, "Do not scrap the unit.
11  "Remove and discard the filter (in the
12  biohazardous waste)."
13         Do you see that?
14     **A.  I do.**
15     Q.  Why -- why do you think that representatives
16  for 3M would be concerned about changing out a filter
17  when a machine has tested positive for Acinetobacter?
18         MR. GORDON:  Object to the form of the
19  question, and lack of foundation.
20     **A.  I -- I can -- I can only conjecture.  I**
21  **think that if there were bacteria in the machine, then**
22  **there might be bacteria on the filter, and it's**
23  **possible that the machine but not the filter can be**
24  **cleaned, but I don't know.**
25     Q.  Do you think they were warned -- warned

Page 115

1  of -- or worried about airborne contamination that
2  might cause an infection in a patient?
3          MR. GORDON:  Lack --
4          Objection, lack of foundation.
5      **A.  I think they were concerned about how to**
6  **clean the machine and they removed a filter and threw**
7  **it away in the biohazards waste.  I'm guessing that**
8  **they threw it away because they couldn't clean it, but**
9  **I don't know if that's true.**
10     Q.  Can you answer my question?
11     **A.  I have no knowledge here or no information**
12  **here as to whether this has to do with airborne**
13  **hazards.**
14     Q.  My reading that, do you think they were
15  worried about airborne contamination that might infect
16  a patient?
17         MR. GORDON:  Object to the form of the
18  question, lack of foundation.
19     **A.  I -- I don't know.  I assume that would have**
20  **been among the myriad thoughts that might have been,**
21  **but I don't know.**
22     Q.  Okay.  Did you look at any internal
23  documents about -- from 3M about machines that had --
24  were coming out of the field that were testing
25  positive for various infectious microbes?

Page 116

1      **A.  I don't think I did.**
2      Q.  Or what 3M did in connection with those
3  reports coming in from the field?
4          MR. GORDON:  Object to the form of the
5  question.
6      **A.  No, I don't think so.**
7      Q.  Okay.  And you don't know and didn't do
8  investigation whether they were concerned about
9  airborne contamination consistent with the FDA
10  document we looked at earlier.
11         MR. GORDON:  Object to the form of the
12  question.
13     **A.  I -- I think you have shown me documents**
14  **that suggest that they had concerns, but I don't know.**
15         MS. CONLIN:  Okay.  Why don't we take a
16  break there.
17         THE REPORTER:  Off the record, please.
18         (Recess taken.)
19  BY MS. CONLIN:
20     Q.  You can direct your attention, sir, to page
21  four of your expert report, Borak Exhibit 1.  In the
22  first full paragraph you say, "But as discussed below,
23  there's insufficient evidence to demonstrate that
24  forced-air warming increases the probability of deep
25  joint infection under either scenario.  That was the

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 117

1    conclusion of the recent CDC Guideline for
2    Professional -- for Prevention of Surgical Site
3    Infection."  Do you see that?
4        A.  Yes.
5        Q.  And then you say, "Likewise, the nonprofit
6    ECRI recently concluded:
7            "'Based on our focused systematic review of
8    the published literature, we believe that there is
9    insufficient evidence to establish that the use of
10   forced-air warming systems leads to an increase in
11   SSIs compared to other warming methods.'"
12           Do you see that?
13       A.  I do.
14       Q.  And that was something that you reviewed and
15   relied on in connection with your expert opinion in
16   this case.
17       A.  I cited it, yes.
18       Q.  By citing it, you relied on it; correct?
19       A.  That's correct.
20       Q.  Okay.  Did you ask the attorneys for 3M, Mr.
21   Gordon or otherwise, for information that would show
22   3M's involvement in any of these publications that are
23   coming out?
24       A.  No.
25       Q.  Did you think that was anything that would

Page 118

1    be important if you're relying on certain studies?
2        A.  I would not have thought of that as an issue
3    with regards to the CDC guideline.
4            With regards to ECRI, I did some web
5    searching on it, discovered it was an organization
6    that was perhaps 50 or more years old, that it had a
7    very extensive participation.  I looked at its board
8    and I think maybe senior staff, whatever.  But it
9    seemed to me to be more than a public-relations
10   effort.  I was concerned because it was not a group
11   that I normally deal with at great length.
12       Q.  Was the ECRI publication something that was
13   provided to you by the attorneys for 3M?
14       A.  It's likely, but I'm not -- I don't remember
15   specifically.
16       Q.  Okay.  It's possible that it came from 3M in
17   the packet of materials that you reviewed?
18       A.  It is possible.
19       Q.  Okay.  You don't have any independent
20   recollection of finding it on your own.
21       A.  I -- I don't know whether it came up as a
22   consequence of searching the web on forced-air warmers
23   and Bair Huggers.  May have, but I don't remember.
24       Q.  Okay.  But it's quite possible it came from
25   3M.

Page 119

1        A.  It's possible.
2            (Borak Exhibit 11 was marked for
3            identification.)
4        THE WITNESS:  Thank you.
5    BY MS. CONLIN:
6        Q.  I have handed you, sir, what's been marked
7    as Borak Deposition Exhibit 11, which is an internal
8    3M document, timeframe of February 6th and -- 5th, 6th
9    and 7th, 2011, so this would have been prior to the
10   time the ECRI publication came out that you reference
11   in your report as reference number five.  And if you
12   can take a look at the top of it, it's an e-mail from
13   Gary Hansen to Dave Westlin, Teri Woodwick-Sides, Jana
14   Stender and John Rock.
15           Do you know who any of those individuals
16   are?
17       A.  I do not.
18       Q.  Okay.  Do you know whether they were
19   involved in the ECRI publication that you relied on?
20       A.  I don't recognize the names.
21       Q.  Were you aware that they were involved in
22   the ECRI publication that you relied on?
23       A.  I am not aware.
24       Q.  Okay.  You see it says, "I was thinking
25   about this over the weekend.  Our first step with ECRI

Page 120

1    should be preventing them from doing their own
2    testing, but rather to rely on published data."  Do
3    you see that?
4        A.  I see that statement.
5        Q.  Why do you think individuals at 3M didn't
6    want ECRI to do their own testing with respect to the
7    Bair Hugger?
8        MR. GORDON:  Objection, lack of foundation.
9        A.  I -- I don't know.
10       Q.  Would that concern you as an epidemiologist
11   if the manufacturer was trying to prevent studies from
12   going on?
13       MR. GORDON:  Object to the form of the
14   question.
15       A.  I -- I don't know whether the motivation
16   was -- was financial or otherwise.
17       Q.  Do you --
18           Are you aware that outside doctors and
19   advisors were suggesting to 3M that they do their own
20   studies on the Bair Hugger and they refused?
21       MR. GORDON:  Object to the form of the
22   question, lack of foundation.
23       A.  I'm not aware of that.
24       Q.  Well when you say there's insufficient
25   evidence, did you ascertain whether the paucity of

30 (Pages 117 to 120)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 121

1  evidence as you've described is due to the fact that
2  3M refused to do their own testing?
3      MR. GORDON:  Object to the form of the
4  question, assumes facts not in evidence.
5      A.  I have no idea.
6      Q.  Were you aware that representatives from 3M
7  actually met with ECRI before that publication?
8      A.  I am not aware.
9      Q.  Were you aware that ECRI sent that
10  publication to 3M for comment before it was published?
11      A.  I am not aware.
12      Q.  Would that be something that you would have
13  wanted to know?
14      A.  I would find it interesting.
15      Q.  Why would you find it interesting?
16      A.  Because I didn't know it before and it's an
17  interesting facet.
18          I don't know whether 3M rewrote it.  Is that
19  the implication of your question?  I don't know what
20  happened.
21      Q.  But why would you find it interesting?
22      A.  Because I did not know, prior to five
23  minutes ago, that there was any correlation between 3M
24  and ECRI.
25      Q.  Would it -- would it have been of interest

Page 122

1  for you to know that 3M representatives met with ECRI
2  officials for an in-person meeting on March 9th of
3  2011 in Philadelphia?
4      A.  I -- I don't know enough to tell you whether
5  it's anything of interest.
6      Q.  Were you aware that ECRI assured 3M that it
7  would be a confidential discussion?
8      A.  I have no knowledge of any of this.
9      Q.  Would that be something that you would have
10  wanted to know when you relied on the ECRI publication
11  as evidence that forced-air warming doesn't increase
12  risk of infection?
13      A.  I read the ECRI document and I looked at the
14  ECRI website to understand who ECRI was.  That was all
15  that I knew.
16      Q.  Can you answer my question.
17      A.  You're asking me whether my opinion of their
18  document would have been changed by the fact that
19  they --
20      Q.  No.
21      A.  -- met in Philadelphia confidentially.
22      Q.  That's not what I asked.  It was:  Would the
23  fact that 3M officials met with ECRI in confidential
24  discussions prior to the publication have been
25  something that you would have wanted to know when you

Page 123

1  relied on the ECRI publication as evidence that
2  forced-air warming doesn't increase risk of infection?
3      A.  Your -- your question is whether I would
4  have wanted to know because I thought that 3M was
5  manipulating the document or might have been
6  manipulating the document, and I don't know whether
7  that's the case, and I --
8          Whether it would be interesting to know,
9  it's interesting.
10      Q.  I'm just asking you whether it would have
11  been something that you would have wanted to know.
12      A.  I -- I don't know.  It's all in hindsight.
13      Q.  Did you ask 3M for any information related
14  to this ECRI publication?
15      A.  No.
16      Q.  Were you aware that 3M was refusing to do
17  additional studies into the Bair Hugger?
18      MR. GORDON:  Object to the form of the
19  question, also assumes facts not in evidence.
20      A.  Would you repeat your question?
21      Q.  Sure.  Were you aware, prior to the time you
22  issued your opinions in this case, that 3M was
23  refusing to do any additional studies into the Bair
24  Hugger?
25      MR. GORDON:  Same objection.

Page 124

1      A.  I -- I don't know whether that was true and
2  I didn't know it.
3          (Exhibit 12 was marked for
4          identification.)
5      THE WITNESS:  Thank you.
6  BY MS. CONLIN:
7      Q.  I've handed you, sir, what's been marked as
8  Deposition Exhibit 12, which is a series of e-mails
9  between Gary Hansen and Dan Sessler.
10      Do you know who Mr. Sess -- Dr. Sessler is?
11      (Glass of liquid spills on table.)
12      MS. CONLIN:  Let's go off the record.
13      THE REPORTER:  Off the record, please.
14      (Recess taken.)
15      THE REPORTER:  There's a pending question.
16      Q.  I've handed you, sir, what's been marked as
17  Deposition Exhibit 12, which is a series of e-mails
18  between Gary Hansen and -- dr. Daniel Sessler.
19      You know who Dr. Sessler is; correct?
20      A.  I -- I know the name, yes.
21      Q.  And you in fact relied on some of his
22  publications in connection with your opinions in this
23  case; correct?
24      A.  Yes, I've cited his work.
25      Q.  For example, in your reference list number

31 (Pages 121 to 124)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 125

1  three, the Kurz and Sessler, that was one of the
2  references that you relied on; correct?
3      **A.  That we discussed earlier.**
4      Q.  Yes.
5          And were you aware that at the time you
6  issued your opinion in this case that Dr. Sessler was
7  an outside science advisor/medical doctor to 3M?
8      **A.  I was unaware.**
9      Q.  So you're hearing that today for the first
10 time?
11     **A.  I think so.**
12     Q.  Okay.  And if we take a look at Borak
13 Exhibit 12, at the bottom it's an e-mail from Dr.
14 Sessler to Gary Hansen at 3M.
15         "Hi Gary,
16         "We were lucky that this was published at
17 almost the same time as Scott's paper.  We may not
18 have -- We may not have warning of his next effort
19 though.  There is a real possibility that he will do
20 some sort of bacterial sampling study (the idea is
21 obvious) and we'll first know of it in the published
22 paper.  If that happens, whatever Scott reports will
23 be un-opposed for one to two years while we do a
24 catch-up study, analysis, and get through the
25 publication process.  Waiting much longer seems like a

Page 126

1  dangerous strategy."
2          Do you see that?
3      **A.  Yes, that's what you read.**
4      Q.  Were you aware that Dan Sessler was urging
5  3M for years to do their own bacterial studies?
6          MR. GORDON:  Object to the form of the
7  question.
8      **A.  I -- I -- I don't know that, and that's not
9  put forth here.**
10     Q.  Were you aware that -- were you aware that
11 Dr. Sessler was urging 3M to do their own bacterial
12 studies?
13     **A.  I was not aware.**
14         **(Exhibit 13 was marked for**
15         **identification.)**
16 BY MS. CONLIN:
17     Q.  I've handed you, sir, what's been marked as
18 Borak Deposition Exhibit 13, which is an e-mail from
19 Dan Sessler dated -- looks like approximately a year
20 after the e-mail we were just looking at, "Re:
21 URGENT!!!!"  Do you see that?
22     **A.  I see the top, yes.**
23     Q.  Okay.  And it says, "Gary,
24         "I'm pretty unhappy.  I took this project on
25 as a favor and it has ended up costing a huge amount

Page 127

1  of time -- and now more to come.  Furthermore, this
2  may damage my reputation; just the fact that a
3  complaint was filed already has to some extent."
4          Do you see that?
5      **A.  Yes.**
6      Q.  Okay.  And the next paragraph, it says,
7  "This is completely preventable.  As I've been saying
8  for a year, only a bacterial sampling study will
9  adequately deal with this issue."
10         Do you see that?
11     **A.  I see that.**
12     Q.  Okay.  So you have now seen two separate
13 e-mails, separate in time, where Dr. Sessler is urging
14 3M to do a study; correct?
15         MR. GORDON:  Object to the form of the
16 question.
17     **A.  I -- I'm -- I'm assuming that's what he**
18 **spoke of in the ear -- previous exhibit and his**
19 **concern is reiterated here, but I don't know that to**
20 **be certain.**
21     Q.  If it is, you would agree with me that
22 there's at least evidence that over a period of time
23 Dr. Sessler was urging 3M to do a study.
24     **A.  Yes.  There was apparently evidence that for**
25 **appar -- that at least twice over a period of**

Page 128

1  **something like that, seven months, eight months, that**
2  **he had been urging that.**
3      Q.  Okay.
4          (Exhibit 14 was marked for
5          identification.)
6  BY MS. CONLIN:
7      Q.  I've handed you what's been marked as Borak
8  Deposition Exhibit 14.  I'm just going to refer you to
9  the top part of this e-mail chain from Mark Morton to
10 Scott Waite, cc to Michelle Hulse Stevens, Mark Scott
11 and Soria Immaculada, and it says --
12         And if I could direct your attention in the
13 first paragraph where it says "Hi Scott."
14     **A.  I see that.**
15     Q.  Do you see that?  Okay.  And it said there
16 was an inquiry by Dr. Stefan, to which Mr. Morken is
17 responding:  "Also would really need to understand
18 what type of study is being proposed.  Given the
19 ongoing legal situation, decisions were previously
20 made (at a high level) not to pursue clinical research
21 on this topic."
22         Do you see that?
23     **A.  Bear with me, I --**
24     **Yes.**
25     Q.  Okay.  And the subject is "RE:  Message to

32 (Pages 125 to 128)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 129

1  address safety and efficacy of forced air warming."
2  Do you see that?
3      A.  Yes.
4      Q.  Were you aware that decisions were made at a
5  high level at 3M not to do any clinical research into
6  the safety and efficacy of their Bair Huggers?
7          MR. GORDON:  Object to the form of the
8  question, mischaracterizes the evidence, --
9      A.  I had no --
10         MR. GORDON:  -- assumes facts not in
11  evidence.
12      A.  I had no prior knowledge of that.
13      Q.  Okay.  Was that something that you would
14  have thought was important for you to know in
15  connection with your opinion that there's a lack of
16  evidence showing that the Bair Hugger increases
17  infection risk?
18         MR. GORDON:  Same objection.
19      A.  It -- it would be interesting to know.  But
20  as I told you, my opinion rested upon the association
21  between the use of Bair Hugger and infections.
22      Q.  Right.  And you -- and you understand, based
23  on looking at that, that 3M refused to do further
24  research into that topic; correct?
25      A.  I don't know that that was the topic about

Page 130

1  which they refused to do research.  There is talk here
2  that says that they decided not to pursue clinical
3  research work on this topic; I am not sure what the
4  topic was.
5      Q.  Well read the subject line.
6      A.  "Message to address safety and efficacy of
7  forced air warming."  I'm sure they were not doing
8  research on the message.  And "safety and efficacy" is
9  a very broad and vague area.  I don't know what the
10  clinical research was proposed.
11      Q.  Well are you aware of any other safety and
12  efficacy issues on the Bair Hugger other than the risk
13  of infection through airborne contamination?
14         MR. GORDON:  Object to the form of the
15  question.
16      A.  I think that safety and efficacy are two
17  separate issues and I don't know which aspects of
18  either was their concern here.  You're asking me to
19  respond to an e-mail which I find unclear.
20      Q.  Okay.  With respect to the safety of the
21  Bair Hugger, are you aware of any concerns other than
22  the risk of airborne contamination at the time you
23  rendered your opinion in this case?
24      A.  I am not specifically aware of any, no.
25      Q.  Okay.  I may have asked you this before, but

Page 131

1  do you believe that The Reference Guide on
2  Epidemiology by Green, Friedman and Gordis is an
3  authoritative work?
4      A.  I think it's very good work.  I reference
5  it.
6      Q.  Okay.  And you've never taken any issue with
7  anything that they've said in connection with that
8  reference manual.
9      A.  Not that I remember.
10      Q.  Did you do --
11         If we can take a look at page four, footnote
12  one.
13         MR. GORDON:  Of his report?
14         MS. CONLIN:  Borak Exhibit 1, his expert
15  report.
16      A.  Yes.
17      Q.  Did you do any investigation into the
18  efficacy of the Bair Hugger vis-a-vis another type of
19  warming device?
20         MR. GORDON:  Object to the form of the
21  question.
22      A.  I -- I thought that I had read the published
23  literature that might have addressed that.  I'm not
24  sure that there was anything other, at the time that I
25  did my report, than McGovern, but there may have been

Page 132

1  others.  I don't remember it.
2      Q.  My question is a little different.  Did
3  you --
4         Are you rendering an opinion on the efficacy
5  of the Bair Hugger as it relates to maintaining
6  normothermia vis-a-vis any other warming device?
7      A.  Ahh.  I'm sorry.  I misunderstood your
8  question.
9         I was not going to render such an opinion.
10  My understanding is that the --
11      Q.  I just want to know if.
12      A.  Okay.
13      Q.  If you're not rendering an opinion on it,
14  then that's all I need to know and I'll move on.
15      A.  Perfect.  Move on.
16      Q.  And you didn't do any investigation into
17  that; correct?
18      A.  I did not do any investigation into that.
19      Q.  I'd like to direct your attention to page
20  six, and I'd like to get an understanding --
21         Well in paragraph 18 under "Confounding" you
22  say, "Confounding is said to occur when the
23  association between exposure and effect is distorted
24  by some third variable."  Okay?
25         Does a confounder have to have association

33 (Pages 129 to 132)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 133

1  with the effect in order to be a confounder?
2       MR. GORDON:  Object to the form of the
3  question.
4       A.  I think that some people have written about
5  the ability of things to influence the relationship
6  and to act as an intermediary, but generally I think
7  that a confounder should be associated with both the
8  exposure and the outcome.
9       Q.  Okay.  There has to be an association.
10      A.  I believe so.
11      Q.  Okay.  And is that the definition that you
12  used in connection with your opinions on the
13  confounding elements that you set forth in your
14  report?
15      A.  Yes.
16      Q.  All right.  I'd like to direct your
17  attention to page 14 of your report and first focus
18  on, starting on paragraph 41, antithrombotic
19  prophylaxis.  Okay?
20      A.  Yes.
21      Q.  Okay.  You found that the change in
22  antithrombotic -- thrombotic -- botic prophylaxis, the
23  change from trinzaparin to Xarelto, was a confounder;
24  is that right?
25      A.  I think that the use of different

Page 134

1  antithrombotic medications confounded the association
2  between warming devices and surgical infections, yes.
3       Q.  Well you -- you previously testified that
4  there has to be an association between the potential
5  confounder and the outcome for it to be a confounder;
6  correct?
7       A.  Yes.
8       Q.  Okay.  So there is an association between
9  the antithrombotic prophylaxis and the risk of
10  infection?
11      A.  I believe so.
12      Q.  Okay.  And what do you understand an
13  antithrombotic drug to do?
14      A.  Its purpose is to prevent the formation of
15  deep vein thromboses and pulmonary emboli.  It
16  essentially down-regulates the clotting system.
17      Q.  Okay.  And that is there's an association
18  between which drug you use and your chance of
19  infection; correct?
20       MR. GORDON:  Object to the form of the
21  question.
22      A.  I believe that there is, probably because of
23  the ability of the two drugs to differentially
24  influence bleeding in the wound site.
25      Q.  Okay.  So what medication you get to avoid

Page 135

1  deep vein thrombosis is associated with the risk of
2  infection, in the Bair Hugger it's not; correct?
3       A.  I'm sorry, say that again.
4       Q.  Well you said there's an association between
5  antithrombotic drugs and your risk of infection;
6  correct?
7       MR. GORDON:  Object to the form of the
8  question.
9       A.  Yes, ultimately.
10      Q.  Okay.  So there's an association between
11  that and infection, but not the Bair Hugger and
12  infection; correct?
13      A.  The issue concerns the use of different
14  medications differentially with different warming
15  devices, which led to a mixing and confusion of
16  effects.
17      Q.  Can you answer my question?
18      A.  But your question can't be answered "yes" or
19  "no."  I don't think it can be.
20      Q.  Well you said there's an infec -- there's an
21  association between antithrombotic prophylaxis drugs
22  and risk of infection; correct?
23      A.  Yes.
24      Q.  Okay.  But there isn't an association
25  between the use of the Bair Hugger and risk of

Page 136

1  infection; correct?
2       A.  I said I wasn't aware of evidence that there
3  was an association.  That was way back earlier in the
4  deposition.
5       Q.  Well I understand, --
6       A.  Okay.
7       Q.  -- but I'm just trying to get --
8       So the -- the use of a drug --
9       It thins your blood; right?
10      A.  Correct.
11      Q.  -- can be associated with the risk of
12  infection; correct?
13      A.  Yes.
14      Q.  But the Bair Hugger is not, based on your
15  opinion.
16      A.  The evidence on the antithrom --
17       I find that you are mingling things and I
18  can't respond "yes" or "no."  They are separate.  I
19  find that there is insufficient evidence that the Bair
20  Hugger causes infection.  I think that there is
21  evidence that the antithrombotic agents can contribute
22  and increase the risk of infection, and I think that
23  the use of the different antithrombotic agents in the
24  context of the McGovern study, in which the two
25  warming devices were used differentially with regards

34 (Pages 133 to 136)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 137

1  to the thrombotic agents -- antithrombotic agents, may
2  have resulted in the appearance of an association
3  between the warming unit and the risk.
4      Q.  Well you find that the switch in
5  antithrombotic agents was a confounder; correct?
6      A.  It's not so much the -- the switch, but yes,
7  the thrombotic agents were a confounder.
8      Q.  Yes.
9      A.  A different confounder.
10     Q.  And to be a confounder, there has to be an
11 association.
12     A.  Yes.
13     Q.  Okay.  So how is it that an antithrombotic
14 drug can increase your risk of infection?
15     A.  By increasing the risk of bleeding, bleeding
16 being -- the blood being a fantastic culture medium
17 for bacteria and encourages infection.
18     Q.  Okay.  Did you -- do you have any
19 understanding --
20         Did you investigate how vascular the joint
21 area is in which a knee or hip implant would be going
22 in?
23     A.  I -- I don't think it's necessarily in the
24 joint itself.  But I have seen evidence that the use
25 of different medications increases a lot the -- or it

Page 138

1  alters a lot the risk of bleeding into the surgery.
2      Q.  Okay.  And I'm talking about the actual
3  joint.
4      A.  I haven't looked into that.
5      Q.  Okay.  You're aware that the authors of the
6  McGovern study looked at this issue and concluded that
7  they didn't view the change in antithrombotic
8  prophylaxis to be a confounder; correct?
9          MR. GORDON:  Object to the form of the
10 question.
11     A.  I -- I believe they testified that they
12 thought it was a potential confounder.
13     Q.  Do you recall?
14     A.  I can read.
15     Q.  I'll pull it out for you.
16     A.  Both read, -a-d, and -e-d.
17     Q.  Well when did you decide that you were going
18 to rely on what the McGovern authors said and how did
19 you go about sorting what you were going to rely upon
20 out of their depositions and what you were going to
21 set aside as not believing?
22         MR. GORDON:  I object to the form of the
23 question, assumes facts not in evidence, compound.
24     A.  How did I decide?
25     Q.  Uh-huh.

Page 139

1      A.  I guess I read them and made judgments based
2  upon what I read.
3      Q.  Does the use of a thromboprophylactic
4  increase bacteria in a prosthetic joint?
5      A.  I've --
6          There's evidence that use of different
7  antithrombotics can increase the risk of infections in
8  the joint.
9      Q.  My question was a little different.
10     A.  I understand.  I -- I told you earlier I
11 didn't know that much about the blood flow to the
12 joint, but I know there is evidence to sugg --
13 indicate that there is increased risk of joint
14 infections postoperatively affected by the choice of
15 antithrombotic.
16     Q.  Can you answer --
17     A.  That's all that I can opine to.
18     Q.  Do you know whether the use of an
19 antithrombotic prophylaxis increases the number of
20 bacteria on a prosthetic joint?
21     A.  I don't know that.
22     Q.  Okay.  That wasn't something that you took
23 into account?
24     A.  I wouldn't have taken that into account.
25     Q.  Okay.  Do you know whether the use of an

Page 140

1  antithrombotic prophylaxis increases the number of
2  particles over a surgical site during operation?
3      A.  I have no knowledge about that.
4      Q.  Do you know when an antithrombotic
5  prophylaxis drug is administered in connection with an
6  orthopedic implant?
7      A.  My understanding is it's first administered
8  postoperatively.
9      Q.  Okay.  So it's your opinion that there is an
10 a priori relationship between use of a particular
11 antithrombotic prophylaxis and risk of infection.
12         MR. GORDON:  Object to the form of the
13 question.
14     A.  I'm not sure what you mean by "an a priori."
15     Q.  Do you know what that means, what that term
16 means in connection with an epidemiologic undertaking?
17     A.  I -- I have seen it used.  I'm interested to
18 know how you're using it in your question.
19     Q.  Well how -- how would --
20         How do you define it?
21     A.  As a given.
22     Q.  Okay.  In connection with your opinions
23 here, when, for example in paragraph 44 --
24         Well let me -- let me back -- let me ask it
25 more generally.

35 (Pages 137 to 140)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 141

1       In connection with your conclusions that
2   there is an association between what antithrombotic
3   prophylaxis drug is used and your risk of infection,
4   were you specifically focused on deep joint infection
5   or SSIs in general?
6       **A.  I was specifically focused on the McGovern**
7   **and the Jensen re -- and -- reports, which I**
8   **understood to be deep joint infections.**
9       Q.  Okay.  Were you the one that suggested that
10  Dr. Holford should reanalyze the McGovern data set
11  using the Jensen report?
12      **A.  I thought it was very clever but -- and I'd**
13  **love to take credit for it, but I don't think I was.**
14      Q.  Okay.  And you didn't -- you didn't look at
15  those numbers and see whether they were accurate and
16  you didn't express an opinion on whether that's
17  something that's appropriate to do or not; correct?
18      MR. GORDON:  Object to the form of the
19  question.
20      **A.  I -- I think when I first read it --**
21      **You're asking me whether I suggested it.**
22  **I'm not sure that I suggested it.  I know that I**
23  **remarked to myself and to no one else that the Jensen**
24  **report had a shorter followup and that the**
25  **postoperative joint infections could be delayed and**

Page 142

1   **therefore the Jensen report might have undercounted**
2   **infections.  I did not look to see the numbers of**
3   **cases which suggest that the Jensen report included**
4   **other kinds of cases other than those included in**
5   **McGovern.**
6       Q.  You didn't express an opinion on whether
7   what Professor Holford did in connection with his
8   remix or reanalyzation of the McGovern data set taking
9   into account Jensen was appropriate; correct?
10      **A.  Did I express an opinion?**
11      **Q.  Yes.**
12      **A.  In my writing I think I -- I accepted Dr.**
13  **Holford's reanalysis.**
14      **(Discussion off the stenographic record.)**
15      Q.  Okay.  Now you un --
16      You understand that after McGovern, Dr. Reed
17  published another study analyzing wound complications
18  following the use of Xarelto.
19      **A.  I -- I -- I'm not surprised when you say it,**
20  **but I can't think of it right off the top.  Can you**
21  **give me a title?**
22      Q.  Not right now, but I -- I'll pull it out for
23  you in a second.
24      **A.  Okay.**
25      Q.  You're aware that Dr. Reed testified that,

Page 143

1   based on the results of that study, that, quote, "We
2   can now exclude Xarelto as a confounding factor for
3   infection rate."  You're aware of that; correct?
4       **A.  I'm sorry, I don't remember the statement.**
5       Q.  Okay.  Was that something that would be
6   important to you, that the author of the McGovern
7   study did further work into the -- the use of Xarelto
8   as an antithrombotic prophylaxis and found that -- he
9   said that it could be excluded as a confounding factor
10  for infection rates?
11      **A.  I -- I would certainly want to see it before**
12  **I rendered any opinion about it.**
13      Q.  Are you aware that Professor Nachtscheim
14  said the same thing?
15      **A.  I don't remember that particularly.**
16      Q.  And you didn't even cite that article in
17  your report; did you, sir?
18      **A.  I don't think I did, no.**
19      Q.  Okay.  So how is it that --
20      MR. GORDON:  What -- what article are you
21  referring to?
22      MS. CONLIN:  The Reed article on Xarelto.
23      MR. GORDON:  Is he the first -- first --
24      Q.  What do you -- what do --
25      MR. GORDON:  Is he the first author?

Page 144

1       Q.  What do you --
2       Explain to me the mechanism by which the use
3   of Xarelto increases your infection risk over
4   trinzaparin.
5       **A.  My understanding is it increases bleeding**
6   **into the wound, and that the blood in the wound is a**
7   **great culture medium and accelerates and enhances**
8   **infection.**
9       Q.  Well both are antithrombotic; correct?
10      **A.  Correct, but by different mechanisms.**
11      Q.  So --
12      **A.  And my understanding is that there is a**
13  **differential in the rate of postoperative bleeds when**
14  **rivaroxaban was used.**
15      Q.  Well rivaroxaban is Xarelto; correct?
16      **A.  Correct.**
17      Q.  Okay.  And what's that based on?
18      **A.  The literature that I have reviewed.  It's**
19  **clearly in the Jensen paper, it's probably in others,**
20  **but I -- I can't make this a memory test and I**
21  **apologize.  But Jensen certainly indicates increased**
22  **risks with rivaroxaban.**
23      Q.  We'll get to Jensen in a second.  I'm just
24  asking you if you understand the mechanism by which
25  you think that use of trinzaparin creates a lower risk

36 (Pages 141 to 144)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 145

1  for infection than Xarelto.
2      A.  I understand that tinza -- tinzap --
3  trinzaparin -- I don't know how to say it, but I
4  believe it's trinzaparin -- I believe that it is
5  associated with less wound bleeding postoperatively.
6      Q.  We'll just go there.  Hold on.
7          (Exhibit 15 was marked for
8          identification.)
9          THE WITNESS:  Thank you.
10  BY MS. CONLIN:
11     Q.  I've handed you what's been marked as Borak
12  Deposition Exhibit 15, which is an article entitled
13  "Return to the surgery following total hip and knee
14  replacement, before and after the introduction of
15  rivaroxaban."  Do you see that?
16     A.  I do.
17     Q.  And the rivaroxaban is Xarelto; correct?
18     A.  I believe so.
19     Q.  Okay.  And is this the study that you're
20  referencing?
21     A.  I believe it is.  I've looked at it in a
22  different format, so it's --
23          It was a pdf, printed in a different format,
24  but I think it's correct.
25     Q.  Okay.  Do you see the third author listed

Page 146

1  there?
2      A.  Is it Partington?
3      Q.  No, that would be the -- well do you see --
4          I guess it would be the fourth then.  Do you
5  see the fourth author there?
6      A.  Dr. Reed.
7      Q.  Okay.  Are you aware that Dr. Reed testified
8  that this study showed no --
9          Well strike it.  Let me ask it a different
10  way.
11         Are you aware that Dr. Reed testified that
12  this study eliminates Xarelto as a confounder for
13  infection risks in knee and hip surgeries?
14         MR. GORDON:  Object to the form of the
15  question.
16     A.  I'm --
17         I don't remember that he said that, but I
18  think it's wrong.
19     Q.  Okay.  So you don't remember reading it, but
20  if he said it, he's wrong.
21     A.  I believe it does not eliminate it.  Yes,
22  that's correct.
23     Q.  Okay.  And he's somebody who has
24  investigated this issue.  You're somebody who has read
25  some articles.  Correct?

Page 147

1          MR. GORDON:  Object to the form of the
2  question.
3      Q.  You haven't done an investigation beyond
4  what you -- what you've read; correct?
5      A.  I have not directly studied the use of
6  Xarox -- Xarelto.
7      Q.  Okay.  What investigation did you do other
8  than read the couple of articles that are cited in
9  your report?
10     A.  Well I've read a lot of articles.  Only
11  those cited are the ones I specifically was relying
12  upon.  I don't want to diminish the effort that was
13  put into it, but I read the literature.
14     Q.  Okay.  With respect to this issue of Xarelto
15  being a potential confounder --
16     A.  Yes.
17     Q.  -- for the risk of infection in knee and hip
18  surgeries, what other articles do you have in mind
19  other than those that you cited in your report?
20     A.  I think at the moment those are the ones
21  specifically that I would name.
22     Q.  And to the extent that Dr. Reed, an author
23  of this study, said that this study proves that
24  Xarelto is not a confounder in knee and hip surgery,
25  you would disagree with him.

Page 148

1      A.  Did he say that here?
2      Q.  He said it in his deposition.  I'm
3  representing that to you.
4      A.  I -- I don't think that this study
5  eliminates rivaroxaban as a confounder in the McGowan
6  study.
7      Q.  Okay.  Based on what is my question.
8      A.  Based on the fact that there was a
9  significant increase -- there was a large increase, I
10  think 2.5-to-one increase in infection rates, and I
11  think this study under-ascertained cases because it
12  only had a 30-day followup.
13     Q.  Well so you relied on it but you didn't rely
14  on it?
15     A.  No, no, no, no, no.  I didn't rely upon it.
16  I said I think it did not prove that it was not a
17  confounder.  Moreover, a confounder -- whether
18  something is or is not a confounder is not dependent
19  on whether it is, on a univariate level, statistically
20  significantly associated with the outcome or whether
21  it significantly influences the relationship that it
22  confounds.
23     Q.  It has to have an association.
24     A.  That's a start but not a finish.
25         MS. CONLIN:  Okay.  So why don't you pull

37 (Pages 145 to 148)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 149

1  out, Mr. Stirewalt, what was marked yesterday as
2  Exhibit 19, because I think that is probably the pdf
3  that he's used to seeing in connection with this
4  study.
5      A.  Maybe that one.
6          (Holford Exhibit 19 handed to the witness.)
7      Q.  I've handed you what's previously been
8  marked as Holford Exhibit 19, which is, I believe, the
9  same study in a different format.  Is this the format
10 that you're used to seeing this study?
11     A.  Yes, that's correct.
12     Q.  Okay.  And did you understand this study to
13 be breaking down wound complications such as surgical
14 wound infections versus deep joint infections?
15         MR. GORDON:  Object to the form of the
16 question.
17     A.  You're asking me whether it specifically
18 differentiated different kinds of wound infections?
19     Q.  Deep joint versus a superficial wound
20 infection or the like.  Did you have that in mind when
21 you reviewed this?
22     A.  I don't recall having that particular
23 question in mind, --
24     Q.  Okay.
25     A.  -- but I will -- would again if you'd like

Page 150

1  me to.
2      Q.  Did you have it in mind when you rendered
3  your opinions in this case on June 2nd?
4      A.  Whether --
5          The differentiation between the types of
6  wound infections?
7      Q.  Correct.
8      A.  I -- I'm sorry, and I'm just backing up.  Is
9  that raised in this document?  It would help me to
10 reconstruct and answer your question.
11     Q.  Well I'm just asking if you had it in mind
12 when you --
13     A.  I'm sure I had it somewhere in mind, but I
14 don't remember whether it was relevant, that question,
15 to this article.
16     Q.  Okay.  Why don't you take a look at
17 intern -- page 523, which is the third page of this
18 study, under "Results," and I'd like to direct your
19 attention down to the third paragraph starting with
20 "Of those patients who returned to theatre,
21 microbiology results showed that five of the nine
22 (55.5 percent) in group 1 had a deep infection,
23 compared with 14 of 22 (63.6 percent) in group 2."
24     A.  Okay.
25     Q.  And it's got a p-value of .7, do you see

Page 151

1  that?
2      A.  I'm sorry, let me try and read it more
3  clearly.  I'm not seeing it well enough in this print.
4          Yes.  Okay, I see that.
5      Q.  Okay.  And do you see the p-value of .7?
6      A.  .7 had to do with the probability that there
7  was a difference in the rate of deep versus
8  superficial infections.
9      Q.  My question is:  Do you see the p-value of
10 .7?
11     A.  Yes, I see it.
12     Q.  Is that statistically significant?
13     A.  No.
14     Q.  Okay.  Then it says, "The overall rate of
15 deep infection in group 1 was 1 percent (95) compared
16 with 2.5 percent in group 2," p-value of .102, do you
17 see that?
18     A.  I do.
19     Q.  Is that statistically significant?
20     A.  It is not.
21     Q.  Did you take that into account in connection
22 with your conclusions in this case that Xarelto is a
23 confounding factor for risk of infection?
24         MR. GORDON:  Object to the form of the
25 question.

Page 152

1      A.  It's discussed in paragraph 42 and following
2  in my report.
3      Q.  My question is a little different.  Did you
4  take that into account in connection with your
5  conclusions in this case?
6      A.  And I'm showing you, yes, I took it into
7  account --
8      Q.  Okay.
9      A.  -- in paragraphs 42 and following in my
10 report.
11     Q.  I think I asked you this before, but in
12 connection -- you didn't --
13         You didn't actually look at the mathematical
14 work Professor Holford did in reanalyzing the McGovern
15 data with Jensen; correct?
16         MR. GORDON:  Objection.
17     A.  Yes, I did not.
18     Q.  Okay.  And to the extent that he used either
19 data from Albrecht Exhibit 10 or McGovern Exhibit 16,
20 you would be deferring to him as to the
21 appropriateness of that; correct?
22     A.  Yes, I would.
23     Q.  Now I'd like to talk to you a little bit
24 about the Hawthorne effect and -- which is contained
25 on page 16 of your report.  Wouldn't --

38 (Pages 149 to 152)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 153

1    Well first of all, wouldn't the Hawthorne
2  effect exist in any observational study?
3      A.  I think it depends upon whether the subjects
4  are aware of the observation and how intensively the
5  observation impacts the daily life of those
6  individuals.
7      Q.  Well do you know whether any of the
8  participants in the Reed and McGovern study were
9  involved, that there was a study going on?
10     A.  I -- I understand from the statements that
11  were made in the citation which I cited -- "citation
12  which I cited" sounds like a redundancy -- there was
13  an award given to Northumbria, and in the context of
14  that they cited the efforts that had gone into it.
15  There's also description of the change in the
16  sensibility that was engendered as described by
17  Gillson and Lowdon or something, and my understanding
18  is that there was a full-court press to try to change
19  the behavior of the people, which included changing
20  clothes and changing the manner in which the clothes
21  were stored and changing shoes, and a variety of other
22  things were done, and I think that everybody there was
23  very aware that there was a problem with infections.
24     Q.  My question was a little different.
25     A.  Okay.  I'm sorry.

Page 154

1      Q.  My question was:  Do you believe that any of
2  the participants' employees understood or were aware
3  that there was going to be an observational study
4  conducted and published regarding infections in knee
5  and hip arthroplasty?
6      A.  I -- I have --
7          MR. GORDON:  Object to the form of the
8  question.
9      A.  I have no idea if anybody at the time knew
10  because the study was post hoc.
11         (Discussion off the stenographic record.)
12         (Exhibit 16 was marked for
13  identification.)
14         THE WITNESS:  Thank you.
15  BY MS. CONLIN:
16     Q.  I have handed you, sir, what's been marked
17  as Borak Deposition Exhibit 16, which is -- not what I
18  wanted to give you.  Hold on.  You can set that aside,
19  I'll get back to that.
20         (Exhibit 17 was marked for
21  identification.)
22  BY MS. CONLIN:
23     Q.  I have handed you, sir, what's been marked
24  as Borak Deposition Exhibit 17, --
25     A.  Yes.

Page 155

1      Q.  -- which is the Jameson study entitled
2  "Wound Complications Following Rivaroxaban
3  Administration."  This is one of the documents that
4  you referenced and opined on in your report; correct?
5      A.  That's correct.
6      Q.  Okay.  In connection with your review, did
7  you have in mind a difference or -- between a deep
8  joint infection and a superficial or deep tissue
9  infection?
10     A.  I don't think it was defined clearly in this
11  paper, and so I don't think that I made a decision.
12  But --
13     Q.  Okay.  Would it be important in connection
14  with making decisions that a change to Xarelto
15  postoperatively as an antithrombotic prophylaxis
16  increases the risk of a deep joint infection?
17     A.  I'm sorry, repeat that.
18     Q.  Sure.  Would it be important in connection
19  with making decisions in this case that a change in
20  Xarelto postoperatively -- postoperatively as an
21  antithrombotic prophylaxis increases the risk of a
22  deep joint infection as opposed to another kind of
23  wound infection?
24     A.  Would it matter to me?  Yes, I would
25  consider that.  I --

Page 156

1          Would you point to what you are talking
2  about in the paper so I understand the context of your
3  question?
4      Q.  Well I'm just under --
5          I'm trying to understand your opinion, sir,
6  when you say that the change in -- from rivar -- or
7  from trinzaparin to Xarelto creates an increased risk
8  of a deep joint infection, that you had paid attention
9  in the papers that you were citing as to differences
10  between, for example, a superficial wound or a deep
11  wound infection and a deep joint infection.
12     A.  I'm sorry, I -- I cited this paper for a
13  different reason, not to suggest what you are asking.
14  I cited it because Dr. Samet had cited it, and Dr.
15  Samet had cited it as evidence that it did not create
16  a difference.
17     Q.  My question was:  When you opine that a
18  change from trinzaparin to Xarelto creates an
19  increased risk of deep joint infection, did you pay
20  attention in the papers that you were citing as to the
21  differences between, for example, superficial wound or
22  deep wound or a deep joint infection?
23     A.  Let me answer, yes, I was aware of the
24  difference.
25     Q.  Do you think that you can extrapolate from

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 157

1    papers regarding superficial wound infections to a
2    deep joint infection?
3         A.  I am not a nosocomial infection expert.  I
4    was looking at a very specific paper, not generalizing
5    from it.  It was a paper that was cited for a
6    particular purpose.  I was responding to that.
7         Q.  Can you answer my question?
8         A.  Ask the question again.
9         Q.  Sure.  Do you think that you can extrapolate
10   from papers regarding superficial wound infections to
11   deep joint infections in connection with what might be
12   a confounder or not?
13        A.  I -- I didn't.  I'm not sure that I did that
14   and I'm not sure that you can do that.
15        Q.  Okay.  You'd agree with me that there's a
16   difference between a -- a -- a superficial surgical-
17   site infection and a deep joint infection; correct?
18        A.  I understand that there is a difference.
19        Q.  Okay.  Changing the dressings or a change in
20   protocol on changing the dressings might affect a
21   superficial surgical-site infection but not
22   necessarily impact a deep joint infection.
23        A.  Or might affect both, yes.
24        Q.  Do you know whether it could affect both?
25        A.  I thought I had seen comments by Dr. Reed

Page 158

1    indicating that a change in dressing affected that
2    outcome, but I can't point to where it was other than
3    maybe a deposition.
4         Q.  So it's your understanding that Dr. Reed
5    said that a change in dressing or change in protocol
6    in dressings could affect a deep joint infection?
7         A.  I believe that is my remembrance, but it may
8    not be correct.  I didn't focus on it.
9         Q.  Well you talked about changes in
10   protocol; right?
11        A.  Yes.
12        Q.  And skin preparation; right?
13        A.  Yes.
14        Q.  Okay.  Do you think that a change in skin
15   preparation can have an impact on a deep joint
16   infection?
17        A.  Absolutely.
18        Q.  Okay.  How so?
19        A.  Reducing the number of bacteria on the skin
20   reduces the likelihood of followup -- of -- of
21   infection postoperatively.
22        Q.  Okay.  So having less bacteria on your skin
23   can lower your risk of a deep joint infection.
24        A.  I think there's evidence of that.
25        Q.  Okay.  But you don't know whether having an

Page 159

1    increase in infectious microbes in the air can affect
2    your ability to get a deep joint infection; correct?
3         A.  I said I don't -- I don't have an opinion
4    about that.
5         Q.  Okay.
6         A.  That's correct.
7         Q.  So if it's on the skin, you have an opinion
8    about it, if it's in the air, you don't; correct?
9         A.  The answer is yes, because the available
10   data are different.
11              MS. CONLIN:  Okay.  All right.  Why don't we
12   stop here for lunch.
13              THE REPORTER:  Off the record, please.
14              (Luncheon recess taken.)
15
16
17
18
19
20
21
22
23
24
25

Page 160

1              AFTERNOON SESSION
2    BY MS. CONLIN:
3         Q.  If the change in antithrombotic prophylaxis
4    is not a confounder, in other words, meaning there's
5    no association as -- as you've described it, doing a
6    remix of the Jensen data and the McGovern data would
7    not make sense in that case; right?
8              MR. GORDON:  Object to the form of the
9    question.
10        A.  You asked me first a hypothetical, saying if
11   there were none.
12        Q.  Yup.
13        A.  Okay.  And then when you say the remix, are
14   you referring to what Professor Holford did?
15        Q.  Correct.
16        A.  I think that it would still have merit given
17   the fact that the followup period in the Jensen study
18   was probably too short because of the well-recognized
19   delay in the manifestation of infections.
20        Q.  The hypothetical is is that the change in --
21   there's no association between a change in
22   antithrombotic prophylaxis and infection.  If that's
23   the case, there would be no reason for Dr. Holford to
24   attempt to remix the data from Jensen; correct?
25        A.  Correct, other than to question whether that

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 161

1  assumption was correct or incorrect.
2          (Exhibit 18 was marked for
3          identification.)
4  BY MS. CONLIN:
5      Q.  I've handed you what's been marked as Borak
6  Exhibit 18, which was -- is an excerpt from the
7  deposition of Dr. Reed, and I'd like to direct your
8  attention to internal page 215 of this exhibit. And
9  this is relating to the Reed study, I'll represent to
10 you, the Reed study on Xarelto that we just looked at
11 and was marked as Exhibit 19.  If we can take a look
12 at page 215 --
13     Let me -- let me just make sure I gave you
14 the right exhibit number.  Yeah, that's it.
15     A.  Can -- can we, just for avoiding confusion,
16 agree that what you were referring to as the Reed
17 study is the Jensen study?
18     Q.  Sure.  And I apologize for that.
19     A.  No, no, no, no, no.  I -- I'm not trying to
20 make it harder, --
21     Q.  All right.
22     A.  -- I'm trying to make it clearer.
23     Q.  So with regard to this testimony on page
24 215, internal page 215 of Exhibit 18, they're
25 referencing the Jensen study, and I'd like to direct

Page 162

1  your attention down to line --
2      MR. GORDON:  Jan, I -- I -- I can't believe
3  you're trying to sandbag him with that.  He's not
4  talking about the Jensen study here.  And I -- I --
5  I'm assuming you don't know.  He's talking about the
6  Jameson study.
7      MS. CONLIN:  Oh, okay.  I stand corrected.
8  As you know me, Mr. Gordon, I wouldn't do that to a
9  witness, so --
10     MR. GORDON:  And that's why I said it that
11 way.
12     MS. CONLIN:  All right.  Thank you.  Yeah.
13 Okay.
14     Q.  Do you see the testimony on 215, starting at
15 line 14 --
16     And I stand corrected.  It is in connection
17 with the Jameson study which is -- we also marked this
18 morning as Exhibit 17.
19     MR. GORDON:  Seventeen.
20     Q.  Okay?  And do you see it says:
21     "So based on this study of 12,000 patients,
22 I would say that there was no effect on return to
23 surgery from infection.
24     "Question:  So would you agree with me that
25 based on this study, that you are an author of, and

Page 163

1  looking at the date of the McGovern paper, that we can
2  exclude xarelto as a confounding factor for infection
3  rates?"
4      MS. CONLIN:  He's not an author on that, Mr.
5  Gordon.
6      THE WITNESS:  Mr. -- Dr. Reed is.
7      MS. CONLIN:  On the Jameson paper?
8      MR. GORDON:  Yes.
9      THE WITNESS:  He's the last author.
10     MS. CONLIN:  Okay.
11     MR. GORDON:  He's a senior author.
12     Q.  Okay.  So let me start over.  With reference
13 to the Jameson paper, the testimony went as follows:
14     "So would you agree with me that based on
15 this study, that you are an author of, that looking at
16 the date of the McGovern paper, that we can now
17 exclude xarelto as a confounding factor for infection
18 rates?
19     "Answer:  I think that's what this paper
20 says."
21     Do you see that?
22     A.  I do see that.
23     Q.  And you disagree with Dr. Reed, the author
24 of the Jameson -- one of the authors of the Jameson
25 study; correct?

Page 164

1      A.  Yes.
2      Q.  And you disagree with his conclusions as it
3  relates to the Jensen study, of which he is also an
4  author; correct?
5      A.  We -- I --
6      I think so, but I'm not sure which
7  conclusion you're referring to.
8      Q.  That Xarelto was not a confounding factor in
9  connection with the McGovern study.
10     A.  It's two separate issues.  I agree with you
11 on both of those.  I disagree with Dr. Reed.
12     Q.  Okay.
13     A.  You're not interested in why?
14     Q.  Actually, I am.  Go ahead and tell me why
15 you disagree.
16     A.  Well I think that in the Jensen study the
17 2.5-to-one ratio of deep infection increase is
18 indication of confounding.  The only conclusion that
19 supports that it's not important is that it's
20 statistically not significant, and when re-evaluated
21 it was statistically significant.  That is Dr.
22 Holford's re-evaluation.
23     The Jameson study provides a totally
24 different thing.  It contains contradictory internal
25 information that I believe it is not useful, and part

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 165

1  of it is that while it does at one place say that the
2  combined data did not have a statistically significant
3  increase -- and that's in a table on page 1556 --
4  however, there were these other difficulties.  One of
5  them is that the numbers don't add up.  It -- it does
6  not make sense, the paper, the data do not make sense.
7  And the other is that the authors clearly state that
8  they were unable to differentiate from this pooled
9  data set between return to theater for infection
10 versus return for other wound complications, and they
11 just pooled them.
12        Now the point I made in my report -- and I
13 just point out so you understand -- I'm -- what I'm
14 saying is the Jameson study isn't usable, and I point
15 to the fact that in Table 2 on what you refer to as
16 internal 1556, there is a count of total wound
17 complications and underneath that there is a list of
18 those that were managed non-operatively and those that
19 returned to surgery for infection, and when you add
20 them up, it does not square.  There are too many
21 cases.  The numbers are not correct.
22    Q.  Okay.  So that's based on your view that you
23 couldn't understand what was going on in that study,
24 but you don't agree with the author of the study who
25 says in his mind this created a conclusion that

Page 166

1  Xarelto was not a confounding factor in McGovern.
2     A.  Yes, I believe these data did not support
3  that conclusion.
4     Q.  Now you mentioned in that last answer that
5  you thought the authors didn't discriminate between
6  re -- repeat surgical-wound irrigation for infection
7  and surgery for hematoma; correct?
8     A.  Yes.
9     Q.  That -- that involves the procedure, not the
10 detection of a DJI; correct?
11    A.  They group them together.
12    Q.  Well no.  It just --
13        They grouped them together for the purposes
14 of the surgery, not whether there were infections.
15    A.  Yes, yes, yes.
16    Q.  Okay.
17    A.  And there's no data to conclude about
18 infections because they were grouped together.  They
19 do not have a separate list.  To the contrary, what
20 they say was -- if I can find it --
21        I'm sorry, let me -- I have it in my report.
22 If I find it, it will save rather than looking in --
23    Q.  I read it in your report.  Let's move on.
24    A.  Okay.
25    Q.  If we can direct your attention to page 14

Page 167

1  of your report, --
2     A.  Yes.
3     Q.  -- and I'd like to talk to you about your
4  section entitled "...Skin Preparation."
5     A.  Yes.
6     Q.  Okay.  And it's your opinion that the --
7        Is it your opinion that the change in skin
8  preparation protocol during the McGovern study period
9  was a confounder?
10    A.  It probably was.  There's no evidence to say
11 "yes" or "no," but it is one that should have been
12 considered.  I think it was likely to be.
13    Q.  Okay.  So without evidence, you're okay
14 saying there is an association between the change in
15 skin protocol and the risk of infection, is that
16 right, at least as it relates to skin preparation?
17    A.  My sen -- my --
18        My statement was to the extent that use of
19 chlorhexidine reduced infection would be -- only
20 reduce the rate in the non-FAW cases, thereby wrongly
21 suggesting a benefit.  In that case, it would have
22 been a confounder.
23    Q.  My -- my question was -- okay.
24        My question was:  So you're saying that
25 there's an association between the change in skin

Page 168

1  protocol and the risk of infection, at least as it
2  relates to skin preparation; correct?
3     A.  I -- I think that that is correct.
4     Q.  Okay.  And in connection with this you cite
5  Dr. Reed's testimony; right?  Quote, "If your surgeon
6  is still using iodine plus alcohol then there is a
7  very robust study that shows they could do better;"
8  correct?
9     A.  Correct, I did cite that.
10    Q.  So in connection with this you're relying on
11 Dr. Reed; correct?
12    A.  I'm pointing to Dr. Reed agreeing with me,
13 yes.
14    Q.  Right.  You're relying on it.
15    A.  I don't know that I specifically relied upon
16 it, but I cited it.
17    Q.  Well you said earlier in your report that if
18 you cited it, you relied on it.
19    A.  No, no.  I appreciate what you're saying.  I
20 would have reached the same conclusion without Dr.
21 Reed's opinion.
22    Q.  Okay.  But you took the time to put Dr.
23 Reed's testimony in on this; correct?
24    A.  I did.
25    Q.  Okay.  And then you say, "Use of

42 (Pages 165 to 168)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 169

1 chlorhexidine alcohol has been reported to reduce SSI
2 by up to 40 percent compared to po -- poviodone-
3 iodine" --
4        Did I say that right?
5 **A.  No, but it's close enough.**
6 Q.  How do you say that?
7 **A.  Poviodine.**
8 Q.  Poviodine-iodine.
9 **A.  Poviodone.**
10 Q.  Poviodone.
11 **A.  I actually normally put a -- incorrectly put**
12 **an "r" in the word.  That's okay, I will take however**
13 **you say it.**
14 Q.  -- "povidone-iodine and it reduced
15 infections related to vascular catheters by 49
16 percent."  Correct?
17 **A.  Correct.**
18 Q.  That didn't involve deep joint infections,
19 correct, --
20 **A.  No, it did not.**
21 Q.  -- in arthroplastic or hip -- hip and knee
22 replacements; correct?
23 **A.  Correct.**
24 Q.  And you also cite in that sentence to
25 reference 33, which is a Darouiche reference; correct?

Page 170

1 **A.  Correct.**
2 Q.  Let me pull that out for you.
3        (Exhibit 19 was marked for
4        identification.)
5 THE WITNESS:  Thank you.
6 BY MS. CONLIN:
7 Q.  I've handed you, sir, what's been marked as
8 Deposition Exhibit 19, which is an article entitled
9 "Chlorhexidine-Alcohol versus Povidone-Iodine for
10 Surgical-Site Antisepsis."  Do you see that?
11 **A.  I do.**
12 Q.  And the lead author on this is Dr.
13 Darouiche; --
14 **A.  Correct.**
15 Q.  -- correct?  And I'd like --
16        And this was something you relied on to say
17 that the change in skin preparation during the
18 McGovern period was a confounder; correct?
19 **A.  Correct.**
20 Q.  So let's take a look at the results section
21 on this.  It says about midway down, "Chlorhexidine-
22 alcohol was significantly more protective than
23 povidone-iodine against both superficial incisional
24 infections and deep incisional infections" --
25        Do you see that?

Page 171

1 **A.  I do.**
2 Q.  It says:
3        -- "but not against organ-space infections."
4 Do you see that?
5 **A.  I do.**
6 Q.  4.4 percent to 4.5 percent; correct?
7 **A.  Correct.**
8 Q.  Okay.  So how is it that this study supports
9 your conclusion that the change in skin preparation
10 during the McGovern period was a confounder?
11 **A.  I think it provides evidence of decreased**
12 **wound infections, and I believe wound infections lead**
13 **to, mechanistically, deep infections and conceivably**
14 **joint infections.**
15 Q.  How did you rely on this study when the
16 authors found virtually no change in deep joint
17 infections --
18        MR. GORDON:  Object to the form --
19 Q.  -- between the two protocols?
20        MR. GORDON:  Object to the form,
21 mischaracterizes the evidence.
22 **A.  It provides evidence of decreased deep wound**
23 **infections.  I believe that is a risk for the joint**
24 **infections.**
25 Q.  I'm sorry, can you say what you said again?

Page 172

1 **A.  I said it decreases deep infections, and I**
2 **believe that's a risk for joint infections.  But I**
3 **would defer on that opinion probably to Dr. Wenzel.**
4 Q.  How -- how does a microbe from the skin get
5 onto an implant?
6 **A.  It depends on the circumstance.  I think**
7 **that, for example, it can swim through the tissues.**
8 Q.  So it starts on the skin and decides it
9 wants to land on the implant and it swims down?
10 **A.  I don't know whether it makes a conscious**
11 **decision, but I think that there is a spread that can**
12 **occur, yes.**
13 Q.  Okay.  But you don't think that it can be
14 floating in the air and drop down, it's got to swim
15 through the tissue?
16 **A.  I don't know that.  I've said only that I**
17 **see no evidence that the air dispersion results in**
18 **increased infections.**
19 Q.  Okay.  And in your mind there is -- that
20 if -- that if something decreases a deep tissue
21 infection, it should also decrease the risk of a deep
22 joint infection?
23 **A.  I think it's reasonable to me, but it's not**
24 **my area of expertise and it's not an expert opinion**
25 **that I'm rendering.**

43 (Pages 169 to 172)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 173

1    Q.  Okay.  Well you'd agree with me that looking
2  at the Darouiche article suggests that there is no
3  difference for deep joint infections between these two
4  protocols.
5    MR. GORDON:  Jan, again I'm going to assume
6  you're -- you're -- you're -- you're not doing this
7  intentionally.  Darouiche says nothing about joint
8  infections.
9    Q.  What do you understand --
10    MR. GORDON:  It was clean contaminated
11  surgery.
12    Q.  What do -- what do you think organ-space
13  infections is?
14    A.  I would have assumed it was things like
15  intrapleural infections or peritoneal infections.  But
16  your point is well taken.  I can't define that term
17  right now.
18    Q.  Okay.  Now what was the change in skin
19  preparation protocol during McGovern?
20    A.  The adoption of chlorhexidine as opposed to
21  poviodine-iodine, which was effected in October of
22  2010.
23    Q.  You reference here that the "CDC found
24  'high-quality evidence suggested a benefit of CHG-
25  alcohol [chlorohex -- chlorhexidine gluconate-alcohol]

Page 174

1  as compared with aqueous iodophor." Do you see that?
2    A.  I do.
3    Q.  Okay.  There was no point in time during the
4  McGovern period where aqueous iodophor was being used.
5    A.  I believe that's the povidone-iodine analog.
6    Q.  But it wasn't the same.
7    A.  It may not have been exactly the same.
8  There were several variants of the iodine that was
9  used.
10    Q.  Okay.  And you think that a -- that even
11  though there -- well let me strike that and ask it a
12  different way.
13    If it wasn't aqueous iodophor that was ever
14  used for McGovern, what relevance if any does the CDC
15  findings that you've stated here have?
16    A.  This statement that chlorhexidine, in the
17  views of CDC, was preferable to what was then the most
18  used iodine for skin treatment was meaningful to me.
19    Q.  So if something is slightly different, you
20  still think it's okay to use it and extrapolate to
21  that in connection with your conclusions in this case?
22    A.  I thought that there was high-quality
23  evidence that this chlorhexidine was useful.  But I
24  understand your question about the direct comparison.
25    Q.  Then you also cite here -- or you state,

Page 175

1  "There is also evidence that the combination of MSSA
2  screening and chlorhexidine was complementary,
3  resulting in a five-fold reduction in deep SSI
4  compared -- compared to the placebo."  Do you see
5  that?
6    A.  Yes.
7    Q.  Okay.  And let me pull that out for you.
8    (Exhibit 20 was marked for
9    identification.)
10  BY MS. CONLIN:
11    Q.  I have handed you what's been marked as
12  Borak Exhibit 20, which is the Bode reference which
13  supports your statement in your report that there's
14  also evidence that a combination of MSSA screening and
15  chlorhexidine was complementary, resulting in a
16  five-fold reduction in deep SSI compared to placebo;
17  correct?
18    A.  Yes.
19    Q.  Okay.  Now what was the placebo that was
20  used in this study?
21    A.  I would have to look back.
22    They describe it as "placebo," which I
23  assume would -- may have been inactive, but I do not
24  know.  I don't see a description of --
25    MR. GORDON:  It's on page 11, the

Page 176

1  randomization.
2    MS. CONLIN:  You don't need to help him.
3  I'm trying to get his understanding, Mr. Gordon, of
4  what he had in mind when he --
5    MR. GORDON:  Jan, we can --
6    If you -- if you want to know what was in
7  one of the dozens of articles he cited, you can either
8  take the time and he'll read through it all, or I --
9    You know, sorry, I won't point him to it.
10  But just so I understand, next time he'll -- he'll --
11  he'll read it in its entirety.
12    A.  Okay.  So it's the "Placebo soap and
13  ointment were identical to the active treatment except
14  for the active ingredients," so it was inactive.
15    Q.  So the placebo didn't have any antimicrobial
16  effect; correct?
17    A.  That's my understanding.
18    Q.  Okay.  So do you think it's appropriate to
19  rely on a placebo study for your conclusion that the
20  change in skin preparation during the McGovern study
21  was a confounder?
22    A.  I think it reflects the fact that the two
23  were interactive and complementary; that is, the
24  mech -- the chlorhexidine and the screening.  But I do
25  understand that this is a comparison against placebo.

44 (Pages 173 to 176)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 177

1    Q.  Right.  And so did you see anything that had
2  a comparison that showed a statistical difference
3  between the skin preparation used at the beginning of
4  the McGovern study and the skin preparation that was
5  implemented in October 2010?
6    **A.  The iodophor is the only head-to-head that I**
7  **can point to here at this moment.**
8    Q.  Okay.  And you know that wasn't the exact
9  one; correct?
10    **A.  I think it was not exact.  I could look it**
11  **up again.  I know I looked at it at one time.**
12    Q.  Do you have any evidence as you sit there --
13    **A.  As I sit here today --**
14    Q.  -- of a pub -- of a published study that
15  suggests a material difference between the two skin-
16  preparation protocols and a risk of a deep joint
17  infection?
18    **A.  I don't know that I can point to one now,**
19  **but this again is something to which I will defer to**
20  **Dr. Wenzel.**
21    Q.  Okay.  But without evidence, you're still
22  comfortable opining that there is an association, at
23  least as it relates to skin preparation; correct?
24    **A.  I think I was carefully nuanced in my**
25  **statement, which was "To the extent that use of**

Page 178

1  **chlorhexidine reduced infections, it would be a**
2  **confounder."**
3    Q.  But my point is is you -- you said at the
4  beginning of this module that we started that you do
5  believe it's a confounder, but you'll agree with me
6  that you don't have any evidence that the skin --
7  change in skin preparation during the McGovern period
8  was --
9    **A.  I do not have a direct comparison --**
10    Q.  Right.
11    **A.  -- to offer you today.**
12    Q.  Right.  But you're still comfortable saying
13  there's an association.
14    **A.  I think that there might be.**
15    Q.  Okay.  There might be?
16    **A.  I don't have any evidence to ful -- complete**
17  **the last sentence, which I gave you before, which was**
18  **that if there was a reduction from the chlorhexidine,**
19  **it would be a confounder, and I don't have any field**
20  **data in the McGovern study showing that it wasn't.**
21    Q.  All right.  I'd like to go to your next
22  section --
23    Actually, let's go back to page 12.
24    MS. CONLIN:  Actually, before we go there,
25  can you pull out Exhibit 9 from yesterday, Mr.

Page 179

1  Stirewalt.
2    (Holford Exhibit 9 handed to the witness.)
3    THE WITNESS:  Thank you.
4    Q.  I've handed you what was marked as Holford
5  Deposition Exhibit 9, which is the Darouiche study
6  entitled "Association of Airborne Microorganisms in
7  the Operating Room With Implant Infections:  A
8  Randomized Controlled Trial."  Do you see that?
9    **A.  Yes, I do.**
10    Q.  And do you -- do you agree with me that an
11  RCT is, in terms of the pecking order of evidence that
12  you rely on in an epidemiologic study, a step above
13  observational studies?
14    **A.  Generally, if it's well done.**
15    Q.  Okay.  And you see it says the objective is
16  "To evaluate the association" --
17    By the way, do you know if this -- this is
18  the same Dr. Darouiche that you relied on in
19  connection with your opinions regarding skin
20  preparation; --
21    **A.  I'm aware.**
22    Q.  -- correct?
23    MR. GORDON:  Dick, your --
24    It (referring to realtime screens) stopped.
25  I don't -- I don't care for myself, but I just want

Page 180

1  you to -- if that means your computer screwed up, I
2  don't want to --
3    THE REPORTER:  Let's go off the record,
4  please.
5    (Discussion off the record.)
6  BY MS. CONLIN:
7    Q.  So I take it during the break you did some
8  internet searching in connection with your iodine --
9  aqueous iodophor; is that right?
10    **A.  Correct.**
11    Q.  And that's something that you've learned
12  since you've been sitting here?
13    **A.  It's something I affirmed in my mind since I**
14  **was sitting here after your -- you took a break.**
15    Q.  Yeah.  Go ahead.
16    **A.  Yeah.  It's the same thing as povidone-**
17  **iodine.**
18    Q.  And in connection with your CDC statement
19  there, do you know whether the CDC was referencing
20  wound infections generally versus deep joint
21  infections?
22    **A.  I can't tell you that right now.**
23    Q.  Okay.  So back to the point before the
24  break:  As you sit here today, you don't know of any
25  published study that suggests a change -- the change

45 (Pages 177 to 180)

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 181

1  in skin preparation during the McGovern period
2  creates -- or is a confounder associated with risk of
3  infection; correct?
4      **A.  I cannot tell you whether article 33**
5  **specifically looked at that, no, not now as we are**
6  **sitting here.**
7      Q.  Now if we can turn to Holford Deposition
8  Exhibit 9, the article entitled "Association of
9  Airborne Micronis -- Microorganisms in the Operating
10  Room With Implant Infections...," you see -- I think
11  we talked about this before the break -- that Dr.
12  Darouiche is the same doctor who you cited in
13  connection -- his study in connection with your skin-
14  preparation section of your report; correct?
15      **A.  That's correct.**
16      Q.  And the objective of this article is "To
17  evaluate the association of airborne colony-forming
18  units (CFU) at incision sites during implantation of
19  prostheses with incidence of either incisional or
20  prosthesis-related surgical site infections;" correct?
21      **A.  Yes.**
22      Q.  Okay.  And if we can take a look at the last
23  page of this, the "In conclusion...," Drs. Darouiche
24  and the other study authors of this randomized
25  clinical trial write, quote, "In conclusion, our

Page 182

1  results indicate that CFU contamination of air at the
2  incision site is a risk factor for implant but not
3  incisional infections.  CFU contamination is related
4  to the particulate density in the air at the incision
5  site, and both CFU and particulate density are a
6  function of the number of people in the operating
7  room.  Limiting airborne CFU contamination at the
8  incision site can be expected to lower implant
9  infection risk."  Do you see that?
10      **A.  I see that.**
11      Q.  And you didn't opine on this particular
12  article or challenge the validity of the RCT that is
13  described in Holford Deposition Exhibit 9; correct?
14      **A.  This paper?  Yes, I did not.  This paper**
15  **does not deal with Bair Hugger.**
16      Q.  Well it deals with CFUs in the air near the
17  implant; correct?
18      **A.  Yes.  Yes.**
19      Q.  Okay.  And you've already stated you don't
20  have an opinion whether Bair Hugger increases CFUs in
21  the air at the incisional site; correct?
22      MR. GORDON:  Objection, mischaracterizes his
23  testimony.
24      **A.  I said I did not have such an expert**
25  **opinion.**

Page 183

1      Q.  Right.  And you hadn't seen the fact that
2  the manufacturer of the Bair Hugger warned at the FDA
3  of the risk of airborne contamination; correct?
4      MR. GORDON:  Object to the form of the
5  question.
6      **A.  I -- if you'll --**
7      **I think you're referring to that five oh --**
8  **512(k) or something?**
9      Q.  510(k), yes.
10      **A.  I think there was a statement there that**
11  **there was no evidence of infections resulting**
12  **therefrom.**
13      Q.  I didn't ask you about that.  Can you answer
14  my question?
15      **A.  Ask the question again.**
16      Q.  Sure.
17      MS. CONLIN:  Could you read it back, Mr.
18  Court Reporter.
19      (Record read by the court reporter.)
20      **A.  I guess that was a statement in that paper.**
21      Q.  I'd like to turn back now to page 12 of your
22  report, the prophylactic antibiotics.  And you
23  understand that during the McGovern period there was a
24  change in Gentamicin to Gentamicin plus Teicoplanin?
25      **A.  Yes.**

Page 184

1      Q.  Okay.  Can I refer to the Gentamicin period
2  as Gen and the Gentamicin plus Teicoplanin as GenTeic?
3      **A.  Sure.**
4      Q.  Okay.  And you'll understand what I'm
5  referring to.
6      **A.  I think so.**
7      Q.  And I take it that you found the change in
8  prophylactic antibiotics to be a confounder; am I
9  right?
10      **A.  It appeared to confound, yes.**
11      Q.  Okay.  Meaning that there is an association
12  between the change in the -- in -- from Gen to GenTeic
13  and risk of infection; correct?
14      **A.  Yes.  And they were differentially -- the**
15  **antibiotics were differentially associated with the**
16  **two different warming units.**
17      Q.  What do you mean by "warming units?"
18      **A.  Bair Hugger versus Hot Dog.**
19      Q.  Oh, okay.
20      What investigation did you do to ascertain
21  that, with respect to prosthetic joint infections --
22  not just infections in general but prosthetic joint
23  infections since that's what we're talking about --
24  that a change from Gen to GenTeic would be a
25  confounder?

46 (Pages 181 to 184)

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 185

1    A.  Well I read a lot of literature and I
2  evaluated, as I could, the papers that were put in
3  front of me by my search on McGowan -- McGovern, and I
4  looked at statements from Dr. Reed and others that
5  seemed to be that there was evidence that there was an
6  increase in infections when Gentamicin was used alone
7  and a decrease when Teicoplanin was added.
8    Q.  Well if anything, then, GenTeic would
9  increase the risk of deep joint infections in Hot Dog;
10  correct?
11    A.  Why would that be?
12    Q.  Well did you -- did you analyze whether
13  there was an increase or decrease in infections
14  related to the Gen versus GenTeic period, or did you
15  rely on Professor Holford for that analysis?
16    A.  I -- I didn't independently review any
17  arithmetic calculations, if that's your question.
18    Q.  Okay.  Well you understand that during the
19  Hot Dog period GenTeic was used; correct?
20    A.  Correct.
21    Q.  Exclusively.  All right.
22      Did you understand that, based on Professor
23  Holford's analysis, patients who received Gen had a
24  deep joint infection rate of 1.92 while patients who
25  received GenTeic had a 3.13 percent infection rate?

Page 186

1    A.  Would you point me to where those numbers
2  are found?
3    Q.  I'm just asking if you know.
4    A.  I --
5      Off the top of my head, I don't remember the
6  numbers.
7    Q.  Okay.  So how can you determine that
8  something is a confounder if you didn't even look at
9  that issue as it relates to the infection rates
10  between the two?
11    A.  On the numerical thing, I relied upon Dr.
12  Holford's mathematical analysis.
13    Q.  Well, are you aware of any evidence showing
14  that antibiotics are of limited value in warding off
15  or preventing deep joint infections?
16      MR. GORDON:  Object to the form of the
17  question.
18    A.  I -- I have read, as you asked me earlier,
19  that biofilm can reduce the effectiveness of
20  antibiotics, if that was your question.
21    Q.  Right.  And it -- it basically creates a
22  slime or a -- a film over the infection and
23  antibiotics can't get at it; correct?
24      MR. GORDON:  Same objection.
25    A.  I -- I'm not sure if that's how I would

Page 187

1  describe it, but yes, I think in effect that's what
2  happens.
3    Q.  And you can't deliver that much antibiotic
4  to a patient that can penetrate that, and that's one
5  of the reasons why deep joint infections take a while
6  to show up; correct?
7      MR. GORDON:  Same objection.
8    A.  I don't think -- I don't think that's why it
9  takes a while for them to show up, but --
10    Q.  Have you seen articles that have concluded
11  that the benefits of prophylactic antibiotics in
12  reducing infection rates after clean surgeries are
13  unclear?
14      MR. GORDON:  Object to the form of the
15  question.
16    A.  I don't know that I've seen that.
17    Q.  Okay.  That wasn't something you came
18  across?
19    A.  I don't remember it.
20    Q.  Well how did you go about making the
21  decision that the change in prophylactic antibiotics
22  would have a material effect on risk of infection in a
23  prosthetic joint?
24      MR. GORDON:  Object to the form of the
25  question.

Page 188

1    A.  There was a series.  One of them was the
2  differential capacity of the antibiotics to act upon
3  the bacteria that were most commonly associated with
4  the infections, a second I thought interesting was the
5  comment which I've quoted from Dr. Reed who said that
6  "Our infection rate doubled when we went to
7  Gentamicin," and I am sure that I -- there were others
8  at the moment I can't think of by name which have
9  shown the effectiveness of prophylactic antibiotics.
10  But in large part I would defer that, in terms of the
11  effectiveness, to Dr. Wenzel.
12    Q.  Well if you don't have an opinion on the
13  effectiveness, how can you opine that it's a
14  confounder?
15    A.  I have a statement from Dr. Reed from this
16  operating room who said that the infection rate went
17  up significantly when they used Gentamicin, and we
18  have evidence that the infectious rate -- infection
19  rate declined after the adoption of Teicoplanin.
20    Q.  I thought you just said you didn't do that
21  analysis.
22    A.  I -- I was looking at just the -- the -- the
23  crude numbers.  I didn't do the analysis, I looked at
24  Dr. Holford's.
25    Q.  So you're relying on Dr. Reed for this

47 (Pages 185 to 188)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 189

1  statement that the infection rate doubled when we went
2  to Gentamicin; correct?
3      **A. That was his statement, yes.**
4      Q. Okay. And -- and that was a statement that,
5  when you read that, you said, "Okay, I'm going to rely
6  on Dr. Reed for that." Right?
7      **A. I thought that was an interesting statement.**
8      Q. And you said, "I'm going to rely on that;"
9  right?
10     **A. Yes.**
11     Q. And then when Dr. Reed said things you
12 didn't agree with, you just set those aside; isn't
13 that right?
14     **A. To some extent that's correct.**
15     Q. Okay. Cherry-picking, isn't that what it's
16 called?
17     **A. No, no, no, no. I can explain how I got**
18 **there, so that's not cherry-picking.**
19     Q. Okay. Do you know whether Dr. Reed was
20 talking about deep joint infections versus superficial
21 wound infections?
22     **A. Not without looking back at the document.**
23     Q. Okay. Do you know whether antibiotics are
24 better and perhaps more efficacious when it relates to
25 wound infections as opposed to deep joint infections?

Page 190

1      **A. I -- I don't know for sure.**
2      Q. That wasn't something you investigated when
3  you reached your conclusion that the change in
4  antibiotics was a confounder as it related to deep
5  joint infections during the McGovern period; correct?
6      **A. I did not independently investigate that**
7  **question.**
8      Q. Do you believe that the -- that any changes
9  in wound dressing post surgery during the McGovern
10 period is a confounder?
11     **A. I believe they changed dressings after the**
12 **end of the McGovern study.**
13     Q. Okay.
14         (Exhibit 21 was marked for
15          identification.)
16 BY MS. CONLIN:
17     Q. I've handed you what's been marked as
18 Deposition Exhibit 21, which is an article by Dr.
19 Melling et al, quote, "Effects of preoperative warming
20 on the incidence of wound infection after clean
21 surgery:  a randomized controlled trial."  Do you see
22 that?
23     **A. I do.**
24     Q. And Dr. Melling was one of the individuals
25 that you relied -- or the author of one of the other

Page 191

1  references that you relied upon in connection with
2  your opinions; correct?  For example, reference number
3  four on your list of documents relied upon.
4      **A. Yes. I skipped it somehow.  Thanks.**
5      Q. All right. So this is --
6          This author of Exhibit 21 is the same doctor
7  as one of the other references that you relied upon in
8  connection with your expert opinions in this case;
9  correct?
10     **A. Presumably.  And this may even be the same**
11 **paper.**
12     Q. Okay.
13     **A. How do you like that?**
14     Q. All right. So if we can take a look under
15 "Introduction," one, two, three -- four paragraphs
16 down, it says, "Many factors have been shown to reduce
17 the incidence of surgical wound infection, most of
18 which are now part of best practice.  The value of
19 prophylactic antibiotics in clean-contaminated and
20 contaminated surgery is not contentious but the
21 benefits of prophylactic antibiotics in reducing wound
22 infection rates after clean surgery remain unclear.
23 Although it has been suggested that antibiotics are
24 beneficial this idea has not been supported by other
25 studies."  Do you see that?

Page 192

1      **A. I see that.**
2      Q. Okay. So this --
3          I take it you had read this before you
4  rendered your opinions in this case; correct?
5      **A. I'm sure I'd read this before I rendered my**
6  **opinions.**
7      Q. Okay. And one of the reasons you decided
8  that there wasn't evidence of an association between
9  the Bair Hugger and the increased risk of infection is
10 because there were studies on both sides; right?  We
11 talked about that this morning.
12     **A. I think that's right.**
13     Q. Okay. And this is an article that's saying
14 that there's sort of studies on both sides on whether
15 even administering any antibiotic -- or prophylactic
16 antibiotic after a clean surgery is unclear; correct?
17     **A. That was the starting premise, yes.**
18     Q. Okay. But you've decided that the change in
19 antibiotics was a confounder in connection with
20 McGovern; correct?
21     **A. Based on the McGovern data, yes.**
22     Q. You know the authors said that it wasn't a
23 confounder in their mind; correct?
24     **A. I think they did in their depositions.**
25     Q. Okay.

48 (Pages 189 to 192)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 193

1      (Exhibit 22 was marked for
2      identification.)
3   BY MS. CONLIN:
4      Q.  I've handed you, sir, what's been marked as
5   Deposition Exhibit 22, which is a study entitled
6   "Prophylactic antibiotics in elective hip and knee
7   arthroplasty," authored by Dr. Hickson among others.
8   Do you see that?
9      A.  I do.
10     Q.  You see that Dr. Reed is also an author on
11  this?
12     A.  I do.
13     Q.  Okay.  If we can take a look at page 186 of
14  this.
15     A.  May I just look at the abstract first,
16  make --
17     Q.  Sure.
18     A.  Okay.  Thank you.
19     Q.  Can you direct your attention to page 186 of
20  this, and direct your attention to the second
21  paragraph down starting with "Although..."  It says,
22  "Although there is a large body of evidence for the
23  use of prophylactic antibiotics in primary hip and
24  knee arthroplasty, there is no clear benefit to using
25  one particular agent/regimen."  Do you see that?

Page 194

1      A.  I do.
2      Q.  Okay.  Do you have any reason to dispute the
3   statements by Drs. Reed and Hickson as reported in
4   this --
5      A.  I --
6      Q.  -- article?
7      A.  I don't.
8      Q.  Okay.  So I'd like to direct your attention
9   to page 13 of your report regarding the MSSA
10  screening.
11     A.  Yes.
12     Q.  And I take it you also find that there is an
13  association between MSSA screening and an increased
14  risk of a prosthetic joint infection; correct?
15     A.  I believe that's correct, yes.
16     Q.  Okay.  And you said that there was screening
17  implemented for MSSA, or methicillin sensitive
18  Streptococcus aureus, correct, in January of 2010?
19     A.  Yes, I did say that.
20     Q.  Okay.  And is it -- and you also say that
21  there --
22         Well, do you know if there was
23  decolonization after that?
24     A.  That's my understanding.
25     Q.  And what was the decolonization protocol?

Page 195

1      A.  I would have to look it up.  And I think it
2   was muc -- mupirocin that was used, but I could look
3   at --
4         Probably it was in Gillson, but I'm not
5   sure.
6      Q.  Okay.  In connection with --
7         MS. CONLIN:  Well I'll dig that out.  Why
8   don't we just take a quick break here; we've been
9   going about an hour anyway.
10        THE REPORTER:  Off the record, please.
11        (Recess taken.)
12        (Exhibit 23 was marked for
13        identification.)
14  BY MS. CONLIN:
15     Q.  I've handed you, sir, what's been marked as
16  Deposition -- Borak Deposition Exhibit 23, which is
17  entitled "Implementing effective SSI surveillance" by
18  Julie Gillson and Gail Lowdon.
19        Is this what you were referencing before the
20  break in connection with your understanding that once
21  MSSA screening was undertaken in January of 2010,
22  there was decolonization with a topical antibiotic?
23     A.  This is the article I was referring to.
24     Q.  Okay.  And then I'd just ask you to point
25  out for me where in the article the actual

Page 196

1   decolonization procedure is outlined.  I'll just
2   represent to you I -- I couldn't find it, so --
3         MR. GORDON:  I'll save you both time.  It's
4   not in there.
5      A.  I -- I --
6         At the moment I don't see it.  I'm not sure
7   if it's in the table, which I can't see.
8      Q.  I'll represent to you that I blew that up
9   and it doesn't say it there either, so I'm just
10  curious --
11        MR. GORDON:  I'll -- I'll stipulate to that.
12        MS. CONLIN:  Okay.
13     Q.  So where -- where did you get this notion
14  that the screening was followed by a decolonization
15  with a topical antibiotic mupir --
16     A.  Mupirocin.
17     Q.  -- mupirocin?
18     A.  I think that I --
19        If I didn't find it in here and if I did not
20  see it in Dr. Reed's testimony, then I presume I
21  assumed that it would be the only purpose for doing
22  the MSSA screening; that is, to detect and then to
23  respond to it.
24     Q.  Well I guess my point is is how do you know
25  it was that particular topical antibiotic versus

49 (Pages 193 to 196)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 197

1  something else?
2      A.  That is the one that has been used almost
3  universally, so I -- I am reasonably certain that I --
4  I would have expected that.  And I thought I knew
5  that, but at the moment sitting here I can't point to
6  a place where I found that specific detail.
7      Q.  And you again, in connection with this MSSA
8  screening, rely on statements by Dr. Reed; correct?
9      A.  Well I pointed to Dr. Reed's statement.
10     Q.  Well you relied on it; correct?
11     A.  Yes.
12     Q.  Okay.
13     A.  Oh, okay.  There.  Okay.  So it is Dr. Reed
14  who literally there said, "After MSSA screening, a
15  decolonization was introduced," and I took for granted
16  that that was referring to this time in this study of
17  concern that we have with McGovern.
18     Q.  Okay.  Did you do any analysis as to whether
19  MSSA infections went up after MSSA screening and
20  decolonization was implemented in January 2010?
21     A.  I understand from conversations -- I did not
22  look at the raw data -- that there were none reported
23  after the introduction of that process.
24     Q.  So you would disagree that there was an
25  uptick in infections after MSSA screening was

Page 198

1  implemented?
2      A.  I thought that there were no MSSA
3  infections.
4          (Exhibit 24 was marked for
5          identification.)
6  BY MS. CONLIN:
7      Q.  I've handed you, sir, what's been marked as
8  Borak Deposition Exhibit 24, which is a document
9  entitled "Surveillance of surgical site infections in
10  NHS hospitals in England."  Do you see that?
11     A.  I do.
12     Q.  Okay.  And is this something you've seen
13  before?
14     A.  I have seen documents that look like this.
15  I don't know if this is the one I saw.
16     Q.  Okay.  If we can direct your attention to
17  page 30, --
18     A.  Yes.
19     Q.  -- Figure 11, "Trends in micro-organisms
20  reported as causing inpatient SSIs, proportions with
21  lower and upper 95 percent confidence, all surgical
22  categories, NHS hospitals, England."  Do you see that?
23     A.  I do.
24     Q.  Okay.  Now you'll see the dotted green line
25  is MSSA infections; correct?

Page 199

1      MR. GORDON:  Dotted green or blue?
2      MS. CONLIN:  Well whatever.  It's the one
3  dotted line with the circle.
4      Q.  Do you see that?
5      A.  Yes.
6      MS. CONLIN:  Okay.  And yeah, it does look
7  blue, Mr. Gordon.  Thank you.  We'll refer to it as
8  the dotted blue line.
9      Q.  You'll see that there's a reference point
10  there of September 2008.
11     Right here.
12     A.  Yes.
13     Q.  Okay.  And then if you look, based on this
14  graph, MSSA infections went down between September
15  2008 and October 2009; correct?
16     A.  It seems to be.
17     Q.  Okay.  And then after October 2009 to
18  November 2011, you'll see there's an uptick; correct?
19     A.  I do see that.
20     Q.  Okay.  Is that something that you
21  investigated in connection with your view that the
22  MSSA screening renders the McGov -- is a confounder to
23  the McGovern report?
24     MR. GORDON:  Object to the form of the
25  question.

Page 200

1      A.  I would not have looked at this since this
2  is a composite of all of the hospitals in England -- I
3  think it is all of them -- and it is all forms of
4  surgery, and so I'm not quite sure what one could have
5  drawn from this or what it would have told me other
6  than the fact that there was heterogeneity in the
7  operating room procedures in the NHS hospitals.
8      Q.  Do you know which hospitals were included in
9  this?
10     A.  I'm happy to look at the beginning.
11     Q.  Well you just said it includes all the
12  hospitals.  I'm wondering if you know that or you're
13  just assuming that.
14     A.  I am assuming it based upon what I saw in a
15  quick look at the document, but I'm happy to look
16  further.  "Since July 2008 hospitals were required" --
17     I mean I'm happy to take time to look for
18  the number, but --
19     Q.  No.  I -- I was just curious, when you said
20  that it included more hospitals than the three at
21  issue in McGovern, whether you knew that or you were
22  just speculating.
23     A.  Oh, no, no, no, I'm not speculating, but I
24  don't know what the number is.
25     Q.  Okay.

50 (Pages 197 to 200)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 201

1    A.  This is a composite of the NHS system.  We
2  are looking at, in McGovern, one hospital.
3    Q.  Okay.  But you --
4    Your view is that because the MSSA data on
5  that chart we just looked at isn't specific to deep
6  joint infections, it wouldn't be a fair comparison; is
7  that right?
8    A.  No.  It wouldn't be a fair comparison
9  because it's looking at, I believe, most if not all of
10  the NHS hospitals in England.  I don't know about
11  their implementation of procedures and protocols.  I
12  believe I saw something here about a lack of
13  consistency in the applications of protocols.  I think
14  there are a variety of other considerations.  So I
15  wouldn't use this to inform my thinking about
16  Northumbria.
17    Q.  And one of the reasons that you just stated
18  that you didn't think it would be a fair comparison is
19  because it's including other surgeries, not just deep
20  joint infections; correct?
21    A.  Yes.
22    Q.  Other types of infections.
23    A.  Yes.
24    Q.  And you don't think it would be fair to
25  extrapolate from one type of infection in one part of

Page 202

1  the body to a deep joint infection even if it's MSSA;
2  correct?
3    A.  I -- I -- I --
4    Yes.  I think this would raise the question
5  whether this added or altered my thinking, and I
6  referred ultimately to a comment which came literally
7  from Dr. Reed who said that "In the fight against
8  PJI" -- prosthetic joint infections -- "after MSSA
9  screening and decolonization was introduced, one NHS
10  joint replacement unit, the MSSA infection was reduced
11  from .84 to .26."  I believe that is speaking about
12  Wansbeck, though in looking at the document I couldn't
13  tell which of the three hospitals it was, but I
14  presume it is because it's where there was the data.
15    MS. CONLIN:  Move to strike as non-
16  responsive.
17    Can you read my question back?
18    (Record read by the court reporter.)
19    A.  I -- I have difficulty extrapolating from
20  this document.  I might also have --
21    Q.  I didn't ask you that.  I asked you a
22  straight-up question.
23    MS. CONLIN:  Could you read it back again.
24    (Record read by the court reporter.)
25    A.  It might not be fair.

Page 203

1    (Exhibit 25 was marked for
2    identification.)
3  BY MS. CONLIN:
4    Q.  I've handed you, sir, what's been marked as
5  Borak Exhibit 25, which I think is your reference --
6    A.  I think it's number 30.
7    Q.  -- your reference number 30; correct?
8    A.  I believe that's correct.
9    Q.  Thank you.  Okay.  And this was one of the
10  things that you relied on to suggest that
11  decolonization with a topical antibiotic, mupirocin,
12  has been shown to significantly reduce risk of post-
13  surgical infections, including hip and knee
14  replacements; correct?
15    A.  Yes.
16    Q.  Okay.  I'd like to direct your attention to
17  the third paragraph of this article.
18    A.  After the introduction or in the abstract?
19    Q.  Internal page 2385.  Got a chart at the top.
20    A.  Third page.  I thought you said paragraph.
21  Okay.
22    Q.  In the paragraph about "Of the 19
23  studies..."
24    A.  "Of the 19 studies..."  Yes.
25    Q.  On the right-hand side, midway down, it

Page 204

1  says, "The majority of studies detected S. aureus
2  colonization using cultures, most SSIs were defined by
3  CDC criteria, the majority of studies did not
4  differentiate between superfer -- superficial versus
5  deep infections, and most of the patients who
6  underwent decolonization were positive for S. aureus
7  on nasal screens."  Do you see that?
8    A.  I do.
9    Q.  In connection with your discussion of MSSA
10  screening, you bundled infections regardless of
11  whether they were deep joint infections; correct?
12    MR. GORDON:  Object to the form of the
13  question.
14    A.  I cited a paper which I think may have
15  bundled it.
16    Q.  In -- in support of your belief that the
17  implementation of MSSA screening and decolonization is
18  a confounding factor in McGovern; correct?
19    A.  Yes.  Correct.
20    (Exhibit 26 was marked for
21    identification.)
22    THE WITNESS:  Thank you.
23  BY MS. CONLIN:
24    Q.  I've handed you what's been marked as Borak
25  Exhibit 26, which is a JAMA survey entitled "Centers

51 (Pages 201 to 204)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 205

1  for Disease Control and Preven -- Prevention Guideline
2  for the Prevention of Surgical Site Infection, 2017;"
3  correct?
4      **A. Correct.**
5      Q. And this was something that you relied on in
6  connection with your opinions in this case; correct?
7      **A. Correct.**
8      Q. Okay. I'd like to direct --
9      Now by the way, you understand that this
10  particular recommendation didn't advocate one type of
11  patient warming over another; correct?
12      **A. I don't remember that.**
13      Q. Okay. That they said keep patients warm,
14  but they didn't advocate a specific --
15      **A. Okay. That is probably correct. I don't**
16  **specifically remember.**
17      Q. And you're not suggesting that there's
18  something special about the Bair Hugger that keeps a
19  patient warmer; correct?
20      **A. I understood that the Bair Hugger warmed**
21  **more quickly, but I can't tell you where I know that**
22  **from.**
23      Q. Okay. Now if we can take a look at E4,
24  under "Normothermia," do you see that --
25      **A. Yes.**

Page 206

1      Q. -- in the left-hand side underneath
2  "Glycemic Control?"
3      **A. Yes.**
4      Q. At the end of it it says, "...Other
5  Guidelines section of the narrative summary for this
6  question (eAppendix 1 one of the Supplement)." Do you
7  see that?
8      **A. Yes.**
9      Q. Okay. Did you look at that supplement to --
10      **A. I believe I did.**
11      Q. Okay. So you're aware that in that
12  supplement the CDC found no benefit to using CHG-
13  alcohol compared to iodophor alcohol; correct?
14      **A. I actually don't recall that.**
15      Q. Okay. Are you aware that the CDC found no
16  benefit to CHG versus povidone-iodine?
17      **A. I don't recall that.**
18      Q. Okay. Would that be something that would be
19  important in connection with your view that the change
20  in skin preparation is a confounder that undercuts the
21  validity of McGovern?
22      **A. I would probably go back and look at it**
23  **again, and I may do so tonight.**
24      Q. Okay. Are you aware that that appendix
25  found no benefit to using enoxaparin, which is a --

Page 207

1  basically a low-molecular-weight heparin similar to
2  trinzaparin, compared to Xarelto, which --
3      **A. I know that it --**
4      MR. GORDON: Object to the form of the
5  question.
6      **A. They -- they reviewed a number of studies,**
7  **none of which compared trinzaparin.**
8      Q. So you were aware of that.
9      **A. Yes.**
10      Q. And your point is is you can't rely on that
11  because enoxaparin is -- even though it's another type
12  of low-molecular-weight heparin, it's not the same as
13  trinzaparin; correct?
14      **A. Well that was one, and the second is that**
15  **the papers they reference don't actually define**
16  **surgical infection.**
17      Q. So with respect --
18      Well fair point. You'd agree with me that
19  you got to know whether it's a deep joint infection or
20  some other type of infection.
21      **A. I -- I -- I didn't -- I didn't know what**
22  **they were looking at. I tried. It was cited only --**
23      **In each of the four papers they reference**
24  **there, it is only cited in a table with a footnote,**
25  **and the footnote doesn't lead -- is a -- is a -- is a**

Page 208

1  blind path.
2      Q. Okay. And you set aside the
3  thromboprophylaxis discussion because you didn't see a
4  comparison between -- between trinzaparin and Xarelto
5  directly; correct?
6      **A. I did not see such a comparison.**
7      Q. And you felt like it would be inappropriate
8  to use the reference to enoxaparin even though it's
9  similar to trinzaparin because it's different; is that
10  right?
11      **A. It's different.**
12      Q. And that's one of the reasons you set it
13  aside; correct?
14      **A. Correct.**
15      Q. Now I'd like to direct your attention to
16  page nine of your expert report, Borak Exhibit 1, "The
17  McGovern Study: Background." Are you there?
18      **A. I am.**
19      Q. Okay. And in paragraph 22 you say, "The
20  report -- report by McGovern is the only published
21  study that purports to show an increased risk of SSI
22  associated with the use of the Bair Hugger."
23      **A. I did say that.**
24      Q. Okay. And there --
25      Since that time there's been the Augustine

52 (Pages 205 to 208)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 209

1  paper that's been published; correct?
2      A.  Correct.
3      Q.  And I take it that doesn't change your
4  views.
5      A.  No.  I think little of the Augustine paper.
6      Q.  You think little of the Aug --
7          Why is that?
8      A.  It doesn't seem to follow its protocol.  It
9  seems to have cherry-picked data.
10     Q.  What kind of cherry-picking?
11     A.  Hmm.  There are data from Ridgeview Medical
12  Center, that were apparently provided under whatever
13  process legally, which shows a compilation of knee and
14  hip surgeries and infectious rates for four years,
15  2006, 2007, 2008, 2009.  Looking at the recent
16  Augustine paper, it appears that he only dealt with
17  the knees, not the hips nor the two combined, that he
18  compared 2006 knees to 2008 and 2009 knees, which was
19  not at all what he said was the protocol, which
20  was a two-month or three-month washout period, and
21  that he selectickly -- selectively excluded the 2007
22  data.  And so it doesn't look to me as though the
23  Augustine paper is based upon legitimate data, it
24  looks as though -- well "legitimate" -- real but
25  selected in a way to influence the appearance of an

Page 210

1  outcome.
2      Q.  How about the other two centers?
3      A.  I don't have any data on them.
4      Q.  Now in paragraph 24 --
5          Oh, by the way, is there anything else that
6  you want to say about why you think very little of the
7  Augustine paper?
8      A.  Well it's clear that he doesn't provide
9  enough information about the cases, and his statement,
10  which is that nothing else changed, is contradicted by
11  statements from that Ridgeview Medical Center itself,
12  so my sense of it is that the data are not what he
13  presents or that he misrepresents the data, and that
14  he excluded a year's worth of data which would not
15  have enhanced the comparison, that he deviated from
16  the protocol, and that he excluded the hip data.
17     Q.  Excluded the what?  I'm sorry.
18     A.  Excluded the hip data --
19     Q.  Oh "hip."  Okay.  Yeah.
20     A.  -- and did not present the paper properly.
21  He says that he did a replica or something -- I'm
22  paraphrasing -- of the McGovern study, but of course
23  he clearly did not.
24     Q.  If the --
25         Is that everything?  I'm just trying to make

Page 211

1  sure.
2      A.  For the moment.  It's possible something
3  else will occur to me, but I haven't pulled out my
4  notes.
5      Q.  Okay.  If the McGovern study is valid, would
6  you agree with me that there is a substantial increase
7  in the risk of infection through use of the Bair
8  Hugger?
9          MR. GORDON:  Object to the form of the
10  question.
11     A.  Hypothetically, if there were no problems
12  with the McGovern paper, then its conclusions could be
13  relied upon.
14     Q.  Okay.  And it would show a substantial
15  increased risk of a deep joint infection --
16     A.  Hypothetically, if it were different --
17     Q.  -- through use of Bair Hugger.
18     A.  Hypothetically, if there were no problems
19  with the McGovern paper and if the results as
20  presented were correct, then it would show a 3.8-fold
21  increased risk with the Bair Hugger that was
22  statistically significant.
23     Q.  Okay.  And if --
24         One of the things that Professor Holford did
25  is say, well, there -- Dr. Reed testified he thought

Page 212

1  there was one more infection in each group, then
2  running those numbers is a 2.76 increased risk of
3  infection.  Would you consider that substantial?
4          MR. GORDON:  It's actually 2.86.
5          MS. CONLIN:  2.86.  Thank you for that
6  correction.
7      A.  The word "substantial" is awfully
8  subjective.  I don't -- I don't think I used it, but
9  maybe I would.  I would not use it necessarily for
10  2.76.
11     Q.  But for 3.8, you would call that a
12  significantly increased odds ratio.
13     A.  I -- I think it was significantly increased.
14  I think that's what the arithmetics showed.
15     Q.  Well you used the term "significantly
16  increased odds ratio" --
17     A.  Yes.
18     Q.  -- for SSI during the Bair Hugger period --
19     A.  Yes.
20     Q.  -- if the McGovern data is accurate;
21  correct?
22     A.  Yes.
23     Q.  Okay.  Now in paragraph 24 you say, "The
24  McGovern authors noted that 'unfortunately' during the
25  study period there was a change in the prophylactic

53 (Pages 209 to 212)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 213

1  antibiotic regimen and two changes in their
2  thromboprophylaxis regimen." Do you see that?
3      **A.  I do.**
4      Q.  Where does that quote "unfortunately" come
5  from?
6      **A.  I'd have to look and see whether it's in**
7  **McGovern or in some of the depositions.**
8      Q.  Okay.  So you weren't suggesting an
9  attribution to the article itself.
10     **A.  I don't know.  I can look and see.  I don't**
11 **remember.**
12     Q.  Okay.  And you write in 25 that "The authors
13 concluded that their study did not establish a causal
14 basis for an association between Bair Hugger and risk
15 of SSI...;" correct?
16     **A.  Yes, that's correct.**
17     Q.  Okay.  Now you read the depositions of at
18 least some of the authors; correct?
19     **A.  Yes.**
20     Q.  Okay.  And you understand that they hadn't
21 done a full epidemiological study at the time the
22 McGovern paper was published; correct?
23     **A.  I'm not sure what you mean by "a full**
24 **epidemiological study," but perhaps you can refer to**
25 **the statement that you're referring to.**

Page 214

1      Q.  Well you understand that they hadn't gone
2  out and done a bunch of research beyond what -- the
3  McGovern paper itself.  I mean they -- they -- they
4  were reporting on work they did; correct?
5      **A.  They were reporting the data that they said**
6  **they had collected at this hospital.**
7      Q.  Okay.  And, for example, they don't
8  reference the Stocks paper or the Darouiche paper;
9  correct?
10     **A.  They did not refer to that, but I --**
11 **Yes, I don't think they did.**
12     Q.  Okay.  And you're aware that at least one of
13 the authors testified under oath, under penalty of
14 perjury, that a causal connection if properly
15 qualified could be made; correct?
16     MR. GORDON:  Object to the form of the
17 question, mischaracterizes the testimony.
18     **A.  I -- I don't recall that.  Which expert was**
19 **that -- or which author?**
20     Q.  I think it was Dr. Reed.  I can dig it out.
21 Do you recall reading that?
22     **A.  I don't specifically.  I've cited something**
23 **else from Dr. Reed's deposition.**
24     Q.  Because you did cite throughout your report
25 where helpful your position statements that were made,

Page 215

1  correct, by both Drs. Reed and McGovern?
2      **A.  I certainly quoted from them, yes.**
3          **(Discussion off the stenographic record.)**
4          **(Exhibit 27 was marked for**
5          **identification.)**
6  BY MS. CONLIN:
7      Q.  I've handed you a portion of Dr. McGovern's
8  deposition.
9          By the way, did you get both days of Dr.
10 McGovern's deposition?
11     **A.  Yes, I did.**
12     Q.  Okay.
13     **A.  But forgive me, I thought you were asking me**
14 **a question a moment ago about Dr. Reed.**
15     Q.  No, I asked you about one of the authors.
16     **A.  Oh.  And I thought you said it was Dr. Reed.**
17 **Maybe I'm wrong.  Maybe I misheard.**
18     Q.  And if you take a look at the bottom of page
19 114 where Mr. Gordon was questioning him:
20         "Question:  Based on the evidence, you
21 believe it would have been reasonable to imply there
22 was a causation?"
23         Mr. Gordon, quote -- or --
24         "Question:  Based on the evidence, you
25 believe it would have been reasonable for your paper

Page 216

1  to imply a causal connection?
2          "Answer:  If properly qualified, yes."
3          Do you see that?
4      **A.  I'm sorry, direct me to which page.**
5      Q.  Page one -- internal page 115.  Bottom of
6  114, top of 115.  Do you see that?
7      **A.  I'm looking at the next interaction, which**
8  **is "What would the proper qualifications be?"**
9          **I see what you've read.**
10     Q.  Okay.  And it's your opinion that not only
11 can you not draw a causal connection based on a review
12 of all the evidence, but you can't even suggest an
13 association between the Bair Hugger and an increased
14 risk of infection; isn't that right?
15     **A.  No.  There's clearly an association that's**
16 **been made by the McGovern paper.  What I've said is I**
17 **find no evidence to indicate that there is a**
18 **causation.**
19     Q.  Well let's take a look.  I thought we went
20 over this this morning.  It took us a while to
21 establish it.
22         You write in paragraph 74c, "The McGovern
23 report relied on truncated and incorrect --
24 incorrectly tabulated data.  When those irregularities
25 are corrected, the study data do not pry -- provide

54 (Pages 213 to 216)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 217

1    evidence that the Bair Hugger is associated with a
2    significant increase in SSI;" correct?
3        **A.  The operative word there is "a significant**
4    **increase," and once those data errors are corrected,**
5    **the association becomes non-significant.**
6        Q.  Well you know that the study authors, in
7    addition to saying they checked the numbers three
8    times before they went in the final report, Dr. Reed,
9    for example, said that if you added one infection on
10   each side, it would change the odds ratio very -- very
11   slightly; right?
12       **A.  I -- I saw such a statement.**
13       Q.  Okay.  And you -- you disagree with that,
14   too; don't you?
15       **A.  I relied upon Dr. Holford's calculations**
16   **based on that, --**
17       Q.  Okay.
18       **A.  -- both in his paper and in -- in his report**
19   **and in footnote one of his report.**
20       Q.  But you would disagree with Dr. Reed that it
21   would change the odds ratio very slightly; correct?
22       **A.  I don't know what he meant by "very**
23   **slightly."  But yes, I don't agree that it would have**
24   **retained significance.**
25       Q.  Even if it had p-value of under .05?

Page 218

1        **A.  I would have to see that.**
2        Q.  Okay.  Do you think if --
3            Well, let me ask you this:  Do you -- do
4    you --
5            You don't have an opinion on whether
6    chi-squared or Fisher's exact is the appropriate
7    methodology for deriving a p-value; correct?
8        **A.  Well I could tell you what --**
9        Q.  In the McGovern study.  And I'm just asking
10   you about your report, I'm not interested in your
11   thoughts on it.
12           In your report you don't opine on the
13   appropriateness --
14       **A.  I do not o --**
15       Q.  -- of using chi-squared --
16       **A.  I have not opined upon exact test versus**
17   **chi-square.**
18       Q.  Okay.  And you express no opinion on the
19   appropriateness of the use of chi-squared in
20   connection with McGovern.
21       **A.  I did not opine in my report.**
22       Q.  You got to wait until I'm finished --
23       **A.  I'm sorry.**
24       Q.  -- so we're not talking over each other.
25   Okay.

Page 219

1            And what is your view of the importance of
2    establishing a p-value in connection with an
3    epidemiological undertaking?
4        **A.  I think it is a useful guiding datum.  It**
5    **gives you some sense of what is going on, but it also**
6    **has a certain quality of subjectiveness.**
7        Q.  Okay.  So if something falls just below or
8    just above the known p-value of .05, that's not the
9    end of the inquiry is your -- is your view.
10       **A.  I believe that that is not the end of one's**
11   **inquiry.**
12       Q.  Okay.  So something can have a causal
13   connection even though the p-value is less than .05;
14   correct?
15       **A.  You mean more than.**
16       Q.  I'm sorry, more than .05.
17       **A.  Yes.  And something can be a confounder even**
18   **when its association on a univariate level is greater**
19   **than p equals .05.**
20       Q.  Okay.  What if it's one?
21       **A.  What if it's p equals one?**
22       Q.  Uh-huh.  Can it be a confounder?
23       **A.  I don't have an answer to that question.**
24   **Probably not, but I don't know.**
25       Q.  Okay.  You don't have an opinion on that one

Page 220

1    way or another.
2        **A.  Not on a univariate.**
3        Q.  And you didn't take that into account in
4    conjunction with your opinions on what is a confounder
5    in connection with McGovern and what's not; correct?
6        **A.  I didn't take what into account?**
7        Q.  Whether any of these changes, if you added
8    them up, had a p-value of one.
9        **A.  That's not what we're talking about.**
10   **It's --**
11           **I'm sorry, forgive me.  Your statement is a**
12   **misstatement.  Perhaps you should ask your question**
13   **again.**
14       Q.  Okay.  You didn't, in connection with
15   deciding whether something was a confounder, take into
16   account the strength of association or the p-value;
17   correct?
18       **A.  Did I?**
19       Q.  Yes.
20       **A.  I was not looking at p-values.  I think I**
21   **was not looking at p-values.  I was largely looking at**
22   **the evidence indicating that there were associations.**
23       Q.  Right.  You were using --
24           You were reading stuff and using your
25   scientific judgment; correct?

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 221

1    A.  And my knowledge, yes.
2    Q.  Okay.  Because, as we talked about earlier
3  in the day, there's an element of epidemiology that
4  involves scientific judgment; correct?
5    A.  I think scientific judgment is an important
6  thing, yes.
7    Q.  Okay.  And that's what you did here in
8  conjunction with deciding what you thought was a
9  confounder and what you thought wasn't a confounder;
10  correct?
11    A.  It was part of what I did.
12    Q.  I'd like to direct your attention to page 11
13  of your report starting under the heading "The
14  McGovern Study:  Sources of Confounding and Systematic
15  Bias."
16    A.  Correct.
17    Q.  Okay.  And in paragraph 27 you talk about
18  Gillson and Lowdon, that "...the Northumbria
19  Healthcare Trust was regularly informed by the Health
20  Protection Agency during 2008 and 2009 that it was 'a
21  high outlier for SSI.'"  Do you see that?
22    A.  I do.
23    Q.  Do you know whether it was a high outlier
24  for deep joint infections?
25    A.  I understood that to be what they were

Page 222

1  talking about.
2    Q.  Based on what?
3    A.  The focus of the Gillson and Lowdon paper.
4  But maybe I overstate it.  I'm happy to look again.
5  It's clearly within the orthopedic
6  department.  I don't know whether they specifically
7  note -- they say that there was a certain criteria
8  which included --
9       Well my initial read here does not
10  specifically differentiate the types of infections.
11    Q.  Okay.  You don't know whether the
12  Northumbria Healthcare Trust was a high outlier for
13  deep joint infections; do you, sir?
14    A.  No, not specifically.  I guess I do not.
15    Q.  Okay.  And you say, "This was confirmed by
16  Dr. Reed in his deposition."  So you relied on Dr.
17  Reed for support for that statement about Northumbria
18  being a high outlier for SSI; correct?
19    A.  I guess I did, yes.
20    Q.  Okay.  You also know that Dr. Reed testified
21  that he felt that other hospitals in the trust were
22  underreporting.
23    A.  I read that.
24    Q.  Okay.  But you didn't rely on that; did you,
25  sir?

Page 223

1    A.  I didn't have any evidence of that.
2    Q.  Okay.  Did you do any investigation as to
3  whether there was underreporting going on by other
4  hospitals in the U.K.?
5    A.  I only know that -- that this hospital was
6  reporting much higher than the national rates.  I've
7  looked at some data on that.
8    Q.  Okay.  Did you do an investigation --
9       Can you answer my question?  Did you do an
10  investigation as to whether Dr. Reed was correct in
11  his statement that there was underreporting going on
12  at other hospitals during this time period?
13    A.  I did no such investigation.
14    Q.  You also -- I take it paragraph 28 is --
15       You're relying on Dr. Holford for the
16  statements and conclusions in paragraph 28 in your
17  report?
18    A.  Yes, that's correct.
19    Q.  Okay.  And if he's wrong, you're wrong;
20  right?
21    A.  If he's wrong, I'd have to revisit it.  Yes.
22    Q.  Okay.  And then in paragraph 29 you say,
23  "The analysis by Dr. Holford raises another concern,
24  the possibility that the data included in the McGovern
25  study had been 'cherry-picked'."  Do you see that?

Page 224

1    A.  I did.
2    Q.  And you say, "As noted above, appropriate
3  SSI data were available for 9 months from October '07
4  to June '08, but they were excluded from the McGovern
5  report."  Do you see that?
6    A.  Yes.
7    Q.  Okay.  You're aware that it wasn't until
8  July of 2008 that there was a robust surveillance and
9  reporting of infections at Wansbeck; correct?
10       MR. GORDON:  Object to the form of the
11  question.
12    A.  I -- I have seen conflicting information
13  about when --
14       I've seen information from Dr. Reed's
15  depositions and I've seen stuff from the Gillson
16  paper, and I don't know what date it started.  I think
17  I understand that much of the data that comprise the
18  McGovern 16/Albrecht 10 were compiled -- some of it
19  was compiled ongoing and some of it was retrospective,
20  and I don't know which was which, so I don't know when
21  the evaluations really began.
22    Q.  Okay.  Without having evidence to know
23  whether Dr. Reed was correct that there wasn't
24  complete data reporting until July 2008, you still
25  felt comfortable opining in this case that there was

56 (Pages 221 to 224)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 225

1  cherry-picking and manipulation with respect to the
2  start date; correct, sir?
3          MR. GORDON:  Object to the form of --
4      A.  I -- I didn't say --
5          MR. GORDON:  -- the question.
6      A.  -- that there was cherry-picking, I said
7  that the possibility is there based upon the fact that
8  there were these data for nine months.  And I believe
9  I have seen from some deposition exhibits
10  prepublication figures, graphs, which suggest a number
11  of different start dates for this series of cases, one
12  which began in September rather than in July, which
13  makes me think that the start date was subject to some
14  manipulation or option.
15      Q.  Well those were start dates with respect to
16  the SS -- SSI bundle.  I'm talking about robust
17  reporting with respect to deep joint infections in
18  knees and hips.  You have no -- you have no evidence
19  to suggest that Dr. Reed was lying when he said that
20  the reason they started in July of '08 was because
21  that was when they felt there was full and robust
22  reporting available.
23          MR. GORDON:  Object to the --
24      Q.  Is that right?
25          MR. GORDON:  Object to the form of the

Page 226

1  question, move to strike counsel's preamble, and
2  misstates and mischaracterizes the evidence.
3          MS. CONLIN:  You may answer.
4      A.  I -- I have no reason to believe that Dr.
5  Reed was lying.
6      Q.  Okay.  And you say, in connection with
7  paragraph 29, it suggests the possibility of data
8  manipulation.
9      A.  Uh-huh.  Yes.
10      Q.  And again, data manipulation by the authors
11  of the McGovern study?
12      A.  Ultimately, yes.
13      Q.  Okay.  So assuming that Dr. Reed was not
14  lying under oath when he said the reason why we
15  started in July of '08 was because that's when we had
16  full reporting, what is the data manipulation that
17  you're referencing there?
18          MR. GORDON:  Object to the form of the
19  question, incomplete hypothetical, assumes facts not
20  in evidence.
21      A.  I -- I -- I have seen some earlier work that
22  I think came from Mr. Albrecht, but I'm not certain,
23  which suggested a different starting date for the
24  analysis which comprises the McGovern study, and it
25  was not July but I think it was the following

Page 227

1  September, and so I think that there was some ability
2  to alter the starting date.  That's the first piece.
3  The second piece, it may be entirely coincidental, but
4  I think that the Holford analysis of statistical
5  significant starting dates is very interesting because
6  had it started September instead of July, then the
7  effect of switching from Bair Hugger to Hot Dog would
8  not have been statistically significant; July was
9  statistically significant; June and August were not.
10  It's --
11          It may be just coincidence, I don't know,
12  that's why I say it raises the possibility.
13      Q.  Well don't you think you need some evidence
14  if you're going to accuse the authors of the McGovern
15  study of scientific fraud?
16          MR. GORDON:  Object to the form of the
17  question.
18      A.  I -- I was being very careful not to accuse
19  anybody.
20      Q.  Okay.  Then --
21      A.  I said --
22      Q.  -- accuse them of data manipulation.
23      A.  I said it raises the concerns of that.
24      Q.  Do you know who Mark Albrecht is, what his
25  credentials are?

Page 228

1      A.  I think that he has a master's degree from
2  the University of Minnesota in statistics.
3      Q.  And he's a professor there?
4      A.  I didn't know that.
5          MR. GORDON:  Object to the form of the
6  question, assumes facts not in evidence.
7      Q.  Are you -- are you -- are --
8          Is it Mark Albrecht who engaged in data
9  manipulation?  You referenced him.
10      A.  I don't know.
11          MR. GORDON:  Object to the form of the
12  question.
13      Q.  Okay.
14      A.  I don't know.
15      Q.  All right.  Was it Dr. Reed, Dr. --
16          How about Dr. Belani?
17          MR. GORDON:  Same objection.
18      A.  I don't know.
19      Q.  Okay.  But as you sit here, you don't have
20  any evidence to refute Dr. Reed's sworn testimony that
21  the reason they started in July of '08 was because
22  that was the first time they felt like they had full
23  implementation of surveillance and reporting of DJIs
24  in knees and hips.
25          MR. GORDON:  Object to the form of the

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 229

1  question.
2      **A.  I -- I earlier said that there were earlier**
3  **efforts at the analysis which started on different**
4  **dates.  The information about when the surveillance**
5  **began I assume didn't change over time, and so it**
6  **suggests that the analysis was changed over time.**
7  **That's all I'm saying.**
8      Q.  And -- and can you answer my question now?
9      MS. CONLIN:  Can you read it back, Mr. Court
10  Reporter.
11      (Record read by the court reporter.)
12      MS. CONLIN:  You may answer.
13      MR. GORDON:  Same objection.
14      **A.  I have no basis to refute his statement, but**
15  **I have reason to question it.**
16      Q.  Okay.  And that's the same individual that
17  you relied on repeatedly throughout your expert
18  report; correct?
19      MR. GORDON:  Object to the form of the
20  question.
21      **A.  I quoted him a number of times, yes.**
22      Q.  Thank you.
23      MS. CONLIN:  Why don't we take a break here.
24      THE REPORTER:  Off the record, please.
25      (Recess taken.)

Page 230

1      (Exhibit 28 was marked for
2      identification.)
3  BY MS. CONLIN:
4      Q.  I've handed you, sir, what's been marked as
5  Borak Exhibit 28, which is another excerpt out of day
6  two of the deposition of Dr. McGovern.  You can take a
7  look on the back page of this excerpt exhibit and
8  direct your attention down to page 408.  At line 17 it
9  says:
10      "Are you aware of any paper that is
11  adequately powered that shows a change from a standard
12  adhesive dressing to a jubilee dressing would
13  statistically significant -- significantly alter
14  infection rates among arthroplasties?"  Do you see
15  that?
16      **A.  I do.**
17      Q.  And he says, "I am not aware of any such
18  paper."  Do you see that?
19      **A.  I do.**
20      Q.  Do you have any reason to dispute that?
21      MR. GORDON:  To dispute what?
22      **A.  That he said that?**
23      Q.  I'll rephrase it.
24      Are you aware of any paper that is
25  adequately powered that shows a change from the

Page 231

1  standard adhesive addressing to a jubilee dressing
2  that would statistically significantly alter infection
3  rates among arthroplasties?
4      **A.  That was the question that was posed.**
5      Q.  Yes.
6      **A.  Yes.  And you're asking do I have --**
7      **And his answer was "I am not aware of any**
8  **such paper."**
9      Q.  Are you aware of any?
10      **A.  I have not, in depth, read about the jubilee**
11  **dressing.**
12      Q.  Okay.  If you look on page 409 and at line
13  four:
14      "Question:  Are you aware of any evidence
15  that is statistically significant that suggests the
16  use of MSSA screening significantly impacts the rate
17  of deep joint infections among patients?
18      "Answer:  I'm not aware of any such papers."
19      Do you see that?
20      **A.  I do.**
21      Q.  Are you aware of any such papers?
22      **A.  I thought I was.  Perhaps I'm not.  I had**
23  **Dr. Reed's statement which I had referred to, I think,**
24  **specifically.  I don't remember whether I have one**
25  **that specifically addresses joint infection.**

Page 232

1      Q.  Okay.  Directing your attention back to your
2  report, page 21, did you find -- based on your review
3  of the record, did you find consistency among the
4  bubble and particle studies as it relates to use of
5  the Bair Hugger increasing particulates or bubbles
6  over the surgical site?
7      **A.  I thought there was inconsistency, but I did**
8  **not do a systematic review and I did not offer an**
9  **opinion on that.**
10      Q.  Okay.  So you don't know.
11      We looked at, for example, the corporate
12  representative Al Van Duren's testimony this morning
13  that said that every single study out there shows an
14  increase in absolute numbers of particles when Bair
15  Hugger is in use.  You don't have any reason to
16  dispute that; do you?
17      **A.  I -- I have read other papers, I think**
18  **there's one by somebody named Oguz, who found no**
19  **evidence of increase.  I -- I'm --**
20      **But it's not an area that I have**
21  **particularly taken on for myself, and I don't have**
22  **expertise in that area.**
23      Q.  Okay.  So you don't have any reason to
24  dispute at least Al Van Duren's testimony as a
25  corporate representative for 3M.

58 (Pages 229 to 232)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 233

1      A.  I would have no basis to dispute the
2  corporate representative's opinion.
3      Q.  Now I'd like to direct your attention to --
4      You understand that each of the authors of
5  the McGovern study continue to stand behind the
6  conclusions in that study; right, sir?
7      MR. GORDON:  Object to the form of the
8  question.
9      A.  I'm not sure which conclusions.  What?
10     Q.  That the study is valid and that there's a
11  significant increased risk of a deep joint infection
12  by use of the Bair Hugger.
13     MR. GORDON:  Object to the form of the
14  question and mis --
15     A.  I think each of them --
16     MR. GORDON:  Let me finish my objection.
17     THE WITNESS:  Sorry.
18     MR. GORDON:  -- assumes facts not in
19  evidence, mischaracterizes the evidence.
20     MS. CONLIN:  You may answer.
21     A.  I believe each of the authors has said that
22  this shows an association, not a causation, so it
23  agreed with what you just said in your question.
24     Q.  Okay.  You would agree that each of the
25  authors, when questioned under oath, stand by the

Page 234

1  veracity and the validity of the findings as expressed
2  in the McGovern paper; correct?
3      A.  I think that they indicated that the numbers
4  were not correct.  Now when you say "veracity and
5  validity," I'm not sure how to deal with that if the
6  numbers are not correct.
7      Q.  Okay.  Let me state it a different way
8  because I don't want to drag you through all the
9  transcripts.
10     You'd agree with me that each of the authors
11  testified under oath that they stand by the
12  conclusions in the McGovern paper that they found a
13  3.8 increased risk of infection when the Bair Hugger
14  was used over the Hot Dog; correct?
15     A.  My impress --
16     MR. GORDON:  Object to form -- object to --
17     Well same objections as the last one.
18     A.  Just for the record, I apologize to
19  everybody for stepping on you.  It's late in the day
20  and I'm losing my control.
21     My understanding was that one or more of the
22  authors agreed that the numbers were not correct, and
23  if the numbers were changed according to what was
24  talked about in the depositions, then the 3.8 number
25  would not be correct.  That's my understanding.

Page 235

1      Q.  Okay.  But they --
2      Even those who said there might have been
3  one more infection said there would still be a
4  significant odds risk ratio; correct?
5      A.  I don't think --
6      MR. GORDON:  Same objections.
7      Q.  Well let me ask it a different way.
8      Did you see any of them in their depositions
9  under oath say that the findings that they reached in
10  McGovern that use of the Bair Hugger is associated
11  with an increased risk of deep joint infection was
12  wrong?
13     A.  I saw some of them say that the numbers
14  included in the publications --
15     Q.  I'm not asking about that.
16     A.  -- were wrong.
17     Q.  I'm asking about the conclusions in the
18  paper.  Can you answer my question?
19     A.  Well, but if the conclusion is, as you
20  suggested before, an odds ratio of 3.8 --
21     Q.  That's not what I asked.
22     MS. CONLIN:  Mr. Stirewalt, can you read it
23  back, please.
24     (Record read by the court reporter.)
25     A.  I did not see any of them withdraw the

Page 236

1  conclusion in the paper.
2      MS. CONLIN:  Thank you.  Mark this, please.
3      (Exhibit 29 was marked for
4      identification.)
5  BY MS. CONLIN:
6      Q.  I've handed you what's been marked as
7  Deposition Exhibit 29, Borak Deposition Exhibit 29 --
8      MR. GORDON:  Is that 29 or 30?  Oh, you used
9  a premarked.  I'm sorry.  Go ahead.
10     Doesn't this deal with Nachtscheim?
11     MS. CONLIN:  Yeah.
12     Q.  Let me start over again.
13     You've been handed, sir, what's been marked
14  as Borak Deposition Exhibit 29, which is an excerpt
15  out of the Professor Nachtscheim deposition, one of
16  the depositions that you relied on; correct?
17     A.  Yes.
18     Q.  Do you know whether Professor --
19     Do you have any reason to dispute the
20  honesty and scientific credibility of Professor
21  Nachtscheim?
22     A.  I have no particular reason to do that.
23     Q.  Okay.  And if you look at internal page 350
24  of this exhibit --
25     Do you have it there?

59 (Pages 233 to 236)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 237

1  A. I see it.
2  Q. -- the question is:
3  "Question: And do you -- And you continue
4  to stand by the results of the observational
5  studies --
6  "Yes.
7  -- "in the McGovern publication?
8  "I do."
9  Do you see that?
10  A. I do see that.
11  Q. Okay. Do you have any reason to suspect
12  that Professor Nachtscheim engaged in data
13  manipulation?
14  A. I have no reason to suggest that he did
15  that.
16  Q. Okay. And have you seen anything that would
17  suggest that Professor Nachtscheim would allow
18  somebody to manipulate data in connection with a study
19  that he was on?
20  A. I -- I have no ability to comment on that.
21  Q. Finally, if we can look, sir, at your
22  summary, which is contained on page 22.
23  A. Yes.
24  Q. And you've got a summary, "Following is a
25  list of my opinions, all to a reasonable degree of

Page 238

1  medical and scientific certainty." Do you see that?
2  A. Yes.
3  Q. Okay. You'd agree with me that each of your
4  conclusions stated there rely on a finding that the
5  McGovern study is not valid; correct?
6  MR. GORDON: Object to the form of the
7  question.
8  A. Not valid or wrong. Perhaps that's the same
9  thing.
10  Q. Okay. But you'd agree with me if -- if the
11  McGovern paper is legitimate, if the findings in there
12  are correct, then none of your opinions as expressed
13  in your summary have merit; correct?
14  MR. GORDON: Object to the form of the
15  question.
16  A. The first four are probably -- a through d
17  probably follow from the point that you've just made.
18  The issue is whether the McGovern paper is or is not a
19  legitimate basis of evidence.
20  Q. Well e relies -- your conclusion in e also
21  require -- relies on McGovern being invalid; correct?
22  A. No, no, it's also on the current Augustine
23  being invalid.
24  Q. Okay. Fair enough. But your -- okay.
25  So 74e, if either McGovern or the new

Page 239

1  Augustine publication or both are scientifically
2  valid, then your opinion as expressed in 74e of your
3  report also wouldn't hold up; correct?
4  A. If --
5  Yes.
6  Q. Okay. And same with respect to your final
7  conclusion, 74f, "Because there is insufficient
8  evidence that there's a significant association
9  between the Bair Hugger and deep joint infections,
10  Bair Hugger does not represent a substantial
11  contributing cause of deep joint infections."
12  Correct?
13  A. Yes.
14  MS. CONLIN: Okay. Let me check my notes.
15  I think we're done.
16  THE REPORTER: Off the record, please.
17  (Recess taken.)
18  (Exhibit 30 was marked for
19  identification.)
20  BY MS. CONLIN:
21  Q. I've handed you, sir, what's been --
22  A. Can I first --
23  Yes. Please go ahead. I'm sorry.
24  Q. -- what's been marked as Borak Exhibit 30,
25  which is the Bradford-Hill article entitled "The

Page 240

1  Environment and Disease: Association or Causation?"
2  Correct?
3  A. Correct.
4  Q. And you've actually cited this publication
5  in connection with your work; correct?
6  A. Correct.
7  Q. I'd like to direct your attention to the
8  last page, page 12.
9  A. Yes.
10  Q. Second-to-last paragraph, "All scientific
11  work is incomplete -- whether it be observational or
12  experimental. All scientific work is liable to be
13  upset or modified by advancing knowledge. That does
14  not confer upon us a freedom to ignore the knowledge
15  we already have, or to postpone the action that it
16  appears to demand at a given time." Do you see that?
17  A. I do.
18  Q. Do you agree with that statement?
19  A. I think it's very reasonable.
20  MS. CONLIN: Okay. No further questions.
21  THE REPORTER: Let's go off the record a
22  moment, please.
23  REDIRECT EXAMINATION
24  BY MR. GORDON:
25  Q. Dr. Borak, if I could ask you to just pull

60 (Pages 237 to 240)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 241

1  out Exhibit 27.
2      MS. CONLIN: Which exhibit is that, Mr.
3  Gordon?
4      MR. GORDON: It is a piece of testimony from
5  the first day of Dr. McGovern.
6      **A. Yes, sir.**
7      Q. And if you want to turn to page 115,
8  transcript page 115.
9      **A. Yes, sir.**
10     Q. And that -- the first question and answer
11 that -- the question and answer that Ms. Conlin asked
12 you about.
13     **A. "...do you believe it would have been**
14 **reasonable" --**
15     **Yes, I see that.**
16     Q. Okay. And you said you also read the --
17     You were reading to yourself the -- the
18 second question. Could you read that -- the question
19 and answer that you read to yourself.
20     **A. The paragraph that starts "We -- if we have**
21 **said that we believe, or think" --**
22     Q. Yeah. In fact, you know what? For context,
23 would you mind just reading both questions and
24 answers, the one that Ms. Conlin asked you and then
25 the -- then the next one.

Page 242

1      **A. The question is:**
2      **"Based on the evidence that you had, do you**
3  **believe it would have been reasonable for your paper**
4  **to imply a causal connection?**
5      **"Answer: If properly qualified, yes.**
6      **"Question: What would the proper**
7  **qualifications be?**
8      **"Answer: We -- if we had said that we**
9  **believe, or think, that there is evidence that**
10 **suggests that forced-air warming has an influence on**
11 **infection, but that we recognize there are confounding**
12 **factors, then that implication is tempered with the**
13 **recognition that there are other effects that could be**
14 **at play."**
15     Q. Okay. You can put that -- thank you, you
16 can put that aside.
17     And then I just want to pull -- have you
18 pull out Exhibit 22, I think, the Hickson paper, and I
19 will direct you to the same page Ms. Conlin read from,
20 page 186, in that second full paragraph there which
21 is -- that's -- that's the one she read from where
22 she -- where it said -- where this paper -- Dr. Reed
23 is one of the authors, "Although there is a large body
24 of evidence for the use of prophylactic antibiotics in
25 primary hip and knee arthroplasty, there is no clear

Page 243

1  benefit to using one particular agent/regimen."
2      **A. Yes.**
3      Q. Do you see that?
4      Okay. And on the same page does it discuss
5  specifically the regimen of Gentamicin only?
6      **A. It reads, "There is no evidence for the use**
7  **of systematic -- systemic gentamicin as prophylaxis in**
8  **primary elective total hip arthroplasty and total knee**
9  **arthroplasty surgery."**
10     Q. Okay. And do you have any reason to
11 disagree with Dr. Reed's conclusion that there was no
12 evidence for the use of system -- systemic Gentamicin
13 as prophylaxis in primary elective THA and TKA
14 surgery?
15     **A. I -- I have no reason to disagree.**
16     Q. And what was the antibiotic prophylaxis that
17 was being used at the beginning of the Bair Hugger-
18 only period?
19     **A. Gentamicin only.**
20     Q. Okay. And does it say anything about the
21 Teicoplanin?
22     **A. It reads, "Four randomised controlled trials**
23 **provide strong evidence for the use of a single dose**
24 **of 400 milligrams of teicoplanin at induction.**
25 **Although there is no evidence to suggest that higher**

Page 244

1  **doses or prolonged courses of treatment result in**
2  **fewer SSIs, studies have shown that this dose may be**
3  **inadequate for patients weighing over 70 kilograms."**
4      Q. Okay. Do you have any disagree -- reason to
5  disagree with Dr. Reed's statements about the efficacy
6  of Teicoplanin?
7      **A. I have no reason to disagree with that.**
8      Q. And what was the antibiotic that was added
9  to the prophylactic antibiotic regimen prior to the
10 switchover to the Hot Dog in the McGovern paper?
11     **A. Teicoplanin was added to a reduced**
12 **Gentamicin dose.**
13     Q. Okay. Do you recall any discussion in Mr.
14 Albrecht's testimony about the statistical comparison
15 between a time period during the Bair Hugger-only
16 cohort where the same antibiotics and same
17 thromboprophylaxis was used as was used in the Hot Dog
18 period?
19     **A. I recall that there was such a discussion.**
20     Q. And do you recall whether -- what -- what
21 Mr. Albrecht had to say about what -- about whether
22 there was or was not any statistically significant
23 difference in the infection rate in -- in those two
24 periods?
25     MS. CONLIN: Objection, misstates the record

61 (Pages 241 to 244)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 245

1    and assumes facts not in evidence.
2        A.   I -- I believe he reported that there was no
3    significant difference.
4        Q.   And did you read any testimony from Dr. Reed
5    about that same comparison; in other words, the -- the
6    period during the Bair Hugger-only cohort when it was
7    the same antibiotics and same thromboprophylaxis as
8    the Hot Dog period?
9        A.   I think I do remember it.
10       Q.   Do you recall what Dr. Reed testified
11   about --
12       A.   I'm sorry.
13       Q.   -- in that comparison?
14       A.   I -- I -- I, by now, cannot distinguish
15   between the two, al -- but I -- I --
16           I don't remember specifically.  I'm sorry.
17       Q.   By -- by "the two," do you mean Reed and
18   Albrecht or Reed and McGovern?
19       A.   Yes, Reed and McGovern.
20           MR. GORDON:  Okay.  No further question.
21           MS. CONLIN:  One followup.
22               RECROSS EXAMINATION
23   BY MS. CONLIN:
24       Q.   With respect to the Hickson study and the
25   statements from that study that you just read, those

Page 246

1    were for SSIs, not necessarily deep joint infections;
2    correct?
3            MR. GORDON:  Object to the form of the
4    question.  Ask you to read the -- whole paper if
5    she -- if you want to go there.
6            MS. CONLIN:  No.  I'm asking him with
7    respect to the specific statement that you just had
8    him read into the record.
9        Q.   It was directed to SSIs and not specifically
10   deep joint infections; correct?
11       A.   It was specifically hip and knee
12   arthroplasty, but I do not see a distinction of joint
13   versus other infections.
14       Q.   Right.  And the language that Mr. Gordon
15   just had you read related to SSIs; correct?
16       A.   Yes, I think so.
17           MS. CONLIN:  No further questions.
18               RE-REDIRECT EXAMINATION
19   BY MR. GORDON:
20       Q.   Unfortunately, we're going to have to go
21   back to the Hickson paper then, Exhibit 22.  Go
22   back -- go back to page 186 and the statement that --
23           We'll go back to the original statement that
24   Ms. Conlin read from that.  "Although there is a large
25   body of evidence for the use of prophylactic

Page 247

1    antibiotics in primary hip and knee arthroplasty,
2    there is no clear benefit to using one particular
3    agent/regimen."
4            Could you read the next sentence in that
5    paragraph.
6        A.   "This is unsurprising, given that prosthetic
7    joint infection is a rare event and that a randomised
8    study would need over 3000 patients per group in order
9    to demonstrate a reduction in the rate of infection
10   from 2 percent to 1 percent, with a power of 90
11   percent at the 95 percent confidence interval."
12       Q.   Do you know what "PJI" refers to there?
13       A.   Prosthetic joint infection.
14       Q.   Okay.
15       A.   That would lead me to correct my response
16   earlier.  This suggests that it was specifically
17   concerned with prosthetic joint infections.
18           MR. GORDON:  Thank you.  Nothing further.
19               RE-RECROSS EXAMINATION
20   BY MS. CONLIN:
21       Q.   Can you go back to the language that Mr.
22   Gordon quoted you during his first examination of you
23   and read that back into the record.
24       A.   Are you speaking to me?
25       Q.   Yes.

Page 248

1        A.   You want me to go back to what?
2        Q.   Read the statement that Mr. Gordon read you
3    out of the Hickson paper.
4        A.   Out of the Hickson paper.
5        Q.   Yes, prior to the time he just showed you
6    that one.
7        A.   I -- I'm getting confused and it's late.
8    Would you point to which paragraph you would like me
9    to look at.
10           MS. CONLIN:  Which page and paragraph was
11   it, Mr. Gordon?
12           MR. GORDON:  One fif --
13           One eighty-six, second full paragraph.
14           MS. CONLIN:  No, the first time you went
15   over it with him.
16           MR. GORDON:  Oh, earlier?
17           MS. CONLIN:  Yes.  That was early --
18           MR. GORDON:  Same page, same page, and it
19   was on the other side of the -- there was --
20       A.   Oh, the Gentamicin and the Teicoplanin
21   questions?
22       Q.   Yes.
23       A.   And what is the question you would like me
24   to respond to?
25       Q.   You know what?  Let's just let the record

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN   1-800-553-1953   info@stirewalt.com

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 249

1    speak for itself.  We'll be done.
2        MS. CONLIN:  I have no further questions.
3        THE REPORTER:  Off the record, please.
4        (Deposition concluded.)
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 251

1            C E R T I F I C A T E
2        I, JONATHAN BORAK, hereby certify that I
3    have carefully read the foregoing transcript, and that
4    the same is a true and complete, full and correct
5    transcription of my deposition, except:
6    PAGE/LINE        CHANGE        REASON
7
8
9
10
11
12
13
14
15
16
17            JONATHAN BORAK
18            Deponent
19
20        Signed and sworn to before me this ____ day of
21    August, 2017.
22
23        _____
24            Notary Public
25

Page 250

1            C E R T I F I C A T E
2        I, Richard G. Stirewalt, hereby certify that
3    I am qualified as a verbatim shorthand reporter, that
4    I took in stenographic shorthand the deposition of
5    JONATHAN BORAK at the time and place aforesaid, and
6    that the foregoing transcript is a true and correct,
7    full and complete transcription of said shorthand
8    notes, to the best of my ability.
9        Dated at Deerwood, Minnesota, this 26th day
10    of July, 2017.
11
12
13
14
15
16
17        RICHARD G. STIREWALT
18        Registered Professional Reporter
19        Notary Public
20
21
22
23
24
25

63  (Pages 249 to 251)

**A**

**A-C-O-E-M**
  52:1
**a-d** 138:16
**a.m** 1:22
**abbreviated**
  94:18
**ability** 39:3
  133:5 134:23
  159:2 227:1
  237:20 250:8
**able** 28:9 109:1
  112:10
**absence** 20:17
  42:14 65:13,17
  82:4,12 83:3
  89:6 98:4,5
  100:21
**absent** 110:17
  111:21,24
**absolute** 88:1
  232:14
**absolutely** 30:25
  31:5 37:8,12
  77:17 78:4
  158:17
**abstract** 193:15
  203:18
**accelerates**
  144:7
**accept** 66:14
  97:9
**accepted** 42:11
  66:12 67:9
  142:12
**accepting** 32:25
  95:3
**access** 28:9
**account** 30:23
  139:23,24
  142:9 151:21
  152:4,7 220:3
  220:6,16
**accumulated**
  75:12
**accurate** 8:25

14:25 141:15
  212:20
**accusation**
  35:13,15
**accuse** 227:14
  227:18,22
**acid** 42:2 46:1
**Acinetobacter**
  108:12,16
  109:1 113:24
  114:17
**ACOEM** 52:2,3
  53:2 54:12,17
**acquired** 42:8
**acquirers** 42:11
**acquisition**
  40:19 42:10
**act** 133:6 188:2
**action** 240:15
**Actions** 1:9
**active** 176:13,14
**activity** 19:24
  47:22
**actual** 138:2
  195:25
**add** 26:11 165:5
  165:19
**added** 26:12
  185:7 202:5
  217:9 220:7
  244:8,11
**addendum**
  61:13
**addition** 23:15
  28:4 70:23
  73:20 217:7
**Additionally**
  103:6
**additions** 8:23
**address** 57:20
  62:12 67:5
  93:11 129:1
  130:6
**addressed** 66:1

93:10 106:11
  131:23
**addresses** 92:19
  231:25
**addressing**
  59:18 90:21
  97:19 231:1
**adequately**
  127:9 230:11
  230:25
**adhesive** 230:12
  231:1
**adjudication**
  44:1 65:8
**administered**
  140:5,7
**administering**
  192:15
**Administra-** 4:8
**Administration**
  155:3
**adopted** 59:21
  95:13
**adoption** 173:20
  188:19
**advance** 110:17
**advancing**
  240:13
**adverse** 7:6 48:2
  48:13,16 51:13
**adversely** 48:7
  49:1
**advisor/medical**
  125:7
**advisors** 120:19
**Advisory** 104:20
  105:15
**advocate** 205:10
  205:14
**aerobiology**
  90:15
**affect** 157:20,23
  157:24 158:6
  159:1
**affirmed** 180:13
**aforesaid** 250:5
**Africa** 73:7

**AFTERNOON**
  160:1
**agencies** 41:9
**Agency** 221:20
**agent** 71:22
**agent/regimen**
  193:25 243:1
  247:3
**agents** 61:2
  71:19 136:21
  136:23 137:1,1
  137:5,7
**ago** 52:18,20
  71:23 72:3,24
  87:7 121:23
  215:14
**agree** 13:1 14:15
  18:20 28:21
  33:10 36:8
  45:12 59:16,24
  66:11,19 67:24
  68:4,12,15,18
  68:25 69:12
  71:13 77:16
  78:2,4 111:1,6
  127:21 157:15
  161:16 162:24
  163:14 164:10
  165:24 173:1
  178:5 179:10
  189:12 207:18
  211:6 217:23
  233:24 234:10
  238:3,10
  240:18
**agreed** 56:25
  66:4 97:19
  98:3 110:22
  233:23 234:22
**agreeing** 168:12
**Ah** 95:8
**ahead** 113:19
  164:14 180:15
  236:9 239:23
**Ahh** 132:7
**air** 1:5 90:23
  91:1,5,18 92:5

95:24 101:24
  102:8,12,17
  103:6,10
  105:17 106:3
  106:23 129:1
  130:7 159:1,8
  172:14,17
  182:1,4,16,21
**airborne** 93:13
  93:21 95:23,25
  96:16 97:6,12
  97:16 98:10,15
  98:25 99:7,13
  100:15,25
  101:20,21
  102:3,22 103:1
  107:5 115:1,12
  115:15 116:9
  130:13,22
  179:6 181:9,17
  182:7 183:3
**akin** 16:7
**al** 3:9 4:3,9,15
  4:19,24 5:2,5
  5:13 86:24
  114:3,4 190:19
  232:12,24
  245:15
**Albrecht** 36:24
  37:1 38:17,19
  39:5 152:19
  226:22 227:24
  228:8 244:21
  245:18
**Albrecht's**
  244:14
**alcohol** 168:6
  169:1 170:22
  173:25 206:13
  206:13
**algorith** 68:7
**algorithm**
  106:10
**algorithmic** 68:7
  68:21,24
**alleged** 13:22
  43:16

alleging 97:5,11
allergic 51:18
allow 237:17
alluded 65:7
alter 227:2
  230:13 231:2
altered 202:5
alters 138:1
amazing 90:23
ambiguously
  84:4
American 51:5,6
  63:16
amount 23:25
  45:25 126:25
analog 174:5
analyses 32:10
analysis 97:15
  110:12 125:24
  185:15,23
  186:12 188:21
  188:23 197:18
  223:23 226:24
  227:4 229:3,6
analyze 185:12
analyzing
  142:17
Andrea 76:17
anesthesiology
  19:16
answer 10:11
  15:25 16:21
  28:14,16,17
  36:14 37:4
  40:21 45:16
  46:5,7 57:23
  58:15 60:14
  68:12,13 70:20
  73:18 74:11
  77:9 78:1,4,12
  81:18 86:2
  88:1,13 98:20
  99:2 100:2
  106:18 110:15
  111:23 112:17
  115:10 122:16
  135:17 139:16

150:10 156:23
157:7 159:9
163:19 166:4
183:13 216:2
219:23 223:9
226:3 229:8,12
231:7,18
233:20 235:18
241:10,11,19
242:5,8
answered 44:8
  45:24 98:12
  107:1,2,11
  112:24 135:18
answering 58:13
  99:25 100:9
  110:16
answers 241:24
antibiotic 187:3
  192:15,16
  195:22 196:15
  196:25 203:11
  213:1 243:16
  244:8,9
antibiotics 4:25
  85:3,6 183:22
  184:8,15
  186:14,20,23
  187:11,21
  188:2,9 189:23
  190:4 191:19
  191:21,23
  192:19 193:6
  193:23 242:24
  244:16 245:7
  247:1
antimicrobial
  176:15
Antisepsis 4:14
  170:10
antithrom
  136:16
antithrombotic
  133:18,22
  134:1,9,13
  135:5,21
  136:21,23

137:1,5,13
138:7 139:15
139:19 140:1,4
140:11 141:2
143:8 144:9
155:15,21
160:3,22
antithrombotics
  139:7
anybody 22:19
  63:5 75:24
  154:9 227:19
anyway 195:9
apologize 23:8
  28:22 110:17
  111:14 144:21
  161:18 234:18
Appalachia 3:9
  47:6,19,21
appar 127:25
apparent 12:22
apparently
  89:19 127:24
  209:12
appearance
  137:2 209:25
APPEARAN...
  2:1
appeared
  184:10
APPEARING
  2:9
appears 209:16
  240:16
appendix
  206:24
applications
  201:13
appreciate
  168:19
appreciated
  16:25
approach 68:24
approached
  40:14,21
appropriate
  59:17 92:6

141:17 142:9
176:18 218:6
224:2
appropriateness
  152:21 218:13
  218:19
approval 94:11
  94:19
approximately
  1:22 72:15
  126:19
April 26:15,18
  27:4
aqueous 174:1,4
  174:13 180:9
area 30:21 40:20
  79:9 83:14
  84:16,17 96:22
  106:17 112:20
  130:9 137:21
  172:24 232:20
  232:22
areas 47:23
argument 80:24
arithmetic
  185:17
arithmetics
  212:14
arose 10:23 72:2
arrive 25:23
arthroplastic
  17:14 83:20
  169:21
arthroplasties
  230:14 231:3
arthroplasty 5:2
  154:5 193:7,24
  242:25 243:8,9
  246:12 247:1
article 3:8,24
  4:4,7,12,16,20
  4:25 5:3,6,9,24
  35:24 47:4
  49:23 54:13,17
  143:16,20,22
  145:12 150:15
  170:8 173:2

181:4,8,16
182:12 190:18
192:13 194:6
195:23,25
203:17 213:9
239:25
articles 10:18,22
  28:5,9,13
  75:17 92:21
  99:2 146:25
  147:8,10,18
  176:7 187:10
ascertain 30:3
  79:15 120:25
  184:20
ascertaining
  19:1
aside 22:1 32:2
  38:8 62:2
  92:19 138:21
  154:18 189:12
  208:2,13
  242:16
asked 20:7,12
  29:9 32:19
  44:8 45:24
  56:23 58:12
  60:15 62:12
  63:2,3 64:12
  68:12 69:3
  74:8 75:9 81:8
  87:21 97:7,18
  106:25 107:11
  122:22 130:25
  152:11 160:10
  186:18 202:21
  215:15 235:21
  241:11,24
asking 28:22
  37:3 82:20
  83:7 85:24
  100:5 112:15
  112:21 122:17
  123:10 130:18
  141:21 144:24
  149:17 150:11
  156:13 186:3

215:13 218:9
231:6 235:15
235:17 246:6
**aspects** 130:17
**Assaad** 76:21
**associate** 23:7
**associated** 9:16
12:4,5,10,13
12:16,20 13:3
13:9,19 14:2,4
14:9,13,16,21
15:1,6 16:2
19:6 30:9,13
31:20 32:18,20
47:22,24 48:1
51:13 52:23
108:10 133:7
135:1 136:11
145:5 148:20
181:2 184:15
188:3 208:22
217:1 235:10
**association** 5:25
12:8,15,21
13:2,23 30:25
31:5,6,9,12
33:8 46:9,22
47:10,13 50:21
63:12 68:1
75:3 79:14
81:11 82:13
83:3 97:3,22
110:6,18 111:2
129:20 132:23
132:25 133:9
134:1,4,8,17
135:4,10,21,24
136:3 137:2,11
141:2 148:23
160:5,21
167:14,25
177:22 178:13
179:6,16 181:8
181:17 184:11
192:8 194:13
213:14 216:13
216:15 217:5

219:18 220:16
233:22 239:8
240:1
**associations**
60:1 69:1
82:16 220:22
**assume** 10:7
27:15,16
102:17 115:19
173:5 175:23
229:5
**assumed** 42:23
173:14 196:21
**assumes** 88:12
92:11 96:21
101:3 105:19
106:6 108:19
121:4 123:19
129:10 138:23
226:19 228:6
233:18 245:1
**assuming** 16:4
127:17 162:5
200:13,14
226:13
**assumption**
161:1
**assurance** 35:17
36:2
**assure** 36:2
**assured** 56:9
122:6
**attempt** 19:5
160:24
**attention** 9:2,5,9
12:2 23:12
48:19,21 69:23
70:3 87:19
95:20 113:13
116:20 128:12
132:19 133:17
150:19 156:8
156:20 161:8
162:1 166:25
193:19,20
194:8 198:16
203:16 208:15

221:12 230:8
232:1 233:3
240:7
**attorney** 40:19
40:21
**attorneys**
117:20 118:13
**attractive** 50:11
**attribution**
213:9
**atypical** 106:15
**Aug** 209:6
**August** 227:9
251:21
**Augustine** 10:4
10:8 11:14
13:22 31:25
32:1,2,4,10,17
32:19,23 33:9
208:25 209:5
209:16,23
210:7 238:22
239:1
**aureus** 4:19 5:9
194:18 204:1,6
**author** 74:14
143:6,25
145:25 146:5
147:22 162:25
163:4,9,11,15
163:23 164:4
165:24 170:12
190:25 191:6
193:10 214:19
**authored** 46:21
47:5,9 69:13
193:7
**authoritative**
69:14 131:3
**authors** 34:14
35:25 36:4,15
38:6 52:5,23
138:5,18
163:24 165:7
166:5 171:16
181:24 192:22
212:24 213:12

213:18 214:13
215:15 217:6
226:10 227:14
233:4,21,25
234:10,22
242:23
**available** 99:20
159:9 224:3
225:22
**avoid** 134:25
**avoiding** 161:15
**award** 153:13
**aware** 11:16
13:20,23 17:16
21:24 24:20
29:9 33:17,17
33:18 35:5
52:12,13 59:13
74:13,18 78:13
86:10,16 87:12
105:13,21,23
108:11,20,25
109:5 111:17
119:21,23
120:18,23
121:6,8,9,11
122:6 123:16
123:21 125:5
126:4,10,10,13
129:4 130:11
130:21,24
136:2 138:5
142:25 143:3
143:13 146:7
146:11 153:4
153:23 154:2
156:23 179:21
186:13 206:11
206:15,24
207:8 214:12
224:7 230:10
230:17,24
231:7,9,14,18
231:21
**awfully** 212:7

———— B ————

**B** 3:11 45:13
**B-e-n-j-a-m-i-n**
7:17
**B-o-r-a-k** 7:17
**back** 9:3 10:16
12:2 18:2 33:4
40:11 45:1
57:4,12,14,15
57:16,22,24
58:5 68:11
73:7 77:11
87:16 88:23
95:21 98:21
109:2 110:15
114:3 136:3
140:24 154:19
175:21 178:23
180:23 183:17
183:21 189:22
202:17,23
206:22 229:9
230:7 232:1
235:23 246:21
246:22,22,23
247:21,23
248:1
**background**
27:18 208:17
**backing** 150:8
**bacteria** 89:20
89:22 91:5,18
114:21,22
137:17 139:4
139:20 158:19
158:22 188:3
**bacterial** 125:20
126:5,11 127:8
**badly** 82:5
**Bair** 1:5 9:15
12:3 13:9,13
13:18 14:2,8
14:16 15:1,9
15:21 16:5,6
17:5,13 28:2
29:12,21 30:3
30:9 31:1,9,21
33:8 70:24

73:22 78:21
79:1,14,16,19
79:20 80:8,21
81:1,4,12,24
82:13,25 83:4
86:12 87:11,24
89:6 91:16
92:3,15 93:3,7
93:13,17,21
94:11,23 96:4
96:12 97:3,16
97:22 98:9,15
98:18,24 99:5
99:22 100:14
100:16 101:22
102:6,11
103:11,21,23
107:15,18,23
108:3,13 109:2
109:13,22
110:7,18
111:11,17,25
113:1,4,22
118:23 120:7
120:20 123:17
123:23 129:6
129:16,21
130:12,21
131:18 132:5
135:2,11,25
136:14,19
182:15,20
183:2 184:18
192:9 205:18
205:20 208:22
211:7,17,21
212:18 213:14
216:13 217:1
227:7 232:5,14
233:12 234:13
235:10 239:9
239:10 243:17
244:15 245:6
**banging** 111:14
**bar** 58:18,25
59:7
**barrier** 101:23

102:7,12 103:2
**based** 10:23
14:17 31:18
68:23 77:8,9
79:20 80:25
87:22 94:19
95:13 96:12
110:9 112:7
117:7 129:22
136:14 139:1
143:1 144:17
148:7,8 162:21
162:25 163:14
165:22 185:22
192:21 199:13
200:14 209:23
215:20,24
216:11 217:16
222:2 225:7
232:2 242:2
**basically** 186:21
207:1
**basis** 79:18
98:19 213:14
229:14 233:1
238:19
**Bates** 11:19
**bathtub** 16:18
**baumannii**
108:12
**Bear** 113:15
128:23
**began** 224:21
225:12 229:5
**beginning** 177:3
178:4 200:10
243:17
**Behalf** 2:2,5
**behavior** 153:19
**Belani** 34:19
35:6 228:16
**Belani's** 35:4
**belief** 48:9
204:16
**believe** 13:18
14:4,11,12,20
14:24 26:7

29:14,14,15
37:25 64:16
74:11 76:23
82:17 99:20,23
109:11 112:25
117:8 131:1
133:10 134:11
134:22 138:11
145:4,4,18,21
146:21 149:8
154:1 158:7
162:2 164:25
166:2 171:12
171:23 172:2
174:5 178:5
190:8,11
194:15 201:9
201:12 202:11
203:8 206:10
215:21,25
219:10 225:8
226:4 233:21
241:13,21
242:3,9 245:2
**believing** 138:21
**belligerent**
14:19
**belonged** 43:5
**beneficial**
191:24
**benefit** 167:21
173:24 193:24
206:12,16,25
243:1 247:2
**benefits** 187:11
191:21
**Benjamin** 7:16
**benzine** 60:5
**best** 8:24 33:6
191:18 250:8
**best-done** 77:7
**better** 57:17
82:9 168:7
189:24
**beyond** 45:15
147:3 214:2
**BH** 9:15

**Bias** 221:15
**big** 105:9
**bio** 84:23 85:1
**biofilm** 84:24
85:4 186:19
**biofilms** 85:1,5
**biohazardous**
114:12
**biohazards**
115:7
**biological** 80:13
**biomedical**
102:16
**bit** 57:9 61:7
152:23
**black** 49:11,15
49:20
**BLACKWELL**
2:7
**blanket** 102:18
**Blankets** 101:22
102:6
**bleeding** 134:24
137:15,15
138:1 144:5
145:5
**bleeds** 144:13
**blew** 196:8
**blind** 208:1
**blood** 136:9
137:16 139:11
144:6
**blowers** 106:13
**blown** 95:24
**blows** 105:17
106:3,23
**blue** 199:1,7,8
**board** 18:6
33:19 35:23
53:2 57:18
118:7
**boarded** 19:13
**boards** 11:6
**Bode** 4:19
175:12
**body** 89:23
193:22 202:1

242:23 246:25
**Boone** 87:6
**Borak** 1:13,19
3:4,5,6,9 6:5
7:3,8,9,9,17,22
8:3,10,11 9:5
22:7 23:12
24:25 39:15,23
40:2,4 41:3
47:4 54:10
61:23 69:25
76:16 90:10
94:9 116:21
119:2,7 125:12
126:18 128:7
131:14 145:11
154:17,24
161:5 175:12
195:16 198:8
203:5 204:24
208:16 230:5
236:7,14
239:24 240:25
250:5 251:2,17
**Borak's** 3:11
**botic** 133:22
**bottom** 77:20
113:14,21
125:13 215:18
216:5
**Boulevard** 1:21
**Bradford-Hill**
59:17 239:25
**break** 53:24
54:11 116:16
180:7,14,24
181:11 195:8
195:20 229:23
**breaking** 149:13
**BRI** 59:7
**broad** 130:9
**bronchiolitis**
63:25 64:10,14
**Bryan** 55:21
56:9,19 57:17
**bubble** 232:4
**bubbles** 232:5

**buildings** 64:23
**bunch** 49:22
  112:4 214:2
**bundle** 225:16
**bundled** 204:10
  204:15
**BURKE** 2:7

**C**

**C** 7:1 95:22
  250:1,1 251:1
  251:1
**Cabot** 65:6
**calculations**
  185:17 217:15
**call** 212:11
**called** 7:4 80:13
  189:16
**cancer** 62:14,22
  63:1,9
**capacity** 188:2
**caption** 62:8
  102:24
**cardiothoracic**
  106:16
**care** 179:25
**career** 71:17
**careful** 227:18
**carefully** 177:24
  251:3
**Caribbean** 73:6
**Carriers** 4:18
**case** 8:4 9:3
  11:25 20:4,10
  23:22 24:3,9
  24:11,15 25:7
  25:11 26:14,18
  28:20 29:8
  34:3 38:22
  39:9 41:22
  42:24,25 45:5
  60:9,25 61:1
  62:7,11,16,21
  63:19,23 64:6
  64:16,24 65:14
  65:21,23,25
  66:3 69:25

71:21 72:6
74:4,10 75:13
76:3 78:18
79:11 86:11
87:4,14 91:13
96:10 100:20
104:23 105:14
105:24 106:22
109:9 112:17
113:12 117:16
123:7,22
124:23 125:6
130:23 150:3
151:22 152:5
155:19 160:7
160:23 167:21
174:21 191:8
192:4 205:6
224:25
**cases** 26:9 37:21
  41:25 43:24
  44:13 45:10
  142:3,4 148:11
  165:21 167:20
  210:9 225:11
**catch-up** 125:24
**categories**
  198:22
**catheters** 169:15
**caught** 50:25
**causal** 60:4
  62:22,25 63:9
  63:12,20 67:25
  68:5,16,19
  69:1 82:13
  110:18 111:20
  112:13 213:13
  214:14 216:1
  216:11 219:12
  242:4
**causality** 82:3
**causation** 6:1
  43:3,4 44:3
  46:4 60:23,24
  62:23 66:8
  67:9 73:15
  75:3 82:18

83:6,7 98:6
215:22 216:18
233:22 240:1
**cause** 43:16 48:3
  48:23 49:4,5,7
  51:17 61:4
  63:5 64:3,6,10
  64:13,25 67:3
  98:15,17 99:14
  110:2 115:2
  239:11
**caused** 43:9 44:5
  44:18 45:21
  48:11 49:24,25
  61:2 62:14
  63:25 81:23
  82:25 89:7
  107:23 111:25
**causes** 19:1
  31:23 45:13
  65:25 66:5
  93:17 98:17,19
  99:5,11,13,22
  99:24 111:21
  136:20
**causing** 15:10
  198:20
**cc** 114:5 128:10
**CDC** 70:16 71:3
  71:7,13 104:18
  105:7,11,15
  106:2,12,23
  107:4 117:1
  118:3 173:23
  174:14,17
  180:18,19
  204:3 206:12
  206:15
**CDC's** 70:10
**center** 10:9
  11:17 64:19,23
  65:4 71:23
  209:12 210:11
**centers** 5:14
  104:19 204:25
  210:2
**central** 100:23

**certain** 27:15
  42:10 118:1
  127:20 197:3
  219:6 222:7
  226:22
**certainly** 10:16
  18:19 19:3
  29:23 43:11
  59:14 87:13
  143:11 144:21
  215:2
**certainty** 238:1
**certified** 18:6
**certify** 250:2
  251:2
**CFU** 181:18
  182:1,3,5,7
**CFUs** 182:16,20
**chain** 80:12
  128:9
**chairman** 51:8
**challenge** 14:22
  182:12
**chance** 13:5,14
  13:16 15:8,9
  15:15,15,19,22
  134:18
**change** 21:25
  57:8 81:21
  133:21,23
  138:7 153:15
  153:18 155:14
  155:19 156:6
  156:18 157:19
  158:1,5,5,14
  160:3,20,21
  167:7,14,25
  170:17 171:9
  171:16 173:18
  176:20 178:7
  180:25,25
  183:24 184:7
  184:12,24
  187:21 190:3
  192:18 206:19
  209:3 212:25
  217:10,21

229:5 230:11
230:25 251:6
**changed** 122:18
  190:11 210:10
  229:6 234:23
**changes** 158:9
  190:8 213:1
  220:7
**changing** 114:16
  153:19,20,21
  157:19,20
**chart** 201:5
  203:19
**check** 239:14
**checked** 37:17
  217:7
**chemical** 65:10
**chemicals** 60:24
**Chen** 5:13
**cherry-picked**
  209:9
**cherry-picked'**
  223:25
**cherry-picking**
  189:15,18
  209:10 225:1,6
**CHG** 206:16
**CHG-** 173:24
  206:12
**chi-square**
  218:17
**chi-squared**
  218:6,15,19
**chlorhexidine**
  167:19 169:1
  173:20,25
  174:16,23
  175:2,15
  176:24 178:1
  178:18
**Chlorhexidine-**
  170:21
**Chlorhexidine…**
  4:12 170:9
**chlorohex**
  173:25
**choice** 139:14

chose 37:13
chronology
  26:20
cigarette 65:2
circle 199:3
circumstance
  172:6
circumstances
  64:13
CIRESI 2:3
citation 153:11
  153:11
citations 36:11
  91:6
cite 70:10 80:3
  91:5 143:16
  168:4,9 169:24
  174:25 214:24
cited 36:7 71:9
  75:18 79:11
  91:20 117:17
  124:24 147:8
  147:11,19
  153:11,12,14
  156:12,14,14
  156:15 157:5
  168:16,18
  176:7 181:12
  204:14 207:22
  207:24 214:22
  240:4
citing 66:18
  75:22 117:18
  156:9,20
claimant 61:3
claimants 43:23
clarify 32:19
  84:2,11
clean 4:22 115:6
  115:8 173:10
  187:12 190:20
  191:22 192:16
clean-contami...
  191:19
cleaned 114:24
cleaning 60:24
  61:2

cleaning/ 113:25
cleanup 64:22
clear 21:13
  24:24 36:22
  40:12 42:5
  193:24 210:8
  242:25 247:2
clearer 161:22
clearly 27:15
  61:4 144:19
  151:3 155:10
  165:7 210:23
  216:15 222:5
clever 141:12
client 27:2 62:16
clients 40:13,13
clinical 18:13,17
  36:23 71:25
  128:20 129:5
  130:2,10
  181:25
close 169:5
clothes 153:20
  153:20
clotting 134:16
cluster 106:15
coal 42:13 47:18
  47:21 48:10,13
  48:14 50:2,3,6
  50:6,10,10,16
  50:17 65:13
coherent 82:15
  110:20
cohort 244:16
  245:6
coincidence
  227:11
coincidental
  227:3
colleague 26:25
colleagues 53:11
collected 214:6
college 51:5,7
  54:14 55:1,4,7
  55:11,22 56:15
  56:25 57:4
Colon 102:6

colonization
  204:2
colony-forming
  181:17
Columbus 1:21
combination
  175:1,14
combined 165:2
  209:17
come 10:18
  127:1 213:4
comfortable
  7:10 20:10,18
  20:21 177:22
  178:12 224:25
coming 115:24
  116:3 117:23
commencing
  1:21
comment 90:25
  121:10 188:5
  202:6 237:20
commentary
  100:11
comments 21:14
  57:12,16,16
  157:25
committee 51:8
  104:21 105:15
common 11:8
commonly 188:3
community
  49:14 50:8
companies 41:8
  65:9 73:5
company 3:6
  39:16,23 40:2
  40:4 41:3 42:8
  42:9 63:17
company's
  40:18
compared
  117:11 150:23
  151:15 169:2
  174:1 175:4,4
  175:16 206:13
  207:2,7 209:18

comparison
  174:24 176:25
  177:2 178:9
  201:6,8,18
  208:4,6 210:15
  244:14 245:5
  245:13
compensation
  42:17
compilation
  209:13
compiled 224:18
  224:19
compiling 27:6
complaint 127:3
complaints 61:2
  65:4
complementary
  175:2,15
  176:23
complete 178:16
  224:24 250:7
  251:4
completely
  74:17 127:7
complications
  4:7 27:11
  142:17 149:13
  155:2 165:10
  165:17
component 66:8
  67:3,8
components
  105:10
composite 200:2
  201:1
compound
  138:23
comprise 224:17
comprises
  226:24
computational
  86:7
computer 180:1
conceivably
  171:13
Concensus

90:16
concept 66:14
  80:13 81:13
conceptually
  16:19
concern 49:21
  56:14,17,18,19
  65:11 73:11
  90:23 91:25
  102:22 106:11
  106:14 120:10
  127:19 130:18
  197:17 223:23
concerned 55:1
  55:6,11,22
  63:24 65:25
  88:8 91:16
  92:3,7 103:10
  106:12 107:5,8
  112:25 114:16
  115:5 116:8
  118:10 247:17
concerns 14:5
  43:20 55:4
  57:23,25 67:3
  95:22 101:21
  116:14 130:21
  135:13 227:23
concise 38:24
conclude 47:16
  166:17
concluded 63:19
  65:14 117:6
  138:6 187:10
  213:13 249:4
conclusion
  31:18 65:17
  67:6 79:13
  98:8,23 99:14
  112:2,13 117:1
  164:7,18
  165:25 166:3
  168:20 171:9
  176:19 181:23
  181:25 190:3
  235:19 236:1
  238:20 239:7

243:11
**conclusions**
66:24 80:5
88:16 96:9
112:19 141:1
151:22 152:5
164:2 174:21
211:12 223:16
233:6,9 234:12
235:17 238:4
**conducted** 154:4
**confer** 240:14
**confidence**
198:21 247:11
**confidential**
46:18 122:7,23
**confidentially**
122:21
**confirmed**
222:15
**conflict** 33:16
53:1
**conflicting**
224:12
**confound**
184:10
**confounded**
134:1
**confounder**
132:25 133:1,7
133:23 134:5,5
137:5,7,9,10
138:8,12
146:12 147:15
147:24 148:5
148:17,17,18
157:12 160:4
167:9,22
170:18 171:10
176:21 178:2,5
178:19 181:2
184:8,25 186:8
188:14 190:4
190:10 192:19
192:23 199:22
206:20 219:17
219:22 220:4

**confounding**
132:21,22
133:13 143:2,9
151:23 163:2
163:17 164:8
164:18 166:1
204:18 221:14
242:11
**confounds**
148:22
**confused** 248:7
**confusion**
135:15 161:15
**conjecture**
102:19 103:15
114:20
**conjecturing**
102:15
**conjunction**
220:4 221:8
**Conlin** 2:3,3 6:5
6:7,9 7:7,18,22
8:1,9 11:23
23:9 25:2,5
28:18 34:8
39:13 46:19
47:2 54:1,8
60:15 61:21
76:14 86:18
88:13 90:8
94:7 104:4,7
104:10,13
108:17 113:9
116:15,19
119:5 124:6,12
126:16 128:6
131:14 143:22
145:10 148:25
154:15,22
159:11 160:2
161:4 162:7,12
163:4,7,10
170:6 175:10
176:2 178:24
180:6 183:17
190:16 193:3

195:7,14
196:12 198:6
199:2,6 202:15
202:23 203:3
204:23 212:5
215:6 226:3
229:9,12,23
230:3 233:20
235:22 236:2,5
236:11 239:14
239:20 240:20
241:2,11,24
242:19 244:25
245:21,23
246:6,17,24
247:20 248:10
248:14,17
249:2
**Connecticut**
1:21
**connection**
12:19 21:15
23:21 28:20
30:12 49:23
60:5 62:22
67:14,22 69:19
70:16 71:8,16
79:12 80:4
85:3,11,23
86:7 87:4,13
88:21 89:2
91:13 92:25
93:5 96:3,8
98:8,23 103:17
107:25 109:8
112:19 116:2
117:15 124:22
129:15 131:7
133:12 140:5
140:16,22
141:1 142:7
149:3 151:21
152:4,12 155:6
155:13,18
157:11 162:16
164:9 168:4,10
174:21 179:19

180:8,18
181:13,13
191:1,8 192:19
195:6,20 197:7
199:21 204:9
205:6 206:19
214:14 216:1
216:11 218:20
219:2,13 220:5
220:14 226:6
237:18 240:5
242:4
**conscious**
172:10
**consciousness**
66:1
**consensus** 90:22
**consequence**
26:2 118:22
**consider** 17:10
17:18 18:17
19:19,21,25
155:25 212:3
**considerations**
201:14
**considered** 66:1
111:23 167:12
**consistency**
201:13 232:3
**consistent** 116:9
**constant** 15:18
15:20 40:25
**constantly** 33:17
**construct** 38:10
**constructed**
29:12
**consultant** 27:3
40:1 46:8
**consulting** 40:7
40:9
**consumer** 64:1
**contained** 23:16
23:20 80:5
96:9 152:24
237:22
**contains** 164:24
**contaminated**

173:10 191:20
**contamination**
42:1 93:13,21
95:23,23,25
96:16 97:6,17
98:10,25 99:7
99:13 100:15
100:25 101:20
101:22 102:4
102:23 103:1
107:5 115:1,15
116:9 130:13
130:22 182:1,3
182:7 183:3
**contentious**
191:20
**context** 12:13
16:20 18:15
43:10,12,13
44:3,17 48:15
66:9 72:1,8,19
83:18 136:24
153:13 156:2
241:22
**continue** 233:5
237:3
**continuing**
57:24
**contradicted**
210:10
**contradictory**
164:24
**contrary** 52:7
52:14 166:19
**contribute**
111:18,24
136:21
**contributed**
48:15 65:19
**contributes** 48:5
48:24
**contributing**
239:11
**contribution**
91:2
**control** 5:14
70:24 73:21

104:19,20
105:16 205:1
206:2 234:20
**controlled** 4:23
179:8 190:21
243:22
**controversy**
50:25 51:4
**convective** 92:15
**conversation**
25:24
**conversations**
197:21
**copy** 7:19 8:2,12
8:14
**Corey** 2:6 20:6,6
**coroner** 66:2,4
**corporate** 86:10
87:20 232:11
232:25 233:2
**Corporation**
65:6
**correct** 8:5,24
9:18 12:16,17
17:7 18:8
19:11 20:15
22:6,8 24:9,17
24:18 25:12,20
29:1 32:5,6
33:12,23 34:4
34:12,13 35:9
35:20 37:16,17
37:25 38:2,19
38:23 39:16,17
40:5 41:6,15
43:17 46:22
47:10,11,14,19
49:8,24 50:3,7
50:12,18 51:1
51:14,24 52:6
54:21,22 55:2
55:5,13,17,24
56:12,13 58:19
59:8 60:24
62:1 63:17,18
63:21 64:7,11
65:1,15 66:8

66:13,16,24
67:15,22,23
69:21,22 70:8
70:9,11,13
71:8,14,19
72:7 74:1,2
78:12 80:7,14
88:17 89:3,15
91:11 92:9,16
95:4,18 96:17
97:6,17 98:7
98:22 102:23
103:18,19,21
105:8 107:15
107:16,19
110:14 111:3
117:18,19
124:19,23
125:2 127:14
129:24 132:17
134:6,19 135:2
135:6,12,22
136:1,10,12
137:5 138:8
141:17 142:9
143:3 144:9,10
144:15,16
145:17,24
146:22,25
147:4 149:11
150:7 152:15
152:21 155:4,5
157:17 158:8
159:2,6,8
160:15,24,25
161:1 163:25
164:4 165:21
166:7,10 168:2
168:3,8,9,11
168:23 169:16
169:17,19,22
169:23,25
170:1,14,15,18
170:19 171:6,7
175:17 176:16
177:9,23
179:22 180:10

181:3,14,15,20
182:13,17,21
183:3 184:13
185:10,19,20
186:23 187:6
189:2,14 190:5
191:2,9 192:4
192:16,20,23
194:14,15,18
197:8,10
198:25 199:15
199:18 201:20
202:2 203:7,8
203:14 204:11
204:18,19
205:3,4,6,7,11
205:15,19
206:13 207:13
208:5,13,14
209:1,2 211:20
212:21 213:15
213:16,18,22
214:4,9,15
215:1 217:2,21
218:7 219:14
220:5,17,25
221:4,10,16
222:18 223:10
223:18 224:9
224:23 225:2
229:18 234:2,4
234:6,14,22,25
235:4 236:16
238:5,12,13,21
239:3,12 240:2
240:3,5,6
246:2,10,15
247:15 250:6
251:4
**corrected** 9:14
21:18 162:7,16
216:25 217:4
**correction** 58:6
212:6
**correctly** 9:19
78:6
**correlation**

121:23
**costing** 126:25
**counsel's** 100:11
226:1
**count** 87:25
165:16
**couple** 50:1
147:8
**course** 10:17
71:17 102:21
210:22
**courses** 20:1
244:1
**court** 1:1 63:13
104:14 183:18
183:19 202:18
202:24 229:9
229:11 235:24
**coverage** 65:9
**create** 92:15
93:7,8 97:16
98:10,25 99:7
109:13 110:13
156:15
**created** 165:25
**creates** 83:11
144:25 156:7
156:18 181:2
186:21
**creating** 92:4
**credentialed**
36:1
**credentials**
35:14,16
227:25
**credibility**
236:20
**credit** 141:13
**criteria** 59:17
204:3 222:7
**critical** 8:21
93:4
**crude** 188:23
**CS** 60:23 61:3
**cultural** 47:24
48:6,25
**culture** 137:16

144:7
**cultured** 113:24
**cultures** 108:3
204:2
**culturing** 107:14
**curious** 196:10
200:19
**current** 238:22
**Currently** 39:24
**curriculum** 3:5
**CV** 8:12,14

**D**

**d** 3:1 7:1 238:16
**daily** 153:5
**damage** 127:2
**damages** 42:14
**Dan** 124:9 126:4
126:19
**dangerous** 126:1
**Daniel** 124:18
**Darouiche** 4:15
79:24 80:4
89:12 169:25
170:13 173:2,7
179:5,18
181:12,23
214:8
**data** 9:13,15
13:23 35:9,20
36:4,8,9,15,23
37:16 38:6,13
38:14,14,15
59:25 69:4
87:22 120:2
141:10 142:8
152:15,19
159:10 160:6,6
160:24 165:2,6
165:9 166:2,17
178:20 192:21
197:22 201:4
202:14 209:9
209:11,22,23
210:3,12,13,14
210:16,18
212:20 214:5

216:24,25
217:4 223:7,24
224:3,17,24
225:8 226:7,10
226:16 227:22
228:8 237:12
237:18
**date** 21:9 46:10
52:17 163:1,16
224:16 225:2
225:13 226:23
227:2
**dated** 9:3 54:16
76:17 94:10
113:17 126:19
250:9
**dates** 113:16
225:11,15
227:5 229:4
**datum** 219:4
**Dave** 114:5
119:13
**day** 20:6 26:25
27:1 111:2
221:3 230:5
234:19 241:5
250:9 251:20
**days** 215:9
**DC** 85:16
**deal** 33:13 54:24
55:9 107:13
118:11 127:9
182:15 234:5
236:10
**dealing** 88:24
**deals** 182:16
**dealt** 43:25
209:16
**Dean** 54:13 59:2
**decade** 41:21
**decades** 41:12
41:17 44:16
**December** 4:11
**decide** 37:9 38:7
44:12 60:21
138:17,24
**decided** 130:2

192:7,18
**decides** 172:8
**deciding** 25:13
69:1 220:15
221:8
**decision** 28:25
53:18 75:5
155:11 172:11
187:21
**decisions** 128:19
129:4 155:14
155:19
**declined** 188:19
**decolonization**
5:10 194:23,25
195:22 196:1
196:14 197:15
197:20 202:9
203:11 204:6
204:17
**decrease** 172:21
185:7,13
**decreased**
171:11,22
**decreases** 172:1
172:20
**deep** 83:21 84:1
84:6,7,13,20
116:24 134:15
135:1 141:4,8
149:14,19
150:22 151:7
151:15 155:7,8
155:16,22
156:8,10,11,19
156:22,22
157:2,11,17,22
158:6,15,23
159:2 164:17
169:18 170:24
171:13,16,22
172:1,20,21
173:3 175:3,16
177:16 180:20
185:9,24
186:15 187:5
189:20,25

190:4 201:5,19
202:1 204:5,11
207:19 211:15
221:24 222:13
225:17 231:17
233:11 235:11
239:9,11 246:1
246:10
**deeper** 84:15
**Deerwood** 250:9
**defendant** 42:6
**Defendants** 2:5
**defended** 10:25
**defense** 41:15,20
42:20 45:13
52:5,24 53:6
53:12,21 58:3
58:18,25 59:7
**defensible** 50:12
**defer** 81:8 172:3
177:19 188:10
**deferring** 20:23
152:20
**define** 12:5,10
18:21 69:6
140:20 173:16
207:15
**defined** 155:10
204:2
**definitely** 37:16
**definition** 13:7
83:17 85:25
133:11
**definitive** 38:25
**degree** 18:1,7,9
18:11 228:1
237:25
**delay** 160:19
**delayed** 141:25
**deliver** 187:3
**demand** 240:16
**demonstrate**
116:23 247:9
**density** 182:4,5
**department**
104:18 222:6
**dependent** 81:20

148:18
**depends** 153:3
172:6
**Deponent**
251:18
**deposed** 74:19
**deposition** 1:13
1:18,19 3:13
4:10 5:18,20
5:22 8:3,11
10:15 11:13,15
22:9 24:8,12
25:4 26:3 29:7
34:10 35:4,6
36:21,22 38:1
39:15 45:6,7
47:4 61:23
62:2,3,5 63:17
76:16,17,20
86:23,24 87:18
104:12,12,17
105:1 113:11
119:7 124:8,17
126:18 128:8
136:4 145:12
148:2 154:17
154:24 158:3
161:7 170:8
179:5 181:7
182:13 190:18
193:5 195:16
195:16 198:8
214:23 215:8
215:10 222:16
225:9 230:6
236:7,7,14,15
249:4 250:4
251:5
**depositions** 10:7
24:2,14 25:10
29:23,24 36:7
36:7,12 37:7
38:8 74:3,10
76:2 138:20
192:24 213:7
213:17 224:15
234:24 235:8

236:16
**depth** 231:10
**deputy** 51:21
**deriving** 218:7
**describe** 33:3
34:20 83:5
175:22 187:1
**described** 58:1
63:12 82:1
121:1 153:16
160:5 182:13
**describes** 60:1
**describing** 88:25
**description** 3:2
33:4,4 97:9
153:15 175:24
**designed** 101:22
102:6
**designs** 94:13
**detail** 197:6
**detect** 196:22
**detected** 204:1
**detection** 166:10
**determination**
68:6,20 70:17
**determine** 97:20
186:7
**determined**
88:22
**develop** 42:13
**development**
48:5,25 51:9
73:2,8 97:13
**deviated** 210:15
**device** 30:14
94:19,23 95:9
131:19 132:6
**devices** 4:4
27:10 108:3
134:2 135:15
136:25
**diacetyl** 63:20
64:5,10,13
**Dick** 179:23
**differed** 36:8
**difference** 84:5
91:3 112:10

151:7 155:7
156:16,24
157:16,18
173:3 177:2,15
244:23 245:3
**differences** 37:1
38:13 94:13,16
156:9,21
**different** 12:9
14:6 16:14
25:6 36:13
40:23 44:2
53:4 57:10
67:20 71:6
73:13,17 78:25
97:8 132:2
133:25 135:13
135:14 136:23
137:9,25 139:6
139:9 144:10
145:22,23
146:9 149:9,18
152:3 153:24
156:13 159:10
164:24 174:12
174:19 184:16
208:9,11
211:16 225:11
226:23 229:3
234:7 235:7
**differential**
144:13 188:2
**differentially**
134:23 135:14
136:25 184:14
184:15
**differentiate**
165:8 204:4
222:10
**differentiated**
149:18
**differentiation**
150:5
**difficult** 54:25
55:10 69:6
**difficulties**
165:4

**difficulty** 202:19
**dig** 195:7 214:20
**diminish** 147:12
**direct** 9:2,5,9
23:12 48:3,12
48:19,21,23
49:4,4,7 63:8
69:23 70:3
87:18 95:20
113:13 116:20
128:12 132:19
133:16 150:18
161:7,25
166:25 174:24
178:9 193:19
193:20 194:8
198:16 203:16
205:8 208:15
216:4 221:12
230:8 233:3
240:7 242:19
**directed** 246:9
**Directing** 12:2
232:1
**directions**
113:25
**directly** 40:15
147:5 208:5
**director** 51:21
51:25
**directors** 57:19
**disagree** 93:14
111:5 147:25
163:23 164:2
164:11,15
197:24 217:13
217:20 243:11
243:15 244:4,5
244:7
**disavowed**
74:14
**discard** 114:11
**discovered**
118:5
**discriminate**
166:5
**discuss** 13:22

243:4
**discussed** 91:2
116:22 125:3
152:1
**discusses** 46:14
**discussing** 34:11
**discussion** 11:2
19:9 34:7
65:16 82:3
94:4 97:11
104:9 122:7
142:14 154:11
180:5 204:9
208:3 215:3
244:13,19
**discussions**
20:25 27:16
106:9 122:24
**disease** 5:14,25
18:23 19:11,12
19:14 49:12,20
64:3,4,22,25
73:4 104:19
205:1 240:1
**diseases** 72:20
**disinfecting**
114:1
**disorders** 51:18
**disparities** 3:8
47:6 48:11
49:14,18,18
**dispersion**
172:17
**dispute** 194:2
230:20,21
232:16,24
233:1 236:19
**distinction** 18:3
24:24 40:8
246:12
**distinguish**
245:14
**distorted** 132:23
**DISTRICT** 1:1
1:2
**division** 42:8
**divorced** 81:12

**DJI** 166:10
**DJIs** 228:23
**doctor** 7:11,13
34:3 125:7
181:12 191:6
**doctors** 84:6
120:18
**document** 1:8
38:20,24 70:24
73:21 77:1
90:22 91:12,23
92:13 100:13
100:15 104:1
116:10 119:8
122:13,18
123:5,6 150:9
189:22 198:8
200:15 202:12
202:20
**documentation**
40:18
**documented**
51:20
**documents**
11:18,24 24:3
24:9,25 25:1
25:10,17,25
28:12 29:8
39:1 70:19
110:24 112:4
113:5 115:23
116:13 155:3
191:3 198:14
**Dog** 184:18
185:9,19 227:7
234:14 244:10
244:17 245:8
**doing** 20:10,19
40:17 102:17
120:1 130:7
160:5 173:6
196:21
**domain** 83:13
**dose** 243:23
244:2,12
**doses** 244:1
**dotted** 198:24

199:1,3,8
**doubled** 188:6
189:1
**doubt** 16:3
**down-regulates**
134:16
**download** 3:7
**Downtown** 1:20
**dozens** 176:7
**Dr** 7:9 8:10 9:5
10:3,15,25
11:14 17:1
22:17,20 24:12
24:25 26:3,7,8
26:18 31:24
32:1,9,18
34:19,24,25
35:1,2,4,6
36:21,25 37:15
39:2,2,10 52:7
52:13,25 53:11
55:20,21,23
57:5 66:10,16
66:17,18,19,21
66:23 67:14,17
74:4,6,6,13
77:12 81:8
85:13,15 90:12
96:22 124:10
124:18,19
125:6,13
126:11 127:13
127:23 128:16
141:10 142:12
142:16,25
146:6,7,11
147:22 156:14
156:14 157:25
158:4 160:23
161:7 163:6,23
164:11,21
168:5,11,12,20
168:22 170:12
172:3 177:20
179:18 181:11
185:4 186:11
188:5,11,15,24

188:25 189:6
189:11,19
190:18,24
193:7,10
196:20 197:8,9
197:13 202:7
211:25 214:20
214:23 215:7,9
215:14,16
217:8,15,20
222:16,16,20
223:10,15,23
224:14,23
225:19 226:4
226:13 228:15
228:15,16,20
230:6 231:23
240:25 241:5
242:22 243:11
244:5 245:4,10
**draft** 10:15
21:10,12 24:11
**drafting** 21:1
**drag** 234:8
**draw** 23:6
216:11
**drawing** 67:25
68:5,16,19
**drawn** 200:5
**dressing** 158:1,5
190:9 230:12
230:12 231:1
231:11
**dressings** 157:19
157:20 158:6
190:11
**drop** 172:14
**Drs** 34:23 69:13
69:18 181:23
194:3 215:1
**drug** 134:13,18
136:8 137:14
140:5 141:3
**drugs** 134:23
135:5,21
**Duckies** 17:3
**ducks** 16:17

**Ducky** 15:11,23
15:25 16:1,5,8
16:15,24
**due** 50:2,6,10,16
50:17 110:21
121:1
**duly** 7:4
**Duren** 86:25
87:1 114:4,4
**Duren's** 232:12
232:24
**dynamics** 86:8

**E**

**e** 3:1 7:1,1
238:20,20
250:1,1 251:1
251:1
**e-d** 138:16
**e-mail** 3:10,15
3:19,20,21,22
3:23 54:10,23
77:13 90:10
113:21 119:12
125:13 126:18
126:20 128:9
130:19
**e-mails** 52:9
113:12 114:3
124:8,17
127:13
**E4** 205:23
**eAppendix**
206:6
**ear** 127:18
**earlier** 24:5,8
50:24 58:13
98:2 110:16
111:2 116:10
125:3 136:3
139:10 168:17
186:18 221:2
226:21 229:2,2
247:16 248:16
**early** 88:22
248:17
**Ebola** 73:1

**economic** 47:24
**ECRI** 117:6
118:4,12
119:10,19,22
119:25 120:6
121:7,9,24
122:1,6,10,13
122:14,14,23
123:1,14
**editorial** 11:6
33:19 35:23
51:10
**edits** 21:15
**effect** 132:23
133:1 152:24
153:2 162:22
176:16 187:1
187:22 227:7
**effected** 173:21
**effective** 3:5
85:3,6 195:17
**effectiveness**
3:17 94:10
186:19 188:9
188:11,13
**effects** 4:20
48:16 50:2,6
51:13 60:2
135:16 190:19
242:13
**efficacious**
189:24
**efficacy** 129:1,6
130:6,8,12,16
131:18 132:4
244:5
**efficiency** 30:24
103:21,23
**effort** 38:25
118:10 125:18
147:12
**efforts** 55:16,21
55:23 56:12
153:14 229:3
**eight** 128:1
**eighty-six**
248:13

**either** 11:19
19:20 38:25
44:21 70:16
73:10 74:18
77:7,19 86:6
89:20 116:25
130:18 152:18
176:7 181:19
196:9 238:25
**elective** 5:1
193:6 243:8,13
**element** 221:3
**elemental** 8:20
**elements** 15:14
133:13
**eligible** 24:21
**eliminate** 146:21
**eliminates**
146:12 148:5
**emboli** 134:15
**emergency**
72:13
**emphasis** 71:17
**employ** 67:20
**employed** 39:22
**employees** 154:2
**encourages**
137:17
**ended** 126:25
**engaged** 36:4,15
38:6 228:8
237:12
**engendered**
153:16
**engineer** 29:16
102:16
**England** 5:8
198:10,22
200:2 201:10
**English** 28:7
**enhanced**
210:15
**enhances** 144:7
**enoxaparin**
206:25 207:11
208:8
**entirely** 32:9

47:9 227:3
**entirety** 176:11
**entitled** 47:5
145:12 155:1
167:4 170:8
179:6 181:8
193:5 195:17
198:9 204:25
239:25
**entity** 43:21
**enumerated**
24:1
**Envi** 51:6
**environment**
5:24 49:10
90:22 240:1
**environmental**
43:9,15 44:5
44:18 45:21
51:7 60:1
71:18,22
**environments**
48:6,25
**epidem** 80:11
**epidemiologic**
12:18 73:14
75:2 140:16
179:12
**epidemiological**
12:16 47:17
59:18,25 66:12
72:22 213:21
213:24 219:3
**epidemiologist**
17:19,24 18:5
18:6 19:5
120:10
**epidemiologist's**
28:24
**epidemiologists**
13:2 15:5
67:10
**epidemiology**
12:17 17:20,21
17:25 18:4,8
18:10,14,15,18
18:22,23 66:20

66:22 67:25
72:25 80:11
110:12 131:2
221:3
**equal** 89:14
**equals** 89:14
219:19,21
**equate** 91:5
**equation** 91:17
**equipment**
109:3
**error** 21:19
**errors** 217:4
**espoused** 66:15
**essentially** 72:13
134:16
**establish** 117:9
213:13 216:21
**established** 67:9
**establishing**
219:2
**et** 3:9 4:3,9,15
4:19,24 5:2,5
5:13 190:19
**evaluate** 179:16
181:17
**evaluated** 185:2
**evaluations**
224:21
**event** 17:4 19:1
19:7 247:7
**events** 13:3 15:6
**everybody**
153:22 234:19
**evidence** 9:15
14:11,14,25
15:4 17:9,16
19:6 31:6,11
31:20,22 47:17
61:1 70:5
75:12 76:5
78:10 79:19
80:9 81:1 82:4
82:13 83:3
88:12 89:6,20
89:21 91:24
92:11,12 93:15

93:16 96:12,14
96:21 98:18
99:11,24
100:21 101:3,7
105:19,20
106:6,7 107:23
108:9,19
109:21 110:6
110:13,18
111:21,25
112:1,8,9
116:23 117:9
120:25 121:1,4
122:11 123:1
123:19 127:22
127:24 129:8
129:11,16
136:2,16,19,21
137:24 138:23
139:6,12
156:15 158:24
167:10,13
171:11,21,22
172:17 173:24
174:23 175:1
175:14 177:12
177:21 178:6
178:16 179:11
183:11 185:5
186:13 188:18
192:8 193:22
215:20,24
216:12,17
217:1 220:22
223:1 224:22
225:18 226:2
226:20 227:13
228:6,20
231:14 232:19
233:19,19
238:19 239:8
242:2,9,24
243:6,12,23,25
245:1 246:25
**Ex** 3:3
**exact** 177:8,10
218:6,16

**exactly** 21:13
24:10 174:7
**examination** 6:4
7:6 240:23
245:22 246:18
247:19,22
**examined** 7:5
**example** 30:17
30:23 34:19
36:8 40:16
44:20 71:11
79:23 94:13
124:25 140:23
156:10,21
172:7 191:2
214:7 217:9
232:11
**examples** 73:12
**exception** 45:1
**excerpt** 3:13
5:18,20,22
86:24 161:6
230:5,7 236:14
**excerpts** 104:18
**exclude** 143:2
163:2,17
**excluded** 143:9
209:21 210:14
210:16,17,18
224:4
**Excluding** 15:3
**Exclusively**
185:21
**exercising**
111:10
**exhaustive**
85:11,12
**exhibit** 3:11
7:23,24 8:3,7
8:11,24 9:4
22:9 23:13,16
29:21 34:10
38:17,17,19,22
39:5,5,11
46:25 47:4
54:5,10 61:19
61:23 69:25

76:12,16 86:18
86:20,23 87:18
90:5,10 94:5,9
95:21 104:4,6
104:12,12,14
104:15 113:7
113:11 116:21
119:2,7 124:3
124:8,17
125:13 126:14
126:18 127:18
128:4,8 131:14
145:7,12 149:2
149:6,8 152:19
152:19 154:12
154:17,20,24
161:2,6,8,11
161:14,24
162:18 170:3,8
175:8,12
178:25 179:2,5
181:8 182:13
190:14,18
191:6 193:1,5
195:12,16
198:4,8 203:1
203:5 204:20
204:25 208:16
215:4 230:1,5
230:7 236:3,7
236:7,14,24
239:18,24
241:1,2 242:18
246:21
**exhibits** 3:2 10:6
11:19 24:3,14
25:10 29:24
104:17,22
225:9
**exist** 76:6 110:6
153:2
**existed** 49:18
**expect** 13:4 15:7
34:2
**expected** 182:8
197:4
**experience** 17:2

18:13,18 19:15
**experimental**
240:12
**expert** 3:3,11
8:4 9:3 17:1
19:11,20 20:7
21:5 29:17,18
40:16 45:5,20
52:13 58:2,7
61:6 66:7
69:24 72:8
80:2,6 83:13
86:5 91:13
93:1 96:9,11
102:17 104:23
105:14,24
107:13 109:8
116:21 117:15
131:14 157:3
172:24 182:24
191:8 208:16
214:18 229:17
**expertise** 19:22
29:19 30:21
68:6,20 79:9
90:4 172:24
232:22
**experts** 52:5
**explain** 32:3,20
144:2 189:17
**explained** 65:4
93:2 96:11
97:18
**exposure** 8:20
43:8,15 44:17
45:20 61:2
64:5,5 71:18
132:23 133:8
**exposures** 46:1
**express** 92:14
141:16 142:6
142:10 218:18
**expressed** 93:1
112:19 234:1
238:12 239:2
**extended** 26:8
**extensive** 27:22

118:7
**extent** 12:21
  15:22 41:13
  127:3 147:22
  152:18 167:18
  177:25 189:14
**extraordinarily**
  35:25
**extrapolate**
  156:25 157:9
  174:20 201:25
**extrapolating**
  202:19

_____

**F**

**F** 250:1 251:1
**face** 33:11
**facet** 121:17
**fact** 25:25 33:25
  38:12 43:13
  49:16 50:9
  51:10 53:20
  66:15 67:13,19
  69:20 98:2
  100:22 111:20
  121:1 122:18
  122:23 124:21
  127:2 148:8
  160:17 165:15
  176:22 183:1
  200:6 225:7
  241:22
**factor** 143:2,9
  151:23 163:2
  163:17 164:8
  166:1 182:2
  204:18
**factors** 47:25
  60:2 191:16
  242:12
**facts** 88:12
  92:11 96:21
  101:3 105:19
  106:6 108:19
  121:4 123:19
  129:10 138:23
  226:19 228:6

233:18 245:1
**faculty** 58:17
  59:7
**fair** 41:10 45:25
  53:16 201:6,8
  201:18,24
  202:25 207:18
  238:24
**fairly** 53:25
  72:15 84:17
**fairly-out-of-t...**
  28:7
**falls** 219:7
**false** 38:9
**familiar** 34:24
**fantastic** 137:16
**favor** 126:25
**FAW** 90:14
**FDA** 94:11,19
  100:14 116:9
  183:2
**feature** 101:23
  102:7
**February** 119:8
**feedback** 57:4
**feel** 20:9,17
**felt** 20:20 45:10
  208:7 222:21
  224:25 225:21
  228:22
**female** 91:4
**females** 49:19
  49:19
**fewer** 244:2
**field** 18:21 29:25
  87:25 115:24
  116:3 178:19
**fields** 29:5
**fif** 248:12
**Fifteen** 52:20
**fight** 202:7
**Figure** 198:19
**figures** 225:10
**file** 37:16
**filed** 127:3
**files** 10:16
**filing** 9:25

**film** 186:22
**filter** 30:23,24
  103:7,21,23
  114:11,16,22
  114:23 115:6
**filtered** 103:6
**filtering** 103:10
**filters** 30:18
**filtration** 29:17
**final** 21:10 36:9
  38:14 65:21
  217:8 239:6
**Finally** 237:21
**financial** 120:16
**find** 14:25 49:3
  49:6 58:2
  61:11,17 97:21
  99:23 100:12
  100:12 108:2
  121:14,15,21
  130:19 136:17
  136:19 137:4
  166:20,22
  194:12 196:2
  196:19 216:17
  232:2,3
**finding** 68:1
  118:20 238:4
**findings** 53:7
  70:23 73:20
  174:15 234:1
  235:9 238:11
**Fine** 56:6
**finish** 60:14
  103:24 148:24
  233:16
**finished** 218:22
**first** 7:4 21:4
  26:17 27:25
  28:16 48:20
  66:15 76:18
  81:18 87:7
  91:10 94:21
  95:17 97:8
  101:9 114:3
  116:22 119:25
  125:9,21

128:13 133:17
  140:7 141:20
  143:23,23,25
  153:1 160:10
  193:15 227:2
  228:22 238:16
  239:22 241:5
  241:10 247:22
  248:14
**Fisher's** 218:6
**five** 40:22 87:20
  119:11 121:22
  150:21 183:7
**five-fold** 175:3
  175:16
**flattered** 82:11
**float** 16:17
**floating** 172:14
**flow** 139:11
**fluid** 86:7
**focus** 133:17
  158:8 222:3
**focused** 30:10
  93:4 117:7
  141:4,6
**folks** 87:10
**follow** 209:8
  238:17
**followed** 196:14
**following** 1:18
  3:25 4:8 57:25
  83:19,20 87:21
  142:18 145:13
  152:1,9 155:2
  226:25 237:24
**follows** 7:5
  163:13
**followup** 60:18
  141:24 148:12
  158:20 160:17
  245:21
**footnote** 131:11
  207:24,25
  217:19
**Force-Air** 4:5
**forced** 1:5 129:1
  130:7

**forced-air** 90:15
  90:25 116:24
  117:10 118:22
  122:11 123:2
  242:10
**foregoing** 250:6
  251:3
**forgive** 215:13
  220:11
**form** 13:10
  15:12 21:10,11
  21:12 29:2
  30:6 31:2
  35:21 36:17
  44:7 45:23
  51:2 59:19
  66:25 74:16
  75:6 80:16
  81:15 84:9
  86:14 88:11
  89:4,16 91:22
  92:10 95:1
  96:20 97:25
  99:17 101:2,14
  103:12 105:18
  106:5 108:6,15
  108:18 109:15
  109:19 114:18
  115:17 116:4
  116:11 120:13
  120:21 121:3
  123:18 126:6
  127:15 129:7
  130:14 131:20
  133:2 134:20
  135:7 138:9,22
  140:12 141:18
  146:14 147:1
  149:15 151:24
  154:7 160:8
  171:18,20
  183:4 186:16
  187:14,24
  199:24 204:12
  207:4 211:9
  214:16 224:10
  225:3,25

226:18 227:16
228:5,11,25
229:19 233:7
233:13 234:16
238:6,14 246:3
**format** 145:22
145:23 149:9,9
**formation** 65:20
134:14
**formed** 85:4
**former** 51:21
**forms** 200:3
**forth** 24:16 25:9
30:19 73:7
113:16 126:9
133:13
**Fortune** 41:8
**found** 31:17,20
44:4 47:21
51:12,15,16,17
53:5 64:5,24
89:19,21 96:12
106:2 110:5
133:21 143:8
171:16 173:23
184:7 186:2
197:6 206:12
206:15,25
232:18 234:12
**foundation**
35:22 101:4
102:14 114:19
115:4,18 120:8
120:22
**founded** 39:18
**four** 39:24 40:22
40:23 61:9
73:24 76:19
85:19 116:21
131:11 191:3
191:15 207:23
209:14 231:13
238:16 243:22
**fourth** 146:4,5
**framework**
67:14,20,20
**frankly** 35:5

81:7
**fraud** 227:15
**freedom** 240:14
**freely** 56:10
**frequently** 13:4
15:7
**Friedman** 69:14
69:19 131:2
**friend** 26:25
**friends** 27:2
**front** 9:7 70:1
185:3
**ful** 178:16
**full** 7:15 28:19
39:24 48:20
56:3 116:22
213:21,23
225:21 226:16
228:22 242:20
248:13 250:7
251:4
**full-court**
153:18
**full-time** 27:21
**function** 182:6
**funded** 32:9,17
46:21 47:9,13
50:21 87:23
**funding** 32:12
33:10,14
**further** 129:23
143:7 200:16
240:20 245:20
246:17 247:18
249:2
**Furthermore**
127:1

_____

**G**

**G** 7:1 250:2,17
**Gail** 195:18
**gain** 56:16
**garbage** 55:16
55:24 56:2,12
**Gary** 114:5
119:13 124:9
124:18 125:14

125:15 126:23
**gathering** 27:13
**Gen** 184:2,12,24
185:14,23
**general** 19:2,7
141:5 184:22
**generalizes** 29:4
**generalizing**
157:4
**generally** 71:15
83:23 133:6
140:25 179:14
180:20
**gentamicin**
183:24,24
184:1,2 185:6
188:7,17 189:2
243:5,7,12,19
244:12 248:20
**GenTeic** 184:2
184:12,24
185:8,14,19,25
**geographically**
47:23 48:1
**getting** 49:11,15
248:7
**Gillson** 5:4
153:17 195:4
195:18 221:18
222:3 224:15
**give** 83:16
142:21 154:18
**given** 128:18
140:21 153:13
160:16 240:16
247:6
**gives** 219:5
**giving** 60:17
**Glass** 124:11
**gluconate-alco...**
173:25
**Glycemic** 206:2
**go** 7:9,22 18:25
21:21 25:13
27:6,12 44:22
45:1 55:14
58:5 85:18

110:15,25
113:19 124:12
138:19 145:6
164:14 178:21
178:23,24
180:3,15
187:20 206:22
236:9 239:23
240:21 246:5
246:20,21,22
246:23 247:21
248:1
**goes** 57:12
**going** 10:11
25:14 28:18
29:18 30:16,20
36:25 38:7,8
42:16,18 51:11
54:18,20 60:16
75:11 88:23,24
93:11 96:23,24
120:12 128:8
132:9 137:21
138:17,19,20
153:9 154:3
165:23 173:5
189:5,8 195:9
219:5 223:3,11
227:14 246:20
**good** 7:8 69:2,7
69:7,8,9 77:10
77:24 93:16
107:23 113:3
131:4
**Gordis** 131:2
**Gordon** 2:6 6:6
6:8 7:20 11:22
12:1 13:10
15:12 20:7,11
22:17 23:5
24:23 25:3,19
25:21 26:22
27:17 28:5
29:2 30:6 31:2
35:21 36:17
44:7 45:23
46:12 51:2

53:24 59:19
60:13,19 66:25
74:16,23 75:6
75:10 76:19
80:16 81:15
84:9 86:14
87:5 88:11
89:4,16 91:19
91:22 92:10
95:1 96:18,20
97:25 99:17
100:10 101:2
101:14 102:14
103:12 105:18
106:5,9,25
107:11 108:6
108:15,18
109:15,19
112:22 114:18
115:3,17 116:4
116:11 117:21
120:8,13,21
121:3 123:18
123:25 126:6
127:15 129:7
129:10,18
130:14 131:13
131:20 133:2
134:20 135:7
138:9,22
140:12 141:18
143:20,23,25
146:14 147:1
149:15 151:24
152:16 154:7
160:8 162:2,8
162:10,19
163:5,8,11
171:18,20
173:5,10
175:25 176:3,5
179:23 182:22
183:4 186:16
186:24 187:7
187:14,24
196:3,11 199:1
199:7,24

204:12 207:4
211:9 212:4
214:16 215:19
215:23 224:10
225:3,5,23,25
226:18 227:16
228:5,11,17,25
229:13,19
230:21 233:7
233:13,16,18
234:16 235:6
236:8 238:6,14
240:24 241:3,4
245:20 246:3
246:14,19
247:18,22
248:2,11,12,16
248:18
**Gordon's** 25:16
**government**
41:9
**granted** 197:15
**graph** 199:14
**graphs** 225:10
**great** 23:25
54:24 55:9
73:11 118:11
144:7
**greater** 219:18
**greatly** 90:2
**green** 131:2
198:24 199:1
**group** 37:24
90:21 118:10
150:22,23
151:15,16
166:11 212:1
247:8
**grouped** 166:13
166:18
**Grove** 54:13
**Grove's** 55:16
**guess** 7:10 38:3
40:24,25 41:4
85:19 139:1
146:4 183:20
196:24 222:14

222:19
**guessing** 115:7
**Guide** 69:13,20
131:1
**guideline** 70:10
117:1 118:3
205:1
**guidelines** 5:15
71:7 206:5
**guiding** 219:4

---

**H**
**hand** 104:13
**handed** 8:2,10
34:9 39:14
47:3 54:9
61:22 76:15
86:20,22 90:9
94:8 104:6,11
104:15,16
113:10 119:6
124:7,16
126:17 128:7
145:11 149:6,7
154:16,23
161:5 170:7
175:11 179:2,4
190:17 193:4
195:15 198:7
203:4 204:24
215:7 230:4
236:6,13
239:21
**Hansen** 114:5
119:13 124:9
124:18 125:14
**happened** 45:9
58:10,11
121:20
**happens** 57:10
100:22 125:22
187:2
**happy** 109:4
200:10,15,17
222:4
**harbor** 113:3
**harbored**

109:13 113:1
**harder** 161:20
**Hardin** 52:7,13
52:25 53:11
57:5
**Hardin's** 55:21
55:23
**harm** 43:9,16
44:5,19 45:21
**Hartford** 1:20
1:21
**Hastings** 59:2
**hat** 28:24 43:8
**Hawthorne**
152:24 153:1
**hazards** 115:13
**he'll** 176:8,10,10
176:11
**head** 11:4 109:6
186:5
**head-to-head**
177:6
**heading** 221:13
**heads** 111:15
**health** 4:4 34:25
47:18,25 48:2
48:7,13 49:1,5
49:13,17 50:2
50:5 51:13,22
60:2 70:13
73:1 104:18
221:19
**Healthcare**
104:20 105:15
221:19 222:12
**heard** 58:24
86:17
**hearing** 125:9
**held** 15:18
**help** 44:21 150:9
176:2
**helpful** 214:25
**helps** 36:2
**hematoma**
166:7
**heparin** 207:1
207:12

**heterogeneity**
200:6
**Hi** 125:15
128:13
**Hickson** 5:2
193:7 194:3
242:18 245:24
246:21 248:3,4
**HICPAC** 106:12
**high** 128:20
129:5 221:21
221:23 222:12
222:18
**high-quality**
173:24 174:22
**higher** 223:6
243:25
**Hill** 6:1
**hindsight**
123:12
**Hines** 23:7
**hip** 3:25 5:1
137:21 145:13
146:13 147:17
147:24 154:5
169:21,21
193:6,23
203:13 209:14
210:16,18,19
242:25 243:8
246:11 247:1
**hips** 209:17
225:18 228:24
**hire** 33:22,23
50:22
**historical** 42:11
**history** 27:14
65:3 95:14
**Hmm** 209:11
**hoc** 154:10
**Hodges** 113:21
**hold** 17:23 145:6
154:18 239:3
**holding** 15:20
**Holford** 20:4,19
20:23,24 21:1
21:25 22:10

34:10 39:2,7
39:10 86:20
87:17 104:6,12
104:15,17
141:10 142:7
149:6,8 152:14
160:14,23
179:2,4 181:7
182:13 185:15
211:24 223:15
223:23 227:4
**Holford's** 10:15
20:14 21:5
22:4 24:12
39:2 86:23
105:1 142:13
164:22 185:23
186:12 188:24
217:15
**honesty** 236:20
**hope** 34:5
**hospital** 108:14
201:2 214:6
223:5
**hospitals** 5:7
198:10,22
200:2,7,8,12
200:16,20
201:10 202:13
222:21 223:4
223:12
**Hot** 184:18
185:9,19 227:7
234:14 244:10
244:17 245:8
**hour** 195:9
**hours** 60:16
85:19
**Huber** 2:10
**huge** 126:25
**Hugger** 1:5 9:16
12:3 13:9,13
13:18 14:2,9
14:16 15:1,9
15:21 16:6,6
17:5,13 28:3
29:12,21 30:4

30:9 31:1,9,21
33:8 70:24
73:22 78:21
79:1,14,16,19
79:20 80:8,22
81:1,5,12,24
82:14,25 83:4
86:12 87:11,24
89:7 91:16
92:3,15 93:3,7
93:13,17,21
94:11,23 96:4
96:13 97:3,16
97:22 98:9,15
98:18,24 99:5
99:22 100:14
100:16 101:22
102:6,12
103:11,21,23
107:15,18,23
108:3,13 109:2
109:13,22
110:7,18
111:11,17,25
113:1,4,22
120:7,20
123:17,24
129:16,21
130:12,21
131:18 132:5
135:2,11,25
136:14,20
182:15,20
183:2 184:18
192:9 205:18
205:20 208:22
211:8,17,21
212:18 213:14
216:13 217:1
227:7 232:5,15
233:12 234:13
235:10 239:9
239:10
**Hugger-** 243:17
**Hugger-only**
244:15 245:6
**Huggers** 118:23

129:6
**Hulse** 90:11,12
128:10
**Human** 104:19
**hundred** 36:25
**hypothermia**
19:18 70:6
**hypothesis** 98:5
**hypothetical**
82:15,16 83:3
110:20,21,22
111:17,19,22
112:9,12
160:10,20
226:19
**hypothetically**
110:23 211:11
211:16,18

**I**

**idea** 46:15 101:9
101:11 113:3
121:5 125:20
154:9 191:24
**identical** 176:13
**identification**
7:25 8:8 39:12
47:1 54:6
61:20 76:13
90:6 94:6
113:8 119:3
124:4 126:15
128:5 145:8
154:13,21
161:3 170:4
175:9 190:15
193:2 195:13
198:5 203:2
204:21 215:5
230:2 236:4
239:19
**identified** 28:1
38:22
**identify** 45:19
**ignore** 240:14
**II** 70:4
**illness** 49:7

**imagine** 103:14
**Immaculada**
128:11
**impact** 48:7
49:1 157:22
158:15
**impacts** 153:5
231:16
**implant** 17:6
137:21 140:6
172:5,9 179:7
181:10 182:2,8
182:17
**implantation**
181:18
**implementation**
201:11 204:17
228:23
**implemented**
177:5 194:17
197:20 198:1
**Implementing**
5:3 195:17
**implication**
121:19 242:12
**implies** 12:21
**imply** 215:21
216:1 242:4
**import** 93:22
100:20 108:2
**importance**
219:1
**important** 28:24
30:2,14 32:21
33:2 35:14
56:4,8 70:18
74:20 75:1
76:10 79:15
80:20 88:16
89:1 91:15
92:2,25 96:8
100:12 118:1
129:14 143:6
155:13,18
164:19 206:19
221:5
**impress** 234:15

**impressed** 82:10
**impugned** 53:7
**in-person** 122:2
**inactive** 175:23
176:14
**inadequate**
99:23 244:3
**inappropriate**
208:7
**incidence** 4:21
78:11 181:19
190:20 191:17
**incision** 181:18
182:2,4,8
**incisional** 84:7
170:23,24
181:19 182:3
182:21
**included** 27:19
142:3,4 153:19
200:8,20 222:8
223:24 235:14
**includes** 200:11
**including** 87:23
201:19 203:13
**income** 41:1,2
**incomplete**
226:19 240:11
**inconsistency**
232:7
**incorporated**
21:21
**incorporating**
22:2
**incorrect** 161:1
216:23
**incorrectly** 9:13
169:11 216:24
**increase** 9:16
12:14,25 15:21
17:6,13 79:25
80:22 81:5,23
82:16,24 89:13
89:14,24,25
92:4 98:15
110:2,20,21
111:12 117:10

122:11 123:2
136:22 137:14
139:4,7 148:9
148:9,10 159:1
164:17 165:3
185:6,9,13
211:6 217:2,4
232:14,19
**increased** 12:4
13:9,19 14:2,9
14:17 15:1
16:2,10 47:18
79:24 83:10,11
88:8 89:20
94:2 110:7
139:13 144:21
156:7,19
172:18 192:9
194:13 208:21
211:15,21
212:2,12,13,16
216:13 233:11
234:13 235:11
**increases** 30:4
78:21 79:1,16
81:13 86:12
87:25 90:25
116:24 129:16
137:25 139:19
140:1 144:3,5
155:16,21
182:20
**increasing**
100:25 137:15
232:5
**independent**
118:19
**independently**
185:16 190:6
**index** 75:19
**indicate** 41:7
48:3,22 75:20
139:13 182:1
216:17
**indicated** 11:12
54:23 94:1
234:3

indicates 87:24
144:21
indicating 12:24
158:1 220:22
indication
164:18
individual 38:21
44:6,19 45:22
64:2 87:3
229:16
individually
37:4
individuals
35:19 42:15
119:15 120:5
153:6 190:24
induction
243:24
industrial 47:22
industry 48:11
48:15
industry's 49:10
infec 135:20
infect 107:6
115:15
infection 4:22
5:17 13:9,14
13:19 14:3,10
14:17 15:2,10
15:22 16:2,11
17:7,14 30:4,9
31:1,10,23
33:9 37:23
78:11 79:15,20
79:25 80:9,12
81:5,12 83:11
84:1,7,7,13,16
90:1,17 97:4,5
97:13 98:11,19
99:1,8,11,22
99:24 101:1
104:20 105:15
107:21 109:14
109:23 110:8
111:12,21
112:8 115:2
116:25 117:3

122:12 123:2
129:17 130:13
134:10,19
135:2,5,11,12
135:22 136:1
136:12,20,22
137:14,17
140:11 141:3,4
143:3,10 144:3
144:8 145:1
146:13 147:17
148:10 149:20
150:22 151:15
151:23 155:8,9
155:16,22,23
156:8,11,11,19
156:22 157:2,3
157:17,17,21
157:22 158:6
158:16,21,23
159:2 160:22
162:23 163:2
163:17 164:17
165:9,19 166:6
167:15 168:1
172:21,22
177:17 181:3
182:9 184:13
185:24,25
186:9,22
187:12,22
188:6,16,18
189:1 190:20
191:17,22
192:9 194:14
201:25 202:1
202:10 205:2
207:16,19,20
211:7,15 212:1
212:3 216:14
217:9 230:14
231:2,25
233:11 234:13
235:3,11
242:11 244:23
247:7,9,13
infections 4:6,17

5:7,12 17:2
27:11 28:4
30:11,13 31:20
72:2 81:2 83:4
83:16,19,20,22
83:23 84:21
85:25 89:7,10
93:3,18 96:13
96:14,16 97:14
97:22,24 98:4
98:6 99:15
100:22 101:8
106:16 107:24
108:10 110:2
111:18,25
129:21 134:2
139:7,14 141:8
141:25 142:2
149:14,14,18
150:6 151:8
153:23 154:4
157:1,10,11
160:19 166:14
166:18 167:19
169:15,18
170:24,24
171:3,12,12,13
171:14,17,23
171:24 172:1,2
172:18 173:3,8
173:13,15,15
178:1 179:7
180:20,21
181:10,20
182:3 183:11
184:21,22,23
185:6,9,13
186:15 187:5
188:4 189:20
189:21,25,25
190:5 197:19
197:25 198:3,9
198:25 199:14
201:6,20,22
202:8 203:13
204:5,10,11
221:24 222:10

222:13 224:9
225:17 231:17
239:9,11 246:1
246:10,13
247:17
infectious 19:11
19:12,14 71:19
71:22 72:20,23
73:4,16 84:24
89:15 108:4
109:12 115:25
159:1 188:18
209:14
inference 82:17
inferences 68:1
68:5,19
influence 49:10
133:5 134:24
209:25 242:10
influences
148:21
influenza 73:11
influenza-rela...
73:9
inform 81:24
83:1,2 108:24
201:15
information
27:13 28:25
29:11,15 36:19
36:21 70:16
74:24 75:3,4,9
76:9,10 88:20
89:8 99:19,21
109:5 115:11
117:21 123:13
164:25 210:9
224:12,14
229:4
informed 68:5
68:19 108:22
221:19
ingredients
176:14
initial 222:9
initially 27:16
initiated 11:11

injured 43:16
inpatient 198:20
inquiry 128:16
219:9,11
inside 87:8
114:1
instance 44:16
45:19
Institute 51:22
instrument
31:22
insufficient
14:11 83:6
98:6 116:23
117:9 120:24
136:19 239:7
insurance 42:17
65:8
intellectual
111:15
intensively
153:4
intent 83:21
intentionally
173:7
interaction
216:7
interactive
176:23
interest 33:16
53:2 56:20
93:23 108:2
121:25 122:5
interested 11:7
76:11 140:17
164:13 218:10
interesting 83:6
96:13 98:5
100:17 121:14
121:15,17,21
123:8,9 129:19
188:4 189:7
227:5
interface 17:21
72:25
interfaces
106:13

**intermediary**
81:3 97:12
98:3 133:6
**intern** 150:17
**internal** 18:11
19:13 48:19
76:18,25 87:19
88:3 113:12
115:22 119:7
161:8,24
164:24 165:16
203:19 216:5
236:23
**International**
90:16
**internet** 180:8
**interrupt** 46:12
**interval** 247:11
**interviewed**
49:22
**interviews** 50:1
**intraoperative**
70:25 73:22
**intraoperatively**
95:24
**intrapleural**
173:15
**introduced**
197:15 202:9
**introduction** 4:2
145:14 191:15
197:23 203:18
**invalid** 238:21
238:23
**investigate**
70:15 88:7,14
93:6 97:23
110:1 111:11
137:20 190:6
**investigated**
103:16 146:24
190:2 199:21
**investigating**
28:23 34:4
**investigation**
38:15 78:16
79:6,22 84:20

85:2,8 97:20
102:25 103:20
106:1,21 116:8
131:17 132:16
132:18 147:3,7
184:20 223:2,8
223:10,13
**invited** 59:1,2
**involve** 169:18
**involved** 20:4
27:1 40:17
42:7 44:25
46:16 56:22
65:24 71:21,24
71:24 72:6,15
72:19 73:5,8
87:11 119:19
119:21 153:9
**involvement**
32:22 117:22
**involves** 166:9
221:4
**involving** 51:1
94:10
**iodine** 168:6
169:3 174:8,18
180:8,17
**iodophor** 174:1
174:4,13 177:6
180:9 206:13
**irregularities**
9:14 216:24
**irrigation** 166:6
**irritative** 51:18
**issue** 28:23
30:10 34:4
42:22 43:2
46:19 49:21
56:23,23 59:18
65:12 66:23
69:18 73:5
79:7 80:19
88:24 91:1
93:4 98:8,23
99:12 111:15
118:2 127:9
131:6 135:13

138:6 146:24
147:14 186:9
200:21 238:18
**issued** 26:18
123:22 125:6
**issues** 16:24
20:22 27:12
31:17 57:20
71:25,25 73:15
90:3 107:14
108:1 130:12
130:17 164:10

————————

**J**

**J-o-n-a-t-h-a-n**
7:16
**JAMA** 204:25
**Jameson** 4:9
155:1 162:6,17
163:7,13,24,24
164:23 165:14
**Jan** 2:3 23:5
24:23 60:13
162:2 173:5
176:5
**Jana** 119:13
**January** 3:13,17
5:19,21 61:24
76:17 94:10
194:18 195:21
197:20
**Jensen** 4:3 141:7
141:11,23
142:1,3,9
144:19,21,23
152:15 160:6
160:17,24
161:17,25
162:4 164:3,16
**JNE/FLM** 1:9
**John** 119:14
**Johnson** 62:9,9
62:16,17
**joint** 84:1,7,15
84:16,18,21
89:7 90:17,24
116:25 137:20

137:24 138:3
139:4,8,12,13
139:20 141:4,8
141:25 149:14
149:19 155:8
155:16,22
156:8,11,19,22
157:2,11,17,22
158:6,15,23
159:2 169:18
171:14,16,23
172:2,22 173:3
173:7 177:16
180:20 184:21
184:22 185:9
185:24 186:15
187:5,23
189:20,25
190:5 194:14
201:6,20 202:1
202:8,10
204:11 207:19
211:15 221:24
222:13 225:17
231:17,25
233:11 235:11
239:9,11 246:1
246:10,12
247:7,13,17
**joints** 84:25
**Jonathan** 1:13
1:18 3:3,6 6:5
7:3,16 39:22
40:1,4 41:3
250:5 251:2,17
**journal** 57:11
**journals** 28:7,9
**jubilee** 230:12
231:1,10
**judgment** 68:2,3
69:3,7,8,9
111:3,7,9,10
220:25 221:4,5
**judgments**
139:1
**Judy** 113:21
**Julie** 195:18

**July** 1:15,22
200:16 224:8
224:24 225:12
225:20 226:15
226:25 227:6,8
228:21 250:10
**June** 9:3,25
23:17 25:7
61:24 62:4,6
80:6 150:3
224:4 227:9
**junior** 35:2

————————

**K**

**Kay** 69:13,18
102:17 205:13
**keep** 16:14
102:17 205:13
**keeps** 205:18
**Kentucky** 109:1
**kept** 51:10
**keywords** 27:24
**kilograms** 244:3
**kind** 30:20
38:25 72:18
90:2 155:22
209:10
**kinds** 40:24
71:24 90:3
142:4 149:18
**Klondex** 65:22
65:24
**knee** 3:25 5:1
137:21 145:13
146:13 147:17
147:24 154:4
169:21 193:6
193:24 203:13
209:13 242:25
243:8 246:11
247:1
**knees** 209:17,18
209:18 225:18
228:24
**knew** 23:1 52:4
56:20 122:15
154:9 197:4
200:21

know 8:17 14:13
15:24 16:3,15
16:23 22:22,23
23:6 24:10
30:22 34:14,19
34:21 36:6
37:2,4,15 38:3
42:6 43:12
44:13,24 49:25
50:16 52:10
60:11 67:17
69:9 71:5
74:21 75:8,16
75:23 76:2,11
82:9 83:14
84:19 86:17
88:18,19 89:11
90:4 92:8
94:15,16
101:10 103:9
107:4 108:20
112:24 114:7
114:24 115:9
115:19,21
116:7,14
118:21 119:15
119:18 120:9
120:15 121:13
121:16,18,19
121:22 122:1,4
122:10,25
123:4,6,8,11
123:12 124:1,2
124:10,19,20
125:21 126:8
127:19 129:14
129:19,25
130:9,17
132:11,14
139:11,12,18
139:21,25
140:4,15,18
141:22 145:3
153:7 157:24
158:25 162:5,8
168:15 172:10
172:16 175:24

176:6,9 177:8
177:11,18
179:17 180:19
180:24 186:3
187:16 189:19
189:23 190:1
192:22 194:22
196:24 198:15
200:8,12,24
201:10 205:21
207:3,19,21
213:10 217:6
217:22 219:24
221:23 222:6
222:11,20
223:5 224:16
224:20,20,22
227:11,24
228:4,10,14,18
232:10 236:18
241:22 247:12
248:25
knowledge 8:24
16:20 33:6
107:22 115:11
122:8 129:12
140:3 221:1
240:13,14
known 26:22
35:1 43:20,20
45:9 50:3,6
51:19 63:20
84:6 219:8
Kurz 3:13 73:25
74:4,6,9,13
76:17 77:15
125:1
Kurz/Sessler
78:17
_____
L
L 2:6
L.L.P 2:3
labor 41:9 65:22
lack 35:22 101:3
102:14 114:19
115:3,4,18

120:8,22
129:15 201:12
land 172:9
language 246:14
247:21
large 27:9 30:17
30:18 42:7
53:17,17,17
72:15 148:9
188:10 193:22
242:23 246:24
large-volume-...
31:22
largely 32:9
220:21
largest 42:4
late 26:15,18
27:4 234:19
248:7
Law 59:2
lawyer 75:10
76:19
lawyers 11:10
29:6 40:14,14
45:13 76:1
lead 98:10,25
99:7 170:12
171:12 207:25
247:15
leading 66:20,21
101:8
leads 117:10
leafed 38:20
learned 180:11
leaving 102:18
led 108:9 135:15
left-hand 206:1
legal 10:7
128:19
legally 209:13
legitimate 34:3
209:23,24
238:11,19
length 118:11
let's 18:1 48:17
61:15,17 98:13
124:12 166:23

170:20 178:23
180:3 216:19
240:21 248:25
level 128:20
129:5 148:19
219:18
liabilities 42:11
42:12,23,23
Liability 1:6
liable 240:12
librarian 27:21
library 27:23,23
75:19
life 153:5
light 52:9
likelihood 63:24
158:20
Likewise 117:5
limited 110:10
186:14
Limiting 182:7
line 36:24 77:23
78:8 87:19
102:1 130:5
162:1,15
198:24 199:3,8
230:8 231:12
lines 15:10
link 48:12 62:25
63:9,20 80:8
81:1 93:2,6,8
linked 31:24
32:1 81:3
linking 79:19
83:4 96:12
liquid 124:11
list 11:24 23:15
23:19 28:19
61:23 73:23,25
74:12 124:25
165:17 166:19
191:3 237:25
listed 24:4,21
29:21 61:9,14
77:4 145:25
listing 24:21
lists 76:19

lit 41:20
literally 197:14
202:6
literature 10:14
22:25 23:25
27:22 28:3
31:19 33:7
63:4,8,13
85:11,13 89:23
92:19 93:9
117:8 131:23
144:18 147:13
185:1
litigation 1:6
40:7,15,16
41:13 43:7,8
43:10,12,13
44:3,17 45:20
46:16 52:6
53:6,9,10,12
58:3 62:3
71:24 72:16,21
litigation-based
40:9 42:19
litigation-relat...
41:1
little 12:9 14:6
16:17 23:5
36:13 44:2
51:10 53:4
61:7 73:13
132:2 139:9
152:3,23
153:24 209:5,6
210:6
load 81:21
locate 38:21
logic 83:13
long 8:19 65:3
85:18
longer 7:13
125:25
look 19:5 23:11
26:9 34:22
35:14,18 36:10
48:17 56:3
61:6 73:19,24

74:3,10 75:11
76:24 77:20
78:7 80:12
82:5 87:16
89:2 93:6
94:21 95:6
98:8,22 99:12
103:3,22 109:4
109:18 110:13
110:24 112:1
113:5,20 114:2
114:3 115:22
119:12 125:12
131:11 141:14
142:2 150:16
152:13 161:11
170:20 175:21
177:10 181:22
186:8 191:14
193:13,15
195:1,2 197:22
198:14 199:6
199:13 200:10
200:15,15,17
205:23 206:9
206:22 209:22
213:6,10
215:18 216:19
222:4 230:7
231:12 236:23
237:21 248:9
**looked** 10:12,14
10:16,17 11:18
22:2 24:11
28:3 31:19
33:6 38:18
66:5,17 70:20
86:5,9 92:18
99:19 104:3
107:2 109:8,21
112:4 116:10
118:7 122:13
138:4,6 145:21
161:10 177:11
181:5 185:4
188:23 200:1
201:5 223:7

232:11
**looking** 10:20
30:1,12 46:1
67:25 72:17
73:15,20 83:18
97:13 100:13
106:8 113:15
113:18,25
126:20 129:23
157:4 163:1,15
166:22 173:1
188:22 189:22
201:2,9 202:12
207:22 209:15
216:7 220:20
220:21,21
**looks** 36:24
126:19 209:24
**losing** 234:20
**loss** 65:25
**lot** 17:20 33:6
34:16 41:18
111:16 137:25
138:1 147:10
185:1
**lots** 20:1
**love** 141:13
**low-molecular...**
207:1,12
**Lowdon** 153:17
195:18 221:18
222:3
**lower** 144:25
158:23 182:8
198:21
**lucky** 125:16
**lunch** 159:12
**Luncheon**
159:14
**lung** 49:11,15,20
63:21,25 64:4
64:21
**lying** 225:19
226:5,14

—————————
**M**
**M** 2:3,10

**machine** 30:22
31:15 95:13
113:1,4 114:1
114:17,21,23
115:6
**machines**
115:23
**maintain** 70:7
70:25 73:22
**maintaining**
78:10 132:5
**major** 57:13,14
**majority** 204:1,3
**making** 18:3
33:5 35:13,15
155:14,19
187:20
**male** 91:4
**males** 49:19
**malpractice**
71:24,25
**man's** 65:2
**managed** 165:18
**manifestation**
160:19
**manipulate**
35:20 237:18
**manipulating**
123:5,6
**manipulation**
35:9 36:5,16
38:6 225:1,14
226:8,10,16
227:22 228:9
237:13
**manner** 153:20
**manual** 131:8
**manufacturer**
100:14 102:11
103:9 120:11
183:2
**March** 58:22
59:10 113:17
122:2
**mark** 7:18 114:5
128:9,10
227:24 228:8

236:2
**marked** 3:2 7:24
8:3,7,11 9:4
11:19 22:4
34:9 38:16
39:11,14 46:18
46:25 47:3
54:5,9 61:19
61:22 76:12,15
86:22 87:17
90:5,9 94:5,8
104:11,17
113:7,10 119:2
119:6 124:3,7
124:16 126:14
126:17 128:4,7
145:7,11 149:1
149:8 154:12
154:16,20,23
161:2,5,11
162:17 170:3,7
175:8,11 179:4
190:14,17
193:1,4 195:12
195:15 198:4,7
203:1,4 204:20
204:24 215:4
230:1,4 236:3
236:6,13
239:18,24
**Marriott** 1:20
**master's** 228:1
**matching** 39:8
**material** 23:17
26:12 177:15
187:22
**materials** 10:21
23:21 24:14
27:17,18 29:20
118:17
**mathematical**
152:13 186:12
**Mathieu** 113:22
**matter** 33:25
62:10 64:19,21
65:5 69:2,2
89:9 90:2 95:5

111:3,9 155:24
**mattered** 80:9
89:8,10
**McGothern**
36:3
**McGov** 199:22
**McGovern** 5:18
5:20 9:12 11:1
13:21 32:5,8
32:17 33:9
34:11,23,24
35:2,8 36:4
38:17,22 39:5
92:19 110:9,11
131:25 136:24
138:6,18 141:6
141:10 142:5,8
142:16 143:6
152:14,19
153:8 160:6
163:1,16 164:9
166:1 167:8
170:18 171:10
173:19 174:4
174:14 176:20
177:4 178:7,20
181:1 183:23
185:3 190:5,9
190:12 192:20
192:21 197:17
199:23 200:21
201:2 204:18
206:21 208:17
208:20 210:22
211:5,12,19
212:20,24
213:7,22 214:3
215:1 216:16
216:22 218:9
218:20 220:5
221:14 223:24
224:4,18
226:11,24
227:14 230:6
233:5 234:2,12
235:10 237:7
238:5,11,18,21

238:25 241:5
244:10 245:18
245:19
**McGovern's**
215:7,10
**McGowan** 148:5
185:3
**MDL** 1:9
**mean** 13:16
24:10 29:22
32:1,3 44:11
68:10 72:6
87:5 140:14
184:17 200:17
213:23 214:3
219:15 245:17
**meaning** 160:4
184:11
**meaningful**
14:21 174:18
**means** 69:10
105:10 140:15
140:16 180:1
**meant** 32:19
84:1 217:22
**mech** 176:24
**mechanical**
29:16
**mechanism**
80:21,25 96:15
97:4,23 110:22
112:9,12 144:2
144:24
**mechanisms**
81:7,9 98:4
111:20,22
144:10
**mechanistic**
82:15 110:19
**mechanistically**
171:13
**medical** 10:9
11:17 18:16
22:25 27:12
65:25 72:17
209:11 210:11
238:1

**medication**
134:25
**medications**
134:1 135:14
137:25
**medicine** 18:11
18:12 19:13
27:23 51:7
72:25 75:20
**medium** 137:16
144:7
**meet** 85:15
**meeting** 22:11
22:12,15 58:24
85:16,18 88:23
90:16 122:2
**Melling** 4:24
74:1,6,15,15
77:21,24 78:17
190:19,24
**member** 11:5
32:11 35:23
58:17 59:7
**members** 55:7
**memory** 144:20
**mention** 49:16
**mentioned**
19:10 24:5
77:13 166:4
**mercury** 8:20
**merit** 160:16
238:13
**message** 128:25
130:6,8
**met** 22:20 23:2
34:17 85:17
87:1,3,6,7
90:12 121:7
122:1,21,23
**methicillin**
194:17
**method** 67:6
**methodol** 59:22
**methodology**
59:17,21,22
66:12,24 67:9
68:8,22 218:7

**methods.'**
117:11
**Micah** 23:7
**Michelle** 90:10
128:10
**micro-organis...**
198:19
**microbe** 172:4
**microbes** 107:14
107:18 108:4
109:12 115:25
159:1
**microbiology**
150:21
**micron** 103:6
**Micronis** 181:9
**Microorganis...**
179:6 181:9
**Midas** 65:22,24
**middle** 114:4
**midway** 170:21
203:25
**migrating**
101:24 102:8
102:13
**milligrams**
243:24
**mind** 10:18,23
32:17 66:21
82:6 147:18
149:20,23
150:2,11,13
155:7 165:25
172:19 176:4
180:13 192:23
241:23
**minds** 66:20
**mine** 36:14
**miner's** 65:13
**miners** 49:14,17
**miners'** 42:13
**mines** 48:10
49:20 73:6
**mingling** 136:17
**minimize** 73:3
**mining** 46:9,22
47:10,13,18,21

47:25 48:3,5
48:13,14,22,24
49:3,6,9 50:3,6
50:16,21
**Minneapolis** 2:4
2:8
**Minnesota** 1:2
2:4,8 228:2
250:9
**minutes** 121:23
**mis** 55:18 92:11
233:14
**mischaracteri...**
129:8 171:21
182:22 214:17
226:2 233:19
**miscon** 91:23
**misconstrues**
91:23 92:12
**misdescribe**
81:19
**misheard**
215:17
**misrepresent**
43:18
**misrepresents**
210:13
**missing** 99:20
**misspeak** 47:20
**misstatement**
220:12
**misstates** 31:3
74:17 105:19
106:6 226:2
244:25
**mistakes** 37:20
105:11
**misunderstood**
132:7
**mixing** 135:15
**model** 67:3
94:24 96:4
113:23
**modified** 240:13
**module** 178:4
**mold** 51:1,14,17
51:19 52:5

56:21 58:3
**moment** 147:20
177:7 188:8
196:6 197:5
211:2 215:14
240:22
**months** 128:1,1
224:3 225:8
**Morken** 128:16
**morning** 7:8
24:6,8 162:18
192:11 216:20
232:12
**Mortality** 3:8
47:5
**Morton** 128:9
**motivation**
120:15
**motor** 30:17
**mountainous**
47:23
**move** 58:16
100:10,10
104:3 132:14
132:15 166:23
202:15 226:1
**moving** 15:17
**MSHA** 65:22
**MSSA** 175:1,14
194:9,13,17
195:21 196:22
197:7,14,19,19
197:25 198:2
198:25 199:14
199:22 201:4
202:1,8,10
204:9,17
231:16
**muc** 195:2
**multiple** 10:24
37:17 60:5
**mupir** 196:15
**mupirocin** 195:2
196:16,17
203:11
**Mycobacterium**
106:16

myeloma 60:5
myriad 115:20

**N**

N 3:1 7:1
N-a-c-h-t-s-h-t-...
26:5
Nachtscheim
26:3,4 143:13
236:10,15,21
237:12,17
Nachtsheim
5:22
name 7:14,15
8:17 20:6,11
20:12 22:23
23:1 44:23,24
62:7 124:20
147:21 188:8
named 23:7
232:18
names 8:19 20:7
119:20
narrative 206:5
nasal 4:17 204:7
national 27:23
41:9 46:9,22
47:9,13 50:21
51:21 75:19
223:6
near 182:16
necessarily
13:12 32:14
36:1 68:9,10
68:14,23 82:22
137:23 157:22
212:9 246:1
necessary 11:6
need 128:17
132:14 176:2
227:13 247:8
needed 75:16
never 34:16 45:9
45:14 75:18
85:17 87:10
90:12 91:14
92:13 112:5

131:6
new 7:20 32:2
238:25
NHS 5:7 198:10
198:22 200:7
201:1,10 202:9
night 106:9
nine 23:13,19
24:4,16 25:8
25:14,18 29:21
150:21 208:16
225:8
non- 40:14
202:15
non-arthropla...
84:14
non-FAW
167:20
Non-lawyers
87:5
non-litigation
72:22
non-operatively
165:18
non-significant
217:5
nonprofit 117:5
normally 118:11
169:11
normothermia
19:18 70:7,25
73:22 78:11
132:6 205:24
Northumberla...
34:25
Northumbria
27:20 153:13
201:16 221:18
222:12,17
nosocomial 17:2
157:3
notable 11:3
Notary 250:19
251:24
note 52:17 222:7
noted 212:24
224:2

notes 36:10,11
211:4 239:14
250:8
Notice 1:19
notion 70:5
196:13
November 5:23
199:18
nuanced 177:24
number 10:6,12
11:18 27:9
38:23 43:1,19
48:19 51:18
53:17 72:15
77:4 78:21
79:2,8,16
80:22 82:24
83:10 86:12
89:15 90:11
98:13 113:23
119:11 124:25
139:19 140:1
158:19 161:14
182:6 191:2
200:18,24
203:6,7 207:6
225:10 229:21
234:24
numbering 7:20
numbers 11:19
20:18 39:9
88:1 141:15
142:2 165:5,21
186:1,6 188:23
212:2 217:7
232:14 234:3,6
234:22,23
235:13
numerical
186:11

**O**

o 7:1 218:14
o'clock 1:22
O-u-l-e-s 62:8
oath 214:13
226:14 233:25

234:11 235:9
object 13:10
15:12 29:2
30:6 31:2
35:21 36:17
44:7 45:23
51:2 59:19
66:25 67:2
74:16 75:6
80:16 81:15
84:9 86:14
88:11 89:4,16
91:19,22 92:10
95:1 96:18,20
97:25 99:17
101:2,14
103:12 105:18
106:5 108:6,15
108:18 109:15
109:19 114:18
115:17 116:4
116:11 120:13
120:21 121:3
123:18 126:6
127:15 129:7
130:14 131:20
133:2 134:20
135:7 138:9,22
140:12 141:18
146:14 147:1
149:15 151:24
154:7 160:8
171:18,20
183:4 186:16
187:14,24
199:24 204:12
207:4 211:9
214:16 224:10
225:3,23,25
226:18 227:16
228:5,11,25
229:19 233:7
233:13 234:16
234:16 238:6
238:14 246:3
objecting 67:12
objection 74:23

102:14 107:11
115:4 120:8
123:25 129:18
152:16 182:22
186:24 187:7
228:17 229:13
233:16 244:25
objections
106:25 234:17
235:6
objective 68:7
68:21 179:15
181:16
obliterans 63:25
64:11,14
obscure 28:6
observation
153:4,5
observational
59:25 153:2
154:3 179:13
237:4 240:11
obvious 125:21
occasionally
79:10,10
occupation
49:20
occupational
18:16 51:6,7
51:22 72:25
73:3
occur 13:3 15:6
84:21 97:24
103:1 132:22
172:12 211:3
occurred 11:5
occurs 97:5
October 173:21
177:5 199:15
199:17 224:3
odds 212:12,16
217:10,21
235:4,20
offense 23:9
offer 99:4
178:11 232:8
offered 11:24

| | | | | |
|---|---|---|---|---|
| 46:2 69:4 | 45:8 46:5,8,11 | 132:12,24 | 193:18 194:2,8 | **one's** 219:10 |
| **office** 25:16 | 47:8,16 49:3 | 133:9,11,19,21 | 194:16,20 | **ones** 36:6,20 |
| 27:21 28:15 | 50:15,20,23 | 134:8,12,17,25 | 195:6,24 | 37:10,13 |
| **officially** 55:15 | 52:3,9,15 | 135:10,24 | 196:12 197:12 | 147:11,20 |
| **officially'** 56:11 | 53:13 54:15,23 | 136:6 137:13 | 197:13,13,18 | **ongoing** 128:19 |
| **officials** 122:2 | 55:14,22 56:6 | 137:18 138:2,5 | 198:12,16,24 | 224:19 |
| 122:23 | 59:5,11,16,24 | 139:22,25 | 199:6,13,17,20 | **operated** 30:16 |
| **Oftentimes** | 60:8 62:7 | 140:9,22 141:9 | 200:25 201:3 | 73:5 |
| 45:11 | 63:15 64:18,24 | 141:14 142:15 | 203:9,16,21 | **operates** 29:13 |
| **Oguz** 232:18 | 65:5,21 67:8 | 142:24 143:5 | 205:8,13,15,23 | 30:5,14,23 |
| **oh** 16:19 72:10 | 67:13,19,24 | 143:19 144:17 | 206:9,11,15,18 | 31:15 |
| 73:17 110:10 | 68:4,15 69:16 | 145:19,25 | 206:24 208:2 | **operating** 16:7 |
| 113:3,18 162:7 | 70:3,15,22 | 146:7,19,23 | 208:19,24 | 27:10 101:23 |
| 183:7 184:19 | 71:3,10,13,16 | 147:7,14 148:7 | 210:19 211:5 | 102:7 105:17 |
| 197:13 200:23 | 73:13 74:3 | 148:25 149:12 | 211:14,23 | 106:3,24 107:6 |
| 210:5,19 | 76:24,24 77:10 | 149:24 150:16 | 212:23 213:8 | 179:7 181:9 |
| 215:16 236:8 | 77:12,18,22 | 150:24 151:4,5 | 213:12,17,20 | 182:6 188:16 |
| 248:16,20 | 78:1,7 79:6,12 | 151:14 152:8 | 214:7,12 | 200:7 |
| **ointment** 176:13 | 80:3,10,20 | 152:18 153:25 | 215:12 216:10 | **operation** 16:7 |
| **okay** 7:12 8:17 | 81:22 82:19 | 155:6,13 | 217:13,17 | 140:2 |
| 8:23 9:2,9,22 | 83:7,25 84:5 | 157:15,19 | 218:2,18,25 | **operative** 12:6 |
| 9:24 10:5,10 | 84:12 85:10,15 | 158:14,18,22 | 219:7,12,20,25 | 217:3 |
| 11:9,12,23 | 85:18 86:10 | 158:25 159:5 | 220:14 221:2,7 | **opine** 9:12 30:25 |
| 12:18 13:1,8 | 87:13,16,22 | 159:11 160:13 | 221:17 222:11 | 53:11 62:21 |
| 13:13 14:6,23 | 88:2,7,15 | 162:7,13,20 | 222:15,20,24 | 66:3 81:8 |
| 15:5,20 16:4 | 90:14,20 91:9 | 163:10,12 | 223:2,8,19,22 | 83:14 96:24 |
| 17:4,11,18,23 | 92:14,18 93:24 | 164:12 165:22 | 224:7,22 226:6 | 139:17 156:17 |
| 18:1,7,13,17 | 94:20,24 95:8 | 166:16,24 | 226:13 227:20 | 182:11 188:13 |
| 18:25 19:4,21 | 95:10,11,16,17 | 167:6,13,13,23 | 228:13,19 | 218:12,21 |
| 20:3,9,13,22 | 95:20 96:3,7 | 168:4,22,25 | 229:16 231:12 | **opined** 31:8,11 |
| 20:25 21:4,10 | 97:15 100:4,24 | 169:12 171:8 | 232:1,10,23 | 43:8 44:3,17 |
| 21:14,17,20 | 101:9 102:11 | 172:13,19 | 233:24 234:7 | 60:4,7,9,22 |
| 22:1,10,14,18 | 102:25 103:5 | 173:1,18 174:3 | 235:1 236:23 | 62:13 63:3,4 |
| 22:20,22 23:1 | 104:2,25 105:5 | 174:10,20 | 237:11,16 | 64:10 71:21 |
| 23:4,15,24 | 105:13,23 | 175:7,19 | 238:3,10,24,24 | 80:25 81:9 |
| 24:7,19,22 | 106:1 108:22 | 176:12,18 | 239:6,14 | 97:2 155:4 |
| 25:2,17,22 | 109:7,11 | 177:8,21 | 240:20 241:16 | 218:16 |
| 26:14 28:18 | 113:20 114:10 | 178:15 179:15 | 242:15 243:4 | **opining** 30:16 |
| 29:6,11 31:8 | 115:22 116:7 | 180:23 181:22 | 243:10,20 | 43:14 96:23 |
| 32:7,16 33:10 | 116:15 117:20 | 182:19 184:1,4 | 244:4,13 | 177:22 224:25 |
| 34:2,6,18,21 | 118:16,19,24 | 184:11,19 | 245:20 247:14 | **opinion** 9:18,20 |
| 34:23 35:3,7 | 119:18,24 | 185:18 186:7 | **old** 118:6 | 9:21,22,23 |
| 35:11 36:13 | 125:12 126:23 | 187:17 189:4,5 | **once** 10:24 | 12:3 13:8 14:1 |
| 37:6,9 38:1 | 127:6,12 128:3 | 189:15,19,23 | 16:13 58:20,20 | 14:8,16 15:8 |
| 39:4,20,25 | 128:15,25 | 190:13 191:12 | 58:21 85:22 | 17:8,12 29:1 |
| 41:5,7,12,21 | 129:13 130:20 | 192:2,7,13,18 | 97:7 106:1 | 29:18 30:20 |
| 43:7 44:22 | 130:25 131:6 | 192:25 193:13 | 195:20 217:4 | 44:12 45:5,20 |

63:7 64:12,12
65:2 66:6
72:22 78:20
79:1,3,18 80:7
81:11,19,20,24
83:1,9,12
89:22,24 92:14
92:22,23 96:11
96:24 97:9
98:16,17,19
99:4,9,10
101:17 106:22
109:11 110:4,8
111:19,24
112:7,13
117:15 122:17
125:6 129:15
129:20 130:23
132:4,9,13
136:15 140:9
141:16 142:6
142:10 143:12
156:5 159:3,7
167:6,7 168:21
172:3,24
182:20,25
188:12 216:10
218:5,18
219:25 232:9
233:2 239:2
**opinions** 11:25
23:22 25:7
28:20 33:22,25
43:19,22,25
50:22 78:18
80:2 87:14
88:21 89:2
91:13 92:17,25
100:19,23
103:17 104:23
105:14,24
108:1,23,24
109:9 123:22
124:22 133:12
140:22 150:3
179:19 191:2,8
192:4,6 205:6

220:4 237:25
238:12
**opposed** 13:14
13:16 71:18
155:22 173:20
189:25
**option** 225:14
**order** 28:25
133:1 179:11
247:8
**organ-space**
171:3 173:12
**organism** 72:23
73:16 109:2
**organisms** 84:24
89:15
**organization**
58:24 62:20
70:13 71:12
105:8,9 118:5
**original** 64:9
246:23
**Orthopaedic**
5:11
**orthopedic** 17:6
19:22 28:4
35:1 84:15
90:16 109:25
140:6 222:5
**others'** 33:18
**ought** 46:18
60:13
**Oules** 62:8
**outbreak** 73:2
108:12 109:1
**outcome** 133:8
134:5 148:20
158:2 210:1
**outcomes** 48:2,4
48:13,23
**outlier** 221:21
221:23 222:12
222:18
**outlined** 196:1
**outside** 14:4
17:9 120:18
125:7

**ovarian** 62:14
62:22 63:1,9
**overall** 151:14
**oversaw** 51:8
**overstate** 222:4
**overweight**
49:12

---

**P**

**p** 7:1 219:19,21
**p-value** 150:25
151:5,9,16
217:25 218:7
219:2,8,13
220:8,16
**p-values** 220:20
220:21
**P.A** 2:7
**pa** 109:14
**packet** 27:17
118:17
**page** 3:2 6:4 9:5
23:12 39:15
48:17,18 61:8
69:24 76:18,18
76:24,25,25
77:5,20,23
78:7 82:7
87:17,19 95:17
95:21 113:13
113:21 114:3,4
116:20 131:11
132:19 133:17
150:17,17
152:25 161:8
161:12,23,24
165:3 166:25
175:25 178:23
181:23 183:21
193:13,19
194:9 198:17
203:19,20
208:16 215:18
216:4,5,5
221:12 230:7,8
231:12 232:2
236:23 237:22

240:8,8 241:7
241:8 242:19
242:20 243:4
246:22 248:10
248:18,18
**PAGE/LINE**
251:6
**pages** 1:14 23:16
23:20
**paid** 156:8
**panel** 57:2 92:1
**paper** 11:2,3
13:20,21,21
32:9 34:11,15
37:16 49:21
51:4,9,12 53:8
53:15,16,22
56:14,16 57:1
57:11 73:25
74:7 77:15
79:23 125:17
125:22 144:19
155:11 156:2
156:12 157:4,5
163:1,7,13,16
163:19 165:6
182:14,14
183:20 191:11
204:14 209:1,5
209:16,23
210:7,20
211:12,19
213:22 214:3,8
214:8 215:25
216:16 217:18
222:3 224:16
230:10,18,24
231:8 234:2,12
235:18 236:1
238:11,18
242:3,18,22
244:10 246:4
246:21 248:3,4
**papers** 11:3,7
13:25 14:5,22
14:24 15:3
27:25 31:24

33:9 75:22
78:17,23,24
79:8,23 80:1
94:1,3 98:14
156:9,20 157:1
157:10 185:2
207:15,23
231:18,21
232:17
**par** 91:17
**paragraph** 9:10
12:2,11,20
23:13,19 24:4
24:16 25:8,14
25:18 27:8
48:20 55:15
56:4 69:24
70:22 73:19
82:12 94:21
102:5 103:25
116:22 127:6
128:13 132:21
133:18 140:23
150:19 152:1
193:21 203:17
203:20,22
208:19 210:4
212:23 216:22
221:17 223:14
223:16,22
226:7 240:10
241:20 242:20
247:5 248:8,10
248:13
**paragraphs** 82:7
152:9 191:15
**paraphrase** 82:6
**paraphrasing**
63:11 210:22
**part** 19:4,12
21:22 34:25
38:20 42:10
51:24 68:3
71:20 72:4
78:18 110:4
128:9 164:25
188:10 191:18

201:25 221:11
**participant** 72:4
**participants**
153:8
**participants'**
154:2
**participating**
26:24
**participation**
118:7
**particle** 87:25
89:8 232:4
**particles** 83:10
86:13 88:24
140:2 232:14
**particular** 19:6
32:13 33:11
42:24 43:21
44:18 55:6
64:15,16 65:10
73:5 89:23
111:15 140:10
149:22 157:6
182:11 193:25
196:25 205:10
236:22 243:1
247:2
**particularly**
19:17 75:2
143:15 232:21
**particulate**
81:21 182:4,5
**particulates**
78:21 79:2,17
79:20,24 80:22
81:13,23 82:24
83:5 88:8
89:14,20,25
90:3,23,25
91:3,5,17 92:4
93:7 94:2
97:12 98:16
232:5
**parties** 75:13
**Partington**
146:2
**parts** 15:17

81:18 97:8
**party** 32:13
**path** 208:1
**pathogens** 113:1
113:4
**patient** 17:7,14
94:23 107:6,19
107:21 109:14
110:14 111:13
115:2,16 187:4
205:11,19
**patients** 70:6
150:20 162:21
185:23,24
204:5 205:13
231:17 244:3
247:8
**paucity** 120:25
**pay** 42:18
156:19
**pdf** 145:23
149:2
**pecking** 179:11
**peculiar** 42:7
**peer** 33:19 53:17
59:9
**peer-** 11:1
**peer-review**
58:23
**peer-reviewed**
10:13,21
**penalty** 214:13
**pending** 124:15
**penetrate** 187:4
**people** 35:15
39:22 44:12
45:11 49:11,13
50:8 57:3,6,21
57:24 90:11
91:16 92:3
114:7 133:4
153:19 182:6
**people's** 33:19
**percent** 36:25
40:3,6,25 41:2
150:22,23
151:15,16

169:2,16 171:6
171:6 185:25
198:21 247:10
247:10,11,11
**Perfect** 132:15
**perfluoroocta...**
42:1 46:1
**performed**
28:12 32:10
**period** 41:16
127:22,25
160:17 167:8
170:18 171:10
174:4 178:7
181:1 183:23
184:1 185:14
185:19 190:5
190:10 209:20
212:18,25
223:12 243:18
244:15,18
245:6,8
**periods** 244:24
**periphery** 64:23
**peritoneal**
173:15
**perjury** 214:14
**person** 43:17
61:3 64:1
**personally** 37:3
**pertinent** 75:5
**PFOA** 46:15
**phenomenon**
11:8
**Philadelphia**
122:3,21
**phone** 25:24
**phrase** 28:2 99:6
**pick** 27:24
**piece** 42:19
109:3 227:2,3
241:4
**pieces** 43:1
**PJI** 202:8
247:12
**place** 103:2
165:1 197:6

250:5
**placebo** 175:4
175:16,19,22
176:12,15,19
176:25
**places** 83:22
**plaintiff** 42:6,20
62:19 64:6,15
111:13
**plaintiffs** 2:2
86:7 97:5,10
**plaintiffs'** 41:18
41:20,22,23
**plaintiffs'-side**
41:24
**plausibility**
80:13,19
**play** 81:7 242:14
**please** 7:15 8:18
54:3 104:5
113:19,21
116:17 124:13
159:13 180:4
195:10 229:24
235:23 236:2
239:16,23
240:22 249:3
**plus** 168:6
183:24 184:2
**pneumoconiosis**
42:13 65:13,20
**po** 169:2
**point** 29:15
31:14 33:5
36:21 37:8
83:6 84:2
102:1 107:25
156:1 158:2
165:12,13,14
173:16 174:3
176:9 177:7,18
178:3 180:23
186:1 195:24
196:24 197:5
199:9 207:10
207:18 238:17
248:8

**pointed** 197:9
**pointing** 168:12
**polarized** 57:6
**polarizing** 55:7
57:19
**policies** 73:9
**politically** 50:11
**pollution** 48:10
48:10 50:11
**pool** 42:18
**pooled** 165:8,11
**poor** 49:12
**popcorn** 63:17
63:21 64:1
**population** 19:2
19:7 47:18
49:7
**populations**
18:24
**portion** 215:7
**portions** 22:3,3
**pose** 16:21
107:18
**posed** 231:4
**poses** 98:4
**posing** 110:21
**position** 33:21
51:4 214:25
**positive** 113:24
114:17 115:25
204:6
**possibility** 48:5
48:24 125:19
223:24 225:7
226:7 227:12
**possible** 10:18
29:19 59:14
97:12 106:4,24
114:23 118:16
118:18,24
119:1 211:2
**possibly** 10:24
**post** 154:10
190:9
**post-** 203:12
**post-hoc** 58:7
**posted** 51:6

postoperative
  141:25 144:13
postoperatively
  139:14 140:8
  145:5 155:15
  155:20,20
  158:21
postpone 240:15
pot 43:5,6
potential 134:4
  138:12 147:15
potentiality
  80:19
potentially 35:9
  35:12
potty 53:24
povidone-
  180:16
povidone-iodine
  4:13 169:14
  170:9,23 174:5
  206:16
Poviodine 169:7
poviodine-iodi...
  169:8 173:21
Poviodone 169:9
  169:10
poviodone-
  169:2
power 247:10
powered 230:11
  230:25
practice 18:16
  72:14 191:18
practices 48:6
  49:1 104:20
  105:16
preamble 226:1
predated 65:3
predecessor
  95:14
predicate 94:19
  94:23 95:9,14
predominantly
  41:19
preferable
  174:17

premarked
  236:9
premise 33:1
  192:17
preoperative
  4:20 190:19
preparation
  158:12,15
  167:4,8,16
  168:2 170:17
  171:9 173:19
  176:20 177:3,4
  177:16,23
  178:7 179:20
  181:1,14
  206:20
prepare 56:24
prepared 57:8
prepublication
  225:10
presence 16:6
  65:19 83:5
  98:3 107:18
  109:12
present 22:16
  76:20 210:20
presented 43:3
  211:20
presents 210:13
president 54:14
press 153:18
Presumably
  191:10
presume 196:20
  202:14
pretty 126:24
Preven 205:1
prevent 70:6
  101:24 102:8
  102:12 120:11
  134:14
preventable
  127:7
preventing 4:16
  120:1 186:15
Prevention 5:15
  5:16 90:17

101:19,21
102:3 117:2
205:1,2
previous 127:18
previously 34:10
  74:25 87:17
  104:16 105:6
  128:19 134:3
  149:7
primary 193:23
  242:25 243:8
  243:13 247:1
principally
  83:19
principle 19:8
  30:15 69:5
print 151:3
printed 145:23
prior 25:6 40:18
  104:22 106:21
  107:3,10 119:9
  121:22 122:24
  123:21 129:12
  244:9 248:5
priori 140:10,14
probability
  116:24 151:6
probably 11:1
  13:6 20:20
  21:8 25:24
  26:15 27:19
  28:16 35:2
  40:3 46:17
  67:11,16 73:18
  77:15 88:23
  106:15 134:22
  144:19 149:2
  160:18 167:10
  172:3 195:4
  205:15 206:22
  219:24 238:16
  238:17
probing 112:20
probity 35:17
problem 33:12
  50:9 57:25
  64:8 67:7

72:19 153:23
problematic
  14:13 17:12
  75:22,24
problematical
  17:10
problems 64:6
  211:11,18
procedure 17:5
  166:9 196:1
procedures
  27:10 200:7
  201:11
proceedings
  10:8
process 46:16
  51:11 58:23
  59:10 81:3
  88:22 125:25
  197:23 209:13
produced 24:3,9
  24:11,15 25:1
  25:11 29:8
  113:12
Products 1:6
professional
  19:23 41:10
  117:2 250:18
professor 7:8,9
  17:20,25 18:4
  20:4,14,19,23
  20:24 21:1,4
  21:24 22:3,10
  39:6 86:23
  105:1 142:7
  143:13 152:14
  160:14 185:15
  185:22 211:24
  228:3 236:15
  236:18,20
  237:12,17
proffered 86:6
progresses
  45:14
project 126:24
prolonged 244:1
proper 113:25

216:8 242:6
properly 210:20
  214:14 216:2
  242:5
prophylactic
  4:25 183:22
  184:8 187:11
  187:21 188:9
  191:19,21
  192:15 193:6
  193:23 212:25
  242:24 244:9
  246:25
prophylaxis
  133:19,22
  134:9 135:21
  138:8 139:19
  140:1,5,11
  141:3 143:8
  155:15,21
  160:3,22 243:7
  243:13,16
proportions
  198:20
proposed 33:7
  128:18 130:10
prostheses
  181:19
prosthesis-rel...
  181:20
prosthetic 84:25
  85:4 90:17
  139:4,20
  184:21,22
  187:23 194:14
  202:8 247:6,13
  247:17
Protection
  221:20
protective
  170:22
protocol 157:20
  158:5,10 167:8
  167:15 168:1
  173:19 194:25
  209:8,19
  210:16

protocols 73:3
171:19 173:4
177:16 201:11
201:13
prove 148:16
proven 62:24,25
proves 147:23
provide 9:15
72:22 210:8
216:25 243:23
provided 11:21
27:17 63:8
118:13 209:12
provides 164:23
171:11,22
pry 216:25
pub 177:14
public 73:1
250:19 251:24
public-relations
118:9
publication 10:3
32:2 38:2
52:10,11 54:12
58:4 118:12
119:10,19,22
121:7,10
122:10,24
123:1,14
125:25 237:7
239:1 240:4
publications
8:16 10:13
28:19 117:22
124:22 235:14
publish 53:18
publishable
78:3
published 8:21
36:8 38:14
52:4 54:18,21
56:15 70:23
73:20 77:15
79:23 117:8
120:2 121:10
125:16,21
131:22 142:17

154:4 177:14
180:25 208:20
209:1 213:22
publishing 55:5
pull 86:18 104:4
138:15 142:22
148:25 170:2
175:7 178:25
240:25 242:17
242:18
pulled 28:13,19
211:3
pulmonary
134:15
purely 103:14
purports 208:21
purpose 10:20
134:14 157:6
196:21
purposes 22:2
56:25 166:13
pursuant 1:19
25:3,4
pursue 128:20
130:2
put 37:10 57:18
126:9 147:13
168:22 169:11
169:11 185:2
242:15,16
putting 43:8
57:1

_____

**Q**

qualifications
216:8 242:7
qualified 75:21
214:15 216:2
242:5 250:3
quality 219:6
ques 100:9
question 8:13
10:23 12:9,23
13:11 14:6
15:13,25 16:14
16:21 22:1
29:3 30:7,8

31:3 35:22
36:13,14,18
42:12,14,15,17
42:21 44:2,8
45:16,17,18,24
46:5 51:3 53:4
53:20 58:13,16
59:6,20 60:20
62:12 63:2
64:9 67:1
68:11,12 70:21
73:13,17 74:9
74:17 75:7,17
75:25 77:8,24
78:2,8,25 80:2
80:17 81:16
82:23 84:10
85:7,24 86:15
87:21 88:2,12
89:5,17 91:23
92:11 95:2
96:21 97:7
98:1,14,20
99:3,18 100:1
100:3,5 101:3
101:5,15,16,16
101:18 103:3
103:13 105:19
106:6,18,19
108:7,19
109:16,20
110:16 114:19
115:10,18
116:5,12
120:14,22
121:4,19
122:16 123:3
123:19,20
124:15 126:7
127:16 129:8
130:15 131:21
132:2,8 133:3
134:21 135:8
135:17,18
138:10,23
139:9 140:13
140:18 141:19

146:15 147:2
148:7 149:16
149:23 150:10
150:14 151:9
151:25 152:3
153:24 154:1,8
156:3,17 157:7
157:8 160:9,25
162:24 167:23
167:24 174:24
183:5,14,15
185:17 186:17
186:20 187:15
187:25 190:7
199:25 202:4
202:17,22
204:13 206:6
207:5 211:10
214:17 215:14
215:20,24
219:23 220:12
223:9 224:11
225:5 226:1,19
227:17 228:6
228:12 229:1,8
229:15,20
231:4,14 233:8
233:14,23
235:18 237:2,3
238:7,15
241:10,11,18
241:18 242:1,6
245:20 246:4
248:23
questioned
233:25
questioning
215:19
questions 13:24
43:25 60:16,17
69:3 72:1,16
240:20 241:23
246:17 248:21
249:2
quick 195:8
200:15
quickly 205:21

quite 49:24,25
57:1,9 69:10
118:24 200:4
quote 50:9,15,21
51:19 68:15,18
68:22,25 143:1
168:5 181:25
190:19 213:4
215:23
quoted 50:5
188:5 215:2
229:21 247:22
quotes 37:9

_____

**R**

r 7:1 169:12
250:1 251:1
raise 67:3 202:4
raised 42:21
92:1 109:22
150:9
raises 33:13
223:23 227:12
227:23
raising 57:21
ran 71:23
random 70:23
73:21
randomised
4:23 243:22
247:7
randomization
176:1
randomized
179:8 181:24
190:21
rare 247:7
rate 143:3
144:13 151:7
151:14 167:20
185:24,25
188:6,16,18,19
189:1 231:16
244:23 247:9
rates 70:7
143:10 148:10
163:3,18 186:9

187:12 191:22
209:14 223:6
230:14 231:3
**ratio** 164:17
212:12,16
217:10,21
235:4,20
**raw** 197:22
**RCT** 179:11
182:12
**re-evaluated**
164:20
**re-evaluation**
164:22
**RE-RECROSS**
247:19
**RE-REDIRE...**
246:18
**reach** 112:2,13
**reached** 99:14
168:20 190:3
235:9
**reaching** 79:13
108:1 112:19
**read** 9:19 11:12
20:14,16 27:25
29:22,23 34:16
35:4 37:7
38:11 49:2
52:12 68:11
70:19 78:6
79:8,9 80:1
82:10 85:1,9
86:17 89:18,19
89:21 91:8,9
92:21 93:9
94:2 95:3
98:13,20 99:2
102:1,10
104:24 105:4
108:21 110:3
111:4,16
122:13 126:3
130:5 131:22
138:14,16
139:1,2 141:20
146:24 147:4,8

147:10,13
151:2 166:23
176:8,11
183:17,19
185:1 186:18
189:5 192:3,5
202:17,18,23
202:24 213:17
216:9 222:9,23
229:9,11
231:10 232:17
235:22,24
241:16,18,19
242:19,21
245:4,25 246:4
246:8,15,24
247:4,23 248:2
248:2 251:3
**reading** 103:24
115:14 146:19
214:21 220:24
241:17,23
**reads** 113:22
243:6,22
**real** 125:19
209:24
**really** 30:10
59:22 84:1
100:2 111:14
128:17 224:21
**realtime** 179:24
**reanalysis**
142:13
**reanalyzation**
142:8
**reanalyze**
141:10
**reanalyzing**
152:14
**reason** 35:3
61:11 75:23
112:25 156:13
160:23 194:2
225:20 226:4
226:14 228:21
229:15 230:20
232:15,23

236:19,22
237:11,14
243:10,15
244:4,7 251:6
**reasonable** 13:6
107:7 109:17
172:23 215:21
215:25 237:25
240:19 241:14
242:3
**reasonably**
197:3
**reasons** 47:25
187:5 192:7
201:17 208:12
**recall** 24:7 26:8
29:22,25 73:7
86:2 108:21
138:13 149:22
206:14,17
214:18,21
244:13,19,20
245:10
**receive** 29:20
**received** 29:14
185:23,25
**recess** 54:4
116:18 124:14
159:14 195:11
229:25 239:17
**recognition**
242:13
**recognize**
119:20 242:11
**recollection**
118:20
**recommendati...**
205:10
**recommending**
106:2,23
**reconstruct**
27:14 38:10
150:10
**record** 7:14
14:18 19:9
28:11 34:7
52:16 54:3

65:16 94:4
104:9 116:17
124:12,13
142:14 154:11
159:13 180:3,5
183:19 195:10
202:18,24
215:3 229:11
229:24 232:3
234:18 235:24
239:16 240:21
244:25 246:8
247:23 248:25
249:3
**records** 72:17
**RECROSS**
245:22
**REDIRECT**
240:23
**reduce** 167:20
169:1 186:19
191:16 203:12
**reduced** 70:25
73:23 167:19
169:14 178:1
202:10 244:11
**reduces** 70:7
78:11 158:20
**reducing** 158:19
187:12 191:21
**reduction** 5:11
175:3,16
178:18 247:9
**redundancy**
153:12
**Reed** 4:10 34:23
34:24 35:1,2
36:21 37:1,15
142:16,25
143:22 146:6,7
146:11 147:22
153:8 157:25
158:4 161:7,9
161:10,16
163:6,23
164:11 168:11
168:12 185:4

188:5,15,25
189:6,11,19
193:10 194:3
197:8,13 202:7
211:25 214:20
215:1,14,16
217:8,20
222:16,17,20
223:10 224:23
225:19 226:5
226:13 228:15
242:22 245:4
245:10,17,18
245:19
**Reed's** 168:5,21
168:23 196:20
197:9 214:23
224:14 228:20
231:23 243:11
244:5
**refer** 69:15
128:8 165:15
184:1 199:7
213:24 214:10
**reference** 23:15
23:19 69:13,15
69:20 73:24
77:4,21 94:15
119:10,11
124:25 131:1,4
131:8 163:12
169:25,25
173:23 175:12
191:2 199:9
203:5,7 207:15
207:23 208:8
214:8
**referenced**
155:4 228:9
**references** 24:1
70:11,20 73:23
125:2 191:1,7
**referencing** 32:4
32:16 145:20
161:25 180:19
195:19 226:17
**referred** 26:8

38:16 202:6
231:23
**referring** 12:7
37:22 143:21
160:14 161:16
164:7 179:24
183:7 184:5
195:23 197:16
213:25
**refers** 73:25
247:12
**reflected** 25:14
25:18
**reflects** 176:22
**refused** 120:20
121:2 129:23
130:1
**refusing** 123:16
123:23
**refute** 88:3
228:20 229:14
**regard** 161:23
**regarded** 33:15
71:14
**regarding** 50:8
72:2 154:4
157:1,10
179:19 194:9
**regardless**
204:10
**regards** 118:3,4
136:25
**regimen** 213:1,2
243:5 244:9
**region** 47:19
**register** 28:8
**Registered**
250:18
**regularly** 221:19
**regulatory**
40:20
**reiterated**
127:19
**reject** 55:15
56:11
**rejected** 55:23
56:15

**related** 10:8,13
10:21 11:13,16
17:22 25:25
27:9,11 29:20
54:15 106:15
113:6 123:13
169:15 182:3
185:14 190:4
246:15
**relates** 1:8 16:10
54:11,17 72:23
73:15 75:2
84:24 132:5
164:3 167:16
168:2 177:23
186:9 189:24
232:4
**relating** 29:12
60:23,24 161:9
**relationship**
12:22,23,24
133:5 140:10
148:21
**relevance**
174:14
**relevant** 30:8
40:15 99:3
110:23 150:14
**reliability** 77:14
**reliable** 78:10
**reliance** 10:25
22:3
**relied** 9:13 24:1
29:19 69:20
71:7,10,11
117:15,18
119:19,22
122:10 123:1
124:21 125:2
148:13 168:15
168:18 170:16
179:18 186:11
190:25 191:1,3
191:7 197:10
203:10 205:5
211:13 216:23
217:15 222:16

229:17 236:16
**relies** 238:20,21
**rely** 38:7 39:2
69:16 80:3
120:2 138:18
138:19 148:13
148:15 171:15
176:19 179:12
185:15 189:5,8
197:8 207:10
222:24 238:4
**relying** 20:24
39:6,10 74:21
118:1 147:11
168:10,14
188:25 223:15
**remain** 191:22
**remarked**
141:23
**remember** 11:17
21:6,8 26:15
44:10,20 46:7
46:10 59:1,15
72:1 118:14,23
131:9 132:1
143:4,15
146:17,19
150:14 186:5
187:19 205:12
205:16 213:11
231:24 245:9
245:16
**remembrance**
158:7
**Remind** 46:23
**remix** 142:8
160:6,13,24
**Remove** 114:11
**removed** 115:6
**render** 29:18
44:12 66:6
99:4 112:7
132:9
**rendered** 25:7
45:5,20 79:18
80:5 87:14
88:17 89:3,22

92:17,22
100:19 103:17
104:23 105:14
105:24 106:22
130:23 143:12
150:2 192:4,5
**rendering** 30:20
107:3 109:8
132:4,13
172:25
**renders** 199:22
**repeat** 123:20
155:17 166:6
**repeatedly**
75:18 100:6
229:17
**rephrase** 16:13
230:23
**replacement** 4:1
90:24 145:14
202:10
**replacements**
169:22 203:14
**replica** 210:21
**report** 3:3,12
8:4 9:3,12,25
20:14,16 21:2
21:5,15,21
22:4,4 23:11
23:17 24:17
25:8,18 26:7
26:13,19 36:11
37:10 45:6,8
61:6,9,16 66:7
66:10 67:4,15
69:24 70:4
71:8 76:7,8
80:6 82:2
83:16,25 86:3
92:14 93:1
96:9 107:3,13
112:20 116:21
119:11 131:13
131:15,25
133:14,17
141:11,24
142:1,3 143:17

147:9,19 152:2
152:10,25
155:4 165:12
166:21,23
167:1 168:17
175:13 181:14
183:22 194:9
199:23 208:16
208:20,20
214:24 216:23
217:8,18,19
218:10,12,21
221:13 223:17
224:5 229:18
232:2 239:3
**reported** 107:14
169:1 194:3
197:22 198:20
245:2
**reporter** 54:3
104:14 116:17
124:13,15
159:13 180:3
183:18,19
195:10 202:18
202:24 229:10
229:11,24
235:24 239:16
240:21 249:3
250:3,18
**reporting** 214:4
214:5 223:6
224:9,24
225:17,22
226:16 228:23
**reports** 27:9
45:8,12 46:2,3
46:3 86:6,9
99:3 116:3
125:22 141:7
**represent** 62:15
161:9 196:2,8
239:10
**representative**
87:20 232:12
232:25
**representative's**

233:2
**representatives**
41:9 86:11
114:15 121:6
122:1
**represented**
53:6,21
**representing**
148:3
**reputable** 105:7
**reputation**
127:2
**request** 11:23
26:2 95:12
**requested** 11:10
26:1
**require** 238:21
**required** 35:24
57:13 101:6,12
200:16
**requirements**
68:3
**requires** 68:1
111:7
**research** 19:3
128:20 129:5
129:24 130:1,3
130:8,10 214:2
**reservoirs**
106:14
**resolve** 112:10
**respect** 24:13
39:4 69:4
77:14 105:12
120:6 130:20
147:14 184:21
207:17 225:1
225:15,17
239:6 245:24
246:7
**respected** 56:20
**respirators** 42:9
**respond** 130:19
136:18 196:23
248:24
**responding**
67:14,22

128:17 157:6
**response** 26:6
247:15
**responsibility**
44:1
**responsible** 37:4
43:21
**responsive**
58:16 67:17
202:16
**rested** 129:20
**rests** 98:18
**result** 66:18
72:7 95:25
244:1
**resulted** 43:14
137:2
**resulting** 175:3
175:15 183:11
**results** 48:3,22
143:1 150:18
150:21 170:20
172:17 182:1
211:19 237:4
**retained** 26:14
26:17,24 42:10
42:22 72:21
217:24
**retentions** 43:14
**retract** 11:6
**retracted** 11:3
75:19
**retraction** 10:21
35:24
**retractions**
10:13
**retrospective**
77:6 224:19
**return** 3:24
145:13 162:22
165:9,10
**returned** 57:5
57:15 150:20
165:19
**review** 11:15
14:17 23:24
24:2 25:14

33:19 38:25
54:17,19,20
55:5,6 56:24
57:11 59:9
85:11,13 110:9
110:10 117:7
155:6 185:16
216:11 232:2,8
**reviewed** 9:24
10:2,3,6 11:2
11:24 23:18,21
23:25 24:16,25
25:9 27:8
28:20 51:24
53:15 57:4
75:23 107:9
117:14 118:17
144:18 149:21
207:6
**reviewers** 53:18
57:2,12,15,22
**Reviews** 8:21
**revised** 57:21
**revision** 57:13
57:14
**revisit** 223:21
**rewriting** 57:10
**rewrote** 121:18
**rheumatologic...**
64:3
**Richard** 250:2
250:17
**Rick** 113:21,22
**Ridgeview** 10:8
11:13,16 24:25
25:1 209:11
210:11
**right** 14:15
15:11 19:8
31:14 35:13
39:19 40:10
48:8,12 49:11
50:19 51:12
52:19 54:13
55:8 56:1 60:6
66:11 69:16
80:12 93:25

95:15 102:3,4
104:8 109:24
111:6,8 113:18
129:22 133:16
133:24 136:9
142:20,22
158:10,12
159:11 160:7
161:14,21
162:12 167:16
168:5,14 169:4
173:17 177:1
178:10,12,21
180:9,22 183:1
184:9 185:21
186:21 189:6,9
189:13 191:5
191:14 192:10
192:12 199:11
201:7 208:10
216:14 217:11
220:23 223:20
225:24 228:15
233:6 246:14
**right-hand**
48:20 203:25
**risk** 12:4 13:19
14:2,9,17 15:2
15:24 16:2,10
17:6,13 19:2,6
30:4 31:1,9
47:25 70:25
73:4,23 79:14
79:25 81:5,12
83:11 90:1
93:13,20
100:15,25
107:19,21
109:13,23
110:8,14
111:12 122:12
123:2 129:17
130:12,22
134:9 135:1,5
135:22,25
136:11,22
137:3,14,15

138:1 139:7,13
140:11 141:3
144:3,25
147:17 151:23
155:16,21
156:7,19
158:23 167:15
168:1 171:23
172:2,21
177:16 181:2
182:2,9 183:3
184:13 185:9
187:22 192:9
194:14 203:12
208:21 211:7
211:15,21
212:2 213:14
216:14 233:11
234:13 235:4
235:11
**risks** 16:23
47:18 144:22
146:13
**rivar** 156:6
**rivaroxaban** 4:2
4:8 144:14,15
144:22 145:15
145:17 148:5
155:2
**robust** 168:7
224:8 225:16
225:21
**Rock** 119:14
**role** 51:25 54:12
**Roman** 70:4
**Ronald** 2:10
**room** 16:7 27:10
101:23 102:7
105:17 106:4
106:24 179:7
181:10 182:7
188:16 200:7
**Rothman** 66:16
66:19,21
**Rothman's**
66:17
**rough** 10:15

routinely 27:21
Rubber 15:11
    15:23,25 16:1
    16:5,8,15,24
    17:3
rule 48:4,24
running 212:2
rural 47:22

_____

S

S 7:1 204:1,6
safety 3:16
    51:22 94:9,22
    95:7,18,22
    101:20 129:1,6
    130:6,8,11,16
    130:20
sale 34:1
Samet 10:25
    26:8,13,18
    66:18 67:17
    70:4 156:14,15
Samet's 26:7
    66:10,23 67:14
sampling 125:20
    127:8
sandbag 162:3
SARs 73:10
sat 90:21
satisfy 54:25
    55:10 108:1
save 166:22
    196:3
saw 91:12
    198:15 200:14
    201:12 217:12
    235:13
saying 17:11
    18:3 40:8 50:5
    72:17 90:20
    95:12 100:20
    100:21 108:16
    127:7 160:10
    165:14 167:14
    167:24 168:19
    178:12 192:13
    217:7 229:7

says 36:24 57:13
    77:5,12 93:25
    95:7 101:19,21
    114:10 119:24
    126:23 127:6
    128:11,13
    130:2 151:14
    162:20 163:20
    165:25 170:21
    171:2 173:7
    179:15 191:16
    193:21 204:1
    206:4 210:21
    230:9,17
scenario 15:17
    116:25
School 59:3
science 58:23
    125:7
scientific 27:9
    27:12 32:13,15
    53:14,22 56:23
    59:10 68:6,20
    69:2,8,9 78:9
    111:3 220:25
    221:4,5 227:15
    236:20 238:1
    240:10,12
scientifically
    50:11 239:1
scientist 33:21
    34:3 56:20
Scott 114:5
    125:22 128:10
    128:10,13
Scott's 125:17
scrap 114:10
screening 5:10
    175:2,14
    176:24 194:10
    194:13,16
    195:21 196:14
    196:22 197:8
    197:14,19,25
    199:22 202:9
    204:10,17
    231:16

screens 179:24
    204:7
screwed 180:1
se 79:21 84:22
search 27:24
    28:1 185:3
searched 28:2
searches 27:22
    28:11
searching 118:5
    118:22 180:8
second 28:17
    56:4 68:12
    81:19 113:13
    142:23 144:23
    188:4 193:20
    207:14 227:3
    241:18 242:20
    248:13
Second-to-last
    240:10
second-to-the-...
    48:18
Secondly 97:10
Secretary 65:22
section 46:14
    67:4 95:21
    102:21 167:4
    170:20 178:22
    181:14 206:5
see 11:7 21:4
    24:1 35:18
    38:21 42:20
    56:6 61:15,17
    74:12 76:5,18
    83:25 86:3
    88:5,6 90:14
    90:17,19 91:7
    95:4,7,8,17,21
    96:1 100:13
    101:19,25
    102:5 103:5,7
    103:8 104:25
    109:21 113:15
    114:13 117:3
    117:12 119:24
    120:3,4 126:2

126:21,22
127:4,10,11
128:14,15,22
129:2 141:15
142:2 143:11
145:15,25
146:3,5 150:25
151:4,5,9,11
151:17 162:14
162:20 163:21
163:22 170:10
170:25 171:4
172:17 174:1
175:4,24 177:1
179:8,15
181:10 182:9
182:10 190:21
191:25 192:1
193:8,10,25
196:6,7,20
198:10,22,24
199:4,9,18,19
204:7 205:24
206:7 208:3,6
213:2,6,10
216:3,6,9
218:1 221:21
223:25 224:5
230:14,18
231:19 235:8
235:25 237:1,9
237:10 238:1
240:16 241:15
243:3 246:12
seeing 149:3,10
    151:3
seeking 94:18
seen 14:25 15:3
    16:17 17:8
    31:5,11,23
    56:21 75:18
    76:22 78:23,24
    91:14 92:13
    93:24 94:1,15
    96:4 104:21,22
    105:4 112:5
    127:12 137:24

140:17 157:25
183:1 187:10
187:16 198:12
198:14 224:12
224:14,15
225:9 226:21
237:16
selected 25:19
    209:25
selectickly
    209:21
selectively
    209:21
self-evident 32:3
seller 42:10
selling 91:16
    92:3
seminar 59:8
seminars 58:18
sen 167:17
send 28:5
sending 103:10
sends 57:11
senior 118:8
    163:11
sense 42:15
    112:18 160:7
    165:6,6 210:12
    219:5
sensibility
    153:16
sensitive 91:1
    194:17
sent 3:10 25:15
    25:19,21 26:1
    26:11 53:17
    57:1,2,14,15
    57:16,22,22
    121:9
sentence 48:22
    49:2 56:3 69:6
    69:11 94:22
    95:6 169:24
    178:17 247:4
separate 127:12
    127:13 130:17
    136:18 164:10

166:19
separated 72:13
September 3:10
  54:16 199:10
  199:14 225:12
  227:1,6
sequence 36:20
serial 113:23
series 26:8 28:1
  113:11 114:2
  124:8,17 188:1
  225:11
serve 41:7
Services 104:19
Sess 124:10
SESSION 160:1
Sessler 73:25
  74:4,9 77:12
  78:17 124:9,10
  124:18,19
  125:1,6,14
  126:4,11,19
  127:13,23
set 24:16 25:8
  38:8 59:22
  133:13 138:21
  141:10 142:8
  154:18 165:9
  189:12 208:2
  208:12
sets 38:16
setting 14:23
  22:1 32:2
settle 44:12
seven 60:16
  76:25 128:1
Seventeen
  162:19
Seventh 2:7
shared 53:2
shedding 91:4
shoes 153:21
short 160:18
shorter 141:24
shorthand 250:3
  250:4,7
show 39:6 56:1

98:6 117:21
187:6,9 208:21
211:14,20
showed 146:8
150:21 177:2
212:14 248:5
showing 129:16
152:6 178:20
186:13
shown 116:13
188:9 191:16
203:12 244:2
shows 39:6
168:7 209:13
230:11,25
232:13 233:22
side 23:9 36:23
41:20,22,24
44:21,25 48:20
65:23 203:25
206:1 217:10
248:19
sides 192:10,14
Signed 251:20
signif 12:24
significance
217:24
significant 9:16
12:7,8,13,25
13:24 64:2
148:9 151:12
151:19 164:20
164:21 165:2
211:22 217:2,3
227:5,8,9
230:13 231:15
233:11 235:4
239:8 244:22
245:3
significantly
109:22 148:20
148:21 170:22
188:17 203:12
212:12,13,15
230:13 231:2
231:16
silica 42:14 43:3

43:4 65:13,18
65:19
similar 47:25
207:1 208:9
simple 59:6
60:20
simply 33:3
60:15 111:22
single 41:22
43:14 44:4,16
45:19 87:3,24
232:13 243:23
sir 9:7 34:9
39:14 47:3
54:9 61:22
69:23 76:15
90:9 94:8
96:19 103:18
104:11,16
112:2 113:10
116:20 119:6
124:7,16
126:17 143:17
154:16,23
156:5 170:7
193:4 195:15
198:7 203:4
222:13,25
225:2 230:4
233:6 236:13
237:21 239:21
241:6,9
sit 33:18 44:15
44:23 45:18
57:11 177:12
177:13 180:24
228:19
site 4:6,17 5:7
5:12,16 78:22
79:2,17,25
80:23 81:14,23
82:25 83:10
86:13 88:9
89:25 92:5
101:24 102:9
102:13 103:2
117:2 134:24

140:2 157:17
181:20 182:2,5
182:8,21 198:9
205:2 232:6
sites 83:24
181:18
sitting 15:11,23
16:8 76:19
180:12,14
181:6 197:5
situation 42:8
128:19
situations 11:5
six 132:20
skin 158:12,14
158:19,22
159:7 167:4,7
167:15,16,25
168:2 170:17
171:9 172:4,8
173:18 174:18
176:20 177:3,4
177:23 178:6,7
179:19 181:1
206:20
skin- 177:15
181:13
skipped 191:4
slightly 174:19
217:11,21,23
slime 186:22
slow 23:5
small 30:18,19
38:24
smoking 65:3
soap 176:12
social 48:6,10,15
48:25 49:10
societies 41:10
solid 47:17
somebody 26:22
42:16 57:11
64:22 146:23
146:24 232:18
237:18
soon 53:25
Soria 128:11

sorry 8:13 14:19
21:6,18 23:5
40:8 50:4 55:3
56:2 86:2
132:7 135:3
143:4 150:8
151:2 153:25
155:17 156:12
166:21 171:25
176:9 210:17
216:4 218:23
219:16 220:11
233:17 236:9
239:23 245:12
245:16
sort 26:9 27:20
125:20 192:14
sorting 138:19
sorts 39:9
sounds 19:8
39:19 42:6
46:17 50:13,19
50:23 56:1
153:12
source 33:15,15
Sources 221:14
South 2:4,7
speak 53:10
83:21,23 249:1
speaking 16:20
26:10,24 60:17
202:11 247:24
speaks 104:1
special 205:18
specific 10:12
18:9 43:12
44:20 60:23,25
92:20 157:4
197:6 201:1
205:14 246:7
specifically
26:16,21 29:25
30:1 36:11
52:8,25 61:14
67:5 83:18
103:4,22
105:25 109:10

118:15 130:24
141:4,6 147:11
147:21 149:17
168:15 181:5
205:16 214:22
222:6,10,14
231:24,25
243:5 245:16
246:9,11
247:16
**spectrum** 54:25
55:10
**speculating**
200:22,23
**spell** 7:14
**spelling** 21:19
**spend** 40:1
**spent** 45:25 57:1
57:9
**spills** 124:11
**spoke** 59:9 66:9
85:22 127:18
**spoken** 26:23
85:21 105:3
**spread** 73:4
172:11
**squames** 91:3
**square** 165:20
**SS** 225:16
**SSI** 5:4 9:17
70:7 71:1
73:23 82:14,16
83:25 110:19
169:1 175:3,16
195:17 208:21
212:18 213:15
217:2 222:18
224:3 225:16
**SSI.'** 221:21
**SSIs** 12:4 83:15
117:11 141:5
198:20 204:2
244:2 246:1,9
246:15
**staff** 32:11 91:4
118:8
**stand** 162:7,16

233:5,25
234:11 237:4
**standard** 230:11
231:1
**standards** 77:8
77:9,10,13
78:9
**standpoint**
72:17
**Staphylococcus**
4:18 5:9
**start** 68:16
148:24 163:12
225:2,11,13,15
236:12
**started** 178:4
224:16 225:20
226:15 227:6
228:21 229:3
**starting** 48:20
77:23,23 87:19
133:18 150:19
162:14 192:17
193:21 221:13
226:23 227:2,5
**starts** 90:20
172:8 241:20
**state** 101:11
165:7 174:25
234:7
**stated** 98:9,24
174:15 182:19
201:17 238:4
**statement** 10:24
12:14 14:12,20
26:6,13 53:1
71:12 105:22
111:4 120:4
143:4 167:18
174:16 175:13
177:25 180:18
183:10,20
188:15 189:1,3
189:4,7 197:9
210:9 213:25
217:12 220:11
222:17 223:11

229:14 231:23
240:18 246:7
246:22,23
248:2
**statements**
38:12 66:4
153:10 185:4
194:3 197:8
210:11 214:25
223:16 244:5
245:25
**states** 1:1 13:2
**stating** 98:7,22
**statistical** 177:2
227:4 244:14
**statistically** 12:7
148:19 151:12
151:19 164:20
164:21 165:2
211:22 227:8,9
230:13 231:2
231:15 244:22
**statistician**
19:25 20:2,12
**statisticians**
20:8
**statistics** 20:1,10
20:19 39:8
69:2,13,20
228:2
**Stefan** 128:16
**Stender** 119:14
**stenographic**
19:9 34:7
65:16 94:4
104:9 142:14
154:11 215:3
250:4
**step** 17:21 40:11
119:25 179:12
**stepping** 234:19
**sterile** 87:25
88:9
**Stevens** 90:11
90:12 128:10
**stipulate** 196:11
**stir** 49:24,25

**Stirewalt** 86:19
104:5 149:1
179:1 235:22
250:2,17
**stochastic** 15:15
**Stocks** 79:23
80:4 89:13
214:8
**stop** 54:1 159:12
**stopped** 179:24
**stored** 153:21
**straight-up**
202:22
**straightforward**
84:17
**strategy** 126:1
**Street** 2:4,7
**strength** 220:16
**Streptococcus**
194:18
**strictly** 63:7
**strike** 49:5
68:16 71:5
100:10 110:25
113:6 146:9
174:11 202:15
226:1
**string** 3:19,20
3:21,22,23
**strings** 28:1
**strong** 243:23
**struck** 38:12
**structure** 106:11
**studied** 147:5
**studies** 14:13
17:9,12 27:19
31:7,13,16,17
32:22 33:7
59:25 66:12
74:22 77:14
82:15 87:24
88:3 91:6,20
99:23 108:9
110:19 118:1
120:11,20
123:17,23
126:5,12

179:13 191:25
192:10,14
203:23,24
204:1,3 207:6
232:4 237:5
244:2
**study** 9:14 11:1
18:23 19:4
32:12,17 33:11
35:8 46:21
47:8,13 51:1
52:23 54:18,19
73:14 74:14,15
75:2 77:3,6,21
77:22,25 78:1
87:23,24
125:20,24
127:8,14,23
128:18 136:24
138:6 142:17
143:1,7 145:19
146:8,12
147:23,23
148:4,6,11
149:4,9,10,12
150:18 153:2,8
153:9 154:3,10
155:1 160:17
161:9,10,17,17
161:25 162:4,6
162:17,21,25
163:15,25
164:3,9,16,23
165:14,23,24
167:8 168:7
171:8,15
175:20 176:19
176:20 177:4
177:14 178:20
179:5,12
180:25 181:13
181:24 190:12
193:5 197:16
208:17,21
210:22 211:5
212:25 213:13
213:21,24

216:25 217:6
218:9 221:14
223:25 226:11
226:24 227:15
232:13 233:5,6
233:10 237:18
238:5 245:24
245:25 247:8
**studying** 80:11
**stuff** 220:24
  224:15
**Stults** 63:16
**subject** 62:10
  64:19,21 65:5
  90:14 92:20
  113:22 128:25
  130:5 225:13
**subjective** 212:8
**subjectiveness**
  219:6
**subjects** 153:3
**submissions**
  33:20
**submitted** 96:3
**subpoena** 25:3
**subsequent**
  13:21 95:13
  106:10
**subsequently**
  53:11
**substantial**
  81:22 82:24
  211:6,14 212:3
  212:7 239:10
**suffering** 49:13
**sufficient** 14:14
  43:4 54:25
  55:10 57:18
  66:8 67:3,8
  70:5 82:17
  90:4 99:11
  110:6 112:12
**sugg** 139:12
**suggest** 31:23
  32:22 33:11
  35:8 47:12
  55:15 78:23,24

116:14 142:3
156:13 203:10
216:12 225:10
225:19 237:14
237:17 243:25
**suggested** 20:3
  21:24 37:11
  43:22 52:10
  105:16 141:9
  141:21,22
  173:24 191:23
  226:23 235:20
**suggesting** 36:4
  36:15 120:19
  167:21 205:17
  213:8
**suggestion** 70:17
**suggestions**
  21:15 33:13
**suggests** 173:2
  177:15 180:25
  226:7 229:6
  231:15 242:10
  247:16
**Suite** 2:4,7
**sum** 23:20 24:15
**summary** 3:16
  94:9 95:18
  206:5 237:22
  237:24 238:13
**superfer** 204:4
**superficial**
  149:19 151:8
  155:8 156:10
  156:21 157:1
  157:10,16,21
  170:23 189:20
  204:4
**supplement**
  206:6,9,12
**support** 13:24
  91:6,21 166:2
  204:16 222:17
**supported**
  191:24
**supportive**
  38:12

**supports** 78:10
  164:19 171:8
  175:13
**sure** 12:1 22:12
  26:20 36:25
  38:3 44:9
  46:24 53:10
  56:7 82:7
  85:20 97:10
  102:2 106:20
  123:21 130:3,7
  131:24 140:14
  141:22 150:13
  155:18 157:9
  157:13,14
  161:13,18
  164:6 183:16
  184:3 186:25
  188:7 190:1
  192:5 193:17
  195:5 196:6
  200:4 211:1
  213:23 233:9
  234:5
**surgeon** 35:1
  168:5
**surgeries** 109:25
  146:13 147:18
  187:12 201:19
  209:14
**surgery** 4:23
  5:11 17:15
  19:22,23 83:21
  90:24 138:1
  145:13 147:24
  162:23 165:19
  166:7,14
  173:11 190:9
  190:21 191:20
  191:22 192:16
  200:4 243:9,14
**surgical** 4:6 5:6
  5:12,16 17:5
  27:9,10 70:6
  78:22 79:2,17
  79:25 80:23
  81:14,23 82:25

83:4,10,24
84:16 85:25
86:13 88:9
89:25 92:5
95:24 101:24
102:8,13 103:2
106:17 108:13
117:2 134:2
140:2 149:13
181:20 191:17
198:9,21
203:13 205:2
207:16 232:6
**surgical-** 4:16
  157:16
**surgical-site**
  4:14 83:15
  93:3,17 157:21
  170:10
**surgical-wound**
  166:6
**surprised**
  142:19
**surveillance** 5:4
  5:6 195:17
  198:9 224:8
  228:23 229:4
**survey** 204:25
**suspect** 237:11
**sustain** 82:17
**swim** 172:7,14
**swims** 172:9
**switch** 137:4,6
**switching** 227:7
**switchover**
  244:10
**sworn** 7:2,4
  228:20 251:20
**symptoms** 61:4
**syndrome** 51:20
**system** 94:24
  134:16 201:1
  243:12
**systematic** 117:7
  221:14 232:8
  243:7
**systemic** 243:7

243:12
**systems** 117:10

---

**T**

**T** 250:1,1 251:1
  251:1
**table** 15:23 16:8
  107:6 124:11
  165:3,15 196:7
  207:24
**tabulated** 9:13
  216:24
**tabulation** 38:16
**taints** 47:14
**take** 12:12 15:8
  19:4 23:11,18
  23:19 30:23
  33:4 48:17
  53:24 61:6
  66:23 69:18
  71:3 76:24
  87:16 88:15
  92:24 93:12
  95:6 107:17
  113:20 116:15
  119:12 125:12
  131:11 141:13
  150:16 151:21
  152:4 161:11
  169:12 170:20
  176:8 180:7
  181:22 184:7
  187:5 191:14
  192:3 193:13
  194:12 195:8
  200:17 205:23
  209:3 215:18
  216:19 220:3,6
  220:15 223:14
  229:23 230:6
**taken** 1:19 20:1
  23:9 38:2 54:4
  62:3,5 74:4
  76:2 105:2
  108:3 116:18
  124:14 131:6
  139:24 159:14

173:16 195:11
229:25 232:21
239:17
**takes** 187:9
**talc** 62:13,22
63:1,9
**talk** 15:5 58:22
59:1 61:7 66:7
70:4 83:15
130:1 152:23
167:3 221:17
**talked** 87:10
158:9 181:11
192:11 221:2
234:24
**talking** 16:14
54:11 77:3
84:14 91:2
102:22 138:2
156:1 162:4,5
184:23 189:20
218:24 220:9
222:1 225:16
**talks** 95:18
103:5
**tape** 101:23
102:7,12 103:2
**teaching** 40:2
**teargas** 60:23
61:4
**teicoplanin**
183:24 184:2
185:7 188:19
243:21,24
244:6,11
248:20
**tell** 36:19 75:10
86:1 122:4
164:14 180:22
181:4 202:13
205:21 218:8
**telling** 76:9
111:16
**tempered**
242:12
**Teri** 119:13
**term** 12:16,19

83:23 84:24
140:15 173:16
212:15
**terms** 21:14 39:8
46:6 65:8 69:5
71:4 179:11
188:10
**test** 144:20
218:16
**tested** 114:17
**testified** 7:5
21:23 37:15,25
40:22 41:23
45:3,4 61:10
62:23 63:16
74:25 86:11
105:7 134:3
138:11 142:25
146:7,11
211:25 214:13
222:20 234:11
245:10
**testimony** 11:13
11:15 24:7,8
31:3 37:22
60:17 61:24
62:11 63:14,23
63:24 64:19
65:6 74:17
78:13 161:23
162:14 163:13
168:5,23
182:23 196:20
214:17 228:20
232:12,24
241:4 244:14
245:4
**testing** 115:24
120:2,6 121:2
**THA** 243:13
**thank** 23:10
45:14 54:7
82:10 86:21
90:7 95:10
119:4 124:5
145:9 154:14
162:12 170:5

179:3 193:18
199:7 203:9
204:22 212:5
229:22 236:2
242:15 247:18
**Thanks** 191:4
**theater** 165:9
**theatre** 3:24
150:20
**theoretical** 81:6
81:9
**theory** 50:10
**therefrom**
183:12
**thick** 38:19
**thing** 27:20 92:6
143:14 164:24
180:16 186:11
221:6 238:9
**things** 17:22
21:22 24:14
27:24 33:16
35:7 38:11
39:9 45:10
74:21 113:16
133:5 136:17
153:22 173:14
189:11 203:10
211:24
**think** 9:1 12:6
12:12 15:14
16:1 18:19,23
19:10 20:5
22:19 24:18
25:12,15 26:1
26:10 27:5
28:21 30:2,13
32:12,21 33:1
35:1 36:1 38:5
39:21 40:21
41:6,11 43:18
43:22,24 44:15
45:7,13 47:20
47:20 48:14,18
50:1,17 52:21
53:5,13,20
57:6 58:15,20

58:22 59:10,12
60:9,13,20
61:8,13,14
62:5,8 66:9,21
67:11,23 69:7
71:3 73:17
74:5,20,25
75:22 77:24
79:12 80:20
82:1,7,20
83:22 84:11,13
85:22,24 86:4
86:16 87:9,15
88:16 89:1,7
90:2 91:15
92:2,24 95:5
97:18 98:2,12
99:20 100:5,17
101:6,7,18
104:24 105:6,7
107:2,17 111:1
112:11 113:3
114:15,21,25
115:5,14 116:1
116:6,13
117:25 118:8
120:5 125:11
130:16 131:4
133:4,6,25
135:19 136:20
136:22 137:23
141:13,20
142:12,20
143:18 144:25
145:24 146:18
147:20 148:4
148:10,11,16
149:2 152:11
153:3,22
155:10,11
156:25 157:9
158:14,24
160:16 163:19
164:6,16
167:12 168:3
171:11 172:6
172:11,13,23

173:12 174:10
174:20 176:18
176:22 177:10
177:24 178:14
181:10 183:7
183:10 184:6
187:1,8,8
188:8 192:12
192:24 195:1
196:18 200:3
201:13,18,24
202:4 203:5,6
204:14 209:5,6
210:6 212:8,13
212:14 214:11
214:20 218:2
219:4 220:20
221:5 224:16
225:13 226:22
226:25 227:1,4
227:13 228:1
231:23 232:17
233:15 234:3
235:5 239:15
240:19 241:21
242:9,18 245:9
246:16
**thinking** 83:2,20
119:24 201:15
202:5
**thins** 136:9
**third** 132:24
145:25 150:17
150:19 203:17
203:20
**Thirty** 41:2
**thought** 30:8,15
37:23 38:10
53:16 72:18
75:16 76:8
88:20 93:2
110:3 118:2
123:4 129:14
131:22 138:12
141:12 157:25
166:5 174:22
188:4,20 189:7

197:4 198:2
203:20 211:25
215:13,16
216:19 221:8,9
231:22 232:7
**thoughts** 115:20
218:11
**three** 69:24
73:24 77:4
85:19 125:1
191:15 200:20
202:13 217:7
**three-month**
209:20
**threw** 115:6,8
**thromboprop...**
139:3
**thromboprop...**
208:3 213:2
244:17 245:7
**thromboses**
134:15
**thrombosis**
135:1
**thrombotic**
133:22 137:1,7
**time** 25:7 26:17
28:4,4 33:14
34:1 38:11
39:24,25 40:6
41:16,18 44:4
46:1 50:22
53:3 56:22
57:9 59:11
72:3,14 73:7
73:10 78:1
91:10 98:13
101:7 104:23
105:5,13,22,23
106:12,22
119:10 123:21
125:5,10,17
127:1,13,22
130:22 131:24
154:9 168:22
174:3 176:8,10
177:11 196:3

197:16 200:17
208:25 213:21
223:12 228:22
229:5,6 240:16
244:15 248:5
248:14 250:5
**timeframe** 119:8
**times** 10:25
37:17 40:22
61:9 217:8
229:21
**tinza** 145:2
**tinzap** 145:2
**tion** 4:9
**tissue** 155:8
172:15,20
**tissues** 84:16
172:7
**title** 46:23
142:21
**TKA** 243:13
**today** 9:22,23
44:15 45:18
50:24 62:2,4
78:3,14 87:22
91:9 92:9
100:13 112:4
125:9 177:13
178:11 180:24
**today's** 77:8,9
77:13 78:9
**told** 27:18 52:7
52:25 74:13
101:10 112:22
129:20 139:10
200:5
**tonight** 206:23
**top** 77:5 78:7
109:6 119:12
126:22 128:9
142:20 186:5
203:19 216:6
**topic** 128:21
129:24,25
130:3,4
**topical** 195:22
196:15,25

203:11
**tort** 58:18 59:8
**total** 3:25 23:21
24:15 145:13
165:16 243:8,8
**totally** 164:23
**toxic** 51:13,19
58:18 59:8
**toxicology** 8:22
17:22
**toxin** 43:9,15
44:5,18 45:21
71:22
**toxins** 71:18
**trace** 109:2
**traced** 108:12
**track** 102:2
**traction** 56:16
**trade** 62:20
64:18,23 65:3
**training** 19:24
**transcript** 4:10
241:8 250:6
251:3
**transcription**
250:7 251:5
**transcripts**
25:10,17 29:7
234:9
**trauma** 71:23
**treated** 19:19
**treatment**
174:18 176:13
244:1
**Trends** 198:19
**trial** 4:24 45:6
61:24 179:8
181:25 190:21
**trials** 70:24
73:21 243:22
**tried** 32:20
207:22
**trinzaparin**
133:23 144:4
144:25 145:3,4
156:7,18 207:2
207:7,13 208:4

208:9
**troubled** 31:7,12
**true** 115:9 124:1
250:6 251:4
**truncated** 9:13
216:23
**trust** 34:25
221:19 222:12
222:21
**try** 36:14 84:2
98:13 151:2
153:18
**trying** 10:19
27:14 30:3
38:20 100:2
112:15,18
120:11 136:7
156:5 161:19
161:22 162:3
176:3 210:25
**turbulence**
92:16
**turn** 55:16 56:12
65:18 82:2
181:7 183:21
241:7
**turned** 55:23
**twice** 127:25
**two** 14:5,13,22
15:14 17:9
23:12 31:6,12
31:16,24 32:22
33:7 39:1
41:12,17 44:16
65:9 70:23
73:11,21 74:22
75:17 81:18
97:8 99:22
125:23 127:12
130:16 134:23
136:24 164:10
171:19 173:3
176:22 177:15
184:16 186:10
191:15 209:17
210:2 213:1
230:6 244:23

245:15,17
**two-month**
209:20
**type** 35:19
128:18 131:18
201:25 205:10
207:11,20
**types** 41:25
150:5 201:22
222:10

---
**U**
---

**U.K** 223:4
**Uh-huh** 138:25
219:22 226:9
**ultimately** 39:10
135:9 202:6
226:12
**umbrella** 40:1
**un** 142:15
**un-opposed**
125:23
**unable** 34:20
165:8
**unaware** 125:8
**unclear** 24:24
130:19 187:13
191:22 192:16
**under-ascerta...**
148:11
**undercounted**
142:1
**undercut** 32:14
52:22,22
**undercuts** 32:13
53:14,21 76:6
206:20
**undergoing**
17:14
**underlying** 64:2
**underneath**
101:20 165:17
206:1
**underreporting**
222:22 223:3
223:11
**understand**

12:15 16:19
26:10,12 30:5
30:14 31:21
36:20 39:1
69:10 80:10,18
80:21 81:4,6
83:13 84:5
89:12 91:25
96:15,22 97:1
97:4,11 102:16
106:14 108:8
122:14 128:17
129:22 134:12
136:5 139:10
142:16 144:24
145:2 149:12
153:10 156:2,5
157:18 165:13
165:23 173:9
174:24 176:10
176:25 183:23
184:4 185:18
185:22 197:21
205:9 213:20
214:1 224:17
233:4
**understanding**
31:15 32:8
51:16 75:21
79:19 84:12,23
85:5,13 94:12
106:8 132:10
132:20 137:19
140:7 144:5,12
153:17 158:4
176:3,17
194:24 195:20
234:21,25
**understood** 25:5
30:15 53:10
56:22 75:15
80:24 87:7
93:10 141:8
154:2 205:20
221:25
**undertake** 11:9
75:11 85:10

**undertaken**
73:14 195:21
**undertaking**
75:1 140:16
219:3
**underwent**
204:6
**unfortunately**
35:16 213:4
246:20
**unfortunately'**
212:24
**unhappy** 47:15
126:24
**uniform** 90:24
**unimportant**
33:5
**uninjured** 43:23
**unions** 41:10
**unit** 94:24
108:13 109:13
113:23 114:10
137:3 202:10
**UNITED** 1:1
**units** 181:18
184:16,17
**univariate**
148:19 219:18
220:2
**universally**
197:3
**University** 228:2
**unquote** 51:19
**unsurprising**
247:6
**unusual** 16:5
**updated** 11:24
**upper** 198:21
**upset** 240:13
**uptick** 197:25
199:18
**URGENT**
126:21
**urging** 126:4,11
127:13,23
128:2
**usable** 165:14

**use** 12:3,18,19
13:8,13 14:1,8
15:1,9,21 16:5
16:6 17:4,12
30:3 31:20
33:8 56:10,10
63:1,9 67:2,19
70:24 73:21
78:20 79:1,14
79:16 80:8
86:12 93:7,17
97:3 98:9,24
100:16 101:23
102:7 107:23
109:22 110:7
117:9 129:21
133:25 134:18
135:13,25
136:8,23
137:24 139:3,6
139:18,25
140:10 142:18
143:7 144:2,25
147:5 167:18
168:25 174:20
177:25 193:23
201:15 208:8
208:22 211:7
211:17 212:9
218:19 231:16
232:4,15
233:12 235:10
242:24 243:6
243:12,23
246:25
**useful** 52:16
164:25 174:23
219:4

_____
## V
**v** 62:8
**vague** 130:9
**valid** 82:13
110:17 211:5
233:10 238:5,8
239:2
**validity** 13:25

32:13,15 52:22
182:12 206:21
234:1,5
**value** 186:14
191:18
**Van** 86:24 87:1
114:4,4 232:12
232:24
**variable** 132:24
**variants** 174:8
**variety** 40:23
47:24 48:2
153:21 201:14
**various** 58:18
115:25
**vascular** 137:20
169:15
**vein** 134:15
135:1
**ventilation**
29:17
**veracity** 39:4
53:7,14,22
234:1,4
**verbal** 46:2
**verbatim** 250:3
**versus** 4:13 40:2
40:7 42:23
63:16 65:22
149:14,19
151:7 165:10
170:9 180:20
184:18 185:14
189:20 196:25
204:4 206:16
218:16 246:13
**very-** 31:21
**vetting** 40:17
**videotape** 1:20
**Videotechnician**
2:10
**view** 17:4 45:12
96:8 138:7
165:22 199:21
201:4 206:19
219:1,9
**viewpoints**

59:23
**views** 55:2,12
174:17 209:4
**violation** 56:5,9
**virtually** 171:16
**vis-a-vis** 131:18
132:6
**vitae** 3:5
**voice** 55:2,11
**VOLUME** 1:14
**vote** 35:24
**vulgar** 33:24

_____
## W
**wait** 21:18,18
218:22
**Waite** 128:10
**Waiting** 125:25
**Wansbeck**
202:12 224:9
**want** 7:18 8:17
15:17 56:7,11
58:14 75:11
120:6 132:11
143:11 147:12
176:6 179:25
180:2 210:6
234:8 241:7
242:17 246:5
248:1
**wanted** 60:11
121:13 122:10
122:25 123:4
123:11 154:18
**wants** 172:9
**warding** 186:14
**warm** 205:13
**warmed** 205:20
**warmer** 205:19
**warmers** 118:22
**warming** 1:4 4:5
4:21 27:10
70:6,17 90:15
90:25 94:23,24
116:24 117:10
117:11 122:11
123:2 129:1

132:6 134:2
135:14 136:25
137:3 184:16
184:17 190:19
205:11 242:10
**warned** 100:14
114:25,25
183:2
**warning** 100:24
125:18
**Washington**
22:11,15
**washout** 209:20
**wasn't** 24:8 35:5
59:15 62:25
63:2 81:21
83:7 100:25
103:16 108:22
109:7 110:5
112:15 136:2
139:22 174:6
174:13 177:8
178:20 187:17
190:2 192:8,22
221:9 224:7,23
**waste** 60:16
114:12 115:7
**water** 42:1
106:13
**way** 12:19 14:21
16:14 25:6,9
32:25 33:24
65:18 71:6
79:4,5 80:21
81:25 83:1
114:8 136:3
146:10 162:11
174:12 179:17
205:9 209:25
210:5 215:9
220:1 234:7
235:7
**ways** 110:1
111:11,17
**we'll** 7:22 11:23
21:21 44:22
58:16 110:25

125:21 144:23
145:6 199:7
246:23 249:1
**we're** 28:18
84:14 184:23
218:24 220:9
239:15 246:20
**we've** 34:11
85:17 195:8
**web** 118:4,22
**website** 3:6
39:16 40:18
122:14
**week** 8:21 87:7
**weekend** 119:25
**weighing** 244:3
**well-** 71:13
**well-recognized**
160:18
**well-regarded**
71:12
**went** 27:2 63:4
67:13 73:7
86:3 98:2
163:13 188:6
188:16 189:1
197:19 199:14
216:19 217:8
246:14
**Wenzel** 17:1
22:17,20 81:8
85:14,15 96:23
172:3 177:20
188:11
**weren't** 49:23
94:3 103:2
108:25 213:8
**Westlin** 114:6
119:13
**wet** 106:14
**white-collar**
73:10
**willing** 56:24
**wish** 100:18
**withdraw**
112:17 235:25
**withhold** 10:19

**witness** 6:4 7:2,4
23:8,10 54:7
86:20,21 90:7
104:6,15 119:4
124:5 145:9
149:6 154:14
162:9 163:6,9
170:5 179:2,3
204:22 233:17
**wondered** 11:4
**wondering**
200:12
**Woodwick-Si...**
119:13
**word** 12:6,10,12
28:2 49:4 56:1
56:7 69:7
169:12 212:7
217:3
**words** 23:18
36:12 160:4
245:5
**work** 17:21
20:10 22:22
33:17 34:16
40:15,15,20,24
41:13,18,24
42:19 43:1
49:19 50:20
54:24 55:9
69:14 71:16
72:7,24 82:10
87:4 124:24
130:3 131:3,4
143:7 152:14
214:4 226:21
240:5,11,12
**worked** 33:14
105:11
**worker** 64:22,25
**workers** 73:6
**workplaces** 73:3
73:9,10
**works** 34:21
**World** 64:18,23
65:3 70:13
**world-class**

20:12
**worried** 115:1
115:15
**worth** 210:14
**wouldn't** 35:14
47:12 77:15
78:3 139:24
152:25 153:1
162:8 201:6,8
201:15 239:3
**wound** 4:7,22
84:13 95:25
134:24 142:17
144:6,6 145:5
149:13,14,18
149:19 150:6
155:2,23
156:10,11,21
156:22 157:1
157:10 165:10
165:16 171:12
171:12,22
180:20 189:21
189:25 190:9
190:20 191:17
191:21
**write** 45:11 51:9
51:23 55:8
56:8 181:25
213:12 216:22
**writes** 114:5
**writing** 20:18
76:6,8 142:12
**writings** 56:21
66:17
**written** 43:11
45:8 46:3 51:5
51:21 69:19
133:4
**wrong** 36:23
146:18,20
215:17 223:19
223:19,21
235:12,16
238:8
**wrongly** 167:20
**wrote** 82:12

| X |
| --- |

**X** 3:1
**xarelto** 133:23
142:18 143:2,7
143:22 144:3
144:15 145:1
145:17 146:12
147:6,14,24
151:22 155:14
155:20 156:7
156:18 161:10
163:2,17 164:8
166:1 207:2
208:4
**Xarox** 147:6

| Y |
| --- |

**Yale** 27:22
**yeah** 7:22 8:15
24:13 26:4,4
31:4 44:9
52:19,21 54:1
60:19 66:15
87:6 105:9
108:17 161:14
162:12 180:15
180:16 199:6
210:19 236:11
241:22
**year** 9:25 58:23
59:10 62:4
126:19 127:8
**year's** 210:14
**years** 18:16
26:23 38:2
40:23 52:17,20
61:10 71:23
72:24 118:6
125:23 126:5
209:14
**yesterday** 86:19
104:5,25 106:9
107:10 149:1
178:25
**yield** 59:25
**Yup** 160:12

**Z**

**0**

**05** 217:25 219:8
219:13,16,19
**06** 3:10
**07** 224:3
**08** 224:4 225:20
226:15 228:21

**1**

**1** 1:14 3:3 7:23
7:24 8:3 9:4
22:9 23:13,17
69:25 95:23
116:21 131:14
150:22 151:15
151:15 206:6
208:16 247:10
**1.92** 185:24
**10** 3:17,19 27:8
38:17,19 39:5
113:7,11
152:19 224:18
**102** 151:16
**10th** 94:10
**11** 3:20 86:18,20
86:23 87:18
119:2,7 175:25
198:19 221:12
**113** 3:19
**114** 215:19
216:6
**115** 216:5,6
241:7,8
**119** 3:20
**11a** 70:4
**12** 3:14,21 124:3
124:8,17
125:13 178:23
183:21 240:8
**12,000** 162:21
**124** 3:21
**126** 3:22
**128** 3:23
**12th** 76:17
**13** 3:22 34:10

126:14,18
194:9
**14** 3:23 128:4,8
133:17 150:23
162:15 166:25
**145** 4:3
**15** 3:24 52:17
145:7,12
**15-2666** 1:9
**154** 4:6,9 48:19
**1556** 165:3,16
**16** 4:4 38:17,22
39:5 77:23
78:8 152:19,25
154:12,17
**16/Albrecht**
224:18
**161** 4:11
**17** 4:7 154:20,24
162:18 230:8
**170** 4:15
**175** 4:19
**177** 76:25
**178** 77:21,23
**179** 78:8
**18** 4:10 132:21
161:2,6,24
**186** 193:13,19
242:20 246:22
**19** 4:12 149:2,6
149:8 161:11
170:3,8 203:22
203:24
**190** 4:24
**19137** 113:24
**193** 5:2
**195** 5:5
**198** 5:8
**1980** 72:14
**1988** 39:18
**1990** 72:12,12
72:14
**1996** 3:18 77:11
77:15 94:10
**1st** 61:24,25
62:4

**2**

**2** 3:5 8:7,11,24
103:6 150:23
151:16 165:15
247:10
**2.5** 151:16
**2.5-to-one**
148:10 164:17
**2.76** 212:2,10
**2.86** 212:4,5
**20** 1:15,22 4:16
57:3 175:8,12
**200** 1:20
**2002** 3:10 52:19
54:16
**2006** 209:15,18
**2007** 209:15,21
**2008** 199:10,15
200:16 209:15
209:18 221:20
224:8,24
**2009** 113:17,18
199:15,17
209:15,18
221:20
**2010** 173:22
177:5 194:18
195:21 197:20
**2011** 119:9
122:3 199:18
**2013** 61:24
63:17
**2015/16** 5:8
**2016** 4:11 5:23
**2017** 1:15,22
3:14 5:17,19
5:21 9:4 25:8
61:25 76:17
205:2 250:10
251:21
**203** 5:13
**204** 5:17
**21** 4:20 82:7
190:14,18
191:6 232:2
**215** 5:19 161:8

161:12,24,24
162:14
**22** 4:25 150:23
193:1,5 208:19
237:22 242:18
246:21
**225** 2:4
**23** 5:3 9:5
195:12,16
**230** 5:21
**236** 5:23
**2385** 203:19
**239** 6:1
**24** 5:6 23:16,20
198:4,8 210:4
212:23
**240** 6:6
**245** 6:7
**246** 6:8
**247** 6:9
**25** 5:9 203:1,5
213:12
**2500** 2:7
**251** 1:14
**258** 87:19
**26** 5:14 202:11
204:20,25
**26th** 250:9
**27** 5:18 23:16,20
215:4 221:17
241:1
**28** 5:20 223:14
223:16 230:1,5
**29** 5:22,23
223:22 226:7
236:3,7,7,8,14
**2nd** 9:4,25 23:17
25:8 80:6
150:3

**3**

**3** 3:6 39:11,15
**3.13** 185:25
**3.8** 212:11
234:13,24
235:20
**3.8-fold** 211:20

**30** 5:24 40:25
57:3 104:4,6
104:12,12,17
104:22 198:17
203:6,7 236:8
239:18,24
**30-day** 148:12
**30(b)(6)** 86:24
**3000** 247:8
**31** 104:14,15,17
104:22
**33** 169:25 181:4
**350** 236:23
**39** 3:7
**3M** 11:10 29:7
37:11 75:11
76:1 86:6,11
87:3,8,11,20
87:23 88:7
90:11,11
113:12 114:16
115:23 116:2
117:20 118:13
118:16,25
119:8 120:5,19
121:2,6,10,18
121:23 122:1,6
122:23 123:4
123:13,16,22
125:7,14 126:5
126:11 127:14
127:23 129:5
129:23 232:25
**3M's** 117:22
**3M00580475**
3:15
**3MBH000246...**
3:19
**3MBH000473...**
3:18
**3MBH001304...**
3:22
**3MBH001325...**
3:21
**3MBH005447...**
3:20
**3MBH013305...**

3:23
**3rd** 113:17

---
**4**
---

**4** 3:8 4:11 5:19
46:25 47:4
**4.4** 171:6
**4.5** 171:6
**40** 169:2
**400** 243:24
**408** 230:8
**409** 231:12
**41** 133:18
**42** 152:1,9
**431** 2:7
**44** 38:23 140:23
**46** 3:9
**4600** 2:4
**49** 169:15

---
**5**
---

**5** 3:10 5:21 54:5
54:10
**50** 118:6
**500** 41:8 94:13
94:24
**510(k)** 3:16 94:9
94:17,18
101:10 183:9
**512(k)** 183:8
**523** 150:17
**54** 3:10
**55.5** 150:22
**55402** 2:4
**55415** 2:8
**5th** 119:8

---
**6**
---

**6** 3:11 61:19,23
**61** 3:12
**63.6** 150:23
**68** 82:8
**69** 82:8
**6th** 2:4 54:16
119:8,8

---
**7**
---

**7** 3:4,13 6:5
76:12,16
150:25 151:5,6
151:10
**70** 244:3
**71** 82:12
**74c** 9:10 12:3,11
12:20 216:22
**74e** 238:25
239:2
**74f** 239:7
**750** 94:11,14
96:4 100:14
113:23
**76** 3:14
**7th** 119:9

---
**8**
---

**8** 3:5,15 90:5,10
**8:09** 1:22
**84** 202:11
**85** 40:3,6
**86** 39:21
**8th** 22:11,13
23:2 85:16

---
**9**
---

**9** 3:16 62:6 94:5
94:9 178:25
179:2,5 181:8
182:13 224:3
**90** 3:15 247:10
**94** 3:18
**95** 151:15
198:21 247:11
**9th** 122:2