# EXHIBIT G

1
2        IN THE UNITED STATES DISTRICT COURT
              DISTRICT OF MINNESOTA
3
  - - - - - - - - - - - - - - - - - - -
4  IN THE MATTER OF                )
                                    )
5  IN RE BAIR HUGGER FORCED AIR      )
  WARMING                                )
6  PRODUCTS LIABILITY LITIGATION     )
                                    )
7                      Plaintiff,     )
                                    )PRETRIAL ORDER NO: 7
8  v.                             )Protective Order
                                    )MDL No. 15-2666
9  3M COMPANY AND ARIZANT            )(JNE/FLN)
  HEALTHCARE INC.                    )
10                    Defendant.     )
  - - - - - - - - - - - - - - - - - - -
11              DEPOSITION OF PAUL MCGOVERN
12                     VOLUME II
13             Thursday, January 5, 2017
14           AT:  FAEGRE BAKER DANIELS LLP
15                  Taken at:
16                7 Pilgrim Street
                London EC4V 6LB
17               United Kingdom
18
19
20  Court Reporter:
21  Louise Pepper: Accredited Real-time Reporter
22  Videographer: Simon Addinsell
23
24
25  JOB NO. 117121

Page 234

```
 1
 2              A P P E A R A N C E S
 3       Appearing for the Plaintiff:
 4            MR. MICHAEL SACCHET
              CIRESI CONLIN
 5            225 South 6th Street
              Minneapolis, MN 55402
 6
 7
 8
              GENEVIEVE ZIMMERMAN
 9            MESHBESHER & SPENCE
              1616 Park Avenue
10            Minneapolis, MN 55404
11
12
       Appearing for the Defendant:
13
              MR. COREY GORDON
14            BLACKWELL BURKE
              431 South Seventh Street
15            Minneapolis, MN 55415
16
17
18            MS. KATHERINE NEWMAN
              FAEGRE BAKER DANIELS
19            7 Pilgrim Street, London EC4V 6LB
20
21
22     Appearing for the Witness:
23            MR. ANDREW HEAD
              MR. BRYAN SHACKLADY
24            FORSTERS
              31 Hill Street
25            London W1J 5LS
```

Page 235

```
 1
 2              W I T N E S S   I N D E X
 3     Examination by MR. SACCHET  ..................239
 4     Examination by MR. C. GORDON  ................459
 5              E X H I B I T   I N D E X
 6     Exhibit 1 Email chain between P. .................263
          McGovern and M. Albrecht,
 7        Bates stamped Albrecht_0016487
 8     Exhibit 2 Email chain between Mark ................287
          Albrecht, Paul McGovern, Mike
 9        Reed and others, dated 30 June
          to 3 July, 2010
10
       Exhibit 3 Forced Air Warming .......................289
11        Demonstration DVD
12     Exhibit 4 CDC document entitled ....................298
          "Healthcare Infection Control
13        Practices Advisory Committee
          Record of the Proceedings",
14        dated November 5-6, 2015,
          previously marked as Exhibit
15        208, Bates stamped
          3MBH01344612-01344685
16
       Exhibit 5 Document entitled ........................306
17        "Forced Air Warming (FAW) and
          Surgical Site Contamination
18        First Draft" dated 27/9/09
19     Exhibit 6 Document entitled "Do ....................308
          Forced Air Warming Devices
20        Increase Bacterial
          Contamination of Operative
21        Field? - Simulated
          experimental analysis".
22
       Exhibit 7 Email chain dated 8-11 ..................309
23        November, 2009, subject line:
          "FAW"
24
       Exhibit 8 Document Bates stamped ...................316
25        3MBH00107863-00107870
```

Page 236

```
 1
 2     Exhibit 9 Document entitled "Do ....................324
          Forced Air Warming Devices
 3        Increase Bacterial
          Contamination of Operative
 4        Field? - Simulated experiment
          analysis".
 5
       Exhibit 10 Email chain between .....................336
 6        Paul McGovern and Val
          Edwards-Jones"Re Saturday",
 7        dated 26 November - 20
          December 2009
 8
       Exhibit 11 Email chain between .....................337
 9        Paul McGovern, David Leaper,
          Andrew Sprowson and Thomas
10        Symes, "Prof David Leaper
          Visit", dated 10 September - 2
11        December 2009
12     Exhibit 12 Email chain between .....................342
          Paul McGovern and Mike Reed,
13        dated 21 February 2010,
          "Laminar flow tests".
14
       Exhibit 13 Article co-published by .................347
15        Paul McGovern and others,
          entitled "Forced-air warming
16        and ultra-clean ventilation do
          not mix." Bates stamped
17        Belani_000190-000197
18     Exhibit 14 Article entitled .......................353
          "Patient Warming Excess Heat:
19        The Effects on Orthopedic
          Operating Room Ventilatio
20        Performance", Bates stamped
          Belani_000040-000045
21
       Exhibit 15 Email chain between .....................359
22        Mark Albrecht, Paul McGovern
          and others, dated 1 February
23        2011, "Manuscript with updated
          joint infection data covering
24        an additional 200 or so".
       Exhibit 16 Excel spreadsheet with .................365
25        data analysis
```

Page 237

```
 1
 2
       Exhibit 17 Email chain between .....................372
 3        Mark Albrecht, Mike Reed, Paul
          McGovern and others, dated 18
 4        February - 1 March 2011,
          "Signatures on Transmittal
 5        Letter".
 6     Exhibit 18 Email chain between .....................373
          Paul McGovern and Mark
 7        Albrecht, dated 19 May - 23
          May, 2011, "Fwd: JBJS [BR] log
 8        No. 27124 - Invitation to
          resubmit
 9
       Exhibit 19 Email chain "Re .........................382
10        McGovern" between Robin
          Humble, Scott Augustine, Paul
11        McGovern and others plus
          attachment entitled "Observed
12        reduction in periprosthetic
          joint infections: Antibiotics
13        or warming technique?", dated
          25 March - 17 June 2016.
14
       Exhibit 20 Journal of Bone and .....................391
15        Joint Surgery document
          entitled "Wound Complications
16        Following Rivaroxaban
          Administration".
17
       Exhibit 21 Paper entitled "Return .................396
18        to theatre following total hip
          and knee replacement, before
19        and after the introduction of
          rivaroxaban".
20
       Exhibit 22 Journal of ............................403
21        Tissueviability paper entitled
          "A prospective randomised
22        study comparing the jubilee
          dressing method to a standard
23        adhesive dressing for total
          hip and knee replacements",
24        authored by Neil G. Burke and
          others.
25
```

```
                                                                    Page 238
 1    Exhibit 23  Email chain between ..................410
 2                Mark Albrecht and Mike Reed,
                  "Full workup of stats you
 3                requested", dated 29 November,
                  2011.
 4
      Exhibit 24  Email from Mark ........................416
 5                Albrecht to Scott Augustine,
                  with attachment, dated
 6                11/22/2015, Bates stamped
                  Albrecht_0002079-0002086
 7
      Exhibit 25  Anesthesia & Analgesia ..................445
 8                document entitled "Patient
                  Warming Excess Heat: Effects
 9                on OR Ventilation Performance
                  During Total Knee
10                Replacement", Bates stamped
                  Belani_000002-000039
11
      Exhibit 26  Email from Mark ........................454
12                Albrecht to Paul McGovern and
                  others, "Fwd: A&A Decision for
13                MS#: AA-D-11-01334", dated 25
                  October 2011
14
      Exhibit 27  Email chain between ....................455
15                Mark ALbrecht, Mike Reed and
                  others, "Fwd: A&A DEcision for
16                MS#: AA-D-11-01334R1", dated
                  11 January 2012.
17
      Exhibit 28  Spreadsheet, Bates ......................461
18                stamped
                  AUGUSTINE_0005193-0005487
19
      Exhibit 29  Printout of spreadsheet .................463
20                data
      Exhibit 30  Screenshots of FAW v ....................500
21                CWB YouTube video
22
23
24
25
```

```
                                                                    Page 239
 1                    DR. PAUL MCGOVERN
 2                    P R O C E E D I N G S
 3            THE VIDEOGRAPHER:  This is Day 2 of the deposition
 4    of Dr. Paul McGovern.  The deposition started yesterday
 5    4 January, today is 5 January 2017, and it is 9:24 a.m.
 6    This is the beginning of DVD 1 in volume 2 of Dr. McGovern's
 7    deposition.  Everybody who was in the room yesterday is here
 8    today.
 9            Can I remind the witness he was sworn in
10    yesterday and is still under oath.  Can you --
11            THE WITNESS:  Yes.
12            THE VIDEOGRAPHER:  You're on the record, counsel.
13    It is 25 past 9.
14    EXAMINATION BY MR. SACCHET:
15    BY MR. SACCHET:
16        Q.  Good morning, Dr. McGovern.
17        A.  Good morning.
18        Q.  As I mentioned yesterday, my name is Mr. Sacchet,
19    and I represent the plaintiffs 3M.  Yesterday my learned
20    friend on the other side reviewed some of the ground rules
21    for the deposition.  I'm going to go through few more today,
22    just to make sure we're on the same page with respect to the
23    procedures for our conversation.  As you know, I'll be
24    asking you questions under oath and you'll be responding to
25    them.  If at any time you don't understand a question or if
```

```
                                                                    Page 240
 1                    DR. PAUL MCGOVERN
 2    you don't hear the question, please let me know, okay?
 3        A.  Yes.
 4        Q.  As was mentioned yesterday, it's best for the
 5    record and the court reporter, if I ask a question, that you
 6    let me finish asking the question before you answer, and
 7    I'll do the same with respect to you in refraining from
 8    asking a question before you've finished your answer.
 9    Please provide audible "Yes" or "No" answers with respect to
10    the questions as opposed to a nodding or shaking of the
11    head.  Is that agreeable?
12        A.  Yes.
13        Q.  And if at any time you need a break, just let me
14    know, and I'll find an appropriate spot to pause.
15        A.  Sure.
16        Q.  Before we jump into your background, with respect
17    to your educational and professional history, just a few
18    preliminary items.  You've never met me before, have you?
19        A.  Not before yesterday, no.
20        Q.  And prior to yesterday, you'd never spoken to me
21    before, be it via e-mail or phone?
22        A.  That is correct.
23        Q.  You've never spoken to any members of the
24    plaintiff's counsel in this matter, have you?
25        A.  That is correct.
```

```
                                                                    Page 241
 1                    DR. PAUL MCGOVERN
 2        Q.  Have you ever spoken to anyone on the side of the
 3    defense, prior to yesterday?
 4        A.  I'd received communications from various people on
 5    the side of the defense.  I have only communicated with them
 6    through my lawyers.
 7        Q.  Okay.  Do you recall who those individuals were
 8    that attended the --
 9        A.  Stephen Llewellyn, from Faeger Baker Daniels.
10    I received a Linkedin message from a lawyer in the United
11    States, but I don't remember their name.
12        Q.  Do you recall the content of the message?
13        A.  It was similar to the initial contact from Stephen
14    Llewellyn, saying that 3M would like to depose me, and
15    asking me to get back in touch to arrange that.
16        Q.  And did you get back in touch to arrange that?
17        A.  I did not reply to the Linkedin message at all, and
18    I replied to Stephen Llewellyn through my lawyers when
19    I arranged legal representation.
20        Q.  Okay.  So other than contact via your attorney,
21    you've had no personal contact with anyone on the other
22    side?
23        A.  That is correct.
24        Q.  I know you spoke a little bit yesterday about your
25    background as well, and I'm going to review some of that
```

Page 406

DR. PAUL MCGOVERN
1
2  in jubilee dressing that occurred during the time in which
3  the data was collected for the McGovern study impacted
4  infection rates?
5     MR. C. GORDON: Object to the form of the
6  question: lack of foundation, incomplete hypothetical.
7     A. It's not possible to say, in my opinion. The
8  numbers in this study are too small. You have a number of
9  patients that is 124, and the numbers are too small to be
10 able to draw a meaningful conclusion in terms of infection,
11 with regard to these two variables, in my opinion.
12 BY MR. SACCHET:
13    Q. So if I could point out, to the extent that this
14 would change your mind, the asterisks which are denoted in
15 the right-hand column of the standard adhesive dressing
16 column; do you see those?
17    A. Yes.
18    Q. And a single asterisk stands for a P value of less
19 than 0.05; correct?
20    A. Mm-hm, yes.
21    Q. And a double asterisk stands for a P value of 0.01
22 and less?
23    A. Yes.
24    Q. And three asterisks stands for a P value of 0.001
25 or less; correct?

Page 407

DR. PAUL MCGOVERN
1
2     A. Yes.
3     Q. The infection row has no such asterisk in it,
4  does it?
5     A. That's correct.
6     Q. So, because we established earlier that statistical
7  significance begins at 0.05, which is a single asterisk ...
8     A. Right.
9     Q. ... presumably this 0 percent infection rate, the
10 difference between 0 and 0 is non-significant; correct?
11    A. No, that's not how I would interpret this. There
12 is no data to draw a meaningful conclusion from. You need
13 to have some data, by my understanding, to be able to draw
14 a conclusion of statistical significance. You can't comment
15 on whether these data are statistically significant. If one
16 were designing this study purely to look at infection rates
17 between the two dressings, it is likely that the study would
18 need to include more patients and the study -- and to ensure
19 it was sufficiently powered to be able -- "powered" meaning
20 to have enough patients in it -- to see enough infections to
21 be able to draw a meaningful conclusion.
22       The fact that there were no infections in 124
23 patients is not surprising, because infection rates are
24 generally low. This is a problem of research in this
25 area. Because infection is rare, thankfully, you need

Page 408

DR. PAUL MCGOVERN
1
2  large numbers of patients in studies to see if one
3  intervention has a difference with another
4  intervention, in terms of infection rates. In my
5  opinion, this study does not demonstrate superiority of
6  one adhesive dressing over another, purely in terms of
7  infection.
8     Q. Fair enough --
9     A. It may for other conditions, such as blistering and
10 leakage, but for infection -- because those are more
11 common -- consequences post-operation, and the study appears
12 to have been adequately powered to identify those
13 differences and state statistical significance. But for
14 infection, there were not enough incidences of infection to
15 be able to draw meaningful conclusions, or a difference
16 between the two.
17    Q. Are you aware of any paper that is adequately
18 powered that shows that a change from a standard adhesive
19 dressing to a jubilee dressing would statistically
20 significant -- significantly alter infection rates among
21 arthroplasties?
22    A. I am not aware of any such paper.
23    Q. Are you aware of any published papers that
24 suggest -- I should say that find statistically significant
25 differences between joint infection rates from the use of

Page 409

DR. PAUL MCGOVERN
1
2  MSSA screening versus non-screening?
3     A. Sorry, could you say that again, please?
4     Q. Are you aware of any evidence that is statistically
5  significant that suggests that the use of MSSA screening
6  significantly impacts the rate of deep joint infections
7  among patients?
8     A. I'm not aware of any such papers.
9     Q. Are you aware of any evidence that pre-warming,
10 when used in combination with intraoperative warming,
11 significantly impacts deep joint infection rates among
12 patients?
13    A. I am not aware of papers which provide evidence of
14 that.
15    Q. Have you seen an article by Mr. Reed and another
16 individual, bearing the last name Refaie, which analyzed the
17 NHS SSI bundle?
18    A. I presume you mean Northumbria Foundation Trust.
19 I am aware that Mr. Reed and Mr. Refaie have done research
20 together. I may have seen such paper but I don't remember.
21    Q. Do you recall Mr. Reed, in that paper, making the
22 statement: "A switch to the alternative conductive fabric
23 warming led to a significant decrease in deep joint
24 infections"?
25    A. I -- that statement sounds familiar but I don't