# EXHIBIT U

Page 1

1                UNITED STATES DISTRICT COURT
                    DISTRICT OF MINNESOTA
2     ------------------------------------------------
3     In Re:
4     Bair Hugger Forced Air Warming
      Products Liability Litigation
5
      This Document Relates To:
6
      All Actions                          MDL No.
7                                          15-2666 (JNE/FLM)
8     ------------------------------------------------
9
                     VIDEOTAPED DEPOSITION
10
                              OF
11
                        MARK ALBRECHT
12
                          VOLUME 1
13
                    Minneapolis, Minnesota
14
                 Friday, October 7th, 2016
15
16    ------------------------------------------------
17
18
19
20
21
22
23
24    Reported by:
      Amy L. Larson, RPR
25    Job No. 112502

Page 2

```
 1      APPEARANCES:
 2      ON BEHALF OF 3M:
 3      COREY GORDON, ESQ.
        PETER GOSS, ESQ.
 4      BLACKWELL BURKE
        431 South Seventh Street
 5      Minneapolis, MN 55415
 6
 7
 8      FOR THE PLAINTIFF:
 9      BEN GORDON, ESQ.
        LEVIN PAPANTONIO THOMAS MITCHELL
10      RAFFERTY & PROCTOR
        316 S Baylen Street
11      Pensacola, FL 32502
12
13      GENEVIEVE ZIMMERMAN, ESQ.
        MESHBESHER & SPENCE
14      1616 Park Avenue South
        Minneapolis, MN 55404
15
16      GABRIEL ASSAAD, ESQ.
        KENNEDY HODGES
17      4409 Montrose Boulevard
        Houston, TX 77006
18
19      BEHRAM PAREKH, ESQ.
        Kirtland & Packard
20      2041 Rosecrans Avenue
        El Segundo, CA 90245
21
22
23      ALSO PRESENT:  Kraig Hildahl, Videographer
24
25
```

Page 3

```
 1                        ALBRECHT
 2      INDEX:
 3      EXAMINATION BY:                          PAGE
 4      Mr. Gordon..................6
 5      EXHIBITS MARKED FOR IDENTIFICATION:
 6      Exhibit 1....................22
        Augustine Biomedical & Design
 7      Research and Development Report
        Dated 9/14/07
 8      Bates AUGUSTINE_0001577 - AUGUSTINE_0001588
 9      Exhibit 2....................30
        Hastings Ventilation Assessment
10      Bates AUGUSTINE_0010948 - AUGUSTINE_0010952
11      Exhibit 3....................76
        Augustine Biomedical & Design
12      Research and Development Report
        Dated 10/12/2007
13
        Exhibit 4....................95
14      Forced-Air Warming:  A Source of Airborne
        Contamination in the Operating Room?
15      No Bates
16      Exhibit 5....................95
        Forced-Air Warming Design:
17      Evaluation of Intake Filtration, Internal
        Microbial Buildup, and Airborne-Contamination
18      Emissions
        No Bates
19
        Exhibit 6....................95
20      Forced-Air Warming Blowers:  An
        Evaluation of Filtration Adequacy and Airborne
21      Contamination Emissions in the Operating Room
        No Bates
22
        Exhibit 7....................95
23      Patient Warming Excess Heat:  The Effects
        On Orthopedic Operating Room Ventilation
24      Performance
25
```

Page 4

```
 1                        ALBRECHT
 2      INDEX:  (Cont'd.)
 3      EXHIBITS MARKED FOR IDENTIFICATION:      PAGE
 4      Exhibit 8....................95
        Forced-Air Warming and Ultraclean
 5      Ventilation Do Not Mix
        No Bates
 6
        Exhibit 9....................95
 7      Effect of Forced-Air Warming on the
        Performance of Operating Theatre Laminar
 8      Flow Ventilation
        No Bates
 9
        Exhibit 10...................141
10      Data
        Bates AUGUSTINE_0005193 - AUGUSTINE_0005487
11
        Exhibit 11...................144
12      Data
        No Bates
13
        Exhibit 12...................160
14      May 2012 E-mail Chain
        Subject:  Further Infection Data
15      Bates Albrecht_0003579 - Albrecht_0003580,
        Albrecht_0003576 - Albrecht_0003578
16
        Exhibit 13...................213
17      HotDog Patient Warming Website Screenshot
        No Bates
18
        Exhibit 14...................229
19      Color Photograph
        No Bates
20
21
22
23
24
25
```

Page 5

```
 1                        ALBRECHT
 2         THE VIDEOTAPED DEPOSITION OF MARK ALBRECHT,
 3      VOLUME 1, taken on this 7th day of October, 2016,
 4      at the Law Offices of Blackwell, Burke, LLP,
 5      431 South Seventh Street, Suite 2500, Minneapolis,
 6      Minnesota, commencing at approximately 9:17 a.m.
 7
 8             P R O C E E D I N G S
 9
10             THE VIDEOGRAPHER:  This is the
11      start of tape labeled number 1 in the
12      videotaped deposition of Mark Albrecht in the
13      matter of In Re:  Bair Hugger Forced Air
14      Warming Products Liability Litigation, in the
15      U.S. District Court, District of Minnesota.
16      The MDL case number is 15-2666 (JNE/FLN).
17             This deposition is being held at
18      Blackwell, Burke law firm in Minneapolis,
19      Minnesota on October 7th, 2016.  The time is
20      9:18 a.m.  My name is Kraig Hildahl, I'm a
21      legal video specialist from TSG Reporting.
22      The court reporter is Amy Larson also with
23      TSG Reporting.
24             Will counsel please introduce
25      themselves for the record.
```

Page 214

ALBRECHT
1
2  Q. That -- and it's your study that's cited
3     there, right?
4  A. Uh-huh.
5  Q. Do you -- you said people can do what they
6     want with the data, but do you think that
7     what you see here in Exhibit 13 is
8     scientifically supported by your study?
9  A. In an observational sense, yes, it is, those
10    are the numbers for the periods. This isn't
11    the result of a randomized clinical trial. I
12    don't know what constitutes sufficient data
13    for marketing. A lot of people use data in
14    different ways.
15 Q. Can you -- do you believe your study can in
16    any way be used to support the conclusion
17    that switching from Bair Hugger to HotDog
18    will reduce surgical site infections?
19         MR. B. GORDON: Objection to form,
20    asked and answered, calls for a medical
21    conclusion.
22         THE WITNESS: There's
23    observational data in here that shows a
24    decrease in infection rates with the switch
25    between devices, that is true, that is

Page 215

ALBRECHT
1
2     confounded with antibiotics.
3  BY MR. C. GORDON:
4  Q. It's also confounded with prophylaxis --
5     thromboprophylaxis?
6  A. Yes. It's observational in nature.
7  Q. And if you eliminate just those two
8     confounders, there is no statistical --
9     statistically meaningful difference --
10         MR. B. GORDON: Objection to form.
11 BY MR. C. GORDON:
12 Q. -- between Bair Hugger and HotDog, right?
13 A. This is not a randomized clinical trial. I
14    don't know what effect led to what.
15         MR. B. GORDON: Object to form,
16    misstates his testimony.
17         THE WITNESS: This is
18    observational data.
19 BY MR. C. GORDON:
20 Q. Why do observational data? What's -- what's
21    the purpose?
22 A. It's to identify trends that you may suspect
23    in the data and bring it to question so
24    someone can do a proper experiment further
25    on, like a randomized trial.

Page 216

ALBRECHT
1
2  Q. Your trendline was just an arithmetic mean
3     across 23 months --
4  A. Uh-huh.
5  Q. -- right?
6         What -- having gone through the
7     exercise that you've gone through now to
8     compare one time period, just the Rivaroxaban
9     versus the no Rivaroxaban, would you agree
10    that a trendline that shows an arithmetic
11    mean across the -- that entire time period is
12    pretty misleading?
13         MR. B. GORDON: Objection to form.
14         THE WITNESS: I would have liked
15    to have added that to the effects here so
16    it's more clear what that did over the time
17    period. Having you make me drill into it a
18    little more clearly like that and not treat
19    it as just a confounder that, well, it's
20    there, so you can't truly trust this, you
21    know, I would have dug in a little deeper and
22    put an effect in the table, I think.
23 BY MR. C. GORDON:
24 Q. And if you had done that, tell me what --
25    would that -- would you have been able to do

Page 217

ALBRECHT
1
2     a multivariate analysis with that, is that
3     the right term?
4  A. I still don't think we would have. I think
5     we would have presented it that we looked for
6     this effect, saw nothing, we looked for that
7     effect, saw nothing, oh, antibiotics had an
8     effect, forced air had an effect, now we need
9     to figure this out with a trial.
10        So you'd do this in a univariate
11    fashion still with observational data, in my
12    opinion.
13 Q. If you were to analyze the data factor --
14    taking into consideration antibiotics and
15    the -- the Rivaroxaban, and -- and, in
16    effect, factored those out, do you still
17    think that there would -- even with
18    observational data it would show a difference
19    between Bair Hugger and HotDog?
20         MR. B. GORDON: Objection to form,
21    misstates his earlier testimony.
22         THE WITNESS: I don't know. I
23    would have to run a model. There's a period
24    of time here which comes into play. This
25    data, there's possibly not enough

Page 218

ALBRECHT

1 infections -- infections to do a multivariate
2 analysis like that where it's properly
3 powered, just kind of looking at this. I'm
4 not so sure we'd be able to tease out the
5 effect of multiple factors at the same time
6 with a data set that has, you know, few
7 infections like that over multiple cuts of
8 variables. So that can be difficult. You'd
9 have to try.
10 BY MR. C. GORDON:
11 Q. Well, you'd agree with me that what we just
12 teased out with just those two -- two
13 variables, the antibiotics and the
14 anti-thrombophylaxis -- thromboprophylaxis,
15 resulted in two periods that were pretty
16 comparable in both in duration and in number
17 of procedures, right?
18 A. Yeah. I'd like to add that to a table as a
19 univariate effect and do further
20 experimentation to see what led to what.
21 Q. One of my associates grew up in California.
22 A. Sure.
23 Q. And in his -- his fond young -- young
24 childhood memory is his family going to

Page 219

ALBRECHT

1 Disneyland and his brother leaning over to
2 him as they were driving to Disneyland and
3 said, "Everybody who goes to Disneyland
4 dies."
5 A. Okay.
6 Q. That's actually true, right?
7 A. All right. How is that relevant to this?
8         MR. B. GORDON: Object to the form
9 of the question.
10 BY MR. C. GORDON:
11 Q. Well, you'd agree that it would be absurd to
12 conclude from the fact that everybody who
13 goes to Disneyland dies, that Disneyland has
14 anything to do with people dying?
15         MR. B. GORDON: Object to form,
16 calls for speculation, improper hypothetical.
17         THE WITNESS: I can't tell you
18 from observational data if it's in change in
19 device or if it's a change in antibiotics
20 clearly, because other things are going on
21 behind the scenes. This is a hypothesis.
22 It's presented as such that there are these
23 factors and if you compare the data in the
24 way presented from here to here, you get that

Page 220

ALBRECHT

1 effect.
2         I agree that an antibiotic effect
3 would be nice to add to this graph and help
4 explain the challenge a little more clearly
5 that we're facing here.
6 BY MR. C. GORDON:
7 Q. Well, not just the antibiotic fact, but the
8 anti-thromboprophylaxis fact, right?
9         MR. B. GORDON: That's just blood
10 thinner.
11         THE WITNESS: Yeah. And a
12 clinician would have to tell you what's
13 relevant. I mean, you could put a lot of
14 things in here too and say, Well, Larry was
15 mopping the floors in this room for these
16 days and that, and you can make this data so
17 high dimensional you'll find all sorts of
18 things that relate.
19         But I agree that the antibiotic
20 piece is a real thing and some kind of an
21 effect here, univariate effect presented in
22 the same way as the other effects would be
23 nice to have.
24 BY MR. C. GORDON:

Page 221

ALBRECHT

1 Q. Were you ever made aware that at the
2 beginning of the Bair Hugger period the
3 laminar airflow system in one of the Wansbeck
4 operating theaters was not functioning
5 properly?
6 A. Not that I recall. I may have or may not, I
7 don't know.
8 Q. Were you ever made aware of the fact that in
9 2008 and 2009 the Northumbria Trusts were
10 repeatedly advised by the National Health
11 Service that their SSI rates for orthopedic
12 procedures made them a high outlier compared
13 to other trusts in the -- in the UK?
14 A. I had heard they were having infection
15 problems, I was not sure of the details.
16 Q. Did anyone ever tell you that as a result of
17 those infection problems, they instituted a
18 wide range of infection controlled
19 procedures?
20         MR. B. GORDON: Object to form,
21 lack of foundation, calls for speculation.
22         THE WITNESS: No, I don't know the
23 exact procedures they implemented.
24 BY MR. C. GORDON: