UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

In re: BAIR HUGGER FORCED AIR                    MDL No. 15-2666 (JNE/FLN)
WARMING DEVICES PRODUCTS
LIABILITY LITIGATION

_____

This Document Relates To:                        **PLAINTIFFS' NOTICE OF MOTION**
*All Cases*                                      **TO EXCLUDE OPINIONS AND**
                                                 **TESTIMONY OF**
                                                 **JONATHAN BORAK, MD, DABT**

PLEASE TAKE NOTICE that the undersigned will bring Plaintiffs Motion to Exclude the Opinions and Testimony of Jonathan Borak, MD, DABT, Pursuant to Federal Rule of Evidence 702, for a hearing before the Honorable Judge Joan N. Ericksen of the above named court, on October 24, 2017, at 9:00 a.m. or as soon thereafter as counsel may be heard, and continuing through October 26, 2017, or such point at which the Court concludes the hearings.

This motion, based on Plaintiffs' Memorandum of Law in Support of Motion to Exclude Testimony of Jonathan Borak, MD, DABT; the Affidavit of Genevieve M. Zimmerman; the exhibits, files, and records herein; and argument to be presented at the hearing of this matter, seeks an Order of the Court Excluding the Opinions and Testimony of Jonathan Borak, MD, DABT.

Dated: September 12, 2017

CIRESI CONLIN L.L.P.

/s/Michael V. Ciresi_____
Michael V. Ciresi (MN #0016949)
Jan M. Conlin (MN #0192697)
Michael Sacchet (MN # 395817)
Ciresi Conlin LLP
225 S. 6th St., Suite 4600
Minneapolis, MN 55402
Phone: 612.361.8202
Email: MVC@CiresiConlin.com
        JMC@CiresiConlin.com
        MAS@ciresiconlin.com


MESHBESHER & SPENCE LTD.

/s/ Genevieve M. Zimmerman
Genevieve M. Zimmerman (MN #330292)
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
Email: gzimmerman@meshbesher.com


LEVIN PAPANTONIO, P.A.

/s/ Ben W. Gordon, Jr.
Ben W. Gordon (FL # 882836) – *Pro Hac Vice*
J. Michael Papantonio (FL # 335924)
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
Phone: (850) 435-7090
Fax: (850) 436-6090
Email: bgordon@levinlaw.com


*Plaintiffs Co-Lead Counsel*