UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To: All Actions | (PROPOSED) ORDER GRANTING PLAINTIFFS' MOTION TO EXCLUDE THE TESTIMONY OF JONATHAN B. BORAK UNDER FED. R. EVID. 702 |

Before the Court is Plaintiffs' Motion to Exclude the Testimony of Jonathan B. Borak, M.D. under Federal Rule of Evidence 702.

Based on the motions, papers, files, records, and hearing conducted in this matter, IT IS HEREBY ORDERED that Plaintiffs' motion is GRANTED. The testimony of Jonathan B. Borak, M.D. is hereby excluded.

Date: _____          BY THE COURT

                                 _____
                                 HON. JOAN N. ERICKSEN