UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re Bair Hugger Forced Air Warming
Products Liability Litigation

MDL No.  15-2666 (JNE/FLN)

This Document Relates to All Actions

## DECLARATION OF GENEVIEVE M. ZIMMERMAN

1. My name is Genevieve M. Zimmerman and I am a Partner with the Meshbesher & Spence Ltd. law firm.  I am a member of the Court appointed Co-Lead Counsel in the above entitled matter.

2. Attached hereto as Exhibit A is a true and correct copy of Thomas Kuehn's Expert Report.

3. Attached hereto as Exhibit B is a true and correct copy of Michael Buck's Report.

4. Attached hereto as Exhibit C is a true and correct copy of Dr. Yadin David's Report.

5. Attached hereto as Exhibit D is a true and correct copy of Dr. Said Elghobashi's Expert Report.

6. Attached hereto as Exhibit E is a true and correct copy of Dan Koenigshofer's Report.

7. Attached hereto as Exhibit F is a true and correct copy of Dr. William Jarvis' Report.

8. Attached hereto as Exhibit G is a true and correct copy of a true and correct copy of Dr. Michael Stonnington's Report.

9. Attached hereto as Exhibit H is a true and correct copy of portions of Thomas Kuehn's deposition, taken in Minneapolis, MN on July 10, 2017.


Dated:  September 12, 2017        /s/ Genevieve M. Zimmerman

Genevieve M. Zimmerman (MN#330292)
MESHBESHER & SPENCE, LTD.
1616 Park Avenue
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
Email: gzimmerman@meshbesher.com

**Plaintiffs Co-Lead Counsel**