# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To: All Actions | **(PROPOSED) ORDER GRANTING PLAINTIFFS' MOTION TO EXCLUDE TESTIMONY AND OPINIONS OF THOMAS KUEHN, PH.D.** |

Before the Court is Plaintiffs' Motion to Exclude the Testimony and Opinions of Thomas Kuehn, Ph.D.

Based on the motions and supporting papers, files, records, and hearing conducted in this matter,

IT IS HEREBY ORDERED that Plaintiffs' motion is GRANTED. The testimony and opinions of Thomas Kuehn, Ph.D. is hereby excluded.

Date: _____

BY THE COURT

_____
HON. JOAN N. ERICKSEN