UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To: All Actions | DEFENDANTS' MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF PLAINTIFFS' ENGINEERING EXPERTS DANIEL KOENIGSHOFER, MICHAEL BUCK, SAID ELGHOBASHI, AND YADIN DAVID |

Defendants 3M Company and Arizant Healthcare Inc. respectfully move this Court for an Order excluding the opinions and testimony of Plaintiffs' engineering experts, Daniel Koenigshofer, Michael Buck, Said Elghobashi, and Yadin David. As set forth in the accompanying Memorandum, Mr. Koenigshofer, Mr. Buck, Mr. Elghobashi and Mr. David's opinions are not admissible under Fed. R. Evid. 702 and *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579, 591 (1993).

This Motion is based on the accompanying memorandum of law and declaration in support of the motion, as well as all the files, records and prior proceedings herein.

Dated: September 12, 2017

Respectfully submitted,

s/Peter J. Goss
Jerry W. Blackwell (MN #186867)
Benjamin W. Hulse (MN #0390952)
Mary S. Young (MN #0392781)
Peter J. Goss (MN #267910)
BLACKWELL BURKE P.A.
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415

Phone: (612) 343-3248
Fax: (612) 343-3205
Email: blackwell@blackwellburke.com
bhulse@blackwellburke.com
myoung@blackwellburke.com
pgoss@blackwellburke.com

Bridget M. Ahmann (MN #016611x)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Phone: (612) 766-7000
Fax: (612) 766-1600
Email: bridget.ahmann@faegrebd.com

**Counsel for Defendants 3M Company and Arizant Healthcare Inc.**