# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To: All Actions | **NOTICE OF HEARING ON DEFENDANTS' MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF PLAINTIFFS' ENGINEERING EXPERTS, DANIEL KOENIGSHOFER, MICHAEL BUCK, SAID ELGHOBSHI, AND YADIN DAVID** |

PLEASE TAKE NOTICE THAT on October 24-26, 2017 at 9 a.m., or as soon as the parties may be heard, before the Honorable Joan N. Ericksen, United States District Court, 12W U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, Defendants 3M Company and Arizant Healthcare, Inc. will respectfully move the Court for an order excluding the expert opinions and testimony of Plaintiffs' engineering experts, Daniel Koenigshofer Michael Buck, Said Elghobashi, and Yadin David.

2

|  |  |
|---|---|
| Dated: September 12, 2017 | Respectfully submitted,<br><br>*s/*Peter J. Goss<br>Jerry W. Blackwell (MN #186867)<br>Benjamin W. Hulse (MN #0390952)<br>Mary S. Young (MN #0392781)<br>Peter J. Goss (MN#267910)<br>BLACKWELL BURKE P.A.<br>431 South Seventh Street<br>Suite 2500<br>Minneapolis, MN 55415<br>Phone: (612) 343-3248<br>Fax: (612) 343-3205<br>Email: blackwell@blackwellburke.com<br>         bhulse@blackwellburke.com<br>         myoung@blackwellburke.com<br>         pgoss@blackwellburke.com<br><br>Bridget M. Ahmann (MN #016611x)<br>FAEGRE BAKER DANIELS LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402<br>Phone: (612) 766-7000<br>Email: bridget.ahmann@faegrebd.com<br><br>**Counsel for Defendants 3M Company and Arizant Healthcare Inc.** |

103479952\V-1