# EXHIBIT A

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

1

1              UNITED STATES DISTRICT COURT

2                  DISTRICT OF MINNESOTA

3    - - - - - - - - - - - - - - - - - - - -

4    In Re:

5    Bair Hugger Forced Air Warming

6    Products Liability Litigation

7

8    This Document Relates To:

9    All Actions          MDL No. 15-2666 (JNE/FLM)

10   - - - - - - - - - - - - - - - - - - - -

11

12

13              DEPOSITION OF MICHAEL A. MONT

14                 VOLUME I, PAGES 1 - 369

15                    JULY 28, 2017

16

17

18          (The following is the deposition of MICHAEL

19   A. MONT, taken pursuant to Notice of Taking

20   Deposition, via videotape, at the offices of Weisman,

21   Kennedy & Beris, 101 West Prospect, Cleveland, Ohio,

22   commencing at approximately 9:14 o'clock a.m., July

23   28, 2017.)

24

25

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

2

1   APPEARANCES:

2       On Behalf of the Plaintiffs:

3           Ben W. Gordon, Jr.
            LEVIN, PAPANTONIO, THOMAS, MITCHELL,
4           RAFFERTY & PROCTOR, P.A.
            316 South Baylen Street, Suite 600
5           Pensacola, Florida   32502-5996

6           Gabriel Assaad
            KENNEDY HODGES
7           4409 Montrose Boulevard, Suite 200
            Houston, Texas   77006
8
            Christopher L. Coffin
9           PENDLEY BAUDIN & COFFIN
            1515 Poydras Street, Suite 1400
10          New Orleans, Louisiana   70112

11      On Behalf of Defendants:

12          Corey L. Gordon, Peter J. Goss and Micah
            Hines
13          BLACKWELL BURKE P.A.
            431 South Seventh Street, Suite 2500
14          Minneapolis, Minnesota   55415

15   ALSO APPEARING:

16          Ryan M. Stirewalt, Videotechician

17

18

19

20

21

22

23

24

25

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

3

1                      I N D E X

2    EXHIBITS              DESCRIPTION         PAGE MARKED

3    Ex   1    Subpoena                            9

4         2    Handwritten notes, one page        11

5         3    Handwritten reference list          13

6         4    Mont curriculum vitae               15

7         5    Mont expert report                  16

8         6    Invoices                            57

9         7    Invoices                            57

10        8    Exhibit A to expert report          69

11        9    Mont listing of depositions and

12             trials                              69

13       10    Slide, Sources of Heat in Operating

14             Room                                69

15       11    Article, HEPA Filters Do Not

16             Affect Infection Rates following

17             Primary Total Joint Arthroplasty

18             with Forced Air Warmers, by

19             Curtis, et al                       69

20       12    Group of slides                     69

21       13    Slide, Common Sources of

22             Bacteria in Operating Room          69

23   WITNESS              EXAMINATION BY        PAGE

24   Michael A. Mont      Mr. B. Gordon            4

25                        Mr. Assaad             220

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

4

1                    P R O C E E D I N G S

2              (Witness sworn.)

3              MR. B. GORDON:  Do you want to make

4    appearances for the record?

5              Ben Gordon, Ben Gordon for the plaintiffs.

6              You guys want to put your appearance on the

7    record?

8              MR. ASSAAD:  Gabe Assaad for the plaintiffs.

9              MR. COFFIN:  Chris Coffin for the

10   plaintiffs.

11             MR. C. GORDON:  Corey Gordon for the

12   defendant.

13             MR. GOSS:  Peter Goss for the defendant.

14             MS. HINES:  Micah Hines or the defendant.

15                    MICHAEL A. MONT

16             called as a witness, being first duly sworn,

17             was examined and testified as follows:

18                    ADVERSE EXAMINATION

19   BY MR. B. GORDON:

20        Q.   Good morning, Dr. Mont.  My name is Ben

21   Gordon and we met a few minutes ago; did we not?

22        A.   Yes, we did.

23        Q.   You've had your deposition taken before I

24   understand; right?

25        A.   I have.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

105

1  speaking objection.  You got onto me about it.

2      Q.    So doctor, I'm going to repeat the question.

3  I don't think it's argumentative.

4      A.    Okay.

5      Q.    The question is whether, in your report, you

6  listed a number of different operating room devices

7  that you believe are things that have to be looked at

8  with respect to potential contamination of the

9  operating room environment.  Isn't that what you said

10  on page four?

11      A.    It -- I used a --

12            Yeah.  You're using the term "devices."

13  Some of these things are -- I don't know what the

14  definition that you have of "devices" -- some of them

15  are blades, --

16      Q.    Well doctor, you said --

17      A.    -- tips -- suction tips.  I mean they can

18  all be considered devices.  Some of them are operating

19  room traffic.  I just -- I just listed a melange of

20  things in the orthopedic theater that are used that

21  are exogenous sources of -- potential exogenous

22  sources of contamination in the operating room theater

23  and --

24            But I'm happy to answer any question you're

25  asking.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

106

1      Q.   Let me read your -- let me read your

2   sentence exactly, doctor, so it's clear for the jury.

3   And I want you to listen for me here and ask you where

4   you limit this to orthopedic cases.

5           Top of page four, quote, "The operating room

6   environment has a multitude of sources of potential

7   contamination.  This should be minimized, as much as

8   possible, by not prolonging surgeries unnecessarily to

9   minimize further skin or wound contamination,

10  minimizing operating room traffic, and being careful

11  about contamination of necessary equipment, e.g.

12  suction tips, blades, saws, light handles, et cetera."

13          Anywhere in those two sentences did you

14  limit your concern about the operating room and

15  potential contamination to just orthopedic cases?

16          MR. C. GORDON:  Object to the form of the

17  question, --

18      A.   I -- I --

19          MR. C. GORDON:  -- it mischaracterizes --

20  wait, wait, wait -- mischaracterizes the -- the -- the

21  evidence, takes it out of context.  And the entire

22  section is about periprosthetic joint infections.

23          MR. B. GORDON:  Object to counsel's side-bar

24  and testifying for the witness.

25      A.   I -- I would have answered it without his

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

107

1   prompting in two manners.  I would have said that

2   the -- what we said, the bold part of this topic is

3   periprosthetic joint infections, so what I'm saying in

4   here primarily applies to -- to joint arthroplasty

5   surgeries, which is the major topic of this whole

6   case, which is what we're talking about.  That would

7   have been my first answer.  But the second part is

8   when you were reading it carefully to me, I was

9   listening and reading it again carefully.  Would I

10  agree with almost all of those statements being

11  correct in a generic sense for the operating room?  I

12  didn't write it in that -- I -- I was writing this

13  more for orthopedics and for joint arthro --

14  arthroplasty when I wrote that.  I know how I was

15  thinking because I was just imagining myself doing a

16  joint arthroplasty case, and that's how I wrote it.  I

17  didn't write this from a book.

18          You're asking for references sometimes.

19  Some of these -- some of these statements here in

20  this -- even in this whole section, they're not

21  referenced because it's from my knowledge.  I believe

22  a lot of it is common knowledge like what I put in

23  there.  But if I read that, unless we nitpick this on

24  something else, I think that statement also applies in

25  general to any surgery.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

108

1    Q.   Doctor, you would agree -- and I think you

2    did earlier -- with the proposition that patient

3    warming devices are potential external sources of

4    contamination in the operating room; --

5         MR. C. GORDON:  Object to the form --

6    Q.   -- correct?

7         MR. C. GORDON:  Object to the form of the

8    question.

9    Q.   In orthopedic cases.

10   A.   No, I don't agree with that.

11   Q.   So you don't agree that patient warming

12   devices are among the pieces of equipment in the

13   operating room, like this litany of others you list,

14   that could be sources of contamination in orthopedic

15   surgery cases?

16   A.   Well you want to go one by one?  What are we

17   defining as patient warming devices?  If you bring --

18   if you bring a little hot -- if you bring a little IV

19   fluid that's a little warm and you call that a patient

20   warming device -- which it shouldn't be, it shouldn't

21   be used for that purpose -- and the thing is

22   contaminated, it could cause bacteria.  Is that

23   what --

24        I mean I don't understand what the question

25   is.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

122

1           I can't say no.  Other orthopedists may talk

2      about what you're talking about, but I haven't

3      witnessed the thousands and thousands of orthopedic

4      surgeons that I encounter talking about that.

5           Q.   You mentioned that the Mistral has a HEPA

6      filter whereas the Bair Hugger does not; correct?

7           A.   Correct.

8           Q.   And that's a higher level of filtration, the

9      HEPA filter, than the MERV 14 filter or the M20

10     filter, or however you want to describe it, that is in

11     the Bair Hugger; isn't that right?

12          A.   I don't know how you're defining "higher

13     level."  You -- you're defining it filters a certain

14     amount -- it --

15           It does have a higher filtration efficiency

16     for certain size particles, if that's how you are

17     defining "higher level."

18          Q.   Are you an expert on filtration efficiency,

19     doctor?

20          A.   No, I'm not an expert on filtration

21     efficiency.

22          Q.   You're not an engineer; right?

23          A.   I am not an engineer.

24          Q.   Have you ever designed a patient warming

25     system of any kind?

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

188

1    Q.   Okay.  You talk in your report about the

2   Bair Hugger and describe it as being far away from the

3   patient or far away from the sterile field.  Do you

4   recall that?

5    A.   Yes.

6    Q.   How far away is the exhaust of the Bair

7   Hugger from the patient typically in your operating

8   room?

9        MR. C. GORDON:  Object to the form of the

10  question.

11   Q.   And when I say that, in the past, obviously.

12       MR. C. GORDON:  Same objection.

13   A.   I can't give you an exact number, but

14  it's -- I would say it's in feet, --

15   Q.   And --

16   A.   -- two feet or more.

17   Q.   Is it your testimony before this jury today

18  that a device that is -- that is within feet of the

19  patient, it's okay with you as the orthopedic surgeon

20  doing those ultraclean prosthetic joint surgeries to

21  have a machine that has known contamination in the

22  machine in that context?  Is that acceptable to you as

23  a surgeon?

24       MR. C. GORDON:  Object to the form of the

25  question.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

189

1        A.    I have machines that are within inches that

2    have known contamination, and we have to deal with

3    that.  So this is well further away and draped off.

4    It's so far removed compared to a number of other

5    things that are within inches --

6        Q.    And you're concerned about --

7        A.    -- or -- or less in the field.

8        Q.    Sorry.

9        A.    I'm always concerned about everything, but

10   not --

11       Q.    Not the Bair Hugger.

12       A.    It's so -- it's far removed and it's --

13   it's --

14            If I put on my list of concerns, if we say

15   that anything is game, if we want to do it that way,

16   then I -- I can probably make a list for you and put

17   it as number 27 out of 28.

18       Q.    Okay.  So -- so it's on the list, it's just

19   way down the list.

20       A.    I wouldn't even put it on the list.

21       Q.    Well you didn't in your report; did you?

22       A.    I don't think it's operative.

23       Q.    You put a litany of things on --

24       A.    Some things, I think that if you -- I think

25   that if you -- if you go into Burger King and you have

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

202

1    happened over the weekend where there was like a

2    damage to a wall, and they shut down the whole OR, one

3    of our orthopedists.  So they are to me obsessively

4    compulsive about the details of what you just asked

5    about everything.  I've seen that with them.  So there

6    are people doing that.  I'm just not involved in that.

7         Q.   Have you ever opera -- I'm sorry -- designed

8    an operating room manual for oper -- let me --

9              MR. B. GORDON:  That's bad, Dick.  Let me

10   start over.

11        Q.   Have you ever designed an operating room?

12        A.   The closest I could say to designing an OR

13   is when I would do surgery on animals in the '90s and

14   we had to figure out which room we were going to use

15   to operate on rabbits or dogs and say, "Is this

16   ideal?"  And I'd get an anesthesiologist and my vet

17   and we'd sit there and we'd look at different rooms

18   and say where do we think it's best.  So maybe that's

19   a facetious answer, but the answer is no --

20        Q.   So would you --

21        A.   -- in a general sense.

22        Q.   Thank you, doctor.

23             Based on that answer, would you defer to

24   experts on operating room design about the ventilation

25   systems used in those operating rooms?

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

203

1      A.   Absolutely.

2      Q.   Okay.  Fair enough.

3           You're not a member of ASHRAE.  You know

4    what ASHRAE is?

5      A.   I -- I don't --

6           I can't give you give you the whole eponym,

7    but yes --

8      Q.   And --

9      A.   -- that determines the standards for --

10     Q.   -- NIOSH is another one.

11     A.   I don't even know that one.  I'm just --

12     Q.   Okay.  What about the American Institute of

13   Architects who help design hospitals, you -- you a

14   member of that?

15     A.   No, I'm not a member of that.

16     Q.   All right.  Let me ask you if you -- if you

17   agree or disagree with this statement.  I'm going to

18   give you two statements.  Number one:  "Infection

19   control is critical in ORs."  Agree or disagree?

20     A.   Have to hundred percent agree.

21     Q.   Number two:  "Studies have demonstrated that

22   most of the causes of wound contamination in the OR

23   are the result of the patient's skin flora and

24   bacteria shed on airborne particles from the OR

25   personnel."  Agree or disagree?

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

219

1   clear.

2       A.   Well my own patient is two out of 10, --

3       Q.   Okay.  Two out of 10.

4       A.   -- Carter and Cherrak.

5       Q.   Okay.  Doctor, you're not an infectious

6   disease doctor; are you?

7       A.   No.

8       Q.   You don't hold yourself out as an expert in

9   microbiology or infectious disease?

10      A.   I don't hold --

11           I hold myself to the extent, as an

12  orthopedic surgeon, I have to deal with infections and

13  have published a lot on infected hip and knee

14  replacements, which are relevant to the case, to that

15  extent I'm to some extent an expert.  As a -- as a

16  pure infectious disease person, microbiologist, no,

17  I'm not an expert.

18           MR. B. GORDON:  Fair enough.  Thank you,

19  doctor.  We can take lunch.

20           THE REPORTER:  Off the record, please.

21           (Luncheon recess taken.)

22

23

24

25

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

235

1          MR. ASSAAD:  Okay.

2          MR. C. GORDON:  -- as eight.

3          MR. ASSAAD:  Withdraw the question.

4     Q.    You've studied periprosthetic joint

5  infections; correct?

6     A.    Yes.

7     Q.    You've actually done studies and have

8  published on the issue; correct?

9     A.    Yes.

10    Q.    And you --

11         And sitting here today, you can't cite a

12  study without looking at Exhibit A, off the top of

13  your head, of any study that shows that normothermia

14  reduces the risk of periprosthetic joint infection.

15         If you can't, you can't, sir.

16    A.    For a real answer, there are some things

17  that if it's already been confirmed in other

18  specialties, it would be unconscionable -- by all

19  three definitions of the word -- to actually do a

20  study would be unethical, unconscionable.  You

21  couldn't get patients to do a study like that.  And

22  because of all the problems that not maintaining

23  normothermia would ensue, there wouldn't be a study

24  like that.  In addition, we know that the lack of

25  normothermia will lead to hematomas and bleeding

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

238

1  So --

2        MR. C. GORDON:  Okay.  You know, Gabe, I

3  just want to point out, in that question you asked

4  "literature that supports."  He was giving you a --

5  a -- a fairly detailed explanation of the literature

6  that supports normothermia's relationship to

7  periprosthetic joint infection.  You may not like it,

8  you may not think it's responsive, that's fine, --

9        MR. ASSAAD:  I want --

10        MR. C. GORDON:  -- just let him finish.

11     Q.   So -- so I want the name of the literature.

12     A.   So I'm -- I'm not going to -- to --

13        My answer is normothermia promotes

14  tremendous health benefits to the patients that have

15  been studied outside of orthopedics.  I would have to

16  look specifically in ortho and see the -- indirectly

17  how it's shown that, but it wouldn't be something

18  studied because of what -- that specific topic because

19  we know that normothermia promotes so many other

20  beneficial effects.  And in fact you asked me for a

21  study and you didn't -- and I don't have to even tell

22  you what I mean by "a study," so I know that published

23  literature is considered studies by many people, so

24  that consensus statement by -- by Parvizi would count,

25  so would the CDC recommendation to reduce

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

239

1   infections -- periprosthetic infections by maintaining

2   normothermia, that would count.  And for all the

3   benefits of normothermia, I don't like a -- an answer

4   that would be taken out of context, so I will maintain

5   that answer.

6       Q.   Do you have an understanding of whether or

7   not using forced-air warming has an effect on

8   hypothermia during the first hour of surgery?

9       A.   I can't give you every detail of it.  I

10  would expect that FAW can help --

11           I'm trying to think of different studies

12  that looked at timing of forced-air warming.  But

13  again, that's not what I was called to be the expert.

14  There are other experts on the device.

15      Q.   And -- and I agree to that.  And you --

16           So you would agree that you are not an

17  expert with respect to maintaining normothermia and

18  its effect on -- all its effects on surgical outcomes.

19      A.   There are articles I've written that show

20  that the FAW was very eff -- extremely effective at

21  maintaining normothermia.  There are a number of

22  published reports; they are part of that exhibit

23  that's in there.  And it's been recommended by

24  association of the nurses.  A lot has been written

25  about it.  So -- and -- and there are a number of

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

242

1      Q.    Turning to page five of your deposition

2   dealing with the paragraph that starts "The impact of

3   ventilation" --

4            MR. GOSS:  His report?

5            MR. ASSAAD:  I'm sorry.  Correct, your

6   report, Exhibit 5.  Page five Exhibit 5.  Thank you,

7   Corey.

8      Q.    You don't hold yourself out as a ventilation

9   expert; correct?

10     A.    I am not a ventilation expert.  I know of

11  ventilation to some extent, but --

12     Q.    Okay.  You wouldn't know how an operating

13  room ventilation works and maintains positive pressure

14  and the types of filtration used.

15     A.    I would know that --

16            For example, at this consensus conference I

17  was asked questions about the -- the success rate of

18  laminar flow versus ultraviolet versus turbulent

19  versus -- what was the other one -- versus something

20  else.  I had to actually give a few statements, so --

21     Q.    Did you say ultraviolet?  You meant ultra --

22  ultraclean?

23     A.    UV radiation.

24     Q.    Okay.

25     A.    Okay.  So I had to prepare little statements

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

243

1    on the literature at the time.  Now that doesn't make

2    me an expert, it just makes me looking at results of

3    like New Zealand Registry about laminar flow and

4    cup -- and I also had to look up space suits, so --

5    which were related, combination of laminar flow with

6    space suits and the risk of periprosthetic infection

7    for -- I did a little bit of that work for the

8    consensus conference.

9         Q.   Do you know what a Reynolds number is?

10        A.   A what?

11        Q.   A Reynolds number.

12        A.   I've heard of a Reynolds number, but no, I'm

13   not --

14        Q.   Do you know what the Navier-Stokes equations

15   are?

16        A.   No, I don't.

17        Q.   Do you know -- do you know what the

18   Archimedes number is?

19        A.   I know who Archimedes is, but I don't know

20   what the Archimedes --

21        Q.   Do you know --

22        A.   -- number is.

23        Q.   Do you know the difference between a lam --

24   what the Reynolds number would indicate, to know the

25   difference between what's a laminar flow and a

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

244

1 turbulent flow?

2     A.   These are the parts that I'm not an expert

3 on, and that's why you see that certain -- certain --

4        I don't spend that much time on that part.

5 That's not -- I'm not --

6        On the part of what you're asking me is

7 infection rates with laminar flow versus turbulent

8 flow, but not knowing how many cycles of -- of --

9 are -- are -- of air are coming per minute or at a

10 certain point, what is disrupting the -- the turbulent

11 flow or the laminar flow, what -- what's the effect of

12 people going into the flow rate and things like that,

13 that is not my expertise, which is I -- what I think

14 you're asking.

15     Q.   So sitting here today, would you agree with

16 me that you don't have the expertise to indicate if

17 any medical device that blows air, its effect on the

18 airflow in an operating room?

19        MR. C. GORDON: Object to the form of the

20 question, misstates his testimony.

21     A.   I think I have been aware when something is

22 blowing air in my face in the OR or things like that

23 on a gross level, and on -- and on a micro level or

24 a --

25        I have read these articles that are

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

247

1  people said.  "We don't want the door opened or shut.

2  We want no air currents from opening or shutting the

3  door, and we don't want people walking around and

4  throwing more currents."  And that was stated by

5  our -- our infectious disease experts --

6      Q.   So --

7      A.   -- in those periods of time when we wanted

8  to reduce infections.

9      Q.   So you're relying on what the infection

10  disease experts told you in Baltimore in your opinion.

11      A.   That, and reading articles, --

12      Q.   What --

13      A.   -- speaking to people, expert -- expert, and

14  I think there's also some of -- some statements by the

15  CDC.  As well as this consensus statement mentions

16  that, reducing that.

17      Q.   But you have no education with respect to --

18          You're not an engineer; correct?

19      A.   I already answered that question.  I am not

20  an engineer.

21      Q.   Okay.  And you -- and you have not done

22  any --

23          You have no education with respect to how

24  objects that move affect airflow; correct?

25      A.   What do you mean I have no education?

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

248

1      Q.   Well what --

2      A.   Formal education?  Scientific?  I didn't

3  write a --

4      Q.   Do you take -- do you take --

5           Did you ever take a class on fluid dynamics?

6      A.   No, I did not.

7      Q.   Did you ever have a class on heat transfer?

8      A.   No.

9      Q.   Okay.  I mean air -- air -- the -- you

10  have --

11          You have no expertise to indicate whether or

12  not someone moving in the operating room will affect

13  the unidirectional or downward airflow of a

14  ventilation system; do you, sir?

15     A.   I -- I can read an article and see --

16          When the article that says a person moving

17  into the room, their head moving this way or that

18  affects laminar flow and causes laminar flow currents

19  to become disrupted or can affect that, I'm -- I may

20  not have an engineering degree, but I'm able to read

21  certain articles, discuss different things with

22  different people and, in my idea, form an opinion.

23  That doesn't mean I have to know Reynolds numbers or

24  be an engineer to be able to form an opinion.

25          Anyone, even if you are an engineer, these

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

249

1  are opinions, but I think that some of this makes

2  sense.

3      Q.   So --

4      A.   It's a logic thing.  Some of these things

5  you do want to have an engineering degree to

6  understand and calibrate ORs the correct way, I agree

7  with you on that, but some of them --

8           Clearly, if you have people running around

9  the OR and creating -- and waving their hands, that's

10  not optimal for surgery.

11           That would be an exaggeration.

12      Q.   What's the velocity of air that's created by

13  waving your hand?

14      A.   I can't give you an exact number right this

15  moment.

16      Q.   So my understanding is if I read an

17  orthopedic article, that makes me an expert in that

18  area of orthopedics --

19           MR. C. GORDON:  Object to the form of the

20  question.

21      Q.   -- by just reading the article?

22           MR. C. GORDON:  Object to the form of the

23  question.

24      A.   I never said that.

25           MR. C. GORDON:  Also lack of foundation.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

250

1      Q.   Huh?

2      A.   I never said that.

3      Q.   Well, you're relying on articles you've

4  read, correct, even though they're outside your

5  expertise?

6      A.   I'm -- I'm allowed to have an opinion about

7  many topics that are outside my expertise.  As an

8  orthopedic surgeon, as I said earlier, I can't

9  divorce -- even though I'm not an infectious disease

10 expert or microbiologist, I can't divorce myself from

11 knowledge in taking care of the patients that have

12 infections and working with the microbiologists,

13 infections from the surgeons' points of view, and

14 it -- you work as teams, but it is important for me to

15 have a working knowledge of a lot more topics than are

16 in my exact field of expertise past just general

17 orthopedics or joint -- joint reconstruction about

18 orthopedics.  That would be my answer.

19     Q.   Okay.  On number eight you type -- you --

20 you say, "Many pieces of equipment in the OR generate

21 air currents, including those that have cooling fans."

22          What devices are you referring to?

23          MR. C. GORDON:  Where is that?

24          MR. ASSAAD:  Number eight.

25          MR. C. GORDON:  Oh.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

251

1      A.    There -- there's a device where -- that

2  irrigates wounds.  We have a flow tube that goes into

3  the wound that has a cooling fan on it.

4      Q.    Is the cooling fan directed onto the

5  surgical site?

6      A.    No.

7      Q.    Okay.

8      A.    No.  It's away from.  But it has --

9      Q.    And what's the CFM of that cooling fan, do

10  you know?

11      A.    I wouldn't know that.

12      Q.    Okay.  What other device?

13      A.    I mean I can find any of these things out

14  for you, but that's not to me relevant to knowing

15  that.  Maybe you find it was.

16      Q.    Okay.  What other device, sir?

17          Monitors?

18      A.    Well those are further -- I'm not going to

19  even think about those.  But further away from the

20  field are anesthesia machines, at least one or two,

21  and they're going to have cooling fans that would

22  be -- you'd want to maintain the temperature.

23      Q.    Any evidence that indicates that the cooling

24  fans of an anesthesia machine has caused a

25  surgical-site infection or periprosthetic joint

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

252

1   infection?

2       A.   Not to my knowledge.

3       Q.   Okay.  What else, sir?

4       A.   Irrigation device, cautery.

5            I don't know if the electrocautery machine

6   has something in it that has -- it's a piece of

7   machinery, it can't get overheated.  I --

8            Has some mechanism for maintaining cooling

9   in the machine itself because it's plugged in.  I

10  don't --

11      Q.   Are you speculating or --

12      A.   I don't know if it's a fan or not.

13      Q.   -- you -- or are you -- are you --

14           Do you say that to a reasonable degree of

15  probability, that you are certain that the

16  electrocautery device has some sort of cooling

17  mechanism?

18      A.   I'm speculating --

19      Q.   Okay.

20      A.   -- there, but I would believe that's the

21  case.

22      Q.   Well let's not speculate.  And I think

23  counsel will agree with me that you're not here to

24  guess or speculate.  If you don't know the answer --

25      A.   All right.  I'll -- I'm going to think about

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

261

1           Okay.

2       Q.  Do you have an opinion -- strike that.  What

3  is the -- the --

4           With respect to all people in the operating

5  room, which is pretty much items one through five, do

6  you know what volumetric flow is created when a person

7  walks?

8       A.  No.

9       Q.  Okay.

10      A.  I can --

11          Happy to look that up for you if you really

12 want me to know that.

13      Q.  Do you know whether or not that volumetric

14 flow would have an effect on the ventilation airflow

15 over the surgical site?

16      A.  I would --

17          Based on what I've read and what I would

18 think, it could have an effect.

19      Q.  Okay.  How much -- how much airflow,

20 volumetric airflow would be required to disrupt the

21 unidirectional airflow in an operating room over the

22 surgical site?

23      A.  Of which type of ventilation?

24      Q.  A unidirectional airflow coming down at

25 about --

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

262

1        A.    Turbulent airflow or laminar or -- or

2   what -- what --

3             I mean they're all different.  Some of them

4   are horizontal laminar, some of them are vertical

5   laminar.

6        Q.    Unidirectional vertical laminar -- or

7   unidirectional flow.  Well strike that.

8             Do you believe that there are any operating

9   rooms that have laminar flow?

10       A.    Do I believe what?

11       Q.    Is there any operating room that actually

12  has laminar flow?

13       A.    I don't know what your question is, but

14  there are -- there are many operating rooms that feel

15  they use laminar flow, yes.

16       Q.    All right.  What about in the United States?

17       A.    Yes.

18       Q.    Do you use laminar flow?

19       A.    No.

20       Q.    Do you use unidirectional flow?

21       A.    I don't know your def -- definition of it.

22       Q.    Okay.

23       A.    We don't call it that.

24       Q.    Okay.  Well for downward unidirectional

25  flow, turbulent if you want to define it, do you know

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

263

1   what volumetric flow is required --

2              (Mr. C. Gordon sneezes.)

3       Q.   -- to disrupt --

4              THE WITNESS:  Gesundheit.

5       Q.   -- to disrupt the protective effect of the

6   unidirectional airflow in an operating room?

7       A.   No.

8       Q.   Okay.  Would number seven, "Moving of lights

9   and other equipment directly creates waves or currents

10  by individual (surgeon or team), as well as the

11  specific object moving," do you know what volumetric

12  airflow is created when you move lights?

13      A.   No.

14      Q.   Okay.

15      A.   I'd be happy to find out if you really think

16  that's important.

17      Q.   Do you know how --

18              Do you know what the volumetric flow rate

19  coming out of a Bair Hugger?

20      A.   I don't want to say the wrong number, so the

21  answer is no.

22      Q.   Okay.  Do you know what -- how much heat is

23  produced by a Bair Hugger?

24      A.   I have numbers in my head of what was said

25  in articles.

264

1      Q.    Okay.  What's the number?

2      A.    Some number like 800 milliwatts.

3      Q.    Eight hundred milliwatts?

4      A.    Milli, but the unit may be wrong.

5      Q.    Okay.

6      A.    But I know that in relation to what is

7   generated in a ratio per -- per person on the

8   operating room team.

9      Q.    How -- how many milliwatts does a person

10  create?

11     A.    On the same ratio, if the number without the

12  units is 800, then a person is a -- is a bit over 200.

13     Q.    Okay.

14     A.    And these -- okay.

15     Q.    And have you actually looked at the

16  operating manual or the -- of a Bair Hugger?

17     A.    At some point, yes, but not very -- not in

18  any specifics that I would comment on.

19     Q.    I mean it's not listed on any of the stuff

20  you considered; correct?

21     A.    No.

22     Q.    Correct?

23     A.    That's not my field.  That's not my -- as

24  you would say, that's not my area of expertise.  And

25  other people can comment on that.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

271

1    burn your finger.

2         Q.   And you agree with me that the heat that is

3    being produced by the saw blade is above the operating

4    room table.

5         A.   It's above --

6              It's in the patient's wound, so anything in

7    the patient's wound is above the table.

8         Q.   Okay.  And do you know how much heat the

9    batteries that power the saw blades create?

10        A.   I don't know the exact number.  We --

11        Q.   And you -- you --

12        A.   We can get that, but there is certainly

13   heat.

14        Q.   And you --

15        A.   The whole -- the whole --

16             Not only the battery and the saw blade, but

17   the whole instrument can get, as you're using it more

18   time and it's turned on, the whole thing can get

19   really hot.

20        Q.   And that -- that heat is generated above the

21   operating room table; correct?

22        A.   Correct.

23        Q.   Okay.  And the battery pack that -- that --

24   that use the space -- that are on the spacesuits,

25   they're right behind the head of the -- the surgeons,

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

272

1   the people that use them; correct?

2       A.   They're behind the head, or they can be

3   hanging down on the shoulder --

4       Q.   Okay.

5       A.   -- across the lower black.

6       Q.   But they're also above the operating room

7   table; correct?

8       A.   Yes.

9       Q.   Okay.  Do you know how much heat they

10  produce?

11      A.   No.

12      Q.   Okay.  The general overhead lights in an

13  operating room, you agree that the heat they -- they

14  produce is above the operating room table; correct?

15      A.   Yes.

16      Q.   Do you know how much heat they produce?

17      A.   Often a watt, but I can't tell you how much.

18      Q.   Okay.  The focused overhead lights directly

19  at field, those are above the operating room table;

20  correct?

21      A.   Yes.

22      Q.   And the heat they produce is above the

23  operating room table; correct?

24      A.   Yes.

25      Q.   And do you know how much heat they produce?

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

273

1      A.   No.

2      Q.   Okay.  The ancillary hooded lights that many

3  surgeons wear and the light generating unit,

4  that's -- that's -- that's above the operating room

5  table; correct?

6      A.   Yes.

7      Q.   Do you know how much heat they produce?

8      A.   No.

9      Q.   Okay.  Do you know how much heat a patient

10  produces?

11      A.   I should know and I did know at one point,

12  but I don't know exactly.

13      Q.   Okay.

14      A.   I'm -- I'm sure that's variable depending on

15  the -- the patient.

16      Q.   And you told me before with respect to the

17  surgeons and the people that are moving around, that's

18  roughly about 200?

19      A.   To the best of my knowledge.

20      Q.   Okay.

21      A.   I will --

22      Q.   All right.

23      A.   I will recheck that.

24      Q.   The machine to process fluid -- irrigation

25  fluids, vacuum canisters and more substantial

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

274

1  canisters used nowadays that generate much heat, do

2  you know how much heat they produce?

3      A.   I don't know the exact number.

4      Q.   Okay.  Do you know whether or not they

5  produce heat underneath the operating room table?

6      A.   Well they are on the floor, so if you want

7  to say under or pretty close to the bottom of the

8  operating --

9          They start from the floor, they're --

10  they're sitting on the floor and they go upwards, so

11  they're -- so that would be the closest of all these

12  answers to being on the floor or below the operating

13  room table, those -- that.

14      Q.   Well you -- you -- you mentioned that you

15  read -- on your invoice you saw the report of --

16          Did you receive a copy of -- oh, here it

17  is -- Settles paper?  You read the Settles paper;

18  correct?

19      A.   Very briefly I did.

20      Q.   Fifteen minutes; right?

21      A.   Yes.

22      Q.   Were you aware that he measured that the

23  temperature increased underneath the operating room

24  table when the Bair Hugger was used?

25      A.   I'd have to look at this report with you.  I

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

275

1  wasn't -- I don't remember being -- I don't --

2      Q.   By the way, when did you get the expert

3  reports of Settles, Abraham, Lampotang, Hughes,

4  Holford, the defense experts?

5      A.   You want the exact date?

6      Q.   Was it -- was it this month?

7      A.   No.  It was in June.

8      Q.   Okay.

9      A.   Somewhere like June 10th.  So I -- I read

10  these about a month ago, that's why I can't give you

11  an exact answer.

12     Q.   Number nine --

13     A.   On the Settles paper, which I had read, 15

14  minutes was carefully enough for me to read that

15  paper.

16     Q.   By the way, do you feel any air come out of

17  the Bair Hugger when you use it?

18     A.   No.

19     Q.   What about the --

20     A.   Oh.  Do I feel it when I'm in the case or --

21     Q.   Yes.

22     A.   -- do I feel it right there?

23     Q.   When you're in the operating room.

24     A.   No.

25     Q.   Do you see air coming out of the neck, like

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

276

1    flapping around from the neck with a plastic sheet

2    cover?

3         A.   Not really.

4         Q.   Okay.  Have you noticed a change -- change

5    in temperature when the Bair Hugger is on?

6         A.   No.

7         Q.   Now number nine says, "Often other power

8    sources for special blades used in some surgeries

9    (more often revisions) for burring bone, cement, et

10   cetera - Anspach/Midas Rex devices generates a

11   tremendous amount of heat."

12        Do you agree with me the heat that these

13   devices produce are above the operating room table;

14   correct?

15        A.   Yes.  Some of the -- some of these are

16   plugged into a wall that could be like, say, on the --

17   there could be a wall outlet.  So, for example, the

18   Anspach device is plugged into a wall, but I don't

19   think that's generating that much heat.  It could be

20   creating currents --

21        Q.   Well the ones --

22        A.   -- as it's moved around.

23        Q.   Well the ones that generate a tremendous

24   amount of heat, those are above the operating room

25   table; correct?

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

277

1      A.    Well an Anspach device --

2            I would say yes, that's correct.

3      Q.    Okay.  And sitting here today, you don't

4  know the exact amount of heat that they produce;

5  correct?

6      A.    Correct.

7      Q.    Okay.  Standard elect -- electrocautery

8  devices, those produce heat above the operating room

9  table; correct?

10     A.    Correct.

11     Q.    And sitting here today, you don't know

12  what -- the amount of heat that they produce; correct?

13     A.    I know how many degrees that a -- in a

14  general sense that an electrocautery hits when it's

15  turned on.  It's like between three and five hundred

16  degrees Fahrenheit.  It's pretty --

17     Q.    But when you're asked about watts or BTUs --

18     A.    No, I don't -- I don't know that.

19     Q.    Okay.  And you don't know whether or not

20  that quick burst of heat affects the unidirectional

21  flow in an operating room; do you?

22     A.    No.

23     Q.    Okay.

24     A.    I'll defer that.

25     Q.    And -- and in fact you don't know --

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

278

1          I mean based on your education, training and

2   experience, you haven't studied the effects of heat on

3   unidirectional flow in an operating room; have you?

4          A.   The effects of heat on unidirectional flow.

5   No.

6          Q.   Okay.  Number 11, "Ancillary cautery

7   devices - Plasmablade, Aquamantis, Canady, and

8   others."  You agree with me that all those devices

9   produce heat above the operating room table; correct?

10         A.   Correct.

11         Q.   And sitting here today, you have no idea --

12         A.   I'm going to say that I haven't studied that

13  question about heat and everything like that, but I

14  have read these articles and I see what -- the

15  arguments that are made, so I -- I can still render

16  certain opinions.

17         Q.   Okay.  And I can read orthopedic articles

18  and render opinions as well in a court of law;

19  correct?

20         A.   Yes.

21         Q.   Okay.  Is that the standard --

22              MR. C. GORDON:  Object to the form --

23         Q.   -- that you're going by?

24              MR. C. GORDON:  Object to the form of the

25  question, --

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

279

1        A.    No.

2        Q.    Okay.

3              MR. C. GORDON:  -- lack of foundation.

4        Q.    Okay.  Let's talk about --

5              So you agree with me that under 11, you

6    don't know how much heat they produce; correct?

7        A.    Can I say -- I --

8              In terms of what goes on in an operating

9    room, I'm still the primary important person or the

10   primary person in charge, that I have to theoretically

11   be aware of not only my discipline but the

12   anesthesiologist, except certain things, but be aware

13   and understand other things.  So I don't have to be

14   the absolute expert on every single topic, but I still

15   can have an opinion about them and I -- and I think

16   that's very appropriate.

17             MR. ASSAAD:  Move to strike as non-

18   responsive to a non-existent question.

19        Q.    Number 11, you agree with me that the

20   devices under number 11 on page 11 of Exhibit 5, you

21   don't know how much heat those devices produce;

22   correct?

23        A.    I don't know exactly.

24        Q.    Okay.  Number 12, "Various ancillary devices

25   in the operating room by anesthesiologist, example,

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

280

1    defibrillator, computer, their monitor, their

2    anesthesia machine is a source of heat."

3              Sitting here today, you agree that none of

4    those devices produce heat underneath the operating

5    room table; correct?

6        A.    I wouldn't know that --

7        Q.    Okay.

8        A.    -- one way or the other.

9        Q.    And sitting here today, you don't know how

10   much heat those devices produce; correct?

11       A.    Correct.

12       Q.    Okay.  So don't you think it would be

13   important to know the exact amount of heat being

14   produced by these devices to offer an opinion as to

15   whether or not they have an effect, if any, greater or

16   less than the Bair Hugger device?

17       A.    So my answer is once I knew that the four

18   players that are involved in the surgery generate way

19   more heat than -- directly to the patient than a Bair

20   Hugger device, which is feet away, and that amount of

21   heat would be dissi -- dissipated by the inverse of

22   the distance, then to me all these other things were

23   just further additive events and I didn't feel that I

24   had to study and give you a -- a number for each of

25   these answers.  Nor do I feel that it -- it

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

281

1   necessarily matters whether it's below the table or

2   above the table.  I'm way more interested in heat

3   that's generated right to the wound, which is the

4   point of interest.

5            I certainly don't think that if I had spent

6   a bunch more hours and been able to give you much

7   better answers that would have been --

8            Well anyway, so that's why I felt that this

9   was appropriate.  These are the different devices that

10  generate heat.  I'd be happy to go and -- and read

11  back these questions and give exact numbers and give a

12  much better answer, but my basis of using that opinion

13  was that I already knew that direct heat involvement

14  and what a patient sees, which is what I'm worried

15  about is what's happening in that wound, in that knee

16  replacement or hip replacement, that is way more

17  important in what's hitting that patient than things

18  so far away.  And that --

19           MR. ASSAAD:  Move to strike as --  I'm

20  sorry.  Move to strike as non-responsive.

21      Q.   What methodology -- well strike that.

22           Does the location of where the heat is

23  produced, was that any part of your methodology in

24  formulating your opinions?

25      A.   I just told you it was.  It even says it

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

303

1    directly with the probability of surgical-site

2    infection?"

3              Consensus answer:  "We recognize the

4    probability of SSI correlates directly with the

5    quantity of bacteria that reach the wound.

6    Accordingly, we support strategies to lower

7    particulate and bacterial counts at surgical wounds."

8              Would you agree, disagree, or abstain?

9        A.   Well I just told you if -- it's -- what my

10   answer was.  You do want to reduce bacteria.  That's

11   what we -- that's what we're trying to do.

12       Q.   And lower --

13       A.   But your question was different than mine.

14       Q.   I'm reading directly from the concensus.

15       A.   No, no.  Now I --

16            Oh.  With that answer, I agree with that.

17       Q.   Okay.  So -- so you would say --

18       A.   Oh, oh, I definitely agree with that.

19       Q.   Okay.

20       A.   Not the first question, which was not

21   phrased that way.

22       Q.   And I'm reading directly from the concensus.

23       A.   Yeah, of course.

24       Q.   So you agree --

25       A.   I agree with that.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

319

1      Q.   Okay.  Are you -- are you aware that 93

2   percent agree with that statement?

3      A.   That's fine.

4      Q.   Okay.  And only five percent disagree.

5      A.   I don't think it's terribly bad.  I think

6   that's fine.

7      Q.   But you agree the 93 percent agreement

8   according to the consensus, that's a strong consensus.

9      A.   That's a very strong consensus.

10      Q.   Okay.  You agree with me that the majority

11   of PJIs, periprosthetic joint infections, are

12   initiated through the introduction of microorganisms

13   at the time of surgery.

14      A.   Yes.

15      Q.   Okay.

16      A.   Is that one of the --

17           Oh, never mind.

18      Q.   Why would you abstain, by the way, from --

19      A.   I'm -- I'm only abstaining right now because

20   I don't know the context of what was being discussed

21   since all those questions, they were part of group

22   discussions and meetings.

23      Q.   Okay.

24      A.   And as I said, that, you know, whether it

25   comes directly on the skin or from the air, I don't

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

321

1   I would --

2       Q.   And you would --

3       A.   -- I might agree with them the way it was

4   presented.

5       Q.   You would agree with me that after

6   disruption in the unidirectional flow, the instruments

7   and even the hands of the surgeon might be

8   contaminated; correct?

9       A.   Potentially.

10      Q.   Okay.  And you would also agree with me that

11  if the implant is uncovered, that any disruption in

12  the unidirectional airflow could cause the implant to

13  become con -- contaminated; correct?

14      A.   Correct.

15      Q.   Okay.  On page six --

16           MR. ASSAAD:  Doctor, I have about one hour

17  left, and I'd appreciate your attention --

18           THE WITNESS:  I'm sorry.

19           MR. ASSAAD:  -- to the deposition instead

20  of --

21           THE WITNESS:  Okay.

22           MR. ASSAAD:  -- being on your phone.

23      Q.   On page six of Exhibit 5, bottom of the

24  first paragraph, it says, "...turbulent air systems

25  are not sensitive to airflow disruption in the manner

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

324

1          I don't want you to look, but you, sitting

2    today, you -- I mean you can't cite the name of the

3    article sitting here right now this instant.

4          A.    No.

5          Q.    Okay.  Do you agree with me that you need

6    fewer CFUs to cause a periprosthetic joint infection

7    than a superficial wound infection?  Correct?

8          A.    Correct.

9          Q.    Okay.  You just disagree with our experts

10   that you only need one.

11         A.    That could be a little bit of a semantic.

12   Are we talking one growing to a million or --

13         Generally, inoculums, when you have small

14   inoculums that are in the hundreds or thousands, they

15   don't create infections.  I did some of this work that

16   wasn't published with fracture work myself personally.

17   When you had small inoculums of bacteria, no

18   infections occurred even though -- and there were --

19   and there were like thousands in fracture-healing

20   scenarios, so I know that you could -- any one could

21   turn into a million, but in a general --

22         When we're talking about creating an

23   infection, you need -- in many of these, even the

24   animal models that I cited, it was still like a

25   thousand before that was inoculated, before infections

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

331

1      A.    Yes.

2            MR. C. GORDON:  Object to the form of the

3      question.

4      Q.    And if you found out that a device was

5      bringing up that bioburden from underneath the

6      operating room table and putting it over the surgical

7      site, would that cause you any concern?

8      A.    That would cause me concern.

9      Q.    Okay.  Because you would agree with me that

10     particles -- there's a high probability of particles

11     underneath the operating room table, some of them are

12     going to contain pathogens.

13     A.    No.  They're --

14           We've just done an experiment where we were

15     using a BioTrack device, which is evaluating bioactive

16     particles, and we're finding that there's only like

17     one in a thousand particles are -- are -- have

18     bacteria in them.  Low amount.  And then it also has

19     different size particles, and some particles I

20     wouldn't be concerned about if they are -- because

21     they wouldn't be harboring bacteria.  I don't think

22     they would be harb -- harboring virus; I'm not worried

23     about viral infections.  So if they're particles that

24     are under .3 microns or something like that, I'm not

25     that worried about that.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

337

1    it did have an effect on contaminating the sterile

2    field, you agree then it would be a defective product;

3    correct?

4           MR. C. GORDON:  Object to the form of the

5    question, calls for a legal conclusion.

6           THE WITNESS:  Does that mean I answer it?

7           MR. ASSAAD:  Yes.

8           MR. C. GORDON:  It's whatever you can

9    answer.

10       A.   If a device -- am I allowed to answer --

11   causes bacteria into a sterile field, would I agree

12   that we shouldn't be using that device?  Is that your

13   question?

14       Q.   Yes.

15       A.   Yes.

16       Q.   Okay.  Now I noticed that you comment in

17   your report -- on pages 13 and 14, 15 and 16 -- on the

18   McGovern article; correct?

19       A.   Yes.

20       Q.   All right.  You mentioned that the McGovern

21   article could be explained by the Hawthorne effect.

22   Do you remember saying that in your report?

23       A.   Yes.

24       Q.   Sitting here today, have you talked to any

25   of the -- any of the physicians or researchers that