UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To:<br>*All Cases* | **PLAINTIFFS' MOTION TO EXCLUDE THE TESTIMONY OF THEODORE R. HOLFORD** |

Under Federal Rule of Evidence 702, Plaintiffs respectfully move this Court for an Order excluding the opinions and testimony of Theodore R. Holford, Ph.D., because his methods, opinions, and testimony do not comport with the legal requirements of an expert witness. This motion is based on Plaintiffs' Memorandum of Law in Support of Motion to Exclude the Testimony of Theodore R. Holford; the Declaration of Genevieve M. Zimmerman; the Exhibits herein; and argument to be presented at the hearing of this matter.

Dated: September 12, 2017

| | |
|---|---|
| CIRESI CONLIN L.L.P. | MESHBESHER & SPENCE LTD. |
| /s/ Michael V. Ciresi<br>Michael V. Ciresi (MN #0016949)<br>Jan M. Conlin (MN #0192697)<br>Michael Sacchet (MN # 395817)<br>225 S. 6th St., Suite 4600<br>Minneapolis, MN 55402<br>Phone: 612.361.8202<br>Email: MVC@CiresiConlin.com | /s/ Genevieve M. Zimmerman<br>Genevieve M. Zimmerman (MN #330292)<br>1616 Park Avenue South<br>Minneapolis, MN 55404<br>Phone: (612) 339-9121<br>Email: gzimmerman@meshbesher.com |

1

LEVIN PAPANTONIO, P.A.

/s/ Ben W. Gordon, Jr.
Ben W. Gordon (FL # 882836)
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
Email: bgordon@levinlaw.com

*Plaintiffs' Co-Lead Counsel*