# EXHIBIT Q

C O N F I D E N T I A L

### Page 1

```
          UNITED STATES DISTRICT COURT
             DISTRICT OF MINNESOTA
 - - - - - - - - - - - - - - - - -
 In Re:
 Bair Hugger Forced Air Warming
 Products Liability Litigation

 This Document Relates To:
 All Actions        MDL No. 15-2666 (JNE/FLM)
 - - - - - - - - - - - - - - - - -


          DEPOSITION OF ALBERT P. VAN DUREN
              VOLUME I, PAGES 1 - 285
                 NOVEMBER 7, 2016


     (The following is the deposition of ALBERT
 P. VAN DUREN, taken pursuant to Notice of Taking
 Deposition, via videotape, at the offices of Ciresi
 Conlin L.L.P., 225 South 6th Street, Suite 4600,
 Minneapolis, Minnesota, commencing at approximately
 8:57 o'clock a.m., November 7, 2016.)
```

### Page 2

```
 1   APPEARANCES:
 2       On Behalf of the Plaintiffs:
 3         Jan M. Conlin and Michael A. Sacchet
           CIRESI CONLIN L.L.P.
 4         225 South 6th Street, Suite 4600
           Minneapolis, Minnesota  55402
 5
           Genevieve M. Zimmerman
 6         MESHBESHER & SPENCE, LTD.
           1616 Park Avenue
 7         Minneapolis, Minnesota  55404
 8         Gabriel Assaad
           KENNEDY HODGES
 9         4409 Montrose Boulevard, Suite 200
           Houston, Texas  77006
10
         On Behalf of Defendants:
11
           Jerry W. Blackwell and Peter J. Goss
12         BLACKWELL BURKE P.A.
           432 South Seventh Street, Suite 2500
13         Minneapolis, Minnesota  55415
14   ALSO APPEARING:
15         Ronald M. Huber, Videographer
```

### Page 3

```
 1                   I N D E X
 2   EXHIBITS       DESCRIPTION        PAGE MARKED
 3   Ex 46  Van Duren curriculum vitae      7
 4   47  510(k) Summary of Safety &
 5       Effectiveness dated January 10,
 6       1996, 3MBH00047382-3               64
 7   48  Letter dated June 1, 2000,
 8       Westlin to Office of Device
 9       Evaluation, 3MBH00046971-2         71
10   49  E-mail string, 3MBH01031246        77
11   50  E-mail string, 3MBH00126140-2      80
12   51  E-mail, 3MBH00042651               87
13   52  Forced-air warming blowers:  An
14       evaluation of filtration adequacy
15       and airborne contamination
16       emissions in the operating room,
17       by Albrecht, et al                 89
18   53  E-mail with attachment,
19       3MBH00107862-72                    91
20   54  Volcano Technical Team October
21       30, 2013 meeting minutes,
22       3MBH00147330                      111
23   55  E-mail with attachment,
24       3MBH00510508-11                   112
25   56  Letter dated February 11, 1998,
```

### Page 4

```
 1       Van Duren to Crothers,
 2       3MBH00931085                      123
 3   57  E-mail string, 3MBH00025739       132
 4   58  3M Bair Hugger Model 505 Warming
 5       Blanket Service Manual            135
 6   59  E-mail string, 3MBH00003027-32    136
 7   60  E-mail string, 3MBH00003006-7     144
 8   61  E-mail string, 3MBH00981248-9     148
 9   62  E-mail string, 3MBH00527331       160
10   63  E-mail string, 3MBH00001873-5     167
11   64  Cobra team document,
12       3MBH00973242-3                    179
13   65  E-mail string, 3MBH00002508-12    184
14   66  E-mail string, 3MBH00981250-1     189
15   67  E-mail string, 3MBH01485746-7     199
16   68  E-mail string, 3MBH00024639       208
17   69  E-mail string, 3MBH00001579       217
18   70  E-mail, 3MBH01523137              224
19   71  Augustine Medical AMI Model
20       750 Warming Unit, The Cobra
21       Project, dated 9/20/2000,
22       3MBH00975056-85                   235
23   72  E-mail string, 3MBH00042660-1     246
24   73  E-mail string, 3MBH00511305-6     249
25   74  E-mail with attachment,
```

Page 5

```
 1       3MBH00042623-50              253
 2   75  Forced-Air Warming Does Not Worsen
 3       Air Quality in Laminar Flow
 4       Operating Rooms, by Sessler, et
 5       al                            253
 6   76  Forced-air warming systems, OR
 7       air quality, and orthopedic
 8       SSI, by Van Duren, 3MBH01185189-
 9       207                           259
10   77  Graph, Joint infection rate and
11       BH unit sales by year,
12       3MBH00554267                  274
13   78  E-mail, 3MBH00002647          279
```

Page 6

```
 1              PROCEEDINGS
 2        (Witness sworn.)
 3            ALBERT P. VAN DUREN
 4        called as a witness, being first duly sworn,
 5        was examined and testified as follows:
 6              ADVERSE EXAMINATION
 7   BY MS. CONLIN:
 8        Q.  Good morning, sir.  Can you state your full
 9   name for the record.
10        A.  Albert Philip Van Duren.
11        Q.  And by whom are you currently employed?
12        A.  By 3M.
13        Q.  How long have you been employed by 3M?
14        A.  3M acquired the company I worked for in
15   October of 2010, so since then.
16        Q.  Okay.  And the company that you previously
17   worked at was Arizant?
18        A.  That's correct.
19        Q.  Okay.  And prior to that time it was known
20   as Augustine Medical?
21        A.  Sometime before that, yes.
22        Q.  Okay.  And were you involved, sir, in the
23   discussions between Arizant and 3M that gave rise to
24   the acquisition of Arizant by 3M in October of 2010?
25        A.  No.
```

Page 7

```
 1        Q.  Okay.  Who at Arizant was involved in that
 2   process?
 3        A.  I don't know for certain.  I'm -- I'm -- I'm
 4   sure that the senior management was involved in those
 5   discussions, but I -- I don't have personal knowledge
 6   of exactly who was involved, other than my boss, Gary
 7   Hansen.
 8        Q.  Okay.  And so you weren't involved in what
 9   is known as the due diligence or the opening up of
10   documents for 3M to review to ascertain whether they
11   want to make the acquisition of Arizant?
12        A.  No.
13        Q.  Okay.  Do you know if Mr. Hansen was
14   involved?
15        A.  I assume that he was.  I don't know for
16   sure, but I assume that he was.
17        Q.  Okay.
18            MR. BLACKWELL:  And for the record, you
19   don't need to assume anything.
20            THE WITNESS:  Okay.
21            MR. BLACKWELL:  It's about what you know.
22            (Exhibit 46 was marked for
23            identification.)
24   BY MS. CONLIN:
25        Q.  I have handed you, Mr. Van Duren, what's
```

Page 8

```
 1   been marked as Deposition Exhibit No. 46, which I will
 2   represent to you was a resume that was also produced
 3   and marked at your deposition in the Walton case.
 4            MR. BLACKWELL:  Just take a moment and you
 5   can look through it.
 6        A.  Yes.  Okay.
 7        Q.  Okay.  And this -- this Deposition Exhibit
 8   46, your resume, takes you up through -- it says
 9   October 2014 through present.  My understanding is
10   that at least since March of 2016 your new title has
11   been director of scientific affairs and education,
12   Patient Warming Business.  Is that an addition that is
13   not reflected in Exhibit 46?
14            MR. BLACKWELL:  Object to the form of the
15   question.
16        A.  So in -- in March of 2016 I did become
17   director of scientific affairs for the Patient Warming
18   Business.
19        Q.  Okay.  And what are your duties and
20   responsibilities as director of scientific affairs and
21   education in the Patient Warming Business?
22        A.  I interact with key opinion leaders and
23   scientific affairs -- scientific advisory board
24   members, I consult with the business about scientific
25   topics and clinical topics to help guide marketing
```

Page 273

1  airflow in laminar airflow operating rooms.
2      Q.  And when was that work done, sir?
3          MR. BLACKWELL:  Object as asked and
4  answered.
5      A.  Last year.
6      Q.  So in 2015.
7      A.  I believe so.
8      Q.  Okay.  And this presentation was in 2014;
9  correct?
10     A.  Correct.
11     Q.  Okay.  Now you mentioned on this page the
12 Huang and Moretti studies, is that right, with your
13 conclusion "Forced air warming systems do not worsen
14 OR air quality," and you cite the Huang and Moretti
15 articles; correct?
16     A.  I did, yes.
17     Q.  Okay.  Well those -- those weren't
18 laminar -- laminar flow studies; right, sir?
19     A.  I --
20         Moretti was not.  I'm not certain about
21 Huang.
22     Q.  It was a bacterial-count study; wasn't it,
23 sir?
24     A.  It was, but I don't know if it was conducted
25 in a laminar airflow setting.

Page 274

1      Q.  Well did you know, at the time you wrote
2  this in your conclusions, to be presented to a group
3  that's trying to make a decision whether to use Bair
4  Hugger in -- in orthopedic surgeries?
5      A.  I -- I may have.
6      Q.  It was a -- it was --
7          If I represented to you it wasn't a laminar
8  flow situation, would you agree that this statement on
9  here is -- is not a fair one?
10         MR. BLACKWELL:  I object for lack of
11 foundation and -- and object to form of the question.
12     A.  Well I --
13         The statement is that "Forced air warming
14 systems do not worsen OR air quality."  It doesn't say
15 anything about laminar airflow.
16     Q.  Okay.  So you would stand by that statement.
17     A.  Yes.
18         MS. CONLIN:  Okay.  Why don't we take a
19 break here.
20         THE REPORTER:  Off the record, please.
21         (Recess taken.)
22         (Exhibit 77 was marked for
23         identification.)
24 BY MS. CONLIN:
25     Q.  I've handed you, Mr. Van Duren, what's been

Page 275

1  marked as Exhibit 77, which is a one-page chart.
2          You prepared this; correct?
3      A.  I believe I did.
4      Q.  What was the purpose of it?
5      A.  My boss asked me to look -- compare the rate
6  of Bair Hugger segment penetration with the rate of
7  joint infections --
8      Q.  Okay.
9      A.  -- in the U.S.
10     Q.  And what data did you use to prepare this?
11     A.  Sales data for the Bair Hugger units, and
12 the National Inpatient Survey sample for most of
13 the -- well I think for all of the infection-rate
14 data.
15     Q.  Okay.  And do you remember what specific
16 codes you used to compile this data?
17     A.  Well they are listed here, so they're ICD-9
18 codes 996.66, and trying to remember -- so there --
19         So the infection -- the infection rate was
20 996.66, and those were divided by the procedure codes
21 for hips and knees and maybe revision surgeries.
22     Q.  Do you know whether it included revision
23 surgeries?
24     A.  I just did when I was doing this.  I don't
25 know why.  It made sense to put that in the

Page 276

1  denominator.
2      Q.  Okay.  I'm just asking if you know for sure
3  that you included revisions in this graph.
4      A.  I'd have to actually look up these
5  individual ICD-9 codes --
6      Q.  Well --
7      A.  -- and procedure codes.
8      Q.  -- 81.53 is the code for hip revisions.  Do
9  you see that on there anywhere?
10     A.  I don't.
11     Q.  Okay.  And if we look at this graph, then,
12 you've got two --
13         Just if we look at 2012, you've got an
14 infection rate on the 996.66 -- or on the first red
15 line you've got an infection rate of a little over
16 four percent, and then you've got another line a
17 little under five percent; is that right?
18     A.  Yes.
19     Q.  Okay.  So that was --
20         Your conclusion is the rates of joint
21 infections as of 2012?
22     A.  This is a rate, so the --
23         There are two different rates here.  And
24 again, I'd have to look up the procedure codes.  I'm
25 not really sure what the denominators represent.