UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To:<br>ALL CASES | **DEFENDANTS' RULE 7.1(F) CERTIFICATE OF COMPLIANCE** |

I, Peter J. Goss, certify that the Memorandum in Support of Defendants' Motion to Exclude the Opinions Testimony of Plaintiffs' Engineering Experts Daniel Koenigshofer, Michael Buck, Said Elghobashi, and Yadin David ("Memorandum") complies with the limits of Local Rule 7.1(f) and with the type-size limit of Local Rule 7.1(h), except that it is overlength as permitted by the Court's text entry of September 8, 2017. ECF No. 77 ("Pursuant to the parties' agreement referenced in Dkt. No. [721], Defendants are hereby granted an extension of 8,000 words for their anticipated Daubert motion briefing regarding Plaintiffs' engineering experts, and Plaintiffs are hereby likewise granted an extension of 8,000 words for their opposition to that motion.").

I further certify that, in preparation of the above document, I used Microsoft Word 2013, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the Memorandum contains 15,638 words.

Dated: September 12, 2017　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　s/*Peter J. Goss*
　　　　　　　　　　　　　　　　　　　　Jerry W. Blackwell (MN #186867)
　　　　　　　　　　　　　　　　　　　　Benjamin W. Hulse (MN #0390952)
　　　　　　　　　　　　　　　　　　　　Mary S. Young (MN #0392781)
　　　　　　　　　　　　　　　　　　　　Peter J. Goss (MN #267910)
　　　　　　　　　　　　　　　　　　　　BLACKWELL BURKE P.A.
　　　　　　　　　　　　　　　　　　　　431 South Seventh Street
　　　　　　　　　　　　　　　　　　　　Suite 2500
　　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55415
　　　　　　　　　　　　　　　　　　　　Phone: (612) 343-3248
　　　　　　　　　　　　　　　　　　　　Fax: (612) 343-3205
　　　　　　　　　　　　　　　　　　　　Email: blackwell@blackwellburke.com
　　　　　　　　　　　　　　　　　　　　　　　　bhulse@blackwellburke.com
　　　　　　　　　　　　　　　　　　　　　　　　myoung@blackwellburke.com
　　　　　　　　　　　　　　　　　　　　　　　　pgoss@blackwellburke.com

　　　　　　　　　　　　　　　　　　　　Bridget M. Ahmann (MN #016611x)
　　　　　　　　　　　　　　　　　　　　FAEGRE BAKER DANIELS LLP
　　　　　　　　　　　　　　　　　　　　2200 Wells Fargo Center
　　　　　　　　　　　　　　　　　　　　90 South Seventh Street
　　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55402
　　　　　　　　　　　　　　　　　　　　Phone: (612) 766-7000
　　　　　　　　　　　　　　　　　　　　Email: bridget.ahmann@faegrebd.com

　　　　　　　　　　　　　　　　　　　　**Counsel for Defendants 3M Company**
　　　　　　　　　　　　　　　　　　　　**And Arizant Healthcare, Inc.**