# EXHIBIT DD

| | No. (%) Developing Infection | No. (%) Not Developing Infection | Odds Ratio (95% Confidence Interval) | P value |
|---|---|---|---|---|
| **Antibiotic Protocol 1 vs 2 For FAW** | | | | 0.839 |
|    Forced Air Protocol 1 | 11 (2.8) | 378 (97.2) | 1.0 | |
|    Forced Air Protocol 2 | 21 (3.1) | 656 (96.9) | 1.08 (0.52, 2.23) | |
| **Antibiotic Protocol 2 Patient Warming Device** | | | | 0.0008 |
|    Conductive Fabric | 10 (0.9) | 1087 (99.1) | 1.0 | |
|    Forced Air | 21 (3.1) | 656 (96.9) | 3.4 (1.61, 7.14) | |
| **Previous Study Patient Warming Device** | | | | 0.014 |
|    Conductive Fabric | 3 (0.8) | 368 (99.2) | 1.0 | |
|    Forced Air | 32 (3.0) | 1034 (97.0) | 3.3 (1.09, 10.02) | |

Scott, just change the center and pooling and I'll update the stats. I'm not sure how you grouped the counts in looking at the document you sent me. I'm guessing you are just deleting a center, but I'm not sure. Just delete that center from the table if that is so.

Thx

Mark,
All of these are from Northumbria. Recall that we separated the forced-air group into two antibiotic groups and then added a bunch more CFW patients. I can see why it was confusing because I made a mistake in the first paragraph of the results section. Corrected in the attached copy.

What I need compared is as follows:

Protocol 1 FAW vs. Protocol 2 FAW

Protocol 2 FAW vs. Protocol 2 CFW

Thanks,
Scott



Albrecht_0002298