# EXHIBIT H

Page 233

1
2        IN THE UNITED STATES DISTRICT COURT
                DISTRICT OF MINNESOTA
3
   - - - - - - - - - - - - - - - - - - -
4  IN THE MATTER OF                       )
                                          )
5  IN RE BAIR HUGGER FORCED AIR           )
   WARMING                                )
6  PRODUCTS LIABILITY LITIGATION          )
                                          )
7                   Plaintiff,            )
                                          )PRETRIAL ORDER NO: 7
8  v.                                     )Protective Order
                                          )MDL No. 15-2666
9  3M COMPANY AND ARIZANT                 )(JNE/FLN)
   HEALTHCARE INC.                        )
10                  Defendant.            )
   - - - - - - - - - - - - - - - - - - -
11              DEPOSITION OF PAUL MCGOVERN
12                       VOLUME II
13              Thursday, January 5, 2017
14            AT:  FAEGRE BAKER DANIELS LLP
15                      Taken at:
16                   7 Pilgrim Street
                     London EC4V 6LB
17                    United Kingdom
18
19
20 Court Reporter:
21 Louise Pepper: Accredited Real-time Reporter
22 Videographer: Simon Addinsell
23
24
25 JOB NO. 117121

TSG Reporting - Worldwide      877-702-9580

## Page 234

```
 1
 2           A P P E A R A N C E S
 3    Appearing for the Plaintiff:
 4         MR. MICHAEL SACCHET
           CIRESI CONLIN
 5         225 South 6th Street
           Minneapolis, MN 55402
 6
 7
 8
           GENEVIEVE ZIMMERMAN
 9         MESHBESHER & SPENCE
           1616 Park Avenue
10         Minneapolis, MN 55404
11
12
    Appearing for the Defendant:
13
           MR. COREY GORDON
14         BLACKWELL BURKE
           431 South Seventh Street
15         Minneapolis, MN 55415
16
17
18         MS. KATHERINE NEWMAN
           FAEGRE BAKER DANIELS
19         7 Pilgrim Street, London EC4V 6LB
20
21
22    Appearing for the Witness:
23         MR. ANDREW HEAD
           MR. BRYAN SHACKLADY
24         FORSTERS
           31 Hill Street
25         London W1J 5LS
```

## Page 235

```
 1
 2                WITNESS INDEX
 3    Examination by MR. SACCHET  .................239
 4    Examination by MR. C. GORDON  ...............459
 5              EXHIBIT INDEX
 6    Exhibit 1 Email chain between P. .................263
          McGovern and M. Albrecht,
 7        Bates stamped Albrecht_0016487
 8    Exhibit 2 Email chain between Mark ................287
          Albrecht, Paul McGovern, Mike
 9        Reed and others, dated 30 June
          to 3 July, 2010
10
      Exhibit 3 Forced Air Warming .......................289
11        Demonstration DVD
12    Exhibit 4 CDC document entitled ...................298
          "Healthcare Infection Control
13        Practices Advisory Committee
          Record of the Proceedings",
14        dated November 5-6, 2015,
          previously marked as Exhibit
15        208, Bates stamped
          3MBH01344612-01344685
16
      Exhibit 5 Document entitled .......................306
17        "Forced Air Warming (FAW) and
          Surgical Site Contamination
18        First Draft" dated 27/9/09
19    Exhibit 6 Document entitled "Do ...................308
          Forced Air Warming Devices
20        Increase Bacterial
          Contamination of Operative
21        Field? - Simulated
          experimental analysis".
22
23    Exhibit 7 Email chain dated 8-11 ..................309
          November, 2009, subject line:
24        "FAW"
25    Exhibit 8 Document Bates stamped ..................316
          3MBH00107863-00107870
```

## Page 236

```
 1
 2    Exhibit 9 Document entitled "Do ....................324
          Forced Air Warming Devices
 3        Increase Bacterial
          Contamination of Operative
 4        Field? - Simulated experiment
          analysis".
 5
      Exhibit 10 Email chain between ....................336
 6        Paul McGovern and Val
          Edwards-Jones"Re Saturday",
 7        dated 26 November - 20
          December 2009
 8
      Exhibit 11 Email chain between ....................337
 9        Paul McGovern, David Leaper,
          Andrew Sprowson and Thomas
10        Symes, "Prof David Leaper
          Visit", dated 10 September - 2
11        December 2009
12    Exhibit 12 Email chain between ....................342
          Paul McGovern and Mike Reed,
13        dated 21 February 2010,
          "Laminar flow tests".
14
      Exhibit 13 Article co-published by ................347
15        Paul McGovern and others,
          entitled "Forced-air warming
16        and ultra-clean ventilation do
          not mix." Bates stamped
17        Belani_000190-000197
18    Exhibit 14 Article entitled ......................353
          "Patient Warming Excess Heat:
19        The Effects on Orthopedic
          Operating Room Ventilatio
20        Performance", Bates stamped
          Belani_000040-000045
21
      Exhibit 15 Email chain between ....................359
22        Mark Albrecht, Paul McGovern
          and others, dated 1 February
23        2011, "Manuscript with updated
          joint infection data covering
24        an additional 200 or so".
      Exhibit 16 Excel spreadsheet with .................365
25        data analysis
```

## Page 237

```
 1
 2
      Exhibit 17 Email chain between ....................372
 3        Mark Albrecht, Mike Reed, Paul
          McGovern and others, dated 18
 4        February - 1 March 2011,
          "Signatures on Transmittal
 5        Letter".
 6    Exhibit 18 Email chain between ....................373
          Paul McGovern and Mark
 7        Albrecht, dated 19 May - 23
          May, 2011, "Fwd: JBJS [BR] log
 8        No. 27124 - Invitation to
          resubmit
 9
      Exhibit 19 Email chain "Re ........................382
10        McGovern" between Robin
          Humble, Scott Augustine, Paul
11        McGovern and others plus
          attachment entitled "Observed
12        reduction in periprosthetic
          joint infections: Antibiotics
13        or warming technique?", dated
          25 March - 17 June 2016.
14
      Exhibit 20 Journal of Bone and ....................391
15        Joint Surgery document
          entitled "Wound Complications
16        Following Rivaroxaban
          Administration".
17
      Exhibit 21 Paper entitled "Return .................396
18        to theatre following total hip
          and knee replacement, before
19        and after the introduction of
          rivaroxaban".
20
      Exhibit 22 Journal of ............................403
21        Tissueviability paper entitled
          "A prospective randomised
22        study comparing the jubilee
          dressing method to a standard
23        adhesive dressing for total
          hip and knee replacements",
24        authored by Neil G. Burke and
          others.
25
```

Page 238

1  Exhibit 23 Email chain between ............410
2         Mark Albrecht and Mike Reed,
           "Full workup of stats you
3         requested", dated 29 November,
           2011.
4
   Exhibit 24 Email from Mark ...............416
5         Albrecht to Scott Augustine,
           with attachment, dated
6         11/22/2015, Bates stamped
           Albrecht_0002079-0002086
7
   Exhibit 25 Anesthesia & Analgesia .........445
8         document entitled "Patient
           Warming Excess Heat: Effects
9         on OR Ventilation Performance
           During Total Knee
10        Replacement", Bates stamped
           Belani_000002-000039
11
   Exhibit 26 Email from Mark ...............454
12        Albrecht to Paul McGovern and
           others, "Fwd: A&A Decision for
13        MS#: AA-D-11-01334", dated 25
           October 2011
14
   Exhibit 27 Email chain between ............455
15        Mark ALbrecht, Mike Reed and
           others, "Fwd: A&A DEcision for
16        MS#: AA-D-11-01334R1", dated
           11 January 2012.
17
   Exhibit 28 Spreadsheet, Bates .............461
18        stamped
           AUGUSTINE_0005193-0005487
19
   Exhibit 29 Printout of spreadsheet .........463
20        data
   Exhibit 30 Screenshots of FAW v ..........500
21        CWB YouTube video

Page 239

DR. PAUL MCGOVERN
                    P R O C E E D I N G S
       THE VIDEOGRAPHER:  This is Day 2 of the deposition
of Dr. Paul McGovern.  The deposition started yesterday
4 January, today is 5 January 2017, and it is 9:24 a.m.
This is the beginning of DVD 1 in volume 2 of Dr. McGovern's
deposition.  Everybody who was in the room yesterday is here
today.
       Can I remind the witness he was sworn in
yesterday and is still under oath.  Can you --
       THE WITNESS:  Yes.
       THE VIDEOGRAPHER:  You're on the record, counsel.
It is 25 past 9.
EXAMINATION BY MR. SACCHET:
BY MR. SACCHET:
   Q.  Good morning, Dr. McGovern.
   A.  Good morning.
   Q.  As I mentioned yesterday, my name is Mr. Sacchet,
and I represent the plaintiffs 3M.  Yesterday my learned
friend on the other side reviewed some of the ground rules
for the deposition.  I'm going to go through few more today,
just to make sure we're on the same page with respect to the
procedures for our conversation.  As you know, I'll be
asking you questions under oath and you'll be responding to
them.  If at any time you don't understand a question or if

Page 240

DR. PAUL MCGOVERN
you don't hear the question, please let me know, okay?
   A.  Yes.
   Q.  As was mentioned yesterday, it's best for the
record and the court reporter, if I ask a question, that you
let me finish asking the question before you answer, and
I'll do the same with respect to you in refraining from
asking a question before you've finished your answer.
Please provide audible "Yes" or "No" answers with respect to
the questions as opposed to a nodding or shaking of the
head.  Is that agreeable?
   A.  Yes.
   Q.  And if at any time you need a break, just let me
know, and I'll find an appropriate spot to pause.
   A.  Sure.
   Q.  Before we jump into your background, with respect
to your educational and professional history, just a few
preliminary items.  You've never met me before, have you?
   A.  Not before yesterday, no.
   Q.  And prior to yesterday, you'd never spoken to me
before, be it via e-mail or phone?
   A.  That is correct.
   Q.  You've never spoken to any members of the
plaintiff's counsel in this matter, have you?
   A.  That is correct.

Page 241

DR. PAUL MCGOVERN
   Q.  Have you ever spoken to anyone on the side of the
defense, prior to yesterday?
   A.  I'd received communications from various people on
the side of the defense.  I have only communicated with them
through my lawyers.
   Q.  Okay.  Do you recall who those individuals were
that attended the --
   A.  Stephen Llewellyn, from Faeger Baker Daniels.
I received a Linkedin message from a lawyer in the United
States, but I don't remember their name.
   Q.  Do you recall the content of the message?
   A.  It was similar to the initial contact from Stephen
Llewellyn, saying that 3M would like to depose me, and
asking me to get back in touch to arrange that.
   Q.  And did you get back in touch to arrange that?
   A.  I did not reply to the Linkedin message at all, and
I replied to Stephen Llewellyn through my lawyers when
I arranged legal representation.
   Q.  Okay.  So other than contact via your attorney,
you've had no personal contact with anyone on the other
side?
   A.  That is correct.
   Q.  I know you spoke a little bit yesterday about your
background as well, and I'm going to review some of that

Page 406

DR. PAUL MCGOVERN

in jubilee dressing that occurred during the time in which the data was collected for the McGovern study impacted infection rates?
   MR. C. GORDON: Object to the form of the question: lack of foundation, incomplete hypothetical.
   A. It's not possible to say, in my opinion. The numbers in this study are too small. You have a number of patients that is 124, and the numbers are too small to be able to draw a meaningful conclusion in terms of infection, with regard to these two variables, in my opinion.
BY MR. SACCHET:
   Q. So if I could point out, to the extent that this would change your mind, the asterisks which are denoted in the right-hand column of the standard adhesive dressing column; do you see those?
   A. Yes.
   Q. And a single asterisk stands for a P value of less than 0.05; correct?
   A. Mm-hm, yes.
   Q. And a double asterisk stands for a P value of 0.01 and less?
   A. Yes.
   Q. And three asterisks stands for a P value of 0.001 or less; correct?

Page 407

DR. PAUL MCGOVERN

   A. Yes.
   Q. The infection row has no such asterisk in it, does it?
   A. That's correct.
   Q. So, because we established earlier that statistical significance begins at 0.05, which is a single asterisk ...
   A. Right.
   Q. ... presumably this 0 percent infection rate, the difference between 0 and 0 is non-significant; correct?
   A. No, that's not how I would interpret this. There is no data to draw a meaningful conclusion from. You need to have some data, by my understanding, to be able to draw a conclusion of statistical significance. You can't comment on whether these data are statistically significant. If one were designing this study purely to look at infection rates between the two dressings, it is likely that the study would need to include more patients and the study -- and to ensure it was sufficiently powered to be able -- "powered" meaning to have enough patients in it -- to see enough infections to be able to draw a meaningful conclusion.
   The fact that there were no infections in 124 patients is not surprising, because infection rates are generally low. This is a problem of research in this area. Because infection is rare, thankfully, you need

Page 408

DR. PAUL MCGOVERN

large numbers of patients in studies to see if one intervention has a difference with another intervention, in terms of infection rates. In my opinion, this study does not demonstrate superiority of one adhesive dressing over another, purely in terms of infection.
   Q. Fair enough --
   A. It may for other conditions, such as blistering and leakage, but for infection -- because those are more common -- consequences post-operation, and the study appears to have been adequately powered to identify those differences and state statistical significance. But for infection, there were not enough incidences of infection to be able to draw meaningful conclusions, or a difference between the two.
   Q. Are you aware of any paper that is adequately powered that shows that a change from a standard adhesive dressing to a jubilee dressing would statistically significant -- significantly alter infection rates among arthroplasties?
   A. I am not aware of any such paper.
   Q. Are you aware of any published papers that suggest -- I should say that find statistically significant differences between joint infection rates from the use of

Page 409

DR. PAUL MCGOVERN

MSSA screening versus non-screening?
   A. Sorry, could you say that again, please?
   Q. Are you aware of any evidence that is statistically significant that suggests that the use of MSSA screening significantly impacts the rate of deep joint infections among patients?
   A. I'm not aware of any such papers.
   Q. Are you aware of any evidence that pre-warming, when used in combination with intraoperative warming, significantly impacts deep joint infection rates among patients?
   A. I am not aware of papers which provide evidence of that.
   Q. Have you seen an article by Mr. Reed and another individual, bearing the last name Refaie, which analyzed the NHS SSI bundle?
   A. I presume you mean Northumbria Foundation Trust. I am aware that Mr. Reed and Mr. Refaie have done research together. I may have seen such paper but I don't remember.
   Q. Do you recall Mr. Reed, in that paper, making the statement: "A switch to the alternative conductive fabric warming led to a significant decrease in deep joint infections"?
   A. I -- that statement sounds familiar but I don't

Page 410

DR. PAUL MCGOVERN

1  remember reading it in a paper.
2     Q. Would you have any reason to doubt, if Mr. Reed
3  made such a statement, the accuracy of such a statement?
4     MR. C. GORDON: Object to the form of the
5  question: lack of foundation, assumes facts not in evidence.
6     A. If Mr. Reed indeed made that statement in a paper,
7  I'd have no reason to doubt the veracity of that statement.
8  BY MR. SACCHET:
9     Q. Are you aware of the fact that after the McGovern
10 paper was published in the Journal of Bone and Joint
11 Surgery, that additional data supported an elevated
12 odds-risk ratio?
13    MR. C. GORDON: Object to the form of the
14 question: assumes facts not in evidence, incomplete
15 hypothetical.
16    A. I was not.
17 BY MR. SACCHET:
18    Q. Okay.
19       (Exhibit 23 marked for identification)
20    Q. That's an e-mail entitled "Full workup of the stats
21 you requested"; correct?
22    A. Yes.
23    Q. And there is an e-mail from Mr. Albrecht to
24 Mr. Reed, and you are cc'd on the e-mail on November 29,

Page 411

DR. PAUL MCGOVERN

1  2011; correct?
2     A. Yes.
3     Q. And there is an attachment called "Results";
4  correct?
5     A. Yes.
6     Q. And if you turn the page, there is a table. Does
7  this table resemble the table in the published McGovern
8  study?
9     A. It does resemble it. I'll check if it is the same.
10    Q. There are different data points, but just in terms
11 of the style and form of the table?
12    A. Err ...
13    Q. It is exhibit 13, to make sure you're on the right
14 one.
15    A. I'm there. I'm on exhibit 13. Which table are you
16 referring to? Table 1 in exhibit 13?
17    Q. I am looking at -- yes. No.
18    A. Table 2.
19    Q. Yeah, the lower half of Table 2. I mean with parts
20 of the lower half, as well.
21    A. Yes, I would agree this is similar in form to part
22 of Table 2 in what you refer as to the "McGovern paper".
23    Q. Okay. And if we look at that table in the e-mail
24 thread, for a conductive fabric, number developing

Page 412

DR. PAUL MCGOVERN

1  infection, 7; correct?
2     A. Oh, yes.
3     Q. Number not developing infection, 792; correct?
4     A. Yes.
5     Q. For a total population of 709 patients who received
6  conductive fabric warming; correct?
7     A. Yes.
8     Q. That number is significantly larger than the total
9  population of individuals who received conductive fabric
10 warming in the final published paper, exhibit 13; correct?
11    A. That number is larger. To say it was significantly
12 larger would require a statistically significant test. So
13 be careful about using the words "statistically
14 significantly", but it is a larger number.
15    Q. How about double?
16    A. Let's see. Conductive fabric 792 versus 368. Yes,
17 I think that's a reasonable thing to say.
18    Q. Okay. And if we go back to the text of the e-mail,
19 Mr. Reed writes back to Mr. Albrecht and copies you in and
20 says, in the last line of the first paragraph:
21       "You are 3.6 times more likely to get an
22 infection on FAW than CFW."
23       Do you see that?
24    A. Yes. It phrases a question, but yes.

Page 413

DR. PAUL MCGOVERN

1     Q. Yes. Do you have any reason to doubt Mr. Reed's
2  statement to that effect?
3     A. It appears that Mr. Reed is asking if that is what
4  the data is showing in this table.
5     Q. And do you see, in the table itself, a demarcation
6  of 3.6 on the right-hand side of the odds ratio?
7     A. I do.
8     Q. So in fact Mr. Reed was referring to this table;
9  correct?
10    A. That is -- seems likely.
11    Q. And this table was sent as a results attachment
12 from Mr. Albrecht?
13    A. Yes.
14    Q. You have no reason to doubt Mr. Albrecht's ability
15 to conduct statistical analysis of data, do you?
16    A. None whatsoever.
17    Q. You have no reason to doubt that, based on this
18 patient population of those who received conductive fabric
19 warming, which is double the size of the patient population
20 in the McGovern study, that there was a 3.6 odds ratio?
21    A. That is what this data appears -- (overspeaking) --
22    MR. C. GORDON: Object to the form of the
23 question.
24    THE COURT REPORTER: Sorry, can you repeat the

Page 414

1  DR. PAUL MCGOVERN
2  objection, please.
3      MR. C. GORDON:  Form.
4    A.  That is what this data appears to show.
5  BY MR. SACCHET:
6    Q.  So this data shows there is a 3.6 times increase in
7  infection as a result of using forced-air warming devices
8  compared to conductive fabric warming devices; correct?
9    A.  That is what --
10     MR. C. GORDON:  Object to the form of the
11 question.
12   A.  That is what this table appears to show.
13 BY MR. SACCHET:
14   Q.  And both this odds ratio and the odds ratio
15 presented in the final published McGovern study are both
16 above 3.0; correct?
17   A.  Yes.
18   Q.  So, based on this data in the increased patient
19 population of those who received conductive fabric warming,
20 this data corroborates the fact that there is at least
21 a three times more likely chance that patients who received
22 forced-air warming developed an infection, compared to those
23 who received conductive fabric warming?
24     MR. C. GORDON:  Object to the form of the
25 question.

Page 415

1  DR. PAUL MCGOVERN
2    A.  This data -- I can't agree with the term
3  "corroborates the fact".  The fact is not --
4  BY MR. SACCHET:
5    Q.  Also shows?
6    A.  Yeah.  Could you just repeat the phrase, please, or
7  rephrase that?  Or --
8    Q.  I'll rephrase the question.
9  Based on the data presented in this table and the
10 data presented in the McGovern study, both studies for
11 both datasets show that there was a three -- at least
12 a three times more likely chance that a patient
13 developed an infection after using forced-air warming
14 than conductive fabric warming?
15     MR. C. GORDON:  Object to the form of the
16 question.
17   A.  Yes.  Patients who were in the group with
18 forced-air warming on this data appear to have had a three
19 times or more higher incidence of infection compared to the
20 conductive fabric group of patients for this study.
21     THE COURT REPORTER:  Can I just ask you to stop
22 for 30 seconds, sorry.
23     THE VIDEOGRAPHER:  Going off at two minutes past
24 three.
25 (3:02 p.m.)

Page 416

1  DR. PAUL MCGOVERN
2      (Break taken.)
3  (3:04 p.m.)
4      THE VIDEOGRAPHER:  Back on the record at four
5  minutes past three.
6      (Exhibit 24 marked for identification)
7  BY MR. SACCHET:
8    Q.  Mr. McGovern, are you aware of any data that's been
9  collected regarding other healthcare facilities that have
10 shown a decreased rate of infection after the switch from
11 forced-air warming devices to conductive fabric warming
12 devices?
13   A.  I am not.
14   Q.  If you could take a look at the exhibit which was
15 just marked.  The first page is an e-mail; is that correct?
16   A.  Yes.
17   Q.  From Mr. Albrecht to Scott Augustine, bearing the
18 subject line "Results" with attachments "MA_edits"; correct?
19   A.  Yes.
20   Q.  And Mark Albrecht states:
21 "I've updated the statistics in the white
22 paper under **MA_edits.doc**."
23   A.  Yes.
24   Q.  "The updates include:
25 "The statistics in the Table for all centers and

Page 417

1  DR. PAUL MCGOVERN
2  the pooled result[s]
3  "The statistics in the discussion for the updated
4  McGovern numbers provided as provided [sic] in the
5  text."
6  Do you see that?
7    A.  Yes.
8    Q.  In the third paragraph it says:
9  "I think this is the best modeling approach
10 (i.e. a conservative one) for the data you have,
11 especially if you expect these results to be critically
12 questioned down the road."
13 Do you see that?
14   A.  Yes.
15   Q.  Okay.  And the next page is a document entitled
16 "Forced-air warming link to periprosthetic total joint
17 replacement infections"; correct?
18   A.  Yes.
19   Q.  And the "Methods" says:
20 "To investigate whether the rising
21 contaminants from the waste FAW heat are linked to
22 PJIs, we retrospectively collected joint implant
23 infection data from three hospitals.  We compared PJI
24 rates during a period of forced-air warming to PJI
25 rates during a period of free-air conductive fabric