# EXHIBIT I

                                         Paul McGovern <pdmcgovern@gmail.com>

## Full workup of the stats you requested
2 messages

**Mark Albrecht** <albre116@umn.edu>                                                    29 November 2011 at 21:02
To: "Reed Mike (NORTHUMBRIA HEALTHCARE NHS FOUNDATION TRUST - NE29 8NH)" <mike.reed@nhs.net>
Cc: Paul McGovern <pdmcgovern@gmail.com>, Scott Augustine <saugustine@augbiomed.com>,
kleland@augbiomed.com, Christopher Nachtsheim <nacht001@umn.edu>

> Mike,
> See if this works for you
>
> -Mark
>
>
> --
> Mark Albrecht
> 952-261-9903
> albre116@umn.edu

 Results.pdf
579K

**Reed Mike (NORTHUMBRIA HEALTHCARE NHS FOUNDATION TRUST - NE29 8NH)**   30 November 2011 at
<mike.reed@nhs.net>                                                                              05:44
To: Mark Albrecht <albre116@umn.edu>
Cc: Paul McGovern <pdmcgovern@gmail.com>, Scott Augustine <saugustine@augbiomed.com>,
"kleland@augbiomed.com" <kleland@augbiomed.com>, Christopher Nachtsheim <nacht001@umn.edu>

> Mark
> This is great. I am very grateful.
> So – for clarity- this chart is the same as the one in our paper but with longer follow up?
> We are just 2 or 3 days short of 60 day follow up for the cases at the end of Nov?
> You are 3.3 times more likely to get a hip infection than a knee infection at Northumbria, across the whole study period?
> You are 3.6 times more likely to get an infection on FAW than CFW?
>
> What is the infection rate in each of hips and knees before and after? What are the p values? (Sorry this probably defines me as a statistics numpty)
> Does CFW appear to protect you much more for hips than it does for knees?
>
> Mike

**From:** Mark Albrecht <albre116@umn.edu>
**Date:** Tue, 29 Nov 2011 21:02:46 +0000
**To:** Mike Reed <mike.reed@nhs.net>
**Cc:** Paul McGovern <pdmcgovern@gmail.com>, Scott Augustine <saugustine@augbiomed.com>,



"kleland@augbiomed.com" <kleland@augbiomed.com>, Christopher Nachtsheim <nacht001@umn.edu>
**Subject:** Full workup of the stats you requested

[Quoted text hidden]

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message may contain confidential information. If you are not the intended recipient please inform the
sender that you have received the message in error before deleting it.
Please do not disclose, copy or distribute information in this e-mail or take any action in reliance on its contents:
to do so is strictly prohibited and may be unlawful.

Thank you for your co-operation.

NHSmail is the secure email and directory service available for all NHS staff in England and Scotland
NHSmail is approved for exchanging patient data and other sensitive information with NHSmail and GSi recipients
NHSmail provides an email address for your career in the NHS and can be accessed anywhere
For more information and to find out how you can switch, visit www.connectingforhealth.nhs.uk/nhsmail

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Table 1. Univariate Comparison of Risk Factors on the Development of Deep Joint Infection.

| | No. (%) Developing Infection | No. (%) Not Developing Infection | Odds Ratio (95% Confidence Interval) | P value |
|---|---|---|---|---|
| Type of Surgery | | | | <0.001[a] |
|   Knee | 13 (1.1) | 1120 (98.9) | 1.0 | |
|   Hip | 27 (3.7) | 704 (96.3) | 3.3 (1.69, 6.45) | |
| Patient Warming Device | | | | <0.001[a] |
|   Conductive Fabric | 7 (0.9) | 792 (99.1) | 1.0 | |
|     Knee | 3 | 487 | | |
|     Hip | 4 | 305 | | |
|   Forced Air | 33 (3.1) | 1032 (96.9) | 3.6 (1.59, 8.22) | |
|     Knee | 10 | 633 | | |
|     Hip | 23 | 399 | | |

Abbreviations: No., Number of Patients
[a]Type III (deleted parameter) Likelihood Ratio $\chi^2$ Test using Logistic Regression

y

Table 2. Multivariate Comparison of Risk Factors on the Development of Deep Joint Infection.

| Model Terms[a] | Adjusted Odds Ratio (95% Confidence Interval) | Parameter Significance P-value |
|---|---|---|
| Type of Surgery | | <0.001[b] |
|   Knee | 1.0 | |
|   Hip | 3.3 (1.68, 6.44) | |
| Patient Warming Device | | <0.001[b] |
|   Conductive Fabric | 1.0 | |
|   Forced Air | 3.6 (1.58, 8.2) | |

[a]An additive model was selected based upon a non-significant improvement in model deviance when compared to the saturated model (interaction model)

[b]Type III (deleted parameter) Likelihood Ratio $\chi^2$ Test using Logistic Regression

Figure 1: Time based trends of joint sepsis rates for hip and knee replacement cases combined. The outcome of each individual case is plotted on the right hand axis (data is jittered to avoid overprinting). Average infection rates for each period (Forced air, Transition, or Conductive Fabric) are plotted on the left hand axis. Standard error of the mean was estimated using logistic regression.



Figure 2: Time based trends of joint sepsis rates for hip replacement cases. The outcome of each individual case is plotted on the right hand axis (data is jittered to avoid overprinting). Average infection rates for each period (Forced air, Transition, or Conductive Fabric) are plotted on the left hand axis. Standard error of the mean was estimated using logistic regression.



Figure 3: Time based trends of joint sepsis rates for knee replacement cases. The outcome of each individual case is plotted on the right hand axis (data is jittered to avoid overprinting). Average infection rates for each period (Forced air, Transition, or Conductive Fabric) are plotted on the left hand axis. Standard error of the mean was estimated using logistic regression.

