UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To: All Actions | **(PROPOSED) ORDER GRANTING PLAINTIFFS' MOTION TO EXCLUDE THE TESTIMONY OF THEODORE R. HOLFORD UNDER FED. R. EVID. 702** |

Before the Court is Plaintiffs' Motion to Exclude the Testimony of Theodore R. Holford, Ph.D under Federal Rule of Evidence 702.

Based on the motions, papers, files, records, and hearing conducted in this matter, IT IS HEREBY ORDERED that Plaintiffs' motion is GRANTED. The testimony of Theodore Holford, Ph.D. is hereby excluded.

Date: _____          BY THE COURT

 

_____
HON. JOAN N. ERICKSEN