# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To: All Actions | **DEFENDANTS' MEET AND CONFER STATEMENT REGARDING DEFENDANTS' MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF PLAINTIFFS' ENGINEERING EXPERTS DANIEL KOENIGSHOFER, MICHAEL BUCK, SAID ELGHOBASHI, AND YADIN DAVID** |

I, Peter J. Goss, representing Defendants 3M Company and Arizant Healthcare Inc., certify that my co-counsel, Benjamin W. Hulse, met and conferred with Genevieve Zimmerman and Ben Gordon, Jr., counsel for Plaintiffs, on September 7, 2017 via email, prior to filing Defendants' Motion to Exclude the Opinions and Testimony of Plaintiffs' Engineering Experts Daniel Koengshofer, Michael Buck, Said Elghobashi, and Yadin David. The parties did not agree on the resolution of all or part of the Motion.

Dated: September 12, 2017

*s/*Peter J. Goss
Peter J. Goss (MN#267910)
BLACKWELL BURKE P.A.
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3256
Fax: (612) 343-3205
Email: pgoss@blackwellburke.com