# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation<br><br>This Document Relates To:<br>All Actions | MDL No. 15-2666 (JNE/FLN)<br><br>**(PROPOSED) ORDER ON DEFENDANTS' MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF PLAINTIFFS' ENGINEERING EXPERTS DANIEL KOENIGSHOFER, MICHAEL BUCK, SAID ELGHOBASHI, AND YADIN DAVID** |

This matter is before the Court pursuant to Defendants' Motion to Exclude Opinions and Testimony of Plaintiffs' Engineering Experts Daniel Koenigshofer, Michael Buck, Said Elghobashi, and Yadin David under Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579, 591 (1993).

Based upon the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Defendants' motion is **GRANTED**.

Dated: _____, 2017        **BY THE COURT**

_____
The Honorable Joan N. Ericksen
U.S. District Court Judge
District of Minnesota