UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to All Actions | |

## **DECLARATION OF GENEVIEVE M. ZIMMERMAN**

1. My name is Genevieve M. Zimmerman and I am a Partner with the Meshbesher & Spence Ltd. law firm. I am a member of the Court appointed Co-Lead Counsel in the above entitled matter.

2. Attached hereto as Exhibit A is a true and correct copy of portions of Richard Wenzel's deposition, taken on August 4, 2017 in Washington, D.C.

3. Attached hereto as Exhibit B is a true and correct copy of portions of Richard Wenzel's report.

4. Attached hereto as Exhibit C is a true and correct copy of Operative Environment, 2014 Orthopaedic Research Society, J. ORTHOP. RES. 32:S60-S80, S60 (2014).

Dated:  September 12, 2017          /s/ Genevieve M. Zimmerman

Genevieve M. Zimmerman (MN#330292)
MESHBESHER & SPENCE, LTD.
1616 Park Avenue
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
Email: gzimmerman@meshbesher.com

**Plaintiffs Co-Lead Counsel**