# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To: All Actions | **(PROPOSED) ORDER GRANTING PLAINTIFFS' MOTION TO EXCLUDE TESTIMONY AND OPINIONS OF RICHARD WENZEL, M.D.** |

Before the Court is Plaintiffs' Motion to Exclude the Testimony and Opinions of Richard Wenzel, M.D.

Based on the motions and supporting papers, files, records, and hearing conducted in this matter,

IT IS HEREBY ORDERED that Plaintiffs' motion is GRANTED. The testimony and opinions of Richard Wenzel, M.D. is hereby excluded.

Date: _____          BY THE COURT

 

                                                _____
                                                HON. JOAN N. ERICKSEN