# EXHIBIT B

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

1

1       UNITED STATES DISTRICT COURT

2          DISTRICT OF MINNESOTA

3    - - - - - - - - - - - - - - - - - - - - - - - - -

4    In Re:

5    Bair Hugger Forced Air Warming

6    Products Liability Litigation

7

8    This Document Relates To:

9    All Actions            MDL No. 15-2666 (JNE/FLM)

10   - - - - - - - - - - - - - - - - - - - - - - - - -

11

12       DEPOSITION OF JOHN P. ABRAHAM, Ph.D.

13          VOLUME I, PAGES 1 - 396

14             JULY 20, 2017

15

16

17            (The following is the deposition of JOHN P.

18   ABRAHAM, Ph.D., taken pursuant to Notice of Taking

19   Deposition, via videotape, at the offices of Ciresi

20   Conlin L.L.P., 225 South 6th Street, Suite 4600, in

21   the City of Minneapolis, State of Minnesota,

22   commencing at approximately 9:26 o'clock a.m., July

23   20, 2017.)

24

25

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

4

| | | |
|---|---|---|
| | 1 | PROCEEDINGS |
| 09:26:46 | 2 | (Witness sworn.) |
| | 3 | JOHN P. ABRAHAM, Ph.D., |
| | 4 | Called as a witness, being first |
| | 5 | duly sworn, was examined and |
| | 6 | testified as follows: |
| | 7 | EXAMINATION |
| | 8 | BY MR. ASSAAD: |
| 09:27:00 | 9 | Q.   Please state your name for the record. |
| 09:27:02 | 10 | A.   John, J-O-H-N, Patrick, P-A-T-R-I-C-K, |
| 09:27:09 | 11 | Abraham, A-B-R-A-H-A-M. |
| 09:27:12 | 12 | Q.   Have you ever had your deposition taken |
| 09:27:13 | 13 | before? |
| 09:27:14 | 14 | A.   Yes. |
| 09:27:15 | 15 | Q.   Approximately how many times? |
| 09:27:18 | 16 | A.   Six or seven. |
| 09:27:19 | 17 | Q.   Were they all in the capacity of an expert |
| 09:27:21 | 18 | witness? |
| 09:27:23 | 19 | A.   Yes. |
| 09:27:25 | 20 | Q.   And we'll get to those in a little bit.  I'm |
| 09:27:28 | 21 | sure -- You've been through the drill before, but I |
| | 22 | have to go over a few instructions -- |
| | 23 | (Interruption by the reporter.) |
| 09:27:29 | 24 | Q.   You've been through the drill before, but |
| 09:27:33 | 25 | I'm going to go over a few instructions.  Fair? |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

24

| | | |
|---|---|---|
| 09:52:41 | 1 | the final draft was early 2016? |
| 09:52:43 | 2 | A.   No. |
| 09:52:45 | 3 | Q.   Okay.   When did you complete the final |
| 09:52:47 | 4 | draft? |
| 09:52:49 | 5 | A.   Well the final draft would have been |
| 09:52:52 | 6 | completed after I received the expert report from Dr. |
| 09:52:57 | 7 | Elghobashi, so that part was added, that section was |
| 09:53:03 | 8 | added after -- after that date. |
| 09:53:05 | 9 | Q.   Okay.   Could we -- Could we -- |
| 09:53:08 | 10 | I'm going to just give you page numbers and |
| 09:53:10 | 11 | let me just see if we could go through this quickly. |
| 09:53:13 | 12 | Would you agree with me that pages 1 through |
| 09:53:21 | 13 | 10, the first part, was completed by early 2016? |
| 09:53:36 | 14 | A.   You said "10, the first part"? |
| 09:53:38 | 15 | Q.   Page 10 and -- with paragraph subtitled B. |
| 09:53:43 | 16 | A.   Yes.   I -- To my best recollection, that |
| 09:53:46 | 17 | would have been completed early 2016. |
| 09:53:48 | 18 | Q.   Okay.   And then the part with respect to the |
| 09:53:51 | 19 | schlieren and -- and the criticisms of Elghobashi |
| 09:53:58 | 20 | would have been done probably this year, after you |
| 09:54:01 | 21 | received those reports. |
| 09:54:02 | 22 | A.   Correct. |
| 09:54:03 | 23 | Q.   Okay.   And you've kept detailed bills with |
| 09:54:12 | 24 | respect to all the work you've done in this case. |
| 09:54:13 | 25 | A.   Yes. |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

25

09:54:14  1     Q.   Okay.  So would you agree with me that this

09:54:19  2  report was completed with respect to your CFD, not

09:54:23  3  your criticisms of the schlieren, prior to Science Day

09:54:27  4  where you testified in front of the Court in this

09:54:29  5  case?

09:54:30  6     A.   Yes.

09:54:46  7     Q.   And let me just correct one thing.  Go to

09:54:50  8  page 11 and the top of 12.  Was that -- part D,

09:54:59  9  section D.  Would that have been part of your report

09:55:02  10  in January of 2016, or was that added later on?

09:55:12  11     A.   That would have been part of the original,

12  the early --

13     Q.   Okay.

09:55:16  14     A.   -- the early report.

09:55:19  15     Q.   Okay.  So now we have, just to be clear and

09:55:21  16  for the record, pages 1 through 10 of -- section B of

09:55:28  17  10, and pages 11, section D, which completes on

09:55:31  18  section 12, was all completed in January of 2016.

09:55:34  19          MR. GOSS:   Object to form.

09:55:36  20          MR. ASSAAD:   Basis?

09:55:37  21          MR. GOSS:   I think he said "early" 2016.

09:55:39  22     Q.   Early 2016.

09:55:41  23     A.   That is the best of my recollection.

09:55:43  24     Q.   And definitely before Science Day in this

09:55:45  25  case.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

37

| | | |
|---|---|---|
| 10:10:24 | 1 | Q.   Okay.  And is it with the 505 or the 750 |
| 10:10:27 | 2 | model? |
| 10:10:28 | 3 | A.   Both. |
| 10:10:28 | 4 | Q.   Okay.  And you wrote this with B. D. |
| 10:10:35 | 5 | Plourde; is that how you pronounce it? |
| 10:10:37 | 6 | A.   Plourde. |
| 10:10:38 | 7 | Q.   Plourde.  And Ms. Vallez? |
| 10:10:40 | 8 | A.   Correct. |
| 10:10:41 | 9 | Q.   Okay.  Did those two assist you with the CFD |
| 10:10:44 | 10 | analysis that is the subject of your report? |
| 10:10:56 | 11 | A.   No. |
| 10:10:58 | 12 | Q.   So it's my understanding that the report -- |
| 10:11:04 | 13 | the -- the creation of the CFD and the results was all |
| 10:11:08 | 14 | created by you? |
| 10:11:10 | 15 | A.   All of the results contained in the document |
| 10:11:13 | 16 | and in my expert report were created by me. |
| 10:11:17 | 17 | Q.   What about the geometry? |
| 10:11:19 | 18 | A.   The geometry was not created by me. |
| 10:11:21 | 19 | Q.   Who was it created by? |
| 10:11:23 | 20 | A.   I don't know the answer to that. |
| 10:11:29 | 21 | Q.   Was it given to you? |
| 10:11:30 | 22 | A.   Yes. |
| 10:11:31 | 23 | Q.   By whom? |
| 10:11:33 | 24 | A.   If I recall, it was supplied by an attorney, |
| 10:11:38 | 25 | but it would have been two years ago.  I don't recall |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

47

| | |
|---|---|
| 10:23:37 | 1   the files. |
| 10:23:38 | 2        I was produced a AGDBT file.  Is that the |
| 10:23:42 | 3   CAD file? |
| 10:23:43 | 4        A.   Actually that would be the CAD file. |
| 10:23:45 | 5        Q.   Okay.  And I was provided a TRN file, one |
| 10:23:49 | 6   TRN file -- |
| 10:23:50 | 7        A.   Yep. |
| 10:23:52 | 8        Q.   -- previously from the original subpoena. |
| | 9        A.   Umm-hmm. |
| 10:23:55 | 10       Q.   Do you recall producing that? |
| 10:23:56 | 11       A.   Yes. |
| 10:23:56 | 12       Q.   And I received another TRN file that was |
| 10:24:00 | 13  called the 2540 that is -- that was produced subject |
| 10:24:07 | 14  to your -- the subpoena.  Does that sound correct? |
| 10:24:10 | 15       A.   Yes. |
| 10:24:10 | 16       Q.   Are there any other files that you have? |
| 10:24:15 | 17       A.   I don't think there's any other files that I |
| 10:24:16 | 18  have.  I don't recall any other files that I have |
| 10:24:21 | 19  sitting here now. |
| 10:24:22 | 20       Q.   Okay.  So the only -- |
| 10:24:25 | 21            And I don't know this for sure, and I was |
| 10:24:27 | 22  guessing based on the pictures that I received, but |
| 10:24:29 | 23  the 2540, is that your work on the 505? |
| 10:24:33 | 24       A.   Yes, that's correct. |
| 10:24:34 | 25       Q.   And the one that was titled "Abraham," which |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

51

| | | |
|---|---|---|
| 10:28:21 | 1 | A.   Correct. |
| 10:28:22 | 2 | Q.   And 264 is the 264th period of time that you |
| 10:28:27 | 3 | got a result. |
| 10:28:29 | 4 | A.   Yes. |
| 10:28:30 | 5 | Q.   So where are the other 263 results? |
| 10:28:34 | 6 | A.   I -- I didn't archive them because the |
| 10:28:37 | 7 | results are enormous and they fill up the hard drive. |
| 10:28:41 | 8 | I think I have two others, just to verify that I re -- |
| 10:28:45 | 9 | that I achieved steady state. |
| 10:28:48 | 10 | Q.   Are they time steps before or after? |
| 10:28:50 | 11 | A.   Both. |
| 10:28:51 | 12 | Q.   How -- What's the -- the -- How far -- |
| 10:28:54 | 13 |      What number after? |
| 10:28:56 | 14 | A.   I think 300. |
| 10:28:57 | 15 | Q.   Okay.  And what about before; do you |
| 10:29:03 | 16 | remember the -- |
| 10:29:04 | 17 | A.   I don't know. |
| 10:29:05 | 18 | Q.   Okay.  And I take it that 300, it actually |
| 10:29:08 | 19 | means something to you, the 300th time step? |
| 10:29:12 | 20 | A.   Correct. |
| 10:29:13 | 21 | Q.   Is a time step every second? |
| 10:29:14 | 22 | A.   No. |
| 10:29:15 | 23 | Q.   What's the time step, like in this case? |
| 10:29:17 | 24 | A.   I don't recall what my time step was in the |
| 10:29:19 | 25 | calculation. |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

52

| | | |
|---|---|---|
| 10:29:20 | 1 | Q.   Is that something that's in your report? |
| 10:29:25 | 2 | A.   I'll have to look.  (Witness reviewing |
| 10:30:14 | 3 | exhibit.) |
| 10:30:14 | 4 | Q.   We have a lot to cover and I'm going to go |
| 10:30:17 | 5 | page-by-page, so let's look for it when we start going |
| 10:30:20 | 6 | page-by-page through your report later on, okay? |
| 10:30:23 | 7 | A.   Great. |
| 10:30:24 | 8 | Q.   So did you do any runs -- |
| 10:30:31 | 9 | Did you do any other runs before you came |
| 10:30:33 | 10 | with your final -- before you came up with your final |
| 10:30:36 | 11 | results? |
| 10:30:39 | 12 | A.   Yes. |
| 10:30:40 | 13 | Q.   Okay.  What were different about those runs? |
| 10:30:45 | 14 | A.   A calculation like this requires an initial |
| 10:30:49 | 15 | guess.  These are what are called iterative |
| 10:30:54 | 16 | calculations, so you're guessing and checking and |
| 10:30:56 | 17 | guessing and checking.  If you have a reasonable |
| 10:31:00 | 18 | initial guess, it speeds the -- what we call the |
| 10:31:05 | 19 | convergence. |
| 10:31:06 | 20 | So I did a calculation to get an initial |
| 10:31:08 | 21 | guess, which I then used as an input.  And the effect |
| 10:31:14 | 22 | of that was to speed the process. |
| 10:31:16 | 23 | Q.   Okay.  How many of those did you do? |
| 10:31:19 | 24 | A.   I think I would have done one. |
| 10:31:20 | 25 | Q.   Okay.  Do you have those results? |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

53

| 10:31:22 | 1 | A. | No. |

10:31:22    1    A.    No.

10:31:23    2    Q.    So those have been destroyed.

10:31:25    3         MR. GOSS:  Object to form.

10:31:27    4    A.    Well, I mean I -- there's no reason to keep

10:31:30    5  them.

10:31:31    6    Q.    That wasn't my question.

10:31:32    7         My question is:  They're no longer -- They

10:31:34    8  no longer exist.

10:31:35    9    A.    I no longer --

10:31:36   10         That's correct, they no longer exist.

10:31:38   11    Q.    So you destroyed them.

10:31:39   12         MR. GOSS:  Object to form.

10:31:42   13    Q.    Let me -- Let me withdraw that question.

10:31:44   14         Do files --

10:31:46   15         Is this on your personal computer or a St.

10:31:49   16  Thomas computer?

10:31:50   17    A.    St. Thomas computer.

10:31:51   18    Q.    Okay.  And do you have to go physically

10:31:57   19  delete the file, or are they automatically deleted

10:32:00   20  over a certain period of time?

10:32:01   21    A.    I -- I actually do the deletion.

10:32:03   22    Q.    So you deleted those files.

10:32:04   23    A.    Correct.

10:32:06   24    Q.    When did you delete those files?

10:32:07   25    A.    Proba --

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

54

| | | |
|---|---|---|
| 10:32:08 | 1 | I don't know.  I probably would have done it |
| 10:32:12 | 2 | once I had obtained them and then I used the -- then I |
| 10:32:15 | 3 | used them as the initial... |
| 10:32:16 | 4 | I don't -- I don't know when I did. |
| 10:32:17 | 5 | Q.  Okay.  Prior to writing this report? |
| 10:32:24 | 6 | A.  I would have to guess.  I don't know. |
| 10:32:27 | 7 | Q.  So just so I understand, the only files |
| 10:32:30 | 8 | available right now that you have on your computer are |
| 10:32:37 | 9 | three -- with respect to the 750, are three TRN files, |
| 10:32:42 | 10 | one which is the 264, one that's titled 300, and then |
| 10:32:47 | 11 | one that's earlier than 264. |
| 10:32:49 | 12 | A.  Correct. |
| 10:32:50 | 13 | Q.  Okay.  Any other files that you have |
| 10:32:51 | 14 | available to you? |
| 10:32:52 | 15 | A.  No. |
| 10:32:54 | 16 | Q.  Okay.  Are there any other files that you |
| 10:32:59 | 17 | could obtain from your -- |
| 10:33:01 | 18 | Well let me ask you this:  Do you still have |
| 10:33:03 | 19 | the model? |
| 10:33:04 | 20 | A.  It's contained within the TRN. |
| 10:33:06 | 21 | Q.  Okay.  So if I want -- |
| 10:33:14 | 22 | Can I reproduce your model through the TRN? |
| 10:33:17 | 23 | A.  Yes. |
| 10:33:17 | 24 | Q.  How would I do that? |
| 10:33:18 | 25 | A.  The TRN contains all of the information, |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

64

| | | |
|---|---|---|
| 10:58:07 | 1 | what temperature? |
| 10:58:08 | 2 | A.   For the journal paper I ran a calculation |
| 10:58:12 | 3 | where the temperature emerging from the Bair Hugger |
| 10:58:14 | 4 | was 43 Celsius. |
| 10:58:16 | 5 | Q.   Okay.  Now the opinions that you're going to |
| 10:58:30 | 6 | be giving in today's deposition, they're based on the |
| 10:58:45 | 7 | initial CFD analysis that was completed by January of |
| 10:58:48 | 8 | 2016 with respect to the 750; correct? |
| 10:58:52 | 9 | A.   They're based on the initial CFD analysis. |
| 10:58:54 | 10 | I don't know if they were completed by January of |
| 10:58:57 | 11 | 2016, but they are based on the initial CFD analysis. |
| 10:59:00 | 12 | Q.   Okay.  And you agree with me there's nothing |
| 10:59:09 | 13 | in your report that identifies the equations that you |
| 10:59:12 | 14 | used with respect to your analysis of the problem. |
| 10:59:17 | 15 | A.   I agree. |
| 10:59:18 | 16 | Q.   Okay.  Now I asked you what the time step |
| 10:59:29 | 17 | was, and I know you looked through your report |
| 10:59:31 | 18 | somewhere.  Did you see anything about the time step |
| 10:59:33 | 19 | that was used? |
| 10:59:34 | 20 | A.   The only thing I saw was the statement that |
| 10:59:36 | 21 | the results at other time steps lead to the same |
| 10:59:39 | 22 | conclusions. |
| 10:59:40 | 23 | Q.   Is -- Is a time step, is that a -- is it a |
| 10:59:42 | 24 | constant time between, like, 263 and 264? |
| 10:59:48 | 25 | A.   Yes. |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

65

| | | |
|---|---|---|
| 10:59:50 | 1 | Q.   And when you're talking about a time step |
| 10:59:52 | 2 | are you like running it every second, every two |
| 10:59:55 | 3 | seconds, every five seconds? |
| 10:59:57 | 4 | A.   You -- It's like that, but you use -- you |
| 11:00:00 | 5 | can use different time steps during your calculation. |
| 11:00:06 | 6 | So, for example, you might want to use small time |
| 11:00:10 | 7 | steps initially to get things going, and then you |
| 11:00:14 | 8 | might use larger time steps, let's say, once you get |
| 11:00:18 | 9 | to quasi steady and you want to go out further in time |
| 11:00:21 | 10 | just to verify.  So you can change the time step over |
| 11:00:24 | 11 | ti -- over -- over -- during the calculation.  But |
| 11:00:26 | 12 | unless you do that, the time step is the same between |
| 11:00:29 | 13 | each sequential time. |
| 11:00:32 | 14 | Q.   So is it a second, a fraction of a second? |
| 11:00:35 | 15 | A.   It would be a fraction of a second. |
| 11:00:37 | 16 | Q.   And did you ever change the time steps? |
| 11:00:38 | 17 | A.   Yes. |
| 11:00:38 | 18 | Q.   At what point? |
| 11:00:42 | 19 | A.   What do you mean by "at what point"? |
| 11:00:44 | 20 | Q.   Like when did -- |
| 11:00:45 | 21 |      Did you change the time step between 1 and |
| 11:00:48 | 22 | 264? |
| 11:00:49 | 23 | A.   I don't recall. |
| 11:00:51 | 24 | Q.   Where would that information be? |
| 11:00:59 | 25 | A.   I don't know if I recorded that.  I don't |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

67

11:02:11   1   edits; commas, periods.  Nothing substantive, nothing

11:02:17   2   that would change the conclusions or any substance of

11:02:21   3   the report.

11:02:22   4       Q.   Any of your colleagues look at it and offer

11:02:24   5   any edits?

11:02:27   6       A.   No.

11:02:27   7       Q.   Okay.  When was the journal article

11:02:34   8   submitted?

11:02:44   9       A.   I would estimate -- estimate April or May.

11:02:46  10       Q.   Of this year?

11:02:47  11       A.   Yes.

11:02:47  12       Q.   Okay.  Did you put the time step in the

11:03:02  13   journal?

11:03:05  14       A.   I would have to look.  I don't know.

11:03:07  15       Q.   Okay.  If you do change the time step during

11:03:13  16   a -- a run, is that something that you would disclose

11:03:17  17   in the methodology of a journal paper?

11:03:22  18       A.   The choice of time step is important to

11:03:24  19   disclose, and its bearing on accuracy, but whether or

11:03:28  20   not you change it may or may not be important.

11:03:32  21       Q.   So you definitely would have disclosed,

11:03:34  22   like, the -- that the -- Strike that.

11:03:36  23            The time step is an important piece of

11:03:46  24   information that is usually submitted as a part of a

11:03:51  25   CFD analysis in a scientical -- scientific research

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

68

11:03:53   1   report for publication.

11:03:54   2        A.   Yes.

11:03:56   3        Q.   Okay.   Because you would need the time step

11:03:59   4   to reproduce the results.

11:04:02   5        A.   Correct.

11:04:03   6        Q.   Okay.   Do you agree with me that there is a

11:04:11   7   lot more information in your journal article than is

11:04:14   8   contained in your expert report?   Scientific

11:04:18   9   information?

11:04:25   10       A.   No.

11:04:26   11       Q.   "No"?

11:04:27   12       A.   No.

11:04:27   13       Q.   Okay.   Without the time step can I reproduce

11:04:40   14   your results?

11:04:41   15       A.   Yes.

11:04:42   16       Q.   But you just told me it was very important

11:04:43   17   to reproduce the results.

11:04:46   18       A.   Correct.

11:04:47   19       Q.   So without it and it's an important piece of

11:04:51   20   information to reproduce results, how would I

11:04:53   21   reproduce your results without a time step?

11:04:56   22       A.   And actually let me clarify my earlier

11:05:01   23   answer.

11:05:02   24            Provided that your time step is sufficiently

11:05:04   25   small and that it allows you to reach quasi-steady

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

71

| | | |
|---|---|---|
| 11:07:46 | 1 | stick the relevancy objections to your counsel and |
| 11:07:49 | 2 | just answer my questions for me. |
| 11:07:50 | 3 | MR. GOSS:  Well I think "relevance" has a |
| 11:07:51 | 4 | meaning outside of the law, and if that's the way |
| 11:07:54 | 5 | he's using it, then -- |
| 11:07:55 | 6 | MR. ASSAAD:  Fair enough. |
| 11:07:56 | 7 | MR. GOSS:  -- let him use it. |
| 11:08:03 | 8 | BY MR. ASSAAD: |
| 11:08:03 | 9 | Q.   But I would need those initial conditions to |
| 11:08:07 | 10 | do the exact same thing that you did to get the |
| 11:08:10 | 11 | results that are obtained in the TRN file that you've |
| 11:08:13 | 12 | provided; correct? |
| 11:08:15 | 13 | A.   That is a correct statement. |
| 11:08:17 | 14 | Q.   Okay.  And I'd also have to know whether or |
| 11:08:20 | 15 | not you changed the time step between the initial |
| 11:08:25 | 16 | conditions and time step 264; correct? |
| 11:08:29 | 17 | A.   Correct. |
| 11:08:30 | 18 | Q.   Okay.  Otherwise, without those data -- that |
| 11:08:38 | 19 | data, it would be impossible for me to replicate the |
| 11:08:44 | 20 | results you found in your 264 TRN file; correct? |
| 11:08:47 | 21 | A.   I disagree. |
| 11:08:48 | 22 | Q.   How would I replicate and get the exact same |
| 11:08:52 | 23 | numbers -- I'm not talking about your judgment -- I'm |
| 11:08:55 | 24 | talking about the exact same calculated numbers in the |
| 11:08:59 | 25 | 264 TRN file, if I don't have the initial conditions? |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

116

| | | |
|---|---|---|
| 12:07:08 | 1 | currently? |
| 12:07:09 | 2 | A. Version 18. |
| 12:07:10 | 3 | Q. Okay. But what version was the CFD done for |
| 12:07:13 | 4 | the 750? |
| 12:07:15 | 5 | A. 17. |
| 12:07:16 | 6 | Q. 17, or 17.1? |
| 12:07:19 | 7 | A. I don't know if it was 17.0 or .1. |
| 12:07:23 | 8 | Q. Would there be a difference in the results |
| 12:07:24 | 9 | if it was 17 or 17.1? |
| 12:07:26 | 10 | A. No. |
| 12:07:28 | 11 | Q. Okay. You're not an expert in medicine; |
| 12:07:30 | 12 | correct? |
| 12:07:31 | 13 | A. Correct. |
| 12:07:31 | 14 | Q. You're not an infectious disease expert; |
| 12:07:34 | 15 | correct? |
| 12:07:34 | 16 | A. Correct. |
| 12:07:34 | 17 | Q. So do you know how many CFUs it would take |
| 12:07:37 | 18 | to cause a periprosthetic joint infection? |
| 12:07:41 | 19 | A. No. |
| 12:07:41 | 20 | Q. You're not an expert in orthopedics; |
| 12:07:42 | 21 | correct? |
| 12:07:43 | 22 | A. Correct. |
| 12:07:43 | 23 | Q. You're not an expert in nursing; correct? |
| 12:07:46 | 24 | A. Correct. |
| 12:07:46 | 25 | Q. You're not an expert in filter |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

134

| | | |
|---|---|---|
| 12:27:11 | 1 | A.   Yes. |
| 12:27:13 | 2 | Q.   By the way, you agree with me that particles |
| 12:27:15 | 3 | do not follow airstreams; correct? |
| 12:27:18 | 4 | A.   They may or may not follow airstreams. |
| 12:27:21 | 5 | Q.   Depending on the size; correct? |
| 12:27:24 | 6 | A.   Correct. |
| 12:27:25 | 7 | Q.   Okay.   Because particles have inertia. |
| 12:27:28 | 8 | A.   That is correct. |
| 12:27:28 | 9 | Q.   Okay.   What size particles follow airstreams |
| 12:27:31 | 10 | as compared to size particles that don't follow |
| 12:27:34 | 11 | airstreams? |
| 12:27:36 | 12 | A.   I cannot answer that question in the |
| 12:27:38 | 13 | abstract because it depends on the airstreams. |
| 12:27:40 | 14 | Q.   Okay.   In the airstreams in this case -- |
| 12:27:44 | 15 | with the velocity of the airstreams in this case, do |
| 12:27:46 | 16 | you have any idea, sitting here today, what -- what |
| 12:27:49 | 17 | size particles would follow the airstreams as compared |
| 12:27:51 | 18 | to not follow the airstreams? |
| 12:27:54 | 19 | A.   No. |
| 12:27:55 | 20 | Q.   Okay.   The fact that we have eight people -- |
| 12:28:26 | 21 | seven people sitting in this room, does that affect |
| 12:28:28 | 22 | the temperature of this room? |
| 12:28:32 | 23 | A.   It may. |
| 12:28:33 | 24 | Q.   Okay.   But you can't assume that it doesn't. |
| 12:28:44 | 25 | A.   The reason why I'm pausing is the answer |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

138

| | |
|---|---|
| 12:32:25 | 1   A.   I've seen portions of videos of either hip |
| 12:32:27 | 2   or knee re -- surgeries. |
| 12:32:28 | 3   Q.   I mean, you were at Science Day. |
| 12:32:30 | 4   A.   That's right. |
| 12:32:30 | 5   Q.   Okay.  So I know you've seen it. |
| 12:32:31 | 6   A.   Well, hold on.  But you asked two different |
| 12:32:34 | 7   types of surgeries, and my recollection is it was just |
| 12:32:36 | 8   one type.  I could be wrong. |
| 12:32:37 | 9   Q.   Okay. |
| 12:32:38 | 10  A.   So I didn't want to overrepresent my video |
| 12:32:41 | 11  watching. |
| 12:32:42 | 12  Q.   So are you assuming that -- Strike that. |
| 12:32:48 | 13      You agree that even if you have non-moving |
| 12:32:52 | 14  people in an operating room it's going to affect |
| 12:32:56 | 15  airflow. |
| 12:32:57 | 16  A.   Yes. |
| 12:32:57 | 17  Q.   Okay.  Especially if the people are around |
| 12:33:03 | 18  the operating room table it's going to affect the |
| 12:33:05 | 19  airflow underneath the operating room table. |
| 12:33:09 | 20  A.   I don't know if I agree with that. |
| 12:33:11 | 21  Q.   Well you're -- you're causing -- you are |
| 12:33:14 | 22  causing blockages underneath the operating room table |
| 12:33:18 | 23  because you have people standing next to it, correct, |
| 12:33:21 | 24  and that's going to affect the air underneath the |
| 12:33:23 | 25  operating room table. |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

140

| | | |
|---|---|---|
| 12:34:22 | 1 | What's the term used for how much an object |
| 12:34:24 | 2 | absorbs heat, or -- Is it heat index or heat |
| 12:34:28 | 3 | coefficient?  Specific heat. |
| 12:34:29 | 4 | A.   Specific heat. |
| 12:34:31 | 5 | Q.   That's it, specific heat. |
| 12:34:32 | 6 | Was the specific heat ever -- did you use |
| 12:34:34 | 7 | that at all with respect to your CFD analysis? |
| 12:34:36 | 8 | A.   Yes. |
| 12:34:37 | 9 | Q.   What -- What did you apply specific heat to? |
| 12:34:39 | 10 | A.   The air. |
| 12:34:40 | 11 | Q.   Anything else? |
| 12:34:42 | 12 | A.   No. |
| 12:34:44 | 13 | Q.   What about the blanket, the -- the Bair |
| 12:34:47 | 14 | Hugger blanket? |
| 12:34:51 | 15 | A.   I did not apply a specific heat to the Bair |
| 12:34:54 | 16 | Hugger blanket. |
| 12:34:55 | 17 | Q.   Okay. |
| 12:34:56 | 18 | A.   It was not necessary. |
| 12:34:59 | 19 | Q.   What about the drapes? |
| 12:35:03 | 20 | A.   Same answer. |
| 12:35:03 | 21 | Q.   What about the patient? |
| 12:35:06 | 22 | A.   Same answer. |
| 12:35:07 | 23 | Q.   So you didn't put -- you didn't apply any |
| 12:35:10 | 24 | specific heat. |
| 12:35:11 | 25 | A.   Correct. |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

142

| | | |
|---|---|---|
| 12:36:20 | 1 | you see is this top interface, but when you look at |
| 12:36:24 | 2 | the model you're not looking at the wood grains |
| 12:36:27 | 3 | inside, and that's the difference. |
| 12:36:28 | 4 | Q.   So is it like a void in the model? |
| 12:36:33 | 5 | A.   It is a void in the model, but that -- using |
| 12:36:37 | 6 | that term is misleading. |
| 12:36:39 | 7 | Q.   I know.  I don't know what... |
| 12:36:40 | 8 | Like, for example, I mean it -- there's the |
| 12:36:44 | 9 | table, but it's not really there, it's just telling |
| 12:36:47 | 10 | that, like, it's a barrier type thing. |
| 12:36:50 | 11 | A.   That's right. |
| 12:36:51 | 12 | Q.   Okay.  So -- So you would agree with me that |
| | 13 | -- |
| 12:37:01 | 14 | What's the word?  Is it adiabatic? |
| 12:37:07 | 15 | A.   Adiabatic is the word meaning insulated, and |
| 12:37:11 | 16 | I -- I used adiabatic surfaces to represent solids. |
| 12:37:16 | 17 | Q.   Okay.  Which means that there's no heat |
| 12:37:17 | 18 | transfer among the solids. |
| 12:37:19 | 19 | A.   Correct. |
| 12:37:19 | 20 | Q.   So you had no heat transfer between the Bair |
| 12:37:23 | 21 | Hugger blanket and the drapes. |
| 12:37:27 | 22 | A.   Correct. |
| 12:37:29 | 23 | Q.   But we know in the real world that's not |
| 12:37:31 | 24 | accurate. |
| 12:37:35 | 25 | A.   In the real world you have cool air on one |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

164

| | | |
|---|---|---|
| 14:00:22 | 1 | neck.  Do you recall that testimony? |
| 14:00:24 | 2 | A.    Yes. |
| 14:00:25 | 3 | Q.    Do you have any calculations that you |
| 14:00:27 | 4 | performed to support that assumption? |
| 14:00:33 | 5 | A.    Are you asking me do I have calculations to |
| 14:00:36 | 6 | support the idea that the air will rise? |
| 14:00:40 | 7 | Q.    No.   That the air will come from the arm -- |
| 14:00:43 | 8 | the air that's being blown on the end of the hand is |
| 14:00:46 | 9 | going to migrate up the arm and out the head and neck |
| 14:00:50 | 10 | of the patient. |
| 14:00:52 | 11 | A.    I have no calculations. |
| 14:00:53 | 12 | Q.    Okay. |
| 14:00:54 | 13 | A.    I have my experience in buoyant flow motion. |
| 14:00:57 | 14 | Q.    Okay.  But you have no calculations; |
| 14:00:59 | 15 | correct? |
| 14:00:59 | 16 | A.    Correct. |
| 14:01:00 | 17 | Q.    Do you have any experimental testing to |
| 14:01:03 | 18 | indicate of such? |
| 14:01:06 | 19 | A.    There is experimental testing.  Well that's |
| 14:01:12 | 20 | a complex answer, I'm going to give it a few ways. |
| 14:01:15 | 21 | I'm going to give the answer in a few ways. |
| 14:01:18 | 22 |       I have experimental testing that shows the |
| 14:01:21 | 23 | air does not exhaust beneath the table. |
| 14:01:23 | 24 | Q.    And what testing was that? |
| 14:01:25 | 25 | A.    That was testing -- |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

171

| | | |
|---|---|---|
| 14:08:33 | 1 | A.   That's probably the same thing as the |
| 14:08:34 | 2 | Courant number I was mentioning. |
| 14:08:36 | 3 | Q.   Well do you think it's the same number, or |
| 14:08:37 | 4 | is it something similar to that number? |
| 14:08:39 | 5 | A.   I think it's the same number, -- |
| | 6 | Q.   Okay. |
| 14:08:41 | 7 | A.   -- but I would have to check the -- |
| | 8 | Q.   Okay. |
| 14:08:44 | 9 | A.   -- whatever resource to verify. |
| 14:08:46 | 10 | Q.   Now you mentioned earlier that -- |
| 14:08:50 | 11 | Well let me ask you this question:   Is the |
| 14:08:52 | 12 | mesh that you used in the TRN file the mesh you put in |
| 14:08:55 | 13 | Figure 2 on page 4? |
| 14:09:07 | 14 | A.   I think it is. |
| 14:09:08 | 15 | Q.   Okay.  Well do you know one way or the |
| 14:09:11 | 16 | other? |
| 14:09:11 | 17 | A.   No. |
| 14:09:11 | 18 | Q.   Okay.  Well how would you formulate this |
| 14:09:13 | 19 | mesh for your report if it did not come from the TRN |
| 14:09:18 | 20 | file? |
| 14:09:18 | 21 | A.   It is likely it is from the TRN file. |
| 14:09:21 | 22 | Q.   Okay.  So you believe that your mesh in the |
| 14:09:24 | 23 | TRN file is as fine as it's in this -- depicted in |
| 14:09:28 | 24 | Figure 2. |
| 14:09:33 | 25 | A.   I don't recall if this image was taken from |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

172

| | | |
|---|---|---|
| 14:09:36 | 1 | the TRN file, so I can't answer that "yes" or "no." |
| 14:09:39 | 2 | Q.   Well where would this image be taken from? |
| 14:09:44 | 3 | A.   As noted in this report, calculations were |
| 14:09:48 | 4 | done for an 8.1 million-element mesh, and a mesh that |
| 14:09:54 | 5 | was approximately 60 million. |
| 14:09:55 | 6 | Q.   So you did calculations for a 60 million |
| 14:09:58 | 7 | mesh? |
| 14:09:59 | 8 | A.   That's correct. |
| 14:09:59 | 9 | Q.   And are the results in this report? |
| 14:10:01 | 10 | A.   No. |
| 14:10:01 | 11 | Q.   Why not?  Did it -- |
| 14:10:03 | 12 | Did it converge? |
| 14:10:04 | 13 | A.   Yes. |
| 14:10:05 | 14 | Q.   And you've gotten results? |
| 14:10:07 | 15 | A.   Correct. |
| 14:10:07 | 16 | Q.   Why didn't you produce those results? |
| 14:10:09 | 17 | A.   Because the results were the same, and it's |
| 14:10:12 | 18 | our practice in computational fluid dynamics to show |
| 14:10:16 | 19 | that your results are independent of mesh and then to |
| 14:10:18 | 20 | show one set of results. |
| 14:10:20 | 21 | Q.   So my understanding is the calculations for |
| 14:10:25 | 22 | the six -- the 60-million-grid mesh no longer exist. |
| 14:10:32 | 23 | A.   I don't know if they exist. |
| 14:10:34 | 24 | Q.   Okay.  How long did it take you to calculate |
| 14:10:37 | 25 | the 60-million-grid mesh? |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

189

14:33:05   1   my results are correct and reliable because of these

14:33:08   2   great concerns.

14:33:09   3      A.    Correct.

14:33:10   4      Q.    Okay.   How do you determine if a difference

14:33:15   5   is significant?

14:33:19   6      A.    One way to determine it is to run both cases

14:33:23   7   and to compare the results.   That's probably the most

14:33:26   8   direct way.

14:33:28   9      Q.    Okay.   And it's quite clear that your

14:33:31   10   results are much different than Elghobashi's results;

14:33:33   11   correct?

14:33:36   12      A.    Correct.

14:33:37   13      Q.    But with respect to your analysis, you did

14:33:44   14   not -- you did not analyze particle flow; correct?

14:33:49   15      A.    It was unnecessary.

14:33:50   16      Q.    That wasn't my answer -- my question.

14:33:52   17         You did not analyze particle flow; correct?

14:33:55   18      A.    Correct.

14:33:57   19      Q.    Okay.   Now you formulated your assumptions

14:34:14   20   back in 2015; correct?

14:34:20   21      A.    Yes.

14:34:21   22      Q.    That was before any of the depositions in

14:34:23   23   this MDL; correct?

14:34:26   24      A.    Correct.

14:34:27   25      Q.    Before any of these expert witnesses were

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

221

| | | |
|---|---|---|
| 15:22:17 | 1 | Q.   So people affect the flow; correct? |
| 15:22:18 | 2 | A.   That is correct. |
| 15:22:19 | 3 | Q.   Okay.   Actually a -- a Bair Hugger device |
| 15:22:26 | 4 | that's sitting on the floor that sucks up air is going |
| 15:22:29 | 5 | to affect the flow; correct? |
| 15:22:31 | 6 | A.   That is correct. |
| 15:22:31 | 7 | Q.   Okay.   And in fact you did not even put the |
| 15:22:33 | 8 | Bair Hugger device in your model; correct? |
| 15:22:35 | 9 | A.   That is correct. |
| 15:22:36 | 10 | Q.   Okay.   The fact that heat might be causing |
| 15:22:41 | 11 | thermal plumes through, you know, the Bair Hugger |
| 15:22:44 | 12 | heating the blankets through conduction which create a |
| 15:22:47 | 13 | thermal plume is going to affect the flow; correct? |
| 15:22:51 | 14 | A.   Correct. |
| 15:22:51 | 15 | Q.   Okay.   But none of those things you decide |
| 15:22:54 | 16 | to put into your model because you thought they would |
| 15:22:57 | 17 | be insignificant; correct?   With what you're trying to |
| 15:23:00 | 18 | determine. |
| 15:23:02 | 19 | A.   Correct. |
| 15:23:03 | 20 | Q.   And that was your judgment call; correct? |
| 15:23:05 | 21 | A.   Yes. |
| 15:23:06 | 22 | Q.   And other people in the scientific community |
| 15:23:08 | 23 | may disagree with you on that; correct? |
| 15:23:10 | 24 | A.   Yes. |
| 15:23:43 | 25 | Q.   Sitting here today I cannot determine, or |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

223

15:25:04  1      Q.    Okay.  For either the 505 or the 750?

15:25:10  2      A.    Correct.

15:25:12  3      Q.    Is that common practice with respect to

15:25:15  4  people in the CFD community when submitting a

15:25:19  5  peer-review paper on a model not to put the input

15:25:25  6  conditions?

15:25:27  7      A.    When you say "manuscript," are you talking

15:25:29  8  about the manuscript that's my expert report?

15:25:34  9      Q.    No.  Your expert report's your expert

15:25:36  10  report.  Your manuscript is what's been submitted for

15:25:38  11  publication.

15:25:39  12      A.    Thank you for clarifying.

15:25:41  13          In the manuscript for publication I show --

15:25:44  14  I show quasi-steady results have been achieved by

15:25:47  15  comparing two results at different times, and that is

15:25:51  16  sufficient, in my mind, for a peer-reviewed

15:25:57  17  publication.

15:26:05  18      Q.    Okay.  Would you consider the Reynolds

15:26:19  19  number --

15:26:19  20          Let me ask you this.  Is the Reynolds number

15:26:22  21  related to computational time in LES?

15:26:42  22      A.    Yes.

15:26:43  23      Q.    Okay.  So the higher the Reynolds number is,

15:26:46  24  the longer the computational time may be; correct?

15:26:52  25  It's Reynolds cubed is the -- the -- CFD that you guys

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

227

15:32:18  1   of the Boussinesq model and we compared it to the

15:32:21  2   ideal gas model, and we used a situation where the

15:32:24  3   temperature difference was 150 degrees Celsius.  We

15:32:28  4   found that in that case the Boussinesq model did an

15:32:31  5   excellent job of calculating the flow in an enclosure

15:32:35  6   in a room.

15:32:36  7        Q.   Airflow or particle flow?

15:32:38  8        A.   Airflow.

15:32:38  9        Q.   What about with respect to particle flow?

15:32:42  10       A.   In my simulations I used airflow as a

15:32:46  11  surrogate for particles because it's a worst-case

15:32:49  12  scenario.  I did not -- As I stated already, I did not

15:32:53  13  model particles.

15:32:54  14       Q.   So you assumed that airflow was the

15:32:56  15  worst-case scenario as compared to particle flow?

15:32:59  16       A.   Yes.

15:33:00  17       Q.   And your basis behind that assumption?

15:33:03  18       A.   Simple.  Particles have a mass that is

15:33:08  19  higher than their surrounding air, so particles like

15:33:11  20  to settle out of the air.  And in fact Said Elghobashi

15:33:15  21  found his equivalent diameter by using the settling

15:33:19  22  diameter.  Particles like to fall out of the flow.

15:33:22  23  Furthermore, particles have inertia.  Multiple experts

15:33:25  24  have already testified to this fact.  Particles have

15:33:28  25  inertia, and they find it hard to follow curved

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

228

| | | |
|---|---|---|
| 15:33:32 | 1 | streamlines, and that tends to bring particles out of |
| 15:33:35 | 2 | the flow. |
| 15:33:35 | 3 | So for those two reasons I decided to use |
| 15:33:39 | 4 | the worst-case scenario, which is air. I tracked air |
| 15:33:42 | 5 | particles which have no gravity term and no inertia |
| 15:33:46 | 6 | term. So in that respect it's a worst-case |
| 15:33:49 | 7 | calculation. |
| 15:33:52 | 8 | Q. Well, I disagree with you mathematically and |
| 15:33:55 | 9 | as a worst-case scenario, and I'm going to tell you |
| 15:33:58 | 10 | why. |
| 15:33:58 | 11 | You don't think turbulence causes the spread |
| 15:34:00 | 12 | of particles? |
| 15:34:03 | 13 | A. I think turbulence does cause the spread of |
| 15:34:04 | 14 | particles. |
| 15:34:05 | 15 | Q. And don't you think that temperature |
| 15:34:06 | 16 | differences affect the turbulence intensity? |
| 15:34:10 | 17 | A. And in fact I included that in my analysis. |
| 15:34:13 | 18 | Q. So you agree with me they do; correct? |
| 15:34:15 | 19 | A. I agree that temperature affects turbulence. |
| 15:34:18 | 20 | Q. Okay. And the fact that particles don't |
| 15:34:20 | 21 | follow streamlines is that they may -- they may act |
| 15:34:25 | 22 | with -- they may follow velocity vectors caused by |
| 15:34:30 | 23 | turbulence; correct? |
| 15:34:41 | 24 | A. I'm not struggling because I can't answer |
| 15:34:43 | 25 | it, I'm struggling to interpret your question and to |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

229

15:34:45  1   figure out a way to artfully answer.

15:34:48  2           Turbulence affects particles, and in fact

15:34:54  3   particles can affect turbulence.  Particles have

15:34:58  4   inertia, and when a particle gets caught in an eddy it

15:35:02  5   likes -- it has a tendency to leave that eddy.

15:35:06  6           So if you look at the simulations that I

15:35:07  7   have where the flow goes down, curves against the

15:35:11  8   ground and then curves against the wall, particles

15:35:14  9   would have a tendency to leave the flow at that

15:35:16  10  instant and land on the ground and the wall and

15:35:19  11  surfaces, and in fact that's why we dust.  We dust, if

15:35:24  12  we're cleaning our house, because particles collect on

15:35:27  13  a table.  But there's not air particles collecting on

15:35:30  14  this table, there's particles in -- in the air.

15:35:34  15          By giving -- I essentially gave my particles

15:35:36  16  a zero mass so they had no weight, and zero inertia so

15:35:43  17  that they would perfectly follow the flow.  And

15:35:46  18  whether that flow was turbulent or not they follow the

15:35:49  19  flow.  That's why it's a worst-case scenario.

15:35:51  20       Q.   Well I think you just misspoke, sir, because

15:35:53  21  you didn't use particles in your analysis; correct?

15:35:55  22       A.   I did not misspeak.

15:35:57  23       Q.   Well you did, because you said I gave my

15:35:59  24  particles no inertia and no mass, but you did not use

15:36:02  25  particles in your CFD; isn't that correct?

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

230

| | |
|---|---|
| 15:36:05 | 1     A.   Actually the particles I used were air |
| 15:36:07 | 2   particles.   I tracked air.   So we can talk about |
| 15:36:10 | 3   particles, essentially I used oxygen and nitrogen |
| 15:36:14 | 4   molecules.   I followed the air, not a solid, |
| 15:36:19 | 5   inertia-filled particle through the air. |
| 15:36:21 | 6     Q.   So you do not insert particles that have a |
| 15:36:23 | 7   mass into your system; correct? |
| 15:36:25 | 8     A.   That is correct. |
| 15:36:26 | 9     Q.   Okay.   And you agree that the reason why |
| 15:36:32 | 10   there are particle models is because people in the |
| 15:36:36 | 11   scientific community understand that particles do -- |
| 15:36:41 | 12   always don't react or follow airstreams; correct? |
| 15:36:44 | 13     A.   That's correct. |
| 15:36:45 | 14     Q.   Okay. |
| 15:36:46 | 15     A.   In fact I've done particle modeling in the |
| 15:36:48 | 16   peer review -- |
| 15:36:51 | 17     Q.   I know what you've done.   I'm -- Just answer |
| 15:36:51 | 18   my questions, please. |
| 15:36:52 | 19     A.   Okay. |
| 15:36:52 | 20     Q.   So the fact that -- |
| 15:36:53 | 21       I mean, turbulence has a significant effect |
| 15:36:57 | 22   on particle flow; don't you agree? |
| 15:36:59 | 23       MR. GOSS:   That's asked and answered, but |
| 15:37:00 | 24   if you have more to say, please go ahead. |
| 15:37:04 | 25     A.   They may, and they may not. |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

235

| | |
|---|---|
| 15:42:51 | 1   close enough to make the judgment -- judgment that |
| 15:42:54 | 2   it's a quasi-steady solution; correct? |
| 15:42:58 | 3        A.    From the data -- |
| 15:42:59 | 4             From the single TRN file that I provided, |
| 15:43:01 | 5   correct. |
| 15:43:02 | 6        Q.    Okay.  And nothing in the report. |
| 15:43:04 | 7        A.    Well I stated it in the report. |
| 15:43:06 | 8        Q.    That's your opinion. |
| 15:43:07 | 9             But I'm saying for someone to ascertain and |
| 15:43:10 | 10  make a determination of whether or not your judgment |
| 15:43:13 | 11  is correct, no one could do that right now based on |
| 15:43:16 | 12  the expert report; correct? |
| 15:43:18 | 13            MR. GOSS:  Argumentative, asked and |
| 15:43:19 | 14  answered. |
| 15:43:19 | 15       A.    Correct. |
| 15:43:20 | 16       Q.    Okay.  Just out of curiosity, when you ran |
| 15:44:26 | 17  the model with 8.1 million cells that you said took |
| 15:44:30 | 18  roughly 40 days, was that the only program that was |
| 15:44:36 | 19  running on that machine? |
| 15:44:38 | 20       A.    I don't know. |
| 15:44:39 | 21       Q.    Okay.  Does anyone else have access to that |
| 15:44:43 | 22  machine that you used? |
| 15:44:44 | 23       A.    Yes. |
| 15:44:45 | 24       Q.    Okay.  Is it a single desktop computer or |
| 15:44:50 | 25  does it use, like, a combination of computers to |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

239

15:48:31  1       A.    I disagree.

15:48:33  2       Q.    Okay.

15:48:33  3       A.    I would have to understand more about the

15:48:35  4    hypothetical that you're --

          5       Q.    Well --

15:48:37  6       A.    -- suggesting.

15:48:40  7       Q.    -- I could write a code that solves for the

15:48:42  8    Navier-Stokes equations and I get wrong mathematical

15:48:47  9    results and therefore my code is not verified even

15:48:49  10   though I could write down the Navier-Stokes equations;

15:48:51  11   correct?

15:48:52  12      A.    I agree.

15:48:53  13      Q.    Okay.  So a code needs to be verified;

15:48:55  14   correct?

15:48:56  15      A.    I agree.

15:48:57  16      Q.    Okay.  So the code is more than just the

15:49:03  17   equation, it's actually the code is what they use --

15:49:06  18   do to solve the equation; correct?

15:49:10  19      A.    In this context "code" usually refers to the

15:49:15  20   numerical algorithm that's used to solve the

15:49:18  21   Navier-Stokes equations.

15:49:19  22      Q.    So the mere fact that I know the equation

15:49:21  23   doesn't mean I have the correct algorithm to solve the

15:49:24  24   equation accurately; correct?

15:49:26  25      A.    I agree --

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

246

15:58:24   1   particle flow in air.

15:58:26   2        Q.   Would you -- Would you --

15:58:28   3             Would you consider yourself a particle

15:58:29   4   expert in high-speed flows?

15:58:32   5        A.   No.

15:58:33   6        Q.   Would you consider yourself an expert in low

15:58:35   7   -- with particles in low-speed flows?

15:58:38   8        A.   Probably not.

15:58:40   9        Q.   Okay.  Have you ever done any work for the

15:58:46   10  Department of Defense?

15:58:48   11       A.   Via a subcontractor, yes.

15:58:52   12       Q.   What about directly with the Department of

15:58:54   13  Defense?

15:58:54   14       A.   No.

15:58:55   15       Q.   Have you done any work with the -- with any

15:58:58   16  part of the military?

15:59:01   17       A.   No.

15:59:02   18       Q.   Do you have access to the military

15:59:03   19  supercomputer?

15:59:04   20       A.   No.

15:59:05   21       Q.   Do you have access to a computer that could

15:59:07   22  do DNS modeling?

15:59:09   23       A.   Yes.

15:59:10   24       Q.   What computer?

15:59:12   25       A.   The ANSYS model, the ANSYS software has the

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

251

| | | |
|---|---|---|
| 16:17:54 | 1 | quasi-steady solution in my results; correct? |
| 16:17:57 | 2 | MR. GOSS: Calls for speculation. |
| 16:17:59 | 3 | A. That's a complex -- |
| 16:18:00 | 4 | Could you re -- rephrase it, re-ask it? |
| 16:18:02 | 5 | Q. Well just assume that I -- I run your model |
| 16:18:04 | 6 | and I cannot come to a quasi-steady solution, okay? I |
| 16:18:09 | 7 | could determine whether or not you came to a |
| 16:18:11 | 8 | quasi-steady solution if I had your initial -- your |
| 16:18:15 | 9 | initial conditions and your final result; correct? |
| 16:18:27 | 10 | A. It's a -- |
| 16:18:29 | 11 | That was a very cumbersome question. Could |
| 16:18:31 | 12 | you just -- |
| 16:18:31 | 13 | Q. Let's make it: I cannot independently |
| 16:18:33 | 14 | verify that you have -- your solution is a |
| 16:18:37 | 15 | quasi-steady solution without another TRN file or even |
| 16:18:42 | 16 | -- or the initial conditions; correct? |
| 16:18:44 | 17 | A. You could not verify that my results were |
| 16:18:47 | 18 | quasi-steady without another TRN file. |
| 16:18:50 | 19 | Q. And, I mean, these are transient results, |
| 16:18:53 | 20 | TRN files; correct? |
| 16:18:54 | 21 | A. Correct. |
| 16:18:55 | 22 | Q. And all transient results are dependent on |
| 16:18:59 | 23 | the initial conditions. |
| 16:18:59 | 24 | A. That is correct. |
| 16:19:00 | 25 | Q. Okay. So your failure to provide the |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

253

| | | |
|---|---|---|
| 16:20:23 | 1 | there's different ways of doing it.  But -- But I |
| 16:20:26 | 2 | would agree with you to know if this set of results |
| 16:20:28 | 3 | right here is quasi-steady [indicating Exhibit 1] you |
| 16:20:32 | 4 | would want to compare two different TRN files. |
| 16:20:34 | 5 | Q.    Okay.  Because you didn't compare your |
| 16:20:36 | 6 | results to anyone else's results; correct? |
| 16:20:38 | 7 | A.    I did not -- |
| 16:20:39 | 8 | Well I compared my results to an experiment. |
| 16:20:42 | 9 | Q.    Okay.  But I'm talking about your |
| 16:20:43 | 10 | computational fluid -- your mathematical results. |
| 16:20:47 | 11 | A.    Correct. |
| 16:20:48 | 12 | Q.    Okay.  For example, if I wanted someone on |
| 16:21:27 | 13 | my team to -- Well, strike that. |
| 16:21:41 | 14 | Part of the methodology in doing CFD is to |
| 16:22:21 | 15 | have a proper model; correct? |
| 16:22:25 | 16 | A.    Yes. |
| 16:22:26 | 17 | Q.    Proper boundary conditions; correct? |
| 16:22:28 | 18 | A.    Yes. |
| 16:22:28 | 19 | Q.    And you need to put in initial conditions; |
| 16:22:31 | 20 | correct? |
| 16:22:32 | 21 | A.    That is correct. |
| 16:22:33 | 22 | Q.    Okay.  Without the initial -- |
| 16:22:36 | 23 | That is mandatory in a CFD analysis is |
| 16:22:40 | 24 | having initial conditions; correct? |
| 16:22:42 | 25 | A.    That is correct. |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

254

| | | |
|---|---|---|
| 16:22:43 | 1 | Q.   And you have not provided the initial |
| 16:22:44 | 2 | conditions to the plaintiff in this case; correct? |
| 16:22:48 | 3 | MR. GOSS:  Asked and answered multiple, |
| 16:22:49 | 4 | multiple times. |
| 16:22:52 | 5 | A.   That is correct. |
| 16:22:53 | 6 | Now you can get the same results by having |
| 16:22:57 | 7 | different initial conditions. |
| 16:22:59 | 8 | Q.   But the methodology requires initial |
| 16:23:01 | 9 | conditions; correct? |
| 16:23:01 | 10 | A.   The methodology requires initial conditions, |
| 16:23:04 | 11 | it doesn't require the same ones. |
| 16:23:05 | 12 | Q.   Let's go to your CFD model. |
| 16:23:21 | 13 | (Discussion off the stenographic record.) |
| 16:23:31 | 14 | (Files brought up on a projector.) |
| 16:23:31 | 15 | BY MR. ASSAAD: |
| 16:23:31 | 16 | Q.   Now I'm going to represent to you that the |
| 16:23:34 | 17 | name of this file is Abraham 0000001, which is a Bates |
| 16:23:40 | 18 | number that -- your TRN file that is TRN 264. |
| 16:23:50 | 19 | MR. GOSS:  Can you -- I'm not suggesting |
| 16:23:51 | 20 | that it isn't that, but can you give us, at the end |
| 16:23:54 | 21 | of the deposition, a thumb-drive copy? |
| 16:23:55 | 22 | MR. ASSAAD:  Is there any way we can go to |
| 16:23:57 | 23 | the 264 TRN -- dot TRN number? |
| 16:24:02 | 24 | (Screen being manipulated.) |
| 16:24:02 | 25 | MR. GOSS:  And I don't -- I don't question |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

272

| | | |
|---|---|---|
| 16:44:42 | 1 | of that inlet -- |
| | 2 | (Screen image modified.) |
| 16:44:44 | 3 | THE WITNESS: Thank you. |
| 16:44:46 | 4 | A. I would agree with you that the exact shape |
| 16:44:48 | 5 | of that inlet shown in red would differ slightly from |
| 16:44:53 | 6 | in actual practice. I agree. |
| 16:44:55 | 7 | Q. "Slightly"? Or -- |
| 16:44:56 | 8 | Do you know, sitting here today? |
| 16:44:58 | 9 | A. Well I will say this. I don't think the cha |
| 16:45:01 | 10 | -- the difference would have a material impact on the |
| 16:45:03 | 11 | results. |
| 16:45:04 | 12 | Q. I understand that's your opinion, sir. But |
| 16:45:05 | 13 | let's just not make -- |
| 16:45:07 | 14 | I don't want to know about what your |
| 16:45:08 | 15 | opinions on the results. I just want to know, do you |
| 16:45:10 | 16 | know whether or not that drape shape is accurate, |
| 16:45:13 | 17 | sitting here today? |
| 16:45:14 | 18 | A. That drape shape would not be perfectly |
| 16:45:16 | 19 | accurate. |
| 16:45:16 | 20 | Q. Okay. Did you take any measurements of the |
| 16:45:19 | 21 | shape, or pictures? |
| 16:45:21 | 22 | A. No. |
| 16:45:22 | 23 | Q. And in fact you did not even create this; |
| 16:45:25 | 24 | did you? |
| 16:45:26 | 25 | A. Correct. |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

273

| Time | Line | |
|---|---|---|
| 16:45:27 | 1 | Q.  Okay. |
| 16:45:27 | 2 | A.  I did not create it. |
| 16:45:28 | 3 | Q.  3M created this; correct? |
| 16:45:30 | 4 | A.  3M created the geometry. |
| 16:45:32 | 5 | Q.  Which is the shape of the -- of the Bair |
| 16:45:34 | 6 | Hugger inlet. |
| 16:45:34 | 7 | A.  Yes. |
| 16:45:35 | 8 | Q.  Okay.  You never did any measurements, you |
| 16:45:39 | 9 | yourself or anyone on your team, to determine the |
| 16:45:41 | 10 | shape of the Bair Hugger inlet; correct? |
| 16:45:43 | 11 | A.  That is correct. |
| 16:45:44 | 12 | Q.  Okay.  So sitting here today, you cannot |
| 16:45:51 | 13 | independently verify the shape of that Bair Hugger |
| 16:45:56 | 14 | inlet, you're relying on what 3M has provided to you. |
| 16:46:00 | 15 | A.  I relied, for the three dimensional object |
| 16:46:06 | 16 | -- all the three dimensional objects, on what 3M |
| 16:46:08 | 17 | provided to me. |
| 16:46:09 | 18 | Q.  So you, sitting here today, cannot |
| 16:46:11 | 19 | independently verify that shape, you are relying on |
| 16:46:13 | 20 | what 3M has provided to you. |
| 16:46:14 | 21 | MR. GOSS:  Asked and answered. |
| 16:46:15 | 22 | A.  Correct. |
| 16:46:15 | 23 | Q.  Okay.  Now based on this geometry it was 3M |
| 16:46:28 | 24 | that came up with the assumption of the Bair Hugger |
| 16:46:31 | 25 | inlet; correct? |

17:44:26 have a different mass flow rate because of the resistance to the motor?
17:44:30 A. That is correct.
17:44:30 Q. Okay. And you agree with me that the 750 has a different volumetric flow without a blanket than the 505 or the Smiths Medical or any other non-750 blower out there.
17:44:46 A. I agree --
17:44:47 Q. Okay.
17:44:48 A. -- that blowers have a different flow rate.
17:44:55 Q. So sitting here today you're going to testify to a jury in Minnesota that you've obtained these very similar numbers to the Bair Hugger experiments that -- of Exhibit 9 based on your memory and experience of working with different forced-air warming devices.
17:45:17 A. What I can tell you is I had the number in my mind of what the flow rate through these systems were. I used this -- [Exhibit 9} I received this datasheet and it verified, hey, this is very close, and so I used my numbers.
17:45:35 Q. But your -- you can't reproduce your numbers from some physical document or even notes.
17:45:40 A. That is correct. I cannot.
17:45:42 Q. Okay. And in fact -- Strike that.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

321

| | | |
|---|---|---|
| 17:58:31 | 1 | Q.   Where'd you take the measurements? |
| 17:58:32 | 2 | A.   Multiple locations. |
| 17:58:33 | 3 | Q.   Where? |
| 17:58:34 | 4 | A.   All -- I walked all the way around the |
| 17:58:37 | 5 | perimeter of the OR table multiple times and I took |
| 17:58:40 | 6 | measurements at different heights. |
| 17:58:41 | 7 | Q.   You agree the image that we put up regarding |
| 17:58:43 | 8 | the temperature differences in the room, that many of |
| 17:58:47 | 9 | the temperatures around the OR table were less than 61 |
| 17:58:50 | 10 | degrees; correct? |
| 17:58:51 | 11 | A.   Some temperatures were slightly less than |
| 17:58:53 | 12 | 61. |
| 17:58:54 | 13 | Q.   Okay.  And by the way, do you believe that |
| 17:58:56 | 14 | your CFD showed -- only has 8.1 million cells? |
| 17:59:02 | 15 | A.   I believe that's true. |
| 17:59:03 | 16 | Q.   If the CFD showed that there was over 9 |
| 17:59:06 | 17 | million, would you disagree with that, the TRN file? |
| 17:59:09 | 18 | A.   No. |
| 17:59:09 | 19 | Q.   Okay.  So this would be incorrect about 8.1 |
| 17:59:12 | 20 | million cells then; correct?  That you've testified |
| 17:59:14 | 21 | earlier and that's in your validation. |
| 17:59:18 | 22 | A.   Well would -- if -- if my TRN file shows |
| 17:59:20 | 23 | that I have 9 million cells, it means that, if |
| 17:59:23 | 24 | anything, it's more accurate. |
| 17:59:26 | 25 | Q.   It just means that there's more cells.  It |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

366

18:57:27   1   correct?

18:57:28   2         A.   Correct.

18:57:28   3         Q.   And that's what you did in this case. You

18:57:30   4   saw what he did and you say, I disagree.

18:57:32   5         A.   That's right.

18:57:33   6         Q.   Correct?

18:57:33   7              And you did not provide one equation to the

18:57:41   8   plaintiffs that we could do the same type of critique

18:57:44   9   that you did to Elghobashi; correct?

18:57:46  10              MR. GOSS:   You mean other than the TRN

18:57:47  11   file?

18:57:49  12         Q.   There's no equations in the TRN file; are

18:57:52  13   there?

18:57:53  14         A.   Well, I mean, the equations are built into

18:57:55  15   the software so you can't really separate the

18:57:57  16   equations from the software. But here is -- here is

18:58:00  17   the issue --

18:58:00  18         Q.   My question --

18:58:02  19              Let me ask it simple, simple. In Exhibit 1,

18:58:04  20   2 or any of the exhibits we saw today that were

18:58:07  21   produced by you, okay, except for the Elghobashi

18:58:11  22   exhibits or any of the citings --

18:58:13  23              Let's go back. Exhibit 1 and 2 of your

18:58:18  24   report, your CV, as well as your expert report, you

18:58:22  25   agree with me that there is not one mathematical

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

367

| | | |
|---|---|---|
| 18:58:27 | 1 | equation that was provided to the plaintiffs in this |
| 18:58:31 | 2 | case. |
| 18:58:32 | 3 | A.    There is no equation. |
| 18:58:34 | 4 | Q.    So you agree with me.   "Yes" or "no"? |
| 18:58:36 | 5 | A.    I agree with you, -- |
| 18:58:37 | 6 | Q.    Okay. |
| 18:58:38 | 7 | A.    -- but the information is listed there that |
| 18:58:41 | 8 | would allow someone to reproduce the results. |
| 18:58:44 | 9 | Q.    Okay.  You agree with me that there's not |
| 18:58:46 | 10 | one mathematical equation in your expert report; |
| 18:58:49 | 11 | correct? |
| 18:58:49 | 12 | MR. GOSS:  I think he -- I think he |
| 18:58:50 | 13 | answered that. |
| 18:58:52 | 14 | A.    I agree, -- |
| | 15 | Q.    Okay. |
| 18:58:53 | 16 | A.    - and it's not necessary. |
| 18:58:54 | 17 | Q.    And you agree with me there's not one number |
| 18:58:56 | 18 | or -- like equation that uses numbers to show what you |
| 18:58:59 | 19 | did to make any of your assumptions in your expert |
| 18:59:03 | 20 | report; correct? |
| 18:59:04 | 21 | MR. GOSS:  Asked and answered. |
| 18:59:06 | 22 | A.    I agree, I think I've answered that. |
| 18:59:44 | 23 | Q.    Okay.  You disagree with Figure 3 of Exhibit |
| 18:59:49 | 24 | 15; correct? |
| 18:59:51 | 25 | A.    Yes. |