# EXHIBIT J

| | |
|---|---|
| From: | fowlerst@gtlaw.com |
| To: | jwagner@prismehs.com |
| Sent: | 10/13/2015 5:45:36 PM |
| Subject: | Fw: Fogger UPS Ship Notification, Tracking Number 1ZY0V6720298387727 |

Sent from my BlackBerry 10 smartphone.
Original Message
From: jcampbell@cleanroomfogger.com
Sent: Tuesday, October 13, 2015 12:11 PM
To: Fowler, Stephen T. (OfCnl-DC-LT)
Subject: RE: Fogger UPS Ship Notification, Tracking Number 1ZY0V6720298387727

At its best the fog will fill a 50gal garbage can or cabinet completely opaque and last for minutes if not disturbed. It will flow down a conference table, off the ends and start filling the floor in still air and high humidity. The fog will travel down a 50' hose once it saturates the inside.

At the other end of the scale in fast moving air or turbulence it dissipates in a foot or 2 due to mixing with the air. Right under a filter in an open room it does not last long. A few feet from the filter it can last up to 10'.

It will fill the box with no fan. With the fan it depends on the humidity of the air and speed. Our unit is basically a box with a fan so it if the air flow is low it will still work.

Diffusers in general do not work very well because of the high velocity at the small holes and the mushroom turbulence. That is why we like the large dia. hose that can allow a good volume at low velocity.

We have built diffusers with internal baffles to balance everything for production machines. We make some vapor deposition machines with this technology. In a visualization application it has a very short flow length.

Jim

On 2015-10-13 09:33, fowlerst@gtlaw.com wrote:
> Thanks again. Do you think the fog emitted will be able to fill a
> box that connects to a blower which fills a blanket diffuser such
> that
> the fog will come through the holes?
>
>
> Stephen T. Fowler
> Of Counsel
> Greenberg Traurig, LLP | 2101 L Street N.W. | Washington, D.C.
> 20037
> Tel 202.530.8587 | Fax 202.261.0462
> fowlerst@gtlaw.com | www.gtlaw.com
>
> -----Original Message-----
> From: jcampbell@cleanroomfogger.com
> [mailto:jcampbell@cleanroomfogger.com]
> Sent: Tuesday, October 13, 2015 11:29 AM
> To: Fowler, Stephen T. (OfCnl-DC-LT)
> Subject: Re: Fogger UPS Ship Notification, Tracking Number
> 1ZY0V6720298387727
>
> Well it is still early yet ;)

**Bair Hugger**
**Abraham Ex** *10*
**Date** *7-20-17*
Debby J. Campeau
Stirewalt & Associates

Confidential – Subject To Protective Order

Wagner00000001

```
>
> That was unusually fast for us actually. The units are often out in
> the field somewhere and scheduled to go other places. We just happen
> to have one ready to go this time.
>
> Hopefully all goes well with your testing.
>
> Jim
>
> On 2015-10-13 05:19, fowlerst@gtlaw.com wrote:
>> Best news i've heard all day.
>>
>> Thank you very much.
>>
>> Cheers,
>>
>> Steve
>>
>> Sent from my BlackBerry 10 smartphone.
>> Original Message
>> From: jcampbell@cleanroomfogger.com
>> Sent: Monday, October 12, 2015 8:19 PM
>> To: Fowler, Stephen T. (OfCnl-DC-LT)
>> Subject: Fwd: Fogger UPS Ship Notification, Tracking Number
>> 1ZY0V6720298387727
>>
>>
>> Stephen,
>>
>> Fogger shipped today ;)
>>
>> Regards,
>> Jim Campbell
>> Clean Air Solutions, Inc.
>> 208 634 4219
>>
>> -------- Original Message --------
>> Subject: UPS Ship Notification, Tracking Number 1ZY0V6720298387727
>> Date: 2015-10-12 14:16
>> From: "UPS Quantum View" <auto-notify@ups.com>
>> To: jcampbell@cleanroomfogger.com
>> Reply-To: auto-notify@ups.com
>>
>>
>>
>> Links:
>> ------
>> [1]
>>
>>
>> https://urldefense.proofpoint.com/v2/url?u=http-3A__www.ups.com_conten
>>
>> t_us_en_index.jsx-3FWT.svl-3DeBrndMk&d=AwICaQ&c=HZc2iMNQt2jZf4ve7hXwXw
>>
>> &r=1IAzMRXMn1N1jYa6vhgEWvtV6bFT9zriDTZm-Sb0HYQ&m=zB1Qhz5wxlsECnKQmCcmp
>>
>> uuGKOd3F40a0iGLUs-qZUQ&s=hYfbkHOn27ryITAIFA3Y8jSNx43dmKqwPpLfq-G3_6A&e
>> =
>> [2]
>>
>>
>> https://urldefense.proofpoint.com/v2/url?u=http-3A__wwwapps.ups.com_We
>>
```

Confidential – Subject To Protective Order

Wagner00000002

```
>> bTracking_processRequest-3FHTMLVersion-3D5.0-26Requester-3DNES-26Agree
>>
>> ToTermsAndConditions-3Dyes-26loc-3Den-5FUS-26tracknum-3D1ZY0V672029838
>>
>> 7727-26WT.z-5FeCTAid-3Dct1-5FemI-5FTracking&d=AwICaQ&c=HZc2iMNQt2jZf4v
>>
>> e7hXwXw&r=1IAzMRXMn1N1jYa6vhgEWvtV6bFT9zriDTZm-Sb0HYQ&m=zB1Qhz5wxlsECn
>>
>> KQmCcmpuuGKOd3F40a0iGLUs-qZUQ&s=auIEiSl7YwthHnyGvnvgflAf7utjgPGfLu-8EZ
>> i3u2E&e=
>> [3]
>>
>>
>> https://urldefense.proofpoint.com/v2/url?u=http-3A__www.ups.com_conten
>>
>> t_us_en_resources_ship_terms_privacy.html-3FWT.svl-3DeFooter&d=AwICaQ&
>>
>> c=HZc2iMNQt2jZf4ve7hXwXw&r=1IAzMRXMn1N1jYa6vhgEWvtV6bFT9zriDTZm-Sb0HYQ
>>
>> &m=zB1Qhz5wxlsECnKQmCcmpuuGKOd3F40a0iGLUs-qZUQ&s=iQQzFNB1G6-AH29gXsIuT
>> oQ8nhpwCZN6zzGCeoGA1oQ&e=
>> [4]
>>
>>
>> https://urldefense.proofpoint.com/v2/url?u=http-3A__www.ups.com_conten
>>
>> t_us_en_contact_index.html-3FWT.svl-3DeFooter&d=AwICaQ&c=HZc2iMNQt2jZf
>>
>> 4ve7hXwXw&r=1IAzMRXMn1N1jYa6vhgEWvtV6bFT9zriDTZm-Sb0HYQ&m=zB1Qhz5wxlsE
>>
>> CnKQmCcmpuuGKOd3F40a0iGLUs-qZUQ&s=f1CUtF1D4ayX-VjZVAY2tAluUzj19BRIhvNB
>> g_WI8g&e=
>>
>>
>>
>> ------------------------------------------------------------------
>> If you are not an intended recipient of confidential and privileged
>> information in this email, please delete it, notify us immediately
>> at
>> postmaster@gtlaw.com, and do not use or disseminate such
>> information.
```

Confidential – Subject To Protective Order

Wagner00000003