# EXHIBIT DX18

TO DECLARATION OF PETER J. GOSS IN
SUPPORT OF DEFENDANTS' MOTION TO
EXCLUDE PLAINTIFFS' ENGINEERING
EXPERTS



■ **ARTHROPLASTY**

# Forced-air warming and ultra-clean ventilation do not mix

## AN INVESTIGATION OF THEATRE VENTILATION, PATIENT WARMING AND JOINT REPLACEMENT INFECTION IN ORTHOPAEDICS

P. D. McGovern,
M. Albrecht,
K. G. Belani,
C. Nachtsheim,
P. F. Partington,
I. Carluke,
M. R. Reed

*From Northumbria Healthcare NHS Foundation Trust, Northumberland, United Kingdom*

■ P. D. McGovern, BSc, MBBS, MRCS, Specialty Registrar in Trauma and Orthopaedics
South London Healthcare NHS Trust, Frognal Avenue, Sidcup, Kent DA14 6LT, UK.

■ M. Albrecht, MBA, BSME, Graduate Student in Statistics
University of Minnesota, School of Statistics, 224 Church Street Southeast, Minneapolis, Minnesota 55455, USA.

■ K. G. Belani, MBBS, MS, Professor
University of Minnesota, Department of Anaesthesiology, MMC 294 Mayo, 420 Delaware Street SE, Minneapolis, Minnesota 55455, USA.

■ C. Nachtsheim, PhD, Frank A. Donaldson Chair of Operations Management
University of Minnesota, Carlson School of Management, Suite 4-300, 321 Nineteenth Avenue South, Minneapolis, Minnesota 55455-9940, USA.

■ P. F. Partington, FRCS (Tr & Orth), Consultant Orthopaedic Surgeon
■ I. Carluke, FRCSEd, FRCSEd (Tr & Orth), Consultant Orthopaedic Surgeon
■ M. R. Reed, MD, FRCS, FRCS (Tr & Orth), Consultant Orthopaedic Surgeon
Northumbria Healthcare NHS Foundation Trust, Woodhorn Lane, Ashington, Northumberland NE63 9JJ, UK.

Correspondence should be sent to Mr M. R. Reed; e-mail: mike.reed@email.com

©2011 British Editorial Society of Bone and Joint Surgery
doi:10.1302/0301-620X.93B11.27124 $2.00

J Bone Joint Surg Br 2011;93-B:1537–44.
Received 15 March 2011; Accepted after revision 12 July 2011

We investigated the capacity of patient warming devices to disrupt the ultra-clean airflow system. We compared the effects of two patient warming technologies, forced-air and conductive fabric, on operating theatre ventilation during simulated hip replacement and lumbar spinal procedures using a mannequin as a patient. Infection data were reviewed to determine whether joint infection rates were associated with the type of patient warming device that was used.

Neutral-buoyancy detergent bubbles were released adjacent to the mannequin's head and at floor level to assess the movement of non-sterile air into the clean airflow over the surgical site. During simulated hip replacement, bubble counts over the surgical site were greater for forced-air than for conductive fabric warming when the anaesthesia/surgery drape was laid down (p = 0.010) and at half-height (p < 0.001). For lumbar surgery, forced-air warming generated convection currents that mobilised floor air into the surgical site area. Conductive fabric warming had no such effect.

A significant increase in deep joint infection, as demonstrated by an elevated infection odds ratio (3.8, p = 0.024), was identified during a period when forced-air warming was used compared to a period when conductive fabric warming was used. Air-free warming is, therefore, recommended over forced-air warming for orthopaedic procedures.

It has been acknowledged that the operating theatre's ventilation system has a critical role in preventing joint infection.[1] Charnley postulated that the 'surgical implant might provide a nidus for the growth of airborne bacteria which ordinarily are accepted as non-pathogenic'.[1] This has been confirmed through animal studies[2] and a national clinical trial involving over 8000 operations demonstrating the contribution of clean air to the reduction of the rate of infection after arthroplasty.[3] Following that report, ultra-clean ventilation became the standard for joint replacement procedures. The system protects the surgical site from airborne contamination through the constant delivery of a downward unit-velocity (0.3 m/s to 0.5 m/s), highly filtered (> 99.997%) airflow.[4] However, the performance of ultra-clean ventilation depends critically on airflow volumes and proper temperature gradients. The latter may be disrupted by excess heat released by patient warming devices.

Forced-air warming is now commonly used in operating theatres to ensure normothermia of the patient. The vented airflow from forced-air warming is released at up to 43°C, which is often 20°C above ambient operating theatre conditions.[5,6] The release of excess thermal energy can establish temperature gradients that impede the downward flow of ultra-clean air. Reductions in the velocity of downward flow have also been shown to increase the entry of contaminants into the surgical site.[7] In addition, the release of heat may generate convection currents that rise against the downward airflows, drawing non-sterile floor-level air into the surgical site.

Air-free alternatives, such as conductive fabric warming, have been developed that are comparably effective for the prevention of hypothermia.[8-14] These offer higher thermal efficiencies than forced-air warming and therefore release only a fraction of the excess heat.[6] Accordingly, we chose to compare the effects of forced-air and conductive fabric warming on clean airflow patterns over the surgical site in a partial-walled ultra-clean operating theatre during two simulated procedures: a hip replacement with upper-body warming, and a lumbar spinal procedure with lower-body warming. Ventilation airflow patterns were



Fig. 1

Diagram (left) and photograph (right) showing the operating theatre set-up for hip replacement with upper-body warming showing surgical drape positions of laid-down (A), half-drape (B) and full-drape (C) and surgical site location (D).

visualised using neutrally buoyant detergent bubbles. In addition, observational data on arthroplasty infection rates were compared for the period each warming device was in clinical use in our hospital.

## Materials and Methods

**Ultra-clean operating theatre characteristics.** Experiments were carried out in a partial-walled ultra-clean operating theatre (ExFlow 90; Howorth, Bolton, United Kingdom) used for orthopaedic and spinal surgery in the United Kingdom. Validation and verification checks according to Hospital Technical Memorandum 2025[15] showed the operating theatre airflows to be within specification and having a mean velocity of 0.44 m/s at a height of 2 m, which exceeds the threshold required by the standard (0.38 m/s). Owing to the location of the theatre preparation room-an-insignificant airflow imbalance was detected that affected the results of a single-particle entrainment test: entrainment values were 12% at that location, which marginally exceeded the recommended threshold of 10%.

**Airflow visualisation procedures.** High-intensity lighting was used to illuminate neutrally buoyant detergent bubbles having a diameter of approximately 4 mm (referred to here as 'bubbles'). A SAI bubble generator (SAI Model 5; Sage Action Inc., Ithaca, New York) was used to produce bubbles using a helium-mixed air supply and detergent. The equipment uses a centrifugal classifier to allow only bubbles of neutral buoyancy through the system, with heavier or lighter bubbles discarded. The bubble generator is specifically designed and validated for the visualization of air currents.[16] For photography, a digital camera (EOS 500D; Canon, Reigate, United Kingdom) was used and exposure time set to 0.25 s for time-lapse photography.

**Experimental setup.** *Hip replacement.* A mannequin was laid in the lateral position on an operating table and draped with a three-piece disposable draping set (Molnlycke Health Care, Manchester, United Kingdom) in accordance with standard protocols (Fig. 1). The drapes had adhesive edges and all were sealed during draping. A surgeon, dressed in occlusive clothing with head gear (T4; Stryker, Kalamazoo, Michigan), stood motionless in front of the surgical site and an anaesthetist stood at the head of the operating table. At the head end the drape was used to create an anaesthesia screen in one of three positions, either clipped to the ceiling to create a barrier between the surgical site and the anaesthesia area (full-drape); clipped to the intravenous stands and raised 0.75 m above the operating table (half-drape); or laid down over the mannequin's head (laid-down). The upper-body warming treatment was introduced under the drape and was either a torso forced-air blanket (Bair Hugger Model 540; Arizant Healthcare, Eden Prairie, Minnesota) or a torso conductive fabric blanket (Hot Dog Model B110; Augustine Temperature Management, Eden Prairie, Minnesota). The warming devices were powered by standard controllers set to 43°C. Bubbles were introduced at the head/neck of the mannequin to track under-drape resident air movements in the region where the excess heat from patient warming was being released.

*Lumbar spinal procedure.* The same mannequin was laid in the prone position on the operating table and four drapes were arranged in a square configuration (Molnlycke Health Care) with the screen at full height (Fig. 2). A single surgeon stood motionless next to the surgical site for all experiments. A standard surgical gown and face mask were worn by the surgeon. The lower-body warming treatment was introduced under the drape and was either a lower-body forced-air blanket (Bair Hugger Model 525; Arizant



Fig. 2

Diagram (left) and photograph (right) showing the operating theatre set-up for lumbar spinal surgery with lower-body warming and full-drape, showing surgical site location (A).

 

Fig.3a                                          Fig.3b

Photographs showing a) the definition of the region where bubble counts were performed over the surgical site for hip replacement with upper-body warming, with bubbles (white steaks) appearing in the photograph for the experimental setup of forced-air warming and half-drape, and b) bubbles exiting the diffuser in still air.

Healthcare) or a lower-body conductive fabric blanket (Hot Dog Model B103; Augustine Temperature Management). The deviceswere powered by the same controllers as listed above and set to 43°C. Bubbles were introduced at floor level between the surgeon's body and the operating table in the area where the excess heat from patient warming was being released.

**Sampling procedures.** *Hip replacement.* Bubble counts over the surgical site were measured using a sequence of five photographs taken at ten-second intervals. The number of bubbles reaching the surgical site was determined by counting the number of bubbles in a 0.5 × 0.5 m region over the surgical site in each photograph (Fig. 3).

**Lumbar spinal procedure.** A different airflow pattern was observed with the spinal simulation, therefore time-lapse photography was chosen rather than bubble counts for data presentation. Time-lapse photography also provides directional information on airflow patterns that cannot be easily captured in quantitative data.

**Experimental design.** *Hip replacement.* . A replicated (n = 2) $3^1 2^1$ full factorial design was used to assess changes in bubble counts over the surgical site. The experimental factors considered were the anaesthesia/surgery screen: laid-down, half-screen or full-screen; and the patient warming device: conductive fabric or forced-air.

*Lumbar spinal procedure.* . No design was either used or necessary to demonstrate the difference in ventilation performance between forced-air and conductive fabric warming systems.



Fig. 4

Chart showing bubble counts over the surgical site for each photograph (data are staggered for clarity). Five photographs were taken for each experimental run (FAW, forced-air warming; CFW, conductive fabric warming).



Fig. 5

Bar chart showing the mean bubble count for experimental runs when the bubble counts were summated over the five photographs. Error bars represent the standard error of the mean. Wald tests were used for statistical inference.

**Joint infection data.** Demographic information on relevant risk factors for surgical site infection (SSI) were collected for primary hip and knee replacement procedures performed at our hospital during a 2.5-year period starting 1 July 2008. Infection was diagnosed by SSI nurses according to English Health Protection Agency criteria for deep infection.[17] In order to standardise the duration of follow-up, only infections presenting within 60 days of surgery were included. Microorganism identification was performed on isolates from septic joints. A transition in patient warming systems from forced-air to conductive fabric was made in all three elective orthopaedic theatres, starting on 1 March 2010 and ending on 1 June 2010. Unfortunately, the prophylactic antibiotic regimen was not constant during the study period. From July 2008 to February 2009, a single dose of gentamicin 4.5 mg/kg was given at induction. In March 2009 this was changed to teicoplanin 400 mg and gentamicin 3 mg/kg. Gentamicin-loaded cement (0.5 g per 40 g mix) was used for both groups. Similarly, the thromboprophylaxis regimen from July 2008 to the end of July 2009 was tinzaparin (Leo Pharma, Princes Risborough, United Kingdom) from day one to day 14 or 28 post-operatively for knee or hip replacement, respectively. From August 2009 to February 2010 rivaroxaban (Bayer PLC, Newbury, United Kingdom) was provided from day one post-operatively, but in February 2010 to the end of the study this reverted to tinzaparin from day one post-operatively.

**Statistical analysis.** A Poisson regression model was fitted to the hip replacement data having the sum of bubble counts for each experimental run (five photographs) as the

response and the factors identified in the experimental design as predictors. Differences in demographics and comorbidities between the patient warming groups were assessed by analysis of variance (ANOVA) or log-linear contingency table methods. Univariate odds ratios (OR) for the development of joint sepsis were computed using separate logistic regression models for each risk factor. Logistic regression was used to determine mean infection rates and dispersion indices for the periods of forced-air warming, transition and conductive fabric warming. Further details on statistical methods are provided in each table or figure. A p-value < 0.05 was considered statistically significant.

**Results**

**Hip replacement.** Bubble counts per photograph show that forced-air warming mobilised under-drape air so that it passed over the anaesthesia/surgery drape and into the surgical site (Fig. 4), but conductive fabric warming did not have a mobilising effect. Further, the position of the drape had a large effect on under-drape air mobilisation for forced-air warming.

Based upon Wald tests, differences in the sum of bubble counts for each experimental run (Fig. 5) were significant between conductive fabric and forced-air warming for the drape configurations of half-drape (0 *versus* 68, p < 0.001) and laid-down (0 *versus* 3, p = 0.010); differences for full-drape (0 *versus* 1, p = 0.283) did not reach statistical significance.

**Lumbar spinal procedure.** Excess heat from forced-air warming resulted in the development of hot-air convection currents between the surgeon's body and the operating table that transported floor-level air upwards and into the surgical

Table I. Demographics of surgical site infection risk factors by patient warming device (SEM, standard error of the mean)

| | Forced-air warming | Conductive fabric warming | p-value* |
|---|---|---|---|
| Mean age (years) (SEM) | 68.7 (0.30) | 68.8 (0.50) | 0.867† |
| Number of procedures (n) | | | |
| Hip | 423 | 135 | - |
| Knee | 643 | 236 | - |
| Hip : knee (%) | 40:60 | 37:63 | 0.261 |
| Diabetes (n, %) | | | |
| Type I | 17 (1.6) | 6 (1.6) | 0.976 |
| Type II | 127 (11.9) | 36 (9.7) | 0.240 |
| Duration of pre-operative hospital stay (n) | | | |
| 0 days | 990 | 357 | |
| ≥ 1 days | 76 | 17 | |
| 0 : ≥ 1 (%) | 93.7 | 95.5 | 0.075 |

\* likelihood ratio chi-squared test (contingency table), unless otherwise stated
† analysis of variance



Convection current

Fig. 6a                    Fig. 6b

Time-lapse photographs of bubbles depicting airflow patterns for a lower lumbar spinal implant procedure with a) forced-air warming with the resulting convection current annotated, and b) with conductive fabric warming.

site (Fig. 6). In contrast, conductive fabric did not release sufficient excess heat to establish these convection currents.

**Joint infection risks.** The demographics of 1437 patients undergoing hip or knee replacement revealed no significant difference between the two types of warming for SSI risk factors of age, type of surgery, diabetes and length of pre-operative stay (Table I). Unfortunately, record keeping was incomplete for the additional risk factors of blood transfusion, obesity, incontinence and fitness for surgery, which have been identified elsewhere as important predictors for deep infection.[4,18]

The risks of developing deep infection (Table II) were significantly greater for patients undergoing hip versus knee replacement (OR 4.1, p < 0.001), and patients treated with forced-air versus conductive fabric warming (OR 3.8, p = 0.024). The factors of age, diabetes and pre-operative length of stay had no significant impact on the risk of infection. Further, the ORs for hip versus knee infection were similar for the subgroups of forced-air and conductive fabric warming, having values of 4.1 and 3.5, respectively.

Micro-organisms isolated from septic joints were predominantly skin commensals for both forced-air (81%) and conductive fabric (100%) warming (Table III); the remainder were from intestinal bacteria. Of the skin-based organisms, staphylococcus species were the most common sources of infection (93%).

Logistic regression identified a significant reduction in infection rates (Fig. 7) for the conductive fabric (0.8%) versus forced-air warming (3.1%) periods (p = 0.024, Wald test). Differences in infection rates were significantly different between the conductive fabric and transition periods (0.8% versus 3.7%, p = 0.028, Wald test); differences were not significant between the forced-air and transition periods (3.1% versus 3.7%, p = 0.662, Wald test).

## Discussion

Forced-air warming was found to have a significant and disruptive impact on the clean airflow patterns over the surgical site compared to conductive fabric warming, which had no noticeable effect. Further, forced-air warming established convection currents that mobilised resident air from non-sterile areas such as the floor and under the anaesthesia/surgery drape into the surgical site. This disruption in the ventilation of the surgical site was associated with significantly higher risks of joint sepsis for the forced-air versus the conductive fabric warming groups.

Perhaps the most striking finding was the detection of hot-air convection currents originating where the 'mass flow' of hot air exited from the forced-air warming blanket:

P. D. McGOVERN, M. ALBRECHT, K. G. BELANI, C. NACHTSHEIM, P. E. PARTINGTON, L. CARLUKE, M. R. REED

Table II. Univariate comparison of risk factors on the development of deep joint infection (CI, confidence interval)

| | Developing infection | Not developing infection | Odds ratio (95% CI) | p-value* |
|---|---|---|---|---|
| Age group (n, %) | | | | 0.818 |
| Youngest third (≤ 64 years) | 13 (2.7) | 472 (97.3) | 1.0 | |
| Middle third (> 64 and < 73 years) | 12 (2.5) | 459 (97.5) | 0.9 (0.4 to 2.1) | |
| Oldest third (≥ 73 years) | 10 (2.1) | 471 (97.9) | 0.8 (0.3 to 1.8) | |
| Type of surgery (n, %) | | | | < 0.001 |
| Knee | 10 (1.1) | 869 (98.9) | 1.0 | |
| Hip | 25 (4.5) | 533 (95.5) | 4.1 (1.9 to 8.6) | |
| Diabetes (n, %) | | | | 0.110 |
| None | 34 (2.7) | 1218 (97.3) | 1.0 | |
| Type I or II | 1 (0.5) | 183 (99.5) | 0.2 (0.0 to 1.4) | |
| Pre-operative stay (n, %) | | | | 0.327 |
| 0 days | 34 (2.5) | 1310 (97.5) | 1.0 | |
| 1 or more days | 1 (1.1) | 92 (98.9) | 0.4 (0.1 to 3.1) | |
| Patient warming device (n, %) | | | | 0.024 |
| Conductive fabric | 3 (0.8) | 368 (99.2) | 1.0 | |
| Knee | 1 | 235 | | |
| Hip | 2 | 133 | | |
| Forced-air | 32 (3.0) | 1034 (97.0) | 3.8 (1.2 to 12.5) | |
| Knee | 9 | 634 | | |
| Hip | 23 | 400 | | |

* likelihood ratio chi-squared test (logistic regression)

Table III. Bacterial species isolated from septic hip and knees by patient warming device

| | Forced-air warming | Conductive fabric warming |
|---|---|---|
| Number of operations | 1066 | 371 |
| Number of species identified | | |
| Skin-carried | | |
| *Staphylococcus aureus* | 11 | 0 |
| *Staphylococcus aureus* and CNS* | 2 | 0 |
| CNS | 12 | 2 |
| Other | 1 | 1 |
| Total | 26 | 3 |
| Intestinal | | |
| Gram-negative bacteria | 6 | 0 |
| Total | 6 | 0 |
| Total | 32 | 3 |

* CNS, coagulase-negative staphylococcus

for the hip replacement with upper-body warming convection currents formed near the mannequin's head, whereas for the spinal procedure with lower-body warming, convection currents formed along the lower drape edge by the surgeon's legs. The formation of such convection currents may at first appear to be theoretically unsupported, as forced-air warming exhausts a heated airflow of only 40 cubic feet per minute into a ventilation environment having an airflow of 6000 cubic feet per minute.[19] However, one must consider the effects of surgical lighting, drapes and personnel on ventilation, all of which create localized disturbances of airflow that aid the formation of convection currents.

Prior research in ultra-clean ventilation theatres has shown surgical lighting to be a significant source of disruption of ventilation through the downstream wake and associated recirculation zone.[20] In our study, the use of bubbles allowed us to visualise this recirculation zone, which was found to extend about 1 m below the body of each surgical light. The presence of a raised anaesthesia/surgery drape was shown to further magnify the size and effect of this vortex, as the drape blocked the natural passage of air out of the ventilation field and created a still zone. Lastly, the presence of a surgeon or anaesthetist near this zone created an added obstacle,[20] resulting in a situation where even the slightest movement adversely affected the natural airflow patterns over the surgical site. Under such fragile conditions the mass flow of hot forced-air being exhausted from the device was sufficiently buoyant to push upwards and into this locally compromised ventilation region.

The clinical concern regarding the formation of such convection currents is twofold. First, these currents oppose the natural clean airflow patterns that are intended to sweep contaminants down and away from the surgical site.[21] Thus, contaminants released in the vicinity of the surgical site are less likely to be cleared. Secondly, the upward mobilisation of floor-level and under-drape air could potentially compromise the sterility of the surgical site, as resident air from these locations is typically laden with pathogens shed from the surgical staff.[22] Either mechanism offers a plausible explanation for the significant association between the patient warming device and the risks of SSI in this study. Further, the types of organism isolated from septic joints were predominately skin flora and hence likely to have been transmitted by and deposited from the air.[23] It was, however, somewhat unusual that the odds of infection associated with hip replacement were



Fig. 7

Graph showing time-based trends of joint sepsis rates for hip and knee replacement cases. The outcome of each individual case is plotted on the right-hand axis (data are jittered to avoid overprinting). The infection rates for each period (forced-air, transition or conductive fabric) are plotted on the left-hand axis. Standard error of the mean was estimated using logistic regression.

4.1 times greater than the odds for knee replacement: typically, infection risks are greater for knee replacement.[24] A check of surgical practices revealed no differences in theatre dress or draping techniques between the procedures. Further, the OR for infection was consistent for both the forced-air and the conductive fabric subgroups (3.5 and 4.1, respectively), which suggests that there were no apparent changes in risk factors apart from warming device.

This study does not establish a causal basis for this association. Although the demographics were similar between the patient groups in terms of risk factors for infection, the data are observational and may be confounded by other infection control measures instituted by the hospital. For example, changes were made to the antibiotic and thromboprophylaxis protocols used during the study, although no infection control changes were made after February 2010.[25] In addition, we were unable to consider all factors that have been associated with SSI, as the details of blood transfusion, obesity, incontinence and fitness for surgery, which have been identified elsewhere as important predictors for deep infection,[4,18] were not sufficiently detailed in the medical record. Moreover, prior research is limited to a handful of studies that have either looked at the disruption in ventilation due to forced-air warming in conventional operating theatres[26,27] or evaluated accumulation microbial contamination and emission issues.[28-32] Research in ultra-clean operating theatres is limited to a single orthopaedic study in which forced-air warming resulted in elevated microbial counts over the surgical site.[33] However, the increase in contamination was deemed to be less than that resulting from the movement of

personnel, and did not exceed recommended bacterial levels. It is not known how these results translate to the range of arthroplasty procedures performed in ultra-clean operating theatres. Even minor differences in factors such as draping, procedural practices and theatre dress are likely to have large effects on both floor-level and under-drape contaminant levels and the formation of convection currents.

National studies on the benefits of ultra-clean laminar-flow ventilation may provide a better indication as to the impact of forced-air warming on the mobilisation of contaminants, as they take into account the full range of surgical draping, procedural practices and theatre dress. Over the past ten years these studies have shown either an upwards trend towards[34] or significantly higher[24,35] infection rates in laminar flow. Yet the results of these studies are not fully conclusive, as they are limited by their clinical design, which omits basic air pollution endpoint measurements such as wound washout or slit sampling. Moreover, the mobilisation of non-sterile air due to forced-air warming may be the explanatory factor, as historical studies[1,3] on laminar-flow ventilation conducted before the introduction of forced-air warming clearly showed a reduction in the rates of infection. Additionally, the widespread acceptance that forced-air warming reduces the rate of infection has only been demonstrated in colorectal surgery.[36]

Until the disruptive effects of forced-air warming on ventilation can be fully evaluated with regard to affecting the sterility of the surgical site, the use of air-free patient warming alternatives might be recommended for procedures involving implants carried out in ultra-clean theatres.

P. D. MCGOVERN, M. ALBRECHT, K. G. BELANI, C. NACHTSHEIM, P. F. PARTINGTON, I. CARLUKE, M. R. REED

## Supplementary material

A video demonstrating forced-air warming is available with the electronic version of this article on our website at www.jbjs.org.uk

The author or one or more of the authors have received or will receive benefits for personal or professional use from a commercial party related directly or indirectly to the subject of this article.

## References

1. **Lidwell OM.** Clean air at operation and subsequent sepsis in the joint. *Clin Orthop* 1986;211:91–102.
2. **Petty W, Spanier S, Shuster JJ, Silverthorne C.** The influence of skeletal implants on incidence of infection: experiments in a canine model. *J Bone Joint Surg [Am]* 1985;67-A:1236–1244.
3. **Lidwell OM, Elson RA, Lowbury EJ, et al.** Ultraclean air and antibiotics for prevention of postoperative infection: a multicentre study of 8,052 joint replacement operations. *Acta Orthop Scand* 1987;58:4–13.
4. **Mangram AJ, Horan TC, Pearson ML, Silver LC, Jarvis WR.** Guideline for prevention of surgical site infection, 1999: Centers for Disease Control and Prevention (CDC) Hospital Infection Control Practices Advisory Committee. *Am J Infect Control* 1999;27:97–132.
5. **No authors listed.** Arizant. Bair Hugger® Therapy: Warming Units & Accessories. http://www.arizant.com/us/bairhuggertherapy/warmingunits (date last accessed 13 July 2011).
6. **Bayazit Y, Sparrow EM.** Energy efficiency comparison of forced-air versus resistance heating devices for perioperative hypothermia management. *Energy* 2010;35:1211–1215.
7. **Chow TT, Yang XY.** Ventilation performance in the operating theatre against airborne infection: numerical study on an ultra-clean system. *J Hosp Infect* 2005;59:138–147.
8. **Wong PF, Kumar S, Leaper DJ.** Systemic warming as an adjunct to resuscitation in peritonitis: a pilot, randomized controlled trial. *Surg Infect (Larchmt)* 2007;8:387–395.
9. **Wong PF, Kumar S, Bohra A, Whetter D, Leaper DJ.** Randomized clinical trial of perioperative systemic warming in major elective abdominal surgery. *Br J Surg* 2007;94:421–426.
10. **Ng V, Lai A, Ho V.** Comparison of forced-air warming and electric heating pad for maintenance of body temperature during total knee replacement. *Anaesthesia* 2006;61:1100–1104.
11. **Janke E, Pilkington SN, Smith DC.** Evaluation of two warming systems after cardiopulmonary bypass. *Br J Anaesth* 1996;77:268–270.
12. **Kimberger O, Held C, Stadelmann K, et al.** Resistive polymer versus forced-air warming: comparable heat transfer and core rewarming rates in volunteers. *Anesth Analg* 2008;107:1621–1626.
13. **Negishi C, Hasegawa K, Mukai S, et al.** Resistive-heating and forced-air warming are comparably effective. *Anesth Analg* 2003;96:1683–1687.
14. **Matsuzaki Y, Matsukawa T, Ohki K, et al.** Warming by resistive heating maintains perioperative normothermia as well as forced air heating. *Br J Anaesth* 2003;90:689–691.
15. **No authors listed.** Hospital Technical Memorandum (HTM) 2025. Ventilation of healthcare premises, 1994. http://www.spaceforhealth.nhs.uk/ (date last accessed 14 September 2011).
16. **Whyte W, Shaw BH.** The effect of obstructions and thermals in laminar-flow systems. *J Hyg (Lond)* 1974;72:415–423.
17. **Horan TC, Gaynes RP, Martone WJ, Jarvis WR, Emori TG.** CDC definitions of nosocomial surgical site infections, 1992: a modification of CDC definitions of surgical wound infections. *Infect Control Hosp Epidemiol* 1992;13:606–608.
18. **Olsen MA, Nepple JJ, Riew KD, et al.** Risk factors for surgical site infection following orthopaedic spinal operations. *J Bone Joint Surg [Am]* 2008;90-A:62–69.
19. **Friberg B.** Ultraclean laminar airflow ORs. *AORN J* 1998;67:841–851.
20. **Brohus H, Balling KD, Jeppesen D.** Influence of movements on contaminant transport in an operating room. *Indoor Air* 2006;16:356–372.
21. **Chow TT, Yang XY.** Ventilation performance in operating theatres against airborne infection: review of research activities and practical guidance. *J Hosp Infect* 2004;56:85–92.
22. **Whyte W, Vesley D, Hodgson R.** Bacterial dispersion in relation to operating room clothing. *J Hyg (Lond)* 1976;76:367–378.
23. **Lidwell OM.** Air, antibiotics and sepsis in replacement joints. *J Hosp Infect* 1988;11(Suppl):18–40.
24. **Hooper G, Rothwell AG, Frampton C, Wyatt MC.** Does the use of laminar flow and space suits reduce early deep infection after total hip and knee replacement?: the ten-year results of the New Zealand Joint Registry. *J Bone Joint Surg [Br]* 2011;93-B:85–90.
25. **Jensen CD, Steval A, Partington PF, Reed MR, Muller SD.** Return to theatre following total hip and knee replacement, before and after the introduction of rivaroxaban: a retrospective cohort study. *J Bone Joint Surg [Br]* 2011;93-B:91–95.
26. **Zink RS, Iaizzo PA.** Convective warming therapy does not increase the risk of wound contamination in the operating room. *Anesth Analg* 1993;76:50–53.
27. **Huang JKC, Shah EF, Vinodkumar N, Hegarty MA, Greatorex RA.** The Bair Hugger patient warming system in prolonged vascular surgery: an infection risk? *Crit Care* 2003;7:13–16.
28. **Albrecht M, Gauthier RL, Belani K, Litchy M, Leaper D.** Forced-air warming blowers: an evaluation of filtration adequacy and airborne contamination emissions in the operating room. *Am J Infect Control* 2011;39:321–328.
29. **Leaper D, Albrecht M, Gauthier R.** Forced-air warming: a source of airborne contamination in the operating room? *Orthop Rev* 2009;1:e28.
30. **Avidan MS, Jones N, Ing R, et al.** Convection warmers: not just hot air. *Anaesthesia* 1997;52:1073–1076.
31. **Baker N, King D, Smith EG.** Infection control hazards of intraoperative forced air warming. *J Hosp Infect* 2002;51:153–154.
32. **Bernards AT, Harinck HIJ, Dijkshoorn L, van der Reijden TJK, van den Broek PJ.** Persistent Acinetobacter baumannii?: look inside your medical equipment. *Infect Control Hosp Epidemiol* 2004;25:1002–1004.
33. **Tumia N, Ashcroft GP.** Convection warmers: a possible source of contamination in laminar airflow operating theatres? *J Hosp Infect* 2002;52:171–174.
34. **Miner AL, Losina E, Katz JN, Fossel AH, Platt R.** Deep infection after total knee replacement: impact of laminar airflow systems and body exhaust suits in the modern operating room. *Infect Control Hosp Epidemiol* 2007;28:222–226.
35. **Brandt C, Hott, Sohr D, et al.** Operating room ventilation with laminar airflow shows no protective effect on the surgical site infection rate in orthopedic and abdominal surgery. *Ann Surg* 2008;248:695–700.
36. **Kurz A, Sessler DI, Lenhardt R.** Perioperative normothermia to reduce the incidence of surgical-wound infection and shorten hospitalization: study of wound infection and temperature group. *N Engl J Med* 1996;334:1209–1215.

# EXHIBIT DX19

TO DECLARATION OF PETER J. GOSS IN
SUPPORT OF DEFENDANTS' MOTION TO
EXCLUDE PLAINTIFFS' ENGINEERING
EXPERTS

 Gmail

Paul McGovern <pdmcgovern@gmail.com>

## Forced Air Warming versus Conductive Fabric Warming - An Evaluation of Laminar Operating Room Ventilation Disruption

2 messages

**Reed Mike (Northumbria Health Care NHS Trust)** <mike.reed@nhs.net>          18 July 2010 at 20:11
To: Mark <malbrecht@augbiomed.com>, "marka@augbiomed.com" <marka@augbiomed.com>
Cc: "pdmcgovern@gmail.com" <pdmcgovern@gmail.com>, "saugustine@augbiomed.com"
<saugustine@augbiomed.com>

Mark. This is a great paper. I have made some comments.

I know we will be going over the data tomorrow. My concern here is that we couldn't replicate this effect in our own
OR. I wonder if you would consider setting the experiment up again and simply demonstrating the effect to Paul and
I via skype. Not suggesting at all that it is repeated but that we can simply see the bubbles rising into the surgical
site with this set up, and that we can see the particle counts measured so high in the surgical field. We could use
that video in our blog anyway. Sound plausible? If we are publishing/speaking on this we need to have witnessed the
phenomenon if our own OR didn't show that effect (although the air bubbles did rise to some extent with us).

Mike

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

```
This message may contain confidential information. If you are not the intended
recipient please inform the
sender that you have received the message in error before deleting it.
Please do not disclose, copy or distribute information in this e-mail or take any
action in reliance on its contents:
to do so is strictly prohibited and may be unlawful.

Thank you for your co-operation.

NHSmail is the secure email and directory service available for all NHS staff in
England and Scotland
NHSmail is approved for exchanging patient data and other sensitive information with
NHSmail and GSI recipients
NHSmail provides an email address for your career in the NHS and can be accessed
anywhere
For more information and to find out how you can switch, visit   www.connectingforhealth.nhs.
uk/nhsmail
```


EXHIBIT
60
Augustine

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

 **Manuscript_Laminar_7-9 (2).doc**
352K

EXHIBIT
26
Gauthier

**marka@augbiomed.com** <marka@augbiomed.com>                    18 July 2010 at 21:52
To: "Reed Mike (Northumbria Health Care NHS Trust)" <mike.reed@nhs.net>
Cc: Mark <malbrecht@augbiomed.com>, "marka@augbiomed.com" <marka@augbiomed.com>,
"pdmcgovern@gmail.com" <pdmcgovern@gmail.com>, "saugustine@augbiomed.com" <saugustine@augbiomed.com>

That is a fair deal I'll agree to.  I would want to see the effect myself,
also, if I were in your shoes.

Sorry to hear about your foot.  Hopefully it is nothing more serious than
being on the loosing end of a fight with the curb or a pothole (just

kidding)? Your right, I won't have much trouble picking you out tomorrow. I did find the train based upon the information you sent me so I should be able to jump from sheffield and meet you in York in route to newcastle.

See you tomorrow
-mark
[Quoted text hidden]

# EXHIBIT DX20

TO DECLARATION OF PETER J. GOSS IN
SUPPORT OF DEFENDANTS' MOTION TO
EXCLUDE PLAINTIFFS' ENGINEERING
EXPERTS

University of Minnesota Mail - Laminar Flow Manuscript



Christopher Nachtsheim <nacht001@umn.edu>

# Laminar Flow Manuscript
13 messages

**Mark** <malbrecht@augbiomed.com>                                    Fri, Aug 20, 2010 at 11:56 AM
To: "Reed Mike (Northumbria Health Care NHS Trust)" <mike.reed@nhs.net>, Paul McGovern
<pdmcgovern@gmail.com>
Cc: Christopher Nachtsheim <nacht001@umn.edu>, "Robert L. Gauthier" <rlgauthier@gmail.com>, Scott Augustine
<saugustine@augbiomed.com>

Mike and Paul,

I'm trying as best I can to get that helium bubble generator back into the states here, but it is still caught up in customs.  They have a VAT issue to resolve that is expected to take another couple of weeks.  In short, I fear that our ability to get this completed manuscript in (see attached) will continue to be delayed for some time if we rely upon that equipment to demonstrate the effects for both of you in our laboratory.

I'm hoping we can take a different approach here.  Ok, both Chris Nachtsheim (faculty at the University of Minnesota) and Bob Gauthier (independent anesthesiologist) have seen the effects first hand shown in the photographs (Figure 6 in manuscript).  They are the same effects you observed in your operating room as shown on this video:
http://www.youtube.com/watch?v=yQ1TgF1PbY4

Bob is more than happy to assume the lead authorship role and verify the fidelity of our research (he has seen it first hand).  Further, I'm sure Chris will also vouch for that since we brought him over to take a look at it too.  If we take the burden off of both of you as being lead authors, would you be comfortable with submitting the current publication as is with a role as secondary authors?  The only reason I ask is that I've got a backlog of these things to get in that are just sitting here --- without any clue as to when the bubble generator will clear customs. I'd like to target an anesthesiology journal with this article anyways, so bob is a natural choice for lead author.

Let me know what you think about this approach.

Thanks

Mark Albrecht

Augustine Biomedical & Design

6581 City West Parkway

Nachtsheim_0000481

Eden Prairie MN 55344

PH 952-465-3511

---

📄 **Manuscript_Laminar_8-19.doc**
358K

---

**Mark** <malbrecht@augbiomed.com>                    Fri, Aug 20, 2010 at 1:14 PM
To: Christopher Nachtsheim <nacht001@umn.edu>

Chris,

Could you do me a favor and click reply to all on the last message I sent and just state that you saw the effects in our laboratory.  Bob is going to do that also, but in a more eloquent message.

Thanks

-m

---

**From:** Mark [mailto:malbrecht@augbiomed.com]
**Sent:** Friday, August 20, 2010 11:56 AM
**To:** 'Reed Mike (Northumbria Health Care NHS Trust)'; 'Paul McGovern'
**Cc:** 'Christopher Nachtsheim'; 'Robert L. Gauthier'; 'Scott Augustine'
**Subject:** Laminar Flow Manuscript

[Quoted text hidden]

---

**Mark** <malbrecht@augbiomed.com>                    Fri, Aug 20, 2010 at 1:15 PM
To: Christopher Nachtsheim <nacht001@umn.edu>

FYI,

Here is the message I drafted for bob that he is going to modify and send out.

-mark

---

**From:** Mark [mailto:malbrecht@augbiomed.com]
**Sent:** Friday, August 20, 2010 12:46 PM
**To:** 'Robert Gauthier'
**Subject:** RE: Laminar Flow Manuscript

Nachtsheim_0000482

University of Minnesota Mail - Laminar Flow Manuscript                                                          9/15/16, 6:15 PM

Bob,

Do me a favor.  Click reply to all on the last message and put this message through to the other authors (modify it to sound like your writing though).

*"Mike and Paul,*

*As Mark mentioned, I've working closely with these guys on the laboratory research assessing laminar flow disruption due to forced air warming waste heat.  I've been a close friend of Scott's since medical school and I was one of the first anesthesiologists to use a bair hugger blanket in a case (I might have even been the first).  From my experiences as a practicing anesthesiologist, I have realized the importance of patient warming in improving surgical outcomes and am very proud to be involved with a company that has extended those benefits to patients across the world.*

*However, I also share your concerns of laminar flow disruption due to forced air warming waste heat.  In fact, none of us even realized that this was possible until recently.  I've been in the laboratory numerous times with Scott and Mark and have observed the effects of heat on laminar ventilation --- it really does compromise the ability of the downward laminar flow to protect the surgical site form contaminants.  Further, the laminar ventilation laboratory they have constructed is really better than any of the ventilation systems in the states.  Mark has told me about the partial walled systems they use in the UK; we don't have those here.  Thus, the effects of waste heat are likely to be greater in the states than in the U.K. --- I find this very concerning.*

*I look forward to having the opportunity to do, yet again, another publication with you guys.  Also,*

*I'd be happy to address any concerns/questions you may have about the research we performed in the laboratory.*

*Best Regards*

*-Bob"*

---

**From:** Robert Gauthier [mailto:rlgauthier@comcast.net]
**Sent:** Friday, August 20, 2010 12:00 PM
**To:** Mark Albrecht
**Subject:** Re: Laminar Flow Manuscript

# I am ok with it.

# Sincerely,

Nachtsheim_0000483

# Robert Gauthier

---

**Robert Gauthier** <rlgauthier@comcast.net>                                  Fri, Aug 20, 2010 at 1:23 PM
To: Mark Albrecht <malbrecht@augbiomed.com>, "Reed Mike (Northumbria Health Care NHS Trust)"
<mike.reed@nhs.net>, Paul McGovern <pdmcgovern@gmail.com>
Cc: Christopher Nachtsheim <nacht001@umn.edu>, Robert Gauthier <rlgauthier@gmail.com>, Scott Augustine
<saugustine@augbiomed.com>

*"Mike and Paul,*
*As Mark mentioned, I've working closely with these guys on the laboratory research assessing laminar flow disruption*
*due to forced air warming waste heat. I've been a close friend of Scott's since medical school and I was one of the*
*first anesthesiologists to use a bair hugger blanket in a case (I might have even been the first). From my experiences*
*as a practicing anesthesiologist, I have realized the importance of patient warming in improving surgical outcomes and*
*am very proud to be involved with a company that has extended those benefits to patients across the world.*

*However, I also share your concerns of laminar flow disruption due to forced air warming waste heat. In fact, none of*
*us even realized that this was possible until recently. I've been in the laboratory numerous times with Scott and Mark*
*and have observed the effects of heat on laminar ventilation --- it really does compromise the ability of the downward*
*laminar flow to protect the surgical site form contaminants. Further, the laminar ventilation laboratory they have*
*constructed is really better than any of the ventilation systems in the states. Mark has told me about the partial walled*
*systems they use in the UK; we don't have those here. Thus, the effects of waste heat are likely to be greater in the*
*states than in the U.K. --- I find this very concerning.*

*I look forward to having the opportunity to do, yet again, another publication with you guys. Also,*
*I'd be happy to address any concerns/questions you may have about the research we performed in the laboratory.*

*Best Regards*

*Bob Gauthier*

---

**Paul McGovern** <pdmcgovern@gmail.com>                                   Wed, Aug 25, 2010 at 5:53 AM
To: Robert Gauthier <rlgauthier@comcast.net>
Cc: Mark Albrecht <malbrecht@augbiomed.com>, "Reed Mike (Northumbria Health Care NHS Trust)"
<mike.reed@nhs.net>, Christopher Nachtsheim <nacht001@umn.edu>, Robert Gauthier <rlgauthier@gmail.com>, Scott
Augustine <saugustine@augbiomed.com>

Dear Bob and Mark

Thanks for your emails, sorry I have not replied earlier, was waiting to discuss this with Mike. I understand though that
he's on leave until the beginning of September. Probably best for me not to make a decision about authorship of the
paper as I can't really speak on behalf of Mike on this.

Certainly we have seen some very interesting and quite compelling effects in the work we've done, I think it's a very
exciting thing to be looking into. Looking forward also to continuing to work on this with you guys and keep moving
forward

Kind regards
Paul

[Quoted text hidden]
--
Paul McGovern

Nachtsheim_0000484

University of Minnesota Mail - Laminar Flow Manuscript                                                    9/15/16, 6:15 PM

**Christopher Nachtsheim** <nacht001@umn.edu>                                    Wed, Sep 1, 2010 at 12:54 PM
To: Mark <malbrecht@augbiomed.com>
Cc: "Reed Mike (Northumbria Health Care NHS Trust)" <mike.reed@nhs.net>, Paul McGovern
<pdmcgovern@gmail.com>, "Robert L. Gauthier" <rlgauthier@gmail.com>, Scott Augustine
<saugustine@augbiomed.com>

Hi all--

Mark wrote:   "I'm sure Chris will also vouch for that since we brought him over to take a look at it too."

Just wanted belatedly to provide the "vouch" and to say that's absolutely correct.

Chris
[Quoted text hidden]
--
Christopher J. Nachtsheim
Frank A. Donaldson Chair of Operations Management
Chair, Operations and Management Science Department
3-245 Carlson School of Management
University of Minnesota
Minneapolis, MN 55455

Office: 612-624-1077
Email: nacht001@umn.edu
Fax: 612-624-8804

**Mark Albrecht** <malbrecht@augbiomed.com>                                    Wed, Sep 1, 2010 at 2:14 PM
To: Christopher Nachtsheim <nacht001@umn.edu>

Thanks Chris,

Say, I was going to stop by to drop off a book I have of yours and ask a couple of questions on the R^2 paper
and the optimal design one.  Further, I have completed the intro, method, and results section of the next
manuscript on laminar flow disruption.  Suppose I need to get your approval on the stats and presentation
when you have time.  You around this afternoon, or is another day better??

Thanks

-m

**From:** Christopher Nachtsheim [mailto:nacht001@umn.edu]
**Sent:** Wednesday, September 01, 2010 12:54 PM
**To:** Mark
**Cc:** Reed Mike (Northumbria Health Care NHS Trust); Paul McGovern; Robert L. Gauthier; Scott Augustine
**Subject:** Re: Laminar Flow Manuscript

Nachtsheim_0000485

Hi all--

[Quoted text hidden]

[Attachment denied by WatchGuard SMTP proxy (type "application/vnd.ms-xpsdocument", filename "manuscript.xps")
 Forward this message and contact Keith Geving for further assistance. ]

---

**Christopher Nachtsheim** <nacht001@umn.edu>                                        Wed, Sep 1, 2010 at 2:24 PM
To: Mark Albrecht <malbrecht@augbiomed.com>

Hi Mark---

I was until about a half hour ago and am tied up the rest of today.  Tomorrow or Friday could work.

Chris

[Quoted text hidden]

> [Quoted text hidden]
> [Attachment denied by WatchGuard SMTP proxy (type "application/vnd.ms-xpsdocument", filename
> "manuscript.xps")   Forward this message and contact Keith Geving for further assistance. ]

--
Christopher J. Nachtsheim
Frank A. Donaldson Chair of Operations Management
Chair, Operations and Management Science Department
3-245 Carlson School of Management
University of Minnesota
Minneapolis, MN 55455

Office: 612-624-1077
Email: nacht001@umn.edu
Fax: 612-624-8804

---

**Mark Albrecht** <malbrecht@augbiomed.com>                                          Wed, Sep 1, 2010 at 2:30 PM
To: Christopher Nachtsheim <nacht001@umn.edu>

Tomorrow would be good.  How about I buy you lunch on the company at the keefers corner restaurant to
discuss the stats results???  We could meet after that concerning some research directions I've been thinking
about and improving my understanding of those 2 papers.


Say 12:00 or 12:30 for lunch?


Let me know

Nachtsheim_0000486

University of Minnesota Mail - Laminar Flow Manuscript                                                                    9/15/16, 6:15 PM

-m

---

**From:** Christopher Nachtsheim [mailto:nacht001@umn.edu]
**Sent:** Wednesday, September 01, 2010 2:25 PM
**To:** Mark Albrecht

[Quoted text hidden]

[Quoted text hidden]

---

**Christopher Nachtsheim** <nacht001@umn.edu>                                          Wed, Sep 1, 2010 at 3:11 PM
To: Mark Albrecht <malbrecht@augbiomed.com>

OK, 12:00
[Quoted text hidden]

---

**Christopher Nachtsheim** <nacht001@umn.edu>                                          Thu, Sep 2, 2010 at 9:30 AM
To: Mark Albrecht <malbrecht@augbiomed.com>

Mark---

Can we make that 1:00?  I have some kid duty to attend to at 11:00.

Chris
[Quoted text hidden]

---

**mark albrecht** <malbrecht@augbiomed.com>                                           Thu, Sep 2, 2010 at 9:40 AM
To: Christopher Nachtsheim <nacht001@umn.edu>

[Quoted text hidden]
Yea, no problem.  I'm actually working out of the PhD office today to save drive time so I'm pretty available.  Did you still want to do lunch at 1pm, or just meet??

---

**mark albrecht** <malbrecht@augbiomed.com>                                           Thu, Sep 2, 2010 at 9:56 AM
To: Christopher Nachtsheim <nacht001@umn.edu>

Yea, no problem.  I'm actually working out of the PhD office today to save drive time so I'm pretty available.  Did you still want to do lunch at 1pm, or just meet??

On 9/2/2010 9:30 AM, Christopher Nachtsheim wrote:
[Quoted text hidden]

---

Nachtsheim_0000487

# EXHIBIT DX21

TO DECLARATION OF PETER J. GOSS IN
SUPPORT OF DEFENDANTS' MOTION TO
EXCLUDE PLAINTIFFS' ENGINEERING
EXPERTS

# Forced Air Warming versus Conductive Fabric Warming – An Evaluation of Laminar Operating Room Ventilation Disruption

Mike Reed MD, FRCS (Tr&Orth)
Consultant Orthopaedic Surgeon
Wansbeck General Hospital
Ashington, Northumberland
UK

Paul D McGovern MBBS, MRCS
Specialty Registrar in Trauma and Orthopaedics
Wansbeck General Hospital
Ashington, Northumberland
UK

Robert L Gauthier MD
MN Anaesthesia Specialty Services
Edina
Minnesota, USA

Mark Albrecht MBA
PhD Candidate in Operations Management & Sciences
Carlson School of Management
University of Minnesota
Minneapolis, Minnesota, USA

Christopher Nachtsheim, PhD
Carlson School of Management
University of Minnesota
Minneapolis, Minnesota, USA

Correspondence to:   albre116@umn.edu

Key words: surgical site infection, forced air warming, laminar air flow, operating room environmental contamination, operating room ventilation

AUGUSTINE_0006980

**Abstract**

**Introduction:** Operating room (OR) laminar ventilation is designed to protect the surgical site from airborne pathogenic contaminants.  Laminar ventilation performance is fragile in nature and can be compromised by flow obstructions (personnel) and thermals (heated air).  Patient warming systems, used to prevent surgical hypothermia, represent a potential source of ventilation disruption via the waste heat they generate.  We compared the effects of two patient warming modalities classified as having "low waste heat load" (conductive fabric warming - "CFW") and "high waste heat load" (forced air warming – "FAW") on laminar ventilation performance.

**Methods:**  Experiments were carried out in a ventilation laboratory simulating a laminar flow OR.  A mannequin was draped for an abdominal incision and tracer smoke was introduced under the surgical drape.  Neutral buoyancy detergent bubbles ("bubbles") were used to visualize airflows and particle counts of tracer smoke were performed 15 cm above the surgical site to quantitatively assess tracer mobilization into the surgical site.  A randomized factorial design was employed to assess the effect of the following two-level factors on ventilation performance:  lower body patient warming system (FAW or CFW); controller setting (ambient/off or 43°C); ventilation airflow (0.3 or 0.5 m/s); tracer location (floor or legs); and, surgical team (empty room or two surgeons).

**Results:**  Vented waste heat from FAW use at 43°C created warm-air convection currents that mobilized tracer particulate upwards against the downward laminar flow and into the surgical site, as indicated by bubbles.  With no surgical staff, the use of FAW at 43°C resulted in a ≈30-fold increase in particle counts at the surgical site versus controls.  With a surgical staff present, these counts were elevated ≈80-fold versus controls.  CFW use at 43°C produced minimal waste heat and had no effect on airflow currents or particle counts at the surgical site versus controls.

**Conclusion:**  The use of FAW generated sufficient waste heat to form convection currents that disrupted laminar ventilation performance and mobilized tracer contaminated air into the surgical site from high pathogenic-risk locations near the floor and under the drape.  Bubbles showed the sheltered space between the surgeon's body and operating table as the primary area in which these convection currents form.  In contrast, CFW did not generate sufficient waste heat to affect ventilation performance.

AUGUSTINE_0006981

## Introduction

Operating room (OR) ventilation plays a critical role in preventing surgical site infection (SSI) by protecting the operative site from microbial-laden dust, lint, skin squames, and respiratory droplets resident in OR air.[1-7] OR ventilation systems are classified as either conventional or laminar based upon their design: conventional systems supply a turbulent airflow filtered to an efficiency of ≥90%;[8] laminar systems direct a uniform velocity airflow (0.3 to 0.5 m/s) over the surgical site filtered to an efficiency of ≥99.97% to sweep away contaminants.[9] Laminar ventilation offers added protection from airborne contaminants and is typically utilized for contamination sensitive operations, such as the implantation of prosthetics.[10] Recent research has challenged the use of forced air warming (FAW) in such laminar environments due to the risks of FAW generated contaminants reaching the surgical site via the vented waste airflow.[11-15] However, these studies focused on solely quantifying contaminants in the direct air effluent from FAW blowers and did not consider a second, but equally important source of SSI risk: the disruption of OR laminar airflow due to vented waste heat from FAW devices.

Laminar airflows are fragile in nature and highly sensitive to flow obstructions (overhead surgical lights, people, etc…) and movements of the surgical staff.[16,17] both of which create regions of turbulence in the uniform airflow that draw contaminants into the surgical site. Adequate laminar flow velocity has been identified as the critical factor for lessening the impacts of these factors on ventilation performance. However, even moderately heated air from surgical equipment and lamps has been shown to have sufficient buoyancy to greatly reduce the downward velocity of the laminar flow in a localized region.[18]

The vented waste heat emitted from FAW blowers is a far greater source of thermal energy in the laminar flow field than nearly all commonly used OR equipment. The heated airflow from FAW blowers is released at 43°C, which is often 20°C above ambient OR conditions, and can contribute upwards of 800 watts of vented waste heat in close proximity to the surgical site.[19,20] The release of such thermal energy has the potential to generate temperature gradients that impede the performance of the laminar

AUGUSTINE_0006982

flow ventilation system.  Further, the release of FAW vented waste heat is often directed towards the floor into resident air that is potentially contaminated with shed skin cells and bacteria.  Intuitively, it seems logical to vent the waste air and heat from FAW toward the floor, away from the surgical site.  However, it is now apparent that if the vented waste heat is sufficiently buoyant, it may be possible for it to mobilize contaminated air resident near the floor towards the surgical site, against the downward laminar flow.  Supporting evidence for this phenomenon can be seen in a recent research video that captures the effects of forced air warming waste heat-generated air currents on OR ventilation performance.[21]

Air-free alternatives, such as conductive fabric warming (CFW) blankets, have been developed that are comparably effective to FAW for the prevention of surgical hypothermia.[22-28]  These alternatives have been shown to have much higher thermal efficiencies than FAW and, therefore, they release only a fraction of the waste heat that FAW use does.[20]  As such, there is a need to critically assess the impact of FAW versus air-free alternatives on laminar flow ventilation performance.  Thus, we studied the effects of FAW versus CFW on ventilation performance in a laminar flow laboratory representative of an OR environment.

Specifically, we compare the disruptive effects of FAW and CFW waste heat on laminar ventilation performance in a randomized trial using two basic methodologies:
i)  Particle counting and tracer smoke to quantify the degree of ventilation disruption; and
ii)  Neutrally buoyant helium soap bubbles to visualize airflow patterns.

AUGUSTINE_0006983

## Methods

**Laminar Flow Laboratory Setup**

A laminar flow OR environment was constructed for this experiment because most hospitals will not allow the use of tracer smoke or permit an open flame in the OR. The laminar flow laboratory (**Fig 1**) was designed to produce the appropriate ventilation airflow profile and velocities employed in a standard laminar flow OR. To do so, a variable speed HVAC ventilation blower provided a pressurized airflow to a ceiling plenum having a cross section of 2.4 by 2.4 meters. The plenum had a 2 meter vertical height to help diffuse the airflow towards a uniform velocity before reaching the downstream surface of the plenum, which was lined with a HEPA filtration media (Technostat, Hollingsworth and Vose, East Walpole, MA).

The HEPA filtration media acted as a the final diffuser, creating a downward laminar flow over the operating room table (AMSCO Surgical, Model 2080, Mentor, OH). The velocity of the uniform downward airflow could be controlled in the range of 0.0 to 0.5 [m/s] by adjusting the speed of the HVAC blower. For the present experiment, laminar flow disruption was studied at the airflow velocities of 0.3 and 0.5 [m/s] as measured 50 cm downstream of the plenum with a hot wire anemometer (Model HHF42, Omega Engineering, Stanford, CT), airflow rates which corresponded to air changes of 45 and 75 per hour, respectively. The walls of the laboratory were elevated 10 cm off the floor on supports and the HEPA filtered air exited the laboratory around the entire periphery of the room at floor level. When in operation, the laboratory created a downward laminar airflow region having a cross section of 2.4 by 2.4 meters and a positive pressure up to 0.26 cm of $H_2O$ at airflows of 0.5 [m/s].

In the center of this laminar airflow region, a mannequin was laid in a supine position on the operating table and draped in accordance with standard operating procedures for an abdominal incision (**Fig 2**). Draping consisted of laying a full body surgical drape with no surgical site opening across the mannequin, with the sides of the drape hanging downwards and terminating 50 cm off of the floor. At the head of the table, the drape

AUGUSTINE_0006984

was tented to create an ether screen for anesthesia access.  The experimental warming treatment was introduced under the drape and applied to the mannequin's legs and was either:  1) a lower body FAW coverlet (Bair Hugger Model 525, Arizant Healthcare, Eden Prairie, MN); or 2) a lower body CFW blanket (Hot Dog Model B103, Augustine Biomedical + Design, Eden Prairie, MN).  The CFW blanket turned "off" served as the control.  An aerosolized tracer smoke was created outside the laboratory by burning "incense sticks" and delivered by means of a blower and hose delivering 0.028 $m^3$ per minute of airflow to either: 1) the space under the operating table near the floor, since shed particulate from the surgical staff often accumulate in this location; or 2) between the mannequin's legs, since patient shed particulate is likely to originate and be found in high concentrations in this region.  The hose was made sufficiently long to ensure that the particulate tracer had cooled and thermally equilibrated with the environment before introduction.

The CFW blanket and FAW coverlet were powered by un-modified standard controllers (for CFW, Model WC02, Augustine Biomedical + Design; for FAW, Model 750, Arizant Healthcare).

**Experimental Design**

The experiment involved a randomized and replicated (n=2) $2^{5-1}$ (resolution V) fractional factorial design (**Fig 3**).  The experiment assessed changes in tracer particle concentration above the surgical site due to the effect of five 2-level factors defined as:  1) surgeons present or absent, with present defined as two gowned volunteers standing next to the surgical site performing repeated hand movements over the mannequin's abdomen but not touching anything; 2) patient warming modality, having the levels of FAW and CFW; 3) controller heat setting, having the levels of heater "off" (called "ambient" for FAW and "control" for CFW) and heater "on" high heat (43°C) for each modality; 4) ventilation airflow, having levels of 0.3 and 0.5 [m/s]; and 5) tracer smoke location, with levels of floor (staff borne particulate) and legs (patient borne particulate).

**Sampling Procedures**

Measurements were made in the laminar flow laboratory over a two day period to quantify:

(i)  Tracer particle concentrations, which were measured for each experimental treatment at the following locations: 1) under the operating table - defined as 50 cm off the floor under the operating table and between the lower edges of the surgical drape which is the boundary zone between the warm waste FAW air and the air resident near the floor; and 2) above the surgical site - defined as 15 cm above the abdomen of the draped mannequin.  Particle concentrations were recorded using two laser particle counters (Handilaz Mini, Particle Measuring Systems, Boulder, CO).  Five 0.028 $m^3$ particle counts (1 minute sampling period each) were taken simultaneously for both measures.

(ii)  Supply air temperature exiting the overhead diffuser, which was measured once for each experimental treatment 50 cm below the ceiling diffuser in the center of the air channel using a type "E" thermocouple and meter ( Model 52-2 digital thermometer, Fluke, Everett, WA).

**Airflow Visualization Procedures**

High intensity theater lighting was used to illuminate neutrally buoyant soap bubbles having a 4 mm average diameter.  These bubbles were produced by a bubble generator (Sage Action, Ithaca, NY), which utilized a helium-mixed air supply, detergent, and centripetal bubble size classification filter.  The bubble generator is specifically designed and validated for the visualization of air currents.  The use of neutrally buoyant bubbles for airflow visualization offers a distinct advantage over traditional smoke based methods in that both airflow direction and velocity can be captured in a picture.[17]  For photography, a digital camera (D300, Nikon, Melville, NY) was employed with a shutter exposure time set to ¼ of a second.

**Assessments**

"Tracer penetration of the surgical site" was calculated as the average concentration of particles >0.5 μm/$m^3$ detected 15 cm above the surgical site for each experimental treatment;  similarly, "under the operating table particle challenge" was calculated as the

concentration of particles >0.5 $\mu m/m^3$ detected 50 cm above the floor, under the operating table.

"Tracer penetration of the surgical site" indicates the degree to which tracer-laden under-table air was being mobilized upwards and into the surgical site against the downward laminar airflow.

## Statistical Analysis

A fixed effects negative binomial regression model was fitted to the data to account for over dispersion having tracer penetration of the surgical site as the response and the following 2-level factors as predictors: 1) surgeon ("two present" or "absent"); 2) warming modality ("FAW" or "CFW"); 3) controller heat setting ("off" or "on"); 4) tracer location ("floor" or "legs"); and 5) ventilation airflow ("0.3" or "0.5" [m/s]). Additionally, all two factor interactions were included in the model. Reported values are predicted means ($\pm$ 95% confidence interval of the mean) for experimental factor combinations based upon maximum likelihood estimates. Likelihood ratio tests were conducted to determine the significance of model parameters. Family wise error rates were not applied to reported confidence intervals of the mean.

The experimental design was robust to model misspecification since main effects are confounded with four factor interactions (likely to be non-significant) and two factor interactions are confounded with three factor interactions (also, likely to be non-significant).

## Results

Experimental runs were performed in randomized order representing two replicates of the 16 treatment combinations identified by the experimental design (**Fig 3**). Temperature measurements confirmed a stable laminar ventilation environment having a mean temperature and standard deviation of 19.1°C ($\pm$0.9°C). The mean value and standard deviation for under the table particle challenge was 60,000,000 ($\pm$17,300,000) for particles $\geq$ 0.5$\mu m/m^3$. Variations from this mean value were observed when the tracer

AUGUSTINE_0006987

location was changed from the "floor" to "legs", with particle concentrations changing from 74,000,000 ($\pm$7,800,000) to 45,000,000 ($\pm$14,800,000) particles $\geq$ 0.5$\mu$m/m$^3$, respectively.  These differences likely resulted from the air sampling location being closer to the tracer release point when it was introduced at the "floor" rather than at the "legs" location.  The tracer delivery rate was assumed to be constant throughout the duration of the experiment since the same number of "incense sticks" were always lit in the smoke generation device.

**Tracer Penetration of the Surgical Site**

The majority of ANOVA model main effects and interactions were found to be significant (**Table 1**).  As such, the effects of experimental factors on tracer penetration of the surgical site must be considered jointly.  To do so, two graphs of predicted means were created showing all experimental factor combinations at fixed levels of surgeon (**Fig 4 & Fig 5**).  These groupings are a sensible choice because we are able to contrast results between experimental treatments having "minimal or no waste heat" (CFW "off", CFW "high", FAW "ambient") and those adding a substantial "waste heat" load (FAW "high") in OR environments at rest (no surgeon) and OR environments under simulated operating conditions (two surgeons).

In both OR ventilation environments at rest and under simulating operating conditions (looking at **Fig 4 & Fig 5**), differences in tracer penetration of the surgical site appeared to be minimal between experimental treatments having "minimal or no waste heat": averaged across both graphs [particles >0.5$\mu$m/m$^3$ (LCLM; UCLM)], CFW "heat off" (control) showed a predicted mean of 31,900 particles (25,300; 40,100); CFW "heat on" showed a predicted mean of 38,800 particles (30,900; 48,900); and, FAW "ambient" showed a predicted mean of 29,200 particles (23,200; 36,800).  In contrast, the use of FAW with the "heat on" added a "waste heat" load to the system, which led to roughly a 30-fold increase in tracer penetration of the surgical site: averaged across both graphs [particles >0.5$\mu$m/m$^3$ (UCLM; LCLM)], FAW "heat on" showed a predicted mean of 1,040,000 particles (825,000; 1,304,000).

AUGUSTINE_0006988

The presence of a surgical team, composed of two surgeons standing next to the operating table, led to a large increase in tracer penetration of the surgical site *if and only if* a "waste heat" load was present: averaged across **Fig 5** [particles >0.5µm/m$^3$ (LCLM; UCLM)], FAW "on high" with two surgeons present showed a predicted mean of 2,475,000 particles (1,828,000; 3,350,000). This is roughly a 80-fold increase in tracer penetration of the laminar flow versus experimental conditions having two surgeons present and "minimal or no waste heat" load: averaged across **Fig 5** [particles >0.5µm/m$^3$ (LCLM; UCLM)], CFW "heat off" (control) showed a predicted mean of 17,500 particles (12,900; 23,800); CFW "heat on" showed a predicted mean of 47,600 particles (35,100; 64,500); and, FAW "ambient" showed a predicted mean of 31,300 particles (23,100; 42,400).

The presence of two surgeons on tracer penetration of the surgical site was also found to be magnified under experimental conditions having higher ventilation airflows: averaged across **Fig 5** [particles >0.5µm/m$^3$ (LCLM; UCLM)], experimental treatments having two surgeons with ventilation of 0.3 [m/s] showed a predicted mean of 55,700 particles (44,300; 70,200); whereas experimental treatments having two surgeons with ventilation of 0.5 [m/s] showed a predicted mean of 144,000 particles (114,700; 181,400). Further, increased ventilation airflow resulted in very large increases in tracer penetration of the surgical site for conditions having two surgeons present and FAW on "high heat": for these conditions in **Fig 5** [particles >0.5µm/m$^3$ (LCLM; UCLM)], experimental treatments having ventilation of 0.3 [m/s] showed a predicted mean of 1,181,000 particles (808,000; 1,727,000); those having ventilation of 0.5 [m/s] showed a predicted mean of 5,186,000 particles (3,548,000; 7,580,000). This represents an approximate increase in tracer penetration of the surgical site from 40-fold to 160-fold versus conditions having "minimal or no waste heat" as the ventilation airflow rate changes from 0.3 to 0.5 [m/s], respectively.

AUGUSTINE_0006989

**Waste Heat Generated Convection Currents**

The use of FAW on "high heat" generated visible convection currents that mobilized air resident near the floor upward against the downward laminar flow in the space formed between the surgeon's body and the operating table (**Fig 6**). Neutrally buoyant detergent bubbles released at floor level were observed riding this convection current upwards and past the surgeon's head. In contrast, experimental treatments having "minimal or no waste heat" had no mobilizing effect on the neutrally buoyant detergent bubbles. Instead, the bubbles were carried downwards in the laminar flow field towards the floor and away from the surgical site.

## Discussion

This study assessed the impact of two different patient warming modalities, FAW and CFW, on laminar ventilation performance in a randomized trial. Vented waste heat from FAW was shown to establish convection currents that rose against the downward laminar airflow protecting the surgical site from airborne contaminants. Further, the presence of a surgical team also disrupted the downward laminar flow, which magnified the upward flow of the vented waste heat allowing it to rise in the space between the surgeon's body and operating table. In contrast, the use of CFW was shown to have no effect on ventilation performance. The results also showed that waste FAW heat can mobilize air resident near the floor or from between the patient's legs into the surgical site.

The use of neutrally buoyant detergent bubbles ("bubbles") allowed us to visualize the broader airflow dynamics within the laminar flow OR environment and track the movement of air currents carrying tracer particulate. For experimental conditions having "minimal or no waste heat" (FAW "ambient", CFW "off", CFW "high heat"), the bubbles depicted laminar air currents that moved from the ceiling down to the floor. These air currents followed the normal or intended path, sweeping contaminants released from the surgical staff and patient away from the surgical site and towards the floor and then toward the vents. As such, only minimal quantities of tracer particulate (if any) were detected reaching the surgical site in experiments having "minimal or no waste

AUGUSTINE_0006990

heat" when tracer was introduced at the floor or legs. Thus, the use of CFW was shown to have no affect on laminar ventilation performance.

In contrast, the use of FAW with heat "on" was found to greatly impact the stability of the laminar ventilation environment. OR environments are normally maintained in the range of 20-25°C, meaning that the vented waste heat from FAW use can be as much as 10-20°C in excess of the ambient environment. Such temperature differences impart a natural buoyancy to the vented FAW waste air that causes it to rise upwards towards the surgical site. Within 2 minutes of turning the FAW heat "on", bubbles released near the edge of the drape began floating upwards against the laminar flow in heated currents of air escaping from under the drape edge. Without the presence of a surgical team, the majority of these heated air currents were seen rising up and outwards from the surgical site towards the edges of the room. However, we did observe a small number of these pockets reaching the surgical site, which explains the ≈30-fold elevation detected in tracer penetration of the surgical site across all experiments having FAW on "high heat" versus controls.

The effects of FAW vented waste heat on laminar ventilation performance were further magnified when a surgical team was present. Bubbles showed FAW vented waste heat to travel from under the drape edge and into the sheltered space between the surgeon's body and operating table. Within this sheltered space, the surgeon's body creates a turbulent wake that disrupts laminar flow and provides a flow stabilizing boundary that favors the formation of localized convection currents.[29] As the waste FAW heat fills this space, hot-air convection currents drive upwards and directly into the surgical site. These convection currents explain the ≈80-fold increase in tracer penetration of the surgical site observed with FAW on "high heat" versus controls. Moreover, increased laminar flow velocity from 0.3 to 0.5 m/s only served to exacerbate the problem. Higher airflow rates appeared to magnify the wake effect of the surgeon's body and the overall turbulence generated within the laminar airflow field. The added turbulence and wake effect, in turn, mobilized larger quantities of tracer laden air from under the operating table into the sheltered space between the surgeon and table. As evidence of this phenomenon, surgical

AUGUSTINE_0006991

site contaminant concentrations were elevated from ≈40X baseline at 0.3 m/s to ≈160X baseline at 0.5 m/s for conditions involving FAW on "high heat" and two surgeons.

Research assessing the effects of thermals, such as surgical lamp or anesthesia equipment waste heat, on ventilation performance has found these effects to be minor[17]. Given that the heat release from surgical lamps occurs in the ventilation field, it is not surprising to find that the heat is quickly diluted and the buoyancy causes it to rise away from the surgical site. Thus it is of minimal importance. Further, lights and surgical equipment generate much less waste heat than FAW.[18] In contrast, FAW use generates a large quantity of vented waste heat that is often released in a sheltered area under the operating table where it cannot be swept away by the ventilation flow. From this location, the buoyancy causes it to rise into the surgical site.

The detection of resident air from the floor and between the patient's legs at the surgical site also suggests the possibility that FAW use may contribute to microbial contaminant mobilization, particularly since air from these locations is often laden with shed skin cells and bacteria. Prior research assessing FAW use and SSI risk has primarily focused on assessing the design of FAW blowers in regards to preventing contamination emissions in the effluent airflow.[11-15] These studies have identified inadequate intake filtration performance as contributing to internal contamination build-up within FAW blowers and the consequent emission of contaminants in the effluent airflow. As a solution to the problem, these authors have generally suggested the addition of distal hose-end HEPA filters for all FAW blowers. However, the results of this study show that even with a hose-end filter, and thus contamination-free FAW waste air, the vented waste heat establishes convection currents that mobilize potentially contaminated air, from the floor or under the surgical drape, into the surgical site. As such, further research is recommended to characterize how the use of FAW affects the mobilization of resident floor contaminates as well as FAW-generated contaminants and if these contaminants elevate the risk of SSI.

AUGUSTINE_0006992

A limitation of the present study is that it was performed in a laminar OR ventilation laboratory having two surgeons without the usual flow obstructions present, such as lights and surgical equipment.  The inclusion of these factors is likely to magnify the disruptive effects of FAW waste heat and should be studied in a variety of laminar ventilation ORs under appropriate surgical conditions.  Further, this study employed smoke tracer particulate that was between 0.5 and 5.0 μm in size, a size corresponding to free floating bacteria and fungi.[30]  Additional studies should be carried out with larger tracer particulate representing the size distribution of skin squames, which are generally larger than 5 μm.[31]

**Conclusion**

This study assessed the effects of two comparably effective patient warming systems, FAW and CFW, on laminar OR ventilation performance in a randomized trial.  The effects of FAW waste heat were visually observed to create upward convection currents between the surgeon's body and operating table, which disrupted laminar ventilation performance.  These convection currents were also shown to mobilize contaminated air from the floor and under the surgical drape upwards and into the surgical site.  In contrast, CFW had no effect on ventilation performance.  Until the SSI risks resulting from laminar flow ventilation disruption by FAW can be further evaluated, the use of air-free patient warming alternatives might be recommended for contamination sensitive procedures carried out in laminar flow ORs.

AUGUSTINE_0006993

Table 1.  Significance of negative binomial model fixed effects.

| Main Effects, *P_value* | |
|---|---|
| Airflow (0.3, 0.5 [m/s]) | <0.0001 |
| Surgeon (absent, 2 present) | 0.0252 |
| Controller heat setting (on, off) | <0.0001 |
| Device (CFW, FAW) | <0.0001 |
| Tracer (floor, legs) | 0.2403 |
| **Two Factor Interactions, *P_value*** | |
| Airflow X Surgeon | 0.0305 |
| Airflow X Device | 0.0832 |
| Airflow X Controller heat setting | 0.0093 |
| Airflow X Tracer | 0.0001 |
| Surgeon X Device | <0.0001 |
| Surgeon X Controller heat setting | <0.0001 |
| Surgeon X Tracer | 0.0027 |
| Device X Controller heat setting | <0.0001 |
| Device X Tracer | 0.7412 |
| Controller heat setting X Tracer | 0.1222 |

AUGUSTINE_0006994



Figure 1: Laminar flow laboratory, having a variable speed HVAC ventilation blower (A) that pressurizes an air distribution plenum (B). The pressurized airflow enters the laboratory through the lower plenum surface and is filtered as it passes through a layer of HEPA filtration media. The filtered airflow (C) enters the laboratory in a downward fashion at a uniform velocity of 0.0 to 0.5 m/s depending on blower speed. Waste airflow is exhausted around the entire periphery of the room (D).

AUGUSTINE_0006995



Figure 2: Experimental setup in center of laminar flow laboratory with adult mannequin in the supine position, showing: (A) surgical draping; (B) experimental warming treatment (conductive fabric warming or forced air warming); (C) blower conveying tracer particle challenge (introduced under drape at floor level or between the patients legs); and (D) surgical site particle sampling location.

AUGUSTINE_0006996



Figure 3:  Experimental design:  Randomized and replicated (n=2) $2^{5-1}$  (resolution V) fractional factorial design.  Design is grouped by experimental factors of air flow and tracer location for display purposes only; the entire design was administered and randomized in an un-grouped fashion.  Open circles represent excluded data points.

AUGUSTINE_0006997



Figure 4:  Predicted tracer penetration of the surgical site [particles >0.5 μm/m³] (± 95% confidence interval of the mean) based upon maximum likelihood estimates for experimental factor combinations having no surgeon present.  Experimental factor combinations having "minimal or no waste heat" are identified.

AUGUSTINE_0006998



Figure 5: Predicted tracer penetration of the surgical site [particles >0.5 $\mu m/m^3$] ($\pm$ 95% confidence interval of the mean) based upon maximum likelihood estimates for experimental factor combinations having two surgeons present. Experimental factor combinations having "minimal or no waste heat" are identified.

AUGUSTINE_0006999



Figure 6:  Time lapse photography depicting the movement of neutrally buoyant detergent bubbles (released at output) in a laminar ventilation OR laboratory (airflow 0.5 m/s).  (A) Forced air warming on "high heat" showing the upward movement of waste heat towards the surgical site against the downward ventilation airflow.  (B) Conductive fabric warming on "high heat" showing no effect on laminar ventilation performance.

AUGUSTINE_0007000

# References

1. Mangram AJ, Horan TC, Pearson ML, Silver LC, Jarvis WR. Guideline for Prevention of Surgical Site Infection, 1999. Centers for Disease Control and Prevention (CDC) Hospital Infection Control Practices Advisory Committee. Am J Infect Control. 1999 Apr;27(2):97-132; quiz 133-134; discussion 96.

2. Ayliffe GAJ. Role of the Environment of the Operating Suite in Surgical Wound Infection. Reviews of Infectious Diseases. 1991 Oct;13:S800-S804.

3. Noble WC, Habbema JD, van Furth R, Smith I, de Raay C. Quantitative studies on the dispersal of skin bacteria into the air. J Med Microbiol. 1976 Feb;9(1):53-61.

4. Whyte W, Lidwell OM, Lowbury EJ, Blowers R. Suggested bacteriological standards for air in ultraclean operating rooms. J. Hosp. Infect. 1983 Jun;4(2):133-139.

5. Noble WC. Dispersal of skin microorganisms. Br J Dermatol. 1975 Oct;93(4):477-85.

6. Sciple GW, Riemensnider DK, Schleyer CAJ. Recovery of Microorganisms Shed by Humans into a Sterilized Environment. Appl Microbiol. 1967 Nov;15(6):1388-1392.

7. Mills SJ, Holland DJ, Hardy AE. Operative field contamination by the sweating surgeon. Aust N Z J Surg. 2000 Dec;70(12):837-839.

8. Guidelines for design and construction of hospital and health care facilities / the American Institue of Architects Academy of Architecture for Health. [Internet]. (Washington, DC):  [cited 2010 Mar 24]. Available from: http://openlibrary.org/b/OL22254916M/Guidelines_for_design_and_construction_of _hospital_and_health_care_facilities_the_American_Institue_of_Architects_Academ y_of_Architecture_for_Health.

9. Chow TT, Yang XY. Ventilation performance in operating theatres against airborne infection: review of research activities and practical guidance. J. Hosp. Infect. 2004 Feb;56(2):85-92.

10. Lidwell OM. Air, antibiotics and sepsis in replacement joints. J Hosp Infect. 1988 May;11 Suppl C:18-40.

11. Leaper D, Albrecht M, Gauthier R. Forced-air warming: a source of airborne contamination in the operating room? Orthop Rev. 2009 Dec 3;1(2):e28.

12. Avidan MS, Jones N, Ing R, Khoosal M, Lundgren C, Morrell DF. Convection warmers--not just hot air. Anaesthesia. 1997 Nov;52(11):1073-6.

13. Baker N, King D, Smith EG. Infection control hazards of intraoperative forced air warming. J Hosp Infect. 2002 Jun;51(2):153-4.

14. Bernards AT, Harinck HIJ, Dijkshoorn L, van der Reijden TJK, van den Broek PJ. Persistent Acinetobacter baumannii? Look inside your medical equipment. Infect Control Hosp Epidemiol. 2004 Nov;25(11):1002-4.

15. Weirich TL. Hypothermia/warming protocols: why are they not widely used in the OR? AORN J. 2008 Feb;87(2):333-44.

16. Brohus H, Balling KD, Jeppesen D. Influence of movements on contaminant transport in an operating room. Indoor Air. 2006 Oct;16(5):356-372.

17. Whyte W, Shaw BH. The Effect of Obstructions and Thermals in Laminar-Flow Systems. The Journal of Hygiene. 1974 Jun;72(3):415-423.

18. Chow TT, Yang XY. Ventilation performance in the operating theatre against airborne infection: numerical study on an ultra-clean system. J. Hosp. Infect. 2005 Feb;59(2):138-147.

19. Bair Hugger® Therapy - Warming Units & Accessories [Internet]. [cited 2010 Jan 22];Available from: http://www.arizant.com/us/bairhuggertherapy/warmingunits

20. Bayazit Y, Sparrow EM. Energy efficiency comparison of forced-air versus resistance heating devices for perioperative hypothermia management. Energy. 2010 Mar;35(3):1211-1215.

21. Warming HP. Hot Air Disrupts the Protection of Laminar Flow [Internet]. As Hot Air Rises, So Does Risk. 2009 Oct 14 [cited 2010 Mar 24];Available from: http://www.heat-rises.blogspot.com/

22. Wong PF, Kumar S, Bohra A, Whetter D, Leaper DJ. Randomized clinical trial of perioperative systemic warming in major elective abdominal surgery. Br J Surg. 2007 Apr;94(4):421-426.

23. Wong PF, Kumar S, Leaper DJ. Systemic warming as an adjunct to resuscitation in peritonitis: a pilot, randomized controlled trial. Surg Infect (Larchmt). 2007 Jun;8(3):387-395.

24. Ng V, Lai A, Ho V. Comparison of forced-air warming and electric heating pad for maintenance of body temperature during total knee replacement. Anaesthesia. 2006 Nov;61(11):1100-1104.

25. Janke EL, Pilkington SN, Smith DC. Evaluation of two warming systems after cardiopulmonary bypass. Br J Anaesth. 1996 Aug;77(2):268-270.

AUGUSTINE_0007002

26. Kimberger O, Held C, Stadelmann K, Mayer N, Hunkeler C, Sessler DI, et al. Resistive polymer versus forced-air warming: comparable heat transfer and core rewarming rates in volunteers. Anesth. Analg. 2008 Nov;107(5):1621-1626.

27. Negishi C, Hasegawa K, Mukai S, Nakagawa F, Ozaki M, Sessler DI. Resistive-heating and forced-air warming are comparably effective. Anesth. Analg. 2003 Jun;96(6):1683-1687, table of contents.

28. Matsuzaki Y, Matsukawa T, Ohki K, Yamamoto Y, Nakamura M, Oshibuchi T. Warming by resistive heating maintains perioperative normothermia as well as forced air heating. Br J Anaesth. 2003 May;90(5):689-691.

29. White FM. Fluid Mechanics: With Student Resources CD.  5th ed.  McGraw Hill Higher Education; 2003.

30. Jensen PA, Schafer MP. Sampling and characterization of bioaerosols. NIOSH manual of analytical methods. 1998;82–112.

31. Mackintosh CA, Lidwell OM, Towers AG, Marples RR. The dimensions of skin fragments dispersed into the air during activity. J. Hyg. (Lond). 1978 Dec;81(3):471-479.

AUGUSTINE_0007003

# EXHIBIT DX22

TO DECLARATION OF PETER J. GOSS IN
SUPPORT OF DEFENDANTS' MOTION TO
EXCLUDE PLAINTIFFS' ENGINEERING
EXPERTS

1                    ANDREW JOHN LEGG

2        UNITED STATES DISTRICT COURT
         DISTRICT OF MINNESOTA

3

4        - - - - - - - - - - - - - - - - - - - - - - - -

5   In re Bair Hugger Forced
    Air Warming Products
6   Liability Litigation,

7                        MDL No. 15-2666 (JNE/FLN)

8        - - - - - - - - - - - - - - - - - - - - - - - -

9        - - - - - - - - - - - - - - - - - - - - - - - -

10

11                VIDEOTAPED DEPOSITION OF

12                   ANDREW JOHN LEGG

13       - - - - - - - - - - - - - - - - - - - - - - - -

14

15

16

17            Taken Thursday, December 1st,2016

18

19

20

21

22

23

24  Reported By: Victoria Davies

25  Job No: 115949

                    ANDREW JOHN LEGG
1
2  moving things along, I am going to mark that large
3  volume in front of you as Exhibit 1 (Legg Exhibit
4  1).  All of the pages in it are sequentially
5  numbered at the bottom and I will refer to the
6  individual page numbers in Legg Exhibit 1.  Go ahead
7  and mark that.
8        MS. ZIMMERMAN:  For the record --
9        THE COURT REPORTER:  Just a moment.
10       MS. ZIMMERMAN:  For the record, the
11 Plaintiffs object to the exhibit for lack of
12 foundation.
13 BY MR. GORDON:
14     Q.  The first thing I want to direct you to
15 starts at page 411 through 413.
16       THE EXAMINER:  He has the same problem I
17 have.
18       MR. GORDON:  That is why I took these
19 first couple of big ones out.
20       THE WITNESS:  Okay.
21 BY MR. GORDON:
22     Q.  The pages numbered 411 through 413, could
23 you tell us what that document is?
24     A.  This was a paper which was published in
25 the Journal of Bone and Joint Surgery in 2012, I

                    ANDREW JOHN LEGG
1
2  believe, which I was the primary author on.  2011, I
3  do apologize.
4      Q.  And so, the "A J Legg" there refers to
5  you as the primary author?
6      A.  Yes.
7      Q.  Who were the other authors?
8      A.  Tom Cannon, it was a junior doctor at the
9  time; and Mr. Andrew Hamer was my consultant at the
10 time.
11     Q.  Were you -- and so you were a trainee at
12 the time you were the primary author of this?
13     A.  Correct.
14     Q.  Okay.
15       THE EXAMINER:  Let me understand because
16 I thought I read something somewhere else.  Is it
17 correct that it is a primary author whose name is
18 first, or is it correct that it is the junior of the
19 authors who is named first?
20     A.  Primary author is named first, and not
21 always, but the senior author is usually last but
22 that is not always the case.  But the primary author
23 is first.
24       THE EXAMINER:  Thank you.
25 BY MR. GORDON:

                    ANDREW JOHN LEGG
1
2      Q.  I was actually going to ask that, my
3  question as well.  Thank you for clarifying.
4          Now I would like you to just flip to 406
5  through 409.
6      A.  Okay.
7      Q.  In the same manner, could you tell us
8  what this document is?
9      A.  This was the second paper, which was
10 published in 2013 in the same journal.
11     Q.  Again, you were the primary author?
12     A.  I am.
13     Q.  And Dr. Hamer is the senior author?
14     A.  He was.
15     Q.  But Dr. Cannon was not involved in the
16 second paper.  Is that correct?
17     A.  No.
18     Q.  Now, in the 2011 paper, what I am trying
19 to do is come up with a sort of a shorthand way to
20 describe that.  This was -- this paper was based on
21 work you did involving a volunteer subject.  Is that
22 correct?
23     A.  Correct.
24     Q.  And in the 2013 paper it is based on some
25 experimental work that you did involving -- instead

                    ANDREW JOHN LEGG
1
2  of a human subject it was a mannequin?
3      A.  Yes.  Correct.
4      Q.  The only reason I am saying that is that
5  if it is okay with you I would like to refer to the
6  human experiment versus the mannequin experiment.
7  The human will refer to the 2011 paper, and the
8  mannequin will refer to the 2013 paper.
9          Which experiments were conducted first?
10 In other words, was it the human, the one involving
11 the human, or the one involving the mannequin?
12     A.  Human.
13     Q.  And how long after the human one did you
14 conduct the mannequin study?
15     A.  I don't recall exactly, but it was only
16 months.
17     Q.  What was the general time frame in which
18 you conducted the human study?
19     A.  The human study was done in two weekends.
20     Q.  How long was the period of time that you
21 took to do the mannequin study?
22     A.  That was just one day.
23     Q.  How much time was there in between the
24 two studies?
25     A.  Again, I think just a couple of months.

## Page 30

ANDREW JOHN LEGG

1
2      Q.  If I could flip your attention, or direct
3  your attention, to page 392.  First of all, have you
4  seen this e-mail prior to today?
5      A.  Yes.
6      Q.  When did you first see it?
7      A.  First time I saw it was when I got this
8  bundle.
9      Q.  Okay.
10      A.  So, a few weeks ago.
11      Q.  Okay.  So, you had not seen it other than
12  in connection with this process?
13      A.  No.
14      Q.  Okay.  What I want to do is direct your
15  attention to the very bottom of 392 where it says:
16          "Also, Dr Andrew Legg has invited you
17  guys to Sheffield hospital the weekend of
18  July 17th and 18th to help with the research
19  effort there.  If you are interested the company
20  would be willing to cover your hotel and expenses.
21  Let me know and I'll work to book arrangements".
22          MS. ZIMMERMAN:  Counsel, we would like to
23  renew our objection to lack of foundation.
24  BY MR. GORDON:
25      Q.  My question to you, Dr. Legg, is whether

## Page 31

ANDREW JOHN LEGG

1
2  you recall ever meeting an individual named Mark
3  Albrecht?
4      A.  Yes.
5      Q.  Do you recall Mr. Albrecht coming to
6  Sheffield Hospital and conducting any research
7  activities with you there?
8      A.  Yes.
9      Q.  Does the time frame of July 2010 seem
10  about right?
11      A.  Yes.
12      Q.  What I would like to do is see if we can
13  put your human study and your mannequin study into a
14  time frame in connection with that July 2010 time
15  frame.  Had you done either of the -- either the
16  human or the mannequin study -- prior to July 2010?
17      A.  Yes, we had done the human study.
18      Q.  So, I take it then the mannequin study
19  was something you did after 2000 -- after July 2010?
20      A.  We did it in July 2010.
21      Q.  The mannequin study was the one.  So the
22  study that you, was published in 2013, that was
23  based on work you did in July 2010.  Is that
24  correct?
25      A.  Correct.

## Page 32

ANDREW JOHN LEGG

1
2      Q.  Okay.  Who was participating in
3  conducting that experiment in July 2010?
4      A.  The mannequin study?
5      Q.  Yes.
6      A.  On that day, myself and Mr. Albrecht.
7      Q.  Was anyone else involved?
8      A.  Mr. Hamer was supervising, but he wasn't
9  present on the day.
10      Q.  Okay.  That was the one you did in one
11  day.  Is that right?
12      A.  Correct.
13      Q.  What role did you play and what role did
14  Mr. Albrecht play in that experiment?
15      A.  From the experiment point of view, it was
16  a follow-on from my first paper and, therefore, the
17  set-up I had already created, it was what exists in
18  the hospital.  His role was the equipment.  The
19  bubble machine, the smoke machine--
20  (Reporter clarification)
21  The bubble machine, smoke machine, temperature
22  probe, and the camera.
23      Q.  What specifically did he do with that
24  equipment?
25      A.  He was able to -- obviously, it was his

## Page 33

ANDREW JOHN LEGG

1
2  equipment, he used it to make the bubbles, and took
3  the pictures of the bubbles using a light source.
4      Q.  Did he have anything to do with the
5  experimental design?
6      A.  The experimental design, the set-up, was
7  already created.  We discussed alterations in terms
8  of how we were going to perform it, but the actual
9  theatre set-up was already there.
10      Q.  Had you met Mr. Albrecht prior to
11  July 2010?
12      A.  No.
13      Q.  How did you first come into contact with
14  Mr. Albrecht?
15      A.  It was from my first study.  The first
16  study, to be able to perform that, we needed bits of
17  equipment, involving the temperature probe, and
18  particle counter, and, as the HotDog machine company
19  had highlighted a potential error -- potential
20  problem, should I say -- that is who I contacted to
21  see if we could use some equipment to perform an
22  experiment.  So, from that their representative gave
23  my details to Mark Albrecht who contacted me.
24      Q.  Do you recall the name of the
25  representative?

Page 34

ANDREW JOHN LEGG

1
2    A.  I don't know.
3    Q.  Was it a UK person?
4    A.  Yes.
5    Q.  Okay.  Was the person an employee of
6  HotDog to your --
7    A.  To my understanding, yes.
8    Q.  You said that the HotDog Company had
9  highlighted -- I don't want to put words in your
10  mouth -- but what was it that the HotDog Company had
11  highlighted that caused you to be interested in
12  doing that initial experiment?
13    A.  So, their marketing was in the form of a
14  flier which we had seen, I think it had been sent to
15  Mr. Hamer, and on that flier that there was a
16  picture of how a -- how forced-air warming can
17  disrupt laminar or unidirectional airflow.
18    Q.  Was this a marketing brochure?
19    A.  Yes.
20    Q.  Okay.  What -- was there any video that
21  you saw?
22    A.  There was video on their website, which I
23  looked at.
24    Q.  This was at the HotDog website?
25    A.  Correct.

Page 35

ANDREW JOHN LEGG

1
2    Q.  What was it that you asked of the HotDog
3  representative that led to your contact with
4  Mr. Albrecht?
5    A.  Well, I set up the first experiment and
6  the question we couldn't answer with the equipment
7  we had from the first experiment was:  What happened
8  to the airflow, how to visualise it.  So, I looked
9  into different methods of visualizing/visualization
10  of airflow and, at that point, they said that a good
11  way of visualizing airflow is with bubbles and that
12  is where Mr. Albrecht came in.
13    Q.  In the first study (the human volunteer
14  study) did you use any equipment that was loaned to
15  you by the HotDog Company?
16    A.  Yes.  They loaned us a smoke machine,
17  temperature probe, and a HotDog warming conductive
18  warming blanket and also a particle counter.
19    Q.  Were these -- strike that.
20      How were these pieces of equipment
21  provided to you?
22    A.  I contacted the representative.  I don't
23  know whether -- I don't recall whether I did that by
24  phone or by e-mail, and they were more than happy to
25  provide me with the equipment and delivered it to me

Page 36

ANDREW JOHN LEGG

1
2  at the hospital.
3    Q.  Was it just delivered by like a postal
4  service?
5    A.  No, by the representative whose name I,
6  unfortunately, cannot remember.
7    Q.  At that point had you had any contact
8  with Mr. Albrecht?
9    A.  No.
10    Q.  At what point after the equipment was
11  delivered did you have any contact with
12  Mr. Albrecht?
13    A.  That was after concluding the first study
14  (the human study) when we were looking, trying to
15  explain our findings.
16    Q.  In the first study you --
17      THE EXAMINER:  Page?
18      MR. GORDON:  I am sorry.
19      THE EXAMINER:  Internal page.
20      MR. GORDON:  Page 412.
21      THE EXAMINER:  412, yes.
22  BY MR. GORDON:
23    Q.  You make reference to a HandiLaz Particle
24  Counter?
25      THE EXAMINER:  Where is this?

Page 37

ANDREW JOHN LEGG

1
2      MR. GORDON:  On the right column up,
3  three quarters of the way down the page.
4      THE EXAMINER:  Yes.  Thank you.  Do you
5  have that?
6    A.  Yes.
7  BY MR. GORDON:
8    Q.  Is the HandiLaz hand-held counter
9  referred to there, is that one of the pieces of
10  equipment that was provided by HotDog?
11    A.  Correct.
12    Q.  Had you ever used one prior to that?
13    A.  No.
14    Q.  Did anyone from HotDog assist you in
15  configuring it or figuring out how to use it?
16      MS. ZIMMERMAN:  Object to form.
17  (Reporter clarification)
18      THE EXAMINER:  Object to form.  You may
19  answer.
20    A.  No.
21  BY MR. GORDON:
22    Q.  Were you provided with any kind of manual
23  or instructions?
24    A.  Not that I can recall, but it is simple
25  to use.

10 (Pages 34 to 37)

ANDREW JOHN LEGG

1
2 had been turned on or after the warming had been
3 turned off -- turned on and then turned off?
4     A.  No.  After the warming had been turned
5 off, left it for 30 minutes.  At that point we
6 assumed that it had reached a stabilization point,
7 therefore that's what we called the temperature
8 after 30 minutes of warming.  The heating device was
9 on at that point.
10     Q.  And had been on for 30 minutes?
11     A.  Correct.
12     Q.  Okay.  And that was true of both the
13 HotDog and the Bair Hugger?
14     A.  Correct?
15     Q.  Okay.  In the discussion of your 2011
16 paper on the --
17     A.  Remind me what page we were.
18     Q.  Page 413.  You state:
19     "Because of the nature of our experiment
20 we are unable to conclude that the use of a forced
21 air warming device, which produced a change in
22 temperature and an increase in the number of
23 particles, would actually lead to an increased risk
24 of surgical site infection.  The results do suggest
25 that the downward flow of air is disrupted, as the

ANDREW JOHN LEGG

1
2 warming device was lower than at the surgical site".
3     Did I read that correctly?
4     A.  Yes.
5     Q.  Can you help me.  I'm not sure that I
6 understand the last sentence of:
7     "The results do suggest the downward flow
8 of air is disrupted, as the warming device was lower
9 than at the surgical site".
10     A.  So, probably the easiest way is to look
11 at the picture.
12     Q.  On the other side?
13     A.  Yes.
14     THE EXAMINER:  Shall we go back for it?
15     MR. HOLL-ALLEN:  407.
16     THE EXAMINER:  Yes.
17     THE WITNESS:  The warming device is on
18 a -- it was on a human at that point, but this is on
19 a mannequin with them laid on their back and with
20 their knee bent and, therefore, the knee is higher,
21 the top of the knee is higher than the chest.
22 Therefore, the warming device is lower than where we
23 were measuring the temperature.
24 BY MR. GORDON:
25     Q.  By "device" you are talking about the

ANDREW JOHN LEGG

1
2 blanket or the fan unit?
3     A.  The warming device is the blanket, that
4 is what gets warm in terms of the Bair Hugger or the
5 HotDog conductive fabric.
6     MR. GORDON:  Okay.
7     THE EXAMINER:  The measuring device is at
8 the surgical site.
9     THE WITNESS:  Yes --
10     THE EXAMINER:  Or as close to it as you
11 can get?
12     THE WITNESS:  Yes.  That's what I was
13 concerned about at that point.
14 BY MR. GORDON:
15     Q.  Going back to page 413, your 2011 study,
16 again in the discussion, the next paragraph, you
17 say:
18     "bacteria require particles to transport
19 them, and although we are unable to confirm if any
20 of the particles were transporting bacteria, the
21 significant increase in the number of particles that
22 we found in this study at the surgical site is a
23 concern".
24     Did I read that correctly?
25     A.  Correct.

ANDREW JOHN LEGG

1
2     Q.  Did you do anything to try to assess
3 whether there was any transportation of bacteria?
4     A.  It wasn't published here, but I spoke to
5 a microbiologist about trying to measure bacteria,
6 with, I believe it is called a slit sampler.  Their
7 advice was you won't be able to measure it because
8 bacterial load is so low.  We tried and we didn't,
9 actually, to identify if there was any increased
10 bacterial level, but the microbiologists weren't
11 surprised at that.
12     Q.  Tell me how you attempted to measure
13 bacteria?
14     A.  It was using these agar plates, which is
15 a gel which grows the bacteria once it lands on it
16 and, if I recall rightly, air's sucked into this
17 device onto these plates which are then sent to the
18 lab.
19     Q.  So, that is something you did in the
20 first experiment?
21     A.  Yes.
22     Q.  How many of the agar plate devices did
23 you use?
24     A.  I don't recall.
25     Q.  Where were they placed?

Page 54

ANDREW JOHN LEGG

1
2      A.   They were placed where we were concerned,
3   which was on the surgical site, which is at the
4   level of the knee.
5      Q.   So, you collected the samples on the agar
6   plates over what period of time?
7      A.   Again, I don't really, really recall.
8   That was on the advice of the microbiologist, but I
9   don't recall how long.
10      Q.   So, before the operation you -- the
11   microbiologist advised you to, how to go about using
12   these agar plate colonies?
13      A.   Yes.
14      Q.   That -- was equipment that the hospital
15   has?
16      A.   Yes, because they do check the level, I
17   don't know how often, but to make sure that the
18   theatre environment is safe.
19      Q.   So, you sent these agar plates to the
20   microbiology lab.  Is that correct?
21      A.   Correct.
22      Q.   And what kind of a report did you get
23   back -- something written, something verbal?
24      A.   Again, I don't recall it.  I'm sure I
25   would have got something written, but I don't recall

Page 55

ANDREW JOHN LEGG

1
2   it or have it.
3      Q.   Okay.  Do you recall were any bacteria or
4   colony-forming units cultured out on the agar
5   plates?
6      A.   Just came back, which is the recommended
7   level, which is less than one.
8      Q.   Less than one colony-forming unit?
9      A.   Yes.  One ordinary, yes.
10      Q.   And I want to make sure that we're clear.
11   That was a sample you collected during the time that
12   the Bair Hugger warming device was used and the
13   particles that you were counting were moving over to
14   the surgical site.
15      A.   Correct.
16          MS. ZIMMERMAN:  Object to form.
17   BY MR. GORDON:
18      Q.   Why did you decide not to include that
19   information in the publication?
20      A.   Because it didn't really add anything.
21   It's such a poor identification of how much bacteria
22   is present that I don't think it really gives us --
23   it's not very specific or sensitive; you have to
24   have a huge number present to give you a positive
25   value and, therefore, on the advice of the

Page 56

ANDREW JOHN LEGG

1
2   microbiologist, they said that you won't find
3   anything out, which they were correct.
4      Q.   How was it the hospital used these
5   devices?
6      A.   How?
7      Q.   What -- for what purpose did the
8   microbiologist use them?
9      A.   So, I don't know --
10          MS. ZIMMERMAN:  Object to form.
11          THE WITNESS:  -- for other things, but in
12   the operate -- in the orthopedic theatre they use
13   them to test for the level of bacterial level, which
14   has to be, by the standard, less than one
15   colony-forming unit.
16   BY MR. GORDON:
17      Q.   Is this -- under what circumstances would
18   the microbiologist use those to test in the
19   orthopedic operating room?
20      A.   To my knowledge, it happens as a standard
21   of -- a level standard, so I don't know whether they
22   do it every year, but it's periodically they check.
23      Q.   So, on a routine basis?
24      A.   Correct, yes.
25      Q.   So, I just want to make sure that the

Page 57

ANDREW JOHN LEGG

1
2   jury understands.  The hospital routinely was
3   checking the orthopedic surgical suites using the
4   same agar plate device that you used in essentially
5   the same manner?
6          MS. ZIMMERMAN:  Object to form:
7   Misstates the testimony.
8          THE EXAMINER:  You may answer.
9          THE WITNESS:  I don't know specifically
10   how they do it, but how they advised me to do it as
11   part of this experiment is what I did.
12   BY MR. GORDON:
13      Q.   And your understanding was that the
14   standard that they (that the OR) had to meet was
15   less than one colony-forming unit when the
16   microbiologist did the routine testing.  Is that
17   right?
18      A.   Yes.
19      Q.   When you did that testing, that was
20   during the period of time when all the particles
21   that you discussed in the 2011 paper were being
22   mobilized over the surgical site, your paper
23   indicates, because of the convection currents.  Is
24   that right?
25      A.   Yes.

15 (Pages 54 to 57)

ANDREW JOHN LEGG

1
2  Q.  E-mails by Mr. Hamer and you, or someone
3  else?
4  A.  I was copied into them.  Mr. Hamer
5  initially replied to Mr. Albrecht, who then deferred
6  it to Mr. Augustine -- Scott Augustine.
7  Q.  Did you have any contact with Dr. Scott
8  Augustine?
9  A.  No, not directly, only by being copied in
10 the e-mails.
11 Q.  And some of the e-mails were between Dr.
12 Hamer and Dr Scott Augustine?
13 A.  Yes.
14 Q.  Do you recall what the nature of that
15 exchange or those exchanges were?
16 A.  Essentially, we were very -- we were
17 unhappy with how we had been managed, in terms of
18 this paper had been pushed onto us, we had never had
19 agreed that would be the case, and when we explained
20 and expressed our, how unhappy we were about this,
21 they were fairly abrupt and aggressive in their
22 response and suggested that this was normal
23 practice.  But we didn't feel it was and, therefore,
24 initially I think -- well, I do recall Mr. Hamer
25 suggesting that they just took the paper on and

ANDREW JOHN LEGG

1
2  wrote it themselves, but instead the decision made
3  was that we were going to part company and we were
4  going to write it up.
5  MS. ZIMMERMAN:  Move to strike the
6  response as hearsay.
7  THE EXAMINER:  Hearsay.
8  BY MR. GORDON:
9  Q.  In the interests of time I don't want,
10 I'm not going to go through and do a side-by-side
11 comparison, but I would like to ask you whether the
12 draft that was sent to you by Mr. Albrecht was in
13 any measure used by you in writing the paper that
14 was ultimately published in 2013?
15 A.  No.
16 THE EXAMINER:  Did the draft itself ever
17 proceed down the route towards publication?
18 THE WITNESS:  Not that I'm aware of.
19 BY MR. GORDON:
20 Q.  In the, I'll call it the "Albrecht
21 draft" -- I misspoke.
22 If I could direct your attention onto
23 page 394.  It is an e-mail dated October 4th 2010.
24 A.  Yes.
25 Q.  Do you recall receiving this e-mail?

ANDREW JOHN LEGG

1
2  A.  Yes.
3  Q.  There are a number of other names on
4  here.  Prior to receiving this e-mail had you ever,
5  ever had any contact with Mike Reed?
6  A.  No, I don't think so.  I had contact with
7  Mike Reed at some point, but I don't think prior to
8  this, to my knowledge.
9  Q.  Have you ever met Dr. Reed -- or Mr.
10 Reed?
11 A.  After this I had, yes.  Not prior to.
12 Q.  And was that in connection with anything
13 to do with studies of Bair Hugger or HotDog, as
14 opposed to, you know, medical society meetings --
15 A.  No, no.  It was coincidently just at a
16 Medical Society meeting.
17 Q.  Right.  Same question with respect to Dr.
18 McGovern.  Had you met him prior to October 4th,
19 2010?
20 A.  No.
21 Q.  Have you met him subsequently?
22 A.  No.
23 Q.  How about Robert -- Dr. Robert Gauthier?
24 A.  No.
25 Q.  And we have already talked about

ANDREW JOHN LEGG

1
2  Nachtsheim.  Have you ever met Scott Augustine?
3  A.  No.
4  Q.  Maybe I have asked you that already,
5  sorry if I did.
6  I want to direct your attention to the
7  bottom of this e-mail, where it says:
8  "I'll also be sending out a revised
9  manuscript that includes Andrew Legg's
10 comments/suggestions in the next week or two.  I
11 look forward to working with you all and wrapping up
12 this research".
13 Do you know what "comments/suggestions"
14 this refers to?
15 A.  I did make comments to that manuscript.
16 I don't have them, I don't know who -- I presume
17 that they were on my hospital e-mail account, which
18 I no longer have access to.  But it was about this
19 time where the comments were made and we were having
20 discussions with Mr. Hamer about what was happening.
21 Q.  At the point where you made the comments
22 and suggestions that Mr. Albrecht refers to here, at
23 that point were you of the view that you were going
24 to work with Mr. Albrecht and --
25 A.  No.  I had my concerns.  I was very

18 (Pages 66 to 69)

1              ANDREW JOHN LEGG
2    infection risks.  Do you remember those questions?
3         A.  I remember him asking me, I don't
4    remember what the questions were, I'm afraid.
5         Q.  It has been a long day.
6           Are you familiar with the term "chain of
7    infection"?
8         A.  Not specifically, no.
9         Q.  Not specifically.  I think that you
10   testified earlier that bacteria is required for a
11   bacterial infection.
12        A.  Correct.
13        Q.  Are there any other requirements that you
14   know of for a bacterial infection?
15        A.  It needs a warm, moist environment and
16   the ability for the bacteria to replicate,
17   essentially.
18        Q.  A viable bacteria?
19        A.  Yes.  Correct.
20        Q.  And potentially a susceptible host.
21   Would you agree with that?
22        A.  Yes.
23        Q.  Right.  I would like to turn back to your
24   CV and these articles that you published.  Are these
25   articles in peer-review journals?

1              ANDREW JOHN LEGG
2         A.  Correct.
3         Q.  Could you explain to the judge and the
4    jury in the United States what "peer reviewed"
5    means?
6         A.  Peer review is essentially a group of
7    your colleagues, your peers, they are usually senior
8    colleagues, senior consultants, who have a large
9    amount of experience in orthopedics and, more
10   specifically, in the specific field in which the
11   paper is talking about.  They review your research
12   to make sure that it's of, firstly, high enough
13   standard to be published in that specific journal;
14   and also that it's of good enough quality in terms
15   of what you're actually writing in that report.
16        Q.  Why is the peer-review process important
17   to someone who is reading the article, for example?
18        A.  It is important to make sure that the
19   standard of that article is high, and also that the
20   evidence which is being presented is accurate.
21        Q.  To your knowledge are articles submitted
22   for peer-review consideration and ultimately turned
23   down?
24        A.  Many are turned down.
25        Q.  That happens from time to time?

1              ANDREW JOHN LEGG
2         A.  Very frequently.  The vast majority -- I
3    couldn't tell you a number -- are refused I would...
4           MS. ZIMMERMAN:  Right.  I would like to
5    turn to --
6           THE EXAMINER:  Are you going to mark that
7    before you go --
8           MS. ZIMMERMAN:  Yes.
9         Q.  I'm going to turn to the thing we have
10   called the "human study" thus far, which appears on
11   page 411 of your materials.
12        A.  Okay.
13        Q.  Just for clarification, I think Mr.
14   Gordon referred to this throughout his questioning
15   as a 2011 study.  It appears from the notes on the
16   left-hand side it was submitted for publication in
17   2011?
18        A.  Yes.
19        Q.  And ultimately published in 2012?
20        A.  That is correct, yes.
21        Q.  So, if we refer to it as 2011 and 2012 we
22   know that this is the article we're referring to?
23        A.  Yes, correct?
24          THE EXAMINER:  Remind me, is this the
25   human or the mannequin?

1              ANDREW JOHN LEGG
2           THE WITNESS:  Human.
3           MS. ZIMMERMAN:  The human.
4         Q.  Mr. Legg, is this article a peer-reviewed
5    study?
6         A.  Yes.
7         Q.  And where was it published?
8         A.  It was published in the Journal of Bone
9    and Joint Surgery.
10        Q.  Is that considered a prominent
11   publication?
12        A.  Yes.
13        Q.  What did you measure in this study?
14        A.  We measured a number of factors.
15   Firstly, that they were increased particles and
16   increased temperature when forced-air warming was
17   used in our specific theatre set-up, which we used
18   at the Northern General.
19        Q.  Do you recall questions from Mr. Gordon
20   about whether a particle count automatically equates
21   with a bacteria count?
22        A.  Yes.
23        Q.  And you would agree that a particle count
24   is not necessarily the same as an increased bacteria
25   count?

ANDREW JOHN LEGG

1
2  that correct?
3      A.  Similar draping, but the theatre set-up
4  is different.
5      Q.  And the changes that you made to your
6  practice now are based on your own research.  Is
7  that right?
8      A.  That is correct.
9      Q.  It is not based on any instruction that
10  you received from 3M?
11      A.  No.
12      Q.  To your knowledge, are there any
13  instructions on Bair Hugger blankets or materials
14  that instruct how to do draping?
15      A.  To set up the Bair Hugger, or the actual
16  draping side of things?
17      Q.  Well, the Bair Hugger with the draping?
18      A.  Not that I'm aware of, but I must admit I
19  haven't looked for it.
20      Q.  Okay.  Do you know what an observational
21  study is?
22      A.  Yes.
23      Q.  How would you explain that to the jury?
24      A.  So, an observational study is, I suppose,
25  what is said about looking at something and making

ANDREW JOHN LEGG

1
2  judgment on the basis of what you see.
3      Q.  Is that what you did in these particular
4  studies, the mannequin study and the human study?
5      A.  Yes, in terms of the observational side
6  of things, yes.
7      Q.  You felt that they were both useful,
8  useful studies?
9      A.  Very much so.
10      Q.  And they both were submitted to highly
11  respected peer-review journals?
12      A.  Yes.
13      Q.  And they were both accepted for
14  publication?
15      A.  Yes.
16      Q.  Do you stand by the findings that you
17  published in these studies?
18      A.  Absolutely.
19      Q.  I don't have anything further?
20      THE EXAMINER:  Except you're going to
21  make that an exhibit.
22      MS. ZIMMERMAN:  That is right.  We will
23  formally offer Exhibit 2.
24      THE VIDEOGRAPHER:  We're still on the
25  record.

ANDREW JOHN LEGG

1
2  EXAMINED BY MR. GORDON:
3      Q.  The journal which you published, the Bone
4  and Joint Journal, excuse me, are there two
5  different versions of it -- an American one and a
6  British one?
7      A.  There is.  Yes.
8      Q.  Which one did you publish?
9      A.  The British.
10      Q.  Do you have any idea what the impact
11  score of the Bone and Joint Journal of Britain is?
12      A.  I don't know, no.
13      Q.  Okay.  Counsel asked you about your
14  discussion about the potential for particles to move
15  bacteria to the surgical site.  Based on your
16  research do you have any reason to think that that
17  concern is anything other than a theoretical
18  concern?
19      A.  It's only a theoretical concern because I
20  didn't prove it.
21      Q.  Okay.  Even with 1,000-fold increase in
22  the particle counts that you saw, the agar testing
23  that the hospital used routinely to see if the OR
24  was okay, it passed that -- it met those standards?
25      MS. ZIMMERMAN:  Object to form.

ANDREW JOHN LEGG

1
2      MR. GORDON:  Correct?
3      THE EXAMINER:  Answer.
4      THE WITNESS:  Yes, it did, but you're
5  getting things slightly confused.  The 1,000-fold is
6  partly because we introduced particles onto the
7  floor in the second study, so we exaggerated the
8  difference.
9  BY MR. GORDON:
10      Q.  Even with that exaggerating difference,
11  agar plate still didn't grow out --
12      A.  No.
13      Q.  -- greater than one CF unit?
14      A.  No.
15      Q.  Okay.  I was a little confused about the
16  reference to 3M employees.  Were you saying that
17  there were 3M employees involved in either of your
18  studies?
19      A.  I don't know exactly who Albright (sic)
20  and Augustine worked for in addition to HotDog in
21  terms of they manufacture the HotDog, but they have
22  no -- if they're not part of 3M, no, is the answer
23  to that.
24      Q.  Did you know at the time that Augustine
25  and Albrecht were affiliated with HotDog?

# EXHIBIT DX23

TO DECLARATION OF PETER J. GOSS IN
SUPPORT OF DEFENDANTS' MOTION TO
EXCLUDE PLAINTIFFS' ENGINEERING
EXPERTS



**■ ARTHROPLASTY**

# Do forced air patient-warming devices disrupt unidirectional downward airflow?

A. J. Legg,
T. Cannon,
A. J. Hamer

*From Northern General Hospital, Sheffield, United Kingdom*

Patient warming significantly decreases the risk of surgical site infection. Recently there have been concerns that forced air warming may interfere with unidirectional airflow, potentially posing an increased risk of infection. Our null hypothesis was that forced air and radiant warming devices do not increase the temperature and the number of particles over the surgical site when compared with no warming device. A forced air warming device was compared with a radiant warming device and no warming device as a control. The temperature and number of particles were measured over the surgical site. The theatre was prepared as for a routine lower-limb arthroplasty operation, and the same volunteer was used throughout the study.

Forced air warming resulted in a significant mean increase in the temperature (1.1°C *vs* 0.4°C, p < 0.0001) and number of particles (1038.2 *vs* 274.8, p = 0.0087) over the surgical site when compared with radiant warming, which raises concern as bacteria are known to require particles for transport.

■ A. J. Legg, MBChB, BSc, MRCS, Orthopaedic Specialist Registrar
■ T. Cannon, MBChB, MRCS, Core Surgical Trainee
■ A. J. Hamer, MBChB, MD, FRCS(Orth), Consultant Orthopaedic Surgeon
Northern General Hospital, Herries Road, Sheffield S5 7AU, UK.

Correspondence should be sent to Mr A. J. Legg; e-mail: drandrewlegg@hotmail.com

©2012 British Editorial Society of Bone and Joint Surgery
doi:10.1302/0301-620X.94B2.27562 $2.00

J Bone Joint Surg Br
2012;94-B:254-6.
Received 7 June 2011; Accepted after revision 14 September 2011

The rate of infection following joint replacement surgery of the lower limb is currently < 1%.[1] Both ultra-clean unidirectional airflow and patient warming contribute to reducing the risk of infection.[2-5] However, unidirectional downward airflow is vulnerable to external influences including lights, personnel and equipment. There are also concerns that forced-air warming devices disrupt unidirectional airflow, thus potentially causing a risk of infection.[6]

Ultra-clean unidirectional downward airflow was introduced by Charnley in the 1960s.[7] He reported a reduction in infection following total hip replacement (THR) from 9% to 1%.[7] There is a particular reduction in the rate of infection if it is combined with intravenous antibiotics and sterile occlusive theatre clothing.[8,9]

Whyte et al[2] investigated the use of unidirectional downward airflow and total body exhaust systems. They found that with only plenum ventilation and the use of conventional clothing, the mean airborne concentration of bacterial particles during a THR procedure was 450/m³. Using unidirectional downward airflow, but still using conventional clothing, this count was reduced to 7.3/m³, a 60-fold reduction.[2] However, when total body exhaust systems were used in conjunction with unidirectional airflow, the bacterial concentration was reduced even further to 0.63/m³.[2]

In a multicentre study involving 8052 joint replacements, Lidwell et al[3] concluded that for operations performed within ultraclean air ventilation, the rate of bacterial contamination of the wound, deep joint sepsis, and major wound sepsis were substantially reduced when compared with those operations performed in conventionally ventilated rooms.

Vertical unidirectional airflow ventilation is more effective than horizontal ventilation, especially when combined with walls around the operating area reaching down to 30 cm from the floor, thus extending the unidirectional airflow.[2] Body-exhaust suits have also been shown to further reduce the number of airborne bacteria. Both of these systems are employed in our theatre set-up.

The MRC study in 1984[4] recommended using vertical unidirectional airflow and prophylactic antibiotics to reduce the rate of infection. It showed that the rate of infection fell from 3.4% to 1.7% with the use of ultra clean air alone; to 0.4% when ultra clean air was combined with antibiotics, and to 0.2% through the use of ultra clean air, antibiotics and occlusive clothing.[4]

Bacterial contamination of the air has been shown to be significantly reduced by using ultra clean unidirectional downward air.[2] Our theatre set-up attempts to extend the unidirectional downward airflow and create a barrier between sterile personnel and

equipment and non-sterile personnel by the use of Howorth enclosure extensions (Howorth Air Technology, Bolton, United Kingdom). Chow and Yang[10] found that as long as unsterile personnel are kept at least one metre from the sterile area, the surgical sites were no cleaner than with conventional air.

In more recent years patient warming has been shown to reduce the risk of surgical site infections, cardiovascular events, peri-operative pain and bleeding by increasing blood flow and tissue oxygen tension in the operative site.[11-13] In addition, maintaining a patient's normothermic core body temperature has been found to decrease the duration of post-anaesthetic recovery and hospital stay.[11-13]

Mild peri-operative reduction in core body temperature is common during major surgery, and may promote wound infection by triggering thermoregulatory vasoconstriction and decreasing subcutaneous oxygen tension. Reduced levels of oxygen in tissue impairs oxidative killing by neutrophils and decreases the strength of the wound healing by reducing collagen deposition.[5] Reduced body temperature also directly impairs immune function, resulting in an increased risk of infection and a prolonged hospital stay.[5]

Kurz, Sessler and Lenhardt[5] undertook a double blinded randomised study into the effects of peri-operative hypothermia, and concluded that intra-operative core temperatures approximately 2°C below normal can triple the incidence of wound infection and prolong hospitalisation by about 20%.

For many years forced air warming has been shown to be an effective method in warming surgical patients undergoing arthroplasty. NICE guidelines state that it is required for patient warming.[14] There has been concern, however, that forced air warming could increase the risk of infection by disrupting unidirectional downward airflow. Also it has been shown that potentially pathogenic organisms can be detected in the hoses of warming devices;[15] however, no such organisms were detected by a study that placed microbial filters over the ends of the hoses.[16]

Sharp, Chesworth and Fern[17] investigated whether forced air warming increased the bacterial level in the operating field. They collected air samples with a slit air sampler, and found no colony forming units (CFUs) on any of the plates exposed inside the unidirectional downward airflow, although two samples taken at floor level had large numbers of CFUs.[17]

To date there have been no papers showing that forced air warming devices disrupt laminar airflow. This study aimed to test our null hypothesis that forced air and radiant warming devices do not increase the number of particles or affect the temperature at the site of the operation, when compared with no warming device.

## Materials and Methods

Two devices were tested against a control (no warming device). The devices used were a torso forced air warming blanket (Bair Hugger; Arizant UK Limited, Wakefield,

Table I. Mean temperature difference over the surgical site with 95% confidence intervals

| | Warming device | | |
|---|---|---|---|
| | Forced air | Radiant | p-value* |
| Temperature difference (°C) | 1.1 (1.05 to 1.15) | 0.4 (0.37 to 0.43) | < 0.0001 |

* unpaired $t$-test

United Kingdom) and a radiant warming blanket (Hot-dog, Eden Prairie, Minnesota).

The operating theatre was set up for a routine lower-limb replacement operation in our unit (Northern General Hospital, Sheffield, United Kingdom). A volunteer, who was used throughout the study, was positioned supine on the operating table, without a tourniquet, and draped for a total knee replacement, within an ExFlow 90 Howorth enclosure with vertical wall extensions to 1 metre from the floor. The wall extensions aimed to maximise the unidirectional airflow below the operative site and also to prevent non-sterile theatre personnel from entering the enclosure. The surgeon wore sterile clothing, theatre hood and body exhaust hose. The simulated operation had a single surgeon with no theatre nurse, assistant, or trays within the enclosure and the lights were raised as high as possible, to minimise the disruption of airflow and to identify whether the number of particles or temperature over the surgical site was affected by either of the warming systems. The validation report on the ventilation system conformed to the requirements of the Health Technical Memorandum (HTM) 2025.[18]

Temperature measurements were taken before and 30 minutes after warming using a digital temperature probe positioned 10 cm above the surgical site, and outside the Howorth enclosure as a control to standardise the results. The increase in temperature was calculated by subtracting the temperature after 30 minutes from that before warming, and then standardised using the temperatures recorded during the same period outside the enclosure. This was repeated five times with each warming device (n = 5).

The number of particles was measured using a HandiLaz handheld counter (Particle Measuring Systems, Boulder, Colorado) positioned 10 cm over the surgical site, which measured three particle sizes; 0.3 µm, 0.5 µm and 5.0 µm. This was repeated five times. Particle entrainment was calculated as the mean number of particles of each size over the surgical site.

**Statistical analysis.** All the data was evaluated using two-tailed $t$-tests and p-values were considered to be statistically significant when less than 0.05.

## Results

The temperature over the surgical site increased significantly when the forced air warming device was used in comparison to the radiant warming device, or control (Table I).

A. J. LEGG, T. CANNON, A. J. HAMER

**Table II.** Mean number of particles over the surgical site (CI, confidence interval)

| Particle size (µm) | Mean number of particles (95% CI) [range] | | | p-value |
|---|---|---|---|---|
| | Forced air | No warming | Radiant | |
| 0.3 | 1038.2 (973.1 to 1103.3) [965 to 1150] | 274.8 (230 to 310) [193 to 308] | 274.8 (231.5 to 318.1) [193 to 308] | 0.0087 |
| 0.5 | 30.8 (28.7 to 32.9) [29 to 34] | 5.8 (4.2 to 7.4) [4 to 8] | 6.8 (5.2 to 8.4) [5 to 9] | 0.0073 |
| 5.0 | 3.6 (2.9 to 4.3) [3 to 5] | 0.8 (0.4 to 1.2) [0 to 1] | 0.8 (0.4 to 1.2) [0 to 1] | 0.0038 |

The number of particles over the surgical site was significantly higher when the force air warming device was used in comparison to the radiant warming device, or control (Table II).

## Discussion

It is our view that both patient warming devices and unidirectional ultra clean downward airflow are needed in lower limb arthroplasty in order to reduce the risk of infection.

Because of the nature of our experiment we are unable to conclude that the use of the forced air warming device, which produced a change in temperature and an increase in the number of particles over the surgical site, would actually lead to an increased risk of surgical site infection. The results do suggest that the downward flow of air is disrupted, as the warming device was lower than at the surgical site.

Forced air warming significantly increased the number of airborne particles over the surgical site compared to the radiant warming or the control, both of which showed similar results. Bacteria require particles to transport them, and although we are unable to confirm if any of the particles were transporting bacteria, the significant increase in the number of particles that we found in this study at the surgical site is of concern.

We have shown that in our experimental theatre set-up forced air warming significantly increases the temperature and number of particles over the surgical site. This may occur via ingress of warm air from the warming device or by direct heating away from the patient, as the warming device creates multidirectional heating in comparison to the radiant warming device which creates unidirectional heating to the patient.

We are therefore able to reject our null hypothesis that forced air and radiant warming devices do not increase the temperature and the number of particles over the surgical site in comparison with no warming device.

Further work is required to confirm that unidirectional airflow is disrupted by forced air patient warming devices under our specific experimental theatre set-up and future studies are needed to visualise the airflow over the surgical site.

No benefits in any form have been received or will be received from a commercial party related directly or indirectly to the subject of this article.

## References

1. **Phillips JE, Crane TP, Noy M, Elliott TS, Grimer RJ.** The incidence of deep prosthetic infections in a specialist orthopaedic hospital: a 15-year prospective study. *J Bone Joint Surg [Br]* 2006;88-B:943–948.
2. **Whyte W, Lidwell OM, Lowbury EJ, Blowers R.** Suggested bacteriological standards for air in ultraclean operating rooms. *J Hosp Infect* 1983;4:133–139.
3. **Lidwell OM, Elson RA, Lowbury EJ, et al.** Ultraclean air and antibiotics for prevention of postoperative infection: a multicenter study of 8,052 joint replacement operations. *Acta Orthop Scand* 1987;58:4–13.
4. **Lidwell OM, Lowbury EJ, Whyte W, et al.** Infection and sepsis after operations for total hip or knee-joint replacement: influence of ultraclean air, prophylactic antibiotics and other factors. *J Hyg (Lond)* 1984;93:505–529.
5. **Kurz A, Sessler DI, Lenhardt R.** Perioperative normothermia to reduce the incidence of surgical-wound infection and shorten hospitalization: Study of Wound Infection and Temperature Group. *N Engl J Med* 1996;334:1209–1215.
6. **Tumia N, Ashcroft GP.** Convection warmers: a possible source of contamination in laminar airflow operating theatres? *J Hosp Infect* 2002;52:171–174.
7. **Charnley J.** Postoperative infection after total hip replacement with special reference to air contamination in the operating room. *Clin Orthop* 1972;87:167–187.
8. **Hauser R, Berchtold W, Schreiber A.** Incidence of deep sepsis in uncemented total hip arthroplasty using clean air facility as a function of antibiotic prophylaxis. *Bull Hosp Jt Dis* 1996;54:175–179.
9. **Lidwell OM.** Air, antibiotics and sepsis in replacement joints. *J Hosp Infect* 1988;11(Suppl C):18–40.
10. **Chow TT, Yang XY.** Ventilation performance in operating theatres against airborne infection: review of research activities and practical guidance. *J Hosp Infect* 2004;56:85–92.
11. **Mangram AJ, Horan TC, Pearson ML, Silver LC, Jarvis WR.** Guideline for Prevention of Surgical Site Infection, 1999: Centers for Disease Control and Prevention (CDC) Hospital Infection Control Practices Advisory Committee. *Am J Infect Control* 1999;27:97–132.
12. **Mahoney CB, Odom J.** Maintaining intraoperative normothermia: a meta-analysis of outcomes with costs. *AANA J* 1999;67:155–163.
13. **Bayazit Y, Sparrow EM.** Energy efficiency comparison of forced-air versus resistance heating devices for perioperative hypothermia management. *Energy* 2010;35:1211–1215.
14. **No authors listed.** National Institute for Clinical Excellence: perioperative hypothermia (inadvertent), 2008 (NICE clinical guideline 65). http://www.nice.org.uk/nicemedia/pdf/CG65Publicinfo.pdf (date last accessed 26 September 2011).
15. **Albrecht M, Gauthier R, Leaper D.** Forced-air warming: a source of airborne contamination in the operating room? *Orthop Rev (Pavia)* 2009;1:e28.
16. **Avidan MS, Jones N, Ing R, et al.** Convection warmers: not just hot air. *Anaesthesia* 1997;52:1073–1076.
17. **Sharp RJ, Chesworth T, Fern ED.** Do warming blankets increase bacterial counts in the operating field in a laminar-flow theatre? *J Bone Joint Surg [Br]* 2002;84-B:486–488.
18. **No authors listed.** NHS Estates. Health Technical Memorandum 2025: ventilation in healthcare premises, 1998. http://www.mintie.com/assets/img/education/NHS%20Estates%20-%20HVAC.pdf (date last accessed 26 September 2011).

# EXHIBIT DX24

TO DECLARATION OF PETER J. GOSS IN
SUPPORT OF DEFENDANTS' MOTION TO
EXCLUDE PLAINTIFFS' ENGINEERING
EXPERTS



### ■ ARTHROPLASTY

# Forced-air patient warming blankets disrupt unidirectional airflow

A. J. Legg,
A. J. Hamer

*From Northern General Hospital, Sheffield, United Kingdom*

We have recently shown that waste heat from forced-air warming blankets can increase the temperature and concentration of airborne particles over the surgical site. The mechanism for the increased concentration of particles and their site of origin remained unclear. We therefore attempted to visualise the airflow in theatre over a simulated total knee replacement using neutral-buoyancy helium bubbles. Particles were created using a Rocket PS23 smoke machine positioned below the operating table, a potential area of contamination. The same theatre set-up, warming devices and controls were used as in our previous study. This demonstrated that waste heat from the poorly insulated forced-air warming blanket increased the air temperature on the surgical side of the drape by > 5°C. This created convection currents that rose against the downward unidirectional airflow, causing turbulence over the patient. The convection currents increased the particle concentration 1000-fold (2 174 000 particles/$m^3$ for forced-air warming *vs* 1000 particles/$m^3$ for radiant warming and 2000 particles/$m^3$ for the control) by drawing potentially contaminated particles from below the operating table into the surgical site.

Cite this article: *Bone Joint J* 2013;95-B:407–10.

■ A. J. Legg, BSc, MBChB, MRCS, ST6 Orthopaedics
■ A. J. Hamer, MD, FRCS(Orth), Consultant Orthopaedic Surgeon
Northern General Hospital, Herries Road, Sheffield S5 7AU, UK.

Correspondence should be sent to Mr A. J. Legg; e-mail: drandrewlegg@hotmail.com

©2013 The British Editorial Society of Bone & Joint Surgery
doi:10.1302/0301-620X.95B3.29121 $2.00

*Bone Joint J*
2013;95-B:407–10.
Received 12 January 2012;
Accepted after revision 7 November 2012

Ultraclean unidirectional airflow has been shown to reduce significantly the risk of infection in lower limb joint replacement.[1-4] In recent years, patient warming has also been shown to afford significant benefit. Hypothermia causes peripheral vasoconstriction, which reduces the delivery of oxygen to soft tissues; this in turn impairs the oxidative killing of bacteria by neutrophils and lessens the strength of wound healing by reducing the deposition of collagen.[5] By increasing blood flow and the oxygen tension in the tissues, the risk of surgical site infection, cardiovascular events, peri-operative pain and bleeding is reduced.[6] In addition, the maintenance of a patient's normal core temperature reduces the duration of post-operative recovery and hospital stay.[5-8]

We reported with a particular arrangement in the operating theatre set-up, waste heat from forced-air warming can increase the particle concentration and temperature over the surgical site.[9] This implies that the downward unidirectional airflow is disrupted by the waste heat generated, although the mechanism of airflow disruption was unclear. The increased concentration of particles over the surgical site is of concern as it may transport bacteria. The purpose of this study was to visualise the airflow over the surgical site to see if the additional particles came from a potentially contaminated area.

## Materials and Methods

We simulated the theatre set-up (Fig. 1) that we use for a total knee replacement at the Northern General Hospital (Sheffield, United Kingdom) with the exception that, in an attempt to isolate the effect of forced-air warming, there was only a single surgeon in the Howorth ExFlow 90 enclosure (Howorth Air Technology, Bolton, United Kingdom). A mannequin was placed supine on the operating table and a single knee replacement non-porous exclusion drape was hung vertically from the Howorth enclosure. The drape extended to the floor over the table and the opposite limb, so that only the knee being operated on was exposed. The enclosure walls extended down to within 1 m of the theatre floor. This created a confined area that extended the unidirectional airflow below the site of surgery and kept unscrubbed personnel out of the enclosure. The single surgeon wore a standard theatre gown, hood, mask and body exhaust hose that was attached outside the enclosure. Validation and verification checks of the ventilation system showed that it conformed to the requirements of the Health Technical Memorandum (HTM) 2025.[10]

We compared two warming devices and a control (no warming device). The two devices were a torso forced-air warming device (Bair Hugger; Arizant, Wakefield, United Kingdom)

408                                                                                                              A. J. LEGG, A. J. HAMER



Fig. 1

Diagram showing the theatre set-up.



Fig. 2a



Forced-air warming     Radiant warming     Control

Fig. 2b

Figure 2a – diagram showing the area in which the airflow was assessed. Figures 2b – example photographs showing the visualisation of airflow using forced-air warming (left), radiant warming (centre) and none (right). The lower images are illustrated to emphasise the direction of airflow.

and a torso radiant warming device (HotDog, Eden Prairie, Minnesota). To see if particle entrainment occurred from a potentially contaminated area, a continuous flow of 0.3 µm glycerol tracer particles, created by a Rocket PS23 smoke machine (Pea Soup Ltd, Ingleby Barwick, United Kingdom), was introduced through a 1 m-long fenestrated tube secured below the table at the level of the surgeon's knees (Fig. 1). The smoke machine was connected to the fenestrated tube by a long hose to allow the particles to cool before entering the enclosure. All investigations were undertaken over one day, in a single theatre, with the same equipment and investigators.
**Experimental design**. The drape temperature, particle concentration and particle visualisation were each assessed five times for each warming device and control. The mean drape temperature and particle concentration were then calculated.
**Airflow visualisation**. The airflow was visualised using neutral-buoyancy helium soap bubbles, produced by a bubble generator (Sage Action, Ithaca, New York) and a high-intensity light source. The bubbles were produced using a mixture of helium, air, detergent, and a centripetal bubble size classification filter to produce neutrally buoyant bubbles of approximately 4 mm diameter. Photographs were taken using a digital camera (D300; Nikon, Melville, New York) with a shutter speed of 0.25 s to allow the path of the bubbles to be seen. Neutrally buoyant helium bubbles enable the easy visualisation of streamlines and pathlines in flow fields that are not easily seen using traditional methods.[11]
**Particle sampling**. The particle concentration over the surgical site was measured using a HandiLaz handheld particle counter (Particle Measuring Systems, Boulder, Colorado). This instrument has a sample volume of 0.084 $m^3$ and can measure particles of > 0.3 µm.

**Drape temperature**. The drape temperature was measured at the same point on each occasion in line with the exposed flexed knee using a digital temperature probe taped on to the exclusion drape on the left side of the surgeon. This was compared with the temperature of the theatre outside the Howorth enclosure, which was kept as stable as possible.
**Statistical analysis**. All data were evaluated using two-tailed $t$-tests. Statistical significance was assumed at p-values < 0.05.

## Results

The theatre temperature remained stable throughout the entire investigation at 19.2°C (SD 0.36).
**Airflow visualisation**. Unidirectional airflow was significantly disrupted when forced-air warming was used. Convection currents were set up within seconds of the forced-air warming system starting up: the bubbles rose approximately 1 m above the operating site, moved away from the drape, and then fell directly on to the surgical site before rising again to start the next cycle (Fig. 2).

**Table I.** Particle entrainment concentration

| Warming scenario | Concentration (particles/m³) |
|---|---|
| Control | 2000 |
| Radiant warming | 1000 |
| Forced-air warming | 2 174 000 |



Fig. 3

Bar chart showing the theatre and drape temperatures for the various types of warming.

When the radiant warming device or the control was used there was no disruption of unidirectional airflow (Fig. 2). The bubbles moved away from the surgical site, then dispersed below the theatre table and out of the Howorth enclosure.

**Particle entrainment.** Forced-air warming significantly increased the concentration of particles over the surgical site (2 174 000 particles/m³) compared with both the radiant warming device (1000 particles/m³) (p = 0.0002) and the control (2000 particles/m³) (p = 0.0002) (Table I). However, there was no significant difference between the radiant warming device and the control (p = 0.1522).

**Vertical surgical drape temperature.** Forced-air warming significantly increased the temperature of the drape compared with both the radiant warming device and the control, at increases of 4.3°C (p = 0.0001) and 5.4°C, respectively (p = 0.0001). However, there was no significant difference between the radiant warming device and the control (1.1°C; p = 0.0539) (Fig. 3).

## Discussion

Unidirectional vertical airflow passes through high-efficiency particulate air (HEPA) filters, filtering particles of 0.3 μm with 99.97% efficiency to create a bacteria-free source of air.[12] The Howorth enclosure, when combined with vertical unidirectional airflow, aims to create within a designated space an entire body of air that has a uniform velocity and direction. It is designed to minimise the

entrainment of particles, which are known to transport bacteria,[3] from outside the Howorth enclosure and from below the operating table. This is enhanced by the plenum effect of the pressure inside the theatre being greater than that outside, which creates exponential airflow and a net movement of air out of the theatre.

Unidirectional HEPA filtered airflow has been the standard requirement in joint replacement surgery for many years.[1-4] In addition, warming the patient with forced air has been shown to have significant benefits, including the reduction of surgical site infection, and forms part of the guidelines from the National Institute for Health and Clinical Excellence in the United Kingdom.[5-8,13] However, it had not previously been established whether warming the patient with forced air has any effect on unidirectional airflow.

In our experiment, the clearest interference with unidirectional airflow occurred when the mannequin was warmed with the forced-air device. Convection currents were established within a short period of time. Waste heat from the poorly insulated device warmed the drape and increased the air temperature over the surgical site. The warmed air rose against the downward unidirectional airflow, reaching a peak approximately 1 m above the surgical site at which point the air reached the cooler unidirectional airflow and then flowed back on to the operation site. This process was then repeated, creating convection currents. Once this cycle was established, particles were entrained in the airflow from below the table, drawn up into the vortex to fall on to the surgical site. Unidirectional airflow was not disrupted when either the radiant warming device or the control was used. There was little or no waste heat created from the radiant device, which was well insulated on the side not in contact with the patient.

It does not appear that the forced-air warming device itself blows potentially contaminated warm air directly into the Howorth enclosure. The device heats the drape covering it, leading to the creation of convection currents that meet the downward unidirectional airflow, causing turbulence.

We suggest that if the forced-air warming device was as well insulated on the surface that was not in contact with the patient as occurs with the radiant warming device, waste heat might not have warmed the vertical drape and created the convection currents.

If the theatre is set up as shown in Figure 1, waste heat significantly disrupts unidirectional airflow. Therefore, a warming device that disperses heat away from the patient should not be used. In other words, the surface not in contact with the patient needs to be well-insulated. If the theatre set-up uses Howorth wall extensions or a vertical drape between the surgical field and the anaesthetist, an enclosed environment is created. The potential benefits of this set-up are the exclusion of personnel from the interior of the enclosure. If the wall extensions and vertical drape that exclude the anaesthetist are not in place, the production of waste heat may not be as important because the air could leave the enclosure more easily.

The benefits of unidirectional airflow have been proven, as have the significant benefits of patient warming. Therefore it is important that both continue to be used. However, the set-up of the theatre and the effect of waste heat need to be taken into consideration, as they may have a detrimental effect on the unidirectional airflow and thus, potentially, the sterility of the surgical site.

This study does not show that forced-air warming increases the risk of infection – only that in certain types of theatre set-up it can significantly disrupt unidirectional airflow and draw particles from the potentially contaminated area below the sterile surgical field. This is a concern.

No benefits in any form have been received or will be received from a commercial party related directly or indirectly to the subject of this article.

This article was primary edited by A. Ross and first-proof edited by G. Scott.

## References

1. **Charnley J.** Postoperative infection after total hip replacement with special reference to air contamination in the operating room. *Clin Orthop Relat Res* 1972;87:167–187.

2. **Hauser R, Berchtold W, Schreiber A.** Incidence of deep sepsis in uncemented total hip arthroplasty using clean air facility as a function of antibiotic prophylaxis. *Bull Hosp Jt Dis* 1996;54:175–179.

3. **Lidwell OM.** Air, antibiotics and sepsis in replacement joints. *J Hosp Infect* 1988;11(Suppl C):18–40.

4. **Lidwell OM, Lowbury EJ, Whyte W, et al.** Infection and sepsis after operations for total hip or knee-joint replacement: influence of ultraclean air, prophylactic antibiotics and other factors. *J Hyg (Lond)* 1984;93:505–529.

5. **Kurz A, Sessler DI, Lenhardt R.** Perioperative normothermia to reduce the incidence of surgical-wound infection and shorten hospitalization: Study of Wound Infection and Temperature Group. *N Engl J Med* 1996;334:1209–1215.

6. **Mahoney CB, Odom J.** Maintaining intraoperative normothermia: a meta-analysis of outcomes with costs. *AANA J* 1999;67:155–163.

7. **Mangram AJ, Horan TC, Pearson ML, Silver LC, Jarvis WR.** Guideline for Prevention of Surgical Site Infection, 1999. Centers for Disease Control and Prevention (CDC) Hospital Infection Control Practices Advisory Committee. *Am J Infect Control* 1999;27:97–132.

8. **Bayazit Y, Sparrow EM.** Energy efficiency comparison of forced-air versus resistance heating devices for perioperative hypothermia management. *Energy* 2010;35:1211–1215.

9. **Legg AJ, Cannon T, Hamer AJ.** Do forced air patient warming devices disrupt unidirectional downward airflow? *J Bone Joint Surg [Br]* 2012;94-B:254–256.

10. **No authors listed.** NHS Estates. Health Technical Memorandum 2025. Ventilation in Healthcare Premises. http://www.mintie.com/assets/img/education/NHS%20Estates%20-%20HVAC.pdf (date last accessed 15 November 2012).

11. **Kerho MF.** Neutrally buoyant bubbles used as flow tracers in air. *Experiments in Fluids* 1994;16:393–400.

12. **Thermo Electron Corporation.** Importance of Class 100 Air in a CO2 Incubator. http://www.ninolab.se/fileadmin/Ninolab/pdf/thermoforma/Class100_white_paper_11663.pdf (date last accessed 7 January 2013).

13. **No authors listed.** National Institute for Clinical Excellence. Management of inadvertent perioperative hypothermia in adults: NICE clinical guideline 65, 2008. http://www.nice.org.uk/CG065 (date last accessed 14 November 2012).

# EXHIBIT DX25

TO DECLARATION OF PETER J. GOSS IN
SUPPORT OF DEFENDANTS' MOTION TO
EXCLUDE PLAINTIFFS' ENGINEERING
EXPERTS

# FAEGRE BAKER DANIELS

IN THE HIGH COURT OF
JUSTICE

CLAIM NO: CR 2016-520

QUEENS BENCH DIVISION

IN THE MATTER OF
THE EVIDENCE (PROCEEDINGS IN OTHER JURISDICTIONS) ACT 1975

AND

IN THE MATTER OF CPR PART 34

AND

IN THE MATTER OF A CIVIL MATTER NOW PROCEEDINGS BEFORE THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF MINNESOTA ENTITLED AS FOLLOWS:

## IN RE: BAIR HUGGER FORCED AIR WARMING

**MDL NO. 15-2666(JNE/FLN)**

## PRODUCTS LIABILITY LITIGATION

Plaintiffs

## –v–

## 3M COMPANY AND ARIZANT HEALTHCARE INC.

Defendants

---

**EMAILS PROVIDED
BY DR PAUL MCGOVERN
VOLUME 1 OF 2
PAGES 1 - 493**

---



EXHIBIT
McGOVERN 1 A.
JAN 4, 17. LP

23/11/2016                          Gmail - FW: Turbulent flow from the hot dinosaur

 **Gmail**                                      **Paul McGovern <pdmcgovern@gmail.com>**

## FW: Turbulent flow from the hot dinosaur
4 messages

**Reed Mike (Northumbria Health Care NHS Trust)** <mike.reed@nhs.net>         11 February 2010 at 18:37
To: Paul McGovern <pdmcgovern@gmail.com>

Paul - can you send your latest version.
Cheers.
Mike

From: Val Edwards-Jones [v.e.jones@mmu.ac.uk]
Sent: 11 February 2010 14:27
To: saugustine@augbiomed.com; profdavidleaper@doctors.org.uk; robinhumble29@gmail.com; Reed Mike
(Northumbria Health Care NHS Trust)
Cc: kleland@augbiomed.com; malbrecht@augbiomed.com; rbenham@augbiomed.com; Laura.Ludman@roh.nhs.uk
Subject: Re: Turbulent flow from the hot dinosaur

Hi mike
Has paul inserted the particle data and other info into the data I sent to him following
the visit to ashington? The microbiology was negliable in fact when I need a hip or knee
replacement can you it?

Best
Val

-------------------------------------------
"Before acting on this email or opening any attachments
 you should read the Manchester Metropolitan University's
 email disclaimer available on its website
 http://www.mmu.ac.uk/emaildisclaimer"
-------------------------------------------
-----Original Message-----
From: "Reed Mike (Northumbria Health Care NHS Trust)" <mike.reed@nhs.net>
Cc: Val Edwards-Jones <99900253@gonner.all.adm.mmu.ac.uk>
Cc: Keith Leland <kleland@augbiomed.com>
Cc: Mark <malbrecht@augbiomed.com>
Cc: Randy Benham <rbenham@augbiomed.com>
To: Scott Augustine <saugustine@augbiomed.com>
To: Prof David Leaper <profdavidleaper@doctors.org.uk>
To: robinhumble29@gmail.com <robinhumble29@gmail.com>
Cc: Laura' 'Ludman <Laura.Ludman@roh.nhs.uk>

Sent: 11/02/2010 05:34:23
Subject: RE: Turbulent flow from the hot dinosaur

Scott - I am fully with you - the combined effect is what matters clinically. As a surgeon
I am unconcerned (although I am interested) as to whether the disruption is caused by one
or both methods.

I agree the DVD is compelling but there is no data to get it into a meeting or a journal.
What is needed is data to write abstracts for meetings and papers - that way the DVD will
get an audience. I don't think you can rely upon people stumbling across the hot dog stand
and seeing the DVD playing. If we took modeling (simple stuff - just a hot 29 degree mass
- suggest you don't model the actual forced air flow) then at least you could get it into
meetings. The rapid review panel need a paper to review. I'm at the American academy of
orthosurgeons in a couple of weeks presenting data - the impact of those meetings is huge
and even showing it there gives the data credibility. At this point it doesn't matter if
the heated drapes only turn out to represent 5% of the turbulence - at least people will
see the DVD clip on ppt, and the hot dog equivalent and get talking.

445

All that said I am keen to re-do / verify the smoke studies as per your plan 1 and 2. 61% of particles is very compelling - I guess my only concern with pushing this is that when we did this on a patient model in a real OR there were actually no particles - so I guess 61 % of that doesn't sound much.

Mike
From: Scott Augustine [mailto:saugustine@augbiomed.com]
Sent: 10 February 2010 17:47
To: robinhumble29@gmail.com; Reed Mike (Northumbria Health Care NHS Trust); 'Prof David Leaper'
Cc: v.e.jones@mmu.ac.uk; 'Ludman, Laura'; Keith Leland; Mark; Randy Benham
Subject: Re: Turbulent flow from the hot dinosaur

Mike,
If I understand the challenge, it is that you would like to determine the component of the laminar flow disruption caused by the warm upper surface of the Bair Hugger blanket/drape vsthe warm waste air escaping from under the drape edge under the operating table.

In short, we don't have any ideas on how to do this. IR imaging will not show the air currents since it "looks" at the heat radiating from objects but cannot "see" the temperature of the air. Computational Fluid Dynamics (CFD) ala Wim may be able to calculate the contributions of each but it requires a sophisticated CFD algorithm and a super computer. In the end, I'm not sure it is worth the effort. The combined effect is what matters clinically and that can be shown visually with smoke or measured with a particle counter and trace smoke. Interestingly, after more than a century of wind tunnel use, smoke is still the standard way to track an air current.

Since it is apparent looking at the DVD that there is a significant upward air current rising along side the table, clearly that component is a significant contributor to the laminar disruption. Alternatively, since the smoke seems to be dropping onto the table in the area of the "wound" presumably as it cools, the heating effect of the upper surface of the drapes must be relatively insignificant or the air over the "wound" would be rising, not falling. Further, a very rough calculation suggests that there might be 50 watts of heat coming off the upper surface of the drapes. This is in comparison the 80 watts radiating from the surgeon and 800 watts escaping from under the table. It seems to be a relatively minor contributor.

My suggestion for further research would be to start by basically replicating and thus verifying the research that we have done in our lab. Maybe not too exciting but practical and very useful.
1.) Use tracer smoke under the table and particle counting above the table (after-hours with a mannequin instead of a patient), both in a real laminar flow and non-laminar flow OR.
2.) In the UK laminar flow lab, replicate the DVD with smoke and laser lights.

I like this plan because we know the outcomes before we do the studies and yet they are scientifically and clinically important questions that need verification in multiple studies. I should mention that when we repeated the experiment of tracer smoke under the table and particle counting over the wound with BH on high and one person standing next to the table pretending to be a surgeon. This time we measured 61% of the particles ending up over the wound compared to the concentration under the table! We had a hose-end filter on the BH, so none of the particles were being emitted from the blower and all represented simply the "dirty air near the floor" being picked up by the waste heat and carried into the wound. The particles in the background laminar flow were essentially zero. Stunning!

I personally am not too excited about culturing the wound at the end of the case, either directly or by irrigation. Without having done a pilot study, this is a "crap shoot" that could go either way. I think it is important to consider that even if this type of study were to turn out positive, it could be considered to simply be another intermediate step similar to particle detection over the wound. In other words it does not conclusively answer the question of "does FAW cause wound infections?" Therefore, I'm not sure that it really adds enough to our case to take the risk of a negative study.

Ideas and comments?
Scott

On 2/10/10 5:58 AM, "Robin Humble" <robinhumble29@googlemail.com> wrote:
Mike,

This sounds like a good idea, perhaps we could do this in the Theatre in Bradford, thereby eliminating any thoughts that we are playing with our internal laminar flow theatre.

BTW, we should have a mattress to you within the next week or so.

Robin


Robin Humble

+44 7802 662727 (Mobile)
This message is confidential and/or may be privileged or protected by other legal rules and is intended for a particular recipient only. If you have received this message by mistake please notify us by return email. Do not copy this email message or disclose its contents to anyone else. Please then delete it from your system.
This message has not been encrypted. It may therefore be liable to compromise. It is your responsibility to scan this message for viruses. Viruses and compromises of security are inherent risks in relation to email. We do not accept any liability for any virus infection and/or external compromise of security in relation to transmissions by email.


From: Reed Mike (Northumbria Health Care NHS Trust) [mailto:mike.reed@nhs.net]
Sent: 09 February 2010 22:06
To: robinhumble29@gmail.com; 'Prof David Leaper'
Cc: 'Scott Augustine'; v.e.jones@mmu.ac.uk; 'Ludman, Laura'
Subject: RE: Turbulent flow from the hot dinosaur

I cannot seem to find out how it is easily measured although I think it can be quantified in "Reynolds". Perhaps the way forwards is to film the effect in smoke and then get these guys below to measure the effect in simulation and probably produce a nice visual demo. The laminar flow smoke filming studies could perhaps be done in Scott's mock up theatre although he may feel an independent source is more marketable.
Mike

http://www.ansys.com/products/fluid-dynamics/fluent/


From: Robin Humble [mailto:robinhumble29@googlemail.com]
Sent: 09 February 2010 18:15
To: Reed Mike (Northumbria Health Care NHS Trust); 'Prof David Leaper'
Cc: 'Scott Augustine'; v.e.jones@mmu.ac.uk; 'Ludman, Laura'
Subject: RE: Rapid Review Panel

Mike,

Scott was going to talk to the team in the US to see if they have some ideas, I'll remind him.

Robin


Robin Humble

+44 7802 662727 (Mobile)
This message is confidential and/or may be privileged or protected by other legal rules and is intended for a particular recipient only. If you have received this message by mistake please notify us by return email. Do not copy this email message or disclose its contents to anyone else. Please then delete it from your system.
This message has not been encrypted. It may therefore be liable to compromise. It is your responsibility to scan this message for viruses. Viruses and compromises of security are inherent risks in relation to email. We do not accept any liability for any virus infection and/or external compromise of security in relation to transmissions by email.


From: Reed Mike (Northumbria Health Care NHS Trust) [mailto:mike.reed@nhs.net]
Sent: 09 February 2010 14:06
To: robinhumble29@gmail.com; 'Prof David Leaper'
Cc: 'Scott Augustine'; v.e.jones@mmu.ac.uk; 'Ludman, Laura'

23/11/2016                                     Gmail - FW: Turbulent flow from the hot dinosaur

Subject: RE: Rapid Review Panel

Did anyone manage to find out methods of measuring / quantifying laminar flow disruption?

Mike

From: Robin Humble [robinhumble29@googlemail.com]
Sent: 09 February 2010 13:56
To: 'Prof David Leaper'; Reed Mike (Northumbria Health Care NHS Trust)
Cc: 'Scott Augustine'; v.e.jones@mmu.ac.uk; 'Ludman, Laura'
Subject: RE: Rapid Review Panel

David,

In my view the Bradford opportunity is a no brainer so to speak, we just need to know what
needs to be done to start the work there? I know that Clive Beggs is involved, but I have
no clue who runs the theatre of how it's accessed? Can you chase this with Val please as I
think Val has some access through a contact. Once we have can gain access we need to
develop the study so that it can be published.

The idea of sampling the wound was to address the ongoing question that we have regarding
the link between contaminated blowers, disruption of Laminar Flow and air being blown from
the dirty floor into the surgical site. It seemed to be a way to address this without
significant post operative surveillance, but again I defer to your experience and
knowledge here.

Robin


Robin Humble

+44 7802 662727 (Mobile)
This message is confidential and/or may be privileged or protected by other legal rules
and is intended for a particular recipient only. If you have received this message by
mistake please notify us by return email. Do not copy this email message or disclose its
contents to anyone else. Please then delete it from your system.
This message has not been encrypted. It may therefore be liable to compromise. It is your
responsibility to scan this message for viruses. Viruses and compromises of security are
inherent risks in relation to email. We do not accept any liability for any virus
infection and/or external compromise of security in relation to transmissions by email.

From: Prof David Leaper [mailto:profdavidleaper@doctors.org.uk]
Sent: 09 February 2010 09:56
To: Reed Mike (Northumbria Health Care NHS Trust)
Cc: robinhumble29@gmail.com; Scott Augustine; v.e.jones@mmu.ac.uk; Ludman, Laura
Subject: Re: Rapid Review Panel


This is clearly important. Scott and Robin how would you like to proceed? I am very
committed to this and clearly with Mike there is great interest and also further
commitment!

I think we have two outstanding orthopaedic centres who can help to make some answers. We
do need your support for this, particularly moving into Bradford and the experimental OR
with Val.



As ever,   David

----- Original Message -----

From: Reed Mike (Northumbria Health Care NHS Trust)
<mailto:mike.reed@nhs.net><mailto:mike.reed@nhs.net>

To: Prof David Leaper

<mailto:profdavidleaper@doctors.org.uk><mailto:profdavidleaper@doctors.org.uk> ;
robinhumble29@gmail.com

Cc: Scott Augustine <mailto:saugustine@augbiomed.com><mailto:saugustine@augbiomed.com> ;
v.e.jones@mmu.ac.uk; Ludman, Laura
<mailto:Laura.Ludman@roh.nhs.uk><mailto:Laura.Ludman@roh.nhs.uk>

Sent: Tuesday, February 09, 2010 9:46 AM

Subject: RE: Rapid Review Panel


We could certainly do some comparative work looking at bacteria around the wound comparing
the two warming methods. I think sampling air close to the wound - using a sterile version
of Val's air sampler would be possible and enough to convince the community. Either way we
would need ethics and thus it slows us down. Needs to be done though.

I have become increasing anxious in the last few days about the whole issue now that I
know (think) that there is no such thing as laminar flow with a Bair Hugger. I did my
first case using hot dog all the way through -pre/peri/post op yesterday (incidentally she
was very cold - around 35 - but she had a very unusual body shape so I'm sure it will work
on normal patients.)

Would it be possible to bring forward the Bradford laminar flow studies and include a
session on heat produced and air currents? I think this phenomenon could explain a lot. I
am under some pressure to use the pre-warming Bair paws system (which they say can be used
all the way through and thus saves money) and this now concerns me greatly. A visual demo
of the Bair Hugger issue, if it exists, would halt that push and conductive fabric /
mattresses would be the only way to go.

Mike


From: Prof David Leaper [profdavidleaper@doctors.org.uk]
Sent: 09 February 2010 09:19
To: robinhumble29@gmail.com
Cc: Reed Mike (Northumbria Health Care NHS Trust); Scott Augustine; v.e.jones@mmu.ac.uk;
Ludman, Laura
Subject: Re: Rapid Review Panel

Difficult. It's a bit of a long shot as it is obviously what is IN the wound
at the end of an operation which dictates what happens next. You could take
an impression plate of the wound just prior to closure, and of the
surrounding skin just before application of the dressing and 48 hours later
when the dressing is changed. If that could be speciated with an organism
from the Bair Hugger hose then....bingo!

It would not be a particularly difficult exercise to undertake.

Val might give her opinion but it's feasible that local microbiology might
be able to be involved but not with Val's expertise and facility!
As ever,   David
----- Original Message -----
From: "Robin Humble" <robinhumble29@googlemail.com>
To: "Prof David Leaper" <profdavidleaper@doctors.org.uk>
Sent: Monday, February 08, 2010 8:04 PM
Subject: Rapid Review Panel


> David,
> Hope you're well.
> We met with the RRP in London today to see how the Disruption study would
> stick. They seemed very interested but asked if we had anything published,
> particularly on the impact of disruption.
> Of course I informed them about our activities and then something came to
> me regarding a link to SSI and Orthopaedics.
> What about if we didn't wait for an infection but asked Mike to swab every
> wound following surgery? I am pretty sure Antibiotics do their bit

> immediately post op, but if we could culture some bugs following surgery
> and have access to the blower, we might see infections or bugs prior to
> their being treated with stat antibiotics or in the community?
> Also this may show that its perhaps not the blower but something else off
> the floor! What about randomly patients swabbed when warmed with Hot Dog,
> versus Bait Huggers?
> Forgive me if I am being stupid here, in my defence I have always thought
> that we would swab an infected wound once it shows up, rather than all
> wounds prior to closure.
> Crazy or not so crazy?
>
> Regards
>
> Robin
> Sent from my BlackBerry(r) wireless device
*************************************************************************************************

This message may contain confidential information. If you are not the intended recipient
please inform the
sender that you have received the message in error before deleting it.
Please do not disclose, copy or distribute information in this e-mail or take any action
in reliance on its contents:
to do so is strictly prohibited and may be unlawful.

Thank you for your co-operation.

NHSmailis the secure email and directory service available for all NHS staff in England
and Scotland
NHSmailis approved for exchanging patient data and other sensitive information with
NHSmailand GSI recipients
NHSmailprovides an email address for your career in the NHS and can be accessed anywhere
For more information and to find out how you can switch, visit
www.connectingforhealth.nhs.uk/nhsmail

*************************************************************************************************

*************************************************************************************************

This message may contain confidential information. If you are not the intended recipient
please inform the
sender that you have received the message in error before deleting it.
Please do not disclose, copy or distribute information in this e-mail or take any action
in reliance on its contents:
to do so is strictly prohibited and may be unlawful.

Thank you for your co-operation.

NHSmailis the secure email and directory service available for all NHS staff in England
and Scotland
NHSmailis approved for exchanging patient data and other sensitive information with
NHSmailand GSI recipients
NHSmailprovides an email address for your career in the NHS and can be accessed anywhere
For more information and to find out how you can switch, visit
www.connectingforhealth.nhs.uk/nhsmail

*************************************************************************************************

*************************************************************************************************

This message may contain confidential information. If you are not the intended recipient
please inform the
sender that you have received the message in error before deleting it.
Please do not disclose, copy or distribute information in this e-mail or take any action
in reliance on its contents:
to do so is strictly prohibited and may be unlawful.

Thank you for your co-operation.

NHSmailis the secure email and directory service available for all NHS staff in England

23/11/2016                                      Gmail - FW: Turbulent flow from the hot dinosaur

and Scotland
NHSmailis approved for exchanging patient data and other sensitive information with
NHSmailand GSI recipients
NHSmailprovides an email address for your career in the NHS and can be accessed anywhere
For more information and to find out how you can switch, visit
www.connectingforhealth.nhs.uk/nhsmail

*****************************************************************************************************

*****************************************************************************************************

This message may contain confidential information. If you are not the intended recipient
please inform the
sender that you have received the message in error before deleting it.
Please do not disclose, copy or distribute information in this e-mail or take any action
in reliance on its contents:
to do so is strictly prohibited and may be unlawful.

Thank you for your co-operation.

NHSmailis the secure email and directory service available for all NHS staff in England
and Scotland
NHSmailis approved for exchanging patient data and other sensitive information with
NHSmailand GSI recipients
NHSmailprovides an email address for your career in the NHS and can be accessed anywhere
For more information and to find out how you can switch, visit
www.connectingforhealth.nhs.uk/nhsmail

*****************************************************************************************************

*****************************************************************************************************

This message may contain confidential information. If you are not the intended recipient please inform the
sender that you have received the message in error before deleting it.
Please do not disclose, copy or distribute information in this e-mail or take any action in reliance on its contents:
to do so is strictly prohibited and may be unlawful.

Thank you for your co-operation.

NHSmail is the secure email and directory service available for all NHS staff in England and Scotland
NHSmail is approved for exchanging patient data and other sensitive information with NHSmail and GSI recipients
NHSmail provides an email address for your career in the NHS and can be accessed anywhere
For more information and to find out how you can switch, visit www.connectingforhealth.nhs.uk/nhsmail

*****************************************************************************************************

---

**Paul McGovern** <pdmcgovern@gmail.com>                          17 February 2010 at 21:32
To: "Reed Mike (Northumbria Health Care NHS Trust)" <mike.reed@nhs.net>

Have sent the latest version to Val, will have a further updated version by beginning of next week. Am doing a fairly
extensive re-write following your notes

Was there anything interesting shown up on the thermal imaging experiment?

Regards
Paul
[Quoted text hidden]
--
Paul McGovern

---

**Reed Mike (Northumbria Health Care NHS Trust)** <mike.reed@nhs.net>         18 February 2010 at 07:04
To: Paul McGovern <pdmcgovern@gmail.com>
Cc: "Patil Sunit (RTF) NHCT" <Sunit.Patil@northumbria-healthcare.nhs.uk>, Prof David Leaper
<profdavidleaper@doctors.org.uk>

Can I have a copy of the latest paper.

Yes – thermal imaging very interesting. Bair hugger drapes 29 degrees all over, hot dog equivalent 22 degrees. In my view that 29 degrees is enough to completely screw the laminar flow. There is also the issue of where the hot air goes from the forced air but I appreciate we didn't find bugs /particles in the field.

We need to repeat this with a better camera and do formal smoke studies in the Bradford laminar flow theatre. It is booked for Thurs 4th March. I'm sure expenses will be met. Could you and/or Sunit make it down there? Also can you give some thought to exactly what experiments need doing and let Prof Leaper and I know? Something along the lines of smoke and disruption of laminar flow and a better thermal imaging camera, comparing bair hugger and hot dog warming.

**From:** Paul McGovern [mailto:pdmcgovern@gmail.com]
**Sent:** 17 February 2010 21:33
**To:** Reed Mike (Northumbria Health Care NHS Trust)
**Subject:** Re: FW: Turbulent flow from the hot dinosaur

[Quoted text hidden]
[Quoted text hidden]

**Reed Mike (Northumbria Health Care NHS Trust)** <mike.reed@nhs.net>                    19 February 2010 at 11:08
To: "Patil Sunit (RTF) NHCT" <Sunit.Patil@northumbria-healthcare.nhs.uk>
Cc: Paul McGovern <pdmcgovern@gmail.com>, Prof David Leaper <profdavidleaper@doctors.org.uk>

I think that's a pretty good excuse!

They are now planning a meeting that day – rather than experiments so that is just fine. Can you try to get something onto paper though so they can have that for the meeting and build in time in the theatre schedule (and money/kit) to make sure it goes ahead. Suggest you work with Paul. If we get enough warning we can get you both there for the experiments. Feel free to phone anytime to discuss 07834 665847.

Mike

**From:** Patil Sunit (RTF) NHCT [mailto:Sunit.Patil@northumbria-healthcare.nhs.uk]
**Sent:** 19 February 2010 10:19
**To:** Reed Mike (Northumbria Health Care NHS Trust)
**Subject:** RE: FW: Turbulent flow from the hot dinosaur

Hi Mr. Reed,

I would love to be there on the 4th of March, but I would be on paternity leave at that point in time. I shall speak to paul and see if he can make it.

Sunit

        [Quoted text hidden]
        [Quoted text hidden]

        [Quoted text hidden]
        [Quoted text hidden]

        [Quoted text hidden]

[Quoted text hidden]

# EXHIBIT DX26

TO DECLARATION OF PETER J. GOSS IN
SUPPORT OF DEFENDANTS' MOTION TO
EXCLUDE PLAINTIFFS' ENGINEERING
EXPERTS

1        DR. KUMAR BELANI CONFIDENTIAL

2          UNITED STATES DISTRICT COURT

3            DISTRICT OF MINNESOTA

4    -------------------------------

     In re Bair Hugger Forced Air Warming

5    Products Liability Litigation

6                        MDL NO. 15-2666

                          (JNE/FLN)

7

8

     This Document Relates To:

9    All Actions

10   ---------------------------------

11              ***CONFIDENTIAL***

12          VIDEOTAPED DEPOSITION OF

13              DR. KUMAR BELANI

14            September 7, 2016

15                9:11 a.m.

16

17

18   Being held at: Children's Rehabilitation Center

19               426 Church Street SE

20               Minneapolis, MN

21

22

23

24   Reported by: Mari A. Skalicky

25   Job No. 112500

Page 46

1        DR. KUMAR BELANI CONFIDENTIAL
2    talk to us about the design.
3    Q. Do you recall which was the blanket that
4        you used?  You were talking about the
5        gentleman who came in pretty cold and used
6        one of the blankets?
7    A. Whatever was in the hospital, they just
8        took it and used it.
9    Q. Okay.
10   A. Yeah.
11   Q. Was that a -- I don't know if it matters,
12       but was that a patient that was involved
13       in -- that was an orthopedic procedure
14       or --
15   A. It was a trauma case that came in, was
16       getting a tracheostomy.  I think he had
17       broken his neck.  The blanket is used for
18       all patients, not just being an
19       orthopedic, so just to let you know in
20       case.
21   Q. Tell me about your ongoing relationship
22       with Dr. Augustine.
23   A. He -- he's still a colleague and a friend.
24       He does come to the university and meets
25       with us, and so I see him every now and

Page 47

1        DR. KUMAR BELANI CONFIDENTIAL
2    then.
3    Q. When you all were working together, were
4        either you in a supervisory role of him,
5        or was he in a supervisory role of you, or
6        were you lateral colleagues?
7    A. For what?
8    Q. In anesthesia.  In a work --
9    A. We were colleagues.  We were colleagues.
10   Q. Okay.  Not -- no one had a supervisory
11       role over the other?
12   A. We were colleagues.  At some point, I was
13       the head of the department, so he could
14       have been below me, but -- but I don't
15       remember anything of concern.
16   Q. You say you still have a relationship with
17       him?
18   A. Yeah.
19   Q. Can you describe that relationship?
20   A. We see -- we see each other at meetings,
21       and he did give a grand round to our
22       department about a year ago, so -- and we
23       do have -- we're trying to establish, you
24       know, some sort of research relationship
25       so that we keep doing projects for not

Page 48

1        DR. KUMAR BELANI CONFIDENTIAL
2    just him but different companies in town.
3        So we have --
4    Q. You're trying --
5    A. We have such relationships with as many
6        companies as we can.
7    Q. You said you're trying to have a -- to
8        establish a research relationship?
9    A. Yeah.  My -- my chairman is, yeah.
10   Q. With Dr. Augustine?
11   A. With the company, yeah.
12   Q. With his company?
13   A. Yeah.
14   Q. Which company?
15   A. The one he has.
16   Q. Do you know the name?
17   A. Well, it's -- whatever it's called.
18       Augustine, something.  Yeah.
19   Q. He's got several, so ...
20   A. Yeah.
21   Q. That's what I'm asking.  Is it
22       Augustine --
23   A. I don't know the --
24   Q. -- Temperature Management?
25   A. It could be.

Page 49

1        DR. KUMAR BELANI CONFIDENTIAL
2    Q. Do you currently have some sort of written
3        agreement?
4    A. None.
5    Q. Or a letter of understanding concerning --
6    A. No.
7    Q. -- that research relationship?
8    A. I don't.  I don't.  My chairman might, but
9        I don't.
10   Q. And when you say "we," are you talking
11       about you in particular or the department?
12   A. Just me.  Just me.
13   Q. All right.  Why are you trying to have
14       a -- establish a research relationship
15       with --
16   A. It's just --
17   Q. -- Scott Augustine?
18   A. It's not only with him.  It's with
19       every -- as many biomedical companies as
20       we can.  It's to increase research
21       productivity.
22   Q. Okay.  Tell me about specifically why with
23       his company.
24   A. Because we know him.
25   Q. Are there any current research projects

Page 182

1    DR. KUMAR BELANI CONFIDENTIAL
2    here (indicating).  The light is here
3    (indicating), and the field is there.
4    Q.  Was there consideration of moving the
5       lights around --
6    A.  I don't think so.
7    Q.  -- in running the test?
8    A.  I think they put them where they should
9       be, but they didn't read on any tests with
10      changing the light position.
11   Q.  That's what I'm asking.  Did they consider
12      changing --
13   A.  They may have.
14   Q.  -- the location of the lights --
15   A.  They may have --
16   Q.  -- when running the test?
17   A.  -- but I don't remember discussing it.
18   Q.  Do you know who was running the bubble
19      generator over there --
20   A.  Don't know.
21   Q.  -- during that time?
22   A.  Don't know.  Must be --
23   Q.  Did you get --
24   A.  It must be the same.  Albrecht.
25   Q.  Did you have any discussions with the

Page 183

1    DR. KUMAR BELANI CONFIDENTIAL
2    co-authors about how they conducted the
3    study other than what's reflected --
4    A.  No.
5    Q.  -- in the article?  Let's talk about your
6       third study.  And --
7       MS. CONLIN:  What's the exhibit
8       number?
9    A.  No. 5.
10   BY MS. LEWIS:
11   Q.  No. 5.
12      MS. LEWIS:  Jan, I've got it down, so
13      I'll remember.
14   BY MS. LEWIS:
15   Q.  Dr. Belani, this study is the first study
16      in which you were involved.  Right?
17   A.  Mm-hmm.  (Nods head up and down.)
18   Q.  With Mark Albrecht.  Correct?
19   A.  Correct.
20   Q.  Do you remember details about -- since
21      this is the first study -- I know you sort
22      of talked about generally how Mark
23      Albrecht first approached you --
24   A.  Mm-hmm.
25   Q.  -- and said, "I want you to participate in

Page 184

1    DR. KUMAR BELANI CONFIDENTIAL
2    this study."  Is there anything unique
3    about that first conversation as we're
4    about to talk about this study?  Since
5    this study is about filtration, is
6    there --
7    A.  Yeah.
8    Q.  -- anything unique that you remember him
9       saying about why he wanted you involved in
10      a filter study?
11   A.  I don't remember exactly why he wanted to
12      be involved, but I do remember telling him
13      to include several hospitals and pick up
14      the Bair Huggers that are used in the
15      hospitals at that time currently, and to
16      look at the filters to see how they -- how
17      they -- how they are actually performing,
18      and to do the running in the operating
19      room itself.
20      So that was my main contribution to
21      this study, is to --
22   Q.  Was --
23   A.  -- give them the suggestion of looking at
24      several hospitals, picking up the Bair
25      Huggers as they're being used, and just

Page 185

1    DR. KUMAR BELANI CONFIDENTIAL
2    get them and test them, so that it's an
3    on-the-spot testing.
4    Q.  Why did you make that suggestion?
5    A.  Because that tells you the real life
6       situation for a clinician.  That's what's
7       important.
8    Q.  And this test was done here in Minnesota.
9       Right?
10   A.  Yeah.  Yeah.  Minnesota, yeah.
11   Q.  Were you involved in the conduction of the
12      study?
13   A.  No.  I -- I gave them the idea, and they
14      came to the stuff that was done in our
15      operating rooms.  I was there for that
16      part.  But what they did in the other
17      hospitals was probably similar to what we
18      did, and they did -- so they checked those
19      Bair Huggers in different operating rooms
20      in different hospitals.
21   Q.  Why were you interested in a filtration
22      study?
23   A.  It's something -- it's an inquisitive
24      mind.  We all -- we all have -- you know,
25      we -- I learned a lot from doing the

Page 186

DR. KUMAR BELANI CONFIDENTIAL

1 study.  I learned about the filters.  I
2 learned about air.  I learned about this
3 whole thing.  So it's -- it's -- it just
4 keeps the mind stimulated.
5 Q.  And that's why you were involved?
6 A.  Yeah.  Just like anything else that we do
7 in research.
8 Q.  It's just a --
9 A.  Keep our minds --
10 Q.  -- because a research project --
11 A.  Keep our minds stimulated; lead to another
12 project; improve, with the ultimate goal
13 of patient safety.
14 Q.  Before this study, were you concerned
15 about patient safety?
16 A.  Always.
17 Q.  With respect to air warming devices,
18 patient warming devices?
19 A.  Patient warming, yeah.
20 Q.  Well, patient warming is a little bit
21 different from patient warming devices.  I
22 know that with respect to patient warming,
23 you're concerned about inadvertent
24 hypothermia, which we've talked about
25

Page 187

DR. KUMAR BELANI CONFIDENTIAL

1 earlier.
2 A.  Or hyperthermia.  Either hypo or hyper.
3 Q.  Correct.
4 A.  Yeah.
5 Q.  And so that's one issue.  The other thing
6 I wanted -- which is different, is the
7 devices that are used to maintain -- help
8 maintain normothermia.
9 A.  So this -- anything that does with patient
10 safety, whether it's to do with devices,
11 drugs, interests all of us in anesthesia.
12 Q.  Had you voiced any concern about the use
13 of the Bair Hugger before you met Mark
14 Albrecht?
15 A.  No.
16 Q.  All right.  So for this particular
17 study --
18 A.  The only concern, I think, was that some
19 patients were getting overheated
20 earlier --
21 Q.  Mm-hmm.
22 A.  -- from my observations, so we had to make
23 sure that we didn't overheat patients, and
24 we did monitor.
25

Page 188

DR. KUMAR BELANI CONFIDENTIAL

1 Q.  Did you have any other concerns about --
2 A.  That was one -- that was one concern.
3 Q.  I'm sorry?
4 A.  That was the main concern that we had.
5 Q.  Did you have any other concern about
6 patient safety with patient warming
7 devices before Mark Albrecht approached
8 you?
9 A.  We were also concerned about warming
10 blood, and we used to warm blood with
11 microwaves, and then we figured out that
12 microwave was damaging red cells.  So like
13 that, we were involved with equipment
14 also.
15 Q.  With respect to not fluid-warming devices,
16 but --
17 A.  You were asking about the -- whether we
18 had any interest in medical devices.  We
19 do.
20 Q.  Now, let me get -- I want to get really
21 specific.
22 A.  Okay.
23 Q.  I'm talking about patient-warming devices.
24 Not fluid-warming --
25

Page 189

DR. KUMAR BELANI CONFIDENTIAL

1 A.  Mm-hmm.
2 Q.  -- devices, but patient-warming devices.
3 You've talked about overwarming.  Did you
4 have any other concern about use of
5 patient-warming devices before you met
6 Albrecht?
7 A.  We -- during my reading at that time, I
8 heard about people getting burns from
9 water blankets, so I knew a little bit
10 about that.  So we're always concerned.
11 Q.  Any other concern that you had about a
12 patient-warming device other than what
13 you've already told me?
14 A.  No.  So we learned about this when Mark
15 came and spoke about it.
16 Q.  So Mark Albrecht came to you and said,
17 "I'm doing a filtration study; I'd like
18 you to be involved"?
19 A.  Correct.
20 Q.  What else did he say about the filtration
21 study and why he wanted to do a filtration
22 study?
23 A.  He -- he just wanted to come and check the
24 filters to see how they were working, and
25

# EXHIBIT DX27

TO DECLARATION OF PETER J. GOSS IN
SUPPORT OF DEFENDANTS' MOTION TO
EXCLUDE PLAINTIFFS' ENGINEERING
EXPERTS



# UNIVERSITY OF MINNESOTA

## Notice of Grant or Contract Award
Sponsored Projects Administration

**Print Date:** 1/6/2011
**Page:** 1 of 3
**Award:** CON000000029837
**Primary Project:** 00022164
**PRF #:** 681774

(Online Page Navigation. Main Menu > Grants >Awards > UM_NOGA Report)

---

**AWARD INFORMATION** (Online Page Navigation. Main Menu > Grants > Awards >Award Profile)

| | | | |
|---|---|---|---|
| **Award Start Date:** | 01/03/2011 | **Award End Date:** | 02/28/2011 |
| **Funds Approved to Date:** | $5,000 00 | | |
| **Principal Investigator:** | Belani,Kumar G | **Award Type:** | Contract |
| **Primary Project Dept:** | ANES Admin | **Purpose:** | Research |
| **Sponsor:** | Augustine Biomedical & Design, LLC | | |
| **Sponsor Award #:** | Evaluation of Patient Warming | | |
| **Award Title #:** | Evaluation of Patient Warming Excess Heat on Ventilation | | |

---

**ASSOCIATED PROJECTS** (Online Page Navigation  Main Menu > Grants >Awards > Award Profile – Funding Tab)

**Project #:** 00022164    **Department:** 11724 - ANES Admin
**Project PI:** Belani,Kumar G    **Dates:** 01/03/2011 - 02/28/2011    **Project Title:** Evaluation of Patient Warming
**F&A:** 51.00  MTDC    **EFFDT:** 01/03/2011

**AWARD HISTORY** (Online Page Navigation  Main Menu > Grants > Awards > Review Award Modifications)
(Displayed in action order ('Mod Issue Date' in descending order))

**Reference Award#:** Evaluation of Patient Warming    **Amount:** $5,000 00
**Period:** 1    **Begin Date:** 01/03/2011  **End Date:** 02/28/2011
**Modification Seq:** 1    **Modification Type:** Original    **Mod Issue Date:** 01/06/2011
**Comments:**

This is a fixed price research project

The project shall continue until completion

SFR shall invoice sponsor for $2,500 upon NOGA set up   The final payment is due based upon the results of initial testing and the option of sponsor to terminate.  The PI should notify SFR when the final payment is earned, and the appropriate amount.

**ESTIMATED FUTURE FUNDING / ACTIONS** (Online Page Navigation· Main Menu > Grants > Awards > Review Award Modifications)
(Displayed by 'Period' and 'Modification Sequence' in ascending order)

**COMMENTS**
**Description:**    **Entered by:** HAIN0083    **Date & Time:** 1/5/2011 1 55 PM
Date and Time Stamp indicates Proposal-to-Award Process

**Description:**    **Entered by:** HAIN0083    **Date & Time:** 1/5/2011 1·55 PM
Sponsor Contact.
Mark Albrecht
Clinical Research Manager
Augustine Biomedical + Design, LLC
6581 City West Parkway
Eden Prairie, MN 55344
malbrecht@augbiomed com



**BUDGET INFORMATION** (Online Page Navigation  Main Menu > Grants>Awards>Project Budget)
Please review online budget for valid account string combinations (ex. PCBU, Activity, Fund, Dept_Id, Project, Account)

**Project #:** 00022164    **Cost Share Budget Total:**
**Project Start Date:** 01/03/2011    **Project End Date:** 02/28/2011
**ICR Sharing    Department:** ANES Admin    **Percentage:** 100 00

| Period | Start Date | End Date | Direct Cost (Approved) | F & A Cost (Approved) | Direct Cost (Pending) | F & A Cost (Pending) | Total Period Cost |
|---|---|---|---|---|---|---|---|
| 1 | 01/03/2011 | 02/28/2011 | $3,311 00 | $1,689 00 | $0 00 | $0 00 | $5,000 00 |

12
4-12
40



# UNIVERSITY OF MINNESOTA

## Notice of Grant or Contract Award
Sponsored Projects Administration

(Online Page Navigation. Main Menu > Grants >Awards > UM_NOGA Report)

**Print Date:** 1/6/2011
**Page:** 2 of 3
**Award:** CON000000029837
**Primary Project:** 00022164
**PRF #:** 681774

| Period | Start Date | End Date | Direct Cost (Approved) | F & A Cost (Approved) | Direct Cost (Pending) | F & A Cost (Pending) | Total Period Cost |
|--------|-----------|----------|------------------------|------------------------|------------------------|----------------------|-------------------|
| **TOTAL** | | | $3,311 00 | $1,689 00 | $0 00 | $0.00 | $5,000 00 |

### Budget Detail (all periods)

| Fund Code | DeptID | Program Code | Chartfield 1 | Chartfield 2 | Fin EmplID | Activity | Analysis Type | Account | Cost Share | Budget Item | Amount | Hold |
|-----------|--------|--------------|--------------|--------------|------------|----------|---------------|---------|------------|-------------|--------|------|
| 3000 | 11724 | | | | | 1 | BUD | 700100 | | FACULTY_SALARY | $2,396 00 | |
| 3000 | 11724 | | | | | 1 | BUD | 710100 | | FACULTY_FRINGE | $798 00 | |
| 3000 | 11724 | | | | | 1 | BUD | 720200 | | LABMED_SUPPLIES | $117 00 | |
| 3000 | 11724 | | | | | 1 | BUD | 810500 | | FACADM | $1,689 00 | |

---

## TERMS & CONDITIONS (Online Page Navigation Main Menu > Grants >Awards > Award Profile – Terms Tab)

### APV - Additional Approval

APV02 -   Prior sponsor approval required to transfer the actual performance of substantive work to a third party

APV07 -   Prior sponsor approval required for changes to key personnel that would impact the scope of work

### FIS - Fiscal

FIS04 -   No reversion of funds

FIS09 -   When a study is completed, all expectations met and revenue received, the PI should request this account be inactivated via the process for closing out fixed price awards.

### PUB - Publications

PUB04 -   Unrestricted right to publish, copy to sponsor

### UMN - U of M Requirements

UMN01 -   The U of M Effort Certification system must be used to reflect all U of M staff committed effort on this award, whether or not any salary is charged to the award

UMN02 -   Salary cost transfers cannot be made after effort is submitted

UMN03 -   All U of M Policy and Guidelines relating to research must be followed and can be read in detail on the web at http://www.ospa.umn.edu/policiesandprocedures/index.htm

UMN04 -   U of M Cost Transfer guidelines state transfers of non-salary expenses on accounts be clearly documented & made within 30 days after the end of the accounting period the charge was processed.

---

## INVOICE/BILLING INFORMATION

| | | | |
|---|---|---|---|
| **Basis of Payment:** | FIXED_PRICE | **Method of Payment:** | Check |
| **Invoice Form:** | GPC - I_FXPRC | | |
| **Interim Invoice Deadline:** | 30 | **Final Invoice Deadline:** | 30 |

**Contact Name:**   Mark Albrecht

**UNIVERSITY OF MINNESOTA**

## Notice of Grant or Contract Award
Sponsored Projects Administration

**Print Date:** 1/6/2011
**Page:** 3 of 3
**Award:** CON000000029837
**Primary Project:** 00022164
**PRF #:** 681774

(Online Page Navigation: Main Menu > Grants >Awards > UM_NOGA Report)

| | |
|---|---|
| **Contact Phone:** | |
| **Contact Fax:** | |
| **Contact Email:** | malbrecht@augbiomed com |
| **Contact Address:** | |
| | 6581 CITY WEST PKWY |
| | EDEN PRAIRIE       MN     55344-3248 |

### FINANCIAL REPORTING

**Report Form ID:**
**Interim Reporting Deadline:** 0

**Reporting Frequency:** No Reporting Required
**Final Reporting Deadline:** 0

### GENERAL PROVISIONS

This document is intended to provide guidance in managing this award, to the Principal Investigator, Academic Unit, and to those who are noted as receiving this document. Its intent is to provide general information regarding University and sponsor policies when given the award. In addition, it is intended to reference specific conditions related to this award. Specific questions should be addressed to the grant administrator from SPA noted below. By accepting this award, the Principal Investigator acknowledges and agrees to abide by all provisions of the sponsoring agency and the University of Minnesota policies related to sponsored projects management, including the Code of Conduct

### U OF M CONTACTS
**Administrative questions to SPA staff member:** Laura Williams        612/625-9601  will478@umn edu
**Billing and financial questions to SFR:**        Kerry Marsolek        612/624-8053  kerry@umn.edu

# RESEARCH AGREEMENT

This Research Agreement ("Agreement") dated as of the 3rd day of January, 2011 is by and between Augustine Biomedical + Design, LLC. **("Sponsor")** and the Regents of the University of Minnesota, a Minnesota constitutional corporation, **("Institution")** to conduct the research study (the "Study") entitled " Evaluation of Patient Warming Excess Heat on Ventilation Performance: A Randomized Trial of Forced Air Warming versus Conductive Fabric Warming "

In consideration of the premises and mutual promises and undertakings herein contained, the parties hereto agree as follows:

1. **DEFINITIONS**
   1.1   "Research Partner" means Kumar Belani, an employee of the Institution
   1.2   "Protocol" means the Protocol attached hereto as Exhibit A.

2. **TERM AND TERMINATION**

   2.1   This Agreement shall be effective as of the signature date.

   2.2   This Agreement shall remain in effect until all work under this Agreement has been completed.

   2.3   Either party may terminate this Agreement for any reason upon written notice to the other.

3. **SCOPE AND CONDUCT OF STUDY**

   3.1 Institution agrees to perform the Study jointly with researchers from the Sponsor in accordance with the Protocol attached to this Agreement and incorporated herein by reference. Institution's specific responsibilities as a partner in this research include:

   - Granting Sponsor Access to laminar flow operating theater to perform said research, including:
     - Providing access to operating theater for 2 research periods consisting of ½ day each, and;
     - Having Research Partner on hand to assist with the research during those periods.
     - For the first ½ day, initial work will be to evaluate air-flow characteristics of the operating theater.
       - After air-flow evaluation, the Sponsor will determine if the Study will be continued.  A written termination letter will be provided by the Sponsor if the study is to be terminated at this time.

   3.2 Sponsor agrees to hold in confidence and not release or commercialize to any third party all

information and data not related to the Study gained as a result of its access to the protocol or University facilities.

3.3 Sponsor agrees to control and remain responsible for Sponsor employees or agents while at University facilities, and the parties each agree each to be responsible for any losses or damages suffered by its employees or agents during their performance, such amounts not to exceed the amount due under this Agreement.

## 4. SUPPLY OF MATERIALS

4.1 Institution agrees to provide surgical supplies, including surgical drapes and warming blankets, as listed in the budget of the attached Protocol.

## 5. PAYMENT

5.1 Initial payment by Sponsor to Institution consisting of the estimated costs of the surgical supplies in the Protocol budget will be made upon receipt of this fully executed contract.

5.2 Payment by Sponsor to Institution consisting of the remaining budget balance will be made 30 days after completion of the 2nd (final) research period as described in section 3 above or 30 days after completion of the air-flow evaluation if the Sponsor chooses to terminate the study at that time. In the event of such a Sponsor initiated termination, Sponsor will only be responsible for costs associated with the air-flow evaluation portion of the protocol budget.

## 6. PUBLICATION

Institution reserves the right to publish the data from its performance of the Study.

IN WITNESS WHEREOF, each party has caused this Agreement to be signed by its duly authorized officer as of the day and year written above.

| AUGUSTINE BIOMEDICAL + DESIGN, LLC | REGENTS OF THE UNIVERSITY OF MINNESOTA |
|---|---|
| Sponsor | Institution |
| By: | By: |
| Date 1/3/2010 | Date 1/5/11 |
| Name: Mark Albrecht | Name: Edward F. Wink |
| Title: Clinical Research Manager | Title: Associate Director, Office of Sponsored Projects Administration |

READ AND UNDERSTOOD:

Kumar Belani

By: Kumar Belani, Research Partner
Date 1/4/2011

information and data not related to the Study gained as a result of its access to the protocol or University facilities.

3.3   Sponsor agrees to control and remain responsible for Sponsor employees or agents while at University facilities, and the parties each agree each to be responsible for any losses or damages suffered by its employees or agents during their performance, such amounts not to exceed the amount due under this Agreement.

**4.     SUPPLY OF MATERIALS**
4.1 Institution agrees to provide surgical supplies, including surgical drapes and warming blankets, as listed in the budget of the attached Protocol.

**5.     PAYMENT**

5.1 Initial payment by Sponsor to Institution consisting of the estimated costs of the surgical supplies in the Protocol budget will be made upon receipt of this fully executed contract.

5.2 Payment by Sponsor to Institution consisting of the remaining budget balance will be made 30 days after completion of the 2nd (final) research period as described in section 3 above or 30 days after completion of the air-flow evaluation if the Sponsor chooses to terminate the study at that time.  In the event of such a Sponsor initiated termination, Sponsor will only be responsible for costs associated with the air-flow evaluation portion of the protocol budget.

**6.     PUBLICATION**
Institution reserves the right to publish the data from its performance of the Study.

IN WITNESS WHEREOF, each party has caused this Agreement to be signed by its duly authorized officer as of the day and year written above.

| AUGUSTINE BIOMEDICAL + DESIGN, LLC | REGENTS OF THE UNIVERSITY OF MINNESOTA |
|---|---|
| Sponsor | Institution |
| By: | By: |
| Date   1/4/2016 | Date |
| Name:   Mark Albrecht | Name: |
| Title:   Annual Research Manager | Title: |

READ AND UNDERSTOOD:

By:  Kumar Belani, Research Partner
Date

# Evaluation of Patient Warming Excess Heat on Ventilation Performance: A Randomized Trial of Forced Air Warming versus Conductive Fabric Warming.

## Study Protocol:

Prepared for Dr. Belani, University of Minnesota, by Mark Albrecht and Tom Neils

# Introduction

Operating room (OR) ventilation plays a critical role in preventing surgical site infection (SSI) by protecting the operative site from microbial-laden dust, lint, skin squames, and respiratory droplets resident in OR air.[1-7] OR ventilation systems are classified as either conventional or laminar based upon their design:  Conventional systems supply a turbulent airflow filtered to an efficiency of ≥90%;[1] laminar systems direct a uniform velocity airflow (0.3 to 0.5 m/s) over the surgical site filtered to an efficiency of ≥99.97% to sweep away contaminants.[8]  Laminar ventilation offers added protection from airborne contaminants and is typically utilized for contamination sensitive operations, such as the implantation of prosthetics.[9]  Recent research has challenged the use of forced air warming products in the OR due to the risks of contaminants in the vented airflow compromising the sterility of the surgical site.[10-14]  However, these studies did not consider a second, but equally important source of surgical site contamination, namely the disruption of OR ventilation due to vented excess heat from forced air warming.

The vented airflow from forced air warming is released at 43°C, which is often 20°C above ambient OR conditions and can contribute upwards of 800 watts of excess heat in close proximity to the surgical site.[1,15]  Given that ventilation airflows are fragile and highly sensitive to flow obstructions (e.g. surgical lights, personnel) and thermals (heated air),[16,17] the release of such thermal energy has the potential to generate temperature gradients that impede the downward flow velocity of the OR ventilation system.  Further, reductions in downward flow velocity have been shown to have effects on contaminant entrainment into the surgical site[18] and, thus, can affect the sterility of the surgical site.  Moreover, excess heat may also create convection currents capable of rising against the downward ventilation airflow that mobilize non-sterile floor air towards the surgical site.

Air-free alternatives, such as conductive fabric warming, have been developed that are comparably effective to forced air warming for the prevention of surgical hypothermia.[19-25]  These alternatives have been shown to have much higher thermal efficiencies than forced air warming and, therefore, release only

---

[1] Bair Hugger® Therapy - Warming Units & Accessories [Internet].  [cited 2010 Jan 22];Available from:

http://www.arizant.com/us/bairhuggertherapy/warmingunits

a fraction of the excess heat.[18]  As such, there is a need to critically assess the impact of forced air warming versus air-free alternatives on ventilation performance.

## Research Question

Does patient warming excess heat compromise ventilation performance (the clean airflow patterns over the surgical site)?  If so, how does the magnitude of excess heat released by different patient warming systems affect ventilation performance?

## Experimental Design

To evaluate the research question posed, we suggest a randomized replicated factorial design evaluating ventilation disruption due to the experimental factors of:

- 3-level Factor Patient Warming System:  Forced Air Warming; Conductive Fabric Warming; Control (no warming)
- 2-level Factor Surgical Staff:  Surgical Staff Present (maybe 2 people); No Surgical Staff
- 2-level Factor Surgical Drape Position:  Anesthesia screen; No Anesthesia screen
- 2-level Factor Surgical Lights:  Surgical lights present overhead; Surgical lights moved to the side

We propose this be done during a "mock" orthopedic surgery of the spine, knee, or hip, involving a mannequin and theater staff in clinical dress.  The choice of surgery will depend on which setup is deemed more susceptible to the effects of patient warming excess heat.  The inclusion of surgical staff, surgical drape position, and surgical lights as factors was deemed important from prior research (yet to be published), where all of these environmental factors were found to have a large influence on ventilation disruption due to the effects of patient warming excess heat.  Also, these factors are inherent to orthopedic surgeries.

## Measurements/Assessments

We propose that the following methodologies be used to quantify ventilation performance:

- Airflow pattern visualization via neutrally buoyant detergent bubbles.  Time lapsed photography and high intensity lighting will be employed to record airflow patterns depicted by the "bubbles".
- **(Optional, but Recommended)** Particle entrainment of the surgical site via tracer particle challenge.  Low levels of $0.3\mu m$ glycol tracer particle (OR ventilation friendly) will be introduced under the surgical drape at floor level and particle counting will be employed to measure the amount of tracer reaching the surgical site.  Given that the tracer particle is introduced into high risk areas that are assumed to be contaminated with fomites/bacteria shed from the surgical staff, particle counts are used as a surrogate measure of fomite/bacteria mobilization risks during an operation.

## Outcomes/Statistics

A negative binomial regression model (for counts data) will be employed to determine the statistical significance of experimental factor effects.  Direct modeling of the following responses is possible:

- "Bubbles" counted in a pre-determined area of the photograph above the surgical site.
- Particle counts in the surgical site, which depict the quantity of floor-level under-drape tracer mobilized into the surgical site.

Given that this study is not a clinical trial assessing the efficacy of a medical intervention, study powering is unnecessary. The sampling plan will be to collect at least n=2 replicates of the factorial design. The data will be analyzed at that point and the experimental design will be augmented with additional randomized replicates to reduce the dispersion of model parameters to an acceptable level (if needed). The experiment will be terminated when sufficient data has been collected to identify the significance of important factor effects of interest.

# Budget Proposal

The proposed budget will include the necessary surgical disposables, physician's time, and use of the University's facilities. An initial air-flow evaluation will be conducted in order to determine if the operating rooms have air-flow characteristics which are of interest to the Study. If the operating room air flows air determined to be adequate the Study will be continued through completion. If the operating room air flow is deemed inadequate for the Study, the Study will be terminated after the Air-Flow Evaluation has been conducted.

**Operating Room Air-flow evaluation: $2,500**
To include:
- 1 day access to operating room employing up to date laminar flow ventilation system
- Physician's time
- Surgical Disposables – drape kits for spine, knee and hip surgeries.

- FAW disposables (Bair Hugger) – Lower body blankets, Upper body blankets, Full Body blankets, Thoracic access blankets.

- University Overhead: $1,250

**Formal Study & Data collection**: $2,500
To include:
- 1 day access to operating room employing up to date laminar flow ventilation system
- Physician's time

- Disposables and drapes will be kept and re-used from the air-flow evaluation test.

- University Overhead: $1,250

**Budget Total**: $5,000

# References

1. Mangram AJ, Horan TC, Pearson ML, Silver LC, Jarvis WR. Guideline for Prevention of Surgical Site Infection, 1999. Centers for Disease Control and Prevention (CDC) Hospital Infection Control Practices Advisory Committee. Am J Infect Control. 1999 Apr;27(2):97-132.

2. Ayliffe GAJ. Role of the Environment of the Operating Suite in Surgical Wound Infection. Rev Infect Dis. 1991 Oct;13:S800-S804.

3.    Noble WC, Habbema JD, van Furth R, Smith I, de Raay C. Quantitative studies on the dispersal of skin bacteria into the air. J Med Microbiol. 1976 Feb;9(1):53-61.

4.    Whyte W, Lidwell OM, Lowbury EJ, Blowers R. Suggested bacteriological standards for air in ultraclean operating rooms. J Hosp Infect. 1983 Jun;4(2):133-139.

5.    Noble WC. Dispersal of skin microorganisms. Br J Dermatol. 1975 Oct;93(4):477-85.

6.    Sciple GW, Riemensnider DK, Schleyer CAJ. Recovery of Microorganisms Shed by Humans into a Sterilized Environment. Appl Microbiol. 1967 Nov;15(6):1388-1392.

7.    Mills SJ, Holland DJ, Hardy AE. Operative field contamination by the sweating surgeon. Aust N Z J Surg. 2000 Dec;70(12):837-839.

8.    Chow TT, Yang XY. Ventilation performance in operating theatres against airborne infection: review of research activities and practical guidance. J Hosp Infect. 2004 Feb;56(2):85-92.

9.    Lidwell OM. Air, antibiotics and sepsis in replacement joints. J Hosp Infect. 1988 May;11 Suppl C:18-40.

10.    Leaper D, Albrecht M, Gauthier R. Forced-air warming: a source of airborne contamination in the operating room? Orthop Rev. 2009 Dec 3;1(2):e28.

11.    Albrecht M, Litchy M, Gauthier R, Belani K, Leaper D.  Forced Air Warming Blowers – An Evaluation of Filtration Adequacy and Airborne Contamination Emissions in the Operating Room.  Am J Infect Control; "In Press"

12.    Avidan MS, Jones N, Ing R, Khoosal M, Lundgren C, Morrell DF. Convection warmers--not just hot air. Anaesthesia. 1997 Nov;52(11):1073-6.

13.    Baker N, King D, Smith EG. Infection control hazards of intraoperative forced air warming. J Hosp Infect. 2002 Jun;51(2):153-4.

14.    Bernards AT, Harinck HIJ, Dijkshoorn L, van der Reijden TJK, van den Broek PJ. Persistent Acinetobacter baumannii? Look inside your medical equipment. Infect Control Hosp Epidemiol. 2004 Nov;25(11):1002-4.

15.    Bayazit Y, Sparrow EM. Energy efficiency comparison of forced-air versus resistance heating devices for perioperative hypothermia management. Energy. 2010 Mar;35(3):1211-1215.

16.    Brohus H, Balling KD, Jeppesen D. Influence of movements on contaminant transport in an operating room. Indoor Air. 2006 Oct;16(5):356-372.

17.    Whyte W, Shaw BH. The Effect of Obstructions and Thermals in Laminar-Flow Systems. J Hyg (Lond). 1974 Jun;72(3):415-423.

18.    Chow TT, Yang XY. Ventilation performance in the operating theatre against airborne infection: numerical study on an ultra-clean system. J Hosp Infect. 2005 Feb;59(2):138-147.

19.    Wong PF, Kumar S, Bohra A, Whetter D, Leaper DJ. Randomized clinical trial of perioperative systemic warming in major elective abdominal surgery. Br J Surg. 2007 Apr;94(4):421-426.

20.    Wong PF, Kumar S, Leaper DJ. Systemic warming as an adjunct to resuscitation in peritonitis: a pilot, randomized controlled trial. Surg Infect (Larchmt). 2007 Jun;8(3):387-395.

21.    Ng V, Lai A, Ho V. Comparison of forced-air warming and electric heating pad for maintenance of body temperature during total knee replacement. Anaesthesia. 2006 Nov;61(11):1100-1104.

22.    Janke EL, Pilkington SN, Smith DC. Evaluation of two warming systems after cardiopulmonary bypass. Br J Anaesth. 1996 Aug;77(2):268-270.

23.    Kimberger O, Held C, Stadelmann K, Mayer N, Hunkeler C, Sessler DI, et al. Resistive polymer versus forced-air warming: comparable heat transfer and core rewarming rates in volunteers. Anesth Analg. 2008 Nov;107(5):1621-1626.

24.    Negishi C, Hasegawa K, Mukai S, Nakagawa F, Ozaki M, Sessler DI. Resistive-heating and forced-air warming are comparably effective. Anesth Analg. 2003 Jun;96(6):1683-1687.

25.    Matsuzaki Y, Matsukawa T, Ohki K, Yamamoto Y, Nakamura M, Oshibuchi T. Warming by resistive heating maintains perioperative normothermia as well as forced air heating. Br J Anaesth. 2003 May;90(5):689-691.

# EXHIBIT DX28

TO DECLARATION OF PETER J. GOSS IN
SUPPORT OF DEFENDANTS' MOTION TO
EXCLUDE PLAINTIFFS' ENGINEERING
EXPERTS

Anesthesia Patient Safety Foundation

Section Editor: Sorin J. Brull

# Patient Warming Excess Heat: The Effects on Orthopedic Operating Room Ventilation Performance

Kumar G. Belani, MBBS, MS,* Mark Albrecht, MStat, MBA, BSME,†
Paul D. McGovern, BSc, MBBS, MRCS, PGCME, FHEA,‡ Mike Reed, MBBS, MD, FRCS (T&O),§
and Christopher Nachtsheim, PhD‖

**BACKGROUND:** Patient warming has become a standard of care for the prevention of unintentional hypothermia based on benefits established in general surgery. However, these benefits may not fully translate to contamination-sensitive surgery (i.e., implants), because patient warming devices release excess heat that may disrupt the intended ceiling-to-floor ventilation airflows and expose the surgical site to added contamination. Therefore, we studied the effects of 2 popular patient warming technologies, forced air and conductive fabric, versus control conditions on ventilation performance in an orthopedic operating room with a mannequin draped for total knee replacement.
**METHODS:** Ventilation performance was assessed by releasing neutrally buoyant detergent bubbles ("bubbles") into the nonsterile region under the head-side of the anesthesia drape. We then tracked whether the excess heat from upper body patient warming mobilized the "bubbles" into the surgical site. Formally, a randomized replicated design assessed the effect of device (forced air, conductive fabric, control) and anesthesia drape height (low-drape, high-drape) on the number of bubbles photographed over the surgical site.
**RESULTS:** The direct mass-flow exhaust from forced air warming generated hot air convection currents that mobilized bubbles over the anesthesia drape and into the surgical site, resulting in a significant increase in bubble counts for the factor of patient warming device ($P < 0.001$). Forced air had an average count of 132.5 versus 0.48 for conductive fabric ($P = 0.003$) and 0.01 for control conditions ($P = 0.008$) across both drape heights. Differences in average bubble counts across both drape heights were insignificant between conductive fabric and control conditions ($P = 0.87$). The factor of drape height had no significant effect ($P = 0.94$) on bubble counts.
**CONCLUSIONS:** Excess heat from forced air warming resulted in the disruption of ventilation airflows over the surgical site, whereas conductive patient warming devices had no noticeable effect on ventilation airflows. These findings warrant future research into the effects of forced air warming excess heat on clinical outcomes during contamination-sensitive surgery.
(Anesth Analg 2013;117:406–11)

O perating room (OR) ventilation has been recognized, historically, as an important component of a multi-faceted infection reduction strategy in orthopedics. Starting with the work of Sir John Charnley in the 1960s,[1] 20 years of research established the benefits of using sophisticated ventilation systems to create localized zones of highly filtered air over the surgical site. Clinically, these systems were shown to reduce surgical site microbial exposure[2] and led to the United Kingdom commissioning the first and only randomized clinical trial, which demonstrated a significant reduction in orthopedic infection rates.[3] Recently, though, a number of national studies have shown no infection reduction benefits.[4–6] These results question the value of sophisticated ventilation systems. Although the cause for such failures is presently unknown, changes have been made to OR equipment that may affect ventilation performance; notable among them the introduction of forced air patient warming in the 1990s.

Patient warming is a recognized and necessary standard of surgical care, with warmed patients having better outcomes through reduced blood loss, improved wound healing, reduced duration of hospital stay, improved survival, and reduced surgical site infection rates for "dirty" (colorectal) surgery.[7,8] However, patient warming systems incidentally release excess heat that is not absorbed by the patient. This excess heat naturally rises and may disrupt the intended ceiling-to-floor OR ventilation airflows. Thus, potential for ventilation disruption may be proportional (among many other factors) to the amount of excess heat emitted, which depends on the choice of patient warming technology.[9]

Two general classes of patient warming technology are used intraoperatively. The first, forced air, warms by distributing heated air (up to 43°C) under the surgical

From the *Department of Anesthesiology and †Carlson School of Management, University of Minnesota, Minneapolis, Minnesota; †Bioinformatics, National Marrow Donor Program, Minneapolis, Minnesota; ‡Medway Maritime Hospital, Kent, United Kingdom; and §Northumbria Healthcare NHS Foundation Trust, Ashington, Northumberland, United Kingdom.

Accepted for publication April 16, 2012.

Supported by Augustine Temperature Management, Eden Prairie, MN.

See Disclosures at end of article for Author Conflicts of Interest.

Reprints will not be available from the authors.

Address correspondence to Mark Albrecht, MBA, MStat, BSME, National Marrow Donor Program, 3001 Broadway St. NE, Suite 500, Minneapolis, MN 55413. Address e-mail to albre116@gmail.com

Copyright © 2013 International Anesthesia Research Society
DOI: 10.1213/ANE.0b013e31825f81e2

drapes and over the patient in a large envelope.[10] The second, conductive blankets, uses a resistive heating element or hot water jacket (for heated water blankets) to directly apply heat to the patient's skin.[11] Because conductive blankets are localized in their application, they tend to have higher thermal efficiencies and contribute less excess heat to the environment than forced air.[12] Therefore, in this study, we chose to evaluate the effects of both patient warming technologies versus control (no warming) on ventilation performance. The study was conducted in a standard orthopedic OR having ceiling-to-floor displacement ventilation with a mannequin draped for total knee replacement having upper body patient warming applied. Changes in ventilation airflow patterns were assessed using neutrally buoyant detergent bubbles.

## METHODS
### OR Characteristics
Experiments were performed in a downward displacement ventilation OR used for orthopedic surgery at the University of Minnesota Hospital (Minneapolis, MN). Ceiling-to-floor airflows are generated by a 2.43 × 2.43 m continuous grid (100% coverage) of diffuser panels over the OR table, each of which contains a final point-of-use high-efficiency particulate air (HEPA) filter. Supply air is centrally pressurized, prefiltered, and then ducted to the individual ORs. The OR used for these experiments received a supply airflow of 51.5 m³/min, resulting in 19.7 air changes per hour; minimum requirements for hospital ventilation are 15 air changes per hour.[13] Airflow balance is certified yearly. Surgical lighting was provided by 2 Chromophare D650 Plus overhead lights (Berchtold Corporation, Charleston, SC), which were turned off during experiments. OR temperature was set to 20°C.

### Airflow Visualization Procedures
High-intensity lighting was used to illuminate neutrally buoyant detergent bubbles having a 4-mm average diameter (referred to herein as "bubbles"). Bubbles were produced by a generator (Sage Action, Ithaca, NY), which used a helium and air supply. The equipment filters the bubbles using a centrifugal classifier that only allows bubbles of neutral buoyancy to pass; those heavier or lighter are discarded. The bubble generator is specifically designed and validated for the visualization of air currents.[14] For photography, a digital camera (500D; Canon, Surrey, UK) was used, and shutter exposure time was set to 1/4 of a second for time-lapsed photography.

### Total Knee Replacement Experimental Setup
A mannequin was laid in the supine position and draped in accordance with the standard draping protocol used by the hospital for knee replacement procedures. A perforated drape was used for the proximal limb, with a sterile stocking for the foot and distal limb (Fig. 1). An anesthesia provider dressed in surgical scrubs stood motionless at the head of the table behind the anesthesia/surgery drape. The anesthesia/surgery drape was either (1) clipped to IV poles and raised 0.75 m above the operating table (high-drape), or (2) clipped to IV poles and raised 0.25 m above



**Figure 1.** Total knee replacement setup showing high anesthesia drape position (A) and low anesthesia drape position (B).

the operating table (low-drape). The upper body warming device was introduced under the drape and was (1) a torso forced air blanket (Bair Hugger Model 540; Arizant Healthcare, Eden Prairie, MN), (2) a torso conductive fabric blanket (Hot Dog Model B110; Augustine Temperature Management, Eden Prairie, MN), or (3) no warming device (control). The blankets were powered by standard controllers set to 43°C (forced air, Model 750, Arizant Healthcare; conductive fabric, Model WC02, Augustine Temperature Management) and affixed according to manufacturers' instructions. Bubbles were introduced at the head/neck of the mannequin to track under drape resident air movements in the region where the excess patient warming heat was being released. To ensure a consistent release point and direction for the bubbles exiting the generator, the diffuser cone was laid down on the OR head pad and aimed directly into the drape (perpendicular to the raised drape edge).

### Sampling Procedures
Bubble counts over the surgical site were measured using a sequence of 10 photographs taken at 10-second intervals for each experimental run. A 5-minute period was allowed between randomized experimental runs for conditions to equilibrate; all study data were collected on the same day. The number of bubbles reaching the surgical site was determined by counting the number of bubbles intersecting a vertical light curtain in a 0.75 × 0.75 m



**Figure 2.** 1, Definition of count region above the surgical site (dashed lines) showing neutrally buoyant detergent "bubbles," which appear as white dots (A) when they intersect the vertical light plane. Photograph is from the forced air warming and high drape experimental run. 2, View of bubbles exiting the diffuser end in still air (outside the operating room in a laboratory).

Patient Warming: Effects on Ventilation Performance



**Figure 3.** Bubble counts over the surgical site for each photograph (data are jittered to avoid overprinting). Ten photographs were taken for each experimental run.

region directly over the surgical site (Fig. 2). Additionally, time-lapse photography was performed to provide directional information on airflow patterns not captured in bubble count data.

### Experimental Design

A replicated ($n = 2$) $2^1 3^1$ full factorial design was used to assess changes in bubble counts over the surgical site. The experimental factors considered were (1) anesthesia screen (low-drape or high-drape), and (2) patient warming device (conductive fabric, forced air, or no warming device) (control).

### Statistical Analysis

A Poisson regression model for overdispersed data was fit having the sum of bubble counts for each experimental run (10 pictures) as the response and the factors identified in the experimental design as predictors plus an interaction term. A log-likelihood ratio test was used to determine the significance of the interaction term by comparing the full model versus an additive model with adjustment for overdispersion; if the interaction term was insignificant, a second set of tests for each additive parameter was performed using a log-likelihood ratio test comparing the parameter deleted additive model versus the full additive model with adjustment for overdispersion. Reported means and standard errors were computed using maximum likelihood parameter estimates and contrasts assuming asymptotic normality (Wald tests). $P$ values correspond to 2-tailed tests and $P$ values <0.05 were considered significant.

### RESULTS

#### Bubble Counts Over the Surgical Site

In viewing the raw bubble count data (Fig. 3), it is apparent that there is a large increase in the number of bubbles reaching the surgical site when forced air warming is in use versus either conductive fabric warming or control conditions. Furthermore, this increase seems to be independent of drape height.

**Table 1.   Poisson Bubble Count Model Parameters and Their Significance**

| Model parameter | $P$ value |
| --- | --- |
| Drape height[a] | 0.937 |
| Patient warming device[a] | <0.001 |
| Drape height × patient warming device[b] | 0.980 |

[a] Computed using likelihood ratio deleted parameter tests from the additive model.
[b] Computed using a likelihood ratio comparing full and additive model.

Formal inference using Poisson regression (Table 1) revealed the only significant factor affecting sum of bubble counts to be patient warming device ($P < 0.001$); the factors of drape height ($P = 0.94$) and the interaction term between drape height and patient warming device ($P = 0.98$) were insignificant. With the full additive model (Fig. 4), the use of forced air warming was found to result in a predicted mean sum of bubble counts equal to 132.5 when averaged across both anesthesia drape heights; such a count represents a significant increase in the number of bubbles reaching the surgical site versus both conductive fabric warming ($P = 0.003$) and control conditions ($P = 0.008$), which had predicted mean sum of bubble counts equal to 0.48 and 0.01, respectively. Moreover, differences in the number of bubbles reaching the surgical site were not significantly different between conductive fabric warming and control conditions ($P = 0.87$).

#### Time-Lapse Photography

With forced air warming, convection current formation was detected in the space between the anesthesiologist's body and the anesthesia drape (Fig. 5). These convection currents were observed to mobilize resident air near the mannequin's head upward and over the topside of the anesthesia drape, which then spilled into the surgical site. Furthermore, the presence of an overhead surgical light had a significant impact on the dynamics of these convection currents; the recirculation zone extending below the light tended to magnify resident air mobilization into the



**Figure 4.** Predicted mean sum of bubble counts (±SEM). Predicted means and standard errors were computed from the full additive model with adjustment for overdispersion.



**Figure 5.** Time-lapse photography of forced air warming showing upward mobilization of neutrally buoyant detergent bubbles caused by hot air convection currents. Note: Bubble diffuser was moved from the experimental position (laid-down on operating room table) to better illustrate the effect for photography.



**Figure 6.** Time-lapse photography of conductive fabric warming showing no noticeable effect on ceiling-to-floor ventilation airflows (i.e., the neutrally buoyant detergent bubbles are swept down and away from the surgical site). Control conditions looked identical and, thus, are not shown separately. Note: Bubble diffuser was moved from the experimental position (laid-down on operating room table) to better illustrate the effect for photography.

surgical site by redirecting the upward convection currents into the light's "flow-shadow" and over the surgical site. As a note, the surgical lights were not moved over the course of the experiments and their setup is displayed in Figure 1.

In contrast, convection currents were not detected with conductive fabric warming (Fig. 6) and, therefore, there was no apparent upward mobilization of resident air. Instead, ventilation airflows were observed to follow the intended ceiling-to-floor path, sweeping contaminants down and away from the surgical site. Time-lapse photography of control conditions looked identical to those recorded with conductive fabric warming and, as such, are not displayed separately.

### DISCUSSION

In this study, we sought to evaluate the effects of patient warming excess heat, using 2 fundamentally different technologies, forced air and conductive fabric, on OR ventilation performance. Under the above-explained experimental

conditions, forced air warming was found to have a significant disruptive impact on clean airflow patterns over the surgical site, whereas conductive fabric warming had no noticeable effect versus controls. Moreover, forced air warming was found to establish convection currents that mobilized resident air from nonsterile areas (under the anesthesia drape) upward and into the surgical site. The clinical concern is that convection currents may mobilize under-drape contaminants into the surgical site and/or impede the ventilation systems' ability to clear contaminants from the surgical site. These concerns are most relevant for smaller airborne particles ≤10 μm, such as free-floating bacteria[15] and skin cell fragments,[15] having similar airborne characteristics to the neutrally buoyant detergent bubbles studied (i.e., appreciable suspension times).

The buoyancy-driven convection currents appeared to form in regions of localized ventilation disturbance caused

by surgical lighting, drapes, and personnel. For example, past research has identified surgical lighting to be a significant source of ventilation disruption through the downstream wake and concomitant recirculation zone.[14] In the present study, we were able to visualize this recirculation zone using bubbles and found it to extend approximately 1 m below each light. Such disruption was further magnified by the presence of a raised anesthesia drape, which created a still zone by blocking the natural passage of air out of the ventilation field. Lastly, the presence of an anesthesiologist behind the anesthesia drape added a final flow obstruction[17] and, ultimately, created a channel behind the drape in which ventilation airflows were nearly quiescent. Under these fragile conditions, the mass flow of forced air warming exhaust was sufficiently buoyant to push upward, over the top drape edge, and into the surgical site.

It is worth mentioning, however, that the observed disruption was dependent on our exact setup (i.e., arrangement of draping, lights, and personnel), which did not include the presence of instrument trays and a working surgical team. Thus, we are unsure of the exact degree of ventilation disruption that might occur in a working OR during orthopedic surgery. We can, however, state some observations regarding this extrapolation. First, surgical personnel and their associated movements lead to localized zones of ventilation disruption,[17] a factor that was identified as contributing to the formation of excess heat convection currents in this study. As such, removal of the surgical team from the experimental setup would most likely reduce the incidence of convection current formation. Second, instrument trays act as flow obstructions and would be expected to have a similar effect. Thus, similar ventilation systems, with respect to airflow, diffuser configuration, lighting, and draping arrangement, seem to be at risk for disruption with any surgical team/instrument tray configuration. Third, it should be noted that the head-end surgical light was positioned close to the raised anesthesia drape. This placement was attributable to the height of our surgeon (6 ft., 3 in.), who needed sufficient head room to operate. Thus, for shorter surgeons, different results might be expected. Lastly, it was necessary to turn surgical lights off during the experiment to allow for consistent bubble counts in the intersecting light plane. Given that lighting heat sources tend to adversely affect ventilation performance,[14] our results should be considered conservative.

The most recent articles published on the association between patient warming excess heat and ventilation disruption present contradictory conclusions. Two studies conducted in the United Kingdom have characterized both the thermal basis[9] and airflow patterns[18] supporting the physics behind ventilation disruption in laminar flow ORs. In contrast, a published study in the Netherlands[19] found no evidence of ventilation disruption due to forced air excess heat when evaluated with the DIN 1946.2008-12 standard.[20] This discrepancy in findings is likely related to 2 primary differences in test methods.

First, the surgical lights were positioned in line with the OR table in both of the United Kingdom studies based on common clinical practice, whereas the lights were positioned to the sides of the OR table in the Netherlands study. Second, the United Kingdom study assessing airflow

patterns evaluated the effect of patient warming excess heat on interior particle loads, defined as neutrally buoyant bubbles released (1) near the surgeon at floor level, and (2) under the anesthesia drape at the head of the OR table. With the Netherlands study, it is unclear whether the protective effect was assessed for outside particle loads (particles released on the periphery of the ventilation boundary) or inside loads (particles released by the surgeon).

Therefore, it seems that future research is warranted to characterize the clinical conditions under which forced air warming excess heat results in ventilation disruption during surgery. Careful attention should be given to the factors of draping, ventilation airflows, flow obstructions (lighting, instrument trays), and personnel movements, each of which has been identified as affecting this phenomenon. Preferably, this research would be conducted on a national basis covering orthopedic operations in both laminar flow and conventional ventilation environments, including infection-based end points (airborne bacteria, fomites, and/or joint sepsis rates) for an assessment of clinical risk. ∎

### DISCLOSURES

Name: Kumar G. Belani, MBBS, MS.

Contribution: This author helped design the study, conduct the study, analyze the data, and write the manuscript.

Attestation: Kumar Belani has seen the original study data, reviewed the analysis of the data, and approved the final manuscript.

Conflicts of Interest: Kumar G. Belani received honoraria from NONIN Inc., consulted for NONIN Inc., received research funding from NONIN Inc., received research funding from Augustine Temperature Management, LLC, reported a conflict of interest with Oakstone Publishing, consulted for Cadence Pharmaceuticals, and reported a conflict of interest with Cadence Pharmaceuticals. He is coordinating editor for Oakstone Publishing; he is a speaker for Cadence Pharmaceuticals. His authorship in this article will add to his academic productivity and may have an indirect influence on his compensation from University of Minnesota.

Name: Mark Albrecht, MStat, MBA, BSME.

Contribution: This author helped design the study, conduct the study, analyze the data, and write the manuscript.

Attestation: Mark Albrecht has seen the original study data, reviewed the analysis of the data, approved the final manuscript, and is the author responsible for archiving the study files.

Conflicts of Interest: Mark Albrecht received paid support (salary) from Augustine Temperature Management.

Name: Paul D. McGovern, BSc, MBBS, MRCS, PGCME, FHEA.

Contribution: This author helped design the study, conduct the study, analyze the data, and write the manuscript.

Attestation: Paul McGovern has seen the original study data, reviewed the analysis of the data, and approved the final manuscript.

Conflicts of Interest: The author has no conflicts of interests to declare.

Name: Mike Reed, MBBS, MD, FRCS (T&O).

Contribution: This author helped write the manuscript.

Attestation: Mike Reed has seen the original study data, reviewed the analysis of the data, and approved the final manuscript.

Conflicts of Interest: The author has no conflicts of interests to declare.

Name: Christopher Nachtsheim, PhD.

Contribution: This author helped analyze the data and write the manuscript.

Attestation: Christopher Nachtsheim has seen the original study data, reviewed the analysis of the data, and approved the final manuscript.

Conflicts of Interest: Christopher Nachtsheim has received consulting fees from Augustine Temperature Management.

This manuscript was handled by: Sorin J. Brull, MD, FCARCSI (Hon).

## REFERENCES

1. Lidwell OM. Clean air at operation and subsequent sepsis in the joint. Clin Orthop Relat Res 1986;211:91–102
2. Lidwell OM. Air, antibiotics and sepsis in replacement joints. J Hosp Infect 1988;11:18–40
3. Lidwell OM, Elson RA, Lowbury EJ, Whyte W, Blowers R, Stanley SJ, Lowe D. Ultraclean air and antibiotics for prevention of postoperative infection: a multicenter study of 8,052 joint replacement operations. Acta Orthop Scand 1987;58:4–13
4. Hooper GJ, Rothwell AG, Frampton C, Wyatt MC. Does the use of laminar flow and space suits reduce early deep infection after total hip and knee replacement? The ten-year results of the New Zealand joint registry. J Bone Joint Surg Br 2011;93:85–90
5. Miner AL, Losina E, Katz JN, Fossel AH, Platt R. Deep infection after total knee replacement: impact of laminar airflow systems and body exhaust suits in the modern operating room. Infect Control Hosp Epidemiol 2007;28:222–6
6. Brandt C, Hott U, Sohr D, Daschner F, Gastmeier P, Rüden H. Operating room ventilation with laminar airflow shows no protective effect on the surgical site infection rate in orthopedic and abdominal surgery. Ann Surg 2008;248:695–700
7. Harper CM, Andrzejowski JC, Alexander R. NICE and warm. Br J Anaesth 2008;101:293–5
8. Kurz A, Sessler DI, Lenhardt R. Perioperative normothermia to reduce the incidence of surgical-wound infection and shorten hospitalization: Study of Wound Infection and Temperature Group. N Engl J Med 1996;334:1209–15
9. Dasari KB, Albrecht M, Harper M. Effect of forced air warming on operating theatre laminar flow ventilation performance. Anaesthesia 2012;67:244–9
10. Bräuer A, Quintel M. Forced-air warming: technology, physical background and practical aspects. Curr Opin Anaesthesiol 2009;22:769–74
11. Lenhardt R. Monitoring and thermal management. Best Pract Res Clin Anaesthesiol 2003;17:569–81
12. Bayazit Y, Sparrow EM. Energy efficiency comparison of forced-air versus resistance heating devices for perioperative hypothermia management. Energy 2010;35:1211–5
13. Mangram AJ, Horan TC, Pearson ML, Silver LC, Jarvis WR. Guideline for Prevention of Surgical Site Infection, 1999. Centers for Disease Control and Prevention (CDC) Hospital Infection Control Practices Advisory Committee. Am J Infect Control 1999;27:97–132
14. Whyte W, Shaw BH. The effect of obstructions and thermals in laminar-flow systems. J Hyg (Lond) 1974;72:415–23
15. Jensen PA, Schafer MP. Sampling and characterization of bio-aerosols. Chapter J. In: NIOSH Manual of Analytical Methods. Cincinnati, Ohio: Department of Health and Human Services. 1998:82–112
16. Mackintosh CA, Lidwell OM, Towers AG, Marples RR. The dimensions of skin fragments dispersed into the air during activity. J Hyg (Lond) 1978;81:471–9
17. Brohus H, Balling KD, Jeppesen D. Influence of movements on contaminant transport in an operating room. Indoor Air 2006;16:356–72
18. McGovern PD, Albrecht M, Belani KG, Nachtsheim C, Partington PF, Carluke I, Reed MR. Forced-air warming and ultra-clean ventilation do not mix: an investigation of theatre ventilation, patient warming and joint replacement infection in orthopaedics. J Bone Joint Surg Br 2011;93:1537–44
19. Sessler DI, Olmsted RN, Kuelpmann R. Forced-air warming does not worsen air quality in laminar flow operating rooms. Anesth Analg 2011;113:1416–21
20. Deutsches Institut für Normung (DIN). Annex C: determining the degree of protection. Ventilation and air conditioning. Part 4. VAC systems in buildings and rooms used in the health care sector (DIN 1946-4:2008-12). 2008:1–67

# EXHIBIT DX29

TO DECLARATION OF PETER J. GOSS IN
SUPPORT OF DEFENDANTS' MOTION TO
EXCLUDE PLAINTIFFS' ENGINEERING
EXPERTS

Anaesthesia 2012, 67, 244–249                                                    doi:10.1111/j.1365-2044.2011.06983.x

# Original Article

## Effect of forced-air warming on the performance of operating theatre laminar flow ventilation*

**K. B. Dasari,[1] M. Albrecht[2] and M. Harper[3]**

1 Specialist Trainee in Anaesthetics, Norfolk and Norwich University Hospitals, Norwich, UK
2 Graduate Student, School of Statistics, University of Minnesota, Minneapolis, MN, USA
3 Consultant Anaesthetist, Brighton and Sussex University Hospitals Trust, Brighton, UK

### Summary

Forced-air warming exhaust may disrupt operating theatre airflows via formation of convection currents, which depends upon differences in exhaust and operating room air temperatures. We investigated whether the floor-to-ceiling temperatures around a draped manikin in a laminar-flow theatre differed when using three types of warming devices: a forced-air warming blanket (Bair Hugger™); an over-body conductive blanket (Hot Dog™); and an under-body resistive mattress (Inditherm™). With forced-air warming, mean (SD) temperatures were significantly elevated over the surgical site vs those measured with the conductive blanket (+2.73 (0.7) °C; p < 0.001) or resistive mattress (+3.63 (0.7) °C; p < 0.001). Air temperature differences were insignificant between devices at floor (p = 0.339), knee (p = 0.799) and head height levels (p = 0.573). We conclude that forced-air warming generates convection current activity in the vicinity of the surgical site. The clinical concern is that these currents may disrupt ventilation airflows intended to clear airborne contaminants from the surgical site.

......................................................................................................................................................

Correspondence to: Dr. Mark Harper
Email: mark.harper@doctors.org.uk
*Presented at European Society of Anaesthesiology Annual Meeting, Amsterdam, June 2011.

Accepted: 14 October 2011

Patient warming systems are widely used to prevent unintentional peri-operative hypothermia based on the established benefits of reduced blood loss and transfusion [1], improved wound healing [2], reduced duration of hospital stay [3], improved survival [4] and reduced surgical site infection rates [5]. However, patient warming systems also release excess heat into the operating theatre that may generate convection currents even within a laminar flow system. It is possible that convection currents could disrupt the intended ceiling-to-floor theatre airflows and therefore impede the ventilation system's ability to clear contaminants from the surgical site.

There are two distinct categories of patient warming technology, forced-air and conductive heating. Forced-air devices deliver a heated airflow to a disposable coverlet that vents the hot air over the patient's body [6]. Conductive heating devices employ an electrically heated pad in contact with the patient's body [7]. Both types of devices appear to be comparably effective for the prevention of accidental peri-operative hypothermia [8–14], although forced-air devices are less efficient in transferring the applied heat to the patient than conductive devices [15]. Therefore, we might expect forced-air devices to generate a greater excess heat load on the ventilation system.

Anaesthesia © 2012 The Association of Anaesthetists of Great Britain and Ireland

Dasari et al. | Forced-air warming and laminar flow in theatres

Anaesthesia 2012, 67, 244–249

When considered in combination with other established sources of ventilation disruption such as surgical lights and personnel [16], even moderate changes in the excess heat load are of clinical importance. For example, convection currents due to forced-air warming occur in the vicinity of the surgical site. They are formed in the downstream 'wake' created by overhead lights and regions of blocked ventilation flow created by drapes and/or personnel. Convection currents were not observed when conductive patient warming devices were used [17]. McGovern et al. postulated that the observed disruption was due to excess heat as the result of patient warming excess heat, yet they made no measurements of ventilation field temperature nor did they establish the 'thermal' basis of such disruption.

Conceptually, the thermal basis of laminar flow disruption is the opposition of downward ventilation air currents by buoyancy-driven hot air convection currents. We assessed ventilation performance by measuring changes in ventilation field temperatures using a forced-air blanket (Bair Hugger[TM] 525; Arizant Healthcare Inc., Eden Prairie, MN, USA), with an over-body conductive blanket (Hot Dog[TM] B103; Augustine Temperature Management, Eden Prairie, MN, USA) and an under-body resistive mattress (Inditherm[TM] OTM1, Rotherham, UK) as controls. Our (null) hypothesis was that the use of forced-air warming would result in ventilation field temperatures similar to the conductive patient warming devices.

## Methods

Experiments were conducted in a partial-walled ultra-clean operating theatre (ExFlow 90, Howorth, UK; Validation certification QA ref AA719/1/SM) used for orthopaedic surgery (Royal Sussex County Hospital, UK). A manikin was placed in the supine position and a general surgical drape applied with the head end tented to form an anaesthesia screen (Fig. 1). The foot end of the drape was raised and folded over to create an air channel that directed the forced-air warming exhaust out of the ventilation field. A lower-body patient warming device (either the Bair Hugger, Hot Dog or Inditherm) was introduced under the drape (Fig. 2).

Ventilation field temperatures (Fig. 1) were measured floor-to-ceiling using 24 thermistors (KIMO KH200 Temperature and Humidity Loggers; Kimo,



**Figure 1** Manikin with raised foot drape and thermistors placed at 5 heights (floor, table, patient, head, overhead supply plenum) across five locations shown as (1) left shoulder; (2) right shoulder; (3) surgical site (abdomen); (4) left knee; and (5) right knee.

Montopon, France) placed across five heights:- floor (∼5 cm above the floor); table (on the drape, ∼60 cm from the floor); patient (2 cm above the dummy, ∼80 cm from the floor); head (25 cm above the dummy, ∼105 cm from the floor); ceiling (high level in the laminar flow, ∼210 cm from the floor); and five locations (left shoulder, right shoulder, surgical site (abdomen), left knee, right knee); 24 locations resulted instead of 25 as it was not possible to measure the surgical site location at table height.

With each of the three patient warming devices, ventilation field temperatures were recorded at 60-s intervals for: (1) a 20-min 'control' period with the patient warming device turned off; (2) a 'transition' period of ∼10 min when the patient warming device was turned on but had not thermally equilibrated with the ventilation environment; and (3) a 20-min 'steady-state' period when the patient warming device had thermally equilibrated and ventilation field temperatures had stabilised.

Air temperature differences from the overhead supply were computed by subtracting the time series of ventilation field temperatures at each location and height from the corresponding time series obtained at ceiling height for that location. Increases in air temperature were assessed as the average of this differenced time series for each location, height, time period

Anaesthesia 2012, 67, 244–249   Dasari et al. | Forced-air warming and laminar flow in theatres



**Figure 2** Patient warming devices evaluated: (a) under-body resistive mattress (Inditherm); (b) over-body conductive fabric blanket (Hot Dog); and (c) forced-air blanket (Bair Hugger).

(i.e. control, transition, steady state) and patient warming device.

Two separate classes of ANOVA models were fitted to the data. The first class assessed whether increases in air temperature were significantly different between patient warming devices when compared across control and steady-state periods for a given height. Formally, this difference between patient warming devices was assessed via the interaction term of an ANOVA model having 'increase in air temperature' as the response and 'blocking effects of period' (two levels: control and steady state) and 'environment' (three levels: forced-air warming run, conductive fabric run, and resistive mattress run) as the factors. Inclusion of a separate 'warming device' main effect in the model was not possible because it is perfectly correlated with the 'environment blocking term'. In other words, the main effect of warming device cannot be distinguished from, say, a 2 °C increase in overall environmental theatre temperature due to the time of day. Furthermore, we were interested in temperature increases by warming device for the steady-state period vs control period (which is the effect measured by the interaction term). The p value of interest is therefore the significance of the model interaction term when compared with an additive model using a log-likelihood ratio test.

A second class of ANOVA model was fitted to the temperature data for heights having a significant interaction term as described in the first model class. The purpose of this second model was to assess increase in air temperature vs control by location for a given height. Formally, an ANOVA model with interactions was fitted

to the data for each significant height having increase in air temperature as the response and the following predictors: (1) 'environment blocking term' (three levels: forced-air run, conductive fabric run, and resistive mattress run); (2) 'location' (three levels: shoulder, surgical site which was always the abdomen, and knee); and (3) 'period' (two levels: control and steady state). It was necessary to pool the right and left measurements at the knee and shoulder locations to form replicates for inference. Means and standard errors are the maximum likelihood parameter estimates and p values were computed by applying t-tests to model parameter contrasts.

## Results

Figure 3 shows an example of the temperature recordings obtained over the course of an experiment, with control, transition and steady-state periods highlighted.

The measured increase in air temperature vs control for each device by location and height (Fig. 4) showed forced-air warming to result in the greatest temperature increase at the patient height locations; for locations at the other heights (floor, table, head), there appeared to be no significant differences in air temperature between warming devices. This was confirmed by ANOVA; increases in steady-state air temperature vs control were significantly different between warming devices at the patient height (p = 0.012), but not at the other heights of floor (p = 0.339), table (p = 0.799) and head (p = 0.573).

A second class of ANOVA models was fitted to the patient height data to determine the specific effects of

Anaesthesia © 2012 The Association of Anaesthetists of Great Britain and Ireland

Dasari et al. | Forced-air warming and laminar flow in theatres    Anaesthesia 2012, 67, 244–249



**Figure 3** Absolute air temperature measurements for a single location (1 of 24) showing control period with patient warming device off (time = 0 to ∼1200 s); transition period after turning device on (time = ∼1200 s to ∼1700 s) and steady state (from time = ∼1700 s). Note the slightly varying temperature from the overhead supply. Temperature differences from the overhead supply were computed for the steady-state data and analysed for device comparisons. (━■━) resistive mattress, (━□━) conductive blanket, (━□━) forced-air, (━) average overhead supply.



**Figure 4** Steady-state increase in air temperature from the overhead supply for each patient warming device by location and elevation. (■) resistive mattress, (▨) conductive blanket, (□) forced-air

each patient warming device by location; these models were not applied to the floor, table, and head height data as there were no significant temperature differences vs control. There were significant differences in mean (SD) patient height air temperature vs control between warming devices at the locations of: knee, with forced-air 3.2 (0.5) °C (p < 0.001) higher than conductive fabric and 6.6 (0.5) °C (p < 0.001) higher than the resistive mattress; surgical site, with forced-air 2.7 (0.7) °C (p < 0.001) higher than conductive fabric

and 3.6 (0.7) °C (p < 0.001) higher than the resistive mattress; and shoulder, with forced-air 1.7 (0.5) °C (p = 0.01) higher than resistive mattress. Differences were not significant between forced-air and conductive fabric at the shoulder location. Furthermore, conductive fabric air temperatures were significantly higher than the resistive mattress by 1.6 (0.5) °C (p = 0.001) and 3.5 (0.5) °C (p < 0.001) for the locations of shoulder and knee, respectively; these differences were not significant at the surgical site.

Anaesthesia 2012, 67, 244–249 Dasari et al. | Forced-air warming and laminar flow in theatres



**Figure 5** Average temperature increase from overhead supply at patient height by location. Right and left measurements for the shoulder and knee were pooled to allow for an estimate of dispersion. Error bars are SD.

## Discussion

Our result rejects the null hypothesis, as we found forced-air warming to generate increased ventilation field temperatures vs both conductive warming devices. This finding suggests that forced-air warming technologies release significantly higher levels of excess heat than conductive warming technologies. Furthermore, forced-air warming temperature elevations were found to be the greatest above and around the surgical site. This finding is of concern because temperature elevations are the direct result of hot air-pockets moving upwards and against the downward laminar airflow currents. We can surmise this because air has a high transmissivity (i.e. low infrared absorption) [18]; thus, any temperature elevations are the result of convection current activity.

McGovern et al. used neutrally buoyant detergent bubbles released into theatre and found that forced-air warming appears to have a profound impact on laminar ventilation air-flows: there was large-scale dispersion of bubbles from the floor to the ceiling [17]. Our findings differ, in that we observed convection current activity directly above the patient and minimal activity elsewhere with forced-air warming. These differences could be due to the arrangement of the drapes; in our study, we raised the foot end of the drape to channel the forced-air warming exhaust outside the ventilation environment, whereas this channel was not present in the study of McGovern et al. in which the foot end of the drape extended to the floor. Therefore, the mass-flow of forced-air exhaust appears to play a critical role in the degree of ventilation disruption. Further studies are warranted to investigate whether specialised draping arrangements can lessen the risks of convection current formation. Both studies, however, confirmed that conductive warming technologies have little or no impact on ventilation airflows.

Although we attempted to mimic real conditions to a certain extent by having two people walk around within the laminar flow area, in a working operating theatre there are more people and many other ways by which the system might be disrupted [16, 17]. Another limitation of our study is that the definitive effects of this excess heat on clinical outcomes are presently unknown. Any future study might focus on particular types of surgery (e.g. that for device or joint implantation) where even small increases in airborne contamination are likely to be of more relevance [19]. Our findings may in part explain some aspects of the results of national studies over past 10 years, in which laminar flow ventilation has demonstrated either similar [20] or even higher [21, 22] infection rates than its conventional counterpart.

Balanced against these considerations, the prevention of hypothermia reduces the incidence of adverse events. Forced-air warming has been used on millions of patients and has been shown to be effective for managing unintended peri-operative hypothermia. The choice of warming device depends on a number of factors including the evidence base for the technology, cost, noise and even complaints from surgeons that they themselves become too warm [23]. Disruption of laminar flow should be one further objective factor guiding the proper choice.

## Competing interests

Augustine Temperature Management loaned the Hot Dog conductive blanket and paid for the costs of temperature mapping. MA received paid support from Augustine Temperature Management for statistical analysis and manuscript preparation. No other external funding or competing interests declared.

## References

1. Schmied H, Kurz A, Sessler DI, Kozek S, Reiter A. Mild hypothermia increases blood loss and transfusion requirements during total hip arthroplasty. *Lancet* 1996; **347**: 289–92.

2. MacFie CC, Melling AC, Leaper DJ. Effects of warming on healing. *Journal of Wound Care* 2005; **14**: 133–6.

3. Kurz A, Sessler DI, Lenhardt R. Perioperative normothermia to reduce the incidence of surgical-wound infection and shorten hospitalization. *New England Journal of Medicine* 1996; **334**: 1209–15.

4. Mahoney CB, Odom J. Maintaining intraoperative normothermia: a meta-analysis of outcomes with costs. *AANA Journal* 1999; **2**: 155–63.

5. Kumar S, Wong PF, Melling AC, Leaper DJ. Effects of perioperative hypothermia and warming in surgical practice. *International Wound Journal* 2005; **3**: 193–204.

6. Bräuer A, Quintel M. Forced-air warming: technology, physical background and practical aspects. *Current Opinion in Anesthesiology* 2009; **6**: 769–74.

7. Lenhardt R. Monitoring and thermal management. *Best Practice and Research: Clinical Anaesthesiology* 2003; **4**: 569–81.

8. Wong PG, Kumar S, Leaper DJ. Systemic warming as an adjunct to resuscitation in peritonitis: a pilot, randomized controlled trial. *Surgical Infections* 2007; **8**: 387–95.

9. Wong PF, Kumar S, Bohra A, Whetter D, Leaper DJ. Randomized clinical trial of perioperative systemic warming in major elective abdominal surgery. *British Journal of Surgery* 2007; **94**: 421–6.

10. Ng V, Lai A, Ho V. Comparison of forced-air warming and electric heating pad for maintenance of body temperature during total knee replacement. *Anaesthesia* 2006; **61**: 1100–4.

11. Janke EL, Pilkington SN, Smith DC. Evaluation of two warming systems after cardiopulmonary bypass. *British Journal of Anaesthesia* 1996; **77**: 268–70.

12. Kimberger O, Held C, Stadelmann K, et al. Resistive polymer versus forced-air warming: comparable heat transfer and core rewarming rates in volunteers. *Anesthesia and Analgesia* 2008; **107**: 1621–6.

13. Negishi C, Hasegawa K, Mukai S, Nakagawa F, Ozaki M, Sessler DI. Resistive-heating and forced-air warming are comparably effective. *Anesthesia and Analgesia* 2003; **96**: 1683–7.

14. Matsuzaki Y, Matsukawa T, Ohki K, Yamamoto Y, Nakamura M, Oshibuchi T. Warming by resistive heating maintains perioperative normothermia as well as forced-air heating. *British Journal of Anaesthesia* 2003; **90**: 689–91.

15. Bayazit Y, Sparrow EM. Energy efficiency comparison of forced-air versus resistance heating devices for perioperative hypothermia management. *Energy* 2010; **35**: 1211–5.

16. Whyte W, Shaw BH. The effect of obstructions and thermals in laminar-flow systems. *Journal of Hygiene (London)* 1974; **72**: 415–23.

17. McGovern PD, Albrecht M, G Bellani K, et al. Forced-air warming and ultra-clean ventilation do not mix: an investigation of ventilation disruption and joint sepsis in orthopaedics. *Journal of Bone and Joint Surgery, British Volume* 2011; **93-B**: 1537–44.

18. Incropera FP, DeWitt DP. *Introduction to Heat Transfer*, 4th edn. New York, NY: Wiley, 2001.

19. Petty W, Spanier S, Shuster JJ, Silverthorne C. The influence of skeletal implants on incidence of infection. Experiments in a canine model. *Journal of Bone and Joint Surgery, American Volume* 1985; **67**: 1236–44.

20. Miner AL, Losina E, Katz JN, Fossel AH, Platt R. Deep infection after total knee replacement: impact of laminar airflow systems and body exhaust suits in the modern operating room. *Infection Control and Hospital Epidemiology* 2007; **28**: 222–6.

21. Hooper GJ, Rothwell AG, Frampton C, Wyatt MC. Does the use of laminar flow and space suits reduce early deep infection after total hip and knee replacement?: the ten-year results of the New Zealand Joint Registry. *Journal of Bone Joint Surgery (British Volume)* 2011; **93**: 85–90.

22. Brandt C, Hott U, Sohr D, Daschner F, Gastmeier P, Rüden H. Operating room ventilation with laminar airflow shows no protective effect on the surgical site infection rate in orthopedic and abdominal surgery. *Annals of Surgery* 2008; **248**: 695–700.

23. Weirich TL. Hypothermia ⁄ warming protocols: why are they not widely used in the OR? *AORN Journal* 2008; **87**: 333–44.

# EXHIBIT DX30

TO DECLARATION OF PETER J. GOSS IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE PLAINTIFFS' ENGINEERING EXPERTS

| | |
|---|---|
| **From:** | Mark Albrecht |
| **To:** | 'Mark Harper' |
| **CC:** | 'Kiran Dasari' ;'Keith Leland' ;'Scott Augustine' ;'Prof David Leaper' |
| **Sent:** | 11/9/2010 3:06:24 PM |
| **Subject:** | RE: Raw Data from all tests |
| **Attachments:** | Fig_2.tif; Fig_3.tif; Fig_4.tif; Fig_5.tif; Fig1.tif; Manuscript_Laminar_rev_2.docx |

Mark,

I'd be happy to provide the idiots guide J   Say, I sent an idea by Kiran that I wanted to run by you.  I'd be willing to help you draft a full manuscript for this data if you would be open to the idea of adding me as a co-author on such a manuscript.  Of course, the role of first author will be yours and Kirian's.  I can create a sensible draft for your edits and get all of the figures together for you.  I've been an author on a number of publications in this area, and I could really help move the process along.  I've attached the latest laminar flow manuscript I drafted for Bob Gauthier and Mike Reed on a similar issue as an example.  It is currently in the 2nd phase of review in Anesthesia & Analgesia and should be accepted shortly.

Let me know what you think about that idea.  We could target an anesthesia journal or surgery journal per you choice.  I think there is enough data here for a full manuscript in looking through what you have.

-Mark

---

**From:** Mark Harper [mailto:mark.harper@doctors.org.uk]
**Sent:** Tuesday, November 09, 2010 6:20 AM
**To:** Mark Albrecht
**Cc:** 'Kiran Dasari'; 'Keith Leland'; 'Scott Augustine'; 'Prof David Leaper'
**Subject:** Re: Raw Data from all tests

Does this help you with your questions regarding the set-up?

The plot looks very interesting and all the stats sound very exciting and way beyond my statistical skills.  Nonetheless I look forward to seeing some more of your results: especially if accompanied by an idiot's guide.

Mark

Mark Harper
mark.harper@doctors.org.uk

Consultant Anaesthetist
Royal Sussex County Hospital
Eastern Rd
Brighton



East Sussex



Harper_0000107



BN2 5BE

Tel/fax: +44 1273 696955 Ext. 4307


On 5 Nov 2010, at 21:59, Mark Albrecht wrote:


Kiran,

This is terrific. I've got all of the data that I need to help you guys out. Say, I've got a couple of questions for you. Specifically, we were wondering where the 5 measurements sites were. The description in the document is rather vague and states they were a) floor level b) patient level c) above the patient d) standing head height e) in the laminar flow hood.

We specifically are looking for further clarification on items b) and c)---- where exactly were these measurements made. Also, we are interested in understanding the setup a bit better. The following questions come to mind:

1) Was there a drape over the mannequin, if so
2) Was an ether screen present or setup
3) What were the exact warming blankets/systems used
4) Were personnel present etc…
5) I'm very interested in the location of measurement c), because if that measure was on top of the drape or very close to it we could start looking at power radiation differences into the environment, because under forced convection plate flow conditions power radiated is roughly proportional to the temperature difference squared. We could then figure out an approximate "waste heat" difference radiated into the environment between the

warming methods to complement the temperature data.

I've attached one of many plots I'm currently looking at.  Let me describe it for you...

1)  This is the temperature difference data for location 3 c), the mannequin's abdomen above the patient
2)  I've transformed the data to remove the cyclic trend of the laminar flow hood air conditioning switching on and off.  I did so by modeling temperature differences between the stated location (in this case 3 c)) and the laminar hood temperature at location e (in this case 3 e))
3)  I removed data from the transition period (1200 to 2000 seconds) where the devices were warming up.  Data during the background (<1200 seconds) and steady state(>2000 seconds) periods are shown
4)  This data is now suitable for ANOVA or Regression modeling (I'll probably employ a regression model since the data is unbalanced)

Please let me know.
Thanks
-mark

---

**From:** Kiran Dasari [mailto:dkiranbabu@yahoo.com]
**Sent:** Friday, November 05, 2010 12:01 PM
**To:** Mark Albrecht
**Subject:** Raw Data from all tests

 Dear Mark,

Hope you are fine. This is the raw data for the Temp Mapping Study.

Would this be enough to work out the stats question asked earlier?

Thanks

Kiran

# EXHIBIT DX31

TO DECLARATION OF PETER J. GOSS IN
SUPPORT OF DEFENDANTS' MOTION TO
EXCLUDE PLAINTIFFS' ENGINEERING
EXPERTS

| | |
|---|---|
| **From:** | Mark <malbrecht@augbiomed.com> |
| **To:** | 'Mark Litchy' <mark@ctassociatesinc.com>;'Robert Gauthier' <rlgauthier@comcast.net>;'David Leaper' <profdavidleaper@doctors.org.uk>;'Oliver Kimberger' <oliver@kimberger.at>;'Reed Mike (Northumbria Health Care NHS Trust)' <mike.reed@nhs.net> |
| **CC:** | 'Scott Augustine' <saugustine@augbiomed.com>;rhumble@augbiomed.com <rhumble@augbiomed.com> |
| **Sent:** | 6/14/2010 11:03:14 PM |
| **Subject:** | European Manuscript |
| **Attachments:** | AJIC-D-10-00049[1].pdf; Manuscript_European_1.doc; response reviewer comments.doc |

Guys,
Attached to this e-mail is our first draft of the European "crud and bug" manuscript based upon filtration research performed in Vienna on forced air warming devices. Just to bring you all up to speed on where we are at (particularly for those I have been out of contact with for awhile):
1) The "sister" manuscript of this research performed in the USA was recently accepted by the American Journal of Infection Control (AJIC). I have attached the manuscript to this e-mail for reference (pdf format)
2) We need to select an acceptable European journal for the European "sister" version of the US study. We would like to target an orthopedic journal with this information. So, Mike Reed, it is up to you on where you would like to see this go in. I'd target the top tier journal for we can make a good case as to the relevance of this data/research.
3) Also, I'm offering Mike the lead author role since we are targeting an orthopedic journal and Mike has also agreed to present the results at the American Academy of Orthopedic Surgeons (February).

That being said, I'd like to have all of your comments/edits by early next week. I'd like to have this submitted late next week if possible. I'm excited to see us nearing the completion point for this arm of research identifying the design deficiencies of forced air warming blowers.

Also, I'd like to extend a warm thanks to Oliver Kimberger for hosting this research at his university last summer. As such, we would like to offer you (Oliver) a spot as a co-author on the manuscript. Further, I've attached the reviewer's comments on the US manuscript to be published in AJIC for Oliver's reference.

Best Regards
-Mark

Mark Albrecht
Augustine Biomedical & Design
6581 City West Parkway
Eden Prairie MN 55344


PH 952-465-3511



Litchy_0000053

# EXHIBIT DX32

TO DECLARATION OF PETER J. GOSS IN
SUPPORT OF DEFENDANTS' MOTION TO
EXCLUDE PLAINTIFFS' ENGINEERING
EXPERTS

| | |
|---|---|
| **From:** | PD Dr. Oliver Kimberger |
| **To:** | Mark Albrecht |
| **CC:** | 'Reed Mike \(NORTHUMBRIA HEALTHCARE NHS FOUNDATION TRUST - NE29 8NH\)' ;'Paul McGovern' ;Robert Gauthier ;mark@ctassociatesinc.com ;'Scott Augustine' ;'Brent Augustine' |
| **Sent:** | 1/27/2011 11:16:05 AM |
| **Subject:** | Re: Next Target for Submission |

Dear Mark,
from my experience with previous publications my advice would be to tone the cover letter down a bit, it might actually increase the chances of acceptance...
best regards
Oliver Kimberger


Am 25.01.2011 um 23:04 schrieb Mark Albrecht:

Gents,
We were recently informed by the British Journal of Bone and Joint Surgery that our latest manuscript was rejected. The feedback is pasted below.

Ok, we have decided to target Anesthesia & Analgesia for our next submission. I've done quite a bit of rework on the article to make it more attractive, primarily, by explaining how the present research fits into the broader body of research on the issue of forced air warming and airborne contamination risks. Please let me know if you would like any changes. I plan to submit to A&A early next week. I've also attached a cover letter in case anyone has suggestions for that.

Thanks
-Mark




Mark
A rejection I'm afraid. I agree with the reviewers about appropriateness for the JBJS but it doesn't seem too flawed.
Went up to reader 7 - they struggled to get it reviewed.

Where next?
Mike


Log No: 25706
Title: An evaluation of filtration adequacy and airborne contamination emissions from current generation forced air warming blowers
Editor's Comments:      None
Paper Summary:
Reviewer Comments:      Reader 4
This is a study highlighting the 'contamination' due to the forced air warming, which is used in all types of surgical procedures. There is no specific relation to Orthopaedic patients or patients with arthroplasty. There is no mention as to how many contaminated patients



EXHIBIT
20
Gauthier

Litchy_0000917

developed infection after that. Moreover, it is not clear how to
correlate the association of this type of 'contamination' to
'infection'.

This article should be better projected in journals related to
'Microbiology' or 'hospital infection'.


Reader 7
This is an interesting study given the morbidity and cost of
orthopaedic surgical site infections, and the common use of forced air
warmer in some orthopaedic and trauma units.
The study appears quite well designed and conducted and the results
are presented in an understandable way.
Reasonable conclusions are drawn.
There is a relative lack of similar studies in the literature,
particularly the orthopaedic literature. However the paper 'Forced air
warming: a source of airborne contamination in the operating room?'
Albrecht M, Gauthier R, Leaper D Orthopedic reviews 2009;1:85-9 is
rather similar in design and conclusion. This paper is probably not
likely to be widely known to orthopaedic surgeons and I feel on
balance that it might be still worth publishing the current submission
somewhere, assuming it is from a different group. It might not be
strong enough for the J.B.J.S.


From: Francesca Georgiou [mailto:F.Georgiou@jbjs.org.uk]
Sent: 21 January 2011 12:15
To: Reed Mike (NORTHUMBRIA HEALTHCARE NHS FOUNDATION TRUST - NE29
8NH); 'mike.reed@email.com'
Subject: JBJS [BR] Log No. 25706 - Paper rejection

Dear Mr Reed,
Log no. 25706 'An evaluation of filtration adequacy and airborne
contamination emissions from current generation forced air warming
blowers'
Thank you for submitting this paper, which has been studied by
appointed reviewers and considered in the light of their reports.
I am afraid it is not thought suitable for publication in the Journal
of Bone and Joint Surgery (Br). You will need to log in to your online
account (http://orthodox.jbjs.org.uk) to view comments from the
reviewers which maybe of use to you.
I am sorry to have to give you this disappointing news but thank you
for allowing us to review your work.

Yours sincerely,
James Scott, MA, FRCS
Editor
British Editorial Society of Bone and Joint Surgery
22 Buckingham Street
London WC2N 6ET
T: +44 (0)20 7782 0010
F: +44 (0)20 7839 9777
W: www.jbjs.org.uk
Our new website has launched www.jbjs.org.uk same location, same great
articles, different site!
For details of how to subscribe go to www.jbjs.org.uk/subscribe.
Please pass these details to colleagues who might be interested in

Journal of Bone and Joint Surgery.
Sign up for the electronic Table of Contents alerting at
www.jbjs.org.uk/cgi/alerts/etoc

Litchy_0000919

# EXHIBIT DX33

TO DECLARATION OF PETER J. GOSS IN
SUPPORT OF DEFENDANTS' MOTION TO
EXCLUDE PLAINTIFFS' ENGINEERING
EXPERTS

 Gmail                                    Paul McGovern <pdmcgovern@gmail.com>

## Re: A little help "sanitizing" this
3 messages

**Mark Albrecht** <albre116@umn.edu>                          4 March 2011 at 15:48
To: "PD Dr. Oliver Kimberger" <oliver.kimberger@meduniwien.ac.at>
Cc: pdmcgovern@gmail.com, "Reed Mike (NORTHUMBRIA HEALTHCARE NHS FOUNDATION TRUST - NE29 8NH)"
<mike.reed@nhs.net>, Scott Augustine <saugustine@augbiomed.com>, kleland@augbiomed.com,
rlgauthier@comcast.net

Oliver,
Thanks for your help on this. I think the research is good, but our
conclusions appear to be over reaching. I'm sure you will be able to
help us get back on track here.

FYI --- Paul, Mike, and Bob, I've asked Oliver to help us sanitize the
manuscript. Once he is done, we can try to re-submit elsewhere.

thanks
-Mark

On Fri, Mar 4, 2011 at 2:18 AM, PD Dr. Oliver Kimberger
<oliver.kimberger@meduniwien.ac.at> wrote:
> Dear Mark - I will try sanitizing the manuscript in the next week!
> Best regards
> Oliver!
>
>
>
> Am 03.03.2011 um 20:47 schrieb Mark Albrecht:
>
>> Oliver,
>> Say, would you be able to do me a small favor. I'm hoping you could
>> go through the attached manuscript and identify what needs to be
>> removed to get rid of the "agenda." All of us at the company here are
>> too close to this and are not being objective as to what the data
>> supports. We would be appreciative of any advice you could offer.
>>
>> Basically, if you could "track changes" or "put comments" in the
>> attached manuscript I'll take the time to smooth out those changes and
>> paragraph transitions etc... This should limit the time it takes you
>> to do this. Once the document is redone, we can try another journal.
>> In its present form, I do not think it would pass review at another
>> journal.
>>
>> Thanks in advance for your help
>> -Mark Albrecht
>>
>>
>> --------- Forwarded message ---------
>> From: A&A Editorial Office <editor@anesthesia-analgesia.org>
>> Date: Thu, Mar 3, 2011 at 10:59 AM
>> Subject: A&A Decision for MS#: AA-D-11-00213
>> To: mark christopher albrecht <albre116@umn.edu>
>>
>>
>> CC: steven.shafer@stanford.edu
>>
>> Mar 03, 2011
>>
>> Mark Christopher Albrecht, MBA
>> University of Minnesota
>> School of Statistics
>> Minneapolis, MN 55455
>> UNITED STATES



EXHIBIT

2 2

Gauthier

>>
>>
>> RE: MS#: AA-D-11-00213 "Forced Air Warming Intake Filtration:Is Less
>> Than HEPA Safe?"
>>
>> Dear Mr Albrecht:
>>
>> Thank you for submitting your manuscript "Forced Air Warming Intake
>> Filtration:Is Less Than HEPA Safe?" to Anesthesia & Analgesia for
>> consideration. Your manuscript has been reviewed by our editorial
>> board and outside experts. Based on their reviews and my own reading
>> of your manuscript, I regret that we will not be able to publish your
>> manuscript.
>>
>> You will find the reviewers' comments below. The decision and review
>> of your manuscript has been difficult. I apologize for the delay. I
>> received 5 reviews when two are usually adequate. Your conflict of
>> interest has been at the heart of this. Where your study was funded
>> by Augustine Medical and you conclusion "hospitals?may consider
>> avoiding the use of FAW?air-free warming technologies such as
>> conductive fabric mattresses..may be considered." Augustine medical
>> just happens to have a new warmer (New York Times Dec 25, 2010). Your
>> manuscript must be "squeaky clean."
>>
>> Your manuscript is missing a critical assessment of the study's
>> limitations. The reviewers point out that exhausted air was not
>> cultured, the particles you counted may or may not have been
>> contaminated, and the bacteria you cultured are not pathogenic.
>>
>> As the reviewers point out, your manuscript contains overreaching
>> conclusions that are not supported by your data. Because your data is
>> so similar to that already published in reference 4 your results do
>> not add sufficient new information to the body of literature to
>> warrant publication.
>>
>> I hope you find the reviewers' comments helpful. It is my goal to have
>> the peer review process constructive and educational for both the
>> authors and our reviewers. Should you elect to submit your paper
>> elsewhere, I hope that the reviewers' comments will help you revise
>> the paper so that it has the best chance of acceptance wherever you
>> choose to resubmit it. I also hope that the comments and perspectives
>> of your reviewers will foster new ideas for future directions for your
>> own work.
>>
>> Thank you again for submitting your manuscript to Anesthesia &
>> Analgesia for consideration. I am sorry that we are unable to accept
>> your submission for publication. Nevertheless, I appreciate the
>> privilege of reviewing your manuscript. I am looking forward to future
>> submissions from you and your colleagues at University of Minnesota.
>>
>>
>> Sincerely,
>>
>> Dwayne Westenskow
>> Section Editor, Technology, Computing, and Simulation
>> Anesthesia & Analgesia
>>
>> cc: Dr. Steve Shafer
>>
>> Reviewer #1: This article appears to have an agenda of condemning the
>> forced air heating systems. It is written in an inflammatory manner
>> and selectively uses data in dramatic sentences. I am not sure that
>> the conclusions that they draw from their data is entirely valid.
>>
>> Abstract:
>> "up to 40 times those of?." My reading of the data as shown in
>> figure 4 is that only one machine had a factor of 40 difference. The
>> mean of the factors is ~8.5 and the median is ~4.7, although the data
>> is presented only graphically so my calcs may be a bit off.

>>
>> Throughout the article they refer to FAW but really it is only one
>> model of one device, the Bair Hugger 750. Results may not be
>> generalizable to all FAWs.
>>
>> In looking at colonization, were the control samples just unopened
>> swabs? Were there any controls of other surfaces in the OR?
>>
>> On page 7 of 18, line 30, authors state that CFUs were multiplied by
>> a conversion factor of five. Why?
>>
>> Page 8, lines 25-31. Mean efficiency is stated to be 63.8%. This is
>> only at one particle size. Other sizes showed better efficiencies,
>> particularly with the OR environment, a more clinically relevant
>> number. In fact my reading of Figure 3 would suggest that the means
>> of all of the OR environments efficiencies were over 90%.
>>
>> Figure 4 and the legend are very hard to interpret. I think this data
>> would be better presented as a table. I think you statement in line
>> 28 or page 9 is incomplete and an exaggeration. I see only one value
>> in which the ratio is 40. By not having the complete data set I took
>> measurements off of the graph, but I calculated mean of the factors is
>> ~8.5 and the median is ~4.7, far less dramatic than 40. In fact if
>> one draws a line of identity on figure 4 where intake particles =
>> outlet particles, I see 4 or 5 blowers below it. Either you are
>> interpreting the data far differently than I am or you need to state
>> far more clearly what your data represents.
>>
>> Page 9, lines 34-51: Were your controls simply sterile swabs? Would
>> a more appropriate control be "clean" surfaces in the OR since any
>> piece of equipment in an OR environment will have some degree of
>> colonization. Is this any different from any device that would move
>> air in the OR?
>>
>> Line 23, page 10 suggesting that FAWs compromise the "sterility" of OR
>> air is misleading. The air in an OR is reasonably clean but far from
>> sterile.
>>
>> Page 10, line 30: I don't believe that the authors can state that the
>> changes in intake filter is the cause of the microbial contamination
>> observed in the machines without having studied the old machines. It
>> is an association only.
>>
>> Line 34 page 11, the value of laminar airflow in ORs has been largely
>> debunked and most new ORs do not have it. I feel that this entire
>> paragraph has too many "mays" "suggests" and other such words as they
>> authors attempt to push a hypothesis that the data does not completely
>> support.
>>
>> Line 54 page 11, FAWs do not vent into the operative field. The air
>> is directed towards the patient but surgical drapes as well as
>> adhesive on the air blankets directs the air away from the wound.
>>
>> Figures 4 and 6 need better legends. Especially figure 4 took a lot
>> of head scratching to figure out.
>>
>>
>>
>> Reviewer #2: General comments:
>> This is an interesting technical communication which might affect
>> patient safety and recommendations for the use of devices for
>> perioperative patient warming. I only have some minor comments.
>>
>> Detailed comments:
>> Introduction:
>> page 4 line 32: I悉 suggest to use the abbreviation OR (operating room)
>> which is more common than OT (operating theatre) used in the text.
>> Please state how many of the FAW blowers were used prior to the examination.
>> Methods:

>> Page 5  line 60: Please do not re-define an abbreviation already
>> defined. I would, however, prefer "OR" instead of "OT".
>> Page 7/8 statistical analysis:
>> -      Did you perform a calculation of the sample size?
>> -      Why did you examine 23 FAW blowers?
>>
>> Discussion:
>> Page 11 lines 54-57: I agree that, according to the novel findings,
>> FAW blowers might represent a sterility problem. I would, however,
>> omit the second part of the sentence, as FAW do not blow air into the
>> surgical field if they are used correctly and the patients are draped
>> correctly.
>> References:
>> Page 18 Ref. 24: Please delete "table of contents".
>>
>>
>>
>>
>> Reviewer #3: In this interesting and important study, the authors
>> tested the current generation of forced-air-warming devices and found
>> a very poor performance in particulate in- and out-flow filtration.
>> The implications are clear - such devices risk the distribution of
>> pathogenic organisms around the operating theatre and inevitably
>> increase the risk of between-patient cross-infection.
>>
>> The methods are sound. The writing style is elegant and concise. The
>> statistic handling is appropriate. The findings are credible and their
>> implications are discussed intelligently without dramatising or
>> over-optimistic exaggeration.
>>
>>
>>
>> Reviewer #4: INTRODUCTION
>>
>> The term "vented" seems to suggest elimination of waste gas, when in
>> fact air from the hose is intended to be therapeutic in this case.
>> Perhaps "outflow" or other term would be better?
>>
>> How would an "intake" filter prevent the "emission of resident
>> airborne contaminants"? Once they're resident, wouldn't an exhaust
>> filter be needed?
>>
>> "These contaminants can settle onto the surgical site and become the
>> direct cause of SSI or act as a nidus for microbial growth and
>> attachment." Is there a reference that this, rather than microbes
>> from the patient themselves, may be the origin of SSI?
>>
>> Was it expected that newer devices would perform any differently than
>> the older models that you already published on? That is, had any
>> design changes been made?
>>
>> For Bair Hugger 505, 200708C, 200708D you should probably indicate the
>> manufacturer.
>>
>> METHODS
>>
>> Which intake filter was tested? The older (200708C) or "newer" filter
>> model (200708D) or something entirely different? Is it the 750093D
>> mentioned later?
>>
>> Where were the control samples for microbiology obtained from?
>>
>> RESULTS
>>
>> I believe that figures are supposed to be able to stand alone and so
>> the caption for Figure 3 should not refer to other figures.
>>
>> "The use of a monodisperse particulate ensured that our test methods
>> were in accordance with those used in the heating and ventilation

>> industry to formally rate filtration efficiency."  Does this belong in
>> the Methods or Discussion rather than Results?
>>
>> "performing within specification in their environment of use"
>> What specification? It seems that the only specification mentioned was
>> a "0.2<mu>m" rated intake filter.
>>
>> "disparities in retention efficiency between the two test methods at
>> similar particle sizes"
>> I'm not clear on this - if the particle sizes are similar, why do they
>> not overlap on the graph in Figure 3?
>> Is there an explanation of the U-shaped curve in Figure 3?  That is,
>> why are both small and large particles trapped while intermediate
>> sizes pass through?
>>
>> Figures 5 & 6 could probably be omitted (or placed on web supplement)
>> to save space since results could be easily understood in text or
>> perhaps added to Table 1.
>>
>> You say that although microbes were present in controls, "the degree
>> of colonization was much less than FAW."  If that's what you want to
>> show, perhaps the CFUs are what should be in Table 1 rather than the
>> absolute % with any growth.
>>
>> DISCUSSION
>>
>> "Inadequate FAW device intake filtration (63.8% efficient) resulted in
>> an internal buildup of microbial contamination within 100% of the FAW
>> blowers tested." Are you sure that's the source? Could contamination
>> originate from particles passively entering via the distal end when
>> the device is turned off which would not be prevented by better intake
>> filters?
>>
>> "cross-infection risk if they result from the release of built-up
>> contaminants acquired during prior periods of use, for instance during
>> grossly infected cases"
>> Are you saying that the source of the contaminants in the device from
>> the OR air may also be from an infected patient's wound?  Do your data
>> really support that hypothesis?
>>
>> Are there any references relating the CFU size you found (vs.
>> controls) to infectious risk?
>>
>>
>>
>> Reviewer #5:
>>
>> There are major methodological issues related to this manuscript.
>> Perhaps the major one is simply that it addresses the wrong question.
>> Internal contamination of a forced-air warmer isn't relevant; the only
>> question is what comes out of the machine. This is especially the case
>> since at least four previous studies demonstrate that use of a
>> forced-air warmer does not increase colony forming units in operating
>> rooms. Furthermore, forced-air remains the only warming technology
>> proven to actually reduce infection risk. And finally, it is
>> relatively well established that bacteria causing surgical site
>> infections do not usually come from the ambient environment; instead,
>> they come from patients themselves.
>>
>> The investigators assume that surface cultures are in some way related
>> to infection risk. Surely, if one were to culture the surface of a
>> resistive heating cover, there would also be lots of bacteria. For
>> that matter, previous work has shown that the surface of anesthesia
>> machines have lots of bacteria. So what?
>>
>> There is not a word in the manuscript about whether the machines were
>> properly serviced, their use history, and whether the filters have
>> been changed per the manufacturer's instructions. Without this
>> information, the report is impossible to interpret. Maybe the devices

>> simply haven't been serviced in years and thus don't reflect use in
>> other hospitals or the product's design specifications. Of note, any
>> filter will eventually fail in a sufficiently dirty environment or if
>> used for longer than its designed period. Without details of machine
>> servicing and filter history, the presented results are
>> uninterpretable.
>>
>> The reported "40 time increase in particle count" may or may not be
>> important. After all, the baseline level is very low and it might well
>> be that orders-of-magnitude increases are necessary to be clinically
>> relevant. A striking omission from this manuscript is that exhausted
>> air was not cultured! This is the one outcome that might plausibly
>> have been related to clinical infection. It is hard to believe that
>> these measurements were not made. Why weren't they reported? It is
>> also noteworthy that the two cultured bacteria are not pathogenic.
>> This is of more than passing relevance and needs to be discussed to
>> provide context for the findings.
>>
>>
>>
>>
>> Page 3, Conclusions:   Inflammatory language like "sub-standard
>> filtration" might be interpretted as bias by some readers.
>>
>> Page 4, paragraph 1:   Improved survival related to maintenance of
>> normothermia has not been demonstrated in prospective trials. Please
>> cite original literature rather than a review.
>>
>> Page 4, paragraph 2:   The term "microbial-laden dust" also seems
>> inflammatory. Most dust is not contaminated. Laminar flow is used
>> relatively rarely. There is little evidence that laminar flow
>> ventilation actually reduces infection risk.
>>
>> Page 5, paragraph 4:   Please specify the maintenance history of
>> these devices and the age and use history of the filters. This will
>> require obtaining the specific details for each tested machine. It is
>> not sufficient simply to say that the hospital followed manufacturer's
>> guidelines because many hospitals do not.
>>
>> Page 6, paragraph 3:   Do not confuse "contamination" with particle
>> counts. Most particles are not contaminated.
>>
>> Page 7, paragraph 1:   Contamination inside a forced-air blower is
>> simply irrelevant. All that matters is what comes out!
>>
>> Page 9, paragraph 1:  Again, "contamination" is not the same as
>> particle counts. Please reserve contamination for actual bacteria.
>>
>> Page 9, paragraph 2:   The two bacteria that were isolated were
>> essentially non-pathogenic. This is a major point and needs to be
>> discussed. Unless the investigators are straight-forward about this,
>> readers may mistakenly conclude that the isolated bacteria are
>> clinically relevant.
>>
>> Page 10, paragraph 1:  The first sentence of this paragraph states
>> that the results of the study suggest that forced-air warmers are not
>> adequate for "preventing the emission of airborne contamination into
>> the operating theater." This was not actually tested. Contamination
>> was tested inside of machines (where it's irrelevant) and particle
>> emissions were tested. Emission of contamination was not. Why not?
>> That would seem to be the single potentially pertinent result of this
>> investigation. The statement that "contaminated emissions may propose
>> a cross-infection risk?" doesn't seem supported by the fact that no
>> pathogenic bacteria were actually detected. The last sentence is pure
>> speculation.
>>
>> Page 11, paragraph 3:  Since when is "hot exhaust vented into the
>> operative field"? All the covers made by the company who's devices
>> were tested here include plastic strips to prevent exhausting of air

>> into the surgical field. Furthermore, the field is usually covered
>> with some sort of adhesive plastic draping which further prevents air
>> from forced-air blowers from reaching the surgical field.
>>
>> Page 12, paragraph 2:  I suggest deleting this paragraph.
>>
>>
>>
>>
>> --
>> Mark Albrecht
>> 952-261-9903
>> albre116@umn.edu
>> <Manuscript_A&A_1.doc>
>
>


--
Mark Albrecht
952-261-9903
albre116@umn.edu

**PD Dr. Oliver Kimberger** <oliver.kimberger@meduniwien.ac.at>              6 March 2011 at 13:20
To: Mark Albrecht <albre116@umn.edu>
Cc: Paul McGovern <pdmcgovern@gmail.com>, "Reed Mike (NORTHUMBRIA HEALTHCARE NHS FOUNDATION
TRUST - NE29 8NH)" <mike.reed@nhs.net>, Robert Gauthier <rlgauthier@comcast.net>

Dear Mark,
I did some sanitizing - it is still rough and needs some smoothing out, but I hope I have managed to adress the
major points that some readers and reviewers might have the impression to be biased.
Best regards
Oliver



Am 04.03.2011 um 16:48 schrieb Mark Albrecht:

> Oliver,
> Thanks for your help on this.  I think the research is good, but our
> conclusions appear to be over reaching.  I'm sure you will be able to
> help us get back on track here.
>
> FYI --- Paul, Mike, and Bob, I've asked Oliver to help us sanitize the
> manuscript.  Once he is done, we can try to re-submit elsewhere.
>
> thanks
> -Mark
>
> On Fri, Mar 4, 2011 at 2:18 AM, PD Dr. Oliver Kimberger
> <oliver.kimberger@meduniwien.ac.at> wrote:
>> Dear Mark - I will try sanitizing the manuscript in the next week!
>> Best regards
>> Oliver!
>>
>>
>> Am 03.03.2011 um 20:47 schrieb Mark Albrecht:
>>
>>> Oliver,
>>> Say, would you be able to do me a small favor.  I'm hoping you could
>>> go through the attached manuscript and identify what needs to be
>>> removed to get rid of the "agenda."  All of us at the company here are
>>> too close to this and are not being objective as to what the data
>>> supports.  We would be appreciative of any advice you could offer.
>>>
>>> Basically, if you could "track changes" or "put comments" in the

>>> attached manuscript I'll take the time to smooth out those changes and
>>> paragraph transitions etc... This should limit the time it takes you
>>> to do this. Once the document is redone, we can try another journal.
>>> In its present form, I do not think it would pass review at another
>>> journal.
>>>
>>> Thanks in advance for your help
>>> -Mark Albrecht
>>>
>>>
>>> ---------- Forwarded message ----------
>>> From: A&A Editorial Office <editor@anesthesia-analgesia.org>
>>> Date: Thu, Mar 3, 2011 at 10:59 AM
>>> Subject: A&A Decision for MS#: AA-D-11-00213
>>> To: mark christopher albrecht <albre116@umn.edu>
>>>
>>>
>>> CC: steven.shafer@stanford edu
>>>
>>> Mar 03, 2011
>>>
>>> Mark Christopher Albrecht, MBA
>>> University of Minnesota
>>> School of Statistics
>>> Minneapolis, MN 55455
>>> UNITED STATES
>>>
>>>
>>> RE: MS#: AA-D-11-00213 "Forced Air Warming Intake Filtration:Is Less
>>> Than HEPA Safe?"
>>>
>>> Dear Mr Albrecht:
>>>
>>> Thank you for submitting your manuscript "Forced Air Warming Intake
>>> Filtration:Is Less Than HEPA Safe?" to Anesthesia & Analgesia for
>>> consideration. Your manuscript has been reviewed by our editorial
>>> board and outside experts. Based on their reviews and my own reading
>>> of your manuscript, I regret that we will not be able to publish your
>>> manuscript.
>>>
>>> You will find the reviewers' comments below. The decision and review
>>> of your manuscript has been difficult. I apologize for the delay. I
>>> received 5 reviews when two are usually adequate. Your conflict of
>>> interest has been at the heart of this. Where your study was funded
>>> by Augustine Medical and you conclusion "hospitals?may consider
>>> avoiding the use of FAW?air-free warming technologies such as
>>> conductive fabric mattresses..may be considered." Augustine medical
>>> just happens to have a new warmer (New York Times Dec.25, 2010). Your
>>> manuscript must be "squeaky clean."
>>>
>>> Your manuscript is missing a critical assessment of the study's
>>> limitations. The reviewers point out that exhausted air was not
>>> cultured, the particles you counted may or may not have been
>>> contaminated, and the bacteria you cultured are not pathogenic.
>>>
>>> As the reviewers point out, your manuscript contains overreaching
>>> conclusions that are not supported by your data. Because your data is
>>> so similar to that already published in reference 4 your results do
>>> not add sufficient new information to the body of literature to
>>> warrant publication.
>>>
>>> I hope you find the reviewers' comments helpful. It is my goal to have
>>> the peer review process constructive and educational for both the
>>> authors and our reviewers. Should you elect to submit your paper
>>> elsewhere, I hope that the reviewers' comments will help you revise
>>> the paper so that it has the best chance of acceptance wherever you
>>> choose to resubmit it. I also hope that the comments and perspectives
>>> of your reviewers will foster new ideas for future directions for your
>>> own work.

>>>
>>> Thank you again for submitting your manuscript to Anesthesia &
>>> Analgesia for consideration. I am sorry that we are unable to accept
>>> your submission for publication. Nevertheless, I appreciate the
>>> privilege of reviewing your manuscript. I am looking forward to future
>>> submissions from you and your colleagues at University of Minnesota.
>>>
>>>
>>> Sincerely,
>>>
>>> Dwayne Westenskow
>>> Section Editor, Technology, Computing, and Simulation
>>> Anesthesia & Analgesia
>>>
>>> cc: Dr. Steve Shafer
>>>
>>> Reviewer #1: This article appears to have an agenda of condemning the
>>> forced air heating systems. It is written in an inflammatory manner
>>> and selectively uses data in dramatic sentences. I am not sure that
>>> the conclusions that they draw from their data is entirely valid.
>>>
>>> Abstract:
>>> "up to 40 times those of?." My reading of the data as shown in
>>> figure 4 is that only one machine had a factor of 40 difference. The
>>> mean of the factors is ~8.5 and the median is ~4.7, although the data
>>> is presented only graphically so my calcs may be a bit off.
>>>
>>> Throughout the article they refer to FAW but really it is only one
>>> model of one device, the Bair Hugger 750. Results may not be
>>> generalizable to all FAWs.
>>>
>>> In looking at colonization, were the control samples just unopened
>>> swabs? Were there any controls of other surfaces in the OR?
>>>
>>> On page 7 of 18, line 30, authors state that CFUs were multiplied by
>>> a conversion factor of five. Why?
>>>
>>> Page 8, lines 25-31. Mean efficiency is stated to be 63.8%. This is
>>> only at one particle size. Other sizes showed better efficiencies,
>>> particularly with the OR environment, a more clinically relevant
>>> number. In fact my reading of Figure 3 would suggest that the means
>>> of all of the OR environments efficiencies were over 90%.
>>>
>>> Figure 4 and the legend are very hard to interpret. I think this data
>>> would be better presented as a table. I think you statement in line
>>> 28 or page 9 is incomplete and an exaggeration. I see only one value
>>> in which the ratio is 40. By not having the complete data set I took
>>> measurements off of the graph, but I calculated mean of the factors is
>>> ~8.5 and the median is ~4.7, far less dramatic than 40. In fact if
>>> one draws a line of identity on figure 4 where intake particles =
>>> outlet particles, I see 4 or 5 blowers below it. Either you are
>>> interpreting the data far differently than I am or you need to state
>>> far more clearly what your data represents.
>>>
>>> Page 9, lines 34-51: Were your controls simply sterile swabs? Would
>>> a more appropriate control be "clean" surfaces in the OR since any
>>> piece of equipment in an OR environment will have some degree of
>>> colonization. Is this any different from any device that would move
>>> air in the OR?
>>>
>>> Line 23, page 10 suggesting that FAWs compromise the "sterility" of OR
>>> air is misleading. The air in an OR is reasonably clean but far from
>>> sterile.
>>>
>>> Page 10, line 30: I don't believe that the authors can state that the
>>> changes in intake filter is the cause of the microbial contamination
>>> observed in the machines without having studied the old machines. It
>>> is an association only.
>>>

>>> Line 34 page 11, the value of laminar airflow in ORs has been largely
>>> debunked and most new ORs do not have it.  I feel that this entire
>>> paragraph has too many "mays" "suggests" and other such words as they
>>> authors attempt to push a hypothesis that the data does not completely
>>> support.
>>>
>>> Line 54 page 11, FAWs do not vent into the operative field.  The air
>>> is directed towards the patient but surgical drapes as well as
>>> adhesive on the air blankets directs the air away from the wound.
>>>
>>> Figures 4 and 6 need better legends.  Especially figure 4 took a lot
>>> of head scratching to figure out.
>>>
>>>
>>>
>>> Reviewer #2: General comments:
>>> This is an interesting technical communication which might affect
>>> patient safety and recommendations for the use of devices for
>>> perioperative patient warming. I only have some minor comments.
>>>
>>> Detailed comments:
>>> Introduction:
>>> page 4 line 32: I suggest to use the abbreviation OR (operating room)
>>> which is more common than OT (operating theatre) used in the text.
>>> Please state how many of the FAW blowers were used prior to the examination.
>>> Methods:
>>> Page 5  line 60: Please do not re-define an abbreviation already
>>> defined. I would, however, prefer "OR" instead of "OT".
>>> Page 7/8 statistical analysis:
>>> -      Did you perform a calculation of the sample size?
>>> -      Why did you examine 23 FAW blowers?
>>>
>>> Discussion:
>>> Page 11 lines 54-57: I agree that, according to the novel findings,
>>> FAW blowers might represent a sterility problem.  I would, however,
>>> omit the second part of the sentence, as FAW do not blow air into the
>>> surgical field if they are used correctly and the patients are draped
>>> correctly.
>>> References:
>>> Page 18 Ref. 24: Please delete "table of contents".
>>>
>>>
>>>
>>>
>>> Reviewer #3: In this interesting and important study, the authors
>>> tested the current generation of forced-air-warming devices and found
>>> a very poor performance in particulate in- and out-flow filtration.
>>> The implications are clear - such devices risk the distribution of
>>> pathogenic organisms around the operating theatre and inevitably
>>> increase the risk of between-patient cross-infection.
>>>
>>> The methods are sound. The writing style is elegant and concise. The
>>> statistic handling is appropriate. The findings are credible and their
>>> implications are discussed intelligently without dramatising or
>>> over-optimistic exaggeration.
>>>
>>>
>>>
>>> Reviewer #4: INTRODUCTION
>>>
>>> The term "vented" seems to suggest elimination of waste gas, when in
>>> fact air from the hose is intended to be therapeutic in this case.
>>> Perhaps "outflow" or other term would be better?
>>>
>>> How would an "intake" filter prevent the "emission of resident
>>> airborne contaminants"? Once they're resident, wouldn't an exhaust
>>> filter be needed?
>>>
>>> "These contaminants can settle onto the surgical site and become the

>>> direct cause of SSI or act as a nidus for microbial growth and
>>> attachment."  Is there a reference that this, rather than microbes
>>> from the patient themselves, may be the origin of SSI?
>>>
>>> Was it expected that newer devices would perform any differently than
>>> the older models that you already published on?  That is, had any
>>> design changes been made?
>>>
>>> For Bair Hugger 505, 200708C, 200708D you should probably indicate the
>>> manufacturer.
>>>
>>> METHODS
>>>
>>> Which intake filter was tested? The older (200708C) or "newer" filter
>>> model (200708D) or something entirely different?  Is it the 750093D
>>> mentioned later?
>>>
>>> Where were the control samples for microbiology obtained from?
>>>
>>> RESULTS
>>>
>>> I believe that figures are supposed to be able to stand alone and so
>>> the caption for Figure 3 should not refer to other figures.
>>>
>>> "The use of a monodisperse particulate ensured that our test methods
>>> were in accordance with those used in the heating and ventilation
>>> industry to formally rate filtration efficiency."  Does this belong in
>>> the Methods or Discussion rather than Results?
>>>
>>> "performing within specification in their environment of use"
>>> What specification? It seems that the only specification mentioned was
>>> a "0.2<mu>m" rated intake filter.
>>>
>>> "disparities in retention efficiency between the two test methods at
>>> similar particle sizes"
>>> I'm not clear on this - if the particle sizes are similar, why do they
>>> not overlap on the graph in Figure 3?
>>> Is there an explanation of the U-shaped curve in Figure 3?  That is,
>>> why are both small and large particles trapped while intermediate
>>> sizes pass through?
>>>
>>> Figures 5 & 6 could probably be omitted (or placed on web supplement)
>>> to save space since results could be easily understood in text or
>>> perhaps added to Table 1.
>>>
>>> You say that although microbes were present in controls, "the degree
>>> of colonization was much less than FAW."  If that's what you want to
>>> show, perhaps the CFUs are what should be in Table 1 rather than the
>>> absolute % with any growth.
>>>
>>> DISCUSSION
>>>
>>> "Inadequate FAW device intake filtration (63.8% efficient) resulted in
>>> an internal buildup of microbial contamination within 100% of the FAW
>>> blowers tested." Are you sure that's the source? Could contamination
>>> originate from particles passively entering via the distal end when
>>> the device is turned off which would not be prevented by better intake
>>> filters?
>>>
>>> "cross-infection risk if they result from the release of built-up
>>> contaminants acquired during prior periods of use, for instance during
>>> grossly infected cases"
>>> Are you saying that the source of the contaminants in the device from
>>> the OR air may also be from an infected patient's wound?  Do your data
>>> really support that hypothesis?
>>>
>>> Are there any references relating the CFU size you found (vs.
>>> controls) to infectious risk?
>>>

>>>
>>>
>>> Reviewer #5:
>>>
>>> There are major methodological issues related to this manuscript.
>>> Perhaps the major one is simply that it addresses the wrong question.
>>> Internal contamination of a forced-air warmer isn't relevant; the only
>>> question is what comes out of the machine. This is especially the case
>>> since at least four previous studies demonstrate that use of a
>>> forced-air warmer does not increase colony forming units in operating
>>> rooms. Furthermore, forced-air remains the only warming technology
>>> proven to actually reduce infection risk. And finally, it is
>>> relatively well established that bacteria causing surgical site
>>> infections do not usually come from the ambient environment; instead,
>>> they come from patients themselves.
>>>
>>> The investigators assume that surface cultures are in some way related
>>> to infection risk. Surely, if one were to culture the surface of a
>>> resistive heating cover, there would also be lots of bacteria. For
>>> that matter, previous work has shown that the surface of anesthesia
>>> machines have lots of bacteria. So what?
>>>
>>> There is not a word in the manuscript about whether the machines were
>>> properly serviced, their use history, and whether the filters have
>>> been changed per the manufacturer's instructions. Without this
>>> information, the report is impossible to interpret. Maybe the devices
>>> simply haven't been serviced in years and thus don't reflect use in
>>> other hospitals or the product's design specifications. Of note, any
>>> filter will eventually fail in a sufficiently dirty environment or if
>>> used for longer than its designed period. Without details of machine
>>> servicing and filter history, the presented results are
>>> uninterpretable.
>>>
>>> The reported "40 time increase in particle count" may or may not be
>>> important. After all, the baseline level is very low and it might well
>>> be that orders-of-magnitude increases are necessary to be clinically
>>> relevant. A striking omission from this manuscript is that exhausted
>>> air was not cultured! This is the one outcome that might plausibly
>>> have been related to clinical infection. It is hard to believe that
>>> these measurements were not made. Why weren't they reported? It is
>>> also noteworthy that the two cultured bacteria are not pathogenic.
>>> This is of more than passing relevance and needs to be discussed to
>>> provide context for the findings.
>>>
>>>
>>>
>>>
>>> Page 3, Conclusions:   Inflammatory language like "sub-standard
>>> filtration" might be interpreted as bias by some readers.
>>>
>>> Page 4, paragraph 1:   Improved survival related to maintenance of
>>> normothermia has not been demonstrated in prospective trials. Please
>>> cite original literature rather than a review.
>>>
>>> Page 4, paragraph 2:   The term "microbial-laden dust" also seems
>>> inflammatory. Most dust is not contaminated. Laminar flow is used
>>> relatively rarely. There is little evidence that laminar flow
>>> ventilation actually reduces infection risk.
>>>
>>> Page 5, paragraph 4:   Please specify the maintenance history of
>>> these devices and the age and use history of the filters. This will
>>> require obtaining the specific details for each tested machine. It is
>>> not sufficient simply to say that the hospital followed manufacturer's
>>> guidelines because many hospitals do not.
>>>
>>> Page 6, paragraph 3:   Do not confuse "contamination" with particle
>>> counts. Most particles are not contaminated.
>>>
>>> Page 7, paragraph 1:   Contamination inside a forced-air blower is

>>> simply irrelevant. All that matters is what comes out!
>>>
>>> Page 9, paragraph 1:   Again, "contamination" is not the same as
>>> particle counts. Please reserve contamination for actual bacteria.
>>>
>>> Page 9, paragraph 2:   The two bacteria that were isolated were
>>> essentially non-pathogenic. This is a major point and needs to be
>>> discussed. Unless the investigators are straight-forward about this,
>>> readers may mistakenly conclude that the isolated bacteria are
>>> clinically relevant.
>>>
>>> Page 10, paragraph 1:  The first sentence of this paragraph states
>>> that the results of the study suggest that forced-air warmers are not
>>> adequate for "preventing the emission of airborne contamination into
>>> the operating theater." This was not actually tested. Contamination
>>> was tested inside of machines (where it's irrelevant) and particle
>>> emissions were tested. Emission of contamination was not. Why not?
>>> That would seem to be the single potentially pertinent result of this
>>> investigation. The statement that "contaminated emissions may propose
>>> a cross-infection risk?" doesn't seem supported by the fact that no
>>> pathogenic bacteria were actually detected. The last sentence is pure
>>> speculation.
>>>
>>> Page 11, paragraph 3:  Since when is "hot exhaust vented into the
>>> operative field"? All the covers made by the company who's devices
>>> were tested here include plastic strips to prevent exhausting of air
>>> into the surgical field. Furthermore, the field is usually covered
>>> with some sort of adhesive plastic draping which further prevents air
>>> from forced-air blowers from reaching the surgical field.
>>>
>>> Page 12, paragraph 2:  I suggest deleting this paragraph.
>>>
>>>
>>>
>>>
>>> --
>>> Mark Albrecht
>>> 952-261-9903
>>> albre116@umn.edu
>>> <Manuscript_A&A_1.doc>
>>
>>
>
>
>
> --
> Mark Albrecht
> 952-261-9903
> albre116@umn.edu
>

📄 **Manuscript_A&A_Kimberger.doc**
315K

---

**Mark Albrecht** <albre116@umn.edu>                                          6 March 2011 at 20:41
To: "PD Dr. Oliver Kimberger" <oliver.kimberger@meduniwien.ac.at>
Cc: Paul McGovern <pdmcgovern@gmail.com>, "Reed Mike (NORTHUMBRIA HEALTHCARE NHS FOUNDATION
TRUST - NE29 8NH)" <mike.reed@nhs.net>, Robert Gauthier <rlgauthier@comcast.net>

Thanks Oliver, I had a quick look and I will start smoothing out these
changes this week and get you something for review.

much appreciated
-Mark
[Quoted text hidden]
[Quoted text hidden]

Gmail - Re: A little help "sanitizing" this

# EXHIBIT DX34

TO DECLARATION OF PETER J. GOSS IN
SUPPORT OF DEFENDANTS' MOTION TO
EXCLUDE PLAINTIFFS' ENGINEERING
EXPERTS

23/11/2016                                    Gmail - Fwd: Your Submission JHI-D-11-00231

 Gmail                                    Paul McGovern <pdmcgovern@gmail.com>

## Fwd: Your Submission JHI-D-11-00231
6 messages

**Mark Albrecht** <albre116@umn.edu>                                    22 April 2011 at 17:24
To: "Reed Mike (NORTHUMBRIA HEALTHCARE NHS FOUNDATION TRUST - NE29 8NH)" <mike.reed@nhs.net>, "PD
Dr. Oliver Kimberger" <oliver.kimberger@meduniwien.ac.at>, Paul McGovern <pdmcgovern@gmail.com>, Robert
Gauthier <rlgauthier@comcast.net>, Scott Augustine <saugustine@augbiomed.com>, Mark
<malbrecht@augbiomed.com>

Guys,
Well, I don't necessarily have good news to report here on our
re-submission to the journal of hospital infection. They were really
quick to dismiss our "sanitized" article. In fact, they didn't even
deliberate over the issue... even a little bit. The "controversial"
topic nature was the deciding issue once again (see below).

I think we should take one more shot at a top tier journal. If we fail
after that, we can go after a nursing journal like AORN which should
pick this up. Look, it appears to be the controversial nature of the
subject material and not the science that is getting the article in
trouble. That being said, it probably better for us to go a bit
upstream in journal prestige where they aren't so worried about how
the work will be perceived since they are recognized as the thought
leader... I'm thinking we submit to Anesthesiology for our last top
tier effort. Also, I think we address the "controversial" nature of
the subject material head on in the cover letter and state that the
subject matter is intended to cause debate and, therefore, it
represents an important issue.

Ok, in doing so I think we need to make a couple of changes:
1) Mike, it would be best if you were the corresponding author to
reduce the appearance of corporate bias through my involvement.
2) I updated the author list order in terms of contribution/time to
fairly reflect everyone's efforts on this article to date.

Attached to this e-mail is a draft cover letter and manuscript that
fully meets the submission requirements of Anesthesiology. The
manuscript was not heavily revised, but I spent some time on the cover
letter setting the stage for the "debate" on the issue. I'm hoping
all authors can review the cover letter in detail and provide their
suggestions/thoughts. Also, everything highlighted in yellow is
information I do not have and need from you. For example, middle
initials, addresses, conflicts of interest, etc...

Now, the submission process:
1) Mike, I need you to open up an author's account at Anesthesiology.
Provide me with the login name and password so I can prepare the
submission upload for you. I'll get everything ready up to hitting
the submit button, which you can then do when you are comfortable.
The website you need to go to is:
http://www.editorialmanager.com/aln/

2) Since Scott A. knows the editor in chief (James C. Eisenach), I'm
going to suggest that Scott makes contact in advance of our submission
to let him know it is coming in and, hopefully, this will encourage a
"fair" review of the work.

3) I need the highlighted yellow information from all parties in both
the cover letter and manuscript body.

Thanks in advance for your help.



EXHIBIT

23

Gauthier

-Mark

---------- Forwarded message ----------
From: Journal of Hospital Infection <jhi@his.org.uk>
Date: Tue, Apr 19, 2011 at 10:51 AM
Subject: Your Submission JHI-D-11-00231
To: mark albrecht <albre116@umn.edu>

Ref.: Ms. No. JHI-D-11-00231
Forced Air Warming Design: An Evaluation of Intake Filtration,
Internal Microbial Build-Up, and Airborne-Contamination Emissions
Journal of Hospital Infection

Dear Mr albrecht,

Thank you for submitting your paper to the Journal of Hospital
Infection. The reviewer's comments are shown below. The Editorial Team
feel that, in the light of this, your paper is not suitable for the
JHI, and we will not be able to publish it.
I am sorry.

With kind regards

Dr J A Child
Editor

Reviewer #1: This manuscript reports investigations into the
possibility that devices that warm patients using forced air could
contribute to healthcare-associated infection (HCAI) by the
transmission of airborne microbial pathogens. It finds (Abstract)
"96% of forced air warming blowers to be emitting significant levels
of internally generated airborne contaminants out of the hose end" and
that there is a "need for upgraded intake filtration, preferably HEPA
(99.97% efficient), on current-generation forced air warming devices
to reduce the identified contamination build-up and emission risks".

This work investigated via three approaches: 1) Using a physical test
of filter penetration at that filter's most penetrating particle size
(MPPS), 2) enumeration of particles emitted by forced air warmers
(FAWs) using particle counters and 3) surface sampling of the internal
lumens of air delivery tubes for microbial contaminants.

This is a controversial area and any methods used to imply hazard from
these devices must be firmly aimed at distinct and relevant hazards.
This work falls short of such aims.

Filter efficiency: The test used was one applicable to high
efficiency particulate air (HEPA) filters. It is claimed (Results)
that "The use of a monodisperse particulate ensured that our test
methods were in accordance with those used in the heating and
ventilation industry to formally rate filtration efficiency". The use
of MPPS filter challenges is appropriate for HEPA filters but not for
other filters. The filters used in FAWs are not claimed to be HEPA
filters. The implied claim that this testing method is suitable for
the filters in the tested FAWs is not justified.

The MPPS used was 0.2 microns. The particle size of the majority of

airborne bacteria would be around 5 - 15 microns. Unless liberated in distilled water, they will usually be airborne in association with particles larger than the isolated cell. The only microbe that is commonly the size of the isolated cell will be fungal spores, but these will be 3.5 to 5 microns; over 10-times the test particle size used. This is, to a certain extent defended in the manuscript's Discussion when the authors claim that "Studies have shown these shed skin cells to have a wide particle size distribution extending well below 5<mu>m due to flake fragmentation" (reference 7). What this reference actually says (its Discussion) is "If the measured sizes of the particles over 5 microns are treated as a truncated log-normal distribution the estimated fraction with a minimum projected diameter less the 5 microns in the parent distribution does not exceed 1%". This does not support the importance of the significance of airborne particles less than 5 microns that readers may infer from the manuscript.

This attention to irrelevant particle sizes continues in the operating theatre (OT) particle sampling. Here all particles over 0.3 microns are enumerated before the FAW device, after its filter and on the device outflow. There is no indication that the excess measures particles found after the filter have any infection transmission significance. Their occurrence as irrelevant non-viable particles has not been excluded (and does seem the most probable explanation).

Swabbing of internal surfaces goes some way to enumeration of contamination retained within these devices but does not explain how this contributes to their emission from these devices. The statement (Discussion) "These airborne particles (viable and non-viable) reversibly attach to the FAW blower's internal plastic air path surfaces, since plastic surfaces develop an attractive static charge in the presence of a particulate laden airflow" is supported by a reference (reference 5) on electrostatic ignition hazards and, after reading it, is not of direct relevance in supporting this statement. The conclusions (Discussion) "To address the identified design deficiencies, manufacturers should redesign FAW blowers to allow for regular cleaning and decontamination", "inlet filtration could be upgraded to HEPA quality" and "the addition of a distal hose end filter would be of benefit" are not supported by the research findings.



Mark Albrecht
952-261-9903
albre116@umn.edu

2 attachments

 coverletter.doc
98K

 Manuscript_Anes.doc
198K

**Mark Albrecht** <albre116@umn.edu>           27 April 2011 at 14:30
To: "PD Dr. Oliver Kimberger" <oliver.kimberger@meduniwien.ac.at>
Cc: "Reed Mike (NORTHUMBRIA HEALTHCARE NHS FOUNDATION TRUST - NE29 8NH)" <mike.reed@nhs.net>, Paul McGovern <pdmcgovern@gmail.com>

Thanks Oliver. Mike and Paul, have you had a chance to review the manuscript changes I sent early in the week. I realize it might be a holiday for you guys.

thanks
-Mark

On Wed, Apr 27, 2011 at 1:03 AM, PD Dr. Oliver Kimberger
<oliver.kimberger@meduniwien.ac.at> wrote:
> Dear Mark - I am sure it is worth taking a shot, also - their review process is usually rather fast!
> best regards, oliver!
>
> Am 25.04.2011 um 16:07 schrieb Mark Albrecht:
>
>> Oliver,
>> Yea, Anesthesiology is a very tough journal to get into, but that also
>> makes them a thought leader.  So, I'm hoping that they may be more
>> likely to consider a controversial topic because it is interesting and
>> they are not worried about what their peers have to say.   They might
>> very well reject this at first pass also, but its worth a shot before
>> we just dump this into a nursing journal or something like that.
>>
>> I'm expecting that they will reject this, but lets see.
>>
>> Thanks for the info and I'll put mike reed's institution on the study.
>>
>> -Mark
>>
>>
>> On Mon, Apr 25, 2011 at 4:11 AM, PD Dr. Oliver Kimberger
>> <oliver.kimberger@meduniwien.ac.at> wrote:
>>> Dear Mark,
>>>
>>> Sorry to hear that...
>>>
>>> Regarding the questions in the manuscript:
>>> 1.) I have no middle name.
>>> 2.) The manuscript should be attributed to the first or the corresponding author's institution.
>>>
>>> Funding (item 3):
>>> Oliver Kimberger received funding for thermoregulatory studies and lecture/travel fees from Augustine
>>> Biomedical + Design.
>>>
>>> Hope it works this time (however, I have had very good, and non-controversial manuscripts rejected by
>>> Anesthesiology, they are really top tier and it always takes some luck as well...).
>>>
>>> Best regards,
>>>
>>> Oliver!
>>> [Quoted text hidden]
>>>> <coverletter.doc><Manuscript_Anes.doc>
>>> [Quoted text hidden]

---

**Reed Mike (NORTHUMBRIA HEALTHCARE NHS FOUNDATION TRUST - NE29 8NH)**        28 April 2011 at
<mike.reed@nhs.net>                                                                                                    16:41
To: Mark Albrecht <albre116@umn.edu>, "PD Dr. Oliver Kimberger" <oliver.kimberger@meduniwien.ac.at>
Cc: Paul McGovern <pdmcgovern@gmail.com>

Mark. The letter of submission reads well although I am not sure how much
influence these letters have.

My conflicts are departmental funding of unrelated research from Augustine
Temp Management (£5K if they need that). No personal gain.
My middle initial is R for Richard
I don't knowingly have an academic rank.
Institution. Northumbria Healthcare NHS Foundation Trust, Woodhorn Lane,
Ashington, Northumberland NE63 9JJ.
Phone: +441670529191. Fax: +448719898251

Thanks for this - much appreciated.


ü CONFLICT OF INTEREST FORM

üTITLE PAGE:
üBrief Title (Ideally £120 characters)

ü First name, middle initial,
and last name of each author
ü
Academic ranks, and institutional affiliations for each author
ü Name,
complete mailing address, phone, fax and
email address of the corresponding author
ü
Department/institution to which the work is attributed
[Quoted text hidden]
**********************************************************************************************************

This message may contain confidential information. If you are not the intended recipient please inform the
sender that you have received the message in error before deleting it.
Please do not disclose, copy or distribute information in this e-mail or take any action in reliance on its contents:
to do so is strictly prohibited and may be unlawful.

Thank you for your co-operation.

NHSmail is the secure email and directory service available for all NHS staff in England and Scotland
NHSmail is approved for exchanging patient data and other sensitive information with NHSmail and GSi recipients
NHSmail provides an email address for your career in the NHS and can be accessed anywhere
For more information and to find out how you can switch, visit www.connectingforhealth.nhs.uk/nhsmail

**********************************************************************************************************

**Paul McGovern** <pdmcgovern@gmail.com>                         28 April 2011 at 16:58
To: Mark Albrecht <albre116@umn.edu>

Will be at a computer in a couple of hours, will send a review along shortly after
Cheers
Paul

[Quoted text hidden]

**Mark Albrecht** <albre116@umn.edu>                             28 April 2011 at 17:05
To: Paul McGovern <pdmcgovern@gmail.com>
Cc: "Reed Mike (NORTHUMBRIA HEALTHCARE NHS FOUNDATION TRUST - NE29 8NH)" <mike.reed@nhs.net>, "PD
Dr. Oliver Kimberger" <oliver.kimberger@meduniwien.ac.at>

Paul, just review the cover letter I sent last week (attached for
reference).  If you have time to review the manuscript great, but I'm
going to make a couple of quick changes to the manuscript I sent you
per mike's advice.  Principally, I need your institution information
which i do not have for your present post.

thanks a bunch

-Mark
[Quoted text hidden]

**Paul McGovern** <pdmcgovern@gmail.com>                         28 April 2011 at 18:31
To: Mark Albrecht <albre116@umn.edu>
Cc: "Reed Mike (NORTHUMBRIA HEALTHCARE NHS FOUNDATION TRUST - NE29 8NH)" <mike.reed@nhs.net>, "PD
Dr. Oliver Kimberger" <oliver.kimberger@meduniwien.ac.at>

Hi Mark

Details for me below.

I can't see anything objectionable in the paper, it looks good. I've put a couple of suggested changes in the cover
letter, they make it sound a bit less partisan to me

cheers
Paul

Paul McGovern
Registrar, Trauma and Orthopaedics
South London Healthcare NHS Trust
Frognal Avenue
Sidcup
Kent
DA14 6LT

[Quoted text hidden]

--
Paul McGovern

2 attachments

 **Manuscript_Anes.doc**
198K

 **coverletter McGovern edit.doc**
100K

# EXHIBIT DX35

TO DECLARATION OF PETER J. GOSS IN
SUPPORT OF DEFENDANTS' MOTION TO
EXCLUDE PLAINTIFFS' ENGINEERING
EXPERTS

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

In re Bair Hugger Forced Air Warming
Products Liability Litigation

MDL No.  15-2666 (JNE/FLN)

This Document Relates to All Actions

**EXPERT REPORT OF**

**DAN KOENIGSHOFER, MSPH, PE**

## I.      Educational Background, Training & Experience

I was raised in Los Angeles, where as a child, I suffered from asthma, allergies,
and loss of outdoor play time exacerbated by smog.   I received a Bachelor of Science in
Physics with a minor in Meteorology from University of California, Davis and a Master's
of Science in Public Health, Air and Industrial Hygiene, from University of North
Carolina - Chapel Hill.   My thesis involved modeling of macro air movement and
sampling of rainwater.  This resulted in my first publication, *Long Range Transport of
Trace Metals in Rainwater*, APCA 1975.   Classes included: particle physics, air
chemistry, water chemistry, industrial ventilation, optics, epidemiology, atmospheric
modeling, air pollution control, and biostatistics.  My first jobs were at an air pollution
testing and engineering firm and the U.S. Environmental Protection Agency ("EPA").  I
started my consulting firm in May, 1976 working on a variety of projects: solar homes,

1

schools, churches, laboratories, pharmaceutical, and hospitals.  Around 1990 I decided to specialize in hospital engineering and have continued that to this day.  I currently work half time for an engineering firm and part time for a contractor – all healthcare projects.  I have written numerous articles and a book on Hospital HVAC Design.

I have been active in the American Society of Heating, Ventilating, and Refrigeration Engineers (ASHRAE) since 2003.  I was motivated by their intention to produce a guide book for ventilation in hospitals.  Since then I have attended all but one of their twice-annual meetings, as an active participant and more recently as a member of the committee.  This is the committee that produced Standard 170-2008 & 2013. Ventilation of Health Care Facilities.  In 2006, ASHRAE asked me to produce materials for and teach a class on designing hospital HVAC systems. Subsequently, I've taught 3, 6, & 12 hour classes at meetings in approximately 30 major U.S. cities and Istanbul, Mexico City, and Mumbai.  In 2010 ASHRAE asked me to lead a group to rewrite the book, HVAC Design Guide for Hospitals and Clinics (2003). Early on, our committee determined significant revisions were appropriate.  Our committee dedicated over three years draft and finalize the new edition.  I am the primary author of Chapter 2: Infection Control and Chapter 8. Room Design (including section on Operating Rooms).  As the editor-in-chief I was also the final arbitrator of discussions and responsible for editing the entire book.

In 2012, I was designated a "Senior" in the American Society of Hospital Engineers (SASHE).  This award is based on publications and active participation.

2

I have attached a copy of my CV as Exhibit A to this report.

## II.   THE QUESTION PRESENTED

I was asked to explain the environment of use for the Bair Hugger device - hospital operating room – including how an operating room ventilation system is designed to minimize the risk of particles and infection. Additionally I have been asked to offer my opinion on the impact, if any, of the Bair Hugger device on the protective effect of the hospital HVAC system.

## III.   THE ENVIRONMENT OF USE: HVAC SYSTEM DESIGN AND FUNCTION IN OPERATING ROOMS

### 1.   Abstract

HVAC systems provide comfort and quality air for patients, staff, and visitors in hospitals. Comfort is generally determined by temperature, humidity, and air speed. Air quality is generally defined by particle count (both organic and inorganic). ASHRAE Standard 170 ("Standard 170") specifies *minimum* levels of filtration, pressurization, air change rates, and outside air for dilution. Specific criteria are provided for operating rooms and most spaces in a hospital. Standard 170 also provides additional guidance for the design of OR's and other critical areas. As with all codes, ASHRAE Standard 170 provides only the *minimum* standards to design hospitals. This report discusses some of the purposes and the challenges of meeting the standard. Standard 170 is a design guide, it does little to address day to day operations, maintenance, and activities of medical staff within the rooms. Medical care professionals and anyone designing machines for

3

use in an operating room should be aware of the environment of use, and consider the potential for compromising the function of the HVAC system to provide high quality air to the patient and surgical site.

2.    **Hospital HVAC Design Standards**

The American Society of Heating, Refrigeration, and Air Conditioning Engineers (ASHRAE) is generally recognized as the world leader in establishing standards and training for the design of Heating Ventilating and Air Conditioning (HVAC) systems. The standards most frequently used in health care engineering are:

- ASHRAE Standard 170 Ventilation of Health Care Facilities (building code in ~40 states)
- ASHRAE Standard 55 Human Comfort
- ASHRAE Standard 52 Air Filtration
- ASHRAE book: HVAC Design Manual for Hospitals and Clinics

The American Society of Hospital Engineers (ASHE) is part of the American Hospital Association.  ASHE publishes guidelines for the construction, operation, and maintenance of health care facilities.  Various clinical associations publish guidelines which occasionally affect hospital HVAC design.  ASHRAE is working to coordinate and incorporate some of the HVAC portions of these guidelines into Standard 170.

The following is an excerpt from Standard 170.  As shown, it calls out the pressurization, rate of dilution with outside air (OA), supply air (SA) rate, whether or not the air may be recirculated, humidity range, and temperature range for different spaces. The full table includes ~125 space types.  Of course, Operating Rooms (OR's) are

4

generally considered the most critical spaces and receive the most attention. The typical

OR will cost $1-2 million to build. The HVAC system alone is generally 40-50% of the

cost.

## ASHRAE Standard 170 – The Bible

| Function of Space | Pressure Relationship to Adjacent Areas (n) | Minimum Outdoor ACH | Minimum Total ACH | All Room Air Exhausted Directly to Outdoors (j) | Air Recirculated by Means of Room Units (a) | Design Relative Humidity (k), % | Design Temperature (l), °F/°C |
|---|---|---|---|---|---|---|---|
| **SURGERY AND CRITICAL CARE** | | | | | | | |
| Operating room (Class B and C) (m), (n), (o) | Positive | 4 | 20 | NR | No | 20-60 | 68-75/20-24 |
| Operating/surgical cystoscopic rooms, (m), (n) (o) | Positive | 4 | 20 | NR | No | 20-60 | 68-75/20-24 |
| Delivery room (Caesarean) (m), (n), (o) | Positive | 4 | 20 | NR | No | 20-60 | 68-75/20-24 |
| Substerile service area | NR | 2 | 6 | NR | No | NR | NR |
| Recovery room | NR | 2 | 6 | NR | No | 20-60 | 70-75/21-24 |
| Critical and intensive care | NR | 2 | 6 | NR | No | 30-60 | 70-75/21-24 |
| Intermediate care (s) | NR | 2 | 6 | NR | NR | max 60 | 70-75/21-24 |
| Wound intensive care (burn unit) | NR | 2 | 6 | NR | No | 40-60 | 70-75/21-24 |
| Newborn intensive care | Positive | 2 | 6 | NR | No | 30-60 | 70-75/21-24 |
| Treatment room (p) | NR | 2 | 6 | NR | NR | 20-60 | 70-75/21-24 |
| Patient Room | NR | 2 | 4 | NR | NR | 30-60 | 70-75/21-24 |

ASHRAE                    Excerpt: ASHRAE Standard 170-2013                    20

Figure 1. Standard 170 Room Requirements

Standard 170 is a minimum HVAC design guide whose objective is to "provide

environmental control for comfort, asepsis, and odor in health care facilities". Asepsis

is "the state of being free of pathogenic microorganisms or the processes for removing

pathogenic organisms". While most engineers agree on these objectives, there is some

debate about the specific values and techniques prescribed in Standard 170. As with all

discussions at ASHRAE, engineers are balancing known potential risks to patients alongside financial considerations raised by hospitals. The following figure lists some of the elements of Standard 170 that are the subject of ongoing research and debate in the HVAC engineering community.

## Key Elements of S-170

- ACH rate
- ACH filtered? Or recirc w/o filtration?
- Diffuser velocity in OR (2)
- HEPA v. MERV 14
- OA rate (S-62 v. 170)
- Temperature
- Humidity: recent study indicates >40% (1&2)
- Scientific evidence is needed, esp Dose/Response
- Monitoring "requirements"

(1) Noti, JD, High Humidity....PLOS|one 2/27/13
(2) Memarzadeh, F., ASHE 2013 Lit Review: *Room Ventilation & Airborne Disease Transmission*

                                                                 23

Figure 2

### 3.    **Infection Control**

The primary purpose of the hospital HVAC system is to provide and maintain air quality. Hospital associated infections (HAI) cost billions of dollars each year. While there are many sources of microorganisms, most experts agree that airborne sources of infection are responsible for 5-15% of HAI. These airborne infections are estimated to cost in excess of $500 million each year. It is the task of hospital HVAC engineers to

6

mitigate the incidence of airborne HAI. Figure 3 lists some of the generally recognized

modes of transmission by which and HAI can infect patients and/or hospital staff.



**How People Get Infected**

- Inhalation
- Deposition of particles in air, esp. on skin
- Contact w/ surfaces and other people
- Insects
- "Contact" exposure (< 6 ft) to sneezes and coughs, per CDC



Figure 3. Methods of Infection

The most serious type of HAI is Surgical Site Infection (SSI). These are generally

understood to be most often caused by deposition of particles directly into the wound or

insertion of instruments or hands which are contaminated. A simple, conceptual equation

for the probability of infection follows:

Figure 3. Infection Equation:

$$\text{Infection} = \frac{\text{Dose x Site x Virulence x Time}}{\text{Level of Host Defense}}$$

4.    **Dose**

Generally, bacteria and viruses ride on larger particles and aerosols. These might

be skin particles, dust, sneeze/cough aerosols, spores, and even insects (mites). At this

7

time, there is no single accepted method to measure pathogenic microorganisms in the air in real time. Rather, it is generally understood and accepted that the best surrogate for air quality is to measure particles. The HVAC system can reduce the density of particles in the room by introducing clean air. As shown in the following table, the rate of air changes of clean air is directly related to the residence time of the particles (the "fly") in the room. The goal of an HVAC engineer is to quickly clear the "fly" from the room. This is accomplished by changing the air in the room. Thus, the higher the supply air flow, the greater the air change per hour (ACH) and the faster the removal of airborne particles (flies).

## Dilution (Fly in Room)

| ACH | Minutes required for removal of 90% | Minutes required for removal of 99% | Minutes required for removal of 99.9% |
|-----|-----|-----|-----|
| 2 | 69 | 138 | 207 |
| 4 | 35 | 69 | 104 |
| 6 | 23 | 46 | 69 |
| 8 | 17 | 35 | 52 |
| 10 | 14 | 28 | 41 |
| 12 | 12 | 23 | 35 |
| 15 | 9 | 18 | 28 |
| 20 | 7 | 14 | 21 |
| 50 | 3 | 6 | 8 |

CDC MMWR 2005, *Guidelines for Preventing the Transmission of Mycobacterium Tuberculosis in Health-Care Settings*, 2005 Table 1

ASHRAE                                                                                                    2323

Figure 4. Theoretical Effect of Air Changes on Particle Count

*assuming perfect mixing, perfectly clean SA, and no particle generation in the room

Figure 5 shows the settling rate of different size particles. As indicated, small particles stay in suspension for hours while particles the size of skin squames (10 micron) will settle in minutes. Thus, it is reasonable to conclude that squames shed during surgery would drop to, and stay, on the floor absent other mechanisms and turbulence.



Figure 5. Particle Settling Rate v. Size

The HVAC system is also designed to move particles and odors out of the hospital in a logical path, as shown in Figure 6. The idea is to design the HVAC system so the cleanest air is introduced to the operating rooms and other sensitive areas, then moved via pressure difference to less clean areas and eventually out of the hospital.

# ▊ **Pressure Difference**

- Maintain proper pressurization 24/7
    - ✓ Operating Rooms
    - ✓ Isolation Rooms
    - ✓ Sterile Processing Departments



Figure 6. Moving Air via Pressure Differentials

Another way to reduce "dose" is by recirculating air through high quality filters. As shown in Figure 1, 20% (4 of 20 ACH[1]) of the supply air must be outside air (OA). Thus, in theory every "puff" of air is filtered 5 times before it is removed from the OR. HVAC engineers presume filtered air is cleaner than outside air. The following ASHRAE tables show the required *minimum* filter efficiencies for different parts of health facilities and the capture efficiency of various MERV filters. MERV is a measure of filter efficiency with a scale of 1-20. MERV 17 is commonly used in hospitals and often referred to as High Efficiency Particle Arrestance (HEPA). As shown in Figure 8, MERV 17 (HEPA filter) is 99.97% efficient for all particles down to 0.3 micron. MERV

---

[1] ACH or "Air Changes per Hour"

10

14 is the minimum recommended final filter serving operating rooms. Many hospitals, however, specify HEPA as the best practice.

While the factory MERV rating is required, it is essential that the final filter be installed correctly. For any filter to work effectively, it must have a tight gasket and be seated flat. The rack must not be bent or out of square. Even the smallest breach of the filter assembly will allow unfiltered air to bypass a filter. The Standard 170 committee is presently considering adding a requirement for efficiency testing after every filter change.

## ASHRAE Filtration Standard 170-2013

| Space Designation (According to Function) | Filter Bank #1 (MERV)[a] | Filter Bank #2 (MERV)[a] |
|---|---|---|
| Operating rooms (Class B and C surgery); inpatient and ambulatory diagnostic and therapeutic radiology; inpatient delivery and recovery spaces | 7 | 14 |
| Inpatient care, treatment, and diagnosis, and those spaces providing direct service or clean supplies and clean processing (except as noted below); All (rooms) | 7 | 14 |
| Protective Environment (PE) rooms | 7 | HEPA[c,d] |
| Laboratories; Procedure rooms (Class A surgery), and associated semirestricted spaces | 13[b] | NR |
| Administrative; bulk storage, soiled holding spaces; food preparation spaces, and laundries | 7 | NR |
| All other outpatient spaces | 7 | NR |
| Nursing facilities | 13 | NR |
| Psychiatric hospitals | 7 | NR |
| Resident care, treatment, and support areas in inpatient hospice facilities | 13 | NR |
| Resident care, treatment, and support areas in assisted living facilities | 7 | NR |

*N/R = not required
a The minimum efficiency reporting (MERV) is based on the method of testing described in ANSI/ASHRAE Standard 52.2-2012, Methods of Testing General Ventilation Air-Cleaning Devices for Removal Efficiency by Particle Size (in Informative Appendix B)
b Additional prefilters may be used to reduce maintenance for filters with efficiencies higher than MERV 7.
c As an alternative, MERV-14 rated filters may be used in Filter Bank No 2 if a tertiary terminal HEPA filter is provided for these spaces
d High-Efficiency Particulate Air (HEPA) filters are those filters that remove at least 99.97% of 0.3 micron-sized particles at the rated flow in accordance with the testing methods of IEST RP-CC001.3 (IEST[2005] in Informative Appendix B) 26

Figure 7. Filtration Standard

11

## TABLE 2: MINIMUM EFFICIENCY REPORTING VALUE (MERV) PARAMETERS

| ASHRAE Standard 52.2 | | | | ASHRAE Standard 52.1 | Application Guidelines | | |
|---|---|---|---|---|---|---|---|
| **MERV** | **Particle Size Removal Efficiency, Percent in Particle Size Range, $\mu m$** | | | **Dust-Spot Efficiency Percent** | **Particle Size and Typical Controlled Contaminant** | **Typical Applications** | **Typical Air Filter/Cleaner Type** |
| | 0.3 to 1 | 1 to 3 | 3 to 10 | | | | |
| 20 | ≥ 99.999 | in 0.1 – 0.2 $\mu m$ particle size | | — | $< 0.3 \mu m$ Virus (unattached) Carbon dust Sea salt All combustion smoke | Electronics manufacturing Pharmaceutical manufacturing Carcinogenic materials | HEPA/ULPA Filters* |
| 19 | ≥ 99.999 | in 0.3 $\mu m$ particle size | | — | | | |
| 18 | ≥ 99.99 | | | — | | | |
| 17 | ≥ 99.97 | | | — | | | |
| 16 | > 95 | > 95 | > 95 | — | $0.3-1 \mu m$ All bacteria Droplet nuclei (sneeze) Cooking oil Most smoke Insecticide dust Most face powder Most paint pigments | Superior commercial buildings Hospital inpatient care General surgery | Bag Filters – Nonsupported (flexible) microfine fiberglass or synthetic media, 12 to 36 inches deep. Box Filters – Rigid style cartridge, 6 to 12 inches deep. |
| 15 | 85-95 | > 90 | > 90 | > 95 | | | |
| 14 | 75-85 | > 90 | > 90 | 90-95 | | | |
| 13 | < 75 | > 90 | > 90 | 80-90 | | | |
| 12 | — | > 80 | > 90 | 70-75 | $1-3 \mu m$ Legionella Humidifier dust Lead dust Milled flour Auto emission particles Nebulizer drops | Superior residential Better commercial buildings Hospital laboratories | Pleated filters –Extended surface with cotton or polyester media or both, 1 to 6 inches thick. Box Filters – Rigid style cartridge, 6 to 12 inches deep. |
| 11 | — | 65-80 | > 85 | 60-65 | | | |
| 10 | — | 50-65 | > 85 | 50-55 | | | |
| 9 | — | < 50 | > 85 | 40-45 | | | |
| 8 | — | — | > 70 | 30-35 | $3-10 \mu m$ Mold Spores Dust mite body parts and droppings Cat and dog dander Hair spray Fabric protector Dusting aids Pudding mix Powdered milk | Better residential Commercial buildings Industrial workplaces | Pleated filters –Extended surface with cotton or polyester media or both, 1 to 6 inches thick. Cartridge filters –Viscous cube or pocket filters Throwaway –Synthetic media panel filters |
| 7 | — | — | 50-70 | 25-30 | | | |
| 6** | — | — | 35-50 | < 20 | | | |
| 5 | — | — | 20-35 | < 20 | | | |
| 4 | — | — | < 20 | < 20 | $> 10 \mu m$ Pollen Dust mites Cockroach body parts and droppings Spanish moss Sanding dust Spray paint dust Textile fibers Carpet fibers | Minimum filtration Residential window air conditioners | Throwaway – Fiberglass or synthetic media panel, 1 inch thick. Washable – Aluminum mesh, foam rubber panel Electrostatic – Self-charging (passive) woven polycarbonate panel |
| 3 | — | — | < 20 | < 20 | | | |
| 2 | — | — | < 20 | < 20 | | | |
| 1 | — | — | < 20 | < 20 | | | |

*This table is adapted from ANSI/ASHRAE Standard 52.2-2007.[18]*

Table 8. MERV Efficiency Parameters

12

5.    **Site**

The likelihood a patient may contract an HAI is also affected by the site impacted by the particles.  Particles landing on the skin are much less likely to cause infection than ones deposited in open wounds.  Deep wounds are generally understood to be more susceptible than shallow wounds.  Thus, the means of delivering the clean, filtered air may affect infections.  As shown in the following figure, clean air is directed into the room through so called "laminar diffusers".[2]  These are large metal arrays perforated with small holes.  The intent is to deliver a gentle "waterfall" of clean air over the table.  The area directly below this diffuser is referred to as the "sterile field."

Anything that disrupts this waterfall of sterile air reduces its effectiveness. Disruptions (turbulence) are caused by the surgeons and staff, objects (light booms, tables), thermal plumes (markedly hot or cold air), and air currents caused by devices, personnel, and doors.

6.    **Virulence**

The HVAC system may have some limited effect on the virulence of microorganisms.  Inside the air handling unit, sometimes UV lights are used to kill bacteria and algae growing on the wet surfaces.  Some hospitals have taken on the additional effort of installing UV lights in ductwork, but the high speed of the air makes this ineffective.  Some hospitals are now experimenting with portable UV lights which

---

[2] This intentional airflow is frequently called "laminar", though the airflow is not truly "laminar" from a physics perspective.  .

are brought into unoccupied OR's to bathe the room in UV and kill microorganisms. Others have experimented with ozone.

There is much debate about the role of humidity in infections. There is good evidence that low humidity has adverse effects on humans over long terms. Unfortunately, there is no agreement on the exact length of time. Some point out that flu season coincides with low, winter humidity; but it is unclear if low humidity over hours or even days is harmful.

7.   **Time**

As noted in Figure 4, the time that microorganisms spend in the OR is directly related to the supply air flow rate. Thus, the ACH required for OR's is a minimum of 20 air changes per hour. In most OR's this is a flow rate of 2,000 – 3,000 cfm (cubic feet/minute). Theoretically, 20 ACH will result in 99% flushing of the room within 14 minutes. Some hospitals require more ACH, and some hospitals are arguing for fewer ACH.

The early DHEW and DHHS publications required 100% outside air (OA). For the most part this requirement fell to political pressure after the oil embargo in the late '70's. Energy can be saved by reducing OA. The VA Hospitals retained the 100% OA requirement until the early 2000's. The current Standard 170 requirement is 4 ACH of outside air in OR's. Some hospitals and scientists are arguing to reduce this; again, motivated by the desire to reduce energy use, thereby reducing financial cost to run the HVAC system.

14

8.   **Comfort**

Clearly, another purpose of the HVAC is to provide comfort for patients, staff, and visitors. Comfort is different for each person and highly dependent on clothing, age, health, activity, temperature, humidity, and air flow rate. Standard 55 bases comfort on surveys of occupants in a variety of conditions and defines "comfortable" as when 80% of the occupants are satisfied.

Surgeons often request temperatures below the Standard 170 (68F). This can create problems when the HVAC system is designed to the minimum. Thus, prudent design will allow temperatures as low as 63F in OR's. Unfortunately, in order to achieve lower temperatures, the HVAC system must provide more air and/or colder air. Cold air can create problems as it accelerates after leaving the diffuser. Again, this can disrupt the wound plume and increase turbulence.

The demand for low temperature is particularly common in orthopedic and cardiac OR's. These surgeries are can be lengthy and involve strenuous efforts by the surgeons. The gowns, caps, gloves, masks, etc. result in overheating the surgeons. Unfortunately, some of the other OR staff is often uncomfortably cold when the temperature is lowered.

These conflicting desires often cause difficulties for the HVAC design engineer and the operations personnel. It is the job of the designer to provide a system that <u>can</u> meet virtually all of the disparate temperature and humidity requests. It is the responsibility of the hospital engineer to operate the system as efficiently as possible while meeting the various user demands and code requirements.

15

Another implication of the surgeons demanding low temperatures is that they will often ask that the HVAC system be capable of quickly raising the room temperature as soon as the surgeon is done. This speedy room temperature rise also affects the HVAC design.

## IV.    Brief Literature Review Concerning Bair Hugger and Air Quality

There have been numerous studies regarding the possible impact of the BH on OR air quality, specifically over the OR table.  Many peer reviewed studies have conducted particle and neutral buoyant bubble tests as well as temperature tests in field and lab experiments. Others have used computer models to simulate the effects of BH devices in operating rooms.  Following is a summary of the literature that I have reviewed, followed by my interpretation of the relevance to Bair Hugger use in OR's.

1.  *Forced-air warming and ultra clean ventilation do not mix.* THE JOURNAL OF BONE AND JOINT SURGERY. McGovern, Albrecht, Belani, Nachtsheim, Partington, Carluke, and Reed, 2011.  These authors used neutral buoyancy bubbles to observe air flow in an OR, and found bubble counts over the surgical table were higher when the BH was used compared to a non-convective warming blanket.   Microorganisms in infections "were predominately skin commensals".  This indicates generation of the particles occurred within the OR as particles this size (~10 microns) are easily collected in HVAC filters.  While they were many variables, "regression identified a significant reduction in infection rates for the conductive fabric v. forced air warming".  "Forced air warming had a significant and disruptive impact on the clean airflow patterns over the surgical site...established convection currents that mobilized resident air from..... the floor".

2.  *Airborne Respiratory Diseases and Mechanical Systems for Control of Microbes.* HEATING PIPING/AIR CONDITIONING, Kowalski and Bahnfleth, 1998. Seminal article, included in full in the 1st ed. ASHRAE HVAC Design

16

Manual, 2003. Table 3 confirms estimates of cfu/m3 to match Gaison & Goddard as cited in Figure 7 of this report. Figure 1 shows the size of common bacteria to be 0.3-1 micron.

3. *FDA Executive Summary On Heating/Cooling Devices, Medical Devices Advisory Committee, June 2, 2016*

While this article focused on heating/cooling devices during cardiothoracic surgery, some of their observations are pertinent to engineers considering the Bair Hugger device, namely:

   a. "the most likely source of patient infection is through OR air"

   b. "Turbulent airflow is undesirable in a surgical environment as it disrupts the unidirectional vertical air flow protection over the surgical field. It is therefore believed that when the protection provided by the laminar vertical air flow is disrupted, particles such as NTM may remain suspended in the air, traveling on air currents, until reaching the surgical field."

   c. "..fans may facilitate the movement of aerosolized NTM from inside the unit into the operating room, and possibly into the sterile surgical field (via laminar flow disruption)"

4. *Do forced air patient warming devices disrupt unidirectional downward airflow?* THE JOURNAL OF BONE AND JOINT SURGERY, Legg, Cannon, and Hamer, 2012;

   a. "Forced air warming resulted in a significant mean increase in temperature (1.1C v 0.4C, p<0.0001) and number of particles (1038.2 v 274.8, p=0.0087) over the surgical site when compared to radiant warming"

   b. Measured 0.3, 0.5, and 5 micron particles

5. *Convection Warmers: not just hot air.* ANESTHESIA 1997:52:1073-1076. Avidan MS, Jones, N et al.

   a. Blew air from BH onto agar plate. Of 10 devices "four grew potentially pathogenic organisms". Aspergillus fumigatus, staphylococcus xylosus, etc.

   b. But didn't find organisms growing from air ejected from blanket.

17

    c. CFU on outside of filter, but not inside;

    d. Colonies were found in 3 hoses;

    e. Put filters on BH hose exhaust.  Did not detect pathogenic organisms;

    f. Recommend always use perforated blankets, add a microbial filter on hose, insure hoses are sterilized regularly.

6. *Do warming blankets increase bacterial counts in the operating field of a laminar flow theatre?* THE JOURNAL OF BONE AND JOINT SURGERY, 2002;84-B:486-8 Sharp, Chesworth, Fern

    a. "Smoke test revealed that the blanket air flow had no significant effect on the theatre airflow";

    b. "No colonies were grown in any of the groups tested and our results suggest that the patient warming system does not influence bacterial counts at the operating site in an ultraclean air-ventilated theatre, even with patients who have high shedding of skin cells".  "The Warm Touch ….does not increase the number of CFU's at the operating site";

    c. "The HEPA filter in the warming unit therefore appeared to be fully functional" vis a vis high levels at floor.

7. *Forced-air patient warming blankets disrupt unidirectional airflow.* THE JOURNAL OF BONE AND JOINT SURGERY. Legg and Hamer, 2013;

8. *Patient Warming Excess Heat: The Effects of Orthopedic Operating Room Ventilation Performance.* ANESTHESIA & ANALGESIA. Belani, Albrecht, McGovern, Reed, and Nachtsheim, 2013;

9. *Forced-Air Warming Does Not Worsen Air Quality in Laminar Flow Operating Rooms.* ANESTHESIA & ANALGESIA. Daniel I. Sessler, MD,* Russell N. Olmsted, MPH, CIC, SJMHS,† and Ruediger Kuelpmann, MSc, PhD, 2011.)  The European OR's used in this study had far greater air flow than US 5,000 cfm v. 2,000 cfm.  Depending on the configuration of the laminar diffuser, this could make for a much different supply air flow pattern. From the photo, the sampler intake appears to have been pointed upward, thus it would have gotten a larger sample of clean supply air.  They introduced 35,000,000 particles per m3; they acknowledge this is much higher than a

normal OR. This baseline is then used for the statistical analyses. Compared to this very large number "small differences" are insignificant. The particle concentration without BH was 1,000 part/m3 while with the BH is was 9,000 part/m3. Thus, a 9 times increase with the BH on. I believe the differences would have been significant with a smaller baseline concentration.

10. Deposition of Corporate Representative of 3M – Al Van Duran.

3M also admits that all data that is currently available indicates that the Bair Hugger increases particles over the sterile surgical site. Mr. Van Duran states that 3M did not test the filter assembly after installation in the BH. Instead they relied on the results of lab testing by the filter manufacturer. As noted in section d, above, Standard -170 Committee is likely to require testing of filter assemblies after installation in hospitals. I would expect similar testing by manufacturers of medical equipment.

11. **Deposition of Crowder, taken 3/16/17**

    a. Pentair gave 3M a price for HEPA;

    b. 3M had never asked for testing of filters by Pentair until July 2016;

    c. Internal documents confirm "there have been numerous discussions about changing filter efficiency";

    d. A MERV 17 filter is a "HEPA" filter. ASHRAE Std 52.2 sets the standards for performance of HVAC filters.

    e. 3M declined to adopt a higher efficiency filter because it would have added manufacturing cost and increased pressure drop.

12. 2006.2.26 Filter Test by Camfil-Farr

    a. Flat filter efficiency measured at 72% @ 0.4 micron. MERV 14 is 75-85% @ 0.3-1 micron, so the filter 3M uses is MERV 13 at best. Per ASHRAE chart, MERV 13 and 14 typically are rigid box filters 6-12" deep. This was flat filter 2".

    b. "No direction of air flow marked n filter. Pleats look irregular"

13. *Effect of forced air warming on the performance of operating theatre laminar flow ventilation.* Anesthesia. Dasari, Albrecht, and Harper, 2012;

14. *Resistive-polymer versus forced-air warming: comparable efficacy in orthopedic patients.* ANESTHESIA & ANALGESIA. Brandt S, Oguz R, Hüttner H, Waglechner G, Chiari A, Greif R, Kurz A, Kimberger O, 2010.) Researchers found the temperature of the air above the surgical site is statistically

significantly greater when the Bair Hugger device is on as compared to off or compared to other patient warming devices.

15. *Effect of Heated-Air Blanket on the Dispersion of Squames in an Operating Room.* Said Elghobashi, 2017. Computational fluid dynamics analysis of a Bair Hugger device in an operating room environment, it is shows that the Bair Hugger device can significantly increase turbulence around the surgical table that increases the likelihood of squames from the floor to reach the sterile site, as shown in the following diagram:

| | |
|---|---|
| 806 | and blower-on cases. With the blower-off, the majority of the squames are dispersed by the |
| 807 | ventilation air flow towards the outlet grilles. None of the squames actually rise to the level of |
| 808 | the side tables or the OT. In contrast, with the blower-on, a large number of squames are lifted |
| 809 | upwards by the rising thermal plumes. Some of the squames are lifted above the surgeons |

61

| | |
|---|---|
| 810 | heads and are blown towards the OT by the downward moving ventilation air. Large number |
| 811 | of squames are seen to be above the OT, several are surrounding the surgeons hands, above |
| 812 | the side tables, and some are very close to the patient's knee and the surgical site. Majority of |
| 813 | the squames that come close to the surgical site were found to have originated from the sides |
| 814 | parallel to the length of the OT. |

20



## V.    Bair Hugger Filtration

Given the velocity of the air entering the BH, it is clear that it will entrain particles from the floor and blow them into the blanket. Figure 7 shows measured colony forming units (cfu) in hospitals. Although this is from 1968, it is still considered to be a seminal study. If we assume the air near the floor of an OR is as clean as a standard hospital which meets ASHRAE minimum standards, that is 10 cfu/cf. The BH 505 processes about 50 cfm, so 500 cfu/min = 30,000 cfu/hr will enter the unit. Even if the filter itself was 95% effective – and we know from 3M

21

documents the filter is far less than 95% effective - with leaks the assembly is reduced to 90% effective, which means ~3,000 cfu/hr will be blown into the hose. In that instance it is likely most of particles will enter the blanket and some of them will be ejected from the blanket pinholes. Even if only10% of the particles are ejected, then at least 300 cfu/hr are blown near the patient.



Figure 7. Colony Forming Units in Air

## VI.    Summary of Opinions

While there is some discrepancy in the literature, there are several aspects of the Bair Hugger device which, in my opinion, obviously compromise the performance of the OR HVAC system.

The following are based on physics and clear statements of fact:

1. The Bair Hugger operating in an OR will create turbulence at the floor, stirring settled particles;
2. The Bair Hugger draws particles off the floor into the unit. It functions much like a household vacuum cleaner;
3. The performance of the filter assembly is not appropriately or correctly documented;

22

4. 50-100 cfm are blown from the blanket into or near the sterile field, causing air to move horizontally, while the intent of the HVAC system is to maintain downward air flow;

5. Air leaving the blanket at 100-110F will cause upward convective air flow;

6. The hot air will add to surgeon's discomfort, resulting in them requesting even lower temperatures in the OR. This will require colder air and result in higher downward air velocity causing additional turbulence at the boundary of the flow and where it sticks obstructions. For best results the flow of the clean air needs to be about 35 fpm;

7. The heater in the Bair Hugger adds to the cooling load, thus requiring more air and/or colder air than the initial design.

It is my professional opinion that the Bair Hugger compromises the sterility of the operating room by, at a minimum, the following:

1. The filters in the Bair Hugger are less efficient that those used in the HVAC system serving an OR.

2. The air velocity at the floor under the Bair Hugger is sufficient to entrain particles from the floor

3. The floor of every OR is non-sterile and usually bears heavy load of particles, many of which could be pathogenic.

4. The hot air from the Bair Hugger will interfere with the downward flow of clean air from the ceiling diffuser.

In summary, I believe that use of the Bair Hugger will adversely affect the air quality in the OR and at the patient. This will place the patient at increased risk of contracting an HAI.

I hold these opinions to a reasonable degree of professional engineering certainty. Additionally, I reserve the right to amend and/or supplement this report and these opinions if additional information becomes available to me.

Dan Koenigshofer, MSPH, PE
DRK Consulting LLC
105 Crystal Springs Ct
Chapel Hill, NC 27516
dkoenigshofer@nc.rr.com

24

Exhibit A

# DANIEL KOENIGSHOFER, PE, MS PUBLIC HEALTH
ASHE/ASHRAE Certified Healthcare Designer



Mr. Daniel Koenigshofer, PE, MSPH is an expert on hospital HVAC systems. Mr. Koenigshofer started his own engineering firm in 1976 and sold the firm in 2007. Mr. Koenigshofer has over thirty five years of engineering and project management experience specializing in master planning, troubleshooting, and solving problems typically found in healthcare facilities such as mold, temp/humidity, ventilation, filtration, energy use, and system reliability.

Mr. Koenigshofer has a knack for simplifying complex info and presenting to audiences. He has shared his knowledge both nationally and internationally including Turkey, Mexico, and Mumbai. Mr. Koenigshofer has dozens of publications. He was editor-in-chief and principal author of ASHRAE book: HVAC Design Manual for Hospitals, 2013. He was the first ASHRAE/ASHE Certified Healthcare Designer in the Southeast USA.

In 2009 he was an expert witness on a case involving an infection from surgery. His field testing, cogent report, and deposition resulted in a favorable out of court settlement for the plaintiff.

Mr. Koenigshofer enjoys hands-on engineering and is adept at using an extensive array of testing equipment for forensic, renovation, and troubleshooting work. He is a *"short-sleeved engineer"* who greatly enjoys the challenges of field investigation and troubleshooting of HVAC systems, particularly building automation, emergency power, and other standard Hosp Eng systems. He has personally designed every discipline in healthcare engineering including med gas, fire alarm, electrical, mechanical, sprinklers, HVAC, emergency power, etc.

## AFFILIATIONS
- American Society of Hospital Engineers, Senior member, Cx Task Group
- American Society of Heating, Refrigerating and Air-Conditioning Engineers, Inc.
  - TC9.6 Healthcare Applications Member
  - S-170 Ventilation in Healthcare – Corresponding member
- North Carolina Healthcare Engineers Association
- UNC School of Public Health Alumni Association, Life Member

## PRESENTATIONS/PUBLICATIONS
- Setting & Achieving OR Design Standards, NCHEA – 8/05
- OR and Isolation Room Pressure Requirements, NC Hosp Eng Assoc – 2/05
- ASHRAE Nat'l Meetings – Presented 2 classes on *"Health Care Facilities: best Practice HVAC Design Considerations & Criteria"* and *"Health Care Facilities: Best Practice Applications of HVAC Systems"*, New York, Chicago, Dallas, Orlando, Seattle, Denver, St. Louis, Atlanta, Little Rock,
- International ASHRAE Meetings, 12 hr class – *HVAC Design for Healthcare*, Istanbul, Mex City, and Mumbai.
- *Designing Imaging Suites*, NCHEA, 8/08
- Healthcare Facilities: *Best Practices for Design & Applications*, ASHRAE Webinars, 10/08, 4/15, 9/15, 2/16
- *Cooling Triage Planning*, Am Soc Hosp Eng, Anaheim, 7/09
- ASHRAE book: HVAC Design Manual for Hospitals, 2013, editor-in-chief & prin author
- Videos on Hosp Eng. See Dan Koenigshofer https://www.youtube.com
- *Who Gets The Power?* Building Operating Management, 5/09

## EDUCATION
- MS Public Health, Air Quality, University of North Carolina at Chapel Hill, 1975, scholarship
- BS, Physics, minor Meteorology University of California at Davis, 1971 Cum Laude, Phi Kappa Phi Honors

## REGISTRATIONS
- 1979 Professional Engineer: NC / 008994
- 2007 ASHE/ASHRAE Certified Healthcare Designer: #0001
- 2008 Professional Engineer: NCEES / 33824
- 2008 Professional Engineer: VA / 045539
- 2009 Professional Engineer: SC / 27102



## DANIEL KOENIGSHOFER, PE, MS PUBLIC HEALTH

ASHE/ASHRAE Certified Healthcare Designer

### SELECT PROJECTS

- Wake Med North. Renovation of 150,000sf ambulatory surgery center to 350,000 sf Women's Hospital plus new central chiller, generator, boiler plant
- Wake Med Raleigh. Addition of 160,000 sf tower including children's center. New central chiller/generator plant. Revision of entire emergency power system
- First Health Moore Regional. System Assessment and Master Plan for 1.5 mil SF hospital
- First Health Moore Regional. New 170,000 sf cardiovascular center including hybrid OR's, Cath & EP Labs, CICU. Expansion of central plant
- Mission Hospital. Systems Assessment and Master Plan for 2.5 mil SF hospital
- Carolina's Health. Analysis of Temperature and Humidity Systems in 75 operating rooms
- Craven County Hospital. Master Plan for emergency power system
- UNC Hospital. Cardiac Critical Care Unit. Oncology Center, Isolation rooms, Upgrade HVAC to add terminal HEPA filters at each OR.

## Expert Witness Short Form Contract

Daniel R. Koenigshofer, Professional Engineer, Certified Hospital Design Professional, MS Public Health

Hourly Rates

- Research and writing at office $300/hr
- Meetings outside office          $300/hr + travel time
- Depositions                      $350/hr + travel time
- Court time                       $400/hr + travel time
- Travel time                      $50/hr all time my door to my door

Expenses

- After payment in advance, I will make my own travel arrangements
- Meal and hotel: twice (2x) Standard GSA Per Diem Rate
- Airfare: trips under 2 hr, Coach + preferred seat eg. Exit row, cost + 10%
- Airfare: trips over 2 hr, first class, cost + 10%
- Copy, delivery, parking, taxi, other normal expenses reimbursed at cost + 10%
- Obtain PE license in another state $5,000

Terms of Payment

- Invoices due within 15 days of electronic submittal
- Information for electronic fund transfer will be provided
- Work will cease if invoices are 30 days overdue
- After 30 days, invoices accrue interest at 1% per month, compounded
- $5,000 non-refundable advance

Cancellations, Termination

- Notice of meeting/appearance shall be provided 14 day in advance
- If meeting is cancelled within 72 hr of event, I will be reimbursed $1,000
- Either party may terminate this agreement with 14 day notice and payment of all outstanding invoices

Employment, Taxes

- I will be a consultant, not an employee
- I will be responsible for all taxes

Daniel Koenigshofer
105 Crystal Springs Ct, Chapel Hill, NC 27516
919-612-6173
dkoenigshofer@nc.rr.com