UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To:<br>*All Cases* | **PLAINTIFFS' NOTICE OF MOTION TO EXCLUDE OPINIONS AND TESTIMONY OF ANTONIA HUGHES** |

PLEASE TAKE NOTICE that the undersigned will bring Plaintiffs Motion to Exclude the Opinions and Testimony of Antonia Hughes, Pursuant to Federal Rule of Evidence 702, for a hearing before the Honorable Judge Joan N. Ericksen of the above named court, on October 24, 2017, at 9:00 a.m. or as soon thereafter as counsel may be heard, and continuing through October 26, 2017, or such point at which the Court concludes the hearings.

This motion, based on Plaintiffs' Memorandum of Law in Support of Motion to Exclude Testimony of Antonia Hughes; the Affidavit of Genevieve M. Zimmerman; the exhibits, files, and records herein; and argument to be presented at the hearing of this matter, seeks an Order of the Court Excluding the Opinions and Testimony of Antonia Hughes.

Dated: September 12, 2017

| | |
|---|---|
| CIRESI CONLIN L.L.P. | MESHBESHER & SPENCE LTD. |
| /s/Michael V. Ciresi_____ | /s/ Genevieve M. Zimmerman |
| Michael V. Ciresi (MN #0016949) | Genevieve M. Zimmerman (MN #330292) |
| Jan M. Conlin (MN #0192697) | 1616 Park Avenue South |
| Michael Sacchet (MN # 395817) | Minneapolis, MN 55404 |
| Ciresi Conlin LLP | Phone: (612) 339-9121 |
| 225 S. 6th St., Suite 4600 | Fax: (612) 339-9188 |
| Minneapolis, MN 55402 | Email: gzimmerman@meshbesher.com |
| Phone: 612.361.8202 | |
| Email: MVC@CiresiConlin.com | |
| JMC@CiresiConlin.com | |
| MAS@ciresiconlin.com | |

LEVIN PAPANTONIO, P.A.

/s/ Ben W. Gordon, Jr.
Ben W. Gordon (FL # 882836) – *Pro Hac Vice*
J. Michael Papantonio (FL # 335924)
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
Phone: (850) 435-7090
Fax: (850) 436-6090
Email: bgordon@levinlaw.com


*Plaintiffs Co-Lead Counsel*