UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To:<br>*All Cases* | **PLAINTIFFS' MOTION TO EXCLUDE OPINIONS AND TESTIMONY OF GARY SETTLES, Ph.D.** |

Pursuant to Federal Rule of Evidence 702, Plaintiffs respectfully move this Court for an Order excluding the opinions and testimony of Gary Settles, Ph.D., because his methods, opinions, and testimony do not comport with the legal requirements of an expert witness.

This motion is based on Plaintiffs' Memorandum of Law in Support of Motion to Exclude Testimony of Gary Settles, Ph.D.,; the Affidavit of Genevieve M. Zimmerman; the exhibits, files, and records herein; and argument to be presented at the hearing of this matter.

Dated: September 12, 2017

| | |
|---|---|
| CIRESI CONLIN L.L.P. | MESHBESHER & SPENCE LTD. |
| /s/Michael V. Ciresi_____ | /s/ Genevieve M. Zimmerman |
| Michael V. Ciresi (MN #0016949) | Genevieve M. Zimmerman (MN #330292) |
| Jan M. Conlin (MN #0192697) | 1616 Park Avenue South |
| Michael Sacchet (MN # 395817) | Minneapolis, MN 55404 |
| Ciresi Conlin LLP | Phone: (612) 339-9121 |
| 225 S. 6th St., Suite 4600 | Fax: (612) 339-9188 |
| Minneapolis, MN 55402 | Email: gzimmerman@meshbesher.com |
| Phone: 612.361.8202 | |
| Email: MVC@CiresiConlin.com | |
|          JMC@CiresiConlin.com | |
|          MAS@ciresiconlin.com | |

LEVIN PAPANTONIO, P.A.

/s/ Ben W. Gordon, Jr.
Ben W. Gordon (FL # 882836) – *Pro Hac Vice*
J. Michael Papantonio (FL # 335924)
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
Phone: (850) 435-7090
Fax: (850) 436-6090
Email: bgordon@levinlaw.com

*Plaintiffs Co-Lead Counsel*