UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation<br><br>This Document Relates to All Actions | MDL No.  15-2666 (JNE/FLN) |

## **<u>DECLARATION OF GENEVIEVE M. ZIMMERMAN</u>**

1. My name is Genevieve M. Zimmerman and I am a Partner with the Meshbesher & Spence Ltd. law firm.  I am a member of the Court appointed Co-Lead Counsel in the above entitled matter.

2. Attached hereto as Exhibit A is a true and correct copy of Gary Settles' Expert Report.

3. Attached hereto as Exhibit B is a true and correct copy of portions of the Deposition of Corporate Representative Al Van Duren, taken in Minneapolis on January 18, 2017.

4. Attached hereto as Exhibit C is a true and correct copy of the International Consensus Statement on Periprosthetic Joint Infections.

5. Attached hereto as Exhibit D is a true and correct copy of portions of Thomas Kuehn's deposition, taken on July 10, 2017 in Minneapolis, MN.

6. Attached hereto as Exhibit E is a true and correct copy of Dr. Said Elghobashi's Expert Report.

7. Attached hereto as Exhibit F is a true and correct copy of Dan Koeningshofer's Expert Report.

8. Attached hereto as Exhibit G is a true and correct copy of portions of Gary Settles' deposition, taken on July 18, 2017 in Pittsburgh, PA.

| | |
|---|---|
| Dated:  September 12, 2017 | /s/ Genevieve M. Zimmerman |
| | Genevieve M. Zimmerman (MN#330292)<br>MESHBESHER & SPENCE, LTD.<br>1616 Park Avenue<br>Minneapolis, MN 55404<br>Phone: (612) 339-9121<br>Fax: (612) 339-9188<br>Email: gzimmerman@meshbesher.com |

**Plaintiffs Co-Lead Counsel**