# EXHIBIT D

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

1

1  UNITED STATES DISTRICT COURT

2  DISTRICT OF MINNESOTA

3  - - - - - - - - - - - - - - - - -

4  In Re:

5  Bair Hugger Forced Air Warming

6  Products Liability Litigation

7

8  This Document Relates To:

9  All Actions            MDL No. 15-2666 (JNE/FLM)

10  - - - - - - - - - - - - - - - - -

11

12

13  DEPOSITION OF THOMAS H. KUEHN

14  VOLUME I, PAGES 1 - 351

15  JULY 10, 2017

16

17

18        (The following is the deposition of THOMAS

19  H. KUEHN, taken pursuant to Notice of Taking

20  Deposition, via videotape, at the offices of Ciresi

21  Conlin L.L.P., 225 South 6th Street, Suite 4600,

22  Minneapolis, Minnesota, commencing at approximately

23  9:25 o'clock a.m., July 10, 2017.)

24

25

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

2

```
 1    APPEARANCES:

 2         On Behalf of the Plaintiffs:

 3              Gabriel Assaad
                KENNEDY HODGES
 4              4409 Montrose Boulevard, Suite 200
                Houston, Texas    77006
 5
                Genevieve M. Zimmerman
 6              MESHBESHER & SPENCE, LTD.
                1616 Park Avenue
 7              Minneapolis, Minnesota    55404

 8         On Behalf of Defendants:

 9              Peter J. Goss and Vinita Banthia
                BLACKWELL BURKE P.A.
10              432 South Seventh Street, Suite 2500
                Minneapolis, Minnesota    55415
11
      ALSO PRESENT:
12
                Ronald M. Huber, Videographer
13
                Kansaa Nadeem, Summer Associate, Blackwell
14              Burke

15

16

17

18

19

20

21

22

23

24

25
```

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

84

| Time | # | |
|---|---|---|
| 11:15:06 | 1 | from the CDC with respect to this case? |
| 11:15:12 | 2 | A.  I -- I do not believe I have, no. |
| 11:15:14 | 3 | Q.  Do you know what Schlieren testing is? |
| 11:15:22 | 4 | A.  I do. |
| 11:15:24 | 5 | MR. ASSAAD:  And Schlieren is spelled |
| 11:15:26 | 6 | S-c-h -- |
| 11:15:28 | 7 | THE REPORTER:  I know it. |
| 11:15:29 | 8 | MR. ASSAAD:  Okay. |
| 11:15:29 | 9 | Q.  Have you ever used Schlieren testing? |
| 11:15:34 | 10 | A.  Yes, I have. |
| 11:15:34 | 11 | Q.  When is the last time you used Schlieren |
| 11:15:35 | 12 | testing? |
| 11:15:35 | 13 | A.  Probably during my Ph.D. thesis work, maybe |
| 11:15:39 | 14 | 40 years ago. |
| 11:15:40 | 15 | Q.  Okay.  Have you seen any Schlieren testing |
| 11:15:51 | 16 | done by 3M? |
| 11:15:52 | 17 | A.  I have not. |
| 11:15:55 | 18 | Q.  Have you seen any Schlieren testing by any |
| 11:15:58 | 19 | of the defense experts? |
| 11:15:58 | 20 | A.  I have not seen any -- any Schlieren work |
| 11:16:01 | 21 | regarding this -- this case. |
| 11:16:02 | 22 | Q.  Do you know many people -- do you know -- |
| 11:16:05 | 23 | Do you know whether or not many engineers |
| 11:16:06 | 24 | still use Schlieren testing? |
| 11:16:07 | 25 | A.  My understanding is that not very many. |