# EXHIBIT G

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

1

1          UNITED STATES DISTRICT COURT

2          DISTRICT OF MINNESOTA

3  - - - - - - - - - - - - - - - - - - - - - - - - - -

4  In Re:

5  Bair Hugger Forced Air Warming

6  Products Liability Litigation

7

8  This Document Relates To:

9  All Actions              MDL No. 15-2666 (JNE/FLM)

10 - - - - - - - - - - - - - - - - - - - - - - - - - -

11

12         DEPOSITION OF GARY S. SETTLES, Ph.D.

13            VOLUME I, PAGES 1 - 352

14                JULY 18, 2017

15

16

17         (The following is the deposition of GARY S.

18  SETTLES, Ph.D., taken pursuant to Notice of Taking

19  Deposition, via videotape, at the Hyatt Regency

20  Pittsburgh International Airport, 1111 Airport

21  Boulevard, in the City of Pittsburgh, State of

22  Pennsylvania, commencing at approximately 9:34

23  o'clock a.m., July 18, 2017.)

24

25

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

2

```
 1  APPEARANCES:

 2       On Behalf of the Plaintiffs:

 3            Gabriel Assaad
              KENNEDY HODGES
 4            4409 Montrose Boulevard
              Suite 200
 5            Houston, Texas    77006

 6            Genevieve M. Zimmerman
              MESHBESHER & SPENCE, LTD.
 7            1616 Park Avenue
              Minneapolis, Minnesota    55404
 8
         On Behalf of the Defendants:
 9
              Peter J. Goss
10            BLACKWELL BURKE P.A.
              431 South Seventh Street
11            Suite 2500
              Minneapolis, Minnesota    55415
12

13  ALSO PRESENT:

14       Jason E. Przymus, Videographer

15                  EXAMINATION INDEX
    WITNESS               EXAMINED BY          PAGE
16  Dr. Settles      Mr. Assaad                  4

17                    EXHIBIT INDEX
    EXHIBIT            DESCRIPTION             PAGE
18  Settles
    1         Schlieren Imaging of Operating-Room   91
19            Airflows Associated with Patient
              Warming Blankets, Gary S. Settles,
20            Ph.D., June 1, 2017
    2         Revised - Schlieren Imaging of        91
21            Operating-Room Airflows Associated
              with Patient Warming Blankets, Gary
22            S. Settles, Ph.D., June 1, 2017
    3         Article, Effect of forced-air        122
23            warming on the performance of
              operating theatre laminar flow
24            ventilation, Dasari, et al,
              Anaesthesia 2012
25
```

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

13

09:43:53  1   laminar by scientific definition.  So I want to answer

09:43:56  2   your question that way in order to avoid confusion.

09:43:59  3        Q.   Okay.  So in the world of engineering the

09:44:06  4   term "laminar flow" as compared to "turbulent flow" is

09:44:09  5   dependent on the Reynolds number; correct?

09:44:11  6        A.   Yes.

09:44:12  7        Q.   Okay.  With respect to our discussions today

09:44:15  8   you're going to use a different definition depending

09:44:17  9   on the type of flow in the operating room or a clean

09:44:21 10   room as compared to turbulent flow; correct?

09:44:26 11        A.   Well there's certainly turbulent flow

09:44:28 12   present in an operating room and a clean room, but I'm

09:44:31 13   just talking about the terminology that's used for

09:44:34 14   this idea of producing a downflow in which the

09:44:38 15   streamlines are essentially straight.

09:44:40 16        Q.   What's the difference between an operating

09:44:43 17   room that is a laminar flow and an operating room

09:44:45 18   that's a unidirectional flow?

09:44:48 19        A.   A laminar flow --

09:44:50 20             A laminar downflow in this case is a

09:44:52 21   unidirectional flow in the downward direction.

09:44:55 22        Q.   Okay.  So you -- they're synonymous?

09:44:58 23        A.   Not exactly.

09:44:58 24             MR. GOSS:  Object to form.

09:45:00 25        A.   You could have a unidirectional flow that's

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

14

09:45:02  1   horizontal.

09:45:03  2       Q.   Okay.  You can't have a laminar flow that's

09:45:06  3   horizontal?

09:45:09  4       A.   Yes.  But laminar in the sense of straight

09:45:13  5   streamlines, not in the sense of no turbulence.

09:45:19  6       Q.   Okay.  Have you ever designed an operating

09:45:25  7   room?

09:45:25  8       A.   No, sir.

09:45:27  9       Q.   Have you ever done any studies in an

09:45:27 10   operating room?

09:45:28 11       A.   No, sir.

09:45:31 12       Q.   You're a member of ASHRAE; correct?

09:45:33 13       A.   I am.

09:45:34 14       Q.   You're a member of ASME?

09:45:36 15       A.   I'm a fellow of ASME.

09:45:38 16       Q.   So the answer to my question is "yes"?

09:45:39 17       A.   Yes.

09:45:40 18       Q.   Okay.  Now my understanding is that your

09:45:44 19   main opinion in this case is that the Bair Hugger

09:45:47 20   device does not disrupt the unidirectional airflow

09:45:52 21   from above; correct?

09:46:01 22       A.   In my expert report we show images of

09:46:07 23   experiments that were done with a unidirectional flow

09:46:10 24   from above, and we show Bair Hugger and HotDog

09:46:15 25   patient-warming blankets.  And neither of those two

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

19

09:50:33  1      A.    No, sir.

09:50:34  2      Q.    Okay.  Have you reviewed any expert reports

09:50:51  3  by the plaintiff?

09:50:55  4      A.    Two expert reports by the plaintiff.

09:50:58  5      Q.    And that would be Dr. Elghobashi and Dan

09:51:02  6  Koenigshofer?

09:51:03  7      A.    That's right.

09:51:03  8      Q.    Okay.  Are you aware of any opinion by the

09:51:05  9  plaintiffs exper -- any of the plaintiffs' experts

09:51:08 10  that compare the HotDog to the Bair Hugger?

09:51:13 11      A.    No.

09:51:16 12      Q.    Are you aware of any opinions by any of the

09:51:19 13  plaintiffs' experts that used the schlieren technique

09:51:26 14  in evaluating Bair Hugger?

09:51:28 15      A.    No.

09:51:31 16      Q.    Are you aware of any opinions by any of the

09:51:33 17  plaintiffs' experts that discuss the heat generated by

09:51:37 18  the power units of the Bair Hugger compared to the

09:51:40 19  HotDog?

09:51:49 20      A.    No.

09:51:51 21      Q.    So would it be fair to say that all -- all

09:51:53 22  of the opinions that you've formulated regarding these

09:51:56 23  three issues, the HotDog versus the Bair Hugger,

09:52:00 24  schlieren technique, and the power units that genera

09:52:03 25  -- heat generated by them by the Bair Hugger and

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

38

10:11:59  1      A.   If that's what you're asking me.

10:12:01  2      Q.   Anything else that would affect the airflow

10:12:03  3   in this room?

10:12:03  4      A.   As you already mentioned, if people are

10:12:05  5   moving around that would affect the airflow in the

10:12:07  6   room.

10:12:08  7      Q.   Anything else?

10:12:10  8      A.   Heat sources.

10:12:12  9      Q.   Anything else?

10:12:16 10      A.   That's about it.

10:12:20 11      Q.   Walls?

10:12:22 12      A.   The walls are static.

10:12:27 13      Q.   You don't think the walls cause any type of

10:12:28 14   --

10:12:28 15      A.   The walls constrain the flow, but that's not

10:12:33 16   the same thing as the other items that you asked.

10:12:38 17      Q.   So you don't think when the air blows and it

10:12:40 18   hits a wall there's some sort of reaction with the

10:12:43 19   airflow that --

10:12:44 20      A.   I do not understand your --

10:12:46 21      Q.   Do you under --

10:12:46 22      A.   -- question.

10:12:48 23      Q.   Do you understand airflow in fluid dynamics?

10:12:50 24      A.   I'm an expert in fluid dynamics.

10:12:52 25      Q.   You consider yourself an expert in fluid

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

40

10:13:46  1   the louver and goes over and --

10:13:46  2       Q.   Yeah.

10:13:47  3       A.   -- hits the wall.

10:13:48  4       Q.   Yeah.

10:13:49  5       A.   The air, depending on temperature, could

10:13:52  6   turn -- could turn down the wall, it could be

10:13:56  7   stagnated.  There are several things that could

10:13:59  8   happen.

10:14:01  9       Q.   So if there's no wall there, nothing's going

10:14:02 10   to happen; correct?

10:14:03 11       A.   So, you know, you asked me what determines

10:14:04 12   the airflow, and the walls obviously determine the

10:14:06 13   airflow in a room, the size and shape of the room and

10:14:09 14   so forth.

10:14:09 15       Q.   That's all I'm asking you, sir.

10:14:11 16            I said:  The walls have an effect on

10:14:13 17   airflow; "yes" or "no"?  That's true, --

10:14:14 18       A.   The walls --

10:14:14 19       Q.   -- you just said it.

10:14:15 20       A.   -- constrain you.

10:14:16 21            MR. GOSS:  Hold on.  Wait for him to ask

10:14:18 22   you a question.

10:14:18 23       Q.   The walls will affect the airflow in the

10:14:19 24   room.  I'm not saying how it's going to affect the

10:14:23 25   airflow, but it has an effect on the airflow in the

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

43

| | | |
|---|---|---|
| 10:16:37 | 1 | necessarily always correct." |
| 10:16:40 | 2 | Q.   Okay.  And one of the reasons why you're |
| 10:16:44 | 3 | saying that today is because you know, sitting here |
| 10:16:46 | 4 | today, that you did not account for many of the items |
| 10:16:52 | 5 | in an operating room that would affect airflow; |
| 10:16:54 | 6 | correct? |
| 10:16:56 | 7 | A.   We did a simulation of a downflow |
| 10:17:01 | 8 | interacting with a surgery table as described in my |
| 10:17:04 | 9 | report.  We did not attempt to simulate everything |
| 10:17:07 | 10 | associated with an operating room. |
| 10:17:09 | 11 | Q.   But it wasn't even close to what was in an |
| 10:17:11 | 12 | operating room; correct? |
| 10:17:12 | 13 | A.   It was a simulation -- |
| 10:17:14 | 14 | Q.   What's your term of -- |
| 10:17:15 | 15 | What's your definition of a simulation? |
| 10:17:17 | 16 | A.   Well a simulation in the sense the |
| 10:17:21 | 17 | airflow -- laminar downflow interacting with the -- a |
| 10:17:27 | 18 | mannequin on a surgery table.  It's not an actual |
| 10:17:31 | 19 | clean room airflow or an actual clean room surgery |
| 10:17:36 | 20 | setup, it's an experimental simulation. |
| 10:17:42 | 21 | Q.   Well let's go one by one. |
| 10:17:44 | 22 | You agree that room dimensions will have an |
| 10:17:48 | 23 | effect on airflow. |
| 10:17:52 | 24 | A.   They can have. |
| 10:18:00 | 25 | Q.   I'm not quantifying it or giving like it has |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

44

10:18:03 1   a big effect or a small effect.  I just want to know

10:18:05 2   if it's going to have an effect.

10:18:07 3        A.   Yes.

10:18:07 4        Q.   Okay.  Room pressure has an effect on the

10:18:13 5   airflow in a room; correct?

10:18:14 6        A.   You mean barometric pressure?

10:18:17 7        Q.   Yes.  Whether it's positive pressure or

10:18:19 8   negative pressure.

10:18:20 9        A.   Yes.

10:18:22 10       Q.   Because if it's positive pressure air will

10:18:24 11  leave through leaks or underneath the door, and if

10:18:27 12  it's negative pressure air will be pulling in from the

10:18:30 13  door; correct?

10:18:31 14       A.   Yes.

10:18:31 15       Q.   Okay.  So it has an effect.

10:18:32 16       A.   Or from not necessarily the door, but from

10:18:36 17  any leaks, --

10:18:36 18       Q.   Yes.

10:18:38 19       A.   -- any cracks or whatever.

10:18:40 20       Q.   Every room has leaks; correct?

10:18:42 21       A.   Yes.

10:18:42 22            Well not every room.  Most rooms.

10:18:46 23       Q.   Temperature will have an effect on airflow;

10:18:48 24  correct?

10:18:50 25       A.   That depends.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
45

10:18:53 1      Q.   Well if there is a --

10:18:54 2           I'm not saying it does in every case, but it

10:18:57 3  can have an effect --

10:18:58 4      A.   It can have an effect, yes.

10:19:00 5      Q.   Okay.

10:19:00 6      A.   Certainly.

10:19:01 7      Q.   For example, as you showed in your testing,

10:19:05 8  a flame which is very hot is going to have an effect

10:19:08 9  on the airflow around the flame; correct?

10:19:09 10     A.   Yes.

10:19:10 11     Q.   Okay.  The mass flow of the air supply is

10:19:14 12 going to have an effect on the airflow in the room;

10:19:18 13 correct?

10:19:23 14     A.   "The mass flow."

10:19:24 15     Q.   Yes.

10:19:25 16     A.   In terms of, for example, air changes per

10:19:28 17 hour in a clean -- in an operating room.

10:19:31 18     Q.   If I have a very low amount of mass coming

10:19:33 19 out of the vents --

10:19:34 20     A.   Yes, okay.

10:19:35 21     Q.   -- as compared to a very high, it's going to

10:19:38 22 have an effect.

10:19:38 23     A.   Yes.

10:19:41 24     Q.   Air return, where the air returns are on the

10:19:43 25 sides are going to have an effect on the airflow;

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

46

10:19:45  1   correct?

10:19:47  2       A.   In a room like this, yes.

10:19:53  3       Q.   The number of people in a room is going to

10:19:55  4   have an effect on the airflow; correct?

10:19:59  5       A.   Again, yes.

10:20:00  6       Q.   Surgical lights in an operating room is

10:20:03  7   going to have an effect on airflow; correct?

10:20:04  8       A.   Yes.

10:20:04  9       Q.   The overhead lights will have an effect on

10:20:06 10   the airflow; correct?

10:20:09 11       A.   In an operating room or --

10:20:10 12       Q.   Yes.

10:20:13 13       A.   I'm -- I'm not sure what effect the overhead

10:20:16 14   lights have, but they could have an effect.

10:20:18 15       Q.   Even in this --

10:20:19 16            If you put a schlieren mirror over there

10:20:21 17   you're going to see some movement, correct, right

10:20:23 18   below that light.

10:20:25 19       A.   Fluorescent lights?

10:20:26 20       Q.   Yeah.

10:20:28 21       A.   It's possible.

10:20:30 22       Q.   Well is there a range -- temperature range

10:20:32 23   where schlieren is not going to pick up density

10:20:37 24   differences?

10:20:39 25       A.   Schlieren doesn't show you the temperature,

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

47

10:20:42  1   it shows the gradient of the refractive index.

10:20:47  2       Q.   And the refractive index is based on

10:20:49  3   density; correct?

10:20:50  4       A.   It's directly related to --

10:20:53  5            Density is directly related to the

10:20:54  6   refractive index.

10:20:55  7       Q.   Okay.  So you're saying that there's no

10:20:56  8   density difference from the heat being produced by

10:20:59  9   those fluorescent lights?

10:21:02  10      A.   There probably is.

10:21:03  11      Q.   Okay.  Is there a minimum temperature

10:21:06  12  gradient or Delta that schlieren will not be able to

10:21:12  13  see?

10:21:13  14      A.   Yes.

10:21:13  15      Q.   What?

10:21:15  16      A.   That depends on the optical system.

10:21:20  17      Q.   Okay.  Let's use the one that you used in

10:21:21  18  this case.  Will it be able to see the difference of

10:21:27  19  one degree?

10:21:28  20      A.   It has to be --

10:21:29  21           It's looking for a gradient.  It has to be a

10:21:31  22  temperature difference over a distance.

10:21:33  23      Q.   Okay.  So what would it be in this case?

10:21:35  24      A.   Much less than one degree per centimeter.

10:21:38  25      Q.   One degree per centimeter?

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

48

10:21:40  1      A.    Less than one degree per centimeter.

10:21:42  2      Q.    Okay.  So the Delta has to be less than one

10:21:44  3  degree per centimeter.

10:21:45  4      A.    If -- In order not to see it.

10:21:48  5      Q.    Okay.  In order not to see it.

10:21:49  6      A.    Yeah.  If it's greater than that you will

10:21:51  7  see something.

10:21:52  8      Q.    When you --

10:21:52  9      A.    And I think it's probably much less than

10:21:54 10  that.

10:21:54 11      Q.    Okay.  Is there --

10:21:56 12            And how do you determine that number?

10:21:59 13      A.    There's a calculation in my book that shows

10:22:02 14  how you can determine the minimum threshold of

10:22:04 15  visibility.

10:22:06 16      Q.    And when you --

10:22:08 17            Just so I understand, what is one degree per

10:22:12 18  centimeter?

10:22:13 19      A.    That's a temperature gradient.  It's a

10:22:16 20  change of one degree over a distance of one

10:22:19 21  centimeter.

10:22:19 22      Q.    Okay.  So, for example, if I have a one

10:22:31 23  degree change over 10 centimeters --

10:22:36 24      A.    Umm-hmm.  That would be a tenth of a degree

10:22:37 25  per centimeter or one tenth of the value we were

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

49

10:22:39  1  discussing.

10:22:40  2       Q.   And schlieren will not see that; correct?

10:22:43  3  Or it would be very difficult.

10:22:44  4       A.   Once again, it depends on the optical

10:22:45  5  system.  If you have a sensitive optical system you'll

10:22:48  6  certainly see one tenth of degree per centimeter at

10:22:53  7  atmospheric conditions.

10:22:55  8       Q.   Okay.  So the system that you used, do you

10:23:01  9  know the exact degrees per centimeter that it could

10:23:08  10  pick up an image?

10:23:11  11       A.   I don't have an exact number for that, but I

10:23:13  12  believe it's in the range just discussed of a tenth of

10:23:16  13  a degree per centimeter, maybe less.

10:23:19  14       Q.   Well you said one degree per centimeter

10:23:21  15  before.  You said less than one degree per centimeter.

10:23:23  16       A.   I believe the system that we used has a

10:23:26  17  sensitivity of better than that.

10:23:28  18       Q.   And how do I determine that?

10:23:29  19       A.   One would determine that, for example, by

10:23:33  20  generating a temperature difference and imaging it

10:23:37  21  with the schlieren system.

10:23:38  22       Q.   How did you determine it was point one

10:23:41  23  degrees per centimeter for the system that you used?

10:23:44  24       A.   Based on experience with, for example, the

10:23:48  25  thermal plume from the human hand.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
50

10:23:51 1    Q.   Okay.  So you're saying it's a visual test

10:23:53 2  for you.

10:23:53 3    A.   It's a -- This is photographed and produced

10:23:58 4  as a digital image, and from the variations in the

10:24:01 5  digital image one gets a measurement of the refractive

10:24:06 6  index gradient.

10:24:09 7    Q.   But in this case have you yourself

10:24:12 8  determined what the degrees-per-centimeter ranges

10:24:20 9  we're talking about for your study, for the equipment

10:24:24 10  that you used?

10:24:25 11       (Interruption by the reporter.)

10:24:27 12    A.   "Equipment."

10:24:28 13       Let's put it this way.  In my expert report

10:24:31 14  you will see the image of the plume rising from the

10:24:35 15  human hand, and that is well known to produce a -- an

10:24:43 16  optical refraction of on the order of an arc second,

10:24:50 17  arc second.  That is a very small angle.  That angle

10:24:54 18  then -- can then be easily converted into degrees per

10:25:01 19  centimeter.  And so by imaging the heat coming from

10:25:04 20  the human hand we can get a reasonable approximation

10:25:08 21  of a measurement for the sensitivity of the optical

10:25:12 22  system.

10:25:13 23    Q.   Okay.  And sitting here today your best --

10:25:16 24  your opinion is that the devices that you used are

10:25:20 25  able to show a point-one-degree-over-a-centimeter

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
51

10:25:23  1   gradient.

10:25:27  2       A.   Yes.

10:25:28  3       Q.   Okay.  So just so I understand correctly, if

10:25:35  4   we're looking at a one-degree change over 20

10:25:40  5   centimeters, the schlieren mirrors you used would not

10:25:43  6   be able to detect that; correct?

10:25:46  7       A.   There's some threshold, I'm not sure if that

10:25:49  8   number is it.  But if you have one degree change over

10:25:53  9   a larger and larger distance eventually the effect

10:25:57 10   will disappear from the schlieren visualization.

10:26:00 11       Q.   Because you're looking at the refraction of

10:26:01 12   light and the reflect -- the reflect might be so small

10:26:05 13   as to be even captured by the camera.

10:26:09 14       A.   Yeah.  It's -- It falls below the noise

10:26:11 15   level eventually.

10:26:11 16       Q.   Okay.

10:26:12 17       A.   But the more sensitive the schlieren optics

10:26:15 18   is, the smaller that threshold will be.

10:26:20 19       Q.   Okay.  And is the sensitivity based on the

10:26:25 20   camera, or the mirrors, or the whole package?

10:26:28 21       A.   In the case of the instrument that we used

10:26:30 22   for this study it's based on the mirrors.

10:26:34 23       Q.   Okay.  All right.

10:26:42 24            Do you agree that in an operating room the

10:26:46 25   way a patient's draped --

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

52

10:26:50  1          And do you understand by "draping" in an

10:26:51  2  operating room?

10:26:52  3      A.   Yes, I do.

10:26:53  4      Q.   -- the way a patient is draped will affect

10:26:55  5  the airflow in the operating room.

10:27:02  6      A.   No.

10:27:03  7      Q.   You disagree with that.  Well maybe I can

10:27:11  8  change your mind.

10:27:13  9          If drapes are going around an operating room

10:27:19 10  table down to the floor, do you agree with me that the

10:27:23 11  area underneath the operating room table that's

10:27:25 12  contained within the drapes are going to be affected

10:27:29 13  by the drapes?

10:27:30 14      A.   Yes.

10:27:30 15      Q.   Okay.  So you agree with me that the drapes

10:27:33 16  can have an effect on airflow in certain parts of the

10:27:36 17  operating room.

10:27:37 18      A.   If you qualify the statement by saying

10:27:40 19  "certain parts," then I can agree to it.

10:27:43 20      Q.   Okay.  With respect -- Strike that.

10:27:51 21          Did any nurses assist you with respect to

10:27:54 22  your testing?

10:27:55 23      A.   No.

10:27:58 24      Q.   Who did the draping of the patient?

10:28:02 25      A.   The members of my team, Lori -- Lori

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
53

10:28:07  1   Dreibelbis and James D. Miller.

10:28:09  2       Q.   And how did they learn how to drape?

10:28:12  3       A.   From the 3M draping video.

10:28:14  4       Q.   Okay.  So they learned how to drape by

10:28:20  5   watching a video?

10:28:21  6       A.   That's right.

10:28:22  7       Q.   Okay.  Was there anyone at 3M present during

10:28:24  8   any of the testing, or the attorneys?

10:28:29  9       A.   Attorney Goss and his assistant were present

10:28:33 10   for part of one day of testing.

10:28:36 11       Q.   What day?

10:28:38 12       A.   I don't remember the -- which day it was.

10:28:40 13       Q.   Did you put it in your notes that they were

10:28:41 14   present?

10:28:42 15       A.   Yes.

10:28:43 16       Q.   You did?  Okay.  We'll get to that later on.

10:28:45 17            Did they assist in any way?

10:28:51 18       A.   Yes.

10:28:52 19       Q.   How did they assist?

10:28:56 20       A.   Peter Goss got on the operating table and we

10:28:59 21   took a schlieren image of him.

10:29:01 22       Q.   Just laying down on the operating room

10:29:03 23   table?

10:29:03 24       A.   That's right, no draping or anything.

10:29:06 25       Q.   Why?

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

54

10:29:07  1      A.    The idea was to see the heat transfer,

10:29:11  2      convective heat transfer from the human body using the

10:29:15  3      schlieren imaging.

10:29:16  4      Q.    Okay.  Was this before or after you did your

10:29:18  5      study, your testing?

10:29:19  6      A.    This was early on.

10:29:22  7      Q.    Okay.  Was it before you created the

10:29:24  8      downflow generator?

10:29:25  9      A.    We had the downflow generator.

10:29:27 10      Q.    And who was his assistant?

10:29:29 11      A.    Charmaine Harris.

10:29:31 12      Q.    Okay.  And did she assist in any way?

10:29:35 13      A.    You mean participate, or --

10:29:37 14      Q.    Participate, assist?

10:29:39 15      A.    She was involved in the discussions.

10:29:41 16      Q.    Okay.  Was there anything that 3M told you

10:29:44 17      that you relied upon in your opinions?

10:29:49 18      A.    How do you mean, "told" me?

10:29:51 19      Q.    Well was there any communications that they

10:29:52 20      said -- they told that you relied upon in formulating

10:29:56 21      your opinions; any facts, any data?

10:29:58 22      A.    They certainly provided some references,

10:30:01 23      some of the references.

10:30:02 24      Q.    Okay.  Are those references in your report?

10:30:06 25      A.    Some -- Some of the material in the report,

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

55

10:30:08  1   yes.

10:30:09  2       Q.   Okay.  I take it you recently reviewed your

10:30:15  3   report; correct?

10:30:15  4       A.   That's correct.

10:30:16  5       Q.   In preparation of today's deposition?

10:30:18  6       A.   Yes.

10:30:18  7       Q.   Okay.  And you stand by your report?

10:30:21  8       A.   I stand by my report.

10:30:22  9       Q.   Okay.  So you've checked all the numbers in

10:30:24 10   your report?

10:30:25 11       A.   I've checked the numbers in the report.

10:30:27 12       Q.   Have you reviewed any depositions in this

10:30:29 13   case?

10:30:30 14       A.   I've reviewed transcripts of three

10:30:36 15   depositions.

10:30:36 16       Q.   Which depositions?

10:30:39 17       A.   Professor Elghobashi, Dan Koenigshofer,

10:30:44 18   Professor Thomas Kuehn.

10:30:46 19       Q.   Did you read --

10:30:47 20            Did you read all those depositions?

10:30:47 21       A.   I did.

10:30:49 22       Q.   Take any notes?

10:30:50 23       A.   No.

10:30:51 24       Q.   Make any highlights?

10:30:53 25       A.   No.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

59

10:33:43  1   surgical site, does the -- your schlieren testing

10:33:47  2   support that fact?

10:33:48  3        A.   I've done no such schlieren testing.

10:33:51  4        Q.   Okay.  And in fact schlieren testing can't

10:33:55  5   determine particle flow; correct?

10:34:01  6        A.   The schlieren testing determines the

10:34:02  7   airflow.

10:34:03  8        Q.   So it can't determine particle flow;

10:34:05  9   correct?

10:34:06 10        A.   It's not an appropriate instrument to

10:34:07 11   measure particle flow.

10:34:09 12        Q.   So the answer to my question is yes, it

10:34:11 13   can't -- it can't detect particle flow; correct?

10:34:15 14        A.   I'm not going to restrict it that way

10:34:18 15   because I believe there's studies where particle

10:34:20 16   measurements were made, but it's not an appropriate

10:34:22 17   instrument.  There are better instruments for that

10:34:26 18   purpose than the schlieren instrument.

10:34:27 19        Q.   And -- And in your study, your schlieren

10:34:30 20   testing could not conduct -- could not track particle

10:34:34 21   flow.

10:34:34 22        A.   We made no attempt to track particle flow.

10:34:37 23        Q.   And in fact it can't detect turbulence, can

10:34:41 24   it?

10:34:42 25        A.   Oh yes, it can.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

60

10:34:42  1      Q.   Really?

10:34:42  2      A.   Really.

10:34:44  3      Q.   Do you recall writing down that your testing

10:34:46  4  would not be able to detect turbulence?

10:34:48  5      A.   I'm sorry.  We --

10:34:48  6      Q.   Do you remember writing in your notes about

10:34:50  7  that you won't be testing for turbulence because

10:34:53  8  schlieren can't do turbulence?

10:34:54  9      A.   No.  Turbulence intensity.

10:34:58 10      Q.   Okay.  I'm sorry.  Turbulence intensity.  It

10:35:01 11  can't determine turbulence intensity; correct?

10:35:04 12      A.    In fact it can be used for that, but not in

10:35:06 13  the work that we did.

10:35:08 14      Q.   Okay.  In the work that you did you did not

10:35:09 15  detect or measure turbulence intensity; correct?

10:35:12 16      A.   We did not.

10:35:13 17      Q.   Okay.  Have you read any of the depositions

10:35:37 18  of any of the authors of the articles?

10:35:45 19      A.   Well the deposition transcripts that I read

10:35:48 20  were the three that I mentioned to you.

10:35:52 21      Q.   What were you provided by 3M in this case,

10:35:55 22  besides those three deposition transcripts?

10:35:57 23      A.   I was provided expert reports.

10:35:59 24      Q.   Of who?  Of the plaintiffs?

10:36:02 25      A.   Expert reports from the plaintiffs and from

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

67

10:41:50  1   boundary conditions if I were to give you an accurate

10:41:52  2   answer.

10:41:53  3       Q.   So sitting here today you don't recall what

10:41:55  4   Dr. Abraham put as the temperature coming out of the

10:41:58  5   Bair Hugger, or the air coming out of the Bair Hugger.

10:42:01  6   Is that your testimony today?

10:42:02  7       A.   The air coming out of the Bair Hugger where?

10:42:04  8       Q.   Around the neck and head.

10:42:06  9       A.   Yes, I remember that.

10:42:07 10       Q.   What was the temperature?

10:42:16 11       A.   I think it was 41 degrees Centigrade.

10:42:19 12       Q.   You believe it was 41 degrees?

10:42:20 13            Do you agree with that?

10:42:21 14       A.   No.

10:42:22 15       Q.   So you disagree with Dr. Abraham's boundary

10:42:26 16   conditions.

10:42:26 17       A.   In that instance I do, right.

10:42:28 18       Q.   Okay.   So you think Dr. Abraham is wrong in

10:42:34 19   his report.

10:42:37 20            MR. GOSS:   Object to form.

10:42:40 21       Q.   Strike that question.

10:42:41 22            You agree with me that one of the most

10:42:43 23   important boundary conditions is to determine the air

10:42:46 24   coming out of the Bair Hugger for any analysis;

10:42:48 25   correct?

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

75

10:48:31  1      Q.   And the answer to that question was "yes,"

10:48:33  2  to refresh my recollection; correct?

10:48:34  3      A.   Correct.

10:48:39  4      Q.   Now as someone that's going to -- Strike

10:48:47  5  that.

10:48:47  6           As an engineer in this case you yourself

10:48:52  7  must follow engineering ethics; correct?

10:48:54  8      A.   Yes.

10:48:58  9      Q.   So not just as an expert, but as an

10:49:00 10  engineer; correct?

10:49:00 11      A.   Yes.

10:49:01 12      Q.   Okay.  And to do so, to solve a problem you

10:49:05 13  want as much information as possible to solve a

10:49:07 14  problem when a problem presents itself to you;

10:49:09 15  correct?

10:49:10 16      A.   As much information as is reasonably

10:49:12 17  possible, yes.

10:49:13 18      Q.   Okay.  Reasonably possible; correct?

10:49:15 19           So in this -- you know, in this case you

10:49:17 20  want, you know, all the information regarding the Bair

10:49:19 21  Hugger; correct?

10:49:21 22           MR. GOSS:  Objection, vague.

10:49:23 23      Q.   Like you want to have how the Bair Hugger

10:49:25 24  works, how much heat it puts out, --

10:49:27 25      A.   Yes.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

76

10:49:27  1      Q.   -- how much it blows; --

10:49:28  2      A.   Yes.

10:49:30  3      Q.   -- correct?

10:49:30  4      A.   Yes.

10:49:30  5      Q.   What's the flow rate; correct?  The

10:49:32  6  different temperature settings; correct?

10:49:34  7           Right?

10:49:34  8      A.   Yes.

10:49:34  9      Q.   How it's used in an operating room; correct?

10:49:37 10      A.   Yes.

10:49:38 11      Q.   How it's used in a hip and knee surgery;

10:49:41 12  correct?

10:49:42 13      A.   Yes.

10:49:43 14      Q.   You want to know how patients are draped in

10:49:45 15  a hip and knee surgery with the Bair Hugger; correct?

10:49:48 16      A.   Yes.

10:49:48 17      Q.   You want to know what lays over the Bair

10:49:49 18  Hugger; correct?

10:49:50 19      A.   Yes.

10:49:50 20      Q.   Okay.  You also want to know what studies

10:49:53 21  discuss the effect of the Bair Hugger that previous

10:49:58 22  scientists in the field have done with respect to the

10:50:01 23  downward airflow; correct?

10:50:02 24      A.   Yes.

10:50:05 25      Q.   And you agree with me that as a manufacturer

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

78

10:51:04  1      A.    I do not.

10:51:09  2      Q.    Did you ever look at the design file in this

10:51:11  3  case of 3M?  Did they ever provide that to you, of the

10:51:16  4  775 or --

10:51:16  5      A.    No, --

10:51:17  6      Q.    -- any of the predecessor devices?

10:51:19  7      A.    -- I do not have design files.

10:51:20  8      Q.    Were you provided any testing, internal

10:51:23  9  documents regarding testing of -- of the device?

10:51:25 10      A.    No internal documents.

10:51:27 11      Q.    Did you receive any internal documents from

10:51:28 12  3M?

10:51:30 13      A.    No.

10:51:31 14      Q.    Okay.  You'd agree with me that it would be

10:51:38 15  unethical for an engineer to ignore a potential

10:51:40 16  problem than to solve it; correct?

10:51:46 17      A.    Say again, please.

10:51:47 18      Q.    Let me simplify it.

10:51:48 19          You agree with me that it's unethical for an

10:51:51 20  engineer to ignore a potential problem that could be a

10:51:53 21  risk to human welfare.

10:51:56 22          MR. GOSS:  Object to form.

10:51:57 23      A.    Yes.

10:52:08 24      Q.    I mean, at the end, what we do as engineers,

10:52:11 25  we're problem solvers; correct?

STIREWALT & ASSOCIATES
1-800-553-1953   info@stirewalt.com

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

80

10:53:24  1    A.   Mess with it.

10:53:26  2    Q.   Yes.

10:53:26  3         Do you think engineers should do that?

10:53:36  4    A.   Can you --

10:53:38  5    Q.   If you can't answer the question, you --

10:53:39  6    A.   Do you mean manipulate --

10:53:40  7    Q.   If you can't answer the question, you can

10:53:41  8  say you can't answer the question.

10:53:42  9         MR. GOSS:  Okay.  But he was going to try

10:53:44 10  and answer, so let him say what he was going to say.

10:53:47 11    Q.   Okay.  I'm just saying --

10:53:48 12    A.   Do you mean manipulate for adverse effect or

10:53:50 13  adverse reasons, is that what you mean?

10:53:52 14    Q.   That's usually the connotation of

10:53:56 15  "manipulate," yes.

10:53:56 16    A.   There are other connotations, but I'll agree

10:53:58 17  with that connotation.

10:54:00 18    Q.   Do you agree that engineers and corporations

10:54:02 19  they work for should not suppress research regarding

10:54:06 20  human safety?

10:54:07 21         MR. GOSS:  Object to form.

10:54:08 22    A.   I agree.

10:54:26 23    Q.   Now you agree with me that engineers and

10:54:28 24  their corporations should warn the public of potential

10:54:34 25  error -- of potential dangers of a device that's used

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

85

10:59:12  1      Q.   Umm-hmm.

10:59:14  2      A.   The only one of those videos that I'm

10:59:17  3   relying to support -- upon to support my case would be

10:59:21  4   the draping video that we used in order to understand

10:59:25  5   how to drape the patient or the mannequin that we

10:59:31  6   used.

10:59:31  7      Q.   What mannequin did you use?

10:59:36  8      A.   I don't have a specific model or

10:59:39  9   manufacturer number, I'd have to look that up.

10:59:42  10     Q.   Was it plastic, was it --

10:59:44  11     A.   Plas --

10:59:44  12          Foam plastic.

10:59:48  13     Q.   Did you see Abraham's CFD video?

10:59:58  14     A.   Yes.  I saw that video.

10:59:58  15     Q.   Okay.  Are you familiar with CFD?

11:00:01  16     A.   Yes.

11:00:02  17     Q.   Do you consider yourself an expert in CFD?

11:00:05  18     A.   Let's put it this way.  My expertise is in

11:00:08  19   experimental fluid dynamics, but I have a familiarity

11:00:11  20   with computational fluid dynamics.

11:00:14  21     Q.   So if I asked you to do a CFD model of this

11:00:21  22   room with all the bells and whistles such as what

11:00:23  23   Elghobashi did, or even Abraham did, is that something

11:00:26  24   you could do?

11:00:28  25     A.   Now by myself I would not attempt to do a

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
86

11:00:30  1   large-scale CFD.

11:00:33  2      Q.   Do you know the difference between RANS, LES

11:00:36  3   and DNS?

11:00:38  4      A.   Yes.

11:00:38  5      Q.   Which is the better of the three?

11:00:41  6      A.   "Better."  Would you define what you mean by

11:00:46  7   "better"?

11:00:47  8      Q.   Which gives you the most realistic,

11:00:49  9   real-life results?

11:00:51 10      A.   In -- In what sort of a flow would you be

11:00:54 11   asking?

11:00:54 12      Q.   Any flow.

11:00:57 13      A.   Laminar flow.

11:00:59 14      Q.   Any flow; turbulent, laminar, waves in an

11:01:03 15   ocean.  Any flow.

11:01:04 16           Which is the most accurate with respect to

11:01:06 17   the modeling and calculations?

11:01:08 18      A.   Well if it's a laminar flow those methods

11:01:11 19   don't apply because they're all turbulence modeling

11:01:14 20   methods.

11:01:16 21           I think I can answer your question.  You

11:01:19 22   need to --

11:01:20 23      Q.   Okay.

11:01:21 24      A.   It needs to be more specific.

11:01:22 25      Q.   Okay.  For turbulent modeling.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

87

11:01:25  1     A.   All right.  So then the order of accuracy in

11:01:30  2   the case of a complex turbulent flow is RANS,

11:01:35  3   Reynolds-averaged Navier-Stokes.

11:01:38  4          THE WITNESS:  I can spell that if you like.

11:01:38  5          THE REPORTER:  On a break.

11:01:38  6          THE WITNESS:  On break.

11:01:44  7     A.   That would be the least accurate for a

11:01:46  8   complex turbulent flow.  And the next level of

11:01:50  9   accuracy would be Large-Eddy Simulation, LES.  And the

11:01:55 10   most accurate for complex turbulent flow, if it's

11:01:59 11   feasible, would be direct numerical simulation, DNS.

11:02:04 12     Q.   Do you know any of your -- any of your

11:02:05 13   colleagues do DNS?

11:02:07 14     A.   Yes, I know people who do DNS.

11:02:09 15     Q.   Do you do DNS?

11:02:10 16     A.   No, sir.

11:02:10 17     Q.   Do you do LES?

11:02:12 18     A.   No, I've never done LES.

11:02:13 19     Q.   So you don't hold yourself out as an expert

11:02:16 20   with respect to CFD for this case; correct?

11:02:18 21     A.   For --

11:02:19 22     Q.   This case.

11:02:19 23     A.   -- this case.

11:02:20 24          No, I don't.

11:02:21 25     Q.   Okay.  Have you read Elghobashi's resume,

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

88

11:02:32  1   Dr. Elghobashi's resume?

11:02:35  2       A.   Not in detail, no.

11:02:36  3       Q.   But you've skimmed it, --

11:02:37  4       A.   Yes.

11:02:38  5       Q.   -- looked at --

11:02:39  6            Do you agree that he's an expert with

11:02:41  7   respect to particle flow in turbulence?

11:02:50  8       A.   "Particle flow."

11:02:51  9            My impression of Dr. Elghobashi is he is an

11:02:54 10   expert in computational fluid dynamics.

11:02:57 11       Q.   Okay.  Have you heard of the Elghobashi map?

11:02:59 12       A.   Only in that it came up in the deposition

11:03:03 13   record.

11:03:04 14       Q.   Do you know that Elghobashi's map is one of

11:03:07 15   the crucial mathematical equations used for coupling

11:03:11 16   with respect to particle flow that's used today?

11:03:14 17       A.   I was not aware of that.

11:03:16 18       Q.   Do you know the difference between single

11:03:17 19   coupling and double coupling with respect to the

11:03:20 20   particle flow?

11:03:20 21       A.   I'm not a particle expert.

11:03:25 22       Q.   Okay.  Do you agree with me that Dr. Abraham

11:03:27 23   is not a particle expert?

11:03:29 24       A.   I can't speak to Dr. Abraham's expertise.

11:03:32 25       Q.   Have you reviewed his resume?

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

89

11:03:34  1      A.   No.

11:03:34  2      Q.   Okay.  Have you reviewed his report?

11:03:36  3      A.   Yes.

11:03:37  4      Q.   Do you agree that there's nothing in the

11:03:39  5  report that shows particle flow, it's mostly just

11:03:41  6  streamlines of air; correct?

11:03:46  7      A.   I'm unsure.  I know it shows streamlines.

11:03:48  8  I'm not sure whether particles were involved.

11:03:50  9      Q.   You agree with me that based on your

11:03:53 10  experimental fluid dynamics that particles do not

11:03:55 11  follow streamlines or airflow.

11:03:58 12      A.   They can follow.

11:03:59 13      Q.   If they're very small --

11:04:00 14      A.   All right.

11:04:01 15      Q.   -- and they have very little mass; correct?

11:04:03 16      A.   I'll agree with that.

11:04:05 17      Q.   Okay.  Particles have inertia.

11:04:06 18      A.   Particles have inertia.

11:04:08 19      Q.   Okay.  For example, if I had a 15-micron

11:04:15 20  particle that's following the airstream against the

11:04:18 21  wall, that particle is going to follow the wall even

11:04:20 22  though the airstream might turn down, based on

11:04:23 23  inertia; correct?

11:04:24 24      A.   Correct.

11:04:25 25      Q.   Okay.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
90

11:04:27  1          MR. GOSS:  We've been going about 90

11:04:29  2   minutes, if we can take a break when you reach a --

11:04:29  3          MR. ASSAAD:  Okay.

11:04:31  4          MR. GOSS:  -- convenient spot, let us know.

11:04:31  5   BY MR. ASSAAD:

11:04:33  6      Q.   You agree with me that airstreams or

11:04:43  7   pathways with air do not follow turbulence, turbulence

11:04:48  8   has an effect on particles as well as the airstream;

11:04:52  9   correct?

11:04:52 10      A.   I'm sorry.

11:04:54 11      Q.   That was a bad question.  I withdraw that.

11:04:55 12          Particles do not follow airstreams.  You

11:04:57 13   agree with that; correct?

11:04:59 14      A.   They do not necessarily follow air

11:05:01 15   streamlines.

11:05:02 16      Q.   Based on the size of the particles.

11:05:04 17      A.   That's right.

11:05:05 18      Q.   Okay.  Do you agree with me that turbulence

11:05:07 19   also has a significant effect on particles?

11:05:11 20      A.   Turbulence has an effect on particles?

11:05:13 21      Q.   Yes.  On the movement of particles.

11:05:14 22      A.   Yes.

11:05:15 23      Q.   Okay.  Do you agree with me that in Dr.

11:05:18 24   Abraham's report he did not take into effect the way

11:05:21 25   turbulence affects particles?

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

93

11:19:12  1      Q.   But why didn't you do that before you

11:19:14  2  submitted your final report?

11:19:15  3      A.   Because I finished writing it just before

11:19:17  4  the deadline.

11:19:19  5      Q.   Okay.  You weren't given much time to do the

11:19:22  6  studies, were you?

11:19:25  7      A.   I -- I wouldn't phrase it that way, but I'd

11:19:27  8  say we were -- we were late in the game but we had

11:19:29  9  enough time.

11:19:30 10      Q.   And actually you actually put it in your

11:19:34 11  notes that there wasn't much time to do the studies.

11:19:39 12      A.   Yeah.  I made such --

11:19:41 13           Well actually that referred to, if you look

11:19:43 14  to those notes, we were trying to decide what we could

11:19:49 15  and could not do within the scope of the effort.  And

11:19:54 16  I was looking at Elghobashi's simulation and saw that

11:19:57 17  he had done turbulence intensity in particle motion,

11:20:01 18  and that referred to the turbulence intensity, there

11:20:04 19  just wasn't any way we were going to make such

11:20:07 20  measurements with the -- within the time and scope of

11:20:09 21  the effort.

11:20:11 22      Q.   You were retained in April in this case?

11:20:13 23  April of this year?

11:20:14 24      A.   Yes.

11:20:15 25      Q.   Okay.  And how --

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

94

11:20:18  1          Did 3M approach you or approach someone at

11:20:20  2   FloViz?

11:20:21  3      A.   Me.

11:20:22  4      Q.   Okay.  Do you know how 3M found you?

11:20:26  5      A.   I'm the schlieren expert.

11:20:29  6      Q.   Now you looked at the Bair Hugger blanket;

11:20:31  7   correct?

11:20:32  8      A.   Oh yes.

11:20:32  9      Q.   Okay.  Do you agree with me that there are

11:20:38 10   hundreds, if not thousands of perforations in the Bair

11:20:42 11   Hugger blanket that air flows out of?

11:20:44 12      A.   Many perforations, yes.

11:20:46 13      Q.   Do you agree with me that the majority of

11:20:50 14   the air coming out of the Bair Hugger blanket probably

11:20:52 15   goes over the arms and the chest as compared to the

11:20:56 16   head and neck?

11:20:59 17          MR. GOSS:  Objection, foundation.  You can

11:21:01 18   answer if you -- if you can.

11:21:04 19      A.   I -- We saw air coming out around the head

11:21:09 20   and neck, so there's some airflow there.

11:21:10 21      Q.   That wasn't my question, sir.

11:21:12 22      A.   A majority, I can't say for sure.

11:21:14 23      Q.   Okay.  But would you agree with me not all

11:21:16 24   the air comes out of the head and neck?

11:21:18 25      A.   Not all the air comes out.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
95

11:21:20  1      Q.   Do you agree that's one of the assumptions

11:21:21  2   that Dr. Abraham made in his case?

11:21:24  3      A.   If -- If that assumption's made I don't

11:21:28  4   think it's correct.

11:21:28  5      Q.   Okay.  So you --

11:21:28  6           So if Dr. Abraham made that assumption, you

11:21:31  7   would agree that that is not a correct assumption with

11:21:34  8   respect to how the air flows out of the Bair Hugger

11:21:37  9   blanket; correct?

11:21:39 10           MR. GOSS:  Would you need to review his

11:21:42 11   report?

11:21:42 12      Q.   Just assume that that's his assumption.  You

11:21:44 13   agree that's a faulty assumption.

11:21:48 14      A.   In my report we saw some air coming out

11:21:52 15   around the head and neck.

11:21:53 16      Q.   If Dr. Abraham made the assumption that all

11:21:56 17   the air that the Bair Hugger generates comes out of

11:21:59 18   the head and neck you agree with me that that is an

11:22:02 19   incorrect assumption.

11:22:10 20           MR. GOSS:  Object to form, foundation.

11:22:13 21      A.   To give you an accurate answer I would have

11:22:18 22   to go back and look at Dr. Abraham's report.

11:22:21 23      Q.   Assume --

11:22:23 24           Would you agree with this statement:  All

11:22:24 25   the air that the Bair Hugger generates comes out from

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

96

11:22:27  1  the head and neck area.

11:22:30  2      A.   Not based on the work that I did, no.

11:22:33  3      Q.   And that's because there's holes that go

11:22:35  4  along the entire length of the air -- of the blanket,

11:22:38  5  correct, of the Bair Hugger?

11:22:40  6      A.   The holes go the entire length of the

11:22:42  7  blanket.

11:22:42  8      Q.   Because it's warming the hands and the elbow

11:22:45  9  and the shoulders and the chest and the other arms and

11:22:48 10  hands; correct?

11:22:49 11           Correct?

11:22:50 12      A.   The one we looked at, which is upper body

11:22:53 13  with the arms extended, is doing what you just said.

11:22:55 14      Q.   And let's assume for this -- for this -- for

11:22:57 15  this day at this deposition, that when I refer to the

11:23:00 16  Bair Hugger blanket I'm referring to the 522 -- --

11:23:00 17      A.   Fair.   Thank you.

11:23:04 18      Q.   -- upper body blanket.   Fair?   Okay.

11:23:06 19      A.   Yes.

11:23:16 20      Q.   So have you ever done work for 3M before?

11:23:19 21      A.   No.   I gave a seminar at 3M, but that's not

11:23:23 22  doing work for them.

11:23:24 23      Q.   When did you do a seminar at 3M?

11:23:26 24      A.   Six years ago.

11:23:27 25      Q.   For what division of 3M?

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

102

11:30:38  1   issue with the verification of the code that

11:30:41  2   Elghobashi used; correct?

11:30:44  3        A.   I do have issue.

11:30:45  4        Q.   What's the issue with the verification?

11:30:47  5             Do you know what code he used?

11:30:48  6        A.   Do I know what?

11:30:49  7        Q.   What code he used.

11:30:51  8        A.   He -- I don't know anything about the code

11:30:53  9   except that he was -- it was developed at Stanford and

11:31:00 10   it was run for him by a colleague who is no longer at

11:31:04 11   his university.

11:31:05 12        Q.   Okay.

11:31:05 13        A.   But it's an LES code.

11:31:08 14        Q.   Okay.  And do you know whether or not that

11:31:10 15   code has been verified?

11:31:12 16        A.   Oh, all right.  I -- I believe that there

11:31:17 17   was good evidence that the code had been verified.

11:31:19 18        Q.   Okay.  So you have no issue with the code

11:31:21 19   being verified by Elghobashi.

11:31:22 20        A.   I am sorry.  I have no issue with the

11:31:24 21   verification --

11:31:24 22        Q.   Okay.

11:31:25 23        A.   -- of the code.  That's right.

11:31:28 24        Q.   Okay.  And in fact do you know whether or

11:31:29 25   not the code is --

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

117

11:48:41  1      Q.    You're not a particle expert; correct?

11:48:44  2      A.    No.

11:48:45  3      Q.    Okay.

11:48:52  4            (Interruption by the reporter.)

11:49:02  5      Q.    You agree with me that reference number 25

11:50:11  6  has no discussion on whether or not a paper is

11:50:14  7  publishable or not, according to what you cite it for.

11:50:18  8      A.    I'm sorry.  That last phrase was?

11:50:20  9      Q.    "According to what you cite it for."

11:50:22 10      A.    Repeat the question.

11:50:24 11      Q.    You say, generally --

11:50:25 12            You say, on number 18, item number 1, that

11:50:29 13  without validation in the fluid dynamics community, a

11:50:33 14  paper is not publishable unless there's experimental

11:50:35 15  data; correct?

11:50:37 16      A.    That's the traditional view, yes.

11:50:38 17      Q.    But there's no way --

11:50:41 18            I mean, I'll represent to you that I did a

11:50:44 19  word search and typed in the word publish --

11:50:48 20  publishable, you know, P-U-B-L-I, and the only thing

11:50:52 21  that came up was where it says 2002 published by

11:50:57 22  Elsevier Science.

11:50:59 23            Do you recall even seeing that statement in

11:51:01 24  reference 25?

11:51:02 25      A.    Once again I cited reference 25 as a general

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

125

11:58:30  1   the videos and the other things that we've mentioned.

11:58:32  2        Q.   What do you know about Dr. Augustine?

11:58:35  3        A.   Not too much.

11:58:37  4        Q.   Were you provided any information about Dr.

11:58:39  5   Augustine?

11:58:39  6        A.   Some information.

11:58:40  7        Q.   What information were you provided?

11:58:41  8        A.   I believe that he originally invented the

11:58:45  9   Bair Hugger, and now is aligned with the plaintiffs,

11:58:53 10   who --

11:58:55 11        Q.   Who told you they're aligned with the

11:58:57 12   plaintiffs?

11:58:57 13        A.   That's just what I've gathered.

11:58:58 14        Q.   From who?

11:59:00 15        A.   What I saw in case reports and this sort of

11:59:05 16   thing on the internet.

11:59:07 17        Q.   What in the internet indicates that Dr.

11:59:09 18   Augustine's aligned with the plaintiffs in this case?

11:59:16 19        A.   I don't have a specific, so I -- I should

11:59:20 20   withdraw that answer.

11:59:21 21        Q.   Okay.  Because you have no basis --

11:59:23 22        A.   I don't have a basis.  I don't have who he's

11:59:25 23   aligned with.

11:59:26 24        Q.   Okay.  I mean, this case is basically a

11:59:30 25   scientific problem.  You'd agree?

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

128

12:01:39 1      A.   -- that's not a --

12:01:40 2      Q.   -- that's based on the first law of

12:01:44 3  thermodynamics; correct?

12:01:45 4      A.   Well first law of thermodynamics applies to

12:01:48 5  all issues where heat is transferred, so you could say

12:01:51 6  that.

12:01:52 7      Q.   It's the conservation of energy; correct?

12:01:55 8      A.   But I'm basing it more specifically on the

12:01:57 9  fact that the surface of the warming blanket gets

12:02:01 10  warm, there will be a thermal boundary layer on top of

12:02:04 11  it, regardless of whether it's forced air or what it

12:02:06 12  is, and this could then be measured and you would see

12:02:09 13  an increased temperature.

12:02:11 14      Q.   Okay.  So if you compared --

12:02:19 15           I'll get to that later, actually.

12:02:21 16           I assume you're making the assumption that

12:02:35 17  all patients must be warmed; correct?

12:02:37 18      A.   Well that's the purpose of the warming

12:02:41 19  blanket in my opinion.

12:02:41 20      Q.   But you're not an anesthesiologist; correct?

12:02:43 21      A.   Oh no.

12:02:43 22      Q.   You're not an infectious disease doctor;

12:02:45 23  correct?

12:02:45 24      A.   No.

12:02:46 25      Q.   You don't hold yourself out as an expert in

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

129

12:02:49  1   anesthesiology; correct?

12:02:49  2        A.   No, sir.

12:02:51  3        Q.   You don't hold yourself as an expert out in

12:02:53  4   infection disease; correct?

12:02:54  5        A.   No, sir.

12:02:54  6        Q.   You don't hold yourself out as an expert in

12:02:56  7   orthopedic surgery; correct?

12:02:58  8        A.   That's correct.

12:02:58  9        Q.   You don't hold yourself as an expert in

12:03:00  10  internal medicine; correct?

12:03:01  11       A.   Correct.

12:03:02  12       Q.   You don't hold your expert --

12:03:03  13            You don't hold yourself as an expert in

12:03:06  14  nursing; correct?

12:03:08  15       A.   Correct.

12:03:08  16       Q.   You don't hold yourself out as an expert in

12:03:10  17  filter media; correct?

12:03:11  18       A.   Correct.

12:03:11  19       Q.   You don't hold yourself out as an expert in

12:03:14  20  medical device design; correct?

12:03:15  21       A.   That's correct.

12:03:16  22       Q.   You don't hold yourself out as an expert in

12:03:18  23  medical device warnings; correct?

12:03:19  24       A.   Correct.

12:03:20  25       Q.   You don't hold yourself out as an expert in

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
                                                                    130

12:03:23  1   patient warming; correct?

12:03:23  2        A.   Correct.

12:03:25  3        Q.   You don't hold yourself out as an expert in

12:03:27  4   operating room design; correct?

12:03:29  5        A.   That's correct.

12:03:29  6        Q.   By the way, with respect to the creation of

12:03:31  7   your model or your system, did you consult with any

12:03:35  8   ASHRAE 172 consultants?

12:03:42  9             MR. GOSS:  170?

12:03:44 10             MR. ASSAAD:  170.  Sorry.

12:03:45 11        A.   No.  I didn't have -- didn't consult with

12:03:48 12   people.  I read ASHRAE documents that are cited.

12:03:51 13        Q.   Okay.  You have no experience in operating

12:03:56 14   airflow; correct?  Operating room airflow.

12:03:57 15        A.   Clean room airflows, but not operating room.

12:04:00 16        Q.   So you don't hold yourself out as an expert

12:04:02 17   in -- in operating room airflow.

12:04:05 18        A.   No, sir.

12:04:06 19        Q.   Okay.  Have you heard of ANSYS?

12:04:23 20        A.   Yes.

12:04:24 21        Q.   Have you ever used ANSYS?

12:04:27 22        A.   Well ANSYS is the company that bought the

12:04:32 23   computer -- the CFD code known as Fluent.

12:04:35 24             Is that what you're referring to?

12:04:36 25        Q.   They have Fluent, they have CFX, --

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
143

12:17:56  1      A.   Brand new.

12:17:57  2      Q.   Okay.  Was it calibrated?

12:17:59  3      A.   I actually don't know what that means in ter

12:18:02  4  -- in reference to the Bair Hugger.

12:18:04  5      Q.   Did you check the filter in it?

12:18:06  6      A.   And now you're talking about the blower

12:18:09  7  unit.

12:18:11  8      Q.   Yes.

12:18:11  9      A.   Sorry.

12:18:12 10           I need to distinguish between the blower

12:18:13 11  unit --

12:18:13 12      Q.   Okay.

12:18:14 13      A.   -- and the blanket.

12:18:15 14      Q.   Let's talk about the blower.  Did you test

12:18:16 15  it?

12:18:16 16      A.   The blower unit that they gave us was -- I

12:18:18 17  believe it was brand new, we did not check the filter

12:18:22 18  unit.

12:18:23 19           Was there another question?

12:18:24 20      Q.   No.

12:18:25 21      A.   All right.

12:18:26 22      Q.   So you don't know if it was properly

12:18:27 23  calibrated or tested; correct?

12:18:30 24      A.   I assumed that it was.

12:18:32 25      Q.   Did you test the temperature coming out of

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

146

12:20:14  1      Q.   Okay.  So wouldn't it be --

12:20:18  2           I mean, you tested your schlieren devices

12:20:19  3  before you used it; correct?

12:20:25  4      A.   In the sense of manufacturing defects, no.

12:20:28  5      Q.   No, but you test it to make sure, you tested

12:20:30  6  it with a hand and the candle.

12:20:32  7      A.   Okay.  Yes.

12:20:33  8      Q.   Okay.  You made the sure the camera was

12:20:35  9  working properly; correct?

12:20:37 10      A.   Yes.

12:20:37 11      Q.   You made sure that the mirrors were adjusted

12:20:40 12  properly; --

12:20:40 13      A.   Yes.

12:20:40 14      Q.   -- correct?

12:20:42 15      A.   That's right.

12:20:42 16      Q.   That's very important before you do a

12:20:43 17  scientific test; correct?

12:20:45 18      A.   Yes.

12:20:45 19      Q.   Okay.  But you did not do that in this case,

12:20:49 20  did you, for the Bair Hugger blower.

12:20:52 21      A.   No.

12:20:58 22      Q.   Okay.  And do you have any experience with

12:21:01 23  3M to indicate that they are an honest company and are

12:21:07 24  honest to the public?

12:21:09 25           MR. GOSS:  Objection to form, beyond the

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
                                                    147

12:21:12  1   scope of his opinions.

12:21:16  2        A.   I have no reason to believe that 3M is

12:21:23  3   dishonest.

12:21:24  4        Q.   So you never heard of any claims of 3M, you

12:21:27  5   know, dumping chemicals in Minneapolis, there was a

12:21:30  6   huge cleanup and lawsuit?

12:21:31  7              MR. GOSS:  Objection, lack of foundation.

12:21:35  8              MR. ASSAAD:  Is that not true?

12:21:38  9              MR. GOSS:  I think he's entitled to see

12:21:39 10   whatever evidence you want to put in front of him.

12:21:43 11              MR. ASSAAD:  I'm asking if he's aware of

12:21:45 12   it.  I'm trying to get evidence.

12:21:46 13        A.   I'm not aware of dumping chemicals.

12:22:14 14        Q.   Sitting here today you have no basis to

12:22:16 15   determine the credibility of 3M or its attorneys with

12:22:20 16   respect to whether or not they gave you a properly

12:22:24 17   functioning Bair Hugger unit; correct?

12:22:27 18              MR. GOSS:  Objection to form, calls for

12:22:34 19   speculation.

12:22:43 20        A.   Could you repeat the question?

12:22:45 21        Q.   I'll withdraw the question if you can't

12:22:48 22   answer it.

12:22:50 23              MR. GOSS:  I'll just object to the

12:22:53 24   commentary --

12:22:54 25        Q.   Have you been provided --

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

148

12:22:55  1          MR. ASSAAD:  I'm sorry.  You done?

12:22:56  2          MR. GOSS:  I'm done.

12:22:57  3      Q.   Have you been provided with any of the

12:23:01  4  punitive damages motions against 3M or responded by

12:23:04  5  3M?

12:23:04  6      A.   No.

12:23:06  7      Q.   Okay.  Have you been provided any of the

12:23:10  8  schematics of the Bair Hugger?

12:23:12  9      A.   Schematics came, and instructional or user's

12:23:18 10  manual type material came with the Bair Hugger blower

12:23:21 11  and the blanket.  Those were all the documents we had

12:23:25 12  on it.

12:23:26 13      Q.   Have you --

12:23:26 14          Did you do any mathematical calculations as

12:23:29 15  to what you would believe, from a theoretical

12:23:33 16  standpoint, not experimental, of what the effect the

12:23:36 17  Bair Hugger would have on the unidirectional flow?

12:23:55 18      A.   My study was an experimental study and not a

12:23:57 19  computational study, so no such calculation was made.

12:24:00 20      Q.   Okay.  Do you know how many BTUs per hour

12:24:04 21  the Bair Hugger puts out when it's on high?

12:24:06 22      A.   I don't have a number in memory, no.

12:24:08 23      Q.   Did you ever see a number?

12:24:09 24      A.   Yes.

12:24:10 25      Q.   Where?

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
156

12:31:19  1          MR. GOSS:  Object to form.

12:31:19  2      A.   And I've already answered that my scientific

12:31:24  3  approach is it's up to me to go find the literature.

12:31:27  4  If I didn't have the Sessler report and some other

12:31:31  5  literature I consider it that it was a flaw in my

12:31:36  6  literature search.  I wasn't depending on 3M or their

12:31:39  7  legal team to provide me with the sets of references.

12:31:43  8      Q.   Well why recreate the wheel?  I mean, if

12:31:54  9  there's other studies, don't you want to build on

12:31:56 10  previous studies?

12:31:58 11      A.   That's what a literature search is about, to

12:31:59 12  educate myself.

12:32:00 13      Q.   Okay.

12:32:00 14      A.   But a -- a scientist and an engineer, in

12:32:03 15  order to remain objective, better to educate himself

12:32:08 16  than to go looking for material that's already been

12:32:13 17  prepared by someone else.

12:32:15 18      Q.   I agree.

12:32:15 19          But if 3M has internal documents or there is

12:32:20 20  peer-reviewed literature that contradicts your

12:32:22 21  findings, wouldn't that have an effect on your

12:32:30 22  methodology with respect to what you did in this case?

12:32:35 23      A.   Well --

12:32:35 24          MR. GOSS:  Objection, contrary to fact,

12:32:38 25  calls for speculation.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
160

12:35:36  1      Q.    Did you not attach the calibration sheet to

12:35:42  2  the report?

12:35:42  3      A.    I did not.

12:35:42  4      Q.    Okay.

12:35:54  5            THE WITNESS:  There's been a request for a

12:35:55  6  break?

12:35:55  7            MR. ASSAAD:  Okay.  We can take a break.

12:35:58  8            THE REPORTER:  Off the record, please.

12:36:00  9            (Recess taken from 12:36 to 12:47 p.m.)

12:47:01 10  BY MR. ASSAAD:

12:47:06 11      Q.    Going back to Exhibit 2, page 18, your

12:47:11 12  Critique of Expert Report by Said Elghobashi, number

12:47:19 13  1).  You'll agree with me that verification and

12:47:23 14  validation that we were discussing is specific to the

12:47:27 15  CFD community; correct?

12:47:29 16      A.    It's a CFD concept.

12:47:31 17      Q.    Okay.  Okay.  And you yourself don't hold

12:47:34 18  yourself out as an expert with respect to CFD;

12:47:39 19  correct?

12:47:40 20      A.    That's correct.

12:47:41 21      Q.    Okay.  Let's talk about methodology, all

12:47:52 22  right?

12:47:54 23            And I want to be specific to your

12:47:57 24  methodology in your testing in this case.

12:47:59 25      A.    Okay.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

169

12:56:47  1   moment, it's easy enough to determine.

12:56:49  2       Q.   So when you changed --

12:56:51  3            Now you mentioned before you never changed

12:56:53  4   the height of the flow generator; correct?

12:56:55  5       A.   That is correct.

12:56:56  6       Q.   So you raised the table, you didn't change

12:56:58  7   the height of the flow generator; that's correct?

12:57:02  8       A.   As I recall now, it was not possible to --

12:57:04  9   well it was not possible to raise the -- the downflow

12:57:07 10   generator higher because of rafters in the building.

12:57:12 11   To lower it didn't make any sense, it was already at

12:57:15 12   its correct position.

12:57:16 13       Q.   And therefore when you raised the height of

12:57:19 14   the operating room table you did not raise the height

12:57:21 15   of the --

12:57:21 16       A.   No.  That wasn't --

12:57:22 17       Q.   -- flow generator.

12:57:23 18       A.   -- that wasn't possible.

12:57:24 19       Q.   So I'm correct.

12:57:26 20       A.   You are correct.

12:57:27 21       Q.   Okay.  So therefore the distance between the

12:57:31 22   top of the operating room table and the flow generator

12:57:34 23   decreased by three to four feet.

12:57:39 24       A.   Some distance roughly in that order.

12:57:42 25       Q.   Well the distance you have here is five

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

170

12:57:46  1  feet, according to your diagram, between the bottom of

12:57:49  2  the flow generator and the top of the table; correct?

12:57:51  3     A.   Five feet.

12:57:53  4     Q.   Okay.

12:57:53  5     A.   Yeah.

12:57:54  6     Q.   So would it be fair to say that when you

12:57:56  7  raised the table by three to four feet, you

12:58:02  8  significantly decreased the distance between the flow

12:58:05  9  generator and the top of the table?

12:58:08 10     A.   It would be.  But let me point out that the

12:58:10 11  only case in which that was done ended up being

12:58:14 12  removed anyhow for another reason.

12:58:16 13     Q.   And you -- the reason why you removed it is

12:58:18 14  because the testing for that part was not reliable.

12:58:21 15     A.   Because there was a discrepancy between my

12:58:24 16  recollection of the test conditions and what was

12:58:27 17  entered in the logbook.

12:58:28 18     Q.   And since there's a discrepancy that means

12:58:30 19  the results are not reliable; correct?

12:58:32 20     A.   In that particular case I considered the

12:58:34 21  results questionable, and therefore I removed them.

12:58:38 22     Q.   And "questionable" is synonymous for "not

12:58:41 23  reliable"; correct?

12:58:42 24     A.   Yes.

12:58:42 25     Q.   Okay.  Okay.  So the plywood you said was,

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

211

13:42:38  1      Q.    -- I read your report.

13:42:39  2            Just answer my question, please.

13:42:40  3      A.    Could you repeat the question?

13:42:42  4      Q.    Does the air --

13:42:43  5            When you close all the windows and the

13:42:44  6      garage, does the air get warmer inside the warehouse?

13:42:48  7      A.    We never had a situation when it was

13:42:50  8      hermetically sealed like that.

13:42:50  9      Q.    Okay.

13:42:51 10      A.    We kept it ventilated to the outside.

13:42:54 11      Q.    What temperature of -- was the air that the

13:42:57 12      flow generator was drawing from?

13:43:00 13      A.    In -- In general, the same temperature as

13:43:03 14      the room air that would be measured by a thermocouple

13:43:07 15      in the room.

13:43:08 16      Q.    Okay.  During your testing were the windows

13:43:11 17      open?

13:43:12 18      A.    There was -- I wouldn't say windows.

13:43:14 19            There was ventilation to the outside to

13:43:19 20      maintain -- to avoid pressure changes.

13:43:21 21      Q.    Let's talk about pressure.

13:43:22 22      A.    All right.

13:43:23 23      Q.    Was it --

13:43:23 24            Was the area positively pressured?

13:43:24 25      A.    No.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
212

13:43:25  1      Q.   No.

13:43:26  2      A.   This is --

13:43:26  3      Q.   Just answer my questions.  That's all I'm

13:43:28  4  asking.

13:43:29  5      A.   No.

13:43:29  6      Q.   "No."  Okay.

13:43:31  7           Was the garage door open?

13:43:34  8      A.   In some cases.

13:43:37  9      Q.   Okay.  So in some cases they were, in some

13:43:39 10  cases they weren't?

13:43:41 11      A.   I'm saying that the communication to the

13:43:44 12  outside could be by way of a partially opened garage

13:43:50 13  door or by windows.

13:43:51 14      Q.   Was that --

13:43:52 15           Was that taken into account to keep the

13:43:54 16  variables as least as possible when you were doing

13:43:56 17  your testing?

13:43:57 18      A.   It was generally to just avoid

13:44:08 19  pressurization or avoid pressure differences from the

13:44:10 20  inside to outside.

13:44:12 21      Q.   Okay.  You didn't measure pressure

13:44:18 22  throughout your whole testing; correct?

13:44:21 23      A.   Well the assumption is, and the pressure was

13:44:23 24  assumed, we didn't measure it, is local barometric

13:44:26 25  pressure.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
213

13:44:26  1      Q.   Okay.  You agree with me that --

13:45:00  2           Let's be realistic.  You agree with me you

13:45:03  3  didn't simulate an OR in your experiments; correct?

13:45:06  4      A.   We did a simulation of the downflow --

13:45:09  5      Q.   That wasn't my question.  That wasn't my

13:45:11  6  question, sir.

13:45:11  7           MR. GOSS:  Wait.  Let him answer.

13:45:13  8           MR. ASSAAD:  No.  I want him to answer my

13:45:15  9  questions.  If you want to ask him questions, you

13:45:16  10  can.

13:45:17  11      Q.   Answer my question.

13:45:17  12           MR. GOSS:  He's going to answer your

13:45:17  13  question --

13:45:17  14      Q.   Did you simulate --

13:45:19  15           MR. GOSS:  -- to the best of his abilities.

13:45:21  16      Q.   -- an operating room in this case?

13:45:24  17      A.   Are you referring to a perfect simulation in

13:45:27  18  every respect?

13:45:28  19      Q.   To any operating room you've ever seen.

13:45:30  20           Is there any operating room that this

13:45:33  21  simulates; from the size, to the amount of people, to

13:45:35  22  the airflow, to the pressure, to the devices inside

13:45:42  23  the operating room?

13:45:44  24      A.   No.

13:45:45  25      Q.   Okay.  You agree with me that all those

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
265

15:37:07  1     A.   Yes.

15:37:08  2     Q.   Okay.  Now --

15:37:09  3     A.   Because --

15:37:09  4     Q.   Okay.  Go ahead.  I'm sorry.

15:37:11  5     A.   If you looked at this from the top, there is

15:37:13  6  no -- there's nothing if you move toward the torso and

15:37:16  7  the leg, so these measurements have to be under the

15:37:19  8  arm-board.

15:37:19  9     Q.   Okay.  And how far --

15:37:34 10          Did the drapes touch the floor?

15:37:35 11     A.   No.

15:37:36 12     Q.   Okay.  Then I'm a little bit confused,

15:37:38 13  before I get to the next question.  If you go to page

15:37:41 14  12 of Exhibit 1, not Exhibit 2, Exhibit 1.

15:37:48 15     A.   This one [indicating].

15:37:49 16     Q.   Yes.  I see something touching the floor

15:37:54 17  there, I don't know what that is.  Is that a drape or

15:37:57 18  is that some other type of -- Exhibit -- Figure 11,

15:38:00 19  Exhibit -- Figure -- Exhibit -- Figure 11 a of Exhibit

15:38:04 20  1.  Are those drapes next to the feet of the person?

15:38:07 21     A.   Yes.

15:38:08 22     Q.   And it looks like they're touching the

15:38:10 23  floor; correct?

15:38:11 24     A.   In that case, yes.

15:38:12 25     Q.   Okay.  So you changed the drape style

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

266

15:38:13  1   throughout the experiment?

15:38:17  2        MR. GOSS:  Object to form.

15:38:23  3        A.   "Drape style."

15:38:27  4        Q.   Like -- Like the drapes --

15:38:28  5             I mean here you have the drapes going, if

15:38:31  6   you look at Figure 12, about halfway -- a little less

15:38:36  7   than halfway between the top of the table and the

15:38:38  8   floor; correct?

15:38:39  9        A.   Figure 12 is a figure that I drew based on

15:38:42 10   observation of the experiment, and so although there

15:38:46 11   -- it's not accurate to scale, that drape does not

15:38:50 12   touch the floor.

15:38:52 13        Q.   But Figure 11 a's drape does.

15:38:56 14        A.   It appears to, but Figure 11 a was

15:38:59 15   subsequently removed.

15:39:01 16        Q.   I get that, but this is what was submitted

15:39:03 17   June 2nd to us.

15:39:05 18        A.   Yeah.

15:39:06 19        Q.   And it's something that we're going to be

15:39:10 20   bringing up to the court that indicates that you did a

15:39:12 21   revised report, and that the reason why it was part of

15:39:15 22   your report was unreliable, which is Figure 11 a;

15:39:18 23   correct?

15:39:18 24        MR. GOSS:  All right.  Object to form,

15:39:20 25   object to the commentary.  Move to strike.  You can

15:39:22  1   ask him a question.

15:39:23  2          MR. ASSAAD:  Okay.

15:39:27  3      Q.   Who put the drapes on in Figure 11 a?

15:39:29  4      A.   My assistants.

15:39:31  5      Q.   Okay.  Why --

15:39:32  6           Why do they look different than what's in

15:39:35  7   Figure 12 and 13, to be quite honest?

15:39:40  8      A.   Well what you're seeing in 13 is the drape

15:39:43  9   over the body and the arm-boards, and I did not even

15:39:46 10   depict which -- I might have, but I did not depict the

15:39:51 11   drape over the body in that case.  So Figure 13

15:39:55 12   doesn't pertain.

15:39:56 13           But in the case of your question regarding

15:39:59 14   Figures 12 and Figure 11 a, I don't have an

15:40:03 15   explanation for the discrepancy.

15:40:06 16      Q.   Okay.  Well is it in your notes?

15:40:22 17      A.   You'll have to give me a moment to check.

15:40:59 18   (Witness reviewing exhibits.)  Figure 11 that was

15:41:43 19   subsequently removed was one of the very last things

15:41:49 20   that we did May 18th.  I'm trying to find the date

15:41:55 21   corresponding to Figure 12 because -- since that's not

15:42:01 22   annotated with an image number, it's -- I'm going to

15:42:06 23   have to find the notation where I took those

15:42:10 24   measurements.  So if you'll bear with me, please.

15:42:28 25           Here we go.  May 15.  I don't see an

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

307

16:35:50  1  device has no effect on particle movement from

16:36:03  2  particles underneath the operating room table.

16:36:06  3      A.   My study didn't involve particle movement.

16:36:08  4      Q.   Okay.  So you're not going to make that

16:36:10  5  claim at all and you have no evidence to either

16:36:12  6  support or refute that claim.

16:36:14  7           MR. GOSS:  With respect to particle

16:36:16  8  movement under the OR table.

16:36:18  9           MR. ASSAAD:  Yes.

16:36:18 10      A.   We have no evidence of particle movement

16:36:19 11  under the OR table.

16:36:22 12      Q.   And you are not going to make the claim that

16:36:28 13  the Bair Hugger does not form convection currents from

16:36:41 14  underneath the operating room that could carry

16:36:43 15  particles.

16:36:44 16      A.   As we already know in this testimony, we

16:36:48 17  didn't actually get any usable results underneath the

16:36:52 18  operating table.

16:36:53 19      Q.   Okay.  Okay.  So the only thing that you're

16:36:56 20  claiming is the effect a Bair Hugger has, mainly by

16:37:01 21  conduction, on the effect of the unidirectional

16:37:09 22  downward airflow; correct?

16:37:10 23           MR. GOSS:  Object that it --

16:37:10 24      A.   Not correct.

16:37:11 25           MR. GOSS:  -- misstates his testimony and

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

328

17:04:43  1       A.   No.  The -- My data doesn't show anything

17:04:45  2    about the temperature of the drape down at the sides.

17:04:47  3       Q.   I'm talking about the drape right above the

17:04:48  4    Bair Hugger.

17:04:49  5       A.   Oh, all right.

17:04:50  6            One more time, please.

17:04:51  7       Q.   Okay.  I'm talking about the Bair Hugger

17:04:53  8    where the drape is where we're seeing these convective

17:04:57  9    currents.

17:04:57 10       A.   Umm-hmm.

17:04:58 11       Q.   Do you agree with me that these convective

17:05:00 12    currents, if air escapes from underneath the operating

17:05:05 13    room table, as we discussed, to the path of least

17:05:08 14    resistance around the arms or whatever, that it's

17:05:11 15    going to be -- have its own buoyant force and that it

17:05:15 16    could combine with the buoyant force that's being

17:05:16 17    produced by the drape to continue to rise any

17:05:20 18    particles above this patient.

17:05:22 19            Do you agree with that?

17:05:23 20            MR. GOSS:  Same objection, calls for

17:05:24 21    speculation about a particle path.

17:05:26 22       A.   Particles were not a part of our study.

17:05:28 23       Q.   I understand that, but as a engineer that

17:05:30 24    has done experimental fluid dynamics, and I think you

17:05:34 25    know where my question is, sir, and I think -- I

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

329

17:05:37   1   understand you want to hide behind this wasn't part of

17:05:39   2   our study, but I'm asking you as an engineer.

17:05:39   3        A.   Well do you understand --

17:05:41   4        Q.   Do you know the answer --

17:05:43   5             MR. GOSS:  Move to strike.

17:05:43   6        Q.   Do you know the answer to that from an

17:05:45   7   engineering standpoint, "yes" or "no"?

17:05:46   8        A.   Do you understand that you're asking me to

17:05:47   9   speculate on something that I didn't measure and

17:05:49  10   didn't consider?

17:05:50  11        Q.   I'm talking about common engineering

17:05:52  12   principles.

17:05:54  13        A.   I really don't want to comment on particles,

17:05:56  14   it wasn't part of my study.  The study was airflow.

17:05:59  15        Q.   So you're not an expert on particles at all.

17:06:02  16        A.   Particles have been involved in some work of

17:06:04  17   mine in the past, but I don't consider myself a

17:06:06  18   particle expert.

17:06:07  19        Q.   Okay.  So you're not going to criticize

17:06:10  20   Elghobashi as -- in his particle flow.

17:06:11  21        A.   I criti --

17:06:12  22             My criticism of Elghobashi is in his

17:06:14  23   boundary condition.

17:06:15  24        Q.   Okay.  As well as your criticism of Abraham

17:06:22  25   too.