UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |

_____

| | |
|---|---|
| This Document Relates To: *All Cases* | **PLAINTIFFS' NOTICE OF MOTION TO EXCLUDE OPINIONS AND TESTIMONY OF GARY SETTLES, PH.D.** |

_____

PLEASE TAKE NOTICE that the undersigned will bring Plaintiffs Motion to Exclude the Opinions and Testimony of Gary Settles, Ph.D., Pursuant to Federal Rule of Evidence 702, for a hearing before the Honorable Judge Joan N. Ericksen of the above named court, on October 24, 2017, at 9:00 a.m. or as soon thereafter as counsel may be heard, and continuing through October 26, 2017, or such point at which the Court concludes the hearings.

This motion, based on Plaintiffs' Memorandum of Law in Support of Motion to Exclude Testimony of Gary Settles, Ph.D..; the Affidavit of Genevieve M. Zimmerman; the exhibits, files, and records herein; and argument to be presented at the hearing of this matter, seeks an Order of the Court Excluding the Opinions and Testimony of Gary Settles, Ph.D.

Dated: September 12, 2017

CIRESI CONLIN L.L.P.

/s/Michael V. Ciresi
Michael V. Ciresi (MN #0016949)
Jan M. Conlin (MN #0192697)
Michael Sacchet (MN # 395817)
Ciresi Conlin LLP
225 S. 6th St., Suite 4600
Minneapolis, MN 55402
Phone: 612.361.8202
Email: MVC@CiresiConlin.com
        JMC@CiresiConlin.com
        MAS@ciresiconlin.com

LEVIN PAPANTONIO, P.A.

/s/ Ben W. Gordon, Jr.
Ben W. Gordon (FL # 882836) – *Pro Hac Vice*
J. Michael Papantonio (FL # 335924)
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
Phone: (850) 435-7090
Fax: (850) 436-6090
Email: bgordon@levinlaw.com

MESHBESHER & SPENCE LTD.

/s/ Genevieve M. Zimmerman
Genevieve M. Zimmerman (MN #330292)
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
Email: gzimmerman@meshbesher.com

***Plaintiffs Co-Lead Counsel***