## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To: All Actions | **(PROPOSED) ORDER GRANTING PLAINTIFFS' MOTION TO EXCLUDE TESTIMONY AND OPINIONS OF GARY SETTLES, PH.D.** |

Before the Court is Plaintiffs' Motion to Exclude the Testimony and Opinions of Gary Settles, Ph.D.

Based on the motions and supporting papers, files, records, and hearing conducted in this matter,

IT IS HEREBY ORDERED that Plaintiffs' motion is GRANTED. The testimony and opinions of Gary Settles, Ph.D. is hereby excluded.

Date: _____          BY THE COURT

 

                                                         _____
                                                         HON. JOAN N. ERICKSEN