IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| IN RE: BAIR HUGGER FORCED AIR WARMING PRODUCT LIABILITY LITIGATION | MDL No.: 15-md-02666 (JNE/FLN) |
| This Document Relates To: | |
| DEBBIE WARREN, | |
| Plaintiff, | Civil Action No.: 17-CV-00435-JNE-FLN |

_____

### DECLARATION OF SAMANTHA RODRIGUEZ IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS

I, Samantha Rodriguez, declare as follows:

1. I am an attorney at Kennedy Hodges, LLP and Counsel for Plaintiff Debbie Warren in the above-captioned matter.

2. I submit this affidavit in opposition to Defendants' Motion to Dismiss for Failure to Comply with Pretrial Order No. 14 filed on September 7, 2017.

3. Ms. Warren contacted Kennedy Hodges, LLP in June of 2015 regarding injuries that were allegedly caused by the Bair Hugger patient warming device.

4. Medical records and billing records pertaining to Ms. Warren's treatment were obtained by Kennedy Hodges through its third party medical records retrieval company. Those records demonstrate use of a Bair Hugger device during her original orthopedic surgery.

5. This case was filed on February 9, 2017 to comply with the statute of limitations deadline.

6. Numerous phone calls were placed to Ms. Warren by staff at Kennedy Hodges in attempt to reach her and obtain information for the Plaintiff Fact Sheet. These calls were made in March, April, and May of 2017, prior to the original deadline for submission of the Plaintiff Fact Sheet.

7. Over the next few months, Counsel attempted to work with Ms. Warren to obtain the information necessary to complete the Plaintiff Fact Sheet.

8. Ms. Warren was responsive in June and July of 2017, and assured Counsel she would complete the required information of the Plaintiff Fact Sheet.

9. After our last contact with Ms. Warren on July 11, 2017, several phone calls were placed to Ms. Warren by staff at Kennedy Hodges. These calls went unanswered, and voice messages left with Ms. Warren were not returned.

10. Additionally, a letter has been sent to Ms. Warren since our last phone conversation requesting that she contact us.

11. Based on information and belief, Ms. Warren has not made an attempt to contact Kennedy Hodges in response to these phone calls and letters in order to provide the information necessary to complete the Plaintiff Fact Sheet.

12. As we have been unable to obtain the additional information necessary to complete the Plaintiff Fact Sheet for this claim, we have not been able to cure the alleged deficiencies pertaining to the Plaintiff Fact Sheet that has been submitted for this case.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

September 14, 2017                         /s/ Samantha Rodriguez
                                           Samantha Rodriguez