# Obit: Walter King

August 6th, 2017 | in Obituaries | Read Time: 2 mins.

**Location:**

Walter Hughey King, III, 52, died on July 31, 2017, peacefully with his family in Chattanooga, Tenn. He is survived by his mother, Linda Olive King; his father, Walter Hughey King Jr.; his sister, Mollie King and his brothers, Cannon King, Collier King and Hamilton King; and many aunts, uncles, cousins, and nieces and nephews. He was preceded in death by his grandparents, Helen Dodson Olive, Edwin F. Olive Jr., Sarah McKelley King, and Walter Hughey King Sr. Mr. King was born in Columbia, Tenn., grew up in Richmond, Va., and Lookout Mountain. He graduated from McCallie in 1982 and Middle Tennessee State University in 1986 and later received his Masters of Counseling from the University of Alabama Birmingham. Mr. King spent many years in medical device sales and held memberships in The Society of Cincinnati, Sons of the American Revolution, and First Families of Tennessee. He was a socially active, fun loving, wonderful man, whose presence could fill a room. He loved people and had hundreds of great friends that truly loved him. His quick wit, easy laugh and dancing abilities enhanced any gathering. He had a love for the outdoors, including the beach, sailing, skiing, hunting, and fishing. He was a fantastic chef and loved nothing more than to cook/serve a crowd of his family and friends. He had a love of adventure and a mischievous spirit. It is apropos that he was fond of the Winston Churchill quote, "I am ready to meet my maker. Whether my maker is prepared for ordeal of meeting me is another matter." He was also kind hearted and caring. Family and friends alike always knew they could count on him in times of need. His family and extensive network of friends will always remember the friendship and joy he added to their lives. A family memorial service will be held at Evergreen Cemetery in Murfreesboro. A celebration of his life is planned Saturday, Aug. 12, at 4 p.m. at Brow Lake Club at 545 Brow Lake Road, Lookout Mountain, Georgia 30750. In lieu of flowers, the family has asked for memorials gifts to be made to either the Exceptional Foundation 1616 Oxmoor Road Birmingham, AL 35209 or to the Addiction Psychiatry Education Fund, supporting Fellows who study the underlying reasons for addiction. Make checks payable to Vanderbilt University Medical Center Attn: Sarah Reynolds 2525 West End Avenue, Suite 450, Nashville, TN 37203. Please make a note indicating that the gift is made in memory of Mr. Walter King. Gifts can also be made online at VanderbiltHealth.org/Giving. Arrangements by W.L. Wilson & Sons Funeral Homes. Online register book at www.wilsonfuneralhome.com.

**SPONSORED CONTENT on Times Free Press**

### Does Your Car Have This Incredible Safety Feature?
BY HUM BY VERIZON

Accidents Happen. The key to have the best safety features in place ahead of time.