IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| IN RE: BAIR HUGGER FORCED AIR WARMING PRODUCT LIABILITY LITIGATION | MDL No.: 15-md-02666 (JNE/FLN) |

This Document Relates To:

WALTER H. KING, JR.,

                                      Civil Action No.:  16-CV-02428-JNE-FLN

    Plaintiff,
_____

### DECLARATION OF DONALD C. GREEN II IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS

I, Donald C. Green II, declare as follows:

1. I am an attorney at Kennedy Hodges, LLP and Counsel for Plaintiff Dr. Walter H. King, Jr. in the above-captioned matter.

2. I submit this affidavit in opposition to Defendants' Motion to Dismiss for Failure to Comply with Pretrial Order No. 14 filed on September 7, 2017.

3. Dr. Walter H. King, Jr. contacted Kennedy Hodges, LLP in July of 2015 regarding injuries that were allegedly caused by the Bair Hugger patient warming device.

4. Medical records and billing records pertaining to Dr. King's treatment were obtained by Kennedy Hodges through its third party medical records retrieval company. Those records demonstrate use of a Bair Hugger device during his original orthopedic surgery.

5. This case was filed on July 15, 2016 to comply with the statute of limitations deadline.

6. Dr. King provided a copy of a durable general power of attorney, signed on November 7, 2011, naming his son, Mr. Walter H. King III, as his attorney-in-fact.

7. Over the next few months, Counsel attempted to contact Dr. King to complete the Plaintiff Fact Sheet. Mr. King III contacted Kennedy Hodges on December 5, 2016 and explained that Dr. King had been in the hospital for an extended period of time and was currently still admitted at the hospital, undergoing rehabilitation.

8. After our contact with Mr. King III on December 5, 2016, additional attempts were made to contact Dr. King by staff at Kennedy Hodges. Upon information and belief, Dr. King contacted our office on two separate occasions, leaving a message on February 28, 2017 asking that a new Plaintiff Fact Sheet be sent to his address and calling on May 15, 2017 requesting that another Plaintiff Fact Sheet be sent.

9. On June 20, 2017, Mr. King III called to state that Dr. King was back in the hospital.

10. Further efforts by Counsel to contact Dr. King after this date were unsuccessful. Upon information and belief, Dr. King was still hospitalized during this time.

11. On September 13, 2017, in the course of further research on Dr. King, an obituary was located on the Times Free Press[1] website for Mr. Walter H. King III, Dr. King's son and power of attorney holder. The obituary noted that Mr. King III was

---

[1] The Times Free Press is a local paper in Chattanooga, TN, where Mr. King III resided.

survived by Dr. King, the injured party in this litigation. The circumstances of Mr. King III's death are unknown.

12. Exhibit A is a true and correct copy of the electronic posting of Mr. King III's obituary on the Times Free Press website. This obituary is available electronically at http://www.timesfreepress.com/obits/2017/aug/06/walter-king/90310/.

13. Upon information and belief, Dr. King has not made any attempt to contact Kennedy Hodges after the passing of Mr. King III, who again held power of attorney over Dr. King.

14. Also upon information and belief, Dr. King has been in and out of the hospital since late 2016, including at least one extended stay where he underwent rehabilitation. These hospitalizations coincide with Counsel's efforts to contact Dr. King to obtain the information necessary to complete the Plaintiff Fact Sheet.

15. As we have been unable to obtain the additional information necessary to complete the Plaintiff Fact Sheet for this claim, primarily due to Dr. King's frequent hospitalizations and Mr. King III's death, we have not been able to cure the alleged deficiencies pertaining to the Plaintiff Fact Sheet that has been submitted for this case.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

September 14, 2017         /s/ Donald C. Green II
                           Donald C. Green II