UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| THIS DOCUMENT RELATES TO:<br>Michael Warren (0:17-cv-01027-JNE-FLN) | |

## PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS

NOW COMES Plaintiff, Michael Warren, identified in Defendants' Motion to Dismiss for Failure to Comply with Pretrial Order No. 14 [Dkt. 715], and by and through undersigned counsel submits this, his Response to Defendants' Motion to Dismiss, along with the Declaration of Dae Y. Lee, Esq. and would respectively show the Court the following:

1. Plaintiff Michael Warren alleges that he developed a serious infection and was forced to undergo treatment of same as a result of the use of a Bair Hugger Forced Air Warming Blanket during orthopedic surgery.

2. Michael Warren's Plaintiff's Fact Sheet ("PFS") was served upon Defendants on September 14, 2017.

3. Upon service of Mr. Warren's PFS, Dae Y. Lee, Esq. from Bernstein Liebhard LLP contacted counsel for Defendants, Benjamin W. Hulse, Esq., and requested that Defendants withdraw the pending motion to dismiss as moot.

4. Mr. Hulse indicated he was not in a position to evaluate the PFS in order to consent to the request today, and advised that notwithstanding the service of the PFS, even if not deficient, Defendants may continue to request dismissal of the action.

5. Despite numerous efforts on at least eight (8) occasions to contact Mr. Warren to inform him of his Plaintiff's Fact Sheet obligations from May 2017 through September 2017, Bernstein Liebhard LLP lost contact with Mr. Warren. Communication, however, was reestablished on September 13, 2017 and Mr. Warren promptly completed his PFS for service on September 14, 2017.

6. No extensions of the original July 2, 2017 due date were given, and Defendants are in no way prejudiced by the moderate delay in service of Plaintiff's Fact Sheet. It is, therefore, respectfully requested that this Honorable Court deny Defendants' motion its entirety and permit Mr. Warren's claims to proceed to resolution on their merits.

DATED:  September 14, 2017				Respectfully submitted,

								**BERNSTEIN LIEBHARD LLP**


								By: /s/ Daniel C. Burke
								Daniel C. Burke
								10 E. 40th Street
								New York, NY  10016
								Telephone:   (212) 779-1414
								Facsimile: (212) 779-3218
								Email: dburke@bernlieb.com
								Email: dlee@bernlieb.com

								*Attorneys for Plaintiff*

3

## **CERTIFICATE OF SERVICE**

This is to certify that on September 14, 2017 a copy of the foregoing document was served on all parties via the Court's electronic filing system.

By:/s/*Daniel C. Burke*
Daniel C. Burke
