UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| THIS DOCUMENT RELATES TO:<br><br>Michael Warren (0:17-cv-01027-JNE-FLN) | |

## DECLARATION OF DAE Y. LEE IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS

I, Dae Y. Lee, declare as follows:

1. I am an attorney at Bernstein Liebhard LLP, counsel of record for Plaintiff Michael Warren in the above-captioned matter.

2. I submit this declaration in opposition to Defendants' Motion to Dismiss for Failure to Comply with the Pretrial Order No. 14.

3. The undersigned served Michael Warren's Plaintiff's Fact Sheet ("PFS") upon Defendants on September 14, 2017.

4. The undersigned contacted Benjamin W. Hulse, Esq. on September 14, 2017.

5. Exhibit 1 is a true and correct copy of e-mail chain between the undersigned and Mr. Hulse, in which the undersigned requested that Defendants withdraw the pending motion to dismiss as moot.

6. Mr. Hulse indicated he was not in a position to evaluate the PFS in order to consent to the request today, and advised that notwithstanding the service of the PFS, even if not deficient, Defendants may continue to request dismissal of the action. *See* Exhibit 1.

7. Despite numerous efforts on at least eight (8) occasions to contact Mr. Warren to inform him of his Plaintiff's Fact Sheet obligations from May 2017 through September 2017, Bernstein Liebhard LLP lost contact with Mr. Warren. The undersigned was successful in reestablishing communication on September 13, 2017 and Mr. Warren promptly completed his PFS for service on September 14, 2017.

Pursuant to 28 U.S.C. § 1746(2), I declare under the penalty of perjury that the foregoing is true and correct.

DATED: September 14, 2017             /s/ Dae Y. Lee
                                       Dae Y. Lee