Exhibit 1

# Dae Yeol Lee

| | |
|---|---|
| **From:** | Dae Yeol Lee |
| **Sent:** | Thursday, September 14, 2017 5:20 PM |
| **To:** | Dae Yeol Lee |
| **Subject:** | FW: Bair Hugger: Motion to dismiss |

**From:** Ben Hulse [mailto:BHulse@blackwellburke.com]
**Sent:** Thursday, September 14, 2017 4:05 PM
**To:** Dae Yeol Lee
**Cc:** Michael Patiuk; Daniel C. Burke
**Subject:** RE: Bair Hugger: Motion to dismiss

Dae, a small amendment to my email below.  The Warren PFS was due on July 2, not April 3.

**From:** Ben Hulse
**Sent:** Thursday, September 14, 2017 3:04 PM
**To:** 'Dae Yeol Lee' <dlee@bernlieb.com>
**Cc:** Michael Patiuk <mpatiuk@blackwellburke.com>; Daniel C. Burke <dburke@bernlieb.com>
**Subject:** RE: Bair Hugger: Motion to dismiss

Dae,

We will need to evaluate the PFS and make a determination about whether to continue to seek dismissal.  We won't be able to make that decision today.  Given that the PFS was due on April 3, and there have been a series of orders from the Court underscoring the seriousness of the PFS deadlines, we may nonetheless request dismissal on the grounds of delay and (to the extent we exist) substantive deficiencies.

Thanks.

-Ben

Benjamin W. Hulse
Blackwell Burke P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN  55415
Direct (612) 343-3256
Fax (612) 343-3205

This message and any attachments may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient or are not authorized to receive for the recipient, you are hereby notified that dissemination, distribution or copying of this message and any attachments is strictly prohibited. If you have received this message in error, please immediately advise the sender by reply e-mail and delete the message and any attachments. Thank you.

**From:** Dae Yeol Lee [mailto:dlee@bernlieb.com]
**Sent:** Thursday, September 14, 2017 1:33 PM
**To:** Ben Hulse <BHulse@blackwellburke.com>
**Cc:** Michael Patiuk <mpatiuk@blackwellburke.com>; Daniel C. Burke <dburke@bernlieb.com>
**Subject:** RE: Bair Hugger: Motion to dismiss

Hi Ben:

1

I apologize for the delay but Michael Warren's PFS was just served.  Would you notify the Court that the PFS deficiency issue is now moot?  Given the response deadline, I would appreciate it if you could provide a response within the hour.

Thanks,

Dae