IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **IN RE: BAIR HUGGER FORCED AIR WARMING DEVICE PRODUCTS LIABILITY LITIGATION** | **MDL No. 15-md-02666 (JNE/FLN)** |

**This Document Relates to:**
**Eric Zivanovich, 0:16-cv-02957-JNE-FLN**

## MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 14

Plaintiff, Eric Zivanovich (hereinafter "Mr. Zivanovich") submits this Memorandum in Opposition to Defendants' Motion to Dismiss.

### FACTS

Counsel filed Mr. Zivanovich's complaint on August 31, 2016. On October 3, 2016, Mr. Zivanovich was sent the PFS for his review and completion. Counsel submitted a partially completed PFS on December 22, 2016. On January 20, 2017, the defendants issued a deficiency on his PFS. After responding to the deficiency, counsel submitted a completed PFS via Elijah on March 27, 2017 **(Exhibit A).** Another deficiency was issued on March 8, 2017 and responded to on March 28, 2017 with the following response **(Exhibit B)**: "A newly completed Plaintiff Fact Sheet has been submitted in Elijah, which will address the deficiencies." On April 24, 2017, the defendant issued another deficiency on the original PFS. Counsel responded in the same manner as before. **(Exhibit C)**.

Since the Court's instructions in June 2017 regarding re-verification requiring the client to sign off on deficiency issues, Mr. Zivanovich signed his re-verification declaration page agreeing to the already submitted information. **(Exhibit D)** The re-verification page was

submitted to the defendants on June 29, 2017. Additionally, on September 15, 2017 via e-mail and overnight federal express we also sent an additional response which directly answered all of the deficiencies, even though we believe that our previous responses to the deficiencies were complete.

**ARGUMENT**

Mr. Zivanovich submitted her PFS, cured her deficiencies and served a re-verification page in a timely manner. Additionally, on September 15, 2017 via e-mail and overnight federal express we also sent an additional response which directly answered all of the deficiencies, even though we believe that our previous responses to the deficiencies were complete. Therefore the Plaintiff respectfully requests this Honorable Court deny the defendants' Motion to Dismiss Mr. Zivanovich's case with prejudice.

Dated:  September 15, 2017

                                      Respectfully submitted,

                                      **LEVIN,PAPANTONIO,THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A.**

                                      /s/ Daniel A. Nigh
                                      Daniel A. Nigh (FL # 030905)
                                      316 S. Baylen Street, Suite 600
                                      Pensacola, FL 32502-5996
                                      Phone:  (850) 435-7000
                                      Email:  dnigh@levinlaw.com
                                      **ATTORNEYS FOR PLAINTIFF**