



| | | | | |
|---|---|---|---|---|
| KIMBERLY LAMBERT ADAMS | TRAVIS P. LEPICIER | MIKE PAPANTONIO | OF COUNSEL: | |
| BRIAN H. BARR | FREDRIC G. LEVIN | CHRISTOPHER G. PAULOS | LAURA S. DUNNING | |
| MICHAEL C. BIXBY | MARTIN H. LEVIN | EMMIE J. PAULOS | (LICENSED ONLY IN ALABAMA) | |
| M. ROBERT BLANCHARD | M. JUSTIN LUSKO | A. RENEE PRESTON | ROBERT M. LOEHR | |
| BRANDON L. BOGLE | ANDREW E. McGRAW | ROBERT E. PRICE | PAGE A. POERSCHKE | |
| WESLEY A. BOWDEN | NEIL E. McWILLIAMS, JR. | MARK J. PROCTOR | (LICENSED ONLY IN ALABAMA) | |
| VIRGINIA M. BUCHANAN | CLAY MITCHELL | TROY A. RAFFERTY | | |
| WILLIAM F. CASH III | R. LARRY MORRIS | MATTHEW D. SCHULTZ | LEFFERTS L. MABIE, JR. (1925-1996) | |
| JEFF GADDY | PETER J. MOUGEY | W. CAMERON STEPHENSON | D.L. MIDDLEBROOKS (1926-1997) | |
| RACHAEL R. GILMER | DANIEL A. NIGH | LEO A. THOMAS | DAVID H. LEVIN (1928-2002) | |
| BEN W. GORDON, JR. | TIMOTHY M. O'BRIEN | BRETT VIGODSKY | STANLEY B. LEVIN (1938-2009) | |

March 24, 2017

**VIA FEDEX**

Benjamin W. Hulse
Blackwell Burke P.A
431 South Seventh Street.
Suite 2500
Minneapolis, MN 55415
bhulse@blackwellburke.com

    Re:    *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
             MDL No. 2666 -- Deficiencies in Plaintiff Fact Sheet for Individual Case
             *Eric Zivanovich v. 3M Company*, Case No.: 0:16-cv-02957-JNE-FLN

Dear Counsel:

    Pursuant to paragraph 6 of PTO 14, please see attached documentation to cure deficiencies for the above captioned case.

                                  Sincerely,

                                  Daniel A. Nigh

DAN/jw
Enclosure

Response to Deficiencies

*Eric Zivanovich v. 3M Company*, Case No.: 0:16-cv-02957-JNE-FLN

**A newly completed Plaintiff Fact Sheet has been submitted in Elijah which will address the deficiencies.**