

**PLAINTIFF'S EXHIBIT D**



**LEVIN • PAPANTONIO**
**THOMAS • MITCHELL**
**RAFFERTY & PROCTOR • P.A.**
PROFESSIONAL CORPORATION    ATTORNEYS AT LAW

| KIMBERLY LAMBERT ADAMS | MARTIN H. LEVIN | A. RENEE PRESTON | |
|---|---|---|---|
| BRIAN H. BARR | STEPHEN A. LUONGO | ROBERT E. PRICE | BEN W. GORDON, JR |
| MICHAEL C. BIXBY | M. JUSTIN LUSKO | MARK J. PROCTOR | ROBERT M. LOEHR |
| M. ROBERT BLANCHARD | ANDREW E. McGRAW | TROY A. RAFFERTY | PAGE A. POERSCHKE |
| BRANDON L. BOGLE | NEIL E. McWILLIAMS, JR. | MATTHEW D. SCHULTZ | (LICENSED ONLY IN ALABAMA) |
| W. TROY BOUK | CLAY MITCHELL | W. CAMERON STEPHENSON | |
| WESLEY A. BOWDEN | PETER J. MOUGEY | LEO A. THOMAS | LEFFERTS L. MABIE, JR. (1925-1996) |
| VIRGINIA M. BUCHANAN | DANIEL A. NIGH | BRETT VIGODSKY | D.L. MIDDLEBROOKS (1926-1997) |
| WILLIAM F. CASH III | TIMOTHY M. O'BRIEN | MALLORY J. MANGOLD | DAVID H. LEVIN (1928-2002) |
| JEFF GADDY | MIKE PAPANTONIO | (LICENSED ONLY IN ALABAMA | STANLEY B. LEVIN (1938-2009) |
| RACHAEL R. GILMER | CHRISTOPHER G. PAULOS | AND MISSISSIPPI) | |
| FREDRIC G. LEVIN | EMMIE J. PAULOS | | |

June 29, 2017

**VIA FEDEX**

Benjamin W. Hulse
Blackwell Burke P.A
431 South Seventh Street.
Suite 2500
Minneapolis, MN 55415
bhulse@blackwellburke.com

    Re:    *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
           MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
           *Eric Zivanovich vs. 3M Company*, Case No.: 0:16-cv-02957

Dear Counsel:

    Pursuant to paragraph 6 of PTO 14, please see the attached reverification page for previously cured deficiencies for the above captioned matter..

Sincerely,

Daniel A. Nigh

DAN/cd

Enclosure

Response to Deficiencies

*Eric Zivanovich vs. 3M Company*,  Case No.: 0:16-cv-02957

**Reverification Page**

Pursuant to cure the defendant's deficiency and abide by Pre Trail Order 14, I declare that the given response(s) are true.

### REVERIFICATION

Eric L. Zivanovich
Print Name

*[signature]*
Signature

6-13-2017
Date