IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: BAIR HUGGER FORCED AIR WARMING DEVICE PRODUCTS LIABILITY LITIGATION | MDL No. 15-md-02666 (JNE/FLN) |

**This Document Relates to:**
Mark Chenoweth, 0:16-cv-02213-JNE-FLN

# MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 14

Plaintiff, Mark Chenoweth (hereinafter "Mr. Chenoweth") submits this Memorandum in Opposition to Defendants' Motion to Dismiss.

## FACTS

Counsel filed Mr. Chenoweth's complaint on June 28, 2016. On October 3, 2016, Mr. Chenoweth was sent the PFS for his review and completion. Counsel submitted a partially completed PFS on December 22, 2016. On January 20, 2017, the defendants' issued a deficiency on his PFS and was responded to on February 8, 2017 with the following response **(Exhibit A):**

"We will forward the information requested once we receive it from the plaintiff."

Another deficiency was issued on March 8, 2017 and responded to on March 28, 2017 with the following response **(Exhibit B):**

"Section II. 16) Plaintiff has kept a journal of his surgical dates.

Section IV. 9) Plaintiff has never smoked" **(Exhibit C).**

A third deficiency was issues on April 17, 2017 and was responded to on May 5, 2017 with the following response **(Exhibit D):**

"Many Past MDLS have not required signatures to correct deficiencies and there is nothing in this MDLS that requires deficiencies to be signed individually by clients. This is inefficient and unnecessary. Therefore, we dispute that corrects to the deficiency responses are required to be individually signed by clients". **(Exhibit E)**

Since the Court's instructions in June 2017 regarding re-verification requiring the client to sign off on deficiency issues, Mr. Chenoweth signed his re-verification declaration page agreeing to the already submitted information. **(Exhibit F)** The re-verification page was submitted via e-mail and overnight federal express to the defendants on September 15, 2017.

## ARGUMENT

Mr. Chenoweth submitted his PFS and cured his deficiency, and submitted a re-verification page in a timely manner. All deficiencies have been fully addressed. Therefore, the plaintiff respectfully requests this Honorable Court deny the defendants' Motion to Dismiss Mr. Chenoweth's case with prejudice.

Dated: September 15, 2017

Respectfully submitted,

**LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A.**

/s/ Daniel A. Nigh
Daniel A. Nigh (FL # 030905)
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
Phone: (850) 435-7000
Email: dnigh@levinlaw.com
**ATTORNEYS FOR PLAINTIFF**