



| | | | |
|---|---|---|---|
| KIMBERLY LAMBERT ADAMS | MARTIN H. LEVIN | A. RENEE PRESTON | |
| BRIAN H. BARR | M. JUSTIN LUSKO | ROBERT E. PRICE | |
| MICHAEL C. BIXBY | ANDREW E. McGRAW | MARK J. PROCTOR | |
| M. ROBERT BLANCHARD | NEIL E. McWILLIAMS, JR. | TROY A. RAFFERTY | ROBERT M. LOEHR |
| BRANDON L. BOGLE | CLAY MITCHELL | MATTHEW D. SCHULTZ | PAGE A. POERSCHKE |
| WESLEY A. BOWDEN | PETER J. MOUGEY | W. CAMERON STEPHENSON | *(LICENSED ONLY IN ALABAMA)* |
| VIRGINIA M. BUCHANAN | DANIEL A. NIGH | LEO A. THOMAS | |
| WILLIAM F. CASH III | TIMOTHY M. O'BRIEN | BRETT VIGODSKY | LEFFERTS L. MABIE, JR. (1925-1996) |
| JEFF GADDY | MIKE PAPANTONIO | MALLORY J. MANGOLD | D.L. MIDDLEBROOKS (1926-1997) |
| RACHAEL R. GILMER | CHRISTOPHER G. PAULOS | *(LICENSED ONLY IN ALABAMA* | DAVID H. LEVIN (1928-2002) |
| FREDRIC G. LEVIN | EMMIE J. PAULOS | *AND MISSISSIPPI)* | STANLEY B. LEVIN (1938-2009) |

February 8, 2017

**VIA EMAIL and U.S MAIL**

Benjamin W. Hulse
Blackwell Burke P.A
431 South Seventh Street.
Suite 2500
Minneapolis, MN 55415
bhulse@blackwellburke.com

    Re:    *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
             MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
             *Mark Chenoweth v 3M Company*, Case No.: 0:16-cv-02213-JNE-FLN

Dear Counsel:

    Pursuant to paragraph 6 of PTO 14, please see the attached documentation to cure deficiencies for the above captioned matter.

                              Sincerely,

                              Daniel A. Nigh

ec/DAN

Enclosure

Response to Deficiencies

Mark Chenoweth v. 3M Company, Case No.: 0:16-cv-02213-JNE-FLN

**Section II.**

16) We will forward the information requested once we receive it from the plaintiff.