

PLAINTIFF'S EXHIBIT C



| | | | |
|---|---|---|---|
| KIMBERLY LAMBERT ADAMS | TRAVIS P. LEPICIER | MIKE PAPANTONIO | LAURA S. DUNNING |
| BRIAN H. BARR | FREDRIC G. LEVIN | CHRISTOPHER G. PAULOS | (LICENSED ONLY IN ALABAMA) |
| MICHAEL C. BIXBY | MARTIN H. LEVIN | EMMIE J. PAULOS | ROBERT M. LOEHR |
| M. ROBERT BLANCHARD | M. JUSTIN LUSKO | A. RENEE PRESTON | PAGE A. POERSCHKE |
| BRANDON L. BOGLE | ANDREW E. McGRAW | ROBERT E. PRICE | (LICENSED ONLY IN ALABAMA) |
| WESLEY A. BOWDEN | NEIL E. McWILLIAMS, JR. | MARK J. PROCTOR | |
| VIRGINIA M. BUCHANAN | CLAY MITCHELL | TROY A. RAFFERTY | LEFFERTS L. MABIE, JR. (1925-1996) |
| WILLIAM F. CASH III | R. LARRY MORRIS | MATTHEW D. SCHULTZ | D.L. MIDDLEBROOKS (1926-1997) |
| JEFF GADDY | PETER J. MOUGEY | W. CAMERON STEPHENSON | DAVID H. LEVIN (1928-2002) |
| RACHAEL R. GILMER | DANIEL A. NIGH | LEO A. THOMAS | STANLEY B. LEVIN (1938-2009) |
| BEN W. GORDON, JR. | TIMOTHY M. O'BRIEN | BRETT VIGODSKY | |

**LEVIN • PAPANTONIO**
**THOMAS • MITCHELL**
**RAFFERTY & PROCTOR • P.A.**
PROFESSIONAL CORPORATION   ATTORNEYS AT LAW

March 24, 2017

**VIA FEDEX**

Benjamin W. Hulse
Blackwell Burke P.A
431 South Seventh Street.
Suite 2500
Minneapolis, MN 55415
bhulse@blackwellburke.com

Re: *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
*Mark Chenoweth v. 3M Company*, Case No.: 0:16-cv-02213-JNE-FLN

Dear Counsel:

Pursuant to paragraph 6 of PTO 14, please see attached documentation to cure deficiencies for the above captioned case.

Sincerely,

Daniel A. Nigh

DAN/jw
Enclosure

Response to Deficiencies

*Mark Chenoweth v. 3M Company*, Case No.: 0:16-cv-02213-JNE-FLN

**Section II.**

    16) Plaintiff has kept a journal of his surgical dates.

**Section IV.**

    9) Plaintiff has never smoked.