


| | | | |
|---|---|---|---|
| KIMBERLY LAMBERT ADAMS | MARTIN H. LEVIN | A. RENEE PRESTON | |
| BRIAN H. BARR | STEPHEN A. LUONGO | ROBERT E. PRICE | |
| MICHAEL C. BIXBY | M. JUSTIN LUSKO | MARK J. PROCTOR | |
| M. ROBERT BLANCHARD | ANDREW E. McGRAW | TROY A. RAFFERTY | |
| BRANDON L. BOGLE | NEIL E. McWILLIAMS, JR. | MATTHEW D. SCHULTZ | ROBERT M. LOEHR |
| W. TROY BOUK | CLAY MITCHELL | W. CAMERON STEPHENSON | PAGE A. POERSCHKE |
| WESLEY A. BOWDEN | PETER J. MOUGEY | LEO A. THOMAS | *(LICENSED ONLY IN ALABAMA)* |
| VIRGINIA M. BUCHANAN | DANIEL A. NIGH | BRETT VIGODSKY | |
| WILLIAM F. CASH III | TIMOTHY M. O'BRIEN | | LEFFERTS L. MABIE, JR. (1925-1996) |
| JEFF GADDY | MIKE PAPANTONIO | MALLORY J. MANGOLD | D.L. MIDDLEBROOKS (1926-1997) |
| RACHAEL R. GILMER | CHRISTOPHER G. PAULOS | *(LICENSED ONLY IN ALABAMA AND MISSISSIPPI)* | DAVID H. LEVIN (1928-2002) |
| FREDRIC G. LEVIN | EMMIE J. PAULOS | | STANLEY B. LEVIN (1938-2009) |

May 5, 2017

**VIA FEDEX**

Benjamin W. Hulse
Blackwell Burke P.A
431 South Seventh Street.
Suite 2500
Minneapolis, MN 55415
bhulse@blackwellburke.com

    Re:    *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
            MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
            *Mark Chenoweth* Case No.: 0:16-cv-02213-JNE-FLN

Dear Counsel:

    Pursuant to paragraph 6 of PTO 14, please see attached documentation to cure deficiencies for the above captioned case.

                                    Sincerely,

                                    Daniel A. Nigh

DAN/ec
Enclosure

OFFICE: 316 S. BAYLEN STREET • SUITE 600 • PENSACOLA, FL 32502
CORRESPONDENCE: P.O. BOX 12308 • PENSACOLA, FL 32591    CONTACT: (850) 435-7000 • (850) 435-7020 FAX • WWW.LEVINLAW.COM

Response to Deficiencies

*Mark Chenoweth v. 3M Company*, Case No.: 0:16-cv-02213-JNE-FLN

Many past MDLs have not required signatures to correct deficiencies and there is nothing in this MDLS that requires deficiencies to be signed individually by clients. This is inefficient and unnecessary. Therefore, we dispute that corrections to the deficiency responses are required to be individually signed by clients.