


PLAINTIFF'S EXHIBIT F

| KIMBERLY LAMBERT ADAMS | STEPHEN A. LUONGO | MARK J. PROCTOR | |
|---|---|---|---|
| BRIAN H. BARR | M. JUSTIN LUSKO | TROY A. RAFFERTY | |
| MICHAEL C. BIXBY | ANDREW E. McGRAW | MATTHEW D. SCHULTZ | |
| M. ROBERT BLANCHARD | NEIL E. McWILLIAMS, JR. | W. CAMERON STEPHENSON | |
| BRANDON L. BOGLE | CLAY MITCHELL | LEO A. THOMAS | PAGE A. POERSCHKE |
| W. TROY BOUK | PETER J. MOUGEY | BRETT VIGODSKY | (LICENSED ONLY IN ALABAMA) |
| WESLEY A. BOWDEN | DANIEL A. NIGH |  | |
| VIRGINIA M. BUCHANAN | TIMOTHY M. O'BRIEN | MALLORY J. MANGOLD | LEFFERTS L. MABIE, JR. (1925-1996) |
| WILLIAM F. CASH III | MIKE PAPANTONIO | (LICENSED ONLY IN ALABAMA AND MISSISSIPPI) | D.L. MIDDLEBROOKS (1926-1997) |
| JEFF GADDY | CHRISTOPHER G. PAULOS |  | DAVID H. LEVIN (1928-2002) |
| RACHAEL R. GILMER | EMMIE J. PAULOS | OF COUNSEL: | STANLEY B. LEVIN (1938-2009) |
| FREDRIC G. LEVIN | A. RENEE PRESTON | LAURA S. DUNNING | |
| MARTIN H. LEVIN | ROBERT E. PRICE | (LICENSED ONLY IN ALABAMA) | |

September 15, 2017

**VIA FEDEX**

Benjamin W. Hulse
Blackwell Burke P.A
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415
bhulse@blackwellburke.com

    Re:    *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
             MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
             *Chenoweth vs. 3M Company*, Case No. 0:16-cv-02213-JNE-FLN

Dear Counsel:

    Pursuant to paragraph 6 of PTO 14, please see attached documentation to cure deficiencies for the above captioned case.

Sincerely,

Daniel A. Nigh

DAN/ec
Enclosure

Response to Deficiencies

*Mark Chenoweth v. 3M Company*, Case No.: 0:16-cv-02213-JNE-FLN

**Reverification Page**

Pursuant to cure the defendant's deficiency and abide by Pre Trail Order 14, I declare that the given response(s) are true.

## REVERIFICATION

MARK CheNOWeTH
Print Name

*[signature]*
Signature

6-21-2017
Date