IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **IN RE: BAIR HUGGER FORCED AIR WARMING DEVICE PRODUCTS LIABILITY LITIGATION** | **MDL No. 15-md-02666 (JNE/FLN)** |

**This Document Relates to:**
**Mark Chenoweth - 0:16-cv-02213-JNE-FLN**

_____

### L.R. 7.1( C) WORD COUNT COMPLIANCE CERTIFICATE REGARDING PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 14

This response complies with the word limitation of LR 7.1(f) and LR 7.1(h) because this response contains 190 words, including all text, headings, footnotes, and quotations, save those parts exempted pursuant to LR 7.1(f)(1)( C). This response was prepared with Microsoft Word Office 2013.

This response complies with the type size requirements of LR 7.1(h) because this response has been prepared using 13 point font, is double spaced save the headings, footnotes and quotations exceeding two lines, and is submitted on 81/2" x 11" paper with one inch margins on all sides.

Dated: September 15, 2017

    Respectfully submitted,

    **LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A.**

    /s/ Daniel A. Nigh_____
    Daniel A. Nigh (FL # 030905)
    316 S. Baylen Street, Suite 600
    Pensacola, FL 32502-5996
    Phone: (850) 435-7000
    Email: dnigh@levinlaw.com
    **ATTORNEYS FOR PLAINTIFF**