IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

IN RE: BAIR HUGGER FORCED AIR WARMING DEVICE PRODUCTS LIABILITY LITIGATION

MDL No. 15-md-02666 (JNE/FLN)

**This Document Relates to:**
**Jasmine Stewart, 0:16-cv-00821-JNE-FLN**

---

## MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 14

Plaintiff, Jasmine Stewart (hereinafter "Ms. Stewart") submits this Memorandum in Opposition to Defendants' Motion to Dismiss.

## FACTS

Counsel filed Ms. Stewart's complaint on March 30, 2016. On October 3, 2016, Ms. Stewart was sent the PFS for her review and completion. Counsel submitted a partially completed PFS on December 22, 2016. On January 20, 2017, the defendants issued a deficiency on her PFS. After responding to the deficiency, counsel submitted a completed PFS via Elijah on March 27, 2017 **(Exhibit A).** Another deficiency was issued on March 8, 2017 and responded to on March 28, 2017 with the following response **(Exhibit B)**: "A newly completed Plaintiff Fact Sheet has been submitted in Elijah which will address the deficiencies" On April 24, 2017, the defendant issued another deficiency on the original PFS. Counsel responded in the same manner as before. **(Exhibit C).**

Since the Court's instructions in June 2017 regarding re-verification requiring the client to sign off on deficiency issues, Ms. Stewart signed her re-verification declaration page agreeing to the already submitted information. **(Exhibit D)** The re-verification page was submitted to the

defendants on July 6, 2017. Additionally, on September 15, 2017 via e-mail and overnight federal express we also sent an additional response which directly answered all of the deficiencies, even though we believe that our previous responses to the deficiencies were complete.

**ARGUMENT**

Ms. Stewart submitted her PFS, cured her deficiencies and served a re-verification page in a timely manner. Additionally, on September 15, 2017 via e-mail and overnight federal express we also sent an additional response which directly answered all of the deficiencies, even though we believe that our previous responses to the deficiencies were complete. Therefore, the Plaintiff respectfully requests this Honorable Court deny the defendants' Motion to Dismiss Ms. Stewart's case with prejudice.

Dated: September 15, 2017

                                    Respectfully submitted,

                                    **LEVIN, PAPANTONIO, THOMAS,**
                                    **MITCHELL, RAFFERTY & PROCTOR,**
                                    **P.A.**

                                    /s/ Daniel A. Nigh
                                    Daniel A. Nigh (FL # 030905)
                                    316 S. Baylen Street, Suite 600
                                    Pensacola, FL 32502-5996
                                    Phone: (850) 435-7000
                                    Email: dnigh@levinlaw.com
                                    **ATTORNEYS FOR PLAINTIFF**