# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

IN RE: Bair Hugger Forced Air Warming Devices
Products Liability Litigation

**COURT MINUTES**
BEFORE: Franklin L. Noel
U.S. Magistrate Judge, Courtroom 9W

| | |
|---|---|
| MDL No.: | 15-2666 (JNE/FLN) |
| Date: | September 18, 2017 |
| Court Reporter: | Maria Weinbeck |
| Time Commenced: | 9:33 a.m. |
| Time Concluded: | 10:03 a.m. |
| Time in Court: | 30 minutes |

APPEARANCES:

| | |
|---|---|
| For Plaintiffs: | Genevieve Zimmerman |
| For Defendants: | Bridget Ahmann and Deborah Lewis |
| For the United States: | David Fuller |

**Defendants' motion to compel [#701], and the United States' motion to quash [#724] were taken under advisement at the hearing.**

☒ ORDER TO BE ISSUED    ☐ NO ORDER TO BE ISSUED    ☐ R&R TO BE ISSUED    ☒ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court    ☐ Exhibits returned to counsel

The parties are instructed to meet and confer and notify the Court by the end of the business day, **September 21, 2017**, if a resolution to the instant motion has been reached.

                                                                               s/CJP
                                        Signature of Law Clerk