

Benjamin W. Hulse
Direct Dial:  612-343-3256
E-Mail:  bhulse@blackwellburke.com

September 20, 2017

**VIA ECF**

The Honorable Joan N. Ericksen
District Judge, District of Minnesota
United States District Court
12W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN  55415

RE:     *In re Bair Hugger,* MDL No. 15-2666-JNE-FLN

Dear Judge Ericksen:

My letter filed earlier this afternoon concerning Defendants' Motion to Dismiss for Failure to Comply with Pretrial Order No. 14 should also have stated that Zenner (16-1774, inadvertently listed on my previous letter as case 17-1774) has now been dismissed with prejudice by stipulation.  No further action is requested from the Court on that case.

Sincerely,

/s/ Benjamin W. Hulse

Benjamin W. Hulse

BWH:ck