UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br>All Actions | MDL No. 15-2666 (JNE/FLN)<br><br>**ORDER** |

      The Court held a regularly scheduled status conference this morning in this Multidistrict Litigation. At the conference, the parties discussed Defendants' proposal to rearrange the order of the bellwether trials such that *Skaar, et al. v. 3M Co., et al.*, Case No. 16cv2969, would directly precede *Walker v. 3M Co., et al.*, Ramsey Cty. Case No. 62-cv-16-1257, rather than follow it. Plaintiffs agreed to this proposed rearrangement. The Court therefore now ORDERS that bellwether-case-specific fact discovery as to *Skaar* may commence immediately. This Order accordingly modifies the Fifth Amended Scheduling Order. A more comprehensive amended scheduling order will issue after the parties have submitted proposed deadlines relating to *Skaar* and *Walker*.

      IT IS SO ORDERED.

Dated: September 21, 2017                               s/ Joan N. Ericksen
                                                                                 JOAN N. ERICKSEN
                                                                                 United States District Judge