# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

|  |  |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Devices Product Liability Litigation | **COURT MINUTES** <br> BEFORE: Joan N. Ericksen <br> U.S. District Judge <br><br> Case No:  0:15-md-02666-JNE-FLN <br> Date:  09/21/17 <br> Deputy:  Catherine B. Cusack <br> Court Reporter:  Maria V. Weinbeck <br> Courthouse:  Minneapolis <br> Courtroom:  12W <br> Time in Court:  9:06 AM - 10:23 AM <br> Time in Chambers:  10:35 AM - 11:20 AM <br> Time in Court:  2 Hours & 02 Minutes |

# STATUS CONFERENCE

APPEARANCES:

  Plaintiff:  Genevieve M. Zimmerman, *Meshbesher & Spence;* Jan M. Conlin, *Ciresi Conlin LLP*; Gabriel A. Assaad, *Kennedy Hodges, LLP*; David Szerlag, *Pritzker Hageman, P.A.*

  Defendant:  Jerry W. Blackwell, Deborah E. Lewis, Corey L. Gordon, Mary S. Young, Benjamin W. Hulse, *Blackwell Burke, P.A.,* and
  Bridget M. Ahmann, *Faegre Baker Daniels LLP*

Please see attached list of telephone participants.

PROCEEDINGS:

  ☒ Status Conference held.
  ☒ Appearances made on the record.
  ☒ The Court GRANTED Defendants' Motion to Dismiss for Failure to Comply with Pretrial Order No. 14 [Dkt. No. 715] as to the following cases:

  *Kauanui v. 3M Co. et al.*, 16cv4290
  *Lee v. 3M Co. et al.*, 17cv971
  *Redford v. 3M Co.*, 16cv2055
  *Saldana v. 3M Co. et al.*, 17cv977

*Debbie Warren v. 3M Co. et al.*, 17cv435
*Van Wart et al. v. 3M Co.*, 16cv625
*West v. 3M Co. et al.*, 17cv984

The Motion to Dismiss was DENIED WITHOUT PREJUDICE as to *King v. 3M Co. et al.*, 16cv2428. Consistent with the parties' agreement (*see* Dkt. No. 853), Plaintiff Walter H. King, Jr., was granted a 90-day extension to submit a fully cured Plaintiff Fact Sheet.

The Motion to Dismiss was DENIED AS MOOT as to the following cases:

*Chavers v. 3M Co.*, 16cv514
*Chenoweth v. 3M Co.*, 16cv2213
*Johnson v. 3M Co. et al.*, 16cv4288
*Moses v. 3M Co. et al.*, 16cv3062
*Stewart v. 3M Co.*, 16cv821
*Michael Warren v. 3M Co. et al.*, 17cv1027
*Zivanovich v. 3M Co.*, 16cv2957
*Garger et al. v. 3M Co. et al.*, 17cv767
*White et al. v. 3M Co. et al.*, 17cv829
*Zenner v. 3M Co.*, 16cv1774

☒ Written order forthcoming.

☒ October 19, 2017, Status Conference is CANCELLED.