| NAME | FIRM NAME | PARTICIPATING IN CONFERENCE CALL 9/21/2017 |
|---|---|---|
| Anne Andrews | Andrew & Thornton | x |
| John C. Thornton | Andrew & Thornton | x |
| Lauren Davis | Andrew & Thornton | x |
| Noelle Collins | Bachus & Schanker, LLC | x |
| J. Christopher Elliott | Bachus & Schanker, LLC | x |
| Justin Jenson | Bailey Peavy Bailey Cowan Heckaman, PLLC | x |
| Megan Robinson | Beasley, Allen, Crow, Methvin, Portis & Miles, PC | x |
| Carrie Brous | Brous Law | x |
| Abby Cordray | Brown & Crouppen, PC | x |
| Don Ledgard | Capretz & Associates | x |
| Martin D. Crump | Davis & Crump | x |
| Robert Cain | Davis & Crump | x |
| Wes Stevenson | Davis & Crump | x |
| Wayne Rogers, Jr. | DeGaris Law Group, LLC | x |
| Kevin Fitzgerald | Fitzgerald Law Group, LLC | x |
| Leola Anderson | Gertler Law Firm | x |
| Scott Thompson | Gingras, Cates & Luebke | x |
| Emily DeVuono | Grossman & Moore, PLLC | x |
| Jennifer Moore | Grossman & Moore, PLLC | x |
| Lynne Reed | Hare Wynn Newell & Newton | x |
| Peggy Little | Hare Wynn Newell & Newton | x |
| Scott Hollis | Hollis Legal Solutions, PPLC | x |
| Shirley Strom-Blanchard | Houssier, Durant & Houssier, LLP | x |
| Rolf T. Fiebiger | Johnson Becker, PLLC | x |
| Leslie O'Leary | Johnson Johnson & Schaller PC | x |
| Paula Bliss | Kelley Bernhaim Dolinsky | x |
| Christina Shuman | Kelley Bernhaim Dolinsky | x |
| David W. Hodges | Kennedy Hodges LLP | x |
| Brett Emison | Langdon & Emison | x |
| Rachel Ahmann (Assistant) | Langdon & Emison | x |
| Larry D. Helvey | Larry Helvey Law Firm | x |
| Thomas Keilty, III | Law Office of Peter G. Angelos, PC | x |
| Daniel A. Nigh | Levin Papantonio, PA | x |
| Pete Lewis | Lewis & Caplan | x |
| Sarah Delahoussaye Call | Lewis & Caplan | x |
| Amy C. Webster | Lewis & Caplan | x |
| Rosa S. Trembour | Lockridge Grindal Nauen, PLLP | x |
| Brian U. Loncar | Loncar & Associates | x |
| John L. Coveney | Loncar & Associates | x |
| Melissa Marie Heinlein | Lord & Associates Law Office | x |
| Priscilla Lord | Lord & Associates Law Office | x |
| Melissa Schmid | McEwen Law Firm LTD | x |
| Holly Sternquist | Meshbesher & Spence, LTD | x |
| Bryan A. Pfleeger | Michael Hingle & Associates | x |
| Julie M. Jochum | Michael Hingle & Associates | x |
| Heather Cullen | Morgan & Morgan Complex Litigation Group | x |
| Joseph T. Waechter | Morgan & Morgan Complex Litigation Group | x |
| Michael Goetz | Morgan & Morgan Complex Litigation Group | x |
| Caroline W. Thomas | Murray Law Firm | x |
| Brain S. Franciskato | Nash & Franciskato Law Firm | x |
| Neal R. Elliott, Jr | Neal R. Elliott | x |
| Michael S. Werner | Parker Waichman, LLP | x |

| | | |
|---|---|---|
| Nicole Eisner | Parker Waichman, LLP | x |
| Brian E. Tadtman | Peterson & Associates, P.C. | x |
| Nicholas S. Clevenger | Peterson & Associates, P.C. | x |
| Wendy Thayer | Pritzker Hageman, PA | x |
| Jeffery L. Raizner | Raizner Slania LLP | x |
| Rica Rinosa | Raizner Slania LLP | x |
| Carrie Hancock | Randall J. Trost, P.C. | x |
| Pam Rodriguez | Randall J. Trost, P.C. | x |
| Randall T Trost | Randall J. Trost, P.C. | x |
| Missi Cruz | Richardson, Patrick, Westbrook & Brickman, LLC | x |
| Deborah Bueno | Reiders Travis Humphrey Waters & Dohrmann | x |
| Randi A. Kassan | Sanders Phillips Grossman | x |
| Scott Haider | Schneider, Schneider & Schneider | x |
| Travis R. Walker | The Law Office of Travis R. Walker, PA | x |
| Julie Treacy | The Law Office of Travis R. Walker, PA | x |
| Alfred Olinde, Jr | The Olinde Firm, LLC | x |
| Wesley G. Barr | The Olinde Firm, LLC | x |
| Austin Grinder | The Ruth Team | x |
| Steven C. Ruth | The Ruth Team | x |
| Chelsie Garza | The Webster Law Firm | x |
| Vera G. Marino | Vera Gretchyn Marino | x |
| Mordecai Boone | Dentons | x |