# EXHIBIT 2

CURRICULUM VITAE

# Yadin B. David

Ed.D., P.E., C.C.E., F.A.I.M.B.E., F.A.C.C.E.
Biomedical Engineering Consultants L.L.C.
1111 Hermann Drive, Suite 12B
Houston, Texas 77004

Voice: (713) 522-6666  Fax: (713) 522-6686
E-mail: david@BiomedEng.com    URL: www.BiomedEng.com

December 31, 2012

## PERSONAL DATA:

| | |
|---|---|
| Date of Birth: | November 25, 1945 |
| Place of Birth: | Haifa, Israel |
| Marital Status: | Married, Two Children |
| Citizenship: | U.S.A. |

## UNDERGRADUATE EDUCATION:

| | |
|---|---|
| 1969-1972 | "Technion" - Israel Institute of Technology Associate in Science Major: Electrical Engineering |
| 1972-1974 | West Virginia University, Morgantown, W. Virginia, B.Sc. Electrical Engineering |

## GRADUATE EDUCATION:

| | |
|---|---|
| 1974-1975 | West Virginia University - M.Sc. Electrical Engineering - Major in Biomedical Sciences |
| 1979-1983 | School of Graduate Studies at West Virginia University - Inter-Disciplinary Doctorate Program - Doctorate Education Psychology |

Curriculum Vitae                             2                          Yadin David

**CERTIFICATION AND REGISTRATION:**

2004 -          Certified in Clinical Engineering – Healthcare Technology Commission –
                Certificate No. 118.

1999 -          Fellow of the American Board of Forensic Engineering and Technology, The
                American College of Forensic Examiners Institute - ID No. 17785.

1994 -          Advisor – Department of Health & Human Services - Food and Drug
                Administration (FDA).

1989 -          Certified Clinical Engineer (C.C.E.) – The International Certification Commission
                (ICC) – Certificate No. 400.

1985 -          Registered Professional Engineer in Biomedical Engineering, (P.E.), State of
                Texas Registration – Certificate No. 91626.

1981 - 2008     International Health Care Safety Professional (C.H.S.P.), Board Executive Level.
                - Certificate No. 263.


**PROFESSIONAL EXPERIENCE**:

2008- Present   Principal, Biomedical Engineering Consultants, L.L.C., Houston, Texas.

2012- Present   Patient Safety Organization (PSO) - National Medical Safety Board (NMSB).

2011- Present   Editorial Board Member, Journal on Health and Technology, Springer, New York,
                NY, USA

2008- Present   Editorial Board advisor, Biomedical Safety & Standards, Philadelphia,
                Pennsylvania.

2009-Present    Interim CEO, Canopy Edge, Inc., Houston, Texas.

2009-Present    Chairman, Clinical Engineering Division, International Federation of Medical and
                Biological Engineering (IFMBE).

2008-Present    Adj. Asst. Professor, University of Texas, School of Public Health, Houston,
                Texas.

2006-Present    Member, Clinical Engineering Board, International Federation of Medical and
                Biological Engineering.

2002-Present    Senior Biomedical Research Service Credentials Reviewer, Food and Drug
                Administration, Rockville, Maryland.

2003-Present    Adj. Professor, Biomedical Engineering Program, Health Sciences Division,
                Technologico De Monterrey School of Biotechnology and Health, Mexico.

Curriculum Vitae                              3                        Yadin David

**PROFESSIONAL EXPERIENCE (CONT.):**

| | |
|---|---|
| 1993-Present | Advisor, World Health Organization (WHO/PAHO) – Healthcare Infrastructure and Technology, Washington, DC. |
| 1993-Present | Consultant, General Hospital and Personal Use Devices Panel, Center for Devices and Radiological Health, Food and Drug Administration (FDA), Department of Health & Human Services, Rockville, Maryland. |
| 1987-2010 | Adj. Assistant Professor, Department of Pediatrics, Baylor College of Medicine, Houston, Texas. |
| 1987-2008 | Director, Biomedical Engineering Department, Texas Children's Hospital, Houston, Texas. |
| 1976-2008 | Advisor, Biomedical Engineering Consultant, Houston, Texas. |
| 2004-2007 | Member, Advisory Board Mobile Aspects Corporation, Pittsburgh, Pennsylvania. |
| 2004-2006 | Judge, Medical Design Excellence Awards, Canon Communications, www.MDEAwards.com. |
| 1998-2005 | Advisor, ORBIS' International Program Advisory Council (IPAC). |
| 1996-2005 | President, Center for Telemedicine Law (CTL), Washington, D.C. |
| 1987-2004 | Director, Biomedical Engineering Department, Texas Children's Hospital, St. Luke's Episcopal Hospital and Texas Heart Institute, Houston, Texas. |
| 1998-2001 | Director, Center for TeleHealth, Texas Children's International, Houston, Texas. |
| 1994 | Consultant, Department of Health & Human Services, Food and Drug Administration (FDA), Neurological Devices, Washington, D.C. |
| 1991-2000 | Advisor, NASA Technology Applications Team, Biomedical Advisory Group, Houston, Texas. |
| 1984-1999 | Adj. Associate Professor, University of Texas Health Sciences Center at Houston, Department of Anesthesiology, Houston, Texas. |
| 1998 | Advisor, Orthopedics and Rehabilitation Devices Advisory Panel, Food and Drug Administration (FDA), Rockville, Maryland. |
| 1984-1986 | Lecturer, Baylor College of Medicine, Department of Community Medicine, Houston, Texas. |
| 1982-1987 | Director, Biomedical Instrumentation Department, St. Luke's Episcopal Hospital/Texas Children's Hospital/Texas Heart Institute, Houston, Texas. |

Curriculum Vitae                                    4                                    Yadin David

## PROFESSIONAL EXPERIENCE (CONT.):

1979-1982       Research Assistant Professor, Department of Anesthesiology, West Virginia University School of Medicine, Morgantown, West. Virginia.

1976-1982       Director, Biomedical Engineering Section, West Virginia University Hospital, Morgantown, West Virginia.

1976-1979       Research Instructor, Department of Anesthesia, West Virginia University Hospital, Morgantown, West Virginia.

1975-1976       Design Engineer, Rockwell International, Collins Radio Division, Cedar Rapids, Iowa.

1974-1975       Research Assistant (Part Time), W.V.U. Department of Physiology and Biophysics (American Heart Association Grant).

1974-1975       Fulfilled the M.Sc. Degree requirements - Research Project Investigation of New Pacemaker Electrode Design with Dr. T. J. Tarnay, M.D.  Division of Thoracic Surgery - W.V.U. School of Medicine.

1974-1975       Instructor, Electrical Engineering Department, W. Virginia University College of Engineering.

1973-1974       Orderly, Operating Room, West Virginia University (W.V.U.), Medical Center, Morgantown, West Virginia.

1969-1972       Senior Electrical Technician, Advanced Systems, Design, Testing and Simulation, "Armament Authority Development," Israel.

## HONORS AND AWARDS:

1993- present   IEEE/EMBS Distinguished Lecturers.
2011 -          American College of Clinical Engineering (ACCE) – Life Time Achievement Award
2011- present   Designated Ambassador – IEEE Public visibility program
2009- 2011      Designated Technical expert – IEEE Public visibility program
2008 -          American College of Clinical Engineering (ACCE) / Association for the Advancement of Medical Instrumentation (AAMI) - Robert L. Morris International Humanitarian Award – Recipient.
2008 -          Health Data Management, the Nursing Information Technology Innovation Award, Honorable Mention
2007 -          ECRI Institute Health Technology Management Award
2007 -          Medical systems integration Award, HIMSS Industry affiliated
2006 –          Texas Children's Hospital, Patient Safety Award from CEO/Mark Wallace
2006 -          ECRI Institute Achievement Award – Customer Service program.
2004 -          The Institute of Electrical and Electronics Engineers (IEEE), Senior Member.
2003 -          Tec De Monterrey, School of Medicine, Mexico – Visiting Professor.
2002 -          Chinese PLA Postgraduate Medical School - Visiting Professor.

Curriculum Vitae                                5                              Yadin David

| 2001 - | Food and Drug Administration (FDA), Commissioner's Special Citation – Recognition Recipient. |
| 2000 - | American Board of Forensic Engineering and Technology - Diplomat. |
| 1999 - | American College of Clinical Engineering - Awarded Fellow status. |
| 1992 - | The American Institute of Medical and Biological Engineering (AIMBE) - Inducted Founding Fellow. |
| 1975 - | Kirkland Scholarship - Recipient. |
| 1974 - | Eta Kappa Nu Association - National Honorary of Electrical Engineering. |
| 1973 - | West Virginia University, Engineering Dean's Honor List. |

## PROFESSIONAL SOCIETIES AND COMMITTEE MEMBERSHIPS:

Healthcare Technology Foundation (AHTF) www.acce-htf.org,
- President Emeritus – (2008-Present)
- Immediate Past President – (2006-2007)
- Founder, President – (2002-2006)

Biomedical Advisory Committee (BAC) – Chairman, (2003-Present)

National Fire Protection Association - (N.F.P.A.) - Technical Committee on:
- Health Care Facilities (NFPA-99) sections on:
    - Medical Gas Delivery Systems - Chairman (2002- 2008)
    - The Safe Use of Electrical Equipment (2) Medical Gases (1977 - 2010).
- Laser Safety Committee (NFPA-115) - Chairman - (1998-2008).

Association for the Advancement of Medical Instrumentation - (A.A.M.I.)
- Application of Quality Systems to Medical Device Data Systems Working Group (MDDS/QS) - Co- Chairman (2011-Present)
- Uniformed Terminology and Taxonomy Initiative - Chairman (2008-Present)
- Electro Magnetic Compatibility (EMC) Committee (1998-Present).
- Electrical Safety Committee (1995-Present).
- Education Committee (1985).

National Forensic Center Distinguished Expert (1987-Present).

American College of Clinical Engineering (ACCE)
- Healthcare Technology Foundation - President (2002-2006)
- Bylaws Review Committee - Chairman (2001)
- Elected Fellow (1999)
- Vision 2000 Task Force (1996)
- Nominations Committee Chairman (1993)
- Charter member (1990-Present)
- President (1990)

Biomedical Engineering Advisory Council - Texas A&M University,
     Charter Member, (1998-2008).

Journal of Medical Engineering and Physics - Elsevier Science -
     Editorial Review Board (1995-2008).

Curriculum Vitae                          6                          Yadin David

**PROFESSIONAL SOCIETIES AND COMMITTEE MEMBERSHIPS (CONT.):**

National Recall Alert Center – Charter Member (1991-2008).

National Society of Professional Engineers (N.S.P.E.) - Member (1985-2006).

Center for Telemedicine Law (CTL) - Charter member, President (1996-2004).

Engineering in Medicine and Biology Society - (E.M.B.S.):
- Annual International Conference - Technical Program Committee (2002-2009).
- Technical Committee on Clinical Engineering - Chairman (1982-86, 1990-94, 2002-06).
- Co - Chairman of the Pittsburgh Section (1982 - 1983).

American Institute of Biological Sciences (AIBS) and the United States Army Research and Material Command (USAMRMC), Peer Review Panel on the "Defense Women's Health (DWH) Research Programs," Baltimore, Maryland, - Scientific Grant Reviewer (1999).

American Society for Healthcare Engineering (ASHE)
- TeleHealth Committee (1996-2000).
- Clinical Engineering and Technology Management Committee (1993-1997).

United States - Israel Science and Technology Commission, BiNational Committee (1996-2000).

Association of Field Service Managers International - (A.F.S.M.) (1995-2001).

Texas State Technical Institute - Biomedical Technology Program Adviser (1994).

American Heart Association-Texas Affiliate-Research Allocations and Advisory Committee-Grant Application Reviewer (1993-1996).

The Institute of Electrical and Electronics Engineers (IEEE):
- Technology policy Committee, I.E.E.E./TAB, Washington, DC (1993-1995).
   - Technical Committee - NFPA 99 - Health Care Facilities.
   - Standards Coordinating Committee Panel #18.
- Accreditation Board for Engineering Technology (ABET) (1988-1995).
   - Delegate (1990-1995).
   - Electrical/electronics, Biomedical and Instrumentation Engineering Technology
      - Program Evaluator (1988-1995).
- Health Care Engineering Policy Committee (HCEPC) (1986-1995).
   - Chairman (1993-1995).
- National Fire Protection Association - Delegate (1977-1995).

American Institute of Medical and Biological Engineering (AIMBE) - Founding Fellow (1992).

University of Houston, College of Architecture  - The Health Environment Institute Advisory Board (1988-1995).

**PROFESSIONAL SOCIETIES AND COMMITTEE MEMBERSHIPS (CONT.):**

Joint Commission on Accreditation of Healthcare Organization (JCAHO)
    - The Committee on Health Care Safety (1987-1993).

Society of Critical Care Medicine (S.C.C.M.) (1986-1997).

International Certification Commission for Clinical Engineering and Biomedical Technology
    (1986-1990).

Alliance for Engineering in Medicine and Biology, (A.E.M.B.)
    - Education Committee Chairman (1986).
    - Project Advisory Committee - Chairman (1984-1985).

American Society for Testing and Materials - (A.S.T.M.)
    - Anesthetic & Respiratory Equipment F-29 - Committee Member (1983-1995).

Houston Community College (H.C.C.) - Program Advisor Electronics Technology (1982-1993).

West Virginia University (College of Engineering and School of Medicine)
    - The Bioengineering Graduate Program Committee - Member (1981-1982).

**INSTITUTIONAL COMMITTEES**

Chairman:
    Facility and Equipment Safety Subcommittee (2000-2008, 1992-98).
    Medical Technology Evaluation Committee (1989-2008).
    Equipment and Facilities Committee (1998).
    Television and Audiovisual Committee (1987-1995).
    Advisory Committee for the Administrative and Management Forum (1986-1987).

Co-Chairman
    Cardiac Care Unit Monitoring Equipment Committee (1987-1988).

Member:
    Equipment and Facilities Committee (1999-2008).
    Hospital Information Systems Advisory Committee (1997- 2008, 1988-1990).
    Capital Budget Committee (1991-2008).
    Cardiopulmonary Resuscitation Committee (1991-2004).
    Product Standardization and Utilization Committee (1990-2008).
    Safety Committee (1982-2008).
    Personnel Practices Policy Committee (1990).
    Quality Assurance Committee (1989-1995).
    Cardiac Catheterization Laboratory Construction Committee (1985-1989).
    Laser Committee (1981-2004).
    Risk Management Committee (1986-1989).

Curriculum Vitae                        8                        Yadin David

**PUBLICATIONS AND PRESENTATIONS:**

R. Calderon, Y. David: TRIAD Catheter System Engineering Delivery Solutions for Medical
    Applications, IEEE/EMBS 1st Conference on Translational Engineering in Health &
    Medicine, Houston, Texas, USA, Nov. 2012.*

Y. David: "Clinical Engineering" chapter in *The Biomedical Engineering Handbook 4/e*,
    CRC Press/Taylor & Francis Group, LLC, California, USA, in print (projected 10/2012).

Y. David: "Healthcare Technology in the US – Adoption and Regulations", The Trendlines
    Group/Ministry of Industry Trade & Labor workshop, Houston, TX, March 27, 2012.

L. Cordisco, Y. David: "Preparing Biomeds For the Future", Horizon Supplement to Biomedical
    Instrumentation & Technology, AAMI, Fall 2011*

Y. David: "Role of Clinical Engineers in System Risk Management", IEEE Galveston Bay
    Section & NASA Alumni League Seminar, Johnson Space Center, Houston, TX, Oct.
    2011.

T. Clark, T. Bauld, Y. David, et al: "2011 National Clinical Alarms Survey – Perceptions, Issues,
    Improvements, and Priorities of Healthcare Professionals" Healthcare Technology
    Foundation, AAMI, ACCE, Philips, National Alarm Summit, Washington, D.C., October
    2011*

Y. David, R. Calderon: "Percutaneous Closed-Loop Perfusion (PCP)", 2011 Innovation
    Conference and Showcase, Houston Technology Center, Houston, Texas, Sept. 2011.

Y. David: "Medical Safety and Risk Control Assessment" , The 5th Clinical Engineering
    Certification Workshop, Huangshan, China, Sept. 22, 2011.*

Y. David: "Healthcare Technology Management - Convergence of CE-IT and
    Telecommunications", The 12th Annual Meeting of Medical Engineering Society of
    Chinese Medical Association and the 2011 Chinese Congress of Clinical Engineering &
    Digital Medicine, Haungshan, China, Sept. 23-24, 2011. *

Y. David: "Are Medical Devices Mobility and Security Antagonists?" Health Management
    Technology (HME), Issue 23, Thought Leaders Section,
    http://www.healthmgttech.com/index.php/online-only-features/online-only-features/are-
    medical-devices-mobility-and-security-antagonists.html, June 14, 2011.

Y. David: "Healthcare Puts Tablets to the Test," InformationWeek Healthcare,
    www.informationweek.com, May 21, 2011.

Y. David: "System Risk Control in Healthcare Delivery Organizations," Mobile Healthcare
    Technology Summit, University of Houston, Houston, Texas, May 5, 2011.

∗   Peer Review Paper

Curriculum Vitae                              9                         Yadin David

**PUBLICATIONS AND PRESENTATIONS (CONT.):**

Y. David, Z. Dan, W. Hyman, Z. Kun: "Clinical Engineering Development in China," Journal of Clinical Engineering, April/June 2011, pg 68-71.*

Y. David: "AAMI/IEC 80001-1 – Sharing the Burden: Collaborating to Keep Networks Safe, Secure and Effective," AAMI Webinar, April 7, 2011.

Y. David: "Development of Medical Device Policies," Who Medical Device Technical Series, World Health Organization (WHO), Geneva, Switzerland, March 5, 2011.*

Y. David: "Evolving Medical Technology: the New Role of Clinical Engineering," 11th National Congress of the Association of Italian Clinical Engineers, Turino, Italy, February 25, 2011.*

Y. David: "The Changing Role of Engineering in Healthcare IT: Seizing the Opportunities," Health Forum Web Seminar, February 7, 2011.

T. Cooper, Y. David, S. Eagles: "Getting Started with IEC 80001, Essential Information for Healthcare Providers Managing Medical IT-Networks," Association for the Advancement of Medical Instrumentation (AAMI), Arlington, Virginia., 2011.*

Y. David: "Understanding & Benefiting form AAMI / IEC 80001-1, Essential Information for Networked Technology Suppliers," AAMI Webinar, January 19, 2011.

Y. David: "Medical Equipment – Role and Responsibilities in NGO World," 5th Annual Med Surplus Network Conference, Houston, Texas, November 4, 2011.

Y. David: "Event Investigation – How Did It Happen?" 2010 FBS Symposium Schedule, Florida Biomedical Society, Orlando, Florida, October 21-24, 2010. *

Y. David: "ISO 80001 – Challenges of Integrating Medical Device with Networks," 2010 Chinese Congress of Clinical Engineering & Digital Medicine and the 11th Annual Meeting of Medical Engineering Society of Chinese Medical Association, Shanghai, China, September 9, 2010.*

Y. David: "Risk Management/Safety and Human Factors," 2010 Chinese Congress of Clinical Engineering & Digital Medicine and the 11th Annual Meeting of Medical Engineering Society of Chinese Medical Association, Shanghai, China, September 9, 2010.*

Y. David: "Introduction to Clinical Engineering Certification Process and Examination," 2010 Chinese Congress of Clinical Engineering & Digital Medicine and the 11th Annual Meeting of Medical Engineering Society of Chinese Medical Association, Shanghai, China, September 9, 2010.*

*   Peer Review Paper

Curriculum Vitae                                10                                Yadin David

**PUBLICATIONS AND PRESENTATIONS (CONT.):**

Y. David: "Healthcare Technology Management," 2010 Chinese Congress of Clinical
　　　　Engineering & Digital Medicine and the 11th Annual Meeting of Medical Engineering
　　　　Society of Chinese Medical Association, Shanghai, China, September 9, 2010.

Y. David: "Clinical Engineering Certification Training," 2010 Chinese Congress of Clinical
　　　　Engineering & Digital Medicine and the 11th Annual Meeting of Medical Engineering
　　　　Society of Chinese Medical Association, Shanghai, China, September 9, 2010.

Y. David: "Professional Competency of Clinical Engineering," Proceeding of XII Mediterranean
　　　　Conference on Medical and Biological engineering and Computing - Medicon 2010,
　　　　IBMBE, Porto Carras, Greece, May 28, 2010.*

Y. David: "Benchmarking," Biomedical Advisory Council (BAC) Meeting, Tampa, Florida, May
　　　　24, 2010.

L. Lloyd, Y. David, et.al.: "The Survival of the Smartest, This year's group of MDEA winners
　　　　featured several devices with nifty data and software capabilities," Medical Design
　　　　Excellence Awards, MD+DI (Medical Device and Diagnostic Industry), April 2010, pg
　　　　24-29.

Y. David: "Planning the 1st Global Medical Device Forum," World Health Organization, Geneva,
　　　　Switzerland, December, 2009.

Y. David: "Role of Clinical Engineering in International Project," Technology Management
　　　　Group, World Health Organization, Rio de Janiero, Brazil, November, 2009.*

Y. David: "Working Together – Sharing the Sand Box," Medical Device and IT Integration;
　　　　Managing the Challenges of Convergence, ECRI Webinar, September 16, 2009.*

Y. David: "Reaching Higher, 10 Ways to Improve Device Safety", 2009 AAMI Meeting,
　　　　Baltimore, Maryland, June 6-8, 2009.

Y. David: "Practical Uniform Terminology for Medical Device Problems," 2009 AAMI Meeting,
　　　　Baltimore, Maryland, June 6-8, 2009.*

Y. David: "How Do You Improve Patient Safety" and "Improving Communication … One Term
　　　　at a Time," Tech World, AAMI News, June 2009, pg 11-13.*

M. Vockley, Y. David, B. Patail, L. Fennigkoh, R. Schrenker, A. Currie, C. Campbell: "Reaching
　　　　Higher ... 10 Ways to Improve Device Safety," Biomedical Instrumentation Technology
　　　　(BI&T), January/February 2009, pg. 20-26.

Y. David: "Trends in Clinical Engineering Practices," Revista Ingenieria Biomedica, Antioquia
　　　　School of Engineering – CES University, Medellín, Colombia, biannual publication
　　　　Volume 2, Issue 4, July-December 2008, http://revistabme.eia.edu.co/index2.htm.*

\*    Peer Review Paper

Curriculum Vitae                              11                        Yadin David

**PUBLICATIONS AND PRESENTATIONS (CONT.):**

Y, David: "Yadin David Launches Biomedical Engineering Consultants," Journal of Clinical
        Engineering, Vol. 33, No. 4, October/December 2008, pg 165.*

Y. David, M. Baretich, W. Hyman, W. Morse, J. Wear: "Excellence in Clinical Engineering
        Leadership and the Inaugural AHTF ExCEL Award," Journal of Clinical Engineering,
        Vol. 33, No. 4, October/December 2008, pg 201-205.*

Y. David: "The Future of Clinical Engineering – Are You Ready?" 2008 Chinese Congress of
        Clinical engineering & Digital Medicine and the 9th Annual Meeting of Medical
        Engineering Society of Chinese Medical Association, November 6-8, 2008.

Y. David: "Healthcare Technology Management," Introduction to CE Certification Training,
        2008 Chinese Congress of Clinical engineering & Digital Medicine and the 9th Annual
        Meeting of Medical Engineering Society of Chinese Medical Association, November 6-8,
        2008.

Y. David: "Users' and Support Team's Role in Integrating and Administering Bedside
        Communication Project," GE Healthcare User Summit, Washington, DC. August 18-21,
        2008.

Y. David: "Embarrassing Technology into Healthcare Practices," School of Health Sciences Tec
        de Monterrey University, Monterrey, Mexico, August 2, 2008.

Y. David, F. Jaramillo, R. Stiefel: "Educational Challenges in Clinical Engineering Profession: A
        survey," Journal of Clinical Engineering, Vol. 33, No. 3, July/September 2008, pgs. 154-
        158.

Y. David: "AAMI Annual Meeting Highlights and Technology Trends," South East Texas
        Clinical Engineering Society, Houston, Texas, June 22, 2008.

Y. David: "Medical Errors Mitigation Using Technical Tools," GE Biomedical Advisory
        Counsel, San Jose, California, June 2, 2008.

San Jose, California: "Impacting Medical Errors – TeleHealth Case Study," 2008 ACCE Clinical
        Engineering Symposium: Capturing the Heart and Mind of the Clinician – The Art and
        Science of Human Factors for Medical Systems, San Jose, California, May 31, 2008.

Y. David: "Collaborative Innovation at the Bedside: A Case Study," Medical Device
        Interoperability: From Abstract Concepts to Clinical Improvement, 2008 AAMI Meeting,
        San Jose, California, May 31, 2008.

J. Browing, D. Walding, J. Klasen, Y. David: "Vibration Issues of Neonatal Incubators During
        In-Hospital Transport," Journal of Clinical Engineering, Vol. 33, No. 2, April/June 2008,
        pgs. 74-77.

*   Peer Review Paper

Curriculum Vitae                           12                      Yadin David

**PUBLICATIONS AND PRESENTATIONS (CONT.):**

Y. David, et al: Chapters "Telehealth: I Can See the Highway, But Where Is the Ramp?," & "Emergency Preparedness Plan – the Role of Clinical Engineers and BMETs," and " A Practicum for Biomedical Technology & Management Issues, Kendall-Hunt Publishing, June 2008.

D. Korniewicz, T. Clark, and Y.David: "A National Online Survey on the Effectiveness of Clinical Alarms," American Journal of Critical Care, Vol 17, No. 1, January 2008, pgs. 36-41.*

Y. David, T. Clark, and K Weil: "Clinical Alarm Systems and Their Management," Webcast, MedSun News - Medical Product Safety Network, January 2008, pg. 1.

Y. David, et al.: Clinical Reviewer of "Evaluations and Guidance Articles," Health Devices, ECRI, Dec 2007, pg 403.

M. Howell, and Y. David: "Integrated Platform for Life Safety & Tracking," "Understanding & Managing Clinical Alarms," and "Technology Adoption Methodology: Plan, Do, Study & Act Cycles", Technology - A Means to Improve the Nurses' Work Environment," The 4th Annual Interactive Learning Exchange - Go for the Gold, December, 2007.*

Y. David, W. Hyman, V. Woodruff, and M. Howell: "Colloquium Report… Overcoming Barriers to Success: Collecting Medical Device Incident Data," Patient Safety Focus, Biomedical Instrumentation & Technology, BI&T, Association for the Advancement of Medical Instrumentation, 41, 6, November/December 2007, pgs. 471-475.*

Y. David: "A Case Study of Alarm Management," Clinical Alarm Notification & Management, FDA, U.S. Food and Drug Administration Webcast with MedSun, November 29, 2007.

Y. David, and M. Howell: "Integrated Platform for Life Safety and Telecommunication: A Case Study of Alarm Management," FDA, MedSun, November 24, 2007

Y. David: "Integration of Biomedical Engineering & IT Programs – Case  Studies and Lessons Learned," Digital Medicine Forum, Institute of Hospital Management, Ministry of Health, PRC, Xiamen, China, November 10-12, 2007.

Y. David: "Patient Safety Impact from Projects Integration," Biomedical Advisory Council (BAC), Las Vegas, NV, November 4 – 6, 2007.

Y. David, J. Weimert, J. Klasen, R. Robb, and C. Blair: "Center Stage, Situated at the heart of patient care,  Texas Children's biomed team extends its reach to provide a broad range of services," 24x7 Magazine, October 2007, pgs. 10-17

Y. David: "Replacing Drug Administration Technology, Project Update," Capital Planning Company, Texas Children's Hospital, Houston, Texas, October 25, 2007.

*    Peer Review Paper

Curriculum Vitae                           13                      Yadin David

**PUBLICATIONS AND PRESENTATIONS (CONT.):**

Y. David, T. Pagel, M. Howell, and L. Sessions: "IPLST, Integrated Platform for Life Safety & Tracking," Executive Council, Texas Children's Hospital, Houston, Texas, Oct. 3, 2007.

Y. David: "Telemedicine: I Can See the Highway, but Where is the Ramp?," "Clinical Engineering and Certification," and "Telemedicine: Taking the Distance Out of Caring," SABI 2007 XVI Argentina BioEngineering Congress, V Clinical Engineering, San Juan, Argentina, September 26-28, 2007.

Y. David: "Playing in the Digital Sandbox, Biomed and IT Share Space," Pan Europe Biomedical Advisory Council (B A C), Venice, Italy, September 12-14, 2007.

Y. David, D. Finn, P. Rogers, M. Howell, T. Pagel, and L. Sessions: "Failing to Succeed," 2007 Healthcare Quality Colloquium, www.QualityColloquium.com, Harvard University, Cambridge, Massachusetts, August 19-22, 2007.

Y. David: "ECRI Institute Honors Texas Children's Hospital for Excellence in Health Technology Management," Article in 24x7 Weekly Jolt, http://www.24x7mag.com/joltnews/2007-07-24_01.asp, July 24, 2007.

Y. David, and W. Hyman: Issues Associated with Off Label Use of Medical Devices, Lyons, France, July 2007.

Y. David, and B. Magliaro: "Medical Device Event Reporting," MedSun FDA Orientation Meeting, San Diego, California, July, 12-13, 2007.

Y. David, and M. Howell: "The Executive's Role in Making Process and Workflow Drive Technology in Today's Healthcare Organizations," Webcast http://www.emergin.com/library/TCH/TCH20070710_files/Default.htm, Houston, Texas, July 11, 2007.

Y. David: ""Smart" Pumps, Replacing Drug Administration Technology," Capital Planning & Exec. Committee, Texas Children's Hospital, Houston, Texas, July 11, 2007.

Y. David, and T. Clark: "Improving Patient Safety Through Clinical Alarms Management," 11th Mediterranean Conference on Medical and Biological Engineering and Computing, International Federation for Medical and Biological Engineering (IFMBE), Medicon 2007, Ljubljana, Slovenia, June 26-30, 2007.

Y. David, and T. Gee: "Integrated Platform for Life Safety and Telecommunication: A Case Study," Best Practices in Point-of-Care Automation: A Case Study, AAMI 2007, Boston, Massachusetts, June 16-18, 2007.

Y. David: "Technology servicing program", Biomedical Advisory Council (BAC), Boston, MA, June 14, 2007

∗   Peer Review Paper

Curriculum Vitae                         14                         Yadin David

**PUBLICATIONS AND PRESENTATIONS (CONT.):**

Y. David: "Colloquium Addresses Medical Device Incidents," Article in 24x7 Weekly Jolt,
    http://www.24x7mag.com/joltnews/2007-05-22_01.asp, May 22, 2007.


Y. David: presented a poster session, "Best Practices for Health Technology Management," at the
    National Patient Safety Foundation Annual Meeting in Washington, DC
    (http://www.npsf.org/congress/index.html), and participated on the advisory panel in the
    FDA Hospital Devices in Washington, DC
    (http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfAdvisory/details.cfm?mtg=681),
    May 2-4, 2007.

Y. David: "Integration of Biomedical Engineering & IT Programs – Case Studies and Lessons
    Learned," 5th International Clinical Engineering Symposium, Hangzhou, China, March
    23-31, 2007.

Y. David: "Diverse Stakeholders to Converge at Postmarket Monitoring Colloquium," Article in
    MX Issues Update, Cannon Communications LLC, February 2007.

Y. David: "Disaster Preparedness – The Role of Clinical Engineering," ACCE Education Series
    Y. David: ACCE Healthcare Technology Foundation Clinical Alarms Task Force,
    "Impact of Clinical Alarms on Patient Safety, A Report from the American College of
    Clinical Engineering Healthcare Technology Foundation," Journal of Clinical
    Engineering, January/March 2007.*

Y. David: "Improving Customer Satisfaction, Gaining the Caregiver's Confidence on the
    Technology and the Program Servicing It," ECRI Health Devices, December 2006.

Y. David, and D. Finn: "Medical Technology Management – Integration for Optimal Life Cycle
    Performance," 2nd FORO – Mexico National Conference on Clinical Engineering, e-
    Health and Technology Assessment in Healthcare, National Center for Excellence in
    Healthcare Technology, Mexico City, Mexico, October 29-31, 2006.

Y. David: "Biomedical Technologies Applications in Global Healthcare Houston & Israel
    Collaboration," Business Opportunities Israel: A Hot Bed of Innovation, 55th Annual
    Consular Forum Conference, Houston, Texas, October 27, 2006.

Y. David: "JCAHO Sentinal Event #37, Emergency Power Generator Requirements and
    Testing," Interview Article, ECRI, October, 2006.

Y. David and T. Clark: "The Impact of Clinical Alarms on Patient Safety," White paper, ACCE
    Foundation Website www.acce-htf.org, October 3, 2006.

Y. David, and G. Janhke: "Integrated Healthcare Technology Issues: From Assessment to
    Management" Workshop, World Congress on Medical Physics and Biomedical
    Engineering 2006, Seoul, Korea, August 26 – September 1, 2006.

\*    Peer Review Paper

Curriculum Vitae                           15                    Yadin David

**PUBLICATIONS AND PRESENTATIONS (CONT.):**

Y. David: "Risk Measurement Tool for Managing Medical Technology," World Congress on
    Medical Physics and Biomedical Engineering 2006, Seoul, Korea, August 26 –
    September 1, 2006.

Y. David, and D. Finn: "Medical Technology Management Integration for Optimal Life Cycle
    Performance," World Congress on Medical Physics and Biomedical Engineering 2006,
    Seoul, Korea, August 26 – September 1, 2006.

Y. David: "Telemedicine: I can see the Highway, but Where is the Ramp?," The Institute of
    Electrical and Electronics Engineers (IEEE) Galveston Bay Section and GBS Joint
    Societies Chapter, Houston, Texas, August 10, 2006.

Y. David, and J. L. Brady: "Flexing Your Muscle, How to Increase Your Value and Influence,"
    Biomedical Instrumentation & Technology, May/June 2006, pg. 192-198.

Y. David: "A Foundation to Build On," 24x7 Magazine, May 2006.

Y. David: "Healthcare Technology Foundation Brings Together Practitioners to Improve
    Profession," 24x7 Magazine Weekly Jolt, April 11, 2006.

Y. David: "Changes in the Standard on Medical Equipment Electrical Safety, known as IEC
    60601-1:2005 and Their Impact on Hospital Biomedical Engineers",  Interview by Rich
    Smith of the 24x7 magazine on March 10, 2006, for an article to be published in their
    magazine soon.

Y. David: "Can We Make Safe Wireless Connections?" Wireless and Patient Connectivity
    Workshop, San Francisco, California, February 22, 2006.

Y. David: "Managing Tomorrow's Healthcare Technology – Approaching the Medical Center,"
    Medical Products Customer Strategy Summit 2006, Thought Leadership Summit 2006,
    Marina de Rey, California, January 17-18, 2006.

Y. David, and S. McElligott: "Biomedical Engineering and Medicine – Case Study in
    Telemedicine," Health Access Texas, Post Katrina: Healthcare Strategies, Houston,
    Texas, December 5, 2005.

Y. David: "Clinical Engineering, Global technology & Patient Safety," and "Texas Medical
    Center and Texas Children's Hospital Biomedical Engineering Department,"  - Patient
    Safety Summit: More than Words: Developing Solutions Internationally, London, United
    Kingdom, November 29, 2005.

Y. David: "Emergency Readiness: Technology Planning, Response, & Recovery," SETCES
    Meeting, Houston, Texas, November 17, 2005.

Y. David: "Emergency Readiness: Technology Planning, Response, & Recovery," ECRI Audio
    Telecast, Houston, Texas, November 16, 2005.

*   Peer Review Paper

Curriculum Vitae                          16                          Yadin David

**PUBLICATIONS AND PRESENTATIONS (CONT.):**

Y. David: "Clinical Alarm Issues," Biomedical Advisory Council, Salt Lake City, Utah, November 2-4, 2005.

Y. David, T. Cohen, W. Ellis, J. Morrissey, C. Bakuzonis, and W.D. Paperman: "Safe Use of Cellular Telephones in Hospitals: Fundamental Principles and Case Studies," Journal of Healthcare Information Management, Mobile Computing, Volume 19, Number 4, Fall 2005.*

Y. David: "Supporting Technology in the Interoperability Era," Interlog Medical 2005, Chandler, Arizona, October 17-19, 2005.

Y. David: "Devices and Supplies Adverse Event Investigations," Patient Safety Executive Group PSEG, Houston, Texas, October 12, 2005.

Y. David, and T. Clark: "Clinical Alarms Improvement Initiative," 4th Annual conference for MedSun Representatives, San Diego, California, October 7, 2005

Y. David: "Advanced Development of Clinical Engineering," "Agenda," "Cases of Clinical Engineering Program Measurements and Standards," "Safe Application and Quality Control of Medical Instruments," "Wireless and Radio Frequency Identification Tags Used for Assets Control," "Wireless and radio Frequency Identification Tags (RFID) Used for Assets Control," and "Cases of Clinical Engineering Program Measurements and Standards," 4th International Clinical Engineering Symposium, Beijing, China, September 6-7, 2005.

Y. David: "Medical Technology Management: From Planning to Application," "Risk Measurement Tool for Managing Medical Technology," 27th Annual International Conference of the IEEE Engineering In Medicine and Biology Society (EMBS), Shanghai, China, September 1-4, 2005.

Y. David: "Healthcare Technology Management (HTM)," "Discussion," "Technology Planning and Assessment – Case Studies," "Medical Devices, Information Systems and Telemedicine," "Technology Planning," "Refurbished and Donated Medical Equipment," "Medical Devices on the Network and Safety Systems," "Telemedicine: I can See the Highway, but Where is the Ramp?", "Two Case Studies: Planning," and "ElectroMagnetic Compatibility in Healthcare Facilities," Health Technology Management & Clinical Engineering Workshop, Cartagena, Colombia, July 11-15, 2005.

Y. David, T. Clark, and J. Keller: "Clinical Alarms Management and Integration," ACCE Audio Conference, Houston, Texas, June 16, 2005.

Y. David: "Biomedical Engineering & Television Services Department," Information Services, Texas Children's Hospital, Houston, Texas, May 20, 2005.

Y. David: "Supporting Technology in the Interoperability Era," AAMI Symposium, Tampa, Florida, May 16, 2005.

*   Peer Review Paper

Curriculum Vitae                    17                    Yadin David

**PUBLICATIONS AND PRESENTATIONS (CONT.):**

Y. David: President, "Annual Meeting," ACCE Healthcare Technology foundation Board of
        Directors, Houston, Texas, April 14-17, 2005.

Y. David, Chair, "Clinical Engineering Track," 2005 conference of the Houston Society for
        Engineering in Medicine and Biology (HSEMB) Houston, Texas, February 10-11, 2005.

Y. David: "Investigating Medical Device Related Adverse Event," 2005 Conference of the
        Houston Society for Engineering in Medicine and Biology (HSEMB), Houston, Texas,
        February 10-11, 2005.

Y. David: "Professional Biomedical Engineering Competencies," Tec de Monterrey Medical
        School, Monterrey, Mexico, February 2005.

Y. David: "Employee Management, A Hands-On Approach," 24x7 Magazine, February 2005,
        pgs 14-38.*

Y. David: "Telemedicine: I Can See the Highway, but Where is the Ramp?," Annual Seminar of
        Hospital Del Niño de Panamá, Panama City, Panama, December 3, 2004.

Y. David: "HIPAA Compliance for Biomedical Technology: Meeting the April 2005 Deadline,"
        ECRI Audio Conference, Beijing, China, November 10, 2004.

Y. David: "Technology and Supplier Evaluation in Health Care," 3rd International Clinical
        Engineering Symposium, Beijing, China, November 10, 2004.

Y. David: "Clinical Engineering in the US – Professional Development Certification and
        Registration," 3rd International Clinical Engineering Symposium, Beijing, China,
        November 10, 2004.

Y. David: "Rationale for Adoption of Disposable Medical Assets," 3rd International Symposium,
        Beijing, China, November 10, 2004.

Y, David: "Management of Equipment Spare Parts," 3rd International Symposium, Beijing,
        China, November 10, 2004.

Y. David: "The Role of Performance Evaluation in Clinical Engineering Career," IV Simposio
        Internacional de Engenaria Clinica do Hospital Israelita Albert Einstein, Sao Paulo,
        Brazil, October 15-16, 2004.

Y. David: "Assets Tracking System – Their Application for Improving Clinical Engineering
        Program," IV Simposio Internacional de Engenaria Clinica do Hospital Israelita Albert
        Einstein, Sao Paulo, Brazil, October 15, 2004.

Y. David: "Changing World of Healthcare & Implications for the Biomedical Community,"
        Biomedical Associations of Wisconsin, Milwaukee, Wisconsin, October 8, 2004.

*    Peer Review Paper

Curriculum Vitae                          18                          Yadin David

**PUBLICATIONS AND PRESENTATIONS (CONT.):**

Y. David: "Telemedicine: I Can See the Highway, But Where Is the Ramp?," World Health
    Organization, Partnership building on eHealth for Health Care Delivery, Washington,
    DC, July 28-29, 2004.

Y. David: "Electromagnetic Compatibility – Clinical (EMC) Study Report," Solutions for
    Healthcare, Sprint Wireless Symposium, Dallas, Texas, July 15, 2004.

Y. David: "Down in the Digital Trenches:  Equipping the Biomedical Community for the Future
    of Technology," AAMI 20th Annual Conference on Clinical Engineering Productivity
    and Cost Effectiveness, Boston, Massachusetts, June, 2004

Y. David, and T. Cohen: "EMI Study Report," AAMI 20th Annual Conference on Clinical
    Engineering Productivity and Cost Effectiveness, Boston, Massachusetts, June 4, 2004.

Y. David, and E.G. Jahnke: "Planning Hospital Medical Technology Management," IEEE
    Engineering in Medicine and Biology, pg 73-79, May/June 2004.*

Y. David: "Telemedicine: I Can See the Highway, but Where is the Ramp?," Advanced Clinical
    Engineering Workshop, San Jose, Costa Rica, May 17-21, 2004.

Y. David: "Clinical Engineering in the US – Education and Internships," Technology
    Management & Clinical Engineering Workshop, San Jose, Costa Rica, May 17-21, 2004.

Y. David: "HealthCare Technology Management," Technology Management & Clinical
    Engineering Workshop, San Jose, Costa Rica, May 17-21, 2004.

Y. David: "Benchmarking Who Needs It?," 2nd International Clinical Engineering Fellowship,
    Shanghai, China, November 8-14, 2003.

Y. David: "Best Practices in Clinical Engineering," 2nd International Clinical Engineering
    Fellowship, Shanghai, China, November 8-14, 2003.

Y. David: "ElectroMagnetic Compatibility in Healthcare Facilities," 2nd International Clinical
    Engineering Fellowship, Shanghai, China, November 8-14, 2003.

Y. David: "Knowledge-Based Management of Technology," 2nd International Clinical
    Engineering Fellowship, Shanghai, China, November 8-14, 2003.

Y. David: "Benchmarking: Who Needs It?," III Clinical Engineering International Symposium at
    Hospital Israelita Albert Einstein, Sao Paulo, SP Brazil, October 17-18, 2003.

Y. David: "ElectroMagnetic Compatibility in Healthcare Facilities," III Clinical Engineering
    International Symposium at Hospital Israelita Albert Einstein, Sao Paulo, SP Brazil,
    October 17-18, 2003.

*  Peer Review Paper

Curriculum Vitae                    19                    Yadin David

**PUBLICATIONS AND PRESENTATIONS (CONT.):**

Y. David: "Biomedical Engineering and Television Services Department," St. Luke's Episcopal Hospital, Houston, Texas, October 10, 2003.

Y. David: "Clinical Engineering Issues Related to ElectroMagnetic Compatibility," FDA Office of Surveillance and Biometrics, MedSun Medical Product Surveillance Network Telecast, Washington, DC, October, 2003.

Y. David: "Best Practices in Clinical Engineering," 25th Anniversary Hospital San José – Tec De Monterrey, Monterey, N.L., Mexico, October 3, 2003.

Y. David: "Biomedical Engineering and Clinical Medicine – Case Study in Telemedicine," 25th Anniversary Hospital San José – Tec De Monterrey, Monterey, N.L., Mexico, October 3, 2003.

Y. David, and E. Sloane: Co-Chairmen, "Clinical Engineering Practices Review Pre-Conference Workshop," 25th Annual International Conference of IEEE Engineering in Medicine and Biology Society, Cancun, Mexico, September 17-21, 2003.

Y. David: "Disaster Preparedness – The Role of Clinical Engineering," ACCE Audio Telecast, September 18, 2003.

Y. David: "Medical Technology Management," 25th Annual International Conference of IEEE Engineering in Medicine and Biology Society, Cancun, Mexico, September 17-18, 2003.

Y. David: "Clinical Engineering Operations Management and Supervision," 25th Annual International Conference of IEEE Engineering in Medicine and Biology Society, Cancun, Mexico, September 17-18, 2003.

Y. David: "Overview of EMI in Healthcare Facilities," Med Sun/FDA Teleconference Management of Electromagnetic Compatibility in Health Care Facilities, National Telecast, September 9, 2003.

Y. David, and E. G. Jahnke: "Medical Technology Management: From Planning to Application," International Medical Devices Journal, August, 2003, pgs 17-20 & 46.*

J.A. Coss-Bu, D. Walding, Y. David, and L.S. Jefferson: "Dead Space Ventilation In Critically Ill Children With Lung Injury," Clinical Investigations in Critical Care, Chest, 123, 6, June, 2003, pgs 2050-2056.*

Y. David: "Benchmarking: Who Needs It?," AAMI 19th Annual Conference on Clinical Engineering Productivity and Cost Effectiveness & AAMI Subcommittee on Technology Management, Long Beach, California, June 13, 2003.

Y. David: "Cell Phone EMI Test Protocol," Texas Children's Hospital Administration, Houston, Texas, June 5, 2003.

*   Peer Review Paper

Curriculum Vitae                    20                    Yadin David

## PUBLICATIONS AND PRESENTATIONS (CONT.):

Y. David: "Electromagnetic Interference: Issues & Guidelines," TEPR 2003 Medical Records
    Institute, San Antonio, Texas, May 13, 2003.

Y. David: "Biomedical Engineering and Clinical Medicine – Case Study in Telemedicine,"
    Hospital San José – Tec. De Monterrey, Monterey, N.L., Mexico, March 14, 2003.

Y. David: "BenchMarking: Who Needs It?," ACCE 2003 Educational Teleconference Program,
    Houston, Texas, January 16, 2003.

Y. David, W.W.vonMaltzahn, M.R. Neuman, and J.D. Bronzino: "Clinical Engineering,
    Principles and Applications in Engineering Series," CRC Press, 2003.

Y. David, W. D. Paperman, C. Blair, and D. Walding: "Telemedicine, Telecommunications and
    Electromagnetic Interferences," EXPO Medica Hospital Del Norte 2002, XXV Congreso
    Nacional de Ingeniería Biomédica, Monterey, N.L., Mexico, November 8, 2002.

J. Coss-Bu, MD, D. Walding, BSBE, Y. David, and L. Jefferson, MD:  "Dead-Space Ventilation
    in Critically Ill Children With Lung Injury," Chest, Accepted for Publication, Northbrook,
    Illinois.  October 29, 2002.*

Y. David: Program Chairman, "Telemedicine Program Design and Technical Issues," The
    Second Joint Meeting of the IEEE Engineering in Medicine and Biology Society and the
    Biomedical Engineering Society, EMBS/BMES 2002, Houston, Texas,
    October 23 - 26, 2002.

Y. David: "The Role of Professional Societies and Breeching Engineering and Medicine," The
    Second Joint Meeting of the IEEE Engineering in Medicine and Biology Society and the
    Biomedical Engineering Society, EMBS/BMES 2002, Houston, Texas,
    October 23 - 26, 2002.

Y. David: "General Overview of EMI and EMC for Medical Devices in Healthcare Facilities,"
    National Summit on Electromagnetic Interference (EMI) Between Wireless
    Communication and Computing Devices and Medical Devices in Healthcare Facilities,
    Medical Records Institute, Las Vegas, Nevada, October 15-16, 2002.

Y. David: Keynote address, "Clinical Engineering: Operations Management and Supervision,"
    and "Principles of Medical Technology Management", at the Clinical Engineering
    Symposium of the Association of Medical Equipment of China, Beijing, China,
    September 17-18, 2002.

Y. David: "Biomedical Engineering and Television Services Department," Texas Children's
    Hospital, Information Services Department, Houston, Texas, August 22, 2002.

Y. David: "Disaster Readiness: Addressing Healthcare Technology Needs, Medical Equipment
    and System Issues," American College of Clinical Engineering (ACCE) Annual Meeting
    and AAMI Annual Conference, Minneapolis, Minnesota, June 2, 2002.

*   Peer Review Paper

Curriculum Vitae 21 Yadin David

**PUBLICATIONS AND PRESENTATIONS (CONT.):**

Y. David: "Global Perspectives on Healthcare Technology Leadership," ACCE Symposium, American College of Clinical Engineering (ACCE) Annual Meeting and AAMI Annual Conference, Minneapolis, Minnesota, June 1, 2002.

Y. David: "Medical Technology Management," Venezuelan Congress of Bioengineering and Pan American Health Organization (PAHO), Coro, Venezuela, May 12-17, 2002.

Y. David: "Professional Ethics," VI International Symposium & 3rd Symposium of Hospital Technology and Management, Sao Paulo, Brazil, March 21-24, 2002.

Y. David: "Disaster Readiness: Addressing Healthcare Technology Needs, Medical Equipment and System Issues," ECRI Audio Telecast, Houston, Texas, February 20, 2002.

Y. David: "Telemedicine: I Can See the Highway, but Where is the Ramp?," The 2nd International Symposium of the Galil Center for Telemedicine and Medical Informatics, February 2002.

Y. David: "Clinical Engineering in the US - Present Conditions and Future Trends," The First Clinical Engineering Symposium, Albert Einstein Hospital, Sao Paulo, Brazil, October 2001.

Y. David: "Telemedicine: I Can See the Highway, but Where is the Ramp?," Hospital Israelita Albert Einstein, The First Clinical Engineering Symposium, Sao Paulo, Brazil, October 2001.

Y. David: "Clinical Engineering - Are We Ready for a Place at the Table?," Annual Conference of Engineering and the Physical Sciences in Medicine & IEEE-EMBS Asia Pacific Conference on Biomedical Engineering, Fremantle, Western Australia, October 1-9, 2001.

Y. David: "Telemedicine: Can It Deliver?," 2nd Annual CIRACET Seminar, Puerto Rico, August 10, 2001.

Y. David: "Telemedicine," VIII Annual International Congress on Electronics, Electrical and System Engineering, - Intercon 2001, Piura, Peru, August 6-10, 2001.

Y. David: "Clinical Engineering Tutorial," VIII Annual International Congress on Electronics, Electrical and System Engineering, - Intercon 2001, Piura, Peru, August 6-10, 2001.

Y. David: "New Technologies: PACS and Telemedicine," Advanced Health Technology Management Workshop, Sponsored by PAHO and ACCE, Sao Paulo, Brazil, June 2001.

Y. David: "Engineering Requirements and Clinical Applications for Telemedicine Program," The Congress on Man and Medicine, Moscow, Russia, June 2001.

\*   Peer Review Paper

Curriculum Vitae                                22                              Yadin David

**PUBLICATIONS AND PRESENTATIONS (CONT.):**

Y. David: "Acquisition of Medical Equipment," Advanced Clinical Engineering Workshop,
        Sponsored by PAHO/IEEE/ACCE, Havana, Cuba, May 2001.

Y. David: "Clinical Engineering Are We Ready for a Place at the Table," II Latin American
        Congress of Biomedical Engineering, Sponsored by PAHO/IEEE/ACCE, Havana, Cuba,
        May, 2001.

Y. David: "Design Considerations for Telemedicine Program," University of Connecticut,
        Clinical Engineering Graduate Program, April 2001.

Y. David, John Kenna, Larry Jefferson, M.D., and James Shanahan: "Telemedicine: I Can See
        The Highway, but Where is the Ramp?," Journal of Clinical Engineering, Vol. 26, No. 1,
        pg. 77-82, Winter 2001. *

Y. David: "Making TeleHealth The Medical Gateway For The Next Generation," Galil Center
        for Telemedicine and Medical Informatics, Technion/RAMBAM Medical Center, Haifa,
        Israel, December 4 - 8, 2000.

Y. David: "Managing Risks Associated With Electromagnetic Interferences in Hospitals,"
        University Health System Consortium Technology & Facilities Management Council, Las
        Vegas, Nevada, October 19 - 20, 2000.

Y. David: "An Advanced Clinical Engineering and Healthcare Technology Management
        Program," International Workshop, Vilnius, Lithuania, September 25 - 29, 2000.

Y. David: "The Role of Technology in Reducing Medical Errors," Health Tech 2000 Conference,
        Dallas, Texas, May 2000.

Y. David, A. Bukhari, and W.D. Paperman: "Management of Electromagnetic Interference at a
        Hospital," Journal of Clinical Engineering, pg. 95-103, March/April 2000*.

Y. David: "The Perspective of Telemedicine," Community Telemedicine Symposium,
        Texas A & M University, College Station, Texas, January 2000.

L. M. Adcock, Y. David, et al.: "Telemedicine Examination of the Normal Newborn - How
        Reliable is the Technology," Archives of Pediatrics & Adolescent Medicine,
        November 1999. *

D. Paperman, and Y. David: "Evaluation of Cellular Telephone Detection in the Clinical
        Environment," Journal of Clinical Engineering, Vol. 24, No. 5, p. 77,
        September/October 1999. *

∗   Peer Review Paper

Curriculum Vitae                              23                        Yadin David

**PUBLICATIONS AND PRESENTATIONS (CONT.):**

Y. David: "Effective Planning, Acquisition and Utilization of Healthcare Technology," an
        Advanced Clinical Engineering and Healthcare Technology Management Program. World
        Health Organization, American College of Clinical Engineering, Association of Medical
        Physicists of Russia, Ministry of Health of the Russian Federation, Russian Academy of
        the Medical Sciences, International Federation for Medical and Biological Engineering,
        International Federation of Hospital Engineering, American International Health Alliance,
        Oregon Health Sciences University, Swiss Tropical Institute and World Bank, Moscow,
        Russia, September 1999.

Y. David, Joint Simultaneous Keynote address with Baylor College of Medicine, Harvard
        Medical School, Texas Children's Hospital and Rabin Medical Center: "Telemedicine as
        an Interactive Tool for Remote Simulation of Critical Care Emergencies," at the Joint
        International Conference of the Annual Meeting of the Telemedicine Association (in
        Jerusalem, Israel) and the Association for the Advancement of Medical Instrumentation
        (in Boston, MA), June 1999.

Y. David: "Robust Telehealth Program International Issues," Annual Meeting of the International
        Telemedicine Association, Jerusalem, Israel, June 1999.

L. M. Adcock, Y. David, et al: "Telemedicine Examination of the Normal Newborn - How
        Reliable is the Technology," the Society for Pediatric Research Annual Meeting, San
        Francisco, California, May 4, 1999.

G. Miller, F. Stein, R. Trevino, Y. David, C. F. Contant, and L. S. Jefferson: "Rectal-Scalp
        Temperature Difference Predicts Brain Death in Children," Pediatric Neurology, Vol. 20
        No. 4, Houston, Texas, April 1999. *

Y. David, J.A. Coss-Bu, D. Walding, R.C. Sachdeva, W.J. Klish, and L.S. Jefferson: "Lung
        Injury (L1) and Dead Space Ventilation (DSV) In Critically Ill Children," American
        Thoracic Society, 1999 International Conference, San Diego, California, April 1999.

Y. David, J.A. Coss-Bu, D. Walding, R.C. Sachdeva, W.J. Klish, and L.S. Jefferson: "Lung
        Injury (L1) and Dead Space Ventilation (DSV) In Critically Ill Children," American
        Journal of Respiratory and Critical Care Medicine; 159 (3: Part 2 of 2): A777, 1999. *

Y. David: "The Role of Health Care Technology in the Development of Sustainable Health
        Systems," World Health Organization (WHO), Geneva, Switzerland, December 1998.

Y. David: "Electromagnetic Interference as a Barrier to Effective Use of Telemedicine,"
        American Medical Informatics Association (AMIA) '98 Annual Symposium,
        Buena Vista, Florida, November 1998.

Y. David: "Medical Telemetry and Digital Television Interference Issues," Federal
        Communication Commission (FCC), Food and Drug Administration (FDA), American
        Hospital Association (AHA), and American Society of Healthcare Engineering (ASHE),
        Washington, D.C., November 1998.

*   Peer Review Paper

Curriculum Vitae                                   24                          Yadin David

**PUBLICATIONS AND PRESENTATIONS (CONT.):**

Y. David: "How to Develop International Telemedicine Program," Child Health Corporation of
America (CHCA), Tampa, Florida, October 1998.

Y. David: "Is International Telemedicine Different from Domestic?," Telemedicine:
Opportunities For Rural America, Conference Center Good Samaritan Foundation,
Kearney, Nebraska, and October 1998.

Y. David: "Operating an International Project - Ongoing Legal Issues," National Conference on
Legal and Policy Developments, The Center for Telemedicine Law American
Telemedicine Association, Washington, D.C., October 1998.

Y. David: "Planning Issues Related to the Implementation of a TeleHealth Center," HIMSS
Healthcare Symposium, Dallas, Texas, October 1998.

Y. David, J.A. Coss-Bu, D. Walding, W.J. Klish, and L.S. Jefferson: "Substrate Utilization in
Critically Ill Children," Eleventh Annual Pediatric Colloquium, Chicago, Illinois,
September 1998.

Y. David, J.A. Coss-Bu, L.S. Jefferson, William J. Klish, D. Walding, and E. O'Brian Smith:
"Resting Energy Expenditure and Nitrogen Balance in Critically Ill Pediatric Patients on
Mechanical Ventilation," from the Department of Pediatrics, Baylor College of Medicine,
Department of Biomedical Instrumentation, Texas Children's Hospital, and USDA/ARS
Children's Nutrition Research Center, Houston, Texas, September 1998.

Y. David, J.A. Coss-Bu, L.S. Jefferson, D. Walding, E. O'Brian Smith, and W.J. Klish: "Resting
Energy Expenditure in Children in a Pediatric Intensive Care Unit: Comparison of
Harris/Benedict and Talbot Predictions With Indirect Calorimetry Values," The American
Journal of Clinical Nutrition, Vol. 14, No. 9, September 1998. *

Y. David: "ElectroMagnetic Interference - International Issues," Association for Advancement of
Medical Instrumentation (AAMI) 33rd Annual Meeting, Philadelphia, Pennsylvania, June
1998.

Y. David: "Challenges of Telemedicine and Medical Equipment in the 21st Century," Electric
Power Research Institute (EPRI), Health Care Initiative Conference, San Francisco,
California, June 1998.

Y. David: "Challenges of Telemedicine and Equipment in the 21st Century," NCHES 2nd
Annual Conference, Challenges of the 21st Century, Arlington, Virginia, May 1998.

J.A. Coss-Bu, L.S. Jefferson, D. Walding, Y. David, E. O'Brian Smith, and W.J. Klish: "Resting
Energy Expenditure in Children in a Pediatric Intensive Care Unit: Comparison of
Harris/Benedict and Talbot Predictions With Indirect Calorimetry Values," The American
Journal of Clinical Nutrition, 67(1) 74-80, 1998. *

 *   Peer Review Paper

Curriculum Vitae                    25                    Yadin David

**PUBLICATIONS AND PRESENTATIONS (CONT.):**

Y. David, J.A. Coss-Bu, D. Walding, W.J. Klish, L.S. Jefferson, and E.O. Smith: "Substrate Utilization in Critically Ill Children," Pediatric Research, Vol. 43, No 4, (Part 2 of 2): 35A, 1998. *

Y. David: "The Management of Electromagnetic Energy Around Medical Devices," Television Broadcast, Healthcare Informatics Telecom Network, HITN - Washington Report, Washington, D.C., May 1998. *

Y. David: "Nuts and Bolts - Real Telemedicine Applications and Issues," HealthTech '98, Nashville, Tennessee, May 1998.

Y. David: "Real Telemedicine Applications and Issues," Annual Conference and Exposition of the Selection, Integration, Management and Support of Healthcare Technology, in conjunction with the American Society for Healthcare Engineering (ASHE)'s National Conference on Medical Technology Management, May, 1998.

Y. David, J.A. Coss-Bu, D. Walding, W.J. Klish, and L.S. Jefferson: "Substrate Utilization in Critically Ill Children," American Pediatric Society for Pediatric Research, Poster Presentation, Annual Meeting, New Orleans, Louisiana, May 3, 1998.

Y. David: "Telehealth: Steps to Successful Implementation," Joint Conference of the Healthcare Information and Management Systems Society (HIMSS); American College of Healthcare Executives (ACHE); American College of Physician Executives (ACPE); Healthcare Financial Management Association (HFMA); and the Medical Group Management Association (MGMA), Indian Wells, California, April 1998.

D. Paperman, Y. David: "The Clinical Engineer: A Ghost Hunter or Manager of Electromagnetic Interference in the Clinical Environment," Clinical Engineering Management, Biomedical Instrumentation & Technology, March/April 1998. *

Y. David: "Telemedicine, What It Brings to Your Community," Opportunities & Challenges in the Telecommunications Industry, Lone Star Alliance, San Antonio, Texas, March 1998.

Y. David, C. Contant, J. Goddard-Finegold, P. Louis, P. Rolfe, and D. Rodriguez: "Correlation of Near Infrared Spectroscopy Cerebral Blood Flow Estimations and Microsphere Quantitations in Newborn Piglets," Biology of the Neonate, 74:376-384, 1998. *

Y. David, Jorge A. Coss-Bu: "Substrate Utilization In Critically Ill Children," Poster Session II, Pediatric Academic Societies' Annual Meetings in New Orleans, Louisiana, 1998.

Y. David, J.A. Coss-Bu, D. Walding, R.C. Sachdeva, W.J. Klish, and L.S. Jefferson: "In Vitro Validation if a Mass Spectrometer Based Metabolic System (MS)," American Journal of Respiratory and Critical Care Medicine, 155 (4: Part 2 of 2): A403, 1997. *

\*   Peer Review Paper

Curriculum Vitae                           26                    Yadin David

**PUBLICATIONS AND PRESENTATIONS (CONT.):**

Y. David, J.A. Coss-Bu, D. Walding, M.L. Levy, W.J. Klish, and L.S. Jefferson: "Nutritional
      Requirements in Patients With Toxic Epidermal Necrolysis," Nutrition in Clinical
      Practice; 12(2):81-4, 1997. *

Y. David: "Lasers: Hazards and Fire Protection," Health Care Section Educational Program,
      NFPA 1997 Fall Meeting, Kansas City, Missouri, November 1997.

Y. David: "Health Care Safety Standards in South America & Australia," Health Care Section
      Educational Program, NFPA 1997 Fall Meeting, Kansas City, Missouri, November 1997.

Y. David: "Nuts and Bolts - The Practical Integration of Medicine and Technology,"
      Telemedicine and Telehealth Executive Summit, TeleMed III, Anaheim, California,
      November 1997.

Y. David: "Technology Management in Health Care Institutions with Emphasis on Intensive
      Care Units," International Forum of Health Technology, Sao Paulo, Brazil, November
      1997.

Y. David: "Telehealth: Can We Take the Distance Out of Caring?," HIMSS Telehealth
      Conference, University of Texas Health Science Center, San Antonio, Texas, September,
      1997.

Y. David: Opening Address, "The Legal Environment of Telemedicine," Legamed, Inc., and the
      Center for Telemedicine Law (CTL), Arlington, Virginia, September 1997.

Y. David: Keynote Address, "Current Practices and Future Directions for Telemedicine," The
      Annual Physics Meeting of Engineering, Radiation, and Medicine, South Australia,
      (PERM-IT '97), Adelaide, Australia, September, 1997.

Y. David, T. Brotherton: "Exploring Opportunities for International Telemedicine Links," Center
      for Telemedicine Law (CTL), Washington, D.C., August 1997.

Y. David: "Telemedicine and EMC: The New Frontier," Proceeding of the FDA/Conference on
      AAMI, Electromagnetic Compatibility/Electromagnetic Interference: Solutions for
      Medical Devices, June 1997.

Y. David, W.D. Paperman, and J. Storch: "EMC: How To Manage The Challenge," American
      Hospital Association, ASHE Technical Document 055144, Healthcare Facilities
      Management Series, June 1997. *

Y. David, J.A. Coss-Bu, L.S. Jefferson, D. Walding, R.S. Sachdeva, and W.J. Klish: "In Vitro
      Validation of a Mass Spectrometer Based Metabolic System (MS)," American Thoracic
      Society, 1997 International Conference, San Francisco, California, May 1997.

*    Peer Review Paper

Curriculum Vitae                              27                              Yadin David

**PUBLICATIONS AND PRESENTATIONS (CONT.):**

Y. David: "Telemedicine - Will the Practice Meet the Promise?," The Bioengineering Research Center, University of Houston and The Houston Society for Engineering in Medicine and Biology, Houston, Texas, April 1997.

Y. David: "Telemedicine - Will the Practice Meet the Promise?," Distinguished Lecture Series in Biomedical Engineering, Drexel University, Philadelphia, Pennsylvania, February 1997.

Y. David, J.A. Coss-Bu, D. Walding, and L.S. Jefferson: "Dead Space Ventilation (DSV) in Critically Ill (CI) Children on Mechanical Ventilation (MV)," Proceedings of the Fifteenth Annual Houston Conference on Biomedical Engineering Research, p. 79, 1997.

Y. David, J.A. Coss-Bu, L.S. Jefferson, and D. Walding: "Dead Space Ventilation (DSV) in Critically Ill (CI) Children on Mechanical Ventilation (MV)," 15th Annual Houston Conference on Biomedical Engineering Research, Houston Texas, February 1997.

Y. David: "EMI issues," EPRI Signature Newsletter, Vol. 7 No. 1, Winter 1996-97.

Y. David: "Prescription for EMI Problems in Healthcare," Electric Power Research Institute, EPRI Signature Newsletter, Vol. 7 No. 1, Winter 1996-97. *

Y. David: "Technology in Medicine: Has the Practice Met the Promise?," IEEE Education and Technology Conference, London, England, October 1996.

Y. David: "Legal and Operational Issues in the Provision of TeleHealth Services," Proceedings of the Asia Telemed '96 Conference, Singapore, October 1996.

Y. David, M.L. Gullikson, and C.A. Blair: "The Role of Quantifiable Risk Factors in a Medical Technology Management Program," Health Care Technology: Trends and Outcomes, The Environment of Care Series, Joint Commission, Number 3, 1996. *

Y. David, J.A. Coss-Bu, D. Walding, R.C. Sachdeva, W.J. Klish, and L.S. Jefferson: "Dead Space Ventilation (DSV) in Critically Ill (CI) Children: Changes Associated to Increased Metabolism and Mechanical Ventilation (MV)," Critical Care Medicine, 24(1): A146, 1996. *

Y. David: "Medical Technology Management," Second Annual Technical Seminar for Biomedical Equipment Technicians, "A Commitment to Excellence", Texas State Technical College, Harlingen, Texas, August 1996.

Y. David: "Telemedicine: The New Way to Deliver Health Care," 33rd Annual Conference & Exhibition of the American Society for Healthcare Engineering, American Hospital Association (AHA), Orlando, Florida, June 1996.

Y. David: "Interdisciplinary Alliances: Attaining Recognition for the Clinical Engineering Profession," Association for the Advancement of Medical Instrumentation (AAMI), 31st Annual Meeting & Exposition, Philadelphia, Pennsylvania, June 1996.

*    Peer Review Paper

Curriculum Vitae                          28                          Yadin David

**PUBLICATIONS AND PRESENTATIONS (CONT.):**

Y. David: "EMC Current Issues," Association for the Advancement of Medical Instrumentation
(AAMI), 31st Annual Meeting & Exposition, Philadelphia, Pennsylvania, June 1996.

Y. David, W.D. Paperman, and M. Martinez: "Testing for EMC in the Clinical Environment,"
Journal of Clinical Engineering, Vol. 21, No. 3, May/June 1996. *

Y. David: "A Model for Clinical Engineering Program," 2nd Medical Engineering Week of the
World (2'MEWW), 4th International Symposium - Biomedical Engineering in the 21st
Century, Taipei, Taiwan, May 1996.

Y. David: "Telehealth: Current Practices and Future Directions," 2nd Medical Engineering Week
of the World (2'MEWW), 4th International Symposium - Biomedical Engineering in the
21st Century, Taipei, Taiwan, May 1996.

Y. David: "Standardization of Capital Equipment," Conference and Exhibition on Health Facility
Planning Design and Construction, American Society for Healthcare Engineering
(ASHE), American Hospital Association (AHA), American College of Architects (AIA),
Academy of Architecture for Health (AAH), San Antonio, Texas, March 1996.

Y. David, J.A. Coss-Bu, L.S. Jefferson, W.J. Klish, D. Walding, and E.O. Smith: "Dead Space
Ventilation (DSV) in Critically Ill (CI) Children: Changes Associated to Increased
Metabolism and Mechanical Ventilation (MV)," Annual Meeting of Critical Care
Medicine, 25th. Educational and Scientific Symposium, New Orleans, Louisiana,
February 1996.

Y. David: "Benchmarking," American Society for Healthcare Engineering, American College of
Clinical Engineering, Chicago, Illinois, November 1995.

Y. David: "Technology Management," American Society for Healthcare Engineering, American
College of Clinical Engineering, Chicago, Illinois, November 1995.

Y. David: "Telehealth: Current Practices and Future Direction," Healthcare Information
Infrastructure, The International Society for Optical Engineering, SPIE Proceedings,
Vol. 2618, Philadelphia, Pennsylvania, October 1995.

Y. David" The Biomedical Engineering Handbook, Clinical Engineering Section Editor, CRC
Press, Inc., Boca Raton, Florida, 1995. *

Y. David, T. Judd: "Management and Assessment of Medical Technology," Chapter in The
Biomedical Engineering Handbook, CRC Press, Inc., Boca Raton, Florida, 1995. *

*   Peer Review Paper

Curriculum Vitae                                29                        Yadin David

**PUBLICATIONS AND PRESENTATIONS (CONT.):**

Y. David: "Technology Assessment," Proceedings of the 1995 Annual Conference and
    Exhibition of the American Society of Healthcare Engineering (ASHE), Las Vegas,
    Nevada, June 1995.

Y. David, J. McClain: "Performance Degradation of Electronic Medical Devices Due to
    Electromagnetic Compatibility (EMC)," Proceedings of the 1995 Annual Conference and
    Exhibition of the American Society of Healthcare Engineering (ASHE), Las Vegas,
    Nevada, June 1995.

Y. David: "Case Study:  Qualifications and Minimum Criteria for Domestic and International
    Clinical TeleConsultations," Proceedings of the Telemedicine 2000 Conference and
    Exhibition, Lake Tahoe, Nevada, June 1995.

Y. David: "Biomedical Engineers, Ethics and Healthcare Technology Policy Making:
    Technology Transfer, Diffusion and Withdrawal," International Society of Technology
    Assessment in Health Care (ISTAHC) 11th Annual Meeting, Stockholm, Sweden, June
    1995.

Y. David: "Establishing Telemedicine Program: Issues and Challenges," Beilinson Medical
    Center, Tel Aviv, Israel, May 1995.

Y. David: "Electromagnetic Compatibility for Medical Devices," Faculty, Food and Drug
    Administration (FDA) Seminar, Anaheim, California, May 1995.

Y. David: "EMC - A Challenge for Clinical Engineering," Course Director, the 30th Annual
    Meeting & Exposition, Association for the Advancement of Medical Instrumentation
    (AAMI), Anaheim, California, May 1995.

Y. David: "Medical Technology: In Search of Management Tools," The 30th Annual Meeting &
    Exposition, Association for the Advancement of Medical Instrumentation (AAMI),
    Anaheim, California, May 1995.

Y. David: "Telemedicine: A New Way for Delivering Care," The 30th Annual Meeting &
    Exposition, Association for the Advancement of Medical Instrumentation (AAMI),
    Anaheim, California, May 1995.

Y. David, D. Walding, J. Coss-Bu, L. Jefferson, and J. Moon: "Metabolic System for Ventilated
    Pediatric Patients," the 30th Annual Meeting & Exposition, Association for the
    Advancement of Medical Instrumentation (AAMI), Anaheim, California, May 1995.

Y. David: "Telemedicine Seminar," Annual Meeting of the Indian Health Service, Department of
    Health and Human Services, Anaheim, California, May 1995.

*   Peer Review Paper

Curriculum Vitae                                30                          Yadin David

**PUBLICATIONS AND PRESENTATIONS (CONT.):**

Y. David: "Use of Technology to Control and Quantify Health Care Costs," Session Chair,
    Health Care Technology Policy II, sponsored by the International Society of Optical
    Engineering (SPIE), Institute of Electrical & Electronics Engineering, Inc. (IEEE),
    Whitaker Foundation, and the Mayo Clinic, Washington, DC, May 1995.

Y. David, C.S. Lessard, et al: "Public Attitude and Perception of Bio/Biomedical Engineering,"
    Proceedings of the Health Care Technology Policy II Conference, sponsored by the
    International Society of Optical Engineering (SPIE), Institute of Electrical & Electronics
    Engineering, Inc. (IEEE), Whitaker Foundation, and the Mayo Clinic, Washington, DC,
    May 1995.

Y. David: "Using Telemedicine in Critical Care," 15th International Symposium on Computing
    in Anesthesia and Intensive Care, Albert Einstein Medical Center, Department of
    Anesthesia, Laboratory of Medical Informatics, Philadelphia, Pennsylvania, April 1995.

Y. David: "Tools for Technology Managers: Strategic Technology Planning," American College
    for Clinical Engineering (ACCE), Teleconference Program, April 1995.

Y. David: "Biomedical Technology: Procurement and Maintenance," Baylor College of Medicine
    Pediatric Postgraduate Symposium, Houston, Texas, April 1995.

Y. David: "Telemedicine: An Emerging Solution for Healthcare Delivery," The Texas Society of
    Professional Engineers, Houston, Texas, April 1995.

Y. David" "Medical Technology Management and Improved Patient Outcomes," University of
    Texas Health Sciences Center, School of Public Health, March 1995.

Y. David: "Medical Technology: Clinical Selection and Adoption," Forum on Commercialization
    of New Biomedical Technologies, Photonics West, The International Society for Optical
    Engineering-SPIE and Biomedical Optics Society, San Jose, California, February 1995.

Y. David, J.A. Coss-Bu, L.S. Jefferson, and D. Walding: "Development of a Metabolic System
    for Ventilated Patients," Thirteenth Annual Houston Convention on Biomedical
    Engineering Research, Houston, Texas, February 1995.

Y. David, J.A. Coss-Bu, L.S. Jefferson, W.J. Klish, D. Walding, and M. Levy: "Nutritional
    Requirements in Two Patients with Toxic Epidermal Necrolysis," American Society for
    Parenteral and Enteral Nutrition, 19th, Clinical Congress, Miami Beach, Florida,
    January 1995.

Y. David: "Electrical Safety and Risk Control," Chapter 6, in <u>Critical Care Monitoring/From Pre-
    Hospital to the ICU,</u> Edited by R.L. Levine and R.E. Fromm Jr., Mosby-Year Book, Inc.
    St Louis, Missouri, 1995. *

* Peer Review Paper

Curriculum Vitae                                31                        Yadin David

**PUBLICATIONS AND PRESENTATIONS (CONT.):**

Y. David: "The Role of Technology in Controlling Costs," The 10th National Conference on
        Medical Technology Management, The American Society for Healthcare Engineering,
        Atlanta, Georgia, November 1994.

Y. David, T. Judd: "Medical Technology Management For Clinical Engineers," Course, 16th
        Annual International Conference of the IEEE Engineering in Medicine and Biology
        Society, Baltimore, Maryland, November 1994.

Y. David: "The Changing Role of Engineering in Health Care: Seizing the Opportunities,"
        Biomedical Engineering Series, Telemedicine Canada, Toronto, Canada, October 1994.

Y. David: "Medical Technology Management," Course, AAMI Mid-Year Meeting & Exposition,
        Cleveland, Ohio, October 1994.

Y. David: "Medical Technology Management Program for Clinical Engineers," The 1st Medical
        Engineering Week of the World, Taipei, Taiwan, Republic of China, September 1994.

Y. David: "Tele-Health: Technology Improving Health Care Delivery System," The 1st Medical
        Engineering Week of the World, Taipei, Taiwan, Republic of China, September 1994.

Y. David: "Medical Equipment Management Program: Methodology and Tools," Biomedical
        Engineering Seminar, Sao Paulo, Brazil, August 1994.

Y. David, W.D. Paperman, and K. McKee: "Electromagnetic Interference: Causes and Concerns
        in the Health Care Environment," American Society for Healthcare Engineering, Health
        Care Facilities Management Series of the AHA, August 1994.

Y. David: "Technology Evaluation is Part of an Equipment Management Program," World
        Congress on Medical Physics and Biomedical Engineering, Rio de Janeiro, Brazil,
        August 1994.

Y. David: "A Seat at the Table: Advancing the Role of Biomedical Engineering in Health Care
        Technology Policy Making," ISTAHC '94, Tenth Annual Meeting, Baltimore, Maryland,
        June 1994.

Y. David, M. Gullikson: "Facility Design for a Comprehensive Clinical Engineering
        Department," AAMI 29th Annual Meeting and Exposition, Washington, D.C., May 1994.

Y. David: "Strategic Technology Planning," AAMI 29th Annual Meeting and Exposition,
        Washington, D.C., May 1994.

* Peer Review Paper

Curriculum Vitae                              32                              Yadin David

**PUBLICATIONS AND PRESENTATIONS (CONT.):**

Y. David, J.A. Coss-Bu, L.S. Jefferson, W.J. Klish, D. Walding, and E.O. Smith: "Resting Energy Expenditure (REE) and Nitrogen (N) Requirements in Critically Ill (CI) and Mechanically Ventilated (MV) Pediatric Patients," American Pediatric Society, Society for Pediatric Research, Annual Meeting, Seattle, Washington, May 1994.

Y. David: "The Role of Technology in the Cost of Health Care," Health Care Technology Policy I, SPIE Proceeding, Vol. 2307, Washington, D.C., April, 1994. *

Y. David, J.A. Coss-Bu, L.S. Jefferson, W.J. Klish, D. Walding, and E.O. Smith: "Resting Energy Expenditure (REE) and Nitrogen (N) Requirements in Critically Ill (CI) and Mechanically Ventilated (MV) Pediatric Patients," Pediatric Research, Vol. 35, No. 4, Part 2: 126A, 1994. *

Y. David, J.A. Coss-Bu, L.S. Jefferson, W.J. Klish, D. Walding, and E.O. Smith: "Scoring Systems (SS) and Resting Energy Expenditure (REE) in the Critically Ill (CI) and Mechanically Ventilated (MV) Pediatric Patient," Pediatric Research, Vol. 35, No. 4, Part 2:49A, 1994. *

Y. David, J.A. Coss-Bu, L.S. Jefferson, W.J. Klish, D. Walding, and E.O. Smith: "Resting Energy Expenditure (REE) in Mechanically Ventilated (MV) Pediatric Patients: Evaluation of Harris-Benedict (HB) and Talbot (TA) Predictions Compared to Measured Indirect Calorimetry (IC)," Critical Care Medicine, 22 (1): A155, 1994. *

Y. David, J.A. Coss-Bu, L.S. Jefferson, W.J. Klish, D. Walding, and E.O. Smith: "Resting Energy Expenditure (REE) in Mechanically Ventilated (MV) Pediatric Patients: Evaluation of Harris-Benedict (HB) and Talbot (TA) Predictions Compared to Measured Indirect Calorimetry (IC)," Annual Meeting of the Society of Critical Care Medicine, 23rd Educational and Scientific Symposium, Orlando, Florida, January 1994.

Y. David: "The Role of the IEEE Health Care Engineering Policy Committee in the Health Care Reform Era," 15th Annual International Conference, IEEE Engineering in Medicine and Biology Society (EMBS), San Diego, California, 1993.

Y. David: "The Evaluation Process for Hospital Technology," Short Course, Mid-Year Conference and Exhibit, AAMI, Bellview, Washington, 1993.

M. L. Gullikson, Y. David: "Risk-Based Equipment Management Systems," The 9th National Conference on Medical Technology Management, American Society for Hospital Engineering of the American Hospital Association, New Orleans, Louisiana, 1993.

M. L. Gullikson, M. Brady, and Y. David: "An Automated Risk Management Tool," Plant Technology & Safety Management Series, Number 2, 1993 PTSM Series, JCAHO, Oakbrook Terrace, Illinois, 1993. *

* Peer Review Paper

Curriculum Vitae 33 Yadin David

**PUBLICATIONS AND PRESENTATIONS (CONT.):**

Y. David, T. Judd: "Medical Technology Management," Biophysical Measurements Series, Spacelabs Medical, Redmond, Washington, 1993.

Y. David: "Safety and Risk-Control Issues," Chapter 109 in the Electrical Engineering Handbook, Editor-in-Chief, R.C. Dorf, CRC Press, Boca Raton, 1993. *

Y. David: "Healthcare Technology Development and Transfer; The Role of Professional Societies and Academia," Proceedings of the First National Meeting on Coupling Technology to National Need, SPIE, Albuquerque, New Mexico, August 1993.

Y. David: "Clinical Engineering: Preparing for the Practice," Texas A&M University, Biomedical Engineering Program Visiting Lecturer Series, College Station, Texas, July 1993.

Y. David: "Medical Technology Planning for the Megatrends," Health Care Conference, Texas Society of Certified Public Accountants, San Antonio, Texas, July 1993.

Y. David: "Technology Management: Practice and Principles," The 2nd International Advanced Clinical Engineering Workshop, Boston, Maine, May 1993.

Y. David: "Technology Assessment and Clinical Engineering: Where Do We Go From Here," Proceeding of the 28th Annual Meeting of AAMI, Boston, Maine, May 1993.

Y. David: "Strategic Planning for Medical Technology," Proceeding of the 'What's on the Health Care Horizon' Symposium, Houston Chapter of the Texas Society of Certified Public Accountants, Houston, Texas, February 1993.

Y. David: "The Role of the U.S. Clinical Engineering in Supporting International CE," Guest Editorial, Journal of Clinical Engineering, Vol. 18, No. 1, January/February 1993.

Y. David: "Technology Evaluation in a U.S. Hospital: the Role of Clinical Engineering," Medical and Biological Engineering and Computing, 31, HTA28-HTA32, January 1993. *

Y. David, J, Bronzino: "Medical Technology: Assessment and Acquisition," Chapter in Management of Medical Technology: A Primer for Clinical Engineers, Butterworth - Heinemann, Boston, 1992. *

Y. David: "Status of Clinical Engineering in the United States: Professional Issues," Proceedings of the 14th Annual International Conference of the IEEE Engineering in Medicine and Biology Society, Paris, France, 1992.

Y. David: "The State of the Clinical Engineering Profession in the U.S.A.," The Journal of Biomedical Engineering Applications, Basis, Communications, No. 5, Taiwan, October 1992. *

* Peer Review Paper

Curriculum Vitae                           34                           Yadin David

**PUBLICATIONS AND PRESENTATIONS (CONT.):**

Y. David: "Technology Assessment: The Next Frontier for Clinical Engineering," Proceeding of the 1992 International Symposium Biomedical Engineering in the 21st Century, Taipei, Taiwan, Republic of China, September 1992.

Y. David: "Medical Technology 2001," Proceeding of the Health Care Conference, Texas Society of Certified Public Accountants, San Antonio, Texas, July 1992.

F. Zavisca, Y. J. Kao, T. David, and Y. David: "An Improved Method to Evaluate Sympathetic Reactivity in Anesthetized Rats - Blood Pressure Responses to Variable Intensity, Brief Electrical Stimuli," IEEE Transaction on Biomedical Engineering, submitted, May 1992.

Y. David: "First Experience with the Safe Medical Device Act," The 6th Clinical Engineering Symposium, Houston, Texas, April 1992.

Y. David: "Physiological Monitoring: Clinical Situations," AAMI/NCCETA Mid Year Meeting and Exposition, Cleveland, Ohio, November 1991.

Y. David: "Safety and Risk Control in the Clinical Environment," Tutorial, World Congress on Medical Physics and Biomedical Engineering, Kyoto, Japan, July 1991.

Y. David: "Credentialing of Clinical Engineers in the USA," World Congress on Medical Physics and Biomedical Engineering, Kyoto, Japan, July 1991.

Y. David: "The Prognostication of Clinical Engineering," World Congress on Medical Physics and Biomedical Engineering, Kyoto, Japan, July 1991.

Y. David: "Clinical Engineering: Recent Progress," World Congress on Medical Physics and Biomedical Engineering, Kyoto, Japan, July 1991.

Y. David: "Clinical Engineer: The Future Chief Technology Officer?," ASHE Annual Conference, New Orleans, Louisiana, June 1991.

Y. David: "Clinical Engineering - A Profession Waiting for Educators," ASHE Annual Conference, New Orleans, Louisiana, June 1991.

Y. David: "Clinical Engineering - A Profession or an Occupation?," AAMI 26th Annual Meeting & Exposition, Washington, D.C., 1991.

T.C. Mayes, L.S. Jefferson, Y. David, P.T. Louis, J.D. Fortenberry: "Management of Malignant Air Leak in a Child with a Neonatal High-Frequency Oscillatory Ventilator," Chest, 1991. *

Y. David, S. Slogoff, M.D., A. Keats, M.D., and S. Igo: "Incidence of Perioperative Myocardial Ischemia Detected by Different Electrocardiographic Systems," Anesthesiology, Vol. 73: No. 6, pgs. 1074-1081, December 1990. *

* Peer Review Paper

Curriculum Vitae                              35                          Yadin David

**PUBLICATIONS AND PRESENTATIONS (CONT.):**

Y. David; "Medical Technology; Consideration for Healthcare Architects," College of
        Architecture, University of Houston, Visiting Lecturer Series, November 1990.

Y. David; "Remote Medical Consultation Via High Definition Video Systems," Proceedings of
        the 12th Annual International Conference IEEE, Engineering in Medicine and Biology
        Society, November 1990.

Y. David; "Medical Devices Risk Reduction - A Case for a Clinical Engineering Program,"
        Proceedings of the 12th Annual International Conference IEEE, Engineering in Medicine
        and Biology Society, November 1990.

Y. David; "Technology Evaluation Process at the Hospital Level," Proceedings of the 6th Annual
        Conference of the International Society for Technology Assessment in Health Care,
        Houston, Texas, May 1990.

Y. David; "The Basic Science Aspects of Instrumentation, Radiation and Facilities Used in
        Cardiac Catheterization Laboratories and Special Care Facilities," Chapter 35 in 'The
        Science and Practice of Pediatric Cardiology' Arthur Garson Jr., J. Timothy Bricker, Dan
        G. McNamara (Editors), Lea & Febiger, Malvern, Pennsylvania, 1990. *

Y. David, G.R. Goodman: "Who Represents the Healthcare Engineer?," IEEE/EMBS Special
        Symposium, Seattle, Washington, November 1989.

Y. David: "Technology Related Decision-Making Issues in Hospitals," IEEE Engineering in
        Medicine & Biology Society, 11th Annual International Conference, November 1989.

Y. David: "The Foundations for a Successful Clinical Engineering Program," The 11th Brazilian
        Congress on Biomedical Engineering, Campinas, Brazil, November 1989.

Y. David, T. Judd, F. Painter, and R. Morris: "A Model for Manpower Development and
        Training for Healthcare Equipment Professionals", World Health Organization (WHO)
        Inter-regional Meeting on Manpower Development and Training for Healthcare
        Equipment Management, Maintenance, and Repair; Campinas, Brazil, November 1989.

Y. David: "Technology: Flexibility for Today and Tomorrow," Trinity Computing Technology
        Seminar, Houston, Texas, October 1989.

Y. David, P. Spitzer, and B. Minard: "Hospital Information Systems: Innovations and Issues",
        The Healthcare Pavilion/Innova, Houston, Texas, September 14, 1989.

Y. David, D. Rohe: "Achieving Results through Effective Engineering Management", The
        Canadian Medical and Biological Engineering Conference, (Short course), Toronto,
        Canada, June 1989.

*   Peer Review Paper

Curriculum Vitae                              36                              Yadin David

## PUBLICATIONS AND PRESENTATIONS (CONT.):

Y. David: "Operational Enhancement in Clinical Engineering Program", Proceedings of the
 AAMI 24th Annual Meeting, St. Louis, Missouri, May 1989.

T.C. Mayes, L.S. Jefferson, and Y. David: "Management of Intractable Respiratory Failure in a
 35 Kilogram Child with a Neonatal High Frequency Ventilator", Pediatric Pulmonary
 Proceedings of the 6th Annual Conference on High Frequency Ventilation of Infants,
 Snowbird, Utah, April 1989.

Y. David: "Who Represents Clinical Engineers?" Letter to the Editor, Journal of Clinical
 Engineering, Vol. 14, No. 1, January/February 1989. *

Y. David: "Do We Need a Professional Body?", Medical & Biological Engineering &
 Computing News/Clinical Engineering Update, IFMBE Newsletter, No. 2, January
 1989.*

Y. David: "Clinical Engineering", University of Houston, Cullen College of Engineering,
 BioEngineering Research Center, Houston, Texas, December 1988.

D. Walding, Y. David, and J. Klasen: "A Computerized Method for Environmental Gas Analysis
 in the Hospital Setting", Proceedings of the 10th IEEE/EMBS International Conference,
 New Orleans, Louisiana, November 1988.

Y. David: "Strategy for Patient-Care Technology Assessment", Proceedings of the 10th
 IEEE/EMBS International Conference, New Orleans, Louisiana, November 1988.

Y. David: "Comprehensive In-House Service Organization - Objectives and Expectations",
 Medical Device Manufacturer Seminar, Washington, D.C., November 1988.

Y. David: "The Professional Clinical Engineer" - Guest Editorial, Journal of Clinical
 Engineering, Vol.13, No. 5, September/October 1988. *

Y. David: "The Innovation in Medical Technology and Its Impact on Healthcare Facilities",
 University of Houston - The Health Environments Institute, Houston, Texas,
 September 26, 1988.

E.J. Truemper, L.S. Jefferson, and Y. David: "Advances in Measurement of Respiratory Gas
 Exchange in Critically Ill Patients," 1988 World Congress on Medical Physics and
 Biomedical Engineering, San Antonio, Texas, 1988.

Y. David: "Ethical Issues in the Clinical Engineering Profession", IEEE/EMBS Magazine Special
 Section, Vol. 7, No. 2, June 1988. *

* Peer Review Paper

Curriculum Vitae                        37                        Yadin David

**PUBLICATIONS AND PRESENTATIONS (CONT.):**

Y. David, D.Z. Myerberg, and T. Ebling: "G.T.I.I. - A Measure of Synchrony of Infant Ventilation," The 4th European Congress on Intensive Care Medicine, Baveno, Italy, June 1988.

Y. David: "The Professional Clinical Engineer", Proceeding of AAMI Annual Meeting and Exhibit, Washington, D.C., May 1988.

Y. David: "The Impact of Evolving Biomedical Technologies and Devices on the Health Care Delivery System", American Institute of Architects, Houston Chapter Committee on Architecture for Health, Houston, Texas, March 1988.

Y. David, A. Wald: "Codes, Standards, and Regulations", Chapter in 'Encyclopedia of Medical Devices and Instrumentation', John G. Webster (editor), Wiley, Interscience, John Wiley & Sons, Inc., 1988. *

Y. David (Contributor): "Health Care Facilities Handbook-1987", National Fire Protection Association, Quincy, Massachusetts, 1987. *

Y. David: "Issues in Clinical Technology Assessment", Proceeding of the VII Nordic Meeting on Medical and Biological Engineering, Trondheim, Norway, 1987.

Y. David, D. Rohe: "Productivity in a Comprehensive Clinical Engineering Program", IEEE/Engineering in Medicine and Biology Society Annual Meeting, Dallas, Texas, 1986.

Y. David: "Clinical Engineering in a Large Medical Center", Proceedings of the U.S. - Japan Symposium on Biomedical Engineering, Baltimore, Maryland, 1986.

Y. David, D. Rohe: "Clinical Engineering Program Productivity and Measurements", Journal of Clinical Engineering, Vol. 11, No. 6, Pg. 435-443, November-December 1986. *

Y. David: "Management Tools for Clinical Engineering Departments", Proceeding of the Eighth Annual Conference of the Engineering in Medicine and Biology Society, Fort Worth, Texas, November 1986.

Y. David, R.A. Gutcheck, D. Cotton, and P.V. Roby: "Continuous Biochemical Monitoring Utilizing Solid State Spectrophotometry", (Abstract), The 3rd International Symposium on Continuous Transcutaneous Monitoring, Zurich, Switzerland, October 1986.

Y. David: "The Medical Instrument Life Cycle Strategy for Clinical Engineers", Engineering in Medicine and Biology Magazine, Vol. 4, No. 2, June 1985. *

Y. David, J. Truett: "The Story of Diagnosis Related Groups", Engineering in Medicine and Biology Magazine, Vol. 4, No. 2, June 1985. *

* Peer Review Paper

Curriculum Vitae                         38                         Yadin David

**PUBLICATIONS AND PRESENTATIONS (CONT.):**

Y. David, D.Z. Myerberg, et al: "The Synchronometer: A Prototype Device to Measure
    Infant/Ventilator Synchrony", IEEE Engineering In Medicine and Biology Magazine, Vol.
    4, No. 1, March 1985. *

Y. David: "The Application of Biomedical Engineering Technologies to the Health Care
    Delivery System Facilities", University of Houston, College of Engineering, The
    Biomedical Engineering Program, Houston, Texas.

Y. David, D.Z. Myerberg, et al: "The Synchronometer: A Prototype Device to Measure
    Infant/Respiration Synchrony", Proceeding of the 14th International Conference on
    Medical and Biological Engineering and The 7th International Conference on Medical
    Physics, Finland, 1985.

Y. David, R.A. Gutcheck, et al: "Continuous Biochemical Monitoring Utilizing Solid State
    Spectrophotometry", Proceeding of the 14th International Conference on Medical and
    Biological Engineering and The 7th International Conference on Medical Physics,
    Finland, 1985.

Y. David, J. Adams, H. Hochberg, and C.M. Koliner: "Percutaneous pH Measurements",
    Medical Technology For the Neonate, Technology Assessment Report, AAMI, TAR No.
    9-84, September 1984. *

Y. David: "Performance Assurance of Home-Care Technology", Home Care '84 Conference,
    Chicago, Illinois, 1984.

Y. David, et al: "G.T.I.I. - A Measurement of Synchrony of Infant Ventilator", The 6th Annual
    Conference on Frontiers of Engineering and Computing in Health Care, 1984.

Y. David, R. Bettinger: "Characteristics of Transcutaneous Electrical Nerve Stimulation Used
    Clinically for Pain Control", 2nd Annual Conference on Biomedical Engineering
    Research - University of Houston, Houston, Texas, 1984.

Y. David: "Apnea Monitoring in Non-Hospital Environment", The 37th Annual Conference on
    Engineering in Medicine and Biology A.C.E.M.B. Meeting, September 1984.

Y. David, J. Truett: "Diagnosis-Related-Groups and Clinical Engineering", 6th Annual
    Conference on Frontiers of Engineering and Computing in Health Care, 1984.

Y. David: "The Utilization of TENS in U.S. Hospital", Physical Therapy Meeting, Tel-Aviv,
    Israel, 1984.

Y. David: "Source of Input", The 7th Annual Conference of the Greater Houston Hospitals
    Management Systems Society, 1984.

* Peer Review Paper

Curriculum Vitae                    39                    Yadin David

**PUBLICATIONS AND PRESENTATIONS (CONT.):**

Y. David, R. Jennings: "The Life Cycle of Medical Devices - Issues of Aging and Obsolescence" Moderators of Round Table Discussion - AAMI The 19th Annual Meeting, 1984.

Y. David, R. Eller, and M. Jopling: "Quality Assurance of Anesthetic Vaporizers", The International Congress on Medical Instrumentation, Holland, May 1984.

Y. David, M. Grafton: "Equipment Life Cycle Strategy in the Biomedical Department", The International Congress on Medical Instrumentation, The Netherlands, May 1984.

D.Z. Myerberg, Y. David, et al: "A New Non-Invasive Device which Continuously Gauges An Infant's Synchrony and Chest Expansion Achieved With Mechanical Ventilation", 2nd International Conference on Fetal and NeoNatal Physiological Measurements, Oxford, England, April 1984.

Y. David, M. Gullikson, and J. Weimert: "Trends in Patient Monitoring Technology", The 19th AAMI Annual Meeting, April 1984.

Y. David, S.K. Sharma, and M. Gullikson: "Equipment Life Cycle Strategy in The Biomedical Department", Engineering in Medicine and Biology Annual Conference, 1983.

Y. David, R. Bettinger: "Characteristics of TENS Used Clinically for Pain Control", The 2nd Southern Biomedical Engineering, 1983.

Y. David, J. Adams, and H. Hochberg: "Percutaneous pH Measurements", Medical Technology For the Neonate, Technology Assessment Conference - AAMI, November 1983.

Y. David, W. Scholz: "New Concepts in Patient Monitoring System", The 2nd Southern Biomedical Engineering Conference, 1983.

Y. David, R. Bettinger: "Transcutaneous Electrical Nerve Stimulators Characteristics", The Association for the Advancement of Medical Instrumentation, The 17th Annual Meeting, 1982.

Y. David, M. Jopling, R. Eller: "Anesthetic Vaporizers: Performance Assurance", Pennsylvania's State Society of Anesthesiologists, Annual Meeting, 1982.

Y. David, C. Koliner: "The Application of Tissue pH and Transcutaneous $P_{02}$ Measurements in ICU", World Congress on Medical Physics and The 13th International Conference on Medical and Biological Engineering, Germany, 1982.

Y. David: "Biomedical Engineering and Future Trends in Medical Instrumentation", Monongahela County Medical Society, 1982.

* Peer Review Paper

Curriculum Vitae                              40                          Yadin David

**PUBLICATIONS AND PRESENTATIONS (CONT.):**

Y. David, C. Koliner: "Use of Cutaneous Monitors in Critically Ill Patients", Pulmonary Ground Round of Western Pennsylvania, Pittsburgh, Pennsylvania, 1982.

L. Pyles, W. Neal, Y. David: "Skin/Arterial Oxygenation Ratio as an Index of Peripheral Perfusion Following Cardiac Surgery in Children", The 23rd National Medical Student Research Forum, 1982.

Y. David, C. Koliner: "Tissue to Blood pH and Transcutaneous to Blood $P_{02}$ Gradients in Critically Ill Patients", The New York State Society of Anesthesiologists, 1981.

J. Gutierrez, Y. David: "Correlation of Transcutaneous Oxygen Tension With Arterial Oxygen Tension During Different Cardiac Output States, Case Reports", International Anesthesia Research Society, 1981.

F. Zavisca, S. Woelfel, and Y. David: "Amnesic Effects of Oral Clinical Doses of Benzodiazepines", FASEB Federation of American Society for Experimental Biology, 1981.

Y. David, C. Koliner, and W. Neal: "Application of Cutaneous $P_{02}$ and Tissue pH Measurements in the Perioperative Period", Association for the Advancement of Medical Instrumentation - The 16th Annual Meeting, 1981.

Y. David, C. Koliner, W. Neal: "Perfusion Index Using Transcutaneous PO2 in Post Cardiac Surgery", Engineering in Medicine and Biology Conference, Annual Meeting, 1981.

R. Kennedy, H. DeSousa, Y. David: "Kinetics of Local Anesthetic Drugs in the Maternal/Fetal Unit", Society of Obstetrical Anesthesia Peritoneal, Annual Meeting, 1981.

Y. David, W. Neal, R. Knapp: "Transcutaneous PO2 as a Perfusion Index in Post Cardiac Surgery" Anesthesia Update, West Virginia State Anesthesiologists Society Annual Meeting, 1980.

P. Forte, W. Neal, Y. David: "$T_cP0_2$ Monitoring as an Index of Peripheral Perfusion Following Cardiac Surgery", W.V.U. School of Medicine Student Research Convocation, 1980.

Y. David, J. Gutierrez: "Environmental Hazards and Pollution in Operating Rooms", Association for the Advancement of Medical Instrumentation, The 14th Annual Meeting, 1979.

J. Gutierrez, M. Howie, Y. David: "Correlation of Transcutaneous Oxygen Tension with Arterial Oxygen Tension During Different Cardiac Output States: A Case Report", American Academy of Pediatrics, Annual Meeting, 1979.

Y. David: "Occupational Safety in the Operating Theater", International Conference on Medical Physics and the XII International Conference on Medical and Biological Engineering, Israel, 1979.

* Peer Review Paper

Curriculum Vitae                             41                          Yadin David

**PUBLICATIONS AND PRESENTATIONS (CONT.):**

F. Zavisca, S. Woelfel, Y. David, et al: "The Effects of Benzodiazepines - Diazepam,
        Flurazepam, and Alprazopam on Cardiovascular and Psychological Function in Healthy
        Medical Students", Post Graduate Assembly New York State Society of Anesthesiologist,
        N.Y.S.S., 1979.

Y. David, J. Gutierrez: "Anesthesia as Environmental Hazard", West Virginia Society of
        Anesthesiologists Annual Update, 1978.

D. Smith, J. Adams, and Y. David: "A Comparison of Analgesic Properties of Morphine and
        Ketamine in the Rat", American Society of Anesthesiologists, A.S.A., Annual Meeting,
        1978.

W. Hess, E. Boyd, and Y. David: "Cardiopulmonary and Amnesic Effects of Alprazolam - A
        New Benzodiazepine Derivative", American Society of Anesthesiologists, A.S.A., 1977.

Y. David: "Environmental Hazards to OR Personnel" - Association of Operating Room Nurses
        West Virginia - A.O.R.N. Workshop, 1977.

Y. David: "Electrosurgical Safety in the OR" - A.O.R.N. West Virginia Workshop, 1977.


**PROFESSIONAL ACTIVITIES:**

Theme Co-Chairman, "Clinical Engineering", World Congress on Medical Physics and
        Biomedical Engineering, Beijing, China, May 26-30, 2012.

Board Member, National Science Foundation, Body of Knowledge Advisory, 2011 – Present.

Judge, Medical Design Excellence Awards, Los Angeles, California, February 2004 – 2010.

Chairman, NFPA Laser Safety Committee, Boston, Massachusetts, January 1998 - 2009.

President, ACCE HealthCare Technology Foundation (501C3) - 2002.

Chair, NFPA 99 Health Care Facilities - Gas Delivery Equipment (HEA-GAS) Committee,
        July 2002.

Board of Directors, Orbis International, New York, NY, August 1999.

Committee Member - AAMI/ES, Electrical Safety Committee.  2001.
                          - AAMI/EM, Electromagnetic Compatibility Committee.  2000.

Lecturer, "Problems With Medical Telemetry and Telemedicine", Healthtec '99, Baltimore,
        Maryland, April 2000.

Member, Orbis International Global Grant Applications, New York City and Seattle,
        Washington, July 1999.

Curriculum Vitae                                  42                              Yadin David

**PROFESSIONAL ACTIVITIES (CONT.):**

Representative, in the "4th International Conference on the Medical Aspects of Telemedicine,"
        held in conjunction with US-Israel Science and Technology Symposium on
        "Telemedicine Frontiers Toward the 21st. Century, Jerusalem, Israel, June 1999.

Representative to the First Meeting of 1999 TeleHealth Committee of the American Society of
        HealthCare Engineering (ASHE), Seattle, Washington, February 5, 1999.

Panel Member, AIBS Peer Review Panel on the Defense Women's Health (DWH) Research
        Programs.  The American Institute of Biological Sciences (AIBS) and the United States
        Army Research and Material Command (USAMRMC), Sterling. Virginia,
        January 25 - 26, 1999.

Representative, TCH International at Caracas and Maracaibo, Venezuela negotiations of
        Telemedicine Projects, 1999.

Workshop Chairman, "Real Telemedicine Applications and Issues", Sponsored by the Annual
        Conference and Exposition for the Selection, Integration, Management and Support of
        Healthcare Technology, in conjunction with ASHE's National Conference on Medical
        Technology Management, Nashville, Tennessee, May 1998.

Program Chairman, "Electromagnetic Interferences Around Medical Devices", taped for
        television broadcast by HITN, Washington, D.C., May 1998.

Session Chair, "Electromagnetic Interference - International Issues," AAMI 33rd Annual
        Meeting, Philadelphia, Pennsylvania, May 1998.

Representative, TCH International and the Greater Houston Partnership, representing Texas
        Children's Hospital as a member of the business development mission, Caracas,
        Venezuela, March 1998.

Guest Speaker, Exploring Opportunities for International Telemedicine Links, Center for
        Telemedicine Law (CTL), at the White House, Washington, D.C., August 1997.

Faculty Member, Meet the Experts Session on "Electromagnetic Compatibility: Facility Policy
        Procedures and Education," AAMI/FDA, AAMI Annual Meeting, Washington, D.C.,
        June 1997.

Roundtable Moderator, "Telemedicine and PACS: What's Ahead?" AAMI Annual Meeting,
        Washington, D.C., June 1997.

Track Chairman, "ElectroMagnetic Interference in Medical Devices", AAMI Annual Meeting,
        Washington, D.C., June 1997.

Track Chairman, "ElectroMagnetic Interference in Medical Devices", AAMI Annual Meeting,
        Philadelphia, Pennsylvania, June 1996.

Curriculum Vitae                        43                        Yadin David

**PROFESSIONAL ACTIVITIES (CONT.):**

Track Chairman, "Telemedicine", SPIE, Philadelphia, Pennsylvania, October 1995.

Track Chairman, "Critical Care Monitoring and Telecommunications for Health Care", 17th Annual International Conference of the IEEE Engineering in Medicine and Biology Society (IEEE/EMBS) and 21st Canadian Medical and Biological Engineering Conference, Montreal, Canada, September 1995.

Track Co-Chair, "Electromagnetic Compatibility", Association for the Advancement of Medical Instrumentation (AAMI), Anaheim, California, May 1995.

Track Chairman, "Critical Care Monitoring", 16th Annual International Conference of the IEEE Engineering in Medicine and Biology Society, Baltimore, Maryland, November 1994.

Course Director, "Evaluating Medical Technology: The Hospital Perspective", AAMI Mid-year Meeting and Exposition, Bellevue, Washington, October 1993.

Chairman, Boston Organizing Committee, Responsible for Developing and Implementing 4 weeks of Clinical Engineering training for 40 Engineers from the former Soviet Union Republics, Central and South America, Boston, Maine, May/June 1993.

Session Chairman, "Clinical Engineering in the Hospital Environment", IEEE/EMBS Annual Meeting, Orlando, Florida, November 1991.

Session Chairman, "Monitors and Instrumentation in Critical Care", IEEE/EMBS Annual Meeting, Orlando, Florida, November 1991.

Session Co-Chairman, "Clinical Engineering Role", World Congress on Medical Physics and Biomedical Engineering, Kyoto, Japan, July 1991.

Course Director, "Towards Excellence: Critical Information for Clinical Engineering Managers", The Canadian Medical and Biological Engineering Society, Banff, Alberta, May 1991.

Course Director, "Towards Excellence: Critical Information for Hospital Clinical Engineering Managers", AAMI 25th Annual Meeting, Anaheim, California, May 1990.

Roundtable Moderator, "National Clinical Engineering Society - One Year Later", AAMI 25th Annual Meeting, Anaheim, California, May 1990.

Chairman, Post Conference Symposia - 6th Annual Conference of the International Society for Technology Assessment in Health Care, Houston, Texas, May 1990.

Chairman, IEEE/EMBS Clinical Engineering Committee, 1990.

Chairman, IEEE/EMBS Ad Hoc Clinical Engineering Committee, 1988-1989.

Chairman, The Clinical Engineering Track, IEEE/EMBS 11th Annual International Conference, Seattle, Washington, November 1989.

Curriculum Vitae                                44                          Yadin David

**PROFESSIONAL ACTIVITIES (CONT.):**

Symposium Chairman, "The Role of the Engineer in the Healthcare System," IEEE/EMBS 11th
        Annual International Conference, Seattle, Washington, November 1989.

Roundtable Chairman, "National Clinical Engineering Society?", AAMI 24th Annual Meeting,
        St. Louis, Missouri, May 1989.

Chairman, The Clinical Engineering Track, IEEE/EMBS 10th Annual Conference, New Orleans,
        Louisiana, November 4-7, 1988.

Session Chairman, Systems and Instruments for Clinical Assessment, IEEE/EMBS 10th Annual
        Conference, New Orleans, Louisiana, November 4-7, 1988.

Scientific Program Chairman: Clinical Engineering (13 sessions) in the World Congress on
        Medical Physics and Biomedical Engineering, San Antonio, Texas, August 7-12, 1988.

The 6th Biomedical Engineering Research in Houston Conference - Program Steering
        Committee, Houston, Texas, 1988.

Session Chairman, "Ethical Responsibilities of the Clinical Engineer", IEEE/Health Care
        Engineering Policy Committee Symposia: Ethical and Economic Issues in Biomedical
        Engineering Technology and Technological Advances in Models for Biomedical
        Research - Boston, Massachusetts, November 13-14, 1987.

Session Co-Chairman, Clinical Engineering, The VII Nordic Medical and Biological
        Engineering, Trondheim, Norway, 1987.

Chairman, The Fourth Annual Clinical Engineering Symposium and the AAMI Regional
        Meeting and Exhibit Program, 1987.

Round Table Discussion Moderator - "Clinical Engineering Policy - Government and Industry
        Interface", IEEE/Engineering in Medicine and Biology, 8th Annual Conference,
        November 1986.

Chairman, The Third Annual Clinical Engineering Symposium and the AAMI Regional Meeting
        and Exhibit Program, 1985.

Chairman, The Second Annual Clinical Engineering Symposium, Houston, Texas, 1984.

Conduct: Medical Residents Lecture Series - Physics and Electricity for the Anesthesiologist.
        The University of Texas Health Science Center at Houston, Department of
        Anesthesiology, Houston, Texas, November 1984.

Round Table Discussion Moderator - "The Life Cycle of Medical Devices: Issues of Aging &
        Obsolescence", The 19th AAMI Annual Meeting, April 1984.

Curriculum Vitae                          45                          Yadin David

**PROFESSIONAL ACTIVITIES (CONT.):**

Lecturer, "Clinical Engineering: Responsibilities and Opportunities", Association of
  Bioengineering Students, Texas A & M University, College Station, Texas, April 1984.

Session Chairman, Clinical Application - 2nd Annual Conference on Biomedical Engineering
  Research, University of Houston, Houston, Texas, February 1984.

Founder and Program Chairman, The Annual Clinical Engineering Symposium, Houston, Texas,
  1983.

Scientific Director, Pain Management Consultants, Morgantown, West Virginia, 1979-1983.

Conduct: Basic Science Series - Electricity, Physics, and Instrumentation for Anesthesiology
  Residents. West Virginia University Medical School, Morgantown, West Virginia,
  1976-1982.

Session Chairman, "Application of Electrical Nerve Stimulation for Clinical Pain Control",
  AAMI 17th Annual Meeting, May 1982.

Adviser (With W. A. Neal, M.D.) The W.V.U. Medical Student Cardiology Fellowship.  Every
  year the work has been selected for presentation at the Van Liere Medical Student
  Research Paper Competition, West Virginia University Medical Center, Morgantown,
  West Virginia, 1979-1982.

Advisor, Anesthesia Biomedical Engineering Summer Preceptorship, West Virginia University
  Medical School, Morgantown, West Virginia, 1979-1982.

Appears In:

  Who's Who in International Scientist of the Year - 2002-2003.

  Who's Who in Medicine and Healthcare, 2nd Edition - 1998.

  Who's Who in the World, 16th Edition - 1997.

  Who's Who in America, 53rd Edition - 1997.

  Who's Who in Science and Engineering Registry, 4th Edition - 1997.

  Who's Who in the South and Southwest 17th Edition 1980-1995.

  Who's Who Registry - 1994-1995.

  Biomedical Technology Management - Profile Interview, July/August 1994.

  Who's Who in the Frontiers of Science and Technology 2nd Edition.

Appears In:

Curriculum Vitae                              46                        Yadin David

Men of Achievement - 8th edition, 1981.

The Directory of Distinguished Americans - 1st edition, 1981.


## GRANTS AND RESEARCH:

Texas Infrastructure Fund- Implementation of Pediatric Telemedicine Program – Dr. L. Jefferson
    (P.I.) – ($300,000.00), March 2000.

Understanding and Preventing Neonatal Brain Damage Consultant for Dr. Jan Goddard Finegold
    (P.I.) Department of Health & Human Services Grant ($1.63M), April 1993.

Clinical Evaluation of Fiber optic pH Monitoring for Intrapartum Fetal Monitoring -
    Co-Investigator with M.G. Dodson, M.D., and D. Cotton, M.D., Baylor College of
    Medicine Dept OB/GYN, Houston, Texas, 1985.

Clinical Evaluation of Tissue pH Monitoring for Intrapartum Fetal Monitoring - Co-Investigator
    with E. Abouleish, M.D., and F. Zavisca, M.D.  U of T Medical School, Houston, Texas,
    1984.

The Clinical Investigation of New Tissue pH System During the Intra and Peri-Operatively
    Periods, Co-Investigator, Charles Koliner, M.D., West Virginia University Medical
    School, Morgantown, West Virginia, 1982.

The Pharmacological Effects of Diazepam and Flurazepam on the Cardiovascular and
    Respiratory Systems in Healthy Volunteers - with Richard B. Knapp, M.D., W. Virginia
    University Medical School, Morgantown, West Virginia, 1981.

Transcutaneous PO2 Monitoring in the Post Operative Cardiac Surgery Patients (Children) with
    W. Neal, M.D., West Virginia University Medical School, Morgantown, West Virginia,
    1980.

The Effect of Inhalation Anesthetic Agents on Transcutaneous Oxygen Tension Indicator - with
    J. Gutierrez, M.D., West Virginia University Medical School, Morgantown, West
    Virginia, 1980.

Non-Invasive Recording of Fetal EEG - with D. Remen, M.D., West Virginia University Medical
    Center, Institutional Research Grant ($2,000.00), 1977.