# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To: All Actions | **DECLARATION OF MONICA L. DAVIES IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF MICHAEL KEEN, P. ENG., MBA** |

Monica L. Davies, being first duly sworn, deposes and declares:

I am an attorney at the law firm of Blackwell Burke P.A., and one of the attorneys representing 3M Company and Arizant Healthcare Inc. (together, "Defendants") in connection with the above-captioned matter. I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion to Exclude the Opinions and Testimony of Michael Keen, P. Eng., MBA. Unless otherwise stated, the facts set forth herein are based upon my personal knowledge, information, and belief.

1. Attached as Defendants' Exhibit DX1 is a true and correct copy of the transcript of the deposition of Michael Keen.

2. Attached as Defendants' Exhibit DX2 is a true and correct copy of excerpts from the transcript of the deposition of Daniel Koenigshofer, P.E.

3. Attached as Defendants' Exhibit DX3 is a true and correct copy of ANSI/ASHRAE/ASHE Standard 170-2013, Ventilation of Health Care Facilities.

I declare under penalty of perjury that the foregoing is true and correct.

2

Dated:  October 3, 2017						Respectfully submitted,

								*s/Monica L. Davies*
								Monica L. Davies