# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To:<br>ALL CASES | **DEFENDANTS' RULE 7.1(F) CERTIFICATE OF COMPLIANCE** |

    I, Mary S. Young, certify that the Memorandum in Opposition to Plaintiffs' Motion to Exclude Opinions and Testimony of Richard Wenzel, M.D. ("Memorandum") complies with the limits of Local Rule 7.1(f) and with the type-size limit of Local Rule 7.1(h).

    I further certify that, in preparation of the above document, I used Microsoft Word 2010, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

    I further certify that the Memorandum contains 6492 words.

Dated: October 3, 2017                                Respectfully submitted,

*s/Mary S. Young*
Mary S. Young (MN #0392781)
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3214
Fax: (612) 343-3205
Email: myoung@blackwellburke.com

**Counsel for Defendants 3M Company
And Arizant Healthcare Inc.**