**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

In re: BAIR HUGGER FORCED AIR
WARMING DEVICES PRODUCTS
LIABILITY LITIGATION

MDL No. 15-2666 (JNE/FLN)


This Document Relates To:
All Actions

**DECLARATION OF PETER J. GOSS
IN SUPPORT OF DEFENDANTS'
OPPOSITION TO PLAINTIFFS'
MOTION TO EXCLUDE THE
OPINIONS AND TESTIMONY OF
GARY S. SETTLES**

---

Peter J. Goss, being first duly sworn, deposes and declares:

I am an attorney at the law firm of Blackwell Burke P.A., and one of the attorneys representing 3M Company and Arizant Healthcare Inc. (together, "Defendants") in this litigation. I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion to Exclude the Opinions and Testimony of Gary S. Settles.  Unless otherwise stated, the facts set forth herein are based upon my personal knowledge, information, and belief.

1.      Attached as Defendants' Exhibit DX1 is a true and correct copy of excerpts from Settles G., *Schlieren and Shadowgraph Techniques: Visualizing Phenomena in Transparent Media*, Springer-Verlag (2001).

2.      Attached as Defendants' Exhibit DX2 is a true and correct copy of the transcript from the deposition of Gary S. Settles.

3.      Attached as Defendants' Exhibit DX3 is a true and correct copy of Gary S. Settles' Expert Report in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  October 3, 2017

Respectfully submitted,

*s/Peter J. Goss*
Peter J. Goss