# EXHIBIT DX2

TO DECLARATION OF PETER J. GOSS IN
SUPPORT OF DEFENDANTS' MOTION TO
EXCLUDE THE OPINIONS AND TESTIMONY OF
GARY SETTLES, PH.D.

Confidential - Subject to Protective Order

Page 1

1              UNITED STATES DISTRICT COURT

2              DISTRICT OF MINNESOTA

3    - - - - - - - - - - - - - - - - - - - - - - - - - - -

4    In Re:

5    Bair Hugger Forced Air Warming

6    Products Liability Litigation

7

8    This Document Relates To:

9    All Actions          MDL No. 15-2666 (JNE/FLM)

10   - - - - - - - - - - - - - - - - - - - - - - - - - - -

11

12        DEPOSITION OF GARY S. SETTLES, Ph.D.

13             VOLUME I, PAGES 1 - 352

14                  JULY 18, 2017

15

16

17             (The following is the deposition of GARY S.

18   SETTLES, Ph.D., taken pursuant to Notice of Taking

19   Deposition, via videotape, at the Hyatt Regency

20   Pittsburgh International Airport, 1111 Airport

21   Boulevard, in the City of Pittsburgh, State of

22   Pennsylvania, commencing at approximately 9:34

23   o'clock a.m., July 18, 2017.)

24

25

Confidential - Subject to Protective Order

Page 2

1  APPEARANCES:
2    On Behalf of the Plaintiffs:
3      Gabriel Assaad
       KENNEDY HODGES
4      4409 Montrose Boulevard
       Suite 200
5      Houston, Texas  77006
6      Genevieve M. Zimmerman
       MESHBESHER & SPENCE, LTD.
7      1616 Park Avenue
       Minneapolis, Minnesota  55404
8
9    On Behalf of the Defendants:
10     Peter J. Goss
       BLACKWELL BURKE P.A.
11     431 South Seventh Street
       Suite 2500
12     Minneapolis, Minnesota  55415
13  ALSO PRESENT:
14     Jason E. Przymus, Videographer
15           EXAMINATION INDEX
    WITNESS        EXAMINED BY          PAGE
16  Dr. Settles    Mr. Assaad      4
17           EXHIBIT INDEX
    EXHIBIT       DESCRIPTION          PAGE
18  Settles
    1     Schlieren Imaging of Operating-Room   91
19          Airflows Associated with Patient
            Warming Blankets, Gary S. Settles,
20          Ph.D., June 1, 2017
21  2     Revised - Schlieren Imaging of    91
            Operating-Room Airflows Associated
22          with Patient Warming Blankets, Gary
            S. Settles, Ph.D., June 1, 2017
23  3     Article, Effect of forced-air    122
            warming on the performance of
24          operating theatre laminar flow
            ventilation, Dasari, et al,
25          Anaesthesia 2012

Page 3

1   4     Article, Airborne bacterial    139
            contamination during orthopedic
2           surgery: A randomized controlled
            pilot trial, Oguz, et al, Journal
3           of Clinical Anaesthesia, 2017
4   5     Article, Forced-air patient warming  139
            blankets disrupt unidirectional
5           airflow, Legg, et al, The Bone &
            Joint Journal, 2013
6   6     Article, Do forced air    139
            patient-warming devices disrupt
7           unidirectional downward airflow?
            Legg, et al, The Journal of Bone &
8           Joint Surgery, 2012
    7     G. S. Settles Lab Notebook, 21 pgs.  165
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

1            P R O C E E D I N G S
2    (Witness sworn.)
3            GARY S. SETTLES, Ph.D.,
4        Called as a witness, being first
5        duly sworn, was examined and
6        testified as follows:
7            EXAMINATION
8    BY MR. ASSAAD:
9        Q.  Please state your name for the record.
10       A.  Gary Stuart Settles, S-E-T-T-L-E-S.
11       Q.  Dr. Settles, my name is Gabriel Assaad and I
12   represent over 2500 plaintiffs in this multidistrict
13   litigation, and I'm going to ask you numerous
14   questions today regarding your expert report.
15           Do you understand that?
16       A.  Yes.
17       Q.  Have you ever had your deposition taken
18   before?
19       A.  No.
20       Q.  So this is the first time.
21       A.  First time.
22       Q.  Okay.  Then I'm going to go through some
23   ground rules.  First, I'm going to ask you numerous
24   questions, and you said you understood that; correct?
25       A.  Yes.

Page 5

1        Q.  Okay.  If you don't understand my question,
2    please let me know.
3        A.  Yes.
4        Q.  Understand?  Okay.
5            If you answer the question that I've asked
6    I'm going to assume that you understood it.  Fair?
7        A.  Yes.
8        Q.  Since this is your first time I'd like to
9    remind you that there is a court reporter taking down
10   everything we say, and therefore wait until I finish
11   my question before you answer, and I'll wait while
12   you're finishing your answer before I ask another
13   question.  Fair?
14       A.  That's fair.
15       Q.  Okay.
16       A.  Could I just ask about the -- how certain
17   technical jargon would be handled with the court
18   reporter?  Is it okay to spell these words out, or --
19       Q.  If you want to spell it out, you can;
20   otherwise during a break she will ask us how to spell
21   certain words if she doesn't know how to spell them.
22       A.  I understand.
23       Q.  First and foremost can we agree that during
24   your testimony today you will not be guessing about
25   anything?  Fair enough?

Confidential - Subject to Protective Order

Page 6

1      A.  Fair enough.
2      Q.  Both sides don't want any guessing.  We want
3  reliable expert testimony.  Do you understand that?
4      A.  I understand.
5      Q.  Okay.  Now you understand that you've been
6  designated as an expert in this case by the
7  defendants.
8      A.  (Nodding.)  Yes.
9      Q.  And as an expert, you understand that you
10  are to be objective in your opinions.  Fair?
11      A.  I understand that.
12      Q.  You're not supposed to be an advocate for
13  either side, but offer objective expert opinions based
14  on your education, training and experience.  Do you
15  understand that?
16      A.  Yes.
17      Q.  Okay.  You understand that you are -- in
18  this deposition you are -- it is similar to being in
19  trial and all the testimony you are giving today is
20  under penalty of perjury.  Do you understand that?
21      A.  I do.
22      Q.  Now at any point if you realize that any
23  testimony you give is -- is not correct, wrong or
24  false, this is the time to correct it at any time
25  during the deposition.  Fair enough?

Page 7

1      A.  Yes.
2      Q.  Now the purpose of this deposition is for
3  the plaintiffs to understand the full scope of your
4  opinions.  Do you understand that?
5      A.  Yes.
6      Q.  Okay.  And in litigation this is our one
7  time for us to ask you questions under oath and obtain
8  all the opinions you have with respect to general
9  causation in this case.  You understand that.
10      A.  "General causation."
11      Q.  Yes.  Let me -- Let me -- There's -- Forget
12  about --
13          This is the one time I have to ask you about
14  all your opinions so far in this case that you have
15  formulated.  Do you understand that?
16      A.  Opinions relevant to this case.
17      Q.  Yes.
18      A.  Yes.
19      Q.  Okay.  As well as I have a right to
20  understand the methodologies used by you to formulate
21  your opinions.  Do you understand that?
22      A.  Yes.
23      Q.  Okay.  Now you have done -- you have done
24  research in the past; correct?
25      A.  Yes.

Page 8

1      Q.  Okay.  And you've used your technique, the
2  schlieren technique, which is S-C-H-L-I-E-R-E-N -- And
3  that word will be used a lot so I'm spelling it now.
4          THE REPORTER:  Thank you.
5      Q.  You've used the schlieren technique many
6  times in the past; correct?
7      A.  For the last 50 years.
8      Q.  Okay.  And you've written extensively on
9  schlieren; correct?
10      A.  I have.
11      Q.  Okay.  And with respect to research and
12  studies performed by schlieren you usually have a
13  methodology that you would use with every type of
14  paper you've written; correct?
15      A.  A methodology of the operation of the
16  optical instrument, or -- I'm not quite understanding
17  what you mean by "methodology."
18      Q.  For example, when you do a -- a scientific
19  study you sit down and you form a methodology of how
20  to perform the study.
21      A.  Yes.
22      Q.  And how would you define "methodology"?
23      A.  It's what I just asked you, but it would be
24  a plan of action to use an instrument, in this case
25  we're talking about the schlieren instrument, in order

Page 9

1  to image and better understand natural phenomena.
2      Q.  And would it be fair that before you perform
3  any scientific research or study you have a
4  hypothesis?
5      A.  Well this needs some discussion, because in
6  some circumstances you are investigating a phenomenon
7  so your hypothesis would be this is what's happening,
8  and then you would either -- your further work would
9  then either approve or deny that hypothesis.  But in
10  visualizing a flow it's not necessary to have a
11  hypothesis about -- always necessary to have a
12  hypothesis about what the flow is doing.  It's only
13  necessary to have the tools available to render an
14  image and -- or a video, and then to produce that and
15  observe the flow.  Once you observe the flow is the
16  time to start developing -- developing hypothesis, it
17  looks like this, or it looks like that kind of a
18  phenomenon.
19      Q.  Okay.  So the hypothesis could come either
20  before you observe the experimental data or after.
21      A.  Correct.
22      Q.  Depending on the type of study.  Fair?
23      A.  Correct.
24      Q.  Okay.  Was there a hypothesis in this case
25  that you formulated or were told prior to performing

Confidential - Subject to Protective Order

Page 10

1  your work?
2      A.  No.  We -- The plan here was to use the
3  schlieren instrument, apparently for the first time,
4  to observe the airflows associated with laminar
5  downflow as -- such as would be in an operating room,
6  and interacting with patient-warming blankets.  And
7  since other flow visualization methods had been used
8  but not the schlieren technique, it was important to
9  first get some evidence, get some images and video,
10  and to try then from that evidence to understand the
11  flow phenomenon that's happening.
12      Q.  Okay.
13      A.  So I did not go into this with a particular
14  hypothesis about an airflow interaction with a
15  patient-warming blanket.
16      Q.  Fair enough.  And you said "the first time."
17  This is the first time the schlieren's been used with
18  a Bair Hugger?
19      A.  As far as I know.
20      Q.  Okay.
21      A.  With a patient-warming blanket, let's not
22  narrow that down to a particular brand.
23      Q.  Okay.  With a patient-warming blanket?
24      A.  Yeah.
25      Q.  What are patient-warming blankets?

Page 11

1      A.  Patient-warming blankets, as I understand
2  them, are medical devices that applied to a patient
3  during surgery in order to keep the body from
4  undergoing hypothermia, keep the body warm.
5      Q.  And you tested two patient-warming blankets
6  in your study; correct?
7      A.  I did.
8      Q.  One was the HotDog and one was the Bair
9  Hugger; correct?
10      A.  Yes.
11      Q.  And they're two patient-warming blankets but
12  just different designs; correct?
13      A.  Different principles.
14      Q.  Okay.  One uses conduction and one uses
15  convection mainly; correct?
16      A.  Well one uses conduction and one uses forced
17  air; convection if you like, yes.
18      Q.  Okay.  Forced air is --
19          (Interruption by the reporter.)
20      Q.  Well forced air is convection; correct?
21      A.  Yes.
22      Q.  Okay.
23      A.  It's a type of convection.
24      Q.  Okay.  So same product, different design;
25  correct?

Page 12

1          Same ultimate product purpose, different
2  design; correct?
3      A.  Same purpose, different design.
4      Q.  Yeah.  Okay.
5          You used the term "laminar flow" just now;
6  correct?
7      A.  Yes.
8      Q.  What is laminar flow?
9      A.  I think for today's purposes there have to
10  be two definitions.  The first definition, the
11  scientific definition, is a flow in which the
12  molecules form layers and -- and move smoothly over
13  one another; that is to say, not turbulent flow.
14  That's the scientific definition.  The -- However,
15  there's a terminology in clean room and operating
16  theater work that can be a little confusing, and that
17  is that the ceiling is fitted with louvers and there
18  is a downflow, and the downflow has, in principle,
19  more or less straight streamlines so it produces a
20  waterfall-like airflow down onto the operating table.
21  And this is referred to at least in clean room
22  technology, and I've seen it also in the operating
23  room papers, as laminar flow.  But in fact the
24  Reynolds number of the airflow is high enough Reynolds
25  number that the flow is actually turbulent, not

Page 13

1  laminar by scientific definition.  So I want to answer
2  your question that way in order to avoid confusion.
3      Q.  Okay.  So in the world of engineering the
4  term "laminar flow" as compared to "turbulent flow" is
5  dependent on the Reynolds number; correct?
6      A.  Yes.
7      Q.  Okay.  With respect to our discussions today
8  you're going to use a different definition depending
9  on the type of flow in the operating room or a clean
10  room as compared to turbulent flow; correct?
11      A.  Well there's certainly turbulent flow
12  present in an operating room and a clean room, but I'm
13  just talking about the terminology that's used for
14  this idea of producing a downflow in which the
15  streamlines are essentially straight.
16      Q.  What's the difference between an operating
17  room that is a laminar flow and an operating room
18  that's a unidirectional flow?
19      A.  A laminar flow --
20          A laminar downflow in this case is a
21  unidirectional flow in the downward direction.
22      Q.  Okay.  So you -- they're synonymous?
23      A.  Not exactly.
24          MR. GOSS:  Object to form.
25      A.  You could have a unidirectional flow that's

Confidential - Subject to Protective Order

Page 14

1  horizontal.
2  Q.  Okay.  You can't have a laminar flow that's
3  horizontal?
4  A.  Yes.  But laminar in the sense of straight
5  streamlines, not in the sense of no turbulence.
6  Q.  Okay.  Have you ever designed an operating
7  room?
8  A.  No, sir.
9  Q.  Have you ever done any studies in an
10  operating room?
11  A.  No, sir.
12  Q.  You're a member of ASHRAE; correct?
13  A.  I am.
14  Q.  You're a member of ASME?
15  A.  I'm a fellow of ASME.
16  Q.  So the answer to my question is "yes"?
17  A.  Yes.
18  Q.  Okay.  Now my understanding is that your
19  main opinion in this case is that the Bair Hugger
20  device does not disrupt the unidirectional airflow
21  from above; correct?
22  A.  In my expert report we show images of
23  experiments that were done with a unidirectional flow
24  from above, and we show Bair Hugger and HotDog
25  patient-warming blankets.  And neither of those two

Page 15

1  produce significant disruption of the flow from above.
2  Q.  So are you saying they do disrupt the
3  downward flow?
4  A.  There is a layer of --
5  Q.  "Yes" or "no," sir?
6  MR. GOSS:  Let him finish his --
7  Q.  "Yes" or "no," then you can give an
8  explanation.
9  MR. GOSS:  Let him finish his answer.
10  Q.  Okay.  I want a "yes" or "no."
11  MR. ASSAAD:  Let's not get started, Peter.
12  I'm talking about the production --
13  MR. GOSS:  You're not going to bully
14  another retired Professor Emeritus.  Let him answer
15  the question.
16  MR. ASSAAD:  He's sitting in this -- He's
17  sitting in this deposition, he needs to answer my
18  questions.
19  Q.  "Yes" or "no"?
20  A.  I need to hear your question repeated.
21  (Record read by the reporter.)
22  A.  There's no yes-or-no answer to that
23  question.  It's not amenable to a "yes" or a "no."  I
24  can answer --
25  Q.  So you have no opinion one way or the other

Page 16

1  with -- with --
2  A.  Sir, --
3  Q.  -- a definite opinion.
4  A.  -- what happens cannot be described by a
5  yes-or-no answer to that question.  If you'll allow
6  me, I'll explain what I mean.
7  Q.  That's all I need.  If you can't answer
8  "yes" or "no," that's fine.
9  So the next question I have is:  All your
10  opinions are in your expert report; correct?
11  A.  Yes.
12  Q.  Which expert report are we talking about,
13  the revised one, or the one submitted June 1st, 2017?
14  A.  Well my expert opinions were first submitted
15  June 17, and then there was a revision that corrected
16  a couple of items.  So they both have my expert
17  opinion, but a couple of issues were -- I discovered
18  were corrected.
19  Q.  What did you discover?
20  A.  Upon re-reading the report after a couple of
21  weeks I discovered that the figure and the discussion
22  associated with the downflow generator quoted an
23  accuracy that was unrealistic based on the
24  measurements, so I corrected it.
25  The second one was that one figure in -- in

Page 17

1  the report that showed flow around -- beneath the
2  surgical table and around the feet, when I wrote the
3  report I was under the impression that the downflow
4  was on when that experiment was done, but the logbook
5  suggests that that's not the case.  This generated
6  enough question about that particular image that I
7  removed the image and the discussion thereof.
8  Q.  So my understanding is you removed the image
9  and the discussion regarding the effect of the Bair
10  Hugger at the -- below the drape, below the table of
11  the drape because you were not sure, when you
12  conducted that study, whether or not the downflow
13  generator was on or off; is that correct?
14  A.  That particular issue.
15  Q.  Okay.
16  A.  In all other cases I was sure.
17  Q.  When you say "all other cases," what do you
18  mean by "all other cases"?
19  A.  Every other example illustrated by schlieren
20  images in the report.  It was only --
21  Q.  Is there -- Is there a video of a schlieren
22  image with the downflow generator on of the feet of a
23  particular person?
24  A.  No, sir.
25  Q.  Okay.  Are there still pictures of a

Confidential - Subject to Protective Order

Page 18

1  schlieren image with the downflow generator on of the
2  feet area or the lower area?
3      A.  No still pictures.
4      Q.  Okay.  So sitting --
5          (Interruption by the reporter.)
6      Q.  So my understanding is that you have no
7  evidence or data with respect to the effect of the
8  Bair Hugger device with the downflow generator off at
9  -- at the feet area of a person.
10         MR. GOSS:  Did you mean to say "on," the
11 downflow generator on?
12         MR. ASSAAD:  Yes.
13         [Outside interruption.]
14     Q.  Let me -- Let me strike that question.
15         My understanding is that you have no
16 evidence with re -- with the -- with respect to the
17 effect of the Bair Hugger with the downflow generator
18 on at -- at -- below the operating room table.
19     A.  No schlieren evidence, no.
20     Q.  Okay.  So the only evidence you have is the
21 temperature testing.
22     A.  Correct.
23     Q.  Okay.  Any other corrections, after
24 preparing for today's deposition and reviewing your
25 report, that you want to make right now?

Page 19

1      A.  No, sir.
2      Q.  Okay.  Have you reviewed any expert reports
3  by the plaintiff?
4      A.  Two expert reports by the plaintiff.
5      Q.  And that would be Dr. Elghobashi and Dan
6  Koenigshofer?
7      A.  That's right.
8      Q.  Okay.  Are you aware of any opinion by the
9  plaintiffs exper -- any of the plaintiffs' experts
10 that compare the HotDog to the Bair Hugger?
11     A.  No.
12     Q.  Are you aware of any opinions by any of the
13 plaintiffs' experts that used the schlieren technique
14 in evaluating Bair Hugger?
15     A.  No.
16     Q.  Are you aware of any opinions by any of the
17 plaintiffs' experts that discuss the heat generated by
18 the power units of the Bair Hugger compared to the
19 HotDog?
20     A.  No.
21     Q.  So would it be fair to say that all -- all
22 of the opinions that you've formulated regarding these
23 three issues, the HotDog versus the Bair Hugger,
24 schlieren technique, and the power units that genera
25 -- heat generated by them by the Bair Hugger and

Page 20

1  HotDog are all original opinions by you and not
2  rebuttal opinions?
3          MR. GOSS:  Object to form.
4      A.  I don't know what a rebuttal opinion is.
5      Q.  Well you agree that no one of plaintiffs'
6  experts offered any opinions on those issues that
7  you're aware of.
8      A.  That I'm aware of, no.
9      Q.  It's my understanding you charged a flat fee
10 of $70,000 to perform your testing and report?
11     A.  That's not correct.  I -- This work was done
12 by a small business, and the flat fee was charged by
13 the business, not me personally.
14     Q.  Okay.  Let me rephrase that.
15         You work for a company called FloViz;
16 correct?
17     A.  FloViz, Incorporated.
18     Q.  Okay.
19     A.  It's a very small business.
20     Q.  Is it a small business?
21     A.  Very small business.
22     Q.  How small?
23     A.  Four people.
24     Q.  Okay.  And who's the president of the
25 company?

Page 21

1      A.  Lori Dreibelbis.
2          THE WITNESS:  Should I spell that?
3          THE REPORTER:  No.
4          THE WITNESS:  Okay.
5      Q.  And what is your position?
6      A.  I'm scientific and re --
7          My actual position is director of research.
8      Q.  And what's your compensation there?
9      A.  Do you mean in general, or in this case?
10     Q.  Do you get a percentage of this case, or do
11 you get just a salary?
12     A.  Neither, actually.  I expect to be paid for
13 my consult -- or my fee for testimony, but it has yet
14 to be established whether there will be any other
15 compensation.
16     Q.  So it's my understanding that 3M has paid
17 FloViz, Incorporated $70,000 for the study; correct?
18     A.  That was the agreed-upon rate.
19     Q.  Okay.  Has 3M paid $70,000?
20     A.  There are still outstanding invoices.
21     Q.  Okay.  Is that -- Are you aware of -- Are --
22         Do you deal with that part of the business?
23     A.  I try not to.  I'm the scientific person.
24     Q.  Okay.  And out of that $70,000 it's my
25 understanding that you don't get paid any of that

Confidential - Subject to Protective Order

Page 22

1   money?
2       A.  Well I don't know yet.  It hasn't been
3   established.
4       Q.  Who decides --
5       A.  We haven't even --
6           Half of the $70,000 is not yet received, and
7   it will be decided by the company what -- how much
8   will be paid to individuals.
9       Q.  Well how many hours did you spend yourself
10  on -- on performing the tests in this case?
11      A.  I didn't keep a count of hours.
12      Q.  Can you give me an approximation?
13      A.  It would be a guess, and you've told me not
14  to guess.
15      Q.  Well this time I'm asking you to guess.
16      A.  All right.  So the approximation would be
17  based on the experimental logbook which you have a
18  copy of, and you will see there that we worked a
19  number of days, and I would make the approxi --
20      Q.  Nine days to be exact; correct?
21      A.  Nine days.
22      Q.  Okay.
23      A.  And we worked typically a half a day, which
24  is all morning or all afternoon, so four and a half
25  days, and that would be four people, and one of them

Page 23

1   was me.
2       Q.  Okay.  When you say --
3           When you say a half a day, we're talking
4   about four hours a day?
5       A.  I think it was rather longer than that,
6   probably six hours.
7       Q.  Six hours a day.  So --
8       A.  Now these were the actual testing.  So there
9   was much more time spent in putting together --
10  designing apparatus, putting together apparatus and so
11  forth, and I'm not able to give you an estimate of how
12  many hours were spent there.
13      Q.  Okay.  And were you there every single day
14  testing was done?
15      A.  I was.
16      Q.  Okay.  So nine days, six hours a day, so
17  looking about 36 hours of testing?
18      A.  That's just the testing, yes.
19      Q.  Okay.  And how much time would you
20  approximate in actually setting up the apparatus and
21  doing what you just discussed?
22      A.  That would be a guess, and I'm not going to
23  guess.
24      Q.  More than 10 hours?
25      A.  Certainly.

Page 24

1       Q.  Huh?
2       A.  Certainly more than --
3       Q.  More than 20 hours?
4       A.  I think you're asking me to guess.
5       Q.  I'm asking you to guess in this situation.
6   Give me an approximation.
7       A.  You told me just a few minutes ago not to
8   guess.
9       Q.  When it comes to your scientific opinions I
10  don't want you to guess.  When I'm asking you about
11  how many hours you spent working on a study that your
12  company charged $70,000, I request an approximation.
13          MR. GOSS:  You can answer if you -- if you
14  have an understanding of how much time was spent.
15      A.  The only thing I could do would be to sit
16  down and go back over the process in my mind, spend
17  some time to make some notes about it and try to make
18  an estimate.  But right off the top of my head now, I
19  had not thought about how many hours, I was not
20  keeping track of hours, it was -- the idea was to get
21  the job done.
22      Q.  Do you work for free?
23          MR. GOSS:  Object to form.
24      Q.  For FloViz?
25      A.  That's a complex answer.  I get

Page 25

1   reimbursement for some things I do, and don't get
2   reimbursement for other things.
3       Q.  Such as?
4       A.  Well such as I'm -- I'll be paid a
5   consulting fee for testimony today.
6       Q.  Are you getting paid the entire $600 an hour
7   --
8       A.  Yes.
9       Q.  -- for your testimony?
10      A.  Yes.
11      Q.  What about for the work you do for FloViz on
12  this study?  How is your compensation?
13      A.  Well that will be charged through FloViz,
14  everything will be, but the compensation through
15  FloViz is more complicated.  I've been paid on some
16  things, and on other things I have donated my time.
17  It's a small business, it's -- we're building, and
18  therefore I sometimes donate my time.
19      Q.  Do you own any shares of FloViz?
20      A.  It's privately held.
21      Q.  Do you own any percentage of FloViz?
22      A.  No.
23      Q.  You own zero percent.
24      A.  Zero percent.
25      Q.  Okay.  Do you have any relationship with

Confidential - Subject to Protective Order

Page 26

1  anyone at FloViz?
2      A.  Working relationship, not personal
3  relationship.
4      Q.  So it's my understanding that there is a
5  possibility out of the $70,000 that FloViz is
6  receiving from 3M in this case you might get paid zero
7  dollars from that; is that correct?
8      A.  I don't know.  I expect to be paid
9  something, but we've not discussed an actual amount.
10     Q.  Do you have a contract with FloViz, Inc.?
11     A.  No.
12     Q.  But are you saying you are going to get paid
13 -- I mean, is there a possibility that you might not
14 get paid anything out of the 70,000?
15     A.  Possible.
16     Q.  Who would I need to depose to figure out
17 your compensation with respect to this project?
18     A.  Lori Dreibelbis is the president of the
19 company.
20     Q.  Did she work on this project?
21     A.  Yes.
22     Q.  And I guess she is married to Larry P.
23 Dreibelbis?
24     A.  She is.
25     Q.  Is he vice president?

Page 27

1      A.  No.
2      Q.  What's his position?
3      A.  Insofar as this project was concerned he
4  acted as a technician.
5      Q.  With the company what's his position?
6      A.  I don't know that he has a position with the
7  company.
8      Q.  Okay.  Does Lori Dreibelbis own 100 percent
9  of the company?
10     A.  As far as I know, yes.
11     Q.  How long been working for the company?
12     A.  The company was established approximately
13 two years ago, and I began to work with them then.
14     Q.  So you started with the company when the
15 company was established?
16     A.  Yep.
17     Q.  Okay.
18     A.  And I should point out, to be completely
19 accurate, that the name FloViz, Incorporated was
20 established by me many years ago in the 1980s just
21 myself, and it was pretty much dormant for the entire
22 period from then until 2015 when I retired.  I then
23 transferred that to Lori Dreibelbis because I'm not
24 interested in running a company, she was.
25     Q.  What was your --

Page 28

1          What was your compensation for transferring
2  the name?
3      A.  One dollar.
4      Q.  Prior to the 3M project -- I'm going to call
5  this the 3M project -- what other projects did you
6  work for with FloViz?
7      A.  There were several projects.  I don't know
8  -- How do you wish me to identify these?
9      Q.  When you say "several," more than five?
10         MR. GOSS:  And I guess I would ask, are you
11 talking about since 2015 when he sold the company to
12 Lori, or going back to when he first started the
13 company?
14     Q.  Since he went -- started working for there
15 two years ago.
16     A.  All right.  So what information do you want
17 about these projects?
18     Q.  Give me the names of the -- Give me the
19 names and your clients.
20     A.  In one of those cases I've been instructed
21 not to name the source of the funding.  I can tell you
22 what the project was about.
23     Q.  What was the project?
24     A.  The project had to do with schlieren imaging
25 of leaks of natural gas.

Page 29

1      Q.  What's another project you worked on?
2      A.  The rest were consulting issues on SBIRs.
3  SBIR is a Small Business Independent Research project
4  with companies that were working on abrasive blasting,
5  companies called Figure Engineering, and I have to
6  think a moment, IFOS Incorporated, which is a company
7  that does fiber optics.
8      Q.  And those were consulting projects?
9      A.  Those were basically consulting, but they
10 were handled through FloViz, Incorporated.
11     Q.  Okay.  And so would it be fair that the only
12 schlieren testing you've done was for the leaks, --
13     A.  Natural gas leak project.
14     Q.  -- natural gas leaks?
15     A.  In the -- In the last two years, yes.
16     Q.  Okay.  Does FloViz, Incorporated own
17 schlieren mirrors, or do you rent them?
18     A.  We own schlieren mirrors.
19     Q.  Okay.  So all tho -- all the equipment you
20 used in this case was owned by FloViz, with respect --
21     A.  All the equipment --
22     Q.  -- to the schlieren stuff.
23     A.  Yes.  All the schlieren equipment.
24     Q.  And the camera.
25     A.  And the camera.

Confidential - Subject to Protective Order

Page 30

1    Q.   Okay.  I assume the Bair Hugger was given to
2  you by 3M.
3    A.   Yes.
4    Q.   Okay.  And that was a Bair Hugger 775?
5    A.   522 I believe.
6    Q.   I'm talking about the blower.
7    A.   775 is the blower.
8    Q.   And the blanket was the 522?
9    A.   Yes.
10    Q.   How many blankets did you receive?
11    A.   I don't know the exact number.  Several
12  blankets.
13    Q.   More than 10?
14    A.   Less than 10.
15    Q.   More than 5?
16    A.   I don't know.
17    Q.   Did any of them break when in use?
18    A.   No.
19    Q.   Any other equipment given to you by 3M?
20    A.   There was the loan of equipment, an
21  electrocautery device.  3M also provided a HotDog
22  blanket.
23    Q.   Excuse me?
24    A.   A HotDog blanket.
25    Q.   Okay.

Page 31

1    A.   I think that's all we received from 3M.
2    Q.   Okay.  Did they give you any surgical
3  drapes?
4    A.   Surgical drapes, you're right.  I forgot
5  that.
6    Q.   How many surgical drapes did they give you?
7    A.   Less than five.  Less than five sets.
8    Q.   Did you give --
9        And what kind of sets were they?
10    A.   I don't know what kind of sets.  I don't
11  understand that, what you're asking for.
12    Q.   Well were they a surgical drape set for a
13  neurosurg -- a neurosurgery or --
14    A.   Oh, all right.  Hip and knee surgery, if I
15  recall.
16    Q.   And it said that on it?
17    A.   I'm not sure what it said on the box.
18    Q.   Were they 3M drapes?
19    A.   I'm not sure who the manufacturer of the
20  drapes is.
21    Q.   Did you test the drapes in any way?
22    A.   We used the drapes in the --
23    Q.   Did you test the drapes?
24    A.   We did not test the drapes.
25    Q.   Okay.  Did you test the --

Page 32

1        Did you test the drapes in any way or do any
2  calculations with respect to heat conduction or
3  whether or not they're permeable or not?
4    A.   Did not.
5    Q.   So you've done no testing on the drapes;
6  correct?
7    A.   We've done testing that used the drapes.
8    Q.   That wasn't my question, sir.
9        You did no testing --
10    A.   I did no testing on the --
11    Q.   -- on the drapes.  Okay.
12    A.   -- individual drapes.  No.
13    Q.   So just so it's clear for the record, you
14  have done no testing on the drapes; correct?
15    A.   That is correct.
16    Q.   Okay.  You've performed many scientific
17  studies in your career; correct?
18    A.   I have.
19    Q.   And you've written many peer-reviewed
20  articles; correct?
21    A.   I have.
22    Q.   Would you agree with me that if a scientific
23  study is not reproducible, it's not reliable?
24    A.   Reproducibility is a tenet of scientific
25  studies, so I agree with that.

Page 33

1    Q.   Okay.  So you agree with this ter -- with
2  this phrase:  If a scientific study is not
3  reproducible, it is not reliable.  Correct?
4    A.   I'll agree with that.
5    Q.   In fact, during the peer-review process if
6  the reviewers do not understand the methodology they
7  will usually send it back for clarification from the
8  author; correct?
9    A.   That's one thing that can happen, yes.
10    Q.   I understand.  But if the -- if the
11  reviewers do not understand the methodology or if it's
12  unclear, they will most likely send it back to the
13  author for clarification and to edit the manuscript;
14  correct?
15    A.   At the very least it would go back for
16  clarification.
17    Q.   Okay.  Because methodology is very
18  important; correct?
19    A.   It is.
20    Q.   Okay.  I mean, with improper methodology you
21  would have unreliable results; correct?
22    A.   I don't understand what you mean by
23  "improper methodology."
24    Q.   Well if you have a messed-up methodology or
25  no methodology, there's no way for someone else to

Confidential - Subject to Protective Order

Page 34

1  reproduce the results, and therefore they'd be
2  unreliable; correct?
3      A.  I agree with that.
4      Q.  Okay.  And when you -- one way to establish
5  a methodology is to prepare protocols for a study;
6  correct?
7      A.  A test plan, yes.
8      Q.  Test plan protocol; correct?
9      A.  Yes.
10     Q.  Did you perform a test plan or protocol in
11 this case?
12     A.  I had a test plan in mind, yes.
13     Q.  Did you write it on paper?
14     A.  No.
15     Q.  Okay.  So besides what's in your mind, there
16 is nothing written or documented regarding a test
17 plan; correct?
18     A.  What is written --
19         MR. GOSS:  Object to form.
20     Q.  You may answer.
21     A.  It's covered in my expert report the
22 methodology and the approach that we took.
23     Q.  You agree with me that -- Okay.
24         Did you have a test plan in this case?
25     A.  I had in mind a test plan.

Page 35

1      Q.  Okay.
2      A.  Does not necessarily have to be written down
3  on paper.
4      Q.  I never said it had to be written down.
5         My question to you is that you had a test
6  plan.
7      A.  I had a test plan.
8      Q.  And it's not written down anywhere; correct?
9         MR. GOSS:  Object to form.
10     Q.  Is it written down, "yes" or "no"?  Simple
11 question.
12     A.  It's embodied in my expert report.
13     Q.  Okay.  Is it written down in anything else
14 besides your expert report?
15     A.  No.
16     Q.  Okay.  And your expert report came after you
17 conducted the tests; correct?
18     A.  Correct.
19     Q.  So there was no test plan written down
20 before you conducted the tests; correct?
21     A.  No.
22     Q.  So my -- the answer to my question is:
23 "Yes, that's correct."
24     A.  That's correct.  Yes.
25     Q.  Now you agree with me that when you are

Page 36

1  formulating a test plan to do a comparison study such
2  as this case, Bair Hugger versus HotDog, you want to
3  limit the amount of external variables that could
4  affect the results; correct?
5      A.  As much as possible, yes.
6      Q.  Okay.
7      A.  Correct.
8      Q.  For example, if you want to compare how the
9  Bair Hugger affects the environment, and I -- the best
10 ideal situation is to have an environment that is
11 completely constant, not changing, and just turn the
12 Bair Hugger on and off; correct?
13     A.  Yes.
14     Q.  If there are other things changing in the
15 environment, such as people moving, other things
16 blowing around, that would affect the results and
17 would make it much more difficult to ascertain the
18 effect of the Bair Hugger on the environment; correct?
19     A.  Yes.
20     Q.  Now you agree with me that if you want to
21 determine how a device interacts with a system you
22 need to model that system as accurately as possible;
23 correct?
24     A.  Sorry.  I --
25     Q.  If you want to see a device --

Page 37

1         If you want to determine how a device
2  interacts with a system; an environment, whatever, you
3  need -- you want to model that environment and system
4  as accurately as possible; correct?
5      A.  That's not necessarily correct.  It's
6  possible to have a less than -- for example in the
7  case of an operating room to have less than the
8  complete operating room airflow in order to look at
9  the effect of downflow on warming blankets.
10     Q.  Let's go back to Engineering 101.  What, in
11 your education, training and experience, do you
12 believe would affect air currents in a room?  If you
13 know.
14     A.  What would affect air currents in a room.
15     Q.  Umm-hmm.
16     A.  Like this room.
17     Q.  Yes.  Let's take this room for example.
18     A.  There are louvers in the ceiling that are
19 providing air, and I assume that the air is being
20 removed somewhere, although I can't see exactly.
21     Q.  So an air supply and an air return.  Fair
22 enough?
23     A.  Well, those are -- that's how the room is
24 ventilated.
25     Q.  Okay.  Anything else?

Confidential - Subject to Protective Order

Page 38

1    A.  If that's what you're asking me.
2    Q.  Anything else that would affect the airflow
3  in this room?
4    A.  As you already mentioned, if people are
5  moving around that would affect the airflow in the
6  room.
7    Q.  Anything else?
8    A.  Heat sources.
9    Q.  Anything else?
10   A.  That's about it.
11   Q.  Walls?
12   A.  The walls are static.
13   Q.  You don't think the walls cause any type of
14  --
15   A.  The walls constrain the flow, but that's not
16  the same thing as the other items that you asked.
17   Q.  So you don't think when the air blows and it
18  hits a wall there's some sort of reaction with the
19  airflow that --
20   A.  I do not understand your --
21   Q.  Do you under --
22   A.  -- question.
23   Q.  Do you understand airflow in fluid dynamics?
24   A.  I'm an expert in fluid dynamics.
25   Q.  You consider yourself an expert in fluid

Page 39

1  dynamics?  Okay.
2    A.  Experimental fluid dynamics.
3    Q.  What about theoretical fluid dynamics?
4    A.  I know some fluid --
5        I know theoretical fluid dynamics, but my
6  ex -- specific expertise is as an experimentalist.
7    Q.  And who calls you an expert, besides
8  yourself?
9        Has a Court ever determined you as an expert
10  in experimental fluid dynamics?
11   A.  A court?
12   Q.  Uh-huh.
13   A.  Not as far as I know.
14   Q.  Has any --
15       Have you ever won any awards in experimental
16  fluid dynamics?
17   A.  Yes.
18   Q.  So you understand that walls affect -- could
19  cause turbulence in a room such as this; correct?
20   A.  I don't think that's the proper phrasing of
21  what happens.
22   Q.  Okay.  So what happens when the airflow hits
23  a wall?  You have a vent coming out and air -- air
24  hits a wall.  What happens?
25   A.  In other words, if the air comes out from

Page 40

1  the louver and goes over and --
2    Q.  Yeah.
3    A.  -- hits the wall.
4    Q.  Yeah.
5    A.  The air, depending on temperature, could
6  turn -- could turn down the wall, it could be
7  stagnated.  There are several things that could
8  happen.
9    Q.  So if there's no wall there, nothing's going
10  to happen; correct?
11   A.  So, you know, you asked me what determines
12  the airflow, and the walls obviously determine the
13  airflow in a room, the size and shape of the room and
14  so forth.
15   Q.  That's all I'm asking you, sir.
16       I said:  The walls have an effect on
17  airflow; "yes" or "no"?  That's true, --
18   A.  The walls --
19   Q.  -- you just said it.
20   A.  -- constrain you.
21       MR. GOSS:  Hold on.  Wait for him to ask
22  you a question.
23   Q.  The walls will affect the airflow in the
24  room.  I'm not saying how it's going to affect the
25  airflow, but it has an effect on the airflow in the

Page 41

1  room; correct?
2        (Interruption by the reporter.)
3    Q.  The airflow affects --
4        The walls affect the airflow in the room;
5  correct?
6    A.  They constrain the airflow in the room.
7    Q.  And that has an effect --
8    A.  Yes.
9    Q.  -- on the airflow.
10   A.  Yes.
11   Q.  Very simple question, sir.
12       And in fact you agree with me that even a
13  room such as this there are so many things that affect
14  it that it's a complex system.
15   A.  Yes.
16   Q.  Even me talking has an effect on the airflow
17  in this room; correct?
18   A.  I would say that's a very small effect.
19   Q.  I didn't quantify the effect.
20       It has an effect on the airflow; "yes" or
21  "no"?
22   A.  Yes.
23   Q.  Okay.  And if you do a study you want to
24  account for as many of the items that can affect a
25  complex system; correct?

Confidential - Subject to Protective Order

Page 42

1    A.  Not always correct.
2    Q.  So you don't want to perform a study that is
3  as accurate as possible?
4    A.  I didn't say that.
5    Q.  So when would you not want to perform a
6  study and make it as accurate as possible to a
7  real-world condition?
8    A.  Can we go back a couple of questions?  You
9  wanted -- I think you asked me --
10    Could I have read back when you perform a
11  study you want to include as many effects as possible?
12    MR. GOSS:  No.  You don't get to ask to
13  have something read back.
14    If you're unclear about something he asks
15  you, then -- then you can ask him to rephrase, but
16  otherwise --
17    THE WITNESS:  I'm sorry.
18    MR. GOSS:  -- just do your best to answer
19  his question.
20    A.  Well --
21    Q.  I could read the question over.
22    I said:  And you -- you'd want to do a --
23    You'd want to account for as many of the
24  items that can affect a complex system; correct?
25    A.  And I believe my answer to that was "not

Page 43

1  necessarily always correct."
2    Q.  Okay.  And one of the reasons why you're
3  saying that today is because you know, sitting here
4  today, that you did not account for many of the items
5  in an operating room that would affect airflow;
6  correct?
7    A.  We did a simulation of a downflow
8  interacting with a surgery table as described in my
9  report.  We did not attempt to simulate everything
10  associated with an operating room.
11    Q.  But it wasn't even close to what was in an
12  operating room; correct?
13    A.  It was a simulation --
14    Q.  What's your term of --
15    What's your definition of a simulation?
16    A.  Well a simulation in the sense the
17  airflow -- laminar downflow interacting with the -- a
18  mannequin on a surgery table.  It's not an actual
19  clean room airflow or an actual clean room surgery
20  setup, it's an experimental simulation.
21    Q.  Well let's go one by one.
22    You agree that room dimensions will have an
23  effect on airflow.
24    A.  They can have.
25    Q.  I'm not quantifying it or giving like it has

Page 44

1  a big effect or a small effect.  I just want to know
2  if it's going to have an effect.
3    A.  Yes.
4    Q.  Okay.  Room pressure has an effect on the
5  airflow in a room; correct?
6    A.  You mean barometric pressure?
7    Q.  Yes.  Whether it's positive pressure or
8  negative pressure.
9    A.  Yes.
10    Q.  Because if it's positive pressure air will
11  leave through leaks or underneath the door, and if
12  it's negative pressure air will be pulling in from the
13  door; correct?
14    A.  Yes.
15    Q.  Okay.  So it has an effect.
16    A.  Or from not necessarily the door, but from
17  any leaks, --
18    Q.  Yes.
19    A.  -- any cracks or whatever.
20    Q.  Every room has leaks; correct?
21    A.  Yes.
22    Well not every room.  Most rooms.
23    Q.  Temperature will have an effect on airflow;
24  correct?
25    A.  That depends.

Page 45

1    Q.  Well if there is a --
2    I'm not saying it does in every case, but it
3  can have an effect --
4    A.  It can have an effect, yes.
5    Q.  Okay.
6    A.  Certainly.
7    Q.  For example, as you showed in your testing,
8  a flame which is very hot is going to have an effect
9  on the airflow around the flame; correct?
10    A.  Yes.
11    Q.  Okay.  The mass flow of the air supply is
12  going to have an effect on the airflow in the room;
13  correct?
14    A.  "The mass flow."
15    Q.  Yes.
16    A.  In terms of, for example, air changes per
17  hour in a clean -- in an operating room.
18    Q.  If I have a very low amount of mass coming
19  out of the vents --
20    A.  Yes, okay.
21    Q.  -- as compared to a very high, it's going to
22  have an effect.
23    A.  Yes.
24    Q.  Air return, where the air returns are on the
25  sides are going to have an effect on the airflow;

Confidential - Subject to Protective Order

Page 46

1  correct?
2      A.  In a room like this, yes.
3      Q.  The number of people in a room is going to
4  have an effect on the airflow; correct?
5      A.  Again, yes.
6      Q.  Surgical lights in an operating room is
7  going to have an effect on airflow; correct?
8      A.  Yes.
9      Q.  The overhead lights will have an effect on
10 the airflow; correct?
11     A.  In an operating room or --
12     Q.  Yes.
13     A.  I'm -- I'm not sure what effect the overhead
14 lights have, but they could have an effect.
15     Q.  Even in this --
16         If you put a schlieren mirror over there
17 you're going to see some movement, correct, right
18 below that light.
19     A.  Fluorescent lights?
20     Q.  Yeah.
21     A.  It's possible.
22     Q.  Well is there a range -- temperature range
23 where schlieren is not going to pick up density
24 differences?
25     A.  Schlieren doesn't show you the temperature,

Page 47

1  it shows the gradient of the refractive index.
2      Q.  And the refractive index is based on
3  density; correct?
4      A.  It's directly related to --
5         Density is directly related to the
6  refractive index.
7      Q.  Okay.  So you're saying that there's no
8  density difference from the heat being produced by
9  those fluorescent lights?
10     A.  There probably is.
11     Q.  Okay.  Is there a minimum temperature
12 gradient or Delta that schlieren will not be able to
13 see?
14     A.  Yes.
15     Q.  What?
16     A.  That depends on the optical system.
17     Q.  Okay.  Let's use the one that you used in
18 this case.  Will it be able to see the difference of
19 one degree?
20     A.  It has to be --
21         It's looking for a gradient.  It has to be a
22 temperature difference over a distance.
23     Q.  Okay.  So what would it be in this case?
24     A.  Much less than one degree per centimeter.
25     Q.  One degree per centimeter?

Page 48

1      A.  Less than one degree per centimeter.
2      Q.  Okay.  So the Delta has to be less than one
3  degree per centimeter.
4      A.  If -- In order not to see it.
5      Q.  Okay.  In order not to see it.
6      A.  Yeah.  If it's greater than that you will
7  see something.
8      Q.  When you --
9      A.  And I think it's probably much less than
10 that.
11     Q.  Okay.  Is there --
12         And how do you determine that number?
13     A.  There's a calculation in my book that shows
14 how you can determine the minimum threshold of
15 visibility.
16     Q.  And when you --
17         Just so I understand, what is one degree per
18 centimeter?
19     A.  That's a temperature gradient.  It's a
20 change of one degree over a distance of one
21 centimeter.
22     Q.  Okay.  So, for example, if I have a one
23 degree change over 10 centimeters --
24     A.  Umm-hmm.  That would be a tenth of a degree
25 per centimeter or one tenth of the value we were

Page 49

1  discussing.
2      Q.  And schlieren will not see that; correct?
3  Or it would be very difficult.
4      A.  Once again, it depends on the optical
5  system.  If you have a sensitive optical system you'll
6  certainly see one tenth of degree per centimeter at
7  atmospheric conditions.
8      Q.  Okay.  So the system that you used, do you
9  know the exact degrees per centimeter that it could
10 pick up an image?
11     A.  I don't have an exact number for that, but I
12 believe it's in the range just discussed of a tenth of
13 a degree per centimeter, maybe less.
14     Q.  Well you said one degree per centimeter
15 before.  You said less than one degree per centimeter.
16     A.  I believe the system that we used has a
17 sensitivity of better than that.
18     Q.  And how do I determine that?
19     A.  One would determine that, for example, by
20 generating a temperature difference and imaging it
21 with the schlieren system.
22     Q.  How did you determine it was point one
23 degrees per centimeter for the system that you used?
24     A.  Based on experience with, for example, the
25 thermal plume from the human hand.

Confidential - Subject to Protective Order

Page 50

1   Q.  Okay.  So you're saying it's a visual test
2   for you.
3       A.  It's a -- This is photographed and produced
4   as a digital image, and from the variations in the
5   digital image one gets a measurement of the refractive
6   index gradient.
7       Q.  But in this case have you yourself
8   determined what the degrees-per-centimeter ranges
9   we're talking about for your study, for the equipment
10  that you used?
11          (Interruption by the reporter.)
12      A.  "Equipment."
13          Let's put it this way.  In my expert report
14  you will see the image of the plume rising from the
15  human hand, and that is well known to produce a -- an
16  optical refraction of on the order of an arc second,
17  arc second.  That is a very small angle.  That angle
18  then -- can then be easily converted into degrees per
19  centimeter.  And so by imaging the heat coming from
20  the human hand we can get a reasonable approximation
21  of a measurement for the sensitivity of the optical
22  system.
23      Q.  Okay.  And sitting here today your best --
24  your opinion is that the devices that you used are
25  able to show a point-one-degree-over-a-centimeter

Page 51

1   gradient.
2       A.  Yes.
3       Q.  Okay.  So just so I understand correctly, if
4   we're looking at a one-degree change over 20
5   centimeters, the schlieren mirrors you used would not
6   be able to detect that; correct?
7       A.  There's some threshold, I'm not sure if that
8   number is it.  But if you have one degree change over
9   a larger and larger distance eventually the effect
10  will disappear from the schlieren visualization.
11      Q.  Because you're looking at the refraction of
12  light and the reflect -- the reflect might be so small
13  as to be even captured by the camera.
14      A.  Yeah.  It's -- It falls below the noise
15  level eventually.
16      Q.  Okay.
17      A.  But the more sensitive the schlieren optics
18  is, the smaller that threshold will be.
19      Q.  Okay.  And is the sensitivity based on the
20  camera, or the mirrors, or the whole package?
21      A.  In the case of the instrument that we used
22  for this study it's based on the mirrors.
23      Q.  Okay.  All right.
24          Do you agree that in an operating room the
25  way a patient's draped --

Page 52

1           And do you understand by "draping" in an
2   operating room?
3       A.  Yes, I do.
4       Q.  -- the way a patient is draped will affect
5   the airflow in the operating room.
6       A.  No.
7       Q.  You disagree with that.  Well maybe I can
8   change your mind.
9           If drapes are going around an operating room
10  table down to the floor, do you agree with me that the
11  area underneath the operating room table that's
12  contained within the drapes are going to be affected
13  by the drapes?
14      A.  Yes.
15      Q.  Okay.  So you agree with me that the drapes
16  can have an effect on airflow in certain parts of the
17  operating room.
18      A.  If you qualify the statement by saying
19  "certain parts," then I can agree to it.
20      Q.  Okay.  With respect -- Strike that.
21          Did any nurses assist you with respect to
22  your testing?
23      A.  No.
24      Q.  Who did the draping of the patient?
25      A.  The members of my team, Lori -- Lori

Page 53

1   Dreibelbis and James D. Miller.
2       Q.  And how did they learn how to drape?
3       A.  From the 3M draping video.
4       Q.  Okay.  So they learned how to drape by
5   watching a video?
6       A.  That's right.
7       Q.  Okay.  Was there anyone at 3M present during
8   any of the testing, or the attorneys?
9       A.  Attorney Goss and his assistant were present
10  for part of one day of testing.
11      Q.  What day?
12      A.  I don't remember the -- which day it was.
13      Q.  Did you put it in your notes that they were
14  present?
15      A.  Yes.
16      Q.  You did?  Okay.  We'll get to that later on.
17          Did they assist in any way?
18      A.  Yes.
19      Q.  How did they assist?
20      A.  Peter Goss got on the operating table and we
21  took a schlieren image of him.
22      Q.  Just laying down on the operating room
23  table?
24      A.  That's right, no draping or anything.
25      Q.  Why?

Confidential - Subject to Protective Order

Page 54

1    A.  The idea was to see the heat transfer,
2  convective heat transfer from the human body using the
3  schlieren imaging.
4    Q.  Okay.  Was this before or after you did your
5  study, your testing?
6    A.  This was early on.
7    Q.  Okay.  Was it before you created the
8  downflow generator?
9    A.  We had the downflow generator.
10   Q.  And who was his assistant?
11   A.  Charmaine Harris.
12   Q.  Okay.  And did she assist in any way?
13   A.  You mean participate, or --
14   Q.  Participate, assist?
15   A.  She was involved in the discussions.
16   Q.  Okay.  Was there anything that 3M told you
17 that you relied upon in your opinions?
18   A.  How do you mean, "told" me?
19   Q.  Well was there any communications that they
20 said -- they told that you relied upon in formulating
21 your opinions; any facts, any data?
22   A.  They certainly provided some references,
23 some of the references.
24   Q.  Okay.  Are those references in your report?
25   A.  Some -- Some of the material in the report,

Page 55

1  yes.
2    Q.  Okay.  I take it you recently reviewed your
3  report; correct?
4    A.  That's correct.
5    Q.  In preparation of today's deposition?
6    A.  Yes.
7    Q.  Okay.  And you stand by your report?
8    A.  I stand by my report.
9    Q.  Okay.  So you've checked all the numbers in
10 your report?
11   A.  I've checked the numbers in the report.
12   Q.  Have you reviewed any depositions in this
13 case?
14   A.  I've reviewed transcripts of three
15 depositions.
16   Q.  Which depositions?
17   A.  Professor Elghobashi, Dan Koenigshofer,
18 Professor Thomas Kuehn.
19   Q.  Did you read --
20     Did you read all those depositions?
21   A.  I did.
22   Q.  Take any notes?
23   A.  No.
24   Q.  Make any highlights?
25   A.  No.

Page 56

1    Q.  Did you make any notes or highlights in any
2  of the articles that you reviewed or are referenced in
3  your paper?
4    A.  I don't make marginal notes or highlights on
5  technical papers.
6    Q.  Do you -- So you don't -- you --
7      If something is just important you take
8  notes, like in your notebook, or you don't take any
9  notes?
10   A.  Well there's -- the laboratory notebook has
11 notes, but I don't have volumes of notes, if that's
12 what you mean.
13   Q.  Out of all the references that you cited in
14 your report did you read all of the articles that you
15 referenced?
16   A.  Yes.
17   Q.  From beginning to end.
18   A.  I'm not sure I read from beginning to end on
19 every article.
20   Q.  Okay.
21   A.  Most of the article or pertinent parts of
22 the article.
23   Q.  Well how do you determine what the pertinent
24 parts are unless you read the whole thing?
25   A.  The articles have abstracts, they have

Page 57

1  measurement methods, they have results and
2  conclusions, and it's not always necessary to read all
3  the details.
4    Q.  So you didn't read the deposition of Al Van
5  Duren; correct?
6    A.  I did not.
7    Q.  Okay.  Are you aware that 3M admits that
8  every study performed with the Bair Hugger shows an
9  increase in particles over the surgical site?
10     MR. GOSS:  Object to form.
11     MR. ASSAAD:  Basis?
12     MR. GOSS:  He wouldn't have any foundation,
13 he hasn't read Al Van Duren's deposition.  Plus,
14 characterizing something as an admission when there
15 are scientific studies.  You can present him with the
16 studies and ask him if he has an opinion on them.
17     MR. ASSAAD:  What do you think a 30(b)(6)
18 deposition is?
19     MR. GOSS:  He said he hasn't read it.
20     MR. ASSAAD:  Okay.
21   Q.  Well assume that --
22     MR. GOSS:  That's my basis.
23   Q.  Assume that 3M admits that every study
24 showed an increase in particles over the surgical site
25 when the Bair Hugger was on.  Assume that fact.

Confidential - Subject to Protective Order

Page 58

1    Have you heard of that fact before?
2    A.  Only insofar as it appeared in a deposition
3 transcript.
4    Q.  Okay.  So you weren't aware of that fact
5 before; correct?
6    A.  No.
7    Q.  And you weren't aware that a corporate
8 representative for 3M testified to that fact as being
9 true.
10    A.  I'm not aware of that.
11    Q.  Okay.  If that fact is true, does your
12 schlieren testing support that fact?
13    A.  Sir, you're asking me to speculate on
14 something that I'm not aware of, that I've not
15 studied, and I've got to restrict my comments to the
16 work that I did that's covered in my expert report.
17    Q.  I'm allowed to ask you hypotheticals, sir.
18 And I'm asking you assume the fact that particles are
19 -- are -- increase over the surgical site when the
20 Bair Hugger is turned on.  Does your schlieren studies
21 support that fact; "yes" or "no"?
22    MR. GOSS:  Object to form.
23    A.  I'm sorry.  Would you repeat that, please?
24    Q.  Assuming that when the Bair Hugger is turned
25 on that there is an increase in particles over the

Page 59

1 surgical site, does the -- your schlieren testing
2 support that fact?
3    A.  I've done no such schlieren testing.
4    Q.  Okay.  And in fact schlieren testing can't
5 determine particle flow; correct?
6    A.  The schlieren testing determines the
7 airflow.
8    Q.  So it can't determine particle flow;
9 correct?
10    A.  It's not an appropriate instrument to
11 measure particle flow.
12    Q.  So the answer to my question is yes, it
13 can't -- it can't detect particle flow; correct?
14    A.  I'm not going to restrict it that way
15 because I believe there's studies where particle
16 measurements were made, but it's not an appropriate
17 instrument.  There are better instruments for that
18 purpose than the schlieren instrument.
19    Q.  And -- And in your study, your schlieren
20 testing could not conduct -- could not track particle
21 flow.
22    A.  We made no attempt to track particle flow.
23    Q.  And in fact it can't detect turbulence, can
24 it?
25    A.  Oh yes, it can.

Page 60

1    Q.  Really?
2    A.  Really.
3    Q.  Do you recall writing down that your testing
4 would not be able to detect turbulence?
5    A.  I'm sorry.  We --
6    Q.  Do you remember writing in your notes about
7 that you won't be testing for turbulence because
8 schlieren can't do turbulence?
9    A.  No.  Turbulence intensity.
10    Q.  Okay.  I'm sorry.  Turbulence intensity.  It
11 can't determine turbulence intensity; correct?
12    A.  In fact it can be used for that, but not in
13 the work that we did.
14    Q.  Okay.  In the work that you did you did not
15 detect or measure turbulence intensity; correct?
16    A.  We did not.
17    Q.  Okay.  Have you read any of the depositions
18 of any of the authors of the articles?
19    A.  Well the deposition transcripts that I read
20 were the three that I mentioned to you.
21    Q.  What were you provided by 3M in this case,
22 besides those three deposition transcripts?
23    A.  I was provided expert reports.
24    Q.  Of who?  Of the plaintiffs?
25    A.  Expert reports from the plaintiffs and from

Page 61

1 the defendant's experts.
2    Q.  When did you get the defendant's expert
3 reports?
4    A.  Recently, but I don't have exact date in
5 mind.
6    Q.  When you say "recently," was it --
7    A.  Well these --
8    Q.  -- the past week?
9    A.  These --
10    As far as I know, these depositions were
11 only held recently.
12    Q.  I'm talking about the expert reports
13 themselves.
14    A.  Expert reports were due June 2nd, so it's
15 been since June 2nd.
16    Q.  When did you receive the expert reports?
17    A.  Sometime between June 2nd and now.
18    Q.  Come on doctor, you gotta give me a better
19 time than that.  You have a --
20    MR. GOSS:  No.
21    Q.  -- better memory than that, sir.
22    MR. GOSS:  No.
23    A.  Summer time.
24    MR. GOSS:  He doesn't --
25    Wait for him to ask a question.

Confidential - Subject to Protective Order

Page 62

```
1          MR. ASSAAD:  He doesn't have a better
2   memory than that?
3          MR. GOSS:  Wait.  You don't --
4   (Interruption by the reporter.)
5          MR. ASSAAD:  Let's not play games.
6          MR. GOSS:  You're not going to bully him --
7          MR. ASSAAD:  Let's not play games.
8          MR. GOSS:  We're not playing --
9   (Interruption by the reporter.)
10         (Off the stenographic record.)
11         MR. ASSAAD:  Let's not play games.
12         MR. GOSS:  And I object to the suggestion
13  that he's playing games.
14         MR. ASSAAD:  If he cannot tell me between
15  -- between now -- between June 2nd and July 18th an
16  approximate time he received the defense expert
17  reports, that's playing games.
18         MR. GOSS:  You can make whatever comments
19  you want.  He will testify to the best of his
20  recollection.
21  BY MR. ASSAAD:
22     Q.  When did you receive --
23         MR. GOSS:  You can answer it if you can.
24     Q.  When did you receive the defense expert
25  reports?
```

Page 63

```
1      A.  I would say that it's been in the month of
2   July, but I don't have a better or particular date
3   than that.
4      Q.  Did you receive it this week?
5      A.  The expert reports?
6      Q.  Yes.
7      A.  This is only Tuesday.  I'd received it
8   before this week.
9      Q.  Did you receive it last week?
10     A.  I don't have any better information than
11  that.
12     Q.  Did you read the expert reports?
13     A.  I did.
14     Q.  Which ones did you read?
15     A.  There were four expert reports that I read,
16  two from the plaintiff and two from the defendants:
17  Elghobashi, Koenigshofer, Thomas Kuehn and Abraham.
18     Q.  Did you make any notes in the reports?
19     A.  No.
20     Q.  Did you get Dr. Borak's report, expert
21  report?
22     A.  Are you asking did I receive it?
23     Q.  Yeah.
24     A.  I received more reports than I was able to
25  read.  I'm not sure who the others were.
```

Page 64

```
1      Q.  Did you have a list of the reports that you
2   received?
3      A.  I can make a list.
4      Q.  Do you have anything with you here today?
5      A.  No.
6      Q.  Did defense counsel tell you not to bring
7   anything today?
8      A.  "Not to bring anything"?
9      Q.  Yes.
10     A.  No.  He didn't tell me that.
11     Q.  So why didn't you bring anything today to
12  help refresh your memory?
13     A.  I wasn't instructed to bring anything.
14     Q.  Did you not receive a subpoena to have
15  documents produced?
16     A.  Yes, but that had nothing to do with today.
17  I responded to the subpoena.
18     Q.  Did you receive the expert report of Dr.
19  Holford?
20     A.  I don't know the --
21         I told you the reports that I had read.  I'm
22  not sure what other reports I received that I did not
23  read.
24     Q.  So sitting here today, I can go through the
25  names of Hughes, Mont, Wentzel, Kuehn, K-U-each-A-N --
```

Page 65

```
1   K-U-E-H-N -- Abraham, Lampotang, Hannenberg, Ho and
2   Keen, and the only two reports that you remember
3   receiving is from Abraham and Kuehn.
4      A.  No.  What I'm saying is the only two reports
5   that I read were Abraham and Thomas Kuehn.  I didn't
6   read any other expert reports.
7      Q.  Why were you --
8          Why did you read Abraham's report?
9      A.  It's pertinent to the work that I did.
10     Q.  Okay.  Why was it pertinent?
11     A.  It had especially to do with the question of
12  velocity and temperature of airflow at the bottom of
13  the drapes.
14     Q.  Okay.  Did you --
15         Do you agree with everything that Abraham
16  put in his report?
17     A.  Do I agree with everything?
18     Q.  Umm-hmm.
19     A.  That's a very broad question.  I don't think
20  I can answer that question because I would have to go
21  back and look at everything that's in the report and I
22  would have -- then have to decide whether I agreed
23  with it or not.
24     Q.  Do you agree with his boundary conditions?
25     A.  "His boundary conditions."
```

Confidential - Subject to Protective Order

Page 66

1    Could you be more specific?
2    Q.  Do you agree with his boundary conditions
3  with the temperature of the air coming out of the Bair
4  Hugger?
5    A.  We're talking about John Abraham.
6    Q.  Yes, John Abraham.
7    A.  What I'm recalling is that he has a -- in
8  his expert report, a criticism of the boundary
9  conditions that were used in --
10    Q.  That wasn't my question, sir.
11    My question was, and he knows it's not my
12  question, that's why he's not objecting.
13    MR. GOSS:  Yeah, but we have seven hours --
14    Q.  My question is:  Do you have any criticism
15  of what Abraham, Abraham, Dr. Abraham, not Elghobashi,
16  used for his temperature coming out of the Bair
17  Hugger?
18    MR. GOSS:  You didn't give me a chance to
19  object.  We've got seven hours, you've got all the
20  time you need.  Just let him finish his answer.
21    You can explain what you meant.  Do you
22  understand his question?  If you do, you can answer
23  it.
24    A.  Well I would have to go back and look at the
25  report in order to specifically remind myself of his

Page 67

1  boundary conditions if I were to give you an accurate
2  answer.
3    Q.  So sitting here today you don't recall what
4  Dr. Abraham put as the temperature coming out of the
5  Bair Hugger, or the air coming out of the Bair Hugger.
6  Is that your testimony today?
7    A.  The air coming out of the Bair Hugger where?
8    Q.  Around the neck and head.
9    A.  Yes, I remember that.
10    Q.  What was the temperature?
11    A.  I think it was 41 degrees Centigrade.
12    Q.  You believe it was 41 degrees?
13    Do you agree with that?
14    A.  No.
15    Q.  So you disagree with Dr. Abraham's boundary
16  conditions.
17    A.  In that instance I do, right.
18    Q.  Okay.  So you think Dr. Abraham is wrong in
19  his report.
20    MR. GOSS:  Object to form.
21    Q.  Strike that question.
22    You agree with me that one of the most
23  important boundary conditions is to determine the air
24  coming out of the Bair Hugger for any analysis;
25  correct?

Page 68

1    A.  Correct.
2    Q.  And that --
3    And that determination of the boundary
4  condition is going to effect the entire study if that
5  -- if that boundary condition is wrong; correct?
6    A.  Yes.
7    Q.  Okay.  So if he has the wrong boundary
8  condition for the actual temperature coming out of the
9  Bair Hugger, that would make his entire study
10  incorrect, according to you.
11    MR. GOSS:  Object to form.
12    A.  I'm not going to agree to that.
13    Q.  Why not?
14    A.  You asked me about a component, not the
15  entire study.
16    Q.  Well do you agree with me that air
17  temperature is going to have an effect on airflow?
18    A.  The --
19    In other words, the temperature boundary
20  condition --
21    Q.  Yes.
22    A.  -- is what you're asking me about.
23    Yeah, that's an important issue.
24    Q.  I mean, you criticized Dr. Elghobashi for
25  having the wrong boundary conditions and that's why

Page 69

1  his report is wrong; correct?
2    A.  I did.
3    Q.  Okay.  So Abraham has the wrong boundary
4  conditions.  Why can't you say his report is wrong?
5  Or are you biased?
6    Are you biased?
7    MR. GOSS:  Object to form.
8    Q.  Are you being objective?
9    MR. GOSS:  No.  Now you're badgering him.
10    MR. ASSAAD:  No.
11    Q.  Are you being objective, sir?
12    MR. GOSS:  No.  No.  No.  No.  No.  I think
13  the question --
14    MR. ASSAAD:  I'm not badgering him.
15    MR. GOSS:  Yes, you are.
16    MR. ASSAAD:  I am not badgering him.
17    MR. GOSS:  Well it should be --
18    MR. ASSAAD:  You can watch the video, we
19  can show it to the Court.
20    MR. GOSS:  I would be happy to.  In fact --
21    MR. ASSAAD:  Yes.  Let's do it.
22    MR. GOSS:  So let's -- let's --
23    The question I believe was related to you
24  criticized Elghobashi.
25    MR. ASSAAD:  I'll rephrase the question.

Confidential - Subject to Protective Order

Page 70

BY MR. ASSAAD:
1  Q.  You criticized Elghobashi and you said his
3  report is wrong; correct?
4  A.  Correct.
5  Q.  Now you just admitted that Dr. Abraham was
6  wrong in his exit temperature, his boundary
7  conditions; correct?
8  A.  Slightly wrong, yeah.
9  Q.  Oh, now he's "slightly wrong."  You change
10 your testimony?
11 A.  I'll change my testimony.
12 Q.  Okay.  Fair enough.
13    So since he's slightly wrong do you agree
14 that you should be critical of Dr. Abraham's results?
15 A.  Do I get to explain myself, or do I have to
16 give you a "yes" or "no"?
17 Q.  You can explain after you answer "yes" or
18 "no."
19 A.  What was your question again?
20 Q.  Are you critical of Dr. Abraham's results?
21 A.  Yes.
22 Q.  Now let me ask you a question.  You're a
23 member of ASME; correct?
24 A.  I'm a member of ASME.
25 Q.  Do you remember the entire ethics

Page 71

1  conversation I went through with Dr. Kuehn in my
2  deposition of him?
3  A.  I wouldn't say the entire, but I did read
4  it.
5  Q.  Okay.  Are you a member of the Order of
6  Engineer?
7  A.  No.
8  Q.  Do you know what the Order of the Engineer
9  is?
10 A.  No.
11 Q.  Do you agree that the safety of patients is
12 more important than your testimony?
13 A.  Say again, please.
14 Q.  The safety of patients in the world, you
15 know, safety of patients is more important -- should
16 be the ultimate concern than your testimony in this
17 case, what your testimony should be.
18 A.  I don't understand that question.
19 Q.  You don't understand that question?  Fair
20 enough.  I'll go to the next one, then.
21    Do you agree that engineers uphold and
22 advance the integrity, honor and dignity of the
23 engineering profession?
24 A.  I do, but I'd like to return to the -- the
25 first one.

Page 72

1  Q.  He can get to that later on when he asks you
2  questions.
3    Do you agree --
4    So you agree with me that engineers should
5  be objective, honest and have integrity in formulating
6  their opinions.
7  A.  I do.
8  Q.  Okay.  Do you think that engineers at 3M
9  should be held to the same standard?
10 A.  Say again, please?
11 Q.  Should engineers at 3M be held to that same
12 standard?
13    MR. GOSS:  I'm just going to object to this
14 whole line --
15    MR. ASSAAD:  You can have a continuing
16 objection.
17    MR. GOSS:  -- as beyond the scope of his
18 expert opinions that he will offer in this case.
19 Q.  Do you think engineers at 3M should be held
20 to that same standard?
21 A.  I'm going to restrict my testimony to my
22 expertise and my report.
23 Q.  Sir, under the rules you cannot restrict
24 your testimony.  You gotta answer my questions unless
25 your counsel tells you not to answer the question.

Page 73

1    Do you agree that 3M should be held to that
2  same standard; "yes" or "no"?
3  A.  Engineers at 3M.
4  Q.  Yes.
5  A.  Yes.
6  Q.  Do you agree that engineers must use their
7  knowledge and skill for enhancement of human welfare?
8  A.  Yes.
9  Q.  Do you agree that safety is paramount with
10 respect to engineering design?
11 A.  Yes.
12    That was the first question, but I did not
13 understand your phrasing of it.  You said my
14 testimony.  It was confusing.
15    MR. ASSAAD:  Move to strike his -- that
16 part of the answer.
17 Q.  Do you believe that safety of patients in --
18 with respect to -- Strike that.
19    Do you agree that the safety of people is
20 more important than profits?
21 A.  Of course.
22 Q.  Engineering is a profession; isn't it, sir?
23 A.  Yes.
24 Q.  Not just a job, it's a profession; correct?
25 A.  Yes.

Confidential - Subject to Protective Order

Page 74

1    Q.   And as a professor in engineering you have a
2  duty to teach your students regarding ethical
3  behavior.
4    A.   Yes.
5    Q.   Engineers are to be honest; correct?
6    A.   Yes.
7    Q.   Impartial?
8    A.   Yes.
9    Q.   And have a --
10       And serve with fidelity to the public;
11  correct?
12    A.   Yes.
13    Q.   And the definition of fidelity is the
14  quality of being faithful and loyal; correct?
15    A.   Yes.
16    Q.   And the same applies to the engineers at 3M;
17  correct?
18    MR. GOSS:  Asked and answered.
19    A.   Asked and answered, yes.  I've already
20  answered you.
21    MR. GOSS:  It's my objection.  You -- You
22  just focus on his questions.
23    Q.   "Yes"?
24    A.   I believe I've already answered the
25  question.

Page 75

1    Q.   And the answer to that question was "yes,"
2  to refresh my recollection; correct?
3    A.   Correct.
4    Q.   Now as someone that's going to -- Strike
5  that.
6       As an engineer in this case you yourself
7  must follow engineering ethics; correct?
8    A.   Yes.
9    Q.   So not just as an expert, but as an
10  engineer; correct?
11    A.   Yes.
12    Q.   Okay.  And to do so, to solve a problem you
13  want as much information as possible to solve a
14  problem when a problem presents itself to you;
15  correct?
16    A.   As much information as is reasonably
17  possible, yes.
18    Q.   Okay.  Reasonably possible; correct?
19       So in this -- you know, in this case you
20  want, you know, all the information regarding the Bair
21  Hugger; correct?
22    MR. GOSS:  Objection, vague.
23    Q.   Like you want to have how the Bair Hugger
24  works, how much heat it puts out, --
25    A.   Yes.

Page 76

1    Q.   -- how much it blows; --
2    A.   Yes.
3    Q.   -- correct?
4    A.   Yes.
5    Q.   What's the flow rate; correct?  The
6  different temperature settings; correct?
7       Right?
8    A.   Yes.
9    Q.   How it's used in an operating room; correct?
10    A.   Yes.
11    Q.   How it's used in a hip and knee surgery;
12  correct?
13    A.   Yes.
14    Q.   You want to know how patients are draped in
15  a hip and knee surgery with the Bair Hugger; correct?
16    A.   Yes.
17    Q.   You want to know what lays over the Bair
18  Hugger; correct?
19    A.   Yes.
20    Q.   Okay.  You also want to know what studies
21  discuss the effect of the Bair Hugger that previous
22  scientists in the field have done with respect to the
23  downward airflow; correct?
24    A.   Yes.
25    Q.   And you agree with me that as a manufacturer

Page 77

1  such as 3M they're not going to put a product out
2  there in the con -- with the -- in the market without
3  doing its own internal testing; correct?
4    MR. GOSS:  Objection, calls for
5  speculation.
6    Q.   Correct?
7    A.   Would you repeat that?
8    Q.   I mean, are you aware of any corporation
9  that just does -- creates a product and just puts it
10  out into the market without doing any testing on it?
11  A medical device?
12    A.   No, I'm not aware of it.
13    Q.   Okay.  Because that would be unethical for
14  an engineer not to test something to make sure it's
15  safe and reliable and okay for the market to use;
16  correct?
17    MR. GOSS:  Continuing objection to ethics.
18    Q.   Correct?
19    A.   Yes.
20    Q.   By the way, does ethics apply to your
21  scientific testing done in this case?
22    A.   Yes.
23    Q.   Okay.  I mean, you don't give up being an
24  engineer when you were retained by 3M in this case;
25  correct?

Confidential - Subject to Protective Order

Page 78

1    A.  I do not.
2    Q.  Did you ever look at the design file in this
3  case of 3M?  Did they ever provide that to you, of the
4  775 or --
5    A.  No, --
6    Q.  -- any of the predecessor devices?
7    A.  -- I do not have design files.
8    Q.  Were you provided any testing, internal
9  documents regarding testing of -- of the device?
10   A.  No internal documents.
11   Q.  Did you receive any internal documents from
12 3M?
13   A.  No.
14   Q.  Okay.  You'd agree with me that it would be
15 unethical for an engineer to ignore a potential
16 problem than to solve it; correct?
17   A.  Say again, please.
18   Q.  Let me simplify it.
19       You agree with me that it's unethical for an
20 engineer to ignore a potential problem that could be a
21 risk to human welfare.
22       MR. GOSS:  Object to form.
23   A.  Yes.
24   Q.  I mean, at the end, what we do as engineers,
25 we're problem solvers; correct?

Page 79

1    A.  That's certainly a part of engineering.
2    Q.  Are you familiar with the Ford Pinto case?
3    A.  Only -- Well from distant memory and the
4  transcript of the deposition of Professor Thomas
5  Kuehn.
6    Q.  What about the Citibank case, are you
7  familiar with that?
8    A.  No.
9    Q.  Do you agree that engineers and the
10 corporations they work for should not manipulate
11 research?
12       MR. GOSS:  Object to form.
13   A.  I think you are --
14       You know, I'm here to testify about the work
15 I did, and I'm not supposed to speculate.
16   Q.  You think you would be speculating by
17 agreeing to the statement that engineers and
18 corporations should not manipulate research?
19       MR. GOSS:  Same objection.
20   Q.  You think that's speculation, sir?
21   A.  What do you mean "manipulate"?
22   Q.  What do you think the term "manipulate"
23 means?
24   A.  Change it.
25   Q.  Okay.

Page 80

1    A.  Mess with it.
2    Q.  Yes.
3        Do you think engineers should do that?
4    A.  Can you --
5    Q.  If you can't answer the question, you --
6    A.  Do you mean manipulate --
7    Q.  If you can't answer the question, you can
8  say you can't answer the question.
9        MR. GOSS:  Okay.  But he was going to try
10 and answer, so let him say what he was going to say.
11   Q.  Okay.  I'm just saying --
12   A.  Do you mean manipulate for adverse effect or
13 adverse reasons, is that what you mean?
14   Q.  That's usually the connotation of
15 "manipulate," yes.
16   A.  There are other connotations, but I'll agree
17 with that connotation.
18   Q.  Do you agree that engineers and corporations
19 they work for should not suppress research regarding
20 human safety?
21       MR. GOSS:  Object to form.
22   A.  I agree.
23   Q.  Now you agree with me that engineers and
24 their corporations should warn the public of potential
25 error -- of potential dangers of a device that's used

Page 81

1  in the public.
2    A.  Yes.
3        MR. GOSS:  I'm going to object that
4  warnings are beyond the scope of his opinions in this
5  case.
6        With that objection, you can answer.
7    Q.  So you agree?
8    A.  Yes.
9    Q.  Do you agree with Dr. Kuehn's teaching in
10 his -- in his PowerPoint that nine of the most
11 dangerous words in the English language are "if I
12 ignore it, maybe it'll go away"?
13       MR. GOSS:  Object to form.
14   A.  I don't even know what you're asking me at
15 this point.
16       I don't know anything about Professor
17 Kuehn's teachings, I have not read his lectures, and
18 I'm not going to comment on that.
19   Q.  Have you read his deposition?
20   A.  I read the deposition.
21   Q.  Do you remember he said, nine of the most
22 dangerous words in the English language are, "if I
23 ignore it, maybe it'll go away"?
24       MR. GOSS:  Object to form.
25   Q.  Do you remember him saying that in his

Confidential - Subject to Protective Order

Page 82

1  deposition?
2      A.  It was a very long deposition.  I don't
3  remember that --
4      Q.  Okay.
5      A.  -- specific point.
6      Q.  If you don't remember, you don't remember.
7          Now is everything you reviewed in this case,
8  besi -- I mean, besides the depositions and the expert
9  reports that we discussed, these documents that were
10  handed to me today, which we'll mark, and what's in
11  your references in your report?
12      A.  Let's go through that list again, please.
13      Q.  Okay.  Maybe we'll do this.  You re -- Okay.
14          Let's go to your report.  You reviewed all
15  the references in your report; correct?
16      A.  Of course.
17      Q.  Okay.  And you've also brought to me today
18  --
19      A.  Yes.
20      Q.  -- four, five documents --
21      A.  Yes.
22      Q.  -- that was given to you by counsel --
23      A.  Yes.
24      Q.  -- this week.
25          And we talked about the depositions of Kuehn

Page 83

1  --
2          MR. ASSAAD:  What were they?
3      A.  Yeah.
4      Q.  Well the four depositions you've read;
5  correct?
6          Correct?
7      A.  Yes.
8      Q.  Okay.
9      A.  And also --
10      Q.  Which was -- of Elghobashi and Dan
11  Koenigshofer; correct?
12      A.  Yeah.  Kuehn, Elghobashi and Koenigshofer,
13  those are the three that I read.  And the expert
14  reports.
15      Q.  Okay.  Is there any documents or research or
16  references that you reviewed and that you're relying
17  upon to support your opinions that are not part of the
18  references in front of me today?
19      A.  There were some videos that were -- that I
20  looked up myself and that were provided to me.
21      Q.  What videos?
22      A.  And I only know these by -- I don't -- by
23  particular names, because YouTube videos are kind of
24  hard to define.  But videos showing the use of the
25  neutral buoyancy bubble technique in investigating

Page 84

1  operating room airflows, and videos showing laser
2  sheet imaging of -- I believe of neutrally buoyant
3  bubbles.
4      Q.  And when were --
5          (Interruption by the reporter.)
6      Q.  Now when were these videos provided to you?
7      A.  Some of these videos were provided to me by
8  3M's counsel at the beginning of -- I would say in
9  early April.
10      Q.  Okay.
11      A.  But there was a 3M video on draping,
12  draping, and a video, basically a advertisement of the
13  HotDog patient warmer.
14      Q.  Are you aware of any other patient-warming
15  systems?
16      A.  I saw the names of some others, but I don't
17  know anything about them.
18      Q.  So you don't -- you've never seen the
19  Mistral system or the Warm Air?
20      A.  I have not seen these systems.
21      Q.  VitaHEAT, does that sound familiar?
22      A.  No, sir.
23      Q.  Are you relying on those videos in any way
24  to support your opinions in this case?
25      A.  The ones that I mentioned.

Page 85

1      Q.  Umm-hmm.
2      A.  The only one of those videos that I'm
3  relying to support -- upon to support my case would be
4  the draping video that we used in order to understand
5  how to drape the patient or the mannequin that we
6  used.
7      Q.  What mannequin did you use?
8      A.  I don't have a specific model or
9  manufacturer number, I'd have to look that up.
10      Q.  Was it plastic, was it --
11      A.  Plas --
12          Foam plastic.
13      Q.  Did you see Abraham's CFD video?
14      A.  Yes.  I saw that video.
15      Q.  Okay.  Are you familiar with CFD?
16      A.  Yes.
17      Q.  Do you consider yourself an expert in CFD?
18      A.  Let's put it this way.  My expertise is in
19  experimental fluid dynamics, but I have a familiarity
20  with computational fluid dynamics.
21      Q.  So if I asked you to do a CFD model of this
22  room with all the bells and whistles such as what
23  Elghobashi did, or even Abraham did, is that something
24  you could do?
25      A.  Now by myself I would not attempt to do a

Confidential - Subject to Protective Order

Page 86

1 large-scale CFD.
2      Q.  Do you know the difference between RANS, LES
3 and DNS?
4      A.  Yes.
5      Q.  Which is the better of the three?
6      A.  "Better."  Would you define what you mean by
7 "better"?
8      Q.  Which gives you the most realistic,
9 real-life results?
10      A.  In -- In what sort of a flow would you be
11 asking?
12      Q.  Any flow.
13      A.  Laminar flow.
14      Q.  Any flow; turbulent, laminar, waves in an
15 ocean.  Any flow.
16      Which is the most accurate with respect to
17 the modeling and calculations?
18      A.  Well if it's a laminar flow those methods
19 don't apply because they're all turbulence modeling
20 methods.
21      I think I can answer your question.  You
22 need to --
23      Q.  Okay.
24      A.  It needs to be more specific.
25      Q.  Okay.  For turbulent modeling.

Page 87

1      A.  All right.  So then the order of accuracy in
2 the case of a complex turbulent flow is RANS,
3 Reynolds-averaged Navier-Stokes.
4      THE WITNESS:  I can spell that if you like.
5      THE REPORTER:  On a break.
6      THE WITNESS:  On break.
7      A.  That would be the least accurate for a
8 complex turbulent flow.  And the next level of
9 accuracy would be Large-Eddy Simulation, LES.  And the
10 most accurate for complex turbulent flow, if it's
11 feasible, would be direct numerical simulation, DNS.
12      Q.  Do you know any of your -- any of your
13 colleagues do DNS?
14      A.  Yes, I know people who do DNS.
15      Q.  Do you do DNS?
16      A.  No, sir.
17      Q.  Do you do LES?
18      A.  No, I've never done LES.
19      Q.  So you don't hold yourself out as an expert
20 with respect to CFD for this case; correct?
21      A.  For --
22      Q.  This case.
23      A.  -- this case.
24      No, I don't.
25      Q.  Okay.  Have you read Elghobashi's resume,

Page 88

1 Dr. Elghobashi's resume?
2      A.  Not in detail, no.
3      Q.  But you've skimmed it, --
4      A.  Yes.
5      Q.  -- looked at --
6      Do you agree that he's an expert with
7 respect to particle flow in turbulence?
8      A.  "Particle flow."
9      My impression of Dr. Elghobashi is he is an
10 expert in computational fluid dynamics.
11      Q.  Okay.  Have you heard of the Elghobashi map?
12      A.  Only in that it came up in the deposition
13 record.
14      Q.  Do you know that Elghobashi's map is one of
15 the crucial mathematical equations used for coupling
16 with respect to particle flow that's used today?
17      A.  I was not aware of that.
18      Q.  Do you know the difference between single
19 coupling and double coupling with respect to the
20 particle flow?
21      A.  I'm not a particle expert.
22      Q.  Okay.  Do you agree with me that Dr. Abraham
23 is not a particle expert?
24      A.  I can't speak to Dr. Abraham's expertise.
25      Q.  Have you reviewed his resume?

Page 89

1      A.  No.
2      Q.  Okay.  Have you reviewed his report?
3      A.  Yes.
4      Q.  Do you agree that there's nothing in the
5 report that shows particle flow, it's mostly just
6 streamlines of air; correct?
7      A.  I'm unsure.  I know it shows streamlines.
8 I'm not sure whether particles were involved.
9      Q.  You agree with me that based on your
10 experimental fluid dynamics that particles do not
11 follow streamlines or airflow.
12      A.  They can follow.
13      Q.  If they're very small --
14      A.  All right.
15      Q.  -- and they have very little mass; correct?
16      A.  I'll agree with that.
17      Q.  Okay.  Particles have inertia.
18      A.  Particles have inertia.
19      Q.  Okay.  For example, if I had a 15-micron
20 particle that's following the airstream against the
21 wall, that particle is going to follow the wall even
22 though the airstream might turn down, based on
23 inertia; correct?
24      A.  Correct.
25      Q.  Okay.

Confidential - Subject to Protective Order

Page 90

1    MR. GOSS:  We've been going about 90
2  minutes, if we can take a break when you reach a --
3    MR. ASSAAD:  Okay.
4    MR. GOSS:  -- convenient spot, let us know.
5  BY MR. ASSAAD:
6    Q.  You agree with me that airstreams or
7  pathways with air do not follow turbulence, turbulence
8  has an effect on particles as well as the airstream;
9  correct?
10    A.  I'm sorry.
11    Q.  That was a bad question.  I withdraw that.
12    Particles do not follow airstreams.  You
13  agree with that; correct?
14    A.  They do not necessarily follow air
15  streamlines.
16    Q.  Based on the size of the particles.
17    A.  That's right.
18    Q.  Okay.  Do you agree with me that turbulence
19  also has a significant effect on particles?
20    A.  Turbulence has an effect on particles?
21    Q.  Yes.  On the movement of particles.
22    A.  Yes.
23    Q.  Okay.  Do you agree with me that in Dr.
24  Abraham's report he did not take into effect the way
25  turbulence affects particles?

Page 91

1    A.  I'd have to go back and have a look at Dr.
2  Abraham's report to comment on that.
3    Q.  Okay.
4    MR. ASSAAD:  We can take a break.
5    THE REPORTER:  Off the record, please.
6    (Recess taken from 11:05 to 11:17 a.m.)
7    (Settles Exhibits 1 & 2 marked for
8    identification.)
9  BY MR. ASSAAD:
10    Q.  Mr. Settles, what's been marked as Exhibit 1
11  is your expert report that we received on June 2nd,
12  2017.  Do you agree with that?
13    A.  One moment, please.
14    Q.  I think if you go to page 12 it will
15  indicate that it has the schlieren image of the feet
16  and the legs?
17    A.  (Witness reviewing exhibit.)  Yes.
18    Q.  Okay.  And what's been marked as Exhibit 2,
19  also dated June 1st, 2017 is your revised report;
20  correct?
21    A.  Well the date's not correct on the revised
22  report.  This was more like the middle of June.
23    Q.  I agree.  I did not -- I did not alter your
24  report.  This was what was provided to us.
25    A.  Oh, my.  Yeah.  I see.

Page 92

1    So the date on the cover was not changed.
2    Q.  What should the date be?
3    A.  Approximately June 18.  I'm not -- I don't
4  have an exact number.
5    Q.  And to be fair, I will look at the file name
6  because I believe it has the date on it.  [Reviewing
7  computer.]
8    Does June 15th sound more --
9    A.  Yeah.
10    Q.  -- appropriate?
11    That's what's on the name of the file, it
12  says revised 15th June 2017?
13    A.  That's fine.
14    Q.  So I'll put June 15th on that.
15    (Discussion off the stenographic record.)
16    A.  Should I mark it, or?
17    Q.  No.  That's fine.  We'll leave it as it is.
18  I marked it on mine.
19    You understand that the deadline for expert
20  reports was June 2nd --
21    A.  I do.
22    Q.  -- in this case; correct?
23    And what made you decide to go back and
24  check your data in the report?
25    A.  Well it's something that I always do.

Page 93

1    Q.  But why didn't you do that before you
2  submitted your final report?
3    A.  Because I finished writing it just before
4  the deadline.
5    Q.  Okay.  You weren't given much time to do the
6  studies, were you?
7    A.  I -- I wouldn't phrase it that way, but I'd
8  say we were -- we were late in the game but we had
9  enough time.
10    Q.  And actually you actually put it in your
11  notes that there wasn't much time to do the studies.
12    A.  Yeah.  I made such --
13    Well actually that referred to, if you look
14  to those notes, we were trying to decide what we could
15  and could not do within the scope of the effort.  And
16  I was looking at Elghobashi's simulation and saw that
17  he had done turbulence intensity in particle motion,
18  and that referred to the turbulence intensity, there
19  just wasn't any way we were going to make such
20  measurements with the -- within the time and scope of
21  the effort.
22    Q.  You were retained in April in this case?
23  April of this year?
24    A.  Yes.
25    Q.  Okay.  And how --

Confidential - Subject to Protective Order

Page 94

1    Did 3M approach you or approach someone at
2 FloViz?
3    A.  Me.
4    Q.  Okay.  Do you know how 3M found you?
5    A.  I'm the schlieren expert.
6    Q.  Now you looked at the Bair Hugger blanket;
7 correct?
8    A.  Oh yes.
9    Q.  Okay.  Do you agree with me that there are
10 hundreds, if not thousands of perforations in the Bair
11 Hugger blanket that air flows out of?
12    A.  Many perforations, yes.
13    Q.  Do you agree with me that the majority of
14 the air coming out of the Bair Hugger blanket probably
15 goes over the arms and the chest as compared to the
16 head and neck?
17    MR. GOSS:  Objection, foundation.  You can
18 answer if you -- if you can.
19    A.  I -- We saw air coming out around the head
20 and neck, so there's some airflow there.
21    Q.  That wasn't my question, sir.
22    A.  A majority, I can't say for sure.
23    Q.  Okay.  But would you agree with me not all
24 the air comes out of the head and neck?
25    A.  Not all the air comes out.

Page 95

1    Q.  Do you agree that's one of the assumptions
2 that Dr. Abraham made in his case?
3    A.  If -- If that assumption's made I don't
4 think it's correct.
5    Q.  Okay.  So you --
6    So if Dr. Abraham made that assumption, you
7 would agree that that is not a correct assumption with
8 respect to how the air flows out of the Bair Hugger
9 blanket; correct?
10    MR. GOSS:  Would you need to review his
11 report?
12    Q.  Just assume that that's his assumption.  You
13 agree that's a faulty assumption.
14    A.  In my report we saw some air coming out
15 around the head and neck.
16    Q.  If Dr. Abraham made the assumption that all
17 the air that the Bair Hugger generates comes out of
18 the head and neck you agree with me that that is an
19 incorrect assumption.
20    MR. GOSS:  Object to form, foundation.
21    A.  To give you an accurate answer I would have
22 to go back and look at Dr. Abraham's report.
23    Q.  Assume --
24    Would you agree with this statement:  All
25 the air that the Bair Hugger generates comes out from

Page 96

1 the head and neck area.
2    A.  Not based on the work that I did, no.
3    Q.  And that's because there's holes that go
4 along the entire length of the air -- of the blanket,
5 correct, of the Bair Hugger?
6    A.  The holes go the entire length of the
7 blanket.
8    Q.  Because it's warming the hands and the elbow
9 and the shoulders and the chest and the other arms and
10 hands; correct?
11    Correct?
12    A.  The one we looked at, which is upper body
13 with the arms extended, is doing what you just said.
14    Q.  And let's assume for this -- for this -- for
15 this day at this deposition, that when I refer to the
16 Bair Hugger blanket I'm referring to the 522 -- --
17    A.  Fair.  Thank you.
18    Q.  -- upper body blanket.  Fair?  Okay.
19    A.  Yes.
20    Q.  So have you ever done work for 3M before?
21    A.  No.  I gave a seminar at 3M, but that's not
22 doing work for them.
23    Q.  When did you do a seminar at 3M?
24    A.  Six years ago.
25    Q.  For what division of 3M?

Page 97

1    A.  It was the --
2    It was not for a division, but was for the
3 3M Tech Forum, which is a company-wide seminar series,
4 as I understood.
5    Q.  And what was your seminar pertaining to?
6    A.  Well schlieren visualization of thermal
7 flows and such.
8    Q.  Do you know whether or not 3M has schlieren
9 testing in their labs?
10    A.  I believe they do have a schlieren optical
11 system.
12    Q.  Okay.
13    A.  I saw their system.
14    Q.  Have you read Dr. Kuehn's dep -- Kuehn's
15 deposition where Dr. Kuehn testified that very few
16 engineers use schlieren testing currently?
17    A.  I did see that.
18    Q.  Is that a correct statement?
19    A.  No.
20    Q.  Do you think a lot of engineers use
21 schlieren testing?
22    A.  Yes.
23    Q.  Okay.  If 3M performed schlieren testing on
24 the Bair Hugger, would that information be relevant to
25 you?  On the Bair Hugger blanket 522.

Confidential - Subject to Protective Order

Page 98

1    A.  Well, I'm speculating.  I'm not aware that
2  they performed any schlieren image.
3    Q.  But if they did do some testing would that
4  information be relevant to you?
5    A.  I'd have to look at the information in order
6  to determine relevance.
7    Q.  And you agree with me that -- Strike that
8  question.
9        Let's touch back on CFD.  You criticized
10  Elghobashi's result because of his vali -- he didn't
11  do any validation; correct?
12    A.  That was one criticism.
13    Q.  And you cited an article --
14        Which report do you want to use for this
15  case; Exhibit 1 or Exhibit 2?
16    A.  Let's use Exhibit 2.
17    Q.  Okay.  By the way, did the fact that you
18  were issued a subpoena to produce all your notes and
19  pictures affect your edits with respect to Exhibit 2?
20    A.  No.
21    Q.  Okay.  So were you expecting a subpoena to
22  be received that you would have to produce your notes
23  and pictures in this case?
24    A.  Not exactly.  I -- I was not.
25    Q.  Okay.  So if you go to the references in

Page 99

1  Exhibit 2 --
2    A.  All right.  Page 22?
3    Q.  Yes.  I want you to turn to reference number
4  25.
5    A.  Yes.
6    Q.  Okay.  It says "Verification and validation
7  in computational fluid dynamics"; correct?
8    A.  That is it, yes.
9    Q.  Okay.  Did you read the entire article?
10    A.  I certainly have read it in the past.  I
11  reviewed it for -- recently.
12    Q.  Okay.  Do you subscribe to the Progress in
13  Aerospace Sciences?
14    A.  I'm an author of papers in that journal.
15    Q.  Do you know Oberkampf or Trucano?
16    A.  I know Bill Oberkampf very well.  I don't
17  know Trucano.
18    Q.  Did you talk to him about this case?
19    A.  No, absolutely not.
20    Q.  Did you talk to anybody about this case
21  except 3M and -- and your colleagues at FloViz?
22    A.  No.
23    Q.  Okay.  What is the difference between
24  verification and validation?
25    A.  All right.  This is a complicated subject so

Page 100

1  I'm going to try to give you a concise answer.  If a
2  code is written there is a question in it whether the
3  equations have been coded correct.  And one of the
4  very first things that has to happen is to verify,
5  usually by comparing the results of that code with a
6  known analytical solution of a flow or some
7  experimental evidence that is beyond reproach in order
8  to find out whether errors can be found in the code.
9  And beyond a certain point if the code is -- does a
10  good job of predicting these unimpeachable sources it
11  could be said that the code itself has been verified,
12  or free from errors.  That's one step in a big
13  process.
14    Q.  So verification is for the code.
15    A.  Yes.
16    Q.  Fair enough.
17    A.  Yes.
18    Q.  Okay.  Validation.
19    A.  Validation.  Now this is where it gets a
20  little more complicated.  There are steps beyond just
21  the coding of the equations that are absolutely
22  necessary in order to have a proper computational
23  simulation.  For example, a grid has to be developed
24  for a particular problem, and if there are problems
25  with the grid there will be problems with the

Page 101

1  solution.  So this goes beyond just the coding of the
2  equations.  And grid itself is -- it's a long issue in
3  the literature.
4    Q.  And meshing is very important; correct?
5    A.  Mesh or grid is very important.  It's does
6  it converge -- does the code converge with this mesh,
7  is the result mesh independent, and is the mesh
8  adequately described or adequately built to get a
9  proper solution.  And this would be a mesh validation
10  step or mesh -- mesh verification step.
11        And then one has the boundary conditions.
12  And the boundary conditions have to be specified in
13  order to get a general computational code to produce a
14  solution for a specific problem.  If the boundary
15  conditions are not properly specified, the code will
16  solve a different problem than the one at hand.
17        And so in validation steps one might test
18  the code, the grid, and the boundary conditions to
19  predict a flow that has been developed experimentally
20  or been measured experimentally as a validation
21  experiment, and therefore is available for comparison
22  with computational results.
23        Is -- Am I answering your question?
24    Q.  I got it.
25        So you would agree with me, you have no

Confidential - Subject to Protective Order

Page 102

1  issue with the verification of the code that
2  Elghobashi used; correct?
3      A.  I do have issue.
4      Q.  What's the issue with the verification?
5          Do you know what code he used?
6      A.  Do I know what?
7      Q.  What code he used.
8      A.  He -- I don't know anything about the code
9  except that he was -- it was developed at Stanford and
10  it was run for him by a colleague who is no longer at
11  his university.
12      Q.  Okay.
13      A.  But it's an LES code.
14      Q.  Okay.  And do you know whether or not that
15  code has been verified?
16      A.  Oh, all right.  I -- I believe that there
17  was good evidence that the code had been verified.
18      Q.  Okay.  So you have no issue with the code
19  being verified by Elghobashi.
20      A.  I am sorry.  I have no issue with the
21  verification --
22      Q.  Okay.
23      A.  -- of the code.  That's right.
24      Q.  Okay.  And in fact do you know whether or
25  not the code is --

Page 103

1          Do you know the code that Abraham used?
2      A.  I only know that it was a RANS code,
3  R-A-N-S.
4      Q.  And why do you think it was RANS?
5      A.  Well I think that's what he said it was.
6      Q.  Okay.  Do you think RANS is appropriate to
7  run a turbulent model in an operating room?
8      A.  That is --
9          That's an oversimplifi --
10  oversimplification, but okay.
11          Many, many solutions of many flows are run
12  with Reynolds-averaged Navier-Stokes codes and
13  reasonable solutions are obtained even though there
14  are some pretty serious approximations in there.
15      Q.  You agree with me that a lot of the code
16  that's used by RANS is usually verified by LES first.
17      A.  In my experience of u -- the verification is
18  usually by experiment.  Nowadays you can verify a
19  simpler code like RANS by running an LES code to
20  compare with it.
21      Q.  And the same thing:  You could verify an LES
22  code by running a DNS code.
23      A.  If it was possible to do so, yes.
24      Q.  Okay.  And it seems like you're very
25  familiar with the different types of modeling.  You

Page 104

1  agree with me that DNS code has limitations, and the
2  main limitation is computer cores.
3      A.  Or to put it another way, that in this era
4  it will only handle low Reynolds number flows, and you
5  couldn't use a DNS code to compute flow over a
6  full-scale jet liner.
7      Q.  Because the -- the ability to compute is
8  based on the cube of the Reynolds number; correct?
9      A.  Yes.
10      Q.  Okay.  So you agree with me that the --
11          You understand that Elghobashi used LES;
12  correct?
13      A.  I do.
14      Q.  You agree that the LES is more accurate than
15  the RANS, which you've testified earlier.
16      A.  In -- In many cases, yes.  I'm not certain
17  that LES is required for the solution of flows in an
18  operating room, but it certainly wouldn't be a poorer
19  solution than a RANS solution.
20      Q.  Okay.  You understand that Elghobashi
21  testified that it was the turbulence that had a major
22  effect -- the turbulence intensity which had an effect
23  on the particle movement in the operating room.  You
24  understand that; correct?
25      A.  I do.

Page 105

1      Q.  And you agree with me that LES is much more
2  accurate with respect -- with respect to turbulence
3  than RANS.
4      A.  It is more accurate than RANS.
5      Q.  Okay.  And also a very important thing with
6  LES is what you use for the sub-grid; correct?
7      A.  Yes.
8      Q.  Do you know what the sub-grid is?
9      A.  Yes.
10      Q.  Okay.  Do you know what Abraham used for the
11  sub-grid?
12      A.  I don't.
13      Q.  Okay.
14      A.  But if I'm -- if Abraham used a RANS model,
15  there is no sub-grid.
16      Q.  Okay.
17      A.  That's an LES term.
18      Q.  Can you take a RANS model and just say let's
19  do LES on it, or do you have to change the mesh?  If
20  you know.  If you don't know, that's fine.
21      A.  I believe you -- you have to change the
22  code, --
23      Q.  The code --
24      A.  -- not the mesh.
25      Q.  -- and the mesh?

Page 106

1    MR. GOSS:  I'm just going to object that
2  we're getting beyond the scope of his opinions.  I
3  think in his report he talks about his criticism of
4  Elghobashi being the experimental validation and the
5  boundary conditions.
6       If you know the answer, go ahead.
7    Q.  Well let's back up a little bit.
8       You want to be objective; correct?
9    A.  I do want to be objective.
10    Q.  And if you want to -- if you're going to
11  criticize Plaintiffs' CFD expert, you should be able
12  to criticize defense CFD expert; correct?
13    A.  Yes.
14    Q.  That's being objective; correct?
15    (Interruption by the reporter.)
16    THE REPORTER:  If you're going to
17  criticize?
18    Q.  -- Plaintiffs' CFD expert, you must
19  criticize the defense CFD expert.
20       That's part of being objective; correct?
21    A.  Yes.
22    Q.  Part of being impartial; correct?
23    A.  Yes.
24    Q.  You're not sitting here being an advocate
25  for the defense in this case.

Page 107

1    A.  I am not.
2    Q.  Okay.  Now we've talked about you agree that
3  Elghobashi's code has been verified; correct?
4    A.  The code itself, yes.
5    Q.  Okay.  The validation.  Now do you think
6  that the paper written by Oberkampf and Trucano,
7  reference number 25, states that in every single situ
8  -- in every single complex system that validation
9  requires actual measurements?
10    A.  "Every single complex system."
11    Q.  Yes.
12    A.  I think there might be some particular
13  complex systems that experimental measurements were
14  not required.
15    MR. GOSS:  The question was specific to the
16  Oberkampf paper, number 25; right?
17    MR. ASSAAD:  Yes.
18    A.  But that's a detail in that paper that I
19  would have to go back and review in order to give a
20  definitive answer.  That's a big paper.
21    Q.  And you've read the entire thing before you
22  cited it?
23    A.  I have read it, yes, but I only skimmed it
24  in preparation for this deposition.
25    Q.  Go to page 18 of Exhibit 2.  You say "there

Page 108

1  is no validation experiment" under number 1 of your
2  criticism of Elghobashi; correct?
3    A.  Yes.
4    Q.  And then it states:  "The CFD simulation of
5  turbulent flows without any experimental validation is
6  automatically suspect in the fluid dynamics community,
7  and is generally not considered publishable until at
8  least some comparative experimental data becomes
9  available."
10    A.  Yes.
11    Q.  Do you believe that's cited in this paper?
12    A.  I'm sorry.  "Cited."  How do you mean
13  "cited"?
14    Q.  Like you -- where can I find --
15    A.  All right.
16    Q.  -- your reliance on that in this paper?
17    A.  Look at the --
18       If you look at the journals of societies
19  like American Institute of Aeronautics and
20  Astronautics, and the Journals of ASME I believe you
21  will find a policy -- and let's say, also, Journal of
22  Fluid Mechanics --
23    Q.  Can I just stop you right there and let me
24  interrupt?  And I think Mr. Goss understands why I'm
25  interrupting you.

Page 109

1       You cited the paper by Oberkampf and Trucano
2  for that statement that, "The CFD simulation of
3  turbulent flows without any experimental validation is
4  automatically suspect in the fluid dynamics community,
5  and it's generally not considered publishable until at
6  least some comparative experimental data becomes
7  available."
8       Is that in this paper that you've cited?
9    A.  I cited the paper as a general reference on
10  validation and verification, and I believe that that
11  is largely correct.
12       Certainly in my experience over a period of
13  years with experimental and computational fluid
14  dynamics --
15    MR. GOSS:  He just asked you what is in the
16  paper.  And if you know, you can answer; if you
17  don't, then say so.
18    Q.  You understand when you write --
19       You've done many research papers before;
20  correct?
21    A.  I have.
22    Q.  And when you cite to something you're
23  basically saying that this paper states what you're
24  citing to; correct?
25       "Yes" or "no"?  Correct?

Confidential - Subject to Protective Order

Page 110

1     A.  Yes.
2     Q.  Okay.  So you're citing to number 25, this
3  paper, under page 18 of Exhibit 2, to say, "The CFD
4  simulation of turbulent flows without any experimental
5  validation is automatically suspect in the fluid
6  dynamics community, and is generally not considered
7  publishable until at least some comparative
8  experimental data becomes available."
9         Is that stated in that paper?  Do you know,
10  sitting here today?
11     A.  I would have to go back and check the paper.
12     Q.  Okay.
13     A.  I cited that reference as the foremost
14  reference on validation/verification of CFD.
15     Q.  Well are you saying you're citing stuff
16  without being sure what's in it?  Is that what you're
17  telling me today?
18        MR. GOSS:  Objection, argumentative.
19     Q.  I mean, Dr. Settles, by you citing it you're
20  basically telling the scientific community that this
21  statement is in that paper; aren't you?
22     A.  I think that that's the general -- the gist
23  of the paper is that, but in recent years, with the
24  development of LES and DNS, there may be some
25  occasions where the more advanced solutions could be

Page 111

1  used, like DNS, for partial verification of a LES
2  solution.
3         Being old school myself, I believe in
4  experimental verification.  As far as I know, there is
5  no experimental verification for the flow in a
6  operating room.
7         (Interruption by the reporter.)
8     Q.  Do you agree with this statement:  Because
9  of the infeasibility and impractability of conducting
10  true validation experiments on most complex systems,
11  the recommended method is to use a building-block
12  approach?
13         Do you know what a building-block approach
14  is?
15     A.  Step-by-step.
16     Q.  Okay.  You're a member of the AIAA; correct?
17     A.  I am.
18     Q.  Okay.  Continue.
19         Do you agree with that statement?
20     A.  Would you read the statement again, please?
21     Q.  Because of the infeasibility and
22  impractability of conducting true validation
23  experience on most complex systems, the recommended
24  method is to use a building-block approach.
25     A.  I don't agree with that statement.

Page 112

1     Q.  Okay.  So if that statement is in this
2  paper, you would disagree with it.
3     A.  I disagree with that statement, yes.
4     Q.  Okay.  Okay.  Do you believe this statement
5  in this paper of reference 25 is authoritative?
6     A.  Yes.
7     Q.  Okay.  Continue on.
8         "This approach divides the complex
9  engineering system of interest into three, or more,
10  progressively simple tiers: subsystem cases, benchmark
11  cases, and unit problems."
12         Do you agree with that?
13     A.  What was the last one?
14     Q.  "This approach divides the complex
15  engineering system of interest into three, or more,
16  progressively simple tiers: subsystem cases, benchmark
17  cases, and unit problems."
18         Do you agree with that?
19     A.  "Unit problems."  All right.
20         I think I'd have to see the context on that
21  before I could give you a -- a yes-or-no answer.
22     Q.  You're a member --
23         As you said, you're a member of the AIAA;
24  correct?
25     A.  That's correct.

Page 113

1     Q.  And they have actually discussed
2  verification and validation in their literature;
3  correct?
4     A.  That is correct.
5     Q.  Okay.  And they have an AIAA Guide; correct?
6     A.  Yes.
7     Q.  And actually the AIAA doesn't use the term
8  "building-block tiers," it actually refers to them as
9  "phases."  Are you familiar with that?
10     A.  Phases, building blocks, step-by-step, yeah.
11     Q.  Do you understand that if a code -- Strike
12  that.
13         A code could be validated by performing
14  experimental data and testing it on more complex
15  systems than what you are actually doing your modeling
16  on.
17     A.  "More complex systems."
18     Q.  Yes.
19     A.  In other words --
20         Can I rephrase this, or?
21     Q.  Let me -- Let me --
22         Let me make it simpler.
23     A.  Yeah.
24     Q.  If I modeled this room and I had 10 air
25  supplies and five air returns and 15 people in here

Confidential - Subject to Protective Order

Page 114

1  and a bunch of equipment and I modeled it and I tested
2  it and the code was verified and validated based on
3  the testing, that therefore if I run the same -- use
4  the same exact code for a room this size with just one
5  air supply, one air return, and only one person in
6  here --
7      A.  All right.
8      Q.  -- that the code is -- that that -- that
9  solution is still validated?
10     A.  Since the code was run on a more complex
11 system of similar type, that could be used as a
12 validation.
13     Q.  Okay.  So the mere fact --
14         So you would agree with me that if
15 Elghobashi's code, the one he used, was validated on a
16 more complex system than what was done in this case,
17 that in the CFD community they would consider that
18 validated.
19     A.  It would have to be a more complex system of
20 the same type as the ventilation flow in an operating
21 room, not a jet engine combustor or some such.
22     Q.  Same physics.  Ver --
23         According to this paper, verification is
24 comparing physics, vali -- or, I'm sorry.
25         Verification is comparing mathematics,

Page 115

1  validation is testing the physics; correct?
2      A.  All right.  The -- What I'm saying is if you
3  want to do this with an operating room you need to
4  find a room ventilation example that is more
5  complicated than the operating room to be able to
6  claim that my code works for the more complicated
7  case, it should then work for the less complicated
8  case.
9      Q.  Could a clean room suffice?
10     A.  Maybe.
11     Q.  Okay.  Isolation room?
12     A.  Don't know about that.
13     Q.  Okay.
14     A.  Maybe, maybe not.
15     Q.  But it's mainly testing the code, the math
16 and the physics, that's the verification and
17 validation; correct?
18     MR. GOSS:  Object to form.
19     Q.  According to your paper that you --
20         According to the paper that was cited.
21     A.  Testing the ability of the code to predict a
22 complex turbulent flow, which is a very difficult
23 thing to do.
24     Q.  So you would agree with me if Elghobashi,
25 Dr. Elghobashi provides data that this code was

Page 116

1  verified and validated for a more complex system with
2  the same types of physics, airflow, turbulence,
3  particle flow, et cetera, that you would have no
4  criticism of the validation.
5      A.  I'm not going to agree with that, and I can
6  explain why.
7      Q.  Sure.
8      A.  That could be a part of the validation, but
9  I still think that it overlooks the obvious step of
10 making some measurements, it could be simple
11 measurements, in an operating room for a direct CFD
12 experiment comparison.
13     Q.  Okay.  So you still think you'd need
14 measurements in an operating room; correct?
15     A.  I'm an experimentalist.
16     Q.  How much would it cost to make accurate
17 measurements in an operating room, like accurate that
18 would actually show turbulence and velocity fields and
19 everything like that?
20     A.  Once again, a step-by-step approach would
21 take mean flow measurements, temperature and velocity,
22 and then would step up to turbulence intensity
23 measurements and so forth.  But until you verified the
24 mean flow, there's no point in using complex and
25 expensive instruments to get turbulence intensities.

Page 117

1      Q.  You're not a particle expert; correct?
2      A.  No.
3      Q.  Okay.
4         (Interruption by the reporter.)
5      Q.  You agree with me that reference number 25
6  has no discussion on whether or not a paper is
7  publishable or not, according to what you cite it for.
8      A.  I'm sorry.  That last phrase was?
9      Q.  "According to what you cite it for."
10     A.  Repeat the question.
11     Q.  You say, generally --
12         You say, on number 18, item number 1, that
13 without validation in the fluid dynamics community, a
14 paper is not publishable unless there's experimental
15 data; correct?
16     A.  That's the traditional view, yes.
17     Q.  But there's no way --
18         I mean, I'll represent to you that I did a
19 word search and typed in the word publish --
20 publishable, you know, P-U-B-L-I, and the only thing
21 that came up was where it says 2002 published by
22 Elsevier Science.
23         Do you recall even seeing that statement in
24 reference 25?
25     A.  Once again I cited reference 25 as a general

Confidential - Subject to Protective Order

Page 118

1 reference on validation and verification, but the
2 comment also speaks to the scientific journals which
3 -- some of which, like AIAA Journal and Journal of
4 Fluid Mechanics, have policies that prevent the
5 publication of pure CFD results with no comparison to
6 experimental data or some other reasonable
7 verification.
8     Q.   Do you have those here today?
9     A.   I do not.
10    Q.   You understand that today's my day to get
11 your opinions and your --
12    A.   I --
13    Q.   -- methodology and basis; correct?
14    A.   -- understand that.
15        So I just gave you the sources.
16        MR. GOSS:  Let him finish his question
17 before you start to answer.
18        THE WITNESS:  I'm sorry.
19    Q.   You understand that.
20    A.   Say again.
21    Q.   And you understand your deadline for the
22 expert report was June 2nd.  You understand that;
23 correct?
24    A.   I understand that.
25    Q.   And you had the opportunity to put those

Page 119

1 sources in your references and cite to them in your
2 report; correct?
3     A.   Correct.
4     Q.   And you fai --
5        And you did not do so; did you?
6     A.   The journal.
7     Q.   You do not cite those journals in this --
8     A.   I did not cite those journals.
9     Q.   -- report; correct?
10    A.   I did not cite those journals.
11    Q.   And you agree with me that what you cite in
12 under number 1, reference 25, does not say that; does
13 it, Mr. Settles?
14    A.   I don't know.  I'd have to check it.
15        I did cite a number of references in
16 journals that have such a compu -- a computational
17 policy, I believe.
18        Let me check my reference list.
19    Q.   You know, I will give you this article at
20 lunchtime, and if you could tell me where it says
21 something's not publishable, you know, unless --
22 unless there's validation, I'd like you to show it to
23 me after lunch.  But I'm not going to have you go
24 through a 50-page paper that you've said you read and
25 know and have cited for you to find something that you

Page 120

1 are even at this point unsure whether or not it exists
2 in the paper.  Let's move on.
3        Why were you given the Dasari paper?
4        MR. GOSS:  Objection, calls for
5 speculation.
6     Q.   Do you know what the Dasari paper is?
7     A.   Yes.
8     Q.   Okay.  When did you first receive the Dasari
9 paper?
10    A.   Recently.  Last few days.
11    Q.   Yesterday, or Sunday?
12    A.   Perhaps yesterday.  Well I --
13    Q.   Did you say you can't remember if it was
14 yesterday or Sunday?
15    A.   Dasari.  Yesterday, I think.
16    Q.   Okay.  How long did you meet with Mr. Goss
17 yesterday?
18    A.   How long?
19    Q.   Yes.
20    A.   I don't think I have to talk about
21 discussions with --
22        MR. GOSS:  You can answer.
23    Q.   Listen, sir, let's be clear here.  Unless
24 your attorney tells you not to answer a question, your
25 job is to answer questions here today.  Do you

Page 121

1 understand that?
2     A.   I think I've been answering your questions,
3 sir.
4     Q.   Okay.  So don't tell me I'm not going to
5 answer a question unless he tells you not to answer a
6 question.
7        How long did you spend with Mr. Goss
8 preparing for today?
9     A.   He and I had discussions yesterday, all day.
10    Q.   Eight hours, 10 hours, 12 hours?
11    A.   Might have been eight hours.
12    Q.   What time'd you start?
13    A.   Nine o'clock in the morning.
14    Q.   And what time did you finish?
15    A.   Probably about 10 p.m., but it was not a
16 continuous thing.  I mean, there were meals and so
17 forth.
18    Q.   So that's about 11 hours, minus meals and
19 breaks.
20    A.   Okay.
21    Q.   Fair enough?
22    A.   Fair enough.
23    Q.   Okay.  Did you meet with Mr. Goss since you
24 submitted your report, or anyone from 3M since June
25 2nd?

Confidential - Subject to Protective Order

Page 122

1    A.  Personal meeting?
2    Q.  Yes.
3    A.  No.
4    Q.  Okay.  And the first time you received this
5    was -- the Dasari, was yesterday.
6    A.  I think that's right.
7    Q.  Okay.
8    A.  Yeah.
9    Q.  Did you discuss this article?
10   A.  Yes.
11   Q.  Okay.  Did you read this article?
12   A.  I scanned the article.
13   Q.  Okay.  Do you disagree with the results of
14   the article?
15   A.  Could I see it?
16       MR. ASSAAD:  Let's mark this as Exhibit
17   Number 3?
18       THE REPORTER:  Three.
19       (Settles Exhibit 3 marked for
20       identification.)
21   A.  So your question is do I disagree with the
22   results of this article?
23   Q.  Yeah.
24   A.  No.  My impression of the article is that it
25   looks at a different problem than the one at hand.

Page 123

1    Q.  Okay.
2    A.  Because it looks at a -- a full-body warming
3    blanket.  So it's difficult for me to get -- to get
4    any direct comparison.
5    Q.  Okay.  If there was a peer-reviewed article
6    out there that indicated that when the upper body
7    blanket increased the temperature above the patient,
8    would that be relevant to your -- to your testing and
9    study and your report?
10   A.  I'm having difficulty answering that
11   question the way it's phrased.
12   Q.  Well --
13   A.  Increase the temperature when it's --
14   compared to what?
15   Q.  Let --
16       Compared to before the Bair Hugger was
17   turned on.
18   A.  Oh.
19   Q.  Let me withdraw that question.
20       Based on your measurements, the temperature
21   above the -- on top of the drape was 18 degrees
22   Celsius; correct?
23   A.  Well the temperature --
24       These are shown in the diagram.  The
25   temperature above the drape at the knee was 18 degrees

Page 124

1    Celsius.
2    Q.  Okay.  If there was testing done that showed
3    that the Delta -- You only see a one degree Delta
4    there, correct, between ambient and the temperature.
5    A.  That's right.
6    Q.  Okay.  If the testing was done that showed a
7    four- or five-degree change in temperature when the
8    Bair Hugger was turned on compared to when it was off,
9    would that be relevant to your -- to your report?
10   A.  I think it would --
11       MR. GOSS:  I'm going to object that it
12   calls for speculation.  You can answer.
13   A.  -- peripherally.
14   Q.  Okay.
15   A.  In other words, not directly relevant.
16   Q.  Were you asked to compare the Bair Hugger to
17   the HotDog, or was that something you came up on your
18   own?
19   A.  Well I think from my --
20   Q.  It's a simple question.
21       Did they ask you to do it, or did you come
22   up with it on your own?
23   A.  I came up with that on my own.
24   Q.  Okay.  How'd you know about the HotDog?
25   A.  Because I saw the literature on the HotDog,

Page 125

1    the videos and the other things that we've mentioned.
2    Q.  What do you know about Dr. Augustine?
3    A.  Not too much.
4    Q.  Were you provided any information about Dr.
5    Augustine?
6    A.  Some information.
7    Q.  What information were you provided?
8    A.  I believe that he originally invented the
9    Bair Hugger, and now is aligned with the plaintiffs,
10   who --
11   Q.  Who told you they're aligned with the
12   plaintiffs?
13   A.  That's just what I've gathered.
14   Q.  From who?
15   A.  What I saw in case reports and this sort of
16   thing on the internet.
17   Q.  What in the internet indicates that Dr.
18   Augustine's aligned with the plaintiffs in this case?
19   A.  I don't have a specific, so I -- I should
20   withdraw that answer.
21   Q.  Okay.  Because you have no basis --
22   A.  I don't have a basis.  I don't have who he's
23   aligned with.
24   Q.  Okay.  I mean, this case is basically a
25   scientific problem.  You'd agree?

Confidential - Subject to Protective Order

Page 126

1    A.   As far as I'm concerned, yes.
2    Q.   Okay.  It doesn't matter --
3    A.   A public-safety problem.
4    Q.   A public-safety issue; correct?
5    A.   Yes.
6    Q.   By the way, let me ask you a question.  If
7  during this deposition I show you something or we
8  discuss something that may change your opinions in
9  this case, would you let me know even though you're
10 working for 3M, if it's going to hurt 3M?
11   A.   If you provided me information that changed
12 my opinions, yes.
13   Q.   Okay.  You're aware there were studies done,
14 I see some here like the Legg studies, dealing with
15 particle counts and bubble tests; correct?
16   A.   Yes, I am.
17   Q.   And all those indicated increased particles
18 and bubbles over the surgical site; correct?
19   A.   Increased particles and bubbles in what
20 circumstance?
21   Q.   When the Bair Hugger was turned on.
22   A.   What kind of an answer are you expecting
23 from me?
24   Q.   You agree that those testing done by those
25 researchers indicated that the -- based on bubble

Page 127

1  tests and particle tests that the Bair Hugger, when
2  it's turned on, has an effect on the airflow in an
3  operating room.
4        MR. GOSS:  If you need to see the paper,
5  let him know; otherwise you can answer the question
6  as it was asked.
7        MR. ASSAAD:  Well if he needs to see
8  anything he can let me know, but you don't have to
9  coach him, Peter.
10   A.   I'm --
11        What I'm getting at here is is this a
12 yes-or-no question, or can I give you an --
13        MR. GOSS:  You can answer, to the best of
14 your ability, his question.
15        THE WITNESS:  Answer to the best of my
16 ability.
17        MR. GOSS:  You don't have to ask him any
18 questions.
19   A.   And it harks back to an earlier issue, does
20 the temperature increase when the Bair Hugger is
21 turned on.
22        I believe that the temperature probably
23 increases when any warming blanket is turned on
24 compared to the case when it's not off.  And --
25   Q.   And --

Page 128

1    A.   -- that's not a --
2    Q.   -- that's based on the first law of
3  thermodynamics; correct?
4    A.   Well first law of thermodynamics applies to
5  all issues where heat is transferred, so you could say
6  that.
7    Q.   It's the conservation of energy; correct?
8    A.   But I'm basing it more specifically on the
9  fact that the surface of the warming blanket gets
10 warm, there will be a thermal boundary layer on top of
11 it, regardless of whether it's forced air or what it
12 is, and this could then be measured and you would see
13 an increased temperature.
14   Q.   Okay.  So if you compared --
15        I'll get to that later, actually.
16        I assume you're making the assumption that
17 all patients must be warmed; correct?
18   A.   Well that's the purpose of the warming
19 blanket in my opinion.
20   Q.   But you're not an anesthesiologist; correct?
21   A.   Oh no.
22   Q.   You're not an infectious disease doctor;
23 correct?
24   A.   No.
25   Q.   You don't hold yourself out as an expert in

Page 129

1  anesthesiology; correct?
2    A.   No, sir.
3    Q.   You don't hold yourself as an expert out in
4  infection disease; correct?
5    A.   No, sir.
6    Q.   You don't hold yourself out as an expert in
7  orthopedic surgery; correct?
8    A.   That's correct.
9    Q.   You don't hold yourself as an expert in
10 internal medicine; correct?
11   A.   Correct.
12   Q.   You don't hold your expert --
13        You don't hold yourself as an expert in
14 nursing; correct?
15   A.   Correct.
16   Q.   You don't hold yourself out as an expert in
17 filter media; correct?
18   A.   Correct.
19   Q.   You don't hold yourself out as an expert in
20 medical device design; correct?
21   A.   That's correct.
22   Q.   You don't hold yourself out as an expert in
23 medical device warnings; correct?
24   A.   Correct.
25   Q.   You don't hold yourself out as an expert in

Confidential - Subject to Protective Order

Page 130

1  patient warming; correct?
2      A.  Correct.
3      Q.  You don't hold yourself out as an expert in
4  operating room design; correct?
5      A.  That's correct.
6      Q.  By the way, with respect to the creation of
7  your model or your system, did you consult with any
8  ASHRAE 172 consultants?
9          MR. GOSS:  170?
10         MR. ASSAAD:  170.  Sorry.
11     A.  No.  I didn't have -- didn't consult with
12  people.  I read ASHRAE documents that are cited.
13     Q.  Okay.  You have no experience in operating
14  airflow; correct?  Operating room airflow.
15     A.  Clean room airflows, but not operating room.
16     Q.  So you don't hold yourself out as an expert
17  in -- in operating room airflow.
18     A.  No, sir.
19     Q.  Okay.  Have you heard of ANSYS?
20     A.  Yes.
21     Q.  Have you ever used ANSYS?
22     A.  Well ANSYS is the company that bought the
23  computer -- the CFD code known as Fluent.
24         Is that what you're referring to?
25     Q.  They have Fluent, they have CFX, --

Page 131

1      A.  All right.
2      Q.  -- they have Workbench.
3      A.  I've used Fluent in the past in teaching,
4  and then some of my students used it in research in
5  the past.
6      Q.  What version of Fluent did you last use?
7      A.  I don't --
8          This has been a few years, so I don't know
9  what the version was.
10     Q.  When you say "a few years"; five years, 10
11  years?  Since you've last used it, not your students.
12     A.  Well I've been refired for two years.  It
13  would have been 5 or 10 years, yeah.
14     Q.  Okay.  Do you know what Boussinesq is,
15  approximation?
16     A.  The Boussinesq approximation, yes.
17     Q.  What is it?
18     A.  That's an approximation used in
19  computational fluid dynamics in which density effects
20  are ignored if the force of gravity is not explicitly
21  involved.
22     Q.  Is density effects ignored for all the --
23  the variables in the equation, or just for certain
24  ones?
25     A.  The ones that are coupled with the force of

Page 132

1  gravity.
2      Q.  Have you ever used the Boussinesq
3  approximation?
4      A.  I've never written a code that involved the
5  Boussinesq approximation.
6      Q.  Have you ever used it in an ANSYS Fluent?
7      A.  I've not used very much ANSYS Fluent --
8      Q.  Okay.
9      A.  -- personally.
10     Q.  Do you even know if ANSYS uses the -- ANSYS
11  Fluent uses the Boussinesq approximation?
12     A.  No, I don't.
13     Q.  Okay.  Do you know when it's appropriate to
14  use the Boussinesq approximation?
15     A.  It has to do with particle motion in the
16  air.
17         (Interruption by the reporter.)
18     Q.  Does it work with a complex system that has
19  -- Strike that.
20         It assumes density is constant; correct?
21     A.  It ignores some density effects if the
22  gravitational force is not involved.  That's my
23  understanding of the Boussinesq approximation.
24     Q.  And density is related -- and air are
25  related to temperature; correct?

Page 133

1      A.  It's inversely related to temperature at
2  constant pressure, that's right.
3      Q.  Okay.  And if there's a significant
4  difference in temperature, you would agree with me
5  that using the Boussinesq approximation might cause
6  error.
7          MR. GOSS:  I'm just going to object that
8  this is beyond the scope of his opinions.
9          You can answer if you know.
10     A.  I know that Boussinesq can fail under
11  certain circumstances.  I also know that it's an
12  important approximation in computational fluid
13  dynamics within its realm of application.
14     Q.  Would you agree with me that based on the
15  literature and ANSYS guidelines that ANSYS is supposed
16  to be used for natural convection cases?
17     A.  Is -- ANSYS --
18     Q.  Natural --
19         For natural convection.
20     A.  -- is a --
21     Q.  Supposed to be used for --
22     A.  "Supposed to be used."
23     Q.  I'm sorry.  "Can be used."
24     A.  "Can be used."  "Can be used."
25         Yes, it certainly can be used for natural

Confidential - Subject to Protective Order

Page 134

1  convection.
2      Q.  And you would agree with me that -- Strike
3  that.
4          Do you know whether or not ANSYS Fluent or
5  CFX has been verified?
6      A.  The code itself has been around for a long
7  time, so I think that code verification has long since
8  been done.
9      Q.  What about validated?
10     A.  Well that --
11         Validation speaks to particular problems
12 with particular grids and particular boundary
13 conditions.
14     Q.  And you agree with me that since ANSYS is a
15 commercial product that they don't make any
16 representations of validation because their product is
17 used for so many different types of modeling.
18     A.  I don't really know what representations
19 they make.
20     Q.  Okay.  You agree with me, though, that to
21 use the Boussinesq approximation in ANSYS that that
22 would have to be validated for a system that's more
23 complex than an operating room; correct?
24     A.  Oh wow.
25         MR. GOSS:  Again it's --

Page 135

1      A.  That's --
2          MR. GOSS:  well --
3      A.  I don't really know how to answer that
4  question.
5      Q.  Okay.  Well you testified earlier that a
6  code could be validated if, for example, you're doing
7  an operating room or a clean room or something similar
8  and it was validated for a more complex model than
9  what you're actually doing at this --
10     A.  That could be one form of validation.
11     Q.  Okay.  So to -- if you --
12         Like, for example, if the Boussinesq
13 approximation was not validated for a model that's
14 more complex, say for -- in this case for an operating
15 room --
16     A.  That's not validated.
17         MR. GOSS:  Wait.  Wait.  Let him finish his
18 question before you start to answer, please.
19         THE WITNESS:  Sorry.
20     Q.  -- was not validated, then without
21 experimental testing you cannot validate your results;
22 correct?
23     A.  If the Boussinesq approximation was not
24 validated, then without experimental vali --
25     Q.  Validation, you could --

Page 136

1      A.  -- validation, you could --
2      Q.  Experimental data, --
3      A.  Data.
4      Q.  -- you could not validate your results.
5      A.  That --
6          That's a little too contorted for me to --
7      Q.  Okay.
8      A.  -- get a clear idea of what it is you're
9  asking.
10     Q.  We'll move on, then.
11         Have you received --
12         Are you familiar with Dr. Sessler?
13     A.  Vaguely, yeah.
14     Q.  Have you not reviewed his study on parti --
15 that 3M funded on particle counts?
16     A.  I'm not particularly concerned about --
17         Oh, wait a minute.  "Particle counts."
18     Q.  Yeah.
19     A.  I'm not familiar with Sessler's study on
20 particle counts.
21     Q.  Well, are you surprised that 3M actually
22 funded and conducted a study on the effect of Bair
23 Hugger in an operating room using particle counts and
24 that they have not provided you with either the paper
25 or the underlying data?

Page 137

1      A.  Well, no.  I did my own literature search.
2  So if this was relevant, I should have found it
3  myself.
4      Q.  Well it's -- it's a paper funded by 3M that
5  compares the Bair Hugger -- that looks at the Bair
6  Hugger's effect on the laminar flow in -- in two test
7  sites in Holland that was done in 2010 and published
8  in 2011.
9          And I take it you didn't -- you didn't find
10 that article.
11     A.  I didn't.
12     Q.  Okay.  Do you believe that if you are --
13 have been retained by a company such as 3M, that they
14 would supply you with relevant data to your research?
15     A.  I didn't expect 3M to provide me with the
16 data.  As a scientist it was up to my -- to me myself
17 to learn what the literature had to say.
18     Q.  So the fact that you didn't find the Dr.
19 Sessler article, would you agree with me that your
20 research was not complete?
21     A.  Well --
22         MR. GOSS:  Object to form.
23     A.  -- one does a literature search, one never
24 finds all the pertinent references.  But I'll
25 certainly go look for that one and read it.

Confidential - Subject to Protective Order

Page 138

1    Q.   Did you ever go to the 3M website or the
2   Blackwell Burke website on forced-air warming?
3    A.   No, sir.  I did my literature research using
4   the traditional search engines that are available.
5    Q.   What'd you use, Google?
6    A.   Google Scholar, and ISI's Science Citation
7   Index, which includes PubMed.
8    Q.   Okay.  And what were the search terms you
9   used?
10    A.   Search terms were, oh, hospital, infection,
11   surgery, operating room, CFD.  I also included the
12   search term "schlieren" to see if anyone -- see if I
13   could find any previous work using schlieren optics,
14   which I did not.
15    Q.   You did not use the word "Bair Hugger"?
16    A.   Patient-warming blanket, but I did not use
17   product names, no.
18    Q.   So 3M retains you.
19         Are you aware that 3M actually has a
20   compendium with every single article written on Bair
21   Hugger in a nice thing you could download?
22    A.   Not aware of it.
23    Q.   They didn't tell you that?
24    A.   Not aware of it.
25    Q.   So 3M did not tell you that.

Page 139

1    A.   I think I answered the question.
2    Q.   Okay.  Well you said you're not aware of it,
3   so I'm going to assume that --
4    A.   No one told me that.
5    Q.   Okay.  Well do you know why not?
6         MR. GOSS:  Calls for speculation.
7    A.   I think I already explained that I didn't
8   depend on 3M for literature.
9    Q.   Well we got Exhibit 3 they gave you;
10   correct?
11    A.   Well I certainly looked at literature that
12   was provided.
13    Q.   Are you relying on -- on --
14         MR. ASSAAD:  Let's mark this as Exhibit 4,
15   this as Exhibit 5, and this as Exhibit 6.
16         (Discussion off the stenographic record.)
17         (Settles Exhibits 4 - 6 marked for
18         identification.)
19   BY MR. ASSAAD:
20    Q.   Are you relying in any of your opinions on
21   Exhibits 4 through 6?
22    A.   (Witness reviewing exhibits.)  All right.
23   Yes.
24    Q.   You are?
25    A.   I -- Here's the issue.  I was aware of 4 --

Page 140

1   sorry -- 5 and 6.
2    Q.   Are those the Legg articles?
3    A.   The Legg articles.
4    Q.   Okay.
5    A.   And I considered them to be part of a series
6   of articles that culminated in the McGovern article,
7   which I cited and therefore relied on, which spoke to,
8   among other things, the use of neutral buoyancy helium
9   bubbles in investigating patient-warming blankets.
10   Okay?
11         So does that answer the question as far as
12   those two?
13    Q.   Kind of.
14         What about the Oguz article?
15    A.   This one I only saw yesterday, so I can't
16   really -- it's an interesting article, but certainly
17   it came after my opinions were formed.
18    Q.   I thought it came out in January or
19   something.
20    A.   I certainly wasn't aware of it if it came
21   out in --
22    Q.   So --
23    A.   -- January.
24    Q.   -- besides the how-to-drape video, what else
25   did 3M give you before you formulated your opinions in

Page 141

1   your report?
2         And I'm talking about documents, I'm not
3   talking about depositions or reports --
4    A.   Yeah.
5    Q.   -- just documents.
6         MR. GOSS:  Or equipment.
7    Q.   Or equipment.
8    A.   I'm looking at my reference list.
9         Most of these references came from my own
10   search.
11    Q.   Well just tell me the numbers that 3M gave
12   you.
13    A.   16.
14    Q.   Okay.
15    A.   19.
16    Q.   Okay.
17    A.   And 23.
18    Q.   Okay.  And I'm sure they gave you 26 and 27;
19   correct?
20    A.   Yes.  That's right.
21    Q.   Well, I'm sorry, 26.
22         Did they give you 27, the computa -- the
23   YouTube video?
24    A.   They pointed me to that video, yes.
25    Q.   Was that in an email?

Confidential - Subject to Protective Order

Page 142

1    A.  I don't remember how it was --
2    Q.  Were there any emails between you and your
3  colleagues regarding the testing?
4    A.  You mean my colleagues in FloViz,
5  Incorporated.
6    Q.  Yes.
7    A.  If there were emails they were scheduling
8  emails, you know, we're going to -- let's test
9  tomorrow at such-and-such a time, not technical
10  emails.
11      We sat down and discussed issues that we
12  were going to test and how we would do it, and it was
13  not passed generally by emails.
14    Q.  Did any of them take notes, have a notebook
15  such as yourself?
16    A.  The notebook that you have is the -- "the"
17  experimental notebook.  Nobody else had an
18  experimental notebook.
19      Some of my colleagues wrote in the notebook
20  when they did -- took measurements.
21    Q.  Okay.
22    A.  But we wanted to keep that all in one
23  notebook.
24    Q.  The Bair Hugger that was provided to you,
25  was it brand new or used?

Page 143

1    A.  Brand new.
2    Q.  Okay.  Was it calibrated?
3    A.  I actually don't know what that means in ter
4  -- in reference to the Bair Hugger.
5    Q.  Did you check the filter in it?
6    A.  And now you're talking about the blower
7  unit.
8    Q.  Yes.
9    A.  Sorry.
10      I need to distinguish between the blower
11  unit --
12    Q.  Okay.
13    A.  -- and the blanket.
14    Q.  Let's talk about the blower.  Did you test
15  it?
16    A.  The blower unit that they gave us was -- I
17  believe it was brand new, we did not check the filter
18  unit.
19      Was there another question?
20    Q.  No.
21    A.  All right.
22    Q.  So you don't know if it was properly
23  calibrated or tested; correct?
24    A.  I assumed that it was.
25    Q.  Did you test the temperature coming out of

Page 144

1  the hose?
2    A.  I don't believe it's in my report, and
3  therefore I don't think we actually measured the
4  temperature coming out of the hose.
5    Q.  So sitting here today, the temperature
6  coming out of the hose could have been 40 degrees
7  instead of 43; correct?
8    A.  Well it was 43 set on the blower unit.
9    Q.  I understand that.
10    A.  But if --
11      We didn't measure the temperature coming out
12  of the hose, so we don't know what that is.
13    Q.  The 43 degrees, what's that temperature
14  indicate to you; the temperature coming out of the end
15  of the hose, or the temperature coming out of the --
16  out of the blower?
17    A.  That's the setting of the blower unit.
18    Q.  Okay.  So it's the setting of the blower
19  unit.
20    A.  Yeah.
21    Q.  Okay.
22    A.  The temperature coming out of the hose would
23  be lower than that.
24    Q.  It would decrease because it would lose
25  energy down the --

Page 145

1    A.  The transfer of the hose.
2    Q.  -- the two- or three-step hose.  Okay.
3      MR. GOSS:  Make sure to let him finish his
4  question before you start to answer, otherwise it's
5  going to be very, very difficult for our court
6  reporter.
7    Q.  So you agree with me that the temperature
8  would decrease from the en -- from the end where the
9  unit is to the end of the hose due to heat transfer
10  into the environment through the hose.
11    A.  Some decrease.  I'm not sure how much.
12    Q.  Greater than one degree?
13    A.  I'm not sure how much.
14    Q.  Okay.  Did you check the volumetric flow
15  coming out of the hose?
16    A.  I didn't have a way to measure volumetric
17  flow, so no.
18    Q.  Okay.  So you just assumed that 3M gave you
19  a properly working device; correct?
20    A.  Yes.
21    Q.  Okay.
22    A.  It was a brand new device.
23    Q.  Have you ever heard of a manufacturing
24  defect?
25    A.  Of course.

Confidential - Subject to Protective Order

Page 146

1    Q.  Okay.  So wouldn't it be --
2        I mean, you tested your schlieren devices
3  before you used it; correct?
4    A.  In the sense of manufacturing defects, no.
5    Q.  No, but you test it to make sure, you tested
6  it with a hand and the candle.
7    A.  Okay.  Yes.
8    Q.  Okay.  You made the sure the camera was
9  working properly; correct?
10   A.  Yes.
11   Q.  You made sure that the mirrors were adjusted
12  properly; --
13   A.  Yes.
14   Q.  -- correct?
15   A.  That's right.
16   Q.  That's very important before you do a
17  scientific test; correct?
18   A.  Yes.
19   Q.  Okay.  But you did not do that in this case,
20  did you, for the Bair Hugger blower.
21   A.  No.
22   Q.  Okay.  And do you have any experience with
23  3M to indicate that they are an honest company and are
24  honest to the public?
25       MR. GOSS:  Objection to form, beyond the

Page 147

1  scope of his opinions.
2    A.  I have no reason to believe that 3M is
3  dishonest.
4    Q.  So you never heard of any claims of 3M, you
5  know, dumping chemicals in Minneapolis, there was a
6  huge cleanup and lawsuit?
7        MR. GOSS:  Objection, lack of foundation.
8        MR. ASSAAD:  Is that not true?
9        MR. GOSS:  I think he's entitled to see
10  whatever evidence you want to put in front of him.
11       MR. ASSAAD:  I'm asking if he's aware of
12  it. I'm trying to get evidence.
13   A.  I'm not aware of dumping chemicals.
14   Q.  Sitting here today you have no basis to
15  determine the credibility of 3M or its attorneys with
16  respect to whether or not they gave you a properly
17  functioning Bair Hugger unit; correct?
18       MR. GOSS:  Objection to form, calls for
19  speculation.
20   A.  Could you repeat the question?
21   Q.  I'll withdraw the question if you can't
22  answer it.
23       MR. GOSS:  I'll just object to the
24  commentary --
25   Q.  Have you been provided --

Page 148

1        MR. ASSAAD:  I'm sorry.  You done?
2        MR. GOSS:  I'm done.
3    Q.  Have you been provided with any of the
4  punitive damages motions against 3M or responded by
5  3M?
6    A.  No.
7    Q.  Okay.  Have you been provided any of the
8  schematics of the Bair Hugger?
9    A.  Schematics came, and instructional or user's
10  manual type material came with the Bair Hugger blower
11  and the blanket.  Those were all the documents we had
12  on it.
13   Q.  Have you --
14       Did you do any mathematical calculations as
15  to what you would believe, from a theoretical
16  standpoint, not experimental, of what the effect the
17  Bair Hugger would have on the unidirectional flow?
18   A.  My study was an experimental study and not a
19  computational study, so no such calculation was made.
20   Q.  Okay.  Do you know how many BTUs per hour
21  the Bair Hugger puts out when it's on high?
22   A.  I don't have a number in memory, no.
23   Q.  Did you ever see a number?
24   A.  Yes.
25   Q.  Where?

Page 149

1    A.  It's in the literature in the na --
2  faceplate on the device.
3    Q.  Okay.  Are you aware of any device in the
4  operating room that puts out more BTUs per hour than
5  the Bair Hugger?
6    A.  Well I'm aware that there are various heat
7  loads in the operating room.  There's electronic
8  equipment and other things.  I don't think I should
9  speculate on what puts out more and what puts out
10  less.
11   Q.  Well you agree with me that the Bair Hugger
12  puts out more BTUs per hour than an individual.
13   A.  Than a human.
14   Q.  Yeah.
15   A.  Yeah.  I think that's --
16   Q.  You agree with that?
17   A.  I think that's reasonable.
18   Q.  It puts out more BTUs per hour than a
19  computer monitor.
20   A.  I don't know how many BTUs per hour -- right
21  now I don't have a number for the Bair Hugger or the
22  computer monitor or other equipment.
23   Q.  So you didn't look at that at all; correct?
24   A.  That's not really an issue in --
25   Q.  In what you --

Confidential - Subject to Protective Order

Page 150

1    A.  -- what was done in my study.
2    Q.  Okay.  It wasn't relevant to your study.
3    A.  No.
4    Q.  Okay.  Did you look at the Moretti study?
5  Does that sound familiar?
6    A.  No.
7    Q.  Did you look it the Huang study?
8    A.  No.
9    Q.  Did you look at --
10       You cited to a study by Farhad Memarzadeh.
11    A.  Yes.
12    Q.  Do you know him personally?
13    A.  No, I don't.
14    Q.  Are you aware that he did a study that
15  indicated that the older model, the 505 model,
16  disrupted the unidirectional airflow in the operating
17  room?
18       MR. GOSS:  Object to form.
19    A.  The 505 model of what?
20    Q.  The Bair Hugger.
21       Do you know what the 505 model is?
22    A.  No.
23    Q.  Okay.  So sitting here today your report
24  only applies to the 775 and not the 505; correct?
25    A.  Correct.

Page 151

1    Q.  Okay.  So in a case in which the 505 was
2  used, your report has no relevance or reliability to
3  it; correct?
4       MR. GOSS:  Objection to form, report speaks
5  for itself.
6    A.  I don't know anything about the 505.
7    Q.  And that's my point.
8       So your report, since it has nothing to do
9  with the -- has no data on the 505 or no studies on
10  the 505, does not apply to the Bair Hugger 505 device;
11  correct?
12       MR. GOSS:  Same objection.
13    A.  I would have to have a look at the 505
14  before I could give you a competent answer.
15    Q.  Well since your entire basis of your
16  opinions is on experimental data, wouldn't you need
17  the 505 to do experimental data to see how it affects
18  the operating room?
19    A.  I don't even know what the 505 is.
20    Q.  Okay.  So sitting here today, your -- since
21  you don't know what the 505 is, you can't say that
22  your report applies to the 505; correct?
23       MR. GOSS:  Same objection, the report
24  speaks for itself.
25    A.  Correct.

Page 152

1       MR. ASSAAD:  By the way, the report's not
2  admissible in evidence and that's why I get opinions
3  from him.
4  BY MR. ASSAAD:
5    Q.  And you're not going to offer any opinions
6  with respect to the air quality coming out of the Bair
7  Hugger blower or blanket; correct?  As to whether or
8  not it's contaminated or not.
9    A.  No.
10    Q.  Okay.  Are you aware that the Bair Hugger --
11  the previous models -- a few of the previous models of
12  the Bair Hugger before the 775 warned of airborne
13  contamination when in use?
14    A.  No.
15    Q.  Would that affect your opinions in this
16  case?
17    A.  My opinions are based on the Bair Hugger 522
18  model and 575 power source that we used.
19    Q.  775 power source.
20    A.  775.  I'm not in a position to state an
21  opinion on earlier models or...
22    Q.  I understand that, Mr. Settles, but you have
23  to sit here and agree with me that you do not have all
24  the information with respect to the studies or the
25  internal documents that are available when you

Page 153

1  prepared your expert report; correct?
2    A.  We certainly didn't have information on
3  previous models of Bair Hugger, no.
4    Q.  And you do not have all the studies;
5  correct?
6    A.  No.
7       MR. GOSS:  Objection to form.
8       MR. ASSAAD:  Basis?
9       MR. GOSS:  He said he did a literature
10  research -- a literature search.
11       MR. ASSAAD:  And he admitted he didn't
12  have --
13       MR. GOSS:  I'm not sure --
14       MR. ASSAAD:  Sorry.  Go ahead.
15       MR. GOSS:  I'm not sure that you've
16  established everything that he reviewed.
17       MR. ASSAAD:  Well we admitted that he
18  didn't have the Dr. Sessler study, so he definitely
19  didn't have all the studies.
20    Q.  So you agree with that statement; correct?
21  You didn't have all the studies.
22    A.  That's right.
23    Q.  Okay.  You didn't have --
24       You didn't have some of those studies,
25  correct, that were provided to you yesterday before

Confidential - Subject to Protective Order

Page 154

1   you'd written your report; correct?
2       A.   Correct.
3       Q.   Okay.  You didn't have any of the warnings
4   that were provided to previous models; correct?
5       A.   I'm not sure what warnings you're referring
6   to.
7       Q.   About airborne contamination.
8       A.   No, I did not have.
9       Q.   You were not provided internal data that 3M
10  did with respect to the airflow of their models;
11  correct?
12      A.   No.  No internal data, no.
13      Q.   You weren't provided the Sessler study,
14  which was funded by 3M and paid for by 3M to --
15  regarding the specific issues in this case.
16          MR. GOSS:  Object to form.
17      A.   I was not provided the Sessler report.
18      Q.   Okay.  Were you provided the 5 --
19          Do you know what a 510(k) is?
20      A.   No.
21      Q.   Okay.  Were you aware that other scientists
22  in the field, specifically scientists on the 3M
23  Advisory Board, recommended doing further research
24  with respect to whether or not the Bair Hugger
25  disrupts airflow in an operating room?

Page 155

1           MR. GOSS:  Object to form, calls for
2   speculation.
3       Q.   Were you aware of that?
4       A.   No.
5           MR. GOSS:  I could use another bathroom
6   break if you reach a point where that would make
7   sense.
8       Q.   Do you --
9           Would you agree with me that 3M should be
10  the most knowledgeable about the devices they
11  manufacture?
12      A.   Yes.
13      Q.   And therefore they'd be aware of all the
14  studies and all the research with respect to a certain
15  -- with respect to the Bair Hugger?
16      A.   I really can't say what they're aware of.
17      Q.   Well they would be the most knowledgeable
18  about what's out there regarding the products they
19  sell; correct?
20      A.   I'm assuming that a manufacturer of a
21  product would be very knowledgeable about their
22  product.
23      Q.   And they could have given you a lot more
24  information than it seems like they did in this case;
25  correct?

Page 156

1           MR. GOSS:  Object to form.
2       A.   And I've already answered that my scientific
3   approach is it's up to me to go find the literature.
4   If I didn't have the Sessler report and some other
5   literature I consider it that it was a flaw in my
6   literature search.  I wasn't depending on 3M or their
7   legal team to provide me with the sets of references.
8       Q.   Well why recreate the wheel?  I mean, if
9   there's other studies, don't you want to build on
10  previous studies?
11      A.   That's what a literature search is about, to
12  educate myself.
13      Q.   Okay.
14      A.   But a -- a scientist and an engineer, in
15  order to remain objective, better to educate himself
16  than to go looking for material that's already been
17  prepared by someone else.
18      Q.   I agree.
19          But if 3M has internal documents or there is
20  peer-reviewed literature that contradicts your
21  findings, wouldn't that have an effect on your
22  methodology with respect to what you did in this case?
23      A.   Well --
24          MR. GOSS:  Objection, contrary to fact,
25  calls for speculation.

Page 157

1       A.   I'm not aware of such literature.
2       Q.   So if there's literature out there that
3   indicates that particles increase over the surgical
4   site, okay, and that the heat is significantly
5   increased over the surgical site, which is contrary to
6   what you're finding, okay, that would have no effect
7   on your -- your -- the results of your tests --
8           MR. GOSS:  Object to form, --
9       Q.   -- and your confidence --
10          MR. GOSS:  -- lack of foundation.
11      Q.   -- in the results?
12          MR. GOSS:  Object to form, lack of
13  foundation, calls for speculation.
14      A.   The way that's phrased I'm not even sure if
15  you're talking about particles that come through the
16  hose of a -- the Bair Hugger blanket or are somehow
17  brought from somewhere else.
18          Particle contamination through the hose that
19  you've mentioned is -- I realize it's a concern, but
20  it's not within the scope of the work that we did.
21      Q.   I understand that.
22          But that would be something for you to
23  determine, whether or not their particles are
24  increased because of what's coming out of the hose or
25  because of convection currents; correct?  I mean, that

Confidential - Subject to Protective Order

Page 158

1   would be part of your research -- your research on
2   this issue; correct?
3       MR. GOSS:  Object to form.
4       A.  That --
5           When you say "that," what are you referring
6   to?
7       Q.  Like -- Let me rephrase.
8           As a scientist, before you do any type of
9   research you want to learn as much as possible about
10  what other people did in the commun -- in the
11  scientific community; correct?
12      A.  Within --
13      Q.  "Yes" or "no"?
14      A.  Within the limits --
15          I can't give you a yes-or-no answer to that
16  question.
17      Q.  Okay.  Within the limits of what?
18      A.  Within the limits of the scope of what I'm
19  trying to do.  But I was not trying to cover all
20  possible aspects of particles and so forth.  I was --
21  I have a limited scope to try to do schlieren imaging
22  and try to get a picture of the airflow situation
23  that's going -- that's happening.
24      Q.  And you also did temperature measurements;
25  correct?

Page 159

1       A.  I did some ancillary temperature
2   measurements.  These were secondary, but they're --
3   they're in there.
4       Q.  By the way, what did you use for the
5   temperature measurements?
6       A.  It's indicated in the report, it's a TSI
7   Model 9515 Air Velocity Meter.
8       Q.  Okay.
9       A.  Also measures temperature.
10      Q.  I thought you told me before you couldn't
11  measure velocity.
12      A.  I told you I couldn't measure mass flow
13  rate.
14      Q.  Okay.
15      A.  I can infer mass flow rate by measuring the
16  velocity across a surface.
17      Q.  Okay.  And is that TSI temperature velocity
18  meter, is that that you guys own, or was -- did you
19  guys rent it?
20      A.  We bought it brand new.
21      Q.  From this -- For this --
22      A.  From TSI, a reputable Minnesota company.
23      Q.  Okay.  Was it calibrated?
24      A.  It was calibrated, and it came with its
25  calibration.

Page 160

1       Q.  Did you not attach the calibration sheet to
2   the report?
3       A.  I did not.
4       Q.  Okay.
5           THE WITNESS:  There's been a request for a
6   break?
7           MR. ASSAAD:  Okay.  We can take a break.
8           THE REPORTER:  Off the record, please.
9           (Recess taken from 12:36 to 12:47 p.m.)
10  BY MR. ASSAAD:
11      Q.  Going back to Exhibit 2, page 18, your
12  Critique of Expert Report by Said Elghobashi, number
13  1).  You'll agree with me that verification and
14  validation that we were discussing is specific to the
15  CFD community; correct?
16      A.  It's a CFD concept.
17      Q.  Okay.  Okay.  And you yourself don't hold
18  yourself out as an expert with respect to CFD;
19  correct?
20      A.  That's correct.
21      Q.  Okay.  Let's talk about methodology, all
22  right?
23          And I want to be specific to your
24  methodology in your testing in this case.
25      A.  Okay.

Page 161

1       Q.  So I know you didn't create a protocol, but
2   let's just go through it so I understand that if I
3   want to -- Just so I can understand what you did.
4   Fair enough?
5       A.  Well, as we discussed, I created a test
6   plan.
7       Q.  Okay.
8       A.  "Protocol," I am not sure that that's the
9   same thing, but.
10      Q.  Your test plan would be considered your
11  methodology; correct?
12      A.  That's right.
13      Q.  Okay.  And so the first thing was is to set
14  up the -- the model, I would say; correct?
15          Correct?
16      A.  Correct.
17      Q.  And it's my understanding you used a
18  warehouse; correct?
19      A.  It's in a warehouse building.
20      Q.  Okay.  Is that the warehouse building that
21  FloViz is located?
22      A.  It's a --
23          Yeah.  It's a steel warehouse building.
24      Q.  Is that where -- Is that --
25          What's the address of that building?

Confidential - Subject to Protective Order

Page 162

1    A.  76 Sky Harbor Drive, Port Matilda, PA.
2    Q.  Is that the same address where FloViz is?
3    A.  That's the address of the company.
4    Q.  Is it -- Is it --
5        Did you rent that warehouse for this
6 project?
7    A.  No.  It's on the property.  It's owned by
8 the president of the company.
9    Q.  Okay.  And the room in which you did the
10 testing, how big was that room?
11   A.  Approximately fifty -- 50 feet long, and the
12 space available was 25 feet wide.
13   Q.  So it's 50 by 25; correct?
14   A.  Umm-hmm.  Correct.
15   Q.  How tall; how high is the ceiling?
16   A.  It's a peaked roof, and I would say that's
17 20 -- 20 to 25 feet.
18   Q.  Twenty to twenty-five feet?
19   A.  Yes.
20   Q.  And when you say it was peaked, was the --
21 the setup of the operating room table underneath the
22 center?
23   A.  Yes.
24   Q.  Okay.  So it's at the peak.
25   A.  It's underneath the peak.

Page 163

1    Q.  Underneath the peak; correct?
2    A.  Yes.
3    Q.  Okay.  And you had a flow generator;
4 correct?
5    A.  We built one.
6    Q.  Okay.  And how was that placed up high?
7    A.  It's suspended by cables and could be, to --
8 within a certain margin, raised or lowered -- actually
9 I don't think it was -- we had much margin.  So it was
10 -- I -- Sorry.
11       Do you have a question?
12   Q.  Yes.  So it was suspended from the ceiling.
13   A.  Suspended from the ceiling.
14   Q.  Okay.  And my understanding is the
15 dimensions of that was 4 by 5 feet; correct?
16   A.  Correct.
17   Q.  And that was powered by an eight horsepower
18 motor; correct?
19   A.  Eight horsepower blower.
20   Q.  Okay.
21   A.  In other words, it had an eight horsepower
22 motor.
23   Q.  Okay.  And you had a throttle on that to
24 control the volume of air; correct?
25   A.  Correct.

Page 164

1    Q.  Okay.  And inside the flow generator you had
2 a -- a flow distributor; correct?
3    A.  Yes.
4    Q.  And what was that constructed of?
5    A.  On Figure 3 you'll see it diagramed.  It has
6 a -- It's constructed of a filter material, furnace
7 filter material.
8    Q.  Okay.  And then you had an aluminum
9 honeycomb?
10   A.  That's right.
11   Q.  What was the purpose of the aluminum
12 honeycomb?
13   A.  It's a flow straightener.  And it also
14 supports the furnace-filter interior.
15   Q.  Okay.  Do you know what the filtration level
16 of the filter was?
17   A.  I don't.  The filter material was used only
18 to create a pressure drop, it has no -- nothing to do
19 with filtering particles.
20   Q.  Okay.  And at any time during the
21 experiments or the testing did you change the height
22 of the flow generator?
23   A.  I believe the height of the flow generator
24 was fixed.
25   Q.  Okay.  All right.  And then you had a -- a

Page 165

1 simulation of an operating room table; correct?
2    A.  That's right.
3    Q.  What was that constructed of?
4    A.  Plywood.
5    Q.  Plywood.  And explain it to me how it was
6 constructed.
7    A.  Do you mean its design, or?
8    Q.  What are the dimensions?
9    A.  All right.  Well I don't have my logbook in
10 front of me, but we -- it was modeled upon a surgical
11 table.  We looked at actually buying a surgical table,
12 and these are very expensive and -- and it takes time
13 to get it shipped, so the simpler solution was to
14 build a mock-up.
15       MR. ASSAAD:  I want to apologize because
16 for some reason I don't have three copies of the
17 logbook.  But I have one, and I can use mine online.
18 So let's mark this as Exhibit Number 7?
19       THE REPORTER:  Correct.
20       (Settles Exhibit 7 marked for
21       identification.)
22 BY MR. ASSAAD:
23   Q.  What's been marked as Exhibit 7 is a
24 logbook, a redacted logbook that was redacted by, I
25 guess the attorneys in this case, that's been provided

Confidential - Subject to Protective Order

Page 166

1  to me.
2          Is that the logbook you're referring to?
3      A.  Correct.
4      Q.  Okay.  Now --
5      A.  If you will --
6      Q.  Before I get to the question, I just want --
7      A.  I'm sorry.
8      Q.  What has been redacted, to your knowledge,
9  with respect to the first three pages or four pages?
10         MR. GOSS:  Hold on.  I will state for the
11  record that what has been redacted is notes of
12  conversations with counsel and items that counsel for
13  3M deemed to be attorney work product.
14     Q.  Is anything that's been redacted any of the
15  facts that you're relying upon that you used to create
16  your testing method?
17     A.  I don't think so, no.
18     Q.  Okay.  So let's go to the operating room
19  table.
20     A.  All right.
21     Q.  So what did you look at to create your
22  operating room table?
23     A.  Top left of page 7, and it's a brief sketch.
24     Q.  Wait.  Hold on one second.  Top page of...
25  Okay.

Page 167

1      A.  The table --
2          This was built of plywood, it was -- we were
3  able to raise it and lower it.  The typical height was
4  48 inches, the table was 20 inches wide, and I believe
5  it was six feet long.
6      Q.  Okay.
7      A.  And it stood on a pedestal similar, in
8  general, to the kind of pedestals that you will find
9  on actual operating room tables.
10     Q.  Was it a wood pedestal or metal?
11     A.  Wood pedestal.
12     Q.  And you said it was adjustable?
13     A.  The entire device could be built up on -- on
14  blocks to be raised above floor level.
15     Q.  Raiser blocks; correct?
16     A.  Yes.
17     Q.  Okay.  Now throughout the entire experiment
18  did you ever change the height?
19     A.  We did.
20     Q.  To what?
21     A.  In the --
22         Well this refers to the material that was in
23  Exhibit 1.  But it was necessary to raise the height
24  so that -- because the 30-inch circle of the schlieren
25  mirror is not movable.  So if you want to look

Page 168

1  underneath the surgical table you have to raise the
2  table, --
3      Q.  When you --
4      A.  -- and in this case --
5      Q.  Go ahead.  I'm sorry.
6      A.  In this case, and I'm going to -- I don't
7  exactly know the number of the feet that it was
8  raised.  Wait a minute.
9      Q.  Are we talking about on page 12 with respect
10  to the -- the schlieren view of the feet? [Exhibit 1.]
11     A.  That's right.  Page 12, Figure 11 a.  So the
12  floor level effectively was raised up to the mirror
13  height around 48 inches.
14     Q.  So you raised up the floor by 48 inches.
15     A.  Or -- Or some value approaching it.
16     Q.  Is that anywhere in your notes?
17     A.  Exactly what the number was?
18     Q.  Yeah.
19     A.  I don't think so.
20     Q.  Don't you think that would have been helpful
21  to determine the height of the table?
22     A.  Well actually I could get that easy
23  enough -- easily enough because I know the height of
24  the circle, and there's the floor [indicating].
25         So although I don't have it in hand at the

Page 169

1  moment, it's easy enough to determine.
2      Q.  So when you changed --
3          Now you mentioned before you never changed
4  the height of the flow generator; correct?
5      A.  That is correct.
6      Q.  So you raised the table, you didn't change
7  the height of the flow generator; that's correct?
8      A.  As I recall now, it was not possible to --
9  well it was not possible to raise the -- the downflow
10  generator higher because of rafters in the building.
11  To lower it didn't make any sense, it was already at
12  its correct position.
13     Q.  And therefore when you raised the height of
14  the operating room table you did not raise the height
15  of the --
16     A.  No.  That wasn't --
17     Q.  -- flow generator.
18     A.  -- that wasn't possible.
19     Q.  So I'm correct.
20     A.  You are correct.
21     Q.  Okay.  So therefore the distance between the
22  top of the operating room table and the flow generator
23  decreased by three to four feet.
24     A.  Some distance roughly in that order.
25     Q.  Well the distance you have here is five

Confidential - Subject to Protective Order

Page 170

1    feet, according to your diagram, between the bottom of
2    the flow generator and the top of the table; correct?
3        A.   Five feet.
4        Q.   Okay.
5        A.   Yeah.
6        Q.   So would it be fair to say that when you
7    raised the table by three to four feet, you
8    significantly decreased the distance between the flow
9    generator and the top of the table?
10       A.   It would be.  But let me point out that the
11   only case in which that was done ended up being
12   removed anyhow for another reason.
13       Q.   And you -- the reason why you removed it is
14   because the testing for that part was not reliable.
15       A.   Because there was a discrepancy between my
16   recollection of the test conditions and what was
17   entered in the logbook.
18       Q.   And since there's a discrepancy that means
19   the results are not reliable; correct?
20       A.   In that particular case I considered the
21   results questionable, and therefore I removed them.
22       Q.   And "questionable" is synonymous for "not
23   reliable"; correct?
24       A.   Yes.
25       Q.   Okay.  Okay.  So the plywood you said was,

Page 171

1    I'm sorry, six feet by 20 inches?
2        A.   It's shown to be 20 inches, and in the
3    diagram and my recollection of the length was six
4    feet.
5        Q.   Okay.  What did you use to compare your
6    operating room table, did you have a sample operating
7    room table that you looked at?
8        A.   I believe that we looked at material online
9    and images and information on operating tables to try
10   to get an impression of what was the usual case.
11       Q.   Okay.  Now why did you pick 48 inches of a
12   height?
13       A.   I would have to go back and check.  It may
14   be that the 48-inch dimension that's shown in this
15   diagram at the top of page 7 of Exhibit 7 is with the
16   table on top of concrete blocks so the distance from
17   the floor to the tabletop is less than 48.  And this
18   is -- this is a number that I could determine and
19   provide, but I don't have it with me at the moment.
20            We tried to get the table at the regulation
21   height, or something like the height of a surgical
22   table, and that may be the distance in this diagram
23   from the top to the wooden floorboard, but that
24   already sits on top of concrete blocks that are
25   several inches high.

Page 172

1        Q.   You agree with me that -- Well, strike that.
2            So sitting here today you don't know the
3    answer to that question; correct?
4        A.   I would have to look that up.
5        Q.   Where would you have to look it up?
6        A.   I'd go look at the actual table.
7        Q.   So that still exists.
8        A.   Oh yes.
9        Q.   Okay.  The setup still exists.
10       A.   Well it's not set up for experiments now,
11   but the equipment still exists.
12       Q.   Can the schlieren mirror move up and down?
13       A.   Oh no.
14       Q.   It's in one position?
15       A.   It's a very heavy device and we have no
16   mechanism for translating it, and if we did this would
17   require total realignment of the optics, so it -- that
18   was the fixed position --
19       Q.   Okay.
20       A.   -- of the experiment.
21       Q.   Okay.  Now you agree with me that the
22   distance between the flow generator and the top of the
23   operating room table is relevant to the results.
24       A.   I don't think it's very relevant.  This is a
25   uniform downflow, and so changes in height are

Page 173

1    secondary importance.
2        Q.   Okay.  So you believe --
3            It's your expert opinion today that the flow
4    coming out of the flow generator is uniform.
5        A.   Well, within a tolerance, yes.
6        Q.   What's the tolerance?
7        A.   Plus or minus 30 percent.
8        Q.   Thirty percent.
9        A.   Yes.
10       Q.   Okay.  And that's not what you put in
11   Exhibit 1; correct?
12       A.   What I put in Exhibit 1 unfortunately was
13   more of a goal than a final result, and that's why it
14   had to be corrected.
15       Q.   Well are we doing goals here or are we doing
16   testing results?
17       A.   Let me clarify what I just said.  In Exhibit
18   --
19            Where's Exhibit 1?
20            So when I wrote this [Exhibit 1] late May
21   the diagram says 38 per minute -- feet per minute plus
22   or minus 10 percent, and when I revisited the report I
23   asked myself was it really plus or minus 10 percent,
24   and it turns out it wasn't that good.
25       Q.   And you would agree with me that the airflow

Confidential - Subject to Protective Order

Page 174

1  coming out of the flow generator is not uniform.
2      A.  That's correct.
3      Q.  There's actually four sections of the flow
4  generator; correct?
5      A.  No.  In this case --
6          All right.  I think you have a
7  misimpression.  The four sections that are shown in --
8      Q.  Let's go to page --
9      Yeah, page 9.  [Exhibit 7.]
10     Q.  Uh-huh.
11     A.  -- are -- we just divided this up into
12  fourths in order to take measurements in four
13  quadrants, but in fact there aren't any dividers or
14  anything as there are in the ceiling of an actual
15  operating room.
16     Q.  Okay.  But you have different flow rates out
17  of each section; correct?
18     A.  There --
19         Depending on the measurements, there wa --
20  yes, there was differences in those flow rates.
21     Q.  And we'll get that -- we'll get to that in a
22  second.
23         So -- So the flow generator is a constant
24  height except for the one testing that you've admitted
25  that's not reliable so we're just going to scrap that

Page 175

1  for today.
2      A.  Very good.
3      Q.  Okay.  So for all -- So when I consider --
4          Let's talk about Exhibit 2 from now on.  For
5  all the testing that was done in Exhibit 2, the height
6  of the flow generator was constant and the height of
7  the table was constant.
8      A.  This is correct.
9      Q.  Okay.  Now then you decided to do your
10  testing; correct?
11     A.  We reached a point with the downflow
12  generator that we felt we'd -- more work on it was not
13  going to yield a lot of improvement and it was time to
14  move forward.
15     Q.  Okay.  And we'll talk about that when we put
16  in the flow generator, I think that's going to be a
17  big issue in this case.
18         The -- For the testing, once you got the
19  flow generation to what you -- the best of your
20  ability, correct, you decided to do testing with the
21  flow on and the flow off for different scenarios;
22  correct?
23     A.  That is correct.
24     Q.  You did the candle with it on and off;
25  correct?

Page 176

1      A.  Yes.
2      Q.  Okay.  And you took pictures and videos;
3  correct?
4      A.  For every scenario there were, generally
5  speaking, two still images and one, sometimes two,
6  video clips.
7      Q.  Okay.  And in fact if you go to page 5, you
8  produced pictures from the range of 40 to 329, whether
9  or not they're videos or --
10     A.  I'm sorry.  Page 5 of which?
11     Q.  Doesn't matter.
12     A.  Now I was looking at the logbook.  You're
13  meaning page 5 --
14     Q.  Yes.  Yes.
15     A.  -- of the report.
16     Q.  Yes.  Of your report.
17     A.  All right.  So could you repeat your
18  question, please?
19     Q.  On page 5 of your report if you look at
20  eight lines up from the bottom --
21     A.  Yes.
22     Q.  -- it says, still clips and videos were
23  done, I'm not going to -- I'm paraphrasing -- but DSC
24  followed by the numbers of the range of 40 to 329;
25  correct?

Page 177

1      A.  That's right.
2      Q.  So basically there are approximately 289
3  images, whether or not they're video or -- or --
4      A.  Two hundred and forty-nine --
5      Q.  -- still or video.
6      A.  Still or video.
7      Q.  Okay.  Did you produce those all to your
8  counsel?
9      A.  Yes.
10     Q.  Okay.  And it was in response to the
11  subpoena; correct?
12     A.  Correct.
13     Q.  Okay.  Are you aware that counsel has not
14  produced all those videos or pictures to me?
15     A.  I am.
16     Q.  Okay.  What was your understanding why that
17  was not produced?
18         MR. GOSS:  Calls for speculation.  You
19  don't have to provide any answer on that that we
20  didn't discuss.
21     Q.  What was your understanding that these
22  weren't produced?
23     A.  I don't have an understanding.
24     Q.  Okay.  Is there --
25         Are you afraid of what these pictures show?

Confidential - Subject to Protective Order

Page 178

1      A.  Certainly not.
2          MR. GOSS:  Object to form.
3      Q.  Okay.  So why weren't they produced?
4          MR. GOSS:  Object to form.
5      A.  All right.
6          MR. GOSS:  They were provided to counsel.
7  If not all of them were received, you can let me know
8  and we'll review it.
9          MR. ASSAAD:  Well you know they weren't
10  received, counselor, and you intentionally did not
11  produce them even after the letter by Ms. Zimmerman
12  today -- for today's deposition.
13         MR. GOSS:  You received a lot of videos,
14  and it's my understanding that the ones that were not
15  produced were either attorney work product, or they
16  were redundant or duplicates of videos that were
17  actually produced.
18         MR. ASSAAD:  Counselor, --
19         MR. GOSS:  That's what I can tell you.
20         MR. ASSAAD:  Counselor, do you represent
21  this client here today, your expert?
22         MR. GOSS:  No, sir.
23         MR. ASSAAD:  You don't?  Okay.
24         MR. GOSS:  He's my expert witness, and he's
25  participating in this case as an expert witness.

Page 179

1          MR. ASSAAD:  So you don't represent him
2  today as an attorney.  You're not his attorney today.
3          MR. GOSS:  He relied on us to handle the
4  subpoena.
5  BY MR. ASSAAD:
6      Q.  You understand you're under subpoena;
7  correct?
8      A.  Yes, sir.
9      Q.  Is he representing you in this case?
10         MR. GOSS:  With respect to the subpoena,
11  yes.
12     Q.  You understand a subpoena is equivalent to a
13  court order.
14     A.  Yes.
15     Q.  Okay.  And you complied with it; correct?
16     A.  To the best of my ability I did.
17     Q.  And it was your --
18         And it was 3M's attorneys' determination not
19  to produce them to -- to counsel in this case;
20  correct?
21         MR. GOSS:  Calls for speculation, lack of
22  foundation.
23     A.  I don't know what happened after I produced
24  the materials.
25     Q.  It wasn't your decision not to produce these

Page 180

1  today to us; correct?
2      A.  It was not my decision.
3      Q.  Okay.  And I take it, as a scientist, you
4  are not afraid of the information or you don't want to
5  hold back information in any type of testing you did;
6  correct?
7      A.  I certainly do not.
8      Q.  Okay.  But today we can't talk about those
9  pictures and images because they were not produced to
10  us.  You understand that; correct?
11         MR. GOSS:  Objection to form.
12     Q.  Do you understand that?
13     A.  Let me answer the question this way.  In my
14  report, Exhibit 2, the images are -- that are shown
15  and the videos that are called out are the ones that
16  are pertinent to my opinions and my conclusions, and
17  it's a selection from several hundred, some of which
18  were duplicates, some of which were exposure tests
19  where maybe as many as five or ten shots were made at
20  different exposures, and so it's -- the report has the
21  -- the results.  We aren't withholding scientific
22  information.  No one's withholding scientific
23  information, in my opinion.
24     Q.  But you agree that I do not have all the
25  pictures in this case; correct?

Page 181

1      A.  I don't know what you have, sir.
2      Q.  Well you said you were aware that not all
3  the pictures and videos were produced; correct?
4      A.  All I know is I surrendered --
5      Q.  Do you want me to go back to your testimony,
6  sir?
7          MR. GOSS:  Let's -- Can we move on from
8  this?
9      Q.  Do you want me to go back to your testimony?
10         MR. GOSS:  We'll stipulate that you don't
11  have 289 pictures.  I don't know what happened.
12         My understanding in general is that there
13  were some that were attorney work product, and some
14  that were duplicates.  You can take it up with me,
15  and if there's a problem, we'll address it.
16         He's already said he doesn't know.  He
17  relied on -- He provided us the pictures, and
18  whatever happened after that is up to counsel.
19     Q.  You provided all the pictures that are
20  claimed in this report; correct?  Numbers 40 to 329;
21  correct?
22     A.  Some of those numbers had probably been
23  deleted because they were simply blank or whatever,
24  but every -- I presented -- I presented, upon
25  subpoena, everything I had.

Confidential - Subject to Protective Order

Page 182

1    Q.   Okay.  Any of the pictures you've taken, did
2  they involve 3M being involved?
3    A.   The one picture of Peter Goss on top of the
4  surgical table was the only involvement, and that's
5  not 3M, that's 3M's legal team.
6    Q.   Okay.  Well when I say "3M" I'm talking
7  about -- I mean their legal team.
8    A.   All right.
9    Q.   Okay.
10   A.   That was the only case.
11   Q.   Okay.  So besides that one picture,
12 everything else was taken regarding the testing that
13 was done; correct?
14   A.   That's right.
15   Q.   Okay.
16      MR. ASSAAD:  I'd like to state for the
17 record that you've been issued a subpoena, and I --
18 based on the information you've given to me I would
19 like to say that I think you properly responded with
20 respect to the pictures in the subpoena by producing
21 them to 3M's legal team.  And also state for the
22 record that 3M's legal team has not produced all the
23 pictures in this case after numerous depositions that
24 indicated that they have intentionally failed to
25 produce documents, and especially from a letter

Page 183

1  issued by Miss Zimmerman a couple days ago requesting
2  that all documents relevant to the subpoena are being
3  produced, that these pictures are quite obviously
4  relevant to your -- to the testing that has been
5  performed, except for that one picture of Peter Goss
6  which personally I really don't want to see.
7      MR. GOSS:  I think it was also produced,
8  so.
9      MR. ASSAAD:  Well -- So I'm going to hold
10 this deposition open and I hope -- I just want to
11 make you aware that counsel's inappropriate decision
12 not to produce relevant documents pursuant to a court
13 order that has no claim to any type of privilege is
14 quite surprising and -- and therefore we will be
15 asked that you're going to have to come again to
16 discuss those pictures at a later day.
17      MR. GOSS:  You don't have to respond to
18 that, and I disagree on the record with some of the
19 characterizations, but I don't need to get in the way
20 of this deposition continuing.
21      MR. ASSAAD:  Okay.  All right.
22 BY MR. ASSAAD:
23   Q.   So with all the testing -- and from now on
24 when I talk about testing we're excluding the
25 unreliable tests that you decided to omit from Exhibit

Page 184

1  2 -- you performed numerous tests with the Bair
2  Hugger -- with the blower on -- the flow generator on
3  and the flow generator off; correct?
4    A.   That's right.
5    Q.   Okay.  And you also did tests with the Bair
6  Hugger on and the Bair Hugger off; correct?
7    A.   Correct.
8    Q.   Okay.  Now what was your methodology with
9  respect to how long to test?  For example, you turn on
10 the flow generator, how long do you take a picture
11 with the -- with the schlieren testing to get a
12 result?
13   A.   In other words --
14      I'm sorry.  Can you -- Can I ask you to
15 rephrase that and tell me whether or not you mean
16 still image or video?
17   Q.   Let's -- Let's put it this way.  You -- The
18 flow -- Like one of the tests you test, you know, what
19 happens when you turn on the Bair Hugger above the --
20 when the image is, like, right above the mannequin;
21 correct?  You're looking at -- You're looking at --
22   A.   Can you point to the --
23   Q.   Okay.
24   A.   -- the image in the report?
25   Q.   And this is just for an example purposes.

Page 185

1    A.   Yes.
2    Q.   Okay?  Let's go to image number 7, okay?
3    A.   Figure 7.
4    Q.   Figure 7.
5      Figure 4, I'm sorry, page 7.  Figure 4, page
6  7.  Okay.
7    A.   Figure 4, page 7.
8    Q.   Okay.  Obviously figure A is a candle that
9  the flow generator is off; correct?
10   A.   Correct.
11   Q.   And then you turn the flow generator on;
12 correct?
13   A.   In Figure 4 b, that is right.
14   Q.   Yes.
15      How long do you wait for it to become to
16 some sort of equilibrium or to see what happens with
17 respect to the effect of the thermal plume of a candle
18 before you take pictures?
19   A.   In the candle case the change in the
20 appearance of the candle that you see in these stills
21 was almost immediate.  The videos that I cited you
22 will show that.
23   Q.   Now let's take, for example, picture number
24 -- Figure number 10, page 12.  Okay.
25   A.   All right.

Confidential - Subject to Protective Order

Page 186

1    Q.   These are with the flow generator on;
2  correct?
3    A.   That is correct.
4    Q.   Okay.  And that's the HotDog and -- in
5  Figure b and the Bair Hugger in figure a; correct?
6    A.   That is correct.
7    Q.   And the Bair Hugger's covered with a
8  blanket; correct?
9    A.   A Bair Hugger was covered with a cotton
10 blanket and then the plastic drape.
11   Q.   Okay.  I don't see the plastic drape here, I
12 just see a blanket.
13   A.   Well you're looking at the plastic drape but
14 it doesn't look like it because it's pink in one case
15 and kind of grayish in the other, but it is a plastic
16 drape over top -- the top of the cotton blanket.
17   Q.   Okay.  So let's step back a little bit
18 before we get to this question.
19        So you place the mannequin on the table;
20 correct?
21   A.   Yes.
22   Q.   Is that correct?
23   A.   That's right.
24   Q.   Okay.  And then you cover it -- you put the
25 Bair Hugger blanket on top of it; correct?

Page 187

1    A.   Yes.
2    Q.   And how did you put the Bair Hugger blanket
3  on top?  Who did that, was that you or somebody else?
4    A.   All right.  The Bair Hugger and the HotDog
5  blankets were applied by my -- members of my group,
6  Lori and J. D. according to what they had learned from
7  watching video of 3M and the -- their experience, and
8  that was their job to put the blankets while I was
9  doing the photography.
10   Q.   Okay.
11   A.   I checked to make sure that I was satisfied
12 with what they did.
13   Q.   Okay.  Now the Bair Hugger blanket 522, did
14 it have arm ties?
15   A.   Yes.
16   Q.   Were they attached?
17   A.   They were.
18   Q.   Okay.  Did it have tape?
19   A.   It did.
20   Q.   And was it attached?
21   A.   It was.
22   Q.   Okay.  And how well does the tape seal to a
23 foam mannequin?  If you know.
24   A.   It -- From my observation of it it was a
25 good seal.

Page 188

1    Q.   When did you observe it?
2    A.   During these tests.
3    Q.   Okay.  At what day?
4    A.   Well we could determine what day because,
5  for example -- [clearing throat] excuse me -- for
6  example, if we're talking about Figure 10, there are
7  videos cited, 171 and 181, and in the logbook you have
8  a log of all the video numbers.  So in that particular
9  case 171 and 181 would have been on -- would have been
10 on May 11th of this year.
11   Q.   Okay.  Was May 11th the only time you tested
12 the Bair Hugger blanket over --
13   A.   No.
14   Q.   -- on a mannequin?
15   A.   No.
16   Q.   Okay.  What other days?
17   A.   All right.  So let's --
18        Then we can go back to, for example, Figure
19 7, and the video numbers here are 178 and 176, and I
20 consult the logbook and those were -- well actually
21 those were also May 11th.
22   Q.   Okay.  But Figure 7 is -- you're not really
23 testing the blanket, you're testing just the blower.
24   A.   That's right.  It's an illustration.
25   Q.   So was May 11th the only day that the Bair

Page 189

1  Hugger was actually attached to a mannequin and tested
2  to see the effects on the airflow?
3    A.   I can answer that question, but I will have
4  to check these numbers against the logbook to do so.
5        You want me to do that?
6    Q.   Well let me rephrase it, then.
7        The only data that you provided in your
8  report with respect to the Bair Hugger's effect on
9  airflow are images in Figure 10, correct?  Using
10 schlieren testing.
11   A.   Figure 10 and 11.
12   Q.   Figures 10 and 11.  Okay.
13   A.   And that's 280.  So 280 --
14        Give me just a moment.  280 was somewhat
15 later.  I believe that's May 15th.  So at least on May
16 11th and May 15th these tests were done.
17   Q.   And your testimony today is that you are
18 confident that you tested --
19        Well let me ask you this:  Between May 11th
20 and May 15th did you disassemble the drape from the
21 mannequin during that time period?
22   A.   I would have to --
23        I cannot give you a good answer there.  I
24 would have to consult my colleagues on that.  It may
25 have remained in position the end of the May 11th test

Confidential - Subject to Protective Order

Page 190

1 until we tested again on the 15th, but I would be
2 guessing if I said that.
3      Q.  On May 14th you did close-ups of the Bair
4 Hugger exit jets, which is page 17 of your notes,
5 Exhibit 3?
6           Is that Exhibit --
7           Is that Exhibit 3; am I correct?
8      A.  Exhibit 7.
9      Q.  Exhibit 7.  I'm sorry.
10     A.  Page 17.  And figure --
11     Q.  I don't need you to look at the figure.
12          My question is:  When you did those Bair
13 Hugger exit jets did you use a different Bair Hugger
14 blanket, or did you -- or did you use the same setup
15 as in Figures 10?
16     A.  I'm sorry.  I have to -- All right.  So
17 we're looking at Figure 7.
18     Q.  Let me withdraw that question.
19          My understanding is you used a different
20 schlieren mirror for the close-up; correct?
21     A.  Oh, the close-up.
22     Q.  Yes.
23     A.  I'm sorry.
24     Q.  Isn't that what you did on May 14th?  You
25 looked at the -- the exit jets, the close-ups of the

Page 191

1 exit jets?
2      A.  That's not May 14th, sir, that is May 15th.
3      Q.  Well if you go to page 17 of Exhibit 7 it
4 says May 14th, 2017 GSS, which I assume is you, set up
5 four and a half schlieren for close-ups of Bair Hugger
6 exit jets.
7           Do you see that, sir?
8      A.  Just a moment.  (Witness reviewing exhibit.)
9 All right.  You are right.  On May 14th the
10 four-and-a-half inch schlieren system was set up for
11 close-ups of the Bair Hugger exit jets, flow rate, so
12 forth, and --
13          MR. GOSS:  So wait for him to ask -- I
14 think he just asked you if that was correct.
15     A.  That's correct.
16     Q.  Okay.  And did you use the same blanket or a
17 different blanket with respect to the close-ups?
18     A.  That was a different brand new blanket out
19 of its package.
20     Q.  Okay.  So would it be fair to say that
21 between May 11th and May 15th it was most probable
22 that you did not disassemble the setup of the Bair
23 Hugger blanket on the mannequin?
24     A.  It's a guess, and I'm not supposed to guess,
25 but I could determine that.  I could find out that

Page 192

1 information.
2      Q.  Well unfortunately this is my one time to
3 take your deposition.
4      A.  I -- I understand that.
5      Q.  Okay.  So sitting here today you don't know
6 one way or the other.
7      A.  I don't know for sure.
8      Q.  And sitting here today you don't know one
9 way or another, like, how many times you checked the
10 tape seal to the mannequin.
11     A.  Well on occasions when it was removed and
12 put back, for example, the Bair Hugger was -- blanket
13 was removed and the HotDog blanket was used, then the
14 tape seal would have been -- and the ties would have
15 been restored and checked.
16     Q.  And how many blankets did you say you had;
17 less than five?
18     A.  I can -- I can only say several.  I don't
19 have an exact count.
20     Q.  Okay.  Is there an inventory of what you
21 received from 3M?
22     A.  Not in writing, but I could produce that
23 information.
24     Q.  Why were you testing HotDog again?
25     A.  Comparison.

Page 193

1      Q.  Comparison.  Why not the other
2 patient-warming devices?
3      A.  Within the scope of what we could do with
4 the available time I felt that we could only do two
5 cases for comparison, a force -- a forced blanket and
6 a conduction blanket, and I -- I actually was not
7 aware of the -- of other conduction blankets at that
8 point.
9      Q.  And just to refresh my recollection, you
10 received the HotDog device from 3M; correct?
11     A.  I believe 3M provided the device, yes.
12     Q.  All right.  So -- So you guys placed the
13 blanket, the Bair Hugger blanket over the patient --
14     A.  The mannequin, yes.
15     Q.  The mannequin.
16          And you taped it; correct?
17     A.  We taped it.
18     Q.  Okay.  Then you put a cotton blanket;
19 correct?
20     A.  Correct.
21     Q.  Was that cotton blanket provided to you by
22 3M?
23     A.  Not sure about that.
24     Q.  Okay.  Then a drape was placed over;
25 correct?

Confidential - Subject to Protective Order

Page 194

1     A.   Yeah.
2     Q.   And --
3     A.   Correct.
4     Q.   -- did the drape expose the knee or not
5  expose the knee?
6     A.   It covered the knee.
7     Q.   It covered the knee.  So it was a solid
8  drape; correct?
9     A.   Solid drape.
10    Q.   And was it set up similar to what's marked
11 in Figure 12?
12    A.   Figure 12 of my report.
13    Q.   Yes.
14    A.   Just one moment, please.
15         Figure 12, and for that matter 13, are
16 drawings that I made of the setup.  They are
17 schematic, but yes, it was set up that way.
18    Q.   Okay.  So based on the schematic the drape
19 doesn't go down to the floor; correct?
20    A.   It does not.
21    Q.   Okay.  And do you know how -- what that
22 distance is?
23    A.   I can determine it, but I don't have an
24 exact number right now.
25    Q.   How would you determine it?

Page 195

1     A.   I'd measure it.
2     Q.   If you went back to the --
3     A.   Umm-hmm.
4     Q.   -- to the -- to your --
5     A.   Yes.
6     Q.   Okay.  But we can't do that today, can we?
7     A.   No, we can't.
8     Q.   Okay.  Did the drape cover the feet or not
9  cover the feet?
10    A.   As shown here, it did not cover the feet.
11    Q.   Okay.  Did the drape cover the Bair Hugger
12 blanket?
13    A.   It did, although this diagram doesn't
14 exactly make that clear.
15    Q.   Did it cover the hands or not cover the
16 hands?
17    A.   If you will look at the next figure, then
18 I've shown it covering the hands.
19    Q.   Oh, I can't tell if that's the drape or the
20 Bair Hugger blanket.
21    A.   That's the drape.
22    Q.   Okay.
23    A.   It says "drape" on the lower left corner.
24    Q.   Okay.  Fair enough.  I missed that.
25         Okay.  Now before you did any testing did

Page 196

1  you submit any pictures to 3M to say, this is our test
2  setup, you know, is this what occurs in a typical
3  operating room?
4     A.   I did not.
5     Q.   Okay.  You did your sol --
6          This whole diagram and setup is totally
7  based on a video provided to you by 3M; correct?
8     A.   The video which was -- we found it -- we
9  watched it on the internet, is just pertinent to the
10 draping.
11    Q.   That is my point.  With respect to the
12 draping.
13    A.   That was our primary resource for draping,
14 that's right.
15    Q.   And there was only one drape; correct?
16    A.   Yes.  That's right.
17    Q.   Okay.  Do you know how many drapes are used
18 in a typical knee or hip arthroplasty?
19    A.   Well I know it's more elaborate than what we
20 have here.
21    Q.   Okay.  And do you know whether or not the
22 drapes are permeable or impermeable?
23    A.   These are plastic drapes that appear to be
24 impermeable.
25    Q.   Okay.  And do you know, in a typical

Page 197

1  operation, surgical hip or knee arthroplasty, whether
2  or not the drape covers the feet or not covers the
3  feet?
4     A.   In a hip arthroplasty.
5     Q.   Or knee.
6     A.   I don't know.
7     Q.   Okay.
8          MR. GOSS:  It's about 1:30, I'm getting a
9  little peckish.
10         MR. ASSAAD:  Okay.  Let me just finish the
11 methodology.
12    Q.   Okay.  So you do the setup here as what's in
13 Figure 12; correct?
14    A.   Figure 12.
15    Q.   Okay.  And is the draping the same with the
16 Bair -- when you used the HotDog?
17    A.   Yes.
18    Q.   Okay.  Did you use a blanket, cotton blanket
19 over the HotDog?
20    A.   Yes.
21    Q.   Because I don't see a blanket over the
22 HotDog in Figure Number 10.
23    A.   One moment.  I'll take...  (Witness
24 reviewing exhibit.)
25         Well, and actually I don't think you see it

Confidential - Subject to Protective Order

Page 198

1  in -- Figure 10 a is the Bair Hugger, and Figure 10 b
2  is the HotDog, and the cotton blanket really isn't
3  visible in either one, but we did use a cotton blanket
4  in every case.
5      Q.  Okay.
6      A.  So it's there, it's just covered by the
7  drape.
8      Q.  Do you know whether or not the instructions
9  for the HotDog require a cotton blanket?
10     A.  I don't.
11     Q.  Okay.
12     A.  But I wanted to be -- I wanted these to be
13  as comparable as possible.
14     Q.  So you want to make things as exact as
15  possible; correct?
16     A.  I'm interested in the difference between the
17  conduction blanket and the forced-air blanket, so I'd
18  like to keep -- control conditions like that as much
19  as possible.
20     Q.  You try to --
21         You try to have as least amount of variables
22  as possible; correct?
23     A.  Least amount --
24         Least amount of variables as possible,
25  control variables, yes.

Page 199

1      Q.  Okay.  And you would agree with me that what
2  you did in this experiment or this testing has many
3  different variables and situations as to what goes on
4  in an operating room; correct?
5      A.  Well are you -- are you referring to the
6  draping, or are you referring to something else?
7      Q.  The airflow is different, what you did here
8  than in an operating room; correct?
9      A.  The downflow?
10     Q.  Yeah.
11     A.  We did our very best to provide the same
12  face velocity on our downflow generator as what
13  happens in the operating room, but --
14     Q.  Your face velocity had an error of plus or
15  minus 30 percent; correct?
16     A.  Correct.
17     Q.  Are the downflow airflow in an operating
18  room have a velocity difference of plus or minus 30
19  percent?
20     A.  More than that.
21     Q.  You think so?
22     A.  Look at the boundary conditions stated by
23  Professor Elghobashi, and -- which I think he got from
24  -- reasonably from louvered ceiling diffusers in an
25  operating room, and you will see that there are

Page 200

1  sections of filter and there are solid, I guess,
2  support sections.  So if you take face velocity across
3  that you will go from a hundred percent downflow to
4  zero, which is much more than the difference that we
5  had.
6      Q.  Do you think --
7         It's your testimony today that the airflow
8  along the width or the length of the ventilation vent
9  that Elghobashi used changes, or are you talking about
10  the area where there are no vents?
11     A.  The area where there are no vents, the
12  solid.
13     Q.  Okay.  But we're not talking about that here
14  because you had a solid diffuser -- flow generator;
15  correct?
16     A.  We're talking about it --
17         Or I'm talking about it because if you look
18  at the downflow in the real operating room vents
19  you've got a section that generates downflow and then
20  you've got a dead zone.  So then if you measure across
21  you'll have a discrepancy, big discrepancy in velocity
22  every time you come to the dead zone.  The flow tends
23  to even out due to turbulent mixing as it comes down.
24         My feeling on this is that if you get the
25  face velocity right, the variations plus or minus tend

Page 201

1  to come out in the wash, so to speak, in the turbulent
2  mixing as the downflow falls.
3      Q.  What was the face velocity right above the
4  surgical site?
5      A.  In our experiment.
6      Q.  Yes.
7      A.  It was 38 feet per minute plus or minus our
8  tolerance.
9      Q.  Where is that measured?
10     A.  That's measured at four different locations
11  below the downflow generator, --
12     Q.  Where?
13     A.  -- and averaged.
14     Q.  Where below the downflow?
15     A.  You'll see this in my logbook.
16     Q.  Sure.  What page?
17     A.  Page 9, just below the center of the page on
18  the left.  And there's no physical division here, but
19  we divided it up into fourths in order to take
20  velocity readings, A, B, C and D, and then these
21  readings are tabulated for tests in which we were
22  trying to even the flow as much as we could.
23     Q.  There was five feet between the top of the
24  table and the bottom of the flow generator; correct?
25     A.  That is -- according to the diagram on

Confidential - Subject to Protective Order

Page 202

1   Figure 7, is correct.
2       Q.  Okay.  At what point did you -- did you test
3   the flow, the velocity underneath the flow generator
4   at?
5       A.  That's face velocity, it's directly
6   underneath the generator.
7       Q.  Directly underneath --
8       A.  Directly underneath.
9       Q.  -- the generator; --
10      A.  Yes.
11      Q.  -- correct?
12      A.  Face velocity.
13      Q.  Okay.
14      A.  That's the definition.
15      Q.  So sitting here today you don't know when
16  the -- when the different areas mixed, what the
17  velocity was when it reached the mannequin; correct?
18      A.  We -- We didn't take velocity profiles
19  anywhere except face velocity.
20      Q.  So the answer to my question is "that is
21  correct, sir."
22      A.  Could you repeat your question?
23      Q.  You did not take any velocity measurements
24  right above the -- where the -- above the mannequin
25  during -- during your testing; correct?

Page 203

1       A.  Not correct, because in the early testing
2   you will -- I don't know how well annotated it is, but
3   we began by placing the anemometer approximately one
4   -- one and a half feet -- I don't want to guess.  I
5   can go look this measurement up or discuss it with my
6   colleagues.  And taking a measurement directly above
7   the table like so.  But then I realized that the
8   pertinent measurement is the face velocity, not at any
9   point directly above the mannequin.
10      Q.  So let me ask you a question.  Right above
11  the knee, the surgical site in this case, you were
12  pretending to be a knee surgery; correct?  It was --
13      A.  Yes.
14      Q.  -- simulated of a knee surgery; correct?
15      A.  Yes.
16      Q.  What is the face velocity right above the
17  knee?
18      A.  "Face velocity," that term, refers to the
19  measurement directly underneath the --
20      Q.  Okay.  I'm asking you this --
21      A.  What is the --
22          You're asking what is the actual velocity.
23      Q.  What's the actual face velocity right above
24  the knee?
25      A.  I --

Page 204

1           MR. GOSS:  You can answer if you understand
2   the question.  If your --
3           MR. ASSAAD:  He understands the question.
4           MR. GOSS:  -- terminology is different, you
5   can explain.
6       Q.  Do you understand the question?
7       A.  Well I understand the question, but I have
8   to -- if you will beg my -- I beg your pardon, I have
9   to correct your terminology.
10          "Face velocity" only refers to that
11  measurement --
12      Q.  Fair enough.
13      A.  -- right here.
14          Where velocity --
15      Q.  What is the velocity?
16          What's the velocity right above the knee?
17      A.  We did not measure that.
18      Q.  Okay.  What's the velocity above the Bair
19  Hugger blanket?
20      A.  Once again, for -- for these tests that are
21  shown here we measured only the face velocity, and
22  this is -- I think you will see in the ASHRAE manual
23  that this is how they check the flow rate and the
24  performance in the actual clean room.
25      Q.  Okay.  Are you aware of any --

Page 205

1           Now we're talking a different face velocity
2   along the entire flow generator; correct?  The four --
3   The four by five foot --
4       A.  Well there were differences.
5       Q.  Different quadrants.  Okay.
6       A.  There were differences.
7       Q.  And did you measure the center of each
8   quadrant?
9       A.  Yes.
10      Q.  Okay.  Now you agree with me that the --
11  based on the fact that there's different face
12  velocities coming out of different quadrants, the air
13  coming out of the flow generator has a much higher
14  Reynolds number than what's probably coming out of an
15  operating room vent.
16      A.  I'm sorry.  I don't understand that.
17      Q.  You don't know what Reynolds number is?
18      A.  Of course I know what Reynolds number is --
19      Q.  Okay.
20      A.  -- but I don't understand your --
21          Much higher where?
22      Q.  Coming -- There's a Rey --
23          There's a velocity and a -- and a Reynolds
24  number right below -- at the face velocity there's
25  going to be a Reynolds number, correct, for each

Confidential - Subject to Protective Order

Page 206

1  quadrant?
2      A.  If you know the velocity you could compute
3  the Reynolds number, yes.
4      Q.  And you know the velocity for each different
5  quadrant; correct?
6      A.  Yes.  So there -- there would be a variation
7  in Reynolds number --
8      Q.  Okay.
9      A.  -- due to the fact that there are variations
10 in velocity.
11     Q.  And it's your testimony today, just so I'm
12 clear, that you believe that the air coming out of a
13 duct -- and I'm not talking about the dead spots --
14 the actual diffuser, has different face velocities in
15 an operating room?
16         MR. GOSS:  Object to form,
17 mischaracterizes.  You can explain.
18     A.  I don't have those data in --
19     Q.  Okay.
20     A.  -- an actual operating room.
21     Q.  Okay.  You would agree with me that if you
22 look at Elghobashi's report, that yes, there are dead
23 spots, but the face velocity coming out of each duct
24 is constant.
25     A.  That was his boundary condition, and I don't

Page 207

1  disagree with it.
2      Q.  And actually he created a -- a simulated
3  duct going up --
4      A.  Yes.
5      Q.  -- to show --
6      A.  I know.
7      Q.  -- that that needs to be calculated to get
8  the right face velocity; correct?
9          MR. GOSS:  Please wait for him to finish
10 his question, then you can answer.
11     Q.  Correct?
12     A.  He created a simulated duct.  Yes.  Correct.
13     Q.  Dr. Abraham did not do that; correct?
14     A.  I don't think so.
15     Q.  Okay.  And would it be fair that you do not
16 know the mass flow coming out of each quadrant;
17 correct?
18     A.  I can certainly -- [clearing throat] excuse
19 me.
20         I can certainly calculate it, because I know
21 the velocity.  It's a constant density/constant
22 pressure situation.
23     Q.  Okay.  But then you would agree with me that
24 since there's different velocities coming out of the
25 different qua -- the theoretical quadrants of the flow

Page 208

1  generator, there'll be different mass flows.
2      A.  At the face.
3      Q.  Okay.  And you mentioned before that at some
4  point it would just all mix together and be constant;
5  correct?
6      A.  It certainly mixes out, and this is why in
7  the -- the clean -- in the operating room the lands
8  between these diffusers don't really end up having an
9  effect when you get down to the patient level.  They
10 don't create dead spots because turbulent mixing mixes
11 this out.
12     Q.  You agree but all the diffusers are at a
13 constant face velocity; correct?
14         MR. GOSS:  Object to form.  Which
15 diffusers?
16     Q.  They spend a --
17         They spend a lot of money designing HVAC
18 systems --
19     A.  Well, right.
20     Q.  -- for ORs; correct?
21     A.  I don't know the face velocity.
22     Q.  Okay.  So you -- you don't know one way or
23 another whether or not the face velocities for each of
24 the --
25     A.  I could --

Page 209

1      Q.  -- each of the diffusers --
2      A.  I could make --
3          (Interruption by the reporter.)
4      Q.  -- for each of the diffusers are a constant
5  or not; correct?
6      A.  I would be guessing.
7      Q.  Okay.  Now the flow generator did not
8  provide any cooling effect; correct?  It was taking
9  room temperature air and just blowing it down;
10 correct?
11     A.  That's correct.
12     Q.  That's different than what occurs in an OR;
13 correct?
14     A.  I think it is different, yes.
15     Q.  I mean the cooling effect, the cold air
16 coming in an OR is from the diffusers up top; correct?
17     A.  Yes.
18     Q.  Okay.  So that is another variable that is
19 not accounted for in your testing; correct?
20     A.  What is another variable?
21     Q.  The difference in temperature between the
22 air supply and the rest of the room.
23     A.  I'm trying to understand your question.  Is
24 --
25     Q.  Where --

Confidential - Subject to Protective Order

Page 210

1      Let me rephrase it.  You have this
2  warehouse; correct?
3      A.  Yes.
4      Q.  What's the HVAC system in the warehouse?
5      A.  There is -- [Clearing throat] is no HVAC
6  system.  It's open air.
7      Q.  It's open air?
8      A.  It's open to the outside by way of windows
9  and a -- and a large garage door.  It's not
10  ventilated.
11      Q.  So it's an unventilated --
12      A.  It's unventilated.
13      Q.  So the temperature is -- is based on what
14  the outside temperature is?
15      A.  Similar to the outside temperature.
16      Q.  Okay.  Is it warmer or colder than the
17  outside temperature?
18      A.  Depends on circumstances.
19      Q.  Well with the windows closed is it warmer or
20  colder?  With everything closed does it warm up inside
21  at all?
22      A.  We measured the temperature on the inside.
23  I don't have --
24      Q.  Sir, I know what you did, --
25      A.  -- very good measurements on the outside.

Page 211

1      Q.  -- I read your report.
2          Just answer my question, please.
3      A.  Could you repeat the question?
4      Q.  Does the air --
5          When you close all the windows and the
6  garage, does the air get warmer inside the warehouse?
7      A.  We never had a situation when it was
8  hermetically sealed like that.
9      Q.  Okay.
10      A.  We kept it ventilated to the outside.
11      Q.  What temperature of -- was the air that the
12  flow generator was drawing from?
13      A.  In -- In general, the same temperature as
14  the room air that would be measured by a thermocouple
15  in the room.
16      Q.  Okay.  During your testing were the windows
17  open?
18      A.  There was -- I wouldn't say windows.
19          There was ventilation to the outside to
20  maintain -- to avoid pressure changes.
21      Q.  Let's talk about pressure.
22      A.  All right.
23      Q.  Was it --
24          Was the area positively pressured?
25      A.  No.

Page 212

1      Q.  No.
2      A.  This is --
3      Q.  Just answer my questions.  That's all I'm
4  asking.
5      A.  No.
6      Q.  "No."  Okay.
7          Was the garage door open?
8      A.  In some cases.
9      Q.  So in some cases they were, in some
10  cases they weren't?
11      A.  I'm saying that the communication to the
12  outside could be by way of a partially opened garage
13  door or by windows.
14      Q.  Was that --
15          Was that taken into account to keep the
16  variables as least as possible when you were doing
17  your testing?
18      A.  It was generally to just avoid
19  pressurization or avoid pressure differences from the
20  inside to outside.
21      Q.  Okay.  You didn't measure pressure
22  throughout your whole testing; correct?
23      A.  Well the assumption is, and the pressure was
24  assumed, we didn't measure it, is local barometric
25  pressure.

Page 213

1      Q.  Okay.  You agree with me that --
2          Let's be realistic.  You agree with me you
3  didn't simulate an OR in your experiments; correct?
4      A.  We did a simulation of the downflow --
5      Q.  That wasn't my question.  That wasn't my
6  question, sir.
7          MR. GOSS:  Wait.  Let him answer.
8          MR. ASSAAD:  No.  I want him to answer my
9  questions.  If you want to ask him questions, you
10  can.
11      Q.  Answer my question.
12          MR. GOSS:  He's going to answer your
13  question --
14      Q.  Did you simulate --
15          MR. GOSS:  -- to the best of his abilities.
16      Q.  -- an operating room in this case?
17      A.  Are you referring to a perfect simulation in
18  every respect?
19      Q.  To any operating room you've ever seen.
20          Is there any operating room that this
21  simulates; from the size, to the amount of people, to
22  the airflow, to the pressure, to the devices inside
23  the operating room?
24      A.  No.
25      Q.  Okay.  You agree with me that all those

Confidential - Subject to Protective Order

Page 214

1  variables; the size of the room, as we discussed
2  before, pressure, temperature gradient, persons,
3  affect the airflow in an operating room.  In a room in
4  general, but especially in an operating room; correct?
5      A.  I'm sorry.  I didn't hear a question there.
6      Q.  You agree with me that people, heat sources
7  --
8      A.  Oh, "affect."
9      Q.  Okay.
10      -- the air supply, the air return, the
11  pressure and other heat sources affect the airflow in
12  an operating room; correct?
13      A.  Correct.
14      Q.  Okay.  Do you know what effect on your
15  results if the cooling load of the room was provided
16  through the flow generator in which the air coming out
17  of there would have been 59 degrees or 60 degrees
18  Celsius?
19      A.  I'm -- I don't know how to answer that as
20  phrased.
21      Are you asking if I were to provide cooled
22  air rather than room temperature air?
23      Q.  Yes.
24      A.  As far as what we were trying to do I don't
25  think it makes a lot of difference.

Page 215

1      Q.  Okay.  But it could make a difference.
2      A.  I don't think so.
3      Q.  And your basis behind that?
4      A.  We are trying to see the --
5      We're not trying to simulate a whole clean
6  room in all that de -- or operating room in all that
7  detail.  We're trying to see the downflow and its
8  interaction locally with patient-warming blankets and
9  with a mannequin on top of a surgical table.  It's a
10  -- the subsection, the core of the operating room.
11  Simulating the entire operating room was not feasible.
12      Q.  First law of thermodynamics, conservation of
13  energy; correct?
14      A.  First law of thermodynamics is the
15  conservation of energy principle.
16      Q.  And you don't disagree with that, the first
17  law of thermodynamics.
18      A.  I'd be a fool to disagree with that.
19      Q.  Okay.  You would agree that if you took a
20  room such as this, kept everything the same and we put
21  a Bair Hugger in here and left it on, at some point
22  the temperature would increase; correct?
23      A.  What temperature?
24      Q.  Room temperature.
25      A.  Are you assuming a closed room?  What

Page 216

1  about --
2      Q.  Exactly this room.
3      A.  -- the ventilation?
4      Q.  Ventilation's on.
5      A.  It's a question of whether the ventilation
6  could handle the heat load provided by the Bair
7  Hugger, and I don't know the answer to that.
8      Q.  Well everything's constant, okay?  So where
9  would that energy go that -- of blowing into the air?
10  You'd have to agree that it raises -- it might not
11  raise it significantly, but it's going to raise it at
12  some point.
13      A.  Steady state it would raise the temperature
14  slightly.
15      Q.  Okay.  By the way, was your experiments at
16  steady state?
17      A.  We tried to be, yes.
18      Q.  But were they?
19      A.  Yes.
20      Q.  Okay.
21      MR. GOSS:  Are we about done with
22  methodology?
23      MR. ASSAAD:  No, not yet.  Give me 10 more
24  minutes.
25      Q.  Now --

Page 217

1      MR. GOSS:  I'll try not to eat my hand.
2      MR. ASSAAD:  That's fine.
3  BY MR. ASSAAD:
4      Q.  Now with -- Let's move on.
5      So you have the flow generator on and off
6  and the Bair Hugger on and off for different -- okay,
7  for different testing, okay.  So you set up the
8  patient and you look and you do schlieren testing with
9  the Bair Hugger -- with the flow generation off --
10  Strike that.
11      Did you do any testing with the flow
12  generator off and the Bair Hugger on?
13      A.  I think we have an image.  I'm not sure.
14  (Witness reviewing exhibit.)  All right.  The images
15  that I've reported here were all with the downflow on.
16  And your question is did we do any image with the
17  downflow off --
18      Q.  Yes.
19      A.  -- and the Bair Hugger on.
20      I'm going to have to check the logbook, but
21  I can answer that.  I can't give you an immediate
22  answer.
23      Q.  Okay.  Now you turned -- you --
24      So let me get this straight.  You -- You set
25  it up with the blanket, the Bair Hugger blanket, the

Confidential - Subject to Protective Order

Page 218

1  cotton blanket and the drape on the mannequin, you
2  check everything and the flow generator is on;
3  correct?
4      A.  During setup.
5      Q.  Or before you start the testing.
6      A.  Well in --
7          I mean if you look at these cases that I
8  cite, most of the cases are with the downflow
9  generator on.
10     Q.  Okay.  The downflow generator's on,
11 everything is set up, the mirrors are correct, this
12 and that.
13     A.  Yes.
14     Q.  Okay.  And you filmed -- you do a schlieren
15 pictures with the Bair Hugger off; correct?
16     A.  "Off."
17     Q.  Yes.  Because you want to see the change;
18 correct?
19     A.  Yes.
20     Q.  Okay.  It might not be depicted here, but I
21 --
22     A.  Yes.  Yes.
23     Q.  -- I'm going to assume that you told me you
24 took pictures with it off; okay?
25         I don't have those pictures, but supposedly

Page 219

1  they're taken.  Okay?
2      MR. GOSS:  You may not know if you have
3  those pictures.
4      MR. ASSAAD:  Okay.
5      Q.  Then what do you do next?  What's the
6  protocol, where -- where are people standing when you
7  start taking -- before you turn the Bair Hugger on?
8      A.  Do you want me to answer the last part of
9  that question?
10     Q.  Let's start where people are standing.
11     A.  All right.  During the taking of the data
12 I'm standing at the camera position, which I can
13 indicate to you if you're interested.
14     Q.  I know where the camera position is.  That's
15 fine.
16     A.  All right.  It's -- you know it's a diagram
17 of the optical system.  And the other personnel are
18 out of the pic -- out of the picture, they're standing
19 away in order not to interfere with the flow.
20     Q.  Who's turning on the Bair Hugger?
21     A.  J. D. Miller.
22     Q.  Okay.  And where is he standing?
23     A.  Well when he's turning it on he's there at
24 the Bair Hugger unit, and then when it's reached its
25 temperature it gives a signal and then he goes and

Page 220

1  stands away from the experiment.
2      Q.  Okay.  And so when -- when the -- you're
3  looking at -- you're talking the monitor of the little
4  LED device; correct?
5      A.  Yes.
6      Q.  So when it hits 43 degrees is that when he
7  stands away and says, okay, it's 43?
8      A.  Yes.
9      Q.  And then what do you do?
10     A.  Give it some time, make sure that everything
11 has reached steady state, and then I take data, still
12 images and videos.
13     Q.  With the camera.
14     A.  With the camera.
15     Q.  Okay.  Now --
16         But when you say "time," what's time?
17 What's steady state?
18     A.  I'm observing the schlieren picture, and so
19 when I visually observe and I'm not seeing visible
20 changes then I think we've reached steady state.
21     Q.  Okay.
22     A.  We have a live video on our large monitor.
23     Q.  Okay.  And do you roughly know how long that
24 took?
25     A.  Not very long.  Probably a minute.

Page 221

1      Q.  One minute?
2          So you turn on the Bair Hugger device, J. D.
3  turns on the Bair Hugger device, gets out of the way;
4  is that correct?
5      A.  Let me say that the Bair Hugger device has
6  been -- takes a long time to warm up.
7      Q.  Well once it gets to 43.
8      A.  Once it reaches, then he gets out of the
9  way.
10     Q.  Okay.  So once the Bair Hugger hits 43
11 degrees he gets out of the way; correct?
12     A.  Yes.
13     Q.  Then you wait about a minute and then start
14 videoing, correct, or pictures and video?
15     A.  Assuming that I'm not seeing any variations
16 in anything on the schlieren image, that's right.
17     Q.  Okay.  And your images are about 10 seconds
18 long; correct?
19     A.  The videos --
20     Q.  Yes.
21     A.  -- are about 10 seconds long.
22     Q.  That's what I meant.
23         And then you do the tests and then you go
24 shut off the Bair Hugger?
25     A.  Depends on what the test protocol was at the

Confidential - Subject to Protective Order

Page 222

1  time, but if we're done with the Bair Hugger we shut
2  it off.
3      Q.  Okay.  How many times did you conduct the
4  test of the Bair Hugger being turned on and doing
5  schlieren imaging of like the area above the
6  mannequin?
7      A.  I can determine that by studying the
8  logbook.  I don't have a number right immediately
9  available.
10     Q.  Okay.  All right.  Now did you bring your
11 original logbook today?
12     A.  No.
13     Q.  Okay.  So the logbook is what we've been
14 provided.  Is that a complete copy of your logbook,
15 you know, besides what's been redacted?
16     A.  It is.  It ends, if you look at the last
17 page, "END OF LAB NOTEBOOK," signed by me.
18     Q.  Okay.  And if we go to page, I believe, 17,
19 that's the day that you did testing with respect to
20 the Bair Hugger on the mannequin; correct?
21     MR. GOSS:  17 of the report, or --
22     MR. ASSAAD:  Of the logbook, Exhibit 7.
23     A.  May 11th, Bair Hugger mannequin, arms were
24 out, blanket, hip drape.
25     Q.  Okay.

Page 223

1      A.  Downflow is initially off, then turned on,
2  and you can see the -- the numbers indicating the --
3      Q.  Okay.
4      A.  -- stills and videos that were taken.
5      Q.  Okay.  And so you have all these numbers
6  here.  What's the difference between 170, 171, 172,
7  173, 175, 176?
8      A.  All right.  If you read across in lines
9  you'll see that 170 and 171 are just the Bair Hugger,
10 and then in the next line down are -- this is my
11 shorthand, J. D. is my assistant, J. D. Miller and
12 he's dressed up in -- in medical garb and he's in the
13 picture.  So he's simulating an operat -- doctor or an
14 operating room personnel.
15     Q.  And that's depicted in Figure 15; correct?
16     A.  For example --
17         Yes.  One minute.  Let me check.  Figure fif
18 -- Yes.  Figure 15 a and b show him, and d.
19     Q.  Okay.  So let me just ask you this real
20 quick.  Between 170 and pictures 195, this was all
21 during one setup; correct?
22     A.  It was all during one setup I believe, yes.
23     Q.  And how long did it take to do all this,
24 from the first picture of 170 to the last one of 195?
25     A.  Well we haven't recorded a timestamp, so I'm

Page 224

1  -- I would have to give you an estimate.  I think we
2  spent all of a morning doing this work.
3      Q.  So it took you -- the Bair Hugger was on
4  from -- from the time from 170 to 195 continuously?
5      A.  That -- The morning was -- included setup
6  and so forth, so the time during which these images
7  were taken would have been less than four hours, but
8  proba -- I'm guessing.  I really don't know.
9      Q.  Well, I don't -- I don't have J. D. here, I
10 have you, so I need to figure out, like, your
11 methodology.
12         So was the Bair Hugger ever turned off
13 between the first picture of 170 and the last picture
14 of 195?  Well, I'm sorry.  Let me rephrase that.
15         At 180 you change it to the HotDog; correct?
16     A.  That's right.
17     Q.  Okay.  And 176 is the Bair Hugger hose jet
18 and the hairdryer.
19     A.  Yes.
20     Q.  So basically with the Bair Hugger setup it's
21 between 170 and 176; correct?
22     A.  Correct.
23     Q.  Okay.  And 170 and 171 are still pictures;
24 correct?  Or no.  171's a video.
25     A.  I have to check.

Page 225

1      Q.  It's a video in your report, --
2      A.  All right.
3      Q.  -- let's just assume that it is.
4         And 172, 173 and 174 are a video with J. D.
5  as being the doctor.
6      A.  Correct.
7      Q.  And then 175, 176, what does that say?
8      A.  "Refocused."  Sometimes there's a focusing
9  issue to make sure that we have a sharp image, and I
10 have to check it.
11     Q.  So that was just more of a checks and
12 balances?
13     A.  Well it was about readjusting the optical
14 system, let's say.
15     Q.  And was that to do the Bair Hugger hose jet?
16     A.  No.  Well that was refocused between 174 and
17 176.
18     Q.  But by 174 you stopped testing the Bair
19 Hugger as a -- attached to the blanket; correct?
20     A.  I believe that's correct.
21     Q.  Okay.  And when you did 172 --
22         Okay.  I'm almost done here before we take a
23 break.
24         So between 170 and 174 give me an
25 approximation, did it take 15 minutes, 10 minutes to

Confidential - Subject to Protective Order

Page 226

1  do?  Five?
2      A.  Let's say a half hour.
3      Q.  It took a half hour --
4      A.  Well --
5      Q.  -- to do two -- to do one still shot, one
6  10-second video, another 10-second video, another
7  10-second video and another 10-second video?
8      A.  Well remember that we were -- 170 and 171
9  are without personnel involved, and then we had a --
10  one of the -- one of our people step in, and he had to
11  get gowned up, so I believe there was a break.  But
12  once again, I don't have time steps here, so.
13      Q.  Well let me ask you this.  Does the -- Does
14  the photographs have timestamps?
15      A.  No.  The photographs don't have a --
16      That's a good question.  I don't know the
17  answer to that.
18      Q.  My understanding is you take a picture,
19  it'll have a -- at least when you look at the file the
20  file will have a timestamp.
21      A.  I'd have to check it, but you're probably
22  right.
23      Q.  Okay.
24      MR. ASSAAD:  I request the original files
25  with the timestamps to be produced, and not

Page 227

1  timestamps removed, as you provided them to us.
2      MR. GOSS:  I'm not aware that we removed
3  anything.
4      MR. ASSAAD:  Really?  Because if you look
5  at them they're all on the same date and time.
6      MR. GOSS:  Well I -- I'm not aware that we
7  made any manipulation at all to the timestamps in
8  those photographs or videos.
9      MR. ASSAAD:  Okay.
10  BY MR. ASSAAD:
11      Q.  So between 170 and 172 did you turn the Bair
12  Hugger off before you -- so J. D. could dress up?
13      A.  No.  It was left on, in my recollection.
14      Q.  Okay.  It was left on?  Okay.
15      MR. ASSAAD:  Let's take a break, lunch.
16      THE REPORTER:  Off the record, please.
17      (Luncheon recess taken at
18      approximately 2:02 p.m.)
19
20
21
22
23
24
25

Page 228

1      AFTERNOON SESSION
2      (Deposition reconvened at
3      approximately 2:48 p.m.)
4  BY MR. ASSAAD:
5      Q.  I'd like you to turn to page 16 of your --
6  of Exhibit 7, of your notes.
7      A.  Yes.
8      Q.  I want -- I'm looking at the -- the
9  velocity, the face velocity measurements --
10      A.  Yes.
11      Q.  -- right where it says "5/11/17" with the
12  average of 39?
13      A.  Yes.
14      Q.  It says "throttle 17."  What does that mean?
15      A.  The throttle on the engine that drives the
16  blower.  We set the average value by changing that
17  throttle.
18      Q.  Okay.  And how'd you calculate the average?
19      A.  It's a simple average of those four numbers.
20      Q.  So basically the 39, is that feet per
21  second?
22      A.  Feet per minute.
23      Q.  "Feet per minute."  I'm sorry.
24      Feet per minute, that's based on the average
25  of those four numbers; right?

Page 229

1      A.  That's correct.
2      Q.  And those four numbers are at discrete
3  points in the -- in the quadrants; correct?
4      A.  Center of the quadrants.
5      Q.  The center.
6      And do you have any opinion of whether or
7  not the face velocity is constant throughout each
8  quadrant?
9      A.  No.  Only those center measurements, those
10  four.
11      Q.  So sitting here today, you don't have any
12  basis to support that the true average face velocity
13  is 39 of -- of the entire flow generator.
14      MR. GOSS:  Object to form.
15      MR. ASSAAD:  Basis?
16      MR. GOSS:  I think he said he took these
17  measurements and he averaged them, so that's his
18  basis.
19      Q.  Do you understand my question?
20      A.  I understand your question.
21      Q.  You're only taking four discrete points;
22  correct?
23      A.  Four discrete points.
24      Q.  And we're talking about a system that's four
25  point -- four by five; correct?

Confidential - Subject to Protective Order

Page 230

1    A.  Correct.
2    Q.  Divided into four equal quadrants; correct?
3    A.  Yes.
4    Q.  So you're basing the average face velocity
5  on four discrete points; correct?
6    A.  That's right.
7    Q.  And to do that you have to assume that each
8  quadrant has the same mass flow; correct?
9    A.  Correct.
10   Q.  And the same face velocity.
11   A.  Correct.
12   Q.  And we are absolutely certain, sitting here
13  today, that each quadrant has a different face
14  velocity at the points that you've taken; correct?
15   A.  Well that's what these measurements show.
16   Q.  So we could agree to that today; correct?
17   A.  We can.
18   Q.  Okay.  And we could say more likely than not
19  that the face velocity will be different at each point
20  you take in each quadrant.
21   A.  I'm not understanding that.
22   Q.  Well if you move the -- the -- the
23  anemometer, say, three inches to the right or left
24  instead of the center, more likely than not it's going
25  to be a different face velocity; correct?

Page 231

1    A.  Let me answer that as best I can.  If you --
2  Suppose we had decided, well, let's take eight, so
3  let's divide the area up so that there are eight
4  instead of four, it would more likely than not, make a
5  difference in the average, but I think it would be a
6  small difference.  And if you went to 16 I think it
7  would be an unnoticeable difference.
8    Q.  Well between quadrant A and quadrant C we're
9  seeing a Delta of about 23 feet per second; correct?
10   A.  Right.
11   Q.  That --
12       If you look at that Delta between those two
13  that's a huge standard deviation.
14   A.  Between those two it is, yes.
15   Q.  Okay.  So give me the range, based on your
16  education, training and experience, of what the -- the
17  -- the extremes, the Delta, not the standard
18  deviation, would be on the average here.
19   A.  That's --
20       Standard deviation's 12 on these
21  measurements, twelve feet per minute.
22   Q.  Twelve feet.
23   A.  Which is about 30 percent of --
24   Q.  And how'd you calc -- I'm sorry.
25   A.  Sorry.

Page 232

1    Q.  How did you calculate the standard
2  deviation?
3    A.  Standard deviation code in Excel.
4    Q.  In Excel.  Okay.
5       Why didn't you take more data points, if you
6  -- if you realized that each quadrant's giving you a
7  significantly different face velocity?
8    A.  I think I answered it.  You could take more
9  data and it would make -- up to a point it would make
10  a little -- it would make some difference, and then
11  more and more data points would not make any
12  difference any more.
13   Q.  So technically speaking based on your
14  standard deviation, the schlieren testing that you
15  performed on this day could have a face velocity up to
16  51 feet per minute; correct?
17   A.  Fifty-four, yeah.
18   Q.  Or 51 if you took the average and did the
19  standard deviation of 12 it could have up to --
20   A.  I see.
21   Q.  -- fifty -- 51 feet per minute.
22   A.  I'm sorry.  What is -- What is the 51 feet
23  per minute?
24   Q.  If you took the standard deviation, you
25  could have --

Page 233

1       If you looked at the standard deviation you
2  provided of 12, --
3    A.  Twelve.
4    Q.  -- that -- at any given point the face
5  velocity could be 51 feet per second.
6    A.  I do not see that.
7       We are providing the face velocity at four
8  points.  Standard deviation is 12 feet per minute.
9  [Clearing throat.]  I'm sorry.
10      So in A if you subtract 12 that would be 42,
11  and in D if you add 12 that would be 39.  I didn't --
12      [Water provided to the witness.]
13      THE WITNESS:  That's okay.  I'll use the
14  soda.
15   A.  I didn't understand --
16   Q.  Okay.
17   A.  -- the way you phrased it.
18   Q.  Okay.  My understanding of standard
19  deviation is a range within the -- I guess it's the
20  66th percentile up and down, correct, of where you
21  would expect --
22   A.  It's a statistical measure of deviance of
23  data points.
24   Q.  Uh-huh.  And based on my understanding,
25  based on the standard deviation and the average, that

Confidential - Subject to Protective Order

Page 234

1  when you run the schlieren video you could have a
2  average face velocity larger than 39; correct?
3      A.  You are suggesting if we had taken more data
4  points then that would have yielded a different
5  average face velocity.
6      MR. GOSS:  Listen to his question.
7      Q.  You made the average off four data points;
8  correct?
9      A.  Four data points.
10     Q.  Okay.  And it has a standard deviation,
11 which means that -- a standard deviation of 12 means a
12 range in which -- a certain area within a bell curve
13 or -- that you might find specific data; correct?
14     A.  Correct.
15     Q.  And therefore, depending on the mass flow
16 and the way the flow generator is running based on the
17 data, that you have a face velocity of 39 plus or
18 minus 12 standard deviation; correct?
19     A.  That's it, yes.
20     Q.  Okay.  Which means that at any given point
21 in time the face velocity being produced by the flow
22 -- downward flow generator could be up to -- within
23 that bell curve, up to 51.
24     A.  One standard deviation from the average we
25 have there would be 51, that's right.

Page 235

1      Q.  Okay.  And it could be as low as, under the
2  -- under your statistical analysis, as low as 27.
3      A.  All right.
4      Q.  Okay.  So sitting here today when you took
5  the -- the images of the -- the schlieren images say,
6  for example, in Exhibit 2, Figure 10, page 12, you
7  can't tell me the exact face velocity that was
8  occurring at that specific point in time that was
9  being generated by the flow generator; can you?
10     A.  Sure.  39, plus or minus standard deviation,
11 which is 12.
12     Q.  Okay.  I'm asking for exact.
13     A.  That's the best data we have.
14     Q.  Okay.  So you can't give me an exact number.
15     MR. GOSS:  Object, asked and answered.
16     A.  Asked and answered.
17     Q.  Is it 40?
18         It could be 40; correct?
19     A.  I've already answered you, sir.
20     Q.  But it could be 40; correct?
21     A.  It could be.
22     Q.  It could be 45.
23     A.  The difference between 39 and 40 is a
24 trivial difference.
25     Q.  What about the difference between 39 and 52;

Page 236

1  is that trivial as well?
2      A.  And remember --
3         No, it's not trivial.
4      Q.  Okay.  Do you agree with me, or --
5         If you know the answer.  Do you agree with
6  me that the face velocity of a -- of an operating room
7  diffuser has a much smaller standard deviation than
8  plus or minus 12?
9      A.  I'm not aware of that.
10     Q.  You don't know one way or the other;
11 correct?
12     A.  No, I don't.
13     Q.  Okay.  And you agree with me that the face
14 velocity will have an effect on buoyancy produced --
15 buoyancy currents produced by the Bair Hugger.
16     A.  The face velocity is the way that these type
17 units are measured.  The flow tends to average out
18 with distance.  If there are differences when the flow
19 reaches the Bair Hugger that are significant, then I
20 would agree with that statement.
21     Q.  What would you consider significant?
22     A.  Thirty-nine feet per minute.  Fifty percent.
23     Q.  Fifty percent difference would be
24 significant.
25     A.  That would be significant.

Page 237

1      Q.  What about a 20 percent difference?
2      A.  I'm not so sure.
3      Q.  What about a 10 percent difference?
4      A.  I don't think that's significant.
5      Q.  Okay.  You agree with me that with respect
6  to the convection currents -- Let me rewind.
7         The images that we're seeing that are coming
8  off the Bair Hugger are convection currents; correct?
9      A.  You're referring to Figure 10?
10     Q.  Yes.
11     A.  Those are convection currents.
12     Q.  Okay.  And you agree with me that there is a
13 convection current -- a convection current force
14 that's being opposed by the downward air force -- the
15 downward flow force; correct?
16     A.  In other words, a buoyant force in the
17 convection current and the downward air force --
18     Q.  Yes.
19     A.  -- opposing one another.  I agree with that.
20     Q.  Okay.  And do you know the calculations to
21 determine the different forces?  Would that be the
22 Navier-Stokes equations?
23     A.  Yes.
24         (Interruption by the reporter.)
25     A.  Yes.  I know the Navier-Stokes equations.

Confidential - Subject to Protective Order

Page 238

1    Q.  Okay.  And of course temperature is a
2  component of the Navier-Stokes equation; correct?
3    A.  If there are temperature differences it
4  comes into the energy equation that is part -- goes
5  along with --
6         Navier-Stokes equation is a momentum
7  equation.
8    Q.  Okay.  Do you agree with me that the amount
9  of mass flow would take -- takes into account the
10  Navier-Stokes equations; correct?
11    A.  "Amount of mass flow."  I am sorry.  Could
12  you rephrase?
13    Q.  The mass flow --
14         In this situation there's a mass flow coming
15  out of the downflow generators.
16    A.  All right.  The Navier-Stokes equations are
17  basically an expression for -- for Newton's second law
18  of motion, F=ma, and that includes mass flow if you
19  multiply both sides by row, yes.
20    Q.  Okay.  Did you do a calculation at all to
21  determine whether or not that standard deviation, if
22  you took the max or the min, it would have an effect
23  on your results?
24    A.  I did not do that calculation.
25    Q.  Did you do any testing to determine whether

Page 239

1  or not a change in the average face velocity with a
2  standard deviation would have an effect on your
3  results?
4    A.  No.
5    Q.  Okay.  And in fact you would agree with me
6  that the average face velocity changed on every given
7  day that you turned this machine on.
8    A.  Well those data are here, but it didn't
9  change a lot.  We set it average at 41.  I have to go
10  back a few page -- No.  Wait a minute.
11         Well we were still -- Yeah.  5 May, 44 and a
12  half was the average, and in -- that was on page --
13    Q.  I have that.
14    A.  -- 15.  And on page 16, 39 was the average.
15    Q.  Okay.
16    A.  We were checking the face velocity every
17  day.
18    Q.  Okay.  What was the face velocity on May
19  15th?
20    A.  I have not recorded a face velocity for that
21  day.
22    Q.  So sitting here today we don't know what the
23  face velocity is on May 15th; correct?
24    A.  The assumption was that we had gotten the
25  face velocity at 39, which is essentially the desired

Page 240

1  value with the throttle setting of 17, and we could go
2  right back to that throttle setting and expect the
3  same face velocity.  We did check it later, but I
4  apparently did not record it on that day, no.
5    Q.  Well let's go back to that, because your
6  throttle setting was 17 on May 5th, and you had a face
7  velocity of 44.5 average; correct?
8    A.  One second, please.  [Witness reviewing
9  exhibit.]  Yeah, same throttle setting in both those
10  cases.
11    Q.  So the fa --
12         You can't sit here and assume that because
13  the throttle setting is at -- is at 17 that the face
14  velocity could be 39, because we have experimental
15  evidence that such is not the case; correct?
16    A.  Correct.  But note that there's only a 10
17  percent difference in those averages, --
18    Q.  Okay.
19    A.  -- 39 to 44.  So that's experimental error.
20       (Interruption by the reporter.)
21    Q.  According to who?
22    A.  Myself.
23    Q.  Okay.  And what do you have to base that a
24  10 percent error is accepted in this -- in this type
25  of study?

Page 241

1    A.  This is my judgment based on the experiment
2  that I was performing.
3    Q.  So my understanding is it's your judgment
4  and you have no scientific basis besides your
5  judgment?
6    A.  Experimental error can be one percent in
7  some situations and 50 percent in others.
8    Q.  I agree, and you have to look at every
9  situation to determine what is an acceptable
10  experimental error; correct?
11    A.  What do you mean "every situation"?
12    Q.  For example, if I'm going to -- if I'm
13  designing a rocket --
14    A.  Okay.
15    Q.  -- that goes into space...
16         Well let's put it this way.  You don't want
17  -- You don't want to fly back home or take an airplane
18  that has an experimental error of 10 percent; do you?
19       Correct?
20    A.  I don't --
21    Q.  Okay.
22    A.  -- know -- [Clearing throat.]  Excuse me.
23       [Clearing throat.]
24       I don't know what an experimental error of
25  10 percent means in that scenario.  [Clearing throat.]

Confidential - Subject to Protective Order

Page 242

1  Excuse me a second.
2      Q.  In this scenario, an experimental error of
3  10 percent, what's -- when you say that's okay, you
4  have to have some sort of experimental data to support
5  that.  Ten percent is not going to give us different
6  results; will it?
7          MR. GOSS:  Objection to form.
8      A.  Ten percent was our goal, and considered to
9  be, with a device of this type, a good experimental
10 error.  Unfortunately, we didn't quite achieve it.
11     Q.  You didn't --
12     You didn't achieve 10 percent error.
13     A.  Didn't achieve 10 percent, no.
14     Q.  You got much greater than 10 percent;
15 correct?
16     A.  It was --
17          MR. GOSS:  Object to form.
18     A.  -- significantly greater.
19          (Interruption by the reporter.)
20     Q.  Okay.  And the fact that it's significantly
21 greater, you agree with me that that takes away from
22 the persuasiveness of the experimental results;
23 correct?
24          MR. GOSS:  Objection form, calls for
25 speculation.

Page 243

1      A.  I'll answer that question by saying that
2  we're not doing PIV here and measuring quantitative
3  values, it's a flow visualization.  And in my
4  experience with the schlieren system, a 10 percent
5  error in flow velocities in a scenario like this where
6  the flow mixes out with distance is not going to make
7  a significant change in the visualizations that you're
8  seeing in these images.
9      Q.  When you did --
10     When you took the pictures of Figure 10 a,
11 did you at that time measure the temperature of the
12 knee or the drape on top of the patient?
13     A.  One moment while I have a look here.
14          THE WITNESS:  Sorry.
15     A.  So that was done on May 11, and the -- those
16 temperature measurements were done on May 15th, so the
17 answer is no, not on the same day.
18     Q.  Okay.  You agree with me that based on your
19 temperature measurements that the air -- the area
20 underneath the operating room table increased in
21 temperature; correct?
22     A.  Increased in temperature due to what?
23     Q.  The Bair Hugger being on.
24     A.  Well I don't have measurements here of
25 temperature when the Bair Hugger is off.

Page 244

1      Q.  So when you basically said that the Bair
2  Hugger doesn't cause convection currents coming from
3  under the drape and you -- you said your support was
4  Figure 12 because Figure 11 a is no longer reliable,
5  what was your basis behind that?
6      A.  Your --
7          What are you referring to, my -- my
8  conclusions?
9      Q.  No.  Referring to Figure 12.
10     A.  No.  You said when I said so and so.
11     Q.  Well you mentioned earlier in the deposition
12 that Figure 11 a is no longer reliable and that's why
13 you omitted it from Exhibit 2.
14     A.  That is correct.
15     Q.  Okay.  And therefore --
16          And that was to show convection currents
17 underneath -- around the drape or underneath the
18 drape; correct?
19     A.  That was the purpose, but it was flawed and
20 so it was removed.
21     Q.  And you said, but I can make that opinion
22 because I'm relying on Figure 12, because you took
23 temperature measurements; correct?
24     A.  I don't remember saying that.
25     Q.  Okay.  So you have no opinion, sitting here

Page 245

1  today, that the Bair Hugger -- with respect to what
2  the Bair Hugger caused with convection currents coming
3  from underneath the operating room table; correct?
4      A.  Unfortunately we weren't able to make a
5  measurement to address that.
6      Q.  Okay.  So sitting here today you have no
7  opinion with respect to whether or not convection
8  currents occur from underneath the operating room
9  table; correct?
10     A.  Well I'll just point out that there is a
11 temperature difference from room temperature, but
12 beyond that I don't have schlieren evidence to show
13 convection currents underneath the table.
14     Q.  So you're no longer offering any opinion
15 with respect to that in your report or at trial;
16 correct?
17          MR. GOSS:  With respect to the Bair Hugger
18 forming convection currents under the operating
19 table?
20          MR. ASSAAD:  Yes.
21     A.  That's -- That's correct.
22     Q.  Okay.  Now what is your understanding of how
23 the Bair Hugger works with respect to patient warming?
24     A.  I'll answer that question by referring to
25 Figure 8 b and Figure 9.  And those measurements show

Confidential - Subject to Protective Order

Page 246

1   the micro-jets coming from the already discussed
2   hundreds of orifices, and these are warm air
3   micro-jets with a temperature I measured to be 32 to
4   33 degrees C at the exit, but mixing out quickly to
5   room temperature.
6       Q.   Okay.
7       A.   And so my understanding of the function of
8   the Bair Hugger blanket is that it is those warm air
9   micro-jets impinging on the patient that accomplishes
10  the chore of warming the patient.
11      Q.   Okay.  Now let's talk about heat transfer.
12      A.   Okay.
13      Q.   You agree with me that when you have two
14  materials heat will transfer from the hotter material
15  to the colder material.
16      A.   I agree with that.
17      Q.   Okay.  So, for example, if you put a -- a
18  cold pot of water on the stove and you put -- you turn
19  on the gas, you'll get heat transfer from the gas to
20  the cold water; correct?
21      A.   Yes.
22      Q.   Okay.  Basically the law of thermodynamics
23  basically states that it goes from -- from higher
24  energy to lower energy; correct?  That's probably the
25  wrong term to use, but to that effect.

Page 247

1       A.   I believe that that's -- could be stated as
2   a corollary of the second law or a form of the second
3   law.
4       Q.   Okay.  And the second law is what?
5       A.   That entropy increases in the universe.
6       Q.   Okay.  And entropy is disorder.  It goes
7   from --
8       A.   Right.
9       Q.   -- order to disorder; correct?
10      A.   Yes.
11      Q.   I don't know if Peter Goss told you, but I
12  studied mechanical engineering in undergrad.
13      A.   He did.  Florida, I believe.
14      Q.   Yeah.  Figured he told -- probably told you
15  a lot about me.
16      A.   No, just that.
17          (Laughter.)
18      Q.   So for --
19          And what is, your understanding, the skin
20  temperature of a person around the core?
21      A.   Well a healthy person would have a core
22  temperature that's typically referred to as 98.6
23  Fahrenheit.  The room temperature in this -- in these
24  cases, just to take an example, was 17, and the skin
25  temperature would be between those two, and probably

Page 248

1   closer to the air than to the core temperature.
2       Am I answering your question?
3       Q.   So it's your understanding that the skin
4   temperature of a person is closer to the ambient
5   temperature than the core temperature?
6       A.   I'm not sure of that, but it's somewhere
7   between the two.
8       Q.   Okay.  Do you know what hypothermia is?
9       A.   Yes.
10      Q.   Used in this case by anesthesiologists, do
11  you know what the definition of hypothermia is?
12      A.   Yes.
13      Q.   What is it?
14      A.   I'll give you --
15          And I'll phrase it in my terms.  It is a
16  depression of the body core temperature during
17  anesthesia.
18      Q.   Okay.  And what is the threshold that peo --
19  that pa -- that anesthesiologists would say this
20  person is hypothermic or not.  Do you know what
21  temperature?
22      A.   I don't know.
23      Q.   Okay.  Do you know what the average
24  temperature of a patient is when they're under
25  anesthesia if they become hypothermic, the range?  Do

Page 249

1   you know what the range would be?
2       A.   You're talking the body core temperature
3   now.
4       Q.   Yes.
5       A.   I don't know that number.
6       Q.   Okay.  If the core temperature is 36 degrees
7   and you're blowing 33 degree -- 32 to 33 degree air on
8   the core, would you agree with me that it would have a
9   cooling effect?
10      A.   Well 36 degree core, 33 degree skin
11  suggests, according to the discussion, that there
12  would be heat transfer and cool -- cool the surface
13  slightly, yeah.
14      Q.   I'm not saying 33 degree skin, I'm saying 33
15  degree air.
16      A.   Thirty --
17      Q.   33 degree air on a 36 degree body, would you
18  agree with me that would cause a cooling effect,
19  according to the second law of thermodynamics?
20      A.   Once again, 36 degree body core temperature,
21  --
22      Q.   Yeah.
23      A.   -- 33 degree Centigrade skin temperature.
24      Q.   No.  33 degree --
25      A.   Cool air temperature.

Confidential - Subject to Protective Order

Page 250

1    Q.   -- cool air temperature.
2    A.   All right.
3         MR. GOSS:  I'm just going to object that
4    we're not offering him for opinions in heat transfer
5    or normothermia.  If you know, you can answer.
6    A.   As you posed it, there would be a cooling
7    effect.
8    Q.   Okay.  Now are you certain about your
9    temperature measurements in this case?
10   A.   We would now be referring --
11        Which case?
12   Q.   To any of the -- all the temperature
13   measurements you took in this case.
14   A.   Well the instrument, my thermocouple has --
15   has a approximately plus or minus one degree basic
16   error band associated with it.
17   Q.   But there's something called common sense;
18   correct?  Engineering common sense.
19        Sometimes your instruments read something,
20   you're like, that just can't be right.  Did that ever
21   happen to you before?
22   A.   I -- Certainly, but I don't know what
23   relevance that has.
24   Q.   I'll get there in a second.  But you --
25   That's happened to you before; correct?

Page 251

1    A.   If you're asking whether I've ever seen a
2    screwy instrument reading, I've seen a lot of them.
3    Q.   I mean, like, do you have --
4         Do you have kids?
5    A.   Two daughters.
6    Q.   You ever take a temperature of a kid and the
7    thermometer says, like, it's 106 point something,
8    you're like, this can't be right, let me check it
9    again?
10   A.   I never did that.
11   Q.   Huh?  Never happened to you?
12   A.   No.
13   Q.   If I took the temperature in here and it
14   came out to be, like, 105 degrees Fahrenheit we'd say,
15   something's wrong with that thermometer; correct?
16   A.   I've already agreed --
17        I've already answered that question.
18   Q.   Okay.  Okay.  So it's your understanding
19   that the air coming out of the blower's 43 degrees
20   Celsius, and you measure the air coming out of the
21   jets at 32 to 33 degrees Celsius.  Did you not think
22   about this for a second and what that means?
23   A.   Sure, I thought about it.
24        MR. GOSS:  Objection, vague.
25   Q.   What did you come up with?

Page 252

1    A.   There's heat transfer from the blower where
2    the 43 degrees Centigrade is measured, all along the
3    hose and the blanket.  There's heat transfer from the
4    blanket, probably by conduction to the skin, as well
5    as by convection through these pores.  So the 32 to 33
6    degrees that I measured does not surprise me.
7    Q.   Okay.  So you stand by that number.
8    A.   I do.
9    Q.   And that number is as accurate as the rest
10   of the numbers in your report.
11   A.   Well let me speak to accuracy, if I may.  I
12   usually -- One thing I do is use symbol size to
13   indicate accuracy, and you notice that I haven't used
14   tiny little symbols to give an impression of high
15   accuracy.  I went back to a zero on the horizontal
16   axis -- we're looking at Figure 9 -- zero on the
17   horizontal axis and remeasured it a couple times so
18   you can see the group of three measurements up there,
19   and that's probably experimental error there.  So I --
20   I would stand by the shape of this curve, the
21   intercept with the vertical axis being in the vicinity
22   of 32 to 33 Centigrade, and I would certainly stand by
23   the fact this graph shows the air temperature dropping
24   off to within one degree of room temperature within
25   about 60 millimeters.

Page 253

1    Q.   Okay.  By the way, was the downflow
2    generator on when you measured this?
3    A.   No.  This measurement was done just with a
4    blanket on a benchtop, no downflow generator.
5    Q.   Okay.  All right.  Now is it possible --
6    Withdraw that.
7         So there was no downward airflow that would
8    affect this temperature at all.
9    A.   Please take a look at Figure 8 b, and what
10   you're seeing here is the blanket is horizontal, the
11   jets are upward, and there was no downflow.  This was
12   a benchtop experiment, not an experiment in the --
13   Q.   Okay.
14   A.   -- in the rig.
15   Q.   And the ambient temperature at that time was
16   what?
17   A.   That's indicated on Figure 9 as 22 Celsius.
18   Q.   Twenty-two Celsius.
19        Why is the ambient temperature so much
20   higher than the other -- other results, other ambient
21   temperatures?
22   A.   It was a hot summer's evening when this test
23   was done.
24   Q.   Okay.  In -- In May?
25   A.   This test was done --

Confidential - Subject to Protective Order

Page 254

1    Q.  Either April or May.
2    A.  It was in May.
3    Q.  So it wasn't summer yet.
4    A.  Well, all right.  Hot spring evening.
5    Q.  Okay.  And you stand by the accuracy of
6  these numbers as much as you stand by all the other
7  data points that you have in your report; correct?
8        MR. GOSS:  Object to form, vague.
9    A.  I think you've already asked me that and
10  I've answered it, that I have confidence in these data
11  shown on the graph in Figure 9.
12    Q.  I'm saying based on your -- I mean you have
13  -- you have confidence in all the temperature settings
14  -- or temperature measurements you've done in your
15  report; correct?
16    A.  I do.
17    Q.  That they're accurate; correct?
18    A.  Well you have to define what "accurate" is.
19  There's always an error bar, but within that
20  definition I believe that these measures --
21    Q.  I'll give you plus or minus two degrees.
22        MR. GOSS:  You can testify to what your
23  confidence level is in the temperature.  I think
24  that's what he's asking you.
25    A.  Plus or minus two degrees.

Page 255

1    Q.  Yeah.
2    A.  I think it's reasonable.
3    Q.  And same with the numbers you've taken on
4  Figure 12; correct?
5    A.  Let me look at that.  These two were two
6  different experiments, they're -- and done with two
7  different instruments.  On these, due to -- due to
8  some differences that -- all right, that I'll explain
9  to you that in the case of Figure 9 I had the
10  thermocouple on a -- on a lab stand with a drive so
11  that I could position it accurately.  So I have a
12  better confidence in the position of the -- of the
13  temperature in that case than I do in these Figures 12
14  and 13, which were handheld.  Handheld of course there
15  can be some motion.
16    Q.  Okay.
17    A.  So there is a difference, but other than
18  that I think the accuracies are similar.
19    Q.  Okay.  Let's assume that the air -- the air
20  jets were between 41 to 43 degrees Celsius.
21    A.  That's not what the measurement shows.
22    Q.  I understand that, but I'm asking you to
23  make an assumption.
24        Do you believe that would change the results
25  of your testing?

Page 256

1        MR. GOSS:  Objection, calls for
2  speculation, improper hypothetical.
3    A.  I don't know what results you're referring
4  to.
5    Q.  Well if you have air coming out of the jets
6  at 41 to 43 degrees Celsius, you agree that it
7  contains more energy that will affect the environment
8  than air coming out of the jets between 32 to 33
9  degrees Celsius.  Do you agree with that?
10        MR. GOSS:  Same objections.
11    A.  It's hotter, but I have to point out that
12  the air jets coming out of the Bair Hugger could not
13  be 43 degrees, that's the setting of the blower which
14  is located a distance away with a hose in between, and
15  it's already been discussed that there is heat tra --
16  heat loss all along the hose, and could be conduction
17  loss from the Bair Hugger blanket directly to the skin
18  which would reduce the temperature further in the
19  plenum inside the Bair -- blanket.  So I don't see a
20  discrepancy here between my measured 32 or 33 degrees
21  at the jet exit and the 43 degrees that is generated
22  at the -- the Bair Hugger blower.
23    Q.  Okay.  So just so I understand you, you
24  believe there's conduction -- a transfer of heat by
25  conduction between the Bair Hugger blanket and the

Page 257

1  patient.
2    A.  I think it's possible.  The Bair Hugger
3  blanket is in contact with the patient.  There's
4  heating by airflow through the holes, but there may be
5  cases where the holes are occluded and the plastic is
6  against the skin, and in that case you could have
7  conductive heat transfer as well.
8    Q.  Okay.  So you're saying within one millime
9  --
10        What do you think the temperature of the
11  actual Bair Hugger blanket is?
12    A.  You mean the internal temperature.
13    Q.  Internal or external.  The external that's
14  touching -- that's outside that's not on a hole.
15    A.  Well my measurement is essentially right
16  over the hole.  Now I did not measure the temperature,
17  so you're asking me to speculate.  I did not measure
18  the temperature of the surface of the blanket, but --
19  so I'm really not supposed to speculate.
20    Q.  Well let's go back from...
21        I mean the first thing you're doing is like
22  -- to have a good scientific study you have to have a
23  proper understanding of how the system works; correct?
24    A.  What system?
25    Q.  Like in the Bair Hugger.  To do a proper

Confidential - Subject to Protective Order

Page 258

1  study on the Bair Hugger device you should know how
2  the Bair Hugger works; correct?
3      A.  Yes.
4      Q.  Okay.  And does it make sense to you, as an
5  engineer, that if you're trying to maintain
6  normothermia of 36 degrees Celsius that you have air
7  jets coming out between 32 to 33 degrees Celsius?
8  Does that make engineering sense to you?
9      A.  It could make engineering sense if you also
10  took into account the conductive heat transfer in
11  cases -- in locations where the blanket is touching
12  the skin.
13      Q.  Well if that's the case you're just looking
14  at conduction heat transfer, wouldn't it have been
15  better just to like put the holes facing up instead of
16  down so you don't get any of the cooling effect?
17      A.  I --
18      MR. GOSS:  Object to form.
19      A.  What I'm suggesting here is that the Bair
20  Hugger blanket may be not purely forced-air heating,
21  but part forced air by jets and part conductive.
22      Q.  Okay.  I agree with that actually.  I agree
23  with that 100 percent.
24      But if you're going to do warming by
25  forced-air warm -- forced air convection, forced-air

Page 259

1  warming, the air coming out of the blanket has to be
2  warmer than the patient or it would not do what it's
3  supposed to do.  Do you agree?
4      MR. GOSS:  I'm just going to object that
5  we're not offering him for any opinions on heat
6  transfer or normothermia.
7      If you understand the question, you can
8  answer it.
9      Q.  We're talking straight engineering here,
10  doctor.
11      A.  My answer to that is that the Bair Hugger is
12  described as a forced-air patient-warming blanket, but
13  as we just discussed, may be part forced air and part
14  conduction, and therefore the temperature of the jets
15  coming out the hole is not the only thing that
16  determines the heat transfer and the temperature rise
17  that the blanket causes.
18      Q.  Question.  You agree with me that blowing 43
19  degree Celsius air on a 36 degree body is going to
20  cause a cooling effect on that body; correct?
21      MR. GOSS:  Same objections; calls for
22  speculation, lack of foundation, outside the scope of
23  his opinions.
24      Q.  I assume you understand the second law of
25  thermodynamics; correct?

Page 260

1      A.  I didn't answer your --
2      You've now two questions.
3      Q.  Okay.
4      A.  Which one do you want me to answer?
5      Q.  Let's answer the second one.
6      You understand the second law of
7  thermodynamics; correct?
8      A.  I think so.
9      Q.  And that this is straight up heat transfer,
10  correct, enthalpy goes from a higher -- from a hotter
11  device to a colder device or material; correct?
12      A.  You shouldn't be using the second law to
13  talk about heat transfer, you should be using the
14  conduction, convection, radiation laws of heat
15  transfer, in my opinion.
16      Q.  Okay.  Let's talk --
17      Which laws, the conduction?
18      A.  Conduction, convection and radiation laws of
19  heat transfer.
20      Q.  Okay.  If you blow 43 degree air -- or
21  sorry, forty -- or 33 degree air, we'll take the
22  higher number of your numbers, on a 36 degree patient,
23  it would be a cooling effect.  Do you agree?
24      A.  Purely doing --
25      MR. GOSS:  Same objections.

Page 261

1      A.  Purely due to the air jets that would seem
2  to be the case.
3      Q.  Okay.  And -- And you were provided no
4  studies from 3M which they conducted of the
5  temperature underneath the Bair Hugger blanket when
6  they've measured it, were you?
7      A.  I'm not aware of such studies.
8      Q.  Okay.  Now if the temperature's coming out
9  at, say, 41 degrees Celsius, just make that
10  assumption, the jets are putting out 41 degree Celsius
11  air, okay?
12      A.  All right.
13      Q.  Would that affect the results of your
14  testing?
15      MR. GOSS:  Objection, calls for
16  speculation.
17      A.  Which results would you be referring to?
18      Q.  Would it -- Would it change the -- the
19  schlieren imaging for Figure 10 a?
20      MR. GOSS:  Same objection.
21      A.  In order to see if I understand your
22  question:  If the temperature, instead of 33 were 41,
23  would it change the results in Figure 10.
24      Q.  a.
25      A.  10 a.

Confidential - Subject to Protective Order

Page 262

1    I don't think I'm able to give a definitive
2  answer without doing that experiment.
3    Q.  Okay.  So sitting here today you don't know
4  one way or another whether or not increasing the
5  temperature by about 25 percent would have an effect
6  on the schlieren imaging in figure a.
7    A.  Well remember that it's the temperature of
8  the jets that you're referring to, and what you're
9  looking at here is the thermal effect or the thermal
10  boundary layer on top of the Bair Hugger blanket, a
11  cotton blanket, and a drape.  So it's -- what you're
12  asking me to speculate on is more complicated than the
13  question would seem to imply.
14    Q.  Okay.  So sitting here today you can't
15  answer that question.
16    A.  No.
17    Q.  Okay.  Now going back to that picture,
18  you're -- did you do any schlieren -- Hold on.
19    Go to page 4 of your report.
20    A.  Yes.
21    Q.  The image of Figure 10 a is basically where
22  you have the schlieren mirror right above the patient
23  as shown in like the top circle there; correct?  In
24  Figure 1.
25    A.  That is correct.

Page 263

1    Q.  Did you do any imaging with use of the
2  schlieren mirror like the one that's in the middle?
3  Like where the middle circle is.  Do you know what I'm
4  asking you?
5    A.  I understand.  I understand.
6    Give me a moment, please.
7    Q.  And if you need to refer to the hundred and
8  some pictures that weren't produced, feel free.
9    MR. GOSS:  Are you going to show him any
10  pictures?
11    MR. ASSAAD:  I don't have them, but I'm
12  sure you do.
13    MR. GOSS:  You got at least 80-some odd,
14  last I checked.
15    A.  In order to answer that question I'd go back
16  and study the logbook and my notations on what we did.
17  The intention was to do all three of those circles
18  shown in Figure 1.
19    Q.  Okay.
20    A.  Whether we actually got there or not -- I
21  know, for example, the lower one we tried and
22  unfortunately didn't get a useful result in that
23  instance.  I am unsure about the circle in the middle.
24  I would have to check before I could give you a
25  definitive answer on the -- basically looking at the

Page 264

1  side of the mannequin.  So I'm -- I can't give a
2  definitive answer right now.
3    Q.  Okay.  And the purpose of doing the side --
4  the intermediate was to check on what's going on on
5  the side of the operating room table; correct?
6    A.  Yes.
7    Q.  Okay.  Let's go to Figure 13.
8    A.  Which?  Yeah, Figure 13 of my --
9    Q.  Figure 13 in Exhibit 2.
10    A.  -- report.  Figure 13.
11    Figure 13.
12    Q.  Now you measured temperatures underneath the
13  operating room table of 28 degrees -- between 26 to 28
14  degrees; correct?
15    A.  26, 28, 27, correct.
16    Q.  Okay.  And this was done on the 15th, you
17  said, of May?
18    A.  Let me check, please.  That's on page --
19  page 18 of my logbook is where you see that, so that's
20  May 15th.
21    Q.  Okay.  And where were these measurements
22  taken, like where underneath the table?
23    A.  These measurements were underneath the
24  arm-board.
25    Q.  Underneath the arm-board.

Page 265

1    A.  Yes.
2    Q.  Okay.  Now --
3    A.  Because --
4    Q.  Okay.  Go ahead.  I'm sorry.
5    A.  If you looked at this from the top, there is
6  no -- there's nothing if you move toward the torso and
7  the leg, so these measurements have to be under the
8  arm-board.
9    Q.  Okay.  And how far --
10    Did the drapes touch the floor?
11    A.  No.
12    Q.  Okay.  Then I'm a little bit confused,
13  before I get to the next question.  If you go to page
14  12 of Exhibit 1, not Exhibit 2, Exhibit 1.
15    A.  This one [indicating].
16    Q.  Yes.  I see something touching the floor
17  there, I don't know what that is.  Is that a drape or
18  is that some other type of -- Exhibit -- Figure 11,
19  Exhibit -- Figure -- Exhibit -- Figure 11 a of Exhibit
20  1.  Are those drapes next to the feet of the person?
21    A.  Yes.
22    Q.  And it looks like they're touching the
23  floor; correct?
24    A.  In that case, yes.
25    Q.  Okay.  So you changed the drape style

Confidential - Subject to Protective Order

Page 266

1  throughout the experiment?
2       MR. GOSS:  Object to form.
3       A.  "Drape style."
4       Q.  Like -- Like the drapes --
5       I mean here you have the drapes going, if
6  you look at Figure 12, about halfway -- a little less
7  than halfway between the top of the table and the
8  floor; correct?
9       A.  Figure 12 is a figure that I drew based on
10  observation of the experiment, and so although there
11  -- it's not accurate to scale, that drape does not
12  touch the floor.
13      Q.  But Figure 11 a's drape does.
14      A.  It appears to, but Figure 11 a was
15  subsequently removed.
16      Q.  I get that, but this is what was submitted
17  June 2nd to us.
18      A.  Yeah.
19      Q.  And it's something that we're going to be
20  bringing up to the court that indicates that you did a
21  revised report, and that the reason why it was part of
22  your report was unreliable, which is Figure 11 a;
23  correct?
24      MR. GOSS:  All right.  Object to form,
25  object to the commentary.  Move to strike.  You can

Page 267

1  ask him a question.
2       MR. ASSAAD:  Okay.
3       Q.  Who put the drapes on in Figure 11 a?
4       A.  My assistants.
5       Q.  Okay.  Why --
6       Why do they look different than what's in
7  Figure 12 and 13, to be quite honest?
8       A.  Well what you're seeing in 13 is the drape
9  over the body and the arm-boards, and I did not even
10  depict which -- I might have, but I did not depict the
11  drape over the body in that case.  So Figure 13
12  doesn't pertain.
13      But in the case of your question regarding
14  Figures 12 and Figure 11 a, I don't have an
15  explanation for the discrepancy.
16      Q.  Okay.  Well is it in your notes?
17      A.  You'll have to give me a moment to check.
18  (Witness reviewing exhibits.)  Figure 11 that was
19  subsequently removed was one of the very last things
20  that we did May 18th.  I'm trying to find the date
21  corresponding to Figure 12 because -- since that's not
22  annotated with an image number, it's -- I'm going to
23  have to find the notation where I took those
24  measurements.  So if you'll bear with me, please.
25      Here we go.  May 15.  I don't see an

Page 268

1  explanation in the logbook for a difference in the
2  position of the drape with respect to the floor.
3       Q.  Okay.  And by the way, was -- was the
4  airflow -- the downflow generator on or off for Figure
5  11 a?
6       A.  Well that was the discrepancy that caused it
7  to be removed.  My impression when we did the test was
8  the downflow generator was on.  It wouldn't make sense
9  to do the test without it.  However, the logbook says
10  it was off, and this causes -- casts doubt on the
11  figure, and that's why I removed it.
12      Q.  Okay.  Did you look at the videos?
13      A.  Yes.
14      Q.  Did you notice that it -- that the -- there
15  was some sort of air current coming from underneath
16  the drape?
17      A.  Well I don't know if you have the video or
18  not, but that video shows very little except thermal
19  boundary layer on the leg and feet of the person who
20  is wearing doctor's garb.
21      Q.  I understand that, but do you -- did you
22  notice that the drape had some airflow coming from
23  underneath of it?
24      A.  No.
25      Q.  Okay.  By the way let's go to -- let's go to

Page 269

1  Figure 11 b.  What is your understanding of how the
2  anesthesia drape is supposed to be placed over a
3  patient?
4       A.  Once again anesthesia drape we built a frame
5  to the dimensions that we had gotten, I guess by
6  looking at examples that we found.  I'm not sure --
7  I'm not supposed to guess here, but I'm not sure
8  exactly where the height of that comes from.  The --
9  Underneath that drape is a frame that holds it up, the
10  drape is draped over the top in order to protect the
11  face of the patient and isolate the anesthesia area.
12      I don't really understand what you're asking
13  me here.
14      Q.  It's your experiment; correct?
15      A.  Yes.
16      Q.  So how did you set up the drapes?  That's my
17  simple question, sir.
18      A.  So as you can see in this picture, the drape
19  -- there's a -- you can't see the frame, but there is
20  a frame.
21      Q.  Okay.
22      A.  The drape is draped over the top of the
23  frame and is open in the forward -- in the right-hand
24  direction and then the drape tapers down to the body
25  just out of the frame on the left.

Confidential - Subject to Protective Order

Page 270

1    Q.   How far does it taper down; to the knee?
2    A.   No.  Probably to the midriff.
3    Q.   Okay.  And is that the head right there that
4  you see in the picture?
5    A.   I think so, yes.
6    Q.   And that's the Bair Hugger blanket with a
7  blanket on top of it?  The white?
8    A.   Bair Hugger --
9        The caption says Bair Hugger 522 blanket.
10   Q.   Okay.  Is there a drape over that blanket?
11   A.   Yes.
12   Q.   Okay.  And then so there's another drape for
13  the anesthesia drape; correct?
14   A.   That's right.  That was the body drape, not
15  the -- the arms drape.
16   Q.   There's a difference between a body drape
17  and an arms drape?
18   A.   Yes.
19   Q.   What are the differences?
20   A.   Look at Figure 12 and you will see -- well
21  what's in white, Bair Hugger covered by a cotton
22  blanket, but then in Figure 13 there is a drape over
23  the Bair Hugger that extends all the way out to the
24  ends of the arm-board.
25   Q.   And that's a diff --

Page 271

1    A.   That's a separate drape from the one that
2  covers from the chest down to the ankles in Figure 12.
3    Q.   Do you remember earlier in this deposition I
4  asked you how many drapes were in use and you said
5  "one"?
6        Are you -- Are you correcting that right
7  now?
8    A.   I'm correcting that.
9    Q.   Okay.  Now there's two drapes used; correct?
10   A.   Arms and body, yes.
11   Q.   And that's for all the experiments that used
12  the Bair Hugger.
13       MR. GOSS:  Object to form.
14   A.   Not all the experiments [clearing throat]
15  that used the Bair Hugger were with arms out.
16   Q.   Okay.  All the experiments with the arms out
17  had two drapes.
18   A.   Two drapes.
19   Q.   And you're confident about that.
20   A.   Yes.
21   Q.   If I call in your assistant and take her
22  deposition, which I may do, she will testify or he
23  will testify to that effect?
24   A.   I believe she will.
25   Q.   Okay.  Is there anywhere in your notes that

Page 272

1  says you used two drapes?
2    A.   I'd have to check.  [Witness reviewing
3  exhibit.]
4    Q.   You know, I withdraw that question.  I'm not
5  going to waste time.  Your notes speak for themselves.
6        Were the drapes the same size?
7    A.   No, because they're -- they drape different
8  parts of the body, so they couldn't be the same size.
9    Q.   But you didn't bother to take down the model
10  number of the drapes?
11   A.   I have it.  I -- Whether or not it's written
12  in my notebook, we have that information.  We have the
13  drapes.
14   Q.   You've written reports before in scientific
15  literature; correct?
16   A.   I have.
17   Q.   And we discussed this, that to do a --
18  actually you've even commented on Elghobashi as that
19  his report is -- is publishable the way it's set up;
20  correct?
21       MR. GOSS:  Object to form.
22   A.   You're referring to what when you --
23   Q.   Have you said that or not?
24   A.   I remember the word "publishable."  So I
25  used that word in my notes in looking at Elghobashi's

Page 273

1  paper because of the elaborate model that he built and
2  so forth, and the LES computation, before I discovered
3  that Elghobashi had a serious discrepancy in his
4  boundary condition that was unreasonable.
5    Q.   Okay.
6    A.   That part's not publishable.
7    Q.   Assume that's correct.  The reason why you
8  could determine that is because he put his paper in a
9  publication-quality format; correct?
10       Correct?
11   A.   It had the appearance of --
12   Q.   Okay.
13   A.   -- a publication quality.
14   Q.   You might disagree with the boundary
15  conditions, but at least you could determine what the
16  boundary conditions were; correct?
17   A.   Not totally correct.
18   Q.   You didn't know what --
19       You're criticizing his boundary conditions
20  because of what he stated, and now you're saying that
21  it wasn't in his report?
22   A.   Well I'm referring now to his transcript of
23  his deposition when he was unable to explain exactly
24  how he had stated the boundary condition at the bottom
25  of the drape, and he had no information about it

Confidential - Subject to Protective Order

Page 274

1   except that he said he got it from a YouTube video.
2       Q.   No.   That's not exactly what he said, but
3   I'll let you believe that.
4       A.   Or words to that effect.
5       Q.   But at the beginning of the time you said it
6   was publication quality because it had the equations
7   he used and it had enough information that someone
8   could critique it or even reproduce it; correct?
9       A.   At the beginning, before I saw -- found this
10  boundary-condition discrepancy that was my impression.
11      Q.   And you wrote that on page 9 of your -- in
12  your notes; correct?
13      A.   One moment.   (Witness reviewing exhibit.)
14          Okay.   Page 9.   Right.   The top of page 9
15  are my notes upon reading Elghobashi's expert report.
16      Q.   Let me read that to you.   It says:
17  "Elghobashi did not simulate the HotDog," exclamation
18  point; correct?
19      A.   Correct.
20      Q.   Then you say squames -- "squames" --
21      A.   "Motion."
22      Q.   -- "motion from floor to" operate --
23  "operating site.   We cannot simulate this, nor
24  turbulence levels."
25          You agree with that; correct?

Page 275

1       A.   Yes.
2       Q.   Okay.   So your -- your report does not try
3   to simulate squame movement in an operating room
4   environment; correct?
5       A.   It was not --
6       Q.   Okay.
7       A.   -- considered in my work.
8       Q.   Then you said, "publication-quality,"
9   exclamation point; correct?
10      A.   That's right.
11      Q.   Okay.   And you agree that the reason why you
12  felt it was publication quality is because it had a
13  methodology and someone could actually reproduce it or
14  even question it based on the amount of information
15  that was in there; correct?
16      A.   That's not exac --
17          MR. GOSS:   I think he answered that, but
18  okay, try again.
19      A.   That's not exactly the reason.   It had the
20  -- It was --
21          As you already said, it had the appearance
22  of publication, it was put in the -- that format.   It
23  had publication-quality figures showing his results,
24  and my initial impression of it was very positive.
25      Q.   Okay.   Now let's talk about your report.

Page 276

1       A.   All right.
2       Q.   Is a scientist in the field of doing what
3   you do able to reproduce your report?
4       A.   I think so.
5       Q.   Okay.   So if they ask --
6          So is there anything about how long the Bair
7   Hugger is on in your report?
8          Not in your notes, in your report, sir.
9       A.   It says Bair Hugger set at 43 degrees, and
10  that means that you have to wait until the thing heats
11  up, which takes sometimes minutes, 5, 10 minutes.   So
12  that's an indication of how long it's on.   Once it's
13  at 43 degrees we observed steady-state behavior.
14      Q.   Okay.   So your -- you make the assumption
15  that when the dial says 43 degrees, that -- that
16  you're at steady state.
17          MR. GOSS:   Object to form.
18      Q.   If The LED says 43, you're at steady state.
19  You're making that assumption.
20          MR. GOSS:   Object to form, mischaracterizes
21  his testimony.
22      A.   Now I'll -- to answer your question I'll
23  repeat what I said before.   I was also watching the
24  schlieren image to see if I saw anything changing.
25      Q.   Answer my question, please, sir.

Page 277

1       A.   That is my answer to your question.
2       Q.   So the dial -- the LED display says 43
3   degrees.   Is that when you believe the Bair Hugger is
4   at steady state?
5       A.   That is when I believe --
6          MR. GOSS:   Asked and answered.
7       A.   -- it's at steady state.
8       Q.   Okay.   Thank you.
9          Now, but you don't mention how much time you
10  have that you let the Bair Hugger run before you take
11  any testing results; correct?
12      A.   Correct.
13      Q.   You understand --
14          You understand differential equations;
15  correct?
16      A.   Yes.
17      Q.   Okay.   And you understand the Navier-Stokes
18  equations are differential equations; correct?
19      A.   They are.
20      Q.   And things change over time; correct?
21      A.   Excuse me, but the connection between
22  differential equations and whether you have a steady
23  or an unsteady flow is -- is broken in that question.
24      Q.   Do you believe --
25      A.   I don't --

Confidential - Subject to Protective Order

Page 278

1    Q.  Do you believe that an operating room is a
2  steady or transient flow?
3    A.  There's no simple answer to that, but I'll
4  give you the best answer I can give.  If people are
5  standing still, okay, the downflow generator is steady
6  in the mean, the outflow through the vents are steady
7  in the mean, in the average, so that can be modeled as
8  a steady-state mean flow.  But of course turbulence
9  can never be considered steady state because of motion
10 of vortices and such.  That's the best answer I can
11 give you.
12   Q.  So you ran a steady-state flow but you agree
13 with me that an operating room, since it has
14 turbulence, cannot be steady state.
15   A.  Well we had --
16       MR. GOSS:  Object to form.
17   A.  -- turbulence here, also.
18   Q.  Okay.  Now you agree with me that if I turn
19 on a space heater in this room right now, that it
20 takes time for it to become steady state; correct?
21   A.  Yes.
22   Q.  Okay.  And you didn't perform any of those
23 calculations to determine how much -- how long the
24 Bair Hugger has to be on before it reached steady
25 state; correct?

Page 279

1        MR. GOSS:  Just going to object.  I think
2  he already stated he hasn't done any calculations in
3  this report.
4    Q.  Correct?
5        Correct?
6    A.  Repeat the question.
7    Q.  You haven't done any calculations to
8  determine how long the Bair Hugger has to be on to
9  achieve steady state in your system; correct?
10   A.  No calculation.
11   Q.  And you have done no experiments to
12 determine how long the Bair Hugger has to be on to --
13 to get to steady state.
14   A.  We had the experimental observation that the
15 Bair Hugger reached its temperature, and the LED
16 indicator indicated so.
17   Q.  Because you assumed when the LED indicator
18 hit 43 it was at steady state.
19       MR. GOSS:  Objection, mischaracterizes his
20 testimony.
21   Q.  Correct?
22   A.  Yes.
23   Q.  Okay.  Now with respect to Figure Number 12,
24 sir, how many temperature measurements did you take
25 for each -- Figures 12 and 13 to compare whether or

Page 280

1  not you were at steady state or -- or if things were
2  still changing?
3    A.  With the wand anemometer the response time
4  is not very fast, so about all you can do with that is
5  to hold it in a fixed position, allow the temperature
6  to equilibrate and assume that it's a steady-state
7  measurement.
8    Q.  How long do you hold it in a fixed position?
9    A.  Until the temperature equilibrated, which in
10 this case would have been 30 seconds to a minute.
11   Q.  Okay.  So you stood still for 30 seconds to
12 a minute without moving the anemometer in any
13 direction.
14   A.  For -- For each one of those points.
15   Q.  Okay.  And how long was the Bair Hugger on,
16 from the -- when you took the first measurement?
17   A.  Could you clarify whether -- "How long it
18 was on."  Since we flipped the switch?
19   Q.  Yes, and it read 43 degrees Celsius.
20   A.  Oh.  I think I've already answered that
21 question.  I'm -- I remember answering that question.
22   Q.  We talked about with respect to when you did
23 the schlieren imaging.  I'm talking about with Figures
24 12 and 13 when you did the temperature measurements,
25 which was a different day.

Page 281

1    A.  So you're --
2        The question is how long after the Bair
3  Hugger reached its equilibrium did I take these
4  measurements.
5    Q.  Yes.
6    A.  There's --
7        It's a complex answer because the
8  measurements take a long time, but I let the Bair
9  Hugger reach its equilibrium temperature and did not
10 start taking data immediately, but gave some time for
11 any further equilibria -- equilibration that might be
12 called for.  I would say five or ten minutes.
13   Q.  Okay.  So -- So within 5 or 10 minutes you
14 took down these five temperatures?
15   A.  Right.  No.  It takes a long time because it
16 takes a minute or two for each --
17   Q.  Okay.
18   A.  -- point, and then it takes time to
19 reposition, and so forth.
20   Q.  Okay.  Which was the first temperature you
21 took on page -- Figure 12?
22   A.  I actually don't recall the order that those
23 were taken in.
24   Q.  Okay.  You agree that according to Figure 13
25 that the area under the arm-board increased as a

Confidential - Subject to Protective Order

Page 282

1    result of the Bair Hugger.
2        MR. GOSS:  "The area under the arm-board"?
3        Q.  The temperature -- The area --
4        The temperature under the arm-board
5    increased.  I'm sorry.
6        A.  Yes.
7        Q.  Okay.  And that's as a result of the Bair
8    Hugger turning on; correct?
9        A.  Yes.
10       Q.  I mean, if the Bair Hugger wasn't on it
11   would be ambient temperature.
12       A.  It would be, or close to it.
13       Q.  There's no other heat source down there
14   except the Bair Hugger; correct?
15       A.  You are correct.
16       Q.  So basically within 10 minutes the -- give
17   or take plus or two minutes, the Bair Hugger went from
18   17 degrees -- or the air underneath the drape went
19   from 17 degrees Celsius to 28 degrees Celsius;
20   correct?
21       A.  Well not correct, because what you're
22   missing in that question is that the airflow is on
23   from the moment you switch on the power of the Bair
24   Hugger unit and it's flowing, but then the Bair Hugger
25   takes time to reach its setpoint.  So I think your

Page 283

1    question is implying that the airflow started when the
2    Bair Hugger reached 43 degrees, and that's not the way
3    it operates.
4        Q.  I understand how a Bair Hugger operates.
5        But from the time --
6        I just want to know a simple question.  From
7    the time you turned on the Bair Hugger till you took
8    the 28-degree Celsius measurement, how long was it?
9        A.  And can you explain what you mean by "turned
10   on the Bair Hugger"?
11       Q.  Flipping the switch.  That's all I need to
12   know.  Putting it on 43 degrees.  There's a button
13   that says ambient, 38 or whatever, 33, 38, 43, and
14   then low and high.
15       I assume you put it on high; correct?
16       A.  High.  That's the fan setting.
17       Q.  And you put the temperature to 43; correct?
18       A.  Correct.
19       Q.  And that automatically turns on the Bair
20   Hugger when you hit 43.
21       A.  No.  The Bair Hugger's running and blowing
22   air the whole time.
23       Q.  So you were running the Bair Hugger without
24   turning it on --
25       You had it on, but running on ambient?

Page 284

1        A.  No.  It's heating up.  The 43 is the
2    setpoint.
3        Q.  Okay.  Let's back up.  Let's back up.
4        Let's just make it simple.  You turn on the
5    Bair Hugger to whatever setting you put it at, which
6    was 43 degrees on high, okay, from the time you flip
7    the switch and the motor starts rotating, okay?
8        A.  Yes.
9        Q.  From that point --
10       A.  Yes.
11       Q.  -- till you took this measurement of 28
12   degrees Celsius, how long was it?
13       A.  Twenty minutes.
14       Q.  Twenty minutes.  Okay.
15       Is that a guess?
16       A.  I'm not supposed to guess, but it was on the
17   order of 20 minutes.  It was not two minutes, it was
18   not 200 minutes.
19       Q.  Okay.  So 20 minutes, give or take five
20   minutes?
21       MR. GOSS:  If you can put that boundary on
22   it, go ahead.  But if your answer is what it is, then
23   you don't have to change it.
24       A.  Twenty minutes, give or take 10 minutes.
25       Q.  Okay.  And we don't know which order you

Page 285

1    took these measurements in; correct?
2        A.  We don't.
3        Q.  But we have to guess that it's at least
4    between -- one minute to two minutes between
5    measurements.
6        A.  Several minutes between measurements.
7        Q.  Okay.  Sitting here today you cannot give me
8    an answer of how long the Bair Hugger was on before
9    you started taking temperature measurements.
10       A.  I just did.
11       Q.  You took a --
12       It was a guess, plus or minus 10 minutes.
13       MR. GOSS:  Well object to form.  You've
14   asked him to make estimates about things.
15       Q.  Plus or minus 10 minutes; correct?
16       A.  I've already answered that question, sir.
17       Q.  Plus or minus 10 minutes.  I'll take that.
18   Okay.
19       How long do you think it takes for the Bair
20   Hugger to -- in a room that nothing is changing, which
21   is not the room that you have, but in a normal room,
22   how long do you think it takes to get to steady state?
23       A.  Once again the way you stated the question
24   is ambiguous to me.  What takes to get to steady
25   state, the temperature of the blanket?

Confidential - Subject to Protective Order

Page 286

1     Q.  The temperature underneath the blanket.  The
2 temperature underneath the drape.
3     A.  I believe we -- that you and I still have a
4 misunderstanding about that, that the -- when you turn
5 the power unit on for the Bair Hugger the heating
6 element and the fan both start operating, okay?  And
7 then it takes a long time for the Bair Hugger to heat
8 up, 10 -- 10 minutes, 15 minutes.
9     Q.  You think it takes 10 to 15 minutes for the
10 Bair Hugger to get to 43 degrees Celsius?
11     A.  It takes a long time.
12     Q.  Is that your testimony today; 10 to 15
13 minutes for the Bair Hugger to reach 43?
14     A.  From flipping the switch.
15     Q.  You understand that you actually could see
16 the temperature, it counts up when you turn on the
17 Bair Hugger.  You're aware of that; correct?  The LED
18 changes till it gets to the 43.
19     A.  It's not that fast in the equipment we used.
20     Q.  Do you think your equipment was faulty?
21     A.  No.  I had my technician operating the
22 equipment, and he was waiting for the temperature to
23 be reached, 43 degrees, before we took data, and it
24 took time.  It took minutes.  It doesn't just come --
25     Q.  Well now it's -- now it's minutes.  Before

Page 287

1 you said it was 10 to 15.  Now it's minutes.
2     A.  It's minutes.
3     MR. GOSS:  Do you want him to guess or not?
4     MR. ASSAAD:  I want him to know what he
5 knows, which doesn't seem like --
6     A.  I'm not going to guess.
7     Q.  Well then don't guess, but here's the
8 situation.  I'm trying to reproduce this study, and I
9 might go spend some money to reproduce it, and at this
10 point in time I need to know when you took the
11 measurements and how long after so I can compare my
12 results to your results.
13     A.  Umm-hmm.
14     Q.  Okay.  That's the point of a scientific
15 study.  You agree?  Okay?
16     A.  Comparison, yes.
17     Q.  That I can reproduce it.
18     A.  Yes.
19     Q.  And right now you are giving me a bunch of
20 guesses that I cannot say at what point in time after
21 I turn on the Bair Hugger that I could take these
22 measurements to get similar measurements to you.
23 Isn't that fair?
24     MR. GOSS:  Object to form.
25     A.  Turn on the Bair Hugger unit and let it warm

Page 288

1 up.  When it reaches 43 degrees with now a few extra
2 minutes to ensure equilibration, you can proceed.
3     Q.  Okay.
4     A.  What's the -- I don't see a difficulty
5 there.
6     MR. GOSS:  You've answered the question.
7     Q.  And you didn't do any schlieren testing on
8 this -- on -- with this -- with temperature
9 measurements; correct?
10     A.  These were without schlieren images.
11     Q.  Okay.  So how do you know, when you took the
12 measurements, that you were at steady state?
13     A.  As I've already stated, there was a time --
14 a time delay was built in for these measurements after
15 the Bair Hugger reached its steady state --
16     Q.  That's not a --
17     A.  -- to make sure.
18     Q.  -- scientific basis, sir.
19     Give me -- Give me an equation or an
20 experiment or a basis.
21     If I put a heater in this room, okay, I will
22 test it to see -- I could put a thermometer and it
23 becomes steady state when the temperature doesn't
24 change.  Do you agree?
25     "Yes" or "no"?

Page 289

1     MR. GOSS:  Object to the form.
2     Q.  Do you agree with that?
3     MR. GOSS:  I believe he's answered the
4 question.
5     A.  Would you repeat the question?
6     Q.  If I put a space heater in this room,
7 according to the law of thermodynamics it's going to
8 increase the temperature in this room if we keep
9 everything constant; correct?
10     A.  I'm sorry.  The law of what?
11     Q.  Thermodynamics, first law.
12     A.  At steady state.
13     Q.  It's going to take time to get to steady
14 state, but it will increase; correct?
15     A.  Yes.
16     Q.  And when you get to steady state is where
17 everything's at equilibrium and there's no --
18     (Interruption by the reporter.)
19     Q.  When you get to steady state that's when
20 everything's at equilibrium and you don't see a change
21 in temperature; correct?
22     A.  Correct.
23     Q.  Okay.  You did not do that in this case; did
24 you, sir?
25     MR. GOSS:  Object to form.

Confidential - Subject to Protective Order

Page 290

1    A.  Yes, I did.
2    Q.  Where?  Where's the data to show me the
3 multiple temperature measurements to show that this is
4 at steady state?
5         MR. GOSS:  Objection, asked and answered.
6         MR. ASSAAD:  Yeah, right.
7    A.  Do you have a question for me?
8    Q.  Yeah.
9         Show me the measurements that you determined
10 that this 28 degrees, or 26, or any of these numbers
11 on Figure 13 and Figure 12 were taken at steady state.
12        MR. GOSS:  I believe you've testified to
13 the measurements that you've taken.  If you have a
14 different answer, if there's more information, you
15 can provide it.
16        MR. ASSAAD:  And I ask Mr. Goss to stop
17 coaching the witness.
18        MR. GOSS:  There's nothing to coach.
19   Q.  Show me the measurements.
20   A.  As I've already testified, the -- one
21 anemometer was held in a position until it reached
22 steady state.
23   Q.  No.  You testified that you held the
24 anemometer for a minute --
25   A.  I believe I have testified that the

Page 291

1 anemometer is held in a position for one of these
2 measurements until the reading reached steady state.
3    Q.  How long did that take?
4    A.  For these --
5         I already gave you that answer, too.  That
6 takes at least a minute, and perhaps several minutes.
7    Q.  A minute for the anemometer to read the
8 temperature; correct?
9    A.  To reach an equilibrium value.
10   Q.  Okay.  So you think it takes one minute for
11 each measurement.
12        MR. GOSS:  Well, mischaracterizes.  I think
13 he said "at least."
14   A.  To rephrase it.  If the temperature were not
15 steady state the anemometer would be showing
16 measurements that never equilibrate.
17   Q.  Okay.  So your testimony is that you know
18 it's at steady state because the anemometer came to an
19 equilibrium in each of the measurements.
20   A.  Within one or two minutes, yes.
21   Q.  Within one or two minutes.  Okay.
22        How fast or at what rate do you believe that
23 the Bair Hugger changed the temperature underneath the
24 -- for example, underneath the arm-board from 17
25 degrees Celsius to 28 degrees Celsius?

Page 292

1    A.  I've already answered that question, sir.
2    Q.  No, you haven't.
3    A.  Yes, I have.
4    Q.  Well answer it again, then.
5    A.  See if I can repeat my answer.
6         The -- From flipping the switch, in our
7 experience it took between -- on the order of 10 to 15
8 minutes for the Bair Hugger to reach its equilibrium
9 temperature, and then a further amount of time was
10 taken to ensure equilibration before measurements were
11 taken.
12   Q.  Where does that heat go that's underneath
13 the arm-board?
14   A.  Are you asking me where the warm air goes?
15   Q.  Yes.
16   A.  I didn't measure that specifically.  I would
17 have to speculate.
18   Q.  You agree it doesn't get destroyed; correct?
19   A.  We -- We destroyed no air, that I'm aware
20 of, in this experiment.
21   Q.  So it has --
22   A.  Except maybe the candle flame.
23   Q.  And it has to go somewhere; correct?
24   A.  It has to go somewhere.
25   Q.  And it has a buoyancy to it; correct?

Page 293

1    A.  Yes.
2    Q.  Because it's warmer than the ambient air;
3 correct?
4    A.  It is.
5    Q.  Do you agree that when it -- if it's 28
6 degrees and it -- once it reaches the side of the
7 drape that it's going to begin to go up because of
8 buoyancy?
9    A.  Well it's blocked on the sides by the drape,
10 so I believe that a thermal boundary layer forms on
11 the bottom of that arm-board and that it spills out at
12 the location that is easiest, which would be right
13 where the -- right here [indicating].
14   Q.  Is that --
15        Is that towards me or further from me, like
16 into the paper or out of the paper?
17   A.  It would spill at the sides, towards you and
18 in the other direction as well, because the drape
19 hangs down the least there.  And maybe -- All right.
20 So let's put it this way.
21   Q.  Can you please high -- or please highlight
22 the area you're talking about on Exhibit --
23        Is that Exhibit 2?
24   A.  Exhibit 1.
25   Q.  Let's use Exhibit 2.

Confidential - Subject to Protective Order

Page 294

1      Can you highlight where you believe the air
2  would escape?
3      A.  (Witness complying.)
4      Q.  All right.  And can you -- on Figure number
5  7 -- 12 can you correspond to, like, the side-view of
6  what you highlighted?  Could you?
7      A.  It's not really visible in that figure
8  because the figure is kind of a perspective looking
9  down on top of the table --
10     Q.  Okay.
11     A.  -- so I can't actually see under there.
12     Q.  So you highlighted between like 26 and 27
13  degrees Celsius marks; correct?
14     A.  The center.
15     Q.  Okay.  And that's going to --
16         And you want to keep that down so the camera
17  could see the document.
18         MS. ZIMMERMAN:  The camera over your
19  shoulder is looking at it from above.
20     Q.  And that would escape out into the
21  atmosphere, is that your?
22     A.  Well, I mean, all of this is you're asking
23  me to speculate.  But since I have to answer the
24  question, that's my surmise.
25     Q.  Okay.  And the temperature of that air,

Page 295

1  based on the points, are about 26 to 27 degrees
2  Celsius?
3      A.  Yeah.  That's what the measurement shows.
4      Q.  Okay.  And therefore that air would rise;
5  correct?
6      A.  Correct.
7         MR. GOSS:  I could use a bathroom break
8  whenever you reach a good spot.
9         MR. ASSAAD:  We can take a break now.
10         MR. GOSS:  Okay.
11         THE REPORTER:  Off the record, please.
12         (Recess taken from 4:13 to 4:19 p.m.)
13  BY MR. ASSAAD:
14     Q.  Going back to Figure Numbers 12 and 13, Dr.
15  Settles, you agree with me that if -- assuming that
16  the air coming out of the jets is 41 degrees Celsius,
17  that would affect the numbers -- the measurements that
18  you had on Figures 12 and 13; correct?
19         MR. GOSS:  Objection, improper
20  hypothetical.
21     A.  Would affect it as compared to what?
22     Q.  As compared to what you have here.
23     A.  In other words, compared to my measurement
24  at the holes of 32, 33 degrees.
25     Q.  I'm saying assuming --

Page 296

1      A.  Oh.
2      Q.  -- that the air coming out of the holes is
3  41 degrees Celsius, you agree with me that it would
4  affect the measurements that you've taken in Figures
5  12 and 13; correct?
6         MR. GOSS:  Same objections.
7      A.  I --
8         Sir, I have to call that an improperly
9  formulated question.  The measurements I've taken are
10  what they are regardless of what the temperature is
11  coming out of the holes.
12     Q.  Say I had a Bair Hugger blanket that
13  produced 41 degrees Celsius air coming out of the
14  holes, the jet -- jets of air coming out of the holes.
15  Would that change the temperature that -- the
16  temperatures that you have listed in Figures 12 and
17  13?
18     A.  I just answered that question.
19         MR. GOSS:  Calls for speculation.
20     Q.  So you're not going to answer the question?
21     A.  The these are the numbers that I measured
22  from the Bair Hugger blanket, I -- regardless of what
23  the temperature was coming out of the holes.
24     Q.  Well don't you think the temperatures coming
25  out the holes are going to effect these temperatures

Page 297

1  that you measured?
2      A.  That's not what you asked me.
3      Q.  Do you think that would affect what you're
4  measuring?
5      A.  If you changed it.
6      Q.  Yes.
7      A.  It would affect these -- these numbers.
8      Q.  And if you increased --
9      A.  But we didn't change it.
10     Q.  Okay.  I'm not asking you that, sir.
11         And if I -- if we changed the temperatures
12  and increased the temperature coming out of the
13  perforated holes in the Bair Hugger, would you agree
14  with me that would increase these temperatures in
15  Figures 12 and 13?
16         MR. GOSS:  Same objection, improper
17  hypothetical.
18     A.  As stated it this last time, yes.
19     Q.  Okay.  And in fact it would significantly
20  increase the temperature if you changed the
21  temperature coming out of the perforated holes from 33
22  degrees to 41 degrees Celsius; correct?
23         MR. GOSS:  I'm just going to object that
24  the 33-degree temperature is not in Figure 12 or 13.
25  But subject to that, you can answer.

Confidential - Subject to Protective Order

Page 298

1    A.  What's your question, please?
2    Q.  Well let's back it up a little bit.
3       I would assume, and correct me if I'm wrong,
4  doctor, that the measurements taken in Figures 12 and
5  13 was with the Bair Hugger on, and that if you
6  measured the air coming out of the perforations it
7  would be what you measured previously as being 33
8  degrees -- 33 or 32 degrees Celsius; correct?
9    A.  There is a difference in the sense that in
10 this case the -- the mannequin is draped, cloth over
11 the top and so forth, whereas in -- as clearly stated
12 in the report for Figure 9 I believe -- for Figure 9
13 and Figure 8 b, this was done as a benchtop
14 experiment, it was not draped, it was not on a
15 mannequin.  It was the Bair Hugger blanket on a
16 benchtop.  It's not exactly the same situation.
17   Q.  Okay.  So what's the purpose of doing that
18 measurement, then, if it does -- if it's not relevant
19 to how it actually is used in an operating room?
20   A.  I didn't say it wasn't relevant.  I think
21 it's very relevant, but --
22   Q.  How is it relevant?
23   A.  It's relevant because I'm isolating the
24 microholes and I'm examining the behavior of the jets
25 which I see are mixing out very rapidly, and I'm

Page 299

1  making a -- measuring the temperature distribution.
2    Q.  But your measure --
3    A.  I think I claimed, I did claim, if you look
4  in my report for Figure 9 --
5       Where can I find it?
6    Q.  I'm aware of your report.  I know you made
7  the claim that this is not typically how it's used.
8    A.  Yes.
9    Q.  I understand that, sir.
10   A.  I made that claim.
11   Q.  I've read your report.
12      So my question is:  Do you know what the
13 temperatures coming out of the jets when it's placed
14 above a patient as used in an -- as used as it's
15 supposed to be used in an operating room?
16   A.  I did not make that measurement.
17   Q.  Okay.  Do you think it will be more or less
18 than 32 to 33 degrees?
19   A.  You're asking me to guess.
20   Q.  I'm ask -- If you know.  I'm ask -- If you
21 don't know, you can say "I don't know."
22   A.  I don't know.
23   Q.  Okay.  I don't want you to guess, but it's
24 okay to say "I don't know the answer."
25   A.  Right.

Page 300

1    Q.  Now let's go to Figure 14.  This is where
2  you compare the convection currents between the Bair
3  Hugger blower and the HotDog control device; correct?
4    A.  That's correct.
5    Q.  The HotDog is not a blower; correct?
6    A.  It has a cooling fan but it is not a blower
7  in the sense that -- same sense as the Bair Hugger.
8    Q.  And if I look at figures b and d I see a
9  significant difference between the -- the density of
10 the air around the Bair Hugger as compared to the
11 HotDog.  Is that -- Is that an incorrect statement?
12   A.  It is in the sense that you're looking at
13 density gradient.  But if you replaced "density" with
14 "density gradient," in these particular pictures I
15 would say yes.
16   Q.  Okay.  And you would consider them
17 remarkable; correct?
18   A.  My conclusion, from examining the images and
19 the videos, is that the airflow patterns around the
20 Bair Hugger blower and the HotDog power unit have
21 differences that are not remarkable.
22   Q.  And what's your basis that -- what's your
23 definition of "remarkable"?
24   A.  Significantly different, obviously
25 different.

Page 301

1    Q.  So you're saying here between figures b and
2  d you see no significant difference.
3    A.  Remember I also talk about looking at the
4  videos.  And we know that single images don't convey
5  the nature of something that's turbulent -- has
6  turbulent convection and so forth.
7    Q.  So if you look at videos 239 and 242, is
8  that what you're referring --
9       (Interruption by the reporter.)
10   A.  Yes.  I think you'll get a better impression
11 of the phenomenon.
12   Q.  And 239 and 242 are the viewpoint of images
13 a and c; correct?  If you know.
14   A.  I don't know --
15   Q.  Okay.
16   A.  -- without looking it up.
17   Q.  And my understanding is -- Well let me ask
18 you this.  Strike that.
19      The determination of whether or not a change
20 is remarkable or unremarkable is subjective; correct?
21   A.  I don't -- I don't think that "subjective"
22 is a good word, but I can -- you would have to ask a
23 number of observers to look at these images and reach
24 a consensus if you'd like a perfectly objective
25 result.

Confidential - Subject to Protective Order

Page 302

1    Q.   Well we can agree that schlieren imaging is
2  quantitative, not qualitative.  Doesn't give you a
3  number.
4    A.   No.  You have these backwards.
5    Q.   Or qualitative, not quantitative.  I'm
6  sorry.
7    A.   In this instance we did qualitative
8  schlieren visualization.  We did not extract numbers
9  from the schlieren images --
10    Q.   Okay.
11    A.   -- although it is possible.
12    Q.   Now according to page 3 of your report, on
13  the last line you write -- you're talking about you
14  can't do a schlieren optical system in an OR because
15  of the size constraints.  It says:  "Instead, the
16  approach taken here is to experimentally reproduce a
17  typical OR laminar downflow..."
18    A.   Yes.
19    Q.   Okay.  And that was your goal; correct?
20    A.   Well it was to isolate the laminar downflow,
21  the surgical table, the mannequin with the blankets
22  and examine the interaction of downflow and blankets
23  in the same way between the forced air and the
24  conduction blanket without going through a complete
25  simulation of an operating room.

Page 303

1    Q.   Okay.  And as we discussed previously, there
2  are many things that could alter the laminar flow or
3  the unidirectional flow in an operating room that's
4  around the surgical table; correct?
5    MR. GOSS:  Objection, vague.
6    A.   Yes.  Can you be more specific?
7    People moving around, is this what you're
8  referring to?
9    Q.   No.  Just having four people around the
10  operating room table, that's going to effect the
11  unidirectional flow based on their thermal plumes;
12  correct?
13    A.   Compared to what, having no people?
14    Q.   Yes.
15    A.   People certainly make a difference, yes.
16    Q.   Having a -- a patient there that -- has a --
17  that puts out wattage is going to have an effect on
18  the unidirectional airflow; correct?
19    A.   I think that's a negligible effect.
20    Q.   Okay.  But you could have put people in to
21  your -- to your study, and you decided not to do that;
22  correct?
23    A.   That's correct.
24    MR. GOSS:  Object to form.
25    Q.   And probably the reason why is because it

Page 304

1  would probably block the schlieren mirrors.
2    A.   Is there a question there for me?
3    Q.   Yeah.  That's -- One of the reasons why you
4  didn't put people in there was because it would affect
5  -- you probably would not get a direct image of the
6  mirrors and it would obstruct the view.
7    MR. GOSS:  I'm just going to object that it
8  misstates the report with respect to Figure 15, but
9  you can answer.
10    MR. ASSAAD:  I'm not even on Figure 15.
11    MR. GOSS:  Okay.
12    Q.   Well you could use four people around the
13  operating room table; correct?
14    A.   You see people around the operating table in
15  this figure.
16    Q.   I see one.
17    Correct?
18    A.   One person.
19    Q.   You understand around a typical total hip or
20  total knee arthroplasty there is the anesthesiologist;
21  correct?
22    Correct?
23    A.   Well we don't have to count these people.
24  There are more -- There are several people around the
25  surgery table.

Page 305

1    Q.   And not only are they going to have an
2  effect causing, you know, thermal plumes, but they're
3  also going to effect the airflow around the operating
4  room table and especially underneath the operating
5  room table; correct?
6    A.   I don't know how much effect underneath, but
7  they certainly interact with the laminar downflow as
8  far as their upper body and head's concerned.
9    Q.   So if you were to give me a percentage of
10  similarity between your setup and a typical OR, what
11  would you give?
12    MR. GOSS:  Object to form.
13    A.   I can't even make that estimate because, as
14  we just discussed, this is a simulation of the center
15  of the operating room with the downflow and its
16  interaction with the immediate vicinity of the table.
17  And we did have one person, we could have had four
18  people, as you said.  But give you a percentage?  I
19  don't even understand what you're asking me.
20    Q.   Let me ask you this.  Could you publish this
21  report and come to the conclusion and state:  In a
22  typical operating room where a total hip or total knee
23  arthroplasty was performed that the Bair Hugger has no
24  effect on unidirectional airflow?
25    MR. GOSS:  Object to form.

Confidential - Subject to Protective Order

Page 306

1    Q.   Can you make that statement in a
2   peer-reviewed literature based on the study that you
3   performed?
4    A.   If I published this I would not claim that
5   this was an operating room, it was a simulation of the
6   downflow and the patient on the table.  We're not
7   simulating an operating room.
8    Q.   So you can't state today that your report
9   claims that in a typical operating room the Bair
10   Hugger would have no effect on the unidirectional
11   airflow.
12       MR. GOSS:  Object to form.
13    A.   I didn't even claim that the Bair Hugger has
14   no effect in the simulation, so I certainly wouldn't
15   claim it in an operating room that I didn't simulate.
16    Q.   So you do agree that the Bair Hugger has an
17   effect on the downward airflow of, like -- the
18   unidirectional airflow.
19    A.   If you will please look at Figure 10, you
20   will see that both the Bair Hugger and the HotDog have
21   visible effects on the laminar downflow.
22    Q.   Okay.  And just -- And you -- and -- Strike
23   that.
24       And you agree with me that you have no
25   evidence to make the statement that the Bair Hugger

Page 307

1   device has no effect on particle movement from
2   particles underneath the operating room table.
3    A.   My study didn't involve particle movement.
4    Q.   Okay.  So you're not going to make that
5   claim at all and you have no evidence to either
6   support or refute that claim.
7       MR. GOSS:  With respect to particle
8   movement under the OR table.
9       MR. ASSAAD:  Yes.
10    A.   We have no evidence of particle movement
11   under the OR table.
12    Q.   And you are not going to make the claim that
13   the Bair Hugger does not form convection currents from
14   underneath the operating room that could carry
15   particles.
16    A.   As we already know in this testimony, we
17   didn't actually get any usable results underneath the
18   operating table.
19    Q.   Okay.  Okay.  So the only thing that you're
20   claiming is the effect a Bair Hugger has, mainly by
21   conduction, on the effect of the unidirectional
22   downward airflow; correct?
23       MR. GOSS:  Object that it --
24    A.   Not correct.
25       MR. GOSS:  -- misstates his testimony and

Page 308

1   opinions.
2       MR. ASSAAD:  I'm trying to understand his
3   testimony.
4    Q.   The buoyancy or the density difference that
5   you see in Figure 10 a, that's a result of the heat
6   transfer from the Bair Hugger through the cotton
7   blanket and through the drape and then exited above
8   the patient; correct?
9    A.   Yes.
10    Q.   And the transfer of the Bair Hugger from the
11   Bair Hugger blanket to the blank -- to the cotton
12   blanket, would you agree with me is mostly by
13   conduction?
14       MR. GOSS:  Calls for speculation.  You can
15   answer if you have an understanding of that.
16    Q.   I can make it easier.
17       You agree with me that the jets are pointing
18   downwards and what's up top is a smooth surface,
19   correct, that's in touch with the blanket, cotton
20   blanket; correct?
21    A.   All right.  That's the way the blanket's
22   supposed to be applied, yes.
23    Q.   Okay.  Therefore it's by contact that the
24   heat's being transferred from the Bair Hugger blanket
25   to the cotton blanket; correct?

Page 309

1    A.   Yes.
2    Q.   And I'm not saying it's a hundred percent
3   conduction, but we could agree based on engineering
4   principles, education, training and experience that
5   the primary source of heat transfer is by conduction
6   from the Bair Hugger blanket to the cotton blanket.
7   Do you agree?
8    A.   I agree.
9    Q.   And also for the same as from the Bair
10   Hugger from the cotton blanket to the surgical drape;
11   correct?
12    A.   Correct.
13    Q.   Because the surgical drape is impermeable,
14   so even if there's air flowing through it the way it's
15   going to effect the schlieren imaging is because of
16   the conduction of the heat transfer from the cotton
17   blanket to the surgical drape; correct?
18    A.   Correct if you add that what we see in the
19   schlieren imaging is the convection rising from that.
20    Q.   Oh yeah.  And that's the -- that's the
21   natural convection from a heated surface into air.
22    A.   Yes.
23    Q.   Has nothing to do with the convection from
24   the jets coming from below.
25       MR. GOSS:  Object to form.

Confidential - Subject to Protective Order

Page 310

1     A.  I can't agree with that positively because I
2  don't know how much of the jet air manages to make it
3  around and come up above.
4     Q.  But even if -- above from around the
5  blanket?
6     A.  I don't know how much that may happen.
7     Q.  So that may happen that the heat can come
8  from around the blanket up into the -- into the --
9  above -- above the patient.  Just so I understand you
10 correctly.
11    A.  The way we've set it up I agreed with you
12 already that it was primarily conduction.
13    Q.  Conduction.
14    A.  Conduction.
15    Q.  Okay.  But -- But --
16        But there may be some convective currents
17 that come from the jets that escape from the side of
18 the drape and shoot up and cause some of this
19 refractive density, I think that's the right term, in
20 the schlieren imaging; correct?  In Figure 10.
21    A.  I wouldn't rule it out.
22    Q.  You wouldn't rule it out.
23    A.  No.
24    Q.  Okay.  And you agree if some of this
25 convective -- some of the airflow that comes from

Page 311

1  below the Bair Hugger that actually comes from
2  underneath the table and rises along the sides above
3  the operating room table, that may carry particles
4  with it from underneath the operating room table;
5  correct?
6        MR. GOSS:  Objection, beyond the scope of
7  the opinions.
8     A.  I'm really not going to comment on particle
9  motion here.
10    Q.  Well you agree that air contains particles;
11 correct?
12    A.  Not always.
13    Q.  Well unless it's particle-free air.  But you
14 could agree with me that with -- I mean you -- you
15 cite ASHRAE; correct?  In your references; correct?
16    A.  Yes.
17    Q.  And you agree with ASHRAE when they say
18 between 1 to 900 million skin squames are shed during
19 a typical surgery.
20    A.  That number in the literature is -- varies
21 very widely, but I would agree with you that a large
22 number of skin squames are released by the human body.
23    Q.  And this air that's escaping from underneath
24 the Bair Hugger and rising may carry some of those
25 skin squames up; correct?

Page 312

1     A.  I don't --
2        I'm not aware that there is air escaping
3  from underneath the Bair Hugger and rising because the
4  drape, as you pointed out, is impermeable, so.
5     Q.  But you just said you wouldn't rule it out,
6  though.
7        MR. GOSS:  This is getting speculative, but
8  if you have a different answer than you provided,
9  then you may answer.
10    Q.  Well you mention -- you testified before you
11 wouldn't rule that out.
12    A.  I testified that I think that it's -- would
13 be a minor effect, or I would like to say that if
14 that's there it's a very minor effect.
15    Q.  So you -- your testing did not rule that
16 possible effect out; correct?
17    A.  My testing did not.
18    Q.  Okay.  So explain to me, you did testing one
19 day and you threw it all out because there was a
20 problem?
21    A.  Would you be referring --
22        What would you be referring --
23    Q.  The stratification issue, page 15.
24    A.  Yes.  That was already discussed, I think,
25 or was it?

Page 313

1     Q.  I don't believe it was.
2     A.  All right.
3     Q.  But I'm sure if it was your counselor would
4  say, "asked and answered."
5        MR. GOSS:  That's true.
6     Q.  So since he's being quiet I assume that it
7  hasn't been discussed yet.
8     A.  All right.  That is what happened.  We had,
9  on that particular day because of a severe rainstorm
10 we had a set of problems that I deemed to be serious
11 enough that we would repeat those tests, and we did
12 repeat those tests subsequently.  This is my duty and
13 responsibility not to accept conditions that are not
14 acceptable.
15    Q.  Did --
16        Would it be fair to assume, since there was
17 -- this was an open-air facility that had no
18 ventilation -- heating or ventilation, air
19 conditioning, that --
20    A.  It had natural ventilation.
21    Q.  And the natural ventilation is based on the
22 outside temperature; correct?
23    A.  It's a --
24        It's affected by the outside temperature,
25 sure.

Confidential - Subject to Protective Order

Page 314

1    Q.   So you would agree with me that throughout
2  the day the temperature would be different in the
3  warehouse.
4    A.   There were some temperature variations which
5  we measured and recorded.
6    Q.   I mean, some days it changed by four or five
7  degrees; correct?
8    A.   Yeah.  It could.
9    Q.   And of course you agree that that's going to
10 have an effect on comparing test results from one day
11 to the next.
12   A.   I don't think the four or five degrees is
13 that significant.
14   Q.   Okay.
15       MR. ASSAAD:  By the way, Peter Goss, we
16 withdraw our request for any other images --
17       MR. GOSS:  Okay.
18       MR. ASSAAD:  -- that were not produced.
19 BY MR. ASSAAD:
20   Q.   And Mr. Settles, I think I understood this
21 before, just wanted to clarify.
22       There was an issue of trying to get an
23 average of a 39 feet per second or per minute face
24 velocity with your downflow generator; correct?
25   A.   We spent several days on this of hard work

Page 315

1  trying to get it as good as we could.
2    Q.   Okay.  Did you ever consider just --
3        Well would you agree that one of the issues
4  that caused problems was because you were feeding the
5  air from the side instead of from a duct up top?
6    A.   That's a good question.
7    Q.   At least you think one of my questions is
8  good today.
9        (Laughter.)
10   A.   I've cited reference 22, Richardson's paper
11 on how to design a fluid flow distributor.  And
12 basically that paper says that if the distributor's
13 designed correctly, then every orifice or every
14 segment has the same pressure drop.  In that case it
15 doesn't matter what the airflow pattern is inside the
16 plenum because the flow rate will be the same if the
17 pressure drop is the same and the outside pressure is
18 the same.
19   Q.   But you couldn't achieve that; could you?
20   A.   We didn't exactly achieve that, no.
21   Q.   Okay.  And it --
22   A.   We tried.
23   Q.   And it's obvious from probably the first --
24 from pages 7 to 11 about the different types of
25 testing and throttle positions and stuff you put

Page 316

1  inside there to get to a 39 foot per minute face value
2  -- face velocity; correct?
3    A.   You now are referring to the logbook.
4    Q.   Yeah, Exhibit 7.
5    A.   Pages 7 to 11.
6        From -- To page 11.  You'll see on page 11
7  that that's where we began taking data on April 27th.
8    Q.   And you picked what's called --
9    A.   "Chosen operating conditions."
10   Q.   And used marked, quote unquote, 41; correct?
11   A.   That's right.
12   Q.   And for that chosen operating condition the
13 face velocity was 41 feet per minute; correct?
14   A.   Average.
15   Q.   Average.
16       And you've never made any changes with
17 respect to the throttle since that day; correct?
18   A.   I believe that the throttle setting of 17
19 was then constant because you see it again on May 5th.
20   Q.   And you agree that even with the throttle
21 setting of 17, depending on the day, the face velocity
22 could -- was changing.
23   A.   The measured -- The measurement changed.
24   Q.   Okay.  Now I'm trying to understand this on
25 the side of page 11 it says "need 150 millimeter," I

Page 317

1  don't understand that.  "Outward" or out --
2    A.   Need 150 millimeter outboard focusing lens
3  plus options.  Plus or minus options.  That refers to
4  the fact that with this schlieren -- I'll try to keep
5  this concise -- with this schlieren system a normal
6  camera lens doesn't function because it vignettes or
7  crops the image.  And this was my -- my purview as the
8  optics guy to try to fix this, and my solution to it
9  was to take off the camera lens and put an outboard
10 fixed lens in place.  Unfortunately the first one I
11 used didn't have exactly the right focal length, so
12 this is my note to myself that I needed a different
13 lens in order to fit the circle on the digital image
14 plane properly.
15       I realize that without an explanation that
16 doesn't make sense to anybody.
17   Q.   All right.  Let's go to page 21.
18   A.   Okay.
19   Q.   Under "downflow generator off," see that big
20 square there?
21   A.   Yes.
22   Q.   It says, outside temperature approximately
23 one degree Fahrenheit greater than indoor temperature,
24 therefore downflow is subject to buoyancy and relevant
25 temperature is an issue.

Confidential - Subject to Protective Order

Page 318

1    Did I read that correctly?
2    A.  You did.  "Relative" temperature.
3    Q.  "Relative."
4        What do you mean by that?
5    A.  We had to be careful not to feed the
6  downflow generator with air at a different temperature
7  than the room air, because in that case the air that
8  comes out of the downflow generator will be subject to
9  buoyancy forces.  And in most of the testing the
10  temperature was the same, but in this and the case
11  noted earlier that was repeated, we had some
12  difficulty.
13    Q.  Well would you agree with me that in an
14  operating room the temperature from the air supply is
15  at a different temperature than the operating room?
16    A.  Colder, yes.
17    Q.  Okay.  So there'll be some buoyancy forces
18  with re -- with respect to buoyancy from heat sources
19  on that air that would be different than if the
20  temperature's uniform; correct?
21    A.  I'm sorry.  Can you rephrase?
22    Q.  Well the fact that there's a different
23  temperature from the air supply in an operating room
24  has an effect on buoyancy as well; correct?
25    A.  Buoyancy of what?

Page 319

1    Q.  Of the Bair Hugger device, the -- the -- the
2  heat sources, such as the people in the room.
3    A.  All right.  I'm trying to -- I'm trying to
4  get a question from you that I can answer.
5    Q.  Okay.  Well let me -- let me --
6        We could agree that the operating room air
7  supply is at a different temperature than the
8  operating room; correct?
9    A.  I think we already discussed that it's
10  colder for --
11    Q.  Okay.  And that wasn't the case in your
12  simulation; correct?  It was all one constant
13  temperature; correct?
14    A.  We -- Yes.
15    Q.  Okay.  And with respect to buoyancy, the
16  Delta T has an effect on buoyancy; correct?
17    A.  Buoyancy of what?
18    Q.  Of air.
19    A.  All right.  I'll try to answer that question
20  as I understand.  Buoyancy of, let's say the -- the
21  plume of the candle, a candle flame, --
22    Q.  Yes.
23    A.  -- which is buoyant?  All right.
24        It's a one degree difference so it'll have a
25  minor effect.

Page 320

1    Q.  What if it's a six degree difference?
2    A.  Once again I'd do this calculation, but
3  certainly if you have a vast difference in temperature
4  of the downflow then you would see a difference, yes.
5    Q.  Okay.  And do you know what the temperature
6  is around where the surgeons are standing and the
7  patient is in an operating room if the air coming out
8  is about 59 degrees Celsius?
9    A.  Well I've seen numbers that are -- that vary
10  from one operating room to the next, so I don't know
11  that there's an exact answer to that.
12    Q.  Do you know the rough Delta, Delta T between
13  what's coming out of the ceiling and what's around?
14    A.  A few degrees.
15    Q.  Few degrees?  Okay.
16        And you agree that a few degrees will have
17  an effect, you just don't know whether or not it would
18  be a significant effect or not.
19    A.  I'll agree with that.
20    Q.  Okay.  Is there anywhere in any of the
21  plaintiffs' expert reports that say the jets that are
22  coming out of the Bair Hugger blanket reach the
23  operating room floor?
24    A.  My understanding of the reports cited by the
25  plaintiff are that a stream of air reaches the

Page 321

1  operating room floor, not the jets from the individual
2  holes in the Bair Hugger blanket.
3    Q.  You agree that --
4        You agree that the drape is impermeable;
5  correct?
6    A.  Yes.
7    Q.  As we discussed.
8        And if the drape is coming around the entire
9  table, okay, including the feet, and air can escape,
10  that the mass flow of air coming in underneath the
11  drape has to escape at some point from around the
12  drape; correct?
13    A.  I don't believe that's correct, because if
14  you will have a look at Figure -- Figure -- [Witness
15  reviewing exhibit.]
16    Q.  12, 13?
17    A.  No.  I'm looking for the anesthesia blanket.
18        In Figure 11 there is evidence there that
19  there's a pretty significant amount of convective heat
20  transfer coming out in the front of the blanket.  So
21  that's another path for heat loss in addition to flow
22  down to the bottom of the drape.
23    Q.  I didn't give a number.  I'm just saying if
24  there's mass flow that's going underneath the drape,
25  that mass flow -- the same amount of mass flow has to

Confidential - Subject to Protective Order

Page 322

1  escape from around the drape; correct?
2      A.  Okay.  Yes.
3      Q.  Okay.  So whether or not it's 80 percent of
4  the air or, according to, you know -- unless you --
5  unless you abide by Abraham where it's a hundred
6  percent of the air comes out of the head and neck
7  there's some certain amount of mass flow that's going
8  underneath the drape; correct?
9          MR. GOSS:  Object to form.  You can testify
10  about -- If you have an answer, you can provide it.
11      Q.  Mass cannot be created or destroyed;
12  correct?
13      A.  Well I would agree with that.
14      Q.  Okay.  So if you have -- if you have a mass
15  flow of air going underneath the blanket it's going to
16  push the air out and escape as long -- as long as you
17  have the continuous mass flow coming in through the --
18  through the Bair Hugger blanket; correct?
19      A.  Whatever amount of air that does not go out
20  to the head I presume has to go out by some other
21  path.  Maybe it goes down to the feet, maybe it goes
22  to the bottom of the blanket.  It's buoyant and it
23  will find its easiest path of escape to get out.
24      Q.  And once it escapes it's going to go up
25  until it reaches some sort of equilibrium; correct?

Page 323

1      A.  Well you have to -- I'd have to comment on
2  that that we're now talking about air generated by the
3  Bair Hugger blanket; am I right?  That came out
4  through the microholes.
5      Q.  Yes.
6      A.  All right.  Just -- I'm just trying to get
7  your -- understand your question so I can answer.
8          That air, as I demonstrated, is already
9  rapidly mixing out with its surroundings, so how --
10  how buoyant is it?  And if you look at my figures, my
11  measurements in Figure 12 and -- well especially
12  Figure 12, you will see that underneath the blanket
13  the air that -- down there was only one degree above
14  room temperature in that measurement.
15      Q.  But other areas it's 11 degrees above
16  temperature.
17      A.  Around the head.
18      Q.  Well I'm talking -- I'm looking at Figure
19  13.
20      A.  Yeah.  These measurements are underneath the
21  arm-board, you're right.  It's high -- It's higher
22  than that, so --
23      Q.  And you agree once that air escapes it's
24  going to have some buoyant effect; correct?
25      A.  If it's warmer than the surroundings, yes,

Page 324

1  --
2      Q.  Okay.
3      A.  -- but not otherwise.
4      Q.  And you would agree, if we look at...
5          Okay.  Let's look at Figures 12 and 13.
6  Okay.  You agree that over time, say in a typical 45
7  minute to an hour surgery, that the drape and the
8  cotton blanket and -- will come to -- well the drape
9  will come to some sort of equilibrium temperature;
10  correct?
11      A.  I think that's correct.
12      Q.  And that temperature is going to be warmer
13  than the ambient temperature; correct?
14      A.  You're saying by virtue of the
15  patient-warming blanket.
16      Q.  Yes.  I'm saying with the patient-warming
17  blanket on.
18      A.  That makes sense.
19      Q.  Okay.  Now --
20          And we agree that if air escapes at a higher
21  temperature it's going to have a buoyant effect;
22  correct?
23      A.  To the extent that it's warmer than the
24  ambient temperature, it will be buoyant.
25      Q.  And you agree with me that the air -- the --

Page 325

1  what you see occurring in Figure 10, 15 -- I'm sorry
2  -- in Figure 10 a, this buoyant -- this density is --
3  is because the air around or close to the Bair Hugger
4  blanket has some buoyancy to it; correct?
5      A.  Well I don't think so, because in this case
6  we have the plastic blanket over it so the -- there
7  was a discussion about conduction up through these
8  layers, and I think what you're seeing there is the
9  fact that the surface of the plastic blanket is warmer
10  than --
11      Q.  And that's what I meant.
12          The surface has some sort of -- creates a
13  convection current above the -- the drape; correct?
14      A.  It's -- It has, yeah, created a convective
15  boundary there.
16      Q.  Okay.  And that has buoyancy pushing up;
17  correct?
18      A.  That is correct.
19      Q.  And you have the unidirectional airflow
20  pushing down; correct?
21      A.  That's right.
22      Q.  And that buoyancy force is going to occur
23  along the entire drape in which the Bair Hugger is
24  warming; correct?
25      A.  I think so.

Confidential - Subject to Protective Order

Page 326

1  Q.  So that would occur around the arms;
2  correct?  And to the -- And to the side.
3  A.  Yes.
4  Q.  Okay.  So would you agree with me that that
5  buoyancy effect, I'd like to use the word it's energy;
6  correct?  It's some sort of force.
7  A.  Right.  There's a buoyant force applied to a
8  change in density, so, you know, that force is acting
9  upward and being suppressed by the downflow.
10  Q.  But my point is if air escapes out the side
11  it could also use that buoyancy force that the drape
12  has to force the air or any particles that it's
13  carrying further up the drape; correct?
14  MR. GOSS:  Just going to object that it's
15  outside the scope of his experiment.
16  Q.  Do you understand my question?
17  A.  Could you repeat that, please?
18  Q.  You have the drape that's covered that's hea
19  -- that's been heated by the Bair Hugger and that's
20  going to have convection currents that causes an
21  upward buoyancy force; correct?  And you're going to
22  have air underneath the operating room table, okay,
23  that's at a higher temperature, and when it escapes
24  near the drape, at the edge of a drape, okay, that
25  it's going to have some sort of buoyancy force as well

Page 327

1  as long as it's a greater temperature than the ambient
2  air; correct?
3  MR. GOSS:  I think you already got him to
4  say this.
5  MR. ASSAAD:  I'm walking him down this.
6  MR. GOSS:  He's not going to offer opinions
7  about what's happening under the table.
8  MR. ASSAAD:  Okay.
9  MR. GOSS:  But subject to that, you can
10  answer if you have one.
11  Q.  As we discussed previously, if the air comes
12  out from underneath the operating room table and it
13  has a higher temperature than the ambient it's going
14  to have some buoyancy force; correct?
15  A.  Yes.
16  Q.  And as -- if it's carrying particles, it has
17  the buoyancy force that it has from what it collected
18  from underneath the table, plus the additional
19  buoyancy force around the drape pushing it up because
20  the drape itself is creating a convection current with
21  a buoyancy force; correct?
22  A.  That I don't understand.
23  Are you claiming that the drape, at that
24  point, is warmer than the surroundings?
25  Q.  Yes.  That's what your data shows.

Page 328

1  A.  No.  The -- My data doesn't show anything
2  about the temperature of the drape down at the sides.
3  Q.  I'm talking about the drape right above the
4  Bair Hugger.
5  A.  Oh, all right.
6  One more time, please.
7  Q.  Okay.  I'm talking about the Bair Hugger
8  where the drape is where we're seeing these convective
9  currents.
10  A.  Umm-hmm.
11  Q.  Do you agree with me that these convective
12  currents, if air escapes from underneath the operating
13  room table, as we discussed, to the path of least
14  resistance around the arms or whatever, that it's
15  going to be -- have its own buoyant force and that it
16  could combine with the buoyant force that's being
17  produced by the drape to continue to rise any
18  particles above this patient.
19  Do you agree with that?
20  MR. GOSS:  Same objection, calls for
21  speculation about a particle path.
22  A.  Particles were not a part of our study.
23  Q.  I understand that, but as a engineer that
24  has done experimental fluid dynamics, and I think you
25  know where my question is, sir, and I think -- I

Page 329

1  understand you want to hide behind this wasn't part of
2  our study, but I'm asking you as an engineer.
3  A.  Well do you understand --
4  Q.  Do you know the answer --
5  MR. GOSS:  Move to strike.
6  Q.  Do you know the answer to that from an
7  engineering standpoint, "yes" or "no"?
8  A.  Do you understand that you're asking me to
9  speculate on something that I didn't measure and
10  didn't consider?
11  Q.  I'm talking about common engineering
12  principles.
13  A.  I really don't want to comment on particles,
14  it wasn't part of my study.  The study was airflow.
15  Q.  So you're not an expert on particles at all.
16  A.  Particles have been involved in some work of
17  mine in the past, but I don't consider myself a
18  particle expert.
19  Q.  Okay.  So you're not going to criticize
20  Elghobashi as -- in his particle flow.
21  A.  I criti --
22  My criticism of Elghobashi is in his
23  boundary condition.
24  Q.  Okay.  As well as your criticism of Abraham
25  too.

Confidential - Subject to Protective Order

Page 330

1    A.  Yeah.
2    Q.  Do you have any criticisms of Dr. Kuehn and
3  his measurements?
4    A.  No.
5    Q.  You do understand that -- Wait a second.
6      You opined in your report that "particles in
7  an airstream have inertia and therefore do not always
8  follow...streamlines of the flow."
9    A.  Could you show me where that is?
10   Q.  Page 3.
11   A.  Okay.  Now to --
12     Do you want me to comment, or are you asking
13  a question?
14   Q.  Well, I mean, you commented on particles
15  following airstream and having inertia.
16   A.  We're now talking about two very different
17  issues.  The issue I think you're asking about are
18  skin squames that -- in the air.  The issue that I'm
19  talking about here is the use of neutrally buoyant
20  helium bubbles as flow tracers and the inertia
21  associated with those bubbles which has basically
22  disqualified that throughout several decades as a
23  useful flow-visualization technique.  So it's really
24  two different things.
25   Q.  So smoke is not a good visualization?

Page 331

1    A.  Well smoke is a better technique than the
2  neutrally buoyant bubbles because the particles are
3  much smaller and therefore inertia effects would be
4  reduced.
5      But you have to be careful with the smoke
6  also because it has the drawback that it -- if it's
7  introduced at a point then you may see only one
8  feature of the flow and you won't see the flow over
9  here that didn't have smoke added.
10   Q.  And turbulence would have a significant
11  effect on smoke, correct, in smoke studies.
12   A.  The -- It depends on the size of the smoke
13  particle.  Smoke is sometimes used in PIV, and
14  titanium -- titanium dioxide particles that are
15  submicron, and I believe that they demonstrate little
16  inertia in some cases.
17   Q.  Okay.  But --
18     How long does the smoke, if you --
19     If you use smoke, how long does it last for,
20  what's the distance that it would be visible; do you
21  know?
22   A.  The distance that smoke would be visible.
23   Q.  Yeah.  If it's in a high-speed or turbulent
24  environment.
25   A.  I have a little trouble understanding the

Page 332

1  distance at which it would be visible.  These
2  particles aren't evaporating.  If they're illuminated
3  properly they'll be visible wherever they are.
4    Q.  Okay.  So water vapor is sometimes used for
5  smoke; correct?
6    A.  Fog.  Water fog.
7    Q.  Yes.
8    A.  Yes.
9    Q.  Would you consider that reliable?
10   A.  Once again, being myself a proponent of
11  optical methods that don't involve inertia on
12  particles I'm skeptical of particle visualization
13  techniques, including water fog.
14   Q.  Okay.  And water fog dissipates into the
15  air; correct?
16   A.  Eventually, yes.
17   Q.  Especially if it's turbulent or high
18  velocity.
19   A.  Yes.
20   Q.  Okay.  Do you agree that thermal sources
21  could cause contaminated air to rise?
22   A.  "Contaminated air"?
23   Q.  Yes.
24   A.  Thermal sources can cause contaminated air
25  to rise.  That's a very general statement, and I

Page 333

1  wouldn't disagree with it.
2    Q.  I mean, you put it down in your downflow
3  generator.  You said:  "If the downflow speed is too
4  low, contaminated air may rise from" the "thermal
5  sources, spread, and reach the surgical site."
6    A.  Yes.
7    Q.  You agree with that statement; correct?
8    A.  It's my statement.
9    Q.  And conta --
10     (Interruption by the reporter.)
11     MR. GOSS:  Is that on page 6?
12     MR. ASSAAD:  Yes.
13   Q.  Now contaminated air are -- is air with
14  particles; correct?
15   A.  Or some --
16   Q.  And Bacteria.
17   A.  -- other contamination.
18   Q.  Well bacteria particles.  I mean, bacteria
19  is a particle; correct?
20   A.  Bacteria ride on skin particles, but usually
21  not by themselves in my understanding.
22   Q.  Well, okay.
23     So going back to my last hypothetical, if
24  contaminated air -- assuming that all air underneath
25  the operating room table is contaminated.  Can we --

Confidential - Subject to Protective Order

Page 334

1  Can you agree with me on that assumption?
2      A.  Well I don't have measurements of it, so --
3      Q.  Let's just make the assumption all air is
4  contaminated.
5      A.  But if you -- if there is contamination down
6  there then.
7      Q.  Okay.
8      A.  Okay.
9      Q.  Now you agree with me that if you have
10  contaminated air that escapes from -- warm air that
11  escapes from underneath the drape, that the buoyant
12  forces, if it's warmer than the ambient air, is going
13  to rise; correct?  As you wrote down here.
14      A.  If it is warmer than the ambient air, yes,
15  it's obvious.
16      Q.  Till it reaches a equilibrium, and then
17  it'll stay down and go down, correct, till it cools
18  off.
19      A.  I'm sorry.  Once again I'm having trouble.
20      Q.  If contaminated air is rising as the buoyant
21  forces, okay, but it's releasing energy when it does
22  it and releasing -- and the temperature decreases
23  until it comes to an equilibrium with the ambient
24  air --
25      A.  Right.

Page 335

1      Q.  -- and then it drops down; correct?
2      A.  Can we put it this way?  In turbulent motion
3  it's when it -- the turbulent eddies are causing it to
4  mix out with the cooler air and so the temperature
5  difference fairly quickly dissipates.
6      Q.  And --
7      A.  That's the way I look at it.
8      Q.  And it loses its buoyant effect.
9      A.  It loses its buoyancy.
10      Q.  Okay.  But as long as you -- as long as it
11  has a buoyant effect and the temperature's greater
12  than the ambient air, it's going to continue to rise;
13  correct?
14      A.  Yes.
15      Q.  Okay.  So you would agree with me that if
16  air escapes, contaminated air escapes along the sleeve
17  and it -- it could follow along the convection
18  currents that you've illustrated in Figure 10 along
19  the -- along the convective currents created by the
20  warm drape; correct?
21          (Interruption by the reporter.)
22      MR. GOSS:  Object to form.
23      A.  Could I get you to repeat that?
24      Q.  You agree with me that --
25          So you would agree with me that if air

Page 336

1  escapes -- if contaminated air escapes along the
2  sleeve, as we discussed, like underneath the sleeve
3  and it escapes out, okay, it would have a buoyant
4  effect, and as long as it's above the drape that's
5  being heated by the Bair Hugger which forms convective
6  currents, it would continue to rise along these
7  thermal plumes that you show in Figure 10.
8      MR. GOSS:  Object to form, calls for
9  speculation.
10      A.  I would agree with that once again with the
11  qualification that at the time the air has gotten that
12  far away from its heat source it's probably pretty
13  well mixed out with the surrounding air, and therefore
14  little temperature potential for buoyancy.
15      Q.  But there's buoyancy along the entire drape
16  on top of the Bair Hugger; correct?
17      A.  On top of it.
18      Q.  Okay.  So along that whole drape if the air
19  escapes from right around that drape to the side
20  there's buoyant forces around the whole Bair Hugger
21  that it could flow and be a part of.
22      MR. GOSS:  Objection, calls for
23  speculation, asked and answered.
24      Q.  Agreed?
25      A.  Yes.

Page 337

1      Q.  Okay.
2      MR. ASSAAD:  Do you need a break?
3      THE REPORTER:  Yes, please.
4      MR. ASSAAD:  Okay.  Let's take a break.
5      (Recess taken from 5:18 to 5:22 p.m.)
6  BY MR. ASSAAD:
7      Q.  Going back to Figures 12 and 13, did you
8  perform any of the same measurements for the HotDog
9  device?
10      A.  We did not, and that would -- that would be
11  a useful thing to do if the experiments were
12  continued.
13      Q.  Okay.  So in the summary of your opinions,
14  which is page 21, under number 4), the last sentence,
15  you write, there are no great differences in the
16  visible thermal behavior of the two blankets in the OR
17  laminar downflow conditions.  You're referring to what
18  was seen from the schlieren testing above the patient;
19  correct?
20      A.  I'm sorry.  Which -- Which --
21      Q.  Number 4).
22      A.  Number 4).
23      Q.  The last sentence.
24      A.  I'm referring to what we can see above and
25  just slightly to the sides of the blanket.

Confidential - Subject to Protective Order

Page 338

1    Q.  Okay.  So you're not referring to anything
2 that could happen -- occur underneath the operating
3 room table; correct?
4    A.  Well as we already discussed, I don't have
5 measurements on that.
6    Q.  Okay.  And by the way, let's go to page --
7 or Figure 15, which is page 16.
8    A.  Yes.
9    Q.  Do you know what an orthopedic surgeon wears
10 during a total hip or total knee arthroplasty?
11    A.  I don't know the exact garb.  What we had
12 here was a simulation of hospital garb.
13    Q.  Okay.  You're not aware of the space suits
14 that they wear?
15    A.  Oh, that was -- we made no attempt to do a
16 space suit-type garb.
17    Q.  And you agree that the space suits would
18 affect flow coming out from -- if you're fully covered
19 all the way down it affects flow coming out from a --
20 like from the shirt or the chest area.
21    A.  If it is a total-containment suit, of course
22 it would affect it.
23    Q.  Okay.  And that would definitely affect the
24 images in Figures a and b; correct?
25        MR. GOSS:  If they had been wearing a space

Page 339

1 suit?
2        MR. ASSAAD:  Yes.
3    A.  Yes.
4    Q.  Okay.  And with respect to figure C, which
5 you used an electrocautery device, correct; right?
6    A.  That was -- Yes.
7    Q.  Okay.  You agree with me that it's highly
8 unlikely that there would be any live bacteria in any
9 of the smoke that's created that rises up from the
10 electrocautery device; correct?
11        MR. GOSS:  Object to form, beyond the scope
12 of his expertise.
13    A.  I'm not a live bacteria expert so I'm
14 speculating now, but I can also cite you -- well I
15 can't cite specific literature right off the top of my
16 head.  There is a lot of literature about a laser
17 cautery, rather than this device, in which the plumes
18 are contaminated.  And what exactly the nature of the
19 contamination, whether it's bacterial or whether the
20 smoke is -- it is caustic or what it is, but I have
21 seen those in the literature.
22    Q.  Well you write here that -- on number 8) on
23 your summary:  "Some OR equipment, such as
24 electrocautery pens, create their own rising,
25 contamination-bearing thermal plumes."

Page 340

1    A.  Yes.
2    Q.  You're not an expert in that; are you?
3    A.  No, sir.
4    Q.  Okay.  So you agree with me that you're not
5 going to be offering this testimony at trial; correct?
6        MR. GOSS:  I'll object to form.  I think
7 the report speaks for itself.
8    Q.  You're not an expert in it; correct?
9    A.  I'm not an expert.
10    Q.  Okay.
11        MR. GOSS:  With respect to contamination.
12    Q.  Whether or not electro -- electrocautery
13 pens create their own rising, contamination-bearing
14 thermal plumes.
15    A.  I'm not an expert on -- on electrocautery
16 pens and contamination.
17    Q.  And you agree with me that if a physician is
18 wearing a space suit -- Well, strike that.
19        You don't know what an orthopedic surgeon
20 wears at all in a -- during a total hip or total knee
21 arthroplasty; correct?
22    A.  Well I realize that there are different
23 garbs for different operating conditions, and in some
24 cases a space suit-type garb with total containment is
25 used.  The same garb is used in some clean rooms.  So

Page 341

1 I am not completely ignorant on this topic.
2    Q.  Have you ever heard the term "protective
3 effect," "protected effect"?
4    A.  I have.
5    Q.  In what -- In what scenario?
6        MR. GOSS:  In relation to his work on this
7 case?
8        MR. ASSAAD:  In anything.
9    A.  Heard the term, but at this point in the day
10 I, you know, can't bring up much about it.
11    Q.  Okay.  You agree with me that the downward
12 flow of a unidirectional airflow creates a protective
13 effect over the surgical area in an operation.
14    A.  Now that I see what you're getting at,
15 that's actually addressed in my report.
16    Q.  Where?
17    A.  I'm not sure "protective effect" was the
18 wording.
19    Q.  Would it be page 6 of what I read to you
20 before about the down -- downflow speed, about the
21 airflow?
22    A.  That's probably right.
23    Q.  Okay.
24    A.  (Witness reviewing exhibit.)
25    Q.  The first paragraph of page 6.  Probably the

Confidential - Subject to Protective Order

Page 342

1   fourth line down.
2       A.  If the downflow speed is too low,
3   contaminated air may rise --
4           (Interruption by the reporter.)
5           THE WITNESS:  I'll read it to myself.
6       A.  If the -- this is the last par -- sentence
7   of that paragraph:  "...if the downflow speed is too
8   high, it can suppress the natural thermal plume rising
9   from the surgical site and impinge contaminants upon
10  the patient and upon the surgical wound."
11          And that is mentioned later again because it
12  was referenced by ASHRAE and by Int-Hout, so.
13      Q.  You talking about the reference about
14  thermal plumes with respect to Memarzadeh?
15      A.  Yes.
16      Q.  Okay.  Are you aware of any other -- Do you
17  know --
18          Have you ever heard of the thermal plume
19  before this case?
20      A.  If you'll check my list of references I have
21  publications on the human thermal plume.
22      Q.  Okay.
23      A.  And a student named Brent Craven and I did,
24  I believe, the first computational simulation of a
25  human thermal plume.

Page 343

1       Q.  Okay.  And did you do a thermal plume of a
2   wound?
3       A.  No.  We did not do wounds.
4       Q.  Okay.  So you don't know the effect of the
5   thermal plume of a wound in a surgery.
6       A.  Not directly from any work I did, just these
7   references.
8       Q.  Okay.  And you agree with me that the
9   airflow in an operating room, one of its purposes is
10  to create a protective effect around the surgical site
11  and the surgical area; correct?
12      A.  In this sense I do agree with the term
13  protective effect.
14      Q.  Okay.  And -- And the protect -- the airflow
15  and the protective effect it creates is something that
16  a lot of research has been done to determine as what
17  you said, if it's too fast or too slow, they try to
18  find the right flow; correct?
19      A.  I'm aware of some research, --
20      Q.  Okay.
21      A.  -- the references that I cited.
22      Q.  All right.  And you would agree with me that
23  in -- for the safety of a patient you don't want to do
24  anything that could weaken that protective effect of
25  the unidirectional airflow; correct?

Page 344

1           MR. GOSS:  I'm going to object that he's
2   not an expert in hospital HVAC.
3           But if you have an answer to the question,
4   you may offer it.
5       A.  I'm citing to references who have made that
6   claim.  I haven't actually done that myself.
7       Q.  I understand that, but when you're -- but
8   you agree that there -- there is a certain purpose to
9   having a protective effect.
10      A.  If there is a protective effect, then it
11  certainly serves a purpose.
12      Q.  To protect the patient from contamination;
13  correct?
14          MR. GOSS:  Same objection.
15      A.  It's, yes, to protect the patient from
16  contamination.
17      Q.  Okay.  To protect the surgeons that are
18  putting their hands into a wound from being
19  contaminated; correct?
20      A.  That I am not aware of.
21      Q.  Okay.  Going back to Figure 15.
22      A.  Yes?
23      Q.  The first paragraph underneath the pictures
24  you say, Figure 15b shows the same OR staff member
25  above an empty surgical table and reveals how

Page 345

1   contamination gets into the recirculation region
2   despite the fact that the staff member is properly
3   gowned.
4           You have no expertise to determine whether
5   or not that's a proper gowning technique for an
6   orthopedic surgeon; correct?
7       A.  That's correct.
8       Q.  Have you seen the Bair Hugger prior to being
9   involved in this case?
10      A.  No.
11      Q.  So that you don't know how a Bair Hugger is
12  usually used in an operating room, like where it's
13  placed.
14      A.  I don't know or I didn't know?
15      Q.  You don't know.  You don't know what the
16  common practice is.
17      A.  Well I've seen the instructions for the Bair
18  Hugger blanket, video, so I'm not completely ignorant
19  on this topic.
20      Q.  I understand that, but you haven't looked at
21  many operating rooms to see how most operating rooms
22  use a Bair Hugger.
23      A.  The only time I've ever been in an operating
24  room was as a patient.
25      Q.  Okay.  By the way, what was the air exchange

Confidential - Subject to Protective Order

Page 346

1  rate or air change rate per hour for your setup?
2      A.  That doesn't even --
3          You can't even define it in our setup,
4  because that's only defined for a fixed room.
5      Q.  So you can't calculate that for an open air
6  -- for --
7      A.  I believe the text here, I'll not look up
8  the specific words, talks about that it's not the ACH,
9  but it's the downflow velocity that we are trying to
10  simulate, and we believe that's what matters as far as
11  the interaction of patient-warming blankets and
12  downflow.
13     Q.  So you don't think the air exchange rate in
14  an operating room matters with respect to
15  contamination?
16     A.  I didn't say that.
17         MR. GOSS:  Object to form.
18     Q.  In your report you mentioned about using a
19  different setup which you could possibly use in an
20  operating room?
21     A.  Yes.
22     Q.  Do you have any plans of doing that in the
23  future?
24     A.  It hasn't been decided.
25     Q.  Okay.  Was the $70,000 that was paid to

Page 347

1  FloViz for just performing these tests, or was it for
2  future tests as well?
3      A.  These tests.
4      Q.  Okay.  Based on our -- your testimony today
5  is there anything that you would like to amend from
6  this report regarding your opinions?
7      A.  "Amend" to the report.  You mean additions.
8      Q.  No.  Change.
9      A.  Changes.  Not -- Nothing I want to amend at
10  this point.
11     Q.  Is there anything with respect to a
12  patient's medical records that you may receive in the
13  future that would affect your opinions provided in
14  this report which is Exhibit 2?
15     A.  That's very hypothetical.  I -- I have no
16  idea what a patient's medical records would -- what
17  effect it would have.  I've not seen any patients'
18  medical records.
19     Q.  Are you aware that general causation
20  discovery is closed in this case?  If you know?
21         MR. GOSS:  Object to form.
22     Q.  Do you know?
23         MR. GOSS:  Do you know what "general
24  causation discovery" is?
25         THE WITNESS:  I -- I don't know the exact

Page 348

1  meaning of that term.
2      Q.  And just to be clear, you're not going to
3  offer any testimony on infectious disease issues,
4  orthopedic issues, nursing issues, anesthesia issues,
5  warning issues, regulatory issues or computer --
6  computational fluid dynamic issues; correct?
7      A.  No.
8          MR. GOSS:  Object to form on the -- to the
9  extent that it's not consistent with what's in his
10  report.
11     A.  I'm --
12         What I'm offering is what you see in this
13  report.
14     Q.  Okay.  If you were to find out that the
15  temperature measurement on the Bair Hugger that says
16  43 degrees was measured at the end of the hose and not
17  the beginning of the hose, would that change your
18  opinions today?
19         MR. GOSS:  Objection, form, calls for
20  speculation.
21     A.  I will speculate that nothing would change
22  except the assumed heat transfer along the hose.
23     Q.  Well if the temperature coming out of the
24  end of the hose is 43 degrees, instead of coming out
25  of the blower at 43 degrees so that heat transfer that

Page 349

1  occurs along the hose is irrelevant to respect of the
2  temperature of air getting into the blanket, would
3  that affect your opinions today?
4          MR. GOSS:  Same objection.
5      A.  No.
6      Q.  So it wouldn't cause you to question the
7  fact that the air that's coming into the blanket is 43
8  degrees Celsius and the air coming out of the jets is
9  between 32 and 33 degrees Celsius.
10         MR. GOSS:  Same objection, improper
11  hypothetical.  Well it's contrary to his experimental
12  findings, I'll say that.
13     A.  It doesn't matter where the temperature is
14  measured, to the end of the hose, the beginning of the
15  hose, the temperature that I measured the jets is what
16  I measured.
17     Q.  But does it make sense you're going to have
18  a 10-degree drop or -- yeah, a 10-degree drop in
19  temperature -- 10-degree Celsius, which is a
20  significant number, from the -- from the point of
21  entry of air --
22     A.  Umm-hmm.
23     Q.  -- into the blanket to outside the
24  perforations?
25     A.  Yes, it makes sense to me.

Confidential - Subject to Protective Order

Page 350

1    Q.  It does?  Okay.
2        MR. ASSAAD:  Pass the witness.
3        MR. GOSS:  I have no questions at this
4    time.  We will --
5        MR. ASSAAD:  I want him to read and sign.
6        MR. GOSS:  Gabriel's going to jump -- jump
7    ahead of me.
8        You have the right to review your
9    transcript, and I recommend that you do.
10       MR. ASSAAD:  I actually request that he
11   reads and signs.
12       MR. GOSS:  And -- And I join in that
13   request.
14       So you will get a copy of your transcript
15   you can review and make any changes, if you need to,
16   within 30 days of receipt.
17       THE WITNESS:  All right.
18       THE REPORTER:  Off the record, please.
19       (Deposition concluded at 5:40 p.m.)
20
21
22
23
24
25

Page 351

1            C E R T I F I C A T E
2        I, Debby J. Campeau, hereby certify that I
3    am qualified as a verbatim shorthand reporter; that I
4    took in stenographic shorthand the testimony of GARY
5    S. SETTLES, PH.D. at the time and place aforesaid;
6    and that the foregoing transcript consisting of 350
7    pages is a true and correct, full and complete
8    transcription of said shorthand notes, to the best of
9    my ability.
10       Dated at Lino Lakes, Minnesota, this 22nd
11   day of July, 2017.
12
13
14
15           DEBBY J. CAMPEAU
16           Notary Public
17
18
19
20
21
22
23
24
25

Page 352

1            S I G N A T U R E   P A G E
2        I, GARY S. SETTLES, PH.D., the deponent, hereby
3    certify that I have read the foregoing transcript,
4    consisting of 350 pages, and that said transcript is
5    a true and correct, full and complete transcription
6    of my deposition, except per the attached
7    corrections, if any.
8    PAGE  LINE    CHANGE/REASON FOR CHANGE
9    ____  ____  _____
10   ____  ____  _____
11   ____  ____  _____
12   ____  ____  _____
13   ____  ____  _____
14   ____  ____  _____
15   ____  ____  _____
16   ____  ____  _____
17   ____  ____  _____
18
19   _____  _____
20   Date        Signature of Witness
21
22       WITNESS MY HAND AND SEAL this _____
23   day of _____, 2017.
24
25   (DJC)      _____