# EXHIBIT DX6

TO DECLARATION OF PETER J. GOSS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF

JIM HO, PH.D

Page 1

1                UNITED STATES DISTRICT COURT
                    DISTRICT OF MINNESOTA
2    -------------------------------------------------
3    In Re:
4    Bair Hugger Forced Air Warming
     Products Liability Litigation
5
     This Document Relates To:
6
     All Actions                        MDL No.
7                                       15-2666 (JNE/FLM)
8    -------------------------------------------------
9
                      VIDEOTAPED DEPOSITION
10
                              OF
11
                        MARK ALBRECHT
12
                          VOLUME 1
13
                    Minneapolis, Minnesota
14
                  Friday, October 7th, 2016
15
16   -------------------------------------------------
17
18
19
20
21
22
23
24   Reported by:
     Amy L. Larson, RPR
25   Job No. 112502

Page 66

ALBRECHT

1
2  likely in the air.
3  Q. Okay. So did it surprise you that, you know,
4     with -- with -- with operating rooms 1 and 3
5     having tens of thousands of particles being
6     emitted, you couldn't culture out any bugs?
7         MR. B. GORDON: Objection to form,
8     conflating particles and bugs again, but...
9         THE WITNESS: So to answer that, a
10    large amount of the particles are going to be
11    atmospheric dust that come in and so the --
12    it is not exactly surprising, because
13    atmospheric dust is not bacteria always, it's
14    not, it's just particles that are in the air.
15 BY MR. C. GORDON:
16 Q. And -- and to Mr. Ben Gordon's objection,
17    particles don't correlate to bacteria,
18    correct?
19 A. Correct.
20        MR. B. GORDON: Object to form.
21 BY MR. C. GORDON:
22 Q. And in, you know, kind of in lay terms, if
23    we -- if somebody looks at a window on a very
24    bright, sunny day and you see a bunch of
25    stuff in the air, if you close the shades

Page 67

ALBRECHT

1
2  that stuff seems to disappear, it's not that
3  that stuff is really disappearing, it's just
4  that there's particles in the air that --
5  that are not ordinarily visible to the naked
6  eye, right?
7      MR. B. GORDON: Object to form.
8  I'm not sure what the question is.
9      THE WITNESS: Yes, there are
10 particles that you cannot see with your eye.
11 BY MR. C. GORDON:
12 Q. And even in a clean surgical environment with
13    a properly functioning turbulent system,
14    there are going to be thousands of particles,
15    right?
16       MR. B. GORDON: Object to form.
17       THE WITNESS: I would expect
18 atmospheric dust to be present, yes.
19 BY MR. C. GORDON:
20 Q. So let's talk about the particles that you
21    counted in the Bair Hugger. In this -- in
22    the tests you did at Regina Hospital in
23    Hastings, is that table 1, page 4 of 12?
24 A. Yes.
25 Q. And so the -- the measurements here are --

Page 68

ALBRECHT

1
2  well, one of the things that these
3  measurements were attempting to do was to
4  determine filtration efficiency, correct?
5  A. Correct.
6  Q. So there's particles before the filter and
7     particles coming out after the filter, right?
8  A. Correct.
9  Q. And then it's just a numerator and
10    denominator to develop a percentage of
11    efficiency, right?
12 A. Yes.
13 Q. Okay.
14 A. With a non-quantitative challenge. This is
15    not how you'd properly rate the filter. They
16    have other studies that pertain to that.
17 Q. Okay. In this -- in the case of what you're
18    measuring at -- at the Regina Hospital, you
19    were -- just as you did in the OR, you
20    measured particles greater than .3 microns,
21    greater than .5 microns, and 5 -- greater
22    than 5 microns, right?
23 A. Yes.
24 Q. I should say greater than or equal to --
25 A. Yup.

Page 69

ALBRECHT

1
2  Q. And in -- in -- in each case the measurement
3     of the point -- of the greater than or equal
4     to .3 microns was higher than the greater
5     than or equal to .5 microns, right?
6  A. Correct.
7  Q. And I guess we can use the average. It
8     was -- the average particles counted of the
9     greater than .3 microns was about roughly
10    five times as many as the greater than .5
11    microns, right?
12 A. It depends on the measurement.
13 Q. I'm just looking at the average.
14       MR. B. GORDON: You're talking
15 about the average of all the experiments or
16 just the top one?
17       MR. C. GORDON: You know, that's a
18 good point. I actually don't understand what
19 the difference is.
20 BY MR. C. GORDON:
21 Q. At the bottom of this table it says, "Average
22    counts with fitment concurrent particle
23    counting and impaction," and then there's
24    another line that says, "Average particle
25    counts" -- "average counts particle counter