# EXHIBIT DX7

TO DECLARATION OF PETER J. GOSS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF

JIM HO, PH.D

```
                                                          Page 1
 1            UNITED STATES DISTRICT COURT
                 DISTRICT OF MINNESOTA
 2   -------------------------------------------------
 3   In Re:
 4   Bair Hugger Forced Air Warming
     Products Liability Litigation
 5
     This Document Relates To:
 6
     All Actions                        MDL No.
 7                                      15-2666 (JNE/FLN)
 8   -------------------------------------------------
 9
                   VIDEOTAPED DEPOSITION
10
                           OF
11
                 SCOTT D. AUGUSTINE, M.D.
12
                  Minneapolis, Minnesota
13
                  Friday, March 31, 2017
14
15   -------------------------------------------------
16
17
18
19
20
21
22
23
24   Reported by:
     Amy L. Larson, RPR
25   Job No. 121237
```

Page 70

1  AUGUSTINE
2  the air coming out of the Bair Hugger hose
3  and see if you could get any live bacteria in
4  that airstream, right?
5  A. That's correct.
6  Q. So did ABD do anything further to explore the
7  question of whether live bacteria were
8  actually coming out of the Bair Hugger hose?
9  A. I don't recall.
10 Q. Did ABD ever share with anybody outside of
11 the company the failure of these five
12 different tests to detect live bacteria
13 coming out of the Bair Hugger hose?
14 A. I don't recall.
15 Q. The other techniques that are reported here,
16 measuring particles, swabbing the inside of
17 the unit, those are things you continued
18 doing in your various research activities,
19 right?
20 A. I don't recall.
21 Q. You don't recall that you were part of
22 several different publications where particle
23 counting and swabbing and liquid extraction
24 of the inside of the hose were employed and
25 then written up?

Page 71

1  AUGUSTINE
2        MR. BENHAM: Objection to the form
3  of the question, vague and compound.
4        THE WITNESS: There were studies
5  done to that effect, yes.
6  BY MR. COREY GORDON:
7  Q. And you were involved in several of those
8  studies, weren't you?
9  A. Are you saying me or the company?
10 Q. Yes, you, Scott Augustine.
11 A. I'm sure I was at least peripherally
12 involved, yes.
13 Q. Okay. And you know that several of those
14 studies were published, right?
15 A. That's correct.
16 Q. And -- and, in fact, you, for the last
17 several years, have spoken at many
18 conferences and you've written many -- many
19 things for public consumption where you
20 describe the particles that you've counted
21 coming out of the Bair Hugger and the
22 bacteria that you scraped off from the inside
23 of the Bair Hugger, right?
24 A. That's correct.
25 Q. But you've never once publicly disclosed that

Page 72

1  AUGUSTINE
2  you tried five times to get live bacteria
3  coming out of the Bair Hugger airstream and
4  couldn't get it?
5  A. Well, I think we made technical mistakes in
6  that, that's my opinion.
7        MR. COREY GORDON: Why don't we
8  take a break.
9        THE VIDEOGRAPHER: We're going off
10 the record. The time is 10:27 a.m.
11       (Whereupon, a brief recess
12       was taken.)
13       THE VIDEOGRAPHER: We're back on
14 the record. This is the start of media
15 number 2, and the time is 10:43 a.m.
16 BY MR. COREY GORDON:
17 Q. Dr. Augustine, the five times you tried to
18 capture bacteria in the airstream -- coming
19 out of the airstream of a Bair Hugger hose,
20 that would be -- that type of testing would
21 be categorized as aerobiology testing, right?
22 A. I don't know.
23 Q. Okay. Do you know what aerobiology testing
24 is?
25 A. No.

Page 73

1  AUGUSTINE
2  Q. Would you defer to Mark Albrecht as to any
3  expertise in the appropriate sampling
4  techniques for trying to capture bacteria?
5  A. Well, expertise would be an overstatement.
6  Q. Well, he's the guy that was in charge of this
7  project, right?
8  A. That's correct.
9  Q. And I assume you wanted him to do whatever it
10 took to get the right assistance, the right
11 guidance to do the right thing in terms of
12 this -- these -- these tests to try to
13 capture blood -- bacteria from the
14 Bair Hugger, right?
15 A. If the question is did I want him to do the
16 right thing, the answer is yes.
17 Q. Okay. You wanted him to approach it from the
18 most scientifically-sound process that he
19 could, right?
20 A. Well, since this doesn't come with an
21 instruction book on how to do it, it -- this
22 was more like an experiment to see if we
23 could do it, so I don't know about
24 scientifically sound.
25 Q. So these different tests that we were --