# EXHIBIT 42

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

---

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

- - - - - - - - - - - - - - - - - -

In Re:
Bair Hugger Forced Air Warming
Products Liability Litigation

This Document Relates To:
All Actions        MDL No. 15-2666 (JNE/FLM)

- - - - - - - - - - - - - - - - - -

DEPOSITION OF ALBERT P. VAN DUREN
VOLUME I, PAGES 1 - 326
MARCH 7, 2017

(The following is the deposition of ALBERT P. VAN DUREN, taken pursuant to Notice of Taking Deposition pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, via videotape, at the offices of Ciresi Conlin L.L.P., 225 South 6th Street, Suite 4600, Minneapolis, Minnesota, commencing at approximately 9:00 o'clock a.m., March 7, 2017.)

---

Page 2

1  APPEARANCES:
2     On Behalf of the Plaintiffs:
3        Mark D. Bankston
         KASTER, LYNCH, FARRAR & BALL LLP
4        1010 Lamar, Suite 1600
         Houston, Texas  77002
5
         Genevieve M. Zimmerman
6        MESHBESHER & SPENCE, LTD.
         1616 Park Avenue
7        Minneapolis, Minnesota  55404
8        Gabriel Assaad
         KENNEDY HODGES
9        4409 Montrose Boulevard, Suite 200
         Houston, Texas  77006
10
         Michael A. Sacchet
11       CIRESI CONLIN L.L.P.
         225 South 6th Street, Suite 4600
12       Minneapolis, Minnesota  55402
13    On Behalf of Defendants:
14       Jerry W. Blackwell and Peter J. Goss
         BLACKWELL BURKE P.A.
15       432 South Seventh Street, Suite 2500
         Minneapolis, Minnesota  55415
16
      ALSO APPEARING:
17
         Ryan M. Stirewalt, Videographer

---

Page 3

1                I N D E X
2  EXHIBITS       DESCRIPTION      PAGE MARKED
3  Ex  350  Testing log, no Bates numbers    150
4      351  Warning label from the 200 Bair
5           Hugger, no Bates numbers         310
6
7
8  WITNESS           EXAMINATION BY      PAGE
9  Albert P. Van Duren   Mr. Bankston     4
10                       Mr. Assaad     113
11                       Ms. Zimmerman  292

---

Page 4

1              P R O C E E D I N G S
2         (Witness sworn.)
3             ALBERT P. VAN DUREN
4    called as a witness, being first duly sworn,
5    was examined and testified as follows:
6             ADVERSE EXAMINATION
7  BY MR. BANKSTON:
8    Q.  Good morning, Mr. Van Duren.
9    **A.  Good morning.**
10   Q.  We're going to skip some of the formalities
11 because I know you've been in that chair before, done
12 some depositions, so we won't go over all of that
13 today; I'm sure you're up to speed.  But before we
14 dive in, I did want to talk to you, make sure that you
15 understood exactly what kind of deposition it is we're
16 taking today, and -- and by that I mean that today you
17 are appearing as a corporate representative for 3M.
18 Do you feel like you have an understanding of what
19 that is and what your purpose is here today?
20   **A.  I believe so.**
21   Q.  Okay.  I'm going to be asking you questions,
22 and in response to these questions today you're going
23 to be giving testimony as though you're the voice of
24 3M.  Obviously, I can't put 3M in that chair, so
25 somebody has to be chosen.  I've been informed that

---

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 257

1  air, has an effect on the particle counts in the
2  sterile field.
3      MR. BLACKWELL:  Same objection.
4      A.  It --
5      I mean it's possible that -- that that's one
6  conclusion you could draw from this data.
7      Q.  Well every single study indicates that, so
8  what is your basis that it's possible and not
9  probable?
10     MR. BLACKWELL:  Object and move to strike
11 counsel's comment/statement.  Object to the form of
12 the question.
13     A.  Again, the -- the study at Amersfoort is a
14 different type of study than that conducted by Legg.
15 The -- the study at -- in Amersfoort looked at
16 externally-generated particles in the sterile field;
17 Legg looked at, ostensibly, particles being generated
18 by the forced-air warming unit itself, so it's a
19 different --
20     These are different kinds of studies.
21     Q.  Legg and McGovern used bubble counts and --
22 and particle counters.
23     A.  Oh, sorry.  Yeah.  Okay.
24     Q.  I mean we're --
25     It doesn't matter where the particles are

Page 258

1  coming from.  Okay?  Because particles are all over
2  the operating room and underneath the operating room
3  table and everywhere.  Do you agree?
4      A.  Yes.
5      Q.  Okay.  Based on the data that we have today,
6  including the study funded by 3M as well as other
7  studies, every single study indicates that the Bair
8  Hugger increases the particle count over the sterile
9  field; correct?
10     A.  In absolute numbers, yes.
11     Q.  Yes.  Okay.  And you have no internal
12 studies to refute that; correct?
13     A.  No, we don't.
14     Q.  What's defendants' knowledge and analysis of
15 third-party testing regarding whether or not the Bair
16 Hugger causes surgical-site infection?
17     A.  Well again, the analysis that I showed you
18 that was done with the CDC data, for example.  And the
19 secular trend of deep joint infection over the last
20 decade or so has generally declined in hip and knee
21 implant surgery, so at a -- at a macro level there
22 doesn't appear to be an increase in the number of
23 these infections despite the fact that patients are
24 generally older and sicker and there are more of them
25 now than there were a decade ago.

Page 259

1      Q.  I don't see a decrease in Exhibit 77 of
2  infection rates.  Do you?
3      A.  Well they haven't --
4      So in this particular exhibit the -- the
5  rates haven't changed dramatically from, say, 1998 or
6  1997 to 19 -- or to 2012, but if you look at the -- if
7  you look at the second one that I have done using the
8  data from Parvizi, there clearly is a trend in -- of
9  decreased surgical-site infections, and it's more in
10 line with the kinds of infection rates that we see at
11 individual institutions in the United States.
12     Q.  Are we talking about the 2001-to-2009 data?
13     A.  The latest paper, whichever -- whichever
14 data set that is.
15     Q.  Okay.  Well his own paper showed an increase
16 over the -- from 2001 to 2009.  Even though it was a
17 slight increase, it was an increase.
18     A.  No, I don't think that's correct.  The data
19 that I have shows a -- a clear decline in infection --
20 in joint infection rates over that time period.
21     Q.  I want to print up that article for you.
22 We'll move on and I'll get it printed up and we can
23 talk about it.
24     We're talking about the 2012 article;
25 correct?

Page 260

1      A.  I believe that's the corr -- yeah, I believe
2  that's the correct one.
3      Q.  Any other articles or studies that you rely
4  upon with respect to third-party testing regarding
5  surgical-site infection?
6      A.  Well the Kimberger article would -- for
7  example, although that's not surgical-site infection,
8  but --
9      Q.  I guess a preface -- I don't mean to
10 interrupt -- I want to talk about total hip and total
11 knee arthroplasty.
12     A.  Yes.
13     Q.  Okay.
14     A.  Right.
15     Q.  Isn't it true that there's a pilot study
16 being performed right now funded by 3M in the U.K.?
17     A.  Yes.
18     Q.  Okay.  Is that study started?
19     A.  I don't think it started recruiting yet.
20     Q.  Okay.  And that's going to look at
21 surgical-site infections for a certain type of
22 orthopedic surgery; correct?
23     A.  Yes, as one of the outcomes.
24     Q.  And one of the investigators is Mike Reed;
25 correct?

65 (Pages 257 to 260)

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN   1-800-553-1953   info@stirewalt.com