# EXHIBIT 61

**From:** russell olmsted
**To:** Hansen, Gary
**Sent:** 3/8/2011 10:40:07 PM
**Subject:** Re: ECRI Call on Wednesday

Hi Gary, thanks - got this info and all set for dialing in.  Talk to you tomorrow.
Russ

--- On **Mon, 3/7/11, Hansen, Gary** *<ghansen@arizant.com>* wrote:

From: Hansen, Gary <ghansen@arizant.com>
Subject: ECRI Call on Wednesday
To: "ds@or.org" <ds@or.org>, "Russ Olmstead (aes99@att.net)" <aes99@att.net>
Date: Monday, March 7, 2011, 7:56 PM

Dan and Russ,

Thanks so much for helping out with this.  ECRI is well regarded and has the opportunity to add much needed perspective to issues.

We have some clarity for Wednesday morning.  Please call in to the following number at about 10:30 eastern time.  We should just be finishing up the prior segment.  (Go ahead and an announce yourselves when connecting.)  Unless it runs long with questions, you're up at about 10:45.  Altogether, we've allowed about 10 minutes, but we can be flexible if necessary.

>     Dial-in numbers: +1-877-274-9268 (English-US, US Toll Free)
>     Access Code: 0168646 (Participant)

Go ahead and comment as you see fit, but the following concerns would be most relevant:

Russ, could you discuss the chain of infection required for a microbe to infect a patient?  Also, your perspective on the validity of the Albrecht papers and Augustine videos.  We'll have already discussed the HIS poster, but if you could expand on its importance, that would help.

Dan, could you address the importance of preventing hypothermia?  Also, record of forced-air warming and the evidence reduction in SSIs.  How well validated is laminar flow?  Finally, what would be the effect on patients if concerns about laminar flow begin to gain credibility?

Again, thanks to you both.  I know this is short notice, but we appreciate having the assistance of two such outstanding contributors.

Gary

---

*Gary Hansen, Ph.D.*
*Director of Research & Development*
*Arizant Healthcare Inc.*
*Email: ghansen@arizant.com*
*Phone: 952-947-1388*
*Fax: 952-918-5388*

3M Confidential                                                                                    3MBH00051588