# EXHIBIT 63

| | | | |
|---|---|---|---|
|  | **David A. Westlin/US-Corp03/3M/US**<br>09/05/2012 05:06 PM | To | Bob Buehler/US-EdenPrairie/3M/US@3M-Corporate, Gary Hansen/US-Corp03/3M/US@3M-Corporate, Troy W. Bergstrom/US-EdenPrairie/3M/US@3M-Corporate |
| | | cc | |
| | | bcc | |
| | | Subject | ECRI Article - Do Not Forward |

| History: | 📧 This message has been replied to. |
|---|---|

BECAUSE OF ECRI'S NON-DISCLOSURE REQUIREMENTS, DO NOT SHARE THIS ARTICLE WITH ANYBODY ELSE.
We had to sign an Acknowledgement that this would be seen only by those reviewing it, and Bob and I decided on this group for now. We may add others later, but only if we all agree.

Attached is the article from ECRI. It is very positive for us.
Enjoy.

**3M**

**David A. Westlin** | Chief Compliance Officer / Senior Director of Regulatory Affairs
Arizant Healthcare Inc., a 3M company
Infection Prevention Division - Patient Warming Business, 10393 West 70th Street | Eden Prairie, MN 55344
Office: Eden Prairie:952 947 1277 | St Paul:651 733 9304 | Fax: 651 732 9017
dawestlin@mmm.com | www.3M.com | www.arizanthealthcare.com


Forced Air Warming T-3.0 Arizant.doc

----- Forwarded by David A. Westlin/US-Corp03/3M/US on 09/05/2012 11:01 AM -----

| From: | "Ballard, Raylene" <RBALLARD@ECRI.org> |
|---|---|
| To: | "dawestlin@mmm.com" <dawestlin@mmm.com> |
| Date: | 09/05/2012 10:43 AM |
| Subject: | Forced Air Warming T-3.0 Arizant |

Mr. Westlin,
Attached is the draft article for your review (it follows a letter with information about the review process). I have asked that you return your comments to me by Thursday, September 13, 2012. Please do not hesitate to contact me if you have any questions.

Regards,
**Raylene Ballard  MS, MT (ASCP)**
Senior Project Officer

**ECRI Institute**
**Tel +1 (610) 825-6000, ext. 5762**
**Fax** +1 (610) 834-1275
**E-mail** rballard@ecri.org

**ECRI Institute**
The Discipline of Science. The Integrity of Independence.

**This e-mail may contain privileged, confidential, copyrighted, or other legally protected information. If you are not the intended recipient, you may not use, copy, or resend it. If you have received this by mistake, please notify ECRI Institute by return e-mail, then delete the message. Thank you.**

3M Confidential                    Confidential – Subject To Protective Order                    3M00555978