# EXHIBIT 72

**From:** Mark Scott
**To:** Jay Issa; Maureen Harms
**Sent:** 5/4/2016 4:25:54 PM
**Subject:** FW: Report from ECRI.ORG on Forced Air Warming

FYI.

**Mark J. Scott**, MBA | Marketing Manager, Patient Warming
3M™ Bair Hugger™ therapy, 3M™ Bair Paws™ system, 3M™ Ranger™ Blood/Fluid Warming, 3M™ SpotOn™ Temperature Monitoring
Infection Prevention Division
3M Center, 275-4E-01 | St. Paul, MN 55144
Office: 651-737-3253 | **Mobile: 612.801.9128** | Fax: 651.732.8976
mjscott2@mmm.com | www.3M.com | www.bairhugger.com | www.FAWfacts.com |
www.safepatientwarming.com | www.TruthAboutBairHugger.com | www.BairHuggerfacts.com



**From:** Renee Rivers
**Sent:** Monday, May 02, 2016 1:44 PM
**To:** Kevin McGoldrick ; Mark Scott ; Jeff Hooper
**Subject:** FW: Report from ECRI.ORG on Forced Air Warming
See below,

Response from Dr. at Forrest General.

*Renee*



**Renee Rivers** | 3M Infection Prevention Inside Sales Representative
US Business Services Operations
3M Center, 275-02-W-08 | St. Paul, MN 55144-1000
Direct: 651 575 5673 |Health Care Help Line: 800 228 3957
rrivers@mmm.com| http://www.3M.com/infectionprevention



**From:** Hamlin, Alicia [mailto:Alicia.Hamlin@forrestgeneral.com]
**Sent:** Monday, May 02, 2016 1:10 PM
**To:** Renee Rivers <rrivers@mmm.com>
**Subject:** [EXTERNAL] FW: Report from ECRI.ORG on Forced Air Warming
*Alicia M. Hamlin, RN, BSN, CNOR*
*PT. CARE MANAGER- SURGERY DEPT*
*601 288-1445*

**From:** Broome, Lance
**Sent:** Friday, April 29, 2016 11:55 AM
**To:** Hamlin, Alicia
**Subject:** FW: Report from ECRI.ORG on Forced Air Warming

**From:** Michael Stonnington [mailto:stoneykatie1@aol.com]
**Sent:** Friday, April 29, 2016 11:41 AM
**To:** Broome, Lance
**Subject:** Re: Report from ECRI.ORG on Forced Air Warming
To All,

Bair Hugger
Exhibit 275
Date: 2-8-17
Richard G. Stirewalt
Stirewalt & Associates

Confidential – Subject To Protective Order                                                                                      3MBH01976220

There is no doubt that Forced Air Warming is efficacious for maintaining body temperatures. The issue is air flow mechanics and the potential of carrying bacteria from an unsterile region of room/body to the sterile field. There is a very compelling air flow study, which is frankly, very concerning...it looks at Bair Hugger. The difference between Bair Hugger and Mistral is also striking when it comes to air flow, filters, and noise level...all leans very heavily and positively in Mistral's favor. Air Flow concerns are eliminated with warming blankets such as the Hot Dog...but it requires conscientious cleaning with each case. Personally, the Hot Dog (or a product like it) is the product that I like the most because it eliminates air flow issues. Having said that, The Mistral has gone a long way to perhaps abate any concerns with detrimental air flow mechanics.

Regarding the studies on this issue, I have a few thoughts. The ECRI paper is a weak review only because Forced Air Warming studies have been exceptionally weak. Nevertheless, this ECRI review quotes a study that is probably the best study (albeit flawed)... and it recommended discontinuing the Bair Hugger. Of course, due to flaws in this particular study, the ECRI review recommended we pay no attention to it ("Really?"). The other papers are from 3M (owner of Bair Hugger) and they paid $800,000,000 for their product right before litigation issues began...we can look at them but should not hang our hat on their biased papers and endorsements.

Finally, I believe we as a hospital should not be using a product which has serious and real potential litigation issues. More importantly, our patients are not Guinea pigs...we should not continue using a product "which might be safe". We should let science sort this out, sit on the sideline, and choose the product which we believe has less controversy. I have already had patients asking me not to use Bair Hugger...that should be a warning sign to us. Hospital attorneys already have enough to do.

Sincerely, Mike Stonnington

Sent from my iPhone Michael J. Stonnington

On Apr 28, 2016, at 1:59 PM, Broome, Lance <LBroome@forrestgeneral.com> wrote:

The other email.

**From:** Hamlin, Alicia
**Sent:** Thursday, April 28, 2016 9:48 AM
**To:** Broome, Lance
**Subject:** FW: Report from ECRI.ORG on Forced Air Warming

*Alicia M. Hamlin, RN, BSN, CNOR*
*PT. CARE MANAGER- SURGERY DEPT*
*601 288-1445*

**From:** Renee Rivers [mailto:rrivers@mmm.com]
**Sent:** Tuesday, April 26, 2016 3:14 PM
**To:** Hamlin, Alicia
**Subject:** Report from ECRI.ORG on Forced Air Warming

Hi Alicia,

Here is the article referenced in our call today.

Thanks

*Renee*

**Renee Rivers** | 3M Infection Prevention Inside Sales Representative
US Business Services Operations
3M Center, 275-02-W-08 | St. Paul, MN 55144-1000
Direct: 651 575 5673 |Health Care Help Line: 800 228 3957
rrivers@mmm.com| http://www.3M.com/infectionprevention

**From:** Renee Rivers
**Sent:** Tuesday, April 26, 2016 3:13 PM
**To:** 'Hamlin, Alicia' <Alicia.Hamlin@forrestgeneral.com>
**Subject:**
ICA Report on Forced Air Warming

*Renee*

**Renee Rivers** | 3M Infection Prevention Inside Sales Representative

Confidential – Subject To Protective Order

3MBH01976221

US Business Services Operations
3M Center, 275-02-W-08 | St. Paul, MN 55144-1000
Direct: 651 575 5673 |Health Care Help Line: 800 228 3957
rrivers@mmm.com| http://www.3M.com/infectionprevention

3M security scanners have not detected any malicious content in this message.

Click here to report this email as spam

Confidential – Subject To Protective Order

3MBH01976222