# EXHIBIT 74

| | |
|---|---|
| From: | Al Van Duren |
| To: | Linda Johnsen |
| CC: | holdene@gtlaw.com |
| Sent: | 8/20/2015 9:55:42 PM |
| Subject: | RE: Supporting Data |
| Attachments: | Anesth Analg 2011; 113 1416-21.pdf; Hall presentation 1991.pdf; Memarzadeh 2010 LTE JHI.pdf; MHRA August 7, 2008.pdf; MHRA July 26, 2010.pdf; MHRA June 22, 2010.pdf; Olmstead Poster 2010.pdf; References.docx |

Attorney Client Communication

**3M Science. Applied to Life.™**

**Al Van Duren** | Senior Technical Specialist
Infection Prevention Division
3M Center, Building 270-NC273 | St. Paul, MN 55144-1000 USA
Office: **651 737 3486** | Mobile: **952 200 2491** | eFax: **651 732 8996**
apvanduren@mmm.com | www.3M.com

**From:** Linda Johnsen
**Sent:** Wednesday, August 19, 2015 4:44 PM
**To:** Al Van Duren
**Cc:** Dave Westlin
**Subject:** Supporting Data

Al,
Thank you so much.
To be **brief:**
 1) Received a number of complaints alleging infections.
 2) Within the MDR reporting requirements you are exempt from reporting (Bold Emphasis Mine) based on CFR803.20 ( C) (2)

(c) What kind of information reasonably suggests that a reportable event has occurred?
(1) Any information, including professional, scientific, or medical facts, observations, or opinions, may reasonably suggest that a device has caused or may have caused or contributed to an MDR reportable event. An MDR reportable event is a death, a serious injury, or, if you are a manufacturer or importer, a malfunction that would be likely to cause or contribute to a death or serious injury if the malfunction were to recur.
(2) If you are a user facility, importer, or manufacturer, y **ou do not have to report an adverse event if you have information that would lead a person who is qualified to make a medical judgment reasonably to conclude that a device did not cause or contribute to a death or serious injury**, or that a malfunction would not be likely to cause or contribute to a death or serious injury if it were to recur. **Persons qualified to make a medical judgment include physicians, nurses, risk managers, and biomedical engineers.** You must keep in your MDR event files (described in 803.18) the information that the qualified person used to determine whether or not a device-related event was reportable.
 3) I have attached a piece provided to me from Dave Westlin that you may want to refer to.

**In summary,**
Looking for a qualified person article, study or letter that would support decision as noted above.
In addition references (information) that could be referred to.
Thank you for your support.
Linda

**3M Science. Applied to Life.™**

**Linda F. Johnsen** | Regulatory Affairs Specialist
3M Infection Prevention Division
3M Center, Building 275-5W-06 | St. Paul, MN 55144-1000
Office: 651 737 4376
lfjohnsen@mmm.com | www.3M.com

Confidential – Subject To Protective Order                                                                                          3MBH01485746


Anesth Analg 2011;113 1416-21.pdf


Hall presentation 1991.pdf


Memarzadeh 2010 LTE JHI.pdf


MHRA August 7, 2008.pdf


MHRA July 26, 2010.pdf


MHRA June 22, 2010.pdf


Olmstead Poster 2010.pdf


References.docx