UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MDL No.  15-2666 (JNE/FLN)

In re Bair Hugger Forced Air Warming Products
Liability Litigation

**STATEMENT INSTEAD OF REDACTED DOCUMENTS**

This Document Relates to All Actions

Plaintiffs have filed a Memorandum in Opposition to Defendants' Motion to Exclude Plaintiffs' General Causation Medical Experts, together with Exhibits 1–80.

The following Exhibits (hereinafter referred to as "PX") have been marked "Confidential" under the Protective Order and redaction is impracticable.

1. PX18: A true and correct copy of 3MBH01330587–92.

2. PX19: A true and correct copy of 3MBH00130429–32.

3. PX20: A true and correct copy of 3MBH01300839–40.

4. PX31: A true and correct copy of 3MBH01944765.

5. PX37: A true and correct copy of 3MBH00050932–33.

6. PX42: A true and correct copy of deposition excerpts of 3M's corporate representative, which occurred in Minneapolis, Minnesota on March 7, 2017.

7. PX48: A true and correct copy of 3MBH00001336.

8. PX58: A true and correct copy of 3MBH01534469–71.

9. PX61: A true and correct copy of 3MBH00051588.

10. PX62: A true and correct copy of 3MBH00544754.

11. PX63: A true and correct copy of 3MBH00555977–78.

12. PX65: A true and correct copy of 3MBH00048067–85.

13. PX68: A true and correct copy of 3MBH00554405–06.

14. PX72: A true and correct copy of 3MBH01976220–22.

15. PX74: A true and correct copy of 3MBH01485746–47.

16. PX75: A true and correct copy of 3MBH00556461–70.

17. PX76: A true and correct copy of 3MBH01332558.

18. PX77: A true and correct copy of 3MBH00144055.

19. PX78: A true and correct copy of 3MBH01260231–32.

20. PX 79: A true and correct copy of 3MBH00799540.

21. PX80: A true and correct copy of 3MBH01975262–65.

Dated: October 3, 2017                MESHBESHER & SPENCE LTD.

/s/ Genevieve M. Zimmerman
Genevieve M. Zimmerman (MN #330292)
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
Email: gzimmerman@meshbesher.com

*Plaintiffs' Co-Lead Counsel*