UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
MDL No. 15-2666 (JNE/FLN)

| | |
|---|---|
| In Re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | **NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD WITHOUT SUBSTITUTION** |

Pursuant to Rule 83.7 of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and Plaintiff that David W. Fuller, currently listed as counsel of record for nonparty the United States of America, withdraws as counsel in this case. Nonparty the United States is no longer involved in this matter.

Dated: October 3, 2017

GREGORY G. BROOKER
Acting United States Attorney

*s/ David W. Fuller*

BY:  DAVID W. FULLER
Assistant U.S. Attorney
Attorney ID Number 390922
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone:  612-664-5600
Email: David.Fuller@usdoj.gov

Attorneys for Defendants