# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To: All Actions | DECLARATION OF DEBORAH E. LEWIS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF ANTONIA HUGHES, RN, BSN, MA, CNOR |

Deborah E. Lewis, being first duly sworn, deposes and declares:

I am an attorney at the law firm of Blackwell Burke P.A., and one of the attorneys representing 3M Company and Arizant Healthcare Inc. (together, "Defendants") in this litigation. I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion to Exclude the Opinions and Testimony of Antonia Hughes. Unless otherwise stated, the facts set forth herein are based upon my personal knowledge, information, and belief.

1. Attached as Defendants' Exhibit DX1 is a true and correct copy of Antonia Hughes' Expert Report.

2. Attached as Defendants' Exhibit DX2 is a true and correct copy of the transcript of the deposition of Antonia Hughes.

3. Attached as Defendants' Exhibit DX3 is a true and correct copy of Ex 5 from the deposition of Dr. William Jarvis, which is a publication entitled Mangram, A., et

al., "Guideline for prevention of surgical site infection, 1999," 27 *American Journal of Infection Control* 97 (1999).

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  October 3, 2017				Respectfully submitted,

						*s/Deborah E. Lewis*
						Deborah E. Lewis