UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to All Actions | |

## **DECLARATION OF GENEVIEVE M. ZIMMERMAN**

1. My name is Genevieve M. Zimmerman and I am a partner with the Meshbesher & Spence Ltd. law firm. I am a member of the Court appointed Co-Lead Counsel in the above entitled matter.

2. Attached hereto as PX1 is a true and correct copy of the deposition of Theodore Holford, Ph.D., which occurred in Hartford, Connecticut on July 18, 2017.

3. Attached hereto as PX2 is a true and correct copy of deposition excerpts of Jonathan Borak, Ph.D., which occurred in Hartford, Connecticut on July 20, 2017.

4. Attached hereto as PX3 is a true and correct copy of C. Cranor, *Scientific Inferences in the Laboratory and the Law*, 95(S1) AM J PUBLIC HEALTH S124 (2005).

5. Attached hereto as PX4 is a true and correct copy of Clapp R., *Environment and Health: Vital Intersection or Contested Territory?* AM. J. OF LAW & MEDICINE 30:189, 211 (2004).

6. Attached hereto as PX5 is a true and correct copy of D. Eaton, *Scientific Judgement and Toxic Torts – A Primer in Toxicology for Judges and Lawyers*, 12(1) J LAW & POLICY 5, 40 (2003).

1

7. Attached hereto as PX6 is a true and correct copy of excerpts of A. Aschengrau, *Cohort Studies*, ESSENTIALS OF EPIDEMIOLOGY IN PUBLIC HEALTH at 205 (Jones and Bartlett 2003).

8. Attached hereto as PX7 is a true and correct copy of the June 2, 2017 expert report of Jonathan Borak, Ph.D.

9. Attached hereto as PX8 is a true and correct copy of the March 30, 2017 expert report of Jonathan Samet, M.D., M.S.

10. Attached hereto as PX9 is a true and correct copy of Exhibit A to the March 30, 2017 expert report of Jonathan Samet, M.D., M.S.

11. Attached hereto as PX10 is a true and correct copy of Attachment A to the March 30, 2017 expert report of William Jarvis, M.D.

12. Attached hereto as PX11 is a true and correct copy of the March 30, 2017 expert report of Michael Stonnington, M.D.

13. Attached hereto as PX12 is a true and correct copy of deposition excerpts of Christopher Nachtsheim, Ph.D., which occurred in Minneapolis, Minnesota on November 29, 2016.

14. Attached hereto as PX13 is a true and correct copy of deposition excerpts of Jonathan Samet, M.D., M.S., which occurred in Los Angeles, California on July 11, 2017 and August 8, 2017.

15. Attached hereto as PX14 is a true and correct copy of McGovern et al., *An Investigation of Theatre Ventilation, Patient Warming and Joint Replacement Infection in Orthopaedics*, 93B:11 J BONE & JOINT SURG. 1537-44 (Nov. 2011).

16. Attached hereto as PX15 is a true and correct copy of deposition excerpts of Michael Reed, M.D., which occurred in London, England on December 4, 2016.

17. Attached hereto as PX16 is a true and correct copy of deposition excerpts of Paul McGovern, M.B.B.S., M.R.C.S., which occurred in London, England on January 5, 2017.

18. Attached hereto as PX17 is a true and correct copy of Darouiche et al., *Association of Airborne Microorganisms in the Operating Room with Implant Infections: A Randomized Controlled Trial*, 38:1 INF. CONTROL & HOSP. EPIDEMIOLOGY (2017).

19. Attached hereto as PX18 is a true and correct copy of 3MBH01330587–92.

20. Attached hereto as PX19 is a true and correct copy of 3MBH00130429–32.

21. Attached hereto as PX20 is a true and correct copy of 3MBH01300839–40.

22. Attached hereto as PX21 is a true and correct copy of Hickson et al., *Prophylactic Antibiotics in Elective Hip and Knee Arthroplasty*, 4 BONE JOINT RES. 181-189 (2015).

23. Attached hereto as PX22 is a true and correct copy of Eriksson et al., *Rivaroxaban versus Enoxaparin for Thromboprophylaxis after Hip Arthroplasty*, 358(26) N. ENGL. J. MED. (2008).

24. Attached hereto as PX23 is a true and correct copy of Kakkar et al. *Extended Duration Rivaroxaban versus Short-Term Enoxaparin for the Prevention of Venous Thromboembolism after Total Hip Arthroplasty*, 372 LANCET 31-39 (2008).

25. Attached hereto as PX24 is a true and correct copy of Lassen et al., *Rivaroxaban versus Enoxaparin for Thromboprophylaxis after Total Knee Arthroplasty*, 358(26) N. ENG. J. MED. (2008).

26. Attached hereto as PX25 is a true and correct copy of Turpie et al., *Rivaroxaban versus Enoxaparin for Thromboprophylaxis after Total Knee Arthroplasty (RECORD 4)*, 373 LANCET 1673-80 (2009).

27. Attached hereto as PX26 is a true and correct copy of Jensen et al., *Return to theatre following total hip and knee replacement, before and after the introduction of rivaroxaban*, 93-B(1) J BONE & JOINT SURGERY BR. (2011).

28. Attached hereto as PX27 is a true and correct copy of Jameson et al., *Wound Complications Following Rivaroxaban Administration*, 94 J BONE JOINT SURG. AM. 1554-8 (2012).

29. Attached hereto as PX28 is a true and correct copy of Melling et al., *Effects of Preoperative Warming on the Incidence of Wound Infection After Clean Surgery*, 358 LANCET 876-80 (2001).

30. Attached hereto as PX29 is a true and correct copy of the June 1, 2017 expert report of Theodore Holford, Ph.D.

31. Attached hereto as PX30 is a true and correct copy of deposition excerpts of Mark Albrecht, M.S., M.B.A., which occurred in Minneapolis, Minnesota on October 7, 2016.

32. Attached hereto as PX31 is a true and correct copy of 3MBH01944765.

33. Attached hereto as PX32 is a true and correct copy of Hill, *The Environment and Disease: Association or Causation?* 58 PROC. ROYAL SOC'Y MED. 295, 298 (1965).

34. Attached hereto as PX33 is a true and correct copy of Stocks, et al., *Predicting Bacterial Populations Based on Airborne Particulates: A Study Performed in Non-Laminar Flow Operating Rooms During Joint Arthroplasty Surgery*, 38(3) AM. J. INF. CONTROL 199–204 (2010).

35. Attached hereto as PX34 is a true and correct copy of Raval, et al., *Real-time Monitoring of Non-Viable Airborne Particles Correlates with Airborne Colonies and Representing an Acceptable Surrogate for Daily Assessment of Cell-Processing Cleanroom Performance*, 14(9) CYTOTHERAPY 1144–1150 (2012).

36. Attached hereto as PX35 is a true and correct copy of excerpts of Proceedings of the International Consensus Meeting on Periprosthetic Joint Infection at 1–6, 115–116.

37. Attached hereto as PX36 is a true and correct copy of Sessler, et al., *Forced-Air Warming Does Not Worsen Air Quality in Laminar Flow Operating Rooms*, 113(6) ANESTHESIA ANALGESIA 1416–1421 (2011).

38. Attached hereto as PX37 is a true and correct copy of 3MBH00050932–33.

39. Attached hereto as PX38 is a true and correct copy of Legg, et al., *Do Forced Air Patient-Warming Devices Disrupt Unidirectional Downward Airflow?* 94-B(2) J. BONE JOINT SURG. BR. 254–256 (2012).

40. Attached hereto as PX39 is a true and correct copy of Legg, et al., *Forced-Air Patient Warming Blankets Disrupt Unidirectional Airflow*, 95-B J. BONE JOINT SURG. BR. 407–410 (2013).

41. Attached hereto as PX40 is a true and correct copy of Belani, et al., *Patient Warming Excess Heat: The Effects on Orthopedic Operating Room Ventilation Performance*, 117:2 ANESTHESIA ANALGESIA 406–411 (2013).

42. Attached hereto as PX41 is a true and correct copy of Wood, et al., *Infection Control Hazards Associated with the Use of Forced-Air Warming in Operating Theatres*, J. HOSP. INF. 1–9 (2014).

43. Attached hereto as PX42 is a true and correct copy of deposition excerpts of 3M's corporate representative, which occurred in Minneapolis, Minnesota on March 7, 2017.

44. Attached hereto as PX43 is a true and correct copy of Moretti, et al., *Active Warming Systems to Maintain Perioperative Normothermia in Hip Replacement Surgery: A Therapeutic Aid or a Vector of Infection?* 73 J. HOSP. INF. 58–63 (2009).

45. Attached hereto as PX44 is a true and correct copy of Tumia, et al., *Convection Warmers—a possible source of contamination in laminar airflow operating theaters?* 52 J. HOSP. INF. 171–174 (2002).

46. Attached hereto as PX45 is a true and correct copy of excerpts of the Centers for Disease Control and Prevention's Record of Proceedings, November 5-6, 2015.

47. Attached hereto as PX46 is a true and correct copy of excerpts of the Centers for Disease Control and Prevention's Record of Proceedings, March 31, 2016.

48. Attached hereto as PX47 is a true and correct copy of an FDA Safety Communication and Update, dated October 13, 2016.

49. Attached hereto as PX48 is a true and correct copy of 3MBH00001336.

50. Attached hereto as PX49 is a true and correct copy of Mr. Jerry Blackwell's letter to Ms. Genevieve Zimmerman and Judge Franklin Noel, dated September 19, 2016.

51. Attached hereto as PX50 is a true and correct copy of deposition excerpts of John Legg, M.D., which occurred in Sheffield, England on December 1, 2016.

52. Attached hereto as PX51 is a true and correct copy of Zink, et al., *Convective Warming Therapy Does Not Increase the Risk of Wound Contamination in the Operating Room*, 76 ANESTHESIA ANALGESIA 50–53 (1993).

53. Attached hereto as PX52 is a true and correct copy of Avidan, et al., *Convection warmers—not just hot air*, 52 ANESTHESIA 1073–1076 (1997).

54. Attached hereto as PX53 is a true and correct copy of Bernards, et al. *Persistent Acinetobacter Baumannii? Look Inside Your Medical Equipment*, 25 INFECT. CONTROL HOSP. EPIDEMIOLOGY 1002–1004 (2004).

55. Attached hereto as PX54 is a true and correct copy of Gjolaj, et al. *Don't Forget to Change the Bair Hugger Filter*, Stanford Medical School (2009).

56. Attached hereto as PX55 is a true and correct copy of Beavers, *Acinetobacter Infections among Hospitalized Patients in Kentucky*, 42(2) KENTUCKY EPIDEMIOLOGIC NOTES & REPORTS 1–5 (2007).

57. Attached hereto as PX56 is a true and correct copy of the March 30, 2017 expert report of William Jarvis, M.D.

58. Attached hereto as PX57 is a true and correct copy of Kurz, et al. *Perioperative Normothermia to Reduce the Incidence of Surgical-Wound Infection and Shorten Hospitalization*, 334 N. ENG. J. NAT. MED. 1209–15 (1996).

59. Attached hereto as PX58 is a true and correct copy of 3MBH01534469–71.

60. Attached hereto as PX59 is a true and correct copy of deposition excerpts of Andrea Kurz, Ph.D., which occurred in Cleveland, Ohio on January 12, 2017.

61. Attached hereto as PX60 is a true and correct copy of Brown et al., *Intraoperative Hypothermia and Surgical Site Infections in Patients with Class I / Clean Wounds: A Case-Control Study*, 224(2) J. AM. COLL. SURG. 160–71 (2017).

62. Attached hereto as PX61 is a true and correct copy of 3MBH00051588.

63. Attached hereto as PX62 is a true and correct copy of 3MBH00544754–55.

64. Attached hereto as PX63 is a true and correct copy of 3MBH00555977–78.

65. Attached hereto as PX64 is a true and correct copy of *ECRI Update: You're Getting Warm: Uncovering Forced-Air Warming Units*, ECRI Institute, May 1, 2017.

66. Attached hereto as PX65 is a true and correct copy of 3MBH00048067–85.

67. Attached hereto as PX66 is a true and correct copy of Exhibit C to the March 30, 2017 expert report of Jonathan Samet, M.D., M.S.

68. Attached hereto as PX67 is a true and correct copy of Exhibit B to the March 30, 2017 expert report of Jonathan Samet, M.D., M.S.

69. Attached hereto as PX68 is a true and correct copy of 3MBH00554405–06.

70. Attached hereto as PX69 is a true and correct copy of *Guideline for Prevention of Surgical Site Infection*, Centers for Disease Control and Prevention, 1999.

71. Attached hereto as PX70 is a true and correct copy of deposition excerpts of William Jarvis, M.D., which occurred in San Francisco, California on July 25, 2017.

72. Attached hereto as PX71 is a true and correct copy of deposition excerpts of Michael Stonnington, M.D., which occurred in Biloxi, Mississippi on July 21, 2017.

73. Attached hereto as PX72 is a true and correct copy of 3MBH01976220–22.

74. Attached hereto as PX73 is a true and correct copy of Exhibit 8, marked at the deposition of Michael Stonnington, M.D., which occurred in Biloxi, Mississippi on July 21, 2017.

75. Attached hereto as PX74 is a true and correct copy of 3MBH01485746–47.

76. Attached hereto as PX75 is a true and correct copy of 3MBH00556461–70.

77. Attached hereto as PX76 is a true and correct copy of 3MBH01332558.

78. Attached hereto as PX77 is a true and correct copy of 3MBH00144055.

79. Attached hereto as PX78 is a true and correct copy of 3MBH01260231–32.

80. Attached hereto as PX79 is a true and correct copy of 3MBH00799540.

81. Attached hereto as PX80 is a true and correct copy of 3MBH01975262–65.

Dated:  October 3, 2017                    /s/ Genevieve M. Zimmerman

Genevieve M. Zimmerman (MN#330292)
MESHBESHER & SPENCE, LTD.
1616 Park Avenue
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
Email: gzimmerman@meshbesher.com

*Plaintiffs' Co-Lead Counsel*