# EXHIBIT 2

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

### Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

- - - - - - - - - - - - - - - - -

In Re:
Bair Hugger Forced Air Warming
Products Liability Litigation

This Document Relates To:
All Actions            MDL No. 15-2666 (JNE/FLM)

- - - - - - - - - - - - - - - - -

DEPOSITION OF JONATHAN BORAK
VOLUME I, PAGES 1 - 251
JULY 20, 2017

(The following is the deposition of JONATHAN BORAK, taken pursuant to Notice of Taking Deposition, via videotape, at the Marriott Hartford Downtown, 200 Columbus Boulevard, Hartford, Connecticut, commencing at approximately 8:09 o'clock a.m., July 20, 2017.)

### Page 2

APPEARANCES:

On Behalf of the Plaintiffs:
Jan M. Conlin
CIRESI CONLIN L.L.P.
225 South 6th Street, Suite 4600
Minneapolis, Minnesota 55402

On Behalf of Defendants:
Corey L. Gordon
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, Minnesota 55415

ALSO APPEARING:
Ronald M. Huber, Videotechnician

### Page 3

I N D E X

| EXHIBITS | DESCRIPTION | PAGE MARKED |
|---|---|---|
| Ex 1 | Expert report of Jonathan Borak | 7 |
| 2 | Borak curriculum vitae | 8 |
| 3 | Jonathan Borak & Company website download | 39 |
| 4 | Article, Mortality Disparities in Appalachia, by Borak, et al | 46 |
| 5 | E-mail sent September 06, 2002 | 54 |
| 6 | Exhibit B to Borak's expert report | 61 |
| 7 | Kurz deposition excerpt, January 12, 2017 | 76 |
| 8 | E-mail, 3M00580475 | 90 |
| 9 | 510(k) Summary of Safety & Effectiveness, January 10, 1996, 3MBH00047382-3 | 94 |
| 10 | E-mail string, 3MBH00024633-4 | 113 |
| 11 | E-mail string, 3MBH00544754-5 | 119 |
| 12 | E-mail string, 3MBH00132501-2 | 124 |
| 13 | E-mail string, 3MBH00130429-32 | 126 |
| 14 | E-mail string, 3MBH01330587-92 | 128 |
| 15 | Article, Return to theatre following total hip and knee | |

### Page 4

| | | |
|---|---|---|
| | replacement, before and after the introduction of rivaroxaban, by Jensen, et al | 145 |
| 16 | Article in Health Devices, Force-Air Warming and Surgical Site Infections | 154 |
| 17 | Article, Wound Complications Following Rivaroxaban Administration, by Jameson, et al | 154 |
| 18 | Reed deposition transcript, December 4, 2016 | 161 |
| 19 | Article, Chlorhexidine-Alcohol versus Povidone-Iodine for Surgical-Site Antisepsis, by Darouiche, et al | 170 |
| 20 | Article, Preventing Surgical-Site Infections in Nasal Carriers of Staphylococcus aureus, by Bode, et al | 175 |
| 21 | Article, Effects of preoperative warming on the incidence of wound infection after clean surgery: A randomised controlled trial, by Melling, et al | 190 |
| 22 | Article, Prophylactic antibiotics | |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 5

| | | |
|---|---|---|
| 1 | | in elective hip and knee |
| 2 | | arthroplasty, by Hickson, et al    193 |
| 3 | 23 | Article, Implementing effective |
| 4 | | SSI surveillance, by Gillson, |
| 5 | | et al                              195 |
| 6 | 24 | Article, Surveillance of surgical |
| 7 | | site infections in NHS hospitals |
| 8 | | in England, 2015/16                198 |
| 9 | 25 | Article, Staphylococcus aureus |
| 10 | | Screening and Decolonization in |
| 11 | | Orthopaedic Surgery and Reduction |
| 12 | | of Surgical Site Infections, by |
| 13 | | Chen, et al                        203 |
| 14 | 26 | Centers for Disease Control and |
| 15 | | Prevention Guidelines for the |
| 16 | | Prevention of Surgical Site |
| 17 | | Infection, 2017                    204 |
| 18 | 27 | McGovern deposition excerpt, |
| 19 | | January 4, 2017                    215 |
| 20 | 28 | McGovern deposition excerpt, |
| 21 | | January 5, 2017                    230 |
| 22 | 29 | Nachtsheim deposition excerpt, |
| 23 | | November 29, 2016                  236 |
| 24 | 30 | Article, The Environment and |
| 25 | | Disease: Association or |

Page 6

1      Causation? by Hill         239

4   WITNESS         EXAMINATION BY       PAGE
5   Jonathan Borak     Ms. Conlin        7
6                      Mr. Gordon      240
7                      Ms. Conlin      245
8                      Mr. Gordon      246
9                      Ms. Conlin      247

Page 7

1                PROCEEDINGS
2           (Witness sworn.)
3                JONATHAN BORAK
4       called as a witness, being first duly sworn,
5       was examined and testified as follows:
6              ADVERSE EXAMINATION
7   BY MS. CONLIN:
8       Q.  Good morning, Professor Borak.  Is it --
9       Do you go by Dr. Borak or Professor Borak?
10      **A.  I -- I guess I'm more comfortable with**
11  **doctor.**
12      Q.  Okay.
13      **A.  I've been a doctor for longer.**
14      Q.  Can you spell your last name for the record,
15  please -- or actually your full name.
16      **A.  Jonathan, J-o-n-a-t-h-a-n, Benjamin,**
17  **B-e-n-j-a-m-i-n, Borak, B-o-r-a-k.**
18          MS. CONLIN:  We can mark that.  Do you want
19  a copy?
20          MR. GORDON:  Are you using new numbering
21  for --
22          MS. CONLIN:  Yeah.  We'll go with Borak
23  Exhibit 1.
24          (Exhibit 1 was marked for
25          identification.)

Page 8

1   BY MS. CONLIN:
2       Q.  I've handed you a copy of -- or what's been
3   marked as Borak Deposition Exhibit No. 1.  Is that
4   your expert report in this case?
5       **A.  That is correct.**
6       Q.  And --
7           (Exhibit 2 was marked for
8           identification.)
9   BY MS. CONLIN:
10      Q.  I've handed you, Dr. Borak, what's been
11  marked as Borak Deposition Exhibit No. 2.  Is this a
12  copy of your CV?
13      **A.  I'm sorry, what was your question?**
14      Q.  Is this a copy of your CV?
15      **A.  Yeah.  There's several more recent**
16  **publications.**
17      Q.  Okay.  Do you want to, if you know, name
18  those, please.
19      **A.  The names are long.  They both have to do**
20  **with elemental mercury exposure.  They have just been**
21  **published in the last week in Critical Reviews in**
22  **Toxicology.**
23      Q.  Okay.  Other than those additions, to the
24  best of your knowledge is Exhibit 2 correct and
25  accurate?

2 (Pages 5 to 8)

Page 65

1  correct?
2     A. It was my opinion that the man's cigarette
3  smoking and long history that predated the World Trade
4  Center explained his complaints.
5     Q. Okay. And what was your -- subject matter
6  of your testimony in Cabot Corporation?
7     A. I -- I already alluded to that. That had to
8  do with the adjudication in terms of the insurance
9  coverage for -- between two companies.
10    Q. And what was the particular chemical of
11 concern?
12    A. The issue had to do with if one could get
13 coal miner's pneumoconiosis in the absence of silica.
14    Q. And in that case you concluded that the --
15 that he can't; correct?
16      (Discussion off the stenographic record.)
17    A. Yes. My conclusion was that the absence of
18 silica, that -- no, let me turn it the other way --
19 that the presence of silica contributed to the
20 formation of pneumoconiosis.
21    Q. Okay. And how about in the final case,
22 Secretary of Labor (MSHA) versus Klondex Midas, which
23 side were you on in this case?
24    A. I -- I was involved with Klondex Midas, and
25 the case concerned whether medical causes of loss of

Page 66

1  consciousness had been addressed and considered by a
2  coroner and others.
3     Q. And what did you opine in that case?
4     A. I agreed with statements from the coroner
5  that she had not looked for such causes and could not
6  render such an opinion.
7     Q. Now you talk in your expert report about
8  sufficient component causation; correct?
9     A. Yes. I think I spoke to it in the context
10 of Dr. Samet's report.
11    Q. Right. And you'd agree with me that it's a
12 well accepted methodology in epidemiological studies;
13 correct?
14    A. I accept the concept.
15    Q. Yeah. And in fact it was first espoused by
16 Dr. Rothman; correct?
17    A. I looked at it in Dr. Rothman's writings as
18 a result of Dr. Samet citing that, yes.
19    Q. And you'd agree with me Dr. Rothman is one
20 of the leading minds in epidemiology.
21    A. I think Dr. Rothman is a leading mind in
22 epidemiology.
23    Q. So you don't take issue with Dr. Samet's
24 methodology, just his conclusions; correct?
25      MR. GORDON: Object to the form of the

Page 67

1  question.
2     A. I -- I don't object to his use of the
3  sufficient component cause model. I raise concerns at
4  the end of this section of my report and we could
5  address that specifically. Now it's not only the
6  conclusion, there was something in the method that I
7  had a problem with.
8     Q. Okay. But the sufficient component
9  causation methodology is well established and accepted
10 amongst epidemiologists.
11    A. I -- I think probably. I -- I don't --
12      I'm not objecting to that.
13    Q. Okay. And in fact you went through the same
14 framework in connection with responding to Dr. Samet's
15 report; correct?
16    A. Well I probably would have done that to be
17 responsive to Dr. Samet. I don't know if I would have
18 done it otherwise.
19    Q. Okay. But you did in fact use the same
20 framework. You didn't employ a different framework --
21    A. No. No.
22    Q. -- in connection with responding; correct?
23    A. Yes, that's correct I think.
24    Q. Okay. Would you agree with me that when
25 you're looking at epidemiology, that drawing causal

Page 68

1  inferences after finding association requires
2  judgment?
3     A. Judgment is part of the requirements, yes.
4     Q. Okay. Would you agree with me that although
5  the drawing of causal inferences is informed by
6  scientific expertise, it is not a determination that
7  is made using an objective or algorith -- algorithmic
8  methodology?
9     A. It is not necessarily.
10    Q. What do you mean by "it is not necessarily."
11    A. Well read me back your question and I'll
12 answer your second question. You asked me do I agree
13 that it is not, and I -- my answer was it was not
14 necessarily.
15    Q. Okay. Would you agree, quote, "Although the
16 drawing of a causal in" -- strike that. Let me start
17 over.
18      Would you agree with me, quote, "Although
19 the drawing of causal inferences is informed by
20 scientific expertise, it is not a determination that
21 is made using an objective or algorithmic
22 methodology," end quote?
23    A. Yes. It is not necessarily based upon such
24 an algorithmic approach.
25    Q. Would you agree with me that, quote,