# EXHIBIT 16

Page 233

1

2              IN THE UNITED STATES DISTRICT COURT
                      DISTRICT OF MINNESOTA
3

- - - - - - - - - - - - - - - - - - - - - -
4    IN THE MATTER OF                    )
                                         )
5    IN RE BAIR HUGGER FORCED AIR        )
     WARMING                             )
6    PRODUCTS LIABILITY LITIGATION       )
                                         )
7                      Plaintiff,        )
                                         )PRETRIAL ORDER NO: 7
8    v.                                  )Protective Order
                                         )MDL No. 15-2666
9    3M COMPANY AND ARIZANT              )(JNE/FLN)
     HEALTHCARE INC.                     )
10                     Defendant.        )
- - - - - - - - - - - - - - - - - - - - - -
11                 DEPOSITION OF PAUL MCGOVERN
12                         VOLUME II
13                 Thursday, January 5, 2017
14              AT:  FAEGRE BAKER DANIELS LLP
15                      Taken at:
16                   7 Pilgrim Street
                     London EC4V 6LB
17                    United Kingdom
18

19

20   Court Reporter:
21   Louise Pepper: Accredited Real-time Reporter
22   Videographer: Simon Addinsell
23

24

25   JOB NO. 117121

Page 234

```
 1
 2                  A P P E A R A N C E S
 3     Appearing for the Plaintiff:
 4          MR. MICHAEL SACCHET
            CIRESI CONLIN
 5          225 South 6th Street
            Minneapolis, MN 55402
 6
 7
 8
            GENEVIEVE ZIMMERMAN
 9          MESHBESHER & SPENCE
            1616 Park Avenue
10          Minneapolis, MN 55404
11
12
       Appearing for the Defendant:
13
            MR. COREY GORDON
14          BLACKWELL BURKE
            431 South Seventh Street
15          Minneapolis, MN 55415
16
17
18          MS. KATHERINE NEWMAN
            FAEGRE BAKER DANIELS
19          7 Pilgrim Street, London EC4V 6LB
20
21
22     Appearing for the Witness:
23          MR. ANDREW HEAD
            MR. BRYAN SHACKLADY
24          FORSTERS
            31 Hill Street
25          London W1J 5LS
```

Page 235

```
 1
 2                  W I T N E S S  I N D E X
 3     Examination by MR. SACCHET  ...................239
 4     Examination by MR. C. GORDON  ................459
 5                  E X H I B I T  I N D E X
 6     Exhibit 1 Email chain between P. ..................263
 7          McGovern and M. Albrecht,
            Bates stamped Albrecht_0016487
 8     Exhibit 2 Email chain between Mark ................287
            Albrecht, Paul McGovern, Mike
 9          Reed and others, dated 30 June
            to 3 July, 2010
10
       Exhibit 3 Forced Air Warming .......................289
11          Demonstration DVD
12     Exhibit 4 CDC document entitled ...................298
            "Healthcare Infection Control
13          Practices Advisory Committee
            Record of the Proceedings",
14          dated November 5-6, 2015,
            previously marked as Exhibit
15          208, Bates stamped
            3MBH01344612-01344685
16
       Exhibit 5 Document entitled .......................306
17          "Forced Air Warming (FAW) and
            Surgical Site Contamination
18          First Draft" dated 27/9/09
19     Exhibit 6 Document entitled "Do ...................308
            Forced Air Warming Devices
20          Increase Bacterial
            Contamination of Operative
21          Field? - Simulated
            experimental analysis".
22
       Exhibit 7 Email chain dated 8-11 ..................309
23          November, 2009, subject line:
            "FAW"
24
       Exhibit 8 Document Bates stamped ..................316
25          3MBH00107863-00107870
```

Page 236

```
 1
 2     Exhibit 9 Document entitled "Do ...................324
            Forced Air Warming Devices
 3          Increase Bacterial
            Contamination of Operative
 4          Field? - Simulated experiment
            analysis".
 5
       Exhibit 10 Email chain between ....................336
 6          Paul McGovern and Val
            Edwards-Jones"Re Saturday",
 7          dated 26 November - 20
            December 2009
 8
       Exhibit 11 Email chain between ....................337
 9          Paul McGovern, David Leaper,
            Andrew Sprowson and Thomas
10          Symes, "Prof David Leaper
            Visit", dated 10 September - 2
11          December 2009
12     Exhibit 12 Email chain between ....................342
            Paul McGovern and Mike Reed,
13          dated 21 February 2010,
            "Laminar flow tests".
14
       Exhibit 13 Article co-published by ................347
15          Paul McGovern and others,
            entitled "Forced-air warming
16          and ultra-clean ventilation do
            not mix." Bates stamped
17          Belani_000190-000197
18     Exhibit 14 Article entitled .......................353
            "Patient Warming Excess Heat:
19          The Effects on Orthopedic
            Operating Room Ventilatio
20          Performance", Bates stamped
            Belani_000040-000045
21
       Exhibit 15 Email chain between ....................359
22          Mark Albrecht, Paul McGovern
            and others, dated 1 February
23          2011, "Manuscript with updated
            joint infection data covering
24          an additional 200 or so".
       Exhibit 16 Excel spreadsheet with .................365
25          data analysis
```

Page 237

```
 1
 2
       Exhibit 17 Email chain between ....................372
 3          Mark Albrecht, Mike Reed, Paul
            McGovern and others, dated 18
 4          February - 1 March 2011,
            "Signatures on Transmittal
 5          Letter".
 6     Exhibit 18 Email chain between ....................373
            Paul McGovern and Mark
 7          Albrecht, dated 19 May - 23
            May, 2011, "Fwd: JBJS [BR] log
 8          No. 27124 - Invitation to
            resubmit
 9
       Exhibit 19 Email chain "Re ........................382
10          McGovern" between Robin
            Humble, Scott Augustine, Paul
11          McGovern and others plus
            attachment entitled "Observed
12          reduction in periprosthetic
            joint infections: Antibiotics
13          or warming technique?", dated
            25 March - 17 June 2016.
14
       Exhibit 20 Journal of Bone and ....................391
15          Joint Surgery document
            entitled "Wound Complications
16          Following Rivaroxaban
            Administration".
17
       Exhibit 21 Paper entitled "Return .................396
18          to theatre following total hip
            and knee replacement, before
19          and after the introduction of
            rivaroxaban".
20
       Exhibit 22 Journal of .............................403
21          Tissueviability paper entitled
            "A prospective randomised
22          study comparing the jubilee
            dressing method to a standard
23          adhesive dressing for total
            hip and knee replacements",
24          authored by Neil G. Burke and
            others.
25
```

Page 238

1   Exhibit 23 Email chain between ...................410
2      Mark Albrecht and Mike Reed,
      "Full workup of stats you
3      requested", dated 29 November,
      2011.
4
   Exhibit 24 Email from Mark ........................416
5      Albrecht to Scott Augustine,
      with attachment, dated
6      11/22/2015, Bates stamped
      Albrecht_0002079-0002086
7
   Exhibit 25 Anesthesia & Analgesia ..................445
8      document entitled "Patient
      Warming Excess Heat: Effects
9      on OR Ventilation Performance
      During Total Knee
10     Replacement", Bates stamped
      Belani_000002-000039
11
   Exhibit 26 Email from Mark ........................454
12     Albrecht to Paul McGovern and
      others, "Fwd: A&A Decision for
13     MS#: AA-D-11-01334", dated 25
      October 2011
14
   Exhibit 27 Email chain between ....................455
15     Mark ALbrecht, Mike Reed and
      others, "Fwd: A&A DEcision for
16     MS#: AA-D-11-01334R1", dated
      11 January 2012.
17
   Exhibit 28 Spreadsheet, Bates .....................461
18     stamped
      AUGUSTINE_0005193-0005487
19
   Exhibit 29 Printout of spreadsheet ................463
20     data
21   Exhibit 30 Screenshots of FAW v ...................500
      CWB YouTube video
22
23
24
25

Page 239

1    DR. PAUL MCGOVERN
2       P R O C E E D I N G S
3       THE VIDEOGRAPHER:  This is Day 2 of the deposition
4    of Dr. Paul McGovern.  The deposition started yesterday
5    4 January, today is 5 January 2017, and it is 9:24 a.m.
6    This is the beginning of DVD 1 in volume 2 of Dr. McGovern's
7    deposition.  Everybody who was in the room yesterday is here
8    today.
9       Can I remind the witness he was sworn in
10   yesterday and is still under oath.  Can you --
11      THE WITNESS:  Yes.
12      THE VIDEOGRAPHER:  You're on the record, counsel.
13   It is 25 past 9.
14   EXAMINATION BY MR. SACCHET:
15   BY MR. SACCHET:
16      Q.  Good morning, Dr. McGovern.
17      A.  Good morning.
18      Q.  As I mentioned yesterday, my name is Mr. Sacchet,
19   and I represent the plaintiffs 3M.  Yesterday my learned
20   friend on the other side reviewed some of the ground rules
21   for the deposition.  I'm going to go through few more today,
22   just to make sure we're on the same page with respect to the
23   procedures for our conversation.  As you know, I'll be
24   asking you questions under oath and you'll be responding to
25   them.  If at any time you don't understand a question or if

Page 240

1    DR. PAUL MCGOVERN
2    you don't hear the question, please let me know, okay?
3       A.  Yes.
4       Q.  As was mentioned yesterday, it's best for the
5    record and the court reporter, if I ask a question, that you
6    let me finish asking the question before you answer, and
7    I'll do the same with respect to you in refraining from
8    asking a question before you've finished your answer.
9    Please provide audible "Yes" or "No" answers with respect to
10   the questions as opposed to a nodding or shaking of the
11   head.  Is that agreeable?
12      A.  Yes.
13      Q.  And if at any time you need a break, just let me
14   know, and I'll find an appropriate spot to pause.
15      A.  Sure.
16      Q.  Before we jump into your background, with respect
17   to your educational and professional history, just a few
18   preliminary items.  You've never met me before, have you?
19      A.  Not before yesterday, no.
20      Q.  And prior to yesterday, you'd never spoken to me
21   before, be it via e-mail or phone?
22      A.  That is correct.
23      Q.  You've never spoken to any members of the
24   plaintiff's counsel in this matter, have you?
25      A.  That is correct.

Page 241

1    DR. PAUL MCGOVERN
2       Q.  Have you ever spoken to anyone on the side of the
3    defense, prior to yesterday?
4       A.  I'd received communications from various people on
5    the side of the defense.  I have only communicated with them
6    through my lawyers.
7       Q.  Okay.  Do you recall who those individuals were
8    that attended the --
9       A.  Stephen Llewellyn, from Faeger Baker Daniels.
10   I received a Linkedin message from a lawyer in the United
11   States, but I don't remember their name.
12      Q.  Do you recall the content of the message?
13      A.  It was similar to the initial contact from Stephen
14   Llewellyn, saying that 3M would like to depose me, and
15   asking me to get back in touch to arrange that.
16      Q.  And did you get back in touch to arrange that?
17      A.  I did not reply to the Linkedin message at all, and
18   I replied to Stephen Llewellyn through my lawyers when
19   I arranged legal representation.
20      Q.  Okay.  So other than contact via your attorney,
21   you've had no personal contact with anyone on the other
22   side?
23      A.  That is correct.
24      Q.  I know you spoke a little bit yesterday about your
25   background as well, and I'm going to review some of that

Page 374

DR. PAUL MCGOVERN

1
2    A. Thank you.
3    Q. This is a initial e-mail from Mr. Albrecht to
4    yourself on May 19, 2011; correct?
5    A. Yes.
6    Q. He says, "See reviewer's comments below (only
7    minor)."
8    A. Yes.
9    Q. Below that is an e-mail from -- actually a letter
10   from James Scott, an editor of the journal?
11   A. Yes.
12   Q. To Mr. Albrecht?
13   A. Yes.
14   Q. It says:
15       "Thank you for submitting your paper for
16   consideration by the Journal of Bone and Joint Surgery.
17   It has been reviewed by experts in the field and by
18   members of the editorial staff";
19       Does it not?
20   A. It does.
21   Q. On the third page of this e-mail there are comments
22   from reviewer 2, correct?  Which is designated on the second
23   page but carrying over on to the third page?
24   A. Correct.
25   Q. In the first full paragraph, the reviewer states:

Page 375

DR. PAUL MCGOVERN

1
2       "The second part of the paper is a study of
3    the infection in the cases done in their unit over
4    a period of years before, during and after the
5    transition from the forced-air warming apparatus to the
6    conductive material heating apparatus."
7       Do you see that?
8    A. I do.
9    Q. The reviewer goes on to state:
10      "This demonstrates that there were actual
11   changes in infection rates which would fit well with
12   the experimental data and therefore support the
13   contention that there is a serious issue to be
14   addressed with some of the warming devices."
15      Do you see that?
16   A. I do.
17   Q. Does that refresh your recollection that one of the
18   editors of the Journal of Bone and Joint Surgery said that
19   the study supported serious issues with respect to warming
20   devices?
21   A. One of the peer reviewers said that.
22   Q. One of the peer reviewers?
23   A. Yes.
24   Q. Yesterday you were asked about some of the
25   potential limitations of the study; correct?

Page 376

DR. PAUL MCGOVERN

1
2    A. Yes.
3    Q. You were asked about particular patient
4    demographics?
5    A. Yes.
6    Q. And table 1 of the study itself shows that some
7    patient-specific demographics were similar between the
8    patient groups who received forced-air warming versus
9    conductive fabric warming; correct?
10   A. Yes.
11   Q. And table 2 shows that, as to those particular
12   patient-specific demographics, including age, diabetes and
13   length of pre-operative stay, that they did not
14   significantly impact infection rates; correct?
15   A. That is what I understand from this data.
16   Q. With regard to other potential patient-specific
17   demographics, including things like obesity, or
18   incontinence, or fitness for surgery, do you have any reason
19   to doubt that the two patient groups between forced-air
20   warming and conductive fabric warming were different?
21   A. No.
22   Q. This data was observational in nature; right?
23   A. Correct.
24   Q. Observational data is a legitimate scientific
25   methodology; correct?

Page 377

DR. PAUL MCGOVERN

1
2       MR. C. GORDON:  Object to the form of the
3    question.
4    A. It is -- well, data is not a methodology.
5    BY MR. SACCHET:
6    Q. Studies.
7    A. But observational studies are legitimate scientific
8    studies, in my opinion.
9    Q. In the absence of a randomized controlled study,
10   observational studies are considered to be the next best
11   alternative; correct?
12   A. I wouldn't know if they were the next best
13   alternative, but they are a valuable component of the total
14   body of knowledge on a subject.
15   Q. Are you aware that in other healthcare
16   circumstances, such as the use of tobacco and cancer rates,
17   that for a very long period of time there was never
18   a randomized controlled trial that proved causation between
19   the use of tobacco and cancer?
20   A. Absolutely, yes.
21   Q. And all that there was to rely on for many, many
22   years, were observational studies?
23   A. Absolutely, yes.
24   Q. And we all know, beyond peradventure, that tobacco
25   causes cancer?

Page 378

DR. PAUL MCGOVERN

2    A.  Yes.

3    Q.  In order to conduct a randomized controlled trial

4  with respect to infection rates in orthopedic procedures,

5  you'd need a huge amount of funding, wouldn't you?

6    A.  Yes.

7    Q.  The patient population would have to be massive for

8  it to be sufficiently powered?

9    A.  Yes.

10    Q.  Those two factors would make it difficult for a lot

11  of scientists to conduct a randomized controlled trial on

12  the rates of infection in joints between the use of

13  a forced-air warming device and a conductive fabric warming

14  device; correct?

15    A.  Yes, amongst others.

16    Q.  In fact, there is no study to this day that's

17  a randomized controlled trial.  I'll strike that.

18      So, despite the fact that a randomized

19  controlled trial has not been conducted, this

20  observational data is valuable?

21    A.  Yes, I believe this observational data is valuable.

22    Q.  You were also asked yesterday about the change in

23  antibiotic protocol, were you not?

24    A.  Yes.

25    Q.  And we now know, through our conversation, that the

---

Page 379

DR. PAUL MCGOVERN

2  period of data that was collected for this study began on

3  July 1, 2008; correct?

4    A.  Yes.

5    Q.  And there was a transition in the middle between

6  forced-air warming to conductive fabric warming; correct?

7    A.  Yes.

8    Q.  Okay.  If we can turn to page 1540 of exhibit 13,

9  there is a column on the left-hand side entitled "Joint

10  infection data"; do you see that?

11    A.  I do.

12    Q.  Do you see where it states, kind of in the middle

13  of that large paragraph:

14      "From July 2008 to February 2009, a single dose of

15  gentamicin 4.5 mg/kg was advantage given at induction."

16    A.  I do.

17    Q.  "In March 2009 this was changed to teicoplanin

18  400 mg and gentamicin 3 mg/kg."

19      Do you see that?

20    A.  Yes.

21    Q.  So, in other words, gentamicin was applied during

22  the forced-air warming period from July 1 to the end of

23  February 2009, and then there was a combination of

24  gentamicin and teicoplanin administered thereafter; correct?

25    A.  For -- yes, there was, yeah.

---

Page 380

DR. PAUL MCGOVERN

2    Q.  For the purposes of our conversation, let's refer

3  to the administration of only gentamicin as protocol 1;

4  okay?

5    A.  Okay.

6    Q.  And let's refer to the combination of gentamicin

7  and teicoplanin as protocol 2, okay?

8    A.  Okay.

9    Q.  Assuming the change in protocols did not affect

10  deep joint infection rates between the warming devices,

11  would you consider the change in antibiotic to be

12  a confounding variable?

13      MR. C. GORDON:  Object to the form of the

14  question: incomplete hypothetical, assumes facts not in

15  evidence.

16    A.  I can't comment on that.  I can't predict what the

17  outcome would be, given an assumption which hasn't been

18  tested.

19  BY MR. SACCHET:

20    Q.  But if there was no difference in infection rates

21  between the use of protocol 1 and 2, how could it be

22  a confounding variable?

23    A.  If there was no difference in infections caused by

24  protocol -- infections in the situation of protocol 1 and

25  protocol 2, then there was no difference in the infections

---

Page 381

DR. PAUL MCGOVERN

2  between protocol 1 and protocol 2.  But that's --

3    Q.  A change in antibiotic protocol would not be

4  a confounding factor with respect to infection rates?

5      (Reporter clarification.)

6    A.  If the change in antibiotic protocol made no

7  difference to infections, then the change in antibiotic

8  protocol would make no difference to infection rates.

9    Q.  And let's say, with respect to protocol 2, that

10  there is actually an increase in infections between those

11  who received the same warming therapy versus those who

12  received protocol 1.

13    A.  Right.

14    Q.  Would the change to protocol 2 be the reason for

15  increased infections?

16      MR. C. GORDON:  Same objections.

17    A.  I don't know.  The hypothetical, 'what would happen

18  if this antibiotic had an affect' question, is not something

19  that I can unpick and predict in terms of what did happen or

20  what would happen.  I don't feel able to comment on what

21  would happen if a -- if part of this data were different or

22  were removed from this, because the -- a confounding

23  variable is so complex, and the influence that a confounding

24  variable has is so complex, that I don't think it is

25  possible for me to predict what would happen if

---

Page 382

DR. PAUL MCGOVERN

1    DR. PAUL MCGOVERN
2    a potentially confounding variable were altered.
3    BY MR. SACCHET:
4        Q.  Let's look at a document that might help you.
5            (Exhibit 19 marked for identification)
6        A.  Thank you.
7        Q.  Could you turn to the very last page of this
8    document.  Do you see a table with four rows?
9        A.  Yes.
10       Q.  Have you seen this table before?
11       A.  Not to my recollection.
12       Q.  Do you recall being on a string of e-mails in which
13   you received an attachment called "McGovern data redone"?
14       A.  Yes.
15       Q.  That's on the third page of this e-mail thread?
16       A.  Yes.
17       Q.  Does the final page of this set of documents look
18   like it involves data?
19       A.  It looks like it contains numbers which could be
20   data.
21       Q.  And the first row is entitled "Ab Protocol 1/Forced
22   Air"?
23       A.  Yes.
24       Q.  Could that mean antibiotic protocol 1 forced air?
25       A.  I can't speculate on what this might mean.

Page 383

DR. PAUL MCGOVERN

1    DR. PAUL MCGOVERN
2        Q.  Okay.  Assuming that it means antibiotic protocol 1
3    forced-air warming, what is the percent of infections
4    labeled therein?
5            MR. C. GORDON:  Object to the form of the
6    question: lack of foundation, assumes facts not in evidence.
7        A.  The number on that row under "No.(%) Developing
8    Infection" is 11.
9    BY MR. SACCHET:
10       Q.  And the parenthetical next to it is numbered what?
11       A.  2.8.
12       Q.  And above that, in the dark blue column, there is a
13   parenthesis bearing a percent mark; correct?
14       A.  Yes.
15       Q.  And the title of that column is "Number developing
16   an infection"; correct?
17       A.  Yes.
18       Q.  So the parenthetical notation of "2.8" means 2.8
19   percent developing an infection; correct?
20           MR. C. GORDON:  Same objection.
21       A.  That is what this number appears to show, from my
22   reading of this table.
23       Q.  And the next line is "Ab Protocol 2/Forced Air"; do
24   you see that?
25       A.  I do see that.

Page 384

DR. PAUL MCGOVERN

1    DR. PAUL MCGOVERN
2        Q.  Assuming that means antibiotic protocol 2 forced
3    air, what is the number of those developing an infection?
4            MR. C. GORDON:  Same objection.
5        A.  The number written in the table in front of me is
6    21.
7    BY MR. SACCHET:
8        Q.  And what is the percent of those individuals
9    developing an infection?
10       A.  The number in parenthesis next to "21" is "3.1".
11       Q.  What is the P value on the far right-hand side with
12   respect to this row of data?
13       A.  The number on the right-hand side of the first row
14   of this table labeled "P value" is 0.839.
15       Q.  That figure is not a statistically significant
16   P value; correct?
17       A.  It's, at the moment, just number in a table which
18   I have not seen before and can't interpret.  So I can't say
19   anything is statistically significant or not, because I
20   don't know to what the data refers, and I'm not familiar
21   with the data.  So I cannot say whether this is
22   statistically significant or not because the data, to me,
23   doesn't mean anything at the moment.
24       Q.  Okay, fair enough.  Assuming that there were --
25   assuming that the change in antibiotic was not a confounding

Page 385

DR. PAUL MCGOVERN

1    DR. PAUL MCGOVERN
2    variable ...
3        A.  Right.
4        Q.  ... would there be any reason to deselect patients
5    from the population presented in this study for those who
6    received a different type of antibiotic than others?
7        A.  No, I --
8            MR. C. GORDON:  Object to the form of question:
9    lack of foundation, assumes facts not in evidence,
10   incomplete hypothetical.
11       A.  No, I think that it is not necessary in this case
12   to exclude patients receiving different antibiotic
13   prophylaxis regimens from the study, because that change has
14   been declared in the study.  It is for the peer reviewer
15   and, ultimately, the reader, to decide if that confounding
16   factor significantly affects the data and how to interpret
17   that data.  But the point in this instance, in my opinion,
18   is that this is an observational study, and what was
19   observed was declared and presented clearly.  And so, in
20   that case, to the best efforts of the authors of this paper,
21   what has happened has been reported, and the results that
22   have been noted have been reported.  And so, that being the
23   case, I think it is appropriate that the data which was
24   presented was presented in the way that it was.
25   BY MR. SACCHET:

Page 406

DR. PAUL MCGOVERN

in jubilee dressing that occurred during the time in which the data was collected for the McGovern study impacted infection rates?

MR. C. GORDON: Object to the form of the question: lack of foundation, incomplete hypothetical.

A. It's not possible to say, in my opinion. The numbers in this study are too small. You have a number of patients that is 124, and the numbers are too small to be able to draw a meaningful conclusion in terms of infection, with regard to these two variables, in my opinion.

BY MR. SACCHET:

Q. So if I could point out, to the extent that this would change your mind, the asterisks which are denoted in the right-hand column of the standard adhesive dressing column; do you see those?

A. Yes.

Q. And a single asterisk stands for a P value of less than 0.05; correct?

A. Mm-hm, yes.

Q. And a double asterisk stands for a P value of 0.01 and less?

A. Yes.

Q. And three asterisks stands for a P value of 0.001 or less; correct?

Page 407

DR. PAUL MCGOVERN

A. Yes.

Q. The infection row has no such asterisk in it, does it?

A. That's correct.

Q. So, because we established earlier that statistical significance begins at 0.05, which is a single asterisk ...

A. Right.

Q. ... presumably this 0 percent infection rate, the difference between 0 and 0 is non-significant; correct?

A. No, that's not how I would interpret this. There is no data to draw a meaningful conclusion from. You need to have some data, by my understanding, to be able to draw a conclusion of statistical significance. You can't comment on whether these data are statistically significant. If one were designing this study purely to look at infection rates between the two dressings, it is likely that the study would need to include more patients and the study -- and to ensure it was sufficiently powered to be able -- "powered" meaning to have enough patients in it -- to see enough infections to be able to draw a meaningful conclusion.

The fact that there were no infections in 124 patients is not surprising, because infection rates are generally low. This is a problem of research in this area. Because infection is rare, thankfully, you need

Page 408

DR. PAUL MCGOVERN

large numbers of patients in studies to see if one intervention has a difference with another intervention, in terms of infection rates. In my opinion, this study does not demonstrate superiority of one adhesive dressing over another, purely in terms of infection.

Q. Fair enough --

A. It may for other conditions, such as blistering and leakage, but for infection -- because those are more common -- consequences post-operation, and the study appears to have been adequately powered to identify those differences and state statistical significance. But for infection, there were not enough incidences of infection to be able to draw meaningful conclusions, or a difference between the two.

Q. Are you aware of any paper that is adequately powered that shows that a change from a standard adhesive dressing to a jubilee dressing would statistically significant -- significantly alter infection rates among arthroplasties?

A. I am not aware of any such paper.

Q. Are you aware of any published papers that suggest -- I should say that find statistically significant differences between joint infection rates from the use of

Page 409

DR. PAUL MCGOVERN

MSSA screening versus non-screening?

A. Sorry, could you say that again, please?

Q. Are you aware of any evidence that is statistically significant that suggests that the use of MSSA screening significantly impacts the rate of deep joint infections among patients?

A. I'm not aware of any such papers.

Q. Are you aware of any evidence that pre-warming, when used in combination with intraoperative warming, significantly impacts deep joint infection rates among patients?

A. I am not aware of papers which provide evidence of that.

Q. Have you seen an article by Mr. Reed and another individual, bearing the last name Refaie, which analyzed the NHS SSI bundle?

A. I presume you mean Northumbria Foundation Trust. I am aware that Mr. Reed and Mr. Refaie have done research together. I may have seen such paper but I don't remember.

Q. Do you recall Mr. Reed, in that paper, making the statement: "A switch to the alternative conductive fabric warming led to a significant decrease in deep joint infections"?

A. I -- that statement sounds familiar but I don't

Page 410

DR. PAUL MCGOVERN

1    DR. PAUL MCGOVERN
2    remember reading it in a paper.
3        Q.  Would you have any reason to doubt, if Mr. Reed
4    made such a statement, the accuracy of such a statement?
5        MR. C. GORDON:  Object to the form of the
6    question: lack of foundation, assumes facts not in evidence.
7        A.  If Mr. Reed indeed made that statement in a paper,
8    I'd have no reason to doubt the veracity of that statement.
9    BY MR. SACCHET:
10       Q.  Are you aware of the fact that after the McGovern
11   paper was published in the Journal of Bone and Joint
12   Surgery, that additional data supported an elevated
13   odds-risk ratio?
14       MR. C. GORDON:  Object to the form of the
15   question: assumes facts not in evidence, incomplete
16   hypothetical.
17       A.  I was not.
18   BY MR. SACCHET:
19       Q.  Okay.
20       (Exhibit 23 marked for identification)
21       Q.  That's an e-mail entitled "Full workup of the stats
22   you requested"; correct?
23       A.  Yes.
24       Q.  And there is an e-mail from Mr. Albrecht to
25   Mr. Reed, and you are cc'd on the e-mail on November 29,

Page 411

1    DR. PAUL MCGOVERN
2    2011; correct?
3        A.  Yes.
4        Q.  And there is an attachment called "Results";
5    correct?
6        A.  Yes.
7        Q.  And if you turn the page, there is a table.  Does
8    this table resemble the table in the published McGovern
9    study?
10       A.  It does resemble it.  I'll check if it is the same.
11       Q.  There are different data points, but just in terms
12   of the style and form of the table?
13       A.  Err ...
14       Q.  It is exhibit 13, to make sure you're on the right
15   one.
16       A.  I'm there.  I'm on exhibit 13.  Which table are you
17   referring to?  Table 1 in exhibit 13?
18       Q.  I am looking at -- yes.  No.
19       A.  Table 2.
20       Q.  Yeah, the lower half of Table 2.  I mean with parts
21   of the lower half, as well.
22       A.  Yes, I would agree this is similar in form to part
23   of Table 2 in what you refer as to the "McGovern paper".
24       Q.  Okay.  And if we look at that table in the e-mail
25   thread, for a conductive fabric, number developing

Page 412

1    DR. PAUL MCGOVERN
2    infection, 7; correct?
3        A.  Oh, yes.
4        Q.  Number not developing infection, 792; correct?
5        A.  Yes.
6        Q.  For a total population of 709 patients who received
7    conductive fabric warming; correct?
8        A.  Yes.
9        Q.  That number is significantly larger than the total
10   population of individuals who received conductive fabric
11   warming in the final published paper, exhibit 13; correct?
12       A.  That number is larger.  To say it was significantly
13   larger would require a statistically significant test.  So
14   be careful about using the words "statistically
15   significantly", but it is a larger number.
16       Q.  How about double?
17       A.  Let's see.  Conductive fabric 792 versus 368.  Yes,
18   I think that's a reasonable thing to say.
19       Q.  Okay.  And if we go back to the text of the e-mail,
20   Mr. Reed writes back to Mr. Albrecht and copies you in and
21   says, in the last line of the first paragraph:
22       "You are 3.6 times more likely to get an
23   infection on FAW than CFW."
24       Do you see that?
25       A.  Yes.  It phrases a question, but yes.

Page 413

1    DR. PAUL MCGOVERN
2        Q.  Yes.  Do you have any reason to doubt Mr. Reed's
3    statement to that effect?
4        A.  It appears that Mr. Reed is asking if that is what
5    the data is showing in this table.
6        Q.  And do you see, in the table itself, a demarcation
7    of 3.6 on the right-hand side of the odds ratio?
8        A.  I do.
9        Q.  So in fact Mr. Reed was referring to this table;
10   correct?
11       A.  That is -- seems likely.
12       Q.  And this table was sent as a results attachment
13   from Mr. Albrecht?
14       A.  Yes.
15       Q.  You have no reason to doubt Mr. Albrecht's ability
16   to conduct statistical analysis of data, do you?
17       A.  None whatsoever.
18       Q.  You have no reason to doubt that, based on this
19   patient population of those who received conductive fabric
20   warming, which is double the size of the patient population
21   in the McGovern study, that there was a 3.6 odds ratio?
22       A.  That is what this data appears -- (overspeaking) --
23       MR. C. GORDON:  Object to the form of the
24   question.
25       THE COURT REPORTER:  Sorry, can you repeat the

Page 414

DR. PAUL MCGOVERN

1
2  objection, please.
3      MR. C. GORDON:  Form.
4      A.  That is what this data appears to show.
5  BY MR. SACCHET:
6      Q.  So this data shows there is a 3.6 times increase in
7  infection as a result of using forced-air warming devices
8  compared to conductive fabric warming devices; correct?
9      A.  That is what --
10     MR. C. GORDON:  Object to the form of the
11  question.
12     A.  That is what this table appears to show.
13  BY MR. SACCHET:
14     Q.  And both this odds ratio and the odds ratio
15  presented in the final published McGovern study are both
16  above 3.0; correct?
17     A.  Yes.
18     Q.  So, based on this data in the increased patient
19  population of those who received conductive fabric warming,
20  this data corroborates the fact that there is at least
21  a three times more likely chance that patients who received
22  forced-air warming developed an infection, compared to those
23  who received conductive fabric warming?
24     MR. C. GORDON:  Object to the form of the
25  question.

Page 415

DR. PAUL MCGOVERN

1
2      A.  This data -- I can't agree with the term
3  "corroborates the fact".  The fact is not --
4  BY MR. SACCHET:
5      Q.  Also shows?
6      A.  Yeah.  Could you just repeat the phrase, please, or
7  rephrase that?  Or --
8      Q.  I'll rephrase the question.
9      Based on the data presented in this table and the
10  data presented in the McGovern study, both studies for
11  both datasets show that there was a three -- at least
12  a three times more likely chance that a patient
13  developed an infection after using forced-air warming
14  than conductive fabric warming?
15     MR. C. GORDON:  Object to the form of the
16  question.
17     A.  Yes.  Patients who were in the group with
18  forced-air warming on this data appear to have had a three
19  times or more higher incidence of infection compared to the
20  conductive fabric group of patients for this study.
21     THE COURT REPORTER:  Can I just ask you to stop
22  for 30 seconds, sorry.
23     THE VIDEOGRAPHER:  Going off at two minutes past
24  three.
25  (3:02 p.m.)

Page 416

DR. PAUL MCGOVERN

1
2      (Break taken.)
3  (3:04 p.m.)
4      THE VIDEOGRAPHER:  Back on the record at four
5  minutes past three.
6      (Exhibit 24 marked for identification)
7  BY MR. SACCHET:
8      Q.  Mr. McGovern, are you aware of any data that's been
9  collected regarding other healthcare facilities that have
10  shown a decreased rate of infection after the switch from
11  forced-air warming devices to conductive fabric warming
12  devices?
13     A.  I am not.
14     Q.  If you could take a look at the exhibit which was
15  just marked.  The first page is an e-mail; is that correct?
16     A.  Yes.
17     Q.  From Mr. Albrecht to Scott Augustine, bearing the
18  subject line "Results" with attachments "MA_edits"; correct?
19     A.  Yes.
20     Q.  And Mark Albrecht states:
21     "I've updated the statistics in the white
22  paper under **MA_edits.doc**."
23     A.  Yes.
24     Q.  "The updates include:
25     "The statistics in the Table for all centers and

Page 417

DR. PAUL MCGOVERN

1
2  the pooled result[s]
3      "The statistics in the discussion for the updated
4  McGovern numbers provided as provided [sic] in the
5  text."
6      Do you see that?
7      A.  Yes.
8      Q.  In the third paragraph it says:
9      "I think this is the best modeling approach
10  (i.e. a conservative one) for the data you have,
11  especially if you expect these results to be critically
12  questioned down the road."
13     Do you see that?
14     A.  Yes.
15     Q.  Okay.  And the next page is a document entitled
16  "Forced-air warming link to periprosthetic total joint
17  replacement infections"; correct?
18     A.  Yes.
19     Q.  And the "Methods" says:
20     "To investigate whether the rising
21  contaminants from the waste FAW heat are linked to
22  PJIs, we retrospectively collected joint implant
23  infection data from three hospitals.  We compared PJI
24  rates during a period of forced-air warming to PJI
25  rates during a period of free-air conductive fabric

47

Page 418

DR. PAUL MCGOVERN
1
2  warming.  Surgical and antibiotic protocols were held
3  constant."
4      Do you see that?
5      A.  I see that.
6      MR. C. GORDON:  I'm going to object on foundation
7  grounds to any questions about this, unless it is
8  established that he did in fact write it, as it indicates on
9  it.
10      MR. SACCHET:  My questions won't pertain to
11  Mr. McGovern's contribution to this study or not.
12  BY MR. SACCHET:
13      Q.  This document was attached to the e-mail from
14  Mr. Albrecht to Mr. Augustine; correct?
15      MR. C. GORDON:  Objection: lack of foundation.
16      A.  There's no way for me to know if that's the case.
17  BY MR. SACCHET:
18      Q.  Do the Bates numbers in the bottom right-hand
19  corner follow one another?
20      A.  They are sequential numbers, yes.
21      Q.  Assuming that this document was attached to the
22  cover e-mail, does it appear that Mr. Albrecht analyzed the
23  statistics presented in this document?
24      MR. C. GORDON:  Objection: lack of foundation.
25      A.  If these documents are indeed related, it would be

Page 419

DR. PAUL MCGOVERN
1
2  reasonable to assume that Mr. Albrecht is referring to this
3  document, but I've no way of verifying if that's the case.
4  BY MR. SACCHET:
5      Q.  And that's why I ask for the assumption.
6      A.  If we're assuming that, then we'll assume that.
7      Q.  And you have no reason to doubt Mr. Albrecht's
8  ability to analyze data; correct?
9      MR. C. GORDON:  Same objection.
10      A.  That's correct.
11  BY MR. SACCHET:
12      Q.  If we could turn to page 3 in the Results section,
13  there is a table; do you see that?
14      A.  Yes.
15      Q.  And Center 1 says "Patient Warming Device" and
16  under that there's "Conductive Fabric and Forced Air".  Do
17  you see that?
18      A.  I do.
19      Q.  And in the columns there are four labels: "No.(%)
20  Developing Infection", "No.(%) Not Developing Infection",
21  "Odds Ratio" and "P value"; do you see that?
22      A.  I see that.
23      Q.  For Center 1, in conductive fabric warming, based
24  on this dataset, it appears that two persons developed an
25  infection; correct?

Page 420

DR. PAUL MCGOVERN
1
2      MR. C. GORDON:  Objection: lack of foundation.
3      MR. SACCHET:  I said based on this dataset.
4      MR. C. GORDON:  Same objection.
5      A.  I haven't read the results or methods of this
6  paper, so at the moment all I can see is that a number 2 is
7  next to a row heading "Patient Warming Device Conductive
8  Fabric" in a cell whose column is "No. Developing
9  Infection", but I don't know what this refers to because
10  I don't recall ever seeing this before.
11  BY MR. SACCHET:
12      Q.  And next to that, there is a number -- I should say
13  underneath that, there is a number 6; do you see that?
14      A.  A number 6, yes.  I see the number 6.
15      Q.  And it appears that that number 6 corresponds to
16  the label "Forced air" and "No.(%) Developing Infection";
17  correct?
18      A.  The number 6 is within the cells with those labels,
19  yes.
20      Q.  So it appears, based on this table and the way that
21  it has been formatted, that two patients who received
22  conductive fabric developed an infection, whereas six
23  patients who received forced-air warming developed an
24  infection?
25      MR. C. GORDON:  Objection: lacks of foundation.

Page 421

DR. PAUL MCGOVERN
1
2  Also, this goes pretty far beyond the fact witness
3  limitation.
4      A.  I can't make that statement because I have not read
5  the rest of the paper, and I -- this doesn't -- numbers in a
6  table does not let me say that patients have received one
7  thing or another.  I need more information to be able to
8  make that statement.
9  BY MR. SACCHET:
10      Q.  Okay, let's look at the page 4 in the "Discussion"
11  section.
12      A.  Page 4 in the "Discussion" section.  Okay.
13      Q.  The fourth paragraph, second line, says:
14      "The FAW patients who received the first
15  antibiotic were drop from the results.  This left 677
16  patients with 22 PJIs in the FAW group receiving the
17  second antibiotic (3.2% PJI rate).  Then 14 more months
18  of CFW patients were added for a total of 1097 CFW
19  patients, which included 10 PJIs, all of whom received
20  the second antibiotic."
21      A.  That's what it says.
22      Q.  "These new data show that the PJI rates decreased
23  72% when FAW was discontinued and CFW initiated," totaling
24  1774 patients with a P value of 0.004.
25      Do you see that?

Page 422

DR. PAUL MCGOVERN

2  A. This says "0.0004", but I see that, yes.

3  Q. "This 72% reduction compares favorably with the

4  previously reported 74% reduction, indicating that the

5  switch in antibiotics was not a significant variable."

6  Do you see that?

7  A. I see that.

8  Q. If this data was presented by Mr. Albrecht, would

9  you have any reason to doubt it?

10  MR. C. GORDON: Object to the form of the

11  question. Also lack of foundation, incomplete hypothetical,

12  and assumes facts not in evidence.

13  A. This data is not interpretable by me at the moment

14  because I have not read the paper. Data in isolation

15  doesn't mean anything to me, so I can't make any comment on

16  that data.

17  BY MR. SACCHET:

18  Q. Fair enough. Based on what we reviewed, the data

19  presented in your paper, the McGovern paper ...

20  A. Yes.

21  Q. ... and the follow-up data that we reviewed, which

22  Mr. Reed had commented on ...

23  A. Yes.

24  Q. ... do you have any doubt that the study period

25  analyzed in the McGovern study recorded a 3.8 odds risk

Page 423

DR. PAUL MCGOVERN

2  ratio?

3  MR. C. GORDON: Object to the form of the

4  question.

5  A. The study data reported that odds ratio.

6  BY MR. SACCHET:

7  Q. And that data shows that there is a 3.8 more likely

8  chance of developing a deep joint infection from the use of

9  forced-air warming, compared to conductive fabric warming?

10  A. It showed that the odds ratio for these patients in

11  these circumstances for this data was 3.8. That's what that

12  showed. It did not necessarily show there was a higher

13  chance; it just showed that that is what happened.

14  MR. SACCHET: OK. Do we need a break, or are we

15  okay? Why don't we take one now, because I'm going into

16  a new section.

17  THE VIDEOGRAPHER: Going off the record at

18  thirteen minutes past three.

19  (3:13 p.m.)

20  (Break taken.)

21  (3:21 p.m.)

22  THE VIDEOGRAPHER: Back on the record at

23  twenty-one minutes past three.

24  BY MR. SACCHET:

25  Q. Mr. McGovern, we're going to transition to what has

Page 424

DR. PAUL MCGOVERN

2  been previously marked as exhibit 8. And again, put

3  essentially everything else to the side.

4  A. Okey dokey.

5  Q. Okay. Beyond the first page, the second page

6  begins a copy of a study entitled "Forced-Air Warming

7  Design: Evaluation of Intake Filtration, Internal Microbial

8  Buildup, and Airborne Contamination Emissions."

9  MR. C. GORDON: What page are you on?

10  MR. SACCHET: I am on 275, internal Bates number

11  3MBH00107864. Exhibit 8.

12  MR. C. GORDON: The binder?

13  MR. SACCHET: No. This is my binder.

14  MR. C. GORDON: I'm sorry, which exhibit was it?

15  MR. SACCHET: Exhibit 8.

16  A. I can see that.

17  BY MR. SACCHET:

18  Q. This article was co-authored by Mr. Reed,

19  Mr. Kimberger, yourself and Mr. Albrecht; correct?

20  A. Correct.

21  Q. And if we could turn to the "Methods" section of

22  the paper, which is still on that same page.

23  A. Yes.

24  Q. There are a number of boldface and italicized

25  headings?

Page 425

DR. PAUL MCGOVERN

2  A. Yes.

3  Q. The second one says: "Intake Filter Efficiency".

4  A. Yes.

5  Q. On the next page there's one entitled "Intake

6  Filter Performance in the Operating Theater"?

7  A. Yes.

8  Q. And the third is entitled "Generation of airborne

9  Contamination"?

10  A. Yes.

11  Q. These were the three variables that you examined in

12  this study; correct?

13  A. Yes.

14  Q. And you examined a Bair Hugger model 750; correct?

15  A. That is what I understand was examined in this

16  study, yes.

17  Q. And if you refer to internal page 275, the

18  right-hand column at the top says:

19  "Prior research has rated the intake

20  filtration efficiency of legacy FAW devices

21  (Bair Hugger 505) at 93.8% for a 'older' filter model

22  in clinical use (200708C) and 61.3% for a 'newer'

23  filter model (200708D) scheduled to replace the older

24  filter in clinical use."

25  Correct?