# EXHIBIT 45

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**CENTERS FOR DISEASE CONTROL AND PREVENTION**
**National Center for Emerging and Zoonotic Infectious Diseases**
**Division of Healthcare Quality Promotion**

 

Healthcare Infection Control Practices Advisory Committee
November 5-6, 2015
Atlanta, Georgia

Record of the Proceedings

**Table of Contents**

Meeting Agenda ................................................................................................................ 3

List of Participants ........................................................................................................... 4

Executive Summary ......................................................................................................... 7

Welcome and Introductions ............................................................................................. 8

CDC Updates: Division of Healthcare Quality Promotion ............................................... 9

Healthcare Antimicrobial Stewardship .......................................................................... 12

Nontuberculous Mycobacterium Infections Associated with Heater-Cooler Devices ................. 24

Update: Research Framework for Environmental Infection Control: Environmental Surfaces .... 32

Considerations for Evidence-Based Evaluations for New and Evolving Proprietary Products for Infection Control ........................................................................................... 34

Using Data for Prevention: Targeted Assessment for Prevention (TAP) ....................... 40

Update on HICPAC Workgroup for Endoscope Reprocessing ...................................... 47

Public Comment ............................................................................................................. 49

Recognition of Retiring Members .................................................................................. 50

Liaison / *Ex Officio* Reports ......................................................................................... 51

Adjourn .......................................................................................................................... 57

Control of Antimicrobial Resistance Across Healthcare Settings ................................. 57

Sepsis Surveillance Definition Work Update ................................................................. 65

Ensuring Training and Competency of Healthcare Personnel in Infection Control ....... 69

Summary and Work Plan ............................................................................................... 71

Public Comment ............................................................................................................. 73

Adjourn .......................................................................................................................... 73

Certification ................................................................................................................... 74

Attachment #1: Acronyms Used in this Document ........................................................ 75

Attachment #2: Liaison and Ex-Officio Reports ........................................................... 78

**Clinical Practice Guidelines for Antimicrobial Prophylaxis in Surgery** ....................... 109

**Guidelines for Developing an Institutional Program to Enhance Antimicrobial Stewardship** ................................................................................................................ 110

**Guidelines for the Prevention of Antimicrobial Resistance in Hospitals** ................... 110

**Meeting Agenda**
Healthcare Infection Control Practices Advisory Committee

November 5-6, 2015
Centers for Disease Control and Prevention
Tom Harkin Global Communications Center (Building 19, Auditorium 3)
1600 Clifton Road NE, Atlanta, GA

**Thursday, November 5, 2015**

| Time | Topic | Purpose | Presider/Presenter |
|------|-------|---------|--------------------|
| 9:00 | Welcome and Introductions | Information | Dan Diekema (HICPAC Chair) Jeff Hageman (HICPAC DFO) |
| 9:15 | CDC Updates: Division of Healthcare Quality Promotion (DHQP) | Information | Denise Cardo (DHQP,CDC) |
| 9:30 | Healthcare Antimicrobial Stewardship | Information Discussion | Arjun Srinivasan (DHQP, CDC) Lauri Hicks (DHQP, CDC) |
| 10:45 | **Break** | | |
| 11:00 | Nontuberculous Mycobacterium Infections Associated with Heater-Cooler Devices | Information Discussion | Joe Perz (DHQP, CDC) Michael Bell (DHQP, CDC) |
| 12:00 | **Lunch** | | |
| 1:30 | Update: Research Framework for Environmental Infection Control: Environmental Surfaces | Information | Sujan Reddy (Emory University) |
| 1:45 | Approach to Evidence-Based Evaluations for New and Evolving Proprietary Products for Infection Control | Information Discussion | Erin Stone (DHQP, CDC) |
| 2:30 | Using Data for Prevention: Targeted Assessment for Prevention (TAP) | Information Discussion | Carolyn Gould (DHQP) |
| 3:30 | **Break** | | |
| 3:45 | Update on HICPAC Reprocessing Workgroup | Information Discussion | Jeff Hageman (HICPAC DFO) |
| 4:15 | Public Comment | | |
| 4:30 | Liaison/*ex officio* reports | | |
| 5:00 | **Adjourn** | | |

**Friday, November 6, 2015**

| Time | Topic | Purpose | Presider/Presenter |
|------|-------|---------|--------------------|
| 9:00 | Welcome and Roll Call | Information | Dan Diekema (HICPAC Chair) Jeff Hageman (HICPAC DFO) |
| 9:15 | Control of Antimicrobial Resistance Across Healthcare Settings | Information Discussion | John Jernigan (DHQP, CDC) |
| 10:15 | Sepsis Surveillance Definition Update | Information | Anthony Fiore (DHQP, CDC) |
| 10:30 | **Break** | | |
| 10:45 | Ensuring Training and Competency of Healthcare Personnel Infection Control | Information Discussion | Michael Bell (DHQP, CDC) |
| 11:15 | Public Comment | | |
| 11:30 | Summary and Work Plan | | |
| 12:00 | **Adjourn** | | |

**List of Participants**

<u>November 5, 2015</u>

**HICPAC Members**
Dr. Daniel Diekema, Chair
Dr. Hilary Babcock
Ms. Vickie Brown
Dr. Sheri Chernetsky-Tejedor
Dr. W. Charles Huskins
Dr. Susan Huang
Ms. Lynn Janssen
Dr. Lisa Maragakis
Dr. Jan Patterson
Ms. Gina Pugliese
Dr. Tom Talbot
Dr. Deborah Yokoe

***EX OFFICIO* MEMBERS**
Ms. Elizabeth Claverie-Williams, Food and Drug Administration
Dr. David Henderson, National Institutes of Health
Dr. Gary Roselle, Veteran's Administration
Dr. Daniel Schwartz, Centers for Medicare and Medicaid Services
Ms. Judy Trawick, Health Resources and Service Administration

**LIAISON REPRESENTATIVES**
Mr. Michael McElroy (America's Essential Hospitals)
Dr. Mark Russi (American College of Occupational and Environmental Medicine (ACOEM))
Ms. Amber Wood (Association of periOperative Registered Nursed (AORN))
Ms. Michael Anne Preas (Association of Professionals of Infection Control and Epidemiology (APIC))
Dr. Emily Lutterloh (Association of State and Territorial Health Officials (ASTHO))
Ms. Marion Kainer (Council of State and Territorial Epidemiologists (CSTE))
Ms. Lisa McGiffert (Consumers Union)
Ms. Linda Spaulding (DNV Global Healthcare)
Dr. Stephen Weber (Infectious Diseases Society of America (IDSA))

Dr. Sarah Matthews (National Association of County and City Health Officials (NACCHO))
Ms. Toju Ogunremi (Public Health Agency of Canada (PHAC))
Dr. Michael Howell (Society for Critical Care Medicine (SCCM))
Dr. David Banach (Society for Healthcare Epidemiology of America (SHEA)
Dr. Robert Sawyer (Surgical Infection Society (SIS))

**CDC REPRESENTATIVES**
Ms. Jessica Adam, CDC/DHQP
Ms. Denise Albina, CDC/ DHQP
Ms. Sonya Arundar, CDC/ DHQP
Dr. Michael Bell, CDC/ DHQP
Dr. Denise Cardo, CDC/DHQP
Ms. Tanya Cassingham/ CDC/ DHQP
Dr. Matthew Crist, CDC/ DHQP
Dr. Bryan Christiansen, CDC/ DHQP
Ms. Nicole Coffin, CDC/ DHQP
Ms. Angela Coulliette-Salmond, CDC/ DHQP
Ms. Sarah David, CDC/DHQP
Dr. Lauren Epstein, CDC/ DHQP
Dr. Tony Fiore, CDC/ DHQP
Dr. Scott Fridkin, CDC/DHQP
Ms. Nancy Gallagher, CDC/DHQP
Mr. Jeremy Goodman, CDC/DHQP
Dr. Carolyn Gould, CDC/ DHQP
Dr. Nicole Gualandi, CDC/DHQP
Dr. Neil Gupta, CDC/ DHQP
Mr. Jeff Hageman, CDC/ DHQP
Dr. Alison Halpin, CDC/DHQP
Ms. Heather Hastings, CDC/ DHQP
Dr. Rita Helfand, CDC/ DHQP
Dr. Lauri Hicks, CDC/DHQP
Dr. Kathleen Irwin, CDC/DHQP
Dr. John Jernigan, CDC/DHQP
Dr. Rima Kabbaz, CDC/OID
Ms. Sophia Kazakova, CDC/ DHQP
Ms. Mary Keckler, CDC/DHQP
Dr. David Kuhar, CDC/D DHQP
Dr. Jason Lake, CDC/ DHQP
Ms. Caitlin Leach, CDC/NCEZID
Dr. Meghan Lyman, CDC/ DHQP
Dr. Cliff MacDonald, CDC/ DHQP

Ms. Dyann Matson Koffman, CDC/OSQ/OADS
Mr. Emmanuel Maurice, CDC/ DHQP
Ms. Kelly McCormick, CDC/DHQP
Dr. Shelley Magill, CDC/ DHQP
Ms. Kerri Moran, CDC/DHQP
Ms. Heather Moulton-Meissner, CDC/ DHQP
Dr. Duc Nguyen, CDC/ DHQP
Ms. Lyn Nguyen, CDC/DHQP
Dr. Judith Noble-Wang, CDC/DHQP
Dr. Shannon Novosad, CDC/ DHQP
Ms. Amibola Ogundimu, CDC/DHQP
Ms. Erin O'Leary, CDC/ DHQP
Ms. Amanda Overholt, CDC/ DHQP
Ms. Danielle Palms, CDC/ DHQP
Dr. Kiran Perkins, CDC/ DHQP
Dr. Joe Perz, CDC/DHQP
Ms. Ruby Phelps, CDC/ DHQP
Dr. Daniel Pollock, CDC/ DHQP
Ms. Jan Ratterreee, CDC/ DHQP
Ms. Cathy Rebmann, CDC/DHQP
Dr. Sujan Reddy, CDC/ DHQP
Dr. Melissa Schaefer, CDC/ DHQP
Dr. Issac See, CDC/ DHQP
Ms. Kathy Sieber, CDC/ DHQP
Ms. Erin Stone, CDC/ DHQP
Dr. Nicola Thompson, CDC/ DHQP
Ms. Abbigail Tumpey, CDC/ DHQP
Ms. Katharina van Santen, CDC/DHQP
Ms. Wendy Vance, CDC/DHQP
Ms. Ellen Wan, CDC/DHQP
Dr. J. Todd Weber, CDC/ DHQP
Dr. Cindy Weinbaum, CDC/ DHQP
Ms. Sarah Yi, CDC/ DHQP

**MEMBERS OF THE PUBLIC**
Dr. Jim Arbogast, Gojo
Ms. Kay Argroves, American Association of Nurse Anesthetists
Mr. Nick Austerman, Bard Medical
Ms. Nicole Bryan, CSTE
Dr. Russ Castioni, 3M
Ms. Kendra Cox, Cambridge Communications, Training, and Assessments
Ms. Pamela Falk, Northside Hospital
Mr. Hudson Garrett, PDI
Ms. Maryellen Guinan, America's Essential Hospitals

Ms. Amna Handley, GA Pacific
Ms. Linda Homan, Ecolab
Ms. Eve Humphries, Society of Healthcare Epidemiologist of America
Dr. Jesse Jacob, Emory University
Mr. Robert Jones, Goldshield/ Energy and Environmental
Ms. Jane Kirk, Gojo Industries
Ms. Beth Morrow, Northside Hospital
Ms. Renee Odehnal, Ethicon
Ms. Silvia Quevedo, Association of Professionals in Infection Control
Ms. Maria Rodriguez, Xenex
Dr. Michelle Stevens, 3M
Ms. Rachel Stricof, Council of State and Territorial Epidemiologists
Ms. Lisa Tomlinson, APIC
Ms. Cindy Winfrey, PDI
Dr. Hugo Xi, Carefusion

<u>November 6, 2015</u>

**HICPAC MEMBERS**
Dr. Daniel Diekema, Chair
Dr. Hilary Babcock
Ms. Vickie Brown
Dr. Sheri Chernetsky-Tejedor
Dr. W. Charles Huskins
Dr. Susan Huang
Ms. Lynn Janssen
Dr. Lisa Maragakis
Dr. Jan Patterson
Dr. Tom Talbot
Dr. Deborah Yokoe

***EX OFFICIO* MEMBERS**
Ms. Elizabeth Claverie-Williams, Food and Drug Administration
Dr. David Henderson, National Institutes of Health
Dr. Gary Roselle, Veteran's Administration
Dr. Daniel Schwartz, Centers for Medicare and Medicaid Services
Ms. Judy Trawick, Health Resources and Service Administration

**LIAISON REPRESENTATIVES**
Mr. Michael McElroy (America's Essential Hospitals)

Dr. Mark Russi (American College of Occupational and Environmental Medicine (ACOEM))
Ms. Amber Wood (Association of periOperative Registered Nursed (AORN))
Ms. Michael Anne Preas (Association of Professionals of Infection Control and Epidemiology (APIC))
Dr. Emily Lutterloh (Association of State and Territorial Health Officials (ASTHO))
Ms. Marion Kainer (Council of State and Territorial Epidemiologists (CSTE))
Ms. Lisa McGiffert (Consumers Union)
Ms. Linda Spaulding (DNV Global Healthcare)
Dr. Stephen Weber (Infectious Diseases Society of America (IDSA))
Dr. Sarah Matthews (National Association of County and City Health Officials (NACCHO))
Ms. Toju Ogunremi (Public Health Agency of Canada (PHAC))
Dr. Michael Howell (Society for Critical Care Medicine (SCCM))
Dr. David Banach (Society for Healthcare Epidemiology of America (SHEA))
Dr. Robert Sawyer (Surgical Infection Society (SIS))

**CDC REPRESENTATIVES**
Ms. Jessica Adam, CDC/ DHQP
Dr. Michael Bell, CDC/ DHQP
Dr. Denise Cardo, CDC/DHQP
Ms. Tanya Cassingham, CDC/ DHQP
Dr. Matthew Christ, CDC/ DHQP
Dr. Bryan Christiansen, CDC/ DHQP
Ms. Danielle Coker, CDC/DHQP
Ms. Nicoline Collins, CDC/ DHQP
Ms. Sarah David, CDC/ DHQP
Dr. Lauren Epstein, CDC/ DHQP
Dr. Tony Fiore, CDC/ DHQP
Dr. Scott Fridkin, CDC/DHQP
Ms. Nancy Gallagher, CDC/ DHQP
Dr. Carolyn Gould, CDC/ DHQP
Ms. Nicole Gualandi, CDC/ DHQP
Mr. Jeff Hageman, CDC/DHPQ
Dr. John Jernigan, CDC/ DHQP
MS. Sophia Kazakova, CDC/ DHQP
Ms. Laura King, CDC/ DHQP
Ms. Megan Klingler, CDC/ DHQP

Dr. David Kuhar, CDC/ DHQP
Dr. Jason Lake, CDC/ DHQP
Dr. Shelley MaGill, CDC/ DHQP
Mr. Emmanuel Maurice, CDC/ DHQP
Ms. Kelly McCormick, CDC/ DHQP
Ms. Kerri Moran, CDC/DHQP
Ms. Heather Moulton-Meissner, CDC/ DHQP
Mr. Justin O'Hagan, CDC/ DHQP
Ms. Amibola Ogundima, CDC/ DHQP
Ms. Danielle Palms, CDC/ DHQP
Dr. Priti Patel, CDC/ DHQP
Dr. Kiran Perkins, CDC/ DHQP
Dr. Joe Perz, CDC/DHQP
Ms. Jan Ratterree, CDC/ DHQP
Dr. Sujan Reddy, CDC/ DHQP
Dr. Issac See, CDC/ DHQP
Ms. Alicia Shugart, CDC/ DHQP
Ms. Erin Stone, CDC/ DHQP
Ms. Abbigail Tumpey, CDC/ DHQP
Ms. Wendy Vance, CDC/ DHQP
Dr. J. Todd Weber, CDC/ DHQP
Ms. Sarah Yi, CDC/ DHQP

**MEMBERS OF THE PUBLIC**
Ms. Nicole Bryan, CSTE
Dr. Russ Castioni, 3M
Ms. Kendra Cox, Cambridge Communications, Training, and Assessments
Ms. Pamela Falk, Northside Hospital
Ms. Maryellen Guinan, America's Essential Hospitals
Ms. Amna Handley, GA Pacific
Ms. Michelle Homan, Ecolab
Ms. Eve Humphries, Society of Healthcare Epidemiologist of America
Dr. Jesse Jacob, Emory University
Mr. Robert Jones, Goldshield/ Energy and Environmental
Ms. Jane Kirk, Gojo Industries
MS. Beth Morrow, Northside Hospital
Ms. Renee Odehnal, Ethicon
Ms. Silvia Quevedo, Association of Professionals in Infection Control
Ms. Maria Rodriguez, Xenex
Ms. Rachel Stricof, Council of State and Territorial Epidemiologists
Ms. Lisa Tomlinson, APIC

## Executive Summary

The US Department of Health and Human Services (HHS) and the Centers for Disease Control and Prevention (CDC) National Center for Emerging and Zoonotic Infectious Diseases (NCEZID) Division of Healthcare Quality Promotion (DHQP) convened a meeting of the Healthcare Infection Control Practices Advisory Committee (HICPAC) on November 5-6, 2015 in Atlanta, Georgia. The Designated Federal Official (DFO) and Chair confirmed the presence of a quorum of HICPAC voting and *ex officio* members on both days of the meeting.

The meeting was called to order at 9:22 am. on November 5, 2015. Dr. Denise Cardo provided updates and future directions from DHQP. Drs. Arjun Srinivasan and Lauri Hicks updated HICPAC on DHQP's efforts in healthcare antimicrobial stewardship. HICPAC heard information on nontuberculous mycobacterium infections associated with heater-cooler devices from Drs. Joe Perz and Michael Bell and then held discussions. Dr. Sujan Reddy updated HICPAC on the research framework for environmental infection control pertaining to environmental surfaces. Ms. Erin Stone presented, and HICPAC reviewed and discussed, an approach to evidence-based evaluations for new and evolving proprietary products for infection control. Dr. Carolyn Gould presented on using data for prevention using the Targeted Assessment for Prevention (TAP). HICPAC received an update on the HICPAC Reprocessing Workgroup. There was a public comment period, and HICPAC recognized retiring members Dr. Susan Huang and Ms. Gina Pugliese. HICPAC liaison groups provided written and verbal updates. HICPAC stood adjourned from 5:01 pm on November 5 until 9:07 am on November 6.

On Friday, November 6, 2015, Dr. John Jernigan presented to HICPAC regarding control of antimicrobial resistance across healthcare settings. Dr. Anthony Fiore presented on DHQP's work regarding a sepsis surveillance definition. Dr. Michael Bell led a discussion on ensuring training and competency of healthcare personnel in infection control. HICPAC discussed a future work plan and held a public comment period.

HICPAC stood in recess at 11:25 am on November 6, 2015. The next HICPAC meeting will be held in Atlanta, Georgia on March 31-April 1, 2016.

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR DISEASE CONTROL AND PREVENTION
National Center for Emerging and Zoonotic Diseases
Division of Healthcare Quality Promotion

Healthcare Infection Control Practices Advisory Committee (HICPAC)

November 5-6, 2015
Atlanta, Georgia

**DRAFT Minutes of the Meeting**

The United States Department of Health and Human Services (HHS) and the Centers for Disease Control and Prevention (CDC) National Center for Emerging and Zoonotic Infectious Diseases (NCEZID) Division of Healthcare Quality Promotion (DHQP) convened a meeting of the Healthcare Infection Control Practices Advisory Committee (HICPAC) on July 16-17, 2015 at the Tom Harkin Global Communications Center at the Centers for Disease Control and Prevention, 1600 Clifton Road NE, Atlanta, Georgia.

**Thursday, November 5, 2015**

**Welcome and Introductions**

**Jeff Hageman**
**Division of Healthcare Quality and Promotion**
**National Center for Emerging and Zoonotic Infectious Diseases**
**Centers for Disease Control and Prevention**
**Designated Federal Official, Healthcare Infection Control Practices Advisory Committee**

Mr. Jeff Hageman called the meeting to order at 9:22 am. He welcomed HICPAC members, *ex officio* members, and liaison representatives, and conducted a roll call. A quorum was present. HICPAC members disclosed the following conflicts of interest:

- ❑ Dr. Daniel Diekema has received research funding from bioMérieux.
- ❑ Ms. Jan Patterson's spouse has been a consultant for Astellus Pharma, Endo International, and Viamet.
- ❑ Ms. Lynn Janssen's spouse works for Dynavax Technologies, which immunologic products, including vaccines.
- ❑ Dr. W. Charles Huskins served as an advisory board member to Genentech.
- ❑ Dr. Tom Talbot's spouse has received research funding from MedImmune, Sanofi Pasteur, and Gilead Sciences, Inc, and is on the advisory committee for Novartis.
- ❑ Dr. Lisa Maragakis receives research funding from Clorox and Versa.
- ❑ Dr. Susan Huang is conducting clinical trials and research studies in which participating hospitals and nursing homes receive contributed product from Sage Products, Mölnlycke Healthcare, 3M, and Clorox.

**CDC Updates: Division of Healthcare Quality Promotion**

**Denise Cardo, MD**
**Director, Division of Healthcare Quality Promotion**
**National Center for Emerging and Zoonotic Infectious Diseases**
**Centers for Disease Control and Prevention**

Dr. Cardo provided an update on DHQP's direction and areas where HICPAC and its liaisons can provide advice and support.   Over the past several years progress has been made in preventing healthcare-associated infections through the implementation CDC and HICPAC recommendations. However, more work needs to be done to increase adherence and implementation of the recommendations that are known to be effective.

Dr. Cardo also provided an overview of DHQP's data sources that provide information to target prevention and response efforts including information from outbreaks reported to CDC, the National Healthcare Safety Network (NHSN) and the Emerging Infections Program (EIP). These sources complement each other and add to understanding regarding what is happening, even to the unit or pathogen level, and to better promote prevention and work with partners.

Dr. Cardo also emphasized that DHQP's partnerships are critical for improving patient safety nationally. Over the years, DHQP has expanded not only the partners with which it works, but also the partners it supports through funding. The HICPAC liaisons represent many of DHQP's partner organizations that range from professional societies, healthcare organizations, accreditation organizations, public health associations, federal agencies involved in healthcare issues, and consumers. HICPAC liaisons are encouraged to share the activities that their organizations are undertaking for promoting healthcare-associated infection (HAI) issues, addressing barriers, and facilitating implementation. HICPAC liaison input during HICPAC meetings is critical not only for science, but also for working faster and better to protect patients.

At the same time, the division is expanding its role in supporting research.  In addition to intramural research, the division's role in extramural research is expanding through the Safety and Healthcare Epidemiology Prevention Research Development (SHEPheRD) and the Prevention Epicenters, as well as other mechanisms. Two of the main goals of DHQP are to prevent infections and improve patient care. Dr. Cardo outlined several of DHQP's research topics include:

- ❑ New interventions for better detection and prevention of infections and antibiotic resistance (AR): The division's isolate bank has been made available to look for new diagnostics or to test new treatments. The division is also considering how its data and expertise can contribute to the development of new vaccines for HAIs.
- ❑ The role of the environment in transmission of HAIs: The division is funding extramural research and conducting intramural research in this area.
- ❑ Microbiome: DHQP is partnering with several groups to better understand the microbiome and how it may help with the prevention of infections and resistance.
- ❑ Improving stewardship across healthcare not just by settings, but by funding research to determine the best interventions and ways to look at data across healthcare.

❑ Utilizing modeling to understand the spread of pathogens: the division has embraced modeling, especially when randomized controlled trials (RCTs) cannot be conducted or when the field cannot wait for their results.

❑ Advanced microbiology tools, such as sequencing, work with modeling to understand dynamics, to better understand infections and resistance, and to focus prevention.

Dr. Cardo also highlighted several areas where DHQP has been expanding efforts including:

Medical Devices

Medical devices have been part of the division for some time, but as devices advance, the field of infection prevention and control is behind. Devices are becoming more complex and sometimes less invasive, but they rarely consider infection prevention and control. The field should not only conduct outbreak investigations, but also should be prepared for the future with strategies to participate in the development of the devices that do not have unintended adverse consequences to patients.

Environmental Infection Control

This area is sometimes related to medical devices, but non-device outbreaks can occur. For instance, Carbapenem-resistant *Enterobacteriaceae* (CRE) outbreaks have been linked to sinks or to biofilm found in plumbing. The field must move beyond patient-to-patient transmission and use all of the different available tools to create interventions.

Post-Acute Healthcare Settings

DHQP is more present in post-acute healthcare settings such as ambulatory centers and long-term care facilities. This requires different roles and levels of involvement, but the division is helping the field move forward.

Stewardship

Stewardship is a priority for HHS, and CDC is the lead agency for these federal activities with DHQP leading CDC's activities in this area. DHQP also serves as a connection for its federal partners and its partners in healthcare. It is time to consider stewardship with new paradigms and new expectations for making a difference. A new Office of Antibiotic Stewardship has assembled stewardship activities across the continuum of healthcare together within DHQP.

Sepsis

DHQP has become more involved in better diagnosing sepsis, recognizing early sepsis, and including sepsis as part of stewardship.

Preparedness and Response

This area is focused on Ebola, Middle East Respiratory Syndrome Coronavirus (MERS-CoV), and other emerging infections. DHQP supports state and local health departments as well as hospitals to create better connections.

This HICPAC meeting agenda addresses the above roles and activities. CDC counts on advice from HICPAC and the liaison representatives not only in creating recommendations, but also in setting directions for moving forward and for helping move the field forward. HICPAC also helps with implementation in the field to make positive changes.

Discussion Points

HICPAC commented on a recently-published study in the *New England Journal of Medicine* (*NEJM*) which was a randomized trial of outcomes associated with the placement of central venous lines in different locations. The study examined line insertion-related complications, thrombosis, and bloodstream infection. In some cases, the data showed competing risks. Depending upon where the line was inserted, one risk was higher than the other. This concept is important in thinking about risks associated with medical devices and from the standpoint of the bedside. Providers deal with initiatives related to central line-associated bloodstream infection (CLABSI), venous thromboembolism (VTE), and other concerns. Perhaps these initiatives can be integrated in a better way so that providers think more broadly about the risks associated with a central line rather than just about CLABSI prevention.

Dr. Cardo replied that this idea is critical. The focus should be on the patient and on the risks and benefits of everything that providers do, not only in the prevention of infections, but also in the prevention of other adverse consequences. Also, the unintended consequences of what CDC recommends should be considered. The initial approach to infection prevention and control utilized checklists, and increasing adherence made a difference. Now that work should take place in a manner that focuses on the patient. This focus should be applied in all categories, such as sepsis. Early recognition of sepsis can include blood cultures and reassessment of antibiotics. CDC's recommendations should be part of the process of care so that it will be easier for clinicians to do what is needed for a specific patient. Health systems are moving toward performing checklists by patient rather than device. This change is challenging, but without moving in that direction it will be difficult to make a difference. Even in stewardship, antibiotics should be considered based not only on a condition, but also on which antibiotic option should be administered first. The goal should not be decrease for the sake of decrease, but should take into account which antibiotics will cause the most harm to the patient. HICPAC's feedback will be necessary in making this change, as the guidelines are specific and should be put into a context of care.

HICPAC recognized that these issues are all important. The public reporting of events has made a positive impact in institutions to build interest and investment in programs. One element of the reporting that should be addressed is inadequate risk adjustment of reported data. Hospitals that are invested in reducing these events are struggling because they have momentum but are still penalized. In the success with reporting, this issue should not be forgotten. There is increasing frustration with events that are unique and concern about whether institutions have equivalent settings.  There is exciting work occurring regarding risk adjustment of the measures, getting accurate data that can be used, and providing information about what is preventable.

Dr. Cardo agreed and said that this issue is ongoing. There was a past HICPAC working group that helped with definitions and metrics. It may be time to create a similar group. In some hospitals, patients are not getting cultures so that infections will not be reported. This practice is not good. It is important to consider the situation in its entirety, as there have been unintended consequences from CDC being assertive.

Regarding the medical devices issue, especially relating to scopes that are reprocessed and reused, Consumer's Union observed that the issue seems to center on cleaning. CDC should speak up about this issue and state that cleaning processes should be shown to work before a device is cleared to be on the market. The duodenoscope issues showed that after the fact when the manufacturers came in for reprocessing, the process did not clean out the bacteria.

Medical device laws will be reviewed in 2017, so it is a good time for CDC to speak up on the infection prevention side to ensure that they are safe.

Dr. Cardo said that one of the approaches is not only to provide strategies for personnel to clean better, but also to establish requirements for new devices. It is important to ensure manufacturers are responsible for guaranteeing that devices are compatible with cleaning and disinfection products.

FDA clarified that because it is a regulatory agency, details of the review process cannot be discussed. However, the review process does incorporate cleaning and reprocessing validation of all devices. The agency is actively reviewing progress with the manufacturers and with the validation testing that they submit to FDA before the device is cleared.

Dr. Cardo added that DHQP works closely with FDA colleagues, who share the desire to improve medical devices.

**Healthcare Antimicrobial Stewardship**

**Lauri Hicks, DO**
**Director, Office of Antibiotic Stewardship**
**Medical Director, Get Smart: Know When Antibiotics Work**
**Division of Healthcare Quality Promotion**
**National Center for Emerging and Zoonotic Infectious Diseases**
**Centers for Disease Control and Prevention**

Dr. Hicks described efforts to improve antibiotic use in the community. CDC has worked in this area in the outpatient setting for a long time. The National Campaign for Appropriate Antibiotic Use in the Community was launched in 1995. In 2003, the program was renamed Get Smart: Know When Antibiotics Work. The new name coincided with a large media launch. The program's historical focus has been on acute respiratory tract infections (ARTIs), given that they are the conditions that lead to the most inappropriate antibiotic use in the community setting. The program is now considering other infections in dentistry and other areas that contribute to the overuse of antibiotics in the community setting.

The program aims to reduce the spread of antibiotic resistance by:
- ❑ Promoting provider adherence to appropriate prescribing guidelines
- ❑ Decreasing demand for antibiotics among healthy adults and parents of young children, which plays a major role in overuse of antibiotics in the outpatient setting because when providers perceive that a parent wants an antibiotic, they are more likely to prescribe it
- ❑ Increasing adherence to prescribed antibiotics

CDC has hosted Get Smart About Antibiotics Week annually since 2008. The goal of the observance is to increase the number of actively engaged program partners in the promotion of Get Smart messages to target audiences. The target audiences include:

- ❑ The general public
- ❑ Providers
- ❑ Hospital administrators
- ❑ Global interest groups
- ❑ Policymakers

CDC works with a number of partners on the observance of Get Smart About Antibiotics Week, including government agencies, state and local health departments, and international partners such as the European Centre for Disease Prevention and Control (ECDC). This year, the World Antibiotic Awareness Week, hosted by the World Health Organization (WHO), will coincide with Get Smart About Antibiotics Week, November 16-22, 2015.

CDC works with these partners on a number of issues beyond Get Smart About Antibiotics Week. One of the more successful and ongoing relationships has been with the Veterans Health Administration (VHA). They have been exploring appropriate antibiotic prescribing in outpatient clinics for some time. A recent published paper showed variability in prescribing across the VA outpatient clinics. Work has also taken place with the VA to implement clinical decision support to improve prescribing. Some of the implementation activities are being piloted in a number of VA clinics, with the goal of expanding across the VA healthcare system.

Professional societies have been important partners for many years. The American Academy of Pediatrics (AAP) released updated Principles for Judicious Prescribing in Pediatrics for ARTI in 2013. State and local health departments are being supported to develop and implement programs promoting appropriate antibiotic use in the community. Fifteen states were funded in 2015, but more than 30 states are participating in antimicrobial stewardship activities.

Corporate partnerships are an exciting element of antimicrobial stewardship. This year, Walmart issued a public service announcement (PSA) during Get Smart Week and beyond. The PSA reaches customers as they are in the checkout line at Walmart stores and will reach millions of individuals.

The program has also focused on measuring antibiotic use in the community. There are a number of resources for this measurement in the outpatient setting, including the following:
- ❑ CDC surveys, which help in the assessment of both the volume and appropriateness of antibiotic use:
    - ➢ The National Ambulatory Medical Care Survey (NAMCS)
    - ➢ The National Hospital Ambulatory Medical Care Survey (NHAMCS)
- ❑ The program has purchased proprietary data collected for pharmaceutical marketing, which has allowed for examination of antibiotic expenditures across the spectrum of healthcare and for study of population-based prescribing at the county and state levels based on the number of prescriptions filled
- ❑ Qualitative research has been part of the program since its beginning; changing practice in the outpatient setting requires that the messages resonate with the general public and providers
- ❑ Quality measure data (e.g., Healthcare Effectiveness and Information Set)
- ❑ Other data sources include claims datasets, National Health and Nutrition Examination Survey (NHANES) surveys, and healthcare system data

A great deal of progress has been made in the first decade of appropriate antibiotic use activities in the community. Data on antibiotic prescriptions resulting from doctor visits was collected for five conditions: Ear Infections, Colds, Bronchitis, Sore Throats, and Sinusitis. Assessing appropriateness can be difficult, but because antibiotics are never indicated for conditions such as colds or bronchitis, the percent of people who receive an antibiotic during a visit for those infections should be zero. Antibiotics are still being prescribed for those

conditions, but there have been incremental improvements in each of the five conditions of interest.

Antibiotic selection is an important aspect of stewardship. There is a great deal of macrolide and fluoroquinolone use for upper respiratory conditions. The most commonly prescribed antibiotic for bronchitis, which is not needed at all, is a macrolide. The most commonly prescribed antibiotic in the US is azithromycin. The indications for that drug are very limited.

Antimicrobial use should be considered across the spectrum of healthcare. Infections and antibiotic-resistant infections are a major concern in acute care as well as long-term care settings, and they are emerging increasingly in the outpatient setting. The majority of costs per year for antibiotics are in the outpatient setting: $6.5 billion of the total $10 billion that was spend on antibiotics in 2009 was spent in the outpatient setting. This spending does not represent use. Antibiotics in the outpatient setting are quite inexpensive. The outpatient setting represents approximately 80% of the total antibiotic use, but all settings are important. The bulk of the AR problems are in acute and long-term care settings.

The proprietary IMS Health data have been powerful in helping the program understand the national-level burden and volume of antibiotic use. In 2011, 842 prescriptions were written per 1000 persons in the community setting. Five out of every six people in the US receive an antibiotic every year. Not surprisingly, there is more use in the younger and in the older age groups.

The same data from 2011 allowed for the study of state prescribing rates. Kentucky has the highest prescribing rate in the country, with 1281 prescriptions written per 1000 persons. Alaska has the lowest prescribing rate, with 348 prescriptions written per 1000 persons. This variability in prescribing across the US needs to be understood, particularly given the uniform prescribing guidelines that are available. Based on preliminary analyses of conditions for which antibiotics are not indicated, there is more prescribing for those conditions in the areas with the highest prescribing rates. More needs to be understood about the other factors involved.

The program engages in policy activities, including quality measures and national goals. The Healthcare Effectiveness Data and Information Set (HEDIS) allows for analysis of provider-level prescribing for three measures of quality pertaining to antimicrobial use. It is not possible to use the data to learn about individual providers' prescribing practices, but it is possible to utilize health plan data. Employers also use these data to assess quality measures of the health plans. There is variability in performance on these measures across health plans. There may be opportunities to work with high-performing plans to learn lessons and to target low-performing plans. CDC is collaborating with Pew Charitable Trusts and an expert panel to establish national targets for reducing inappropriate antibiotic use. This initiative will be important for the agency, as the field is asking for a goal in this area.

A number of lessons have been learned in two decades of activities in appropriate antibiotic use, including the following:

- ❑ Start with measurement of antibiotic use and research. Data are needed for action.
- ❑ Tailor messages to specific target audiences. Patients as well as providers are targeted because of the role that patients play in this problem by putting pressure on healthcare providers to prescribe.
- ❑ Develop a partnership network and leverage support through effective partnerships.

❑ Support local-level intervention programs, such as programs with state health departments, the VA, and other health systems.
❑ Develop national policies that will facilitate implementation.
❑ Changing behavior and culture takes time and perseverance, as well as work with a variety of different partners.

Discussion Points

HICPAC observed that according to the map, states where antibiotics are overprescribed are also states where opiates and proton-pump inhibitors (PPIs) are overprescribed. The problem is likely to be larger than antibiotics, and it should be determined why providers in these states prescribe more medications.

Dr. Hicks pointed out that the maps depicting problems with overprescribing other drugs look the same as the antibiotic over-prescription map. They also look the same as the obesity map. There has been discussion regarding whether this overlap represents a causal relationship between the overuse of antibiotics in those areas, or whether the obesity problem is leading to a need for more antibiotic use.

HICPAC wondered about issues related to states with large rural areas and limited access to care. The more populated areas in these states may have the same high rates as other, more populated states.

Dr. Hicks said that the program has conducted an analysis of urban versus rural environments. The analysis did not identify differences between the urban and rural areas, but more needs to be done to examine that question more closely.

The literature about antibiotics refers to side effects. The relationship between the microbiome and obesity may be powerful, if antibiotics increase the risk of obesity.

Dr. Hicks said that the program is discussing this issue. Their first step is to focus on adverse events, particularly regarding *Clostridium difficile* (*C. diff.*). If there is an impression that antibiotics are linked to weight gain in children and adults, it will serve as an incentive to avoid them when they are not necessary. The program should consider how to incorporate the microbiome messages into the larger program.

The National Institutes of Health (NIH) seconded that idea and encouraged the pursuit of aspects of the microbiome. The map provides a significant epidemiological opportunity to work with microbiome partners to learn something at the macro level.

Regarding the bar graph that analyzes by age group, the American College of Occupational and Environmental Medicine (ACOEM) offered the interpretation that the more people interact with doctors, the more antibiotics they are prescribed. If the data are analyzed using a population denominator versus physician visit denominator, do all states track together? The conclusion of this analysis could guide where interventions are directed and whether interventions should only be done with physicians or with the general population as well.

Dr. Hicks added that females receive antibiotics much more frequently than males, likely because females have more interaction with the healthcare system, particularly during childbearing years. These data can help the program understand the audiences who should be

targeted. There is also discussion regarding how to prevent unnecessary visits in the first place. When a patient visits a provider, the provider assumes that the patient wants something.

HICPAC was curious to see how the data change as care models move toward electronic visits and asynchronous care. Prescribing practices may look different when patients interact with providers via Face Time or other technologies.

Dr. Hicks replied that the program is talking to Kaiser Permanente about the work that they have done in this area. Kaiser has a call center that allows patients and parents to call in. The staff at the call center work through an algorithm to determine whether callers need to seek care. There are concerns that telemedicine could potentially lead to a situation in which providers are prescribing without actually examining the patient. When a patient or parent can be guided regarding when to seek care, it may be possible to reduce inappropriate antibiotic use.

The overlap of opioid and antibiotic use is important to consider in efforts to educate the public. There are commercials airing on television for opioid-induced constipation medicine. Opioid use is becoming mainstream. HICPAC wondered about PSAs or other means for reaching audiences who are seeing commercials for these drugs.

Dr. Hicks said that the program works with a variety of partners that can help counteract that kind of messaging. Unfortunately, it is expensive to air PSAs on network television. It is important for CDC to be proactive in making sure the correct messages are being shared. Walmart is reaching an incredible amount of people with the PSA in their stores. In another example, a state worked with the airlines to play a PSA about appropriate antibiotic use as planes depart.

The Council of State and Territorial Epidemiologists (CSTE) said that at the state level, Tennessee is working with substance abuse staff to understand how closely opioid prescribing is related to antimicrobial usage and the geography of that relationship. The Get Smart program could work with the substance abuse elements of CDC to find synergies in understanding the underlying culture behind use. There may also be opportunities to collaborate in messaging.

Dr. Hicks replied that the opioid problem is public and well-recognized at the moment. CDC started working on the problem of opioid overprescribing and access relatively recently. The groups working on opioids at CDC have come to the Get Smart program for lessons learned from its work since the late 1990s and early 2000s to apply to their program and campaign activities. Even though the groups work in different areas, they should work together.

Consumer's Union commented that the pharmaceutical data are granular enough to identify the healthcare providers who are overprescribing. It makes sense to target populations, but it makes more sense to target the individuals who are overprescribing and to understand why it is happening, as well as the situations in which it is happening. Sometimes public disclosure is the most effective means for affecting change as it puts providers who are inappropriate prescribers in the public eye. It is a delicate area, but after decades of dealing with this problem, it is time to stop procrastinating and determine what/where the problems are and address them.

Dr. Hicks said that the program would like to go in that direction, but it is difficult. Other partners are able to assess individual provider practices and target them for education. The partners are also able to identify outliers. Kaiser has been making that information somewhat more public by having the poor performers, the outliers who are not prescribing appropriately, meet with the high performers. She has talked with colleagues at the VA about the possibility of using a model similar to this one in that system.

The VA is a good place to pilot such an initiative. The VA further said that if a patient sees a provider and has been sick for two weeks, he or she wants to get better. If they do not receive antibiotics, what are they getting? The current trend is to prescribe an opioid and steroids, both of which also have consequences.

HICPAC said that as providers are analyzed, care models and practice structures should also be analyzed. Which providers are in medical homes, and how much does prescribing replace high-touch interaction with patients in a different model?

Dr. Hicks said that there has been discussion regarding how behavioral interventions can make a difference in terms of patient-provider interaction. CDC needs to provide better tools for providers and the right tools for patients to facilitate that appropriate interaction. Providers overestimate the frequency with which patients want an antibiotic.

Antibiotic Use Data Update
**CAPT Arjun Srinivasan, MD**
**Associate Director for Healthcare Associated Infection Prevention Programs**
**Division of Healthcare Quality Promotion**
**National Center for Emerging and Zoonotic Infectious Diseases**
**Centers for Disease Control and Prevention**

Dr. Srinivasan updated HICPAC on measures. The Standardized Antibiotic Administration Ratio (SAAR) has moved forward with the National Quality Forum (NQF). There was a public comment period. DHQP responded to the comments, which were generally positive and had a theme that the SAAR is important and needed. There were comments about the types of risk adjustment that need to be made and calls for more data on which to base the risk assessment.

DHQP has been working in partnership with Pew in a group focused on measurement and national goal-setting. During the group's most recent meeting in September 2015, they spent a great deal of time talking with different health systems that report data into the antibiotic use (AU) option of NHSN. They have received their SAAR calculations and are providing input on the data. The discussion was eye-opening, as they allowed the group to see the data and spend time thinking about how they might act on it. Both healthcare systems agreed that the data point them to items that are actionable. The systems had feedback about different ways to display the volume of data. The systems had employed various graphical systems for displaying the data. DHQP will continue to work with them.  It is hoped that the SAAR will be part of the NHSN module soon. The goal is that facilities will be capable of calculating their SAARs in early 2016.

One of the healthcare systems was engaged in a performance improvement project on antibiotic stewardship while data were being collected using the SAAR measure. There were indications that hospitals have implemented good activities related to stewardship and have been active in trying to improve antibiotic use saw their SAAR measures decrease. It is important that the SAAR measure is sensitive to improvement.

DHQP is working on the annual facility survey for NHSN. It now includes questions on antibiotic stewardship programs. The data are available on the state level, with the percentage of hospitals in each state that report having an antibiotic stewardship program that incorporates all seven of the CDC Core Elements for Hospital Antibiotic Stewardship Programs.

There is variability in the map, but it provides data for action. California is predominating with 58% of hospitals reporting having a complete stewardship program. The data show high performers and low performers, and where efforts may be targeted. The data come at an important time as states move toward taking more active roles in preventing AR. Antibiotic stewardship is a large part of that effort, and states can use the data to work with hospitals to improve compliance with stewardship programs.

CDC's Core Elements for Antibiotic Stewardship Programs lay out high-level infrastructure and activities that have been associated with successful stewardship programs. Hospitals have provided feedback that they generally like the core elements, but they are challenged regarding how to implement them and what the elements might be in their individual facilities. Hospitals want to know the ways in which the elements can be implemented, and which ways are good, better, or best. They also want to know about barriers to implementation and how facilities overcome them.

DHQP is trying to provide more substance to the guidance. One of the approaches is through the National Quality Partnership, part of the NQF. The National Quality Partnership has assembled an Action Team for Antibiotic Stewardship that draws from the large and broad membership of the NQF, which represents the spectrum of different stakeholders in healthcare. They support the idea of developing a "playbook" for antibiotic stewardship. NQF had a similar activity focused on reducing early elective deliveries, which is a parallel problem to antibiotic overuse—there is too much of it, and there is guidance on how to make it happen less, but it is not supposed to be zero. The playbook for early elective deliveries was intended to be guidance for hospitals to talk about the different interventions that have been successful in reducing early elective deliveries, what implementation of those interventions looks like in a variety of healthcare settings, and the barriers that people encountered in implementing the interventions and how they overcame them.

The antibiotic stewardship playbook will be built upon the CDC Core Elements. It will help hospitals implement stewardship programs and provide examples. It can also serve as a model to inform survey and accreditation organizations. There is interest from regulatory and accrediting groups in thinking about requirements for antibiotic stewardship, so there will have to be a sense of what it looks like. The playbook can conform that education to groups that accredit hospitals. The Joint Commission has expressed interest in the playbook as well.

DHQP is partnering with health departments to advance stewardship. The division has provided funding to a number of states to start integrated antibiotic stewardship programs. They are working to help health departments, as this activity is new for some of them. There have been discussions regarding developing a technical package with information about what has been successful in health departments in improving antibiotic use and reducing antibiotic resistance.

The division has also been active in long-term care settings. In September 2015, the division released the Core Elements of Antibiotic Stewardship for Nursing Homes. They are similar to the core elements for hospital antibiotic stewardship programs. Experts in the area felt that while the elements are the same, their implementation is very different in a nursing home than in a hospital. The launch of the nursing home elements included checklists, appendices with implementation and measurement suggestions, fact sheets, and an infographic.

The engagement of nurses in antibiotic stewardship in hospitals has been discussed by HICPAC before. Thanks to some HICPAC members and liaison representatives, DHQP has connected with several nursing organizations. The division hopes to assemble a group of nurses to provide advice on the role that they can play in antibiotic stewardship. The American Nurses Association (ANA) has put out a call for nurses who are active in acute care hospitals who are interested in stewardship. Already, 50 people have responded to the call.

DHQP invited HICPAC's thoughts and guidance regarding how to improve guidelines for treatment of infections so that they consider stewardship more thoroughly than they do now.

Dr. Hicks said that their deliberations so far have focused on how guidelines inform many of their stewardship activities and interventions. In order to generate a solid set of recommendations, it is important to think about how guidelines for treatment of infections are developed and how those guidelines should incorporate elements of antimicrobial stewardship.

Guidelines establish standards of care, help identify where quality improvement is needed, and improve patient outcomes. Get Smart has helped develop clinical practice guidelines, primarily in collaboration with professional medical societies. Historically, the emphasis has been on respiratory infections because those are the areas that experience the most inappropriate antibiotic use. The program has developed guidelines for both adult and pediatric patients. There are challenges, as many guidelines are developed without consideration for their impact on the treatment of other infections.

The program has worked with AAP, which has taken leadership in this area. AAP developed guidelines related to the treatment of acute otitis media and were one of the first organizations to consider how antibiotics are prescribed and to incorporate principles of antimicrobial stewardship in their guidelines. The acute otitis media guidelines include the concept of watchful waiting for mild cases of ear infection. Get Smart worked with AAP on the document entitled "Principles of Judicious Antibiotic Prescribing for Upper Respiratory Tract Infections in

Pediatrics." This document applied principles of antibiotic stewardship to the existing guidelines. Every guideline could engage in a similar exercise.

Not only are there problems associated with antibiotic overuse for conditions that do not warrant them, but also there are problems associated with ordering tests that are not necessarily indicated or may have issues with interpretation if they are not ordered in the right circumstances. One of the most important elements of the diagnosis of acute pharyngitis and the determination of whether a patient has group A streptococcal (GAS) pharyngitis is to ensure the test is ordered at the right time. A test performed on a person who does not meet the criteria may yield a positive result in a person who does not have GAS.

Another component of this work is weighing the benefits versus the harms of antibiotics. It is important to think about the potential adverse events or consequences when antibiotics are used when they are not needed, or when there is little to no benefit. Providers should think about how to implement judicious prescribing practices. If an antibiotic is indicated, then options should be considered to decrease the total volume of antibiotic use to which that patient is exposed. Some organizations are thinking about these issues, but in many situations, the incorporation of stewardship recommendations or considerations would help positively impact and contribute to antibiotic treatment across the full spectrum, not just focusing on one illness or infections.

Discussion Points

CSTE asked when the playbook and technical guidance for state health departments will be available. Dr. Srinivasan hoped that the playbook would be on a rapid production schedule, perhaps in a six-month timeframe, if realistic. The first meeting will be held in December 2015. Many groups will be involved, so the process may move more slowly, but the product will be better for having the involvement of many groups. CDC has emphasized the need to work rapidly. Regarding the technical package, they are working with the Public Health Foundation to move forward as fast as possible.

CSTE suggested making parts of the playbook available as soon as possible. For example, providing guidance or examples in leadership in portions will be helpful.

HICPAC asked about collaboration with Choose Wisely in Canada. That group is more broadly focused than just antibiotics, but has similar resources and has developed collaborations with professional organizations.

Dr. Srinivasan answered that the program has worked a great deal with Choosing Wisely, both in visits and through professional societies. A number of Choosing Wisely recommendations are related to antibiotic use, antibiotic stewardship, and HAIs. SHEA recently submitted five items to Choosing Wisely related to the inpatient elements of stewardship. Previously, Choosing Wisely was more focused on outpatient conditions. The theme of limiting overuse resonates.

IDSA observed that this work is important. As the notion of incorporating stewardship language into guidelines progresses, CDC is encouraged to think broadly. There are many more professional societies than are represented as liaisons on HICPAC. Involvement from different procedural specialties will broaden the audience for the materials so that messages come from more than usual groups.  It is encouraging that the playbook will include "good, better, and best" examples. There is tension in stewardship programs because leadership often depends upon availability. The core document highlights the role and opportunity of hospitalists who demonstrate success in performance improvement, but the "good, better, best" approach offers the opportunity to indicate that "best" is leadership from an infectious disease (ID)-trained, experienced professional who is already demonstrating performance improvement. Other individuals are suitable as well if such an individual is not yet available.

Dr. Srinivasan acknowledged that it is unrealistic to say that leadership has to come from an ID doctor, because they are not available in large percentages of healthcare settings. This issue relates to the ID community demonstrating its value. When a hospital's administration considers starting a stewardship program, the first thought should be to have an ID-trained doctor, although some experts in ID may not want the ID practice to lead stewardship efforts. IDSA takes stewardship education seriously and is making it part of the core training for ID. Discussions have begun with the playbook team regarding how to incorporate language about ID training.

IDSA said that the playbook is an opportunity to recognize the practicality of what is available now, and also to set an aspirational vision. In many aspects of medicine or clinical care, the singular qualification to take on a specialized task is availability. The industry can be driven in the right direction by encouraging leadership from people who have been trained in ID and have demonstrated how to use it effectively.

Dr. Srinivasan said the types of models can be expanded. For example, there are ID practices that do this work remotely. Alternative delivery models may be helpful for this specific expertise. This work does not dictate prescriptions for individual patients; rather, the work focuses on establishing a system. Much can be done to bring expertise to bear and to emphasize that there is a group of professionals with specific training that will be helpful.

HICPAC supported the three principles. The more concrete tools that can be provided to the many professional societies to include antibiotic stewardship principles in their guidelines and recommendations at a granular level, the better. A proactive approach may be to reach out to the professional societies and to provide them with those tools and principles. The societies can

be asked for commitment from their guideline committees to utilize the principles and to provide feedback. In addition to guidelines, it may be useful to work with groups that create quality metrics. Quality metrics may be released for sepsis or community-acquired pneumonia that could have unintended consequences of excessive antibiotic usage.

Dr. Cardo asked whether HICPAC should consider drafting a guidance document to help professional organizations when they are creating treatment guidelines. She asked the liaisons how their organizations approach stewardship in their guidelines. HICPAC and the liaisons can have significant impact in driving guidance development.

HICPAC was encouraged that the Get Smart program is now incorporated into DHQP. It is hoped that the state-level efforts will be stronger because of new collaboration opportunities with the consolidation. Regarding the California data, the state law requiring hospitals to have stewardship programs was passed in the fall of 2014. The programs had to be in place by July 1, 2015. The state law does not align exactly with the seven CDC core elements. It is important for the message to be shared that hospitals in California will be measured against the CDC elements, regardless of what is in the state law.

HICPAC was pleased to hear about the involvement of nursing groups. Hospitals are asking for a checklist or algorithm to accompany guidelines to make it easier to have quality improvement teams with people who may not have all of the clinical expertise but who can find basic areas on which to focus, such as the two or three antibiotics with the highest inappropriate use. Any formal guidance that HICPAC can provide regarding the elements that are needed for the guidance would be helpful so that the professional associations can take it upon themselves to develop guidance based on published documents.

HICPAC emphasized that the testing aspect of stewardship is important. The American Society for Microbiology (ASM) or the Clinical and Laboratory Standards Institute (CLSI) could be useful groups. For example, there is no guidance or standard regarding a positive urinalysis (UA) to drive a culture.

CSTE said that it is important that all groups speak with a common message from the same playbook. The Joint Commission Speak Up™ patient safety program states that antibiotics may be indicated for bronchitis. Mixed messages can be difficult to manage. Australia has strong antimicrobial stewardship guidelines, and all treatment guidelines have antimicrobial stewardship principles incorporated into them. The guidelines form the clinical decision support system and are used as the gold standard for appropriateness of antimicrobial use. The US does not have an equivalent. There may be a possibility of condensing the available research into a resource for what clinicians need to know, formatted with the three principles in mind. The resource could provide additional guidance regarding second-line or third-line antibiotics if regional prevalence of AMR is above a certain percentage. It would not be "one size fits all," but would take into account the different resistant patterns in a hospital or community. The Australian guidelines are endorsed by all professional societies. It would be difficult to create such a resource, but it would be ideal.

Dr. Hicks said that the program would like to move toward such a final product. The support of different professional societies will be needed for that approach.

SHEA and ISDA collaborated with other societies on the development of new guidelines on the implementation of antibiotic stewardship. The guidelines are likely to be well-received because of the number of societies that participated in the process. Other professional societies should be encouraged not only to offer guidance, but also to involve other groups in the development process to secure broad buy-in.

Dr. Diekema asked the HICPAC liaison members representing societies to raise their hands if their societies are promulgating antimicrobial use or treatment guidance. Three organizations indicated that they were in that process.

The Association of State and Territorial Health Officials (ASTHO) expressed concern about the percent of hospitals reporting that they have implemented the core elements. The core elements are subjective enough that there is likely to be a wide range of what is meant when hospitals say that they are implementing them. This area needs more scrutiny.

Dr. Srinivasan agreed. The program is addressing the issue in a number of ways. The questions on the survey are worded such that they are not checking a box. There are seven elements, but the survey has 15 or 16 questions that address whether a hospital is active related to the elements. The program is engaged in validation as well, as experts in stewardship are assessing the answers. The few places where validation has been conducted have had good correlation between the answers on the survey and the reality of practice, both for hospitals who said they had the elements and for hospitals who said they did not. More validation needs to be done.

Dr. Cardo said that the data are not perfect, but they are useful for knowing not just who has the seven elements, but who does not, and the common elements that hospitals do not have. This information allows the program to be more proactive. If hospitals do not have certain elements because of a lack of training and education, then CDC and professional organizations can be proactive to address that gap. If a hospital does not have feedback to clinicians, it may not have good data. The surveys are a starting point for improving stewardship programs.

Dr. Michael Bell (Deputy Director, DHQP) agreed that the survey has low bars and was struck by the number of facilities that have still not managed to achieve them. There is a great deal of work to do to reach the targets. Parallel to that work is the recognition that validation and precision are also necessary.

Consumer's Union has been calling for accountable antibiotic stewardship programs. There is concern that hospitals say that they have these programs but they are not measuring the progress. An accountable stewardship program would participate in reporting antibiotic use and AR infections to see if there are changes in those numbers.

Dr. Diekema emphasized the importance of the planned work on risk adjustment for the new SAAR metric. Many hospitals are concerned about any new metric, because they may eventually be used punitively against them.  Overall, however, the effort is a positive one. There is work for HICPAC in playing a role in providing a product related to guidance for guideline development that related to antimicrobial utilization. There are examples of frameworks available.

**Nontuberculous Mycobacterium Infections Associated with Heater-Cooler Devices**

**Joseph Perz, DrPH, MA**
**Leader, Quality Standards and Safety Team**
**Division of Healthcare Quality Promotion**
**National Center for Emerging and Zoonotic Infectious Diseases**
**Centers for Disease Control and Prevention**

**Michael Bell, MD**
**Deputy Director**
**Division of Healthcare Quality Promotion**
**National Center for Emerging and Zoonotic Infectious Diseases**
**Centers for Disease Control and Prevention**

Dr. Perz reviewed points about Nontuberculous Mycobacterium (NTM) and infections associated with heater-cooler devices.

NTM are relatively slow-growing bacteria clinically in terms of how long it takes infections to develop as well as in terms of culturing, analytics, and diagnostics. The organisms are ubiquitous in the environment and are opportunistic. As such, transmission is often recognized in the healthcare setting. The healthcare setting presents a combination of one or more of the following:

- ❑ The presence of immunocompromised patients
- ❑ Breaches in normal host defenses, such as incisions, injections, and vascular access
- ❑ Novel exposure pathways, often involving water.

The October 23, 2015 *Morbidity and Mortality Weekly Report* (*MMWR*) reported an investigation of eye infections of *Mycobacterium chelonae*. Four patients acquired infection after laser-assisted in situ keratomileusis (LASIK) surgery in an ambulatory surgery center (ASC). The source was identified as a misting humidifier that was contaminated with the same organism. There was a pulsed-field gel electrophoresis (PFGE) match between patients and the humidifier isolate. The clinic's purchase of the consumer-grade humidifier was motivated by the need to maintain a specific level of humidity for the laser device. The clinic was not aware of the American Society of Heating, Refrigerating, and Air-Conditioning Engineers (ASHRAE) and HICPAC standards indicating that use of a stand-alone humidifier in this manner is not advised. Given that this event occurred at an ASC, there may be opportunities to work with colleagues at CMS and accrediting organizations to check for lapses such as this one. If LASIK procedures occur in a non-certified setting, the work will be more challenging. CDC is preparing outreach to the user community in the coming weeks.

An outbreak of invasive *Mycobacterium* (*M*) *chimaera* infection following open-heart surgery patients was reported in the July 2015 issue of *Clinical Infectious Diseases* (*CID*). Investigators in a Swiss hospital identified six cases of invasive *M. chimaera* in patients who had received implants as part of their open-heart cardiac procedures. The investigation focused on possible water sources, since the outbreak was of an NTM infection.

Particular focus was on the heater-cooler unit. These units are used with heart-lung machines, oxygenators, and cardioplegia devices. They are approximately 30 inches tall and have up to three circuits that provide temperature-regulated water to either the oxygenator, a blanket that is used to regulate a patient's temperature, or to the cardioplegia solution or device. All of the circuits are closed and do not contact the patient directly. In all three cases, they contact another device.  The Swiss investigators identified *M. chimaera* in the internal heater-cooler water circuits on the device and in air samples that were obtained when the device was running. The air samples were negative when the device was not running.

Two fans are present in the heater-cooler. This design is typical for this class of device. One fan cools the device's internal components, and another, larger fan draws air into the machine. While the water circuits are self-contained, the possibility of water escaping the circuits should be considered, particularly given that the device has an overflow bottle in front of the grill where air passes.

The investigation began in 2012 after the first two patients were recognized with the unusual NTM species. Prospective surveillance identified four more patients, two who became evident in early 2013 and two more in early 2014. The investigation considered the heater-cooler unit as a potential source of the pathogen. The hospital decided to replace their machines. Within a few months of the installation of the factory new units, they were also growing *M. chimaera* from the tank water, despite careful attention to the maintenance and disinfection of the units.

FDA posted a recall notice from Sorin, the manufacturer of the unit from the Swiss outbreak, in July 2015. In June 2015, Sorin USA had issued a field safety unit. The FDA recall acknowledged the receipt of evidence that while water is not intended to contact the patient directly, there is potential for aerosolization and subsequent exposure of the surgical site. The recall did not replace the units; rather, it called for replacement of the instructions for use, including cleaning and disinfection.

On July 20, 2015, the Pennsylvania Department of Health was notified by a hospital of a cluster of NTM infections among cardiac surgery patients. The hospital became aware of the heater-cooler reports and realized that several patients that had previously undergone cardiac surgery at the hospital had infections that were only identified at the *M. avium* complex (MAC) level. That complex includes *M. chimaera*. The investigation included CDC and the Pennsylvania Department of Health, with full cooperation by the facility.  Because of the previous association and the realization that the heater-cooler units might be a factor in the outbreak, they were replaced immediately upon identification of the cluster and consultation with the department of health.

Ultimately, the investigation identified eight cases of invasive NTM. Three cases were identified as *M. chimaera* and the rest were at the MAC level. Those patient specimens were no longer available. There is a long latency period of the infection. The time between surgery and the infection diagnosis in the *CID* report was over three years for several patients. A similar trajectory was observed in the Pennsylvania investigation, which experienced a multi-year delay between the presumptive exposure and diagnosis. The development of symptoms was not necessarily on a similar delay.

Preliminary epidemiologic and laboratory findings point to the heater-cooler unit as the source of the NTM. The investigation is ongoing and is led by the Pennsylvania Department of Health.  *M.*

*chimaera* was recovered from the heater-cooler units that were removed from service. Work is ongoing to analyze the PFGE patterns among patient isolates and isolates from the devices.

The investigation is public. Even with preliminary results, there was a sense of urgency that the findings were important to share, especially with the patients. The Pennsylvania Department of Health has communicated about the issue, and the hospital has conducted strong communication work with patients and medical professionals, recognizing the importance of encouraging clinicians to think of NTMs in these situations. FDA has also communicated on this issue, posting a safety alert on October 15, 2015. The alert is not specific to one manufacturer. Based on reports that FDA has received and on ongoing investigations, there is reason for concern about the class of devices in general. The recommendations from FDA include the following:

- Adhere to the current manufacturer instructions, being cognizant of recent recalls that updated the instructions
- Utilize sterile or filtered water; however, different manufacturers have different advice regarding whether sterile water is compatible with the device
- Direct the exhaust from the device away from the sterile field
- Remove units that show signs of contamination
- Engage in MedWatch reporting of infections that might be associated with these devices and of concerns about the device instructions or presence of contamination

Sorin has recommended locating the unit physically farther away from the sterile field. The positioning of the unit is limited because of the length of the available tubing and performance characteristics of the device.

CDC has also engaged in outreach on this issue. The healthcare community receives many useful notices regarding recalls and alerts from FDA, but this case represents more than a hypothetical risk: there are real infections present and evidence of occurrence in the US. CDC's aim has been to amplify the FDA alert to reach a broader swath of targets, including public health departments; hospitals; clinicians; and patients.

Dr. Bell said that learning of an event such as this outbreak presents an opportunity to ensure that no one else is exposed. Additionally, the event raises questions regarding what to do about the people who have been exposed. The denominator is substantial. The number of procedures performed using these devices that are essential for lifesaving surgeries is high. Many procedures using these devices occur without negative outcomes. Detection of this cluster is due to clinicians' awareness and thoughtfulness. This situation is not a massive crisis, but it is an indication that much is undetected in the patient care environment.

The response to this outbreak is an effective example of a state health department and a facility reacting appropriately and getting appropriate partners involved quickly. Taking the affected machines out of circulation immediately was a good strategy. There is not a straightforward answer regarding how to move forward with these machines

Outreach to potentially involved patients and others has taken place in a short amount of time. These efforts began with the usual groups of healthcare epidemiologists and infection control colleagues to ensure that there is awareness of the issue throughout the hospital. There is also an immediate need to talk to individuals who manage operating theaters to make them aware of the situation. Materials management and the hierarchy of facilities management are also involved. Groups that have experience in what happens in an operating theater, such as the Association of periOperative Registered Nurses (AORN) and profusionist groups have been involved. Outreach has also taken place with other clinical colleagues. The devices are used not only for heart surgeries, but also in other procedures such as liver transplants. This indolent infection presents with non-specificity. It can present as a suppurative surgical wound, or it can also be a deeper infection with non-specific symptoms such as fever and failure to thrive. There are significant in correct diagnosis. Outreach can mitigate the delays, as clinicians with patients who might have been exposed are thinking about NTM as a possibility.

CDC also convened professional groups of individuals who care for NTM-type patients to ask whether there are simple and effective measures to offer patients who might have been exposed. The short answer is that there are not, partly because antimicrobial choices change dramatically based on the species. Additionally, if the infection is recognized appropriately, the treatment is generally manageable and successful. The benefit of post-exposure prophylaxis is therefore unproven and may have adverse consequences (including antibiotic resistance emergence).

The heater-cooler unit appears to be harmless from an infection perspective, but the water overflow bottle is likely rarely, if ever, sanitized and is situated in front of a fan. Nothing that blows air should be in an operating theater, if possible. That risk assessment approach is not built into these devices. The Swiss facility moved the machine outside the operating theater on the other side of a wall. There are concerns about trip hazards from longer tubes and less effective operation because of the dissipation of heat, but it is important not to blow air in the operating theater. In looking inside the machine, it is clear that a reservoir of warm water in a steel container in a chilled operating theater will have condensation that will drip. The insulation layered inside the machine is a non-cleanable foam. The situation is perfect for growing all manner of organisms, not just NTMs. NTMs happen to be durable and noticeable enough to be identified as a surgical case cluster, but there could be other organisms as well. There could be protection for patients from perioperative prophylaxis, which could mask the other organisms.

This experience regarding devices raises the questions: What are the unintended infectious disease risks related to devices in surgical settings? How cleanable are the devices?

The cleaning and maintenance instructions for the heater-cooler unit focused on the basin and the tube of circulating water. These elements are not likely to be the primary culprit for the organism growth. It is more likely that other factors contribute to the problem. The opening for refilling the reservoir is approximately two inches in diameter, leading to the likelihood that water is likely to spill over the edges. There is non-cleanable insulation within the device. The large cooling fan at the base of the device and louvers on the side of the machine contribute to chaotic dispersal of potentially contaminated air.

More infections have not been observed, probably due to good practices within operating theaters, such as air exchanges. The devices are not likely to be pointed directly toward the operative site. There may be concerns associated with the smaller cooling fan that blows air out of the device because it is closer to tables that may hold sterile equipment.

A systematic review of practices should be engineered to determine these issues. Currently, such a review is not part of anyone's job responsibilities. Materials management follows the manufacturer's instructions for cleaning. The operating room staff, surgeons, and infection control personnel do not perform this kind of risk assessment. It is likely that another device will be discovered to be problematic. Consideration must be given to what must be done in advance for the next series of devices. Also important to contemplate is how industry should be informed about expectations as devices are being designed, not from a regulatory perspective, but from a microbiologic, patient safety perspective. An approach that provides design considerations for patient safety may merge well with the regulatory aspects of medical device development.

Discussion Points

Dr. Cardo thanked Dr. Diekema and Dr. Yokoe for their rapid response in helping to identify experts to address questions regarding prophylaxis. She thanked the HICPAC liaison representatives who were also responsive to the calls to expand the partners who have contributed to this work.

Dr. Bell added that the American Hospital Association (AHA) helped CDC make connections. Laboratory staff from CDC visited the hospital sites and were able to collect samples to make a direct connection between the devices and the infections in patients.

Regarding the recommendation on using sterile water, HICPAC asked about consideration of treating the water with chlorine or otherwise.

Dr. Perz replied that the topic of treating water is challenging due to the potential for corrosive effects and various incompatibilities. FDA is working with manufacturers to bring more clarity to the question. The current, generic recommendation is to place a .22 micron filter on the water source that is used to fill the unit.

Dr. Bell was skeptical about sterilizing the water as a solution to the problem. Sterile water may go into the basin, but the basin is open to the environment and there is persistent wetness within the circuit, so there will be organisms. Sterilization will also not answer the question of condensate pooling in the device. The problem centers on maintenance of the device and

cleaning it between uses. However, the device is not designed to be cleaned in the areas that it needs to be.

HICPAC thanked CDC for the communication of October 27, 2015. As more information is gathered, it might be possible to be more specific about the recommendations for evaluating patients who might have an infection. The window period is long, and the potential manifestations of illness are wide-ranging. More specific guidance would be helpful for identifying additional cases.

HICPAC asked about the possibility of putting a filter on the outside of the fan so that the air is filtered and not expelled strongly into the air in the operating room.

Dr. Bell indicated that the manufacturers could answer that question. He hoped that there would not be makeshift solutions to devices around the US. If improvised solutions reduce the efficiency of the device, there will be unintended consequences. Putting the entire unit in a sealed box with a separate exhaust management system is a post hoc solution that has been used in Europe.

The VA expressed concern that this issue may be a small component of the larger problem of hospitals, hotels, and other facilities adding supplemental chlorine to water. As chlorine is added, the less virulent organisms are killed off, and the NTMs are more resistant. The total number of organisms may well be rising. Infections with NTMs are increasing, particularly regionally. After the clusters of Legionella in the US, many people are chlorinating their water, including in Pennsylvania. The thought that the NTM outbreaks associated with devices may be a sentinel event is worrisome.

Dr. Perz welcomed that point and noted that it seems that CDC is conducting more NTM investigations generally. In addition to the example of the ASC, CDC has been assisting a state with an investigation in a dental setting. It is important to think about water and both direct and indirect pathways. The variation among how municipal water is treated and how hospitals may be doing supplemental treatment is worth more attention.

There are many overlaps between this issue and the issue of contaminated duodenoscopes. Both issues reflect design problems with the medical devices on which the field has become so reliant. Practice changes are "Band-Aids." The primary concern is the design of the equipment. The resolution will require redesign. There should be strategies for pushing those redesigning priorities forward. Depending upon strategies such as noticing when equipment is contaminated is a suboptimal approach.

Dr. Cardo hoped to hear more from HICPAC on this question. DHQP hopes to identify the problems with medical devices, which are often designed creatively but without consideration of infection risk and cleaning. Similar issues have emerged in environmental infection control. It would be helpful for HICPAC to think of strategies and approaches that each partner can employ.

Dr. Bell agreed that the suggestion for relying on visual inspection for a microscopic organism is not a good one. HICPAC and CDC can promote understanding that these organisms cannot be seen, even if contamination exists.

HICPAC supported the idea of setting general principles. There is no direct responsibility for risk assessment, but many professionals in infection prevention take on that responsibility. There can be a great deal of pushback when there is no conclusive evidence about an expensive piece of machinery or equipment that is vital to clinical care. Some problems are discovered through the course of unrelated investigations. A general set of principles highlighting water source and other issues would be helpful, as the burden of proof is always on the hospital epidemiology/infection prevention group to prove that there is a problem and to spur action.

An integral conversation should be occurring not only between FDA and the manufacturers, but also with CDC. The "Band-Aid to clean" has to come with the assurance that what is being proffered can be reliably implemented without extreme duress. For example, creating a chamber for the heater-cooler unit on the other side of a wall in the operating room seems to solve the problem from the manufacturing side, which will not need to make any changes if that step is taken. This problem is exemplified by the response to the device problem with endoscopes. There is extreme difficulty in cleaning the devices to the degree that it cannot be assured that they are clean. The responses to clean are appropriate interim solutions, as it is not possible to redesign devices quickly. The pressure to redesign, however, should be strong. The question of being able to clean reliably without an extreme onerous solution should be part of the planning process from the outset as opposed to after the fact, when there is an outcry from the field.

Dr. Diekema said that his hospital discusses the need for an industrial engineer who understands the principles of infection prevention, infection control, and organism transmission. The engineers who design these devices need a baseline understanding of pathogen transmission, environmental microbiology, human disease, and other relevant topics.

Dr. Bell commented on purchasing, which is the step between design and use. Someone who performs risk assessments should be involved at the purchasing decision point for health systems.

HICPAC could have a role in creating a guidance document to identify specific areas for consideration. AHRQ has a document for medical devices that focuses on issues related to how to take human factors and medical errors into account in the design process. The idea of filters was raised regarding suction in the 1980s when there were infection risks associated with devices that had a bag inside an outer, hard container that carried risk of contamination. Filters were also part of the suction systems in the walls. The Association for the Advancement of Medical Instrumentation (AAMI) held a risk management summit in conjunction with FDA that included discussion of partnerships with medical devices. A White Paper will be produced from that meeting, and it might be helpful to contact that group.

CSTE observed that in the design of instrumentation going forward, it would be helpful to provide industry with guidance regarding basic principles. If possible, it would be helpful for the FDA process to include individuals who are familiar with the hospital setting to conduct a risk assessment. Risk assessment should be conducted on the devices that are already in use. This process would be aided by an organized approach, rather than asking every facility to do the assessment. A few centers could make a concerted effort to look for risks rather than diffusing the effort across the healthcare system.

AORN commented on the importance of the product selection process and having an interdisciplinary team at the table for it. AORN has guidelines for product selection, but depends on infection preventionists to share their expertise and knowledge in making decisions. Clear guidance regarding product selection would be helpful to the team.

The Surgical Infection Society (SIS) noted that this problem is a physical plant question. A consistent source of high-volume, clean-but-not-sterile, hot and cold water is needed to drive these machines. These devices were created because hospitals were not built with that capability. Hospitals, particularly operating rooms (ORs), need better access to hot and cold water. A more centralized system would remove the need for fans in the OR.

APIC said that the charges from the document from Sorin and the recommendations from FDA for infection preventionists are very involved. The recommendations address sampling, cleaning, re-sampling, and performing air sampling, which is challenging. Because the guidelines are complicated, many hospital settings are turning to their infection prevention teams for assistance in operationalizing them. Additional guidance would be helpful, especially to smaller organizations that do not have a great deal of support. Regarding systemic surveillance, the recommendation was made to conduct a retrospective assessment.  It would be helpful to know how many facilities have done that.  The more feedback that is gathered, the more robust the body of information will be.

Dr. Diekema asked for an informal raising of hands of HICPAC members and liaison representatives whose hospitals have performed retrospective assessments. Approximately six to seven indicated that they had.

Intervention should occur earlier in the pathway. It does not make sense to place the burden on the end user. HICPAC urged caution regarding what is recommended regarding these important, severe, and rare infections. Thousands of other devices have complications that are more common. Focus should be on early prevention, not on encumbering the end user for surveillance, culturing the air, and other functions.

Dr. Bell raised the issue of routine culturing of devices, which is a non-starter for NTMs because their growth is so slow and because laboratory capability is limited. The manufacturers' literature may suggest that culturing should be done, but it is not possible. In addition to conducting the outbreak investigation, the laboratory is thinking of rational tools and alternatives that can be used to assess the general hygiene of a device that might have been wet. It is preferable that a device be designed appropriately, or that a system is created to accommodate a challenging device and disinfect it reliably without having to drive practices by repetitive sampling.

APIC said that manufacturers state that repetitive sampling should be conducted once devices are clean, and to continue to culture constantly while the heater-cooler unit is being used to ensure that it remains safe. This topic needs to be discussed, and recommendations should be made to healthcare organizations, infection preventionists, hospital epidemiologists, risk managers, and profusionists regarding how to proceed.

Dr. Perz reported that FDA and CDC are actively engaged in this conversation.

Regarding the different types of medical devices, FDA requires manufacturers to develop instructions for cleaning and maintenance, but there is a disconnect between having that information and how it is marketed. The devices are marketed to personnel who do not clean or maintain them. Manufacturers should be held more accountable for including details on device cleaning, reuse, and disinfection as they are marketing to providers, and ensuring that the purchaser of the device has the necessary equipment and accessories to appropriately disinfect and reuse it. There is opportunity to improve the marketing component in the clinical setting.

The Society of Critical Care Medicine (SCCM) addressed how HICPAC can have impact on this problem in the absence of additional FDA regulation or legislation. Guidance regarding a rating system for infection safety would be helpful in working with hospital value analysis committees. Many of SCCM's members are members of large-group purchasing organizations that could exert pressure in this area, but there is no tool available to support it.

Dr. Diekema said that it is problematic when there are no options, or limited options, for some devices, such as heater cooler units and duodenoscopes. This increases the importance of being proactive in review of new devices for potential infection risk prior to approval..

**Update: Research Framework for Environmental Infection Control: Environmental Surfaces**

**Sujan Reddy, MD, MSc**
**Emory University**
**Division of Healthcare Quality Promotion**
**National Center for Emerging Zoonotic and Infectious Diseases**
**Centers for Disease Control and Prevention**

Dr. Reddy updated HICPAC on the draft research framework for environmental infection control. The focus of the research agenda is to establish shared goals and objectives for CDC and partners, as many of them are engaged in environmental infection control research. The primary focus of the agenda is on non-critical surfaces and the contamination of those surfaces.

The agenda begins with a focus on adult acute care settings, intensive care units (ICUs), and wards. There are important differences in different healthcare settings, and the agenda will broaden to understand environmental contamination in all of them. The aims of the research agenda are threefold:

1) Modeling Transmission: Understand the role of non-critical environmental surfaces in the transmission of pathogens in different types of healthcare facilities. This aim addresses how surfaces become contaminated, as well as how a pathogen may then be transferred to a patient. The aim also addresses the proportion of all HAIs that may be related to environmental surface contamination.

2) Measuring Cleanliness: Evaluate methods for measuring surface contamination, including sampling. Determine whether the total bioburden level should be assessed, or whether the focus should be on individual pathogen bioburden levels. Determine cleanliness thresholds associated with improved patient safety outcomes, such as transmission events.