# EXHIBIT 59

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
- - - - - - - - - - - - - - - - -
In Re:
Bair Hugger Forced Air Warming
Products Liability Litigation

This Document Relates To:
All Actions        MDL No. 15-2666 (JNE/FLM)
- - - - - - - - - - - - - - - - -


DEPOSITION OF DR. ANDREA KURZ
VOLUME I, PAGES 1 - 235
JANUARY 12, 2017


(The following is the deposition of DR. ANDREA KURZ, taken pursuant to Notice of Taking Deposition, via videotape, at the Cleveland Clinic, E Building, Conference Room E3-40B, 9105 Cedar Avenue, Cleveland, Ohio, commencing at approximately 10:11 o'clock a.m., January 12, 2017.)

Page 2

```
 1   APPEARANCES:
 2       On Behalf of the Plaintiffs:
 3         Jan M. Conlin
           CIRESI CONLIN L.L.P.
 4         225 South 6th Street, Suite 4600
           Minneapolis, Minnesota   55402
 5
           Gabriel Assaad
 6         KENNEDY HODGES
           4409 Montrose Boulevard, Suite 200
 7         Houston, Texas   77006
 8       On Behalf of Defendants:
 9         Corey L. Gordon and Peter J. Goss
           BLACKWELL BURKE P.A.
10         432 South Seventh Street, Suite 2500
           Minneapolis, Minnesota   55415
11
         On Behalf of the Deponent:
12
           Sandra M. DiFranco
13         Cleveland Clinic Law Department
           2070 East 90th Street
14         Cleveland, Ohio   44195
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1              I N D E X
 2   EXHIBITS     DESCRIPTION         PAGE MARKED
 3   Ex  237  Kurz curriculum vitae       7
 4       238  Article, Departmental and
 5            Institutional Strategies for
 6            Reducing Fraud in Clinical
 7            Research, by Sessler, et al   27
 8       239  E-mail string, 3MBH01534509   54
 9       240  PowerPoint, LMA PerfecTemp vs.
10            Forced-air Warming           78
11       241  Article, Effects of preoperative
12            warming on the incidence of
13            wound infection after clean
14            surgery:  a randomized controlled
15            study, by Melling, et al     92
16       242  Article, PERIOPERATIVE NORMO-
17            THERMIA TO REDUCE THE INCIDENCE
18            OF SURGICAL-WOUND INFECTION AND
19            SHORTEN HOSPITALIZATION, by
20            Kurz, et al                  99
21       243  Article, Intraoperative Core
22            Temperature Patterns, Transfusion
23            Requirement, and Hospital Duration
24            in Patients Warmed with Forced
25            Air, by Sun, et al          125
```

Page 4

```
 1       244  Article, Resistive-Polymer Versus
 2            Forced-Air Warming:  Comparable
 3            Efficacy in Orthopedic Patients,
 4            by Brandt, et al            136
 5       245  Article, Compliance with Surgical
 6            Care Improvement Project for
 7            Body Temperature Management
 8            (SCIP Inf-10) Is Associated with
 9            Improved Clinical Outcomes, by
10            Scott, et al                168
11       246  E-mail, 3MBH01138976        183
12       247  E-mail string, 3M00510095-7 230
13
14
15
16   WITNESS          EXAMINATION BY        PAGE
17   Dr. Andrea Kurz     Mr. Assaad            5
18                       Mr. Gordon          189
19                       Mr. Assaad          235
20
21
22
23
24
25
```

Page 177

1  is true either, because don't forget, it's a
2  retrospective study and not one of the best-done
3  either.  So you --
4       Q.  Based on in today's standards.
5       A.  Based on in today's standards.
6       Q.  Okay.  It might have been good standards
7  back in 1996.
8       A.  There's no discussion about it because the
9  data would not have been available in '96.
10      Q.  Okay.
11      A.  So we still only have the old data.
12      Q.  Okay.  And Dr. Sessler has mentioned in an
13 e-mail before, in today's standards and with respect
14 to reliability of studies, that he probably wouldn't
15 have published the 1996 Kurz paper.  Do you agree with
16 him?
17      A.  Absolutely.
18      Q.  Okay.
19      A.  I would not have either.
20      Q.  So without that paper meeting today's
21 standards, do you agree with me that there's no
22 scientific evidence today that active warming or
23 maintaining normothermia reduces the incidence of
24 infection?
25      A.  If -- I mean if -- if you exclude the only

Page 178

1  paper that shows that, then there is no evidence.
2       Q.  Well we discussed later there's only one
3  paper regarding infection rates; correct?
4       A.  You could --
5           You have a second one which you excluded:
6  the Melling paper.
7       Q.  Well you couldn't tell me whether or not
8  that was intraoperative warming; correct?
9           MR. GORDON:  Objection.
10      A.  It doesn't matter.
11      Q.  Okay.
12      A.  It does not matter.  We are talking about
13 maintenance of normothermia, --
14      Q.  Okay.
15      A.  -- whether you warm the patients --
16      Q.  Do you think Melling was a good study?
17      A.  It was an okay study for the time.
18      Q.  Would you agree with me that that wouldn't
19 be publishable today?
20      A.  I absolutely would agree with you.
21      Q.  Okay.  So sitting here today, what paper
22 that could -- that -- what evidence that could be
23 published today supports active warming in the -- in
24 the active warming and normothermia that reduces the
25 incidence of infection?

Page 179

1       A.  Very little.
2       Q.  None; correct?
3       A.  I'm not quite sure.  I'm -- I'm still -- I'm
4  still debating about blood loss and other studies.
5       Q.  Talking about infection.
6       A.  Yeah.
7       Q.  So I just want to get this clear for the
8  record.  You agree with me that, in today's scientific
9  community, that there's no evidence, publishable
10 evidence that supports that maintaining normothermia
11 reduces infection rates.  You agree with that
12 statement.
13      A.  Still have problems with that statement.
14      Q.  Do you want me to rephrase?
15      A.  Yeah.  Do that, please.
16      Q.  In today's scientific standards, there is no
17 reliable evidence that supports that maintaining
18 normothermia reduces the incidence of infection.
19      A.  That is correct.
20      Q.  Thank you.
21          MR. ASSAAD:  Take a break.  I need to use
22 the restroom.
23          THE REPORTER:  Off the record, please.
24          (Recess taken.)
25 BY MR. ASSAAD:

Page 180

1       Q.  Going -- going back to my last question:  In
2  fact, as early as 2012 you notified 3M that the
3  current research guidelines for reliability and that
4  the previous studies were not done -- were done with
5  much -- I'm sorry.  Rephrase.
6           Back in 2012 you notified 3M that, at the
7  KOL meeting in Washington, that the evidence for
8  hypothermia-related complications mostly does not meet
9  current research guidelines for reliability and that
10 previous studies were done with much larger
11 temperature differences than are currently allowed.
12 Do you recall saying that to 3M?
13      A.  That is correct.
14      Q.  Okay.  And are you aware since that time 3M
15 has continued to cite your paper for its marketing
16 purposes with respect to its claim that forced-air
17 warming is a way to maintain normothermia, which
18 reduces the incidence of infection?
19      A.  I agree with this.
20      Q.  You agree that you're aware that mar -- that
21 they continue their marketing.
22      A.  Yes.  And I agree that they do that.  I do
23 the same.
24      Q.  Okay.  And you've been requesting from them
25 since 2012, you and Dr. Sessler, to fund studies to --