# EXHIBIT 66

## Exhibit C

## Materials Considered

### Deposition Transcripts and Exhibits in Johnson v. 3M

1. Gary Maharaj August 19, 2015 Deposition Transcript and Exhibits 1-19
2. Gary Hansen August 27, 2015 Deposition Transcript and Exhibits 1-40
3. Daniel Sessler November 20, 2015 Deposition Transcript and Exhibits 1-18

### Deposition Transcripts and Exhibits in Walton v. 3M

1. Gary Hansen February 11, 2015 Deposition Transcript and Exhibits 1-17
2. Gary Maharaj February 19, 2015 Deposition Transcript and Exhibits 65-81
3. Daniel Sessler May 27, 2015 Deposition Transcript and Exhibits 1-34
4. Daniel Sessler July 9, 2015 Deposition Transcript and Exhibits 35-44

### Deposition Transcripts and Exhibits in MDL

1. Kumar Belani September 7, 2016 Final Deposition Transcript
2. Mark Litchy September 28, 2016 Final Deposition Transcript
3. Robert Gauthier October 4, 2016 Final Deposition Transcript
4. Mark Albrecht October 7, 2016 Final Deposition Transcript
5. Gary Hansen November 2, 2016 Final Deposition Transcript and Exhibits 1-27
6. Al Van Duren November 7, 2016 Final Deposition Transcript and Exhibits 46-78
7. Mark Albrecht November 12, 2016 Final Deposition Transcript
8. Christopher Nachtsheim Nov. 29, 2016 Deposition Transcript and Exhibits 1-30
9. Andrew Legg December 1, 2016 Final Deposition Transcript
10. Michael Reed December 4, 2016 Final Deposition Transcript and Exhibits 1-13
11. Andrew Hamer December 4, 2016 Final Deposition Transcript
12. David Leaper December 8, 2016 Final Deposition Transcript
13. Robert Gauthier December 15, 2016 Final Deposition Transcript
14. Michelle Hulse-Stevens Dec. 19, 2016 Deposition Transcript and Exhibits 204-25
15. Paul McGovern January 4, 2017 Deposition Transcript
16. Paul McGovern January 5, 2017 Deposition Transcript and Exhibits 1-27
17. Daniel Sessler January 11, 2017 Deposition Transcript and Exhibits 226-36
18. Andrea Kurz January 12, 2017 Deposition Transcript and Exhibits 237-47
19. 30(b)(6) Representative March 7, 2017 Deposition Transcript and Exhibits 350-51

## Defendant's Expert Reports in Walton v. 3M

1. Joseph Solomkin Expert Report
2. Richard Wenzel Expert Report

## Plaintiff's Expert Reports in Walton v. 3M

1. Yadin David Expert Report
2. Kenneth Diller Expert Report
3. Paul Edelson Expert Report
4. Michael Freeman Expert Report

## Plaintiffs' Expert Reports in MDL

1. Said Elghobashi Expert Report
2. William Jarvis Expert Report

## Literature

1. Albrecht 2009: Albrecht M, Gauthier R, Leaper D. Forced-air warming: a source of airborne contamination in the operating room? *Orthop Rev* 2009;1:e28.

2. Albrecht 2011: Albrecht M, Gauthier R, Belani K, Litchy M, Leaper D. Forced-air warming blowers: an evaluation of filtration adequacy and airborne contamination emissions in the operating room. *Am J Infect Control* 2011;39:321-28.

3. Avidan 1997: Avidan MS, Jones N, Ing R, Khoosal M, Lundgren C, Morrell DF. Convection warmers - not just hot air. *Anaesthesia* 1997;52:1073-76.

4. Beavers & Thoroughman 2007: Beavers S and Thoroughman D. Acinetobacter Infections among Hospitalized Patients in Kentucky. 2006 *Kentucky Epidemiologic Notes and Reports* 2007;42(2):1-5.

5. Belani 2013: Belani KG, Albrecht M, McGovern PD, Reed M, Nachtsheim C. Patient warming excess heat: the effects on orthopedic operating room ventilation performance. *Anesth Analg* 2013;117:406-11.

6. Bernards 2004: Bernards AT, Harinck HI, Dijkshoorn L, van der Reijden TJ, van den Broeck PJ. Persistent *Acinetobacter baumannii*? Look inside your medical equipment. *Infect Control Hosp Epidemiol* 2004;25:1002-04.

7. Bischoff 2007: Bischoff WE, Tucker BK, Wallis ML, Reboussin BA, Pfaller MA, Hayden FG, Sherertz RJ. Preventing the airborne spread of Staphylococcus aureus by persons with the common cold: effect of surgical scrubs, gowns, and masks. *Infect Control Hosp Epidemiol* 2007;28(10):1148-54.

8. Brandt 2010: Brandt S, Oguz R, Huttner H, et al. Resistive-polymer versus forced-air warming: comparable efficacy in orthopedic patients. *Anesth Analg* 2010;110:834-38.

9. Brohus 2006: Brohus H, Balling KD, Jeppesen D. Influence of movements on contaminant transport in an operating room. *Indoor Air* 2006;16:356-72.

10. Chen 2017: Chen AF, Kheir MM, Greenbaum JM, Restrepo C, Maltenfort MG, Parvizi J. Surgical case order has an effect on the risk of subsequent periprosthetic joint infection. *The Journal of Arthroplasty* (2017) doi:10.1016/j.arth.2017.02.029.

11. Clark and Calcina-Goff 2009: Clark RP, Calcina-Goff ML. Some aspects of the airborne transmission of infection. *J R Soc Interface* 2009;6 Suppl:S767-82.

12. Cram 2011: Cram P, Lu X, Kaboli PJ, Vaughan-Sarrazin MS, Cai X, Wolf BR, Li Y. Clinical characteristics and outcomes of medicare patients undergoing total hip arthroplasty, 1991-2008. *JAMA* 2011;305(15):1560-67.

13. Cram 2012: Cram P, Lu X, Kates SL, Singh JA, Li Y, Wolf BR. Total knee arthroplasty volume, utilization, and outcomes among Medicare beneficiaries, 1991-2010. *JAMA* 2012;308(12):1227-36.

14. Cristina 2012: Cristina ML, Spagnolo AM, Sartini M, Panatto D, Gasparini R, Orlando P, Ottria G, Perdelli F. Can particulate air sampling predict microbial load in operating theatres for arthroplasty? *PLOS One* 2012;7(12):e52809.

15. Darouiche 2017: Darouiche RO, Green DM, Harrington MA, Ehni BL, Kougias P, Bechara CF, O'Connor DP. Association of airborne microorganisms in the operating room with implant infections: A randomized controlled trial. *Infect Control Hosp Epidemiol* 2017;38:3-10.

16. Dasari 2012: Dasari KB, Albrecht M, Harper M. Effect of forced air warming on the performance of operating theatre laminar flow ventilation. *Anesthesia* 2012;67:224-49.

17. Dirkes & Minton 1994: Dirkes WE, Minton WA. Convection warming in the operating room: evaluation of bacterial spread with three filtration levels. *Anesthesiology* 1994; 81.3A

18. Evans AAOS Bulletin: Evans RP. Laminar air flow in the operating room: How effective is it in reducing infection? *AAOS Bulletin* June 2006.

19. Fletcher 2007: Fletcher N, Sofianos D, Berkes MB, Obremskey WT. Prevention of Perioperative Infection. *J Bone Joint Surg (Am.)* 2007;89:1605-18.

20. Ford & Phillips 2015: Ford J, Phillips P. Systematic Review: Forced air warming versus circulating warm water for the prevention of hypothermia in surgical patients. *Medidex* April 2015.

21. Friberg 2005: Friberg B, Friberg S. Aerobiology in the operating room and its implications for working standards. *Proc Inst Mech Eng H.* 2015;219(2):153-60.

22. Glass 2013: Glass TA, Goodman SN, Hernan MA, Samet JM. Causal inference in public health. *Annu Rev Public Health* 2013;34:61-75.

23. Gjolaj 2009: Gjolaj MP, Ahlbrand S, Yamout IM, Armstrong D, Brock-Utne JG. Don't forget to change the Bair Hugger filter. *ASA Abstracts* 2009;A1168.

24. Hall & Teenier 1991: Hall AC, Teenier T. Poster Presentation: Bair Hugger warmer does not increase microbial contamination in the operating room. *Department of Anesthesiology, University of Texas Southwestern Medical Center* December 9, 1991.

25. Haller 2016: Haller S, Holler C, Jacobshagen A, Hamouda O, Abu Sin M, Monnet DL, Plachouras D, Eckmans T. Contamination during production of heater-cooler units by *Mycobacterium chimaera* potential cause for invasive cardiovascular infections: results of an outbreak investigation in Germany, April 2015 to February 2016. *Euro Surveill* 2016; 21(17):pii=30215.

26. Huang 2003: Huang JK, Shah EF, Vinodkumar N, Hegarty MA, Greatorex RA. The Bair Hugger patient warming system in prolonged vascular surgery: an infection risk? *Crit Care* 2003;7:R13-16.

4

27. HUNTAIR Article: Advancing aerobiological quality standards for hospital operating rooms (ORs). *HUNTAIR: a Nortek Air Solutions Brand* 2015 White Paper.

28. Jaekel 2014: Jaekel DJ, Ong KL, Lau EC, Watson HN, Kurtz SM. Epidemiology of Total Hip and Knee Arthroplasty Infection. *Periprosthetic Joint Infection of the Hip and Knee* 2014:1-14.

29. Jameson 2012: Jameson SS, Rymaszewska M, James P, Serrano-Pedraza I, Muller SD, Hui ACW, Reed MR. Wound complications following Rivaroxaban administration: A multicenter comparison with low-molecular-weight heparins for thromboprophylaxis in lower limb arthroplasty. *J Bone Joint Surg (Am.)* 2012;94:1554-58.

30. Jameson and Reed 2016: Jameson SS, Reed MR. Prevention of Periprosthetic Joint Infection: What is the Current Evidence? *Periprosthetic Joint Infections: Changing Paradigms* 2016;45-59.

31. Jensen 2010: Jensen CD, Steval A, Partington PF, Reed MR, Muller SD. Return to theatre following total hip and knee replacement, before and after the introduction of rivaroxaban. *J Bone Joint* Dec 31 2010.

32. Kellam 2013: Kellam M, Dieckmann LS, Austin PN. Forced-air warming devices and the risk of surgical site infections. *AORN J* 2013;98:353-66.

33. Kimberger 2008: Kimberger O, Held C, Stadelmann K, et al. Resistive polymer versus forced-air warming: comparable heat transfer and core rewarming rates in volunteers. *Anesth Analg* 2008;107:1621-26.

34. Kohler 2015: Kohler P, Kuster SP, Bloemberg G, Schulthess B, Frank M, Tanner FC, Rossle M, Boni C, Falk V, Wilhelm MJ, Sommerstein R, Achermann Y, Oever J, Debast SB, Wolfhagen MJHM, Bruinsma GJBB, Vos MC, Bogers A, Serr A, Beyersdorf F, Sax H, Bottger EC, Weber R, van Ingen J, Wagner D, Hasse B. Healthcare-associated prosthetic heart valve, aortic vascular graft, and disseminated *Mycobacterium chimaera* infections subsequent to open heart surgery. *Eur Heart J* 2015;36:2745-53.

35. Kowalski & Bahnfleth 1998: Kowalski WJ, Bahnfleth W. Airborne respiratory diseases and mechanical systems for control of microbes. *HPAC* July 1998:34-48.

5

36. Kurtz 2008: Kurtz SM, Lau E, Schmier J, Ong KL, Zhao K, Parvizi J. Infection burden for hip and knee arthroplasty in the United States. *J Arthroplasty* 2008;23(7):984-91.

37. Kurtz 2012: Kurtz SM, Lau E, Watson H, Schmier JK, Parvizi J. Economic burden of periprosthetic joint infection in the United States. *J Arthroplasty* 2012;27(8):61-65.e1.

38. Kurz 1996: Kurz A, Sessler DI, Lenhardt R. Perioperative normothermia to reduce the incidence of surgical-wound infection and shorten hospitalization. *The New England Journal of Medicine* 1996;334(19):1209-15.

39. Leaper 2009: Leaper D, Albrecht M, Gauthier R. Forced-air warming: a source of airborne contamination in the operating room? *Orthop Rev* 2009;1:e28.

40. Legg 2012: Legg AJ, Cannon T, Hamer AJ. Do forced air patient-warming devices disrupt unidirectional downward airflow? *J Bone Joint Surg (Br.)* 2012;94:254-56.

41. Legg & Hamer 2013: Legg AJ, Hamer AJ. Forced-air patient warming blankets disrupt unidirectional airflow. *J Bone Joint (Br.)* 2013;95:407-10.

42. Leung 2007: A randomized controlled trial of the electric heating pad vs forced-air warming for preventing hypothermia during laparotomy. *Anaesthesia* 2007;62:605-08.

43. Lidwell 1986: Lidwell OM. Clean air at operation and subsequent sepsis in the joint. *Clin Orthop Relat Res* 1986;2011:91-102.

44. Lidwell 1987: Lidwell OM, Elson RA, Lowbury EJL, Whyte W, Blowers R, Stanley SJ, Lowe D. Ultraclean air and antibiotics for prevention of postoperative infection: A multicenter study of 8,052 joint replacement operations. *Acta Orthop Scand* 1987;58(1):4-13.

45. Lowrance 1976: Lowrance WW. Of acceptable risk: science and the determination of safety. Los Altos, CA: William Kaufmann.1976.

46. Maheshwari 2012: Chapter 9 – 2012 Operating Room Design Manual. American Society of Anesthesiologists.

47. Mangram 1999: Mangram AJ, Horan TC, Pearson ML, Silver LC, Jarvis WR. Guideline for Prevention of Surgical Site Infection. *Inf. Control and Hosp. Epid.* 1999;20(4):247-78.

48. Matsuzaki 2003: Matsuzaki Y, Matsukawa T, Ohki K, et al. Warming by resistive heating maintains perioperative normothermia as well as forced air heating. *Br J Anaesth* 2003;90:689-91.

49. McGovern 2011: McGovern PD, Albrecht M, Belani KG, et al. Forced-air warming and ultra-clean ventilation do not mix: an investigation of theatre ventilation, patient warming and joint replacement infection in orthopaedics. *J Bone Joint (Br.)* 2011;93:1537-44.

50. Melling 2001: Melling AC, Ali B, Scott EM, Leaper DJ. Effects of preoperative warming on the incidence of wound infection after clean surgery: a randomised controlled trial. *Lancet* 2001;358:876-80.

51. Memarzadeh (Unpublished): Memarzadeh F. A novel approach to assess the effect of a forced-air patient warming system on increasing the risk of nosocomial infections at the surgical wound site.

52. Memarzadeh 2010: Memarzadeh F. Active warming systems to maintain perioperative normothermia in hip replacement surgery. *J Hosp Infect* 2010.

53. Miyazaki 2007: Miyazaki H, Sato M, Okazaki K. Forced-Air Warmer did not increase the risk of contamination caused by interference of clean airflow. *ASA Abstracts* 2007; A1594.

54. Moretti 2009: Moretti B, Larocca AM, Napoli C, et al. Active warming systems to maintain perioperative normothermia in hip replacement surgery: a therapeutic aid or a vector of infection? *J Hosp Infect* 2009;73:58-63.

55. Nagpal 2014: Nagpal A, Wentink JE, Berbari EF, Aronhalt KC, Wright AJ, Krageschmidt DA, Wengenack NL, Thompson RL, Tosh PK. A cluster of *Mycobacterium wolinskyi* surgical site infections at an academic medical center. *Infect Control Hosp Epidemiol* 2014;35(9):1169-75.

56. Namba 2013: Namba RS, Inacio MCS, Paxton EW. Risk factors associated with deep surgical site infections after primary total knee arthroplasty. *J Bone Joint (Am.)* 2013;95:775-82.

57. NAS 2017: National Academies of Sciences Engineering and Medicine. Using the 21st century science to improve risk-related evaluations. Washington, DC: The National Academies Press. 2017.

58. Negishi 2003: Negishi C, Hasegawa K, Mukai S, et al. Resistive-heating and forced-air warming are comparably effective. *Anesth Analg* 2003;96:1683-87.

59. Ng 2006: Ng V, Lai A, Ho V. Comparison of forced-air warming and electric heating pad for maintenance of body temperature during total knee replacement. *Anaesthesia* 2006;61:1100-04.

60. Noble 1975: Noble, WC. Dispersal of skin microorganisms. *Br J Dermatol* 1975;93(4):477-85.

61. Oie 1996: Oie S, Kamiya A. Survival of methicillin-resistant *Staphylococcus aureus* (MRSA) on naturally contaminated dry mops. *J Hosp Infect* 1996;34:145-49.

62. Parvizi & Karam. Parvizi J, Karam JA. Do Forced-Air Warming Blankets Increase Surgical Site Infections? *3M Publication*.

63. Proctor 2012: Proctor R. Golden holocaust: origins of the cigarette catastrophe and the case for abolition. Berkeley: University of California Press. 2012.

64. Reed 2013: Reed M, Kimberger O, McGovern PD, Albrecht MC. Forced-air warming design: evaluation of intake filtration, internal microbial buildup, and airborne-contamination emissions. *Am Assoc Nurse Anesth J* 2013;81:275-80.

65. Rothman 1976: Rothman, Kenneth J. Causes. *American Journal of Epidemiology* 104.6 (1976):587-92.

66. Rothman and Greenland 2005: Rothman KJ, Greenland S. Causation and Causal Inference in Epidemiology. *Am J Public Health* 2005;95:S144-50.

67. Rubin 2006: Rubin RH. Surgical wound infection: epidemiology, pathogenesis, diagnosis and management. *BMC Infectious Diseases* 2006;6:171

68. Samet & Burke 2001: Samet JM, Burke TA. Turning science into junk: the tobacco industry and passive smoking. *Am J Public Health* 2001;91(11):1742-44.

8

69. Sandiford & Skinner 2009: Sandiford NA, Skinner J. The prevention of infection in total hip arthroplasty. *Orthopaedics and Trauma* 2009;23(1):8-16.

70. Sax 2015: Sax H, Bloemberg G, Hasse B, Sommerstein R, Kohler P, Achermann Y, Rossle M, Falk V, Kuster SP, Bottger EC, Weber R. Prolonged outbreak of *Mycobacterium chimaera* infection after open-chest heart surgery. *Clinical Infectious Diseases* 2015;61(1):67-75.

71. Scott 2015: Scott AV, Stonemetz JL, Wasey JO, Johnson DJ, Rivers RJ, Koch CG, Frank SM. Compliance with surgical care improvement project for body temperature management (SCIP Inf-10) is associated with improved clinical outcomes. *Anesthesiology* 2015;123:116-25.

72. Sessler 2011: Sessler DI, Olmsted RN, Kuelpmann R. Forced air warming does not worsen air quality in laminar flow operating rooms. *Anesth Analg* 2011;113:1416-21.

73. Sessler 2006: Sessler DI. Non-pharmacologic prevention of surgical wound infection. *Anesth Clin* 2006;24(2):279-97.

74. Sharp 2002: Sharp RJ, Chesworth T, Fern ED. Do warming blankets increase bacterial counts in the operating field in a laminar-flow theatre? *J Bone Joint (Br.)* 2002;84:486-88.

75. Shaw 1996: Shaw JA, Bordner MA, Hamory BH. Efficacy of the steri-shield filtered exhaust helmet in limiting bacterial counts in the operating room during total joint arthroplasty. *J Arthroplasty* 1996;11(4):469-73.

76. Shiomori 2001: Shiomori T, Miyamoto H, Makishima K. Significance of airborne transmission of methicillin-resistant *Staphylococcus aureus* in an otolaryngology-head and neck surgery unit. *Arch Otolaryngol Head Neck Surg* 2001;127:644-48.

77. Shuman 2012: Shuman EK, Urquhart A, Malani PN. Management and prevention of prosthetic joint infection. *Infect Dis Clin N Am* 2012;26:29-39.

78. Sigg 1999: Sigg DC, Houlton AJ, Iaizzo PA. The potential for increased risk of infection due to the reuse of convective air-warming/cooling coverlets. *Acta Anaesthesiol Scand* 1999;43:173-76.

79. Sikka & Prielipp 2014: Sikka RS, Prielipp RC. Forced air warming devices in orthopaedics: a focused review of the literature. *J Bone Joint (Am.)* 2014;96:e200(1-7).

80. Singh 2011: Singh VK, Hussain S, Javed S, Singh I, Mulla R, Kalairajah Y. Sterile surgical helmet system in elective total hip and knee arthroplasty. *J Orthopaedic Surgery* 2011;19(2):234-37.

81. Sommerstein 2016: Sommerstein R, Ruegg C, Kohler P, Bloemberg G, Kuster SP, Sax H. Transmission of *Mycobacterium chimaera* from Heater-Cooler Units during Cardiac Surgery despite an Ultraclean Air Ventilation System. *Emerg Infect Dis* 2016.

82. Stocks 2010: Stocks GW, Self SD, Thompson B, Adame XA, O'Connor DP. Predicting bacterial populations based on airborne particulates: A study performed in nonlaminar flow operating rooms during joint arthroplasty surgery. *Am J Infect Control* 2010;38:199-204.

83. Suzuki 1984: Suzuki A, Namba Y, Matsuura M, Horisawa A. Airborne contamination in an operating suite: report of a five-year survey. *J. Hyg. Camb.* 1984;93:567-73.

84. Tan 2016: Tan N, Sampath R, Abu Saleh OM, Tweet MS, Jevremovic D, Alniemi S, Wengenack NL, Sampathkumar P, Badley AD. Disseminated Mycobacterium chimaera infection after cardiothoracic surgery. *OFID* 2016; Brief Report:1-3.

85. Tande & Patel 2014: Tande AJ, Patel R. Prosthetic Joint Infection. *Clin. Microbiol. Rev.* 2014;27(2):302-45.

86. Tsaras 2012: Tsaras G, Osmon DR, Mabry T, Lahr B, St Sauveur J, Yawn B, Kurland R, Berbari EF. Incidence, secular trends and outcomes of prosthetic joint infection (PJI): A population based study, Olmsted County, Minnesota 1969-2007. *Infect Control Hosp Epidemiol* 2012;33(2):1207-12.

87. Tumia & Ashcroft 2002: Tumia N, Ashcroft GP. Convection warmers - a possible source of contamination in laminar flow theatre? *J Hosp Infect* 2002;52:171-74.

88. Wagner 2014: Wagner JA, Schreiber KJ, Cohen R. Using Cleanroom Technology: Improving operating room contamination control. *ASHRAE Journal* Feb 2014:18-27.

89. USDHHS 2014: U.S. Department of Health and Human Services. The health consequences of smoking—50 years of progress: a report of the Surgeon General. Atlanta, GA: U.S. Department of Health and Human Services, Centers for Disease Control and Prevention, National Center for Chronic Disease Prevention and Health Promotion, Office on Smoking and Health 2014.

90. USDHEW 1964: U.S. Department of Health Education and Welfare. Smoking and health: report of the advisory committee to the Surgeon General. Washington DC: U.S. Government Printing Office.1964; No. 1103.

91. Whyte 1976: Whyte W, Vesley D, Hodgson R. Bacterial dispersion in relation to operating room clothing. *J. Hyg. Camb.* 1976;76:367-77.

92. Whyte 1988: Whyte W. The role of clothing and drapes in the operating room. *J Hosp Infect* 1988;11(c):2-17.

93. Williams 1966: Williams REO. Epidemiology of Airborne Staphylococcal Infection. *Bacteriol Rev* 1966;30(3):660-74.

94. Williamson 2017: Williamson D, Howden B, Stinear T. Letter to the Editor: Mycobacterium chimaera spread from heating and cooling units in heart surgery. *N Engl J Med* 2017;376(6):600-02.

95. Wood 2014: Wood AM, et al. Infection control hazards associated with the use of forced-air warming in operating theatres. *J Hosp Infect* 2014;xxx:1-9.

96. Zink 1993: Zink RS, Iaizzo PA. Convection warming therapy does not increase the risk of wound contamination in the operating room. *Anesth Analg* 1993;76:50-53.

### 3M Production Documents

1. 3MBH00000922–24
2. 3MBH00001336
3. 3MBH00001581
4. 3MBH00001582
5. 3MBH00001583–87
6. 3MBH00025739
7. 3MBH00041013
8. 3MBH00045482–85

9. 3MBH00050932–33
10. 3MBH00053034–36
11. 3MBH00054358–60
12. 3MBH00105349
13. 3MBH00107855
14. 3MBH00110370–71
15. 3MBH00111871–72
16. 3MBH00119574–76
17. 3MBH00123460–62
18. 3MBH00127541–42
19. 3MBH00130834–36
20. 3MBH00130837–41
21. 3MBH00130843
22. 3MBH00131560
23. 3MBH00133607–22
24. 3MBH00136547
25. 3MBH00508771–78
26. 3MBH00540276–78
27. 3MBH00551778–82
28. 3MBH00561641–43
29. 3MBH00561646–49
30. 3MBH00576839
31. 3MBH00597741–47

## Third-Party Production Documents

1. Albrecht_0000274–79
2. Albrecht_0000280–83
3. Albrecht_0001622
4. Albrecht_0001667–71
5. Albrecht_0002079–86
6. Albrecht_0002227–34
7. Albrecht_0002236–37
8. Albrecht_0002262–71
9. Albrecht_0002272–74
10. Albrecht_0002275–78
11. Albrecht_0002295–96
12. Albrecht_0002297–98
13. Albrecht_0003348–70
14. Albrecht_0003621–26

15. Albrecht_0014377–84
16. Albrecht_0018365
17. Albrecht_0018369
18. Augustine_0000399
19. Augustine_0005121.xls
20. Augustine_0015460
21. Augustine_0015461
22. Augustine_0017515.docx
23. Augustine_0017722
24. Augustine_0018060

## Miscellaneous Documents

1. APIC; Guide to the Elimination of Orthopedic Surgical Site Infections, 2010.

2. 3M Bair Hugger Research Compendium

3. Albrecht Data: https://github.com/albre116/LogisticRegressionAugustine/find/master

4. Proceedings of the International Consensus Meeting on Periprosthetic Joint Infection

5. KHN Article: Deadly Infections Linked to Heart Surgery Device Highlight Holes in FDA Monitoring

6. National Academies of Sciences, Engineering, and Medicine Report

7. Centers for Disease Control and Prevention, Healthcare Infection Control Practices Advisory Committee, November 5-6, 2015, Record of Proceedings.

8. Centers for Disease Control and Prevention, Non-tuberculous Mycobacterium (NTM) Infections and Heater-Cooler Devices: Interim Practical Guidance, October 27, 2015.

9. Centers for Disease Control and Prevention, Healthcare Infection Control Practices Advisory Committee, March 31, 2016, Record of Proceedings.

10. Food & Drug Administration, Nontuberculous Mycobacterium Infections Associated with Heater-Cooler Devices: FDA Safety Communication. October 15, 2015.

11. Food & Drug Administration, Executive Summary: Nontuberculous Mycobacterium Infections Associated with Heater-Cooler Devices during Cardiothoracic Surgery. 2016.