# EXHIBIT 67

# Exhibit B

## References

1. Avidan 1997: Avidan MS, Jones N, Ing R, Khoosal M, Lundgren C, Morrell DF. Convection warmers - not just hot air. *Anaesthesia* 1997;52:1073-76.

2. Belani 2013: Belani KG, Albrecht M, McGovern PD, Reed M, Nachtsheim C. Patient warming excess heat: the effects on orthopedic operating room ventilation performance. *Anesth Analg* 2013;117:406-11.

3. Darouiche 2017: Darouiche RO, Green DM, Harrington MA, Ehni BL, Kougias P, Bechara CF, O'Connor DP. Association of airborne microorganisms in the operating room with implant infections: A randomized controlled trial. *Infect Control Hosp Epidemiol* 2017;38:3-10.

4. Glass 2013: Glass TA, Goodman SN, Hernan MA, Samet JM. Causal inference in public health. *Annu Rev Public Health* 2013;34:61-75.

5. Huang 2003: Huang JK, Shah EF, Vinodkumar N, Hegarty MA, Greatorex RA. The Bair Hugger patient warming system in prolonged vascular surgery: an infection risk? *Crit Care* 2003;7:R13-16.

6. Jameson 2012: Jameson SS, Rymaszewska M, James P, Serrano-Pedraza I, Muller SD, Hui ACW, Reed MR. Wound complications following Rivaroxaban administration: A multicenter comparison with low-molecular-weight heparins for thromboprophylaxis in lower limb arthroplasty. *J Bone Joint Surg (Am.)* 2012;94:1554-58.

7. Jensen 2010: Jensen CD, Steval A, Partington PF, Reed MR, Muller SD. Return to theatre following total hip and knee replacement, before and after the introduction of rivaroxaban. *J Bone Joint* Dec 31 2010.

8. Legg 2012: Legg AJ, Cannon T, Hamer AJ. Do forced air patient-warming devices disrupt unidirectional downward airflow? *J Bone Joint Surg (Br.)* 2012;94:254-56.

9. Legg & Hamer 2013: Legg AJ, Hamer AJ. Forced-air patient warming blankets disrupt unidirectional airflow. *J Bone Joint (Br.)* 2013;95:407-10.

10. Lowrance 1976: Lowrance WW. Of acceptable risk: science and the determination of safety. Los Altos, CA: William Kaufmann.1976.

11. McGovern 2011: McGovern PD, Albrecht M, Belani KG, et al. Forced-air warming and ultra-clean ventilation do not mix: an investigation of theatre ventilation, patient warming and joint replacement infection in orthopaedics. *J Bone Joint (Br.)* 2011;93:1537-44.

12. Moretti 2009: Moretti B, Larocca AM, Napoli C, et al. Active warming systems to maintain perioperative normothermia in hip replacement surgery: a therapeutic aid or a vector of infection? *J Hosp Infect* 2009;73:58-63.

13. NAS 2017: National Academies of Sciences Engineering and Medicine. Using the 21st century science to improve risk-related evaluations. Washington, DC: The National Academies Press. 2017.

14. Proctor 2012: Proctor R. Golden holocaust: origins of the cigarette catastrophe and the case for abolition. Berkeley: University of California Press. 2012.

15. Rothman 1976: Rothman, Kenneth J. Causes. *American Journal of Epidemiology* 104.6 (1976):587-92.

16. Rothman and Greenland 2005: Rothman KJ, Greenland S. Causation and Causal Inference in Epidemiology. *Am J Public Health* 2005;95:S144-50.

17. Samet & Burke 2001: Samet JM, Burke TA. Turning science into junk: the tobacco industry and passive smoking. *Am J Public Health* 2001;91(11):1742-44.

18. Sessler 2011: Sessler DI, Olmsted RN, Kuelpmann R. Forced air warming does not worsen air quality in laminar flow operating rooms. *Anesth Analg* 2011;113:1416-21.

19. Stocks 2010: Stocks GW, Self SD, Thompson B, Adame XA, O'Connor DP. Predicting bacterial populations based on airborne particulates: A study performed in nonlaminar flow operating rooms during joint arthroplasty surgery. *Am J Infect Control* 2010;38:199-204.

20. USDHHS 2014: U.S. Department of Health and Human Services. The health consequences of smoking—50 years of progress: a report of the Surgeon General. Atlanta, GA: U.S. Department of Health and Human Services, Centers for Disease Control and Prevention, National Center for Chronic Disease Prevention and Health Promotion, Office on Smoking and Health 2014.

21. USDHEW 1964: U.S. Department of Health Education and Welfare. Smoking and health: report of the advisory committee to the Surgeon General. Washington DC: U.S. Government Printing Office.1964; No. 1103.

22. Zink 1993: Zink RS, Iaizzo PA. Convection warming therapy does not increase the risk of wound contamination in the operating room. *Anesth Analg* 1993;76:50-53.