# EXHIBIT 70

Page 1

1            UNITED STATES DISTRICT COURT
2              DISTRICT OF MINNESOTA
3
4   In Re:  Bair Hugger Forced  )
    Air Warming Products         )
5   Liability Litigation:        )
                                 )
6                                ) MDL No.:  15-2666
                                 )        (JNE/FLN)
7   This Document Relates To:    )
                                 )
8         All Actions.           )
    _____)
9
10
11
12
13
14
15
16    VIDEOTAPED DEPOSITION OF WILLIAM R. JARVIS, M.D.
17              San Francisco, California
18                Tuesday, July 25, 2017
19
20
21
22
23  BY:  HEIDI BELTON, CSR, RPR, CRR, CCRR, CLR
24  CSR LICENSE NO. 12885
25  JOB NO. 124789

Page 2

| | |
|---|---|
| 1 | July 25, 2017 |
| 2 | 9:00 a.m. |
| 3 | |
| 4 | Videotaped deposition of WILLIAM R. |
| 5 | JARVIS, M.D., held at One Market Plaza, |
| 6 | Spear Tower, San Francisco, California, |
| 7 | before Heidi Belton, a Certified Shorthand |
| 8 | Reporter, Registered Professional |
| 9 | Reporter, Certified Realtime Reporter, |
| 10 | California Certified Realtime Reporter, |
| 11 | Certified LiveNote Reporter, and NCRA |
| 12 | Realtime Systems Administrator. |

Page 3

| | |
|---|---|
| 1 | A P P E A R A N C E S: |
| 2 | For the Plaintiff: |
| 3 |    LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY |
| 4 |    & PROCTOR |
| 5 |    By: Ben Gordon, Attorney at Law |
| 6 |    316 South Baylen Street |
| 7 |    Pensacola, Florida 32591 |
| 8 | |
| 9 | |
| 10 |    - AND - |
| 11 |    PENDLEY, BAUDIN & COFFIN |
| 12 |    By: Christopher Coffin, Attorney at Law |
| 13 |    24110 Eden Street |
| 14 |    Plaquemine, Louisiana 70765 |
| 15 | |
| 16 | |
| 17 |    - AND - |
| 18 |    KENNEDY HODGES |
| 19 |    By: Gabriel Assaad, Attorney at Law |
| 20 |    4409 Montrose Boulevard |
| 21 |    Houston, Texas 77006 |
| 25 |    /// |

Page 4

| | |
|---|---|
| 1 | APPEARANCES (Continued): |
| 2 | |
| 3 | For Defendants: |
| 4 |    BLACKWELL BURKE |
| 5 |    By: Corey Gordon, Attorney at Law |
| 6 |    431 South Seventh Street |
| 7 |    Minneapolis, Minnesota 55415 |
| 8 | |
| 9 | |
| 10 | |
| 11 | Also Present: Mordecai Boone, in-house counsel for |
| 12 | 3M; Sean McGrath, videographer. |

Page 5

1    SAN FRANCISCO, CALIFORNIA
2    TUESDAY, JULY 25, 2017
3    9:00 a.m.
4        THE VIDEOGRAPHER: Good morning.  This is
5  the start of file number 1, Volume I of the
6  videotaped deposition of Dr. William Jarvis, in the
7  matter In re: Bair Hugger Forced Air Warming
8  Products Liability Litigation in the United States
9  District Court, District of Minnesota.  MDL number
10 15-2666 (JNE/FLN).
11       This deposition is being held at 1 Market
12 Plaza, Spear Tower, San Francisco, California on
13 July 25, 2017, approximately 9:00 a.m.  My name is
14 Sean McGrath, from TSG Reporting, Incorporated and
15 I'm a legal video specialist.  The court reporter is
16 Heidi Belton in association with TSG Reporting.
17       Would counsel please introduce yourselves,
18 starting with the questioning attorney.
19       MR. C. GORDON: Corey Gordon, Blackwell
20 Burke, on behalf of defendants.
21       MR. B. GORDON: Ben Gordon, on behalf of
22 plaintiffs.
23       MR. COFFIN: Chris Coffin, Pendley, Baudin
24 & Coffin, on behalf of plaintiffs.
25       MR. ASSAAD: Gabrielle Assaad, on behalf

Page 50

1  But I think my primary concern was that
2  they only looked at two specific rather than a
3  broader range of particles. But they still found,
4  you know, 35 colony-forming units per meter squared
5  as a bacterial load in the operating room which is
6  consistent with, again, finding airborne particles
7  in the operating room. They just didn't find a
8  correlation, but they were looking at too specific
9  particle counts, not a wide range.
10 BY MR. C. GORDON:
11     Q. So on that basis you think that this
12 would -- systematic review using the CDC gold
13 standard methodology, this would not be something
14 that would properly be considered in, say, coming up
15 with a CDC guideline; is that right?
16     MR. B. GORDON: Object to the form.
17     THE WITNESS: Well, to be perfectly honest
18 with you, in terms of the CDC guideline it wouldn't.
19 Because right now the CDC guideline doesn't look at
20 anything that's not a randomized control trial. I
21 don't agree with it but that's what they do. So by
22 definition CDC would not look at this at all.
23     (Reporter interruption.)
24     So from CDC's point of view, in terms of
25 their -- for instance a surgical site guideline that

Page 51

1  they have just recently updated, in that document
2  they did not look at any study that was not a
3  randomized control trial.
4      MR. C. GORDON: That's maybe an important
5  distinction that we should talk about. Let me start
6  off by marking Exhibit 5.
7      (Exhibit 5 marked.)
8  BY MR. C. GORDON:
9      Q. Could you tell me what that is, please.
10     A. This is a Centers for Disease Control and
11 Prevention guideline for the prevention of surgical
12 site infections 1999.
13     Q. And you were part of the CDC at that time;
14 right?
15     A. That is correct.
16     Q. And you were part of a group of people who
17 actually pulled together and prepared these
18 guidelines; correct --
19     A. I --
20     Q. -- for this guideline?
21     A. I supervised this guideline.
22     Q. And so when you talk about the CDC
23 methodological gold standard that you applied in
24 coming up with your expert opinion in this case,
25 would that be the same methodology that was employed

Page 52

1  in coming up with the 1999 Exhibit 5?
2      A. To a large extent, yes.
3      Q. Are there any methodological differences?
4      A. Well, obviously here there's a -- what's
5  called the Hospital Infection Control Practices
6  Advisory Committee which is a federal advisory
7  committee. So CDC -- a number of different groups
8  at CDC have advisory committees. This was one for
9  the hospital infections program at the time.
10     And when I look at review of the
11 literature, I look at it personally and make a
12 decision one way or the other. Whereas, in this
13 case this group of people who were all supervised by
14 me as part of my group did the literature search.
15 But then this document after it was drafted was
16 reviewed by the advisory committee. And they had
17 some comments and suggestions on revisions. So that
18 would be different than what I do specifically.
19     Q. I want to be a little bit more narrow in
20 my question. In terms of deciding what literature
21 to review and then what literature to reference in
22 connection with the 1999 guideline, was that
23 methodology any different than what you personally
24 used in searching for, reviewing, and deciding what
25 literature to reference in your opinion?

Page 53

1      A. I'd say generally they would be the same.
2  But if you get the specifics -- you know, this is
3  obviously a very broad guideline. It tries to cover
4  all components of surgical site infection
5  prevention. It in fact is so broad that the recent
6  CDC guideline revision did not undertake to do this
7  broad a view but, rather, focused on -- I think it's
8  either three or four specific surgical procedures.
9  So we went very broad.
10     And I think one difference between what
11 was done here and what I did is I tried to go very
12 deep on a very narrow area: Normothermia,
13 hypothermia, and the risk of infection. And
14 basically methodologies to maintain normothermia and
15 their impact.
16     So I'm going systematically very deep on a
17 relatively narrow aspect. Whereas, this is trying
18 to be comprehensive. But obviously if you're
19 looking at such a broad range of different
20 components, you may not go quite as deep.
21     Q. Again, my question may have been too broad
22 and I -- see if I can clarify it.
23     A few moments ago you said that -- and the
24 record is what it is; I'm not trying to put words in
25 your mouth -- but that the CDC now will only look at

14 (Pages 50 to 53)

Page 154

1    A.  19.  Well, I probably started at least two
2  years before that.  But, yeah, over 15 years.
3    Q.  Okay.  And going back to the sentence
4  where -- in your report where you say, "Exogenous
5  sources account for the majority of SSIs," you
6  didn't actually cite any medical literature for that
7  proposition, did you?
8    A.  No.
9    Q.  You just said -- that was based on your
10 years of experience at the CDC; right?
11   A.  That was based on the outbreaks that we
12 investigated when I was at CDC, as well as
13 scientific literature.
14   Q.  Could you turn on Exhibit 5 to page 103.
15 Direct your attention to the first full paragraph on
16 that page.  Could you read that first full sentence.
17   A.  The first full sentence?
18   Q.  Beginning with, "For most SSIs."
19   A.  "For most SSIs, a source of pathogens is
20 the endogenous flora of the patient's skin, mucous
21 membranes, or hollow viscera."
22   Q.  And for that there's a citation; correct?
23   A.  Correct.  A study from 1968.
24   Q.  The Altameier, Culbertson, and Hummel
25 study?

Page 155

1    A.  No.  Actually --
2    Q.  Did I get that wrong?
3    A.  Oh.  57.  Yes, yes.  Right.  1968, right.
4    Q.  So the sentence in your 1999 CDC guideline
5  says, "Most pathogens are endogenous."  And in your
6  report you say "most are exogenous."  Right?
7    A.  Right.  And the --
8    Q.  Did something happen in the last four
9  years of your CDC tenure to make you change your
10 mind about everything you learned in the first 19?
11      MR. B. GORDON:  Objection to form.
12 Mischaracterizes the evidence.  And argumentative.
13      THE WITNESS:  Well, couple of things.  One
14 is it talks about endogenous.  And then it talks
15 also about exogenous organisms as a source of SSI
16 include surgical personnel; operating room
17 environment; all tools, instruments, materials
18 brought to the sterile field during the operation.
19 So it doesn't exclude those.
20      But if you look at what happened between
21 this guideline -- and, actually, it started a little
22 bit before this guideline -- but a tremendous number
23 of interventions have been applied to patients to
24 reduce the endogenous flora and the importance of
25 the endogenous flora.  Most of the Center for

Page 156

1  Medicare/Medicaid services or CMS -- what's called
2  SCIP measures -- which is a surgical care
3  improvement -- surgical infection prevention.
4       Activities were really focused at the
5  endogenous rather than exogenous flora.  So, for
6  instance, improvement of prophylactic antibiotics,
7  improvement in skin antisepsis by the use of
8  chlorhexidine alcohol rather than povidone iodine.
9       (Reporter asks for repetition.)
10      "Chlorhexidine alcohol rather than
11 povidone iodine."
12      Those activities were really aimed at the
13 endogenous flora.  So there's really a lot of
14 activities on endogenous flora; not as many
15 necessarily on the exogenous flora.
16 BY MR. C. GORDON:
17   Q.  Okay.  So as of 1999 you were satisfied
18 that the state of the medical literature was such
19 that you could say that the majority of SSIs were
20 caused by endogenous flora; right?
21   A.  Right.  As endemic infections, yes.
22   Q.  And that's changed in the last 18 years
23 for the reasons you mentioned; right?
24   A.  Correct.
25   Q.  Are you aware of any medical journal,

Page 157

1  textbook, anything in the last 18 years that has
2  said what you say, which is that the majority of
3  SSIs are caused by exogenous sources?
4    A.  Well, certainly the Seminars journal that
5  we gave you a copy of that gives a list of all the
6  outbreaks that CDC did as well as the role of the
7  environment.  There's a number of papers in that
8  that document the role of exogenous sources of
9  infection.
10   Q.  My question is very specific.  You were
11 satisfied in 1999 that the majority were caused by
12 endogenous sources.  And you actually cited one
13 published paper for that.  In the 18 years since the
14 1999 guidelines were published, has any medical
15 journal or textbook published any kind of a
16 conclusion -- study, metanalysis, anything -- that
17 concludes that now things have shifted so such that
18 the majority of SSIs are exogenous?
19      MR. B. GORDON:  Object to form; asked and
20 answered.
21      THE WITNESS:  Well, I don't know that I've
22 done a search for, you know, every -- it wouldn't --
23 Medline search wouldn't pick up books anyway.  But
24 I'm not sure I've seen a specific paper looking at
25 that.

Page 158

1  As I say, the Seminars journal that we
2  gave you shows all the CDC outbreaks that we
3  investigated and the surgical site outbreaks in
4  particular.  Of the 22, 20 of the 22 -- actually, 21
5  of the 22 are exogenous sources of infection.  The
6  reference that we gave here is 1968.  So it probably
7  was changing even at this time.
8  BY MR. C. GORDON:
9     Q.  Is the CDC called in for -- every time
10  there's a surgical site infection?
11     A.  I doubt it.  They'd be kind of busy if
12  they were.  No.
13     Q.  In fact, the CDC is not called in for the
14  overwhelming majority of surgical site infections
15  that occur every day and throughout the country;
16  right?
17     A.  Absolutely.  Or healthcare-associated
18  infections in general.  And they have to be very
19  specific in what they investigate.  And we try to
20  pick outbreaks that would advance the field of
21  infection control and not be redundant of something
22  that's been shown 20 times.
23     Q.  Okay.  So if patients are experiencing
24  common surgical site infections that arise from
25  endogenous flora that have been studied many times

Page 159

1  over the years, that would probably not be something
2  that would result in a CDC outbreak investigation?
3     MR. B. GORDON:  Object to form.
4  BY MR. C. GORDON:
5     Q.  Right?
6     MR. B. GORDON:  Lack of foundation.  Calls
7  for speculation.
8     THE WITNESS:  Well and that's probably not
9  true.  It depends on the organism.  For instance,
10  like the heater-cooler investigation was a very
11  unusual organism.  Very similar to what we're
12  dealing with here with Bair Hugger where it was a
13  device that was used for decades and thought to be
14  perfectly safe.  That then only was recognized as
15  being a cause of infection because Mycobacterium
16  chimaera infections were occurring in cardiac
17  surgery patients.  And that was very unusual.  So
18  certainly if the heater coolers have been associated
19  with Staph aureus infections it probably would have
20  taken a lot longer before it would have been
21  recognized.
22  BY MR. C. GORDON:
23     Q.  And my question went to garden variety
24  infections.  Let's take Staph epidermidis.  That's a
25  pretty common surgical site infection; isn't it?

Page 160

1     A.  Correct.
2     Q.  And probably everybody in this room has
3  Staph epidermitis bacteria; right?
4     A.  Correct.
5     Q.  Some maybe more than others.
6     A.  Possibly.
7     MR. ASSAAD:  For the record Corey Gordon
8  just looked directly right at Mr. Assaad, which is
9  myself, talking about Staph epidermis.
10     MR. C. GORDON:  Are you feeling guilty?
11  Sorry.
12     MR. ASSAAD:  A little bit.  I didn't take
13  a shower this morning, so it might be less than
14  most.
15  BY MR. C. GORDON:
16     Q.  So a hospital experience as a single
17  surgical site infection involving Staph epidermitis,
18  that wouldn't be the type of thing that would result
19  in CDC getting a call and starting an outbreak
20  investigation; right?
21     MR. B. GORDON:  Object to the form.  Calls
22  for speculation, the source of the outbreak.
23     THE WITNESS:  Well, if it was the
24  infecting pathogen, I think it's probably unlikely
25  that it would lead to a CDC investigation.  On the

Page 161

1  other hand, if it were Staph epidermitis that had a
2  very unusual antibiogram, for instance, so --
3     (Reporter asks for repetition.)
4     Antibiogram.  So, for instance, when the
5  first reported Staph aureus or MRSA that had
6  vancomycin intermediate resistance --
7     (Reporter asks for repetition.)
8     Vancomycin intermediate resistance occur
9  it was N of 1.  And we investigated to try to
10  identify what was going on.
11     Now, if it had been an MRSA or a Staph
12  aureus with a very common antibiotic susceptibility
13  pattern, we wouldn't have investigated probably.
14  BY MR. C. GORDON:
15     Q.  And take away from that what the CDC
16  investigates is unusual circumstances.  A cluster of
17  more infections than you would normally expect for
18  an unusual type of pathogen.
19     MR. B. GORDON:  No question yet.
20  BY MR. C. GORDON:
21     Q.  Right?
22     MR. B. GORDON:  Object to the form.
23     THE WITNESS:  Well, it's a combination of
24  factors.  So it's unusual -- or I mean, it's an
25  unusual antibiogram association with a medical

Page 162

1  device that's not been known to be a source before
2  like the heater-cooler.  So there's a list of
3  different possibilities of what would be
4  investigated.  But certainly every infection that
5  occurs would not be investigated.
6  BY MR. C. GORDON:
7      Q.  So the fact that 20 of the 21
8  investigations that you referred to that the CDC
9  investigator proved to be exogenous sources, are you
10 saying that that tells you that all the infections
11 that you didn't investigate must also be
12 predominantly exogenous?
13         MR. B. GORDON:  Objection to form.
14 Misstates his testimony.
15         THE WITNESS:  Yeah, I wouldn't say it
16 necessarily is -- is -- reflects that.  But it does
17 show that even though many of those were Staph
18 aureus infections and some like Dr. Wenzel would say
19 that's exogenous organisms.  In fact, when we
20 investigated them, they weren't.  And without
21 investigating them, you don't know.
22 BY MR. C. GORDON:
23     Q.  I go back to my earlier question.  Can you
24 point me to any published medical literature in the
25 last 18 years that says that now the majority of

Page 163

1  SSIs are caused by exogenous sources?
2         MR. B. GORDON:  Objection; asked and
3  answered.
4         THE WITNESS:  As I mentioned, that
5  Seminars in Infection Control has a number of papers
6  in there that would address that.  I'm sure there
7  are others in the published literature talking about
8  the relative relationship between endogenous and
9  exogenous sources.
10 BY MR. C. GORDON:
11     Q.  When you say you're sure there are, have
12 you done research to see if that's the case?
13     A.  I have not looked recently.  It would be
14 pretty easy to do.
15     Q.  But you didn't do that?
16     A.  No.
17     Q.  So when you said on page 5 of your report,
18 "Exogenous sources account for the majority of
19 SSIs," that was based on your own personal analysis;
20 right?
21     A.  Well, personal analysis as well as
22 experience at CDC investigating outbreaks for 17
23 years.
24     Q.  Well, you had had that experience in 1999
25 when you wrote, "For most SSIs, the source of

Page 164

1  pathogens is the endogenous flora of the patient's
2  skin"; right?
3      A.  Well, I hadn't had it all in 1999.  I had
4  been there -- what? -- 19 -- 17 years probably when
5  I started.  It had been 19 years.
6      Q.  Okay.  And so --
7      A.  So it was changing.  And that is a
8  reference from 1968, which is a few years before
9  that.
10     Q.  Well, in 1999 when you were applying the
11 CDC gold standard methodology, I assume you took
12 note of the fact that some study you were citing was
13 1968 and you would have done at least some research
14 to see if that was still a valid study or if there
15 were more contemporary things that called that into
16 question; right?
17     A.  I'm sure there was some literature
18 reviewed, yes.
19     Q.  And if you had found something post 1968,
20 which challenged the statement that you put out in
21 these guidelines, you would have at least considered
22 it and perhaps mentioned it; right?
23     A.  Well, we do mention in the next paragraph.
24 It basically is a paragraph on endogenous and a
25 paragraph on exogenous.

Page 165

1      Q.  Okay.  I'm talking -- and again I
2  understand there -- you talk about exogenous and
3  endogenous.
4         You would agree with me that what you say
5  in 1999 says that "more than 50 percent of SSIs are
6  caused by endogenous sources."  What you're saying
7  now in this expert report is that more than
8  50 percent of SSIs are caused by exogenous sources;
9  right?
10        MR. B. GORDON:  Objection to form.  And
11 you're misquoting the citation you're referring to
12 now, Corey.  You're using "causes" instead of
13 "sources."  And before you were saying "sources."
14 So just be clear for the record exactly what you're
15 asking him.
16 BY MR. C. GORDON:
17     Q.  And I'll accept that as a friendly
18 amendment.  My question relates to "sources," not
19 "causes."
20     A.  Okay.  I think what we were trying to do
21 in the SSI guideline is basically point out that
22 both endogenous and exogenous sources of pathogens
23 are important in patients undergoing SSIs.
24        The other thing is that this guideline is
25 a guideline for all SSIs, not specific to prosthetic

Page 186

1 MR. B. GORDON: Objection to the form.
2 Also mischaracterization.
3 THE WITNESS: Well, there are certainly
4 many endogenous and exogenous source possibilities.
5 Some of which are -- or many of which you hopefully
6 can eliminate.
7 BY MR. C. GORDON:
8 Q. And the only way you can eliminate them is
9 if you investigate them; right?
10 MR. B. GORDON: Object to the form.
11 THE WITNESS: Well, you can do -- it
12 depends on if it's a cluster or an individual case.
13 Obviously if it's a cluster, trying to do an
14 epidemiologic study can assist you in identifying
15 whether it's personnel that are the source or
16 potentially the patient or equipment.
17 BY MR. C. GORDON:
18 Q. And how do you do that in an individual
19 case?
20 A. It's a little bit more difficult, but you
21 look -- I think in the individual case, you also
22 focus on kind of the timeline of events of what has
23 happened and looking at all the different prevention
24 interventions, some of which we've talked about such
25 as skin prep, timing of prophylactic antibiotics,

Page 187

1 breaks in aseptic technique, the duration of the
2 procedure. So a lot of individual factors that may
3 either increase or decrease the risk for infection
4 occurring.
5 MR. B. GORDON: For the record I want to
6 interpose an objection here.
7 I'll give you some latitude, Corey, but
8 we're to talk about general causation today. There
9 is a thing contemplated the other day for
10 case-specific causation. Will be a different
11 report, different deposition. But if you want to
12 ask those questions today, then we're going to take
13 the position that you're done after today.
14 BY MR. C. GORDON:
15 Q. Going back to -- I want to look back on
16 page 127 where you talk about other well-established
17 modes of transmission such as transient hand
18 carriage by healthcare workers. How could you --
19 how -- what was your -- what -- strike that.
20 You -- you do say here that in outbreaks
21 those were not investigated or eliminated. Would
22 there have been a methodology for investigating or
23 eliminating those?
24 A. Well, you could follow the same pattern
25 of, you know, medical record review, and line

Page 188

1 listing, epidemiologic studies to try to identify
2 what the risk factors for infection are. And there
3 certainly would be some ways to try to address that.
4 It's obviously -- if the outbreak is ongoing, and
5 it's probably easier to do than if the outbreak
6 stopped two weeks ago. So it's a little -- the type
7 of the investigation tends to be tailored to the
8 specific outbreak and the timing of that outbreak
9 and what's available, what's not as to what you can
10 do.
11 Q. How do you define an outbreak?
12 A. Well, I think the generally accepted
13 definition is it's the frequency of occurrence of an
14 event that is above the baseline rate and reaches a
15 statistical significance. And that's usually the
16 definition that is used. And there is somewhat a
17 differentiation of "epidemic" or "outbreak" from
18 "endemic." So a lot of the infections that occur
19 are endemic infections, particularly if it's a
20 patient's own endogenous flora.
21 And so if you look at a hospital within,
22 say, MRSA infection rate, they've got a long period
23 of time where they've had MRSA infections and
24 there's some kind of background rate of what that
25 is. With an outbreak, it assumes that you have that

Page 189

1 background rate or can calculate that background
2 rate and then look at what the rate of event is
3 during a putative outbreak period and then do a
4 statistical analysis to see if the rate is increased
5 statistically.
6 Q. One of the papers that you rely on for
7 your opinion is the McGovern 2011 study. We talked
8 a little bit about it earlier. It had bubble
9 component to it. And it also had a -- an
10 observational study component to it; correct --
11 MR. B. GORDON: Object to the form --
12 BY MR. C. GORDON:
13 Q. -- do you agree?
14 MR. B. GORDON: -- counsel's use of the
15 word "reliance" -- "reliance" or "relied on,"
16 something like that.
17 What's the question?
18 BY MR. C. GORDON:
19 Q. Well --
20 A. The question was whether they had two
21 components or not?
22 Q. Do you rely on the McGovern study?
23 MR. B. GORDON: Objection to counsel's
24 characterization, use of the word "rely."
25 THE WITNESS: As I said before, I look at

Page 190

1  all of the papers that I've read, my experience; you
2  know, 23 years at CDC, both in terms of outbreak
3  investigations, developing surveillance definitions,
4  assisting with the development of the surveillance
5  system and knowing surveillance data.  All of that
6  is incorporated in how I look at the data and how I
7  reach the conclusions in my report.  So certainly
8  the Albrecht study was one of many that I looked at
9  that --
10 BY MR. C. GORDON:
11    Q.  You mean the McGovern -- well, Albrecht
12 was an author.  You're talking about McGovern?
13    A.  McGovern was one of many that I referenced
14 in my report.
15    Q.  Was there any other study that you
16 referenced in your report that purported to show a
17 relative risk of Bair Hugger versus some other
18 warming modality in terms of joint infections?
19    A.  No.  That was -- that was the solid one.
20    Q.  So you -- before -- I assume before you
21 decided whether that was something worthy of your
22 inclusion in your report, you wanted to -- see if I
23 can find your exact phrase -- you wanted to look
24 critically and evaluate all the data, not just some
25 of the data; right?

Page 191

1    A.  Correct.
2    Q.  So did you do that with the McGovern
3  paper?
4    A.  Yes.
5    Q.  Okay.  Well, did you -- in considering the
6  McGovern paper, did you look at the specific pattern
7  of infections?
8    A.  I'm not sure what you mean by "pattern."
9    Q.  Well, the -- okay.  Did you -- when you
10 were looking critically in evaluating all the data,
11 did you look at the individual infection types that
12 were occurring during the study, the two arms of the
13 study period?
14    A.  When you mean infection types, you mean
15 the pathogens?
16    Q.  The pathogens, the bugs.
17    A.  I certainly looked at that, yeah.
18    Q.  And how did -- well, what -- what did you
19 look at to -- to assess that?
20    A.  You mean specifically what did I look at?
21    Q.  Right.  Are you talking about just what
22 was printed in the study, or did you look at
23 anything else?
24    A.  I looked at a line list that I believe was
25 one of the exhibits.

Page 192

1        MR. C. GORDON:  See if this helps.
2              (Exhibit 18 marked.)
3  BY MR. C. GORDON:
4    Q.  I'll show you what's been marked as
5  Exhibit Jarvis 18.  Previously marked as McGovern
6  Exhibit 16.
7    A.  Yeah, that looks like it.
8    Q.  So you reviewed this in your -- looking
9  critically in evaluating all the data of the
10 McGovern study; is that right?
11    A.  Right.
12    Q.  Did you -- let's focus on Staph aureus,
13 both methicillin susceptible and methicillin
14 resistant.
15        Did you look at the number of Staph aureus
16 cases that occurred during the Bair Hugger-only
17 period and compare that to the number of Staph
18 aureus cases that occurred during the HotDog-only
19 period?
20    A.  Yes.
21    Q.  And what did you find?
22    A.  First of all, I found that my eyes are not
23 good and I needed a --
24    Q.  Copy that.
25    A.  -- magnifier for this thing.  That was the

Page 193

1  first thing I learned.
2        Second I learned that it's hard to read
3  and there's duplication of information in it.  And I
4  believe that -- I'm trying to see the -- I had them
5  lined up so it made it easier to see.  But I guess
6  over here is -- that during the HotDog period, there
7  were infections caused by Staph epidermidis,
8  Enterococcus but none by Staph aureus.
9    Q.  And during the HotDog -- strike that.
10       So during the HotDog period there was zero
11 Staph aureus infections; correct?
12    A.  There were only three infections but,
13 yeah, none were Staph aureus.
14    Q.  And you read Dr. Reed's testimony where he
15 said there should have been an additional infection
16 in the HotDog --
17    A.  Right.
18    Q.  -- arm, correct?
19    A.  Right.  I don't know what the pathogen was
20 with that one.  It might have been Staph aureus; I
21 don't know.
22    Q.  And in the Bair Hugger-only period, how
23 many Staph aureus infections were there?
24    A.  I don't know that I counted them.
25       MR. B. GORDON:  Just for the record while