# EXHIBIT 73

**3M Science.
Applied to Life.™**

May 4, 2016

Alicia M. Hamlin, RN, BSN, CNOR
Patient Care Manager – Department of Surgery
Forrest General Hospital
6051 US HWY 49
Hattiesburg, Mississippi 39401

**Subject: 3M's Commitment to Patient Safety and the Efficacy of Bair Hugger Forced Air Warming**

Dear Ms. Hamlin

3M proudly stands behind every product it sells to health care professionals every day.

One such product, 3M's Bair Hugger forced air warming system, is used during surgical procedures to help maintain a patient's body temperature (normothermia) and prevent inadvertent hypothermia. Recent advertising from law firms and a competitor, Augustine Temperature Management, claims that 3M's Bair Hugger forced-air warming system harms rather than helps patients. **There is no good science supporting any of these law firm or competitive claims.**

3M knows we have earned your trust by using *good* science to develop products that improve patient care. 3M stands behind the science supporting its Bair Hugger product.

- High-quality randomized trials show that preventing unintended hypothermia and maintaining normothermia provides several important patient benefits: 1) reducing the risk of surgical wound infection, 2) reducing surgical bleeding and the need for blood products, 3) decreasing the risk of postoperative myocardial infarction (heart attack), 4) shortening postoperative recovery and the duration of hospitalization, and 5) Improving patient comfort[1].
- Over sixty randomized controlled trials with the Bair Hugger forced air warming system show the safety and efficacy of forced-air warming (FAW) therapy. See the following links:
    - www.fawfacts.com and
    - www.safepatientwarming.com

    A recent independent, systematic review of the published literature relating to forced air warming by ECRI Institute found "insufficient evidence to establish that the use of FAW systems leads to an increase in SSIs compared to other warming methods." ECRI acknowledged that a lawsuit filed against 3M in 2013 alleging that the Bair Hugger caused a surgical patient's infection "does not present any new information that would alter the conclusions we have drawn in this article based on our review of the published literature." ECRI concluded, "ECRI Institute does not believe that the currently available evidence justifies discontinuing the use of FAW during surgery."

Customers should continue to use 3M Bair Hugger forced-air warming system with confidence.

- 3M is and will continue to stand behind customers and patients.
- 3M will continue to vigorously defend the Bair Hugger in litigation.
- In the event a 3M product injures a patient, 3M is responsible. 3M's GPO contracts, 3M's terms and conditions of sale, and 3M's reputation authenticate our commitment to you.


EXHIBIT 8

3M experts are available to provide more information or to speak with you or your teams in person. Please contact Mark Scott at 651-737-3253 or email: mjscott2@mmm.com to arrange a call or meeting with our Infection Prevention team.

Best regards,

Bryant Ricker
Director, U.S. Business, 3M Infection Prevention Division

Cc:   Michael J. Stonnington, MD

1. Mahoney, CB. Odom, J. Maintaining intraoperative normothermia: A meta-analysis of outcomes with costs. *AANA Journal.* 67(2): 155-164. 1999.



**3M Health Care**
**Infection Prevention Division**
2510 Conway Avenue
St. Paul, MN 55144-1000
1-800-228-3957
www.3M.com/infectionprevention