UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To: All Actions | **DECLARATION OF BENJAMIN W. HULSE IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF SAMSUN LAMPOTANG, Ph.D.** |

Benjamin W. Hulse, being first duly sworn, deposes and declares:

I am an attorney at the law firm of Blackwell Burke P.A., and one of the attorneys representing 3M Company and Arizant Healthcare Inc. (together, "Defendants") in this litigation. I submit this declaration in support of Defendants' Response to Plaintiffs' Motion to Exclude the Opinions and Testimony of Samsun Lampotang, Ph.D. Unless otherwise stated, the facts set forth herein are based upon my personal knowledge, information, and belief.

1. Attached as Defendants' Exhibit DX1 is a true and correct copy of the transcript of the deposition of Samsun Lampotang, Ph.D.

2. Attached as Defendants' Exhibit DX2 is a true and correct copy of Samsun Lampotang's Expert Report.

3. Attached as Defendants' Exhibit DX3 is a true and correct copy of Bernards et al., "Persistent Acinetobacter baumannii? Look inside your medical equipment." *Infection Control & Hospital Epidemiology* 25.11 (2004).

4. Attached as Defendants' Exhibit DX4 is a true and correct copy of the Bair Hugger Warming Blankets Instructions for Use.

5. Attached as Defendants' Exhibit DX5 is a true and correct copy of Moon et al., "Forced Air Warming Device Failure Resulting in Smoke and Soot on a Surgical Patient." *Open Access J Surg.* 2017; 4(1): 555627. DOI: 10.19080/OAJS.2017.04.555627.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  October 3, 2017        Respectfully submitted,

<u>s/Benjamin W. Hulse</u>
Benjamin W. Hulse