UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To:<br>All Actions | **DECLARATION OF BENJAMIN W. HULSE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF THOMAS KUEHN, PH. D.** |

Benjamin W. Hulse, being first duly sworn, deposes and declares:

I am an attorney at the law firm of Blackwell Burke P.A., and one of the attorneys representing 3M Company and Arizant Healthcare Inc. (together, "Defendants") in this litigation. I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion to Exclude the Opinions and Testimony of Thomas Kuehn, Ph.D. Unless otherwise stated, the facts set forth herein are based upon my personal knowledge, information, and belief.

1. Attached as Defendants' Exhibit DX1 is a true and correct copy of Thomas Kuehn's Expert Report.

2. Attached as Defendants' Exhibit DX2 is a true and correct copy of excerpts from the transcript of the deposition of Thomas Kuehn.

2

I declare under penalty of perjury that the foregoing is true and correct.


Dated:  October 3, 2017		Respectfully submitted,

		*s/Benjamin W. Hulse*
		Benjamin W. Hulse