# EXHIBIT DX1

TO DECLARATION OF

BENJAMIN W. HULSE IN SUPPORT

OF DEFENDANTS' MEMORANDUM IN

OPPOSITION TO PLAINTIFFS' MOTION

TO EXCLUDE TESTIMONY OF

THOMAS KUEHN, PH.D.

Expert Report: Thomas H. Kuehn, Ph.D.

In re Bair Hugger Products Liability Litigation

I am a mechanical engineer with extensive expertise in indoor environments, clean spaces, filtration and bioaerosols. I have been retained by 3M to provide opinions on matters pertaining to airflow and filtration concerning the Bair Hugger and its use in the operating room environment.  I am being compensated at the rate of $250 per hour for my work in this case.  I have not testified in any cases in the past four years.

1.   Education and Experience

My complete CV is attached as exhibit A.  My education includes a B.M.E. degree from the University of Minnesota in 1971 with High Distinction, and M.S. and Ph.D. degrees from the same institution with emphasis on natural convection heat transfer.  I was a faculty member in the Mechanical Engineering Department at Iowa State University from 1976 to 1983.  From 1983 until 2016 I was a faculty member in the Mechanical Engineering Department at the University of Minnesota. I served as the Director of the Environmental Division from 1997 to 2009 and the Director of Graduate Studies for the Mechanical Engineering and Industrial Engineering graduate programs from 1994 to 2000.  At present I am a Professor Emeritus at the University of Minnesota.

I have taught many different courses in the mechanical engineering curriculum focusing on heating, ventilating and air conditioning (HVAC) topics.  Course titles include "Thermodynamics", "Thermal Environmental Engineering", HVAC System Design" and "Vapor Cycle Systems". I am the lead author on one of the few text books in that area (Thermal Environmental Engineering, 3rd ed., Prentice Hall). My main professional society affiliation for the past 25 years has been the American Society of Heating, Refrigerating and Air Conditioning Engineers (ASHRAE).  I have served on several society level committees including the Research Administration Committee, Technical Council and the Conference and Exhibition Committee.  I was the lead organizer and Technical Chair for the Annual Meeting held in St. Louis, June, 2016.

My research activity has been supported by numerous state and federal agencies, companies and consortia.  I have collaborated with several faculty colleagues in the Particle Technology Laboratory, the School of Public Health and the Veterinary Diagnostics Laboratory, all at the University of Minnesota.  Other collaborators include faculty at other universities, researchers at federal laboratories, and research personnel at corporate laboratories.

My initial work in the area of clean rooms began in the 1980's under the sponsorship of the Particulate Contamination Control Research Consortium sponsored by several companies in the semiconductor manufacturing business.  Both numerical flow simulations with airborne particle motion and experiments in semiconductor manufacturing clean rooms were performed.  We published a challenge to researchers around the world in the IES Journal to submit their airflow and particle simulation results to us for comparison to measurements made in our Class 10 clean room.

The Center for Filtration Research was subsequently formed at the University of Minnesota to address issues associated with filtration of airborne particles.  I have been affiliated with this Center since its founding.  Much of my activity has addressed the filtration of bioaerosols including airborne bacteria, fungi and viruses.  Additional support for this work has been provided by ASHRAE, NIOSH and corporations including Boeing.  Capture efficiency of airborne particles versus filter type and filter loading, growth of captured particles on clean and loaded filters, and the influence of environmental parameters such as temperature, humidity and air flow rate were determined in laboratory settings, field trials or both.

Additional work on particles included a study to quantify particle removal from semiconductor wafers using megasonic cleaning. My laboratory has been very active over the past 20 years in characterizing the particle and vapor emissions from commercial cooking processes.  This has resulted in new technologies being used to improve the capture of grease effluents in commercial kitchens and changes in emission regulations in the Los Angeles basin (South Coast Air Quality Management District) and the San Francisco Bay area (Bay Area Air Quality Management District).

I have worked with a group of students to design, build and operate a filter test facility that follows the requirements given in ASHRAE Standard 52.2.  Our facility has extra capability for humidity control that is not included in the Standard.  This facility has been used primarily to study the performance of building ventilation filters on bacteria, fungi and virus aerosols.

Students under my direction also designed, built and operated a ventilation test facility that has been used to study the movement of room air under a variety of conditions. This was designed to be operated as a one-half scale room. The supply air temperature, humidity and flow rate could be varied and the wall temperatures could be controlled separately to study the influence of combined forced and buoyancy-driven natural convection.  Several air supply and exhaust configurations have been studied.  Measurements in the chamber included thermocouples for temperature measurement, gas sampling probes and gas analyzers for tracer gas measurements, hot wire anemometers for velocity and turbulence measurements, and neutrally buoyant helium bubbles and water fog droplets for visualizing the air flow patterns. The chamber was also used to study the loss of infectivity of airborne virus particles as a function of room air temperature and humidity, time of flight between injection and recovery and the local UV intensity provided by UV lights installed in the upper corners of the chamber.

   2.   Review of Bair Hugger Filtration

I have reviewed the testimony of Karl Zgoda and Dr. Robert Crowder concerning the history of the filter media used in the Bair Hugger 500 and 700 series models.  I have also reviewed test results from 3M regarding the minimum efficiency rating value ("MERV") for the filters currently used in all Bair Hugger models.  It is my opinion that the Bair Hugger filters are effective at removing airborne bacteria from the air that passes through them and are therefore appropriate for use in the operating room as they provide an additional removal mechanism for airborne bacteria.

   A.  Filtration Concepts

2

Bair Hugger filters are made of fibrous media – strands of borosilicate glass fibers - arranged randomly into a mesh.  Fibrous filters do not work like a sieve, with uniformly sized pores in a sheet of material that exclude particles larger than the pore size.  Rather, they appear more like a bird's nest when viewed under a microscope.  The majority of the volume is air with only a small percentage of the volume occupied by the fibers. Chemicals called binders are often used to hold the fibers together.  Typical fiber diameter can range from about 20 microns down to a few nanometers. Here is a microscopic image of a glass fiber filter media:



**Fig. 1** Borosilicate Glass Matrix (Image from http://www.supplymylab.com/Supplies/Filter-Paper/_/PRESEP-GLASS-PREFILTERS?q=1215551&gclid=CLaC2YDBmNQCFQkIaQod3DMP7A)

Fibrous media trap particles through a combination of three mechanisms: interception, impaction, and diffusion.  Interception occurs when a particle travels on a streamline close enough to a filter fiber to contact the surface of the fiber and stick to it.



**Fig. 2** Direct Interception (image from http://www.tsi.com/uploadedFiles/_Site_Root/Products/Literature/Application_Notes/ITI-041.pdf)

Impaction occurs when the momentum of a larger particle causes it to deviate from a streamline and collide with a filter fiber (rather than follow the streamline around it).



**Fig. 3** Inertial impaction

Diffusion is important with very small particles (less than .1 um in size). Particles of this size constantly collide with air molecules, which causes them to travel in a random manner known as Brownian motion. This makes the particles susceptible to capture by dispersion to the fiber surface from their time averaged streamline.



**Fig. 4** Diffusion

Each of these three mechanisms plays a role in the filter's overall efficiency (its ability to capture particles of different sizes). Figure 5 shows the role that each mechanism plays at different particle sizes.

4



**Fig. 5** Sample Filter Efficiency Curve for a Glass Fiber Filter

Figure 5 shows how the particle capture of a glass fiber media filter depends on particle size. The particle size is given in terms of aerodynamic diameter or the diameter of a particle with a density of 1 gm/cc. The results are also velocity dependent: if the mean velocity of the air that passes through the filter decreases, the minimum filter efficiency will increase. As Figure 5 shows, very small particles (less than .1 um) are captured primarily by diffusion, but diffusion drops off as particles gain size and mass.  As particle sizes increase, interception and impaction play a greater role until they dominate the capture mechanism.  The particles that the filter is least efficient at capturing are those that are too big to be completely captured by diffusion, but too small to be completely captured by interception or impaction.  Thus, the efficiency curve for a glass filter will always dip at the "most penetrating particle size" or MPPS.  The MPPS for this filter is in the range of .2-.3 microns.  This aerodynamic particle size will always be the lowest point in a filter's efficiency curve (see purple curve in Fig. 5). All media filters have their most penetrating particle size in this size range as it is governed by particle physics, not the filter material or design.

The American Society of Heating, Refrigeration, and Air Conditioning Engineers ("ASHRAE") has developed a test method for determining the efficiency of filters used in HVAC systems and other related applications.  The method was originally developed at Research Triangle Institute (RTI) by Jim Hanley under contract from ASHRAE.  The test facility required in the Standard is similar to the one used at RTI.  Potassium Chloride is used as the test aerosol as a high concentration polydisperse aerosol can be easily generated from a water solution using a nebulizer.  The decision was made by the 52.2 Standards Committee to use an optical particle counter or OPC as the aerosol measuring instrument as it can provide real time aerosol concentration information versus particle size upstream and downstream of a test filter.  By comparing the upstream and downstream results, the filter capture efficiency can be determined versus particle size.

5

An ASHRAE Standard 52.2 test facility was constructed in my laboratory at the University of Minnesota approximately 20 years ago.  We included humidity control that was not specified in the standard so we could focus on filtration of bioaerosols.  I served as the Principal Investigator for an ASHRAE contract to develop a Calibration Reference Device that would rely on first principles rather than calibrated optical particle counters to ensure that test facilities were in compliance with the Standard 52.2 requirements.  Filters from the same lot had been sent to different test facilities with different test results so this project was an attempt to rectify this issue. Our design uses a three-stage parallel inertial impactor.  The results of our project indicated that more work needed to be done to provide a reliable device at a cost that would be acceptable to the industry.  At the present time, the originally specified 12 channel optical particle counters continue to be used at the filter test facilities.

Test method 52.2-2017 determines a filter's particle capture performance according to its ability to remove particles in three size ranges: 0.3-1 micron, 1-3 microns, and 3-10 microns.  Test results will categorize the filter according to its Minimum Efficiency Reporting Value or "MERV".  Figure 6 shows the MERV categories published in the 2017 version of the Standard:

**Table 12-1  Minimum Efficiency Reporting Value (MERV) Parameters**

| Standard 52.2 Minimum Efficiency Reporting Value (MERV) | Composite Average Particle Size Efficiency, % in Size Range, μm | | | Average Arrestance, % |
|---|---|---|---|---|
| | Range 1 0.30 to 1.0 | Range 2 1.0 to 3.0 | Range 3 3.0 to 10.0 | |
| 1 | N/A | N/A | $E_3 < 20$ | $A_{avg} < 65$ |
| 2 | N/A | N/A | $E_3 < 20$ | $65 \leq A_{avg}$ |
| 3 | N/A | N/A | $E_3 < 20$ | $70 \leq A_{avg}$ |
| 4 | N/A | N/A | $E_3 < 20$ | $75 \leq A_{avg}$ |
| 5 | N/A | N/A | $20 \leq E_3$ | N/A |
| 6 | N/A | N/A | $35 \leq E_3$ | N/A |
| 7 | N/A | N/A | $50 \leq E_3$ | N/A |
| 8 | N/A | $20 \leq E_2$ | $70 \leq E_3$ | N/A |
| 9 | N/A | $35 \leq E_2$ | $75 \leq E_3$ | N/A |
| 10 | N/A | $50 \leq E_2$ | $80 \leq E_3$ | N/A |
| 11 | $20 \leq E_1$ | $65 \leq E_2$ | $85 \leq E_3$ | N/A |
| 12 | $35 \leq E_1$ | $80 \leq E_2$ | $90 \leq E_3$ | N/A |
| 13 | $50 \leq E_1$ | $85 \leq E_2$ | $90 \leq E_3$ | N/A |
| 14 | $75 \leq E_1$ | $90 \leq E_2$ | $95 \leq E_3$ | N/A |
| 15 | $85 \leq E_1$ | $90 \leq E_2$ | $95 \leq E_3$ | N/A |
| 16 | $95 \leq E_1$ | $95 \leq E_2$ | $95 \leq E_3$ | N/A |

**Fig. 6** MERV Parameters (ASHRAE 52.2-2017)

HEPA filtration, which tests filter efficiency at particles of 0.3 micron in size and smaller, is not covered by ASHRAE 52.2.  For comparison with MERV numbers, HEPA filtration can be

assigned MERV numbers between 17 and 20, as shown in Fig. 7 taken from the 2007 version of ASHRAE Standard 52.2.

## TABLE 2: MINIMUM EFFICIENCY REPORTING VALUE (MERV) PARAMETERS

| ASHRAE Standard 52.2 | | | | ASHRAE Standard 52.1 | Application Guidelines | | |
| MERV | Particle Size Removal Efficiency, Percent in Particle Size Range, μm | | | Dust-Spot Efficiency Percent | Particle Size and Typical Controlled Contaminant | Typical Applications | Typical Air Filter/Cleaner Type |
| | 0.3 to 1 | 1 to 3 | 3 to 10 | | | | |
|---|---|---|---|---|---|---|---|
| 20 | ≥ 99.999 | in 0.1 – 0.2 μm particle size | | — | < 0.3 μm<br>Virus (unattached)<br>Carbon dust<br>Sea salt<br>All combustion smoke | Electronics manufacturing<br>Pharmaceutical manufacturing<br>Carcinogenic materials | HEPA/ULPA Filters* |
| 19 | ≥ 99.999 | | | — | | | |
| 18 | ≥ 99.99 | in 0.3 μm particle size | | — | | | |
| 17 | ≥ 99.97 | | | — | | | |
| 16 | > 95 | > 95 | > 95 | — | **0.3-1 μm**<br>All bacteria<br>Droplet nuclei (sneeze)<br>Cooking oil<br>Most smoke<br>Insecticide dust<br>Most face powder<br>Most paint pigments | Superior commercial buildings<br>Hospital inpatient care<br>General surgery | **Bag Filters** – Nonsupported (flexible) microfine fiberglass or synthetic media, 12 to 36 inches deep.<br>**Box Filters** – Rigid style cartridge,<br>6 to 12 inches deep. |
| 15 | 85-95 | > 90 | > 90 | > 95 | | | |
| 14 | 75-85 | > 90 | > 90 | 90-95 | | | |
| 13 | < 75 | > 90 | > 90 | 80-90 | | | |
| 12 | — | > 80 | > 90 | 70-75 | **1-3 μm**<br>Legionella<br>Humidifier dust<br>Lead dust<br>Milled flour<br>Auto emission particles<br>Nebulizer drops | Superior residential<br>Better commercial buildings<br>Hospital laboratories | **Pleated filters** –Extended surface with cotton or polyester media or both, 1 to 6 inches thick.<br>**Box Filters** – Rigid style cartridge,<br>6 to 12 inches deep. |
| 11 | — | 65-80 | > 85 | 60-65 | | | |
| 10 | — | 50-65 | > 85 | 50-55 | | | |
| 9 | — | < 50 | > 85 | 40-45 | | | |
| 8 | — | — | > 70 | 30-35 | **3-10 μm**<br>Mold<br>Spores<br>Dust mite body parts and droppings<br>Cat and dog dander<br>Hair spray<br>Fabric protector<br>Dusting aids<br>Pudding mix<br>Powdered milk | Better residential<br>Commercial buildings<br>Industrial workplaces | **Pleated filters** –Extended surface with cotton or polyester media or both, 1 to 6 inches thick.<br>**Cartridge filters** –Viscous cube or pocket filters<br>**Throwaway** –Synthetic media panel filters |
| 7 | — | — | 50-70 | 25-30 | | | |
| 6** | — | — | 35-50 | < 20 | | | |
| 5 | — | — | 20-35 | < 20 | | | |
| 4 | — | — | < 20 | < 20 | **> 10 μm**<br>Pollen<br>Dust mites<br>Cockroach body parts and droppings<br>Spanish moss<br>Sanding dust<br>Spray paint dust<br>Textile fibers<br>Carpet fibers | Minimum filtration<br>Residential window air conditioners | **Throwaway** – Fiberglass or synthetic media panel, 1 inch thick.<br>**Washable** – Aluminum mesh, foam rubber panel<br>**Electrostatic** – Self-charging (passive) woven polycarbonate panel |
| 3 | — | — | < 20 | < 20 | | | |
| 2 | — | — | < 20 | < 20 | | | |
| 1 | — | — | < 20 | < 20 | | | |

*This table is adapted from ANSI/ASHRAE Standard 52.2-2007. [13]*

*\*The last four MERV values of 17 to 20 are not part of the official standard test, but have been added by ASHRAE for comparison purposes. Ultra Low Penetration Air filters (ULPA) have a minimum efficiency of 99.999 percent in removing 0.3 μm particles, based on the IEST test method. MERVs between 17 and 19 are rated for 0.3μm particles, whereas a MERV of 20 is rated for 0.1 to 0.2 μm particles.*

*\*\* For residential applications, the ANSI/ASHRAE Standard 62.2-2007[16] requires a filter with a designated minimum efficiency of MERV 6 or better.*

**Fig. 7** MERV Parameters (with HEPA Ratings)

7

As Fig. 7 shows, filters with MERV parameters between 13 and 16 are considered appropriate for controlling all bacteria.  The ASHRAE hospital HVAC design manual specifies MERV 14 filters for use in surgical suites. (HVAC Design Manual for Hospitals and Clinics, 2d Ed., p. 30 Table 2-4.)

### B.   Filtration of Bioaerosols

The filter's MPPS, which again is typically 0.2-0.3 microns, is not the relevant particle size for filtering bacteria and bacteria-carrying particles from air.  Bacteria by themselves are much larger than 0.3 microns; for example, individual Staphyloccus bacteria are typically 0.8-0.9 microns in diameter.  (Kowalski, W. J., W. P. Bahnfleth, T. S. Whittam (1999). "Filtration of Airborne Microorganisms: Modeling and Prediction." ASHRAE Transactions 105(2), 4-17, Table 1.)  Further, Staph and other bacteria rarely travel in air as single organisms; typically they are clustered with other organisms, contained in water droplets, or attached to skin squames or dust particles.  These particles are often several microns in size and are easily removed by filters in the MERV 13-16 range.

HEPA filtration is unnecessary for effective control of bacteria in air.  Moreover, HEPA filtration can introduce a significant pressure drop and thereby cause more air to leak around the filter that can lead to increased passage of contaminated air compared to a MERV 14 filter.  HEPA filtration will also increase the load on fan motors (because of the increased pressure drop compared with MERV 14 filters) and potentially increase maintenance costs and decrease their service life. As indicated above, the ASHRAE HVAC Design Manual for Hospitals and Clinics recommends MERV 14 filters for surgical suites, not HEPA filters.

### C.   The Bair Hugger Filters

Based on my review of deposition testimony and documents produced in this case, I understand that the Bair Hugger warming units incorporate a filter with media designated by the supplier, Pentair, as "M20."  Arizant adopted this media for use in the Model 750 filters in the early 2000s, and in 2009 Arizant changed the media in its Model 505 filters from M10 to M20.

I have reviewed ASHRAE 52.2 test results from 3M that demonstrate that the filters incorporating the M20 filter media meet the requirements for MERV 14.  I have seen no evidence that the efficiency of the M20 filter media has changed at all over the many years that 3M and Arizant have used it.

I understand that the filter media previously used by Arizant, M10, had greater efficiency in the 0.3-1 micron particle size range than the M20 media.  As noted above, however, particles that carry infectious bacteria are generally larger than 1 micron.  Further, the M20 media, at MERV 14, is fully capable of capturing bacteria and the particles that carry them.  Thus, Arizant's switch from M10 to M20 media should not have made any difference in the Bair Hugger filters' capture of harmful pathogens.

Finally, I note that there are no ASHRAE standards for fan-blowing equipment used in operating rooms. The Bair Hugger's incorporation of a MERV 14 filter – the same minimum filtration level that ASHRAE recommends for air supplied to operating rooms – provides additional protection from airborne bacteria for patients undergoing surgery.

3.  Comments on Plaintiffs' Expert Reports

Dan Koenigshofer

The majority of this report has been abstracted from the ASHRAE literature that provides design engineers guidance on the design of health care facilities. This is intended to be best practice and does not necessarily indicate how a particular facility has been designed or is operated.

On pages 20 and 21, calculations are presented that indicate that when the Model 505 Bair Hugger is operated, "at least 300 cfu/hr are blown near the patient." The initial room air concentration was estimated to be 10 cfu/ft$^3$ from a paper by Galson and Goddard from 1968. The purpose of this paper was to show the effect of different ventilation rates on indoor air concentration. This paper was published nearly 50 years ago and does not represent best current practice as given in the ASHRAE HVAC Design Manual for Hospitals and Clinics where room pressurization, filtration system performance and particle shedding from personnel are much better controlled. It is my professional opinion, that a room air concentration of 10 cfu/ft$^3$ would be considered extremely high for an OR that would use a Bair Hugger. The filter in a Bair Hugger would reduce the clean room air concentration even further before the air was sent to the blanket. Measurements of the air velocity and temperature that leave a Bair Hugger blanket were made and show that the room ventilation system is not significantly affected when the Bair Hugger is operated (Exhibit B). Thus the air is not blown near the patient. Neither are any bacteria particles that may become entrained by this air.

The following three statements have been made regarding particle motion and removal caused by the Bair Hugger:

1.  The Bair Hugger operating in an OR will create turbulence at the floor, stirring settled particles.
2.  The Bair Hugger draws particles off the floor into the unit. It functions much like a household vacuum cleaner.
3.  The air velocity at the floor under the Bair Hugger is sufficient to entrain particles from the floor.

The Bair Hugger is provided with a feature that allows it to be attached to an IV pole. That allows the unit to be conveniently mounted approximately 18 to 24 inches above the floor so that the air velocity near the floor generated by the Bair Hugger is insignificant compared to the air velocity driven by the ventilation in the room, movement of personnel and the operation of other equipment.

Measurements of air velocity below a Model 775 Bair Hugger mounted approximately 2 ft above the floor indicated that there was no measurable difference between the air velocity near the floor when the Bair Hugger was off or turned on. Velocity measurements were also made at three

locations near the edge of the blanket where the warm air escapes into the room.  None of these locations had air velocities large enough to affect the air velocity near the floor.  Photos and data from these measurements are included in Exhibit B.

The manufacturer of the Bair Hugger also offers a cart to mount the unit on.  When the Bair Hugger is used with this cart, the air velocity near the floor under the unit caused by the operation of a Bair Hugger is insignificant because the cart acts as a barrier between the bottom of the Bair Hugger unit and the floor.

The Bair Hugger can be placed on and operated from the OR floor. However, the maximum air velocity between the bottom of the Bair Hugger and the floor is much lower than what would be required to move or detach particles containing infectious bacteria sitting on the floor.  The air velocity was measured between the bottom of a Bair Hugger and the top of a cart it was resting on to determine the velocity that would occur had the unit been sitting on a cart.  The values between the bottom of the unit and a floor would be very similar.  The velocity on all four sides was measured to determine the maximum value.  Photos and the data recorded are provided in Exhibit B.

Using the maximum air velocity that was measured and published literature on particle motion and removal from surfaces, the results of calculations provided in Exhibit C clearly show that the physics do not support the three statements made that the Bair Hugger removes particles from the floor. The adhesion force between a hard sphere and the surface is much higher than the drag force created by the air velocity that could remove the particle.  Bacteria would be more difficult to remove because they are not perfect spheres and have increased adhesion force caused by the increased contact area between the bacteria particle and the surface (Chuen-Jinn Tsai, David Y. H. Pui & Benjamin Y. H. Liu (1991) Elastic Flattening and Particle Adhesion, Aerosol Science and Technology, 15:4, 239-255).  The measured maximum velocity is several orders of magnitude lower than what would be required.

The following statements have been made regarding air flow:

1. 50 -100 cfm are blown from the blanket into or near the sterile air field, causing air to move horizontally, while the intent of the HVAC system is to maintain downward air flow.
2. Air leaving the blanket at 100 to 110 F will cause upward convective air flow.
3. The hot air will lead to surgeon's discomfort, resulting in them requesting even lower temperatures in the OR.
4. The hot air from the Bair Hugger will interfere with the downward flow of clean air from the ceiling diffuser.

Air velocity measurements made near the hip of a manikin in a simulated OR configuration did not show any measurable difference when the Model 750 Bair Hugger was turned on at high fan speed or turned off.  There was no measurable effect of the Bair Hugger operation on the air velocity.  Photos and the measured data are given in Exhibit B.

The temperature of the air leaving the blanket and entering the room was measured to be less than 75° F when the room temperature was about 66° F and a model 750 Bair Hugger was operated at maximum flow rate and at high fan speed as shown in Exhibit B. The claim that the air leaves the blanket between 100 and 110° F was not substantiated. The much lower temperature as measured will not have a significant effect on the movement of the warm air leaving the blanket as shown in Exhibit D.

The temperature of the air measured at the location of the hip did not show significant difference between the time when the Bair Hugger was turned off and when it was turned on with a setting of 43 °C, as shown in Exhibit B. It is unlikely that the surgeons would notice any difference in temperature, or any change in airflow as a result of temperature change.

The following statement was made regarding the cooling load in the OR:

1.   The heater in the Bair Hugger adds to the cooling load, thus requiring more air and/or colder air than the initial design.

The energy consumed by a Bair Hugger is part of the cooling load in an OR along with all the other equipment and personnel. Typical design values for sensible thermal load for equipment in an OR are 1 kW. The Model 505 Bair Hugger uses approximately 528 W, the Model 750 480 W and the Model 775 390 W on the low setting and 470 W on the high setting. All of these are well within the estimated design value of 1000 W for equipment. As the Bair Hugger uses the power to provide heat, it may be the most energy intensive piece of equipment in the OR. It is unlikely that the total cooling load for all the equipment in an OR with a Bair Hugger operating would be larger than 1000 W. There would be no reason to increase the airflow rate over the design value when a Bair Hugger is used.

The equipment thermal load is not a very important portion of the cooling load in an OR. Tempering the outdoor ventilation air is the main load as shown by Figure 8.7 of Reference 1 where lights and equipment together are shown to be 10% of the total load. A good HVAC design should be able to accommodate slight variations in the design loads.

Changing the air flow rate in an occupied OR is not desirable as this may disrupt the pressure balance between the OR and adjacent areas. It is much better to adjust the supply air temperature using the reheat coil shown in Figure 8-4 of Reference 1 to handle variations in sensible cooling load while maintaining the desired humidity level.

The following statement was made regarding the filtration level in the Bair Hugger:

1.   The filters in the Bair Hugger are less efficient than those used in the HVAC system serving an OR.

The recommended MERV for final filters used to clean incoming supply air to an OR is 14 (Reference 1). A 3M report documents the results of tests on the filters used in the Bair Hugger Model 775 to be MERV 14 (Reference 2). Thus the MERV recommended for OR supply air and the measured MERV for the filters used in Bair Hugger Model 775 are equal.

The actual performance of filtration systems in hospital air handling systems can vary widely. Leaks in the seals between the filter modules and the frame, punctures in the filter media that occur sometime between filter manufacture and installation, filters that become wet, and neglected maintenance can all result in less efficient filtration system performance than designed. Therefore the performance of a specific filtration system in a hospital or clinic is site dependent and cannot always be predicted by its design. Thus the general statement given above is not valid.

References

1. HVAC Design Manual for Hospitals and Clinics, 2nd ed., 2013, Section 8.
2. 3M report RD-Test-PW-05-286536, dated 8/25/2016, by Winston Tan


Said Elghobashi

This report contains the background and results of a numerical study of airflow and particle dissemination in an operating room with and without a Bair Hugger in operation near the floor. One of the underlying assumptions, the temperature of the air that leaves the Bair Hugger blanket, is not correct.  A value of 106 F (41.1 C) is used when the temperature of the air supplied to the room was 59 F (15 C).  Measurements made of the air leaving a Bair Hugger blanket provided in Exhibit B showed that the warmest temperature was 75 F when the temperature setting was 43 C (109 F) and the room temperature was about 66 F.  The difference between the temperature of the air entering the blanket and leaving it is caused by the thermal transport to the patient (the purpose of the Bair Hugger) and the warming of the adjacent drapes. The actual measured temperature difference between the warm air leaving the blanket and the background room air temperature was 75 – 66 or 9 F rather than the assumed value of 106 -59 or 47 F. Thus the assumed thermal buoyancy of the warm air leaving the blanket is more than a factor of 5 too large as thermal buoyancy is linearly related to temperature difference. Correcting this error in boundary condition will result in airflow that does not change nearly as much when the Bair Hugger is operated as in the results presented.

There is no indication of particle removal by the filter in the Bair Hugger although that is another particle removal or air cleaning mechanism in the OR in addition to particles attaching to surfaces and leaving with the return air.

For the particle transport, 3 million particles 10 microns in size are assumed to reside within 1 cm of the floor.  It is not clear why this region near the floor was targeted, the particles should follow the air currents in the room. Three areas are considered, only one results in particles being transported to what is termed the surgical box.  These are colored red in the plots.

It is unclear how many particles are assumed to start from each of the three areas near the floor but most likely the three million particles were evenly distributed among the three areas so one million begin in each. As the red colored area is the only one that shows particles reaching the surgical box, particles in this area will be the only ones considered here.

12

The study could have used a different number of particles starting near the floor, for example 10 million or 100 million.  That should increase the number reaching the surgical box by factors of 10 and 100 respectively. This does not mean that more particles will actually reach the surgical box area. The total number of particles reaching the box is not the important result, it is the fraction of particles that begin near the floor that reach the box.

Using the assumed value of one million particles that begin near the floor in the red area, they occupy a volume of 1.35m x 0.3m x 0.01m or 0.0041 cubic meters = 0.145 ft$^3$.  The total mass of these particles using the density of 1 gm/cubic centimeter as stated in the report (unit density)

= (number of particles x density x 3.1415 x (particle diameter)$^3$)/ 6

= ((10$^6$ x (1 gm/cm$^3$) x 3.1415 x (10 x10$^{-6}$ m)$^3$)/6) x (10$^6$ μg /gm) x (10$^6$ cm$^3$/ m$^3$)

= 524 μg

The particle mass concentration is this total particle mass divided by the volume of air they occupy:

Mass concentration = 524 μg /0.0041 m$^3$ = 127,800 μg/m$^3$

As all the particles have a diameter of 10 μm, they are classified as a PM10 aerosol. This concentration is 852 times the current 24 hour daily maximum ambient National Ambient Air Quality Standard of 150 μg/m$^3$ for PM10 not to be exceeded more than once in a 3-year period. Thus this initial concentration used near the floor is several orders of magnitude higher than most unfiltered outdoor air.  If a more realistic value is used, although a very conservative one, to assume that unfiltered, polluted outdoor air exists near the floor with a mass concentration of 150 μg/m$^3$, then the aerosol concentration results provided in this report should be adjusted accordingly.

For example, the results in Figure 31 where the red boxes are shown, the maximum number of approximately 560 should be divided by at least 852 resulting in a value less than 1.0.  If very clean operating room air is assumed rather than polluted outdoor air, the resulting value becomes much lower than this.  It is also very unlikely that all particles near the floor contain infectious bacteria. Therefore, it is very unlikely that any infectious particles residing near the floor in any of the three areas simulated will ever reach the critical care area.

Another method to estimate the number of culturable particles that might reach the critical care area is to assume a maximum value of 4 cfu/ft$^3$ in the initial red area based on concentration values given by Galson and Goddard (Reference 1) for general surgery areas. This value is from a publication nearly 50 years old so it is much larger than what one would expect today in a state-of-the-art OR so the present calculations show results much higher than what would be expected. The initial volume of the red box is 0.145 ft$^3$ so the total number of cfu initially in the box is:

Total cfu = 4 cfu/ft$^3$ x 0.145 ft$^3$ = 0.58 cfu

The number of these that might reach the critical area would be

Cfu-critical care = 0.58 cfu x 560/1,000,000 = 0.0003 cfu.

This is an extremely small value although as indicated above, is larger than what one would expect in a current well-maintained OR. In summary, the particle movement simulation results, if assumed to be correct, will not cause any significant contamination of the critical care area from particles located near the floor.

References:

1. Galson and Goddard, ASHRAE, 1968.

Michael Buck

This report is difficult to interpret because of a lack of clarity in the results. The plots presented have an undefined logarithmic scale on the vertical axis (that may be particle number counts) and appear to have a time scale on the horizontal axis. Several different conditions were tested but there is no indication of when each condition started and ended. Transients are evident between one condition and another when the results change with time. It is not known whether each test was performed for a sufficiently long period of time so that the transients do not influence the results. Buck did not replicate his tests. A minimum of three replicates at each condition is the norm for statistical accuracy. There are no blank test results showing particle counts with zero measurable particles entering the particle counter through one or more HEPA filters at the inlet so the background counts are unknown. The probe seems to be aligned with the air exiting the hose but that is not sufficient for isokinetic sampling. The mean velocity within the probe must be equal to the velocity in the surrounding air. There is no indication that this was considered. Using the same probe, the velocity within is fixed by the sampling pump in the instrument. However, the surrounding air velocity can vary depending on where the sample is taken. Without true isokinetic sampling, the particle concentration results can be biased.

It appears that total numbers of particles were measured. It is well known that the number concentration of particles increases dramatically as the particle size is reduced. This is shown on some of the figures. These particles are too small to contain bacteria.

No measurement of the nature of the particles was provided. Culture plates could have been used with an Andersen impactor or pour plates with an all glass impinger (AGI) to determine if any of the particles measured were culturable. Non-culturable particles collected on filters could have been analyzed for their chemistry to determine whether they originated from within the machine or simply passed through.

It is unclear from the figures when the filter was installed and when it had been removed so no definitive conclusion can be drawn regarding filter performance based on this report.

Yadin David, William Jarvis, Michael Stonnington

Each of these reports comments on Tsai et al., who provided some information on an event at MD Anderson Cancer center where a malfunction within an operating Bair Hugger caused black spots to be deposited on the skin of a patient and surroundings blankets. The black spots were assumed to be soot generated from an electrical malfunction within the unit and appeared to be

deposited near the location of holes in the blanket.  I agree with Tsai's assessment that the particles were soot.   However I disagree with the suggestion that the passage of soot particles through the Bair Hugger blanket provides evidence that pathogens can pass through the Bair Hugger system.

Soot particles are formed from a chemical reaction as illustrated in Figure 8.  The particle formation begins as the molecular clusters grow into very small spherical particles about 20 nm in size.  These in turn then aggregate to form chains that can be anywhere from about 30 to 40 nm in length to about 500 nm.  A photo of two of these typical aggregate particles is shown in Figure 9 where the length scale bar in the lower left hand corner is 50 nm. The smaller of the two particles is about 70 nm in size whereas the larger one has a length of about 500 nm.  The smaller particle has an aerodynamic diameter similar to its physical size because it is quite compact and roughly spherical in shape.  The larger chain has an aerodynamic diameter much less than its length because it is much less dense and may be approximately 120 nm.  The aerodynamic diameter of a particle determines its settling rate and how it behaves as it passes through a filter.

The soot particles that were observed to have deposited on the patient and surrounding blankets most likely were in the size range discussed above.  Their aerodynamic diameter is much less than single bacteria spores and clumps of bacteria or bacteria attached to other material. Therefore the deposited soot is not a good indication that much larger bacteria particles would follow the same path and deposit similarly.



**Fig. 8**. Soot formation process.

http://www.forbrf.lth.se/english/research/measurement-methods/laser-induced-incandescence-lii/

15



**Fig. 9.** Photo of agglomerated soot particles.

http://www.ltt.uni-erlangen.de/en/research/particle-measurement/

The materials I considered in my analysis are attached as Exhibit E.  I reserve the right to supplement my analysis and provide additional opinions and observations in response to newly received information.

June 1, 2017

Thomas H. Kuehn, Ph.D.

16

**Thomas H. Kuehn**
Professor Emeritus
Mechanical Engineering Department
University of Minnesota
Minneapolis, MN  55455

## Education
1971 B.M.E. with high distinction, University of Minnesota
1973 M.S. University of Minnesota
1976 Ph.D. University of Minnesota

## Honors and Awards
Pi Tau Sigma, Tau Beta Pi, Sigma Xi
Young Mechanical Engineer of the Year 1983, Minnesota ASME
Excellence in Presentation of a Technical Paper, 8th International Heat Transfer Conference
Award of Excellence for a Technical Paper, 1989, Int.  Appliance Technical Conference
Minnesota Supercomputer Institute, Associate Fellow 1994, Fellow 1998
Best Poster Awards, ASHRAE Meetings, Chicago, 1995 and San Antonio, 1996.
ASHRAE Transactions Paper Award, 2010.
Fellow ASME, 1997
Fellow ASHRAE, 2004
Distinguished Service Award, ASHRAE, 2015
E.K. Campbell Award, ASHRAE, 2017

## Academic Experience
| | |
|---|---|
| 1976-1981 | Assistant Professor, Department of Mechanical Engineering, Iowa State University |
| 1981-1983 | Associate Professor, Department of Mechanical Engineering, Iowa State University |
| 1983-1990 | Associate Professor, Department of Mechanical Engineering, University of Minnesota |
| 1990-2016 | Professor, Department of Mechanical Engineering, University of Minnesota |
| 2016-present | Professor Emeritus, Department of Mechanical Engineering, University of Minnesota |
| 1994-2000 | Director of Graduate Studies, Mechanical and Industrial Engineering graduate programs, University of Minnesota |
| 1997-2009 | Director of Environmental Division, Department of Mechanical Engineering, University of Minnesota |

## Recent Service Activities
| | |
|---|---|
| 2002-2007 | Research Safety Officer, Department of Mechanical Engineering, University of Minnesota |
| 2003-2006 | IT Representative to the University of Minnesota Writing Consultants Committee |
| 2005-2006 | Member of the University of Minnesota Presidential Committee on Undergraduate Writing |
| 2010-2011 | Chair Departmental Graduate Education Committee |
| 2011-2012 | Member of two Departmental faculty search committees |
| 2012-2013 | Member of Departmental Teaching Strategy Committee |
| 2013-2015 | Member of Departmental Promotions and Tenure Committee, Chair 2015 |

## Selected Consulting Experience
| | |
|---|---|
| 2017-present | Blackwell Burke P.A. |
| 2013-present | CaptiveAire |
| 2009-2010 | CaptiveAire |
| 2005 | Meagher & Geer P.L.L.P. |
| 2005 | Honeywell, Inc. |

2017

| 2004-2005 | Varidigm, Inc |
| 2004 | Tetra Pak, Inc. |
| 2001-2002 | Phillips Plastics Corp. |
| 2000-2001 | State of Minnesota Board of Architecture, Engineering, Land Surveying, and Landscape Architecture |
| 2000 | Center for Energy and Environment |
| 1998-2000 | McQuay International |
| 1994 | Auto Vend, Inc., Brooklyn Center, MN |
| 1993 | District Energy, St. Paul, MN |
| 1992 | Wold Architects, St. Paul, MN |
| 1987 | EcoPure, Inc., Maple Grove, MN |
| 1987-1990 | Rochester Meat and Provision Co., Rochester, MN |

## Patents

U.S. Patent 4,555,764, November 26, 1985
Net energy transfer measurement methods, apparatus and systems with solar energy and control applications.

U.S. Patent 8,316,955, November 27, 2012
SAAR, Martin O., RANDOLPH, Jimmy Brian, KUEHN, Thomas H.
Carbon Dioxide-Based Geothermal Energy Generation Systems and Methods Related Thereto

U.S. Patent 8,833,475, 16 Sep 2014
Carbon dioxide-based geothermal energy generation systems and methods related thereto, Martin O. Saar, Jimmy Bryan Randolph and Thomas H. Kuehn

The following patents were received from foreign countries with the same inventors and title as the U.S. patent above:

Italy Patent 502015902338665, 20 Nov 2014,

Iceland Patent 2406562, 20 Nov 2014,

United Kingdom Patent 2406562, 20 Nov 2014

France Patent 2406562, 20 Nov 2014

Germany Patent 2406562, 20 Nov 2014

Netherlands Patent 2406562, 20 Nov 2014

Norway Patent 2406562, 20 Nov 2014

Switzerland Patent 2406562, 20 Nov 2014,

Turkey Patent 2406562, 20 Nov 2014

Australia Patent 2010223059, 27 Nov 2014

European Patent Office Patent 2406562, 17 Dec 2014

Hungary Patent 2406562, 17 Dec 2014

**Professional Society Membership**
American Society of Mechanical Engineers
American Society of Heating, Refrigerating and Air Conditioning Engineers

**Community Service**
Representative of the City of Mahtomedi on the White Bear Lake Conservation District Board, 1986-1989
President, Williams Woods Park Association, 2007-2011

**Professional Activities**

**ASME**
Chairman of organizing committee for Symposium Honoring Professor Richard J. Goldstein, ASME 2013 Summer Heat Transfer Conference, Minneapolis, July 15, 2013.

Member of *ASME* National Committee K-19, Environmental Heat Transfer 1982-1996

Chairman of *ASME* National Heat Transfer Visualization Committee, 1989-1992

Session Chairman, "Natural Convection in Stratified Flows," 23rd *ASME/AICHE* National Heat Transfer Conference, Denver, August, 1985

Session Chairman, "Heat Transfer in Buildings and Structures," 1987 National Heat Transfer Conference, Pittsburgh, August, 1987

Session Chairman, "Heat Transfer in Stratified Flows," 1988 National Heat Transfer Conference, Houston, July, 1988

Session Chairman, "Heat and Mass Transfer in Buildings and Structures," ASME Winter Annual Meeting, San Francisco, December, 1989

Session Co-Chairman, "Heat and Mass Transfer with Alternative Refrigerants," 1993 National Heat Transfer Conference, Atlanta, GA, August, 1993.

Secretary, Minnesota Section *ASME,* 1986-1987

Treasurer, Minnesota Section *ASME,* 1987-1988

Vice Chairman, Minnesota Section ASME, 1988-1989

Chairman, Minnesota Section ASME, 1989-1990

Director, Minnesota Section ASME, 1990-1992

**ASHRAE**
Technical Chair ASHRAE Annual Meeting, St. Louis, MO, June, 2016

Member Conference and Expositions Committee, 2012-2016
    Track Chair for all Research Summit sessions, Atlanta Meeting, June, 2015
    Track Chair for eleven IEQ sessions, New York Meeting, Jan 2014
    Track chair for all IEQ sessions, Seattle Meeting, June 2014

Appointed by Technical Council to Position Document Committee "Air Filtration and Cleaning", 2012-2014.

Member Technical Council, 2008-2010.

Member Research Administration Committee, 2001-2005.

Chair of Committee to Revise Chapter 1, "Thermodynamics and Refrigeration Cycles", ASHRAE Handbook of Fundamentals, 1997 Ed. for TC 1.1, 1995-1996 and 2005 Ed., 2003-2004.

Chair of Committee to Revise Chapter 6, "Psychrometrics", ASHRAE Handbook of Fundamentals, 2001 Ed. for TC 1.1, 1999-2000 and 2005 Ed., 2003-2004.

Chairman of ASHRAE National Technical Committee TC1.1, Thermodynamics and Psychrometrics, 1996-2000, Handbook Subcommittee Chair 2000-2005, Member or Corresponding Member1984-present

Member or Corresponding Member of ASHRAE National Technical Committee TC1.2, Instrumentation and Measurements, 1985-2002, Chairman of Research Subcommittee, 1990-2000

Member of ASHRAE National Technical Committee TC2.4, Particulate Air Contaminants and Particulate Contaminant Removal Equipment, 1995-present

Corresponding Member of ASHRAE National Technical Committee TC4.4, Thermal Insulation and Moisture Retarders, 1984-present

Session Chairman, "Refrigerant Thermodynamic Property Needs," ASHRAE Semi-Annual Meeting, Portland, June, 1986

**IES&T**
Session Co-Chairman, "Particle Generation and Control in Clean Rooms," Institute of Environmental Sciences 34th Annual Technical Meeting, King of Prussia, PA, May, 1988

Session Chairman, "Cleanroom Design and Control, " Institute of Environmental Sciences 36th Annual Technical Meeting, New Orleans, LA, April, 1990.

Session Chairman, "Air Flow Modeling: Theory," Institute of Environmental Sciences 37th Annual Technical Meeting, San Diego, CA, May, 1991.

Session Co-Chairman, "Computer Applications to Contamination Modeling," Institute of Environmental Sciences 37th Annual Technical Meeting, San Diego, CA, May, 1991.

Session Chairman, "Computer Applications to Contaminant Modeling," Institute of Environmental Sciences 38th Annual Technical Meeting, Nashville, TN, May, 1992.

Session Chairman, "Modeling, Particle Transport, Deposition and Removal," Institute of Environmental Sciences 39th Annual Technical Meeting, Las Vegas, NV, May, 1993.

**Others**
Session Co-Chairman, "Cleanrooms," American Association for Aerosol Research 1989 Annual Meeting, Reno, NV, October,1989

Session Co-Chairman, "Gas Cleaning," American Association for Aerosol Research 1990 Annual Meeting, Philadelphia, June, 1990.

Session Chairman, "Validation of Models, Ventilation Efficiency." Roomvent '94, Crakow, Poland, June 15-17, 1994.

University of Minnesota's Representative to Midwest Universities Energy Consortium, Inc., 1992-2002.

Session Chairman, "Bio-Aerosol Filtration," 10th Annual National Technical Conference of the American Filtration & Separations Society, Minneapolis, MN, April 29-May 2, 1997.

Session Chairman, "Environment & Health," 1999 Fall Topical Conference of the American Filtration & Separations Society, Minneapolis, MN, October 20-21, 1999.

Member awards committee AAAR, 2011-2013.

**Invited Lectures**
Department Mechanical Engineering, Illinois Institute of Technology, September 11, 1984.

Minnesota Department of Energy and Economic Development, Minnesota Radon Research Forum, January 18, 1985.

Minnesota Department of Energy and Economic Development, Safe Combustion Heating in Tightly Weatherized Homes, May 8, 1985.

Minnesota Engineering Society, July 15, 1985.

Workshop on Clean Technology, European Aerosol Conference, Lund, Sweden, September 2, 1988.

Chalmers Institute of Technology, Gothenburg, Sweden, September 5, 1988.

Nanjing Aeronautical Institute, Nanjing, China, September 11-17, 1988.

9th International Heat Transfer Conference, Jerusalem, Israel, August 19-24, 1990.

Nordic Institute for Advanced Training in Occupational Health, Copenhagen, Denmark, September 24-28, 1990.

ASHRAE Education/Energy Seminar, February 26, 1991.

Tutorial on Numerical Modeling of Particle Transport in Turbulent Flow, American Association for Aerosol Research Annual Meeting, October 7, 1991.

Presented a review of recent research, "Current Research Projects in Indoor Air Quality," with J. Ramsey, Winter Quarter MnBRC Lecture, University of Minnesota, March 5, 1992.

University of Duisburg, Duisburg, Germany, June 6 and 7, 1994.

"Air Flow Simulations in Microelectronic Clean Rooms", Industrial Design Corp., Portland, OR, May 11-12, 1995.

"Commercial Cooking Effluent Measurement Procedures", International Facility Management Association, Houston, TX, October 30-31, 1995.

"Microcontamination Measurements and Modelling in Clean Rooms", Twin Cities Chapter Institute of Environmental Sciences, Bloomington, MN, March 28, 1996.

"Experimentally Validated Modeling of Megasonic Cleaning Baths", Santa Clara Plastics Third International Symposium, Boise, ID, May 2-4, 1996.

"Studies of Room Air Motion and Contaminant Transport in Clean Rooms and Offices", Korea Institute of Science and Technology, Seoul, Korea, July 30, 1996.

"Room Air Flows in Clean Rooms and Offices", Pusan National University, Pusan, Korea, July 31, 1996.

"Innovative Applications for Sensors in Buildings", Honeywell Technology Center, Plymouth, MN, August 30, 1996.

"Recent Research on Microcontamination Measurements and Modelling ", Twin Cities Chapter Institute of Environmental Sciences, Bloomington, MN, April 10, 1997.

"Commercial Cooking Research at the University of Minnesota," Commercial Kitchen Ventilation Seminar, Minneapolis, MN, November 3, 1997.

"Physical Mechanisms of Particle Removal from Silicon Wafers by Megasonic Energy", Materials Research Society Spring Meeting, San Francisco, CA, April 7, 1999.

"Research Applied to Buildings at the University of Minnesota: a Brief Review", Installationsteknik, Kungl Tekniska Hogskolan, Stockholm, Sweden, September 18, 2000.

"Filtration Research at the University of Minnesota", Camfil-Farr, Trosa, Sweden, September 25, 2000.

 "Recent Aerosol Research at the University of Minnesota", Arbetslivsinstitutet/Arbetarskyddsstyrelsen, Stockholm, Sweden, November 10, 2000.

"Research on HVAC at the University of Minnesota", Flakt ABB, Jonkoping, Sweden, November 29, 2000.

"Research on HVAC at the University of Minnesota", ABB Ventilation Products AB, Division Stratos, Enkoping, Sweden, December 1, 2000.

"Bioaerosol Research at the University of Minnesota", Pharmacia, Stockholm, Sweden, December 12, 2000.

"Particle Transport by Combined Natural Convection, Thermophoresis and Gravitational Settling", Installationsteknik, Kungl Tekniska Hogskola, Stockholm, Sweden, December 15, 2000.

"Commercial Kitchen Research at the University of Minnesota", Greenheck Fan Corporation, Schofield, WI, February 12, 2002.

"Enhancement of Natural Convection Heat Transfer from Horizontal Heat Exchanger Tubes", First Bergles Symposium, Iowa State University, Ames, IA, October 17, 2003.

"Bioaerosol Filtration Research at the University of Minnesota", DuPont Filtration R&D group, Richmond, VA, October 28, 2005.

"HVAC Research at the University of Minnesota", Minnesota Chapter of ASHRAE, Golden Valley, MN, December 13, 2005.

 "Issues with Microbial Filtration", Phillips Plastics Corporation, Technology Center, Prescott, WI, February 15, 2006.

"Thermal Convection-Particle Interactions", International Workshop Dust Storms, Erosion, Hurricanes and Tornadoes, Xi'an Jiaotong University, Xi'an, China, July 16, 2007.

"Bioaerosol Measurements in Airports and Aircraft Cabins", First Boeing Company Workshop on Infectious Disease Transmission, Seattle, WA, October 6, 2011.

"Effects of Temperature, Humidity and Air Flow on Fungal Growth on Loaded Ventilation Filters", Filtration 2012, Philadelphia, PA, November 13, 2012.

"PM 2.5 Emissions from Cooking", 1st University of Minnesota-Chinese Academy of Sciences Bilateral Seminar on PM 2.5 Science, Health Effects and Control Technologies, Xi'an, China, May 27, 2014.

## Research Support

Natural Convection Heat Transfer From a Single Row of Horizontal Cylinders in a Rectangular Enclosure, Iowa State University Research Foundation Research Initiation Grant, 1977.

Liquid-Heating Solar Collector Test Stand Development and Study of a Compound Parabolic Concentrator, Iowa State University Engineering Research Institute, 1977.

Laminar Flow and Heat Transfer in a Horizontal Rectangular Channel with One Heated Porous Wall, National Science Foundation Research Initiation Grant, 1978.

Experimental Evaluation of Above and Below Grade Wall Heat Transfer in the Iowa State University Energy Research House, Iowa State University Engineering Research Institute, 1978.

Enhancement of Heat Transfer by Natural Convection from Arrays of Horizontal Cylinders Immersed in Liquids, National Science Foundation, 1980.

Innovative Receiver Design for Parabolic Trough and Paraboloidal Dish Solar Collectors, U.S. Department of Energy, 1983.

Prediction and Measurement of Indoor Moisture Concentration in Occupied Buildings, University of Minnesota Graduate School Research Initiation, 1983.

Conjugate Natural Convection Heat Transfer from Horizontal Heat Exchanger Tubes, National Science Foundation, 1984.

Indoor Air Quality and Moisture Control in Buildings, State of Minnesota, 1984 (with J. Ramsey).

Theoretical and Experimental Studies of the Performance of Clean Rooms, IBM, Inc., Essex Junction, VT, 1985 (with B. Liu and J. Ramsey).

Fundamental Study of Purge Air System, Rosemount, Inc., 1985 (with D. Pui).

Studies on Clean Rooms, Vacuum Processing and Aerosol Sampling, Particulate Contamination Control Research Consortium, 1985-present (B.Y.H. Liu et al.).

Optimization of Rosemount Pyrometer Under Field Conditions, Rosemount, Inc., 1986, (with D. Pui).

Energy and Indoor Environment, State of Minnesota, 1987-1994 (with J. Ramsey).

Dust Collector Recirculation for Industrial Operations, American Society of Heating, Refrigerating and Air Conditioning Engineers, 1987 (with D. Pui).

Simulation of Moisture Movement and Storage in Buildings, State of Minnesota, 1988-1994 (with J. Ramsey).

Matching Filtration to Health Requirements, Phase I, American Society of Heating, Refrigerating and Air Conditioning Engineers, 1989-1990 (with D. Pui and D. Vesley).

Matching Filtration to Health Requirements, Phase II, American Society of Heating, Refrigerating and Air Conditioning Engineers, 1991-1993(with D. Pui, D. Vesley and A. Streifel).

Investigate and Identify Means of Controlling Virus in Indoor Air by Ventilation, Filtration or Source Removal, American Society of Heating, Refrigerating and Air Conditioning Engineers, 1993(with L. Brosseau, D. Vesley and S. Goyal).

Modeling the Cleaning Process in Megasonic Cleaning Tanks, Sandia National Laboratories, 1994-1998(with D. B. Kittelson)

Commercial Building HVAC Requirements for Maintaining Good Indoor Air Quality, U. S. EPA, Air and Energy Engineering Research Laboratory, RTP, 1994-1998(with J. W. Ramsey, K. Janni)

Identification of Contaminants, Exposures, Effects and Control Options for Construction/Renovation Activities, American Society of Heating, Refrigerating and Air Conditioning Engineers, 1994-1995(with D. Grimsrud, K. Janni and A. Streifel)

Identification and Characterization of Effluents from Various Cooking Appliances and Processes as Related to Optimum Design of Kitchen Ventilation Systems, American Society of Heating, Refrigerating and Air Conditioning Engineers, 1995-1998(with D. Y. H. Pui and J. W. Ramsey)

Evaluation of Biofiltration of Air, An Innovative Air Pollution Control Technology, American Society of Heating, Refrigerating and Air Conditioning Engineers, 1995-1997(with K. Janni, W. Maier, B. Bridges and D. Vesley)

Testing CLEAR$^{TM}$ Device, United Technologies Research Center, 1995-1997(with D. Vesley)

Identification and Effectiveness of Current Methods Applied and Criteria Applied in Non-Routine Cleaning and Decontaminating of Air Ducts and Other HVAC Components, American Society of Heating, Refrigerating and Air Conditioning Engineers, 1996-1998(with L. Brosseau and D. Vesley)

Development of Snow Melting Load Design Algorithms and Data for Locations Around the World, American Society of Heating, Refrigerating and Air Conditioning Engineers, 1996-1999(with J. Ramsey)

Modeling Particle Deposition Tool, Submicron Systems, Inc., 1996-1997.

Effects of Air velocity on Grease Deposition in Exhaust Ductwork, American Society of Heating, Refrigerating and Air Conditioning Engineers, 1998-2000(with D. Y. H. Pui and J. W. Ramsey)

Testing of Grease Particulate Removal Efficiency of Various Commercial Kitchen Hood Grease Baffles, Extractors and Filters, Greenheck, 1999-2000.

Development of a Draft Method of Test for Determining Grease Removal Efficiencies, American Society of Heating, Refrigerating and Air Conditioning Engineers with subcontract through University of California, Riverside, 2000-2001.

Experimental Characterization of Phillips Packed Bed Media as a Filter Using Liquid Challenge Aerosol, Phillips Plastics Corporation, 2002.

Experimental Characterization of New Air Purifier Using Microbial Challenge Aerosol, Donaldson Corporation, 2003.

Development of a Standard Method of Test for Commercial Kitchen Effluent Grease Removal Devices: Phases 1&2, Fisher-Nickel, Inc., 2003-2004.

Integrated Building Systems for Energy Efficiency and Renewable Technologies, IREE Seed Grant, 2004. (with J. Carmody)

Integrated Biological Data from Filter Samples in Buildings, U.S. Department of Homeland Security, 2004-2006. (with P. Raynor and S. Goyal)

Threat Agent Cloud Tactical Intercept, Los Alamos National Laboratory (DARPA), 2005.

Characterization of Effluents from Additional Cooking Appliances, ASHRAE, 2006-2007(with J. Ramsey).

Experimental and Numerical Simulation of the Fate of Airborne Nanoparticles from a Leak in a Manufacturing Process to Assess Worker Exposure, NSF, 2006-2010 (with D. Y. H. Pui and H. Fissan)

Method of Test to Evaluate Field Performance of Commercial Kitchen Ventilation Systems, ASHRAE, 2007-2009.

Characterize the Particulate and Vapor Chemical Emissions from an Underfired Broiler Cooking Hamburger, Bay Area Air Quality Management District, 2007-2008.

Characterize Particulate and Vapor Grease Emissions from a new Hamburger Cooking Appliance with and Without a Catalyst, Burger King, Inc., 2008.

Grease Deposition Sensor Development, Halton Group Americas, 2008.

Development of a Calibration Reference Device for use with Test Standard ANSI/ASHRAE 52.2-2007, ASHRAE, 2008-2011 (with V. Marple).

Measurement of Particle Sizes Associated with Airborne Viruses, NIOSH, 2008-2013 (with S. Goyal and P. Raynor).

Combining Geothermal Energy Production and $CO_2$ Sequestration for Carbon-Negative Electricity Generation, IREE, 2009-2012 (with M. Saar).

A Novel Method Using $CO_2$ and Geothermal Resources for Sustainable Energy Production and Storage, NSF, 2012-2016 (with M. Saar, S. J. Taff, J. B. Randolph and J. M. Bielicki)

Airborne Virus Particle Sampling, Boeing Commercial Aircraft, 2013-2014 (with D. Y. H. Pui).

**Refereed Journal Publications**
Kuehn, T.H. and Goldstein, R.J., "An Experimental and Theoretical Study of Natural Convection in the Annulus Between Horizontal Concentric Cylinders," J. Fluid Mech., Vol. 74, pp. 695-719 (1976).

Kuehn, T.H. and Goldstein, R.J.,  "Correlating Equations for Natural Convection Heat Transfer Between Horizontal Circular Cylinders," Int. J. Heat Mass Transfer, Vol. 19, pp. 1127-1134 (1976).

Kuehn, T.H., "Radial Heat Transfer and Critical Biot Number with Radiation, Uniform Surface Heat Generation, and Curvature Effects in Convection," J. Heat Transfer ASME, Vol 100, pp. 374-376 (1978).

Kuehn, T.H. and Goldstein, R.J., "An Experimental Study of Natural Convection Heat Transfer in Concentric and Eccentric Horizontal Cylindrical Annuli," J. Heat Transfer ASME, Vol. 100, 635-640 (1978).

Shapiro, H.N. and Kuehn, T.H., "Second Law Analysis of the Ames Solid Waste Recovery System," Energy, Vol. 5, pp. 985-991 (1980).

Kuehn, T.H. and Goldstein, R.J., "Numerical Solution to the Navier-Stokes Equations for Laminar Natural Convection About a Horizontal Circular Cylinder," Int. J. Heat Mass Transfer, Vol 23, pp. 971-979 (1980).

Kuehn, T.H. and Goldstein, R.J., "A Parametric Study of Prandtl Number and Diameter Ratio Effects on Natural Convection Heat Transfer in Horizontal Cylindrical Annuli," J. Heat Transfer ASME, Vol. 102, pp. 768-770 (1980).

Szydlowski, R.F. and Kuehn, T.H., "Analysis of Transient Heat Loss in Earth Sheltered Structures," American Underground Space J., Vol 5, pp. 237-246 (1981).

Kuehn, T.H., "Field Heat-Transfer Measurements and Life-Cycle Cost Analysis of Four Wood-Frame Wall Construction," ASHRAE Transactions, Vol 88, Pt. 1, pp. 651-665 (1982).

Kwon, S.S., Kuehn, T.H., and Lee, T.S., "Natural Convection in the Annulus Between Horizontal Circular Cylinders with Three Axial Spacers," J. Heat Transfer ASME, Vol. 104, pp. 118-124 (1982).

Kuehn, T.H., "Temperature and Heat Flow Measurements from an Insulated Concrete Bermed Wall and Adjacent Floor," J. Solar Energy Engineering ASME, Vol. 104, pp. 15-22 (1982).

Kuehn, T.H., Kwon, S.S., and Tolpadi, A.K., "Similarity Solution for Conjugate Natural Convection Heat Transfer From a Long Vertical Plate Fin," Int. J. Heat Mass Transfer, Vol 26, pp. 1718-1721 (1983).

Kwon, S.S. and Kuehn, T.H., "Conjugate Natural Convection Heat Transfer From a Horizontal Cylinder with a Long Vertical Lontitudinal Fin," Numerical Heat Transfer, Vol. 6, pp. 85-102 (1983).

Kuehn, T.H. and Maldonado, E.A.B., "Two-Dimensional Transient Heat Transfer Through Composite Wood Frame Walls-Field Measurements and Modeling," Energy and Buildings, Vol. 6, pp. 55-66 (1984).

Tolpadi, A.K. and Kuehn, T.H., "Conjugate Three-Dimensional Natural Convection Heat Transfer From a Horizontal Cylinder With Long Transverse Plate Fins," Numerical Heat Transfer, Vol. 7, pp. 319-341(1984).

Eckert, E.R.G., Goldstein, R.J., Patankar, S.V., Pfender, E., Ramsey, J.W., Simon, T.W., Decker, N. and Kuehn, T.H., "Heat Transfer-a Review of 1983 Literature," Int. J. Heat Mass Transfer, Vol. 27, No. 12, pp. 2179-2214 (1984).

Tolpadi, A.K. and Kuehn, T.H., "Experimental Investigation of Conjugate Natural Convection Heat Transfer From a Horizontal Isothermal Cylinder With a Nonisothermal Longitudinal Plate Fin at Various Angles, " Int. J. Heat Mass Transfer.  Vol. 28, No. 1, pp. 155-163 (1985).

Eckert, E.R.G., Goldstein, R.J., Patankar, S.V., Pfender, E., Ramsey, J.W., Simon, T.W., Decker, N., Kuehn, T.H., Lee, H. and Ibele, W.E., "Heat Transfer-a Review of 1984 Literature," Int. J. Heat Mass Transfer, Vol. 28, No. 12, pp. 2181-2227 (1985).

Kuehn, T.H., "Computer-Enhanced HVAC Education," ASHRAE Trans. Vol. 92, Pt. 2 pp. 130-137 (1986).

Eckert, E.R.G., Goldstein, R.J., Pfender, E., Ibele, W.E., Ramsey, J.W., Simon, T.W., Decker, N., Kuehn, T.H., Lee, H., and Girshick, S.L., "Heat Transfer - Review of 1985 Literature," Int. J. Heat Mass Transfer, Vol 29, No. 12, pp. 1767-1842 (1986).

Derbentli, T. and Kuehn, T.H., "Thermodynamic and Economic Analysis of Cogeneration Steam Cycles," ASHRAE Trans. Vol. 93, Pt. 2, pp. 309-320 (1987).

Kuehn, T.H., "Augmentation of Natural Convection Heat Transfer from Finned Tubes," ASHRAE Trans., Vol. 93, Pt. 2, pp. 2000-2010 (1987).

Eckert, E.R.G., Goldstein, R.J., Pfender, E., Ibele, W.E., Patankar, S.V., Ramsey, J.W., Simon, T.W., Decker, N.A., Kuehn, T.H., Lee, H.O., and Girshick, S.L., "Heat Transfer - a Review of 1986 Literature," Int. J. Heat Mass Transfer, Vol. 30, No. 12, pp. 2449-2523 (1987).

11

Kuehn, T.H., "Predicting Airflow Patterns and Particle Contamination in Clean Rooms," J. Aerosol Science, Vol. 19, No. 7, pp. 1405-1408 (1987).

Eckert, E.R.G., Goldstein, R.J., Pfender, E., Ibele, W.E., Patankar, S.V., Ramsey, J.W., Simon, T.W., Decker, N.A., Kuehn, T.H., Lee, H.O., and Girshick, S.L., "Heat Transfer - a Review of 1987 Literature," Int. J. Heat Mass Transfer, Vol. 31, No. 12, pp. 2401-2488 (1988).

Kuehn, T.H., Ramsey, J.W., Han, H., Perkovich, M., and Youssef, S., "A Study of Kitchen Range Exhaust Systems," ASHRAE Transactions, Vol. 95, Pt. 1, pp. 744-752 (1989).

Miyamoto, M., Kuehn, T.H., Goldstein, R.J. and Katoh, Y., "Two-Dimensional Laminar Natural Convection Heat Transfer From a Fully or Partially Open Square Cavity," Numerical Heat Transfer, Pt. A., Vol. 15, pp. 411-430 (1989).

Grald, E.W., and Kuehn, T.H., "Performance Analysis of a Parabolic Trough Solar Collector with a Porous Absorber Receiver," Solar Energy, Vol. 42, No. 4, pp. 281-292 (1989).

Tolpadi, A.K., and Kuehn, T.H., "Computation of Conjugate Three-Dimensional Natural Convection Heat Transfer from a Transversely Finned Horizontal Cylinder," Numerical Heat Transfer, Part A, Vol. 16, pp. 1-13 (1989).

Liu, B.Y.H., Zhang, Z.Q., and Kuehn, T.H., "A Numerical Study of Inertial Errors in Anisokinetic Sampling," J. Aerosol Sci., Vol. 20, No. 3, pp. 367-380 (1989).

Bergin, M.H., Pui, D.Y.H., Kuehn, T.H. and Fay, W.T., "Laboratory and Field Measurement of Fractional Efficiency of Industrial Dust Collectors," ASHRAE Transactions, Vol. 95, Pt. 2, pp. 102-112 (1989).

Fay, W.T., Kuehn, T.H., Pui, D.Y.H., and Bergin, M.H., "Dust Collector Modeling for Industrial Operations," ASHRAE Transactions, Vol. 95, Pt. 2, pp. 92-101 (1989).

Kuehn, T.H. and Pui, D.Y.H., "Needs and Precautions for the Use of Dust Collectors in Industrial Environments," ASHRAE Transactions, Vol. 96, Pt. 1, pp. 1145-1149 (1990).

Forbes, S. J. and Kuehn, T. H., "Fraunhofer Holography of Small Particles," Appl. Phys. B. Vol. 52, pp.1895-1900(1991).

Han, H. and Kuehn, T. H., "Double Diffusive Natural Convection in a Vertical Rectangular Enclosure-I. Experimental Study," Int. J. Heat Mass Transfer, Vol. 34, No. 2, pp.449-459(1991).

Han, H. and Kuehn, T. H., "Double Diffusive Natural Convection in a Vertical Rectangular Enclosure-II. Numerical Study," Int. J. Heat Mass Transfer, Vol. 34, No. 2, pp.461-471(1991).

Liang, H. and Kuehn, T. H., "Irreversibility Analysis of a Water-to-Water Mechanical-Compression Heat Pump," Energy, Vol. 16, No. 6, pp.883-896(1991).

Tolpadi, A. K. and Kuehn, T. H., "Measurement of Three-Dimensional Temperature Fields in Conjugate Conduction-Convection Problems using Multidirectional Interferometry," Int. J. Heat Mass Transfer, Vol. 34, No. 7, pp. 1733-1745(1991).

Kuehn, T. H., Pui, D. Y. H., Vesley, D., Berg, C. D. and Peloquin, M.,"Matching Filtration to Health Requirements," ASHRAE Transactions, Vol. 97, Pt. 2, pp. 164-169(1991).

Kuehn, T. H., Pui, D. Y. H. and Gratzek, J. P., "Experimental and Numerical Results for Airflow and Particle Transport in a Microelectronics Clean Room," ASHRAE Transactions, Vol. 98, pt.1, pp. 940-950(1992).

12

Douglas, J. S., Kuehn, T. H. and Ramsey, J. W., "A New Moisture Permeability Measurement Method and Representative Test Data," ASHRAE Transactions, Vol. 98, pt. 2, pp. 513-519(1992).

Eckert, E. R. G., Goldstein, R. J., Pfender, E., Ibele, W. E., Patankar, S. V., Simon, T. W., Girshick, S. L., Strykowski, P. J., Tamma, K. K., Bar-Cohen, A., Heberlein, J. V. R., Hofelt, D. L., Kuehn, T. H., and Stelson, K. A., "Heat Transfer-a Review of the 1991 Literature," Int. J. Heat Mass Transfer, Vol. 35, no. 12, pp. 3153-3235(1992).

Douglas, J. S., Kuehn, T. H. and Ramsey, J. W., "An Improved Moisture Permeability Measurement Method," Journal of Testing and Evaluation, JTEVA, Vol. 21, No. 4, pp. 302-308(1993).

Brosseau, L. M., Vesley, D., Kuehn, T. H., Goyal, S., Chen, S. K. and Gabel, C., "Identification and Control of Viral Aerosols in Indoor Environments," ASHRAE Transactions, Vol. 100, pp. 368-379(1994).

Eckert, E. R. G., Goldstein, R. J., Ibele, W. E., Patankar, S. V., Simon, T. W., Strykowski, P. J., Tamma, K. K., Bar-Cohen, A., Heberlein, J. V. R., Hofeldt, D. L., Kuehn, T. H. and Stelson, K. A. "Heat Transfer-a Review of the 1992 Literature." Int. J. Heat Mass Transfer, Vol. 37, no. 9, pp. 1285-1375(1994).

Kemp, S. J., Kuehn, T. H., Pui, D. Y. H., Vesley, D. and Streifel, A. J., "Filter Collection Efficiency and Growth of Microorganisms on Filters Loaded with Outdoor Air." ASHRAE Transactions, Vol. 101, part 1, pp. 228-238(1995).

Kemp, S. J., Kuehn, T. H., Pui, D. Y. H., Vesley, D. and Streifel, A. J., "Growth of Microorganisms on HVAC Filters Under Controlled Temperature and Humidity Conditions." ASHRAE Transactions, Vol 101, part 1, pp. 305-316(1995).

Eckert, E. R. G., Goldstein, R. J., Ibele, W. E., Patankar, S. V., Simon, T. W., Strykowski, P. J., Tamma, K. K., Kuehn, T. H., Bar-Cohen, A., Heberlein, J. V. R., Hofeldt, D. L., Stelson, K. A. and Davidson, J. H., "Heat Transfer-a Review of the 1993 Literature." Int. J. Heat Mass Transfer, Vol. 39, No. 5, pp. 885-963(1996).

Marshall, J. W., Vincent, J. H., Kuehn, T. H. and Brosseau, L. M., "Studies of Ventilation Efficiency in a Protective Isolation Room by the Use of a Scale Model." Infection Control and Hospital Epidemiology, Vol. 17, No. 1, pp. 5-10(1996).

Dahl, S. D., Kuehn, T. H., Ramsey, J. W. and Yang, C.-H., "Moisture Storage and Non-Isothermal Transport Properties of Common Building Materials". Int. J. of HVAC&R Research, Vol. 2, no. 1, pp. 42-58(1996).

Kuehn. T. H., Gacek, B., Yang, C.-H., Grimsrud, D. T., Janni, K. A., Streifel, A. J. and Pearce, M. "Identification of Contaminants, Exposures, Effects and Control Options for Construction/ Renovation Activities." ASHRAE Transactions, Vol. 102, part 2, pp. 89-101(1996).

Eckert, E. R. G., Goldstein, R. J., Ibele, W. E., Patankar, S. V., Simon, T. W., Strykowski, P. J., Tamma, K. K., Kuehn, T. H., Bar-Cohen, A., Heberlein, J. V. R., Hofeldt, D. L., Davidson, J. H., Bischof, J. and Kulacki, F., "Heat Transfer-a Review of the 1994 Literature." Int. J. Heat Mass Transfer, Vol. 40, No. 16, pp. 3729-3804(1997).

Eckert, E. R. G., Goldstein, R. J., Ibele, W. E., Patankar, S. V., Simon, T. W., Strykowski, P. J., Tamma, K. K., Kuehn, T. H., Bar-Cohen, A., Heberlein, J. V. R., Davidson, J. H., Bischof, J., Kulacki, F. and Kortshagen, U.,"Heat Transfer-a Review of the 1995 Literature." Int. J. Heat Mass Transfer, Vol. 42, pp. 2717-2797(1999).

Ramsey, J. W., Hewett, M. J., Kuehn, T. H. and Petersen, S. D., "Updated Design Guidelines for Snow Melting Systems." ASHRAE Transactions, Vol. 105, part 1, pp. 1055-1065(1999).

Han, H., Kuehn, T. H. and Kim, Y., "Local Mean Age Measurements for Heating, Cooling and Isothermal Supply Air Conditions." ASHRAE Transactions, Vol. 105, part 2, pp. 275-282 (1999).

Gerstler, W. D., Kuehn, T. H., Pui, D. Y. H. and Ramsey, J. W., "Measurements of the Effluent from Hamburger Cooked on a Gas Underfired Broiler." ASHRAE Transactions, Vol. 105, part 2, pp. 303-315 (1999).

Kuehn, T. H., Gerstler, W. D., Pui, D. Y. H. and Ramsey, J. W., "Comparison of Emissions from Selected Commercial Kitchen Appliances and Food Products." ASHRAE Transactions, Vol. 105, part 2, pp. 128-141 (1999).

Brosseau, L. M., Vesley, D., Kuehn, T. H., Melson, J. and Han, H. S., "Duct Cleaning: A Review of Associated Health Effects and Results of Company and Expert Surveys." ASHRAE Transactions, Vol. 106, part 1, pp. 180-187(2000).

Brosseau, L. M., Vesley, D., Kuehn, T. H., Melson, J. and Han, H. S., "Methods and Criteria for Cleaning Contaminated Ducts." ASHRAE Transactions, Vol. 106, part 1, pp. 188-199(2000).

Eckert, E. R. G., Goldstein, R. J., Ibele, W. E., Patankar, S. V., Simon, T. W., Kuehn, T. H., Strykowski, P. J., Tamma, K. K., Bar-Cohen, A., Heberlein, J. V. R., Davidson, J. H., Bischof, J., Kulacki, F. and Kortshagen, U.,"Heat Transfer-a Review of the 1996 Literature." Int. J. Heat Mass Transfer, Vol. 43, pp. 1273-1371(2000).

Eckert, E. R. G., Goldstein, R. J., Ibele, W. E., Patankar, S. V., Simon, T. W., Kuehn, T. H., Strykowski, P. J., Tamma, K. K., Bar-Cohen, A., Heberlein, J. V. R., Davidson, J. H., Bischof, J., Kulacki, F. and Kortshagen, U., Garrick, S,"Heat Transfer-a Review of the 1997 Literature." Int. J. Heat Mass Transfer, Vol. 43, pp. 2431-2528(2000).

Goldstein, R. J., Eckert, E. R. G., Ibele, W. E., Patankar, S. V., Simon, T. W., Kuehn,T. H., Strykowski, P. J., Tamma, K. K., Bar-Cohen, A., Heberlein, J. V. R., Davidson, J. H., Bischof, J., Kulacki, F., Kortshagen, U. and Garrick, S.,"Heat Transfer-a Review of the 1998 Literature." Int. J. Heat Mass Transfer, Vol 44, pp. 253-366(2001).

Janni, K. A., Maier, W. J., Kuehn, T. H., Yang, C.-H., Bridges, B. B., Vesley, D. and Nellis, M. A., "Evaluation of Biofiltration of Air-An Innovative Air Pollution Control Strategy." ASHRAE Transactions, Vol. 107, part 1, pp. 198-214(2001).

Goldstein, R. J., Eckert, E. R. G., Ibele, W. E., Patankar, S. V., Simon, T. W., Kuehn,T. H., Strykowski, P. J., Tamma, K. K., Bar-Cohen, A., Heberlein, J. V. R., Davidson, J. H., Bischof, J., Kulacki, F., Kortshagen, U. and Garrick, S.,"Heat Transfer-a Review of the 1999 Literature." Int. J. Heat Mass Transfer, Vol. 44, pp. 3579-3699(2001).

Gerstler, W. D., Kuehn, T. H., Pui, D. Y. H. and Ramsey, J. W., "The Effects of Exhaust Air Velocity on Grease Deposition in Kitchen Exhaust Ductwork." ASHRAE Transactions, Vol. 108, part 1, pp. 470-482(2002).

Goldstein, R. J., Eckert, E. R. G., Ibele, W. E., Patankar, S. V., Simon, T. W., Kuehn, T. H., Strykowski, P. J., Tamma, K. K., Bar-Cohen, A., Heberlein, J. V. R., Davidson, J. H., Bischof, J., Kulacki, F.,  Kortshagen, U.and Garrick, "Heat Transfer-a Review of  2000 Literature." Int. J. Heat Mass Transfer, Vol. 45, pp. 2853-2957(2002).

Goldstein, R. J., Eckert, E. R. G., Ibele, W. E., Patankar, S. V., Simon, T. W., Kuehn, T. H., Strykowski, P. J., Tamma, K. K., Bar-Cohen, A., Heberlein, J. V. R., Davidson, J. H., Bischof, J., Kulacki, F.,  Kortshagen, U.and Garrick, "Heat Transfer-a Review of  2001 Literature." Int. J. Heat Mass Transfer, Vol. 46, pp. 1887-1992(2003).

Goldstein, R. J., Eckert, E. R. G., Ibele, W. E., Patankar, S. V., Simon, T. W., Kuehn, T. H., Strykowski, P. J., Tamma, K. K., Heberlein, J. V. R., Davidson, J. H., Bischof, J., Kulacki, F., Kortshagen, U.and Garrick, "Heat Transfer-a Review of 2002 Literature." Int. J. Heat Mass Transfer, Vol. 48, pp. 819-1037(2005).

Schrock, D. W., Olson, B. A., Urness, R. J., Kuehn, T. H. and Breitenfeld, A. L., "A New Standard Method of Test for Determining the Grease Particulate Removal Efficiency of Filter Systems for Kitchen Ventilation," ASHRAE Transactions, Vol. 112, part 1, pp. 583-590 (2006).

Goldstein, R. J., Eckert, E. R. G., Ibele, W. E., Patankar, S. V., Simon, T. W., Kuehn, T. H., Strykowski, P. J., Tamma, K. K., Heberlein, J. V. R., Davidson, J. H., Bischof, J., Kulacki, F., Kortshagen, U.and Garrick, "Heat Transfer-a Review of 2003 Literature." Int. J. Heat Mass Transfer, Vol. 49, pp. 451-534 (2006).

Farnsworth, James E., Goyal, Sagar M., Kim, Seong Won, Kuehn, Thomas H., Raynor, Peter C., Ramakrishnan, M. A., Anantharaman, Senthilvelan and Tang, Weihua, "Development of a Method for Bacteria and Virus Recovery from Heating, Ventilation, and Air Conditioning (HVAC) Filters," J. Environmental Monitoring, Vol. 8, pp. 1006 – 1013 (2006).

Japuntich, D. A., Franklin, L. M., Pui, D. Y. H., Kuehn, T. H., Kim, S. C. and Viner, A. S., "A Comparison of Two Nano-Sized Particle Air Filtration Tests in the Diameter Range of 10 to 400 Nanometers," J. Nanoparticle Research, Vol. 9, No. 1, pp. 93-107, (2007).

Stanley, N. J., Kuehn, T.H., Kim, S.W., Ramakrishnan, M.A., Anantharaman, S., Raynor, P.C., and Goyal, S.M., "Background Culturable Bacteria Aerosol in Two Large Public Buildings using HVAC Filters as Long Term Passive, High Volume Bioaerosol Samplers," J. Environmental Monitoring, Vol. 10, pp. 474-481 (2008).

Kim, S.W., Raynor, P. C., Kuehn, T.H., Goyal, S. M., Ramakrishnan, M.A., Anantharaman, S. and Farnsworth, J.E., "Optimizing the Recovery of Surrogates for Bacterial Bioterrorism Agents from Ventilation Filters," CLEAN-Soil, Air, Water, Vol. 36, No. 7, pp. 601-608 (2008).

Qi, C., Stanley, N., Pui, D.Y.H. and Kuehn, T.H., "Laboratory and On-Road Evaluations of Cabin Air Filters using Number and Surface Area Concentration Monitors," Environmental Science and Technology, Vol. 42, pp. 4128-4132 (2008).

Kuehn, T. H., Olson, B. A., Ramsey, J. W. and Rocklage, J. M., "Characterization of Cooking Effluent from Seven Commercial Kitchen Appliances and Representative Food Products (1375-RP). ASHRAE Transactions Vol. 115, Part 1, pp. 360-371 (2009).

Kuehn, T. H., Olson, B. A., Ramsey, J. W. "Grease Particle Emission Characterization from Seven Commercial Kitchen Appliances and Representative Food Products (1375-RP). ASHRAE Transactions Vol. 115, Part 2, pp. 126-137 (2009).

Goldstein, R. J., Ibele, W. E., Patankar, S. V., Simon, T. W., Kuehn, T. H., Strykowski, P. J., Tamma, K. K., Heberlein, J. V. R., Davidson, J. H., Bischof, J., Kulacki, F. A., Kortshagen, U., Garrick, S., Srinivasan, V., Ghosh, K. and Mittal, R. "Heat Transfer-A Review of 2004 Literature." Int. J. Heat Mass Transfer, Vol. 53, Issues 21-22, pp. 4343-4396 (2010).

Goldstein, R. J., Ibele, W. E., Patankar, S. V., Simon, T. W., Kuehn, T. H., Strykowski, P. J., Tamma, K. K., Heberlein, J. V. R., Davidson, J. H., Bischof, J., Kulacki, F. A., Kortshagen, U., Garrick, S., Srinivasan, V., Ghosh, K. and Mittal, R. "Heat Transfer-A Review of 2005 Literature." Int. J. Heat Mass Transfer, Vol. 53, Issues 21-22, pp. 4397-4447 (2010).

Kuehn, T. H., Olson, B. A., Campbell, K. and Hawkinson, A., "Performance Evaluation of Hand Held Airflow Instruments Applied to Commercial Kitchen Exhaust Systems (1376-RP). ASHRAE Transactions Vol. 117, Part 1, pp. 690-701 (2011).

15

Ho, J., Stanley, N. J. and Kuehn, T. H., "Feasibility of Real Time Optical Methods for Detecting the Presence of Viable Bacteria Aerosols at Low Concentrations in Clean Room Environments." Aerobiologia, Vol. 27, No.2, pp. 163-172 (2011).

Goyal, S. M., Anantharaman, S., Ramakrishnan, M. A., Sajja, S., Kim, S. W., Stanley, N. J., Farnsworth, J. F., Kuehn, T. H. and Raynor, P. C., "Detection of Viruses in used Ventilation Filters from Two Large Public Buildings." American Journal of Infection Control, Vol. 39, No. 7, pp. e30-e38 (2011).

Appert, J., Raynor, P.C., Abin, M., Chandler, Y., Goyal, S., Zuo, Z., Ge, S. and Kuehn, T.H., "Influence of Suspending Liquid, Impactor Type, and Substrate on Size Selective Sampling of MS2 and Adenovirus Aerosols." Aerosol Science and Technology **DOI:**10.1080/02786826.2011.619224, 46(3):249-257 (2012).

Zuo, Z., Kuehn, T. H. and Pui, D. Y. H., "Performance Evaluation of Filtering Facepiece Respirators using Virus Aerosols." American Journal of Infection Control, 41:80-82, (2013).

Zuo, Z., Kuehn, T.H., Verma, H., Kumar, S., Goya,l S.M., Apper,t J., Raynor, P.C., Ge, S., and Pui, DY.H., "Association of airborne virus infectivity and survivability with its carrier particle size". Aerosol Science and Technology, 47:373-382, (2013).

Zuo, Z., Abin, M., Chander, Y., Kuehn, T.H., Goya,l S.M., and Pui, D.Y.H., "Comparison of spike and aerosol challenge tests for the recovery of viable influenza virus from non-woven fabrics". Influenza Virus and Other Respiratory Viruses, 7:637-644, (2013).

Adams, B. M., Kuehn, T. H., Bielicki, J. M., Randolph, J. B. and Saar, M.O., "On the Importance of the Thermosiphon Effect in CPG (CO2 Plume Geothermal) Power Systems." Energy DOI:10.1016/j.energy.2014.03.033.

Ge, S., Kuehn, T. H., Abin, M., Verma, H., Bekele, A., Mor, S. K., Goyal, S. M., Appert, J., Raynor, P.C. and Zuo, Z., "Airborne Virus Survivability During Long-Term Sampling Using a Non-Viable Andersen Cascade Impactor in an Environmental Chamber." Aerosol Science and Technology DOI:10.1080/02786826.2014.984800.

Adams, B. M., Kuehn, T. H., Bielicki, J. M., Randolph, J. B. and Saar, M.O., "A Comparison of Electric Power Output of CO2 Plume Geothermal (CPG) and Brine Geothermal Systems for Varying Reservoir Conditions." Applied Energy DOI:10.1016/j.apenergy.2014.11.043.

Tang, W., Kuehn, T. H. and Simcik, M.F., "Effects of Temperature, Humidity and Air Flow on Fungal Growth Rate on Loaded Filters," J. Occup. Hygiene 2015;12(8):525-37. doi 10.1080/15459624.2015.1019076.

Zuo, Z., Kuehn, T. H. and Pui, D. Y. H., "Respirator Testing Using Virus Aerosol: Comparison Between Viability Penetration and Physical Penetration." Annals of Occupational Hygiene 2015; doi: 10.1093/annhyg/mev019

**Published Conference Proceedings (Refereed)**
Scheier, L.M. and Kuehn, T.H., "Performance Enhancement of Compound Parabolic Concentrators Using Air and a Liquid Simultaneously as Heat Transfer Mediums," AICHE Symposium Series No. 198, Vol. 76, pp. 15-20 (1980).

Balvanz, J.L. and Kuehn, T.H., "Effect of Wall Conduction and Radiation on Natural Convection in a Vertical Slot with Uniform Heat Generation on the Heated Wall," Natural Convection in Enclosures, ASME Symposium Volume, 19th Nat. Heat Transfer Conf., Orlando, Florida, pp. 55-62, July (1980).

Szydlowski, R.F. and Kuehn, T.H., "Analysis of Transient Heat Loss in Earth Sheltered Structures," Proceedings Earth Sheltered Building Design Innovations Conference, Oklahoma State University, Oklahoma City, Oklahoma, pp. III.27-III.37, April (1980).

Kuehn, T.H. and Maldonado, E.A.B., "A Finite Difference Transient Heat Conduction Program for Studying the Thermal Performance of Composite Building Envelopes," Proceeding International Congress on Building Energy Management, Conventional and Solar Approaches, University of Porto, Porto, Portugal, pp. 265-276, May (1980).

Szydlowski, R.F. and Kuehn, T.H., "Transient Analysis of Heat loss in Earth Bermed Structures," Proceedings 5th National Passive Solar Conference, American Section International Solar Energy Society, University of Massachusetts-Amherst, Amherst,Massachusetts, Vol. 5.1, pp. 409-412, October (1980).

Kuehn, T.H. and Balvanz, J.L., "Conjugate Heat Transfer by Natural Convection from a Horizontal Heat Exchanger Tube," Proc. 7th Int. Heat Transfer Conf., Munich, FRG, Vol 2, pp. 317-322 (1982).

Tolpadi, A.K. and Kuehn, T.H., "Numerical Study of Three-Dimensional Natural Convection from a Horizontal Cylinder with Transverse Circular Fins," Proceedings Eighth International Heat Transfer Conference, Vol. 3, pp. 1305-1310 (1986).

Gronseth, R.E., Han, H., Kuehn, T.H. and Ramsey, J.W., "Field Measurements of Humidity Addition and Removal in a Room with a Shower," Proceedings IAQ '86, Managing Indoor Air for Health and Energy Conservation, ASHRAE, pp. 486-499 (1986).

Kuehn, T.H. and Gronseth, R.E., "The Effect of a Nonazeotropic Binary Refrigerant Mixture on the Performance of a Single Stage Refrigeration Cycle," Proceedings Int. Inst. Refrigeration Conf., Purdue, August, pp. 119-127 (1986).

Kuehn, T.H., "Optimization of Heat Exchanger Design and Fan Selection for Single Stage Refrigeration/Heat Pump Systems," Proceedings Int. Inst. Refrigeration Conf., Purdue, August, pp. 269-277 (1986).

Shanmugavelu, I., Kuehn, T.H. and Liu, B.Y.H., "Numerical Simulation of Flow Fields in Clean Rooms," Proc. 33rd Annual Technical Meeting, IES, San Jose, May, pp. 298-303 (1987).

Kuehn, T.H., Marple, V.A., Han, H., Liu, D., Shanmugavelu, I. and Youssef, S., "Comparison of Measured and Predicted Airflow Patterns in a Clean Room," Proc.34th Annual Technical Meeting, IES, Valley Forge, PA, pp. 331-336, May (1988).

Han, H. and Kuehn, T.H., "Flow Visualization Study on Double Diffusive Natural Convection in a Vertical Rectangular Enclosure," Proc. 1988, National Heat Transfer Conference, Houston, Vol.3, pp. 409-414, July (1988).

Hayden, T., Myhre, D., Pui, D.Y.H., Kuehn, T.H., and Tsai, C.J., "Evaluating Lens Purge Systems for Optical Sensors on Turbine Engines," AIAA-88-3037, presented at 24th Joint Propulsion Conf., Boston, July (1988).

Liang, H. and Kuehn, T.H., "Irreversibility Analyses of a Water to Water Mechanical Compression Heat Pump," Analysis and Applications of Heat Pumps, ASME Winter Annual Meeting, pp. 31-36, November (1988).

Han, H., Kuehn, T.H., Perkovich, M., Ramsey, J. and Youssef, S., "A Study of Airflow Patterns Near Kitchen Range Exhaust Systems," Proc. 40th Int. Appliance Tech. Conf., Purdue, pp. 107-118, May (1989).

Yu, Q.F., and Kuehn, T.H., "Thermal Performance Analysis for a Moist Air Cross Flow Compact Heat Exchanger," 1989 National Heat Transfer Conference, HTD-Vol. 108, Heat Transfer Equipment Fundamentals, Design, Applications and Operating Problems, pp. 187-192, August (1989).

Han, H., and Kuehn, T.H., "A Numerical Simulation of Double Diffusive Natural Convention in a Vertical Rectangular Enclosure," 1989 National Heat Transfer Conference, HTD-Vol. 107, Heat Transfer Convective Flows," pp. 149-154, August (1989).

Pui, D. Y. H., Gratzek, J. P. and Kuehn, T. H., "Experimental Measurements of Cleanroom Airflow and Particle Transport for Flow Modeling Exercise,"   Proc. Institute of Environmental Sciences 37th Annual Technical Meeting, pp. 90-97(1991).

Kuehn, T. H., Pui, D. Y. H. and Gratzek, J. P. , "Numerical Results of Cleanroom Flow Modeling Exercise," Proc. Institute of Environmental Sciences 37th Annual Technical Meeting, pp.98-107(1991).

Liu, B. Y. H., Kuehn, T. H. and Zhao, J., "Particle Generation During Vacuum Pump Down," Proc. Institute of Environmental Sciences 37th Annual Technical Meeting, pp.737-740(1991).

Tolpadi, A. K. and Kuehn, T. H.,"Interferometric Reconstruction of Three-Dimensional Temperature Fields in Conjugate Conduction-Convection Flows," Proc. ASME/JSME Thermal Engineering Conference, Vol. 3, pp.365-371(1991).

Kuehn, T. H., Wu, Y. and Liu, B. Y. H., "Particle Contamination below a Robot Arm in a Clean Room." Proceedings Institute of Environmental Sciences 38th Annual Technical Meeting, Baltimore, MD, pp. 45-53(1992).

Elayed, K., Kuehn, T. H., Ramsey, J. W. and Xu, J., "Numerical Simulation of Airflow and Contaminant Transport in an Office Building." Proceedings Institute of Environmental Sciences 38th Annual Technical Meeting, Baltimore, MD, pp. 54-58(1992).

Wu, Y., Kuehn, T. H. and Liu, B. Y. H., "Simulation of Flows and Contaminant Transport in Liquid Tanks." Proceedings Institute of Environmental Sciences 39th Annual Technical Meeting, Las Vegas, NV, pp. 396-406(1993).

Gacek, B., Kuehn, T. H. and Ramsey, J. W., "A Follow-Up Study of Airflow Patterns near Domestic Kitchen Rangehoods." Proceedings 44th Annual International Appliance Technical Conference, Columbus, Ohio, pp. 344-354(1993).

Xu, J., Liang, H. and Kuehn, T. H., "Comparison of Numerical Predictions and Experimental Measurements of Ventilation in a Room." Proceedings Roomvent '94, Crakow, Poland, pp. 213-227(1994).

Perkovich, M., Kuehn, T. H. and Ramsey, J. W., "Experimental Testing and Computer Simulation of a Reciprocating Refrigeration Compressor." Proc. Int. Compressor Conf., Purdue, Vol. I, pp. 387-392(1994).

Kuehn, T. H., Yang, C.-H. and Kulp, R. N., "Effects of Fan Cycling on the Performance of Particulate Air Filters used for IAQ Control." Proc. Indoor Air '96, Nagoya, Japan, Vol. 4, pp. 211-216(1996).

Kuehn, T. H., "Viable Bioaerosol Capture and Growth on Filters used for Building Ventilation." Proc. Int. Ondol Conference, Seoul, Korea, pp. 214-218(1996).

Gouk, R., Kittelson, D. B., Kuehn, T. H. and Wu, Y., "Measurements and Modelling of Megasonic Cleaning Processes." Proceedings of Fine Particle Society, Symposium on Particles on Surfaces: Detection, Adhesion and Removal, Dallas, Texas, April 1-3, pp. 191-201 (1998).

Kuehn, T. H., Yang, C.-H. and Kittelson, D. B., "Influence of Temperature and Dissolved Air on Megasonic Particle Removal." Proceedings Seventh Int. Symp. on Particles on Surfaces: Detection, Adhesion and Removal, Newark, NJ, pp. 355-376 (2002).

Kuehn, T. H., Stanley, N. J., Raynor, P. C., Kim, S. W., Goyal, S. M., Anantharaman, S. and Ramakrishnan, M. A. "Ventilation Filters as High Volume Sampling Devices for Airborne Bacteria and Virus Particles in Buildings." Proceedings ASHRAE IAQ 2010, Kuala Lumpur, Malaysia, November 10-12 (2010).

Janke, B. and Kuehn, T., "Geothermal Power Cycle Analysis for Commercial Applicability using Sequestered Supercritical CO2 as a Heat Transfer or Working Fluid." Paper ES2011-54397 in Proceedings of the ASME 2011 5th International Conference on Energy Sustainability, ES2011, Washington, D.C., August 7-10 (2011).

Randolph, J.B., Adams, B., Kuehn, T.H., & Saar, M.O., "Wellbore Heat Transfer in CO2-based Geothermal Systems", Geothermal Resources Council Transactions, 36, Reno, NV, Sept 29-Oct 3, (2012).

Adams, B. M. and Kuehn, T. H., "The Complementary Nature of CO2-Plume Geothermal (CPG) Energy Production and Electrical Power Demand", Proceedings of the ASME 2012 International Mechanical Engineering Congress and Exposition, Houston, TX, November 9-15, (2012).

Adams, B. M., Kuehn, T. H., Randolph, J. B. and Saar, M. O., "The Reduced Pumping Requirements from Increasing the Injection Well Fluid Density." Proceedings of the 37th Geothermal Resources Council (GRC) Annual Meeting, Las Vegas, NV, September 29-October 2, pp.667-672, (2013).

**Papers Presented**
Shanmugavelu, I., and Kuehn, T.H., "Numerical Modeling of Ventilation Effectiveness in a Room," presented at the 79th Annual Air Pollution Control Association meeting, Minneapolis, June, 1986.

Pui, D.Y.H., Kuehn, T.H. and Liu, B.Y.H., "Aerosol Sampling from High Purity Gas Streams," presented at 2nd Int. Aerosol Conf. Berlin, September, 1986.

Tolpadi, A.K. and Kuehn, T.H., "A Numerical Investigation of Natural Convection from a Cylindrical Tube with a Circular Fin Array," presented at Third International Symposium, Science and Engineering on Cray Supercomputers, Minneapolis, MN, September, 1987.

Liu, B.Y.H., Zhang, Z.Q. and Kuehn, T.H., "Numerical Study of Anisokinetic Sampling Errors Due to Particle Inertia," presented at 1987 Annual Meeting of the American Association for Aerosol Research, Seattle, WA, September, 1987.

Pui, D.Y.H., Kuehn, T.H., Bergin, M.H., and Fay, W.T., "Control of Respirable Dust Using Recirculated Air Through an Industrial Dust Collector," presented at 1989 Annual Meeting of American Association for Aerosol Research, Reno, NV, October, 1989.

Zhao, J., Kuehn, T.H. and Liu, B.Y.H., "Clean Bench Design with a Flow Resistance Network Model," presented at 1989 Annual Meeting of American Association for Aerosol Research, Reno, NV, October, 1989.

Zhao, J., Kuehn, T.H. and Liu, B.Y.H., "Design and Flow Simulation of Wet Stations for Semiconductor Manufacturing," presented at 1989 Annual Meeting American Association for Aerosol Research, Reno, NV, October, 1989.

19

Zhao, J., Liu, B.Y.H. and Kuehn, T.H., "A Quantitative Measurement of Particle Formation During Vacuum Pumpdown, " presented at 1990 Annual Meeting American Association for Aerosol Research, Philadelphia, PA, June, 1990.

Forbes, S.J. and Kuehn, T.H., "In-Line Particle Holography Using Photographic Threshold Technique," presented at ASME Fluids Engineering Conf., Toronto, Ontario, June, 1990.

Kuehn, T. H., Ramsey, J. W., Han, H., Perkovich, M. and Olson, W. W., "Performance of Kitchen Range Exhaust Systems," presented at National Association of Home Builders Annual Conf., Atlanta, GA, January, 1991.

Kuehn, T. H., Ramsey, J. W., Han, H., Perkovich, M., Corpron, M. and Liang, H., "Experimental Study of Airflow Patterns and Ventilation Effectiveness in a Half-Scale Office Building," presented at 3rd Int. Symposium on Ventilation for Contamination Control, Cincinnati, OH, September, 1991.

Han, H., Kuehn, T. H., Ramsey, J. W., Liang, H. and Elayed, K., "Turbulent Modeling of Airflow Patterns and Ventilation Effectiveness in a Half Scale Office Building," presented at 12th AIVC Conf., Ottawa, Canada, September, 1991.

Gacek, B., Kuehn, T. H., Ramsey, J. W. and Olson, W. W., "A Follow-Up Study of Airflow Patterns Near Domestic Kitchen Rangehood Exhaust Systems," Proceedings 44th Annual International Appliance Technical Conference, Columbus, OH, May, 1993.

Kuehn, T. H., Pui, D. Y. H., Vesley, D., Kemp, S., Streifel, A., Marx, J. and Alfred, A., "Bioaerosol Collection and Growth on Filters Used for Building Ventilation," presented at European Aerosol Conference, Blois, France, June, 1994, J. Aerosol Sci. Vol. 25, Suppl. 1, pp. S19-S20, 1994.

Kuehn, T. H., Kittelson, D. B., Wu, Y. and Gouk, R., "Particle Removal from Semiconductor Wafers by Megasonic Cleaning," presented at European Aerosol Conference, Delft, The Netherlands, September, 1996, J. Aerosol Sci. Vol. 27, Suppl. 1, pp. S427-S428, 1996.

Kuehn, T. H., Pui, D. Y. H., Vesley, D. and Kemp, S. J., "Bioaerosol Filtration Efficiency -Field Measurements," Advances in Filtration and Separation Technology, Vol. 11, Proc. American Filtration & Separations Society Meeting, Minneapolis, MN, pp. 398-403,1997.

Kittelson, D. B., Kuehn, T. H. and Yang, C.-H., "Physical Mechanisms of Particle Removal from Silicon Wafers by Megasonic Energy," presented at the Materials Research Society Spring Meeting, San Francisco, CA, April, 1999.

Kuehn, T. H. and Gerstler, W. D., "Measurement of Commercial Cooking Effluent," presented at the Air Filtration Conference, American Filtration and Separations Society, Minneapolis, MN, October, 1999.

Gerstler, W. D., Kuehn, T. H., Pui, D. Y. H., Ramsey, J. W., Ortiz, H., Sandberg, A., Tjandra, H. and Vidhani, J. J., "Progress on ASHRAE 1033-RP: Effects of Air Velocity on Grease Deposition in Exhaust Ductwork." ASHRAE Annual Meeting, Minneapolis, MN, Seminar #35, June, 2000.

Kuehn, T. H., Vesley, D., and Raynor, P. C., "Bioaerosol Filtration Research at the University of Minnesota," Proceedings Indoor Air Quality-Filtration Conference, American Filtration and Separations Society, Cincinnati, OH, November 14-15, 2002.

Kuehn, T. H., Olson, B. A., Ramsey, J. W., Friell, J. C. and Rocklage, J. M., "Development of a Standard Method of Test for Commercial Kitchen Effluent Grease Removal Systems," presented at ASHRAE Annual Meeting, Nashville, TN, June 29, 2004.

Zhang, M., Kuehn, T. H. and Carmody, J., "Energy Simulation of HVAC Systems with High Performance Windows," presented at CLIMA 2005, Lausanne, Switzerland, October 9-12, 2005.

Farrell, F.M., Kuehn, T.H., Fitch, T. M. and Morgan, M.J., "Challenge of Greasy Cooking Exhaust," presented at ASHRAE Annual Meeting, Quebec City, Canada, June 24-28, 2006.

Kuehn, T. H., Stanley, N., Kim, S. E., Ramakrishnan, M. A., Anantharaman, S., Raynor, P. and Goyal, S., "Background Airborne Bacteria and Virus Populations in and Near Buildings using Ventilation Filters as Long-Term Bioaerosol Collection Devices," paper # 8H25 presented at 7th Int. Aerosol Conf., St. Paul, MN, September 15-22, 2006.

Ramakrishnan, M. A., Goyal, S. M., Anantharaman, S., Kim, S. W., Raynor, P. C., Stanley, N. J. and Kuehn, T. H., "Detection of Airborne Bacteria in HVAC Filters by Polymerase Chain Reaction," paper # 11G32 presented at 7th Int. Aerosol Conf., St. Paul, MN, September 15-22, 2006.

Tang, W. and Kuehn, T. H., "Detection of Bioaerosols using FLAPS in an ASHRAE Standard 52.2 Filter Test Facility," paper # 12G25 presented at 7th Int. Aerosol Conf., St. Paul, MN, September 15-22, 2006.

Japuntich, D. A., Viner, A. S., Franklin, L. M., Pui, D. Y. H. and Kuehn, T. H., "A Comparison of Two Nano-Sized Particle Air Filtration Tests in the Diameter Range of 10 to 400 Nanometers," paper # 12H1 presented at 7th Int. Aerosol Conf., St. Paul, MN, September 15-22, 2006.

Japuntich, D. A., Franklin, L. M., Pui, D. Y. H. and Kuehn, T. H., "Air Filtration Testing Using a Scanning Mobility Particle Sizer for Solid Aerosols of 3.5 to 100 nm Diameter," paper # 12H17 presented at 7th Int. Aerosol Conf., St. Paul, MN, September 15-22, 2006.

Anantharaman, S., Ramakrishnan, M. A., Goyal, S. M., Kim, S. W., Raynor, P. C., Stanley, N. J. and Kuehn, T. H., "Airborne Human Viruses Captured by HVAC Filters," paper # 13D3 presented at 7th Int. Aerosol Conf., St. Paul, MN, September 15-22, 2006.

Zhang, M. and Kuehn, T. H., "Numerical Determination of Collision Efficiencies for the Electroscavenging of Aerosol Particles by Droplets," paper # 15E4 presented at 7th Int. Aerosol Conf., St. Paul, MN, September 15-22, 2006.

Stanley, N., Pui, D. Y. H., Kuehn, T. H., Asbach, C., Kuhlbusch, T. and Fissan, H., "The Fate of Airborne nanoparticles from a leak in a Manufacturing process into a Working Environment," Presented at the 26th AAAR Conference, Reno, NV, September 24-28, 2007.

Tang, W. and Kuehn, T. H., "Effects of Temperature and Relative Humidity Variation on Fungal Growth on Loaded Ventilation Filters," Paper #2E.02 presented at the 27th annual AAAR Conference, Orlando, FL, October 20-24, 2008.

Stanley, N., Pui, D. Y. H., Kuehn, T. H., Asbach, C., Kuhlbusch, T. and Fissan, H., "Experimental and Numerical Simulations of the Fate of Nanoparticles Released into a Work Environment," Presented at the 27th annual AAAR Conference, Orlando, FL, October 20-24, 2008.

Fissan, H., Asbach, C., Stanley, N., Kuehn, T., Pui, D. Y. H. and Kuhlbusch, H. A. J., "New Techniques to Quantify Nanoparticle Exposure and Internal Dose," Presented at the NSF-DFG Research Conference on Nanoscience and Nanotechnology, New York, NY, October 15-16, 2009.

Stanley, N., Pui, D. Y. H., Kuehn, T. H., Asbach, C., Fissan, H. and Kuhlbusch, T., "The Fate of Accidentally Released Nanoparticles into a Simulated Workplace Environment," Presented at the 28th annual AAAR Conference, Minneapolis, MN, October 26-30, 2009.

Wang, L., Gross, D., Dutcher, D., Olson, B. and Kuehn, T., "Chemical Composition of Cooking Aerosols," Presented at the annual American Chemical Society Conference, San Francisco, CA, March, 2010.

Stanley, N., Pui, D. Y. H., Kuehn, T. H., Asbach, C., Fissan, H. and Kuhlbusch, T., "Nanoparticle Fate from a Simulated Leak During Nanoparticle Manufacturing," Presented at the 29th annual AAAR Conference, Portland, OR, October 25-29, 2010.

Olson, B. A., Kuehn, T. H., Ramsey, J. W. and Rocklage, J., "Grease Particle Emission Characterization from Seven Commercial Kitchen Cooking Appliances and Representative Food Products," Presented at the 29th annual AAAR Conference, Portland, OR, October 25-29, 2010.

Saar, M. O., Adams, B., Bielicki, J., Janke, B., Kuehn, T., Mevissen, A., Parker, C., Pollak, M., Randolph, J., Smale, A., Taff, S. and Wilson, E., "Carbon Dioxide Plume Geothermal (CPG) Energy: Making Electricity (and $$) from Geologic Sequestration of Carbon Dioxide," Presented at the 10th Annual Conference on Carbon Capture & Sequestration, Pittsburgh, PA, May 2-5, 2011.

Raynor, P.C., Appert, J. C., Goyal, S. M., Abin, M. C., Chandler, Y., Guarino, H., Kuehn, T. H., Zuo, Z. and Ge, S., "Relative Effectiveness of Impactor Sampling Among Six Airborne Viruses," Presented at the 11th AIHce Conference, Portland, OR, May, 2011.

Kuehn, T.H., "Innovations in Development and Implementation of CO2 Cycles", Alternative Thermodynamic Cycles and Systems for Increased Sustainability, Seminar 1, ASHRAE Annual Meeting, Montreal, Canada, June 26, 2011.

Zhili Zuo, Martha de Abin, Yogesh Chandler, Thomas H. Kuehn, Sagar M. Goyal, Jessica Appert, Peter C. Raynor and David Y. H. Pui, "Comparison of Eluent and Aerosol vs. Liquid Spike Challenge Tests for Influenza Virus Recovery from Nonwoven Fabrics", Presented at the 30th annual AAAR Conference, Orlando, FL, October 4-7, 2011.

Martin O. Saar, Ben Adams, Jeff Bielicki, Thomas H. Kuehn, Andrew Mevissen, Clay Parker, Melisa Pollak, Jimmy Randolph, Andrew Smale, Steven Taff, and Elizabeth Wilson, "Combining Geothermal Energy Extraction and CO2 Sequestration to Produce Clean, Renewable Carbon-Negative Electricity", Presented at E3-2011: The Latest in Renewable Energy Innovation, Minneapolis, November 7, 2011.

Saar, M. O., Adams, B., Bielicki, J., Janke, B., Kuehn, T., Mevissen, A., Paine, N., Pollak, M., Randolph, J., Taff, S. and Wilson, E., "CO2 Plume Geothermal (CPG) Energy Production at Geologic Sequestration Sites," Presented at the 11th Annual Conference on Carbon Capture & Sequestration, Pittsburgh, PA, April 30-May 3, 2012.

Raynor, P. C., Appert, J. C., Goyal, S. M., Abin, M.C., Chandler, Y., Guarino, H., Kuehn, T. H., Zuo, Z. and Ge, S., "Effect of Relative Humidity on Impactor Sampling Among Four Airborne Viruses", Presented at 2012 American Industrial Hygiene Conference and Exposition, June 16-21, Indianapolis, IN, 2012.

Zuo, Z, Kuehn, T. H., Kumar, S., Harsha, V., Goyal, S. M., Appert, J., Raynor, P. C., Ge, S., Pui, D. Y. H. "Association of Virus Content with its Carrier Particle Size." Platform 8. HA.6 American Association for Aerosol Research (AAAR) 31st Annual Conference, Minneapolis, MN, October 8-12, 2012.

Zuo, Z., Kuehn, T. H., Bekele, A. Z., Harsha, V., Goyal, S. M., Raynor, P. C. and Pui, D. Y. H., "Infectivity and Survivability of Airborne Viruses Generated from Human Saliva, Artificial Saliva, and Cell Culture Media." Platform 6 HA 1. American Association for Aerosol Research (AAAR) 32nd Annual Conference, Portland, Oregon, September 30-October 4, 2013.

Kuehn, T. H., PM 2.5 Emissions from Cooking, Presented at the 1st University of Minnesota-Chinese Academy of Sciences Bilateral Seminar on PM 2.5 Science, Health Effects and Control Technologies, Xi'an, China, May 26-29, 2014.

Zuo, Z., Kuehn, T. H., Bekele, A. Z., Mor, S. K., Verma, H., Goyal, S. M., Taynor, P. C. and Pui, D. Y. H., "Comparison of Human Saliva, Artificial Saliva, and Cell Culture Medium on the Survival of Infectious Airborne MS2 Bacteriophage." Platform OP63-2. International Aerosol Conference, Busan, Korea, August 28-September 2, 2014.

Nagasree Garapati, Benjamin M. Adams, Martin O. Saar, Jimmy B. Randolph, and Thomas H. Kuehn, "Optimizing Geothermal System Performance Through Iterative Coupling of Reservoir and Surface Plant Simulations", Presented at the 1st Workshop on Numerical Geothermal Simulations, 8th/9th of April, Technical University of Munich, 2015.

**Invited Publications**
Kuehn, T.H., "Computer Simulation of Airflow and Particle Transport in Cleanrooms," J. Environmental Sciences, Vol. 31, No.5, pp. 21-27(1988).

Zhao, J., Liu, B.Y.H. and Kuehn, T.H., "The Formation of Water Aerosols During Pump-Down," Solid State Technology, pp.85-89, August (1990).

Kuehn, T. H., "Heat and Mass Transfer in Occupied Buildings," Proc. 9th Int. Heat Transfer Conf., Jerusalem, Israel, Vol. 1, pp.435-443(1990).

Kuehn, T. H., Pui, D. Y. H. and Gratzek, J. P., "Results of IES Cleanroom Flow Modeling Exercise." J. Environmental Sciences, Vol. XXXV, No. 2, pp. 37-48(1992).

Kuehn, T. H., "Comfort Heating." McGraw-Hill Yearbook of Science and Technology, McGraw-Hill, New York, pp.92-94(1994).

Kuehn, T. H., "Construction/Renovation Influence on Indoor Air Quality." ASHRAE Journal, Vol. 38, No. 10, pp. 22-29(1996).

Kuehn, T. H, "Airborne Infection Control in Health Care Facilities." J. Solar Energy Engineering, Vol. 125, pp. 366-371(2003).

Tang, W., Ramakrishnan, M.A., Goyal, S. and Kuehn, T.H., "Measurement of Bioaerosol Filtration Efficiency in an ASHRAE 52.2 Filter Test Facility." Filtration, Vol. 7, No. 1, pp. 40-44 (2007).

**Books**
Heat and Mass Transfer with Alternative Refrigerants, H. J. Sauer and T. H. Kuehn, Eds., ASME 29th National Heat Transfer Conference, 1993.

Goldstein, R. J. and Kuehn, T. H., "Optical Systems for Flow Measurement: Shadowgraph, Schlieren, and Interferometric Techniques," Fluid Mechanics Measurement, 2nd Ed., R. J. Goldstein, Ed., Taylor & Francis, 1996.

Thermal Environmental Engineering, T. H. Kuehn, J. W. Ramsey and J. L. Threlkeld, 3rd. Ed., Prentice Hall, ISBN 0-13-917220-3, 1998.

Thermal Environmental Engineering Solutions Manual, T. H. Kuehn, J. W. Ramsey and J. L. Threlkeld, 3rd. Ed., Prentice Hall, ISBN 0-13-917238-6, 1998.

Lui, B. Y. H., Marple, V.A., McMurry, P. H., Kuehn, T. H. and Pui, D. Y. H., "Aerosol Research at the University of Minnesota Particle Technology Laboratory," Aerosol Science and Technology: History and Reviews, David S. Ensor, Ed., RTI International, 2011.

**Research Reports**

Kuehn, T.H., Kwon, S.S., Balvanz, J.L., Rangarajan, N. and Tolpadi, A.K., "Enhancement of Heat Transfer by Natural Convection from Arrays of Horizontal Cylinders Immersed in Liquids," Final Report NSF CM-8003498, April, 1983.

Gronseth, R.E., Han, H., Kuehn, T.H. and Ramsey, J.W., "Indoor Air Quality and Moisture Control in Buildings," Annual Report State of Minnesota DEED-22100-02540, June, 1984.

Kuehn, T.H., Grald, E.W., and Sandberg, P.B., "Innovative Receiver Design for Parabolic Trough and Paraboloidal Dish Solar Collectors," Final Report DOE-ACO3-825F11937, September, 1984.

Grald, E.W., Kuehn, T.H. and Tolpadi, A.K., "Conjugate Natural Convection Heat Transfer from Horizontal Heat Exchanger Tubes," Annual Report NSF/MEA-8313629, March, 1985.

Gronseth, R.E., Han, H., Kuehn, T.H. and Ramsey, J.W., "Indoor Air Quality and Moisture Control in Buildings," Annual Report State of Minnesota DEED Contract.  No. 22100-02801/02803, June, 1985.

Forbes, S., Grald, E.W., Kuehn, T.H., Tolpadi, A.K. and Youssef, S., "Conjugate Natural Convection Heat Transfer from Horizontal Heat Exchanger Tubes," Annual Report NSF/MEA-8313629, December, 1985.

Liu, B.Y.H., Kuehn, T.H., Shanmugavelu, I. and Han, H., "Numerical Modeling of Fluid Flow and Particle Trajectories in Clean Rooms," Final Report. IBM Corporation, Essex Junction, VT, June, 1986.

Tsai, C.J., Kuehn, T.H. and Pui, D.Y.H., "Fundamental Study of Purge Air System," Annual Report, Rosemount, Inc., Eden Prairie, Minnesota, October, 1986.

Pui, D.Y.H., Kuehn, T.H. and Tsai, C.J., "Fundamental Study of Purge Air System," Final Report, Rosemount, Inc., Eden Prairie, MN, September, 1987.

Kuehn, T.H., Tolpadi, A.K. and Forbes, S., "Conjugate Natural Convection Heat Transfer from Horizontal Heat Exchanger Tubes," Final Report, NSF/CBT-831629, November, 1987.

Kuehn, T.H., Pui, D.Y.H., Bergin, M.H. and Fay, W.T., "Dust Collector Recirculation for Industrial Processes, " Final Report, ASHRAE RP-531, February, 1989.

Kuehn, T.H., Pui, D.Y.H., Vesley, D., Berg, C. and Peloquin, M., "Matching Filtration to Health Requirements," Final Report, ASHRAE RP-625 Phase I, June, 1990.

Brosseau, L. M., D. Vesley, S.-K. Chen, C. Gabel, T. H. Kuehn and S. Goyal, "Investigate and Identify Means of Controlling Virus in Indoor Air by Ventilation, Filtration or Source Removal." Final Report, ASHRAE RP-776, August 30, 1993.

Kuehn, T. H., Pui, D. Y. H., Vesley, D., Kemp, S. J., Streifel, A., Marx, J. and Alfred, A., "Matching Filtration to Health Requirements," Final Report, ASHRAE RP-625 Phase II, April, 1994.

Kittelson, D. B., T. H. Kuehn, D. Zhang and Y. Wu, "Development of an Experimentally Validated Model of Megasonic Cleaning."  Annual Report, *Sandia National Laboratories/AH-5865,* December 15, 1994.

Kuehn, T. H., Gacek, B., Yang, C.-H., Grimsrud, D. T., Janni, K. A., Streifel, A. J. and Pearce, M. "Identification of Contaminants, Exposures, Effects and Control Options for Construction/ Renovation Activities." Final Report, ASHRAE RP-804 Phase I, July, 1995.

Kittelson, D. B., Kuehn, T. H., Gouk, R. and Wu, Y., "Development of an Experimentally Validated Model of Megasonic Cleaning."  Annual Report, *Sandia National Laboratories/AH-5865,* December 15, 1995.

Kuehn, T. H., Pui, D. Y. H., Ramsey, J. W., Gerstler, W. D. and Doerr, M. P., "Identification and Characterization of Effluents from Various Cooking Appliances and Processes as Related to Optimum Design of Kitchen Ventilation Systems." Final Report Phase I, ASHRAE 745-RP, January, 1996.

Janni, K. A., Maier, W. J., Tam, E., Kuehn, T. H., Yang, C.-H., Bridges, B. B., Vesley, D. and Nellis, M. A, "Evaluation of Biofiltration of Air, an Innovative Air Pollution Control Technology." Final Report, ASHRAE RP-880, October, 1996.

Kuehn, T. H. and Yang, C.-H., "Effect of Fan Cycling on the Performance of Particulate Air Filters used for IAQ Control." Final Report, U.S. Environmental Protection Agency Cooperative Agreement CR 823632-01-1, October, 1996.

Kuehn, T. H., Vesley, D., Yang, C.-H., and Merchant, M. E., "Testing of CLEAR Apparatus," Phase I Final Report, United Technologies Research Center, November, 1996.

Kittelson, D. B., Kuehn, T. H., Wu, Y., Gouk, R. and Zuniga, R., "Development of an Experimentally Validated Model of Megasonic Cleaning."  Annual Report, *Sandia National Laboratories/AH-5865,* December 13, 1996.

Kuehn, T. H., Vesley, D., Tuchman, S. and Han, H. S., "Testing of ClEAR Apparatus Phase II," Final Report, United Technologies Research Center, August, 1997.

Kittelson, D. B., Kuehn, T. H., Wu, Y., Yang. C. H. and Zuniga, R., "Development of an Experimentally Validated Model of Megasonic Cleaning."  Annual Report, *Sandia National Laboratories,* December, 1997.

Brosseau, L. M., Vesley, D., Kuehn, T. H., Melson, J. and Han, H. S., "Identification and Effectiveness of Current Methods Applied and Criteria Applied in Non-Routine Cleaning and Decontaminating of Air Ducts and Other HVAC Components." Final Report, ASHRAE RP-759, December, 1997.

Gerstler, W. D., Kuehn, T. H., Pui, D. Y. H., Ramsey, J. W., Rosen, M. J., Carlson, R. R. and Petersen, S. D., "Identification and Characterization of Effluents from Various Cooking Appliances and Processes as Related to Optimum Design of Kitchen Ventilation Systems." Final Report, ASHRAE 745-RP Phase II, July, 1998.

Ramsey, J, W., Hewett, M. J., Kuehn, T. H., Petersen, S. D., Spielman, T. J. and Briefer, A., "Development of Snow melting Load Design Algorithms and data for Locations Around the World," Final Report, ASHRAE 926-RP, June 11, 1999.

Kuehn, T. H., Gerstler, W. D., Vidhani, J., Sandquist, A. M., Rutherford, J. and Tjandra, H. L., "Testing of Grease Particulate Removal Efficiency of Various Commercial Kitchen Hood Grease Baffles, Extractors and Filters." Final Report, Greenheck, December 29, 1999.

Kuehn, T. H., Gerstler, W., Ortiz, H., Sandberg, A, Tjandra, H., Vidhani, J. J., Ramsey, J. W. and Pui, D. Y. H., "Effects of Air Velocity on Grease Deposition in Exhaust Ductwork." Final Report, ASHRAE 1033-RP, February 5, 2001.

Kuehn, T. H. and Seong, C., "Experimental Characterization of Phillips Packed Bed Media as a Filter Using Liquid Challenge Aerosol." Final Report, Phillips Plastics Corporation, September 5, 2002.

Kuehn, T. H., Tang, W., Vesley, D., Kriz, J. and Mazzarella, M. A., "Experimental Characterization of New Air Purifier Using Microbial Challenge Aerosol," Final Report, Donaldson Corporation, May 23, 2003.

Kuehn, T. H., Olson, B. A., Ramsey, J. W., Friell, J. and Rocklage, J., "Development of a Standard Method of Test for Commercial Kitchen Effluent Grease Removal Systems," Final Report, Fisher-Nickel, Inc., July 31, 2004.

Kuehn, T. H., Goyal, S. M. and Raynor, P. C., "Integrated Biological Data from Filter Samples in Buildings," Test Report of Base Effort Tasks 1 and 2, Department of Homeland Security, W91CRB-04-C-0035, TSWG Task DC-2012A, December 22, 2004.

Standard Test Method for Grease Particle Capture Efficiency of Commercial Kitchen Filters, draft submitted to ASTM September 8, 2004, issued as "Standard Test Method for Grease Particle Capture Efficiency of Commercial Kitchen Filters and Extractors", ASTM F2519-05, October, 2005.

Zhang, M. and Kuehn, T. H., "Numerical Determination of Collision Efficiencies for the Electroscavenging of Aerosol Particles by Droplets," Final Report, USDOE Los Alamos National Laboratory, subcontract 13164-001-05, December 16, 2005.

Kuehn, T. H., Goyal, S. M. and Raynor, P. C., "Integrated Biological Data from Filter Samples in Buildings," Final Report, Department of Homeland Security, W91CRB-04-C-0035, TSWG Task DC-2012A, November 1, 2006.

Kuehn, T.H., Olson, B.A., Ramsey, J.W. and Rocklage, J., "Characterization of Effluents from Additional Cooking Appliances," Final Report, ASHRAE 1375-RP, April 24, 2008.

Kuehn, T. H., Ramesh, N. and Olson, B.A., "Grease Deposition Sensor Development," Final Report, Halton Group Americas, Inc., December 22, 2008.

Kuehn, T. H., Olson, B. A., Bissell, D., Campbell, K. and Hawkinson, A., "Method of Test to Evaluate Field Performance of Commercial Kitchen Ventilation Systems," Final Report, ASHRAE 1376-RP, July 6, 2010.

Kuehn, T. H., Marple, V. A., Olson, B. A., Ramesh, N. and Schenfisch, Z., "Development of a Calibration Reference Device for Use with Test Standard ANSI/ASHRAE 52.2-2007," Final Report, ASHRAE 1466-RP, March 10, 2011.

**Courses Taught-University of Minnesota**
Quarter
   ME 3020 Mechanical Engineering Computation
   ME 3301 Thermodynamics
   ME 3303 Applied Thermodynamics
   ME 5254 Design Morphology with Applications
   ME 5342 Heat Transfer
   ME 5603 Thermal Environmental Engineering
   ME 5604 Heating and Cooling Loads in Buildings
   ME 5605 Refrigeration and Air Conditioning Systems
   ME 5630 Thermal Environmental Engineering Senior Laboratory
   ME 8800 Modern Developments in Mechanical Engineering
Semester
   ME 4054W Design Projects-course coordinator or project advisor
   ME 4131W Thermal Environmental Engineering Laboratory
   ME 5090 Advanced Engineering Problems
   ME 5101 Vapor Cycle Systems
   ME 5103 Thermal Environmental Engineering
   ME 5105 HVAC System Design

**Graduate Student Advising**

Iowa State University

Larry Scheier      MS, 1979
Thesis Title:       Theoretical and Experimental Performance of a Compound Parabolic
           Concentrator for Several Absorber Configurations

Jeffrey Balvanz     MS, 1980
Thesis Title:       Experimental and Theoretical Investigation of Laminar Flow and Heat
           Transfer in Rectangular Ducts with One Heated Porous Wall

| Richard Szydlowski | MS, 1980 |
| | Thesis Title: Analysis of Transient Heat Loss in Earth Sheltered Structures |

Richard Szydlowski     MS, 1980
Thesis Title:          Analysis of Transient Heat Loss in Earth Sheltered Structures

Kam Leong              MS, 1981
Thesis Title:          An Analysis of the Iowa State University Energy Research House Solar
                       Domestic Hot Water Preheating System

Anil Tolpadi           MS, 1983
Thesis Title:          Experimental Numerical Study of Conjugate Natural Convection Heat
                       Transfer from Fins

University of Minnesota

Sadek Youssef          MS, 1986
Paper Title:           Simulation Study of a Point-Focus Porous or Honeycomb Matrix
                       Absorber Solar Receiver

Eric Grald             MS, 1986
Thesis Title:          An Analytical Study of Natural Convection Heat Transfer in Annular
                       Sectors

Chuen-Jinn Tsai        MS, 1986 (with D. Pui)
Thesis Title:          Fundamental Study of Purge Air System

Ilango Shanmugavelu    MS, 1987
Thesis Title:          Numerical Modeling of Fluid Flow and Ventilation Effectiveness in a
                       Room

Anil Tolpadi           PhD, 1987
Thesis Title:          Coupled Three-Dimensional Conduction and Natural Convection Heat
                       Transfer

Hwataik Han            PhD, 1988
Thesis Title:          Double Diffusive Natural Convection in a Vertical Rectangular Enclosure

Brian Edwards          MS, 1989 (with P. Blackshear)
Thesis Title:          Extracorporeal Autoperfused Multiple Organ Block Preservation for
                       Transplantation

Scott Forbes           PhD, 1989
Thesis Title:          In-Line Particle Holography Applied to Fluid Velocity Measurement

Richard O'Brien        MS, 1990
Paper Title:           A Computer Simulation of the Linde Air Liquefaction Cycle

Jun Zhao               PhD, 1990 (with B.Y.H. Liu)
Thesis Title:          Thermodynamics and Particle Formation During Vacuum Pump-Down

Hongmei Liang          MS, 1990
Paper Title:           Irreversibility Analysis of a Water to Water Vapor Compression Heat
                       Pump

James Gratzek          MS, 1990 (with D. Y. H. Pui)
Paper Title:           Comparison of Numerical and Experimental Studies of Clean Room and
                       Particle Transport

James Douglas          MS, 1991

| | |
|---|---|
| Thesis Title: | Determination of Moisture Transport Properties for Common Building Materials: Methods and Measurements |
| Cindy Berg Paper Title: | MS, 1991 Matching Filtration to Health Requirements |
| Karim Elayed Thesis Title: | MS, 1992 Implementation of a Robust Semi-Direct Finite-Difference Method to Strongly Coupled Turbulent Flow Differential Equations |
| Mark Corpron Thesis Title: | MS, 1992 (with J. Ramsey) Design and Characterization of a Ventilation Chamber |
| Yi Wu Paper Title: | MS, 1992 (with B. Y. H. Liu) Particle Contamination below a Robot Arm in a Clean Room |
| Mark Perkovich Thesis Title: | MS, 1992 (with J. Ramsey) Experimental Study of a Reciprocating Refrigeration Compressor |
| Jianqing Xu Thesis Title: | MS, 1993 Numerical Studies of Ventilation in Rooms with Ceiling Air Supply |
| Scott D. Dahl Thesis Title: | MS, 1993 Determination of the Moisture Storage and Transport Properties of Common Building Materials |
| Barbara Gacek Paper Title: | MS, 1994 The Deposition Distribution of Grease Sized Particles in Two Residential Kitchen Range Exhaust Hoods |
| Hongmei Liang Thesis Title: | PhD, 1994 Room Air Movement and Contaminant Transport |
| John W. Marshall Thesis Title: | MS, 1994 Ventilation Efficiency in a Scale Model Bone Marrow Transplant Room |
| Zhiqin Chen Thesis Title: | MS, 1995 Experimental Studies of Thermal Conditions in a Room Governed by Natural Convection |
| Michael Doerr Thesis Title: | MS, 1996 Ventilation Efficiency and the Effects of Thermal Buoyancy and Room Air Change Rate in a One-Half Scale Model Hospital Isolation Room |
| Yi Wu Thesis Title | PhD, 1997 (with B. Y. H. Liu) Modeling and Simulation of Megasonic Cleaning Tanks |
| Hee Siew Han Thesis Title | MS, 1997 Efficacy of Antimicrobial Treatments on Loaded Filters |
| Li-Ming Lo Thesis Title: | MS, 1997 Numerical Studies of Airflow Movement and Contaminant Transport in Hospital Operating Rooms |
| Scott Ward Paper Title: | MS, 2000 Operation Efficiency Study, Schwan's Super Rink, Blaine, MN |

| Jitesh Vidhani | MS, 2000 |
|---|---|
| Paper Title: | A Study of Multi-Link Models of Human Postural Dynamics and Control |

| William Gerstler | PhD, 2000 |
|---|---|
| Thesis Title | Turbulent Aerosol Deposition in Large and Small Square Flow Passages |

| Handi Tjandra | MS, 2001 |
|---|---|
| Paper Title | Grease Vapor Deposition in Kitchen Exhaust Ductwork |

| Ching Hsu Yang | PhD, 2001 |
|---|---|
| Thesis Title | Total and Spatial Particle Removal from Silicon Wafers by Megasonic Cleaning |

| Humberto Ortiz | MS, 2001 |
|---|---|
| Paper Title | Velocity and Turbulence Intensity Measurements in a Square Duct |

| Choongkee Seong | MS, 2002 |
|---|---|
| Thesis Title | Development of a Test Apparatus for Determining Efficiency of Filter Media on Bioaerosols |

| Mark Geronime | MS, 2002 |
|---|---|
| Paper Title | The Fatal Link Between Aspergillosis and Construction/Renovation in Health Care Facilities |

| Tanya Santers | MS, 2003 |
|---|---|
| Paper Title | The Development and Implementation of Nanostructured Alumina-Titania Coatings |

| Charles Bartlett | MS, 2005 |
|---|---|
| Paper Title | Analysis of Residential Dehumidification Methods: Energy Usage and Costs |

| James Farnsworth | MS, 2005 |
|---|---|
| Thesis Title: | An Evaluation of Ventilation Filters in Building Air-Handling Units as Collection Media for High Volume Microorganism Sampling Applications |

| Nicholas Stanley | MS, 2007 |
|---|---|
| Thesis Title: | Background Airborne Bacteria and Virus Populations in and near Buildings Using Ventilation Filters as Long-Term Bioaerosol Collection Devices |

| Jesse Ahlert | MS, 2008 |
|---|---|
| Paper Title: | New Residential Construction: A Guide to Building a Sustainable Home in Minnesota |

| Mike Biorn | MS, 2008 |
|---|---|
| Paper Title: | Design of Test Kitchen Air Handling System for ASHRAE 1376-RP |

| Brian Ng | MS 2008 |
|---|---|
| Paper Title: | Feasibility Study of Cogeneration in an Ethanol Production Plant |

| Weihua Tang | Ph.D., 2008 |
|---|---|
| | Effects of Temperature, Relative Humidity, and Air Flow on Microbial Growth on Loaded Ventilation Filters |

| Nikhil Ramesh | MS, 2010 |
|---|---|

| | |
|---|---|
| Thesis Title: | Grease Particle Deposition Measurements in a Kitchen Exhaust Duct for the Development of Low Cost Grease Sensors |
| Nicholas Stanley<br>Thesis Title: | Ph.D., 2010<br>The Fate of Airborne Nanoparticles Released from a Leak in a Nanoparticle Production Process into a Simulated Workplace Environment |
| Brian Janke<br>Thesis Title: | MS, 2011<br>Investigation of Geothermal Power Plant Performance using Sequestered Carbon Dioxide as a Heat Transfer or Working Fluid |
| Meng Zhang<br>Thesis Tile: | Ph.D., 2012<br>Aerosol Particle Scavenging by Large Droplets |
| Brian Jennissen | MS, 2013 (coursework option) |
| Andrew Mevissen | MS, 2013 (coursework option) |
| Charles Sawyer<br>Paper Title: | MS, 2013<br>Determining the Water Content of a CO2 Plume Geothermal Production Well Using CO2-H2O Solubility Models |
| Song Ge<br>Thesis Title: | Ph.D., 2014<br>Viral Aerosol Survivability, Transmission, and Sampling in an Environmental Chamber |
| Zhili Zuo<br>Thesis Title: | Ph.D., 2014<br>Measurement and Filtration of Virus Aerosols |
| Benjamin Adams<br>Thesis Title: | Ph.D., 2015<br>On the Power Performance and Integration of Carbon-dioxide Plume Geothermal (CPG) Electrical Energy Production |
| Margaret Peterson<br>Thesis Title: | MS, 2015<br>An Investigation into the Seasonal Economic and Energy Performance of $CO_2$ Plume Geothermal (CPG) Power Plants. |

**3M Lab Measurements**

**Head: 3'' from blanket edge (L)**



| BH Status | | Temperature | Airflow |
|---|---|---|---|
| Off | | 66.2 °F | 5 ft/min |
| On (high fan speed, ambient) | | 66.9 °F | 120 ft/min |
| On (high fan speed, 43 °C) | 1 min | 66.4 °F | 90 ft/min |
| | 2 min | 67.9 °F | 93 ft/min |
| | 3 min | 69.3 °F | 102 ft/min |
| | 4 min | 70.9 °F | 104 ft/min |
| | 5 min | 72.8 °F | 107 ft/min |

|  | 6 min | 73.8 °F | 112 ft/min |
|---|---|---|---|
|  | 7 min | 74.0 °F | 105 ft/min |
|  | 8 min | 74.5 °F | 110 ft/min |
|  | 9 min | 74.7 °F | 108 ft/min |
|  | ~15 min | 74.9 °F | 95 ft/min |
|  | ~16 min | 74.9 °F | 90 ft/min |

**Head: 6'' from blanket edge (R)**

| Off | 66.4 °F | 0—1 ft/min |
|---|---|---|

**Inside edge of drape (R)**



| Off | 67.3 °F | 2 ft/min |
|---|---|---|
| On (high fan speed, ambient) | 66.7 °F | 3 ft/min |
| On (high fan speed, 43 °C) | 72.1 °F | 4 ft/min |

**Inside edge of drape (L)**



| Off | 67.5 °F | 4 ft/min |
| On (high fan speed, ambient) | 66.7 °F | 8 ft/min |
| On (high fan speed, 43 ℃ ) | 72.4 °F | 6 ft/min |

**Directly under BH filter (2'' below intake, Center) (photo shows probe further away)**



| Off | 68.0 ºF | 2 ft/min |
| On (high fan speed, ambient) | 65.9 ºF | 220 ft/min |
| On (high fan speed, 43 ºC ) | 67.7 ºF | 220 ft/min |

**1 ft. under BH (Center)**



| Off | 68.2 ºF | 5 ft/min |
|---|---|---|
| On (high fan speed, ambient) | 65.6 ºF | 12 ft/min |
| On (high fan speed, 43 ℃ ) | 67.8 ºF | 5 ft/min |

**Floor under BH (Center)**



| Off—Parallel | 68.4 ºF | 0 ft/min |
|---|---|---|
| Off—Perpendicular | 68.2 ºF | 2 ft/min |
| On—Parallel | 65.2 ºF | 20 ft/min |
| On—Perpendicular | 65.1 ºF | 3 ft/min |
| On (43ºC—Parallel) | 67.7 ºF | 20 ft/min |
| On (43ºC—Perpendicular) | 67.7 ºF | 5 ft/min |

**6" below BH**

| On (high fan speed, 43 ºC ) | 67.6 ºF | 50 ft/min |
|---|---|---|

**Top of anesthesia screen, 3" below top (Center)**

| Off | 69.3 ºF | 1 ft/min |
|---|---|---|
| On (high fan speed, ambient) | 66.7 | 27 ft/min |

**Over center of anesthesia screen, 3" above top (Center)**



| On (high fan speed, ambient) | 64.9 ºF | 3 ft/min |

**Head-height outside of anesthesia screen (R)**

| Off | 69.1 ºF | 1 ft/min |

**Head-height outside of anesthesia screen (L)**

| Off | 70.2 ºF | 0 ft/min |

**3" Over Hip**



| Off—parallel | 70.7 ℉ | 15 ft/min |
|---|---|---|
| Off—Perpendicular | 71.4 ℉ | 30 ft/min |
| On—parallel | 64.9 ℉ | 20 ft/min |
| Onff—Perpendicular | 64.6 ℉ | 12 ft/min |
| On (high fan speed, 43 ℃) | 1 min—parallel | 70.2 ℉ | 10 ft/min |
| | 2 min—parallel | 69.8 ℉ | 9 ft/min |
| | 3 min—parallel | 68.3 ℉ | 13 ft/min |
| | 4 min—parallel | 68.0 ℉ | 5 ft/min |
| | Perpendicular | 67.8 ℉ | 10 ft/min |

**Under linear slot diffuser air supply on ceiling (Front) – ½ inch from supply**

| Right (18" from wall) | 72.3 ℉ | 670 ft/min |
|---|---|---|
| Center | 72.2 ℉ | 330 ft/min |
| Left (18" from wall) | 71.8 ℉ | 1550 ft/min |

**Under linear slot air return on ceiling (Back) – ½ inch from intake**

| Right | 69.6 ℉ | 270 ft/min |
|---|---|---|
| Center | 69.3 ℉ | 310 ft/min |
| Left | 69.8 ℉ | 680 ft/min |

**BH on Cart – four sides of unit between bottom of unit and top of cart**



| Center of back | 67.4 °F | 340 ft/min |
|---|---|---|
| Bottom side of BH (opposite side of hose) | 67.1 °F | 440 ft/min |
| Bottom side of BH (side of hose) | 67.7 °F | 450 ft/min |
| Probe under front | 67.7 °F | 200 ft/min |



# CERTIFICATE OF CALIBRATION AND TESTING

TSI Incorporated, 500 Cardigan Road, Shoreview, MN 55126 USA
Tel: 1-800-874-2811 1-651-490-2811 Fax: 1-651-490-3824 http://www.tsi.com

| ENVIRONMENT CONDITIONS | | | MODEL | | **966** |
|---|---|---|---|---|---|
| TEMPERATURE | 75.7 (24.3) | °F (°C) | | | |
| RELATIVE HUMIDITY | 23 | %RH | SERIAL NUMBER | | **P15380015** |
| BAROMETRIC PRESSURE | 29.06 (984.1) | inHg (hPa) | | | |

☒ AS LEFT     ☒ IN TOLERANCE
☐ AS FOUND     ☐ OUT OF TOLERANCE

## – CALIBRATION VERIFICATION RESULTS –

### TEMPERATURE VERIFICATION — SYSTEM T-101 — Unit: °F ( °C )

| # | STANDARD | MEASURED | ALLOWABLE RANGE | # | STANDARD | MEASURED | ALLOWABLE RANGE |
|---|---|---|---|---|---|---|---|
| 1 | 32.0 (0.0) | 31.8 (−0.1) | 31.5~32.5 (−0.3~0.3) | 2 | 140.0 (60.0) | 139.8 (59.9) | 139.5~140.5 (59.7~60.3) |

### HUMIDITY VERIFICATION — SYSTEM H-102 — Unit: %RH

| # | STANDARD | MEASURED | ALLOWABLE RANGE | # | STANDARD | MEASURED | ALLOWABLE RANGE |
|---|---|---|---|---|---|---|---|
| 1 | 10.0 | 9.3 | 7.0~13.0 | 4 | 70.0 | 67.4 | 67.0~73.0 |
| 2 | 30.0 | 28.2 | 27.0~33.0 | 5 | 90.0 | 87.2 | 87.0~93.0 |
| 3 | 50.0 | 47.9 | 47.0~53.0 | | | | |

### VELOCITY VERIFICATION — SYSTEM V-107 — Unit: ft/min ( m/s )

| # | STANDARD | MEASURED | ALLOWABLE RANGE | # | STANDARD | MEASURED | ALLOWABLE RANGE |
|---|---|---|---|---|---|---|---|
| 1 | 0 (0.00) | 1 (0.01) | −3~3 (−0.02~0.02) | 7 | 657 (3.34) | 650 (3.30) | 637~676 (3.24~3.44) |
| 2 | 35 (0.18) | 36 (0.18) | 32~38 (0.16~0.19) | 8 | 1000 (5.08) | 1005 (5.11) | 970~1030 (4.93~5.23) |
| 3 | 65 (0.33) | 65 (0.33) | 62~68 (0.32~0.35) | 9 | 1484 (7.54) | 1481 (7.52) | 1440~1529 (7.31~7.77) |
| 4 | 100 (0.51) | 100 (0.51) | 97~103 (0.49~0.53) | 10 | 2505 (12.72) | 2509 (12.75) | 2430~2580 (12.34~13.11) |
| 5 | 161 (0.82) | 161 (0.82) | 156~165 (0.79~0.84) | 11 | 4529 (23.01) | 4532 (23.02) | 4393~4665 (22.32~23.70) |
| 6 | 331 (1.68) | 330 (1.67) | 321~341 (1.63~1.73) | 12 | 8007 (40.67) | 8003 (40.65) | 7766~8247 (39.45~41.89) |

*TSI does hereby certify that the above described instrument conforms to the original manufacturer's specification (not applicable to As Found data) and has been calibrated using standards whose accuracies are traceable to the United States National Institute of Standards and Technology (NIST) or has been verified with respect to instrumentation whose accuracy is traceable to NIST, or is derived from accepted values of physical constants. TSI's calibration system is registered to ISO-9001:2015.*

| Measurement Variable | System ID | Last Cal. | Cal. Due | Measurement Variable | System ID | Last Cal. | Cal. Due |
|---|---|---|---|---|---|---|---|
| DC Voltage | E001653 | 10-21-16 | 04-30-18 | Temperature | E001643 | 04-24-17 | 10-31-17 |
| Pressure | E001718 | 04-21-17 | 10-31-17 | Pressure | E002389 | 02-08-17 | 08-31-17 |
| Velocity | E004603 | 09-19-12 | 09-19-17 | Temperature | E003986 | 03-15-17 | 09-30-17 |
| Temperature | E003987 | 03-15-17 | 09-30-17 | Humidity | E003539 | 08-11-16 | 08-11-17 |

CALIBRATED

May 8, 2017

DATE

Doc ID: CERT_GEN_WCC

**Exhibit C:**

**Calculation of potential particle removal between the bottom of a Bair Hugger and the floor which would also be the case when the Bair Hugger is sitting on a cart with a flat top**

Both models of Bair Hugger, 505 and 750/775, are considered.  The highest velocity below a Bair Hugger will be near the entrance to the filter between the bottom of the unit and the floor as this has the minimum cross sectional area and the total air flow rate entering the filter passes through this region.

**Model 505:**

The filter opening on the bottom of the Bair Hugger is circular with an outer diameter of 6.125 in. The minimum distance between the bottom of the unit and the surface it rests on is approximately 5/8 in. The cross sectional area formed by this cylindrical passage is

A = πDH or π x 6.125 in x 0.626 in =  12.03 in$^2$ or 0.0835 ft$^2$.

The air flow rate provided by this model is 27 cfm (cubic ft per minute) so the mean air velocity through the area above becomes

V = 27 ft$^3$/min /(0.0835 ft$^2$) = 323 ft/min or 5.39 ft/sec or 1.64 m/sec.

This is the maximum mean air velocity below the Bair Hugger.

One method to estimate the likelihood of particle removal from a surface is to consider Figure 6.4 from the text <u>Aerosol Technology Properties, Behavior, and Measurement of Airborne Particles</u> by William C. Hinds.  This figure is provided below. The results were obtained by measuring the removal of round glass spheres from a smooth surface by blowing air.  Bacteria and the particles they are attached to are typically not as smooth and round as these glass beads and would be more difficult to remove. The smallest beads shown in the figure are 15.9 microns, larger and easier to remove than bacteria containing particles.  Considering the curve for 15.9 micron sized glass beads, at a velocity of 1.64 m/sec calculated above, the figure indicates that the fraction removed would be very close to zero. The results show that any velocity less than about 30 m/sec would have very little effect on 15.9 micron sized round glass particles. In summary, the results from this figure indicate that bacteria-containing particles less than 15.9 microns in size attached to the floor would not be removed by the maximum velocity provided by a Bair Hugger Model 505.

A more quantitative approach can also be taken by using more recent particle attachment force/removal theory.  The air velocity gradient near a flat surface will allow the drag force on a particle sitting on the surface to be estimated.  Then this force is compared to the attachment forces to determine whether the particle will move. The results of this approach are given below.



**FIGURE 6.4**   Particle reentrainment versus bulk air velocity for four particle sizes. Data from Corn and Stein (1965).

The air velocity gradient near the surface is determined first.  This is a function of the flow regime determined by the Reynolds number. The flow is essentially between two parallel plates (the bottom of the Bair Hugger and the floor). The hydraulic diameter of flow between two parallel plates is equal to twice the plate spacing or 2 x 5/8 in.  in this case. Using air density and dynamic viscosity at a temperature of 70 F and standard sea level pressure the Reynolds number becomes:

$Re_{Dh} = 2 \times \rho \times V \times D/\mu$

$= 2 \times 0.07493 \text{ lbm/ft}^3 \times 323 \text{ ft/min} \times 0.625 \text{ in./}(0.044 \text{ lbm/ft hr}) \times (1 \text{ ft/12 in.}) \times (60 \text{ min/hr})$

$= 3.44 \times 10^3$

This indicates that the flow is in the transition regime between laminar and turbulent flow so both will be considered to determine which has the higher velocity shear rate near the floor and the most likely to remove attached particles.

For laminar flow, the velocity gradient at the floor is determined by

$dv/dy = 3 \times V/h$

where V is the mean velocity and h is one-half the distance between the two surfaces,

$dv/dy = 3 \times [(5.39 \text{ ft/sec})/(0.625 \text{ in}/2)] \times (12 \text{ in/ft}) = 621/\text{sec}$

Any length dimension can be used with this such as 621 ft/sec/ft or 621 micron/sec/micron. The velocity gradient for turbulent flow was also determined (94/sec) which is less than the laminar value (621/sec) so the laminar value is used in subsequent calculations. This ratio is counterintuitive but can occur in the transition regime as discussed by White.

The drag force on a particle attached to a surface is determined using the velocity at the particle mid-height so for a 10 micron particle the velocity is computed at a distance of 5 microns from the surface.

$V_{5\mu m}$ = 5 μm x 621 μm/sec/μm = 3105 μm/sec = 3.11 x $10^{-3}$ m/sec = 0.0102 ft/sec = 0.12 in/sec

The Reynolds number for this velocity acting on a 10 micron particle becomes 2.1 x $10^{-3}$.

The figure below was provided by Zoeteweij et al. who considered the threshold for spherical particle removal from surfaces by fluid drag forces. The figure shows the particle Reynolds number on the vertical axis and the particle diameter in microns on the horizontal axis. The red line can be interpreted as the particle drag force or removal force, the blue curve the adhesion force for spherical steel particles on a steel surface and the green curve as polystyrene latex (PSL) spherical particles on a PSL surface. When the red line is higher than one of the other curves, the particles can be moved by rotation or rolling, the first step in removal. When the red line is below, the particles do not move and remain attached to the surface. In the present case, the Reynolds number for 10 micron-sized particles was calculated to be 2.1 x $10^{-3}$. For particles of this size, the Reynolds number would have to be approximately 0.1 before spherical steel



particles would begin to rotate and approximately 1.0 before PSL particles would be moved.  As bacteria particles themselves and those attached to other particles are not spheres and are more difficult to move on a surface than the steel and PSL spheres shown here, the curve indicating their initial movement would be higher on the graph than the green line for the PSL spheres. In summary, the velocity below a Bair Hugger model 505 and the floor it is resting on is much less than what would be required to remove 10 micron-sized particles from the floor.
The air velocity would have to be increased by a factor of at least 5000.

**Model 750:**

Similar calculations have been made for the Model 750 unit.  The maximum velocity between the unit and the floor was determined to be approximately 8.6 ft/sec or 516 ft/min.  Although the maximum velocity measured between the bottom of a model 750 Bair Hugger and the top of a cart was 450 ft/min as shown in Exhibit B, the value of 516 will be used here as a conservative value.  This results in a Reynolds number of $5.9 \times 10^3$.  As this is in the turbulent flow regime, the turbulent friction factor was used to estimate the velocity gradient at the floor which was found to be 200/sec. The Reynolds number for a 10 micron-sized particle becomes $6.7 \times 10^{-4}$ which is below the horizontal axis of the figure shown above from Zoeteweij et al.

In summary, the Bair Hugger Model 750 and its very similar unit, Model 775, are not capable of removing spherical particles of 10 microns or less from the floor.  Bacteria would be more difficult to remove because they are not perfect spheres and have increased contact area between them and the surface.  This results in higher adhesion forces than for spherical particles.  They are also less likely to begin to rotate at the same air velocity as spherical particles; that also increases the velocity necessary to remove them. An air velocity of at least 5000 times larger than provided by a Bair Hugger would be required to remove bacteria particles from the floor.

**References**

Fluid Mechanics, Frank M. White, 7th ed., Mc Graw Hill, New York, 2011.

Aerosol Technology, Properties, Behavior, and Measurement of Airborne Particles, William C. Hinds, 2nd ed., John Wiley &Sons, New York, 1999.

M. L. Zoeteweij, J. C. J. van der Donck, and R. Versluis, (2009), Particle Removal in Linear Shear Flow: Model Prediction and Experimental Validation, J. of Adhesion Science and Technology, 23, 899-911.

Chuen-Jinn Tsai, David Y. H. Pui & Benjamin Y. H. Liu (1991) Elastic Flattening and Particle Adhesion, Aerosol Science and Technology, 15:4, 239-255.

**Exhibit D**

Calculation of the Effect of Thermal Buoyancy on the Motion of Warm Air Leaving the Bair Hugger Blanket:

The measurements in Exhibit B show that the temperature of the air leaving the bottom of the blanket at both sides is approximately 72 F when a Bair Hugger Model 750 is turned on and set at 43 C (109 F) and the background air in the room is approximately 66 F.  This is approximately the design temperature of the air that leaves an OR through the return grilles located near the floor (68 to 74 F, Reference 1). No significant thermal buoyancy is expected as the surrounding air temperature should be very similar.

Velocity and temperature measurements made near the rear of the blanket showed an air temperature of approximately 75 F and an air velocity of approximately 110 ft/min. The effect of thermal buoyancy on an air jet such as this can be estimated by determining the Archimedes number, Ar.  This is a dimensionless ratio of the buoyant force divided by the momentum force often given the ratio $Gr/Re^2$ where Gr represents the Grashof number for thermal buoyancy and Re represents the Reynolds number for forced flow. Reference 2 indicates that when Ar is nearly equal to 1, the buoyant and forced flow effects are nearly equal. When the value is much less than 1.0, buoyancy is not important and the forced flow dominates. The 2013 ASHRAE Handbook of Fundamentals, Ch 20 (reference 3) shows that Ar can be written as:

$Ar = g \, L \, \Delta T/(T_{amb} \, V^2)$

Where

g = acceleration of gravity

L = a length scale, in this case the width of the jet

$\Delta t$ = temperature difference between the jet and ambient

$T_{amb}$ = the mean absolute temperature of the jet and its surroundings

V = the jet velocity

 Inserting measured values using a length of 1 inch for the width of the jet that was measured near the edge of the blanket:

$Ar = (32.2 \text{ ft/sec}^2) \; (1 \text{ in.}) \; (75 - 66 \text{ F})/((460 + 70)R \; (110 \text{ ft/min})^2) \times (1 \text{ ft/ 12 in.}) \times (3600 \text{ sec}^2/\text{min}^2)$

Ar = 0.014

This shows that the thermal buoyant force is insignificant compared to the momentum force of the jet and that the buoyant force will not dominate the direction of the warm air leaving the blanket.

References:

1. HVAC Design Manual for Hospitals and Clinics, 2nd ed., 2013, Section 8.3.
2. Heat Transfer A Basic Approach, by M. Necati Ozisik, McGraw-Hill, 1985, p. 460.
3. ASHRAE Handbook of Fundamentals 2013, Ch. 20.

**Exhibit E – Thomas Kuehn**

**Materials Considered**

Plaintiffs' Expert Report of Michael W. Buck

Plaintiffs' Expert Report of Yadin David

Plaintiffs' Expert Report of Said Elghobashi

Plaintiffs' Expert Report of William Jarvis

Plaintiffs' Expert Report of Dan Koenigshofer

Plaintiffs' Expert Report of Dr. Johathan M. Samet

Plaintiffs' Expert Report of Dr. Michael J. Stonnington

3M 750, 4640927, I-52 #1 to #5_wt

3M750, 4640927, I52 #6 to #10_wt

3M.053.EDATA05

3M report RD-Test-PW-05-286536, dated 8/25/2016, by Winston Tan

8/18/2008- 3MBH00981227 (3M.029.005.000269)

ASHRAE- 2015 Handbook, Chapter 8- Health Care Facilities

ASHRAE Handbook of Fundamentals 2013, Ch. 20.

ASHRAE Final Operating Room 508

ASHRAE Standard 52.2 (2017)

ASHRAE D-90550 HVAC Design Manual for Hospitals and Clinics, 2nd ed.

Deposition transcript of Dr. Robert Crowder

Deposition transcript of Karl Zgoda

Deposition Exhibit 176- 3MBH00022877Kowalski, W. J., W. P. Bahnfleth, T. S. Whittam (1999). "Filtration of Airborne Microorganisms: Modeling and Prediction." ASHRAE Transactions 105(2), 4-17, Table 1.

Chuen-Jinn Tsai, David Y. H. Pui & Benjamin Y. H. Liu (1991) Elastic Flattening and Particle Adhesion, Aerosol Science and Technology, 15:4, 239-255

Galson and Goddard, ASHRAE, 1968

M. L. Zoeteweij, J. C. J. van der Donck, and R. Versluis, (2009), Particle Removal in Linear Shear Flow: Model Prediction and Experimental Validation, J. of Adhesion Science and Technology, 23, 899-911.

Jonathan Johnsson et al., *Laser-induced incandescence* (LII) (Nov. 11, 2006), available at http://www.forbrf.lth.se/english/research/measurement-methods/laser-induced-incandescence-lii/

Franz Huber et at., Particle Measurement (2015), available at http://www.ltt.uni-erlangen.de/en/research/particle-measurement/

Mechanisms of Filtration For High Efficiency Fibrous Filters, available at http://www.tsi.com/uploadedFiles/_Site_Root/Products/Literature/Application_Notes/ITI-041.pdf

Presep Glass Prefilters, Supply My Lab, available at http://www.supplymylab.com/Supplies/Filter-Paper/_/PRESEP-GLASS-PREFILTERS?q=1215551&gclid=CLaC2YDBmNQCFQkIaQod3DMP7A

Fluid Mechanics, Frank M. White, 7th ed., Mc Graw Hill, New York, 2011.

Aerosol Technology, Properties, Behavior, and Measurement of Airborne Particles, William C. Hinds, 2nd ed., John Wiley &Sons, New York, 1999.

Heat Transfer A Basic Approach, by M. Necati Ozisik, McGraw-Hill, 1985, p. 460.

Albrecht, Mark, Robert Gauthier, and David Leaper. "Forced-Air Warming: A Source of Airborne Contamination in the Operating Room?" Orthopedic Reviews 1.2 (2009): e28. PMC. Web. 1 June 2017.

Albrecht M, Gauthier RL, Belani K, Litchy M, Leaper D. Forced-air warming blowers: an evaluation of filtration adequacy and airborne contamination emissions in the operating room. *Am J Infect Control* 2011;39:321–328.

Reed M, Kimberger O, McGovern PD, Albrecht MC. *Forced Air Warming Design: Evaluation of Intake Filtration, Internal Microbial Buildup, and Airborne-Contamination Emissions*, AANA Journal, AANA J. 2013 Aug; 81(4):275-80.