UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MDL No.  15-2666 (JNE/FLN)

In re Bair Hugger Forced Air Warming
Products Liability Litigation

**STATEMENT INSTEAD OF REDACTED DOCUMENTS**

This Document Relates to All Actions

I certify that Plaintiffs have filed Plaintiffs' Opposition To Defendants' Motion To Exclude Plaintiffs Engineering Experts.

The following Exhibits and/or deposition excerpts have been marked "Confidential" under the Protective Order, and redaction is impracticable:

1. Exhibit 3 is a copy of 3M internal document bearing bates range 3MBH00982867-85.

2. Exhibit 29 is 3M internal document bearing bates range 3MBH00042553.

3. Exhibit 45 is 3M internal document bearing bates number 3MBH00047858.

4. Exhibit 47 is 3M internal document bearing bates range 3MBH00544754.

Plaintiffs file this Statement Instead of Redacted Documents pursuant to L.R. 5.6(d)(1)(A)(ii).

Respectfully submitted,

Dated: October 3, 2017         MESHBESHER & SPENCE LTD.

/s/ Genevieve M. Zimmerman
Genevieve M. Zimmerman (MN #330292)
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
Email: gzimmerman@meshbesher.com

**Plaintiffs Co-Lead Counsel**

1