# EXHIBIT DX1

TO DECLARATION OF PETER J. GOSS IN
SUPPORT OF DEFENDANTS' OPPOSITION TO
PLAINTIFFS' MOTION TO EXCLUDE THE
OPINIONS AND TESTIMONY OF
DR. MICHAEL A. MONT

Expert Report of Dr. Michael A. Mont
*In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*

June 1, 2017

Corey L. Gordon, Esquire
Blackwell Burke P.A.
431 So. 7th St. Suite 2500
Minneapolis, Minnesota 55415

Re:   **Bair Hugger Forced Air Warming
      Products Liability Litigation**

Dear Mr. Gordon:

At your request, I have prepared this summary of the expert opinions on the issue of

general causation I plan to offer in the Bair Hugger multidistrict litigation in federal court in

Minnesota.

References and reliance materials upon which I base my opinion are listed in Exhibit A,

attached hereto.  In addition, I rely upon my background, training, experience and research.  My

CV, including a list of publications, is attached hereto as Exhibit B.  I am being compensated at

the rate of $500 per hour for my preparation of this report and testimony.  A list of cases in

which I have testified as an expert witness is attached hereto as Exhibit C.


## MY BACKGROUND

I am an orthopaedic surgeon, board certified by the American Academy of Orthopaedic

Surgeons (AAOS).  I received my medical degree from the University of Pennsylvania in 1984.

From 1984 to 1989, I did a research fellowship, followed by an internship, and then an

orthopaedic residency at the Mt. Sinai Medical Center, Department of Orthopaedics, in New

York City.  From 1989 to 1990, I completed a one-year fellowship in lower extremity joint

reconstruction at the Johns Hopkins University Medical Institutions, Department of Orthopaedics

in Baltimore, Maryland.  Following this, I stayed on the full-time orthopaedic faculty at Hopkins from 1990 to 2000 as an Assistant and then as an Associate Professor of Orthopaedic Surgery. In 2000, I co-founded the Rubin Institute for Advanced Orthopedics at Sinai Hospital of Baltimore and became the Director of the Center for Joint Preservation and Replacement.  I held this position through June of 2017 and had become an Adjunct Associate Professor of Orthopaedic Surgery at Hopkins.  As of July 2017, I assumed my present position as Chairman of Orthopaedic Surgery at the Cleveland Clinic, Cleveland, Ohio.

I routinely take care of lower extremity joint arthroplasty patients.  I have performed during my professional career over 500 to 700 joint replacement surgeries per year for a total of over 15,000 since 1990.  I have typically seen over 6,000 patients per year with approximately half of them being related to knee arthroplasties (although with duties as Chairman this past year my clinical activity has been reduced).

I have been course director of many local, national, and international meetings that deal with hip and knee replacement surgery.  Through these meetings, and my training and experience, I know the standard of care for treating patients with multiple medical and surgical issues, including known complications from surgical procedures such as periprosthetic infections (PJIs). This knowledge is garnered not only from my fellow panelists, but also from general orthopaedists in the audience when we go over case reports of patients who have similar issues to the ones presented in this litigation.

I am a member of the American Association of Hip and Knee Surgeons (AAHKS), the Hip Society, the Knee Society, and the International Hip Society.  I am on the editorial board of over ten different journals including being the Associate Editor of the *Journal of Arthroplasty*.  I have received numerous grants related to knee and hip arthroplasty (greater than 100).

Concerning the topic of lower extremity joint arthroplasty, I have close to 700 peer-reviewed PubMed publications.  Many of these are related to the topic of periprosthetic infections.

## OPINIONS

**The major source of periprosthetic joint infections (PJIs) is the patient's own skin.**

It is well-established that the major source of bacteria causing PJIs is the patient's own body, particularly the skin.  This is why so many of the preventative efforts in the operating room are directed in this arena.  Bacteria exist everywhere on the human body -- in our skin, our gut, etc.-- it is commonly believed that bacteria outnumber the cells in our body by as much as 10 to 1.

A brief discussion about prevention of PJIs is in order to put the above statement into appropriate context as well as to understand a number of points that will be made later on in this report.  The factors that are can cause PJIs involve the host and the environment. Host factors include, but are not limited to, smoking, alcoholism, uncontrolled diabetes, renal failure, rheumatoid arthritis, history of infections, and malnutrition, among others.  Some of these are modifiable or optimizable before surgery and some are not.  These host factors can have an enormous impact on the patient's own bacterial bioburden, as well as the patient's ability to resist infection from endogenous bacteria (bacteria that come from the patient).  These host factors can also diminish the ability of the patient to avoid infection from exogenous sources of bacteria (external to the patient) as well.  As discussed herein, exogenous sources of bacteria are responsible for a small minority of PJIs.

Preoperative strategies to reduce the risk of PJIs include skin cleansing (bacterial decolonization), and prophylactic antibiotics.  Intra-operative strategies include hair clipping (not shaving), skin preparation, surgeon and staff preparation, gloving and gowning, draping, antibiotics in the cement, blood conservation, and overall surgical techniques, including copious wound irrigation.

3

The operating room environment has a multitude of sources of potential contamination. This should be minimized, as much as possible, by not prolonging surgeries unnecessarily to minimize further skin or wound contamination, minimizing operating room traffic, and being careful about contamination of necessary equipment, e.g. suction tips, blades, saws, light handles, etc. Post-operatively antibiotics are often given and appropriate wound aftercare is administered. Patients may need prophylactic antibiotics before certain medical, dental and/or surgical procedures.

I have conducted substantial research concerning the prevention of PJIs with skin preparations, most notably chlorhexidine. We have shown that advance skin preparation can reduce the incidence of PJIs by 60-70 % or greater. The following is a partial list of my publications in this important arena for infection prevention:

1. Chlorhexidine reduces infections in knee arthroplasty.Johnson AJ, Kapadia BH, Daley JA, Molina CB, Mont MA.   J Knee Surg. 2013 Jun;26(3):213-8.

2. Economic evaluation of chlorhexidine cloths on healthcare costs due to surgical site infections following total knee arthroplasty.  Kapadia BH, Johnson AJ, Issa K, Mont MA.
J Arthroplasty. 2013 Aug;28(7):1061-5.

3. Pre-admission cutaneous chlorhexidine preparation reduces surgical site infections in total hip arthroplasty.  Kapadia BH, Johnson AJ, Daley JA, Issa K, Mont MA.
J Arthroplasty. 2013 Mar;28(3):490-3.

4. Does Preadmission Cutaneous Chlorhexidine Preparation Reduce Surgical Site Infections After Total Knee Arthroplasty?  Kapadia BH, Zhou PL, Jauregui JJ, Mont MA.
Clin Orthop Relat Res. 2016 Jul;474(7):1592-8.

5. Preoperative skin disinfection methodologies for reducing prosthetic joint infections.
Banerjee S, Kapadia BH, Mont MA.   J Knee Surg. 2014 Aug;27(4):283-8.

6. Does Preadmission Cutaneous Chlorhexidine Preparation Reduce Surgical Site Infections After Total Hip Arthroplasty?  Kapadia BH, Jauregui JJ, Murray DP, Mont MA.
Clin Orthop Relat Res. 2016 Jul;474(7):1583-8.

7. Preoperative chlorhexidine preparation and the incidence of surgical site infections after hip arthroplasty.   Johnson AJ, Daley JA, Zywiel MG, Delanois RE, Mont MA.
J Arthroplasty. 2010 Sep;25(6 Suppl):98-102

8. Patient Compliance with Preoperative Disinfection Protocols for Lower Extremity Total Joint Arthroplasty.  Kapadia BH, Cherian JJ, Issa K, Jagannathan S, Daley JA, Mont MA. Surg Technol Int. 2015 May;26:351-4.

9. Advance pre-operative chlorhexidine reduces the incidence of surgical site infections in knee arthroplasty.  Zywiel MG, Daley JA, Delanois RE, Naziri Q, Johnson AJ, Mont MA. Int Orthop. 2011 Jul;35(7):1001-6.

10. A Randomized, Clinical Trial of Preadmission Chlorhexidine Skin Preparation for Lower Extremity Total Joint Arthroplasty.  Kapadia BH, Elmallah RK, Mont MA. J Arthroplasty. 2016 Dec;31(12):2856-2861

11. Effectiveness of various hospital-based solutions against community- acquired methicillin-resistant Staphylococcus aureus.  Perona PJ, Johnson AJ, Perona JP, Issa K, Kapadia BH, Bonutti PM, Mont MA.   J Long Term Eff Med Implants. 2013;23(1):23-9.

Therefore, one can already begin to appreciate the importance of skin decontamination in the prevention of PJIs.  The majority of PJIs occurring within 1 year of surgery are initiated through the introduction of microorganisms at the time of surgery through the skin. In fact, the most common causative bacterial organisms, Staphylococcal species, are common skin flora.

The impact of ventilation in operating rooms in the control of infections has been the subject of a great deal of research.  There was a time when it was commonly thought that airborne contamination of the operating surgical wound was a major source of infection.  Thus, strategies were developed to make the air of ORs, especially those used for joint arthroplasties, as clean as possible.  This led to such therapies as the use of laminar flow, systems that blow high velocity HEPA-filtered air around the OR table, as well as "space suits" to exhaust air from the surgical staff outside the surgical field.  Recent studies have shown these strategies may be ineffective and indeed potentially harmful.  In the United States, the current standard for ORs calls for maintaining positive pressure with at least a minimum number of air exchanges per hour.  In addition, filtered air enters the OR generally from the ceiling in a downward manner and is exhausted out the sides of the OR.  The levels of filtration and the specifics of the HVAC standards are established by ASHRAE, the American Society of Heating, Refrigerating and Air

Conditioning Engineers.  It is my understanding that details concerning OR ventilation and filtration, as well as ASHRAE Standards, are being addressed by other experts.  For purposes of my opinions from the standpoint of an orthopaedic surgeon, it is clear that: a) airborne transmission of bacteria plays a very minor role in the formation of PJIs; b) use of such strategies as laminar flow and "space suits" have not proven to be effective at reducing PJIs and, in fact, appear to increase the risk of PJIs; and c) the standard ventilation system in the ORs in the U.S. is turbulent, not laminar. Experiments, cited by Plaintiffs' experts, are inappropriately being used to imply that use of the Bair Hugger disrupts turbulent air flow systems. However, turbulent air systems are not sensitive to airflow disruption in the manner purportedly demonstrated in these experiments involving laminar flow. Therefore, these experiments are irrelevant to the issue of whether the Bair Hugger can cause or increase the risk of PJIs.

A related issue raised by plaintiffs is the number of bacteria necessary to cause a deep periprosthetic joint infection.  It is likely that the number of bacteria necessary to inoculate a joint implant sufficient to cause a PJI is less than for a superficial infection, but certainly far more than 1 as has been argued by Plaintiffs' experts.  An important factor is the presence of foreign material (prosthesis) that does not have a blood supply, and the fact that the host may be less able to ward off an infection as well as it can for the skin where there is a blood supply and more host immune mechanisms present.  However, despite this, large numbers of bacteria are still needed for an infection.  For example, close to 100 colony forming units (CFUs) of *S. aureus* are necessary to establish infection if inoculated at the time of a hip hemiarthroplasty in a rabbit model, compared with $10^4$ when no implant is placed.  This difference is explained by biofilm formation in the case of the foreign body (Southwood RT, Rice JL, McDonald PJ, Hakendorf PH, Rozenbilds MA. 1985. Infection in experimental hip arthroplasties. J. Bone Joint Surg. Br. 67:229–231).   To further answer this question, it is important to understand that

6

bacteria must reproduce in sufficient numbers to overwhelm the host immune response.  The metric to describe this is the Infectious Dose or ID50 for that bacteria, which is the number of bacteria required to cause an infection in 50% of exposed hosts. The number of bacteria needed to cause an infection also depends on the host.  Patients with normal immune systems are more difficult to infect than immunocompromised patients. The ID50 for most bacterial organisms that cause SSIs and PJIs can range from $10^3$ and $10^6$, and often greater (millions of cells).

While animal models and biologic plausibility do suggest that the amount of bacteria necessary to cause a PJI is less than that needed to cause an SSI, there are no studies that suggest that the number is as low as 1 or 2 CFUs.  The animal model noted above that showed inoculation with 100 CFUs is the lowest number in any animal study.  There is no evidence to suggest the idea that fewer CFUs could cause PJIs in humans, and it is likely higher than that.

**Particles are not the same as bacteria.**  Only a small minority of particles carry bacteria and many bacteria may not be viable (alive) when they actually come in contact with the host. Particles, which can be easily measured in real time (as opposed to bacteria, which require sampling and culturing), are commonly used as a surrogate to get a crude "snapshot" of what might be the bioburden in an OR.  If particle counts are low, that is an indicator that viable bacterial counts are also low.  If particle counts are high, that <u>may</u> suggest that the bacterial burden could also be high, but that is not necessarily the case.  Studies have demonstrated that particles are, in general, a poor-to-mediocre surrogate for bacterial measurements.

Plaintiffs' experts rely on experiments conducted by employees and agents of the maker of a competitive warming device that purport to show that use of the Bair Hugger can increase particle counts.   In the absence of any other information, these findings would warrant further investigation to see if the demonstrated increase in particle counts correlates with an increase in bacteria.  However, there are now <u>nine</u> published studies that have examined that question and

found no increase in bacteria from Bair Hugger use.  In addition, researchers connected to the maker of the competitive warming device tried on at least seven occasions to demonstrate that use of the Bair Hugger increased <u>bacteria</u>.  These efforts were also unsuccessful and, importantly, were never published.  These same researchers published the results of their experiments showing increases in particle counts - the implication of these particle studies was that the increased particles correlated with increased bacteria, which these researchers already knew was not the case (and failed to disclose).  Plaintiffs' experts rely on the assertion that particles are a valid surrogate for bacteria <u>generally</u> (which, as discussed above, is itself an inaccurate proposition) and then make the unsupported assumption that, because a handful of experiments demonstrated that the Bair Hugger could, under certain experimental conditions, increase particle counts, then it must also be increasing bacteria.  Plaintiffs' experts make this leap without regard to the weakness in the claim that particles can be a valid surrogate for bacteria <u>in general</u>, and without regard to the 16 consistent studies that demonstrate that the Bair Hugger device, regardless of its impact on particle counts, does <u>not</u> increase the bacterial bioburden.  Bacteria cause PJIs, not particles.  Plaintiffs' efforts to take the weak and controversial evidence that particles may be used as surrogates for bacteria, combine that with limited experimental evidence that the Bair Hugger may increase particles, and then conclude that the Bair Hugger does in fact increase <u>bacteria</u>, in the face of at least 16 studies to show that it does <u>not</u>, is pure sophistry and does not comport with valid scientific methodology.

The multiple studies that show no increase in bacteria with the Bair Hugger device include 9 published and 7 non-published.  The following 7 non-published studies are confirmed by resources connected to Dr. Augustine, the maker of a competitive warming device: 1) an effort by McGovern and Reed to culture bacteria; 2) an effort by Legg to culture bacteria; and 3)

8

five attempts by Albrecht, working for Augustine, to culture bacteria. None were successful and none were published.

The published studies that have looked for and failed to find an increased bacterial bioburden associated with Bair Hugger include the following:

Hall poster 1991
Zink 1993
Dirkes 1994
Avidan 1997
Tumia 2002
Huang 2003
Moretti 2009
Occhipinti 2013
Oguz 2017

**Many things in the operating room impact airflow.**  It was claimed by Plaintiffs' experts that the Bair Hugger can impact airflow in the operating room.  In my opinion, even if this was the case, it would be infinitesimal in comparison to so many other sources of airflow generation in the operating room, which include:

1. Surgeon traffic - he or she is performing the procedure and creating continual air-currents directly at the operative site

2. Surgical assistants - the same can be said for the 1 to 3 assistants helping in any lower extremity arthroplasty procedure

3. Nurse or Surgical techs - handing instruments and other measures to help with the procedure

4. Circulating nurses - handing out instruments, prostheses, etc.

5. Other members of operating room team - anesthesiologists, others that enter room, delivering of blood, etc.

6. Doors opening and shutting creating wind currents

7. Moving of lights and other equipment directly creates waves or currents by individual (surgeon or team), as well as the specific object moving

8. Many pieces of equipment in the OR generate air currents, including those that have cooling fans.

9

The airflow generated by the Bair Hugger, as it emerges from the multiple perforations in the warming blanket, is very gentle. Moreover, the Bair Hugger is placed such that the air blows directly on the patient, underneath multiple drapes, and any airflow that emerges from under the drapes is so low in velocity that it has no impact on the air currents in an OR.  This is especially true when one considers all of the other sources of air movement during surgery.

In summary, any current created by the Bair Hugger would be negligible compared to these other sources, and therefore, should be considered non-existent.

**There are many sources of heat generation in the operating room that are far in excess of any heat generated from the Bair Hugger device.**  For example, 4 people involved in the operating room, as well as being much closer to the operative site than a Forced Air Warmer, generate much more heat than the Forced Air Warmer, and there are many more heat sources closer to the field.  Heat from the Forced Air Warmer is further away from the field and would be dissipated by approximately the inverse square $(1/r^2)$ of the distance, so once again, it would have negligible to no effect.

The many sources of heat in the operating room of lower extremity joint arthroplasties include:

1. Saw blades on bone - with the bone generating heat

2. Batteries that power the saw blades as they are used

3. Many surgeons use hooded gowns with battery packs (space suits), and air is blown inside these suits

4. General overhead lights in any operating room

5. Focused overhead lights directly at field (usually 2 of them)

6. Ancillary hooded lights that many surgeons wear (and the light generating unit)

7. All personnel in operating room, including:

   a. Patient

10

    b.  Operating surgeon and direct assistants (often 2 to 4)
    c.  Anesthesiology team-often 2
    d.  Circulating nurses, preparation help, assistants (often 2)

8. Machine to process fluid irrigation fluids - vacuum canisters and more substantial canisters used nowadays that generate much heat

9. Often other power sources for special blades used in some surgeries (more often revisions) for burring bone, cement, etc - Anspach/Midas Rex devices generate a tremendous amount of heat

10. Standard electrocautery devices

11. Ancillary cautery devices - Plasmablade, Aquamantis, Canady, and others

12. Various ancillary devices in the operating room by anesthesiologist, e.g. defibrillator, computer, their monitor, etc; their anesthesia machine is a source of heat

Finally, the Forced Air Warmer, which is away from the operative field, and has a negligible effect compared to many of the devices or other sources of heat generation mentioned above. See Exhibit D attached hereto.

**HEPA filters do not reduce the bacteria that cause surgical site infections.** Plaintiffs argue that the Bair Hugger is defective because it fails to use a HEPA filter and, as a result, the Bair Hugger causes more PJIs than if it had a HEPA filter. This opinion is contradicted by both the microbiology and a recent study demonstrating that a HEPA filter does not reduce PJIs.

A HEPA filter, or high efficiency particle arresting filter, is designed to capture 99.97% of particles the size of .3 microns, which is considered the most penetrating particle size, or MPPS. Particles larger and smaller than .3 microns are captured at a higher rate. Bacteria that cause PJIs are actually much larger than .3 microns. An individual bacterium of the kinds that cause PJIs typically ranges from .7 to 1.2 microns, and these bacteria generally travel in clusters (thus increasing their size) and, if traveling by airborne route, generally travel on fomites that are even larger.

Thus, the HEPA's high capture rate of .3 microns particles is not a relevant consideration for bacteria. The question is what is adequate to capture PJI-causing bacteria? ASHRAE standards call for OR ventilation systems to have filters with a MERV rating of 14 for general surgery. A MERV-14 filter is highly efficient at capturing PJI-causing bacteria. Note: the ASHRAE standards are applicable to the ventilation system, not pieces of equipment used in OR, virtually none of which have filters of any kind.

The Bair Hugger, in fact, has a filter that is rated MERV-14, and if the Bair Hugger were a ventilation system, it would meet ASHRAE standards. The fact that it has its own MERV-14 is, in effect, icing on the cake in that it is filtering air that has already been filtered through the hospital's HVAC system. Because the air from the Bair Hugger is so far removed from the surgical site, as discussed above, it is questionable whether it needs a filter at all. Nevertheless, the MERV-14 filter incorporated in the Bair Hugger is far more than adequate to capture PJI-producing bacteria. A recent study conducted by colleagues of mine at the Cleveland Clinic has, in fact, demonstrated that a HEPA filter does not reduce PJIs when incorporated in a forced air device.

At the Cleveland Clinic, approximately 2 years ago, a switch was made from the Bair Hugger device to the Mistral-Air Forced Air Warming System (Stryker, Portage, Michigan). This forced air warming system included a premium HEPA air filtration system. With a hospital system that performs over 4,000 lower extremity joint arthroplasties per year, this afforded a unique opportunity to compare infection rates with both devices. The abstract for the study has been accepted by the MusculoSkeletal Infection Society (MSIS) and will be presented in August of this year at the MSIS annual meeting. A copy of the abstract to be presented at the MSIS meeting is attached hereto as Exhibit E. Because the MSIS requests that abstracts not be publicly disclosed prior to presentation, I have designated this abstract as confidential. This

12

designation will no longer be necessary after the MSIS meeting ends on August 5.  Of note, the study found that there was no statistically significant difference in infection rates between the Bair Hugger with a MERV-14 filter and the Mistral Air with a HEPA filter.  I further note that, with respect to PJIs, the study demonstrated that the infection rate was actually lower with the Bair Hugger than with the Mistral Air, 0.47% vs. 0.77%; however, this difference was not statistically significant (p=0.15).

Based on the foregoing, it is my opinion that a HEPA filter is not necessary for the Bair Hugger, nor would a HEPA filter on the Bair Hugger have any positive impact on PJI rates.  It is my further opinion that the Bair Hugger is not defectively designed as a result of it not having a HEPA filter and that the MERV-14 filter it has is more than adequate for the device. The results show no statistical differences in infection rates between the two devices.  The clear finding of this study is that the HEPA system does not influence infection rates.

**Odds ratio of 3.8 for an infection using the Bair Hugger device in the McGovern, et al. study is fallacious for multiple reasons.** The study by McGovern is cited often in the Plaintiffs' expert reports as proof of the Bair Hugger device leading to increased PJIs (Forced-air warming and ultra-clean ventilation do not mix: an investigation of theatre ventilation, patient warming and joint replacement infection in orthopaedics. J Bone Joint Surg Br. 2011 Nov;93(11):1537-44.  McGovern PD, Albrecht, Belani KG, Nachtsheim C, Partington PF, Carluke I, Reed MR).

The reduction in infection rates shown in the McGovern paper can be explained by the Hawthorne effect, regression to the mean, and most importantly by multiple real confounding factors.  The "Hawthorne effect," operated because an educational program was introduced to the entire staff in an effort to reduce infection rates.  When individuals are simply being observed, they will perform differently — wash hands more often, take more care in what they

do, and engage in other improved forms of "aseptic technique." These actions will invariably lead to reductions in PJI rates. In addition, the high infection rates during the early part of the study period would also most certainly have experienced a regression to the mean and been reduced. However, what is most important to understand is that there were a multitude of not only hypothetical, but <u>real</u> confounding factors that led to the high reported rates of the Bair Hugger device when compared to the conductive fabric device. During some time periods, infection rates were in fact lower for the Bair Hugger. The following will elaborate on these confounding factors:

a.  When one is using a single factor analysis, any conclusions in any report can easily be biased by multiple confounding factors that clearly exist in this report. A multiple regression analysis of variance should have been used for appropriate scientific evidence, and in my opinion, the authors reached erroneous conclusions about the effects of the Bair Hugger device on PJIs. In a true highest level prospective randomized study, one would compare two groups that were matched for as many relevant variables as possible.

b.  The conductive fabric device was not the only change made at the time that the Bair Hugger was discontinued, but rather multiple other practices had been implemented, any or all of which could have influenced infection rates: more surveillance (hiring of two dedicated SSI nurses), better infection-control techniques, lowering operating room traffic (as mentioned in #1 above), footwear changes, change to more effective antibacterial wound dressings, no shaving of surgical sites (increases infection rates when performed), screening for methicillin-susceptible staphylococcus aureus (MSSA), prewarming, and switch to chlorhexidine wound preps.

14

c.  A number of infected cases were counted in the Bair Hugger group before the general surveillance methods had been introduced.  This obviously favored the conductive fabric group in the analysis.

d.  From testimony, infections may have been placed erroneously in the wrong group — erroneously increasing the infection rate for the Bair Hugger group and decreasing the infection rate for the conductive fabric group.

e.  There was a notable switch in deep venous thrombosis (DVT) prophylaxis during the time periods studied. Some agents can cause increased bleeding — more hematomas occurred in this study, and this can lead to infections.  This would have been a major confounding factor in the study and was particularly interesting to me as the primary author of the American guidelines for DVT prophylaxis, as reflected in the following references:

1. Preventing venous thromboembolic disease in patients undergoing elective hip and knee arthroplasty.   Mont MA, Jacobs JJ, Boggio LN, Bozic KJ, Della Valle CJ, Goodman SB, Lewis CG, Yates AJ Jr, Watters WC 3rd, Turkelson CM, Wies JL, Donnelly P, Patel N, Sluka P; AAOS.J Am Acad Orthop Surg. 2011 Dec;19(12):768-76.

2. American Academy of Orthopaedic Surgeons clinical practice guideline on: preventing venous thromboembolic disease in patients undergoing elective hip and knee arthroplasty.  Jacobs JJ, Mont MA, Bozic KJ, Della Valle CJ, Goodman SB, Lewis CG, Yates AC Jr, Boggio LN, Watters WC 3rd, Turkelson CM, Wies JL, Sluka P, Hitchcock K.  J Bone Joint Surg Am. 2012 Apr 18;94(8):746-

3. Preventing venous thromboembolic disease in patients undergoing elective total hip and knee arthroplasty.  Members of 2007 and 2011 AAOS Guideline Development Work Groups on PE/VTED Prophylaxis., Mont M, Jacobs J, Lieberman J, Parvizi J, Lachiewicz P, Johanson N, Watters W.   J Bone Joint Surg Am. 2012 Apr 18;94(8):673-4.

In the Jensen study on the same patient population, published approximately one year before the McGovern et al. report, the infection rate was found to be higher in the short-lived rivaroxaban period.  Although it did not reach statistical significance (5 of 489 patients vs. 14 of 559 patients, 1% vs. 2.5%, p = 0.102), it did prompt a switch.  Statistics

are unimportant here.  The work is underpowered and no hospital would allow 14

infections (almost three times the rate of the other cohort) to not be addressed. Moreover,

it is my understanding that Prof. Holford conducted a re-analysis of the Jensen study

using the same inclusion and endpoint criteria used in McGovern and demonstrated that

there was a statistically significant impact from rivaroxaban.  In fact, it was addressed

when noted before switching back to the previously used drug, and therefore is a major

confounding factor.

f.  Likewise, there was a shift in antibiotic use that certainly could have influenced the

infection rates.  During a 5 months period of Bair Hugger device use compared to 7

months of conductive fabric use with identical antibiotics and DVT prophylaxis, there

were no differences in infection rates.

g.  In addition, another unusual aspect of this study is that there was a significantly greater

infection rate for hips when compared to knees – these should be roughly equal.  This

finding calls into question the infection rates at this institution, and suggests the

possibility of an aberrant hospital-wide or surgeon-specific issue with surgical technique

in hip arthroplasties.  If a single surgeon who performs mostly hip procedures is using

sub-par technique, this could explain the unusual ratio with hip to knee infections

In summary, when parallel patient populations were compared, they were not statistically

different.  This is why for the vast majority of the time period, one is not comparing apples to

apples, but rather apples to so many different factors, which makes conclusions about the Bair

Hugger device from a single observational study completely erroneous.  One could have picked

any one of the 20 other factors that were changed and reached the same conclusions about that

particular factor.

16

**Warming or hypothermia does in fact decrease SSIs and maintenance of normothermia has multiple beneficial effects.**  Strong evidence of SSI reduction for active warming was found by Kurz (1996) and Melling (2001). Since these two seminal studies, warning has become the standard of care and it would not be possible to obtain IRB approval to conduct a randomized study comparing warming to no warming.  Thus, more recent studies have been conducted in other ways and have examined other endpoints as well as infection.  The well-established body of medical literature demonstrates that maintaining normothermia in surgical patients results in many benefits including reduced blood loss, reduced need for blood transfusions, reduced cardiac incidents, reduced anesthesia recovery time and time in PACU, reduced pain and need for pain medication, reduced shivering, increased patient comfort, reduced hospital length of stay, and reduced mortality.  Moreover, studies continue to demonstrate the importance of maintaining normothermia as part of an infection prevention strategy.  As the rates of infection have gone down due to multiple strategies and improved surgical techniques, the ability to demonstrate a significant impact of normothermia on infection rates is more difficult.  Nevertheless, it is well accepted that warming reduces infection rates in all surgical categories including orthopaedics.  Warming remains the standard of care and is recommended by all medical standards groups.

As one recent paper has noted:

Maintenance of normothermia in orthopedic surgery has proven to have broad implications from bench top to bedside.  Normothermia has been shown to impact everything from nitrogen loss and catabolism after hip fracture to injection rates after elective arthroplasty.

Allen & Jacofsky, Normothermia in Arthroplasty, the Journal of Arthroplasty (2012).

**Sterile vs. aseptic concept of the operating room environment:**  The operating room is not a sterile hood for microbiological experiments.  We are simply trying to effectuate a reduction of bacteria which are ever-present. "Dilution is the solution to pollution."  We can't

eliminate every bacteria — the only things sterile are the implants and the instruments — but only briefly.   One cannot sterilize skin, particularly the lower layers.

When one preps the patient for a total knee or hip arthroplasty, there is a tremendous amount of draping that occurs that isolates the wound from the rest of the operating room.  This applies importantly to the anesthesia team, their equipment, and the proximal end of the body, where the Bair Hugger device sits.  This prepping for surgery can be extensively illustrated to show how there can be little to no contamination from objects at the front of the operating room table.  See Exhibit F, attached hereto.

There are a myriad of potential sources of bacteria in the OR.  Besides the patient and the staff, equipment can become contaminated during surgery (e.g., electrocautery tips, drills, other surgical instruments); even with double-gloving, inadvertent nicks of the surgeon's gloves are common, (and often undetected until after surgery); overhead lights, etc.  See Exhibit G, attached hereto.  The goal of aseptic techniques is not the elimination of every single bacterium, an impossible task; rather, it is the reduction of bacteria to the greatest extent possible without compromising the efficacy of the surgery.  Thus, aseptic practices speak in terms of "log reductions" in bacteria counts, not sterilization.  This is an important concept to remember when assessing any theoretical impact that a device such as the Bair Hugger could have on the bacterial burden in the operative field.

**Variations in skill of surgeon or surgical technique can markedly influence infection rates.**  Many surgeons will perform 5 per month vs. 50 to 100.  Also, there can be tremendous variations by institution. This can have a major impact on PJI rates.

## SUMMARY

It is my opinion that the Bair Hugger is not defectively designed. It is safe and effective at maintaining normothermia, which in turn confers a wide range of benefits on the patient,

18

including reduction of infection risk.  Further, use of the Bair Hugger does not cause PJIs nor does it contribute in any way (let alone in a substantial way) to the risk of developing a PJI.

All of the above opinions are held to a reasonable degree of medical certainty.  I reserve the right to supplement this report should I receive any additional information relevant to my opinions.

Sincerely,

Michael A. Mont, M.D.

June 2, 2017

19

<u>**EXHIBIT A – REFERENCES AND MATERIALS CONSIDERED**</u>

**<u>Plaintiffs' Expert Reports</u>**

Plaintiffs' Expert Report of Michael W. Buck

Plaintiffs' Expert Report of Yadin David

Plaintiffs' Expert Report of Said Elghobashi

Plaintiffs' Expert Report of William Jarvis

Plaintiffs' Expert Report of Dan Koenigshofer

Plaintiffs' Expert Report of Dr. Jonathan M. Samet

Plaintiffs' Expert Report of Dr. Michael J. Stonnington

**<u>Defendants' Expert Reports</u>**

Defendants' Expert Report of Theodore R. Holford, Ph.D.

**<u>Depositions and Exhibits</u>**

Scott Augustine deposition (3.31.17)

Mike Reed deposition (12.4.16)

Paul McGovern depositions (1.4.17 & 1.5.17)

Mark Albrecht depositions (10.7.16 & 11.12.17)

David Leaper deposition (12.8.16)

Andrew Hamer deposition (12.4.16)

Andrew Legg deposition (12.1.16)

Robert Gauthier deposition (10.4.16 & 12.15.16)

**Plaintiffs' Studies**

Leaper D et al. Forced-air warming: a source of airborne contamination in the operating room? Orthopedic Rev. 2009;1(2):e28.

Albrecht M, Leaper D et al. Forced-air warming blowers: An evaluation of filtration adequacy and airborne contamination emissions in the operating room. Am J Infect Control 2011; 39:321-8.

McGovern et al. Forced-air warming and ultra-clean ventilation do not mix. J Bone and Joint Surg-Br. 2011; 93(11):1537-1544.

Legg et al. Do forced air patient-warming devices disrupt unidirectional downward airflow? J Bone and Joint Surg-Br. 2012; 94-B:254-6.

Dasari et al. Effect of forced air warming on the performance of operating theatre laminar flow ventilation. Anaesthesia 2012; 67:244-249.

Belani et al. Patient warming excess heat: The effects on orthopedic operating room ventilation performance. Anesthesia & Analgesia 2012 (prepublication on-line) 2013;117(2):406-411.

Legg A, et al. Forced-air patient warming blankets disrupt unidirectional airflow. Bone Joint J. 2013 Mar; 95- B(3):407-10.

Reed M, et al. Forced-air warming design: evaluation of intake filtration, internal microbial buildup, and airborne- contamination emissions. AANA J. 2013 Aug;81(4):275-80).

**Other Articles and Materials (in addition to those specifically cited in my report)**

Alijanipour, Pouya et al. *Operative Environment*. J Orthop Res 32:S60-S280, 2014.

Allen & David J. Jacofsky, Normothermia in Arthroplasty, J. of Arthroplasty (2017).

Allen MW, Jacofsky DJ, Normothermia in Arthroplasty, The Journal of Arthroplasty (2017).

American Society of PeriAnesthesia Nurses. Clinical Guideline for the Prevention of Unplanned Perioperative Hypothermia

A.E. Andersson et al. Traffic flow in the operating room: An explorative and descriptive study on air quality during orthopedic trauma implant surgery. American Journal of Infection Control 40 (2012) 750-5.

ANSI/ASHRAE/ASHE Standard 170-2013, Ventilation of Health Care Facilities.

Association of Surgical Technologists. AST Standards of Practice for Maintenance of Normothermia in the Perioperative Patient (2015)

Austin, et al., Forced-Air Warmers and Surgical Site Infections in Patients Undergoing Knee or Hip Arthroplasty, 35(1) Annual Review of Nursing Research 179 (Jan. 1, 2017).

Avidan, M.S. et al. Convection Warmers- not just hot air. Anaesthesia, 1997, 52, pages 1073-1076.

Berris-Torres, Sandra I. et al. Centers for Disease Control and Prevention guideline for the Prevention of Surgical Site Infection, 2017, JAMA Surg.

Birgand, Gabriel et al. Air contamination for predicting wound contamination in clean surgery: A large multicenter study. American journal of Infection Control (2015) 1-6.

Birgand, Gabriel et al. Influence of Staff Behavior on Infectious Risk in Operating Rooms: What is Evidence? Infection Control & hospital Epidemiology, Volume 36, Issue 1 (2015) 93-106.

Bohl, Michael A. et al. The Barrow Randomized Operating Room Traffic (BRITE) Trial: An Observational Study on the Effect of Operating Room Traffic on Infection Rates. Clinical Neurosurgery, Volume 63, Number 1 (2016).

Borer, Abraham, et al. "Impact of active monitoring of infection control practices on deep sternal infection after open-heart surgery." The Annals of thoracic surgery 72.2 (2001): 515-520.

Brace, Matthew D. et al., "The air that we breathe': assessment of laser and electrosurgical dissection devices on operating theater quality. Journal of Otolaryngology-Head and Neck Surgery 2014, 43:39.

Bradley, Christina et al.Bacterial Dispersal During Orthopaedic Surgery: How Much is Dispersed? NHS Foundation Trust (no date provided).

Brandt, Christian et al. Operating Room Ventilation With Laminar Airflow Shows No Protective Effect on the Surgical Site Infection Rate in Orthopedic and Abdominal Surgery. Annals of Surgery, Volume 248, Number 5, November 2008.

Brimmo, Olubusola et al. Rivaroxaban Use for Thrombosis Prophylaxis is Associated with Early Periprostethic Joint Infection. The Journal of Arthroplasty, Volume 31, Issue 6, June 2016, Pages 1295-1298.

Brous, H. et al. Influence of movements on contaminant transport in an operating room. Journal Compilation (2006).

Brown, et al., Intraoperative Hypothermia and Surgical Site Infections in Patients with Class 1/Clean Wounds: A Case-Control Study, Journal of the American College of Surgeons (2016)
Brown, A.R. et al. Air Contamination During Skin Preparation and Draping in Joint Replacement Surgery. J Bone Joint Surg [Br] 1996; 78-B:92-4

Brown, Michael J. et al. Intraoperative Hypothermia and Surgical Site Infections in Patients with Class 1/Clean Wounds: A Case-Control Study. Journal of the American College of Surgeons. (2016).

Bullock, Matthew W. et al. A Bundle Protocol to Reduce the Incidence of Periprosthetic Joint Infections After Total Joint Arthroplasty: A Single-Center Experience. The Journal of Arthroplasty 32 (2017) 1067-1073.

Camps, S. et al. Wound leakage in the early postoperative phase correlates with surgical site infections following hip and knee arthroplasty, a case control study. Antimicrobial Resistance and Infection Control 2015, 4(Suppl. 1): P69.

Chow T.T. et al. Dynamic simulation on impact of surgeon bending movement on bacteria-carrying particles distribution in operating theater. Building and Environment. Volume 57, November 2012, Pages 68-80.

Chow T.T. et al. The integrated effect of medical lamp position and diffuser discharge velocity on ultra-clean ventilation performance in an operating theater. Indoor and Build environment, August 2006, Vol 15, No. 4 315-331.

Cristina, Maria Luisa et al. Can particulate air sampling predict microbial load in operating theaters for arthroplasty? PLos ONE 7(12) e52809. Doi:10.1371/journal.pone.0052809 (2012).

Crook, et al., Comparison of resistive heating and forced-air warming to prevent inadvertent perioperative hypothermia, Br. J. Anesthes. 2016;116(2):249-254.

Cristina, M., et al., Can particulate air sampling predict microbial load in operating theatres for arthroplasty, PLOS ONE (2012).

Daeschlein, G., et al. "Antimicrobial efficacy of preoperative skin antisepsis and clonal relationship to postantiseptic skin-and-wound flora in patients undergoing clean orthopedic surgery." European Journal of Clinical Microbiology & Infectious Diseases 34.11 (2015): 2265-2273.

Dancer, S.J. et al. Surgical site infections linked to contaminated surgical instruments. Journal of Hospital Infection. 81 (2012) 231-238.

Darouiche, Rabih et al. Chlorhexidine-Alcohol versus Povidone-Iodine for surgical-site antisepsis. N Engl J Med 2010; 362:18-26.

Davis, et al., Intraoperative bacterial contamination in operations for joint replacement, The Journal of Bone & Joint Surgery (1999).

Dirkes, et al., Convection Warming in the Operating Room: Evaluation of Bacterial Spread with Three Filtration Levels, Anesthesiology (1994).

Duke Infection Control Outreach Network, HotDogs, Bair Huggers, and Lawsuits, Oh My! A brief review of the controversy surrounding perioperative warming methods, Infection Prevention News, Vol. 10, No. 11 (2015).

Eckmanns, et al., Compliance with Antiseptic Handrub Use in Intensive Care Units: The Hawthorne Effect, Infection Control and Hospital Epidemiology (2006).

4

Edmiston, Charles E. Preadmission Application of 2% Chlorhexidine Gluconate (CHG): enhancing Patient complaince While Maximizing Skin Surface concentrations. Inrfection control & Hospital Epidemiology, Volume 37, Issue 03, March 2016 pp. 254-259.

ECRI Institute, Forced-Air Warming And Surgical Site Infections, Health Devices (Apr. 2013).

Gastmeier, P. et al. Influence of laminar airflow on prosthetic joint infections: a systematic review. Journal of hospital Infection 81 (2012) 73-78.

Gillson, Implementing Effective SSI Surveillance, The Clinical Services Journal (2014).

Gjolaj, Mark P. et al. Don't Forget to Change the Bair Hugger Filter. Anesthesia, Stanford University Medical School, 2009.

Hall and Teenier, Bair Hugger Warmer Does Not Increase Microbial Contamination in the Operating Room, Poster Presentation, PGA, December 9, 1991.

Hacek, Donna et al. Staphylococcus aureus nasal decolonization in joint replacement surgery reduces infection. Clin Orthop Relat Res (2008) 466:1349-1355.

Hadley, Scott et al. Staphylococcus aureus decolonization protocol decreases surgical sire infections for total joint replacement. Arthritis, Volume 2010, Article ID 294518, 4 (2010).

Hall, A.C et al. Bair Hugger warmer does not increase Microbial Contamination in the operating room., Department of Anesthesiology, University of Texas Southwestern Medical Center,  PGA, December 9, 1991.

Hensman, C. et al. Total radiated power, infrared output, and heat generation by cold light sources at the distal end of endoscopes and fiber optic bundle of light cables. Surg Endosc (1998) 12: 335-337.

Hooper, Vallire et al. ASPAN's Evidence-Based clinical practice guidelines for the promotion or perioperative Normothermia: Second Edition. Journal of PeriAnesthesia Nursing, Vol. 25, No 6 (December), 2010 pp 346-365.

Huang, Joseph KC et al. The Bair Hugger patient warming system in prolonged vascular surgery: an infection risk? Open Access http:/ccforum.com/content/7/3/R13 (2003).

Huang, et al., The Bair Hugger patient warming system in prolonged vascular surgery: an infection risk?, Critical Care (2003).

James, M. et al., Current Evidence for the Use of Laminar Flow in Reducing Infection Rates in Total Joint Arthroplasty (2015).

Jameson, S. et al. Wound Complications Following Rivaroxaban Administration. J Bone Join Aurg Am. ; 94:1554-8 (2012).

Jameson, S. et al. Prevention of Periprosthetic Joint Infection: What Is the Current Evidence? Periprostethic Joint Infections: Changing Paradigms (2016).

5

Jameson, et al., Wound Complications Following Rivaroxaban Administration, A Multicenter Comparison with Low-Molecular-Weight Heparins for Thromboprphylaxis in Lower Limb Arthroplasty, The Journal of Bone and Joint Surgery, Incorporated (2012).

Jensen, et al., Return to theatre following total hip and knee replacement, before and after the introduction of rivaroxaban, A retrospective cohort study, The Journal of Bone & Joint Surgery (2011).

John, M. et al. Comparison of resistive heating and forced-air warming to prevent inadvertent perioperative hypothermia (2016).

John, M. et al. Peri-operative warming devices: Performance and clinical application. Anaesthesia 2014,69, 623-638 (2014).

Johnson, et al., Reducing surgical site infection in arthroplasty of the lower limb, A multi-disciplinary approach, Bone Joint. Res 2013; 2:58-65 (2012).

Jonsson, Eythor  Orn, et al. "Bacterial contamination of the wound during primary total hip and knee replacement: median 13 years of follow-up of 90 replacements." Acta orthopaedica 85.2 (2014): 159-164.

Kellam, Melissa D., Loraine S. Dieckmann, and Paul N. Austin. "Forced-air warming devices and the risk of surgical site infections." AORN journal 98.4 (2013): 353-369.

Kucukdurmaz, F. et al. Domestic electric drills in the service of orthopaedic surgery: a potential and preventable source of surgical site infections (2012).

Kurz, et al., Perioperative normothermia to reduce the incidence of surgical wound infection and shorten hospitalization, (1996).

Landrin, A. Monitoring air sampling in operating theatres: can particle counting replace microbiological sampling?. Journal of Hospital Infection (2005) 61, 27-29.

Leaper, David J. Surgical site infection: poor compliance with guidelines and care bundles. International Wound Journal (2015).

Leeds, Ira L. et al. Does Close Temperature Regulation Affect Surgical Site Infection Rates? Advances in Surgery 48 (2014) 65-76.

Le Manach, Outcomes After Hip Fracture Surgery Compared with Elective Total Hip Replacement, Journal of the American Medical Association (2015).

Leijtens, et al., High Incidence of Postoperative Hypothermia in Total Knee and Total Hip Arthroplasty, A prospective observational study (2012).

Madrid, et al., Active body surface warming systems for preventing complications caused by inadvertent perioperative hypothermia in adults (Review), Cochrane Database of Systematic Reviews. Issue 4. Art. No.: CD009016 (2016).

Makki, et al., A prospective study on the risk of glove finger contamination during draping in joint replacement surgery, Annals of the Royal College of Surgeons (2014).

Melling, Effects of preoperative warming on the incidence of wound infection after clean surgery: a randomized controlled trial, The Lancet (2001).

Memarzadeh, Active warming systems to maintain perioperative normothermia in hip replacement surgery, Letter to the Editor, Journal of Hospital Infection (2010).

Miyazaki, Hiroshi et al., Forced-Air Warmer Did Not Increase the Risk of Contamination Caused by Interference of Clean Airflow, ASA Abstacts (2007).

Moretti, et al., Active warming systems to maintain perioperative normothermia in hip replacement surgery: a therapeutic aid or a vector of infection?, Journal of Hospital Infection (2009).

Murdoch, H. et al., Surface decontamination of surgical instruments: an ongoing dilemma, Journal of Hospital Infection (2006).

Occhipinti, Evaluation of bacterial contamination on surgical drapes following use of the Bair Hugger forced air warming system, Canadian Veterinary Journal (2013).

Parvizi et al., Prevention of Periprosthetic Joint Infection:  New Guidelines, 99-B(4) Bone & Joint J. 3 (Mar. 31, 2017).

Perioperative Nursing Specialists et al., Perioperative standards and recommended practices (2013 Ed.), Association of perioperative registered nurses (2013).

Perfetti, et al., Have Periprosthetic Hip Infection Rates Plateaued?, The Journal of Arthroplasty (2017).

Ramsay Refaie et. al., Prevention of Periprosthetic joint infection, JTO Peer-Reviewed Articles (2015).

Reed, M.R et. al., Infection control in Orthopaedic surgery, The Clinical Services Journal (2011).

Robinson, A. H. N. et. al., Suction tip contamination in the ultraclean-air operating theatre, Annals of the Royal College of Surgeons of England; 75(4): 254–256. (1993).

Sagi, H.C et. al., Compressed-Air power tools in orthopaedic surgery: Exhaust air is a potential source of contamination, Journal of Orthopedic Trauma; Vol. 16, No. 10, pp. 696–700 (2012).

Schweitzer, Daniel et. al., Surgical light handles: a source of contamination in the surgical field, ACTA Orthop Traumatol Turc; 49(4):421–425 (2015).

Scott, et al., Compliance with Surgical Care Improvement Project for Body Temperature Management (SCIP Inf-10) is Associated with Improved Clinical Outcomes, Anesthesiology (2015)

Sessler, Daniel, The Thermoregulation story, Anesthesiology (2013).

Shahi, Bacterial contamination in tips of electrocautery devices during THA, The Journal of Arthroplasty (2015).

Sharp, R.J, Do warming blankets increase bacterial counts in the operating field in a laminar-flow theatre, The Journal of Bone and Joint Surgery (2001).

Shaw, Clarissa A et. al., Effectiveness of active and passive warming for the prevention of inadvertent hypothermia in patients receiving neuraxial anesthesia: A systematic review and meta-analysis of randomized controlled trials, Journal of Clinical Anesthesia (2017).

Shohat, Noam et. al., Prevention of Periprosthetic Joint Infection: Examining the recent guidelines, The Journal of Arthroplasty (2017).

Sikka, Robby S. et. al., Forced air warming devices in Orthopaedics: A focused review of the literature, The Journal of Bone & Joint Surgery (2014).

Smith, Eric et. al., The effect of Laminar air Flow and door openings on operating room contamination, The Journal of Arthroplasty (2013).

Sprowson, A et. al., Changing antibiotic prophylaxis for primary joint arthroplasty affects postoperative complication rates and bacterial spectrum, Science Direct (2012).

Stocks, Gregory W., et al. "Predicting bacterial populations based on airborne particulates: a study performed in nonlaminar flow operating rooms during joint arthroplasty surgery." American journal of infection control 38.3 (2010): 199-204.

Tanner, J. Do surgical care bundles reduce the risk of surgical site infections in patients undergoing colorectal surgery? A systematic review and cohort meta-analysis of 8,515 patients (2015).

Tumia, et al. Convection warmers – a possible source of contamination in laminar airflow operating theatres?, Journal of Hospital Infection (2002).

Weiser, Mitchell C., and Calin S. Moucha. "The current state of screening and decolonization for the prevention of Staphylococcus aureus surgical site infection after total hip and knee arthroplasty." J Bone Joint Surg Am 97.17 (2015): 1449-1458.

Wladyslaw Kowalski, Hospital Airborne Infection Control, CRC Press (2016).

Wood, A. M., et al. "Infection control hazards associated with the use of forced-air warming in operating theatres." Journal of Hospital Infection 88.3 (2014): 132-140.

Vehreschild, Maria JGT, and Oliver A. Cornely. "Fecal Microbiota Transfer 2.0." Journal of Infectious Diseases 214.2 (2016): 169-170.

*(revised July, 2016)*

**CURRICULUM VITAE**
**MICHAEL ALBERT MONT**

**HOME:**

2176 Delaware Drive
Cleveland Hts., OH 44106
410-654-8781

E-Mail:  1) montm@ccf.org

**OFFICE:**

Cleveland Clinic
Orthopaedic Surgery
9500 Euclid Ave.
Cleveland, OH 44195
Desk A-41
(216) 444-2434
(216) 445-6255 (FAX)

**EDUCATION:**

| | |
|---|---|
| 9/72 - 6/76 | **The Bronx High School of Science** <br> Bronx, NY |
| 9/76 - 6/80 | **The Johns Hopkins University** <br> Baltimore, MD (B.A. - Natural Sciences) |
| 9/80 - 5/84 | **University of Pennsylvania School of Medicine** <br> Philadelphia, PA (M.D.) |

**POSTDOCTORAL TRAINING:**

| | |
|---|---|
| 7/84 - 6/85 | Intern in Department of Surgery <br> **The Mount Sinai Medical Center** <br> New York, NY |
| 7/85 - 6/86 | Fellow in Orthopaedic Research <br> Department of Orthopaedics <br> **The Mount Sinai Medical Center** <br> New York, NY |
| 7/86 - 6/90 | Resident in Department of Orthopaedics <br> **The Mount Sinai Medical Center** <br> New York, NY |
| 7/90 - 6/91 | Fellow and Assistant <br> Adult Reconstructive Surgery in <br> Department of Orthopaedic Surgery <br> **The Johns Hopkins University School of <br>    Medicine** <br> The Good Samaritan Hospital <br> Baltimore, MD |

1

**ACADEMIC APPOINTMENTS:**

| | |
|---|---|
| 7/90 | Clinical Assistant<br>Department of Orthopaedic Surgery at<br>**The Johns Hopkins University School of Medicine**<br>Baltimore, MD |
| 8/91 | Assistant Professor<br>Full-Time Staff<br>Department of Orthopaedic Surgery at<br>**The Johns Hopkins University School of Medicine**<br>Baltimore, MD |
| 10/1995-9/2000 | Associate Professor<br>Full-Time Staff<br>Department of Orthopaedic Surgery at<br>**The Johns Hopkins University School of Medicine**<br>Baltimore, MD |
| 9/2010-July 2016 | Associate Professor<br>Part-Time Staff<br>Department of Orthopaedic Surgery at<br>**The Johns Hopkins University School of Medicine**<br>Baltimore, MD |

**HOSPITAL APPOINTMENTS:**

| | |
|---|---|
| 7/91 - 2002 | **The Johns Hopkins Hospital**<br>Department of Orthopaedic Surgery<br>Baltimore, MD |
| 7/91 – 2000 | **The Good Samaritan Hospital**<br>Arthritis Division<br>Baltimore, MD |
| 7/91 - 2002 | **Bayview Medical Center (formerly Francis Scott Key Medical Center)**<br>Baltimore, MD |
| 9/00 – 2016 | **The Sinai Hospital of Baltimore**<br>Director, Center for Joint Preservation & Replacement<br>Director, Rubin Institute for Advanced Orthopedics |

07/16 – present                          **Cleveland Clinic**
                                         Chairman, Department of Orthopaedic Surgery
                                         Cleveland, OH


**CERTIFICATION:**
National Board Medical Examination Part 1          September 1983
National Board Medical Examination Part 2          September 1985
American Academy of Orthopaedic Surgeons           September 1993
Fellow, American Academy of Orthopedic Surgeons    Class of 1995


**LICENSURE:**
New York State, July 1985 (not active)       # 168826-1
Maryland State, July 1990                    # D0040090
Ohio State, July 2016                        # 35.129335


**CLINICAL DUTIES:**
See approximately 4,000 out-patient visits per year
Perform greater than 800-900 surgical procedures per year
(90% hip surgery, knee surgery and osteonecrosis treatment)


**TEACHING AND TRAINEE RECORD: (1990- present)**
- Clinically co-direct four to five orthopaedic residents each 10 week period
- Co-Director of Orthopaedic Journal Club (1992 - 1999)
- Direct weekly resident teaching conference (1992 - 2010)


**Co-direct full-time involvement with:**

- Clinical Fellows in Lower Extremity
  Reconstructive Surgery:
  1991 - Carlos Lavernia, Audrey Tsao, Michael Drakeford
  1992 - Robert Bachner, Vince Yammamoto
  1993 - Kent Boese, Nicholas Alexander
  1994 - Stephen Tankersley
  1995 - Ajoy Sinha, Henri Pierre-Jacques
  1996 - James Wenz, Ronald Delanois, William Lennen
  1997 - David Padden
  1998 - Michael Banks, Aiman Rifai
  1999 - Steve Khan, Mark Rowley
  2000 - Gracia Etienne, Paul Khanuja, Masato Nagao
  2003 - Craig Thomas, Hari Bezwada
  2004 - Zohair Alam
  2006 - Lorenzo Childress
  2007 - Mario Quesada
  2008 - Frank Armocida, Caesar Saenz

3

2009 - Siraj Sayeed, Camilo Guzman, Akhil Sastry

Research Fellows in Joint Reconstruction:
1991 - Sanjog Mathur
1992 - Adrian Fairbank
1993 - Jose Romero
1996 - Ivan Pacheco
1997 - Taek-Rim Yoon
1998 - Chang Woo Lee
1999 - Shariar Saedi
 2000 - Gracia Etienne, Paul Khanuja, Amar Rajadhyaksha
 2002 - Phillip Ragland
2005 - German Marulanda, Thorsten Seyler
2006 - Slif Ulrich
2007 - Mike McGrath
2009 - Michael Zywiel
2010 - Aaron Johnson

 Resident Research Preceptorships:
1991 - Fred Serna
1992 - Mark Perry
1993 - David Cohen
1994 - Jennifer Lindsey
1995 - Mark Urquhart
1997 - Dawn Laporte
1998 - Emmanuel Hostin
1999 - Kyle Low
2000 to present – Numerous residents (approximately 3 to 4 per year from multiple
    orthopaedic residency programs.

Medical Student Research Preceptorships
1990 - Marc Urquhart, Hans Trnka
1991 - Greg Horner, David Solacoff
1992 - Joel Mayerson, Hugh Bassewitz
1993 - Richard Lee, Ivan Tomek, Tarun Mullick
1994 - Dawn Mitzner (Laporte)
1995 - Brian Schafer, Tom Myers, Emanuel Hostin, Andy Chen
1996 - Ramu Poreddy, Vivek Mohan, Mesfin Lemma
1997 - Oren Becher, Sherri Chernitsky, Stephanie Holmes
1998 - Rad Payman, Ben Domb, Keith Baumgartner, Akhil Khanna
1999 - Manesh Bawa, John Hickson, Ngu Bonaventure, Oliver Perez
2000 - Michael Shuler, Jared Foran, Bo Okubadejo
2000 -2001- Amar Rajadhyaksha
2002 to present – Numerous medical students (approximately 5 per year from multiple
    orthopaedic residency programs.

4

**HONORS:**
- New York State Regents Scholarship Finalist           (1975)
- National Merit Finalist                               (1976)

- Westinghouse Science Scholarship,
    Honors Group                                        (1976)
- Biology Congress.  New York Academy of Sciences       (1976)
- Johns Hopkins University with General Honors          (1980)
- Pennsylvania Medical Society-Student Section
    (Vice President)                                    (1983)
- Who's Who in America on Various Listings
    (Professionals, Executives, Doctors)                (1993-Present)
- The Johns Hopkins Medical Institutions
    Department of Orthopaedics
    Teacher of the Year                                 (1999-2000)

**GRANT AND OTHER REVIEW BOARDS:**
- National Institute of Health:
    Multidisciplinary Special Emphasis Panel            (1995 - Present)
- American Academy of Orthopaedic Surgeons
    Committee on Orthopaedic Certification              (1995 - Present)
- Medical and Chirurgical Faculty of Maryland           (1996 - Present)
- Osteoporosis Research Program (Peer review
    Panel Member)                                       (1996 - Present)
- National Institute of Health
    Industry Grant Review Board                         (2000 - Present)

**JOURNAL EDITORIAL BOARDS OR REVIEWER:**
Journal of Arthroplasty, Assistant Editor               (1992-1993)
Journal of Bone and Joint Surgery (Am)                  (1994 - Present)
Journal of Arthroplasty, Editorial board               (1991 - Present)
Clinical Orthopaedics and Related Research              (1994 - Present)
The Journal of Rheumatology                             (1994 - Present)
Association Research Circulation Osseous                (1995 - Present)
Clinical Therapeutics                                   (1996 - Present)
Journal of Bone and Joint Surgery (Am)                  (1997 - Present)
American J Sports Med                                   (1997 - Present)
Journal of Bone and Joint Surgery (Am)                  (1999 - Present)
American Editorial Board Orthopaedic
    Technology Review Editorial Board                   (2000 - Present)

**OTHER SOCIETIES:**
United States Tennis Association                        (1971)
Mensa                                                   (1974)
American Malacological Society                          (1987)
Society of American Baseball Resources                  (1993)

Conchologists of America                              (1995)

## COMMITTEE ASSIGNMENTS:
- Clinical Practice Committee, Department
   of Orthopaedics, The Johns Hopkins University    (1992 - 1994)
- Infectious Disease Control Committee,
   Good Samaritan Hospital                          (1993 - 1994)
- Quality Assurance Committee,
   Good Samaritan Hospital                          (1993 - 1994)
- Maryland Joint Parade, Secretary
   and Treasurer                                    (1994 - 1996)
- Tour Committee, Biomaterials
   Conference, The Johns Hopkins University         (1994)
- Orthopaedic - Rehabilitation Critical Pathway
   Committee, Good Samaritan Hospital               (1995)
- American Academy of Orthopaedic Surgeons
   Committee on Evaluations                         (1996)
- Education Committee, Department of Orthopaedics   (1996)
- Arthritis Foundation, Maryland Chapter Joint
   Parade Committee                                 (1997)
- Medical Director, Arthritis Surgery Bone Bank     (1997)
- Medical Student Education Committee               (1997)
- The Johns Hopkins CPA Strategic Plan
   Goals and long range objectives committee        (1999)
- Clinical Practice Committee, Department of
   Orthopaedics, Sinai Hospital of Baltimore        (2000)
- Resident Education Committee, Department of
   Orthopaedics, Sinai Hospital of Baltimore        (2000)
- Co-Director – Rubin Institute of Advanced Orthopaedics   (2000)
- Director – Center for Joint Preservation
   and Reconstruction, Sinai Hospital of Baltimore  (2000)

## PROFESSIONAL SOCIETIES:                          (Year Inducted)
Agnew Surgical Society, Philadelphia                 (1983)
American Medical Association
   University of Pennsylvania Representative         (1983)
Pennsylvania Medical Society
   Vice-President                                   (1983)
Bioelectrical Repair and Growth Society             (1986)
Rockefeller University, Bone and Tooth Society      (1987)
Maryland Orthopaedic Society                        (1992)
Orthopaedic Research Society                        (1992)
Association Research Circulation Osseous            (1992)
   Vice President                                   (1999)
   Newsletter Editor                                (1999)

6

| | |
|---|---|
| Baltimore City Medical Society | (1992) |
| Baltimore Bone Club | (1992) |
| Arthritis Foundation, Maryland Chapter | (1993) |
| American Academy of Orthopaedic Surgeons | (1994) |
| New York Academy of Sciences | (1994) |
| Maryland Joint Parade Secretary/Treasurer | (1994) |
| American Board of Forensic Examiners | (1995) |
| Southern Medical Association | (1995) |
| Society for Tennis and Medicine and Science | (1995) |
| Academic Orthopaedic Society | (1995) |
| Medical and Chirurgical Society of Maryland | (1996) |
| Knee Society | (1997) |
| Eastern Orthopaedic Association | (1997) |
| Association Orthopaedic Reconstructive Teaching Associates (AORTA) | (1998) |
| Hip Society | (1999) |
| National Osteonecrosis Foundation | (1999) |
| Center for Osteonecrosis Research and Education | (2000) |

## GRANT AND OTHER SUPPORT:

1.  Porous Coated Anatomic (PCA) Total Hip System - Uncemented Use
      Sponsors: Howmedica, Inc., Rutherford, New Jersey, P.I.: Hungerford,  D.S., Mont, M.A.:

2.  PCA Knee System Uncemented Use
      Sponsors: Howmedica, Inc., Rutherford, New Jersey, P.I.: Hungerford, D.S., Mont, M.A.:

3.  PCA Knee and Hip Cemented Use
      Sponsors: Howmedica, Inc., Rutherford, New Jersey, P.I.: Hungerford, D.S., Mont, M.A.:

4.  A Pilot Study of Avascular Necrosis (AVN) of the Femoral Head Using MRI to Assess Bone Regrowth Following Core Decompression.
      Sponsors:  Genetics Institute/BioImaging Technologies, Boston, Massachusetts
      Study # (9315(BIT-93002GI)
      P.I.:  Mont, M.A., Hungerford, D.S.

5.  Clinical Investigation of the Treatment of Loosened Total Hip Replacements with Pulsed Electromagnetic Fields.
      Sponsor:  American Medical Electronics, Inc., Richardson, Texas
      P.I.:  Hungerford, D.S., Krackow, K.A., Mont, M.A.

6.  Open fractures of the tibia,
      Study # (G092M175)
      P.I.: Jinnah, R.H., Bhatia, D., Mont, M.A. (responsible faculty member).

7.  Enhancement of chondrocyte phenotype from human bone marrow derived cells.
      Sponsor:  Good Samaritan Endowment Fund:

PI:  <u>Mont, M.A.</u>
Study # (M40.2069)

8.  <u>Evaluation of the Effect of Lipid-Clearing Agents on Patients  Receiving High Dose Steroids</u>
Sponsor:  Good Samaritan Hospital, Baltimore, Maryland donated MRI time.
P.I.:  <u>Mont, M.A.</u>, Hungerford, D.S., Petri, M.

9.  <u>Femoral Head Collapse Model:  Prevention with Strut Autografting with or without Bone</u>
<u>Morphogenetic Protein</u>,
Sponsor:  Orthopaedic Research and Education Foundation, Chicago, Illinois
P.I.:  <u>Mont, M.A.</u>, Co-investigators:  Hungerford, D.S., Reddi, H., Jones, L.C., Frondoza,
C.F., Young, D., Li, S.

10.  <u>Clinical evaluation of the Hemovac(®) Autotransfusion System</u>
Sponsor:  Zimmer, Wausau, Indiana
PI  <u>Mont, M.A.</u>, Hungerford, D.S.

11.  <u>The Orthopaedic Department Support for research</u>
$10,000.00 per year (1993-95) for technician report

12.  <u>Virtual Reality Model for Musculoskeletal System</u>
Sponsor:  Submitted to National Institute of Health
PI:  Chao, Edmund Y.S., Co-investigators:  <u>Mont, M.A.</u>, Huo, M.H., MacWilliams,
Bruce A.

13.  <u>Medical Student Sponsor</u>
Sponsor:  National Institute of Health
PI:  <u>Mont, M.A.</u>

14.  <u>Partnership Total Hip System</u>
Sponsor:  Howmedica, Inc., Rutherford, New Jersey
PI:  Hungerford, D.S., <u>Mont, M.A.</u>

15.  <u>Resistance to Activated Protein C (APCR) as a Common Cause of Post-hip or Knee</u>
<u>Arthroplasty Thrombophlebitis and Pulmonary Emboli</u>
Sponsor:  Orthopaedic Research and Education Foundation, Chicago, Illinois
PI:  <u>Mont, M.A.</u>, Co-investigators:  Hungerford, D.S., Glueck, C.A., Jones, L.C.

16.  <u>Measurement of Serum Lipoprotein A in SLE Patients With and Without Osteonecrosis</u>
Sponsor:  Donated time from all investigators
PI:  <u>Mont, M.A.</u>, Co-investigators:  Glueck,C., Hungerford, D.S., Petri, M., Zizic, T., Jones,
L.C.

17.  <u>Thromboprophylaxis with Different Treatment Regimens of Low Molecular Weight</u>
<u>Heparin (Fragmin@) vs. Warfarin in Total Hip Replacement - A Multicenter Double-Blind</u>
<u>Randomized Study</u>

      Sponsor:  Pharmacia, Columbus, Ohio
      PI:  <u>Mont, M.A.</u>, Co-investigator:  Hungerford, D.S.

18.  <u>Virtual Tactical Engagement Simulation</u>
      Sponsor:  United States Army Research Division
      PI:  Chao, Edmund Y.S., Co-investigators:  <u>Mont, M.A.</u>, Huo, M.H., MacWilliams, B.A.

19.  <u>Treatment of Early Stage Avascular Necrosis of the Femoral Head Treated with</u>
    <u>Core Decompression and Adjunctive Pulsed Electromagnetic Fields</u>
      Sponsor:  Orthofix Inc., Richardson, Texas
      PI:  <u>Mont, M.A.</u>, Co-investigators:  Hungerford, D.S., Jones, L.C.

20.  <u>Evaluation of the Degree of Effectiveness of the Hot/Ice System 3 to Decrease Pain and</u>
    <u>Hospital Stay in Patients Receiving Total Knee Replacement and Total Hip Replacement</u>
    Sponsor:  Intermedics Orthopedics
    PI:  Hungerford, D.S., Co-investigator:  <u>Mont, M.A.</u>

21.  <u>A Single-Blind, Randomized, Parallel Group, Standard Treatment Control, Multicenter Study</u>
    <u>to Assess the Safety and Efficacy of OCTACOL FI5 in Total Knee Replacement Surgery"</u>
    Sponsor: Omrix Biopharmaceuticals
    PI: Hungerford, D.S., Co-Investigators: <u>Mont, M.A.</u>, Lennox, D.W., Jones, L.C., Anderson, M.

22.  <u>Carbonated Apatite Bone Cement in a Femoral Defect Model</u>
    Sponsor: Submitted to NIH for STTR
    PI: <u>Mont, M.A.</u>, Co-Investigators: Poser, R.D., Hungerford, D.S., Jones, L.C., Chao, E.Y.S.,
    Einhorn, T.A., Bauer, T.W.

23.  <u>Virtual Biomechanical Model</u>
    PI: Chao, E.Y.S., Brown, M., Elias, J., <u>Mont, M.A.</u>, Barrance, P., TBN

24.  <u>An Open-Label, Randomized, Parallel-Group Study Comparing the Pre-Operative</u>
    <u>Administration of Procrit  the Standard of care in Blood Conservation for Primary Total Knee</u>
    <u>Reconstruction.</u>
    Sponsor: Ortho. BioTech
    P.I: Hungerford, Co-Investigators: <u>Mont, M.A.,</u> Lennox, D.W., Jones, L.C.

25.  <u>Use of Fosamax Alendronate Sodium for  Osteolysis around Total Hip Replacements.</u>
    (Pending)
    Sponsor: Merck
    P.I.: Hungerford, D.S., Co-Investigators: <u>Mont, M.A.</u>, Lennox, D.W., Jones, L.C.

26.  <u>A Feasibility and Safety Study of Recombinant Human Bone Morphogenetic Protein -</u>
    <u>2/Absorbable Collagen Srone (rhBMP-2/ACS) as an Adjuvant Therapy Core</u>
    <u>Decompression in Patients with Stage I and II Osteonecrosis of the Femoral Head.</u>
    Sponsor: Genetics Institute., Boston, Massachusetts
    P.I.: <u>Mont, M.A.</u>, Co-Investigators: Hungerford, D.S., Jones, L.C., Lennox, D.W.

27. <u>NAFT Trial: Phase I: Sponsor: Pharmacia/Collaborative Clinical Research Inc</u>.
   P.I.: Hungerford, D.S., <u>Mont, M.A.,</u> Lennox, D.W.

28. <u>A double blind study of Cosamine for the treatment of knee osteoarthritis</u>.
   Sponsor: Nutramax, Baltimore, Maryland
   P.I.: Hungerford, D.S., Co-Investigators: <u>Mont, M.A.,</u> Zizic, T., Jones, L.C., Holt, P., Mehta, M.

29. <u>NAFT Trial: Phase I.</u>
   Sponsor: Pharmacia/Collaborative Clinical Research Inc.
   P.I.: Hungerford, D.S., <u>Mont, M.A.,</u> Lennox, D.W.

30. <u>Ultram: Pain Relief Study</u>
   Sponsor: Gordon S. Black Corporation/Ortho-McNeil Pharmaceuticals
   P.I. Hungerford, D.S., <u>Mont, M.A.,</u> Lennox, D.W.

31. <u>OP-1 for Osteonecrosis of the Femoral Head In a Dog Defect Model</u>
   PI: <u>Mont, M.A.,</u> Co-Investigators: Hungerford, D.S., Jones, L.C., Kemmler, J.,

32. <u>Limited Femoral Resurfacing for Osteonecrosis of the Femoral Head</u>
   PI: <u>Mont, M.A.,</u> Co-Investigators:  Hungerford, D.S., Amstutz, H.

33. <u>Use of Osteoset for Osteonecrosis of the Femoral Head</u>
   PI: <u>Mont, M.A.,</u> Co-Investigator: Hungerford, D.S.

34. <u>Hollow Implants for Total Hip Arthroplasty</u>
   PI: Inman, Maria. Co- Investigators- <u>Mont, MA</u>, Taylor,EJ
   Support: Seeking National Institutes of Health Small Business Investigation Support Grant

35. <u>Conserve Plus Total Hip Resurfacing Arthroplasty</u>
   PI: <u>Mont, M.A.,</u> Co-Investigator:  Rajadhyaksha,AD
   Wright Medical Inc. Memphis, Tennessee

36. <u>Stryker Homedica Osteonics</u>
   PI: Mont,MA, Co-Investigator: Hungerford, DS.

37. <u>Accolyte Hip System</u>
   PI: <u>Mont,MA</u>
   Stryker Homedica Osteonics

38. <u>Fragmin Use for Prevention of Deep Venous Thrombosis</u>
   PI: <u>Mont, MA</u>. Co-Investigator: Rajadhyaksha, AD.
   Pharmacia, Co.

39. <u>Tantulum Implant for Osteonecrosis of the Femoral Head</u>
   PI: <u>Mont, MA</u>. Co-Investigator: Rajadhyaksha, AD.

Implex, Co.

40. Effectiveness of Revision Knee Arthroplasty
    PI: Mont, MA.
    Orthopaedic Research & Education Foundation

41. TissueLink BPS 5.0 Bipolar Sealer – Hemostatis and Healing in Orthopaedic Applications
    PI: Mont, MA. Co-Investigators: Etienne, G., Ragland, PS., Fauser, S.
    TissueLink Medical, Inc.

42. A Dose Ranging Trial for the Evaluation of the Safety, Tolerability and Efficacy of Odiparcil in
    the Prevention of Venous Thromboembolism following Total Knee Replacement Surgery
    PI: Mont, MA. Co-Investigators: Delanois, RE., Leadbetter, WB.
    GlaxoSmithKline

43. A Multi-Center, Randomized, Double-Blind, Pacebo-Controlled, Parallel Design, 2-Arm Study
    to Investigate the Effect of Aprotinin on Transfusion Requirements and Blood Loss in Patients
    Undergoing Elective Primary Total Hip Replacement Surgery
    PI: Mont, MA. Co-Investigators: Delanois, RE., Leadbetter, WB.
    Bayer Pharmaceuticals

44. A Phase IIa, Multi-Center, Multi-National, Open-Label, Dose Ranging Study of the Efficacy,
    Safety, and Tolerability of Oral DU-176b Administered Once or Twice Daily in the Treatment
    of Adult Patients Undergoing Total Hip Arthroplasty
    PI: Mont, MA. Co-Investigators: Delanois, RE., Leadbetter, WB.
    Daiichi Medical Research, Inc.

45. Osteoarthritis of the Knee Registry for Patients Who Have Been Prescribed the BioniCare
    Stimulator System (Model BIO-1000) for the FDA Cleared Indication, "for use as an
    adjunctive therapy in reducing the level of pain and symptoms associated with osteoarthritis
    of the knee and for overall improvement of the knee as assessed by the Physician's Global
    Evaluation (see clinical studies)
    PI: Leadbetter, WB. Co-Investigators: Mont, MA., Delanois, RE.
    BioniCare Medical Technologies, Inc.

46. 1160.24 RE-MOBILIZE – A Phase III, Randomized, Parallel-Group, Double-Blind, Active
    Controlled Study to Investigate the Efficacy and Safety of Two Different Dose Regimens (75
    mg Day 1 Followed by 150mg Day 2-Completion, and 110mg Day 1 Followed by 220mg Day
    2-Completion) of Dabigatran Etexilate Administered Orally (Capsules), Compared to
    Enoxaparin 30mg Twice a Day Subcutaneous for 12-15 Days in Prevention of Venous
    Thromboembolism in Patients with Primary Elective Total Knee Replacement Surgery
    PI: Mont, MA. Co-Investigator: Delanois, E
    Boehringer Ingelheim Pharmaceuticals, Inc.

47. A phase I study to determine the safety and biological activity of cell-mediated gene therapy using Tissue-Gene-C in patients with degenerative joint disease prior to total knee arthroplasty (TGC-03-01). Sponsor: TissueGene, Inc. PI: Mont MA. CI: Delanois RE. Support: Approximately $100,000.00 for September 26, 2006 to present.

48. Multi-center clinical trial of the application of tissue repair cell (TRC) therapy of osteonecrosis of the femoral head. Sponsor: Aastrom Biosciences, Inc. PI: Mont MA. CI: Noga S, Delanois RE, McGrath M. Support: Approximately $100,000.00 for August 23, 2007 to present.

49. Long-term safety follow-up of study subjects who were previously enrolled in a TissueGene clinical trial and were administered TissueGene-C (TGC-B106727). Sponsor: TissueGene. PI: Mont MA. CI: Delanois RE. Support: Approximately $20,000.00/year for April 25, 2008 to present.

50. A multi-center, randomized, double-blind, placebo-controlled, parallel-group study to evaluate efficacy, safety, tolerability, and pharmacokinetics of a single intraoperative localized instillation of 4975 in patients undergoing primary unilateral total hip arthroplasty. Sponsor: Anesiva Pharmaceuticals, Inc. PI: Mont MA. CI: Delanois RE, McGrath M. Support: $20,000.00-50,000.00/year for August 22, 2008 to present.

51. Protocol BioCart II 005-06 efficacy and safety of BioCart II in the treatment of chronic symptomatic cartilage defects of the femoral condyle in comparison with microfracture. Sponsor: ProChon Biotech LTD.  PI: Mont MA. CI: Delanois RE, McGrath M. Support: Beginning study – April, 2009.

52. An open-label, multiple-dose, multiple-day, non-randomized, single-arm safety study of repeat-doses of DIC075V (intravenous diclofenac solium) in patients with acute post-operative pain. Sponsor: Javelin Pharmaceuticals, Inc. PI: Mont MA. CI: Delanois RE, Zywiel M. Support: Beginning soon.

53. Conserve plus total resurfacing hip system IDE clinical investigation. Sponsor:  Wright Medical Technology Inc. PI: Mont MA. Support: Approximately $40,000.00/year from 2000 to present.

54. Stryker support for various research projects. Support: $60,000/year from 2000 to present.

**PUBLICATIONS and MANUSCRIPTS ACCEPTED for PUBLICATION:  [Includes greater than 1,000 book chapters, peer-reviewed publications and abstracts]**

**ORIGINAL PEER-REVIEWED REPORTS:**
1. Fellner, M.J., Chen, A.S., Mont, M.A., McCabe, J., Baden, M.: Patterns and Intensity of Autofluorescence and its Relation to Melanin in Human Epidermis and Hair. Int. J. Dermatol., 18(9):722-730, 1979.

2. Fellner, M.J., Moshell, A., Mont, M.A.: Pemphigus Vulgaris and Drug Reactions. Int. J. Dermatol., 20(2):115-118, 1981.

3.   Hakim, N., Kaufman, J.J., Mont, M.A., Schmukler, R., Oaley, W.J., Lundahl, T., Meadows, H.E., Soifer, T., Siffert, R.S.: A Digital Image Processing Approach to Diagnosis of Osteoporosis.  Proceedings 20th Annual Asilomar Conference on Signals, Systems and Computers, Ed. D.M. Etter, IEEE Computer Society Press, 631-633, 1987.

4.   Pilla, A.A., Mont, M.A., Nasser, P.R., Khan, S.A., Figueiredo M., Kaufman, J.J., Siffert, R.S.: Non-Invasive Low Intensity Pulsed Ultrasound Accelerates Bone Healing in the Rabbit.  J. Orthop. Trauma, 4(3):246-253, 1990.

5.   Mont, M.A., Maar, D.C., Krackow, K.A., Hungerford, D.S.: Hoop-Stress Fractures of the Proximal Femur During Hip Arthroplasty. Management and Results in 19 Cases. J. Bone Joint Surg. Br., 74(2):257-260, 1992.

6.   Mont, M.A., Sedlin, E.D., Weiner, L.S., Miller, A.R.: Postoperative Radiographs as Predictors of Clinical Outcome in Unstable Ankle Fractures. J. Orthop. Trauma, 6(3):352-357, 1992.

7.   Perry, M.D., Mont, M.A., Einhorn, T.A., Waller, J.D.: The Validity of Measurements Made on Standard Foot Orthoroentgenograms. Foot Ankle, 13(9):502-507, 1992.

8.   Maar D.C., Mont, M.A., Krackow, K.A., Hungerford, D.S.: Long-Term (Twelve to Eighteen-Year) Follow-Up of Cemented Total Hip Replacements in Patients Who Were Less Than Fifty Years Old. A Follow-Up Note. J. Bone Joint Surg. Am., 74(2):307-308, 1992.

9.   Mont, M.A., Maar, D.C., Krackow, K.A., Jones, L.C., Jacobs, M.A., Hungerford, D.S.: Total Hip Replacement Without Cement for Non-Inflammatory Osteoarthrosis in Patients Who Are Less Than Forty-Five Years Old. J. Bone Joint Surg. Am., 75(5):740-751, 1993.

10.  Krackow, K.A., Maar, D.C., Mont, M.A., Carroll, C.: Surgical Decompression for Peroneal Nerve Palsy After Total Knee Arthroplasty. Clin. Orthop., 292:223-228, 1993.

11.  Krackow, K.A., Mont, M.A., Maar, D.C.: Limited Femoral Endoprosthesis for Avascular Necrosis of the Femoral Head. Orthop. Rev., 22(4):457-463, 1993.

12.  Lavernia, C., Mont, M.A., Hungerford, D.S., Hungerford, D.S.: A Common Problem With Cementless Femoral Components. Clin. Orthop., 290:310-312, 1993.

13.  Mont, M.A., Maar, D.C., Urquhart, M.W., Lennox, D., Hungerford, D.S.: Avascular Necrosis of the Humeral Head Treated by Core Decompression. A Retrospective Review. J. Bone Joint Surg. Br., 75(5):785-788, 1993.

14.  Mont, M.A., Antonaides, S., Krackow, K.A., Hungerford, D.S.: Total Knee Arthroplasty After Failed High Tibial Osteotomy. A Comparison With a Matched Group. Clin. Orthop., 299:125-130, 1994.

15.     Krackow, K.A., Mont, M.A., Maar, D.C.: A New Neck Preserving Total Hip Arthroplasty for the Young Patient. Orthopedics, 17(3):253-259, 1994.

16.     Mont, M.A., Alexander, N., Krackow, K.A., Hungerford, D.S.: Total Knee Arthroplasty After Failed High Tibial Osteotomy. Orthop. Clin. North Am., 25(3):515-525, 1994.

17.     Mont, M.A., Cohen, D.B., Campbell, K.R., Gravare, K., Mathur, S.K.: Isokinetic Concentric Versus Eccentric Training of Shoulder Rotators with Functional Evaluation of Performance Enhancement in Elite Tennis Players. Am. J. Sports Med., 22(4):513-517, 1994.

18.     Mont, M.A., Torres J., Tsao, A.K.: Hypocalcemic-Induced Tetany That Causes Triceps and Bilateral Quadriceps Tendon Ruptures. Orthop. Rev., 23(1):57-60, 1994.

19.     Cohen, D.B., Mont, M.A., Campbell, K.R., Vogelstein, B.N., Loewy, J.W.: Upper Extremity Physical Factors Affecting Tennis Serve Velocity. Am. J. Sports Med., 22(6):746-750, 1994.

20.     Mont, M.A., Maar, D.C.: Fractures of the Ipsilateral Femur After Hip Arthroplasty. A Statistical Analysis of Outcome Based on 487 Patients. J. Arthroplasty, 9(5):511-519, 1994.

21.     Chen, F., Mont, M.A., Bachner, R.S.: Management of Ipsilateral Supracondylar Femur Fractures Following Total Knee Arthroplasty. J. Arthroplasty, 9(5):521-526, 1994.

22.     Mont, M.A., Torres, J.A., Tsao, A.K.: Hypocalcemic Induced Tetany Causing Triceps and Bilateral Quadriceps Tendon Ruptures.  A Case Report and Review of the Literature with a Description of the Surgical Repair Using a Ligament Locking Loop Stitch. Orthopaedics, 23(1):57-60, 1994.

23.     Serna, F., Mont, M.A., Krackow, K.A., Hungerford, D.S.: Total Knee Arthroplasty in Diabetic Patients. Comparison to a Matched Control Group. J. Arthroplasty, 9(4):375-379, 1994.

24.     Mont, M.A., Mitzner, D.L., Jones, L.C., Hungerford, D.S.: History of The Contralateral Knee After Primary Knee Arthroplasty for Osteoarthritis.  Clin. Orthop., 321:145-150, 1995.

25.     Mont, M.A., Fairbank, A.C., Yammamoto, V., Krackow, K.A., Hungerford, D.S.: Radiographic Characterization of Aseptically Loosened Cementless Total Knee Replacement. Clin. Orthop., 321:73-78,1995.

26.   Mont, M.A., Hungerford, D.S.: Current Concepts Review:  Non-Traumatic Avascular Necrosis of the Femoral Head. J. Bone Joint Surg. Am., 77(3):459-474, 1995.

27.   Dellon, A.L., Mont, M.A., Krackow, K.A., Hungerford, D.S.: Partial Denervation for Persistent Neuroma Pain After Total Knee Arthroplasty. Clin. Orthop., 316:145-150, 1995.

28.   Mont, M.A., Carbone, J.J, Fairbank, A.C.: Core Decompression Versus Nonoperative Management for Osteonecrosis of the Hip. Clin. Orthop., 324:169-178, 1996. [Review]

29.   Mont, M.A., Dellon, A.L., Chen, F., Hungerford, M.W., Krackow, K.A., Hungerford, D.S.: The Operative Treatment of Peroneal Nerve Palsy. J. Bone Joint Surg. Am., 78(6):863-869, 1996.

30.   Mont, M.A., Mathur, S.K., Krackow, K.A., Loewy, J.W., Hungerford, D.S.: Cementless Total Knee Arthroplasty in Obese Patients. A Comparison with a Matched Control Group. J. Arthroplasty, 11(2):153-156, 1996.

31.   Mont, M.A., Serna, F.K., Krackow, K.A., Hungerford, D.S.: Exploration of Radiographically Normal Total Knee Replacements for Unexplained Pain. Clin. Orthop., 331:216-220, 1996.

32.   Mont, M.A., Fairbank, A.C., Krackow, K.A., Hungerford, D.S.: Corrective Osteotomy for Osteonecrosis of the Femoral Head. J. Bone Joint Surg. Am, 78(7):1032-1038, 1996.

33.   Dellon, A.L., Mont, M.A., Mullick, T., Hungerford, D.S.: Partial Denervation for Persistent Neuroma Pain Around the Knee. Clin. Orthop., 329:216-222, 1996.

34.   Urquhart, M.W., Mont, M.A., Michelson, J.D., Krackow, K.A., Hungerford, D.S.: Osteonecrosis of the Talus:  Treatment by Hindfoot Fusion. Foot Ankle Int., 17(5):275-282, 1996.

35.   Mont, M.A., Mathur, S.K., Frondoza C.G., Hungerford, D.S.: The Effects of Ciprofloxacin on Human Chondrocytes in Cell Culture. Infection, 24(2):151-155, 1996.

36.   Mathur, S.K., Mont,M.A., McCutchen, J.W.:  Intraoperative Custom Press-Fit and Standard Press-Fit Femoral Components in Total Hip Arthroplasty. A Comparison of Surgery, Charges and Early Complications. Am. J. Orthop., 25(7):486-491, 1996.

37.   Mont, M.A., Schon, L.C., Hungerford, M.W., Hungerford, D.S.: Avascular Necrosis of the Talus Treated by Core Decompression. J. Bone Joint Surg. Br., 78(5):827-830, 1996.

38.   Pacheco, I., Mont, M.A., Hungerford, D.S.: Non-Traumatic Osteonecrosis of the Femoral Head: Part I: Demographics, Pathogenesis, Diagnosis, and Staging. Bombay Hospital Journal, 38:546-553, 1996.

39.     Mont, M.A., Hungerford, D.S., Pacheco, I.: Diagnosis of Avascular Necrosis of the Femoral Head: Part II: Non-Operative and Operative Treatment. Bombay Hospital Journal, 38:554-563, 1996.

40.     Mont, M.A., Fairbank, A.C., Petri, M., Hungerford, D.S.: Core Decompression for Osteonecrosis of the Femoral Head in Systemic Lupus Erythematosus. Clin. Orthop., 334:91-97, 1997.

41.     Mont, M.A., Tomek, I.M., Hungerford, D.S.: Core Decompression for Avascular Necrosis of the Distal Femur.  Long Term Followup. Clin. Orthop., 334:124-130, 1997.

42.     Mont, M.A., Urquhart, M.A., Hungerford, D.S., Krackow, K.A.: Intramedullary Goniometer Can Improve Alignment in Knee Arthroplasty Surgery. J. Arthroplasty, 12(3):332-336, 1997.

43.     Pierre-Jacques, H., Glueck, C.J., Mont, M.A., Hungerford, D.S.: Familial Heterozygous Protein-S Deficiency in a Patient Who Had Multifocal Osteonecrosis. A Case Report. J. Bone Joint Surg. Am., 79(7):1079-1084, 1997.

44.     Mont, M.A., Hungerford, D.S.: Proximally Coated Ingrowth Prostheses. A Review. Clin. Orthop. 344:139-149, 1997.

45.     Mont, M.A., Waldman, B., Banerjee C., Pacheco I.H., Hungerford, D.S.: Multiple Irrigation, Debridement, and Retention of Components in Infected Total Knee Arthroplasty. J. Arthroplasty, 12(4):426-433, 1997.

46.     Mont, M.A., Glueck, C.J., Pacheco, I.H., Wang, P., Hungerford, D.S., Petri, M.: Risk Factors for Osteonecrosis in Systemic Lupus Erythematosus. J. Rheumatol., 24(4):654-662, 1997.

47.     Waldman, B.J., Mont, M.A., Hungerford, D.S.: Total Knee Arthroplasty Infections Associated with Dental Procedures. Clin. Orthop, 343:164-172, 1997.

48.     Mont, M.A., Myers, T.H., Krackow, K.A., Hungerford, D.S.: Total Knee Arthroplasty for Corticosteroid Associated Avascular Necrosis of the Knee. Clin. Orthop., 338:124-130, 1997.

49.     Tankersley, W.S., Mont, M.A., Hungerford, D.S.: A Second-Generation Cementless Hip Prosthesis: Improved Results Over the First-Generation Prosthesis. Am. J. Orthop., 26(12): 839-844, 1997.

50.     Mont, M.A., Einhorn, T.A., Sponseller, P.D., Hungerford, D.S.: The Trapdoor Procedure Using Autogenous Cortical and Cancellous Bone Grafts for Osteonecrosis of the Femoral Head. J. Bone Joint Surg. Br., 80(1):56-62, 1998.

51.   LaPorte, D.M., Mont, M.A., Pierre-Jacques, H., Peyton, R.S., Hungerford, D.S.: Technique for Acetabular Liner Revision in a Nonmodular Metal-Backed Component. J. Arthroplasty, 13(3):348-350, 1998.

52.   Nahabedian, M.Y., Mont, M.A., Hungerford, D.S.: Selective Denervation of the Knee: Experience, Case Reports, and Technical Notes. Am. J. Knee Surg., 11(3):175-180, 1998.

53.   Delanois, R.E., Mont, M.A., Yoon, T.R., Mizell, M., Hungerford, D.S.: Atraumatic Osteonecrosis of the Talus. J. Bone Joint Surg. Am., 80(4):529-536, 1998.

54.   Mont, M.A., Jones, L.C., Einhorn, T.A., Reddi, A.H.: Osteonecrosis of the Femoral Head. Potential Treatment with Growth and Differentiation Factors. Clin. Orthop., 355(Suppl):S 314-335, 1998. [Review]

55.   LaPorte, D.M., Mont, M.A., Mohan, V., Jones, L.C., Hungerford, D.S.: Multifocal Osteonecrosis. J. Rheumatol., 25(10):1968-1974, 1998.

54.   Mont, M.A., Mayerson, J.A., Krackow, K.A., Hungerford, D.S.: Total Knee Arthroplasty in Patients Receiving Workers' Compensation. J. Bone Joint Surg. Am., 80(9):1285-1290, 1998.

56.   Mont, M.A., Jones, L.C., Pacheco, I., Hungerford, D.S.: Radiographic Predictors of Outcome of Core Decompression for Hips with Osteonecrosis Stage III. Clin. Orthop., 354:159-168, 1998.

57.   Hungerford, M.W., Mont, M.A., Scott, R., Fiore, C., Hungerford, D.S., Krackow, K.A.: Surface Replacement Hemiarthroplasty for the Treatment of Osteonecrosis of the Femoral Head. J. Bone Joint Surg. Am., 80(11):1656-1664, 1998.

58.   LaPorte, D.M., Mont, M.A., Mohan, V., Pierre-Jacques. H, Jones, L.C., Hungerford, D.S.: Osteonecrosis of the Humeral Head Treated by Core Decompression. Clin. Orthop., 355: 254-260, 1998.

59.   Hungerford, D.S., Mont, M.A.: The Natural History of Untreated Asymptomatic Hips in Patients Who Have Non-Traumatic Osteonecrosis. J. Bone Joint Surg. Am., 80(5):765-766.

60.   Nahabedian, M.Y., Orlando, J.C., Mont, M.A., Delanois, R.E., Hungerford, D.S.: Salvage Procedures for Complex Soft Tissue Defects of the Knee. Clin. Orthop., 356:119-124, 1998.

61.   Stuchin, S.A., Johanson, N.A, Lachiewicz, P.F., Mont, M.A.: Surgical Management of Inflammatory Arthritis of the Adult Hip and Knee. Instr. Course Lect., 48:93-109, 1999. [Review]

62.   Mont, M.A., Yoon, T.R., Krackow, K.A., Hungerford, D.S.: Clinical Experience with a Proximally Porous-Coated Second-Generation Cementless Total Hip Prosthesis: Minimum 5 Year Follow-Up. J. Arthroplasty. 14(8):930-939, 1999.

63.   Mont, M.A., Yoon, T.R., Krackow, K.A., Hungerford, D.S.: Patellofemoral Complications in Total Knee Arthroplasty: Clinical and Radiographic Results of 121 Consecutive Cases Using the Duracon System. J. Arthroplasty, 14(8):930-939, 1999.

64.   Mont, M.A., Lindsey, J.M., Hungerford, D.S.: Adhesive Capsulitis of the Hip. Orthopedics, 22(3):343-345, 1999.

65.   Mont, M.A., LaPorte, D.M., Mullick, T., Silberstein, C.E., Hungerford, D.S.: Tennis After Total Hip Arthroplasty. Am. J. of Sports Med., 27(1):60-64, 1999.

66.   LaPorte, D.M, Mont, M.A., Hungerford, D.S.: Proximally Porous-Coated Ingrowth Prostheses: Limits of Use. Orthopedics. 22(12):1154-1160, 1999. [Review]

67.   Mont, M.A., Jones, L.C., Vogelstein, B.N., Hungerford, D.S.: Evidence of Inappropriate Application of Autologous Cartilage Transplantation Therapy in an Uncontrolled Environment. Amer. J. Sports Med., 27(5):617-620, 1999.

68.   Mont, M.A., Becher, O.J., Lee, C.W., LaPorte, D.M., Hungerford, D.S.: Patellofemoral Complications After Total Knee Arthroplasty: A Comparison of Modular Porous-Coated Anatomic with Duracon Prostheses. Am. J. Orthopaedics, 28(4):241-247, 1999.

69.   LaPorte, D.M., Waldman, B.J., Mont, M.A., Hungerford, D.S.: Infections Associated with Dental Procedures in Total Hip Arthroplasty. J. Bone Joint Surg. Br., 81(1):56-59, 1999.

70.   Mont, M.A., Jones, L.C., LaPorte, D.M., and 31 co-authors: Symptomatic Multifocal Osteonecrosis. A Multicenter Study. Clin. Orthop., 369:312-326, 1999.

71.   Chernetsky, S.G., Mont, M.A., LaPorte, D.M., Jones, L.C., Hungerford, D.S., McCarthy, E.F.: Pathologic Features in Steroid and Nonsteroid Associated Osteonecrosis. Clin Orthop., 368:149-161, 1999.

72.   Waldman, B.J., Mont, M.A., Payman, K.R., Frieberg, A.A., Windsor, R.E., Sculco, T.P., Hungerford, D.S.: Infected Total Knee Arthroplasty Treated With Arthrodesis Using a Modular Nail. Clin. Orthop., 367:230-237, 1999.

73.   Nahabedian, M.Y., Mont, M.A., Orlando, J.C., Delanois, R.E., Hungerford, D.S.: Operative Management and Outcome of Complex Wounds Following Total Knee Arthroplasty. Plast. Reconstr. Surg., 104(6):1688-1697, 1999.

74.   Mont, M.A., Yoon, T.R., Krackow, K.A., Hungerford, D.S.: Eliminating Patellofemoral Complications in Total Knee Arthroplasty: Clinical and Radiographic Results of 121

Consecutive Cases Using the Duracon System. J. Arthroplasty, 14(4):446-455, 1999.

75.   Khanna, A.J., Yoon, T.R., Mont, M.A., Hungerford, D.S., Bluemke, D.A.: Femoral Head Osteonecrosis: Detection and Grading by Using a Rapid MR Imaging Protocol.  Radiology, 217(1):188-192, 2000.

76.   Mont, M.A., Jones, L.C., Sotereanos, D.G., Amstutz, H.C., Hungerford, D.S.: Understanding and Treating Osteonecrosis of the Femoral Head. Instr. Course Lect., 49:169-185, 2000.

77.   Mont, M.A., Jones, L.C.: Management of Osteonecrosis in Systemic Lupus Erythematosus. Rheum. Dis. Clin. North Am., May;26(2):279-309, 2000. [vi. Review]

78.   Baumgarten, K.M., Mont, M.A., Rifai, A., Hungerford, D.S.: Characterization, Prognosis, and Treatment of Osteonecrosis of the Knee. American Journal of Medicine & Sports, II(V):325-331, 2000.

79.   Waldman, B.J., Hostin, E., Mont, M.A., Hungerford, D.S.: Infected Total Knee Arthroplasty Treated by Arthroscopic Irrigation and Debridement. J. Arthroplasty, 15(4):430-436, 2000.

80.   Mont, M.A., Hungerford, M.W.: Therapy of Osteonecrosis. Basic Principles and Decision Aids. Orthopade, 29(5):457-462, 2000. [Review]

81.   Hungerford, M.W., Mont, M.A.: Potential Uses of Cytokines and Growth Factors in Treatment of Osteonecrosis. Orthopade, 29(5):442-448, 2000. [Review]

82.   Mont, M.A., Waldman, B.J., Hungerford, D.S.: Evaluation of Preoperative Cultures Before Second-Stage Reimplantation of a Total Knee Prosthesis Complicated by Infection. A Comparison-Group Study. J. Bone Joint Surg. Am., 82(11):1552-1557, 2000.

83.   Mont, M.A., Baumgarten, K.M., Rifai, A., Bluemke, D.A., Jones, L.C., Hungerford, D.S.: Atraumatic Osteonecrosis of the Knee. J. Bone Joint Surg. Am., 82(9):1279-1290, 2000.

84.   Mont, M.A., Low, K., LaPorte, D.M., Hostin, E., Jones, L.C., Hungerford, D.S.: Reinfusion Drains after Primary Total Hip and Total Knee Arthroplasty. J. South. Orthop. Assoc., 9(3):193-201, 2000.

85.   Lonner, J.H., Hershman, S., Mont, M.A., Lotke, P.A.: Total Knee Arthroplasty in Patients 40 Years of Age and Younger with Osteoarthritis. Clin. Orthop., 380:85-90, 2000.

86.   Hostin, E., Mont, M.A., Mayerson, J.A., Jones, L.C., Hungerford, D.S.: Total Hip Arthroplasty in Patients Receiving Workers' Compensation. Clin. Orthop., 379:161-168, 2000.

87.   Domb, B., Hostin, E., <u>Mont, M.A.</u>, Hungerford, D.S.: Cortical Strut Grafting for Enigmatic Thigh Pain Following Total Hip Arthroplasty.  <u>Orthopedics</u>, 23(1):21-24, 2000.

88.   Le, T.B., <u>Mont, M.A.</u>, Jones, L.C., LaPorte, D.M., Hungerford, D.S.: Atraumatic Osteonecrosis of the Adult Elbow. <u>Clini. Orthop.</u>, 373:141-145, 2000.

89.   <u>Mont, M.A.</u>, Payman, R.K., LaPorte, D.M., Petri, M., Jones, L.C., Hungerford, D.S.: Atraumatic Osteonecrosis of the Humeral Head. <u>J. Rheumatol.</u>, 27(7):1766-1773, 2000.

90.   Rajadhyaksha, A.D., <u>Mont, M.A.</u> Treatment of Osteonecrosis of the Femoral Head in the Young Patient. <u>Orthopaedic Technology Review</u>. pp 12-14; Dec, 2000.

91.   <u>Mont, M.A.</u>, Jones, L.C., Hungerford, D.S.: Survival Analysis of Hips Treated With Core Decompression or Vascularized Fibular Grafting Because of Avascular Necrosis. <u>J. Bone Joint Surg. Am.</u>, 82(2):290-291, 2000.

92.   Wang, G.J., Hungerford, D.S., Savory, C.G., Rosenberg, A.G., <u>Mont, M.A.</u>, Burks, S.G, Mayers, S.L., Spotnitz, W.D.: Use of Fibrin Sealant to Reduce Bloody Drainage and Hemoglobin Loss After Total Knee Arthroplasty: A Brief Note on a Randomized Prospective Trial. <u>J. Bone Joint Surg. Am.</u>, 83(10):1503-1505, 2001.

93.   <u>Mont, M.A.</u>, Rajadhyaksha, A.D., Low, K., LaPorte, D.M., Hungerford, D.S.: Anatomy of the Knee Extensor Mechanism: Correlation to Patellofemoral Arthrosis. <u>J. South. Orthop. Assoc.</u>, 10(1):24-31, 2001.

94.   Low, K., <u>Mont, M.A.</u>, Hungerford, D.S.: Steroid-Associated Osteonecrosis of the Knee: A Comprehensive Review. <u>Instr. Course Lect.</u>, 50:489-493, 2001. [Review]

95.   Baumgarten, K.M., <u>Mont, M.A.</u>, Rifai, A.; Hungerford, D.S.: Atraumatic Osteonecrosis of the Patella. <u>Clin. Orthop.</u>, 383:191-196, 2001.

96.   <u>Mont, M.A.</u>, Jones, L.C., Elias, J.J., Inoue, N., Yoon, T.R., Chao, E.Y., Hungerford, D.S.: Strut-Autografting With and Without Osteogenic Protein-1: A Preliminary Study of a Canine Femoral Head Defect Model. <u>J. Bone Joint Surg. Am.</u>, 83(7):1013-1022, 2001.

97.   LaPorte, D.M. <u>Mont, M.A.</u>, Jones, L.C., Padden, D.A., Hungerford, D.S.: Human Immunodeficiency Virus Testing for Elective Orthopedic Procedures: Results in a Community-Based Hospital. <u>Orthopedics</u>, 24(1):52-55, 2001.

98.   Khanna A.J., Cosgarea, A.J., <u>Mont, M.A.</u>, Andres, B.M., Domb, B.G., Evans, P.J., Bluemke, D.A., Frassica, F.J.: Magnetic Resonance Imaging of the Knee. Current Techniques and Spectrum of Disease. <u>J. Bone Joint Surg. Am.</u>, 83(Suppl. 2 Pt. 2):128-141, 2001.

99.    Mont, M.A., Rajadhyaksha, A.D., Hungerford, D.S.: Outcomes of Limited Femoral Resurfacing Arthroplasty Compared with Total Hip Arthroplasty for Osteonecrosis of the Femoral Head. J. Arthroplasty, 16(8 Suppl 1):134-139, 2001.

100.   Mont, M.A., Rajadhyaksha, A.D., Marxen, J.L., Silberstein, C.E., Hungerford, D.S.: Tennis after Total Knee Arthroplasty. Am J. Sports Med., 30(2):163-166, 2002.

101.   Mont, M.A., Rifai, A., Baumgarten, K.M., Sheldon, M., Hungerford, D.S.: Total Knee Arthroplasty for Osteonecrosis. J. Bone Joint Surg. Am., 84(4):599-603, 2002.

102.   Mont, M.A., Domb, B., Rajadhyaksha, A.D., Padden, D.A., Jones, L.C., Hungerford, D.S.: The Fate of Revised Uncemented Acetabular Components in Patients with Rheumatoid Arthritis. Clin. Orthop., 400:140-148, 2002.

103.   Mont, M.A., Lee, C.W., Sheldon, M., Lennon, W.C., Hungerford, D.S.: Total Knee Arthroplasty in Patients <= 50 Years Old. J. Arthroplasty, 17(5):538-543, 2002.

104.   Bonner, K.F., Delanois, R.E., Harbach, G., Bushelow, M., Mont, M.A.: Cementation of a Polyethylene Liner into a Metal Shell. Factors Related to Mechanical Stability. J. Bone Joint Surg. Am., 84(9):1587-1593, 2002.

105.   Mont, M.A., Mears, S.C., Jones, L.C., Rajadhyaksha, A.D., Krackow, K.A., Bawa, M., Hungerford, D.S.: Is Coding of Diagnoses, Comorbidities, and Complications in Total Knee Arthroplasty Accurate? J. Arthroplasty, 17(6):767-772, 2002.

106.   Mears, S.C., Bawa, M., Pietryak, P., Jones, L.C., Rajadhyaksha, A.D., Hungerford, D.S., Mont, M.A.: Coding of Diagnoses, Comorbidities, and Complications of Total Hip Arthroplasty. Clin. Orthop., 402:164-170, 2002.

107.   Mont, M.A., Haas, S., Mullick, T., Hungerford, D.S.: Total Knee Arthroplasty for Patellofemoral Arthritis. J. Bone Joint Surg. Am., 84(11):1977-1981, 2002.

108.   Lonner, J.H., Mont, M.A., Sharkey, P.F., Siliski, J.M., Rajadhyaksha, A.D., Lotke, P.A.: Fate of the Unrevised All-Polyethylene Patellar Component in Revision Total Knee Arthroplasty. J. Bone Joint Surg. Am., 85(1):56-59, 2003.

109.   Jones, L.C., Mont, M.A., Le T.B., Petri, M., Hungerford, D.S., Wang, P., Glueck, C.J.: Procoagulants and Osteonecrosis. J. Rheumatol., 30(4):783.

110.   Lieberman, J.R., Berry, D.J., Mont, M.A., Aaron R.K., Callaghan J.J., Rajadhyaksha, A.D., Urbaniak, J.R.: Osteonecrosis of the Hip: Management in the 21st Century. Instr. Course Lect., 52:337-355, 2003. [Review]

111.   Mont, M.A., Booth, R.E. Jr., Laskin, R.S., Stiehl, J.B., Ritter, M.A., Stuchin, S.A., Rajadhyaksha, A.D.: The Spectrum of Prosthesis Design for Primary Total Knee

Arthroplasty. Instr. Course Lect., 52:397-407, 2003. [Review]

112.   Mont, M.A., Etienne, G.: Sequelae of Hylan G-F 20 Viscosupplementation of the Knee. J. Bone Joint Surg. Am., 85(5):967-968, 2003.

113.   Mont, M.A., Etienne G., Ragland P.S.: Outcome of Nonvascularized Bone Grafting for Osteonecrosis of the Femoral Head. Clin Orthop Relat Res. 417:84-92, 2003. [Review]

114.   Etienne G., Waldman B., Rajadhyaksha A.D., Ragland P.S., Mont, M.A.: Use of a Functional Temporary Prothesis in a Two-Stage Approach to Infection at the Site of a Total Hip Arthroplasty. J Bone Joint Surg Am. 85 (Suppl 4):94-96, 2003.

115.   Hitt K., Shurman J.R. 2nd, Greene K., McCarthy J., Moskal J., Hoeman T., Mont M.A.: Anthropometric Measurements of the Human Knee: Correlation to the Sizing of Current Knee Arthroplasty Systems. J Bone Joint Surg Am. 85 (Suppl 4):115-122, 2003.

116.   Rue J.P., Inoue N., Mont M.A.: Current Overview of Neurovascular Structures in Hip Arthroplasty: Anatomy, Preoperative Evaluation, Approaches, and Operative Techniques. Orthopedics. 27(1):73-81; QUIZ 82-83. [Review]

117.   Etienne G., Ragland P.S., Mont, M.A.: Use of Cancellous Bone Chips and Demineralized Bone Matrix in the Treatment of Acetabular Osteolysis: Preliminary 2-Year Follow-Up. Orthopedics. 27 (1 Suppl):123-126, 2004.

118.   Bonutti P.M., Mont M.A., Kester M.A.: Minimally Invasive Total Knee Arthroplasty: A 10-Feature Evolutionary Approach. Orthop Clin North Am. 35(2):217-226, 2004.

119.   Conway J.D., Mont M.A., Bezwada H.P.: Arthrodesis of the Knee. J Bone Joint Surg Am. 86(4):835-848, 2004.

120.   Etienne G., Mont M.A., Ragland P.S.: The Diagnosis and Treatment of Nontraumatic Osteonecrosis of the Femoral Head. Instr Course Lect. 53:67-85, 2004. [Review].

121.   Mont M.A., Stuchin S.A., Paley D., Sharkey P.F., Parvisi J., Tria A.J. Jr., Bonutti P.M., Etienne G.: Different Surgical Options for Monocompartmental Osteoarthritis of the Knee:High Tibial Osteotomy versus Unicompartmental Knee Arthroplasty versus Total Knee Arthroplasty: Indications, Techniques, Results, and Controversies. Instr Course Lect. 53:265-283, 2004. [Review]

122.   Mont M.A., Jones L.C., Rajadhyaksha A.D., Shuler M.S., Hungerford D.S., Sieve-Smith L., Wang P., Cordista A.G., Glueck C.J.: Risk Factors for Pulmonary Emboli after Total Hip or Knee Arthroplasty. Clin Orthop Relat Res. 422:154-163, 2004.

123.   Foran J.R., Mont M.A., Etienne G., Jones L.C., Hungerford D.S.: The Outcome of Total Knee Arthroplasty in Obese Patients. J Bone Joint Surg Am. 86:1609-1615, 2004.

124. Bezwada H.P., Shah A.R., Harding S.H., Baker J., Johanson N.A., <u>Mont M.A.</u>: Cementless Bipolar Hemiarthroplasty for Displaced Femoral Neck Fractures in the Elderly. <u>J Arthroplasty.</u> 19:73-77, 2004.

125. Foran J.R., <u>Mont M.A.</u>, Rajadhyaksha A.D., Jones L.C., Etienne G., Hungerford D.S.: Total Knee Arthroplasty in Obese Patients: A Comparison with a Matched Control Group. <u>J Arthroplasty</u>. 19:817-824, 2004.

126. Etienne G., Bezwada H.P., Hungerford D.S., <u>Mont M.A.</u>:  The Incorporation of Morselized Bone Grafts in Cementless Acetabular Revisions. <u>Clin Orthop Relat Res.</u> 428:241-246, 2004.

127. <u>Mont M.A.</u>:  Michael Mont on Metal-on-Metal Hip Resurfacing Arthroplasty. <u>Orthopedics.</u> 27:1047-1048, 2004.

128. <u>Mont M.A.</u>, Ragland P.S., Etienne G.: Core Decompression of the Femoral Head for Osteonecrosis Using Percutaneous Multiple Small-Diameter Drilling. <u>Clin Orthop Relat Res.</u>  429:131-138, 2004.

129. Bonutti P.M., <u>Mont M.A.</u>, McMahon M., Ragland P.S., Kester M.: Minimally Invasive Total Knee Arthroplasty. <u>J Bone Joint Surg Am.</u> 86 (Suppl 2):26-32, 2004.

130. <u>Mont M.A.</u>, Ragland P.S., Biggins B., Friedlaender G., Patel T., Cook S., Etienne G., Shimmin A., Kildey R., Rueger D.C., Einhorn T.A.: Use of Bone Morphogenetic Proteins for Musculoskeletal Applications. An Overview. <u>J Bone Joint Surg Am.</u> 86 (Suppl 2):41-55, 2004. [Review]

131. Etienne G., Ragland P.S., <u>Mont M.A.</u>: Use of Constrained Acetabular Liners in Total Hip Arthroplasty. <u>Orthopedics.</u> 28:463-469; quiz 470-471, 2005.

132. Leadbetter W.B., Ragland P.S., <u>Mont M.A.</u>: The Appropriate Use of Patellofemoral Arthroplasty: An Analysis of Reported Indications, Contraindications, and Failures. <u>Clin Orthop Relat Res.</u> 436:91-99, 2005. [Review]

133. Parvizi J., Rapuri V.R., Saleh K.J., Kuskowski M.A., Sharkey P.F., <u>Mont M.A.</u>: Failure to Resurface the Patella During Total Knee Arthroplasty May Result in More Knee Pain and Secondary Surgery. <u>Clin Orthop Relat Res</u>. 438:191-196, 2005.

134. Bhave A., <u>Mont M.</u>, Tennis S., Nickey M., Starr R., Etienne G.: Functional Problems and Treatment Solutions after Total Hip and Knee Joint Arthroplasty. <u>J Bone Joint Surg Am.</u> 87  (Suppl 2):9-21, 2005.

135. <u>Mont M.A.</u>, Ragland P.S., Marker D.: Resurfacing Hip Arthroplasty: Comparison of a Minimally Invasive versus Standard Approach. <u>Clin Orthop Relat Res.</u> 441:125-131, 2005.

136. Quick J.C., Saleh K.J., Sime W.E., Martin W., Cooper C.L., Quick J.D., <u>Mont M.A.</u>: Symposium. Stress Management Skills for Strong Leadership: Is It Worth Dying For? <u>J Bone Joint Surg Am.</u> 88:217-25, 2006.

137. Marulanda G.A., Ragland P.S., Seyler T.M., <u>Mont M.A.</u>: Reductions in Blood Loss with Use of a Bipolar Sealer for Hemostasis in Primary Total Knee Arthroplasty. <u>Surg Technol Int.</u> 14:281-6, 2005.

138. <u>Mont M.A.</u>, Seyler T.M., Marulanda G.A., Delanois R.E., Bhave A.: Surgical Treatment and Customized Rehabilitation for Stiff Knee Arthroplasties. <u>Clin Orthop Relat Res.</u> 446:193-200, 2006.

139. <u>Mont M.A.</u>, Jones L.C., Hungerford D.S.: Nontraumatic Osteonecrosis of the Femoral Head: Ten Years Later. <u>J Bone Joint Surg Am.</u> 88:1117-32, 2006. (Review)

140. Bonutti P.M., Seyler T.M., Kester M., McMahon M., <u>Mont M.A.</u>: Minimally Invasive Revision Total Knee Arthroplasty. <u>Clin Orthop Relat Res.</u> 446:69-75, 2006.

141. Macaulay W., Pagnotto M.R., Iorio R., <u>Mont M.A.</u>, Saleh K.J.: Displaced Femoral Neck Fractures in the Elderly: Hemiarthroplasty versus Total Hip Arthroplasty. <u>J Am Acad Orthop Surg.</u> 14:287-93, 2006.

142. Marulanda G., Seyler T.M., Sheikh N.H., <u>Mont M.A.</u>: Percutaneous Drilling for the Treatment of Secondary Osteonecrosis of the Knee. <u>J Bone Joint Surg Br.</u> 88:740-6, 2006.

143. Seyler T.M., <u>Mont M.A.</u>, Ragland P.S., Kachwala M.M., Delanois R.E.: Sports Activity after Total Hip and Knee Arthroplasty: Specific Recommendations Concerning Tennis. <u>Sports Med.</u> 36:571-83, 2006. (Review)

144. <u>Mont M.A.</u>, Ragland P.S., Etienne G., Seyler T.M. Schmalzried T.P.: Hip Resurfacing Arthroplasty. <u>J Am Acad Orthop Surg.</u> 14:454-63, 2006. (Review)

145. <u>Mont M.A.</u>, Ragland P.S., Parvizi J.: Surgical Treatment of Osteonecrosis of the Hip. <u>Instr Course Lect.</u> 55:167-72, 2006.

146. Parvizi J., Campfield A., Clohisy J.C., Rothman R.H., <u>Mont M.A.</u>: Management of Arthritis of the Hip in the Young Adult. <u>J Bone Joint Surg Br.</u> 88:1279-85, 2006. (Review)

147. Seyler T.M., Etienne G., Plate J.F., Fisher P., <u>Mont M.A.</u>: Use of Modular Large Femoral Heads Without Liners in Hip Arthroplasty. <u>Surg Technol Int.</u> 15:217-20, 2006. (Review)

148. Farr J., <u>Mont M.A.</u>, Garland D., Caldwell J.R., Zizic T.M.: Pulsed Electrical Stimulation in Patients with Osteoarthritis of the Knee: Follow Up in 288 Patients Who Had Failed Non-Operative Therapy. <u>Surg Technol Int.</u> 15:227-33, 2006.

150. <u>Mont M.A.</u>, Hungerford D.S., Caldwell J.R., Ragland P.S., Hoffman K.C., He Y.D., Jones L.C., Zizic T.M.: Pulsed Electrical Stimulation to Defer TKA in Patients With Knee Osteoarthritis. <u>Orthopedics</u>. 29:887-92, 2006.

151. <u>Mont M.A.</u>, Marulanda G.A., Jones L.C., Saleh K.J., Gordon N., Hungerford D.S., Steinberg M.E.: Systemic Analysis of Classification Systems for Osteonecrosis of the Femoral Head. <u>J Bone Joint Surg Am.</u> 88:16-26, 2006. (Review)

152. Bonutti P.M., Seyler T.M., Delanois R.E., McMahon M., McCarthy J.C., <u>Mont M.A.</u>: Osteonecrosis of the Knee After Laser or Radiofrequency-Assisted Arthroscopy: Treatment with Minimally Invasive Knee Arthroplasty. <u>J Bone Joint Surg Am.</u> 88:69-75, 2006.

153. <u>Mont M.A.</u>, Seyler T.M., Marker D.R., Marulanda G.A., Delanois R.E.: Use of Metal-on-Metal Total Hip Resurfacing for the Treatment of Osteonecrosis of the Femoral Head. <u>J Bone Joint Surg Am.</u> 88:90-7, 2006.

154. <u>Mont M.A.</u>, Seyler T.M., Plate J.F., Delanois R.E., Parvizi J.: Uncemented Total Hip Arthroplasty in Young Adults with Osteonecrosis of the Femoral Head: A Comparative Study. J Bone Joint Surg Am. 88:104-9, 2006.

155 Rajadhyaksha A.D., <u>Mont M.A.</u>, Becker L.: An Unusual Cause of Knee Pain 10 Years After Arthroscopy. <u>Arthroscopy</u>. 22:1253, 2006.

156. Bezwada H.R., Nazarian D.G., Henry D.H., Booth R.E. Jr., <u>Mont M.A.</u>: Blood Management in Total Joint Arthroplasty. <u>Am J Orthop.</u> 35:458-64, 2006. (Review)

157. Leadbetter W.B., Seyler T.M., Ragland P.S., <u>Mont M.A.</u>: Indications, Contraindications, and Pitfalls of Patellofemoral Arthroplasty. <u>J Bone Joint Surg Am.</u> 88:122-37, 2006.

158. Kolisek F.R., Bonutti P.M., Hozack W.J., Purtill J., Sharkey P.F., Zelicof S.B., Ragland P.S., Kester M., <u>Mont M.A.</u>, Rothman R.H.: Clinical lExperience Using a Minimally Invasive Approach for Total Knee Arthroplasty: Early Results of a Prospective Randomized Study Compared to a Standard Approach. <u>J Arthroplasty.</u> 22:8-13, 2007.

159. <u>Mont M.A.</u>, Seyler T.M., Ragland P.S., Starr R., Erhart J., Bhave A.: Gait Analysis of Patients with Resurfacing Hip Arthroplasty Compared with Hip Osteoarthritis and Standard Total Hip Arthroplasty. <u>J Arthroplasty.</u> 22:100-8, 2007.

160. <u>Mont M.A.</u>, Marker D.R., Seyler T.M., Gordon N., Hungerford D.S., Jones L.C.: Knee Arthroplasties Have Similar Results in High- and Low-Activity Patients. <u>Clin Orthop Relat Res.</u> 15:[Epub ahead of print], 2007.

161. <u>Mont M.A.</u>, Ulrich S.D., Seyler T.M.: Role of Thrombotic and Fibrinolytic Alterations in the Pathogenesis and Treatment of Osteonecrosis. <u>J Rheumatol.</u> 34:466-8, 2007.

162. Ulrich S.D., Seyler T.M., Bennett D., Delanois R.E., Saleh K.J., Thongtrangan I., Kuskowski M., Cheng E.Y., Sharkey P.F., Parvizi J., Stiehl J.B., <u>Mont M.A.</u>: Total Hip Arthroplasties: What are the Reasons for Revision? <u>Int Orthop.</u> 19:[Epub ahead of print], 2007.

163. <u>Mont M.A.</u>, Jones L.C., Seyler T.M., Marulanda G.A., Saleh K.J., Delanois R.E.: New Treatment Approaches for Osteonecrosis of the Femoral Head: An Overview. <u>Instr Course Lect.</u> 56:197-212, 2007. (Review)

164. <u>Mont M.A.</u>, Marulanda G.A., Seyler T.M., Plate J.F., Delanois R.E.: Core Decompression and Nonvascularized Bone Grafting for the Treatment of Early Stage Osteonecrosis of the Femoral Head. <u>Instr Course Lect.</u> 56:213-20, 2007. (Review)

165. Seyler T.M., Cui Q., Mihalko W.M., <u>Mont M.A.</u>, Saleh K.J.: Advances in Hip Arthroplasty in the Treatment of Osteonecrosis. <u>Instr Course Lect.</u> 56:221-33, 2007. (Review)

166. Ulrich S.D., Mont M.A., Bonutti P.M., Seyler T.M., Marker D.R., Jones L.C.: Scientific Evidence Supporting Computer-Assisted Surgery and Minimally Invasive Surgery for Total Knee Arthroplasty. Expert Rev Med Devices. 4:497-505, 2007. (Review)

167. Delanois R.E., Seyler T.M., Essner A., Schmidig G., <u>Mont M.A.</u>: Cementation of a Polyethylene Liner into a Metal Shell. <u>J Arthroplasty.</u> 22:732-7, 2007.

168. Boyd H.S., Ulrich S.D., Seyler T.M., Marulanda G.A., <u>Mont M.A.</u>: Resurfacing for Perthes Disease: An Alternative to Standard Hip Arthroplasty. <u>Clin Orthop Relat Res.</u> Aug 9:[Epub ahead of print], 2007.

169. Ulrich S.D., Bhave A., Marker D.R., Seyler T.M., <u>Mont M.A.</u>: Focused Rehabilitation Treatment of Poorly Functioning Total Knee Arthroplasties. <u>Clin Orthop Relat Res.</u> Aug 9:[Epub ahead of print], 2007.

170. <u>Mont M.A.</u>, Seyler T.M., Ulrich S.D., Beaule P.E., Boyd H.S., Grecula M.J., Goldberg V.M., Kennedy W.R., Marker D.R., Schmalzried T.P., Sparling E.A., Vail T.P., Amstutz H.C.: Effect of Changing Indications and Techniques on Total Hip Resurfacing. <u>Clin Orthop Relat Res.</u> Sep 20:[Epub ahead of print], 2007.

171. Bhave A., Marker D.R., Seyler T.M., Ulrich S.D., Plate J.F., <u>Mont M.A.</u>: Functional Problems and Treatment Solutions after Total Hip Arthroplasty. <u>J Arthroplasty.</u> 22:116-24, 2007.

172. Diaz L.A., Foss C.A., Thornton K., Nimmagadda S., Endres D.J., Uzuner O., Seyler T.M., Ulrich S.D., Conway J., Bettegowda C., Agrawal N., Cheong I., Zhang X., Ladenson P.W., Vogelstein B.N., <u>Mont M.A.</u>, Zhou S., Kinzler K.W., Vogelstein B, Pomper M.G.: Imaging of Musculoskeletal Bacterial Infections by [I]FIAU-PET/CT. <u>PLoS ONE.</u> 2::e1007, 2007.

173.   Seyler T.M., Marker D.R., Bhave A., Plate J.F., Marulanda G.A., Bonutti P.M., Delanois R.E., Mont M.A.: Functional Problems and Arthrofibrosis Following Total Knee Arthroplasty. J Bone Joint Surg Am. 89:59-69, 2007. (Review)

174.   Seyler T.M., Bonutti P.M., Ulrich S.D., Fatscher T., Marker D.R., Mont M.A.: Minimally Invasive Lateral Approach to Total Knee Arthroplasty. J Arthroplasty. 22:21-6, 2007.

175.   Marker D.R., Seyler T.M., Jinnah R.H., Delanois R.E., Ulrich S.D., Mont M.A.: Femoral Neck Fractures after Metal-on-Metal Total Hip Resurfacing: A Prospective Cohort Study. J Arthroplasty. 22:66-71, 2007.

176.   Ulrich S.D., Bonutti P.M., Seyler T.M., Marker D.R., Jones L.C., Mont M.A.: Outcomes-based Evaluations Supporting Computer-Assisted Surgery and Minimally Invasive Surgery for Total Hip Arthroplasty. Expert Rev Med Devices. 4:873-83, 2007.

177.   Ulrich S.D., Bhave A., Marker D.R., Seyler T.M., Mont M.A.: Focused Rehabilitation Treatment of Poorly Functioning Total Knee Arthroplasties. Clin Orthop Relat Res. 464:138-45, 2007.

178.   Robinson Y., Heyde C.E., Tschoke S.K., Mont M.A., Seyler T.M., Ulrich S.D.: Evidence Supporting the Use of Bone Morphogenetic Proteins for Spinal Fusion Surgery. Expert Rev Med Devices. 2008;5:75-84.

179.   Kolisek F.R., Mont M.A., Seyler T.M., Marker D.R., Jessup N.M., Siddiqui J.A., Monesmith E., Ulrich S.D.: Total Knee Arthroplasty Using Cementless Keels and Cemented Tibial Trays: 10-Year Results. Int Orthop. 2008;9. [Epub ahead of print]

180.   Mont M.A., Ranawat C.S.: Introduction Advances in Surgical Technology Supplement. J Arthroplasty. 2007;27:1.

181.   Marulanda G.A., Ulrich S.D., Seyler T.M., Delanois R.E., Mont M.A.: Reductions in Blood Loss with a Bipolar Sealer in Total Hip Arthroplasty. Expert Rev Med Devices. 2008;5:125-31.

182.   Stiehl J.B., Ulrich S.D., Seyler T.M., Bonutti P.M., Marker D.R., Mont M.A.:  Bone Morphogenetic Proteins in Total Hip Arthroplasty, Osteonecrosis and Trauma Surgery. Expert Rev Med Devices. 2008;5:231-8. Review.

183.   Seyler T.M., Marker D.R., Ulrich S.D., Fatscher T., Mont M.A.: Nonvascularized Bone Grafting Defers Joint Arthroplasty in Hip Osteonecrosis. Clin Orthop Relat Res. 2008;466:1125-32.

184.   Marker D.R., Seyler T.M., Ulrich S.D., Srivastava S., Mont M.A.: Do Modern Techniques Improve Core Decompression Outcomes for Hip Osteonecrosis? Clin Orthop Relat Res. 2008;466:1093-103.

185.   Bonutti P.M., Seyler T.M., Bianco P.D., Ulrich S.D., Mont M.A.: Investing in Orthopaedics: From Idea to Marketed Device. J Bone Joint Surg Am. 2008;90:1385-02. Review.

186.   Mont M.A., Ulrich S.D., Seyler T.M., Smith J.M., Marker D.R., McGrath M.S., Hungerford D.S., Jones L.C.: Bone Scanning of Limited Value for Diagnosis of Symptomatic Oligofocal and Multifocal Osteonecrosis. J Rheumatol. 2008;35:1629-34.

187.   Marulanda G.A., Mont M.A., Lucci A., Letson G.D., Khakpour N.: Orthopedic Surgery Implications of Breast Cancer. Expert Rev Anticancer Ther. 2008;8:949-56. Review.

188.   Bonutti P.M., McGrath M.S., Ulrich S.D., McKenzie S.A., Seyler T.M., Mont M.A.: Statis Progressive Stretch for the Treatment of Knee Stiffness. Knee. 2008;15:272-6.

189.   Akbar M., Mont M.A., Heisel C., Marker D.R., Ulrich S.D., Seyler T.M.: Resurfacing for Osteonecrosis of the Femoral Head. Orthopade. 2008;37:672-8. German.

190.   Delanois R.E., McGrath M.S., Ulrich S.D., Marker D.R., Seyler T.M., Bonutti P.M., Mont M.A.: Results of Total Knee Replacement for Isolated Patellofemoral Arthritis: When Not to Perform a Patellofemoral Arthroplasty. Orthop Clin North Am. 2008;39:381-8, vii. Review.

191.   Bonutti P.M., Dethmers D.A., McGrath M.S., Ulrich S.D., Mont M.A.: Navigation Did Not Improve the Precision of Minimally Invasive Knee Arthroplasty. Clin Orthop Relat Res. 2008 Jul 10. [Epub ahead of print]

192.   Parvizi J., Saleh K.J., Ragland P.S., Pour A.E., Mont M.A.: Efficacy of Antibiotic-Impregnated Cement in Total Hip Replacement. Acta Orthop. 2008;79:335-41.

193.   Mont M.A., Schmalzried T.P.: Modern Metal-on-Metal Hip Resurfacing: Important Observations From the First Ten Years. J Bone Joint Surg Am. 2008;90:3-11.

194.   McGrath M.S., Desser D.R., Ulrich S.D., Seyler T.M., Marker D.R., Mont M.A.: Total Hip Resurfacing in Patients Who are Sixty Years of Age or Older. J Bone Joint Surg Am. 2008;90:27-31.

195.   Mont M.A., McGrath M.S., Ulrich S.D., Seyler T.M., Marker D.R., Delanois R.E.: Metal-on-Metal Total Hip Resurfacing Arthroplasty in the Presence of Extra-articular Deformities or Implants. J Bone Joint Surg Am. 2008;90:45-51.

196.   Huo M.H., Parvizi J., Bal B.S., Mont M.A.;Council of Musculoskeletal Specialty Societies (COMSS) of the American Academy of Orthopaedic Surgeons: What's New in Total Hip Arthroplasty. J Bone Joint Surg Am. 2008;90:2043-55.

197.   Mont M.A., Marker D.R., Seyler T.M., Jones L.C., Kolisek F.R., Hungerford D.S.: High-Impact Sports after Total Knee Arthroplasty. J Arthroplasty. 2008;23:80-4.

198.   McGrath M.S., Marker D.R., Seyler T.M., Ulrich S.D., Mont M.A.: Revision of Surface Replacement is Comparable to Primary Total Hip Arthroplasty. Clin Orthop Relat Res. 2008 Sept 16.  Epub 2008 Sep 16.

199.   Kolisek F.R., Seyler T.M., Ulrich S.D., Marker D.R., Jessup N.M., Mont M.A.: A Comparison of the Minimally Invasive Dual-Incision versus Posterolateral Approach in Total Hip Arthroplasty. Surg Technol Int. 2008;17:253-8.

200.   Bonutti PM, Dethmers D, Ulrich SD, Seyler TM, Mont MA: Computer navigation-assisted versus minimally invasive TKA: benefits and drawbacks. Clin Orthop Relat Res. 2008;466:2756-62.

201.   Mont MA, Marker DR, Smith JM, Ulrich SD, McGrath MS: Resurfacing is comparable to total hip arthroplasty at short-term follow-up. Clin Orthop Relat Res. 2009;467:66-71. Epub 2008 Oct 8.

202.   Hanssen AD, Hozack WJ, Mont MA: Introduction: Advances in surgical technology supplement. J Arthroplasty. 2008;23:1.

203.   Sikes CV, Lai LP, Schreiber M, Mont MA, Jinnah RH, Seyler TM: Instability after total hip arthroplasty: treatment with large femoral heads vs constrained liners. J Arthroplasty. 2008;23:59-63. Review.

204.   Quesada MJ, Marker DR, Mont MA: Metal-on-metal hip resurfacing: advantages and disadvantages. J Arthroplasty. 2008;23:69-73. Review.

205.   McGrath MS, Ulrich SD, Bonutti PM, Marker DR, Johanssen HR, Mont MA: Static progressive splinting for restoration of rotational motion of the forearm. J Hand Ther. 2009;22:3-8;quiz 9. Epub 2008 Aug 30.

206.   McGrath MS, Ulrich SD, Bonutti PM, Smith JM, Seyler TM, Mont MA:  Evaluation of static progressive stretch for the treatment of wrist stiffness. J Hand Surg Am. 2008;33:1498-504.

207.   Seyler TM, Smith BP, Marker DR, Ma J, Shen J, Smith TL, Mont MA, Kolaski K, Koman LA: Botulinum neurotoxin as a therapeutic modality in orthopaedic surgery: more than twenty years of experience. J Bone Joint Surg Am. 2008;90:133-45. Review.

208.   Marker DR, Seyler TM, McGrath MS, Delanois RE, Ulrich SD, Mont MA: Treatment of early stage osteonecrosis of the femoral head. J Bone Joint Surg Am. 2008;4:175-87. Review.

209.   Leadbetter WB, Kolisek FR, Levitt RL, Brooker AF, Zietz P, Marker DR, Bonutti PM, Mont MA: Patellofemoral arthroplasty: a multi-center study with minimum 2-year follow-up. Int Orthop. 2008 Dec 5 [Epub ahead of print]

210. Spencer BA, Mont MA, McGrath MS, Boyd B, Mitrick MF: Initial experience with custom-fit total knee replacement: intra-operative events and long-leg coronal alignment. Int Orthop. 2008 Dec 20. [Epub ahead of print]

211. McGrath MS, Suda AJ, Bonutti PM, Zywiel MG, Marker DR, Seyler TM, Mont MA: Techniques for managing anatomic variations in primary total knee arthroplasty. Expert Rev Med Devices. 2009;6:75-93. Review.

212. Marker DR, Mont MA, McGrath MS, Frassica FJ, LaPorte DM: Current hand surgery literature as an educational tool for the orthopaedic in-training examination. J Bone Joint Surg Am. 2009;91:236-40.

213. Seyler TM, Jinnah RH, Koman LA, Marker DR, Mont MA, Ulrich SD, Bhave A: Botulinum toxin type A injections for the management of flexion contractures following total knee arthroplasty. J Surg Orthop Adv. 2008 Winter;17:231-8.

214. Bonutti PM, McGrath MS, Johansson HR, Ulrich SD, Mont MA: An arthroscopic technique to enhance visualization during total hip arthroplasty. J Arthroplasty. 2009 Feb 4. [Epub ahead of print]

215. Kolisek FR, McGrath MS, Jessup NM, Monesmith EA, Mont MA: Comparison of outpatient versus inpatient total knee arthroplasty. Clin Orthop Relat Res. 2009;467:1438-42. Epub 2009 Feb 18.

216. Mont MA, Seyler TM: Advanced techniques for rehabilitation after total hip and knee arthroplasty. Clin Orthop Relat Res. 2009;1395. Epub 2009 Mar 9.

217. Mont MA, McGrath MS, Bonutti PM, Ulrich SD, Marker DR, Seyler TM, Suda AJ: Anatomic and physiologic rationale for various technologies for primary total hip arthroplasty. Expert Rev Med Devices. 2009;6:169-86. Review.

218. McGrath MS, Mont MA, Siddiqui JA, Baker E, Bhave A: Evaluation of a custom device for the treatment of flexion contractures after total knee arthroplasty. Clin Orthop Relat Res. 2009;467:1485-92. Epub 2009 Mar 31.

219. Bonutti PM, Zywiel MG, Seyler TM, Lee SY, McGrath MS, Marker DR, Mont MA: Minimally invasive total knee arthroplasty using the contralateral knee as a control group: a case-control study. Int Orthop. Apr 8. [Epub ahead of print]

220. Mont MA, Jones LC: Bone circulation disorders. Preface. Orthop Clin North Am. 2009;40:xiii.

221. Zywiel MG, McGrath MS, Seyler TM, Marker DR, Bonutti PM, Mont MA: Osteonecrosis of the knee: a review of three disorders. Orthop Clin North Am. 2009;40:193-211. Review.

222.   Marker DR, Mont MA, Seyler TM, LaPorte DM, Frassica FJ: Current literature: an educational tool to study osteonecrosis for the orthopaedic in-training examination? Orthop Clin North Am. 2009;40:299-304. Review.

223.   Duany NG, Zywiel MG, McGrath MS, Siddiqui JA, Jones LC, Bonutti PM, Mont MA: Joint-preserving surgical treatment of spontaneous osteonecrosis of the knee. Arch Orthop Trauma Surg. 2010;130:11-6.

224.   Burgess DL, McGrath MS, Bonutti PM, Marker DR, Delanois RE, Mont MA: Shoulder resurfacing. J Bone Joint Surg Am. 2009;91:1228-38. Review.

225.   Zywiel MG, Ulrich SD, Suda AJ, Duncan JL, McGrath MS, Mont MA: Incidence and cost of intraoperative waste of hip and knee arthroplasty implants. J Arthroplasty. 2010;25:558-62.  Epub 2009 May 15.

226.   Harreld KL, Marker DR, Wiesler ER, Shafiq B, Mont MA: Osteonecrosis of the humeral head. J Am Acad Orthop Surg. 2009;17:345-55. Review.

227.   Saenz CL, McGrath MS, Marker DR, Seyler TM, Mont MA, Bonutti PM: Early failure of a unicompartmental knee arthroplasty design with an all-polyethylene tibial component. Knee. 2010;17:53-6. Epub 2009 June 23.

228.   Strassmair M, Mont MA, Seyler TM, Bosebeck H, Marker DR, LaPorte DM: The use of a type-1 lyophilisate collagen as an osteoinductive factor in pseudoarthroses of the forearm. Surg Technol Int. 2009;18:213-8.

229.   Mont MA, Schmalzried TP, Zywiel MG, McGrath MS, Seyler TM: Perceptions concerning hip resurfacing from attendees at the second annual U.S. comprehensive course on total hip resurfacing arthroplasty. Bull NYU Hosp Jt Dis. 2009;67:102-7.

230.   Zywiel MG, Marker DR, McGrath MS, Delanois RE, Mont MA: Resurfacing matched to standard total hip arthroplasty by preoperative activity levels – a comparison of postoperative outcomes. Bull NYU Hosp Jt Dis. 2009;67:116-9.

231.   Marker DR, Strimbu K, McGrath MS, Zywiel MG, Mont MA: Resurfacing versus conventional total hip arthroplasty – review of comparative clinical and basic science studies. Bull NYU Hosp Jt Dis. 2009;67:120-7. Review.

232.   Zywiel MG, Armocida FM, McGrath MS, Bonutti PM, Mont MA: Bicondylar spontaneous osteonecrosis of the knee: a case report. Knee. 2010;17:167-71. Epub 2009 Jul 16.

233.   Vail TP, Mont MA, McGrath MS, Zywiel MG, Beaulé PE, Capello WN: Hip resurfacing: patient and treatment options. J Bone Joint Surg Am. 2009;91:2-4.

234.   Cabanela ME, Mont MA, Zywiel MG, McGrath MS: Total hip arthroplasty: case-based panel discussions. J Bone Joint Surg Am. 2009;91:15-6.

235.   Scuderi GR, Meneghini RM, Booth RE Jr, <u>Mont MA</u>, McGrath MS, Zywiel MG: Technologic developments in total knee arthroplasty. J Bone Joint Surg Am. 2009;91:49-51.

236.   Mahoney OM, Clarke HD, <u>Mont MA</u>, McGrath MS, Zywiel MG, Dennis DA, Kim RH, Carothers J: Primary total knee arthroplasty: the impact of technique. J Bone Joint Surg Am. 2009;91:59-61.

237.   Bhave A, Zywiel MG, Ulrich SD, McGrath MS, Seyler TM, Marker DR, Delanois RE, <u>Mont MA</u>: Botulinum toxin type A injections for the management of muscle tightness following total hip arthroplasty. J Orthop Surg Res. 2009;4:34.

238.   Harreld KL, Marulanda GA, Ulrich SD, Marker DR, Seyler TM, <u>Mont MA</u>: Small-diameter percutaneous decompression for osteonecrosis of the shoulder. Am J Orthop. 2009;38:348-54.

239.   Bonutti PM, Zywiel MG, Rudert LA, Gough AK, McGrath MS, <u>Mont MA</u>: Femoral notch stenosis caused by soft tissue impingement in semi or open-box posterior-stabilized total knee arthroplasty. J Arthroplasty. 2010;25:1061-5.  Epub 2009 Sep 2.

240.   Marker DR, <u>Mont MA</u>, Seyler TM, McGrath MS, Kolisek FR, Bonutti PM: Does functional improvement following TKA correlate to increased sports activity? Iowa Orthop J. 2009;29:11-6.

241.   Kolisek FR, McGrath MS, Marker DR, Jessup N, Seyler TM, Mont MA, Lowry Barnes C: Posterior-stabilized versus posterior cruciate ligament-retaining total knee arthroplasty. Iowa Orthop J. 2009;29:23-7.

242.   Mears SC, McCarthy EF, Jones LC, Hungerford DS, <u>Mont MA</u>: Characterization and pathological characteristics of spontaneous osteonecrosis of the knee. Iowa Orthop J. 2009;29:38-42.

243.   Huo MH, Parvizi J, Bal BS, <u>Mont MA</u>: What's new in total hip arthroplasty. J Bone Joint Surg Am. 2009;91:2522-34. Review.

244.   Bonutti PM, Marulanda GA, McGrath MS, <u>Mont MA</u>, Zywiel MG: Static progressive stretch improves range of motion in arthrofibrosis following total knee arthroplasty. Knee Surg Sports Traumatol Arthros. 2010;18:194-9. Epub 2009 Oct 14.

245.   Seyler TM, <u>Mont MA</u>, Lai LP, Xie J, Marker DR, Zywiel MG, Bonutti PM: Mid-term results and factors affecting outcome of a metal-backed unicompartmental knee design: a case series. J Orthop Surg Res. 2009;4:39.

246. Zywiel MG, Delanois RE, McGrath MS, Ulrich SD, Duncan JL, <u>Mont MA</u>: Intraoperative waste of trauma implants: a cost burden to hospitals worth addressing? J Orthop Trauma. 2009;23:710-5.

247. Seyler TM, Marker DR, Boyd HS, Zywiel MS, McGrath MS, <u>Mont MA</u>. Preoperative evaluation to determine candidates for metal-on-metal hip resurfacing. J Bone Joint Surg Am. 2009;91 Suppl 6:32-41.

248. Marker DR, LaPorte DM, Seyler TM, Ulrich SD, McGrath MS, Frassica FJ, <u>Mont MA</u>. Orthopaedic journal publications and their role in the preparation for the orthopaedic-in-training examination. J Bone Joint Surg Am. 2009;91 Suppl 6:59-66.

249. Ulrich SD, Bonutti PM, Seyler TM, Marker DR, Morrey BF, <u>Mont MA</u>. Restoring range of motion via stress relaxation and static progressive stretch in posttraumatic elbow contractures. J Shoulder Elbow Surg. 2010;19:196-201. Epub 2009 Dec 2.

250. Gupta RR, Zywiel MG, Leadbetter WB, Bonutti P, <u>Mont MA</u>. Scientific evidence for the use of modern patellofemoral arthroplasty. Expert Rev Med Devices. 2010;7:51-66.

251. Johnson AJ, Zywiel MG, Stroh DA, Marker DR, <u>Mont MA</u>. Should gram stains have a role in diagnosing hip arthroplasty infections? Clin Orthop Relat Res. 2010;468:2387-91.

252. Marulanda GA, Minniti CP, Ulrich SD, Seyler TM, <u>Mont MA</u>. Perioperative management for orthopaedic patients with sickle cell anaemia. J Orthop Surg. 2009;17:346-50.

253. Desser DR, Mitrick MF, Ulrich SD, Delanois RE, <u>Mont MA</u>. Total hip arthroplasty: comparison of two-incision and standard techniques at an AOA-accredited community hospital. J Am Osteopath Assoc. 2010;110:12-5.

254. Marulanda GA, McGrath MS, Ulrich SD, Seyler TM, Delanois RE, <u>Mont MA</u>. Percutaneous drilling for the treatment of atraumatic osteonecrosis of the ankle. J Foot Ankle Surg. 2010;49:20-4.

255. Marulanda GA, Krebs VE, Bierbaum BE, Goldberg VM, Ries M, Ulrich SD, Seyler TM, <u>Mont MA</u>. Hemostasis using a bipolar sealer in primary unilateral total knee arthroplasty. Am J Orthop. 2009;38:E179-83.

256. Zywiel MG, Mustafa LH, Bonutti PM, <u>Mont MA</u>. Are abductor muscle quality and previous revision surgery predictors of constrained liner failure in hip arthroplasty? Int Orthop. 2011;35:797-802. Epub 2010 Feb 20.

257. Johannson HR, Zywiel MG, Marker DR, Jones LC, McGrath MS, <u>Mont MA</u>. Osteonecrosis is not a predictor of poor outcomes in primary total hip arthroplasty: a systemic literature review. Int Orthop. 2011;35:465-73. Epub 2010 Feb 25. Review.

258. Colwell CW Jr, Froimson MI, <u>Mont MA</u>, Ritter MA, Trousdale RT, Buehler KC, Spitzer A, Donaldson TK, Padgett DE. Thrombosis prevention after total hip arthroplasty: a prospective, randomized trial comparing a mobile compression device with low-molecular-weight heparin. J Bone Joint Surg Am. 2010;92:527-35.

259. Bonutti PM, Zywiel MG, Ulrich SD, Stroh DA, Seyler TM, <u>Mont MA</u>. A comparison of subvastus and midvastus approaches in minimally invasive total knee arthroplasty. J Bone Joint Surg Am. 2010;92:575-82.

260. Zywiel MG, Johnson AJ, Stroh DA, Martin J, Marker DR, <u>Mont MA</u>. Prophylactic oral antibiotics reduce reinfection rates following two-stage revision total knee arthroplasty. Int Orthop. 2011;35:37-42. Epub 2010 Mar 7.

261. Maduekwe UI, Zywiel MG, Bonutti PM, Johnson AJ, Delanois RE, <u>Mont MA</u>. Scientific evidence for the use of modern unicompartmental knee arthroplasty. Expert Review Med Devices. 2010;7:219-39. Review.

262. Ulrich SD, Kyle B, Johnson AJ, Zywiel MG, <u>Mont MA</u>. Strategies to reduce blood loss in lower extremity total joint arthroplasty. Surg Technol Int. 2010;20:341-7.

263. <u>Mont MA</u>, Johnson AJ, Zywiel MG, Bonutti PM. Surgeon Perceptions Regarding Custom-fit Positioning Technology for Total Knee Arthroplasty. Surg Technol Int. 2010;20:348-51.

264. <u>Mont MA</u>, Zywiel MG, McGrath MS, Bonutti PM. Scientific evidence for minimally invasive total knee arthroplasty. Instr Course Lect. 2010;59:73-82. Review.

265. Bonutti PM, Zywiel MG, McGrath MS, <u>Mont MA</u>. Surgical techniques for minimally invasive exposures for total knee arthroplasty. Instr Course Lect. 2010;59:83-91. Review.

266. Marker DR, Seyler TM, Bhave A, Zywiel MG, <u>Mont MA</u>. Does commitment to rehabilitation influence clinical outcome of total hip resurfacing arthroplasty? J Orthop Surg Res. 2010 Mar 22;5:20.

267. LaPorte DM, Marker DR, Seyler TM, <u>Mont MA</u>, Frassica FJ. Educational resources for the Orthopedic In-Training Examination. J Surg Educ. 2010;67(3):135-8.

268. Zywiel MG, <u>Mont MA</u>, McGrath MS, Ulrich SD, Bonutti PM, Bhave A. Peroneal nerve dysfunction after total knee arthroplasty characterization and treatment. J Arthroplasty. 2011;26:379-85. Epub 2010 May 31.

269. Zywiel MG, Daley JA, Delanois RE, Naziri Q, Johnson AJ, <u>Mont MA</u>. Advance pre-operative chlorhexidine reduces the incidence of surgical site infections in knee arthroplasty. Int Orthop. 2011;35:1001-6. Epub 2010 Jun 20.

270. Khanuja HS, Aggarwal A, Hungerford MW, Hungerford DS, Jones LC, <u>Mont MA</u>.

Cementing polyethylene liners into non-modular acetabular components in revision total hip arthroplasty. J Orthop Surg (Hong Kong). 2010;18(2):184-8.

271. Johnson AJ, Daley JA, Zywiel MG, Delanois RE, Mont MA. Preoperative chlorhexidine preparation and the incidence of surgical site infections after hip arthroplasty. J Arthroplasty. 2010;25(6 Suppl):98-102. Epub 2010 May 31.

272. Zywiel MG, Johnson AJ, Mont MA. DVT prophylaxis: better living through chemistry: opposes. Orthopedics. 2010;33(9):643.

273. Mont MA, Mahoney OM. Commentary on an article by Sebastien Parratte, MD, PhD, et al.: "Effect of postoperative mechanical axis alignment on the fifteen-year survival of modern, cemented total knee replacements". J Bone Joint Surg Am. 2010;92(12):e16.

274. Mont MA, Zywiel MG, Marker DR, McGrath MS, Delanois RE. The natural history of untreated asymptomatic osteonecrosis of the femoral head: a systematic literature review. J Bone Joint Surg Am. 2010;92(12):2165-70. Review.

275. Bonutti PM, Zywiel MG, Ulrich SD, McGrath MS, Mont MA. Minimally invasive total knee arthroplasty: pitfalls and complications. Am J Orthop (Belle Mead NJ). 2010;39(10):480-4.

276. Marker DR, Zywiel MG, Johnson AJ, Seyler TM, Mont MA. Are component positioning and prosthesis size associated with hip resurfacing failure? BMC Musculoskelet Disord. 2010 Oct 2;11:227.

277. Sayeed SA, Johnson AJ, Stroh DA, Gross TP, Mont MA. Hip resurfacing in patients who have osteonecrosis and are 25 years or under. Clin Orthop Relat Res. 2011;469:1582-8.

278. Johansson HR, Johnson AJ, Zywiel MG, Naughton M, Mont MA, Bonutti PM. Does acetabular inclination angle affect survivorship of alumina-ceramic articulations? Clin Orthop Relat Res. 2011;469:1560-6.

279. Delanois R, Mont MA, Mahoney OM. Commentary on an article by Won Chul Choi, MD, et al.: "Comparison between standard and high-flexion posterior-stabilized rotating-platform mobile-bearing total knee arthroplasties. A randomized controlled study". J Bone Joint Surg Am. 2010;92(16):e29.

280. Zywiel MG, Sayeed SA, Johnson AJ, Schmalzried TP, Mont MA. Survival of hard-on-hard bearings in total hip arthroplasty: a systematic review. Clin Orthop Relat Res. 2011;469:1536-46. Revew

281. Bonutti PM, Zywiel MG, Mont MA. Comments on Bonutti PM et al.: Minimally invasive total knee arthroplasty using the contralateral knee as a control group: a case-control study. Int Orthop. 2010;34(8):1365. Epub 2010 Jul 17.

282.  Clohisy JC, Oryhon JM, Seyler TM, Wells CW, Liu SS, Callaghan JJ, Mont MA. Function and fixation of total hip arthroplasty in patients 25 years of age or younger. Clin Orthop Relat Res. 2010;468(12):3207-13.

283.  Johnson AJ, Zywiel MG, Maduekwe UI, Liu F, Mont MA, Gross TP. Is resurfacing arthroplasty appropriate for posttraumatic osteoarthritis? Clin Orthop Relat Res. 2011;469(6):1567-73.

284.  Huo MH, Stockton KG, Mont MA, Parvizi J. What's new in total hip arthroplasty. J Bone Joint Surg Am. 2010;92(18):2959-72. Review.

285.  Johnson AJ, Zywiel MG, Stroh A, Marker DR, Mont MA. Serological markers can lead to false negative diagnoses of periprosthetic infections following total knee arthroplasty. Int Orthop. 2011;35(11):1621-6. Epub 2010 Dec 23. [

286.  McElroy MJ, Johnson AJ, Zywiel MG, Mont MA. Devices for the prevention and treatment of knee stiffness after total knee arthroplasty. Expert Rev Med Devices. 2011;8(1):57-65. Review.

287.  Bonutti PM, Goddard MS, Zywiel MG, Khanuja HS, Johnson AJ, Mont MA. Outcomes of unicompartmental knee arthroplasty stratified by body mass index. J Arthroplasty. 2011;26(8):1149-53. Epub 2011 Jan 21.

288.  Johnson AJ, Costa CR, Mont MA. Do we need gender-specific total joint arthroplasty? Clin Orthop Relat Res. 2011;469(7):1852-8. Review.

289.  Seyler TM, Johnson AJ, Marker DR, Mont MA, Bonutti PM. Arthroscopic-assisted minimally invasive total knee arthroplasty. Arthroscopy. 2011;27(2):290-3.

290.  Khanuja HS, Vakil JJ, Goddard MS, Mont MA. Cementless femoral fixation in total hip arthroplasty. J Bone Joint Surg Am. 2011;93(5):500-9. Review.

291.  Brand RA, Mont MA, Manring MM. Biographical sketch: Themistockles Gluck (1853-1942). Clin Orthop Relat Res. 2011;469(6):1525-7.

292.  Mont MA. Update on hard-on-hard bearings in hip arthroplasty. Clin Orthop Relat Res. 2011;469(9):1523-4.

293.  Stroh DA, Johnson AJ, Mont MA. Surgical implants and technologies for cartilage repair and preservation of the knee. Expert Rev Med Devices. 2011;8(3):339-56. Review.

294.  Zywiel MG, Sayeed SA, Johnson AJ, Schmalzried TP, Mont MA. State of the art in hard-on-hard bearings: how did we get here and what have we achieved? Expert Rev Med Devices. 2011;8(2):187-207. Review.

295. Zywiel MG, <u>Mont MA</u>. Orthopedic implant approval: achieving the right balance. Expert Rev Med Devices. 2011;8(4):405-8. Review.

296. Marker DR, Sayeed SA, Duggan B, Mears SC, Delanois RE, <u>Mont MA</u>. Literature recommended as study aids for the hip reconstruction section of the orthopaedic-in-training examination. Am J Orthop (Belle Mead NJ). 2011;40(5):E88-91.

297. Costa CR, Johnson AJ, Naziri Q, <u>Mont MA</u>. Review of total hip resurfacing and total hip arthroplasty in young patients who had Legg-Calve-Perthes disease. Orthop Clin North Am. 2011;42(3):419-22, viii. Epub 2011 May 5. Review.

298. Zywiel MG, Stroh DA, Johnson AJ, Marker DR, <u>Mont MA</u>. Gram stains have limited application in the diagnosis of infected total knee arthroplasty. Int J Infect Dis. 2011;15(10):e702-5. Epub 2011 July 20.

299. <u>Mont MA</u>, Marker DR, Zywiel MG, Carrino JA. Osteonecrosis of the knee and related conditions. J Am Acad Orthop Surg. 2011;19(8):482-94. Review.

300. Parvizi J, Zmistowski B, Berbari EF, Bauer TW, Springer BD, Della Valle CJ, Garvin KL, <u>Mont MA</u>, Wongworawat MD, Zalavras CG. New definition for periprosthetic joint infection: from the Workgroup of the Musculoskeletal Infection Society. Clin Orthop Relat Res. 2011;469(11):2992-4.

301. Johnson AJ, Sayeed SA, Naziri Q, Khanuja HS, <u>Mont MA</u>. Minimizing dynamic knee spacer complications in infected revision arthroplasty. Clin Orthop Relat Res. 2012;470(1):220-7.

302. <u>Mont MA</u>, Johnson AJ, Naziri Q, Kolisek FR, Leadbetter WB. Patellofemoral arthroplasty 7-year mean follow-up. J Arthroplasty. 2011 Sept 30 [Epub ahead of print].

303. Sayeed SA, Johnson AJ, Jaffe DE, <u>Mont MA</u>. Incidence of contralateral THA after index THA for osteoarthritis. Clin Orthop Relat Res. 2012;470(2):535-40.

304. Bonutti PM, Costa CR, Woehnl A, Johnson AJ, <u>Mont MA</u>. Results of MIS TKA at mean nine year follow-up. J Knee Surg. 2011;24(3):203-7.

305. Huo MH, Dumont GD, Knight JR, <u>Mont MA</u>. What's new in total hip arthroplasty. J Bone Joint Surg Am. 2011;93(20):1944-50. Review.

306. Sayeed SA, Marker DR, Mears SC, Delanois RE, <u>Mont MA</u>. Reconstructive knee surgery literature as a tool for the orthopaedic-in-training examination. Bull NYU Hosp Jt Dis. 2011;69(2):168-72.

307. Zywiel MG, Stroh DA, Lee SY, Bonutti PM, <u>Mont MA</u>. Chronic opioid use prior to total knee arthroplasty. J Bone Joint Surg Am. 2011;93(21):1988-93.

308. Stroh DA, Laporte DM, Marker DR, Johnson AJ, Mont MA. Atraumatic osteonecrosis of the distal radius and ulna: case series and review. J Hand Surg Am. 2012;37(1):134-41. Epub 2011 Nov 5.

309. Costa CR, Johnson AJ, Naziri Q, Mont MA. The outcomes of Cormet hip resurfacing compared to standard primary total hip arthroplasty. Bull NYU Jt. Dis. 2011;69:S12-5.

310. Johnson AJ, Costa CR, Naziri Q, Mont MA. Is there a new learning curve with transition to a new resurfacing system? Bull NYU Hosp Jt Dis. 2011;69:S16-9.

311. Johnson AJ, Zywiel MG, Hooper H, Mont MA. Narrowed indications improve outcomes for hip resurfacing arthroplasty. Bull NYU Hosp Jt Dis. 2011;69:S27-9.

312. Mwale F, Wang H, Johnson AJ, Mont MA, Antoniou J. Abnormal vascular endothelial growth factor expression in mesenchymal stem cells from both osteonecrotic and osteoarthritic hips. Bull NYU Hosp Jt Dis. 2011;69:S56-61.

313. McElroy MJ, Johnson AJ, Mont MA, Bonutti PM. Short and standard stem prostheses are both viable options for minimally invasive total hip arthroplasty. Bull NYU Hosp Jt Dis. 2011;69:S68-76.

314. Sayeed SA, Mont MA, Costa CR, Johnson AJ, Naziri Q, Bonutti PM, Delanois RE. Early outcomes of sequentially cross-linked thin polyethylene liners with large diameter femoral heads in total hip arthroplasty. Bull NYU Hosp Jt Dis. 2011;69:S90-4.

315. Mont MA, Jacobs JJ, Boggio LN, Bozic KJ, Della Valle CJ, Goodman SB, Lewis CG, Yates AJ Jr, Watters WC 3rd, Turkelson CM, Wies JL, Donnelly P, Patel N, Sluka P; AAOS. Preventing venous thromboembolic disease in patients undergoing elective hip and knee arthroplasty. J Am Acad Orthop Surg. 2011;19(12):768-76.

316. Mont MA, Jacobs JJ. AAOS clinical practice guideline: preventing venous thromboembolic disease in patients undergoing elective hip and knee arthroplasty. J Am Acad Orthop Surg. 2011;19(12):777-8.

317. Stroh A, Naziri Q, Johnson AJ, Mont MA. Dual-mobility bearings: a review of the literature. Expert Rev Med Devices. 2012;9(1):23-31.

318. Costa CR, Johnson AJ, Mont MA, Bonutti PM. Unicompartmental and total knee arthroplasty in the same patient. J Knee Surg. 2011;24(4):273-8.

319. Naziri Q, Johnson AJ, Hooper HA, Sana SH, Mont MA. Detection of total knee prostheses at airport security checkpoints. J Arthroplasty. 2012;27(6):1228-33.  Epub 2012 Feb 24.

320. Costa CR, Johnson AJ, Mont MA. Use of cementless, tapered femoral stems in patients who have a mean age of 20 years. J Arthroplasty. 2012;27(4):497-502.

321.   Johnson AJ, Naziri Q, Hooper HA, <u>Mont MA</u>. Detection of total hip prostheses at airport security checkpoints: how has heightened security affected patients? J Bone Joint Surg Am. 2012;94(7):e44.

322.   Johnson AJ, Harwin SF, Krackow KA, <u>Mont MA</u>. Alignment in total knee arthroplasty: where have we come from and where are we going? Surg Technol Int. 2011;XXI:183-8.

323.   Stroh DA, Johnson AJ, <u>Mont MA</u>, Bonutti PM. Excellent clinical outcomes in total knee arthroplasty performed without a tourniquet. Surg Technol Int. 2011;XXI:189-93.

324.   Kolisek FR, <u>Mont MA</u>, Costa CR, Johnson AJ, Jaggard CE. A comparison study of two cruciate-retaining total knee designs: a preliminary report. Surg Technol Int. 2011;XXI:194-8.

325.   <u>Mont MA</u>, Issa K, Naziri Q, Harwin SF, Delanois RE, Johnson AJ. The use of dual-mobility bearings in difficult hip arthroplasty reconstructive cases. Surg Technol Int. 2011;XXI:234-40.

326.   Jacobs JJ, <u>Mont MA</u>, Bozic KJ, Della Valle CJ, Goodman SB, Lewis CG, Yates AC Jr, Boggio LN, Watters WC 3rd, Turkelson CM, Wies JL, Sluka P, Hitchcock K. American Academy of Orthopaedic Surgeons clinical practice guideline on: preventing venous thromboembolic disease in patients undergoing elective hip and knee arthroplasty. J Bone Joint Surg Am. 2012;94(8):746-7.

327.   Costa CR, Johnson AJ, Naziri Q, Marulanda GA, Delanois RE, <u>Mont MA</u>. Efficacy of erythrocyte sedimentation rate and C-reactive protein level in determining periprosthetic hip infections. Am J Orthop. 2012;41(4):160-5.

328.   Stroh DA, Johnson AJ, Naziri Q, <u>Mont MA</u>. How do frozen and permanent histopathologic diagnoses compare for staged revision after periprosthetic hip infections? J Arthroplasty. 2012;27(0):1663-8. Epub 2012 May 4.

329.   Cost-effectiveness Writing Committee. Cost-effectiveness of venous thromboembolism prophylaxis with a new mobile device after total hip arthroplasty. J Arthroplasty. 2012;27(8):1513-7. Epub 2012 May 21.

330.   <u>Mont MA</u>, Sayeed SA, Osuji O, Johnson AJ, Naziri Q, Delanois RE, Bonutti PM. Total knee arthroplasty in patients 40 years and younger. J Knee Surg. 2012;25(1):65-9.

331.   Kapadia BH, Johnson AJ, Naziri Q, <u>Mont MA</u>, Delanois RE, Bonutti PM. Increased revision rates after total knee arthroplasty in patients who smoke. J Arthroplasty. 2012;27(9):1690-5. Epub 2012 May 23.

332.   Pivec R, Johnson AJ, <u>Mont MA</u>. Results of total hip arthroplasty in patients who have rapidly progressive hip disease: a systematic review of the literature. Expert Rev Med Devices. 2012;9(3):257-62. Review.

333.   Costa CR, McElroy MJ, Johnson AJ, Lamm BM, <u>Mont MA</u>. Use of a static progressive stretch orthosis to treat post-traumatic ankle stiffness. BMC Res Notes. 2012;5(1):348.

334.   Harwin SF, Issa K, Naziri Q, Johnson AJ, <u>Mont MA</u>. Results of primary total knee arthroplasty in Jehovah's Witness patients. J Arthroplasty. 2013;28(1):49-55. Epub 2012 Jul 6.

335.   Polkowski GG, Callaghan JJ, <u>Mont MA</u>, Clohisy JC. Total hip arthroplasty in the very young patient. J Am Acad Orthop Surg. 2012;20(8):487-97. Review.

336.   Johnson AJ, Howell SM, Costa CR, <u>Mont MA</u>. The ACL in the arthritic knee: how often is it present and can preoperative tests predict its presence? Clin Orthop Relat Res. 2012;Aug. 3 (Epub ahead of print)

337.   Harwin SF, Pivec R, Johnson AJ, Naziri Q, Mont MA. Revision total hip arthroplasty in Jehovah's Witnesses. Orthopedics. 2012;35(8):e1145-51.

338.   <u>Mont MA</u>, John M, Johnson AJ. Bicruciate retaining arthroplasty. Surg Technol Int. 2012;XXII. (Epub ahead of print)

339.   Naziri Q, Pivec R, Johnson AJ, Harwin SF, Bonutti PM, Costa CR, <u>Mont MA</u>. New technologies in knee arthroplasty. Surg Technol Int. 2012;XXII. (Epub ahead of print)

340.   Issa K, Naziri Q, Johnson AJ, Pivec R, Bonutti PM, <u>Mont MA</u>. TKA results are not compromised by previous arthroscopic procedures. J Knee Surg. 2012;25(2):161-4.

341.   Nevelos J, Johnson A, Heffernan C, Macintyre J, Markel DC, <u>Mont MA</u>. What factors affect posterior dislocation distance in THA? Clin Orthop Relat Res. 2012 Sept. 7 (Epub ahead of print)

342.   Stroh DA, Johnson AJ, Naziri Q, <u>Mont MA</u>. Discrepancies between frozen and paraffin tissue sections have little effect on outcome of staged total knee arthroplasty revision for infection. J Bone Joint Surg Am. 2012;94(18):1662-7.

343.   Huo MH, Stockton KG, <u>Mont MA</u>, Bucholz RW. What's new in total hip arthroplasty. J Bone Joint Surg Am. 2012;94(18):1721-7.

344.   Pivec R, Johnson AJ, Mears SC, <u>Mont MA</u>. Hip arthroplasty. Lancet. 2012;380(9855):1768-77. Epub 2012 Sept 26. Review

345.   Bhadra AK, Kwiecien GJ, Johnson AJ, <u>Mont MA</u>, Harwin SF, Malkani AL. Procedure simplification: the role of single-use instruments in total knee arthroplasty. Surg Technol Int. 2012;XXII. (Epub ahead of print)

346. Plate JF, Seyler TM, Stroh DA, Issa K, Akbar M, <u>Mont MA</u>. Risk of dislocation using large- vs. small-diameter femoral heads in total hip arthroplasty. BMC Res Notes. 2012;553.

347. <u>Mont MA</u>, Johnson AJ, Pivec R, Issa K. Single-use cutting blocks and trials lower costs in primary total knee arthroplasty. Surg Technol Int. 2012;XXII. (Epub ahead of print)

348. Kapadia BH, Johnson AJ, Daley JA, Issa K, <u>Mont MA</u>. Pre-admission cutaneous chlorhexidine preparation reduces surgical site infections in total hip arthroplasty. J Arthroplasty. 2012 Oct. 29. (Epub ahead of print)

349. Lombardi AV Jr, Barrack RL, Berend KR, Cuckler JM, Jacobs JJ, <u>Mont MA</u>, Schmalzried TP. The Hip Society: algorithmic approach to diagnosis and management of metal-on-metal arthroplasty. J Bone Joint Surg Br. 2012;94(11 Suppl):14-8.

350. Zywiel MG, Johnson AJ, <u>Mont MA</u>. Graduated introduction of orthopaedic implants: encouraging innovation and minimizing harm. J Bone Joint Surg Am. 2012;94(21):e1581-5.

351. Van Manen MD, Nace J, <u>Mont MA</u>. Management of primary knee osteoarthritis and indications for total knee arthroplasty for general practitioners. J Am Osteopath Assoc, 2012;112(11):709-15.

352. Stroh DA, Delanois RE, Naziri Q, Johnson AJ, <u>Mont MA</u>. Total knee arthroplasty in patients over 80 years of age. J Knee Surg. 2012;25(4):353-4. Epub 2012 Oct 8.

353. Issa K, Pivec R, Boyd B, Wuestemann T, Nevelos J, <u>Mont MA</u>. Comparing the accuracy of radiographic preoperative digital templating for a second- versus a first-generation THA stem. Orthopedics. 2012;35(12):1028-34.

354. Gross AE, Callaghan JJ, Zywiel MG, Greiner JJ, Kosashvili Y, Johnson AJ, Clohisy JC, Backstein D, <u>Mont MA</u>. Total hip arthroplasty in Down Syndrome patients: an improvement in quality of life: replacement arthroplasty in Down Syndrome (RADS) study group. J Arthroplasty. 2012 Dec 6. (Epub ahead of print)

355. <u>Mont MA</u>, Costa CR, Naiziri Q, Johnson AJ. Comparison of 2 polyethylene inserts for a new cruciate-retaining total knee arthroplasty prosthesis.  Orthopedics. 2013;36:33-5.

356. Johnson AJ, Kapadia BH, Daley JA, Molina CB, <u>Mont MA</u>. Chlorhexidine reduces infections in knee arthroplasty. J Knee Surg. 2012 Nov. 12. (Epub ahead of print)

357. Johnson AJ, Starr R, Kapadia BH, Bhave A, <u>Mont MA</u>. Gait and clinical improvements with a novel knee brace for knee OA. J Knee Surg. 2012 Nov. 6 (Epub ahead of print)

358. Harwin SF, Issa K, Naziri Q, Pivec R, Johnson AJ, <u>Mont MA</u>. Excellent results of revision TKA in Jehovah's Witness patients. J Knee Surg. 2012 Sep 21. (Epub ahead of print)

359.   Costa CR, Johnson AJ, Harwin SF, <u>Mont MA</u>, Bonutti PM. Critical review of minimally invasive approaches in knee arthroplasty. J Knee Surgery. 2012 May 15. (Epub ahead of print)

360.   Pivec R, Johnson AJ, Naziri Q, Issa K, <u>Mont MA</u>, Bonutti PM. Lumbar spinal stenosis impairs function following total knee arthroplasty. J Knee Surgery. 2012 May 15 (Epub ahead of print)

361.   Kapadia BH, Issa K, Pivec R, <u>Mont MA</u>. Prevention and management of venous thromboembolic disease following lower extremity total joint arthroplasty. Surg Technol Int. 2012 Dec 3 (Epub ahead of print)

362.   <u>Mont MA</u>, Johnson AJ, Howell SM. Reply to letter to the editor: the ACL in the arthritic knee: how often is it present and can preoperative tests predict its presence? Clin Orthop Relat Res. 2013;471:1055.

363.   <u>Mont MA</u>, Johnson AJ, Issa K, Pivec R, Blasser KE, McQueen D, Puri L, Dethmers DA, Miller DW, Ireland PH, Shurman JR, Bonutti P. Single-use instrumentation, cutting, and trials decrease contamination during total knee arthroplasty: a prospective comparison of navigated and nonnavigated cases. J Knee Surg. 2013 Jan 28. (Epub ahead of print)

364.   Pivec R, Johnson AJ, <u>Mont MA</u>. Differentiation, diagnosis, and treatment of osteoarthritis, osteonecrosis, and rapidly progressive osteoarthritis. Orthopedics. 2013;36:118-25.

365.   Harwin SF, Pivec R, Issa K, <u>Mont MA</u>. Foreward: Obesity in total knee arthroplasty. J Knee Surgery. 2013 Feb 7. [Epub ahead of print]

366.   Mahoney OM, Kinsey TL, <u>Mont MA</u>. A sex-specific prosthesis was not superior to a high-flexion prosthesis in women having total knee replacement. J Bone Joint Surg Am. 2013;95:366.

367.   McElroy MJ, Pivec R, Issa K, Harwin SF, <u>Mont MA</u>. The effects of obesity and morbid obesity on outcomes in TKA. J Knee Surg. 2013;26:83-8.

368.   Kapadia BH, Pivec R, Johnson AJ, Issa K, Naziri Q, Daley JA, <u>Mont MA</u>. Infection prevention methodologies for lower extremity total joint arthroplasty. Expert Rev Med Devices. 2013;10:215-24.

369.   Issa K, Pivec R, Kapadia BH, Shah T, Harwin SF, Delanois RE, <u>Mont MA</u>. Does obesity affect the outcomes of primary total knee arthroplasty? J Knee Surg. 2013;26:89-94.

370.   <u>Mont MA</u>. CORR Insights®: Does the extent of osteonecrosis affect the survival of hip resurfacing? Clin Orthop Relat Res. 2013;471:1935-6.

371.    Pivec R, Issa K, Kester M, Harwin SF, <u>Mont MA</u>. Long-term outcomes of MUA for stiffness in primary TKA. J Knee Surg. 2013 Mar 19. [Epub ahead of print]

372.    Barrack RL, Berend KR, Cui Q, Fehring TK, Della Valle CJ, Gehrke T, Lombardi AV Jr, <u>Mont MA</u>, Parvizi J, Springer BD. Cement spacers in periprosthetic joint infection. Clin Infect Dis. 2013;57:328-9.

373.    Issa K, Naziri Q, Rasquinha VJ, Tatevossian T, Kapadia BH, <u>Mont MA</u>. Outcomes of primary total hip arthroplasty in systemic lupus erythematosus with a proximally-coated cementless stem. J Arthroplasty. 2013 Mar 25. [Epub ahead of print].

374.    Kapadia BH, Johnson AJ, Issa K, <u>Mont MA</u>. Economic evaluation of chlorhexidine cloths on healthcare costs due to surgical site infections following total knee arthroplasty. J Arthroplasty. 2013;28:1061-5.

375.    Johnson AJ, Zywiel MG, Jones LC, Delanois RE, Stroh DA, <u>Mont MA</u>. Reduced re-infection rates with postoperative oral antibiotics after two-stage revision hip arthroplasty. BMC Musculoskelet Disord. 2013;14:123.

376.    Issa K, Rifai A, McGrath MS, Callaghan JJ, Wright C, Malkani AL, <u>Mont MA</u>, McInerney VK. Reliability of templating with patient-specific instrumentation in total knee arthroplasty. J Knee Surg. 2013 Apr 10. [Epub ahead of print]

377.    <u>Mont MA</u>. Use of arthroscopy in orthopedics. Orthopedics. 2013;36:280-1.

378.    Naziri Q, Issa K, Pivec R, Harwin SF, Delanois RE, <u>Mont MA</u>. Excellent results of primary THA using a highly porous titanium cup. Orthopedics. 2013;36:e390-4.

379.    Johnson AJ, Issa K, Naziri Q, Harwin SF, Bonutti PM, <u>Mont MA</u>. Patient dissatisfaction with rehabilitation following primary total knee arthroplasty. J Knee Surg. 2013 Apr 16. [Epub ahead of print]

380.    Stroh DA, Issa K, Johnson AJ, Delanois RE, <u>Mont MA</u>.  Reduced dislocation rates and excellent functional outcomes with large-diameter femoral heads. J Arthroplasty. 2013 Apr 17. [Epub ahead of print]

381.    Tetreault MW, Wetters NG, Aggarwal V, <u>Mont M</u>, Parvizi J, Della Valle CJ. The Chitranjan Ranawat Award:  Should prophylactic antibiotics be withheld before revision surgery to obtain appropriate cultures? Clin Orthop Relat Res. 2013 Apr 30. [Epub ahead of print]

382.    Issa K, Palich A, Tatevossian T, Kapadia BH, Naziri Q, <u>Mont MA</u>. The outcomes of hip resurfacing compared to standard primary total hip arthroplasty in men. BMC Musculoskelet Disord. 2013;14:161.

383. Issa K, Naziri Q, Johnson AJ, Memon T, Dattilo J, Harwin SF, Mont MA. Evaluation of patient satisfaction with physical therapy following primary THA. Orthopedics. 2013;36:e538-42.

384. Kolisek FR, Issa K, Harwin SF, Jaggard C, Naziri Q, Mont MA. Minimum 5-year follow-up for primary THA using a tapered, proximally coated cementless stem. Orthopedics. 2013;36:e633-6.

385. Issa K, Johnson AJ, Naziri Q, Khanuja HS, Delanois RE, Mont MA. Hip osteonecrosis: Does prior hip surgery alter outcomes compared to an initial primary total hip arthroplasty? J Arthroplasty. 2013 May 15. [Epub ahead of print]

386. Khanuja HS, Issa K, Naziri Q, Banerjee S, Delanois RE, Mont MA. Results of a tapered proximally-coated primary cementless stem for revision hip surgery. J Arthroplasty. 2013 May 20. [Epub ahead of print]

387. Bozic KJ, Ward DT, Lau EC, Chan V, Wetters NG, Naziri Q, Odum S, Fehring TK, Mont MA, Gioe TJ, Della Valle CJ. Risk factors for periprosthetic joint infection following primary total hip arthroplasty: A case control study. J Arthroplasty. 2013 May 20. [Epub ahead of print]

388. Issa K, Pivec R, Wuestemann T, Tatevossian T, Nevelos J, Mont MA. Radiographic fit and fill analysis of a new second-generation proximally coated cementless stem compared to its predicate design. J Arthroplasty. 2013 May 21. [Epub ahead of print]

389. Mont MA, McElroy MJ, Johnson AJ, Pivec R; Single-Use Multicenter Trial Group Writing Group. Single-use instruments, cutting blocks, and trials increase efficiency in the operating room during total knee arthroplasty: a prospective comparison of navigated and non-navigates cases. J Arthroplasty. 2013;28:1135-40.

390. Issa K, Naziri Q, Maheshwari AV, Rasquinha VJ, Delanois RE, Mont MA. Excellent results and minimal complications of total hip arthroplasty in sickle cell hemoglobinopathy at mid-term follow-up using cementless prosthetic components. J Arthroplasty. 2013 May 28. [Epub ahead of print]

391. Kurtz SM, Kocagoz SB, Hanzlik JA, Underwood RJ, Gilbert JL, Macdonald DW, Lee GC, Mont MA, Kraay MJ, Klein GR, Parvizi J, Rimnac CM. Do ceramic femoral heads reduce taper fretting corrosion in hip arthroplasty? A retrieval study. Clin Orthop Relat Res. 2013 June 13. [Epub ahead of print]

392. Banerjee S, Issa K, Kapadia BH, Pivec R, Khanuja HS, Mont MA. Highly-porous metal option for primary cementless acetabular fixation. What is the evidence? Hip Int. 2013 June 17. [Epub ahead of print]

393.    Harwin SF, Issa K, Given K, Hitt KD, Greene KA, Pivec R, Kester M, Mont MA. Clinical and patient-reported outcomes of primary TKA with a single-radius design. Orthopedics. 2013;36:e877-82.

394.    Naziri Q, Issa K, Malkani AL, Bonutti PM, Harwin SF, Mont MA. Bariatric orthopaedics: Total knee arthroplasty in super-obese patients (BMI >50 kg/m$^2$). Survivorship and complications. Clin Orthop Relat Res. 2013 Jul 10. [Epub ahead of print]

395.    Johnson AJ, Loving L, Herrera L, Delanois RE, Wang A, Mont MA. Short-term wear evaluation of thin acetabular liners on 36-mm femoral heads. Clin Orthop Relat Res. 2013 Jul 17. [Epub ahead of print]

396.    Pui CM, Bostrom MP, Westrich GH, Valle CJ, Macaulay W, Mont MA, Padgett DE. Increased complication rate following conversion total hip arthroplasty after cephalomedullary fixation for intertrochanteric hip fractures: a multi-center study. J Arthroplasty. 2013 Jul 25. [Epub ahead of print]

397.    Bonutti PM, Pivec R, Issa K, Kapadia BH, Banerjee S, Mont MA, Bauer TW. Delamination of tantalum porous coating from a TKA due to regional dissemination of debris. Orthopedics. 2013;36:600-4.

398.    Johnson AJ, Mont MA, Tsao AK, Jones LC. Treatment of femoral head osteonecrosis in the United States: 16-year analysis of the nationwide inpatient sample. Clin Orthop Relat Res. 2013 Aug 14. [Epub ahead of print]

399.    Banerjee S, Issa K, Pivec R, McElroy MJ, Khanuja HS, Harwin SF, Mont MA. Blood management strategies in total knee arthroplasty. J Knee Surg. 2013 Aug 16. [Epub ahead of print].

400.    Issa K, Banerjee S, Rifai A, Kapadia BH, Harwin SF, McInerney VK, Mont MA. Blood management strategies in primary and revision total knee arthroplasty for Jehovah's Witness patients. J Knee Surg. 2013 Aug 16. [Epub ahead of print]

401.    Banerjee S, Issa K, Kapadia BH, Khanuja HS, Harwin SF, McInerney VK, Mont MA. Intraoperative nonpharmacotherapeutic blood management strategies in total knee arthroplasty. J Knee Surg. 2013 Aug 16. [Epub ahead of print]

402.    Pivec R, Naziri Q, Issa K, Banerjee S, Mont MA. Systemic review comparing static and articulating spacers used for revision of infected total knee arthroplasty. J Arthroplasty. 2013 Sep 4. [Epub ahead of print]

403.    Issa K, Kapadia BH, Kester M, Khanuja HS, Delanois RE, Mont MA. Clinical, objective, and functional outcomes of manipulation under anesthesia to treat knee stiffness following total knee arthroplasty. J Arthroplasty. 2013 Aug 30. [Epub ahead of print]

404.    Banerjee S, Pivec R, Issa K, Harwin SF, Mont MA, Khanuja HS. Outcomes of short stems in total hip arthroplasty. Orthopedics. 2013;36:700-7.

405.    Russell RD, Estrera KA, Pivec R, Mont MA, Huo MH. What's new in total hip arthroplasty. J Bone Joint Surg Am. 2013;95:1719-25.

406.    Issa K, Mont MA. Total hip replacement: mortality and risks. Lancet. 2013;382:1074-6.

407.    Cherian JJ, Kapadia BH, Issa K, Banerjee S, McInerney VK, Harwin SF, Mont MA. Preoperative blood management strategies for total hip arthroplasty. Surg Technol Int. 2013 Sep 30. [Epub ahead of print]

408.    Pivec R, Meneghini RM, Hozack WJ, Westrich GH, Mont MA. Modular taper junction corrosion and failure: How to approach a recalled total hip arthroplasty implant. J Arthroplasty. 2013 Sep 30. [Epub ahead of print]

409.    Kapadia BH, Issa K, Pivec R, Bonutti PM, Mont MA. Tobacco use may be associated with increased revision and complication rates following total hip arthroplasty. J Arthroplasty. 2013 Sep 30. [Epub ahead of print]

410.    Mont MA, Pivec R, Issa K, Harwin SF. Short stem option for total hip arthroplasty with retained hardware. Orthopedics. 2013;36:770-2.

411.    Banerjee S, Issa K, Pivec R, Kapadia BH, Khanuja HS, Mont MA. Osteonecrosis of the hip: Treatment options and outcomes. Orthop Clin North Am. 2013;44:463-76.

412.    Banerjee S, Kapadia BH, Issa K, McElroy MJ, Khanuja HS, Mont MA. Postoperative blood loss prevention in total knee arthroplasty. J Knee Surg. 2013 Oct 11. [Epub ahead of print]

413.    Harwin SF, Kapadia BH, Issa K, Mont MA. Blood management strategies in total knee arthroplasty. J Knee Surg. 2013 Oct 11. [Epub ahead of print]

414.    Kapadia BH, Banerjee S, Issa K, McElroy MJ, Harwin SF, Mont MA. Preoperative blood management strategies for total knee arthroplasty. J Knee Surg. 2013 Oct 11. [Epub ahead of print]

415.    Issa K, Naziri Q, Rasquinha V, Maheshwari AV, Delanois RE, Mont MA. Outcomes of cementless primary THA for osteonecrosis in HIV-infected patients. J Bone Joint Surg Am. 2013;95:1845-50.

416.    Kapadia BH, McElroy MJ, Issa K, Johnson AJ, Bozic KJ, Mont MA. The economic impact of periprosthetic infections following total knee arthroplasty at a specialized tertiary-care center. J Arthroplasty. 2013 Oct 17. [Epub ahead of print]

417.    Banerjee S, Issa K, Kapadia BH, Pivec R, Khanuja HS, Mont MA. Systemic review on

outcomes of acetabular revisions with highly-porous metals. Int Orthop. 2013 Nov 1. [Epub ahead of print]

418.     Zywiel MG, Mont MA, Callaghan JJ, Clohisy JC, Kosashvili Y, Backstein D, Gross AE. Surgical challenges and clinical outcomes of total hip replacement in patients with Down's Syndrome. Bone Joint j. 2013; 95(11 Suppl A):41-5.

419.     Issa K. Pivec R, Kapadia BH, Banerejee S, Mont MA. Osteonecrosis of the femoral head: the total hip solution. Bone Joint J. 2013;95(11 Suppl A):46-50.

420.     Harwin SF, Banerjee S, Issa K, Kapadia BH, Pivec R, Khanuja HS, Mont MA. Tubercular prosthetic knee joint infection. Orthopedics. 2013;36:e1464-9.

421.     Kapadia BH, Issa K, Nagrare N, Pivec R, Banerjee S, Mont MA. Higher revision and complication rates following total hip arthroplasty in patients with inflammatory bowel disease. J Arthroplasty. 2013 Nov 11. [Epub ahead of print]

422.     Delanois RE, Mont MA. Does tranexamic acid reduce blood loss in total knee arthroplasty? Commentary on an article by X. Aquilera, MD, et al.: "Efficacy and safety of fibrin glue and tranexamic acid to prevent postoperative blood loss in total knee arthroplasty. A randomized controlled clinical trial". J Bone Joint Surg Am. 2013;95:e179.

423.     Mont MA, Hozack WJ, Callaghan JJ. Response to William Harris' Editorial: Last decade in THA: unsettling and disappointing. J Arthroplasty. 2013 Oct 22 [Epub ahead of print]

424.     Naziri Q, Johnson AJ, Pivec R, Chanireddy S, McElroy M, Issa K, Mont MA. Excellent early outcomes of the first 100 cruciate-retaining Triathlon™ total knee arthroplasties. J Long Term Eff Med Implants. 2013;23:17-21.

425.     Perona PJ, Johnson AJ, Perona JP, Issa K, Kapadia BH, Bonutti PM, Mont MA. Effectiveness of various hospital-based solutions against community-acquired methicillin-resistant Staphylococcus aureus. J Long Term Eff Med Implants. 2013;23:23-9.

426.     Mont MA, Pivec R, Issa K, Kapadia BH, Maheshwari A, Harwin SF. Long-term implant survivorship of cementless total knee arthroplasty: a systematic review of the literature and meta-analysis. J Knee Surg. 2013 Dec 7. [Epub ahead of print]

427.     Harwin SF, Pivec R, Naziri Q, Issa K, Mont MA. Is total hip arthroplasty a successful and safe procedure in Jehovah's witnesses? Mean five-year results. Hip Int. 2013 Nov 29. [Epub ahead of print]

428.     Pivec R, Meneghini RM, Hozack WJ, Westrich GH, Mont MA. Reply7 to letter to the editor by Davies et al. J Arthroplasty. 2014;29:450-1.

429.   Mont MA, Banerjee S. Navigation in total knee arthroplasty: truth, myths, and controversies. Am J Orthop. 2013;42:493-495.

430.   Tokarski AT, Blaha D, Mont MA, Sancheti P, Cardona L, Cotacio GL, Froimson M, Kapadia BH, Kuderna J, Lopez JC, Matar WY, McCarthy J, Morgan-Jones R, Patzakis M, Schwarzkopf R, Shahcheraghi GH, Shang X, Virolainen P, Wongworawat MD, Yates A Jr. Perioperative skin preparation. J Arthroplasty. 2013 Dec 15. [Epub ahead of print]

431.   Cherian JJ, Banerjee S, Kapadia BH, Sodhi GS, Issa K, Harwin SF, Mont MA. Nonsurgical intra-operative blood management strategies for total hip arthroplasty. Surg Technol Int. 2013 Dec 17. [Epub ahead of print]

432.   Jauregui JJ, Kapadia BH, Banerjee S, Issa K, Su S, Harwin SF, Mont MA. Blood management strategies for total hip arthroplasty in Jehovah's witness patients. Surg Technol Int. 2013 Dec 17. [Epub ahead of print]

433.   Cherian JJ, Kapadia BH, Banerjee S, Jauregui JJ, Issa K, Harwin SF, Mont MA. Surgical intra-operative blood management strategies for total hip arthroplasty. Surg Technol Int. 2013 Dec 17. [Epub ahead of print]

434.   Jauregui JJ, Issa K, Kapadia BH, Banerjee S, Harwin SF, Mont MA. Post-operative blood management strategies for total hip arthroplasty. Surg Technol Int. 2013 Dec 17. [Epub ahead of print]

435.   Heffernan C, Banerjee S, Nevelos J, Macintyre J, Issa K, Market DC, Mont MA. Does dual-mobility cup geometry affect posterior horizontal dislocation distance? Clin Orthop Relat Res. 2014 Jan 24. [Epub ahead of print]

436.   Tokarski AT, Blaha D, Mont MA, Sancheti P, Cardona L, Cotacio GL, Froimson M, Kapadia B, Kuderna J, Lopez JC, Matar WY, McCarthy J, Morgan-Jones R, Patzakis M, Schwarzkopf R, Shahcheraghi GH, Shang X, Virolainen P, Wongworawat MD, Yates A Jr. Perioperative skin preparation. J Orthop Res. 2014;32 Suppl 1:S26-30.

437.   Colwell CW Jr, Froimson MI, Anseth SD, Giori NJ, Hamilton WG, Barrack RL, Buehler KC, Mont MA, Padgett DE, Pulido PA, Barnes CL. A mobile compression device for thrombosis prevention in hip and knee arthroplasty. J Bone Joint Surg Am. 2014;96:177-83.

438.   Pivec R, Issa K, Naziri Q, Kapadia BH, Bonutti PM, Mont MA. Opioid use prior to total hip arthroplasty leads to worse clinical outcomes. Int Orthop. 2014 Feb 27. [Epub ahead of print]

439.   Banerjee S, Faizan A, Nevelos J, Kreuzer S, Burgkart R, Harwin SF, Mont MA. Innovations in hip arthroplasty three-dimensional modeling and analytical technology (SOMA). Surg Technol Int. 2013 Feb 27. [Epub ahead of print]

440.   Pivec R, Stokes M, Chitnis AS, Paulino CB, Harwin SF, Mont MA. Clinical and economic impact of TENS in patients with chronic low back pain; analysis of a nationwide database. Orthopedics. 2013;36:922-8.

441.   Pourtaheri S, Emami A, Hwang K, Allert J, Brothers A, Issa K, Mont MA. Cervical corpectomy with ultra-low-dose rhBMP-2 in high-risk patients: 5-year outcomes. Orthopedics. 2013;36:931-5.

442.   Naziri Q, Issa K, Rizkala A, Rasquinha VJ, Pivec R, Harwin SF, Mont MA. Posttraumatic arthritis from gunshot injuries to the hip requiring a primary THA. Orthopedics. 2013;36:e1549-54.

443.   Banerjee S, Kapadia BH, Mont MA. Preoperative skin disinfection methodologies for reducing prosthetic joint infections. J Knee Surg. 2014 March 12. [Epub ahead of print]

444.   Mont MA, Hozack WJ, Callaghan JJ, Krebs V, Parvizi J, Mason JB. Venous thromboemboli following total joint arthroplasty: SCIP measures move us closer to an agreement. J Arthroplasty. 2014;29:651-2.

445.   Banerjee S, Mont MA. Dealing with recalled components. J Arthroplasty. 2014;29:661-2.

446.   Cherian JJ, Kapadia BH, Banerjee S, Jauregui JJ, Issa K, Mont MA. Mechanical, anatomical, and kinematic axis in TKA: concepts and practical applications. Curr Rev Musculoskelet Med. 2014;7:89-95.

447.   Thakral R, Johnson AJ, Specht SC, Conway JD, Issa K, Mont MA, Herzenberg JE. Limb-length discrepancy after total hip arthroplasty: novel treatment and proposed algorithm for care. Orthopedics. 2014;37:101-6.

448.   Jauregui JJ, Kapadia BH, Banerjee S, Cherian JJ, Mont MA, Chakravarty R. Prevention and management of venous thromboembolic disease following lower extremity total joint arthroplasty. Surg Technol Int. 2014;24:283-7.

449.   Banerjee S, D'Alessio J, Kester M, Harwin SF, Dunbar M, Mont MA. Innovations in knee arthroplasty: three-dimensional modeling and analytical technology (SOMA). Surg Technol Int. 2014;24:344-7.

450.   Cherian JJ, Kapadia BH, Banerjee S, Jauregui J, Issa K, Harwin SF, Mont MA. Surgical intra-operative blood management strategies for total hip arthroplasty. Surg Tech Int. 2014;24:319-25.

451.   Bloomfield MR, Erickson JA, McCarthy JC, Mont MA, Mulkey P, Peters CL, Pivec R, Austin MS. Hip pain in the young, active patient: surgical strategies. Instr Course Lect. 2014;63:159-76.

452.  Mont MA, Issa K.  Updated projections of total joint arthroplasty demands in America. Commentary on an article by Steven M. Kurtz, PhD, et al: "Impact of the economic downturn on total joint replacement demand in the United States. Updated Projections to 2021." J Bone Joint Surg Am. 2014;96:e68.

453.  Maheshwari A, Argawal M, Naziri Q, Pivec R, Mont MA, Rasquinha VJ. Can cementing technique reduce the cost of a primary total knee arthroplasty? J Knee Surg. 2014 Apr 21. [Epub ahead of print]

454.  Bonutti PM, Stroh AD, Issa K, Harwin SF, Patel DV, Mont MA. Proximally coated cementless bipolar hemiarthroplasty in Dorr type C bone. Orthopedics. 2014;37:e345-50.

455.  Pourtaheri S, Emami A, Stewart T, Hwang K, Issa K, Harwin SF, Mont MA. Hip flexion contracture caused by an intraspinal osteochondroma of the lumbar spine. Orthopedics. 2014;37:e398-402.

456.  Maheshwari AV, Naziri Q, Wong A, Burko I, Mont MA, Rasquinha VJ. Barbed sutures in total knee arthroplasty: are these safe, efficacious, and cost-effective? J Knee Surg. 2014 Apr 24. [Epub ahead of print]

457.  Banerjee S, Kulesha G, Kester M, Mont MA. Emerging technologies in arthroplasty: additive manufacturing. J Knee Surg. 2014;27:185-91.

458.  Cherian JJ, Banerjee S, Kapadia BH, Jauregui JJ, Harwin SF, Mont MA. Cementless total knee arthroplasty: a review. J Knee Surg. 2014;27:193-7.

459.  Cherian JJ, Kapadia BH, Banerjee S, Jauregui JJ, Harwin SF, Mont MA. Bicruciate-retaining total knee arthroplasty: a review. J Knee Surg. 2014;27:199-205.

460.  Clayton AW, Cherian JJ, Banerjee S, Kapadia BH, Jauregui JJ, Harwin SF, Mont MA. Does the use of navigation in total knee arthroplasty affect outcomes? J Knee Surg. 2014;27:171-5.

461.  Jauregui JJ, Cherian JJ, Kapadia BH, Banerjee S, Issa K, Harwin SF, Mont MA. Patient-specific instrumentation in total knee arthroplasty. J Knee Surg. 2014;27:177-83.

462.  Issa K, Naziri Q, Kapadia BH, Lamm BM, Jones LC, Mont MA. Clinical characteristics of early-stage osteonecrosis of the ankle and treatment outcomes. J Bone Joint Surg Am. 2014;96:e73.

463.  Ackerman SJ, Tapia CI, Baik R, Pivec R, Mont MA. Use of a bipolar sealer in total hip arthroplasty: medical resource use and costs using a hospital administrative database. Orthopedics. 2014;37:e472-81.

464.    Maheshwari AV, Korshunov Y, Naziri Q, Pivec R, <u>Mont MA</u>, Rasquinha VJ. No additional benefit with use of a fibrin sealant to decrease peri-operative blood loss during primary total knee arthroplasty. J Arthroplasty. 2014 Mar 6. [Epub ahead of print]

465.    Harwin SF, Banerjee S, Issa K, <u>Mont MA</u>. Advances in total knee arthroplasty. J Knee Surg. 2014;27:169-70.

466.    Cherian JJ, Issa K, Robinson K, Bhowmik-Stoker M, Harwin SF, <u>Mont MA</u>. Differernces in readmission rates for two total knee arthroplasty prostheses. J Knee Surg. 2014 May 12. [Epub ahead of print]

467.    Issa K, Stroh AD, <u>Mont MA</u>, Bonutti PM. Effect of bone type on clinical and radiographic outcomes of a proximally-coated cementless stem in primary total hip arthroplasties. J Orthop Res. 2014;32:1214-20.

468.    <u>Mont MA</u>, Hozack WJ, Callaghan JC. Response to letter to the editor by William H. Harris. J Arthroplasty. 2014;29:1691-2.

469.    Issa K, Cherian JJ, Kapadia BH, Robinson K, Bhowmik-Stoker M, Harwin SF, <u>Mont MA</u>. Readmission rates for cruciate-retaining total knee arthroplasty. J Knee Surg. 2014 May 29. [Epub ahead of print]

470.    Arnholt CM, MacDonald DW, Tohfafarosh M, Gilbert JL, Rimnac CM, Jurtz SM; Implant Research Center Writing Committee, Klein G, <u>Mont MA</u>, Parvizi J, Cates HE, Lee GC, Malkani A, Kraay M. J Arthroplasty. 2014;29:205-8.

471.    Issa K, Rifai A, Boylan MR, Pourtaheri S, McInerney VK, <u>Mont MA</u>. Do various factors affect the frequency of manipulation under anesthesia after primary total knee arthroplasty? Clin Orthop Relat Res. 2014 Jul 8 [Epub ahead of print]

472.    Issa K, Jauregui JJ, McElroy M, Banerjee S, Kapadia BH, <u>Mont MA</u>. Unnecessary magnetic resonance imaging of hips: an economic burden to patients and the healthcare system. J Arthroplasty. 2014;29:1911-4.

473.    Ehmke TA, Cherian JJ, Wu ES, Jauregui JJ, Banerjee S, <u>Mont MA</u>. Treatment of osteonecrosis in systemic lupus erythematosus: a review. Curr Rheumatol Rep. 2014;16:441.

474.    Naziri Q, Boylan MR, Issa K, Jones LC, Khanuja HS, <u>Mont MA</u>. Does HIV infection increase the risk of perioperative complications after THA? A nationwide database study. Clin Orthop Relat Res. 2014 Aug 15. [Epub ahead of print]

475.    Issa K, Banerjee S, Kester MA, Khanuja HS, Delanois RE, <u>Mont MA</u>. The effect of timing of manipulation under anesthesia to improve range of motion and functional outcomes following total knee arthroplasty. J Bone Joint Surg Am. 2014;96:1349-57.

476.   Cherian JJ, Kapadia BH, Bhave A, McElroy MJ, Cherian C, Harwin SF, Mont MA. Use of transcutaneous electrical nerve stimulation device in early osteoarthritis of the knee. J Knee Surg. 2014 Aug 27. [Epub ahead of print]

477.   Issa K, Jauregui JJ, Given K, Harwin SF, Mont MA. A prospective, longitudinal study of patient activity levels following total knee arthroplasty stratified by demographic and comorbid factors. J Knee Surg. 2014 Aug 27. [Epub ahead of print]

478.   Wu ES, Cherian JJ, Kapadia BH, Banerjee S, Jauregui JJ, Mont MA. Outcomes of post-operative periprosthetic femur fracture around total hip arthroplasty: a review. Expert Rev Med Devices. 2014;11:1-12.

479.   Mont MA, Callaghan JJ, Hozack WJ, Kreb V, Mason JB, Parvizi J. Patient specific instrumentation. J Arthroplasty. 2014;29:1693.

480.   Brown TS, Banerjee S, Russell RD, Mont MA, Huo MH. What's new in total hip arthroplasty. J Bone Joint Surg Am. 2014;96:1576-82.

481.   Patel YD, Szczech BW, Patel S, Issa K, Kapadia BH, Mont MA. Management strategies for total hip arthroplasty in sickle cell patients. J Long Term Eff Med Implants. 2014;24:219-24.

482.   Mason JB, Callaghan JJ, Hozack WJ, Krebs V, Mont MA, Parvizi J. Obesity in total joint arthroplasty: an issue with gravity. J Arthroplasty. 2014;29:1879.

483.   Korduba LA, Essner A, Pivec R, Lancin P, Mont MA, Wang A, Delanois RE. Effect of acetabular cup abduction angle on wear of ultrahigh-molecular-weight polyethylene in hip simulator testing. Am J Orthop. 2014;43:466-71.

484.   Agne MT, Underwood RJ, Kocagoz SB, MacDonald DW, Day JS, Parvizi J, Kraay MJ, Mont MA, Klein GR, Cates HE, Kurtz SM. Is there material loss at the backside taper in modular CoCr acetabular liners? Clin Orthop Relat Res. 2014 Oct 16. [Epub ahead of print]

485.   Khanuja HS, Banerjee S, Jain D, Pivec R, Mont MA. Short bone-conserving stems in cementless hip arthroplasty. J Bone Joint Surg Am. 2014;96:1742-52.

486.   Banerjee S, Pivec R, Issa K, Kapadia BH, Khanuja HS, Mont MA. Large-diameter femoral heads in total hip arthroplasty: an evidence-based review. Am J Orthop. 2014;43:506-12.

487.   Loving L, Herrera L, Banerjee S, Heffernan C, Nevelos J, Markel DC, Mont MA. Dual mobility bearings withstand loading from steeper cup-inclinations without substantial wear. J Orthop Res. 2014 Nov 24. [Epub ahead of print]

488.   Hozack WJ, Callaghan JJ, Krebs V, Mason JB, Mont MA, Parvizi J. Total hip modularity: truth and consequences. J Arthroplasty. 2014;29:2059.

489. Pivec R, Issa K, Given K, Harwin SF, Greene KA, Hitt KD, Shi S, Mont MA. A prospective, longitudinal study of patient satisfaction following total knee arthroplasty using the short-form 35 (SF-36) survey stratified by various demographic and comorbid factors. J Arthroplasty. 2014 Oct 17. [Epub ahead of print]

490. Pierce TP, Cherian JJ, Jauregui JJ, Elmallah RD, Mont MA. Outcomes of post-operative periprosthetic acetabular fracture around total hip arthroplasty. Expert Rev Med Devices. 2014 Dec 9. [Epub ahead of print]

491. Banerjee S, Cherian JJ, Bono JV, Kurtz SM, Geesink R, Meneghini RM, Delanois RE, Mont MA. Gross trunion failure after primary total hip arthroplasty. J Arthroplasty. 2014 Nov 26. [Epub ahead of print]

492. Cherian JJ, Bhave A, Kapadia BH, Starr R, McElroy MJ, Mont MA. Strength and functional improvement using pneumatic brace with extension assist for end-stage knee osteoarthritis: a prospective, randomized trial. J Arthroplasty. 2014 Nov 29 [Epub ahead of print]

493. Kurtz SM, MacDonald DW, Mont MA, Parvizi J, Malkani AL, Hozack WJ. Retrieval analysis of sequentially annealed highly crosslinked polyethylene used in total hip arthroplasty. Clin Orthop Relat Res. 2014 Dec 25. [Epub ahead of print]

494. Jauregui JJ, Issa K, Cherian JJ, Harwin SF, Given K, Mont MA. Evaluation of 5-year trends in Knee Society scores stratified by comorbidities: a prospective, longitudinal study. J Knee Surg. 2015 Jan 29. [Epub ahead of print]

495. Elmallah RK, Cherian JJ, Jauregui JJ, Pierce TP, Beaver WB, Mont MA. Genetically modified chondrocytes expressing TGF-β1: a revolutionary treatment for articular cartilage damage? Expert Opin Biol Ther. 2015;15:455-64.

496. Jauregui JJ, Clayton A, Kapadia BH, Cherian JJ, Issa K, Mont MA. Total hip arthroplasty for acute acetabular fractures: a review of the literature. Expert Rev Med Devices. 2015;12:287-95.

497. Elmallah RK, Cherian JJ, Jauregui JJ, Bhowmik-Stoker M, Beaver WB, Mont MA. Determining health-related quality-of-life outcomes using the SF-6D preference-based measure in patients following total knee arthroplasty. J Arthroplasty. 2015 Feb 7. [Epub ahead of print]

498. Karim AR, Cherian JJ, Jauregui JJ, Pierce T, Mont MA. Osteonecrosis of the knee: review. Ann Transl Med. 2015;3:6.

499. Cherian JJ, Jauregui JJ, Banerjee S, Pierce T, Mont MA. What host factors affect aseptic loosening after THA and TKA? Clin Orthop Relat Res. 2015 Feb 26. [Epub ahead of print]

500.  Jauregui JJ, Banerjee S, Cherian JJ, Elmallah RK, Pierce TP, <u>Mont MA</u>. Early outcomes of titanium-based highly-porous acetabular components in revision total hip arthroplasty. J Arthroplasty. 2015 Feb 18. {Epub ahead of print]

501.  Ha CW, Cho JJ, Elmallah RK, Cherian JJ, Kim TW, Lee MC, <u>Mont MA</u>. A multi-center, single-blind, phase IIa clinical trial to evaluate the efficacy and safety of a cell-mediated gene therapy in degenerative knee arthritis patients.  Hum Gene Ther Clin Dev. 2015 Apr 17. [Epub ahead of print]

502.  <u>Mont MA</u>, Elmallah RK, Cherian JJ. The value of national and hospital registries. Am J Orthop. 2015;44:160-2.

503.  Wu ES, Jauregui JJ, Banerjee S, Cherian JJ, <u>Mont MA</u>. Outcomes of delayed total hip arthroplasty in patients with a previous ipsilateral acetabular fracture. Expert Rev Med Devices. 2015;12:297-306.

504.  Cherian JJ, O'Connor MI, Robinson K, Jauregui JJ, Adleberg J, <u>Mont MA</u>. A prospective, longitudinal study of outcomes following total knee arthroplasty stratified by gender. J Arthroplasty. 2015 Mar 31. [Epub ahead of print]

505.  Jauregui JJ, Banerjee S, Issa K, Cherian JJ, <u>Mont MA</u>. Does co-existing lumbar spinal canal stenosis impair functional outcomes and activity levels after primary total hip arthroplasty? J Arthroplasty. 2015 Mar 31. [Epub ahead of print]

506.  Boylan MR, Basu N, Naziri Q, Issa K, Maheshwari AV, <u>Mont MA</u>. Does HIV infection increase the risk of short-term adverse outcomes following total knee arthroplasty? J Arthroplasty. 2015 Mar 31. [Epub ahead of print]

507.  Elmallah RK, Cherian JJ, Pierce TP, Jauregui JJ, Harwin SF, <u>Mont MA</u>. New and common perioperative pain management techniques in total knee arthroplasty. J Knee Surg. 2015 Apr 18. [Epub ahead of print]

508.  Elmallah RD, Cherian JJ, Robinson K, Harwin SF, <u>Mont MA</u>. The effect of comorbidities on outcomes following total knee arthroplasty. J Knee Surg. 2015 Apr 18, [Epub ahead of print]

509.  <u>Mont MA</u>, Pivec R, Banerjee S, Issa K, Elmallah RK, Jones LC. High-dose corticosteroid use and risk of hip osteonecrosis: meta-analysis and systematic literature review. J Arthroplasty. 2015 Apr 8. [Epub ahead of print]

510.  Pierce TP, Jauregui JJ, Cherian JJ, elmallah RD, Robinson K, <u>Mont M</u>A. Prospective evaluation of short and mid-term outcomes of total hip arthroplasty using the Accolade TM stem. Hip Int. 2015;25:447-51.Epub 2015 Apr 21.

511.  Elmallah RK, Krebs VE, <u>Mont MA</u>. National and hospital registries: an invaluable source and wealth of information. J Arthroplasty. 2015;30:1673-5. Epub 2015 Apr 18.

512.  Pierce TP, Elmallah RK, Jauregui JJ, Poola S, Mont MA, Delanois RE. A current review of non-vascularized bone grafting in osteonecrosis of the femoral head. Curr Rev Musculoskelet Med. 2015;8:240-5.

513.  Chakravarty R, Elmallah RD, Cherian JJ, Kurtz SM, Mont MA. Polyethylene wear in knee arthroplasty. J Knee Surg. 2015;28:370-5. Epub 2015 Jun 1.

514.  Pierce TP, Jauregui JJ, Cherian JJ, Elmallah RK, Mont MA. Imaging evaluation of patients with osteonecrosis of the femoral head. Curr Rev Musculoskelet Med. 2015;8:221-7.

515.  Pierce TP, Jauregui JJ, Elmallah RK, Lavernia CJ, Mont MA, Nace J. A current review of core decompression in the treatment of osteonecrosis of the femoral head. Curr Rev Musculoskelet Med. 2015;8:228-32.

516.  Pierce TP, Elmallah RK, Jauregui JJ, Verna DF, Mont MA. Outcomes of total hip arthroplasty in patients with osteonecrosis of the femoral head – a current review. Curr Rev Musculoskelet Med. 2015;8:246-51.

517.  Pierce TP, Cherian JJ, Jauregui JJ, Elmallah RK, Lieberman JR, Mont MA. A current review of mechanical compression and its role in venous thromboembolic prophylaxis in total knee and total hip arthroplasty. J Arthroplasty. 2015 May 29. [Epub ahead of print].

518.  Sarmiento A, Elmallah RK, Springer BD, Mont MA. Authors' responses. Am J Orthop. 2015;44:250.

519.  Pierce TP, Elmallah RK, Jauregui JJ, Cherian JJ, Mont MA. What's new in venous thromboembolic prophylaxis following total knee and total hip arthroplasty? Surg Technol Int. 2015;26:234-7.

520.  Mont MA, Banerjee S, Jauregui JJ, Cherian JJ, Kapadia BH. What outcome metrics do the various knee rating systems for assessment of outcomes following total knee arthroplasty measure? A systematic review of literature. Surg Technol Int. 2015;26:269-74.

521.  Elmallah RK, Cherian JJ, Jauregui JJ, Padden DA, Harwin SF, Mont MA. Robotic-arm assisted surgery in total hip arthroplasty. Surg Technol Int. 2015;26:283-8.

522.  Jauregui JJ, Banerjee S, Cherian JJ, Elmallah RK, Mont MA. Rating systems to assess the outcomes after total knee arthroplasty. Surg Technol Int. 2015;26:289-94.

523.  Pierce TP, Elmallah RK, Cherian JJ, Jauregui JJ, Mont MA. Standardized questionnaire time burden for practitioners and patients. Surg Technol Int. 2015;26:302-6.

524. Sayeed SA, Jauregui JJ, Korduba LA, Essner A, Harwin SF, Delanois RE, Mont MA. Can sequentially-irradiated and annealed highly cross-linked polyethylene inserts thinner than eight millimeters be utilized in total knee arthroplasty? Surg Technol Int. 2015;26:329-35.

525. Kapadia BH, Cherian JJ, Issa K, Jagannathan S, Daley JA, Mont MA. Patient compliance with preoperative disinfection protocols for lower extremity total joint arthroplasty. Surg Technol Int. 2015;26:351-4.

526. Antholz CR, Cherian JJ, Elmallah RK, Jauregui JJ, Pierce TP, Mont MA. Selective patellar resurfacing: a literature review. Surg Technol Int. 2015;26:355-60.

527. Mont MA, Cherian JJ. CORR Insights®: Frequent femoral neck osteolysis with Birmingham mid-head resection resurfacing arthroplasty in young patients. Clin Orthop Relat Res. 2015;473:3779-80.

528. Jauregui JJ, Cherian JJ, Pierce TP, Beaver WB, Issa K, Mont MA. Long-term survivorship and clinical outcomes following total knee arthroplasty. J Arthroplasty. 2015 June 3. [Epub ahead of print].

529. Meneghini RM, Mont MA, Backstein DB, Bourne RB, Dennis DA, Scuderi GR. Development of a modern Knee Society radiographic evaluation system and methodology for total knee arthroplasty. J Arthroplasty. 2015 May 29. [Epub ahead of print].

530. Jauregui JJ, Naziri Q, Pierce TP, Elmallah RK, Cherian JJ, Delanois RE, Mont MA. Is the use of thin, highly cross-linked polyethylene liners safe in total hip arthroplasty? Int Orthop. 2015 Jul 2. [Epub ahead of print].

531. Lee MC, Ha CW, Elmallah RK, Cherian JJ, Cho JJ, Kim TW, Bin SI, Mont MA. A placebo-controlled randomized trial to assess the effect of TGF-β1-expressing chondrocytes in patients with arthritis of the knee. Bone Joint J. 2015;97-B:924-32.

532. Cherian JJ, Mont MA. Where there is smoke, there is fire! Commentary on an article by Kyle R. Duchman, MD, et al: "The effect of smoking on short-term complications following total hip and knee arthroplasty." J Bone Joint Surg Am. 2015;97:e53.

533. Kapadia BH, Berg RA, Daley JA, Fritz J, Bhave A, Mont MA. Periprosthetic joint infection. Lancet. 2015 June 26. [Epub ahead of print].

534. Jauregui JJ, Boylan MR, Kapadia BH, Naziri Q, Maheshwari AV, Mont MA. Total joint arthroplasty in nonagenarians: what are the risks? J Arthroplasty. 2015 Jun 20. [Epub ahead of print].

535. Cherian JJ, Parvizi J, Bramlet D, Lee KH, Romness DW, Mont MA. Preliminary results of a phase II randomized study to determine the efficacy and safety of genetically engineered allogeneic human chondrocytes expressing TGF-β1 in patients with grade 3

chronic degenerative joint disease of the knee. Osteoarthritis Cartilage. 2015 Jul 16. [Epub ahead of print].

536. Jauregui JJ, Kapadia BH, Dixit A, Naziri Q, Hip-Flores DJ, Harwin SF, Mont MA. Thirty-day complications in rheumatoid patients following total knee arthroplasty. Clin Rheumatol. 2015 Aug 4. [Epub ahead of print].

537. Mont MA, Elmallah RK, Cherian JJ, Banerjee S, Kapadia BH. Histopathological evaluation of the anterior cruciate ligament in patients undergoing primary total knee arthroplasty. J Arthroplasty. 2015 Jul 11. [Epub ahead of print].

538. Elmallah RK, Scuderi GR, Jauregui JJ, Meneghini RM, Dennis DA, Backstein DB, Bourne RB, Mont MA. Radiographic evaluations of revision total knee arthroplasty: a plea for uniform assessments. J Arthroplasty. 2015 Aug 18. [Epub ahead of print].

539. Banerjee S, Cherian JJ, Elmallah RK, Jauregui JJ, Pierce TP, Mont MA. Robotic-assisted knee arthroplasty. Expert Rev Med Devices. 2015 Sept 12:1-9. [Epub ahead of print].

540. Pierce TP, Jauregui JJ, Kapadia BH, Elmallah RK, Cherian JJ, Harwin SF, Mont MA. Second-generation versus first-generation cementless tapered wedge femoral stems. Orthopedics. 2015;38:550-4.

541. Cherian JJ, Harwin SF, Mont MA. Bearing surfaces in total knee replacement. J Knee Surg. 2015;28:357.

542. Jauregui JJ, Pierce TP, Elmallah RK, Cherian JJ, Delanois RE, Mont MA. Dual mobility cups: an effective prosthesis in revision total hip arthroplasties for preventing dislocations. Hip Int. 2015 Sep 9:0. [Epub ahead of print].

543. Sizer SC, Cherian JJ, Elmallah RK, Pierce TP, Beaver WB, Mont MA. Predicting blood loss in total knee and hip arthroplasty. Orthop Clin North Am. 2015;46:445-59.

544. Mont MA, Cherian JJ, Sierra RJ, Jones LC, Lieberman JR. Nontraumatic osteonecrosis of the femoral head: where do we stand today? A ten-year update. J Bone Joint Surg Am. 2015;97:1604-27.

545. Mont MA, Cherian JJ, Bhave A, Elmallah RK, Beaver Jr WB, Harwin SF. Unloader bracing for knee osteoarthritis: a pilot study of gait and function. Surg Technol Int. 2015 Oct 7. [Epub ahead of print].

546. Elmallah RK, Cherian JJ, Amin H, Jauregui JJ, Pierce TP, Mont MA. Readmission rates in patients who underwent total hip arthroplasty. Surg Technol Int. 2015 Oct 7. [Epub ahead of print].

547. Boylan MR, Kapadia BH, Issa K, Perfetti DC, Maheshwari AV, <u>Mont MA</u>. Down syndrome increases the risk of short-term complications after total hip arthroplasty. J Arthroplasty. 2015 Sep 28. [Epub ahead of print].

548. Harwin SF, Elmallah RK, Jauregui JJ, Cherian JJ, <u>Mont MA</u>. Outcomes of a newer-generation cementless total knee arthroplasty design. Orthopedics. 2015;38:620-4.

549. Cherian JJ, Harrison PE, Benjamin SA, Bhave A, Harwin SF, <u>Mont MA</u>. Do the effects of transcutaneous electrical nerve stimulation on knee osteoarthritis pain and function last? J Knee Surg. 2015 Nov 5. [Epub ahead of print].

550. Boylan MR, Perfetti DC, Elmallah RK, Kreb VE, Paulino CB, <u>Mont MA</u>. Does chronic corticosteroid use increase risks of readmission, thromboembolism, and revision after THA? Clin Orthop Relat Res. 2016;474:744-51.

551. Fredette EK, MacDonald DW, Underwood RJ, Chen AF, <u>Mont MA</u>, Lee GC, Klein GR, Rimnac CM, Kurtz SM. Does metal transfer differ on retrieved ceramic and CoCr femoral heads? Biomed Res Int. 2015. Epub 2015 Oct 25.

552. Banerjee S, Cherian JJ, Elmallah RK, Pierce TP, Jauregui JJ, <u>Mont MA</u>. Robot-assisted total hip arthroplasty. Expert Rev Med Devices. 2016;13:47-56.

553. Issa K, Pierce TP, Scillia AJ, Festa A, Harwin SF, <u>Mont MA</u>. Midterm outcomes following total knee arthroplasty in lupus patients. J Arthroplasty. 2016;31:655-7.

554. Issa K, Boylan MR, Naziri Q, Perfetti DC, Maheshwari AV, <u>Mont MA</u>. The impact of hepatitis C on short-term outcomes of total joint arthroplasty. J Bone Joint Surg Am. 2015;97:1952-7.

555. Pierce TP, Elmallah RK, Lavernia CJ, Chen AF, Harwin SF, Thomas CM, <u>Mont MA</u>. Racial disparities in lower extremity arthroplasty outcomes and use. Orthopedics. 2015;38:e1139-46.

556. Elmallah RK, Cherian JJ, Amin H, Jauregui JJ, Pierce TP, <u>Mont MA</u>. Readmission rates in patients who underwent total hip arthroplasty. Surg Technol Int. 2015;27:215-7.

557. Cherian JJ, Barrington J, Elmallah RK, Chughtai M, Mistry JB, <u>Mont MA</u>. Liposomal bupivacaine suspension, can reduce length of stay and improve discharge status of patients undergoing total hip arthroplasty. Surg Technol Int. 2015;27:235-9.

558. Jauregui JJ, Lerner AL, Mistry JB, Chughtai M, Elmallah RK, <u>Mont MA</u>. A comprehensive assessment of various outcome scores to evaluate total hip arthroplasties. Surg Technol Int. 2015;27:251-6.

559. Pivec R, Minshall ME, Mistry JB, Chughtai M, Elmallah RK, <u>Mont MA</u>. Decreased opioid utilization and cost at one year in chronic low back pain patients treated with

transcutaneous electric nerve stimulation (TENS). Surg Technol Int. 2015;27:268-74.

560. <u>Mont MA</u>, Cherian JJ, Bhave A, Starr R, Elmallah RK, Beaver WB Jr, Harwin SF. Unloader bracing for knee osteoarthritis: a pilot study of gait and function. Surg Technol Int. 2015;27:287-93.

561. Chughtai M, Elmallah RK, Mistry JB, Bhave A, Cherian JJ, McGinn TL, Harwin SF, <u>Mont MA</u>. Nonpharmacological pain management and muscle strengthening following total knee arthroplasty. J Knee Surg. 2016;29:194-200.

562. Wynes J, Lamm BM, Bhave A, Elmallah RK, <u>Mont MA</u>. Effect of pedal deformity on gait in a patient with total knee arthroplasty. Orthopedics. 2016;39:e159-61.

563. Cherian JJ, Muzaffar A, Barrington JW, Elmallah RK, Chughtai M, Mistry JB, <u>Mont MA</u>. Liposomal bupivacaine in total knee arthroplasty for better postoperative analgesic outcome and economic benefits. J Knee Surg. 2016;29:180-7.

564. Chughtai M, <u>Mont MA</u>, Cherian C, Cherian JJ, Elmallah RK, Naziri Q, Harwin SF, Bhave A. A novel, nonoperative treatment demonstrates success for stiff total knee arthroplasty after failure of conventional therapy. J Knee Surg. 2016;29:188-93.

565. Scillia AJ, Issa K, Boylan MR, McDermott JD, McInerney VK, Patel DV, <u>Mont MA</u>, Festa AN. Inpatient cruciate ligament reconstruction in the United States: a nationwide database study from 1998 to 2010. Orthopedics. 2016;39:e196-202.

566. Pierce TP, Jauregui JJ, Cherian JJ, Elmallah RK, Harwin SF, <u>Mont MA</u>. Is there an ideal patellar thickness following total knee arthroplasty? Orthopedics. 2016;39:e187-92.

567. Cherian JJ, Kapadia BH, McElroy MJ, Johnson AJ, Bhave A, Harwin SF, <u>Mont MA</u>. Knee osteoarthritis: does transcutaneous electrical nerve stimulation work? Orthopedics. 2016;39:e180-6.

568. Cheung AC, Banerjee S, Cherian JJ, Wong F, Butany J, Gilbert C, Overgaard C, Syed K, Zywiel MG, Jacobs JJ, <u>Mont MA</u>. Systemic cobalt toxicity from total hip arthroplasties: review of a rare condition Part 1 – history, mechanism, measurements, and pathophysiology. Bone Joint J. 2016;98:6-13.

569. Zywiel MG, Cherian JJ, Banerjee S, Cheung AC, Wong F, Butany J, Gilbert C, Overgaard C, Syed K, Jacobs JJ, <u>Mont MA</u>. Systemic cobalt toxicity from total hip arthroplasties: review of a rare condition Part 2 – measurement, risk factors, and step-wise approach to treatment. Bone Joint J. 2016;98:14-20.

570. Cherian JJ, Jauregui JJ, Leichliter AK, Elmallah RK, Bhave A, <u>Mont MA</u>. The effects of various physical non-operative modalities on the pain in osteoarthritis of the knee. Bone Joint J. 2016;98:89-94.

571.   Mont MA, Elmallah RK. CORR Insights®: Total hip arthroplasty after acetabular fracture is associated with lower survivorship and more complications. Clin Orthop Relat Res. 2016;474:399-401.

572.   Stroh DA, Issa K, Scillia A, Issa S, Festa A, Mont MA. Total knee arthroplasty after complete patellectomy: a review. J Long Term Eff Med Implants. 2015;25:163-70.

573.   Hitt KD, Pierce TP, Jauregui JJ, Cherian JJ, Elmallah RK, Leibowitz E, Logan S, Mont MA. Use of a flexible intramedullary rod and its influence on patient satisfaction and femoral size in total knee arthroplasty. J Long Term Eff Med Implants. 2015;25:201-8.

574.   Elmallah RK, Jauregui JJ, Cherian JJ, Pierce TP, Harwin SF, Mont MA. Effect of age on postoperative outcomes following total knee arthroplasty. J. Knee Surg. 2016 Feb 2. [Epub ahead of print]

575.   Chughtai M, Cherian JJ, Mistry JB, Elmallah RK, Bennett A, Mont MA. Liposomal bupivacaine suspension can reduce lengths of stay and improve discharge status of patients undergoing total knee arthroplasty. J Knee Surg. 2016;29:224-7.

576.   Issa K, Harwin SF, Malkani AL, Bonutti PM, Scillia A, Mont MA. Bariatric orthopaedics: total hip arthroplasty in super-obese patients (those with a BMI of ≥50 kg/m2). J Bone Joint Surg Am. 2016;98:180-5.

577.   Sorich MM, Cherian JJ, McElroy MJ, Banerjee S, Jones LC, Minniti CP, Mont MA. Osteonecrosis of the hip in hematologic disease: a review of conditions and treatment options. J Long Term Eff Med Implants. 2015;25:253-68.

578.   Pivec R, Issa K, Kapadia BH, Cherian JJ, Maheshwari AV, Bonutti PM, Mont MA. Incidence and future projections of periprosthetic femorla fracture following primary total hip arthroplasty: an analysis of international registry data. J Long Term Eff Med Implants. 2015;25:301-6.

579.   Cherian JJ, McElroy MJ, Kapadia BH, Bhave A, Mont MA. Prospective case series of NMES for quadriceps weakness and decrease function in patients with osteoarthritis of knee. J Long Term Eff Med Implants. 2015;25:301-6.

580.   Jauregui JJ, Cherian JJ, Pierce TP, Elmallah RK, Mont MA. Thirty-day readmission rates comparing specific cruciate retaining and posterior stabilizing knee arthroplasties to the national readmission rates. Jauregui JJ, Cherian JJ, Pierce TP, Elmallah RK, Mont MA. J Long Term Eff Med Implants. 2015;25:307-11.

581.   Pierce TP, Cherian JJ, Mont MA. Static and dynamic bracing for loss of motion following total knee arthroplasty. J Long Term Eff Med Implants. 2015;25:337-43.

582.   Elmallah RK, cherian JJ, Harwin SF, Mont MA. Implant designs in revision total knee arthroplasty. Am J Orthop. 2016;45:75-8.

583. Cherian JJ, Bhave A, Harwin SF, Mont MA. Outcomes and aseptic survivorship of revision total knee arthroplasty. Am J Orthop. 2016;45:79-85.

584. Mistry JB, Chughtai M, Elmallah RK, Diedrich A, Le S, Thomas M, Mont MA. Trunnionosis in total hip arthroplasty: a review. J Orthop traumatol. 2016;17:1-6.

585. Kapadia BH, Boylan MR, Elmallah RK, Krebs VE, Paulino CB, Mont MA. Does hemophilia increase the risk of postoperative blood transfusion after lower extremity total joint arthroplasty? J Arthroplasty. 2016 Jan 21. [Epub ahead of print]

586. Mistry JB, Elmallah RK, Issa K, Chughtai M, Mont MA. Replay to editorial by Mamarelis et al. Ann Transl Med. 2016;4:41.

587. Kapadia BH, Jauregui JJ, Murray DP, Mont MA. Does preadmission cutaneous chlorhexidine preparation reduce surgical site infections after total hip arthroplasty? Clin Orthop Relat Res. 2016 Feb 18. [Epub ahead of print]

588. Bagsby DT, Issa K, Smith LS, Elmallah RK, Mast LE, Harwin SF, Mont MA, Bhimani SJ, Malkani AL. Cemented vs cementless total knee arthroplasty in morbidly obese patients. J Arthroplasty. 2016 Jan 29. [Epub ahead of print]

589. Kapadia BH, Banerjee S, Cherian JJ, Bozic KJ, Mont MA. The economic impact of periprosthetic infections after total hip arthroplasty at a specialized tertiary-care center. J Arthroplasty. 2016 Jan 21. [Epub ahead of print]

590. Kapadia BH, Zhou PL, Jauregui JJ, Mont MA. Does preadmission cutaneous chlorhexidine preparation reduce surgical site infections after total knee arthroplasty? Clin Orthop Relat Res. 2016 Mar 8. [Epub ahead of print]

591. Kapadia BH, Cherian JJ, Starr R, Chughtai M, Mont MA, Harwin SF, Bhave A. Gait using pneumatic brace for end-stage knee osteoarthritis. J Knee Surg. 2016;29:218-23.

592. Mistry JB, Elmallah RK, Bhave A, Chughtai M, Cherian JJ, McGinn T, Harwin SF, Mont MA. Rehabilitative guidelines after total knee arthroplasty: a review. J Knee Surg. 2016;29:201-17.

593. Cherian JJ, Jinnah AH, Robinson K, O'Connor MI, Harwin SF, Mont MA. Prospective, longitudinal evaluation of gender differences after total hip arthroplasty. Orthopedics. 2016;39:e391-6.

594. Eckhoff DG, Jacofsky DJ, Springer BD, Dunbar M, Cherian JJ, Elmallah RK, Mont MA, Greene KA. Bilateral symmetrical comparison of femoral and tibial anatomic features. J Arthroplasty. 2016;31:1083-90.

595. Chughtai M, Elmallah RK, Cherian JJ, Mistry JB, Harwin SF, <u>Mont MA</u>. Rehabilitation and pain management modalities in total knee arthroplasty. J Knee Surg. 2016;29:179.

596. Mistry JB, Jauregui JJ, Lerner AL, Chughtai M, Elmallah RK, <u>Mont MA</u>. An assessment of the comprehensiveness of various hip outcome scores. Surg Technol Int. 2016 Apr 4. [Epub ahead of print]

597. Kolisek FR, Chughtai M, Mistry JB, Elmallah RK, Jaggard C, Malkani AL, Masini MA, Harwin SF, <u>Mont MA</u>. Outcomes of second-generation tapered wedge femoral stem. Surg Technol Int. 2016 Apr 4. [Epub ahead of print]

598. Mistry JB, Elmallah RK, Chughtai M, Oktem M, Harwin SF, <u>Mont MA</u>. Long-term survivorship and clinical outcomes of a single radius total knee arthroplasty. Surg Technol Int. 2016 Apr 4. [Epub ahead of print]

599. Chughtai M, Khlopas A, Mistry JB, Gwam CU, Elmallah RK, <u>Mont MA</u>. Time burden of standardized hip questionnaires. Surg Technol Int. 2016 Apr 4. [Epub ahead of print]

600. Chughtai M, Jauregui JJ, Mistry JB, Elmallah RK, Diedrich AM, Bonutti PM, Delanois R, <u>Mont MA</u>. What influences how patients rate their hospital after total knee arthroplasty? Surg Technol Int. 2016 Apr 4. [Epub ahead of print]

601. Jauregui JJ, Cherian JJ, Gwam CU, Chughtai M, Mistry JB, Elmallah RK, Harwin SF, Bhave A, <u>Mont MA</u>. A meta-analysis of transcutaneous electrical nerve stimulation for chronic low back pain. Surg Technol Int. 2016 Apr 4. [Epub ahead of print]

602. Issa K, Pierce TP, Brothers A, McInerney VK, Chughtai M, Mistry JB, Bryant WW, Delanois RE, Harwin SF, <u>Mont MA</u>. What is the efficacy of repeat manipulations under anesthesia to treat stiffness following primary total knee arthroplasty? Surg Technol Int. 2016 Apr 4. [Epub ahead of print]

603. Malkani AL, Hitt KD, Badarudeen S, Lewis C, Cherian J, Elmallah R, <u>Mont MA</u>. The difficult primary total knee arthroplasty. Instr Course Lect. 2016;65:243-68.

604. Wu ES, Cherian JJ, Jauregui JJ, Robinson K, Harwin SF, <u>Mont MA</u>. Patient-reported outcomes following total hip arthroplasty stratified by body mass index. Orthopedics. 2016;7:1-6.

605. Pierce TP, Elmallah RK, Jauregui JJ, Cherian JJ, Harwin SF, <u>Mont MA</u>. Inferomedial or inferolateral intra-articular injections of the knee to minimize pain intensity. Orthopedics. 2016;7:1-4.

606. McCarthy TF, Alipit V, Nevelos J, Elmallah RK, <u>Mont MA</u>. Acetabular cup anteversion and inclination in hip range of motion to impingement. J Arthroplasty. 2016 Mar 17. [Epub ahead of print]

607. Elmallah RK, Mont MA. Is there an anatomic basis for hip osteonecrosis? Commentary on an article by Mattieu Ollvier, MD, et al.: "Anatomical findings in patients undergoing total hip arthroplasty for idiopathic femoral head osteonecrosis." J Bone Joint Surg Am. 2016;98:e35.

608. Chughtai M, Mistry JB, Diedrich AM, Jauregui JJ, Elmallah RK, Bonutti PM, Harwin SF, Malkani AL, Kolisek FR, Mont MA. Low frequency of early complications with dual-mobility acetabular cups in cementless primary THA. Clin Orthop Relat Res. 2016 Apr 22. [Epub ahead of print]

609. Cochran AR, Ong KL, Lau E, Mont MA, Malkani AL. Risk of reinfection after treatment of infected total knee arthroplasty. J Arthroplasty. 2016 Mar 24. [Epub ahead of print]

610. Zhang XM, Zhang HH, McLeroth P, Berkowitz RD, Mont MA, Stabin MG, Siegel BA, Alavi A, Barnett TM, Gelb J, Petit C, Spaltro J, Cho SY, Pomper MG, Conklin JJ, Bettegowda C, Saha S. Nucl Med Biol. 2016;43:273-9.

611. Chughrai M, Mistry JB, Diedrich AM, Jauregui JJ, Elmallah RK, Bonutti PM, Harwin SF, Malkani AL, Kolisek FR, Mont MA. Erratum to: Low frequency of early complications with dual-mobility acetabular cups in cementless primary THA. Clin Orthop Relat Res. 2016 May 6. [Epub ahead of print]

612. Elmallah RK, Mistry JB, Cherian JJ, Chughrai M, Bhave A, Roche MW, Mont MA. Can we really "feel" a balanced total knee arthroplasty? J Arthroplasty. 2016 Apr 13. [Epub ahead of print]

613. Mistry JB, Chughtai M, Elmallah RK, Le S, Bonutti PM, Delanois RE, Mont MA. What influences how patients rate their hospital after total hip arthroplasty? J Arthroplasty. 2016 Apr 13. [Epub ahead of print]

614. Jauregui JJ, Elmallah RK, Harwin SF, Pierce TP, Cherian JJ, Naziri Q, Mont MA. Characteristics and complications of super-obese patients who underwent total knee arthroplasty. Orthopedics. 2016;19:1-6.

615. Jauregui JJ, Naziri Q, Pierce TP, Elmallah RK, Cherian JJ, Delanois RE, Mont MA. Erratum to: Is the use of thin, highly cross-linked polyethylene liners safe in total hip arthroplasty? Int Orthop. 2016 Jun 9. [Epub ahead of print]

616. Cherian JJ, Muzaffar A, Barrington JW, Elmallah RK, Chughtai M, Mistry JB, Mont MA. Liposomal bupivacaine in total knee arthroplasty for better postoperative analgesic outcome and economic benefits. J Knee Surg. 2016 Jun 10. [Epub ahead of print.

617. Chughtai M, Cherian JJ, Mistry JB, Elmallah RK, Bennett A, Mont MA. Liposomal bupivacaine suspension can reduce lengths of stay and improve discharge status of patients undergoing total knee arthroplasty. J Knee Surg. 2016 Jun 10. [Epub ahead of

print]

2017 Publications

1: Gwam CU, Mistry JB, Mohamed N, Chughtai M, Thomas M, Mont MA, Delanois RE. Does Age Influence How Patients Rate Their Experience of Care after Total Knee Arthroplasty? J Knee Surg. 2017 May 23. doi: 10.1055/s-0037-1603339. [Epub ahead of print] PubMed PMID: 28561158.

2: Gwam C, Mistry JB, Piuzzi N, Chughtai M, Khlopas A, Thomas M, Elmallah RK, Muschler G, Mont MA, Harwin SF, Delanois RE. What Influences How Patients with Depression Rate Hospital Stay After Total Joint Arthroplasty? Surg Technol Int. 2017 May 24;30. pii: sti30/838. [Epub ahead of print] PubMed PMID: 28537649.

3: Illgen RL Nd, Bukowski BR, Abiola R, Anderson P, Chughtai M, Khlopas A, Mont MA. Robotic-Assisted Total Hip Arthroplasty: Outcomes at Minimum Two-Year Follow-Up. Surg Technol Int. 2017 May 24;30. pii: sti30/836. [Epub ahead of print] PubMed PMID: 28537647.

4: Delanois RE, Gwam C, Mistry JB, Khlopas A, Chughtai M, Ramkumar P, Piuzzi N, Berger R, Bonutti PM, Malkani AL, Mont MA. Does Length of Stay Influence How Patients Rate Their Hospitalization After Total Hip Arthroplasty? Surg Technol Int. 2017 May 24;30. pii: sti30/839. [Epub ahead of print] PubMed PMID: 28537346.

5: Siqueira MBP, Chughtai M, Khlopas A, Gwam CU, Mistry JB, Yakubek GA, Delanois RE, Mont MA. Does Gender Influence How Patients Rate Their Patient Experience after Total Knee Arthroplasty? J Knee Surg. 2017 May 15. doi: 10.1055/s-0037-1603338. [Epub ahead of print] PubMed PMID: 28505684.

6: Chughtai M, Gwam CU, Mohamed N, Khlopas A, Newman JM, Khan R, Nadhim A, Shaffiy S, Mont MA. The Epidemiology and Risk Factors for Postoperative Pneumonia. J Clin Med Res. 2017 Jun;9(6):466-475. doi: 10.14740/jocmr3002w. Epub 2017 Apr 26. Review. PubMed PMID: 28496546; PubMed Central PMCID: PMC5412519.

7: Issa K, Pierce TP, Harwin SF, Scillia AJ, McInerney VK, Mont MA. Does Hepatitis C Affect the Clinical and Patient-Reported Outcomes of Primary Total Hip Arthroplasty at Midterm Follow-Up? J Arthroplasty. 2017 Apr 11. pii: S0883-5403(17)30313-3. doi: 10.1016/j.arth.2017.04.001. [Epub ahead of print] PubMed PMID: 28478187.

64

8: Delanois RE, Mistry JB, Gwam CU, Mohamed NS, Choksi US, Mont MA. Current Epidemiology of Revision Total Knee Arthroplasty in the United States. J Arthroplasty. 2017 Apr 6. pii: S0883-5403(17)30303-0. doi: 10.1016/j.arth.2017.03.066. [Epub ahead of print] PubMed PMID: 28456561.

9: Ramkumar PN, Navarro SM, Haeberle HS, Chughtai M, Flynn ME, Mont MA. Social Media and Total Joint Arthroplasty: An Analysis of Patient Utilization on Instagram. J Arthroplasty. 2017 Apr 6. pii: S0883-5403(17)30304-2. doi: 10.1016/j.arth.2017.03.067. [Epub ahead of print] PubMed PMID: 28456560.

10: Delanois RE, Gwam CU, Mohamed N, Khlopas A, Chughtai M, Malkani AL, Mont MA. Midterm Outcomes of Revision Total Hip Arthroplasty With the Use of a Multihole Highly-Porous Titanium Shell. J Arthroplasty. 2017 Apr 6. pii: S0883-5403(17)30302-9. doi: 10.1016/j.arth.2017.03.065. [Epub ahead of print] PubMed PMID: 28456559.

11: Ramkumar PN, Navarro SM, Chughtai M, La T Jr, Fisch E, Mont MA. The Patient Experience: An Analysis of Orthopedic Surgeon Quality on Physician-Rating Sites. J Arthroplasty. 2017 Apr 4. pii: S0883-5403(17)30290-5. doi: 10.1016/j.arth.2017.03.053. [Epub ahead of print] Review. PubMed PMID: 28455178.

12: Siddiqi A, White PB, Mistry JB, Gwam CU, Nace J, Mont MA, Delanois RE. Effect of Bundled Payments and Health Care Reform as Alternative Payment Models in Total Joint Arthroplasty: A Clinical Review. J Arthroplasty. 2017 Mar 20. pii: S0883-5403(17)30263-2. doi: 10.1016/j.arth.2017.03.027. [Epub ahead of print] Review. PubMed PMID: 28438453.

13: Boylan MR, Perfetti DC, Naziri Q, Maheshwari AV, Paulino CB, Mont MA. Is Day of Surgery Associated With Adverse Clinical and Economic Outcomes Following Primary Total Knee Arthroplasty? J Arthroplasty. 2017 Mar 22. pii: S0883-5403(17)30265-6. doi: 10.1016/j.arth.2017.03.029. [Epub ahead of print] PubMed PMID: 28413140.

14: Newman JM, Khlopas A, Chughtai M, Gwam CU, Mistry JB, Yakubek GA, Harwin SF, Mont MA. Cementless Total Knee Arthroplasty in Patients Older Than 75 Years. J Knee Surg. 2017 Apr 11. doi: 10.1055/s-0037-1599253. [Epub ahead of print] PubMed PMID: 28399605.

15: Dunbar M, Newman JM, Khlopas A, Chughtai M, Martinez N, Bhowmik-Stoker M, Mont MA. Opportunities in Total Knee Arthroplasty: Worldwide Surgeons' Perspective. Surg Technol Int. 2017 Apr 11;30. pii: sti30/833. [Epub ahead of print] PubMed PMID: 28395393.

16: Harwin SF, Mistry JB, Chughtai M, Khlopas A, Gwam C, Newman JM, Higuera CA, Bonutti PM, Malkani AL, Kolisek FR, Delanois RE, Mont MA. Dual Mobility Acetabular Cups in Primary Total Hip Arthroplasty in Patients at High Risk for Dislocation. Surg Technol Int. 2017 Apr 11;30. pii: sti30/831. [Epub ahead of print] PubMed PMID: 28395391.

17: Curtis GL, Chughtai M, Khlopas A, Newman JM, Khan R, Shaffiy S, Nadhim A, Bhave A, Mont MA. Impact of Physical Activity in Cardiovascular and Musculoskeletal Health: Can Motion Be Medicine? J Clin Med Res. 2017 May;9(5):375-381. doi: 10.14740/jocmr3001w. Epub 2017 Apr 1. Review. PubMed PMID: 28392856; PubMed Central PMCID: PMC5380169.

18: Piuzzi NS, Chahla J, Jiandong H, Chughtai M, LaPrade RF, Mont MA, Muschler GF, Pascual-Garrido C. Analysis of Cell Therapies Used in Clinical Trials for the Treatment of Osteonecrosis of the Femoral Head: A Systematic Review of the Literature. J Arthroplasty. 2017 Mar 15. pii: S0883-5403(17)30195-X. doi: 10.1016/j.arth.2017.02.075. [Epub ahead of print] Review. PubMed PMID: 28392136.

19: Boylan MR, Perfetti DC, Naziri Q, Maheshwari AV, Paulino CB, Mont MA. Is Orthopedic Department Teaching Status Associated With Adverse Outcomes Of Primary Total Hip Arthroplasty? J Arthroplasty. 2017 Mar 14. pii: S0883-5403(17)30205-X. doi: 10.1016/j.arth.2017.03.003. [Epub ahead of print] PubMed PMID: 28390883.

20: Gwam CU, Chughtai M, Khlopas A, Mohamed N, Elmallah RK, Malkani AL, Mont MA. Short-to-Midterm Outcomes of Revision Total Knee Arthroplasty Patients With a Total Stabilizer Knee System. J Arthroplasty. 2017 Mar 2. pii: S0883-5403(17)30183-3. doi: 10.1016/j.arth.2017.02.065. [Epub ahead of print] PubMed PMID: 28366313.

21: Gwam CU, Mistry JB, Mohamed NS, Thomas M, Bigart KC, Mont MA, Delanois RE. Current Epidemiology of Revision Total Hip Arthroplasty in the United States: National Inpatient Sample 2009 to 2013. J Arthroplasty. 2017 Feb 27. pii: S0883-5403(17)30164-X. doi: 10.1016/j.arth.2017.02.046. [Epub ahead of print] PubMed PMID: 28336249.

22: Perfetti DC, Boylan MR, Naziri Q, Paulino CB, Kurtz SM, Mont MA. Have Periprosthetic Hip Infection Rates Plateaued? J Arthroplasty. 2017 Feb 20. pii: S0883-5403(17)30127-4. doi: 10.1016/j.arth.2017.02.027. [Epub ahead of print] PubMed PMID: 28318862.


23: Elmallah RK, Chughtai M, Adib F, Bozic KJ, Kurtz SM, Mont MA. Determining Health-Related Quality-of-Life Outcomes Using the SF-6D Following Total Hip Arthroplasty. J Bone Joint Surg Am. 2017 Mar 15;99(6):494-498. doi: 10.2106/JBJS.15.01351. PubMed PMID: 28291182.


24: Gwam CU, Mohamed N, Mistry JB, Thomas M, Chughtai M, Khan S, Khlopas A, Mont MA, Delanois RE. Pain Management with Adductor Canal Blockade or Multimodal Periarticular Analgesia in Elderly Total Knee Arthroplasty Patients. Surg Technol Int. 2017 Mar 9;30. pii: sti30/829. [Epub ahead of print] PubMed PMID: 28277593.


25: Chughtai M, Khlopas A, Mont MA. Fixation methods in the management of hip fractures. Lancet. 2017 Apr 15;389(10078):1493-1494. doi: 10.1016/S0140-6736(17)30551-2. Epub 2017 Mar 3. PubMed PMID: 28262270.


26: Harwin SF, Patel NK, Chughtai M, Khlopas A, Ramkumar PN, Roche M, Mont MA. Outcomes of Newer Generation Cementless Total Knee Arthroplasty: Beaded Periapatite-Coated vs Highly Porous Titanium-Coated Implants. J Arthroplasty. 2017 Feb 3. pii: S0883-5403(17)30076-1. doi: 10.1016/j.arth.2017.01.044. [Epub ahead of print] PubMed PMID: 28237217.


27: Son MS, Lau E, Parvizi J, Mont MA, Bozic KJ, Kurtz S. What Are the Frequency, Associated Factors, and Mortality of Amputation and Arthrodesis After a Failed Infected TKA? Clin Orthop Relat Res. 2017 Feb 24. doi: 10.1007/s11999-017-5285-x. [Epub ahead of print] PubMed PMID: 28236080.


28: Boylan MR, Perfetti DC, Kapadia BH, Delanois RE, Paulino CB, Mont MA. Venous Thromboembolic Disease in Revision vs Primary Total Knee Arthroplasty. J Arthroplasty. 2017 Jun;32(6):1996-1999. doi: 10.1016/j.arth.2016.12.051. Epub 2017 Jan 11. PubMed PMID: 28209273.


29: Pierce TP, Issa K, Festa A, Scillia AJ, McInerney VK, Mont MA. Does Manipulation under Anesthesia Increase the Risk of Revision Total Knee Arthroplasty? A Matched Case Control Study. J Knee Surg. 2017 Feb 14. doi:

10.1055/s-0037-1598040. [Epub ahead of print] PubMed PMID: 28196393.

30: Chughtai M, Patel NK, Gwam CU, Khlopas A, Bonutti PM, Delanois RE, Mont MA. Do Press Ganey Scores Correlate With Total Knee Arthroplasty-Specific Outcome Questionnaires in Postsurgical Patients? J Arthroplasty. 2017 Jan 18. pii: S0883-5403(17)30009-8. doi: 10.1016/j.arth.2017.01.007. [Epub ahead of print] PubMed PMID: 28189440.

31: Khlopas A, Elmallah RK, Chughtai M, Yakubek GA, Faour M, Klika AK, Higuera CA, Molloy RM, Mont MA. The Learning Curve Associated with the Administration of Intra-Articular Liposomal Bupivacaine for Total Knee Arthroplasty: A Pilot Study. Surg Technol Int. 2017 Feb 7;30. pii: sti30/813. [Epub ahead of print] PubMed PMID: 28182826.

32: Piuzzi N, Chughtai M, Khlopas A, Gwam CU, Muschler G, Spindler KP, Mont MA. Early Termination of Randomized Clinical Trials in Orthopaedics. Surg Technol Int. 2017 Feb 7;30. pii: sti30/798. [Epub ahead of print] PubMed PMID: 28182822.

33: Piuzzi NS, Chahla J, Schrock JB, LaPrade RF, Pascual-Garrido C, Mont MA, Muschler GF. Evidence for the Use of Cell-Based Therapy for the Treatment of Osteonecrosis of the Femoral Head: A Systematic Review of the Literature. J Arthroplasty. 2017 May;32(5):1698-1708. doi: 10.1016/j.arth.2016.12.049. Epub 2017 Jan 12. Review. PubMed PMID: 28162838.

34: Bagsby DT, Issa K, Smith LS, Elmallah RK, Mast LE, Harwin SF, Mont MA, Bhimani SJ, Malkani AL. Response to Letter to the Editor on "Cemented vs Cementless Total Knee Arthroplasty in Morbidly Obese Patients". J Arthroplasty. 2017 May;32(5):1709-1710. doi: 10.1016/j.arth.2016.12.046. Epub 2017 Jan 7. PubMed PMID: 28159421.

35: Khanuja HS, Banerjee S, Sodhi GS, Mont MA. Do Prior Intra-Articular Corticosteroid Injections or Time of Administration Increase the Risks of Subsequent Periprosthetic Joint Infections after Total Knee Arthroplasty? J Long Term Eff Med Implants. 2016;26(3):191-197. doi: 10.1615/JLongTermEffMedImplants.2016014045. PubMed PMID: 28134600.

36: Arnholt CM, MacDonald DW, Underwood RJ, Guyer EP, Rimnac CM, Kurtz SM; Implant Research Center Writing Committee., Mont MA, Klein GR, Lee GC, Chen AF, Hamlin BR, Cates HE, Malkani AL, Kraay MJ. Do Stem Taper Microgrooves Influence

Taper Corrosion in Total Hip Arthroplasty? A Matched Cohort Retrieval Study. J Arthroplasty. 2017 Apr;32(4):1363-1373. doi: 10.1016/j.arth.2016.11.018. Epub 2016 Nov 17. PubMed PMID: 28111124; PubMed Central PMCID: PMC5362300.

37: Bhave A, Corcoran J, Cherian JJ, Mont MA. Astym® Therapy for the Management of Recalcitrant Knee Joint Stiffness after Total Knee Arthroplasty. J Long Term Eff Med Implants. 2016;26(2):151-159. doi: 10.1615/JLongTermEffMedImplants.2016012530. PubMed PMID: 28094739.

38: Krushell R, Bhowmik-Stoker M, Kison C, O'Connor M, Cherian JJ, Mont MA. Characterization of Patient Expectations and Satisfaction after Total Hip Arthroplasty. J Long Term Eff Med Implants. 2016;26(2):123-132. doi: 10.1615/JLongTermEffMedImplants.2016012621. PubMed PMID: 28094736.

39: Chughtai M, Khlopas A, Thomas M, Gwam CU, Jauregui JJ, Elmallah RK, Roche M, Mont MA. Development of an Encompassing Questionnaire for Evaluating the Outcomes Following Total Knee Arthroplasty. Surg Technol Int. 2017 Jan 10;30. pii: sti30/805. [Epub ahead of print] PubMed PMID: 28072902.

40: Gwam CU, Mistry JB, Jha P, Khlopas A, Thomas M, Chughtai M, Mont MA, Delanois RE. Efficacy of Adductor Canal Blockade Compared to Multimodal Peri-Articular Analgesia Following Total Knee Arthroplasty. Surg Technol Int. 2017 Jan 10;30. pii: sti30/804. [Epub ahead of print] PubMed PMID: 28072900.

41: Gwam CU, Mistry JB, Khlopas A, Chughtai M, Thomas M, Mont MA, Delanois RE. Does Addition of Multimodal Periarticular Analgesia to Adductor Canal Block Improve Lengths of Stay, Pain, Discharge Status, and Opioid Use After Total Knee Arthroplasty? J Arthroplasty. 2017 May;32(5):1470-1473. doi: 10.1016/j.arth.2016.11.049. Epub 2016 Dec 14. PubMed PMID: 28063774.

42: Epinette JA, Harwin SF, Rowan FE, Tracol P, Mont MA, Chughtai M, Westrich GH. Early experience with dual mobility acetabular systems featuring highly cross-linked polyethylene liners for primary hip arthroplasty in patients under fifty five years of age: an international multi-centre preliminary study. Int Orthop. 2017 Mar;41(3):543-550. doi: 10.1007/s00264-016-3367-0. Epub 2016 Dec 24. PubMed PMID: 28013332.

## BOOK CHAPTERS/ LETTERS TO THE EDITOR:

69

1.  Mont, M.A., Scott, W.N.: Classification of Ligament Injuries: Chapter 6, pp. 83-86, in Knee Ligament Injuries, Yearbook Medical Publishers, Chicago, IL, 1990.

2.  Levy, R.N., Capozzi, J.D., Mont, M.A.: Intertrochanteric Hip Fractures: Chapter 44, pp. 1443-1484, Skeletal Trauma, Browner, B.D., Jupiter, J.B., Levine, A.M., Trafton, P.G. (eds), W.B. Saunders Co., 1992.

3.  Maar, D.C., Mont, M.A., Krackow, K.A., Hungerford, D.S.:  Long-Term (Twelve to Eighteen Follow-up of Cemented Total Hip Replacements in Patients Who Were Less Than Fifty Years Old.  A Follow-Up Note.  Journal Bone and Joint Surgery, 73-A:593-597, Letter to the Editor, Journal of Bone and Joint Surgery, 74-A:307-308, 1992.

4.  Mont, M.A.: Book Review of Hip Arthroplasty, H.C. Amstutz, (ed.), Churchill Livingston, New York, 1991, in J. Arthroplasty, 7(2):221, 1992.

5.  Lavernia, C.J., Mont, M.A., Hungerford, D.S., Krackow, K.A.: Longitudinal Crack Propagation in Bone Around Femoral Prosthesis. Letter to Editor, Clin. Orthop, 290:309-312, 1993.

6.  Mont, M.A.: Book Review of Structure and Function in Normal and Abnormal Hips. How to Rescue Mechanically Jeopardized Hips, by Bombelli, H., - 3rd ed., Springer-Verlag Berlin Heidelberg, 1993, in J. Arthroplasty, 9(5):565-567, 1994.

7.  Tankersley, S., Mont, M.A., Hungerford, D.S.: Knee disorders. In Physical Medicine & Rehabilitation Secrets.  Young, M.A., O'Young, B.J., Stiens, S.A. (eds.), Hanley & Belfus, Mosley, Phil. Pa.  pps. 337-340, 1997.

8.  Mont, M.A., Hungerford, D.S., Riley, L.H.: Hip anatomic exposures in Atlas of Orthopaedic Surgical Exposures.  Stauffer, R.N. (ed.).  W.B. Saunders Co., Orlando, Fl. [For publication 1999].

9.  Hungerford, D.S. and Mont, M.A.:  Revision Total Hip Arthroplasty - Revision of the Femoral Component - Proximal Porous Coating.  In The Adult Hip, Callaghan, J.C., Rosenberg, A., and Rubash, H. (eds).  Raven Press, NY.  pps. 1503-1513, 1998.

10.  Tjarksen, M., and Mont, M.A.:  Orthopaedics for General Surgeons.  In General Surgery for the House Officer.  C. V. Mosby, 1997.

11.  Mont, M.A., Tankersley, S., Hungerford, D.S.:  Hip dysfunction.  In Rehabilitation Secrets.  Young, M.A. and O'Young, B., Steins, S.A. (eds.), Hanley & Belfus, Mosley, Phil. Pa. pps. 330-337, 1997.

12.  Mont, M.A., Hungerford, D.S.:  Avascular necrosis:  Current Concepts:  Review.  Non-traumatic avascular necrosis of the femoral head, Letter to the Editor (Response).  J. Bone Joint Surg., 78-A:473-474, 1996.

13.    <u>Mont, M.A.</u>:  Balancing and Alignment:  Surgical Techniques on How to Achieve Soft tissue Balancing.  Chapter 12: <u>in</u>:  Revision Total Knee Arthroplasty, edited by Paul A. Lotke and Johnathan P. Garino.  Lippincott-Raven Publishers, Philadelphia, PA.  [For Publication in 1997].

14.    <u>Mont, M.A.</u>:  Article review of Circulating blood diminishes cement penetration into cancellous bone.  <u>Acta Orthop Scan</u>, 66(3):234-238, 1995 in ARCO News. 1997.

15.    <u>Mont, M.A.</u>, Hungerford, D.S.:  Letter to Editor.  In response:  The Natural History of The Contralateral  Knee After Primary Knee Arthroplasty for Osteoarthritis.  <u>Clin. Orthop.</u>, 321:145-150, 1995.

16.    Hungerford, D.S., <u>Mont, M.A.</u>:  When to Revise the Painful Total Hip.  Ch. 10 in Revision Total Hip Arthroplasty edited by Marvin E. Steinberg and Jonathan P. Garino.  Lippincott-Raven Publishers, Philadephia, PA.  [For publication in 1998].

17.    Hungerford, D.S. and <u>Mont, M.A.</u>: The Role of Core Decompression in the Treatment of Osteonecrosis of the Femoral Head.  Edited by James Urbaniak.  American Academy of Orthopaedic Surgeons.  Rosemont, Illinois.  pps. 287-299, 1997.

18.    <u>Mont, M.A.</u>:  Osteonecrosis of the Shoulder, Knee and Ankle.  In Osteonecrosis.  Edited by James Urbaniak.  American Academy of Orthopaedic Surgeons, Rosemont, Illinois. pps. 429-436, 1997.

19.    <u>Mont, M.A.</u>, Hungerford, D.S., Fairbank, A.C., Krackow, K.A.: Corrective Osteotomy for Osteonecrosis of the Femoral Head.  The Results of Long-Term Follow-up Study. 78A:1032-1038, 1996.  Letter to the Editor (Response).  <u>J. Bone Joint Surg.</u>, 79A:1589-1590, 1997.

20.    Hungerford, D. S. and <u>Mont, M.A.</u>, Total Joint Replacement for the Patient with Hip Dysplasia. In <u>The Pediatric Hip</u>, edited by Sponseller, P.A., (1999).

21.    <u>Mont, M.A.</u>: Total Hip Replacement in Irradiated Hips.  Letter to Editor.  <u>ARCO</u>, 8:127, 1996.

22.    Petri, M., and <u>Mont, M.A.</u>: Reply: Risk Factors for Osteonecrosis in Systemic Lupus Erythematosus.  Letter to Editor.  J. Rheumatology (For publication late 1999).

23.    Padden, D.A. and <u>Mont, M.A.</u>: Management of Fractures around Knee Prostheses.  In Complications, Pitfalls and Salvage in Knee Surgery.  Edited by M. Mike Malek, M.D.. Springer-Verlag. (For publication in 1998).

24.    Hungerford, D.S., and <u>Mont, M.A.</u>: The Natural History of Untreated Asymptomatic Hips in Patients Who Have Non-Traumatic Osteonecrosis. [Letter; Comment]  <u>J. Bone Joint Surgery-A.</u>, 80-A: 765-766, 1998.

25.     Mont, M.A., Lennox, D., Hungerford, D.S., Osteonecrosis.  Springer-Verlag, New York, New York. (For publication in 2000).

26.     Hungerford, D.S., and Mont, M.A.: Etiology and Pathogenesis of Osteonecrosis, Proceedings of the Portland Bone Symposium. Portland, Oregon, August 6-9, 1997, pp. 234-246, 1997.

27.     Waldman, B.J. Mont, M.A., Hungerford, D.S.: Letter to Editor.  In response: Total Knee Arthroplasty infections associated with dental procedures.  Clin. Orthop. 343:164-172, 1997. Clin Orthop Relat Res. 354:       ,1998.

28.     Steinberg, M.I. Mont, M.A., Osteonecrosis - Chapter  in Evarts, C.McC.: Surgery of the Musculoskeletal System.  J.B. Lippincott and Co. , Philadelphia, PA (For Publication in 1999).

29.     Dellon, A.L., Mont, M.A., Hungerford, D.S.: Partial Denervation for the Treatment of Painful Neuromata Complicating Total Knee Replacement.  In "Surgery of the Knee", Insall, J.N., Scott, W.N., Kelley,M., J.B. Lippincott and Company, Philadelphia,  PA. Third edition, Volume 2, pp 1772-86.

30.     Mont, MA; Rifai, A; Baumgarten, K; Hungerford, DS.: Osteonecrosis of the Knee.  In "Surgery of the Knee" Insall, J.N., Scott, W.N., Kelley, M.: J.B. Lippincott and Company, Philadelphia, PA. Third edition, Volume 1, pp 438-56.

31.     Hungerford, M.W., Mont, M.A., Hungerford, D.S.: Nonoperative Treatment of the Knee Arthritis.  In "Surgery of the Knee" Insall, J.N., Scott, W.N., Kelley, M.: J.B. Lippincott and Company, Philadelphia, PA. Third edition, Volume 1, pp 565-81.

32.     Mont, M.A., Hungerford, D.S.: [Letter to the Editor] In Response to: Scully et al: Survival analysis of hips treated with core decompression or vascularized fibular grafting because of avascular necrosis.  J. Bone Joint Surg. Am., 82(2):290-291, 2000.

33.     Mont, M.A., Hungerford, D.S., LaPorte, D., Waldman, B.: [Letter to the Editor] In Response to: Total Hip Arthroplasty Infection.    For publication in 1999.

34.     Mont, M.A: Total knee arthroplasty for extra-articular deformities. Book chapter for Limb Deformity Treatment, edited by Dror Paley, C.V. Mosby, for publication in 2001.

35.     Khanuja, P; Etienne, G; Perez, O; Rajadhyaksha, AD; Mont, M.A: Rehabilitation after total knee arthroplasty. Physical  Medicine and Rehabilitation Secrets, 2nd Edition, for publication in 2001.

36.     Mont, MA: Total hip arthroplasty in the face of malalignment. Book chapter for Limb Deformity Treatment, edited by Dror Paley, C.V. Mosby, for publication in 2001.

37.    Etienne, G; Khanuja, P; Perez, O; Rajadhyaksha, AD; Mont, M.A.: Rehabilitation after total hip arthroplasty. Physical Medicine and Rehabilitation Secrets, 2nd Edition, for publication in 2001.

38.     Mont, M.A.; Etienne, G; Khanuja, P: Osteonecrosis of the femoral head. Orthopaedic Knowledge Update Number 8, published in 2000.

39.    <u>Mont, MA</u>; Jones, LC; Hungerford, DS; Survival analysis of hips treated with core decompressions or vascularized fibular grafting because of avascular necrosis. Journal of Bone and Joint Surgery-Am. Feb; 82(2):290-1, 2000.

40.    Levine, M; Rajadhyaksha, AD; Mont, MA: Osteonecrosis, shoulder.  Lazarus, MD; Talavera, F; Mooar, PA (eds); Emedicine (appearing on Internet in 2001).

41.    Levine, M; Rajadhyaksha, AD; Mont, M.A.: Osteonecrosis, hip. Hozack, WJ; Talavera, F; Fitzgerald, RH (eds); Emedicine (appearing on Internet in 2001).

42.    Rajadhyaksha, AD; Mont, MA; Levine, M: Osteonecrosis, knee. Pearsall, AW; Talavera, F;  Uribe, JW. (eds); Emedicine (appearing on Internet in 2001)

43.    Domb, B; Hostin, E; <u>Mont, MA</u>; Hungerford, DS: Cortical strut grafting for enigmatic thigh pain following total hip arthroplasty. (Letter to the Editor) <u>Orthopedics</u> 23(11):1136, Nov. 2000.

44.    <u>Mont M.A.</u>, Marulanda G.A., Seyler T.M., Delanois R.E., Friedman A. The hip: Anatomy, pathology, diagnosis, treatment and rehabilitation. In <u>Physical Medicine and Rehabilitation Secrets</u>, Hanley & Belfus 3rd Edition 2006, O'Young B.J., Young M.A., Stiens S.A. (Editors).

45.    Frey M.E., Marulanda G.A., <u>Mont M.A.</u>, Seyler T.M., Msika C, O'Young B.J. The knee: Anatomy, pathology, diagnosis, treatment and rehabilitation. In <u>Physical Medicine and Rehabilitation Secrets</u>, Hanley & Belfus 3rd Edition 2006, O'Young B.J., Young M.A., Stiens S.A. (Editors)

46.    Seyler T.M., <u>Mont M.A.</u>, Plate J.F., Bonutti P.M. Valgus approach to minimally invasive total knee arthroplasty. In <u>Navigation and Minimally Invasive Surgery in Orthopaedic Surgery</u>. Springer 1st Edition 2006, Stiehl J.B., Konermann W., Haaker R., DiGioia A.M. 3rd (Editors)

47.     Seyler T.M., <u>Mont M.A.</u> Osteonecrosis. In <u>Primer on the Rheumatic Diseases</u>. Springer 13th Edition 2006, Klippel J.H., Crofford L.J., Stone J.H., White P.H. (Editors)

## <u>ACCEPTED ABSTRACTS</u>:

1.    Bartolozzi, A.R., Kaplan, F.S., <u>Mont, M.A.</u>, Black, J.:  Elastic Compressive Modulus of Normal and Osteoporotic Osteons. <u>Transactions of Orthopaedic Research Society,</u> 8:357, 1984.

2.   Chiabrera, A., Kaufman, J.J., Schmukler, R., <u>Mont, M.A.</u>, Pilla, A.A.: Therapeutic Ultrasound Generates Electrical Fields <u>in situ</u> with Dosimetry Comparable to that of PEMF, <u>Proceedings Bioelectrical Repair and Growth Society</u> (BRAGS), 5:76, 1985.

3.   Bartolozzi, A.R., Kaplan, F.S., Black, J., <u>Mont, M.A.</u>: Mechanical Properties of Normal and Osteoporotic Viable Osteonal Segments in Rabbits.  <u>Orthop. Trans.</u>, <u>JBJS(A)</u>, 10(3):596-7,      1986.

4.   <u>Mont, M.A.</u>, Pilla, A.A., Tenreiro, R., Kaufman, J.J., Siffert, R.S.: The Effect of Ultrasonic Stimulation on Fresh Fracture Repair in Rabbits.  <u>Proceedings BRAGS</u>, 6:6 1986.

5.   <u>Mont, M.A.</u>, Boskey, A.L., Ryaby, J.T., Mularcuk, P., Bendo, J., Bachner, E. J., Dalton, P., diCarlo, E., Binderman, I.: Application of a Culture System for Analysis of Differentiation and Mineralization of Mesenchymally-Derived Cells. <u>Orthopaedic Transactions</u>, <u>JBJS(A)</u>,11:401, 1987.

6.   Kaufman, J.J., <u>Mont, M.A.</u>, Hakim, N., Ohley, W., Lundahl, T., Soifer, T., Pilla, A.A., Siffert, R.S.: Texture Analysis of Radiographic Trabecular Patterns in Disuse Osteopenia, <u>Orthopaedic Transactions</u>, <u>JBJS(A)</u>,11:348, 1987.

7.   Reznik, A.M., <u>Mont, M.A.</u>, Pilla, A.A., Bachner, E., Siffert, R.S.: The Effects of Differences in Osteotomy Method on Bone Healing.  <u>Orthopaedic Transactions</u>, <u>JBJS(A)</u>,11:380-381, 1987.

8.   Bachner, E., Pilla, A.A., Klion, M., <u>Mont, M.A.</u>, Kaufman, J.J., Nasser, P., Siffert, R.S.: Ultrasonic Modulation of Fresh Fracture Repair in Rabbits. Ninth Annual Meeting of <u>Bioelectromagnetics Society</u>, Portland, Oregon, June 21, 1987.

9.   <u>Mont, M.A.</u>, Bachner, E.J., Klion, M.J., Nasser, P., Burstein, A., Tenreiro, R., Kaufman, J.J., Siffert, R.S., Pilla, A.A.: The Effects of Ultrasonic Stimulation on Fresh Fracture Repair in Rabbits. <u>Orthopaedic Transactions, JBJS(A)</u>,11:284-285, 1987.

10.  Siffert, R.S., Kaufman, J.J., <u>Mont, M.A.</u>, Herman, G.: Bone Strength in Osteopenia. Association of Bone and Joint Surgeons, <u>Orthop. Transactions. JBJS(A)</u>, 12(3):587, 1988.

11.  Siffert, R.S., Kaufman, J.J., Herman, G., <u>Mont, M.A.</u>: Architectural Patterns as Measurements of Bone Strength.  <u>American Orthopaedic Association</u>, June 1988.

12.  Pilla, A.A., Khan, S., Nasser, P., Hess, K., <u>Mont, M.A.</u>, Zuckerman, S., Mintz, E., Creighton, M., Kaufman, J.J., Siffert, R.S.: Pulsed Sine Wave Ultrasound Accelerates Fracture Healing in the Rabbit Fibula.  <u>Proceedings IEEE</u>, 10th Annual Meeting, <u>EMBS</u> 1988.

13. Kaufman, J.J., Hakim, N., Nasser P., Mont, M.A., Klion, M., Herman, G., Pilla, A.A., and Siffert, R.S.: A Pattern Recognition Approach for Vertebral Strength Estimation. Orthopaedic Transactions, JBJS(A), 12(2):457-458, 1989.

14. Kaufman, J.J., Nasser, P., Figueiredo, M., Mont, M.A., Hakim, N., Pilla, A.A., Siffert, R.S.: Multidimensional Strength Estimation of Vertebral Trabecular Bone Using QCT and Texture Analysis:Orthopaedic Transactions , JBJS(A), 13:339-340, 1989.

15. Mont, M.A., Khan, S., Ryaby, J.T., Figueiredo, M., Mintz, E., Creighton, M., Zuckerman, S., Radomisli, T., El-Batal, J., Kaufman, J.J., Pilla, A.A., Siffert, R.S.: Radiographic and Mass Measurements in a Rabbit Disuse Osteopenia Model.  Orthopaedic Transactions, JBJS(A),13(2):410, 1989.

16. Mont, M.A., Resnik, A.R., Sedlin, E.: Fractures of the Radial Head: Factors Important for Treatment and Prognosis.  Poster for American Academy of Orthopaedic Surgeons National Meeting, 1989.

17. Miller, A.R., Mont, M.A., Soifer, T., Weiner, L., Sedlin, E.: Radiographic Evaluation of Operative Ankle Fractures as a Predictor of Clinical Outcome.  Orthopaedic Transactions, JBJS(A), 13(1):54, 1989.

18. Pilla, A.A., Khan, S., Nasser, P., Mont, M.A., Kaufman, J.J., Siffert, R.S.: Low Intensity Pulsed Ultrasound Accelerates Bone Repair in the Rabbit Fibula. Orthopaedic Transactions, JBJS(A), 13(2):462-463, 1989.

19. Kristiansen, T.K., Mont, M.A., +16 authors: A Multi-Center Study of the Acceleration of Colles Fracture Healing by Non-Invasive Ultrasound.  Scientific Exhibit at the AAOS, February 1990.

20. Jacquet, C., Ohley, W.J., Mont, M.A., Siffert, R.S., Schmukler, R.: Measurements of Bone Structure by Use of Fractal Dimension.  Annual International Conference of IEEE, 12(1):1462-63, 1990.

21. Mont, M.A., Sedlin, E., Weiner, L., Miller, A.: Post-Operative Radiographic Parameters as Predictors of Clinical Outcome in Unstable Ankle Fractures.  Orthopaedic Transactions, JBJS(A), 14(2):276-277, 1990.

22. Weiner, L., Miller, A., Sedlin E., Mont, M.A.: Analysis of Post-Operative Radiographic Parameters as Predictors of Clinical Outcome in Unstable Ankle Fractures.  Orthopaedic Transactions, JBJS(A), 14(3):719, 1990.

23. Pilla, A.A., Figuereido, M., Nasser, P., Mont, M.A., Kaufman, J.J., Siffert, R.S.: Non-Invasive Low Intensity Pulsed Ultrasound.  A Potent Accelerator of Bone Repair. Transactions O.R.S., 36:139, 1990.

24. <u>Mont, M.A.</u>, Maar, D.C.: Ipsilateral Femur Fractures Complicating Hip Arthroplasty.  A Statistical Analysis of the Results Based on 542 Patients.  <u>Orthopaedic Transactions, JBJS(A)</u>, 16(2):226, 1992.

25. <u>Mont, M.A.</u>, Krackow, K.A., Maar, D.C., Carroll C.: Surgical Decompression for Peroneal Nerve Palsy Complication Total Knee Arthroplasty.  <u>Orthopaedic Transactions, JBJS(A)</u>, 16(2):756, 1992.

26. <u>Mont, M.A.</u>, Maar, D.C., Krackow, K.A., Hungerford, D.S.: Hoop Stress Fractures of the Proximal Femur During Hip Arthroplasty: Management and Results in 19 cases. Reviewed by John A. Cardea.  <u>Bone and Joint Diseases:</u> <u>Index and Reviews</u>, 1(2):5, 1992.

27. Franks, E., <u>Mont, M.A.</u>, Maar, D.C., Jones, L.C., Hungerford, D.S.: Thigh Pain as Related to Bending Rigidity of the Femoral Prosthesis and Bone.  <u>Transactions Orthopaedic, Res. Soc.</u>, 38:296, 1992.

28. Urquhart, M., <u>Mont, M.A.</u>, Maar, D.C., Krackow, K.A., Hungerford, D.S.: Results of Core Decompression for Avascular Necrosis of the Humeral Head. Average 7.4 Year Follow-Up.  <u>J.B.J.S (Am)</u>, 16(3):780, 1993.

29. Krackow, K.A., <u>Mont, M.A.</u>, Maar, D.C., Trnka, H.J., Hungerford, D.S.:  Cemented Versus Uncemented Primary Total Knee Arthroplasty:  A Comparative Study of the First Hundred Patients in Each Group.  <u>Orthopaedic Transactions, J.B.J.S.(A)</u>, 16(3):617, 1993.

30. Solacoff, D., <u>Mont, M.A.</u>, D., Hungerford, D.S., Krackow, K.A.:  Uncemented Total Hip Arthroplasty in Patients Less Than 45 Years with Avascular Necrosis.  <u>Orthopaedic Transactions, J.B.J.S.(A).</u>, 17(4):1085, 1993.

31. <u>Mont, M.A.</u>, Leitman, S., Mathur, S.K., Krackow, K.A., Hungerford, D.S.:  Cementless Total Knee Arthroplasty in Obese Patients. A Comparison to a Matched Control Group.  <u>Orthop. Trans. JBJS(A)</u>, 16(4):957, 1993.

32. Bhatia, D., <u>Mont, M.A.</u>, Jinnah, R.A.: External Fixation versus Unreamed    Intramedullary Nailing in Contaminated Open Tibial Fractures: An Animal Study.  <u>Orthop. Trans. JBJS(A)</u>, 17(4):989, 1993.

33. <u>Mont, M.A.</u>, Horner, G., Gray, D., Krackow, K.A., Hungerford, D.S.: Uncemented Total Hip Arthroplasty in Patients Less Than 50 Years With Rheumatoid Arthritis.  <u>Trans. AHKS, J. Arthroplasty</u>, 8:129, 1993.

34. Serna, F.K., <u>Mont, M.A.</u>, Hungerford, D.S., Krackow, K.A.: Total Knee Arthroplasty in Diabetic Patients. A Comparison to a Matched Control Group.  <u>Orthop. Trans. JBJS(A)</u>, 17(4):957-958, 1993.

35.    Mont, M.A., Antonaides, S., Maar, D.C., Krackow, K.A.: Total Knee Arthroplasty After Failed Tibial Osteotomy: Long-Term Follow-Up and Results.  A Comparison to a Matched Control Group.  Orthop. Trans. JBJS(A), 17(4):1076, 1993.

36.    Mont, M.A., Maar, D.C., Krackow, K.A., Jacobs, M.A., Jones, L.C., Hungerford, D.S.: Total Hip Replacement without Cement for Non-Inflammatory Osteoarthrosis in Patients Who Are Less Than Forty-five Years Old.  Clinical Digest Series Journal, 1993.

37.    Mont, M.A., Hungerford, D.S.:  Demographic Data and Characterization of Thigh Pain After Cementless Total Hip Replacement.  Orthop. Trans. JBJS(A), 17(4):1133, 1993.

38.    Mont, M.A., Antonaides, S., Maar, D.C., Krackow, K.A., Hungerford, D.S.: Total Knee Arthroplasty after Failed High Tibial Osteotomy: Long-Term Follow-Up and Results. Transactions AAHKS, J. Arthroplasty, 8(6):220, 1993.

39.    Dellon, A. L., Mont, M.A., Krackow, K.A., Hungerford, D.S., Horner, G.: Surgical Resection for Painful Neuromata Complicating Total Knee Arthroplasty.  Orthop. Trans. 18(4):1081, 1994-1995.

40.    Mont, M.A., Fairbank, A., Jinnah, R., Krackow, K.A., Hungerford, D.S.: Varus Osteotomy for Avascular Necrosis of the Femoral Head: Results of Long-Term Follow-Up.  Orthop. Trans. 18(4):1046-1047, 1994-1995.

41.    Chen, F., Mont, M.A., Hungerford, D.S., Krackow, K.A.: Surgical Management of Peroneal Nerve Palsy.  Orthop. Trans. 18(4):1092, 1994-1995.

42.    Dellon, A.L., Mont, M.A., Krackow, K.A., Hungerford, D.S.: Surgical Resection of Neuromata of Knees, American Academy of Plastic Surgeons, Trans. Am. Acad. Plastic Surgeons, 1994.

43.    Fairbank, A., Hungerford, D.S., Mont, M.A., Jinnah, R.:  Varus Osteotomy for Avascular Necrosis of the Femoral Head:  Results of Long-Term Follow-Up.  Orthop. Trans., JBJS(A), 18(1):176-177, 1994.

44.    Mont, M.A., Carbone, J.J., Fairbank, A.C.: Core Decompression vs. Non-Operative Management for Avascular Necrosis of the Femoral Head.  ARCO News, 6(2):126-127, 1994.

45.    Mont, M.A., Petri, M., Hungerford, D.S.:  Core Decompression for Avascular Necrosis of the Femoral Head in SLE: Long-Term Report of Risk Factors for Progression.  ARCO News, 6(2):128, 1994.

46.    Mont, M.A., Tomek, I.M., Hungerford, D.S.:  Core Decompression for Avascular Necrosis of the Distal Femur:  Long-term Follow-up.  ARCO News, 6(2):124-125, 1994.

47.     Mont, M.A., Petri, M., Hungerford, D.S.:  Core Decompression for Avascular Necrosis of the Femoral Head in SLE:  Long-Term Report of Risk Factors for Progression.  Orthop. Trans., 19(2):398,  1995.

48.     Mont, M.A., Yamamoto, V., Krackow, K.A., Hungerford, D.S.:  Radiographic Evaluation of Cementless Total Knee Replacement Failures: A Comparison to a Directly Matched Control Group.  Orthop. Trans., JBJS(A), 1995.

49.     Mont, M.A., Mitzner, D.L., Hungerford, D.S.:  The Natural History of the Contralateral Knee After Primary Knee Arthroplasty for Osteoarthritis.  Orthop. Trans., JBJS(A), 1995.

50.     Mont, M.A., Tomek, I.M., Hungerford, D.S.:  Core Decompression for Avascular Necrosis of the Distal Femur: Long-Term Follow-up.  Orthop. Trans., 19(2):454, 1995.

51.     Alexander, N., Mont, M.A., Jones, L., Hungerford, D.S.:  The Correlation of Acetabular Failure to Polyethylene Manufacturing Techniques in Total Hip Arthroplasty.  Orthop. Trans., 19(2):316-317, 1995.

52.     Krackow, K.A., Mont, M.A., Urquhart, M., Hungerford, D.S.:  Intra-operative goniometer can improve femoral sagittal plane alignment in knee arthroplasty.  Preliminary Knee Society, Presented 9/8/95, Boston, Massachusetts.

53.     Mont, M.A., Tomek, I.M., Hungerford, D.: Core Decompression for Avascular Necrosis of the Distal Femur:  Long-term Follow-up.  Orthop. Trans., 20(1):68, 1996.

54.     Tankersley, W.S.: Mont, M.A., Hungerford, D.S.:  A comparison of first and second generation cementless prostheses.  Association of Hip and Knee Surgeons, November, 1995.

55.     Mont, M.A., Mayerson, J, Krackow, K.A., Hungerford:  Worker's Compensation patients who have had a joint replacement.  Association of Hip and Knee Surgeons, November, 1995.

56.     Serna, F., Mont, M.A., Krackow, K.A., Hungerford, D.S.:  Exploration of Radiographically normal total knee replacements for unexplained pain.  Knee Society, 1996.

57.     Mayerson, J., Mont, M.A., Krackow, K.A., Hungerford, D.S.:  Worker's Compensation patients who have had a joint replacement.  American Academy of Orthopaedic Surgeons, 20(1):124-125, 1996.

58.     Waldman, B., Mont, M.A., Hungerford, D.S.  Total Knee Arthroplasty Infections Associated with Dental Procedures.  Orthop. Trans., 20(1):143, 1996.

59.     Chao, E.Y.S., MacWilliams, B., Barrance, P., Genda, E., Mont, M.A., Valdevit, T.: Application of Virtual Reality Musculoskeletal Model in Orthopaedic Patient Management, Research and Education.  Orthop. Trans., 20:163, 1996.

60. <u>Mont, M.A.</u>, Einhorn, T.A., Sponseller, P., Hungerford, M., Hungerford, D.S.:  The Trapdoor Procedure Using Cortical and Cancellous  Bone Grafting for Osteonecrosis of the Femoral Head. <u>Association Research Circulation Osseous</u>, 7:2:91-92, 1996.

61. Myers, T., <u>Mont, M.A.</u>, McCarthy, E., Hungerford, D.A.:  Core Decompression for Recalcitrant Transient Osteopenia of the Hip.  <u>Association Research Circulation Osseous</u>, 7:2:101-102, 1995.

62. Urquhart, M., <u>Mont, M.A.</u>, Michelson, J., Krackow, K.A. Hungerford, D.S.: Osteonecrosis of the Talus:  Treatment by Ankle Fusion.  <u>Association Research Circulation Osseous</u>, 7:2:110-111, 1995.

63. Myers, T., <u>Mont, M.A.</u>, Hungerford, D.S.:  Total Knee Replacement for Osteonecrosis of the Knee in Patients who are Less than Fifty Years Old.  <u>Association Research Circulation Osseous</u>, 7:2:93, 1995.

64. Hungerford, D.S., <u>Mont, M.A.</u>, Urquhart, M.  Osteonecrosis of the Talus:  Treatment by Core Decompression.  <u>Association Research Circulation Osseous</u>, 7:2:90, 1995.

65. <u>Mont, M.A.</u>, Myers, T., Hungerford, D.S.:  Avascular Necrosis of the Distal Femur in Patients Greater than Fifty-five Years of Age:  A Different Entity then Spontaneous Osteonecrosis.
<u>Association Research Circulation Osseous</u>, 7:2:103, 1995.

66. Hungerford, M.W., <u>Mont, M.A.</u>, Hungerford, D.S., Krackow, K.A.:  Limited Femoral Endoprosthesis for Advanced Osteonecrosis of the Femoral Head.  <u>Association Research Circulation Osseous</u>, 7:2:92, 1995.

67. <u>Mont, M.A.</u>, Cohen, D.B., Campbell, K.R., Urquhart, M., Gravare, K., Mathur, S.K.: Isokinetic Concentric Versus Eccentric Training of Shoulder Rotators with functional Evaluation of Performance Enhancement in Elite Tennis Players.  <u>Info-Med Orthopaedics</u>, Vol 2, 1996.

68. Dellon, A.L., <u>Mont, M.A.</u>, Krackow, K.A., Hungerford, D.S.:  Partial Denervation for Persistent Neuroma Pain after Total Knee Arthroplasty.  Analgesic Digest, 1:27-28, 1996.

69. Dellon, A.L., <u>Mont, M.A.</u>, Krackow, K.A., Hungerford, D.S.:  Partial Denervation for Persistent Neuroma Pain after Total Knee Arthroplasty.  Plastic Reconstructive Surgery, 1995.

70. Waldman, B.J., <u>Mont, M.A.</u>, Hungerford, D.S.:  Multiple Irrigation and Debridement and retention of Components in Infected Total Knee Arthroplasty.  Orthop. 19 (4):871, 1996-1997.

71.    Shafer, B.L., Mont, M.A., Hungerford, D.S.:  Conversion of Ankylosed Hips to Total Hip Arthroplasty.  Orthop. Trans. 20 (4):871-872, 1996-1997, 83, 1996.

72.    Hungerford, M., Mont, M.A., Krackow, K.A., Hungerford, D.S.:  Limited Femoral Endoprosthesis for Osteonecrosis of the Femoral Head.  Orthop. Trans. 20 (4): 875-876, 1996-1997.

73.    Sinha, A., Reddy, U.R.P., Mont, M.A., Hungerford, D.S.: Avascular Necrosis of the knee: Characterization of Distal Femoral Proximal Tibial Disease.  Orthop. Trans. 20: 874, 1996-1997.

74.    Mullick, T., Mont, M.A., Silberstein, C., Hungerford, D.S.:  Epidemiological Characterization of Tennis Players Who Have Undergone a Total Hip Arthroplasty. Orthop. Trans. 20 (4): 876, 1996-1997.

75.    Myers, T., Mont, M.A., McCarthy, E., Hungerford, D.S.:  Core Decompression for Recalcitrant Transient Osteopenia of the Hip.  Orthop. Trans. 20 (4): 876-877, 1996-1997.  Orthop. Trans. 20 (4): 877, 1996-1997.

76.    Pacheco, I., Jones, L.C., Mont, M.A., Hungerford, D.S.: An Analysis of Steinberg Stage III Versus Left Hips for Prognosis after Core Decompression: Does the collapsed segment make a difference?

77.    Waldman, B.J., Mont, M.A.:  Arthroplasty Infections Associated with Dental Procedures. Orthop. Trans. 20 (4): 893-894, 1996-1997.

78.    Hostin, E., Pacheco, I.H.,, M.A., Urquhart, M., Jones, L.C.,.Mont, M.A., Jacobs:  The Need for Reinfusion Drains after Primary Total Hip and Total Knee Arthroplasty in Total Joint Replacement.  Orthop. Trans. 20 (4): 895, 1996-1997.

79.    Mathur, S., Mont, M.A., Frondoza, C., Hungerford, D.S.:  Arteparon Affects the Human Chondrocyte Phenotype in Micromass Liquid and Gel Cultures.  Orthopaedic Transactions,  20 (4): 883, 1996-1997.

80.    Pierre-Jacques, H., Mont, M.A., Pacheco, I., Jones, L.C., Hungerford, D.S.: The Trapdoor Procedure Using Cortical and Carcellous Bone Grafting for Osteonecrosis of the Femoral Head. Orthopaedic Transactions, 20 (4): 883-884, 1996-1997.

81.    Urquhart, M., Mont, M.A.,  Hungerford, D.S.:  Osteonecrosis of the Talus:  Treatment by Core Decompression.  Orthop. Trans. 20 (4): 889-890, 1996-1997.

82.    Carbone, I.C., Fairbanks, A., Mont, M.A.:  Core Decompression vs. Nonoperative Management for Osteonecrosis of the Hip.  AOA Orthop. Trans., 20 (4): 850, 1996-1997.

83.  Dellon, A.L., Mont, M.A., Krackow, K.A., Hungerford, D.S.:  Partial Denervation for Persistent Neuroma Pain After Total Knee Arthroplasty.  In Yearbook of Orthopedics, C.V. Mosby, 1996.

84.  Mont, M.A., Mitzner, D.L., Hungerford, D.S.:  Natural History of the Contralateral Knee Arthroplasty.  In Yearbook of Orthopedics, C.V. Mosby, 1996.

85.  Pacheko, I., Glueck, G.J., Mont, M.A., Petri, M., Wang, P., Hungerford, D.S.: Anticardiolipin Antibodies:  Pathoetiologies for Osteonecrosis in Systemic Lupus Erythematosus.  Journal of Investigative Medicine, 42(2):     , 1996

86.  Pacheko, I., Glueck, G.J., Mont, M.A., Petri, M.:  Hungerford, D.S.:  Clinical Characteristics of Patients with Systemic Lupus Erythematosus Associated with Osteonecrosis.  Journal of Investigative Medicine, 42(2):     , 1996

87.  Pierre-Jacques, H., Mont, M.A., Pacheco, I.H., Jones, L.C., Hungerford, D.S., Chao, E.S., Valdevitt, A., Elias, J.:  Femoral Head Defect Model With and Without Strut Autografting. ARCO, 8:117, 1996.

88.  Mont, M.A., Glueck, C., Petri, M., Wang, P., Hungerford, D.S.:  Risk Factors for Progression to Osteonecrosis in Patients with Systemic Lupus Erythematosus.  ARCO, 8:101, 1996.

89.  Pacheco, I.H., Mont, M.A., Jones, L.C., Hungerford, D.S.:  Radiographic Predictions of Outcome of Core Decompression for Osteonecrosis in Ficat Stage Hips.  ARCO, 8:119-120, 1996.

90.  Mont, M.A., Hungerford, M.D., Mohan, V., Pierre-Jacques, H.:  Demographic Characterization of Avascular Necrosis of the Proximal Humerus.  ARCO, 8:103, 1996.

91.  Pierre-Jacques, H., Glueck, C.J., Mont, M.A., Hungerford, D.S.:  Femoral Resurfacing Arthroplasty for Avascular Necrosis of the Femoral Head.  ARCO, 8:122, 1996.

92.  Jones, L.C., Pierre-Jacques, H., Glueck, C.J., Mont, M.A., Hungerford, D.S.:  Familial Heterozygous Protein S Deficiency:  A Pathophysiologic Cause of Osteonecrosis. ARCO, 8:    , 1996.

93.  Mohan, V., Mont, M.A., Pierre-Jacques, H., Hungerford, D.S.: Osteonecrosis of the Humeral Head Treated by Core Decompression.  Orthop. Trans., 21(1):279, 1997.

94.  Waldman, B., Mont, M.A., Hungerford, D.S.: Treatment of Late Infected Total Knee Arthroplasty. Orthop. Trans., 21(1):279-280, 1997.

95.  Waldman, B.J., Mont, M.A., Hungerford, D.S.:  Treatment of Late Infected Total Knee Arthroplasty.  Orthop. Trans., 21 (1):131-132, 1997.

96.   Waldman, B., Mont, M.A., Hungerford, D.S.: Are Preoperative Cultures of Antibiotics Necessary before Second-stage Reimplantation of Infected Total Knee Arthroplasty A Comparison Study Group.  Orthop. Trans., 21 (1): 278, 1997.

97.   Sinha, A., Mont, M.A., Hungerford, D.S.:  Avascular necrosis of the Distal Femoral Proximal Tibial Disease.  Demographics and Radiologic Aspects.  Orthop. Trans., 1997.

98.   Mont, M.A., Waldman, B., Hungerford, D.S.:  Multiple Irrigation, Débridement and Retention of Components in Infected Total Knee Arthroplasty.  Orthop. Trans., 21(1): 278, 1997.

99.   Mohan, V., Pierre-Jacques, H., Mont, M.A., Hungerford, D.S.:  Demographic Characterization  of  Osteonecrosis of the Humeral Head.  Orthop. Trans., 1997.

100.  Hungerford, D.S., Mont, M.A.: Epidemiological Characterization of Tennis Players Who Have Undergone a Total Hip Arthroplasty.  Presented at The American Orthopaedic Association, June, 1997.

101.  O'Young, B.J., Stiens, S.A., Mont, M.A., Hungerford, D.S.: Simultaneous Versus Staged Total Knee Replacement: A Comparable functional Outcome.  Archives of Physical Medicine and Rehabilitation, September, 1997.

102.  Hungerford, D.S., Waldman, B.N., Mont, M.A.: Preoperative Cultures Before Second-Stage Reimplantation of Infected Total Knee Arthroplasty. Orthop. Trans. 21(1):278-279, 1997.

103.  Delanois, R.E., Mont, M.A., Wenz, J. F., Yoon, T.R., Mizell, M., Hungerford, D.S.: Demographic, Radiographic, and Clinical Characterization of Atraumatic Osteonecrosis of the Talus. Orthopaedic Procedures. J. Bone Joint Surg. (Br) 84-85, 1998. ARCO News: 9(2):98, 1997.

104.  Mont, M.A., Einhorn, T., Sponseller, P., Hungerford, D.S.:  The Trapdoor Procedure using Cortical and Cancellous Bone Grafting for Osteonecrosis of the Femoral Head.  Orthop. Proceedings.  J. Bone Joint Surg. 80B: (Suppl: 81, 1998).  ARCO News: 9(2):88-89, 1998.

105.  Mont, M.A., Mohan, V., Hungerford, D.S.:  Multifocal Osteonecrosis:  Demographic, Clinical and Radiographic Characterization.  Orthopaedic Proceedings.  J. Bone Joint Surg. (Br) 80-B: (Supply I). 79, 1998.  ARCO News: 9(2):83-84, 1997.

106.  Yoon, T.R., Wenz, J.F., Mont, M.A.,  Schlenker, M., Elias, J., Pierre-Jacques, H., Jones, L.C.,Chao, E., Hungerford,.: Femoral Head Collapse Model: Treatment with Strut Grafting with and without Bone Morphogenic Protein (BMP).  Orthopaedic Proceedings. J. Bone Joint Surg. (Br). 80-B: (Suppy I).  ARCO News: 9(2):88, 1997.

107.   Bluemke, D.A., Yoon, T.R., <u>Mont, M.A.</u>, Hungerford, D.S.:  Osteonecrosis of the Hip: Effectiveness of a Limited Screening Magnetic Resonance Imaging (MRI) Examination for Diagnosis. 85:1998.  ARCO News: 9(2):98-99, 1997.

108.   Yoon, T.R., <u>Mont, M.A.</u>, Hungerford, D.S.: Femoral Resurfacing Arthroplasty for Osteonecrosis of the hip.    82, 1998.  ARCO News: 9(2):90-91, 1997.

109.   Jones, L.C., <u>Mont, M.A.</u>, Petri, M., Le, T.B., Hungerford, D.S., Wang, P.J., Glueck, C.J.: Coagulopathies Associated with Osteonecrosis of the Femoral Head.  Orthopaedic Proceedings, <u>J. Bone Joint Surg.</u> (Br): 80-B: (Suppl. I): 73, 1998.  ARCO News: 9(2):66, 1997.

110.   O'Young, B., <u>Mont, M.A.</u>, Hungerford, D.S.: Simultaneous Versus Staged Total Knee Replacement: A Comparable Functional Outcome.  <u>American Academy of Physical Medicine and Rehabilitation</u>, 1997.

111.   Nahabedian, M.Y.,Orlando, J.C., Delanois, R.E., <u>Mont, M.A.</u>, Hungerford, D.S.: Salvage Procedures for Complex Soft Tissue Defects Around the Knee.  Orthop. Trans. 1998.

112.   Chen, A., <u>Mont, M.A.</u>, Hungerford, D.S., Krackow, K.A., Polyethylene Spacer Failure After Porous Coated Anatomic Total Knee Arthroplasty.  Orthop. Trans. 1998.

113.   Nahabedian,  M.Y.,Orlando, J.C., Delanois, R.E., <u>Mont, M.A.</u>, Hungerford, D.S.: Salvage Procedures for Complex Soft Tissue Defects Around the Knee.  Orthop. Trans. 1998.

114.   Wenz, S.P., <u>Mont, M.A.</u>, Shaw, J.A., Hungerford, D.S., Lennox, DW: Total Knee Arthroplasty for Patients with Extensor Mechanism Deficiency.  Trans.  AHKS (for publication 1998)

115.   Delanois, R.; <u>Mont, M.A.</u>; Went, J.P.; Yon, TR.; Maxwell, M.; Hungerford, D.S.: Demographic radiographic and clinical characterization of atraumatic osteonecrosis of the talus.  Orthopedics 1998.

116.   <u>Mont, M.A.</u>, Jones, C.C., Petri, M., Le, T.B., Hungerford, D.S., Wang, P.J., Glueck, C.J.: Coagulopathies Associated with Osteonecrosis of the Femoral Head.  Rheumatology Trans. (For publication, 1998).

117.   <u>Mont, M.A.</u>, Shafer, B. L., Alexander, N., Jones, L.C., Hungerford, D.S.: Polyethylene Spacer Wear.  <u>Trans. Biomet</u> Res. Soc. (For publication 1998)

118.   <u>Mont, M.A.</u>, Yoon, TR, Wenz, JF, Jones, L.C., Schlenker, M., Reddi, A.H., Valdevitt, A., Elias, J., Inoue, N., Pacheco, I.: Femoral head defect model: Treatment with strut autografting with and without osteogenic protein-1.  Orthop. Trans. ORS 1998.

119.  Mont, M.A., Jones, L.C., Pacheco, I., Hungerford, D.S.: Radiographic predictors of outcome of core decompression for osteonecrosis in Ficat Stage III hips.  Trans. Orthop. Res. Soc. 1998.

120.  Jones, L.C., Mont, M.A., Petri, M., Lee, TB, Hungerford, D.S., Wang, P., Glueck, C.J.: Coagulopathies associated with osteonecrosis of the femoral head. Trans. Orthop. Res. Soc. 1998.

121.  Mont, M.A.; Wenz, J.P.; Vogelstein, B.N.; Delanois, R.; Jones, L.C.:  Evidence of inappropriate application of autologous cartilage transplantation therapy in an uncontrolled environment.  Orthop. Transaction (For publication, 1998).

122.  Waldman, B.; Mont, M.A.; Hungerford, D.S.: Arthroscopic debridement of total knee replacement.  Orthop. Transaction (For publication, 1998).

123.  Laporte, D., Waldman, B.; Mont, M.A.; Hungerford, D.S.: Dental infections associated with total hip replacement.  Accepted JBJS Brittish.  Orthop. Transaction (For publication, 1998).

124.  Waldman, B.; Payman, R.; Mont, M.A.; Hungerford, D.S.: WBC count predictive of total knee replacement infection.  Orthop. Trans. AAOS Proceedings 66:189, 1999.

125.  Pacheco, I., Mont, M.A., Jones, L. C., LaPorte, D.M., Hungerford, D.S.: Bone Scanning unjustified for the diagnosis of oligofocal and multifocal osteonecrosis.  AAOS Proceedings 66: 131-132, 1999.

126.  Le Tung-Ba., Mont, M.A., LaPorte, D.M., Hungerford, D.S.: Demographic, radiographic and clinical presentation of adult osteonecrosis of the elbow.  AAOS Proceedings 66: 202, 1999.

127.  Mont, M.A., LaPorte, D.M., Jones, L.C. and 20 other authors: Multifocal osteonecrosis - A mulfocal osteonecrosis - A multicenter study from the collaborative osteonecrosis. AAOS Proceedings 66:160, 1999.  AAOS Proceedings 66: 160, 1999.

128.  Nahabedian, M., Orlando, J., Delanois, R., Mont, M.A., Hungerford, D.S.: Salvage procedures for complex soft tissue defects around the knee.  AAOS Proceedings 66: 111, 1999.

129.  LaPorte, D.M., Mont, M.A., Hungerford, D.S., Malluck, T., Silberstein, C.E.: Characterization   of tennis players who have a total knee arthroplasty.  AAOS Proceedings 66: 171, 1999.

130.  Mont, M.A., Jones, L.C., Hungerford, D.S., LaPorte, D.M., Bluestone, R., Boling, E.P., Brawer, A.E., Caldwell., J.R., Conners., J.J., Goldman, A.L., Gordon, G., Hamburger., M.I., Harrington, J.T.., He, Y.D., Hedley, A.K., Hicks, J.T., Hoffman, K.C., Holt, P.A., Keller, M., Lowenstein, M.B., Marlowe, S.M., Mass, M.F., Melnicoff, I., Myers, T.C.,

Poppo, M.J., Rothschild, B.M., Sebba, A.I., Valeriano, J., Weitz, M.A., Zizic, T.M.: Treatment of Osteoarthritis of the Knee with Bionicare Electrotherapy. (For publication, 1999).

131. Khanna, A.J., <u>Mont, M.A.,</u> Bluemke, D.A., Yoon, T.R., Hungerford, D.S.: Osteonecrosis of the Hip: Effectiveness of a Limited Screening Magnetic Resonance Imagining Protocol for Detection and Grading. AAOS Proceedings 66: 63, 1999.

132. Thomas, D.: Primary Interlocked Suture Repair of Acute Traumatic Quadriceps Tendon Ruptures. AAOS Proceedings 66: 123, 1999.

133. Waldman, B. J., <u>Mont, M.A.,</u> Payman, K.R., Hungerford, D.S., Freiberg, A., Sculco, T., Windsor, R.: Infected Total Knee Arthroplasty Treated with Arthrodesis using a Modular Titanium Intramedullary Nail. AAOS Proceedings 66: 73, 1999.

134. Schutte, H.D., Beneseke, <u>Mont, M.A.,</u> Weaver, K., Daisk, K., McLean, T.: Polyethelyne Replacement in a well-fixed Acetabular Component by Cementing Lines. AAOS Proceedings 66: 238, 1999.

135. Khanna, A.J., <u>Mont, M.A.,</u> Bluemke, D.A., Yoon, T.R., Hungerford, D.S.: Osteonecrosis of the Hip: Effectiveness of a Limited Screening Magnetic Resonance Imagining Protocol for Detection and Grading. AAOS Proceedings 66: 216, 1999.

136. Hungerford, D.S., Tung-Ba, L., <u>Mont, M.A.,</u> LaPorte, D.M.: Osteonecrosis of the Elbow. ARCO, 1999.

137. <u>Mont, M.A.,</u> Payman, K.R., LaPorte, D.M., Sotereanos, D.G., Tomaino, M.M., Hungerford, D.S.: Osteonecrosis of the Humeral Head: Treatment by Hemiarthroplasty. ARCO, 1999.

138. <u>Mont, M.A.,</u> Yoon, T.R., Hungerford, D.S., Padden, D.: Femoral Resurfacing Arthroplasty for Avascular Necrosis of the Femoral Head. ARCO, 1999.

139. <u>Mont, M.A.,</u> LaPorte, D.M., Jones, L.C.: Multifocal Osteonecrosis - A Multicenter Study from the Collaborative Osteonecrosis Group. ARCO, 1999.

140. Hungerford, D.S., Chernitsky, S., <u>Mont, M.A.,</u> Jones, L.C., LaPorte, D.M., McCarthy, E.: Pathology of Core Specimens from Osteonecrosis Patients with and without Corticosteroid Treatment. ARCO, 1999.

141. Hungerford, D.S., Payman, K.R., <u>Mont, M.A.,</u> LaPorte, D.M., Jones, L.C., Mohan, V.: Demographic, Radiographic and Treatment of Proximal Humeral Osteonecrosis. ARCO, 1999.

142. Jones, L.C., Pacheco, I., <u>Mont, M.A.,</u> LaPorte, D.M., Hungerford, D.S.: Bone Scanning Unjustified for the Diagnosis of Oligofocal and Multifocal Osteonecrosis. ARCO, 1999.

143.   Jones, L.C., <u>Mont, M.A.,</u> Le, T., Petri, M., Glueck, C., Hungerford, D.S.: Coagulopathies - A Risk Factor in the Development of Osteonecrosis.  ARCO, 1999.

144.   LaPorte, D.W., <u>Mont, M.A.,</u> Hungerford, D.S.: Multifocal Osteonecrosis C.V. Mosby, 1999.

145.   <u>Mont, MA</u>, et al.: Tennis After Total Hip Arthroplasty. <u>Sports Medicine Reports.</u> 2(2) Feb. 2000. P.9.

146.   Mears, SC; Mont, MA; Hixon, JD; Baumgarten, KM; Jones, LC; McCarthy, Ef; and Hungerford, DS. Spontaneous Osteonecrosis of the Knee is not a True Osteonecrotic Condition. ARCO. 2000

147.   <u>Mont, MA</u>; Rifai, A; Baumgarten, KM; Sheldon, M; Hungerford, DS: Total knee arthroplasty for osteonecrosis. ARCO. 2000

148.   Maziers, B; Chiron, PH; Hernigou, P; Stulberg, B; and <u>Mont, MA</u>.: RHBMP-2 Adjuvant Treatment in Femoral Head Osteonecrosis. Presentation of a New Study Design and Objectives. ARCO. 2000

149.   <u>Mont, MA</u>: Treatment Alogrithm. ARCO. 2000.

150.   Payman, K. Rad., <u>Mont, M.A.,</u> LaPorte, Dawn., Jones, Lynne C., Mohan, Vivek., Hungerford, David  S.:  Demographic, Radiographic and Treatment Characterization of Osteonecrosis of the Proximal    Humerus.

151.   LaPorte, Dawn., <u>Mont, M.A.,</u> Hungerford, David., Jones, Lynne C.: Results of Human Immunodeficiency Virus Testing for Elective Orthopaedic Procedures in a Community Based Hospital.

152.   Chen, Andrew, <u>Mont, M.A.,</u> Krackow, Ken, Hungerford, David S.: Polyethylene Failure after Porous Coated Anatomic Total Knee Athroplasty.

153.   <u>Mont, M.A.,</u> Hungerford, David S.: Conversion of Fully Ankylosed Hips to Total Hip Arthroplasty.

154.   Haas, Steve., <u>Mont, M.A.</u> Mullick, Tarun., Hungerford, David S., Krackow, Ken.: Total Knee Arthroplasty for Patellofemoral Arthritis.

155.    Bawa, M., Mears, S., <u>Mont, M.A.,</u> Jones, L.C., Krackow, A., Hungerford, D.S.: A Comparison of Post-Operative Complications of Total Hip Arthroplasty after Ten Day versus Three Day Length of Stays (1987 versus 1997).

156.    Domb, B., <u>Mont, M.A.,</u> Hungerford, D.S.: Results of Acetabular Revision Hip Arthroplasty in patients with Rheumatoid Arthritis.

157.     Khanna, J.K., Bawa, M., <u>Mont, M.A.</u>:   Discrepancy Between Radionuclide Scintigraphy and Magnetic Resonance Imaging in Screening for Osteonecrosis.

158.     Bawa, M., Khanna, J.K., <u>Mont, M.A.</u>, Hungerford, D.S.: MRI Findings for Unexplained Hip Pain.

159.     Nahabedian, M., <u>Mont, M.A.</u>, Orlando, J., Hungerford, D.S.: Plastic Surgery Treatment of Soft-Tissue Defects Around the Hip.

**SUBMITTED MANUSCRIPTS:**

1.     Wenz, J.F., <u>Mont, M.A.</u>, Delanois, R., Hungerford, D.S.: Salvage of Infected total Hip Arthroplasty. Submitted to <u>J. Bone and Joint Surg. (B).</u>

2.     <u>Mont, MA</u>; Lee, CW; Sheldon, M; Lennon, WC; Hungerford, DS: Total knee arthroplasty in patients over 50 years of age. Submitted to <u>Journal of  Arthroplasty</u>

3.     <u>Mont, MA</u>; Haas, S; Mullick, T; Hungerford, DS: Total knee arthroplasty for patellofemoral arthritis. Submitted to <u>Journal of Bone and Joint Surgery-Am.</u>

4.     <u>Mont, MA</u>; Rifai, A; Baumgarten, KM; Sheldon, M; Hungerford, DS: Total knee arthroplasty for osteonecrosis. Submitted to <u>Journal of Bone and Joint Surgery-Am</u>.

5.     <u>Mont, MA</u>; Rajadhyaksha, AD; Silberstein, CE; Marxen; Hungerford, DS: Total knee arthroplasty in tennis players. Submitted to <u>American Journal of Sports Medicine.</u>

6.     <u>Mont, MA</u>; Mears, S; Rajadhyaksha, AD; Bawa, M; Petriak, P; Jones, LC; Hungerford, DS: Is coding of diagnoses, comorbidities, and complications of total knee arthroplasty accurate? Submitted to <u>Journal of Arthroplasty.</u>

7.     <u>Mont, MA</u>; Domb, B; Rajadhyaksha, AD; Padden, D; Jones, LC; Hungerford, DS: Fate of acetabular revision in patients with rheumatoid arthritis. Submitted to <u>Journal of Bone and Joint Surgery-Am</u>

8.     Mears, S; Bawa, M; <u>Mont, MA</u>; Jones, LC; Krackow, AM; Rajadhyaksha, AD; Hungerford, DS: Accuracy of coding diagnoses, comorbidities, and complications of total hip arthroplasty. Submitted to <u>Clinical Orthopaedics and Related Research.</u>

**ABSTRACTS SUBMITTED TO AAOS - 2001**

1.     Chernitsky, S.E., <u>Mont, M.A.</u>, Jones., L.C., Laporte, D., Hungerford, D.S., McCarthy, E.: Pathology of core specimens from patients with and without corticosteroid associated femoral head osteonecrosis.

2. Payman, K. Rad., <u>Mont, M.A.,</u> LaPorte, Dawn., Jones, Lynne C., Mohan, Vivek., Hungerford, David S.:  Demographic, Radiographic and Treatment Characterization of Osteonecrosis of the Proximal Humerus.

3. <u>Mont, M.A.,</u> Rajadhyaksha, A.D., Domb, B., Jones, L.C., Hungerford, D.: Comparison of Limited Femoral Resurfacing Arthroplasty Versus Total Hip Arthroplasty for Avascular Necrosis of the Femoral Head.

4. Lennon, William., LaPorte, Dawn., Lee, Chang Woo., <u>Mont, M.A.,</u> Hungerford, David S.: Total Knee Arthroplasty in Patients who are 50 Years Old or Younger.

5. Payman, Rad., <u>Mont, M.A.,</u> LaPorte, Dawn., Moore, R., Sotereanos, Dean G., Hungerford, David S.: Osteonecrosis of the Humeral Head: Treatment by Hemiarthroplasty.

6. Wenz, J.F., <u>Mont, M.A.,</u> Hungerford, David S., Lennox, Dennis W., Shaw, James.: Total Knee Arthroplasties for Patients with Extensor Mechanism Deficiency.

7. <u>Mont, M.A.,</u> Rifai A., Baumgarten, K., Hungerford, David S.: Avascular Necrosis of the Femoral Condyle in Patients Greater than Sixty Years of Age: A different Entity Then Spontaneous Osteonecrosis.

8. LaPorte, Dawn., <u>Mont, M.A.,</u> Pacheco, Ivan., Hungerford, David S.: Anatomy of the Knee Extensor Mechanism: Correlation to Patellofemoral Arthrosis.

9. <u>Mont, M.A.,</u> Hungerford, David S.: Conversion of Fully Ankylosed Hips to Total Hip Arthroplasty.

10. Jones, Lynne C., <u>Mont, M.A.,</u> Le, Tung., Petri, Michelle., Glueck, Charles., Hungerford, David S.:  Coagulopathies - A Risk Factor in the Development of Osteonecrosis.

11. LaPorte, Dawn., Jones, Lynne C., <u>Mont, M. A.,</u> Payman, Rad K., Hungerford, David S., Glueck,  Identification of Coagulation Defects in Patients with Pulmonary Embolism following Total Hip or Knee Arthroplasty.

12. <u>Mont, M.A.,</u> Jones, L.C., Perez, O., Rajadhyaksha, A.D., Hungerford, D.S.: Utility of Procrit in Avoiding Blood Transfusions after Total Joint Arthroplasty.

13. Bawa, M., Mears, S., <u>Mont, M.A.,</u> Jones, L.C., Krackow, A., Hungerford, D.S.: A Comparison of Post-Operative Complications of Total Hip Arthroplasty after Ten Day versus Three Day Length of Stays (1987 versus 1997).

14. <u>Mont, M.A.,</u> Foran, J., Banks, M., Mears, S., Hungerford, D.S., Krackow, K.: Effects of Obesity on Total Knee Arthroplasty.

15. Waldman, B.N., <u>Mont, M.A.:</u> A meta-analysis review of oral streptococcal infections post-total knee  arthroplasty.

16. Mears, S., Bawa, M., <u>Mont, M.A.,</u> Hungerford, D.S., Krackow, A., Jones, L.C.: A Comparison of Post-Operative Complications of Total Knee after Ten Day Mean Versus Two Day Mean Length of Stays. (1987 versus 1997).

17. Baumgarten, K., Rifai, A., Jones, L.C., <u>Mont, M.A.,</u> Hungerford, D.S.: Clinical, Radiographic and Treatment Aspects of 301 Osteonecrotic Knees in Patients Under 45 Years of Age.

18. Rifai, A., Baumgarten, K., <u>Mont, M.A.,</u> Hungerford, D.S.: Inability of Core Decompression for Spontaneous Osteonecrosis of the Knee.

19. Rifai, A., Baumgarten, K., <u>Mont, M.A.,</u> Hungerford, D.S.: MRI Patterns as Predictive of Prognosis in Osteonecrosis of the Knee.

20. Hostin, M., <u>Mont, M.A.,</u> Jones, L.C., McCarthy, E., LaPorte, D., Hungerford, D.S.: Pathology of Osteonecrosis of the Femoral Head.

21. Waldman, B., <u>Mont, M.A.:</u> Metanalysis of Infected Total Knee Replacements.

22. Waldman, B., <u>Mont, M.A.,</u> Hungerford, D.S.: Salvage of Infected Total Hip Replacements.

23. Foran, J.; Rajadhyaksha, AD; and <u>Mont, MA</u>. Total Hip Arthroplasty in patients under 21 years.

24. Foran, J.; Rajadhyaksha, AD; <u>Mont, MA</u>. Total Knee Arthroplasty in Obese Patients.

25. Foran, J; Rajadhyaksha, AD; and <u>Mont, MA</u>. Non-operative treatment of Osteoarthritis.

26. Okubadejo, B; Rajadhyaksha, AD; and <u>Mont, MA</u>. Pathology of Grade III Osteonecrosis treated with Limited Femoral Resurfacing.

27. Domb, B.; Rajadhyaksha, AD; <u>Mont, MA</u>; Jones, LC; and Hungerford, DS. Total Hip Arthroplasty versus TARA.

28. Okubadejo, B; Jones, LC; and <u>Mont, MA</u>., Hungerford, DS: Radiographic Staging of Osteonecrosis.

## ABSTRACTS SUBMITTED TO KNEE SOCIETY 2001:

1. Yoon, Tek-Rim., Krackow, Ken., Hungerford, David., <u>Mont, M.A.:</u> Eliminating Patellofemoral Complications in Total Knee Arthroplasty.

2. Lennon, William., LaPorte, Dawn., Lee, Chang Woo., <u>Mont, M.A.,</u> Hungerford, David S.: Total Knee Arthroplasty in Patients who are 50 Years Old or Younger.

3. Wenz, J.F., <u>Mont, M.A.,</u> Hungerford, David S., Lennox, Dennis W., Shaw, James.: Total Knee Arthroplasties for Patients with Extensor Mechanism Deficiency.

4. Chen, Andrew., <u>Mont, M.A.,</u> Krackow, Ken., Hungerford, David S.: Polyethylene Failure after Porous Coated Anatomic Total Knee Athroplasty.

5. Lennon, William., LaPorte, Dawn., Lee, Chang Woo., <u>Mont, M.A.,</u> Hungerford, David S.: Total Knee Arthroplasty in Patients who are 50 Years Old or Younger.

6. Wenz, J.F., <u>Mont, M.A.,</u> Hungerford, David S., Lennox, Dennis W., Shaw, James.: Total Knee Arthroplasties for Patients with Extensor Mechanism Deficiency.

7. <u>Mont, M.A.,</u> Foran, J., Banks, M., Mears, S., Hungerford, D.S., Krackow, K.: Effects of Obesity on Total Knee Arthroplasty.

8. Waldman, B.N., <u>Mont, M.A.:</u> A meta-analysis review of oral streptococcal infections post-total knee  arthroplasty.

9. Mears, S., Bawa, M., <u>Mont, M.A.,</u> Hungerford, D.S., Krackow, A., Jones, L.C.: A Comparison of Post-Operative Complications of Total Knee after Ten Day Mean Versus Two Day Mean Length of Stays. (1987 versus 1997). Baumgarten, K., Rifai, A., Jones, L.C., <u>Mont, M.A.,</u> Hungerford, D.S.: Clinical, Radiographic and Treatment Aspects of 301 Osteonecrotic Knees in Patients Under 45 Years of Age.

10. Rifai, A., Baumgarten, K., <u>Mont, M.A.,</u> Hungerford, D.S.: Inability of Core Decompression for Spontaneous Osteonecrosis of the Knee.

11. Rifai, A., Baumgarten, K., <u>Mont, M.A.,</u> Hungerford, D.S.: MRI Patterns as Predictive of Prognosis in Osteonecrosis of the Knee

13. Waldman, B., <u>Mont, M.A.:</u> Metanalysis of Infected Total Knee Replacements.

## <u>ABSTRACTS SUBMITTED TO AAOS – 2002:</u>
1. Rajadhyaksha A.D., <u>Mont M.A.,</u> Etienne G., Perez O., Khanuja P., Hungerford D.S.: Outcomes of Limited Resurfacing for Osteonecrosis of the Femoral Head.

2. <u>Mont, M.A.,</u> Hungerford D.S., Shaw J.: Total Knee Arthroplasties for Patients with Extensor Mechanism Deficiency.

3. Mears S.C., <u>Mont, M.A.,</u> Nixon J.C., Jones L.C., Hungerford D.S.: Spontaneous Osteonecrosis of the Knee is Not a True Osteonecrotic Condition.

4. Jones L.C., <u>Mont, M.A.,</u> Le T., Petri M., Glueck C., Hungerford D.S.: Coagulopathies – A Risk Factor in the Development of Osteonecrosis.

5. Mears S.C., <u>Mont, M.A.,</u> Nixon J.C., Baumgarten K.M., McCarthy E., Hungerford D.S.:

90

Secondary Osteonecrosis in Young and Old Patients.

6. Lennen W., <u>Mont, M.A.</u>, LaPorte D.M., Lee C.W., Hungerford D.S.: Total Knee Arthroplasty in Patients Who Are 50 Years Old or Younger.

7. <u>Mont, M.A.</u>, Rajadhyaksha A.D., Baumgarten K.M., Hungerford D.S.: Avascular Necrosis of the Femoral Condyle in Patients Greater Than Sixty Years of Age: A Different Entity Than Spontaneous Osteonecrosis.

8. Bawa M., Rajadhyaksha A.D., <u>Mont, M.A.</u>, Jones L.C., Hungerford D.S.: Shortened Hospital Stays after Total Hip and Knee Arthroplasties Have Decreased Complication Rates.

9. Tortolani P.J., Perez O., <u>Mont, M.A.</u>, McCarthy E., Rajadhyaksha A.D., Hungerford D.S.: Rapidly Progressive Hip Disease: Demographic, Histopathic and Radiographic Aspects.

10. Baumgarten K.M., <u>Mont, M.A.</u>, Rajadhyaksha A.D., Bluemke D.A., Jones L.C., Hungerford D.S.: The Prognostic Value of Magnetic Resonance Imaging of Avascular Necrosis of the Knee.

11. Hostin E., <u>Mont, M.A.</u>, LaPorte D.M., Rajadhyaksha A.D., Jones L.C., McCarthy E., Hungerford: The Pathology of Osteonecrosis of the Femoral Head: A Quantitative Evaluation of Core Decompression Specimens.

12. Baumgarten K.M., <u>Mont, M.A.</u>, Rajadhyaksha A.D., Rifai A., Hungerford D.S.: Atraumatic Secondary Osteonecrosis of the Knee in Patients Fifty-Five Years of Age and Older.

13. <u>Mont, M.A.</u>, Waldman B., Rajadhyaksha A.D., Hungerford D.S.: Treatment of Infected Knee Arthroplasty Components with Retention.

14. Baumgarten K.M., <u>Mont, M.A.</u>, Rajadhyaksha A.D., Jones L.C., Hungerford D.S.: Demographic, Radiographic and Treatment Characterization of Secondary Osteonecrosis of the Knee.

15. Foran J., Rajadhyaksha A.D., Okubadejo G., <u>Mont, M.A.</u>, Jones L.C., Hungerford D.S.: Treating Osteoarthritis of the Knee: A Comparative Study of Traditional and Alternative Methods.

16. <u>Mont, M.A.</u>, Jones L.C., Cordista A., Shuler M., Rajadhyaksha A.D., Glueck C., Hungerford D.S.: Identification of Total Joint Arthroplasty Patients at High Risk for Pulmonary Embolism.

17. Okubadehjo G., Rajadhyaksha A.D., Foran J., <u>Mont, M.A.</u>, Jones L.C., Hungerford D.S.: Treating Osteoarthritis of the Knee: An Orthopaedist's Perspective.

18. Jones L.C., <u>Mont, M.A.</u>, Perez O., Rajadhyaksha A.D., Hungerford D.S.: Procrit Therapy

for Total Joint Arthroplasty.

19. Mont, M.A., Rajadhyaksha A.D., Domb B., Jones L.C., Hungerford D.S.: Outcomes of Limited Femoral Head Resurfacing as Compared to Total Hip Arthroplasty for Osteonecrosis.

20. Rajadhyaksha A.D., Perez O., Etienne G., Khanuja H., Mont, M.A., Hungerford D.S.: Outcomes of Limited Resurfacing for Osteonecrosis of the Femoral Head.

21. Rajadhyaksha A.D., Foran J., Mont, M.A., Lennox D.W., Hungerford D.S.: Outcomes of Total Hip Arthroplasty in Patients 21 Years of Age or Younger.

22. Shuler M.S., Rajadhyaksha A.D., Mont, M.A., Jones L.C., Hungerford D.S.: A Cost Comparison Study of Patients Receiving Six Weeks of Intravenous Antibiotics after an Infected Total Knee Replacement, Treated at Home or in a Hospital Setting.

23. Foran J., Rajadhyaksha A.D., Mont, M.A., Jones L.C., Hungerford D.S.: Outcomes of Total Knee Arthroplasty in Obese Patients.

24. Mont, M.A., Rajadhyaksha A.D., Etienne G., Jones L.C.: Outcomes of Nonvascularized Bone Grafting for Osteonecrosis of the Femoral Head.


## ABSTRACTS SUBMITTED TO AAOS – 2003:

1. Kirby H., Hoeman T., Moskal J., Schurman J., Greene K., McCarthy J., Rajadhyaksha A.D., Belisle A., Mont, M.A.: Anthropometric Measurements of the Human Knee: Correlation to Sizing of Existing Knee Arthroplasty Systems.

2. Mears S., Bawa M., Rajadhyaksha A.D., Jones L.C., Hungerford D.S., Mont, M.A.: Shortened Hospital Stays after Total Knee Arthroplasties Have No Effect on Decreased Complication Rates.

3. Mears S., Bawa M., Jones L.C., Rajadhyaksha A.D., Hungerford D.S. Mont, M.A.: Shortened Hospital Stays after Total Hip Arthroplasties Have No Effect on Decreased Complication Rates.

4. Baumgarten K., Mont, M.A., Etienne G., Rajadhyaksha A.D., Jones L.C., Hungerford D.S., Bluemke D.: The Prognostic Value of Magnetic Resonance Imaging for Avascular Necrosis of the Knee.

5. Rajadhyaksha A.D., Foran J., Hozack W., Rothman R., Stiehl J., Hungerford M., Manoso M., Hungerford D.S., Mont, M.A.: Outcomes of Total Hip Arthroplasty in Patients 21 Years of Age or Younger.

6.  Wenz J., Etienne G., Shaw J., Hungerford D.S., <u>Mont, M.A.</u>: Total Knee Arthroplasties for Patients with Extensor Mechanism Deficiency.

7.  Rajadhyaksha A.D., Delanois R., Etienne G., Hungerford D.S., <u>Mont, M.A.</u>: Atraumatic Avascular Necrosis of the Distal Tibia.

8.  Rajadhyaksha A.D., Etienne G., Jones L.C., <u>Mont, M.A.</u>: Location of Intra-Articular Injections of the Knee Affects Pain Levels.

9.  Shuler M., Rajadhyaksha A.D., Jones L.C., Hungerford D.S., <u>Mont, M.A.</u>, Etienne G.: A Cost Comparison Study of Patients Receiving Intravenous Antibiotics after an Infected Total Hip Replacement: Treatment at Home versus the Hospital Setting.

10. Rajadhyaksha A.D., Gordon N., Etienne G., Jones L.C., <u>Mont, M.A.</u>: A Review of Classification Methods for Avascular Necrosis (AVN) Allows for Cross Study Outcome Evaluation.

11. Tortolani P.J., Perez O., McCarthy E., Rajadhyaksha A.D., Hungerford D.S., <u>Mont, M.A.</u>: Rapidly Progressive Hip Disease: Demographic, Histopathologic, and Radiographic Aspects.

12. <u>Mont M.A.</u>, Bhave A., Rajadhyaksha A.D., Etienne G., Starr R.: Gait Analysis of Metal-on-Metal Surface Arthroplasty: A Comparison Study to Matched Osteoarthritic and Standard Total Hip Replacements.

13. Rajadhyaksha A.D., Etienne G., <u>Mont, M.A.</u>, Jones L.C.: Outcome of Nonvascularized Bone Grafting for Avascular Necrosis of the Femoral Head.

14. Mears S., <u>Mont, M.A.</u>, Hixon J.C., Jones L.C., Hungerford D.S.: Spontaneous Osteonecrosis of the Knee is not a True Osteonecrotic Condition.

15. Perez O., Rajadhyaksha A.D., Moskal J., Hozack W., Teeny S., Steinberg M., Stiehl J., Hungerford D.S., <u>Mont, M.A.</u>: Femoral Stem Fractures after Total Hip Arthroplasty.

16. Rajadhyaksha A.D., Gordon N., Badra M., Jones L.C., Etienne G., <u>Mont, M.A.</u>: Scientific Rationale for the Surgical Treatment of Osteonecrosis.

17. Waldman B., Rajadhyaksha A.D., Etienne G., <u>Mont, M.A.</u>: Use of the Femoral Component with Antibiotic Impregnated Cement as a Spacer in the Treatment of Infected Total Hip Arthroplasty.

18. Gordon N., Rajadhyaksha A.D., Schnell J., Jones L.C., Hungerford D.S., <u>Mont, M.A.</u>: Clinical and Radiographic Outcomes of Total Knee Arthroplasty in High Activity Patients Compared to Non-High Activity Patients.

19. Foran J., Rajadhyaksha A.D., Jones L.C., Etienne G., Hungerford D.S., <u>Mont, M.A.</u>: A Comparison of Obese and Non-Obese Patients Who Underwent a Third Generation PCL Retaining Total Knee Arthroplasty.

20. Waldman B., Etienne G., Rajadhyaksha A.D., <u>Mont, M.A.</u>: Infected Total Knee Arthroplasty: A Metaanalysis.

21. <u>Mont, M.A.</u>, Hostin E., Rajadhyaksha A.D., Jones L.C., McCarthy E., LaPorte D., Hungerford D.S.: Correlation of the Pathology of Osteonecrosis of the Femoral Head to Risk Factors, Radiographic Parameters, and Outcomes.

22. <u>Jones L.</u>C., Perez O., Rajadhyaksha A.D., Hungerford D.S., <u>Mont, M.A.</u>: Procrit Therapy for Total Joint Arthroplasty.

23. Schuler M., Rajadhyaksha A.D., <u>Mont, M.A.</u>, Jones L.C., Hungerford D.S.: Cost Comparison of Intravenous Antibiotics: Administered at Home versus a Hospital Setting.

24. <u>Mont, M.A.</u>, Waldman B., Rajadhyaksha A.D., Etienne G., Hungerford D.S.: Retaining Infected Total Knee Arthroplasty Components with Irrigation and Debridement.

25. Baumgarten K., <u>Mont, M.A.</u>, Etienne G., Rajadhyaksha A.D., Hungerford D.S.: Atraumatic Osteonecrosis of the Knee in Patients Fifty-Five Years of Age and Older.

26. Jones L.C., <u>Mont, M.A.</u>, Le T.B., Petri M., Glueck C., Hungerford D.S.: Coagulopathies: A Risk Factor in the Development of Avascular Necrosis.

27. Foran J., Rajadhyaksha A.D., Okubadejo G., Jones L.C., Hungerford D.S., <u>Mont, M.A.</u>: Treating Osteoarthritis of the Knee: A Comparative Study of Traditional and Alternative Methods.

28. Okubadejo G., Rajadhyaksha A.D., Foran J., Jones L.C., Hungerford D.S., <u>Mont, M.A.</u>, Etienne G.: Treating Osteoarthritis of the Knee: An Orthopaedist's Perspective.

29. Rajadhyaksha A.D., Etienne G., Jones L.C., <u>Mont, M.A.</u>: Location of Intra-Articular Injections of the Knee Affects Pain Levels.

30. Gordon N., Badra M., Rajadhyaksha A.D., Etienne G., Jones L.C., <u>Mont, M.A.</u>: A Review of Classification Methods for Avascular Necrosis (AVN) Allows for Cross Study Outcome Evaluation.

31. Etienne G., Waldman B., Rajadhyaksha A.D., <u>Mont, M.A.</u>: Use of a Functional Temporary Prosthesis in Two-Stage Approach to Infected Total Hip Arthroplasty.

32. Gordon N., Rajadhyaksha A.D., Badra M., Etienne G., Schmalzried T., Jones L.C., <u>Mont, M.A.</u>: Scientific Rationale for the Surgical Treatment of Osteonecrosis.

33. Khanuja H., Rajadhyaksha A.D., Etienne G., Hungerford M., Jones L.C., Hungerford D.S., Kazmarek C., <u>Mont, M.A.</u>: Avascular Necrosis of the Knee: A Comprehensive Review.

## ABSTRACTS SUBMITTED TO AAOS – 2004:

1. Baumgarten K., <u>Mont, M.A.</u>, Etienne G., Hungerford D.S.: Atraumatic Secondary Osteonecrosis of the Knee in Patients 55 Years of Age and Older.

2. <u>Mont, M.A.</u>, Gordon N., Etienne G., Jones L.C.: Classification Methods for Avascular Necrosis of the Hip Allows for Cross Study.

3. <u>Mont, M.A.</u>, Gordon N., Jones L.C., Hungerford D.S., Etienne G.: Clinical and Radiographic Outcome in High Activity Patients Compared to Non-High Activity Patients.

4. Shimmin A., Miller R., <u>Mont, M.A.</u>: Clinical Experience with Osteogenic Protein-1 for the Treatment of Recalcitrant Long Bone Nonunions.

5. Delanois R., Naylor R.W., <u>Mont, M.A.</u>, Etienne G., Romash M.M.: High Tibial Osteotomy Using Distraction Callotasis with Unilateral External Fixator.

6. Waldman B., <u>Mont, M.A.</u>, Etienne G.: Infected Total Knee Arthroplasty: Defining This Condition and Treatment with Metaanalysis.

7. Bonutti P.M., McMahon M., <u>Mont, M.A.</u>: Limited Approach Total Knee Arthroplasty: A Comparison Study.

8. Bonutti P.M., McMahon M., <u>Mont, M.A.</u>: Minimally Invasive Total Knee Arthroplasty: Two Year Follow-up.

9. <u>Mont, M.A.</u>, Jones L.C., Perez O.A., Etienne G., Hungerford D.S.: Procrit Therapy for Total Joint Arthroplasty.

10. Baumgarten K., <u>Mont, M.A.</u>, Etienne G., Ragland P.S., Jones L.C., Hungerford D.S., Bluemke D.: The Prognostic Value of Magnetic Resonance Imaging for Avascular Necrosis of the Knee.

11. Perez O.A., Tortolani J., Etienne G., McCarthy E., Jones L.C., Hungerford D.S., <u>Mont, M.A.</u>: Rapidly Progressive Hip Disease: Demographic, Histopathologic, and Radiographic Aspects.

12. <u>Mont, M.A.</u>, Gordon N., Badra M., Etienne E., Schmalzried T., Jones L.C.: Scientific Rationale for the Surgical Treatment of Hip Osteonecrosis.

13. Mears S., <u>Mont, M.A.</u>, Hixon J.C., Jones L.C., Hungerford D.S., Etienne G.: Spontaneous

Osteonecrosis of the Knee is Not a True Osteonecrotic Condition.

14. Foran J., Okubadejo G., Jones L.C., Hungerford D.S., Etienne G., <u>Mont, M.A.</u>: Treating Osteoarthritis of the Knee: An Orthopaedist's Perspective.

15. <u>Mont, M.A.</u>, He D.Y., Jones L.C., Hoffman K.C., Hungerford D.S., Zizic T.M.: The Use of Electrical Stimulation to Avoid Total Knee Arthroplasty.

16. Bonutti P.M., McMahon M., <u>Mont, M.A.</u>: The Use of the Suspended Leg, Minimally Invasive Technique for Total Knee Arthroplasty.

17. Etienne G., <u>Mont, M.A.</u>, Ragland P.S., Waldman B.J.: Different Types of Spacers Used in the Two-Stage Treatment of Infected Total Knee Arthroplasty.

18. Bonutti P.M., McMahon M., <u>Mont, M.A.</u>: Minimally Invasive Total Knee Arthroplasty.

19. Khanuja H., Jones L.C., Hungerford D.S., Etienne G., Ragland P.S., <u>Mont, M.A.</u>: Osteonecrosis of the Shoulder.

20. <u>Mont, M.A.</u>, Etienne G., Patel T., Friedlaender G., Cook S., Downey K., Shimmin A.: An Overview of the Use of the Bone Morphogenetic Protein, OP-1, for Musculoskeletal Applications.

21. Etienne G., <u>Mont, M.A.</u>, Ragland P.S., Paley D., Stuchin S.A., Parvizi J.: Treatment Options for Monocompartmental Osteoarthritis of the Knee.

22. Etienne G., <u>Mont, M.A.</u>, Ragland P.S.: Use of Constrained Acetabular Liners in Total Hip Arthroplasty.

## ABSTRACTS SUBMITTED FOR AAOS – 2005:

1. Baumgarten K., <u>Mont, M.A.</u>, Etienne G., Hungerford D.S.: Atraumatic Secondary Osteonecrosis of the Knee in Patients 55 Years of Age and Older.

2. <u>Mont, M.A.</u>, Gordon N., Etienne G., Jones L.C.: Classification Methods for Avascular Necrosis of the Hip Allows for Cross Study.

3. Shimmin A., Miller R., <u>Mont, M.A.</u>: Clinical Experience with Osteogenic Protein-1 for the Treatment of Recalcitrant Long Bone Nonunions.

4. Delanois R., Naylor R.W., <u>Mont, M.A.</u>, Etienne G., Romash M.M.: High Tibial Osteotomy Using Distraction Callotasis with Unilateral External Fixator.

5. <u>Mont, M.A.</u>, Jones L.C., Perez O.A., Etienne G., Hungerford D.S.: Procrit Therapy for Total Joint Arthroplasty.

6. Baumgarten K., <u>Mont, M.A.</u>, Etienne G., Ragland P.S., Jones L.C., Hungerford D.S., Bluemke D.: The Prognostic Value of Magnetic Resonance Imaging for Avascular Necrosis of the Knee.

7. Perez O.A., Tortolani J., Etienne G., McCarthy E., Jones L.C., Hungerford D.S., <u>Mont, M.A.</u>: Rapidly Progressive Hip Disease: Demographic, Histopathologic, and Radiographic Aspects.

8. <u>Mont, M.A.</u>, Gordon N., Badra M., Etienne G., Schmalzried T., Jones L.C.: Scientific Rationale for the Surgical Treatment of Hip Osteonecrosis.

9. Mears S., <u>Mont, M.A.</u>, Hixon J.C., Jones L.C., Hungerford D.S., Etienne G.: Spontaneous Osteonecrosis of the Knee is Not a True Osteonecrotic Condition.

10. Foran J., Okubadejo G., Jones L.C., Hungerford D.S., Etienne G., <u>Mont, M.A.</u>: Treating Osteoarthritis of the Knee: An Orthopaedist's Perspective.

11. Bonutti P.M., McMahon M., <u>Mont, M.A.</u>: The Use of the Suspended Leg, Minimally Invasive Technique for Total Knee Arthroplasty.

12. Bonutti P.M., <u>Mont, M.A.</u>, Ragland P.S., McMahon M., Kazmarek C.M.: Minimally Invasive Revision Total Knee Arthroplasty.

13. Etienne G., <u>Mont, M.A.</u>, Ragland P.S., Waldman B.J.: Different Types of Spacers Used in the Two-Stage Treatment of Infected Total Knee Arthroplasty.

14. Khanuja H., Jones L.C., Hungerford D.S., Etienne G., Ragland P.S., <u>Mont, M.A.</u>: Osteonecrosis of the Shoulder.

15. Etienne G., <u>Mont, M.A.</u>, Ragland P.S., Paley D., Stuchin S.A., Parvizi J.: Treatment Options for Monocompartmental Osteoarthritis of the Knee.

16. Etienne G., <u>Mont, M.A.</u>, Ragland P.S.: Use of Constrained Liners in Total Hip Arthroplasty.

## <u>ABSTRACTS SUBMITTED TO AAOS – 2006:</u>

1. Ragland, <u>Mont</u>, Marulanda, Delanois, Flowers: Use of a Proximally HA-Coated Taper Cementless Stem for Avascular Necrosis of the Hip.

2. Flowers, Ragland, Marulanda, Leadbetter, <u>Mont</u>: The Use of Injectable Hyaluronans for Osteoarthritis of the Knee.

3. Ragland, Etienne, Delanois, Marulanda, <u>Mont</u>: Outcome of Shoulder Resurfacing for Glenohumeral Arthritis.

4. <u>Mont</u>, Ragland, Bhave, Starr: Gait Analysis of Metal-on-Metal Surface Arthroplasty.

5. Perez, Moskal, Hozack, Teeny, Steinberg, Stiehl, Hungerford, <u>Mont</u>: Femoral Stem Fractures after Total Hip Arthroplasty.

6. Foran, Okubadejo, Jones, Hungerford, Ragland, <u>Mont</u>: Treating Osteoarthritis of the Knee: An Orthopaedist's Perspective.

7. <u>Mont</u>, Jones, Perez, Ragland, Hungerford: Procrit Therapy for Total Joint Arthroplasty.

8. <u>Mont</u>, Ragland, Marulanda: Location of Intra-Articular Injections of the Knee Affects Pain Levels.

9. <u>Mont</u>, Ragland, Marulanda, Delanois: Metal-on-Metal Resurfacing for Extra-Articular Deformities or Retained Hardware of the Proximal Femur.

10. <u>Mont</u>, Ragland, Marulanda, Delanois, Flowers: Core Decompression for Secondary Osteonecrosis of the Knee Using a Small-Diameter Drilling Technique.

11. <u>Mont</u>, Ragland, Jones, Gordon, Marulanda: Classification Methods for Avascular Necrosis of the Hip Allows for Cross Study Comparison.

12. Mont, Ragland, Marulanda, Delanois: Multiple Irrigation and Debridement with Retention of Components in Infected Total Knee Arthroplasty.

13. Bennett, Ragland, Saleh, Thongtrangan, Kuskowski, Cheng, Sharkey, Stiehl, <u>Mont</u>: Total Hip Arthroplasties: What Are the Reasons for Revision?

14. Ragland, <u>Mont</u>, Marulanda, Delanois: Use of a Metal-on-Metal Resurfacing Arthroplasty for Avascular Necrosis of the Hip.

15. <u>Mont</u>, Bhave, Delanois, Ragland: Does Ipsilateral Hip Dysfunction Cause Contralateral Knee Degeneration?

16. <u>Mont</u>, Bonutti, MaMahon, Ragland: Five Year Results with Second Generation Hydroxyapatite Coated Acetabulum Implant.

17. <u>Mont</u>, Bonutti, Ragland, McMahon: Minimally Invasive Revision Total Knee Arthroplasty.

18. Parvizi, Saleh, Ragland, <u>Mont</u>: Use of Antibiotic Cement in Primary Hip Arthroplasty: A Meta-Analysis.

19. Marulanda, Ragland, <u>Mont</u>, Delanois: Use of a Bipolar Sealer for Hemostasis in Total Knee Arthroplasty: A Comparison with a Matched Group.

20. Ragland, Marulandas, <u>Mont</u>, Flowers, Delanois: Use of a Bipolar Sealer Device for Hemostasis in Total Hip Arthroplasty.

21. Baumgarten, <u>Mont</u>, Ragland, Hungerford: Atraumatic Secondary Osteonecrosis of the Knee in Patients Fifty-Five Years of Age and Older.

22. Foran, Gbolohan, Hungerford, <u>Mont</u>, Marulanda: Treating Osteoarthritis of the Knee: A Comparative Study of Traditional and Alternative Methods.

23. Bonutti, <u>Mont</u>, McMahon, Marker: Kinematic Comparison of Bilateral Knee Arthroplasties by Midvastus vs. Subvastus Approach.

24. Stukenborg-Colsman, <u>Mont</u>, Ostermeier, Barisic, Winghagen, Wirth, Ragland: Clinical and Radiographic Radiological Results of a Modular Tibial Baseplate at 5 to 7 Years.

25. Kolisek, Nennette, <u>Mont</u>, Ragland: Comparison Study of Minimally Invasive Dual Incision vs. Posterolateral Approach in Hip Arthroplasty.

26. Bonutti, Naughton, <u>Mont</u>, Ragland:  Ceramic-on-Ceramic Hip Arthroplasties: Effects of Cup Inclination on Revision Rates.

27. Bonutti, <u>Mont</u>, D'Antonio, Capello, Naughton, Ragland: Effects of Obesity Total Hip Arthroplasty Performed with Two Different Bearing Couples.

28. Bonutti, <u>Mont,</u> McMahon, Ragland: Minimally Invasive Total Knee Arthroplasty: Minimally Invasive Total Knee Arthroplasty: Pitfalls and Complications.

29. Bonutti, <u>Mont</u>, McMahon, Ragland: Bilateral Knee Arthroplasty: Comparison of a Standard vs. Contralateral Minimally Invasive Approach.

30. Bonutti, <u>Mont</u>, McMahon, Ragland: Arthroscopic AssistedTotal Knee Arthroplasty.

31. Marulanda, Ragland, <u>Mont</u>, Marquess, Moweri, Reese, Wilson, Marker: The Use of Closed-Suction Drains in Total Joint Arthroplasties.

## PRESENTATIONS (NATIONAL AND INTERNATIONAL):

October 19, 1986   The Effect of Ultrasonic Stimulation on Fresh Fracture Repair in Rabbits Bioelectrical Repair and Growth Society. Utrecht, The Netherlands.


January 21, 1987   Application of a Culture System for Analysis of Differentiation and Mineralization of Mesenchymally Derived Cells. Orthopaedic Research Society. San Francisco, CA.

January 19, 1987   Ultrasonic Effects on Fresh Fracture Healing in Rabbits. Orthopaedic Research Society, San Francisco, CA.

March 17, 1988   Analysis of Differentiation and Mineralization in a Mesenchymally-Derived Culture System. American Orthopaedic Association, Resident's Conference, Boston, MA.

May 9, 1988   Effects of Ultrasonic Stimulation on Fresh Fracture Healing in Rabbits. New York Academy of Medicine, Section on Orthopaedic Surgery, New York, NY.

Feb. 10, 1990   Post-Operative Radiographic Parameters as Predictors of Clinical Outcome in Unstable Ankle Fractures. American Academy of Orthopaedic Surgeons, New Orleans, LA.

April 26, 1991   Total Knee Replacement after High Tibial Osteotomy, Annual Advances in Hip and Knee Arthroplasty.  Williamsburg, VA.

April 26, 1991   Cementless Total Hip Replacement in Patients Less Than 45 Years of Age. Annual Advances in Hip and Knee Arthroplasty.  Williamsburg, VA.

Sept. 3, 1991   Culture of Chondrocytes for Cartilage Repair, National Institutes of Health, Johns Hopkins University, Division of Geriatric Medicine and Gerontology. Baltimore, MD.

Feb. 18, 1992   Surgical Decompression for Peroneal Nerve Palsy Complicating Total Knee Arthroplasty.  American Academy of Orthopaedic Surgeons, Washington, D.C.

May 1, 1992   Organ Response to Biomaterials - Total Knee Replacement.  Symposium: Biological Response to Orthopaedic Implants, Baltimore, MD.

Nov. 14, 1992   Uncemented Total Hip Arthroplasty in Patients Less than 50 Years with Rheumatoid Arthritis.  Association for Arthritic Hip and Knee Surgery Society, Dallas, Tx.

Dec. 4, 1992   Treatment of Avascular Necrosis of the Hip.  The Peter Mack Memorial Lectureship, Baltimore, Maryland.

Dec. 12, 1992   Avascular Necrosis of the Hip.  Surgical Ground Rounds, The Johns Hopkins University, Baltimore, Maryland.

Feb. 16, 1993   Total Knee Arthroplasty after Failed High Tibial Osteotomy: Long-Term Follow-Up and Results.  American Acedemy of Orthopaedic Surgeons.  New Orleans, LA.

| | |
|---|---|
| Feb 18, 1993 | Total Knee Arthroplasty after Failed High Tibial Osteotomy: Long-term Follow-Up and Results.  Knee Society, New Orleans, L.A. |
| March 20,1993 | Animal Models to Analyze the Implants.  Symposium: Biological Response to Orthopaedic Implants, Baltimore, MD. |
| April 29, 1993 | Isokinetic Concentric Versus Eccentric Training of Shoulder Rotators with Functional Evaluation of Performance Enhancement in Elite Tennis Players.  USTA National Conference on Sports Medicine and Science in Tennis, Sonesta Beach Hotel, Key Buskin, Florida. |
| Sept. 23, 1993 | New Perspectives on Joint Reconstruction.  Rehabilitation Grand Rounds, The Johns Hopkins Medical Institutions, Baltimore, MD |
| Feb 16, 1994 | Varus Osteotomy for Ischemic Necrosis of the Femoral Head results of a Long-Term Follow-Up Study.  American Acad. Orth. Surgeons, New Orleans, LO. |
| April 16, 1994 | Structural and Non-structural bone grafting in clinical orthopaedics.  Symposium, Biological Response to Orthopaedic Implants.  Stauffer Hotel, Inner Harbor, Baltimore, MD. |
| April 22, 1994 | Total Knee Replacement Status Post High Tibial Osteotomy.  Current Concepts in Total Joint Replacement.  Westchester Marriott Hotel, Tarrytown, New York. |
| May 16, 1994 | ABC Traveling Fellows Clinical Science Program.  Co-director of program and presentation on "New Treatments for AVN."  The Johns Hopkins University, Baltimore, Maryland. |
| October 15, 1994 | Core Decompression for Avascular Necrosis of the Distal Femur:  Long-Term Follow-up.  ARCO 5th International Symposium on Bone Circulation.  Hilton Head, South Carolina. |
| October 15, 1994 | Core Decompression for Avascular Necrosis of the Femoral Head in SLE: Long-Term Report of Risk Factors for Progression.  ARCO 5th International Symposium on Bone Circulation, Hilton Head, South Carolina. |
| Feb. 14, 1995 | Core Decompression for Avascular Necrosis of the Distal Femur.  American Acad. Orth. Surgeons, Orlando, Florida. |
| Feb. 19, 1995 | The Natural History of the Contralateral Knee after Primary Knee Arthroplasty for Osteoarthritis.  Knee Society, Orlando, Florida. |

| | |
|---|---|
| May 19, 1995 | Avascular Necrosis of the Hip: Fifth Annual Current Concepts in Orthopaedics.  Southern Orthopaedic Association, Harbor Court Hotel, Baltimore, Maryland. |
| August 25, 1995 | Treatment of Osteonecrosis of the Hip:  First Annual Osteonecrosis Research Symposium.  Baltimore, Maryland. |
| October 5, 1995 | The Trapdoor Procedure Using Cortical and Cancellous Bone Grafting for Osteonecrosis of the Femoral Head.  Association Research Circulation Osseous, Vienna, Austria. |
| October 7, 1995 | Core Decompression for Recalcitrant Transient Osteopenia of the Hip. Association Research Circulation Osseous, Vienna, Austria. |
| Nov. 6, 1995 | New Treatment Methods for Osteonecrosis.  Grand Rounds, The Johns Hopkins Orthopaedic Department, Baltimore, Maryland. |
| Nov. 11, 1995 | Histology of bone marrow edema syndrome and avascular necrosis of the hip.  Union Memorial Hospital Bone Symposium, Baltimore, Maryland. |
| Dec. 15, 1995 | New treatments for avascular necrosis.  Surgery Grand Round, The Johns Hopkins University.  Baltimore, Maryland. |
| Feb. 20, 1996 | Bilateral Knee Replacement.  Switzerland Howmedica Regional Meeting, New York, New York. |
| Feb. 26, 1996 | Core decompression for avascular necrosis of the distal femur.  Long-term follow-up.  American Academy Orthopaedic Surgeons Annual Meeting. Atlanta, Georgia |
| April 11, 1996 | New concepts in the treatment of avascular necrosis of the hip.  Joint Reconstruction Lecture Series.  Rothman Institute, Philadelphia, Pennsylvania. |
| April 13, 1996 | Bone Grafting.  Biological Response To Orthopaedic Implants.  Johns Hopkins Medical  Institutions, Stauffer Renaissance Harborplace Hotel, Baltimore, Maryland. |
| May 2-3, 1996 | Current concepts of the Knee.  3rd Annual Symposium.  New York Medical College, Valhalla, New York.<br>a. Thursday, May 2nd:  Biologic Restoration of Articular Cartilage<br>b. Thursday, May 2nd:  Osteonecrosis of the Knee<br>c. Thursday, May 2nd:  Management of Infected Total Knee Arthroplasty.<br>                              Sequential Debridement<br>d. Thursday, May 2nd:  Periprosthetic Fracture |

July 27, 1996      Particle Disease in Total Hip Replacement at Total Hip Arthroplasty Stem Fixation in Total Hip Replacement.  Turf Valley Hotel and Country Club. Ellicott City, Maryland.

Sept. 21, 1996     Basic Science Course:  Biomechanics of the Hip.  The Johns Hopkins University, Baltimore, Maryland.

October 2-5,1996  Harris Hip Course: Total Hip Arthroplasty:  Molded vs. Machined Polyethyline:  Clinical Data.  Boston, Massachusetts.

Oct. 19, 1996     Avascular necrosis - New Treatment Methods.  American College of Rheumatology Annual Meeting, Orlando, Florida

Nov. 9, 1996      American Orthopaedic Association; Shoulder and Ankle Osteonecrosis - International Symposium "The Etiology, Diagnosis and Management of Osteonecrosis of the Human Skeleton."  Durham, North Carolina

Dec. 6, 1996      Avascular Necrosis - Latest concepts on treatment and pathophysiology - Forum Club, Baltimore, Maryland.

Feb. 15, 1997     "Multiple Irrigation and Débridement and Retention of Components in Infected TKA - American Academy of Orthopaedic Surgeons, San Francisco, California

Feb. 16, 1997     Presentation of "Multiple Irrigation and Débridement and Retention of Components in Infected Total Knee Arthroplasty. - Knee Society San Francisco, California.

May 8-9, 1997    Symposium:  Current Concepts in Hip Trauma and Reconstructive Hip Surgery.  Tarrytown House, Tarrytown, New York.
    a.  Introduction to Avascular Necrosis
    b.  Non-vascularized Bone Grafting
    c.  Limited Femoral Resurfacing

June 27, 1997    Symposium on Osteonecrosis: Limited Femoral Resurfacing Sponsored by Wright-Medical, Inc., Baltimore, Maryland
    a.  Basic Science, New Concepts of Pathophysiology, Non-operative Treatment Methods.
    b.  Limited Femoral Resurfacing
    c.  Non-vascularized bone grafting

Sept. 4, 1997     Salvage Procedures for Complex Soft Tissue Defects Around the Knee. Knee Society Interim Meeting, Waldorf Astoria Hotel, New York,New York.

Sept. 19, 1997      A Canine Defect Model Treated with Osteogenic Protein-1, 2nd International Osteogenic Protein-1 Conference.  The Exchange Conference Center, Boston, MA.

Sept. 27, 1997      Early Fall Clinical Course Total Joint Arthroplasty: Current Issues, Concepts and Considerations.  Four Seasons Resort, Palm Beach, Florida.
1. Basic Science, New Concepts of Pathophysiology and Non-operative Treatment Methods.
2. Limited Femoral Resurfacing Arthroplasty.

October 4-6, 1997  ARCO International Meeting - 8th International Symposium on Bone Circulation: Various Osteonecrosis Talks, St. Thomas' Hosptial, London, United Kingdom.
1. Multifocal osteonecrosis.
2. Osteonecrosis of the ankle.
3. Limited Femoral Resurfacing Arthroplasty.
4. Non-vascularized bone grafting for femoral head osteonecrosis.
5. 15-year experience with femoral head resurfacing.
6. Metal on metal hip prosthesis.

Dec. 4-6, 1997     Total Knee Forum. "Soft-tissue Ligament Balancing in Revision Total Knee Artrhoplasty." Millennium Broadway Hotel.  New York, New York.

Jan, 1998           Wright Medical Current Concepts Course, Denver Colorado.
1. Limited Femoral Resurfacing for Osteonecrosis.
2. Acetabular Revision Hip Arthroplasty.

March 16, 1998    Orthop. Res. Society: "Femoral Head Defect Model: Treatment with Strut Autografting with and without Osteogenic Protein-1.  New Orleans, Louisiana.

March 19, 1998    Operative Treatment Methods for Osteonecrosis of the Hip.  In Instructional Course #124.  "Understanding and Treating Osteonecrosis".  New Orleans, Louisiana.

March 20, 1998    Discussion of Paper #128, "Functional Outcome of Total Hip Arthroplasty after Pelvic Osteotomy" and #129.  "Activity of total joint replacement patients." New Orleans, Louisiana.

March 21, 1998    "Osteonecrosis in Inflammatory Arthritis" Instructional Course #321; "Surgical Management of Inflammatory Arthritis of Adult Hip and Knee."  American Academy of Orthopaedic Surgeons.  New Orleans, Louisiana.

March 23, 1998    "Evidence of Inappropriate Application of Autologous Cartilage Transplantation theory in an Uncontrolled Environment.  Am. Acad. Orthop. Surgeons.  New Orleans, Louisiana.

May 1-2, 1998      Fourth Symposium on Biological Response to Orthopedic Implants. Moderator of Implants/Approaches for Nerve Tissue Repair in Orthopaedics. Treatment with Osteonecrosis Bone Morphogenetic Proteins".  Stauffer Renaissance Harbor Place Hotel, Baltimore, Maryland

May 4, 1998        New Techniques for Cartilage Resurfacing, Surgical Grand Rounds, Greater Baltimore Medical Center, Maryland

May 22, 1998       New Treatments for Osteonecrosis.  Presentation to ASEAN Traveling Fellows. Baltimore, Maryland

June12-13, 1998    Wright Medical AVN Course. Hilton, Sonoma Valley, California
                   1.  Ligament Balancing in Total Knee Replacement.
                   2.  Multiple Irrigation and Debridement for Infected Total Knee Replacement.

July 16, 1998      "Acetabular Revisions."  Orthopaedic Grand Rounds, Baltimore, Maryland.

July 24, 1998      Symposium 1998 Avascular Necrosis Mini-Course, Baltimore, Maryland. Moderator and Contributed 6 Talks.

Aug 21-22, 1998    New Horizons in Joint Disease Conference.  Talk on "Cytokines Management" and "Management of infected prosthesis".  Sydney, Australia

Aug 28, 1998       Evolving Technologies and Techniques in Total Joint Replacement. Talk on Limited Femoral Reconstruction for Osteonecrosis of the Femoral Head. Denver, Colorado

Sep. 10-15,1998    7th Annual Baltimore Limb Deformity Course.  Talk on "Total Knee and Hip Replacement in the Face of Malalignment." Baltimore, Maryland.

Sep. 28, 1998      Chesapeake Health Education Program, Inc.  Symposium on "Total Joint Replacement".  Perry Point, Maryland.  (Moderator)

Oct. 14-18, 1998   Eastern Orthopaedic Association Meeting - AVN Current Concepts Talk on "Non-vascularized Grafting Procedures."  San Juan, Puerto Rico.

Oct 29-30, 1998    Current Concepts of the Knee.
                   Annual Symposium, New York Medical College, New York
                       a.  Osteonecrosis of the knee.
                       b.  Ligament Balancing in Total Knee Arthroplasty.
                       c.  Extraarticular Deformity of the Knee.

Feb 3, 1999        Wright Medical Annual Representatives Courses:
                   "Conserve Now and You'll hip for later"
                   Sutton Place Hotel, Irvine, California

Feb 6, 1999          American Academy of Orthopaedic Surgeons:
                     Instructional Course:  Understanding and Treating Osteonecrosis
                     Of the Hip.
                     "Classification and treatment of Osteonecrosis"
                     Anaheim, California

Feb 11, 1999         Australian, East Asian Visiting Fellows
                     Howmedica Symposium
                     Osteonecrosis of the Hip.  Baltimore, Maryland

April 21, 1999       Combined ARCO- SICOT Meeting Sydney, Australia
                     5 talks on osteonecrosis:
                     A.  Osteonecrosis of the Humeral Head: Treatment by Hemiarthroplasty
                     B.  Femoral Resurfacing Arthroplasty for Avascular Necrosis of the Femoral
                         Head
                     C.  Multifocal Osteonecrosis - A Multicenter Study from the Collaborative
                         Osteonecrosis Group
                     D.  Ostonecrosis of the Elbow
                     E.  Pathology of Core Decompression Specimens 3 talks:

May 6-7, 1999        Baptist Center for Medical Education:
                     1.  Total Hip Replacement in the morbidly obese patient.
                     2.  Surgical treatment of enigmatic thigh pain.
                     3.  Osteonecrosis Current Concepts for treatment.
                         Nashville, Tennessee

May 21, 1999         Total Knee Forum: (Sponsored by Stryker-Howmedica)
                     A.  Risk Factors in Primary Total Knee Arthroplasty
                     B.  Planning for Revision Knee Surgery
                         Hyatt Regency Hotel, Washington, D.C.

June 3, 1999         Grand Rounds at Washington Medical Center:
                     Avascular Necrosis of the Hip
                     Washington, D.C.

June 12, 1999        The Johns Hopkins Orthopaedic Alumni Baer Lectureship Day.
                     Talk on Osteonecrosis: Teatmentsfor the New Millenium.
                     Baltimore, Maryland

June 22, 1999        The Johns Hopkins - Union Memorial
                     National Review Course: "Osteonecrosis"
                     Marriott Hotel, Baltimore, Maryland

| | |
|---|---|
| July 27, 1999 | Stryker-Howmedica-Osteonix Strategic Planning Meeting<br>Talk on Solution based problem of osteonecrosis.<br>Rutherford, New Jersey |
| August 4, 1999 | AORTA Summer Meeting, Two Talks, Milwaukee, Wisconsin |
| August 14, 1999 | Wright Medical National Sales Meeting: Point Counterpoint:<br>Resurfacing for osteonecrosis of the femoral head. |
| Sept 3, 1999 | 8th Annual Baltimore Limb Deformity Course. "Total Knee and Hip<br>Replacement in the Face of Malalignment", Baltimore, Maryland. |
| Sept 16-18, 1999 | Hip Society Interim Meeting: Talk on Resurfacing vs Total Hip Arthroplasty<br>For Osteonecrosis of the Femoral Head.  Cororado Hotel, San Diego, CA |
| Oct 1, 1999 | Current Concepts of the Shoulder: Annual Symposium at New York Medical<br>College.<br>"Shoulder Osteonecrosis" Valhalla, New York. |
| Oct 25-27, 1999 | Society of Military Orthopaedic Surgeons, Session Moderator of Total Joint<br>Arthroplasty, Lecture on Osteonecrosis, Williamsburg, Pennsylvania. |
| Oct 29-30, 1999 | "International Symposium on Osteonecrosis, Seoul Korea.<br>1.  Diagnostic modalities for osteonecrosis.<br>2.  Various treatments comparison - its results comparison and pitfalls. |
| Nov 4-5, 1999 | DeGroot Course Boston Massachusetts<br>1.  Avascular Necrosis of the Femoral Head |
| Nov 9-12, 1999 | Maryland Academy of Physician Assistants<br>Lecture on Osteonecrosis. |
| March 13-16, 2000 | AAOS MEETING<br>INSTRUCTIONAL COURSES:<br>1.  Osteonecrosis of the Hip.<br>2.  Osteonecrosis of the Knee.<br>3.  Surgical Treatment of Hip and Knee Inflammatory Arthritis. |
| March 18-19, 2000 | KNEE SOCIETY MEETING<br>1.  Use of stems for revision total knee arthroplasty. |
| April 14-15, 2000 | ORTHOPAEDIC SURGICAL MANAGEMENT AND RESULTS  2000 (Total<br>Hip and Knee Reconstruction).  Las Vegas, Nevada<br>1.  Improving metallurgy for cement and biologic fixation.<br>2.  Ligament balance and stability in total knee arthroplasty.<br>3.  Osteonecrosis of the knee:  treatment options. |

May 12-13, 2000     FELLOWS MEETING
1. Had 33 former Fellows join us in Baltimore for an excellent meeting. Letters are going out to plan for next year's meeting which perhaps can be expanded.
Addendum:  In addition, we'll try to pursue collaborative work with other key Fellows from other programs around the country.

June 14, 2000     University of Maryland Grand Rounds
Osteonecrosis of the Femoral Head

June 16, 2000     Johns Hopkins Orthopaedic Review Course
Avascular Necrosis

July 25, 2000     Hip Society Meeting Summer Meeting
Moderator
Boston, Massachusetts

August 1, 2000     AORTA
Lake Tahoe, Utah

1. Avascular Necrosis of the Femoral Head
2. Non-operative Treatment of Osteoarthritis of the hip
3. Database Planning

October 2, 2000     FLORIDA COURSE
1. New treatment for avascular necrosis of the hip
2. Hemi-Resurfacing Workshop

October 4-6, 2000     ARCO Meeting and International Symposium
1. Treatment Algorithm for Osteonecrosis

October 24, 2000     GRAND ROUNDS AT SINAI
1. Avascular necrosis of the hip

October 29, 2000     ZELICOFF COURSE
1. Metal on metal
2. Avascular necrosis of the hip

November 29, 2000 GRAND ROUNDS AT WASHINGTON, DC RHEUMATOLOGY SOCIETY
1. Avascular necrosis of the hip

January 11-15, 2001 WINTER COURSE IN BAHAMAS
1. Infected total knee arthroplasty
2. Avascular necrosis treatment

## AUDIO/VIDEO/TV PRESENTATIONS:

1. Syndicated television video on strength training for tennis players.  Multiple Local News Broadcasts (1993 - 1994).

2. Hip Anatomy: Hungerford, D.S., Mont, M.A., Hungerford, M.W., Video Journal of Orthopaedics, 1996.

3. Hemi-Resurfacing of the Hip. Mont, MA.

4. Hip and Knee Anatomy. Hungerford, D.S., Mont, M.A., Hungerford, M.W., Video Journal of Orthopaedics, 1996.

5. Total Hip Arthroplasty after Hip Fusion.  Local Television (Baltimore) presentation.  (Sept 15, 1997).

6. Resurfacing Arthroplasty for Femoral Head Osteonecrosis.  Videotape of indications and surgical technique.  Wright Medical Symposium, Baltimore, Maryland 1997.

7. Infection after Dental Procedures.  Maryland Public Television (March 9, 1999).

## PRESENT RESEARCH WORK:

Presently my major focus for clinical research has been on developing new methods for diagnosing and treating osteonecrosis. To this aim, we are studying;

(1)  Coagulation parameters in terms of the pathophysiology of the disease.
(2)  Limited MRI scanning to aid in diagnosis.
(3) Identifying risk factors for onset and progression in SLE and other high risk groups.
(4) Investigating various treatment methods in early stages of the disease.
     a.  Pharmacological agents
     b.  Core decompression with adjuvant growth factors (rhBMP2, OP-1, Grafton).
(5)  Treatments aimed at later stages;
     a.  Bone grafting
     b.  Limited femoral resurfacing
(6)  Diagnosis and outcomes for osteonecrosis of other joints (shoulder, knee, ankle).

With respect to basic science research, I have participated as the principal investigator in three areas;
     a.  Characterizing the healing on a femoral head defect model in canines (with anxillary bone grafting and BMPs)
     b.  Analyzing the pathology from femoral head specimens retrieved from patients with osteonecrosis.
     c.  Studying the pathophysiology in relation to heritable thrombophilia and/or hypofibrinolysis.

Another major area of focus has been to evaluate those factors which may affect the successful outcome of clinical research in characterizing patients with total joint arthroplasties.

Basic Science Research on total hip replacement has focused on:
   a. Polyethylene wear from cups manufactured with different methods.
   b. Resistance to Activated protein C as a cause of pulmonary emboli.

Clinical research in total knee arthroplasty:
   a. Various topics concerning infection treatment, diagnosis and associations.
   b. Different designs and their effect on patello-femoral complications.
   c. Characterization of unexplained or neuroma pain.

Basic Science of total knee arthroplasty:
   a. Anatomy of extensor mechanism in relation to patellar wear patterns.
   b. Alignment of femoral and tibial components.

<u>Michael A. Mont 6/1/2017 Depositions and Trials</u>

To the best of my recollection and based on information presently available to me, the following is a list of where I have given testimony over the past four years from June 1, 2013 to the present:

1. Heather Carter vs. Loucks:
    a. Deposition 9/10/2013 in Norfolk, Virginia
    b. Trial: 12/15/2015 in Denver, Colorado
2. Mingo vs. Depuy
    a. Deposition 4/2014 in Baltimore, Maryland
3. Judith Cherrak
    a. Deposition 5/8/2014 in Baltimore, Maryland
4. Branham vs. University Hospitals
    a. Deposition 6/2015 in Cleveland, Ohio
5. Gabel vs. Molloy
    a. Trial approximately 6/2015 in Cleveland, Ohio
6. Russo vs. Stamford Health Systems
    a. Deposition – 10/11/2015 in Baltimore, Maryland
7. Smith vs. Moskowitz
    a. Trial 10/2015 in Washington D.C.
8. Shanahan vs. Drinkwater
    a. Trial 11/18/2015 in Rochester, New York
9. Boyd vs. Sydney
    a. Deposition 10/15/2015 in Baltimore, Maryland
    b. Trial 2/22/2016 in Baltimore, Maryland
10. Wade vs. Gardner
    a. Deposition 01/10/2016 in Fairfax, Virginia
11. McNally vs. Hur
    a. Deposition 8/2016 in Cleveland, Ohio

# Sources of Heat in Operating Room



**Lights**



**Monitors**



**Anesthesia Equipment**





**Drills and Saws**



**Surgical Staff**



**Electrocautery and Other Equipment**

**Patient**

40-02

1

# HEPA Filters Do Not Affect Infection Rates following Primary Total Joint Arthroplasty with Forced Air Warmers

Curtis GL, Faour M, Klika AK, Barsoum WK, Higuera CA

**Background:** Forced-air warmers (FAW) have been used effectively to prevent hypothermia, but some studies have suggested that FAW may increase bacterial contamination of the surgical site. To address this, a new generation of FAW with high efficiency particulate air filters (FAW-HEPA) were introduced. This study compared infection rates following total joint arthroplasty (TJA) procedures using FAW and FAW-HEPA.

**Methods:** Patients who underwent primary TJA at a large academic center and two high-volume arthroplasty regional hospitals within a single healthcare system were retrospectively reviewed. In 2014, the hospital system switched from FAW (3M, St. Paul, MN) to FAW-HEPA (Stryker, Kalamazoo, MI). A total of 5,405 TJA cases in 2013 and 2015 were identified. Patients in 2013 (n=2,792) had procedures with FAW, while patients in 2015 (n=2,613) had procedures with FAW-HEPA. The primary measured outcome was the incidence of infection within 90 days of surgery. Prosthetic joint infection (PJI) was defined as reoperation with arthrotomy or meeting MSIS criteria for PJI. Surgical site infection (SSI) was defined as a wound complication treated with antibiotics or irrigation and debridement. The $\chi^2$-test was used for univariate analysis, while logistic regression models were adjusted for age, gender, comorbidities, BMI, and operative time.

**Results:** The groups had no differences in demographics or comorbidities, but operative time was significantly longer in the FAW-HEPA group (111 min vs 108 min; Table 1, p=0.001). The FAW group had a higher rate of SSI (n=33 [1.18%] vs. n=22 [0.84%]; Table 2, p=0.21), but a lower rate of PJI than the FAW-HEPA group (n= 13 [0.47%] vs. n=20 [0.77%]; Table 2, p=0.15). The regression model did not show FAW to be an independent risk factor for infection. FAW did not significantly increase the risk of SSI (Table 3, OR=1.47; 95% CI0.83 –2.58; p=0.18), PJI (OR=0.53; 95% CI 0.25–1.13; p=0.09), or total infection (Table 3, OR=1.00; 95% CI 0.65–1.57; p=0.97).

**Discussion:** No statistically significant differences in SSI and PJI were found between FAW and FAW-HEPA use during TJA. Although studies have suggested that FAW increase infection risk, this study found no clinical difference.

**Conclusions:** FAW devices are not correlated to a higher risk of infection during TJA when compared to devices with HEPA filters.

**Table 1.** Comparison of patient demographics

| Demographics | FAW[a] | FAW-HEPA[b] | p-value |
|---|---|---|---|
| TJA (n = 5,405) | n = 2,792 | n = 2,613 | |
| Age, Mean ± SD | 63.2 ± 11.1 | 62.8 ± 11.3 | 0.19 |
| Gender, Male (%) | 1,224 (43.8) | 1,206 (46.2) | 0.08 |
| Charlson Comorbidity Index, Mean ± SD | 3.72 ± 1.99 | 3.70 ± 2.04 | 0.76 |
| Body Mass Index, Mean ± SD | 31.8 ± 6.8 | 32.0 ± 7.1 | 0.22 |
| Operative Time, minutes, Mean ± SD | 108 ± 37 | 111 ± 37 | 0.001 |
| [a]Forced-air warmer [b]Forced-air warmer with high efficiency particulate air filter | | | |

**Table 2.** Univariate analysis

| Outcomes (%) | FAW[a] | FAW-HEPA[b] | p-value |
|---|---|---|---|
| TJA (n = 5,405) | n = 2,792 | n = 2,613 | |
| Surgical Site Infection (%) | 33 (1.18) | 22 (0.84) | 0.21 |
| Periprosthetic Joint Infection (%) | 13 (0.47) | 20 (0.77) | 0.15 |
| Total infection (%) | 46 (1.65) | 42 (1.61) | 0.90 |
| [a]Forced-air warmer [b]Forced-air warmer with high efficiency particulate air filter | | | |

**Table 3.** Multivariate analysis

| Total Joint Arthroplasty | Odds Ratio (95% Confidence Interval) | p-value |
|---|---|---|
| Surgical Site Infection | 1.47 (0.83 − 2.58) | 0.18 |
| Periprosthetic Joint Infection | 0.53 (0.25 − 1.13) | 0.09 |
| Total infection | 1.00 (0.65 − 1.57) | 0.97 |
| *FAW-HEPA used as reference* *Factors adjusted for in the logistic regression model: Age, Gender, Charlson Index Score, Body Mass Index, and Operative Time.* | | |

# Bair Hugger Blanket



# Cotton Blanket Over Bair Hugger Blanket



# See-Through Drape Over Patient's Head



# Clear Plastic Drape – Under Right Leg and on to the Left Leg



# Clear Plastic Drape Above Waist



# Clear Plastic Drapes Above and Below Waist



# Sterile Drape Over Clear Plastic Drape



# Sterile Split Sheet – Over Sterile Drape and Clear Plastic Drape



# Sterile Stocking (Stockinette)



# Sterile Drape (Coban) Over Sterile Stocking (Stockinette)



# Sterile Hip Drape



# Sterile Hip Drape Used as Anesthesia Screen



# Sterile Hip Drape Used as Anesthesia Screen



# Sterile Drape (Ioban) Placed Directly Over Incision Site



# Common Sources of Bacteria in Operating Room


Trash Receptacle


Cabinets along walls


Patient's Skin


Staff shedding skin cells


Glove perforations


Drop bucket for used sponges




Surgical instruments


Suction drain


Electrocautery machines and other equipment


Anesthesia team and equipment


Circulating nurses


Backs of surgeon & surgical technicians


Lights above operating table


Blood and fluid on sterile drapes


Gown and drape perforations

40-01
1



 Cleveland Clinic

**Michael Mont, M.D.**
Chairman, Department of Or
Adult Hip and Knee Reconst

September 12, 2017

Dear Corey,

I wish to supplement my expert report regarding the 3M litigation because of newly published FDA recommendations for Health Care Providers.  In the FDA's August 30, 2017 letter, there is continual recommendation to use forced air warming devices for surgeries as clinically warranted.

The MedSun Medical Product Safety Network's September 2017 FDA release stated the following, which is a direct excerpt:

"Forced Air Thermal Regulating Systems: Healthcare Provider Letter

**August 30, 2017**

The FDA recently became aware that some health care providers and patients may be avoiding the use of forced air thermal regulating systems during surgical procedures due to concerns of a potential increased risk of surgical site infection (e.g., following joint replacement surgery). After a thorough review of available data, the FDA has been unable to identify a consistently reported association between the use of forced air thermal regulating systems and surgical site infection. FDA continues to recommend the use of thermoregulating devices (including forced air thermal regulating systems) for surgical procedures when clinically warranted."

The FDA's letter is consistent with, further supports and does not change the opinions expressed in my expert report signed June 2, 2017. I intend to rely on this Letter to Health Care Providers in support of my existing opinions and may refer to it at the time of trial.

I certify under penalty of perjury that my statements in this supplemental report executed on September 12, 2017 are true and correct.

Michael Mont, MD
Chairman, Department of Orthopaedics
Cleveland Clinic