# EXHIBIT 10

Home   About   Blog   Videos   News   Testimonials   Resources

*"There is not a single, credible scientific study that associates the Bair Hugger system with a surgical site infection. On the contrary, there is ample evidence that it actually helps patients."*

-Dr. Michelle Stevens, Chief Medical Officer,
3M Infection Prevention Division



Straight Talk about 3M™ Bair Hugger™ Warming Therapy

Plaintiff lawyers are advertising heavily to find patients who developed infections during surgery, claiming the 3M™ Bair Hugger™ warming system may have caused those infections.

Don't be fooled. These claims are based on a misinformation campaign orchestrated by a competitor.

Lawyers are working with Dr. Scott Augustine, a Minnesota competitor who is trying to convince hospitals to buy his Hot Dog warming device. It's important for readers to know that plaintiff attorneys are working with Augustine. In fact, a Texas law firm that has represented Augustine brought the first of the pending lawsuits against the Bair Hugger system.

## The Bair Hugger system is safe.

Hospitals and surgeons agree: the Bair Hugger patient warming system is an effective way to control a patient's body temperature during surgery. Keeping people warm during surgery can reduce the risk of infections, reduce surgical bleeding, reduce the risk of heart attack following surgery, reduce the length of hospital stay and improve overall outcomes from surgery.

The Bair Hugger system is the No. 1 choice for patient warming in the United States and is used by more than 80 percent of U.S. hospitals.

More than 200 million patients have been warmed using the Bair Hugger system. There are NO verified cases of infection caused by the Bair Hugger system. 3M does not believe there ever will be.

Numerous studies show that the Bair Hugger patient warming system HELPS patients. There is no evidence that the Bair Hugger system's forced-air warming causes infections.

The Bair Hugger warming system has been used more than 200 million times since 1987 and its use continues to grow across the world. Why? Because surgeons and hospitals understand the benefits of patient warming technology.

## The bottom line: The Bair Hugger system is safe and effective.

© Copyright 2016. Blackwell Burke P.A. All Rights Reserved.