# EXHIBIT 11

http://www.bairhuggerfacts.com/    Go    APR JUL SEP
17 captures                                ◀ 01 ▶
22 Apr 2016 – 29 Sep 2017                  2016 2017 201▼ About this capture

- LEARN THE TRUTH
- TESTIMONIALS
- VIDEOS
- RESOURCES
- BLOG

# BAIR HUGGER FACTS

- HOME/
- PATIENT Q&A:/
- LEARN THE TRUTH/
- TESTIMONIALS/
- VIDEOS/
- RESOURCES/
- BLOG/

# BAIR HUGGER FACTS

## FACTS ABOUT PATIENT WARMING

Know the Truth About 3M™ Bair Hugger™ Warming Technology

# BAIR HUGGER FACTS

- HOME/
- PATIENT Q&A:/
- LEARN THE TRUTH/
- TESTIMONIALS/
- VIDEOS/
- RESOURCES/
- BLOG/



"There is not a single, credible scientific study that associates the Bair Hugger system with a surgical site infection. On the contrary, there is ample evidence that

Dr. Michelle Stevens, chief medical officer of 3M's Infection Prevention Division, discusses the benefits of keeping surgical patients warm by using the Bair Hugger Surgical Warming System. Dr. Stevens also strongly disputes claims by a competitor – and some plaintiff attorneys – that the [Bair Hugger system](#) has caused infections in surgical patients.  The Bair Hugger is a forced-air warming system to prevent and treat hypothermia and to help prevent other complications in patients during surgery. The Bair Hugger has become an integral addition to thousands of operating rooms in hospitals all over the United States.



## PATIENT Q&A



**LEARN THE TRUTH**

**RESOURCES**

© Copyright 2016. Blackwell Burke P.A. All Rights Reserved.