# EXHIBIT 26

# G.S. Settles Lab Notebook

**Bair Hugger**
Settles Ex 7
Date 7-18-17
Debby J. Campeau
Stirewalt & Associates







O.R. @ Fairview Southdale Hospital
(Minneapolis area)



height of drape above floor

Initial Tests 18 April 2017
GSS, Lori, Larry



| ft/min | throttle | |
|--------|----------|---|
| 80–110 | 16.5 | min. |
| 65–80 | 14.15 | ¼ |
| 78–94 | 13.15 | ½ throttle |
| 97–104 | 12.0 | ¾ |
| 75–100 | 15 | |

Upshot: flow is unstable at the lowest leaf-blower throttle setting (14.1 – 15 on scale), therefore unusable. Currently we can hit 90 ft/min and 70 ft/min, but not 60 and certainly not 30. We need to lower all velocities to the point where we can stably get 35, 60, & 90 fpm. (35 is the FSH value used in the J. Abraham CFD.)

19 April 2017
· Added another layer of furnace filt inside downflow gen.

| throttle | ft/min |
|----------|--------|
| 17 | 6 ft/s. unstable. |
| 15 | |
| 14⅛ | 33 ±10 |
| 13⅛ | 0 – 41 ? |
| 12 | 38 ±10 |
| full throttle 10 | 30 – 50 |

ft/Min

TSI
WIND
ANEM.

100

INITIAL DATA    UNSTABLE

50

~¾   ~½   ±¼   MIN

0

10   12   14   16   18

throttle scale

$$25 \frac{mi}{hr} = \frac{5280'}{mi} \cdot \frac{hr}{60 \, min} \cdot 25 = 88 \times 25 = 2200 \, ft/min$$

88 ft/min ÷ 88 = 1 mph

(BAFFLE) installed @ inside of inlet to down-
flow generator



| throttle | fan |
|----------|-------|
| 17 | 10-18 |
| 15 | 35-55 |
| 14⅛ | 12-42 |
| 13⅛ | 29-53 |
| 12 | 32-52 |
| 10 | 28-66 |

IMPT: Face Velocity of Laminar-Flow Ceiling
Grilles in O.R.
- John Abrahson's calculation for 3M used
  ~ 34 ft/min
- S. Elghobashi's LES calc. for Augustine
  was 0.1933 m/s = 38 ft/min.
∴ There is no need for us to run 60 or 80
  ft/min., but we should be measuring
  face velocity
- Are we having this turned off meeting?
Elghobashi's Expert Report:
- The drape will block optical access
- LES 2 million CPU hours!
- rising thermal plumes are seen (Fig. 15b)
  from BH air discharged from the ends
  of blanket/drape
- Fig. 17: much of the thermal plume seems to
  to be coming from under the surgical table
  with B-H blower turned on.
          (contd.)

692-7570

- Elghobashi did not simulate the Hot Dog!
- Squeezes motion from floor to operation site:
  we cannot simulate this, nor turbulence levels
- publication - quality!
- a blower not 50r generated... strong thermal plumes
  and we have almost no time
- "rising thermal plumes from the blower" ??
- The momentum of BH hot air jets from tiny orifices
  is small & is directed downward. Thus for the
  same heating rate, thermal convection eft of BH
  & HD should be ~ the same
- No validation experiment exists

24 April 2017: | DOWNFLOW GENERATOR |

- Block is placed to interfere with jet observed
  last week, hopefully even out downflow pattern.
- Measure face velocity, not center above



"patient"

4' ↕

5'

|        |       | ft/min |       |      |      |
|--------|-------|--------|-------|------|------|
| throttle |     | A      | B     | C    | D    |
| 15     |       | 55-60  | 77-80 | 35   | 32   |
| 14⅛    |       | 100    | 90    | 67   | 32   |
| 13½    |       |        |       |      |      |
| 12     |       |        |       |      |      |
| 10     |       |        |       |      |      |

April 27, 2017 (installed more filter over C & D)

|        |       |     |     |      |      |
|--------|-------|-----|-----|------|------|
| 17     |       | 72  | 69  | 62   | 76   |
| 14⅛    |       | 94  | 93  | 85   | 75   |
| 18¼    |       | 37  | 35  | ~17  | ~5   |

installed 1 more layer f filter overall

|        |       |     |     |      |      |
|--------|-------|-----|-----|------|------|
| 17     |       | 70  | 70  | 55   | 55   |

| AVG  | Gebo valve |    | Gebo valve installed |    |    |    |
|------|------------|----|----|----|------|------|
| 44.5 | ¼ closed   | 17 | 60 | 50 | 36   | 32   |
|      | ½ closed   | 15 | 60 | 53 | ~10 unstable | 40 |
| 52   | ⅓          | "  | 60 | 49 | 60   | 40   |
| 46   | "          | 17 | 49 | 52 | 45   | 39   |

10

11

| AVG | Gate valve | throttle | A | B | C | D |
|---|---|---|---|---|---|---|
| 35 | btw. 1/3 & 1/2 (open) | 17 | 48 | 32 | 22 | 38 |
| 45 | split diff. above | " | 50 | 51 | 36 | 42 |
| 41 | marked "41" | " | 54 | 30 | 31 | 48 |

↖ chosen operating condition ↗

DSC 43s, 44 v
hot coffee no downflow

<u>IMAGE & VIDEO LOG</u> April 27, 2017

DSC _ 0045 -46   Stills, candle flame
DSC _ 0047   video candle flame (small FOV)
  field of view ~ 24" wide (vignetting 3" each side)
DSC _ 0048   "   "  w/candle
  49, 50   Stills with downflow (above chosen cands.)
  51   10 sec video
  52   "   "   "   SD's hand   ↓↓↓
  53   "   "   "   NO downflow
  54   HD Pat. warmg. sys. WCS1 @ 38°C
  55, 56   Stills
  57, 58   HD underbody bkt shot  Stills
  59   "   "   "   video
  60, 61   mannakin stag  "   "   Stills
  62   "   "   "   "   video
  63, 64   "   "   "   "   + Steri-Drape Stills
  ~~65~~, 66   "   "   "   "
  [DOWNFLOW ON]
  67, 68  Stills, 69 video   "   "   "   "
70, 71 ~~68~~, 72 drape off, mannakin + HD
73, 74, 75   HD blanket only
  underbody
76, 77, 78, 79 vid. HD WCS1 @ 38°C
80, 81, 82 vid   "   "   "   "  clamped to pipe
83, 84, 85 vid  BH 522 blanket upside down, sets up 33°C
86 - 88   "   "   "   " 1/2 of blanket folded under
89 - 91   BH522 blanket right-side up
92 - 94   "   "   "   "  with cotton blankets
93 - 97   "   "   [DOWNFLOW ON]   "   "

(over)

NEED ~ 150mm outboard focus lens & fixtures

12

JD-100 DH-22 blanket right-side up 38°C, downflow
— end of testing for 27 April —





15



NE
↑

| A | D |
| B | C |

↓
SW

(Downflow apparently not working due to shaft/seal/flow issue)

DOWN FLOW OFF

**5 May 2017**

| Avg throttle | | A | B | C | D |
|---|---|---|---|---|---|
| 44.5 | 17 | 49 | 48 | 34 | 47 |

(Stills @ 1/2500 s)

DOWNFLOW ON

white balance @ 5560K + PC1 lt. yell. filter
outboard f=100mm lens gives full
30° circle in FOV!

air temp
62.4° F

DSC_106  STILL, candle
107  video  "  "
108, 109  hand, Still, video          38°
110, 111 BH blanket holes out, vert, Still, video, 6" scale
112, 113  "  "  "  "
       (no obvious change seen wrt BH fan on high or low)
114,-116  BH blanket horiz fan high. blanket

· Tamron lens does not work w/this system: vignetting
even at min. (f/2.8). Back to outboard f = 100mm

f = 275 mm

DSC_117 close-up BH jets ↑↑ 6" scale NO DOWNFLOW

DOWNFLOW ON

118, 119  BH jets ↑ downflow on
120  calibration shot 6" scale
121-128  BH hose dump, no blanket attached

(not centered under downflow gen.)

→ 124-26 NOT CENTERED UNDER DF GEN
127, 128 Still, vid BH holes down centered under Df gen
129, 130  cotton blank on top of above
Note: BH on high, vertical convection not suppressed
by downflow, but on low it is
131, 132  BH on low
133, 134  BH "  ", stop mannequin
135, 136  mannequin, looking along long axis of BH
137, 138  bare table (it's warm), downflow
          struggles to suppress it; mirror fogged

(The downflow is restricted due to thermal stratification, plus rel. humidity ~ 100% supports fog. JSS)



repeated
May 15

{
139, 40 BH blower unit (low) frontlit
141, 142      "      "  (high fan)  "  ⇒ 43°C
143, 44       "      "  air pole
145
}
Mirors fogged up ⇒ downflow seemed impoter
∴ Quit for the day

| 5/11/17 | AVG 39 | THROTTLE 17 | A 54 | B 44 | C 31 | D 27 |
|---------|--------|-------------|------|------|------|------|

BOS Setup May 11, 2017 ~~BSS~~

D90 V320s @ f/10 w/2 Bogan floodlights
DSC 150    tare
✓151    coudle lit    (no downflow)
✓152    JD's hand
153    B.H. tare
✓154    B.H. on 43°C high fan
155    H.D. tare underbody blschet
✓156    "    38°C    "    "    "    38°C
✓157    "    "    w/ Downflow Gen. (
moved csmors to S to C = 12    "    ↓ 6
✓158    "    "    "    "    "
✓159    hand
✓160    coudle
161    tare
✓162    hand
✓163    coudle

Downflow Gen OF

Back to 30" Schlieren   (May 11)

DSC_0164  test video of sensitivity w/ closed
   mirrors → JD's hand ✓

0168, 169V  B.H., mannequin, arms, blanket, full body drape   hip drape
   ← (DOWNFLOW OFF) →  → Downflow ON | AMS WORKING

170, 171    "      "
172V, 173V, #74V,    "    "           " + JD "Dr"
175, 176 (refocused)
                                        (Stills 1/2000 s
178V BH hose set  177 still            WB 5560 K)
178V hair dryor  179 still
180 HD on top of mannequin, 181V
182  + JD up to 185
186 – 195  stills & video  JD garbed, breathing, NO BH or HD

—o—

14 May 2017 GSS   Set up 4¼" schlieren
for closeups of BH exit jets.
DSC_0211 & still & DSC_0210. avi  Show
about 1" or less of laminar jet followed
by rapid turbulent mix-out.
   Flow is cool to the skin just inches
above BH blanket exit holes!  Need T
profile & V profile, mass, Po also.

$$\frac{517 \, px}{0.756"} = \frac{2531}{dia_{F.O.V.}} \quad \boxed{\text{diameter of field-of-view} = 3.7"}$$

· BH flow rate is not spec'd: Have to measure it:
   15 m/s over a 0.0445 m dia circle (BH discharging
   ambient-temp air into Model 522 upper Body Blanket
   $Q = 15 \frac{m}{s} \left( \frac{\pi (0.0445)^2}{4} \right) = 0.0233 \, m^3/s = 49 \, CFM$  (fan on high)
   USE THIS → 41.4 CFM used by J. Abraham
· Compare Elghobashi's  1.1 m³/s = 2331 ft³/m (CFM)
   ✓ BH supply air is only ~ 1/56 of total downflow supply air
   ∴ how can it "destroy the laminar flow"??

May 15, 2017 Testig in Stormstown

Temp. measurements of outflow from under
drapes with full warmequin, BH, blanket, drape
etc. & room temp. ~ 59°F (OR temp.) This
is to check Horshcen/Elghobashi outflow temp
undr. of 41°C. BH set at 43°C & high fan
Surgical area of drapes is [knee]



cotton blanket
BH

65.0    79.6          79.7       66.8
(18.3C) (26.4)        (26.5)  76.9  (19)
83                          (26.6)
(28.3)

BH
nose



(24)    Troom = 63.7°F → 64   [17°C]
74.5
                        (18)
                        65.2
                    knee

Surg. table

67.5
(20)
            89.5
            (32)        •64.6
                        inside
                        (18)        drapes

(outboard)
89 mm lens replaces 100 mm  ✓

1/2000s

$T_{room}$ = 65°F    WBcolor temp =

D-90 footage 15 May 2017    8C1 yellow filter removed

(DOWNFLOW OFF)

DSC. 227-229 Still 230 V   Btt   pur unit front
43°C fan high

231-232 s, 233 V   "   "   " side
(DOWNFLOW ON)

234, 235 s, 236 V   "   "   " side

237, 238 s, 239 V   "   "   " front

240, 241 s  242 V   HD 38°C  38°C  " with pipe
paint unit

243, 244 s  245 V   "   "   side  with pipe
246, 247 s  248 V   "   "   "   No pipe
249 s, 250 V   Downflow only

251, 252 s, 253 V   top top

254, 255 s, 256 V   hand

257, V   hot coffee

DSC.267, 268 s 269v   electrocautery   No DOWNFLOW
270, 271   272v        "              DOWNFLOW

—————— 273, 274 = junk ——————

275, 276 s, 277v  Anaesth - cautery, BH 43° fan high   No Downfl
278, 279 s, 280 v   "        "      "     "    "    "    Downflow
281, 282 s, 283   As above w/ JD garbed as Dr.
284, 285, 286   As in 278~80, but with BH on
                chair 10" down from top of table,
                centered under top of manog. head

to Dropbox: 1) overshoot (2)  2) computer video  3) coffee
            4) 2 JD videos from last Thurs. w/ caption   video
            5) creatures   6) prior downflow

Y mm    T °C        BH   43°C, fan a high
2       34.2        JSS 16 May 2017
0       33.1
5       27.0              ↑ Y
8       26.0              |
21      26.7          ← hole
40      23.5        T_room ≥ 22 °C
52      23.0        ————————————
62      23.0        TSI Inc.
85      23.0        Air Velocity Meter
0       32.3        Model 9515
1       32.5

Pa
Ro
Su
AC
Ro
Inl
Su
Ro
Gri
Gri
Gri
Mea
Inle

May 18, 2017      Troom = 69°F → 73°F
(Downflow ON)

DSC_0287✓ "Surg." lamp + downflow
to 298 ~ 299 Skills

DSC_300✓ but not as good as 287✓

Skills → 306✓   JD's head immediately under lamp
   "    311✓    "         "      "    w/ cap & mask

Downflow generator off ( Outside temp ~ 1°F >
indoor temp., ∴ downflow is subsat to buoyancy)
Relative temp. is an issue!

Skills → DSC_315   JD's plume
Skills →    320    "      "    sideways

      JD's feet on raised platform
Skills & DSC329    Shuffling feet

Elyabdashi

Table 1: Operating room characteristics

| Parameter | Value |
|---|---|
| Room dimensions [m], $L, W, H$ | 7.115 × 7.00 × 3.175 |
| Supply air flow rate [m³/s], $\dot{V}$ | 1.10436 |
| ACH [1/hr] | 24.45 |
| Room air temperature [°C] | 15 |
| Inlet air density [kg/m³], $\rho_{in}$ | 1.225 |
| Supply air temperature [°C] | 15 |
| Room air pressure [Pa] | $1.0131 \times 10^5$ |
| Grille dimensions [m] | 1.12 × 0.51 |
| Grille Area [m²] | 0.5712 × 10 |
| Grille hydraulic diameter [m], $D_h$ | 0.7 |
| Mean inlet velocity [m/s], $\bar{U}_{in}$ | 0.1933 |
| Inlet Reynolds number, $Re_m = \frac{\rho_{in}\bar{U}_{in}D_h}{\mu}$ | 9226.54 |

10.4↑

5.7 μ² = 0.5712 × 10

38¢/pm

END of LAB NOTEBOOK   ⟶ 955