EXHIBIT 34

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

In re: Bair Hugger Forced Air
Warming Products Liability
Litigation                          MDL No. 2666

_____

VIDEOTAPED DEPOSITION OF

YADIN DAVID, Ed.D., P.E., C.C.E.

Houston, Texas

Tuesday, August 1, 2017

Reported by:

SUSAN PERRY MILLER, RDR, CRR, CRC

JOB NO. 124787

Page 2

1      August 1, 2017
2      9:16 a.m.
3
4      VIDEOTAPED DEPOSITION of YADIN DAVID,
5  Ed.D., P.E., C.C.E., held at the offices of
6  Thompson Coe LLP, One Riverway, Suite 1400,
7  Houston, Texas, pursuant to Subpoena and the
8  Federal Rules of Civil Procedure, before Susan
9  Perry Miller, Registered Diplomate Reporter,
10 Certified Realtime Reporter, Certified
11 Realtime Captioner, and Notary Public in and
12 for the State of Texas.
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1          A P P E A R A N C E S
2  FOR PLAINTIFFS:
3    FARRAR & BALL
4    1010 Lamar Street
5    Houston, Texas  77002
6    By:  Mark Bankston, Esq.
7     - and -
8    KENNEDY HODGES
9    4409 Montrose Boulevard
10   Houston, Texas  77006
11   By:  David Hodges, Esq.
12
13 FOR DEFENDANTS:
14   FAEGRE BAKER DANIELS
15   90 S. Seventh Street
16   Minneapolis, Minnesota  55402
17   By:  Christin Jaye Eaton, Esq.
18    - and -
19   BLACKWELL BURKE
20   431 South Seventh Street
21   Minneapolis, Minnesota  55415
22   By:  Peter Goss, Esq.
23
24 VIDEO TECHNICIAN:  Robert Birdsall
25          --oOo--

Page 4

1          Y. DAVID
2  (Tuesday, August 1, 2017, 9:16 a.m.)
3      THE VIDEOGRAPHER:  Good morning.
4  This is the start of the Deposition of
5  Yadin David, Dr. Yadin David, in the
6  case styled In Re: Bair Hugger Forced
7  Air Warming Products Liability
8  Litigation, in the United States
9  District Court for the District of
10 Minnesota, MDL 15-2666.
11     The deposition today is being held
12 at One Riverway, Suite 1400, Houston,
13 Texas.  Today's date is August 1st,
14 2017, and the time is approximately
15 9:17.
16     My name is Bob Birdsall, the legal
17 video specialist, and the court reporter
18 today is Susan Miller.  We are both from
19 TSG Reporting.
20     Would counsel please identify
21 yourselves.
22     MR. BANKSTON:  Mark Bankston on
23 behalf of the Plaintiffs.
24     MR. HODGES:  David Hodges on behalf
25 of the Plaintiffs.

Page 5

1          Y. DAVID
2      MS. EATON:  Christin Eaton on
3  behalf of the Defendants.
4      MR. GOSS:  Peter Goss on behalf of
5  the Defendants.
6      THE VIDEOGRAPHER:  Thank you.
7      Court reporter, would you please
8  swear in the witness.
9      (Witness sworn by the reporter.)
10       P R O C E E D I N G S
11   YADIN DAVID, Ed.D., P.E., C.C.E.,
12 having taken an oath to tell the truth, the
13 whole truth, and nothing but the truth,
14 testified as follows:
15       EXAMINATION
16 BY MS. EATON:
17   Q.  Good morning, Dr. David.
18   A.  Good morning.
19   Q.  Could you please tell us for the
20 record, what is your full name?
21   A.  Yadin David.
22   Q.  And what is your business address
23 at this time?
24   A.  1111 Hermann Drive, Houston, Texas
25 77004.

Page 6

Y. DAVID

1
2    Q.   That is the address for what
3    entity?
4        A.   For Biomedical Engineering
5    Consultants LLC.
6        Q.   Do you understand that you're under
7    oath today just as if you were in a courtroom
8    or before a jury?
9        A.   I do.
10       Q.   When you answer my questions, will
11   you use the standards and the rigor that you
12   would use in your professional practice
13   outside of a courtroom?
14       A.   I will.
15       Q.   You have been deposed before.
16       A.   Correct.
17       Q.   If you have any difficulty ever
18   understanding my question or if you need
19   clarification for my question, will you let me
20   know, please?
21       A.   Yes.
22       Q.   Thank you.
23           And if you ever need to take a
24   break, as long as there's not a question
25   pending, just let me know and we can do that.

Page 7

Y. DAVID

1
2    Okay?
3        A.   I appreciate that.
4        Q.   Thank you.
5            I met you briefly this morning as
6    you walked into the room.  Had we ever spoken
7    before that?
8        A.   No, we did not.
9        Q.   And have you ever spoken to anyone
10   who you believe to be attorneys for 3M in the
11   Bair Hugger litigation or for Arizant?
12       A.   Not as far as I know.
13       Q.   Is there any reason, because of
14   medication, health or any other reason, why
15   your testimony today can't be accurate and
16   fair?
17       A.   No, there's none.
18       Q.   Okay.  I would like to mark as
19   Exhibit 1, or I have marked as Exhibit 1, a
20   copy of the subpoena to you to produce
21   information and document -- or to produce
22   documents.
23           (David Exhibit 1 marked.)
24   BY MS. EATON:
25       Q.   Is this something you've seen

Page 8

Y. DAVID

1
2    before today?
3        A.   Yes.
4        Q.   And did you make an effort -- did
5    you read it?
6        A.   I did.
7        Q.   Do you know when you received it?
8        A.   I received it a few days ago.
9        Q.   Have you ever made an effort to
10   compile information responsive to it?
11       A.   Yes.
12       Q.   When did you make that effort?
13       A.   Throughout my engagement with this
14   case.
15       Q.   Since seeing the subpoena, have you
16   made an effort to gather materials that would
17   be responsive to it?
18       A.   I believe the material was already
19   gathered.
20       Q.   Was that your impression when you
21   read it?
22       A.   Yes.
23       Q.   Okay.  When you read it a few days
24   ago, did you discover anything that in your
25   mind should have been provided or would be

Page 9

Y. DAVID

1
2    responsive that wasn't already provided?
3        A.   No.
4        Q.   In what form did you believe the
5    materials were already provided?
6        A.   In the basic fact that I gathered
7    all the materials that I depended upon in
8    binders, already there is no additional
9    material that I can bring to the table.
10       Q.   Okay.  How many binders of material
11   did you have?
12       A.   I need to count.  It's here in the
13   box.
14       Q.   Oh, you have it here?
15       A.   Yes.
16       Q.   Okay.  You have it in this room.
17   Can you just point to the box so I can have a
18   sense?
19       A.   Here it is.
20       Q.   Okay.  One white box -- that one
21   white box right there.  Is that all the
22   materials you've reviewed in connection with
23   your work in this case?
24       A.   Correct.
25       Q.   Okay.  Is it your understanding

Page 10

Y. DAVID

1   that all of those materials are either cited
2   in your report -- I'm sorry, let me separate
3   that out.
4           Are there materials in that box
5   that are not cited in your report or listed on
6   the materials review list?
7       A.  Everything is listed and cited one
8   way or another.
9       Q.  Okay.  I'm going to go through it
10  in a little more detail later, but for now, I
11  just wanted to get that baseline.
12          Why did you obtain a Bair Hugger
13  unit for purposes of your work in this case?
14      A.  Sure.  I wanted to acquaint myself
15  with the product, with the way it is built,
16  with its design, with the way that it is
17  supposed to operate, and with the internal
18  component that have Bair in this case.
19      Q.  Had you ever seen a Bair Hugger
20  device before you ordered the one from eBay
21  that's described in your report?
22      A.  I just want to correct one thing.
23  I did not order myself.  I asked counsel to
24  order it for me.


Page 11

Y. DAVID

1       Q.  Thank you for that correction.
2       A.  And --
3       Q.  Before the device was obtained for
4   purposes of your review that is described in
5   your report, had you ever seen a Bair Hugger
6   device before?
7       A.  I did.
8       Q.  Tell me about that.
9       A.  I have been working for almost
10  three decades in hospitals, and I recalled
11  walking different areas of these hospitals,
12  especially in the late '90s, that I've seen
13  the Bair Hugger product used in patient rooms.
14      Q.  Is that a specific memory of the
15  late '90s as opposed to other time frames?
16      A.  Correct.
17      Q.  Did your profession -- okay.  So
18  you saw a Bair Hugger device in use in patient
19  rooms.
20          What hospital or hospitals?
21      A.  It would be difficult for me to
22  pinpoint specific hospitals.  I'll give you a
23  list of a few of them that I worked at at the
24  time that we are discussing here, and those

Page 12

Y. DAVID

1   will be the St. Luke's Episcopal Hospital here
2   in Houston and the Texas Children Hospital at
3   the -- here in the Medical Center.
4       Q.  In Houston also?
5       A.  Correct.
6       Q.  Okay.  Those were the two hospitals
7   you were working at at the time when you
8   believe you saw a Bair Hugger device?
9       A.  Correct.
10      Q.  What was your responsibility at
11  those two hospitals at that time, in the late
12  1990s?
13      A.  I was the director of the
14  biomedical engineering department.
15      Q.  What does that mean?
16      A.  That means that I have the
17  responsibility to make sure that medical
18  technology used in these hospitals is
19  selected, installed, maintained, and in
20  service properly.
21      Q.  You said "medical technology."
22  What does that encompass?
23      A.  In general, that will be biomedical
24  devices.

Page 13

Y. DAVID

1       Q.  Can you give me an example of some
2   biomedical devices?
3       A.  Absolutely.  Biomedical devices
4   used for managing and diagnosing patient
5   condition will be bedside monitors that --
6   looking at patient vital signs.  It will be
7   X-ray machines, lasers in surgery.  It will be
8   blood-warming devices and laboratory
9   diagnostic instruments.
10      Q.  Is that a complete list?
11      A.  Oh, my God, no.
12      Q.  Okay.  Those were examples?
13      A.  I was responsible for about 25,000
14  devices, biomedical devices, so we probably
15  can spend the day going through the type of
16  biomedical device on these assets.
17      Q.  Would the Bair Hugger device be
18  within the type of devices that you were
19  responsible for?
20      A.  I do not recall.
21      Q.  You don't recall ever making an
22  evaluation or decision about a Bair Hugger
23  device?
24      A.  Correct.

TSG Reporting - Worldwide     877-702-9580

4

Page 14

Y. DAVID

1
2       Q.  Would it have been within the
3   category of biomedical devices that you --
4   would fall within the scope of your job?
5       A.  Depends how it's arrived into that
6   patient's room.  If it was intended to be
7   purchased, absolutely it would be my
8   responsibility to review and evaluate.  If it
9   was on loan, rent, or brought by a third
10  party, it will not be subjected to my
11  evaluation.
12      Q.  Do you know, at either St. Luke's
13  or Texas Children's Hospital, if the device
14  was purchased or brought in in some other way?
15      A.  No, I do not.
16      Q.  Is that distinction you've made
17  about purchased versus brought in some other
18  way something that would apply at both of the
19  hospitals that you've listed, St. Luke's and
20  Texas Children's?
21      A.  Correct.
22      Q.  Okay.  Why do you -- are you saying
23  there's a policy or procedure set out that
24  that's how your responsibilities fall?
25      A.  We did have many policies, and my

Page 15

Y. DAVID

1
2   program was very well scripted and structured.
3   There were a flexibility for especially the
4   clinical staff to become aware of new
5   technologies and use or review them on the
6   loan basis or as a donation.  That would be
7   not subjected to evaluation.
8       Q.  Did you say "clinical staff"?
9       A.  I did.
10      Q.  I wanted to make sure.  At first I
11  thought I heard the word "stuff" but I thought
12  that you must have meant "staff."
13      A.  I apologize for my accent, but I
14  referred to people who were involved with
15  clinical activities.
16      Q.  Thank you.  No need to apologize.
17  I just wanted to be sure I understood you.
18          You're saying there was a policy of
19  flexibility for clinical staff to use
20  instruments that didn't come in through
21  purchasing?
22      A.  Correct.
23      Q.  Was your role as biomedical
24  engineer tied only to purchasing, then,
25  devices purchased?

Page 16

Y. DAVID

1
2       A.  That's correct.  My responsibility
3   was to ensure that recommendations for
4   commitment of hospital financial resources
5   towards medical technology, i.e., biomedical
6   devices, are based on several aspects that
7   include the cost-benefit ratio analysis, risk
8   analysis, and match between product feature
9   and clinical needs, and that separate than
10  trying to educate clinicians about new product
11  or different product than they use.
12      MS. EATON:  Can I just -- I just
13  wanted to read one thing there, I'm
14  sorry.
15      (Counsel reviewing realtime
16  transcript on the reporter's computer.)
17  BY MS. EATON:
18      Q.  I'm going to return to that history
19  in a moment.
20          Had you ever -- but for now I want
21  to return to the device that you evaluated for
22  purposes of your work in this case.
23          Had you ever touched or used a Bair
24  Hugger device before the one you obtained for
25  your evaluation here?

Page 17

Y. DAVID

1
2       A.  Besides the one that I operated?
3       Q.  I'm sorry, my question may not have
4   been clear.  For purposes of your work in this
5   lawsuit and preparing the report that you
6   prepared, did you obtain and review and
7   operate a Bair Hugger device?
8       A.  Correct.
9       Q.  Other than -- how many Bair Hugger
10  devices?
11      A.  One.
12      Q.  Other than that one, before you
13  obtained that one, have you ever operated a
14  Bair Hugger device before?
15      A.  Not that I recall.
16      Q.  Have you ever touched one before,
17  in any way?
18      A.  I cannot ascertain that.  That does
19  not ring a bell.
20      Q.  You said you had a memory of having
21  seen them in hospitals.  Did you -- what is
22  the -- can you tell me more about that memory?
23  What do you recall?
24      A.  No, I cannot.
25      Q.  You recall having seen them and

Page 18

Y. DAVID

1  
2  that's it?
3     A.  Correct.
4     Q.  Okay.  Do you recall having any
5  sense, at the time you saw them, for why they
6  were in an operating room?
7     A.  I mentioned it was patient room.  I
8  didn't say operating room.
9     Q.  Oh, I'm sorry.  Can you please
10 clarify for me, where did you see one?
11    A.  I don't recall it.  I don't believe
12 I was walking the operating room.
13    Q.  What do you mean by "patient room"?
14    A.  An area where a patient is being
15 observed on one of the general floors.
16    Q.  Is this something before or after
17 surgery or not in connection with surgery at
18 all?
19    A.  I have no recollection of that.
20    Q.  Do you have any recollection of the
21 specific hardware -- in other words, what
22 model it would be, how large it was, how it
23 compares to the one that you obtained for use
24 in this case?
25    A.  No.

Page 19

Y. DAVID

1  
2     Q.  Is this a specific memory of having
3  seen it one time, or do you believe you saw a
4  Bair Hugger device more than one time?
5     A.  We are talking about something that
6  is about 20 years ago or more, so I cannot
7  differentiate if it's one or two times.
8  Definitely not something that would be
9  frequent.
10    Q.  So with the clarification that you
11 saw it in a patient room, do you recall having
12 any understanding at the time you saw it about
13 why it was in the patient room?
14    A.  No.
15    Q.  Do you recall any discussion, ever,
16 during your work at a hospital, about Bair
17 Hugger devices and their use?
18    A.  No.
19    Q.  And I shouldn't have added those
20 last two words, because I meant it to be a
21 very broad question.  Do you recall any
22 conversation during your time working in any
23 hospital about Bair Hugger devices?
24    A.  No.
25    Q.  Were you responsible for making any

Page 20

Y. DAVID

1  
2  evaluation or assessment about disposables
3  that are used with medical technology?
4     A.  Yes, I did.
5     Q.  Did you ever make any evaluation or
6  assessment about blankets used with the Bair
7  Hugger device?
8     A.  I don't believe so.
9     Q.  Did every piece of medical
10 technology that came into an operating room
11 become subject to an evaluation by your
12 department, if it was purchased?
13    A.  My ego says answer that as a
14 positive yes so I can reflect on a very good
15 program.  I would say the first time a type of
16 device is acquisitioned, probably it will be
17 evaluated.  But if the same device is being
18 purchased years later and again and again, it
19 would not.
20    Q.  Did you start the question -- I'm
21 sorry.  Did you start your answer by saying
22 your ego would say yes because it was a good
23 program?
24    A.  Yes.
25    Q.  Okay.  Meaning, in your mind, if

Page 21

Y. DAVID

1  
2  you had a good program, you would want to have
3  looked at all the devices that were being
4  purchased?
5     MR. BANKSTON:  Object to the form.
6  BY MS. EATON:
7     Q.  Is that right?
8     A.  The point to bring to this question
9  is that the process in the hospital is so
10 complex that there may be avenues that are not
11 main street but on the perimeter the device is
12 coming in through some kind of special
13 relationship with a vendor, and I would not
14 have the benefit of passing evaluation or
15 judgment on that.
16    Give an example, a blood analyzer
17 in the lab may have been purchased by buying
18 the agents that are used in the blood-drawing
19 process, the chemical agent.  So as long as
20 the hospital buys those chemical agents, the
21 product is given to the hospital and there is
22 no evaluation involvement because there's no
23 purchasing of capital item.  It's like the
24 Schick blade; you get the holder if you buy
25 the razor or something like that.

Page 22

Y. DAVID

Q.  Within the terms of the programs at -- I'm sorry.  Were you responsible for evaluating products at both Texas Children's and St. Luke's at certain times?

A.  At certain times, correct.

Q.  Within the program as you understand it at those hospitals, would the purchase of Bair Hugger blankets have brought the Bair Hugger device up for review by you, or not?

A.  Now I'm hypothesizing with you about my response, because if you are telling me that there is requisition to buy a blanket, it sounds to me like the product is already in the hospital, so just add another accessory would not be subjected to evaluation.

Q.  Do you know if Bair Hugger devices were purchased by either Texas Children's or St. Luke's Hospitals?

A.  At the time that I was there, no, I don't know.

Q.  Do you know if blankets were purchased?

A.  No.

Page 23

Y. DAVID

Q.  You don't recall evaluating a Bair Hugger device -- and I apologize if I already asked you this.  Do you recall ever evaluating the blankets?

A.  I do not.

Q.  Had you ever disassembled a Bair Hugger device before the work you did for this case?

A.  No, I did not.

Q.  And do you have any memory about the way the Bair Hugger device or devices you recall having seen in the past were being operated?

A.  No, I do not.

Q.  Why did you choose to examine a previously used Bair Hugger device for your work in this case?

A.  Actually, this is a very good question.  Because usually if you would like to review the device performance, especially in a clinical setting, you would like to have a new product that is fully capable to deliver all these features.

On the other hand, my goal

Page 24

Y. DAVID

specifically was to see device operation and the inside of the device after it was used in the field.  So on purposely, I wanted to get a device that had some field experience with it.

Q.  Why?

A.  Because it gives me a view of what the device's capability to sustain its features in the field after it's been used for a period of hours.  For example -- and I pointed that in my report -- is that I looked at the four feet on the bottom of the device and gave -- and realized that this device was used much on the floor because you could see the wear and tear on those four points at the base of the device.

So a device sitting on the floor has different performance on its enclosure than a device that would be up on the shelf or on an IV pole.

Q.  What do you mean, it has a difference in the enclosure?

A.  The performance of the characteristics of the physical enclosure, the box that covered the whole internal operation

Page 25

Y. DAVID

and the components inside are subjected to specific wear and tear from floor, such as operating floors and recovery room floors.

Q.  How does the floor and whether the device is placed on the floor or not impact the inside of the device, to your understanding?

A.  There is a significant difference.  A device that is placed on the floor is in closer proximity to an area that is not clean, that has higher concentration of pathogens, and that have more -- a higher percentage of relative humidity around the intake of the device.  This gives rise to additional contamination of pathogens that the device can harbor.

Q.  Okay.  Did you examine a device that had been used and was not placed on the floor to see if the inside of the device looked any different?

A.  Once again, I don't know where the device was used, but it's my observation that the bottom part of the device, the four feet, were subjected to significant wear and tear;

Page 26

Y. DAVID

1 therefore, it was moved about on a hard
2 surface like a floor.
3      Q.  I'm sorry.  My question was a bit
4 different.  Did you obtain any other used
5 device that was not used on a floor to compare
6 the insides of the two devices and see if they
7 looked any different?
8      A.  I didn't see a need to do that.
9      Q.  Did you do it?
10      A.  If I didn't see a need to do it, I
11 didn't do it.
12      Q.  Okay.  Thank you.
13      On what basis do you say that the
14 inside of the device you examined looked any
15 different than the inside of any other device
16 that had been in use?
17      A.  I don't believe that I said that.
18      Q.  Well, I believe that you said you
19 wanted to see an in-operation device and I
20 believe that you said that the fact that the
21 feet showed wear and tear was important to you
22 because the inside would have a different
23 environment.  So maybe I should ask a
24 different question.

Page 27

Y. DAVID

1      Do you believe that the operation
2 of the Bair Hugger device you examined
3 resulted in any difference in the inside of
4 the compartment than would have occurred if
5 the device had been operated in a different
6 manner?
7      MR. BANKSTON:  Object to the form.
8 Object to the preamble.
9      A.  I need to very simply clarify the
10 purpose of my examination of the device.  I
11 wanted to see how the device is built, how
12 it's put together, where the components
13 physically sit, where is the intake, where is
14 the output, how you connect the blanket to it,
15 and I did not seek to make any performance
16 comparison or derive any clinical outcome of
17 the device use.
18 BY MS. EATON:
19      Q.  When I asked you why you wanted a
20 used device, you said you preferred one so
21 that you could see its characteristics after
22 use.  Now that you describe the purpose here,
23 let me ask a different question.
24      Would a new device have provided

Page 28

Y. DAVID

1 just as much information to you as the one
2 that you examined?
3      MR. BANKSTON:  Object to the form.
4 Object to the preamble.
5      A.  A new device would have a
6 completely different purpose than what I was
7 seeking.  I wanted to see the device
8 structure, how it would sustain its integrity
9 of fitting the components together, how the
10 filter fits into the device, where the air
11 intake is, how close it is to a base that it's
12 sitting on.  So this was the particular reason
13 that I wanted such a device.
14 BY MS. EATON:
15      Q.  Did you know that you had available
16 to you a new device?
17      MR. BANKSTON:  Object to the form.
18 Misstates the record.
19      A.  I don't believe that I asked for a
20 new device.
21 BY MS. EATON:
22      Q.  Okay.  What environment was the
23 device that you obtained used in?
24      A.  I didn't receive that information.

Page 29

Y. DAVID

1      Q.  For how long had it been in use?
2      A.  The hour meter on the device
3 indicated, as I had written in my report, over
4 5,000 hours of use.
5      Q.  Do you know how typical that length
6 of use is?
7      A.  No, I do not know.
8      Q.  Do you know how that length of use
9 may have impacted the condition of the device
10 that you had?
11      A.  The length of use will -- may or
12 may not impact the device, and that's why I
13 wanted to examine a used device, to see how
14 well the filter mounting, for example,
15 supports air flow, and to see can you clean
16 the device, can you reach areas that can
17 harbor bacteria or pathogens, and in general,
18 to became -- to make myself acquainted with
19 the product.
20      Q.  Did you see any issue with the
21 filter mounting on the device that you
22 examined?
23      A.  Not on that unit.
24      Q.  Did you see anything about the

Page 30

Y. DAVID

1
2  condition of the unit you examined that did
3  not -- let me ask that differently.
4        Did you see anything about the unit
5  that you had examined that appeared to be a
6  condition you thought had changed based on
7  use?
8        MR. BANKSTON:  Object to the form.
9    A.  Can you clarify your question?
10 BY MS. EATON:
11   Q.  Sure.  You said you were looking to
12 see how a device held up under use, roughly
13 speaking.  Is that right?
14   A.  Yes.
15   Q.  Did you see anything about the
16 device you examined that you identified as
17 something that might have been related to use,
18 a condition that might have been related to
19 use?
20   A.  I see.
21        Sure.  The obvious thing was lint,
22 dirt, and accumulation of unclean particles.
23   Q.  Anything else?
24        MR. BANKSTON:  I object to the
25 form.

Page 31

Y. DAVID

1
2        MS. EATON:  What is the objection
3  to that question?
4        MR. BANKSTON:  It calls for either
5  a narrative or a complete accounting of
6  everything that could possibly be
7  different about the device.
8        MS. EATON:  Yes, it kind of does.
9  I'm asking him for his expert opinion,
10 and I think you're making too many
11 objections here.  That is not a valid
12 objection.
13        MR. HODGES:  Object to the sidebar.
14 BY MS. EATON:
15   Q.  Sir, did you identify anything else
16 about the device that appeared to demonstrate
17 a condition of use that was consistent with
18 what you were looking for?
19   A.  There were several observations
20 that I made.  They are included in my report
21 and very clearly indicate that upon turning
22 the device on, connecting it to a power
23 source, it went through the self-test, then
24 identification of the device models and
25 version of the software, and then I was able

Page 32

Y. DAVID

1
2  to see that there are fault codes, I think the
3  abbreviation displays FC.  And I mentioned
4  that in my report.
5  BY MS. EATON:
6    Q.  Were all the -- I'm going to get to
7  your report in a minute, so we'll have that
8  fault code in front of us.
9        Was there a reason --
10       MR. BANKSTON:  Objection.  Object
11 to the preamble.
12 BY MS. EATON:
13   Q.  Sir, I was just letting you know
14 where I'm going so that you would understand.
15 I will come back to the observations that are
16 made in your report.
17       MR. BANKSTON:  And I'm going to
18 object every time you don't ask a
19 question.  Object to the preamble.
20 BY MS. EATON:
21   Q.  Was there a reason that you wanted
22 a Model 750 specifically?
23   A.  As compared to what?
24   Q.  Any other model of Bair Hugger
25 device?

Page 33

Y. DAVID

1
2    A.  Since this is the product that I
3  was asked to opine upon, that's the one I
4  requested.
5        (David Exhibit 2 marked.)
6  BY MS. EATON:
7    Q.  I've marked as Exhibit 2 the
8  response to the subpoena that was served in
9  this case.  Have you ever seen this?
10   A.  Not in this form.
11   Q.  If you would turn to the middle of
12 this packet, there is an eBay -- a printout of
13 an apparent eBay listing.  It looks like this
14 (indicating).
15   A.  Yes.
16   Q.  Did you go onto eBay and look for a
17 device?
18       MR. BANKSTON:  Objection to form.
19   A.  I did not.
20       MS. EATON:  What's your objection
21 to that question?
22       MR. BANKSTON:  Asked and answered.
23 BY MS. EATON:
24   Q.  Do you know who did?
25   A.  Physically who did it, no.  What I

Y. DAVID

1  know is that I requested counsel to provide me
2  with exemplars, as we discussed earlier.
3      Q.  What type of criteria, if any, did
4  you request in terms of the device you wanted
5  to see?
6      A.  Very simply, a used device.
7      Q.  Any other criteria you requested?
8      MR. BANKSTON:  Objection to form.
9      A.  No.
10  BY MS. EATON:
11      Q.  Were you given more than one
12  listing to review?
13      A.  No.
14      Q.  Were you given this listing
15  contained in Exhibit 2 to review before the
16  device was purchased to see if it met your
17  criteria?
18      A.  I don't believe so.
19      Q.  Have you ever heard of Spectrum
20  Surgical Solutions before?
21      A.  No.
22      Q.  In your work in hospitals, were
23  refurbished or used medical technologies ever
24  purchased?

Y. DAVID

1      A.  The word "ever" called -- caught my
2  attention.  I would say, by far, all the
3  acquisitions are of new products.
4      Q.  Did you speak with anyone from
5  Spectrum Surgical Solutions, Inc., about this
6  device that you ultimately received?
7      A.  No.
8      Q.  And I should clarify for the
9  record.  If you turn to the page after the
10  listing, there's reference to Spectrum
11  Surgical Solutions in what I believe to be
12  part of the eBay listing.
13      Do you know who provided the
14  device?
15      A.  No, I do not.
16      Q.  Do you know if it was Spectrum --
17  okay.  So then you don't know who, okay.
18      Did you ever have any interaction
19  with any company or person who you believe
20  ever had possession of this device?
21      A.  Ever have possession... since I
22  don't know where it was used, I don't believe
23  I can answer the question.
24      Q.  You mentioned the fault codes.  How

Y. DAVID

1  did you see those?  Did you have to do
2  something to get them to come up or did they
3  just pop up?
4      A.  No.  You have to enter a mode
5  specifically for query the archive of fault
6  codes.
7      Q.  Is that something that -- how did
8  you -- sorry.  Let me start with a new
9  question.
10      Did you obtain a user's manual with
11  this device?
12      A.  I don't believe so.
13      Q.  Or an operator's manual, anything
14  like that?
15      A.  No.
16      Q.  How did you know how to query the
17  archive, then?
18      A.  I searched literature.
19      Q.  What literature?
20      A.  The literature that contained
21  manuals, operation and service manuals, for
22  this product.
23      Q.  Where did you look?
24      A.  I have -- first of all, I looked at

Y. DAVID

1  my own library.  I have a library of manuals
2  for different medical products, and then I
3  went online and did search.
4      Q.  What site did you ultimate- -- I'm
5  sorry.  I take it that because you went online
6  it was not in your library.  Is that a correct
7  assumption?
8      A.  That is correct.
9      Q.  Do you know what site you
10  ultimately found the manual from?
11      A.  No.
12      Q.  What did you find when you searched
13  the archive for fault codes?
14      A.  That there are many sources for
15  such a document.  And I looked at one that
16  seemed to be comprehensive, and it has a PDF
17  format of the manual, and I read it before I
18  opened the shipping box of the device and
19  realized that there is a way to identify a
20  fault code by query the archive.
21      Q.  Is the PDF you just mentioned
22  something that is specifically cited or
23  identified in your report?
24      A.  I read it online.  I never made a

Page 38

Y. DAVID

1  hard copy, and I don't believe that it is
2  cited.
3      Q.  And you don't -- is there a
4  particular search engine or search terms I
5  could use to replicate and find the same one
6  that you found?
7      A.  Easily.
8      Q.  Can you tell me those?
9      A.  You can go to Google and put "Bair
10  Hugger Model 750 Manual" and you will get
11  ample results.
12      Q.  But if I wanted to know which
13  result you got, is there any further point you
14  can give me?
15      A.  No.
16      Q.  Do you know what year the manual is
17  for?
18      A.  I do not recall.
19      Q.  Okay.  How many fault codes were
20  there?
21      A.  Five.
22      Q.  Did you have -- what comes up?  Is
23  it a number, a word?  When the fault code
24  comes up, what comes up?

Page 39

Y. DAVID

1      A.  It's a relatively small display of
2  a few characters and it comes up with the
3  capital letter F, capital letter C, brackets,
4  with a number; and then I believe four digits.
5      Q.  Did you have any source to
6  interpret what those fault codes meant?
7      A.  In the same manual, it had the
8  codes.
9      Q.  What were the fault code numbers
10  that came up?
11      A.  The three recent ones were code 50.
12  The two prior to that, to make a complete
13  total of five, were code 3 and code 8.
14      Q.  Did you make notes of that
15  somewhere, what the codes were?
16      A.  No.
17      Q.  At the time you originally examined
18  the device, did you make notes?
19      A.  No.  My computer was with me and
20  I -- after I read the manual, I opened the
21  device under personal protection equipment and
22  operated it and knew how to get to the code
23  memory and look at that.
24      You see, the simple fact is that I

Page 40

Y. DAVID

1  was not trying to have a device that simulated
2  clinical utilization.  My specific reason is
3  to become familiar with the product integrity.
4  So if I would have a device that I needed to
5  do performance testing, I would set it up in a
6  different environment than I used.  I would
7  have a protocol with specific tasks, and I
8  will have a document showing the results.
9  That was not my purpose.
10      Q.  Is that something you have done
11  before, what you've just described, the
12  performance testing?
13      A.  Sure.
14      Q.  Okay.  In what role have you done
15  that before?
16      A.  I'm doing that continuously for 40
17  years, so I've done it as a biomedical
18  engineer, I've done it as a research assistant
19  in anesthesia, a dog lab.  I've done that as
20  director of biomedical engineering, and I'm
21  doing it now as a consultant.
22      Q.  Is there one set of standards or
23  criteria that you follow when you do that kind
24  of performance testing, or does it vary by

Page 41

Y. DAVID

1  device?
2      A.  Sure, it's varied.  That would be
3  nice if all devices would have same feature
4  and you can use one protocol, but as you well
5  know, we -- on the street, we have trucks and
6  we have cars and we have motorcycles and we
7  have SUVs, and each one of them would be
8  tested differently.
9      Q.  Is there an overarching approach
10  that is documented that would apply to more
11  than one device?
12      A.  Sure there is.
13      Q.  Can you give me that citation?  Is
14  it in writing, I should say?
15      A.  I don't know that there is a
16  specific protocol so generic that you're
17  asking about somewhere in the literature.  I
18  usually create my own protocol based on my
19  education and experience and the device
20  features.
21      Q.  When you do that, are you trying to
22  reflect the clinical use condition for the
23  device?
24      A.  It will be included.

Y. DAVID

1
2  Q.  Why is that?
3  A.  The purpose of a device is to have
4  impact on clinical outcome, so one would like
5  to know that there is a validation of the
6  product features and the clinical outcomes by
7  making tests that shows how well the two are
8  matched.
9  Q.  In doing that, is it important to
10 assemble the device as it will be used in the
11 clinical environment?
12 A.  First of all, if there is something
13 to be assembled, then the answer is yes.  Not
14 always there is any assembly required.
15 Q.  When is the last time you looked at
16 the Bair Hugger device that was obtained from
17 eBay?
18 A.  Probably during the process of
19 writing my opinion report.
20 Q.  Roughly, when would that be?
21 A.  That would be March 2017.
22 Q.  Do you have any notes of your
23 examination of that device other than what is
24 contained in your report?
25 A.  No.

Y. DAVID

1
2  Q.  You have carried the fault codes
3  just in memory?
4  A.  Correct.
5  Q.  Okay.  Did you look up what they
6  meant, 3, 8 or 50?
7  A.  At the time I did.
8  Q.  Can you tell me, sitting here
9  today, what either code 3, code 8 or code 50
10 means?
11 A.  Code 50 was something about stuck
12 key during startup.  I'm trying to recollect,
13 I'm not sure of that specific language, but
14 something to that effect.
15     Code 3 and code 8, sorry, I don't
16 remember.
17 Q.  Is there -- I'm trying to have a
18 sense for the significance of those codes.
19 Was there anything about code 3 or code 8
20 that, to your view, would impact the
21 performance of the device?
22 A.  I think so.  If I'm not mistaken,
23 code 8 or code 3 has something to do with the
24 heater.  With the heater.
25 Q.  Do you know what it had to do with

Y. DAVID

1
2  the heater?
3  A.  I am afraid I can't recall.
4  Q.  Was your only source of information
5  about what the code meant this operator manual
6  that you were looking at on the internet?
7  A.  Yes.
8  Q.  Did you do any other research to
9  determine whether that fault code might impact
10 the heating performance?
11 A.  I don't see a need for.  I did not
12 seek clinical performance of the device as
13 part of my protocol.
14 Q.  Does that mean you did not do any
15 other research to determine whether that fault
16 code would actually impact the heating?
17 A.  In my experience as a biomedical
18 engineering expert, I understand or I
19 understood at the time the code to mean that
20 there is a problem with the heater, and since
21 I did not set my objective to determine the
22 performance of the device, I did not do any
23 additional investigation on the code.
24 Q.  Did you tell me that -- and I
25 apologize, I'm just not sure if I'm recalling

Y. DAVID

1
2  the timeline.  Did you tell me that when you
3  first opened the device, took it out of the
4  box and turned it on, that's when you ran the
5  fault codes to see what they were?
6  A.  No, I don't believe I said that.
7  Q.  Do you recall when you ran the
8  fault codes?
9  A.  After I took the device to a
10 laboratory and put it together with a blanket
11 and operated it for the first time.
12 Q.  On the eBay listing on Exhibit 2,
13 there's a statement on the second page of the
14 listing.  "Item removed" -- it's right
15 underneath the heading of what the unit is.
16 "Item removed from a working environment and
17 tested.  All our equipment is tested,
18 certified" -- something looks to be maybe cut
19 off -- "with our biomedical technicians."
20     Do you know what testing or
21 certification that would involve?
22 A.  No, I do not.
23 Q.  Have you ever bought equipment from
24 an eBay listing for use in one of the
25 hospitals that you were responsible for?

Y. DAVID

1                Y. DAVID
2     A.   Oh, no.
3     Q.   And have you ever instructed anyone
4 else to do that?
5     A.   No.
6     Q.   Would you approve of it if someone
7 else did?
8     A.   I don't think so, unless there is a
9 life-and-death situation and that's the only
10 solution.
11    Q.   You said something about the
12 relative humidity and I wanted to be sure I
13 understand what you were saying there.  If I
14 heard you correctly, you said that the
15 relative humidity of a device while used on
16 the floor would be greater.
17       Did I hear that right?
18    A.   You did.
19    Q.   Okay.  Can you please tell me what
20 you mean by that?
21    A.   Sure.  A device that is sitting
22 about an inch, inch height from the floor, a
23 floor that is subjected to cleaning agents and
24 a variety of fluids, maybe fluids from
25 patients, blood, et cetera, to have an air

Y. DAVID

1                Y. DAVID
2 intake so close to such an environment that
3 the humidity, the relative humidity that was
4 in the product can be increased compared to
5 other area.
6    Q.   Are you familiar with the various
7 positions a Bair Hugger device may be used in
8 in a hospital environment?
9    A.   Yes.
10   Q.   What are they?
11   A.   According to the intended use, it's
12 everywhere there is a patient.
13   Q.   I'm sorry, my question may not have
14 been clear.  I was speaking about position on
15 the floor versus position in some other way.
16 Are you familiar with more than one potential
17 way that a Bair Hugger device might be placed
18 in an operating room?
19   A.   Yes.
20   Q.   What placements are you aware of?
21   A.   Well, this particular model, the
22 750, has an IV clamp, and so I indicated in my
23 report, and the purpose for this IV clamp is
24 to place the product above the floor.  So it
25 could be on the IV clamp, it can be on the

Y. DAVID

1                Y. DAVID
2 floor.  For all practical purposes, you can
3 put it on the meal tray next to the patient.
4 So there is no limit, actually, to where it
5 might be.
6    Q.   And it's your statement that the
7 relative humidity within the device will be
8 different depending on whether it's placed on
9 the floor or an IV pole?
10   A.   Correct.
11   Q.   Have you ever measured the relative
12 humidity inside the device in either location?
13   A.   No, I did not.
14   Q.   Have you ever measured the relative
15 humidity of any air in an operating room?
16   A.   Absolutely.
17   Q.   In what conditions?
18   A.   As part of my responsibility for
19 operating room safety and air pollution
20 control and isolation power.  In specifically
21 operating room, I would be measuring relative
22 humidity, temperature, and the status of the
23 electrical isolation panels in the operating
24 room.
25   Q.   Is there a standard for the

Y. DAVID

1                Y. DAVID
2 relative humidity and what it should be kept
3 within in an operating room?
4      (Brief interruption.)
5    A.   Sorry.  I thought that... it is on
6 vibrate.
7      MR. BANKSTON:  That's weird.
8      MR. GOSS:  Then it's a loud
9 vibration.
10      THE WITNESS:  Sorry about that, but
11 it is on vibrate.
12      Back to your question, the
13 operating room has a range for standard
14 environment for relative humidity and
15 for temperature controlled by National
16 Fire Protection Association, NFPA 1990
17 standard, and by ASHRAE, American
18 Society for Heating, Refrigeration and
19 Air Conditioning, I think.
20 BY MS. EATON:
21   Q.   Do you know what the humidity range
22 is that's acceptable for an operating room?
23   A.   No, I'll have to search it.
24   Q.   And have you ever done any testing
25 in an operating room that would demonstrate

Page 50

Y. DAVID

1 that the humidity reading by the floor is
2 different from the humidity reading somewhere
3 else?
4    A.  I do not recall a specific study
5 that I conducted about that.  But since I was
6 doing that frequently, I would change the
7 altitude of -- or the height of the measuring
8 device and it would show a higher humidity at
9 the floor level.
10    Q.  Can you tell me what any of the
11 readings would be and give me a sense for how
12 different one might be from the other?
13    A.  No, I'm sorry.  That was a very
14 long time ago and very routine, almost weekly
15 task, that I don't remember numbers.
16    Q.  How long ago?
17    A.  Probably late '70s, early '80s.
18    Q.  And what kind of instrument were
19 you using?
20    A.  Hygrometer.
21    Q.  Is the same type of instrument used
22 today, do you know, as was used back then?
23    A.  I believe so.  It's very simple,
24 taking a human hair and see how much it
25

Page 51

Y. DAVID

1 stretched in the presence of vapors.
2    Q.  Okay.  Are you able to give me any
3 quantification at all of the difference at any
4 height with -- either what the difference in
5 height was, what the difference in temp-- or
6 humidity was, I'm sorry?
7       MR. BANKSTON:  Objection, form.
8    A.  I think we are marching towards an
9 area of guessing.  No, I cannot tell you.  I
10 can tell you simply that the device would be
11 on the cart most of the time and sometimes I
12 will take it and place it down on the floor
13 just for my education.
14 BY MS. EATON:
15    Q.  How high was the cart?
16    A.  How high was the cart?  I have no
17 clue.
18    Q.  Do you have any expertise in
19 microbiology?
20    A.  I do not.
21    Q.  Do you think that the humidity of
22 an environment makes a difference in the
23 ability of bacteria to survive?
24    A.  Yes, I do.
25

Page 52

Y. DAVID

1    Q.  Based on what?
2    A.  Based on studies that I read
3 specifically for this case.
4    Q.  Where will I find those in your
5 report?
6    A.  Oh, in many places.  You can take
7 Dr. Jarvis, a world expert in the area.  You
8 can take the microbiologist of 3M, Dr. Hall,
9 specifically talking about it.  There are
10 ASHRAE standards that address that.
11    Q.  I'll come back to that.
12    A.  National Fire Protection
13 Association, NFPA 1990, is another document.
14 I was a member of that committee.
15    Q.  When did you buy this -- when was
16 this device purchased, do you know?  I
17 couldn't determine a year or a month on there.
18    A.  I read here that it says delivery
19 estimated between Monday, June 26 and Monday,
20 July 10th.
21    Q.  Yes, I did see that.  I didn't know
22 if you knew when it actually arrived or when
23 you actually got it.
24    A.  No, I don't remember.
25

Page 53

Y. DAVID

1    Q.  You were retained in previous cases
2 related to the Bair Hugger.  Is that correct?
3    A.  In singular, previous case, yes.
4    Q.  You issued a report?
5    A.  Yes.
6    Q.  Did you ever examine a device
7 before issuing that report?
8    A.  I'll have to look at the report to
9 refresh my memory.
10    Q.  Do you have any memory of having
11 examined a Bair Hugger device before this
12 year, this -- the work that's reported in the
13 report for this case?
14    A.  I'll have to read that report, but
15 as we sit here, no, I do not recall.
16    Q.  If you would turn to Exhibit 2
17 again for a moment, I see two invoices
18 attached, and I believe that my copy reflects
19 the invoices that we were provided for your
20 work.  If you could please take a look at
21 those two invoices and see if you believe
22 there are any others.
23       (Document review by witness.)
24    A.  No, I think there is a -- a more
25

Y. DAVID

1  recent one was just issued.
2  BY MS. EATON:
3      Q.  When was it issued?
4      A.  Maybe 10 days ago, something like
5  that, two weeks.
6      Q.  Do you have a copy of it available?
7      A.  No.
8          MS. EATON:  Counsel, can you
9  provide that?
10         MR. BANKSTON:  Yeah, that's no
11 problem.
12 BY MS. EATON:
13     Q.  Does the issue that was just -- I'm
14 sorry.  Does the invoice issued 10 days or two
15 weeks ago include your time -- all time from
16 February 2017 through today?
17     A.  No.
18     Q.  Or through the time it was issued?
19 I'm sorry.
20     A.  That's correct.
21     Q.  Okay.  So those three invoices
22 taken together will reflect your work on this
23 case plus whatever has come since?
24     A.  That would be a true statement.

Y. DAVID

1      Q.  Do you have a sense for how many
2  hours are on the invoice that was last issued?
3      A.  I was going to say about 30 hours.
4      Q.  Since that invoice was issued --
5  I'm sorry, and what was that -- I apologize.
6          What was that time spent on, just
7  categorically, what kind of work?
8      A.  Basically preparation for
9  deposition.
10     Q.  In the last 10 or 14 days since the
11 close of the previous invoice, how much time
12 have you spent?
13     A.  I did not review that.
14     Q.  I'm sorry, maybe we're not
15 communicating.
16         What was the time period that the
17 last invoice closed with, what month or...
18     A.  I don't remember.
19     Q.  Okay.  In July 2017, have you spent
20 any time on this matter?
21     A.  Yes.
22     Q.  Is that included in any invoice?
23     A.  No.
24     Q.  Okay.  How much time in July 2017

Y. DAVID

1  have you spent?
2      A.  I didn't aggregate that.
3      Q.  Do you have any sense?
4      A.  No.
5      Q.  Did you spend any time preparing
6  for this deposition in July 2017?
7      A.  Yes.
8      Q.  What did you do?
9      A.  I re-read depositions of other
10 defendant officers, of other experts.  I
11 reviewed literature studies.  I read my
12 report.  I read Mr. Ulatowski's report.
13 That's about it.
14     Q.  What depositions did you review in
15 July 2017?
16     A.  I believe I went over all of them.
17     Q.  All of the ones you had been
18 provided?
19     A.  Yes.
20     Q.  You said something about experts.
21 What expert depositions have you been
22 provided?
23     A.  You want me to chant it from
24 memory?  It's in my report.

Y. DAVID

1      Q.  Okay.  Let's go ahead and have your
2  report in front of you.  That's Exhibit 3.
3          (David Exhibit 3 marked.)
4          MS. EATON:  Do you need a copy?
5          MR. BANKSTON:  Oh, no, I'm fine.
6  BY MS. EATON:
7      Q.  If you would turn to page 46 of
8  Exhibit 3 -- first of all, I'm sorry, sir, is
9  Exhibit 3 your report?  Does it appear to be?
10     A.  Yes.
11     Q.  And if you would look at page 45,
12 is that your signature?
13     A.  Yes.
14     Q.  And page 46 begins a section titled
15 "Materials Reviewed."  Is that correct?
16     A.  That is correct.
17     Q.  And if I go through that, I don't
18 see any expert depositions listed.  Am I
19 missing something?
20     A.  You're missing looking at page 49.
21     Q.  Okay.  This is expert reports, and
22 I'm sorry, I'm not interpreting that to mean
23 depositions.  Do you mean that you've read
24 transcripts of depositions or have you read

**Page 58**

Y. DAVID

1  reports?
2
3      A.  Reports.
4      Q.  Have you read the transcript of the
5  deposition of any expert witness for either
6  plaintiffs or defendants?
7      A.  I think I read Mr. Tim -- I don't
8  want to mispronounce his name --
9      Q.  Ulatowski?
10     A.  Thank you, Ulatowski.
11     Q.  His report or his deposition?
12     A.  I think his deposition.
13     Q.  Did you ever review his report?
14     A.  Yes.
15     Q.  Are there any other -- I don't
16  believe that that's listed in your materials
17  reviewed.  Do you believe I'm mistaken about
18  that?
19     A.  Everything I reviewed is in the box
20  that I brought with me here, so if it's in the
21  box, I reviewed it.
22     Q.  Okay.  I'll take a look at that at
23  a break.
24         Do you believe that there are any
25  other plaintiff or defense expert witness

**Page 59**

Y. DAVID

1
2  reports that are not listed on page 49 of your
3  report that you have reviewed?
4      A.  No.
5      Q.  I'm just waiting for you to get
6  there.
7      A.  No.
8      Q.  If you would look at page 46 of
9  your report, there's some depositions listed.
10  Did you read each of these depositions in
11  total?
12     A.  Yes.
13     Q.  Okay.  Any other depositions that
14  you believe you've read beyond these listed
15  and Mr. Ulatowski's?
16     A.  No.  That would be it.
17     Q.  If we would look at Exhibit 2, I
18  want to look at the invoices for a moment.
19         Actually, first, I'm sorry, the
20  very first item attached to this response is
21  an expert witness retention contract.  Within
22  Exhibit 2, after the pleading part, there is
23  an expert witness retention contract.
24     A.  Yes.
25     Q.  Is this your signature?

**Page 60**

Y. DAVID

1
2      A.  Correct.
3      Q.  And is this related to the report
4  that we have in front of us as Exhibit 3?
5      A.  Correct.
6      Q.  Okay.  Dated October 15 of 2016?
7      A.  It does.
8      Q.  Was this when you were retained for
9  your work in this case?
10     A.  I believe I was retained prior to
11  that.  I'm trying to think.  We may not have
12  that contract in place at the time.
13     Q.  If you would look at the first
14  invoice, was the July 2016 meeting in person
15  or by telephone?
16     A.  I do not recall.
17     Q.  Do you recall who you met with?
18     A.  No.
19     Q.  Do you recall if anyone was present
20  that you did not believe to be an attorney?
21     A.  No.  It's specifically a meeting
22  with an attorney.
23     Q.  Who contacted you originally to
24  retain you for Bair Hugger litigation in the
25  first case?

**Page 61**

Y. DAVID

1
2      A.  I believe Mr. Bankston.
3      Q.  Do you know Mr. Bankston from
4  before that contact?
5      A.  We have a professional association
6  on another case.
7      Q.  What case is that?
8      A.  It should be on my case list.
9      Q.  Are you able to point me to which
10  one if you use Exhibit 3?
11         (Document review by witness.)
12     A.  There's no list here.
13  BY MS. EATON:
14     Q.  I believe between the report and
15  your CV, tucked in there is a list.  I don't
16  think it's numbered by page or I would refer
17  you to it.
18     A.  Oh, I see.  On the second page, the
19  fourth one from the top, Kaster, Lynch, Farrar
20  & Ball, which is a light therapy.
21     Q.  Is that the only other time you
22  have worked for a client that was represented
23  by Mr. Bankston?
24     A.  Correct.
25     Q.  When did that -- 2014 is the year

Page 62

Y. DAVID

1 listed here.
2 A. Yeah.
3 Q. Is that the year of testimony or
4 the year of all of your work?
5 Let me ask a better question. When
6 were you retained in that case?
7 A. It says 2014.
8 Q. That's -- your understanding is
9 that the year listed in this chart is the year
10 you were retained for a case?
11 A. The year that I provided
12 professional services.
13 Q. Did you prepare this list?
14 A. Yes.
15 Q. What is Biomedical Engineering
16 Consultants LLC?
17 A. This is a business that I'm
18 operated under.
19 Q. Are you the only person who works
20 in that business?
21 A. Correct.
22 Q. What do you do in that business,
23 other than -- I'm sorry, let me ask a
24 different question.
25

Page 63

Y. DAVID

1 Does that business involve any work
2 other than litigation consulting?
3 A. Yes.
4 Q. What else do you do?
5 A. I provide biomedical engineering
6 services to healthcare providers, meaning to
7 hospitals that would like to improve their
8 medical technology management program. I
9 provide professional services to manufacturers
10 of medical devices that would like to start or
11 improve their field biomedical services.
12 Q. Field?
13 A. Correct.
14 Q. Do you mean servicing devices in
15 the field?
16 A. Correct.
17 Q. Okay.
18 A. I provide regulatory services to
19 startup companies in the medical device field.
20 Q. What does that mean, "regulatory
21 services"?
22 A. Advise them on how to be ready for
23 510(k) submission and the appropriate
24 information to be included in such. And
25

Page 64

Y. DAVID

1 finally, I am -- develop and implement
2 telemedicine programs.
3 Q. For the regulatory advice that you
4 provide, is it advice about the -- I would
5 like more detail about that. What aspect of a
6 510(k) submission is it that you're advising
7 people about?
8 A. Sure. I'll be happy to help you
9 with that. The 510(k) submission has a
10 process that is looking for how to classify
11 the device, how to identify a predicate
12 device, what is the substantial equivalency
13 criteria that one can use, and specifically to
14 include studies and testing in a way that
15 supports the submission.
16 Q. What training or education did you
17 have that allows you to do that work, or that
18 you draw upon when you do that work?
19 A. Sure. I've been working in the
20 biomedical devices field for four decades and
21 use my expertise to understand how a device
22 works safely and what risk is associated with
23 them, seeing it from the clinical side.
24 I have obtained education and
25

Page 65

Y. DAVID

1 training throughout my career and have been
2 working with a consultant to the Food and Drug
3 Administration on several panels and have been
4 trained by the Food and Drug Administration to
5 fulfill that role. And I recently have been
6 asked to become a regulatory advisor to the
7 Innovation Institute of the Texas Medical
8 Center based on my experience and training.
9 Q. What regulatory training -- you
10 mentioned training, I think, regulatory
11 training. What regulatory training have you
12 had? Has it been part of any formal program
13 that you can identify?
14 A. At the master level when I was at
15 the university pursuing my degree, I took a
16 regulatory course that was taught by a
17 biomedical engineering professor. I continued
18 at the doctorate level to obtain training in
19 the field. I think I a nurse who taught
20 the course at the doctorate level, but
21 regulatory principles. And I continuously
22 attend the annual meeting of biomedical
23 product and instrumentation and take a seminar
24 and lectures as well as reading books that are
25

Page 66

Y. DAVID

1  published as well as contributing to
2  regulatory books myself.  So I'm doing
3  research to write my chapter for that.
4      Q.  Okay.  That's something ongoing
5  right now?
6      A.  No.  That has been submitted,
7  complete.  The book has been published, I
8  think end of last year.
9      Q.  Is that on your CV?
10     A.  Yes.
11     Q.  Can you show me which one you're
12 referring to?  If you know the title off the
13 top of your head, you can just tell me.
14         (Document review by witness.)
15     A.  It looks like we don't have the
16 recent year here on the copy I'm holding.
17 BY MS. EATON:
18     Q.  Do you know the title of the book?
19     A.  No.
20     Q.  Are you able to provide me with an
21 updated CV?
22     A.  Sure.
23     Q.  What was your chapter about?
24     A.  I don't remember the title.  It was

Page 67

Y. DAVID

1  about risk processes of medical devices
2  subject to regulation.
3      Q.  Of the regulation?  What
4  regulation?
5      A.  Global medical device regulations.
6  FDA, EU, others.
7      MR. BANKSTON:  Is now a good time
8  for a bathroom break?  Should we do
9  that?
10     MS. EATON:  Sure.
11     THE VIDEOGRAPHER:  We are going off
12 the record at 10:42.
13        (Recess, 10:42 a.m. to 10:57 a.m.)
14     THE VIDEOGRAPHER:  We are back on
15 the record at 10:57.
16 BY MS. EATON:
17     Q.  Dr. David, how many times have you
18 met with attorneys that you understand to
19 represent the plaintiffs in this Bair Hugger
20 litigation, in person?
21     A.  I don't keep count.  Whatever is in
22 my invoices, that would reflect it.
23     MS. EATON:  And to be clear, I was
24 hoping to get the remaining invoice

Page 68

Y. DAVID

1  before we're off the record today.  I
2  would like to receive it --
3      MR. BANKSTON:  Yeah, sure.
4      MS. EATON:  -- during the
5  deposition.
6  BY MS. EATON:
7      Q.  Every time that it says "meet with
8  attorneys" here, is it a personal meeting?
9      A.  Correct.
10     Q.  Which attorneys have you personally
11 met with, individuals?
12     A.  I'm unable to rehearse that.
13     Q.  Is there anyone whose name you
14 recall that you met with?
15     A.  Except those who are present here,
16 no.
17     Q.  Do you believe you have met with
18 any other attorneys besides Mr. Bankston and
19 Mr. Hodges?
20     A.  Yes.
21     Q.  How many other people?
22     A.  I don't recall.
23     Q.  Do you recall if they were men or
24 women?

Page 69

Y. DAVID

1      A.  I believe they were men.
2      Q.  Do you recall how many times you
3  had a meeting where someone other than
4  Mr. Bankston or Mr. Hodges was there?
5      A.  No.
6      Q.  Do you believe any of your meetings
7  with attorneys also involved any people who
8  you did not believe to be attorneys?
9      A.  No.
10     Q.  Did you meet with anyone to prepare
11 for this deposition?
12     A.  With Mr. Bankston.
13     Q.  Just him?
14     A.  Yeah.
15     Q.  When was that?
16     A.  That was yesterday.
17     Q.  For how long did you meet?
18     A.  Four hours.
19     Q.  Any other meeting that you, in your
20 mind, associate with preparing for the
21 deposition?
22     A.  No.
23     Q.  Have you met with any attorneys
24 since you prepared your report?

Y. DAVID

1
2      A.  Can you repeat the question?
3      Q.  Have you met with any attorneys
4  since you prepared your report?
5      A.  I meet with attorneys all the time.
6      Q.  Related to your work in this case.
7      A.  Mostly with Mark.
8      Q.  And have you met with him since you
9  prepared your report, do you believe, other
10  than yesterday?
11     A.  Yes.
12     Q.  Related to your work on the Bair
13  Hugger litigation?
14     A.  Correct.
15     Q.  Do you recall how many times?
16     A.  No.
17     Q.  What percentage of the time of your
18  business, Biomedical Engineering
19  Consultants LLC, is spent on
20  litigation-related work in the last five
21  years?
22     A.  My business in totality has the
23  activity we described earlier this morning.
24     Q.  Right.
25     A.  Which is more than the litigation,

Y. DAVID

1
2  and I don't keep separate accounts.
3      Q.  Do you have any sense?  Is it more
4  than 50% on litigation?
5      A.  I'll have to review five years of
6  tax returns, but -- I don't know, might be
7  correct.
8      Q.  Well, what about 2017?  What
9  percentage of your work activities in 2017
10  have been related to litigation-related work?
11     A.  I don't believe, Counsel, that I
12  keep separate revenue stream in separate
13  accounts, so it's very difficult for me to
14  answer your question.  It will be just a
15  guessing game.
16     Q.  Well, let me see if I can --
17  what -- is your consulting rate the same --
18  let me start over with a clean question.
19         Is your consulting rate the same
20  for any of the kinds of work that you do?
21     A.  Yeah.  I might have different
22  terms.  For example, I am a consultant for a
23  very known and large medical center in the
24  Silicon Valley that required me to actually
25  spend physical time there for a while, and my

Y. DAVID

1
2  rate was changed because the duration of the
3  project was long.  So, yes, the rate is
4  changing.
5      Q.  Depending on the work?
6      A.  Correct.
7      Q.  Okay.  Set aside revenue streams
8  for a moment.  I'm asking how you've spent
9  your time in 2017.  Do you have a sense for
10  what percentage of the time you've spent in
11  2017 has been related to litigation work?
12     A.  No.
13     Q.  More or less than 50%?
14     A.  I don't know.
15     Q.  Do you know if it's more than 75%?
16     A.  Definitely not.
17     Q.  For 2016, do you know if the amount
18  of time that you spent on litigation-related
19  work was more or less than 50%?
20     A.  That might be a good guess.
21     Q.  Well, I said more or less.  Are you
22  saying it's about half in 2016?
23         MR. BANKSTON:  I object to the
24  form.
25     A.  I'm guessing.  I don't know.

Y. DAVID

1
2  BY MS. EATON:
3      Q.  Do you believe it was more than 50%
4  in 2016?
5      A.  I don't think so.
6      Q.  Do you believe it was more than
7  25%?
8      A.  Now I'm guessing.  So if you want
9  me to guess, I would say more than 25%.
10     Q.  Well, I'm just asking for your best
11  estimate of how you spent your time last year.
12         MR. BANKSTON:  Object to the form.
13     A.  I wish I could answer that.  I do
14  not keep booking records the way that you
15  asked the question.  My business in totality
16  is what I enjoy doing, and those categories we
17  described already have industry, academia,
18  healthcare providers, litigation,
19  telemedicine.  I have both domestic and
20  international projects in these categories.
21  BY MS. EATON:
22     Q.  Has the amount of time -- I'm
23  sorry.  Has the percentage of time that you
24  spend on litigation-related work changed over
25  the last five years?

Y. DAVID

1
2      A.  It is changing year to year.
3      Q.  Has it been in a trendline of a
4  certain direction, or does it vary?
5      A.  No.  It just varies.  It -- as I
6  said, when I have a project like the Silicon
7  Valley that would have long duration
8  involvement with the medical center, naturally
9  I'll have less time for other activities, so
10 it's varied.
11     Q.  When was that project?
12     A.  That was 2016.
13     Q.  Are you able to identify the
14 center?
15     A.  I'll have to see if I have any
16 confidentiality agreement.
17     Q.  What was the work you were doing
18 for that center?
19     A.  They are in the process of building
20 adult and pediatric hospitals, new facilities,
21 and wanted to make sure that they are ready,
22 as far as their medical technology management
23 program, for the challenge.
24     Q.  You're helping them to design their
25 program or reviewing a program -- I'm sorry,

Y. DAVID

1
2  let me -- what was your role in that?
3      A.  I reviewed the existing program and
4  redesigned the program to meet the new
5  challenges.
6      Q.  What posed the new challenges?
7      A.  As I said, the construction of two
8  new facilities, the large amount of new
9  technologies that would come to those
10 facilities.
11     Q.  Was your focus on the process by
12 which they review medical technologies?
13     A.  The process was part of it.  Also,
14 the ability to address deliverables as far as
15 quantifying patient outcome relating to
16 technology.
17     Q.  Was there a specific rubric or
18 criteria for that addressing patient outcome?
19     A.  No.  It depends on the environment.
20 Outpatient clinic versus trauma versus
21 pediatric floor.
22     Q.  I'm just wondering if there was a
23 specific rubric that you used, a specific set
24 of criteria or standards?
25          MR. BANKSTON:  Object to the form.

Y. DAVID

1
2      A.  The review was very elaborate, so
3  yes, there was a certain criteria, but for the
4  different steps there was different criterias.
5  BY MS. EATON:
6      Q.  Did your work involve evaluating
7  specific medical technologies?
8      A.  No.
9      Q.  For November 2016, if you would
10 turn to the invoice in Exhibit 2, do you know
11 how much of this eight hours was meeting with
12 an attorney?
13     A.  Obviously it was less than eight
14 because there are two other activities
15 involved in that eight hours.  How much less,
16 I don't know.
17     Q.  Do you have a specific recollection
18 that reviewing material and scientific
19 literature is a separate task from meeting
20 with the attorney?
21     A.  Yes.
22     Q.  Do you know what materials or
23 literature you were reviewing in
24 November 2016?
25     A.  No.

Y. DAVID

1
2      Q.  In December 2016, "Review material
3  on-line vendors," what does that mean?
4      A.  That means that I search and review
5  material associated with vendors with the use
6  of computerized technology.  I went online and
7  looked at the information.
8      Q.  I don't -- what computerized
9  technology?  Vendors of what?
10     A.  Vendors of warming devices, patient
11 warming devices.
12     Q.  Do you know what vendors you looked
13 online for?
14     A.  No.
15     Q.  What was your purpose for looking
16 at vendors of patient warming devices?
17     A.  To identify products that are
18 offered on the market, to identify a spectrum
19 of features, and any marketing material that
20 they have.
21     Q.  Did you do the searching?
22     A.  Yes.  I'm charging for my time,
23 yes.
24     Q.  Well, you're charging
25 specifically -- the entry says "Review

Page 78

Y. DAVID

1
2  material, online vendors," right?
3      A.  Yes.
4      Q.  Okay.  Did you review material that
5  was provided to you?
6      A.  No.  Let me try to explain it so it
7  will be clear.  When I write on an invoice
8  "Review material online," that means I went
9  with search engines on the internet and looked
10  at material.  In this case, it says "vendors,"
11  so I looked for vendors and products
12  associated with heating patient technology.
13      Q.  What search engine did you use?
14      A.  I usually use the Google and the
15  Firefox.
16      Q.  Do you recall which search terms
17  you used to identify other patient warming
18  devices?
19      A.  No.
20      Q.  Did you have any criteria for what
21  kind of devices you were looking for?
22      A.  I probably have things in my mind
23  and that's why I went to look to see if
24  there's answers there.  But as I sit here
25  today, no, I cannot tell you words or key

Page 79

Y. DAVID

1
2  phrases that I put in.
3      Q.  Did you choose to examine materials
4  for every patient warming device you located
5  with this search?
6      A.  Correct.
7      Q.  Did you document in your report
8  every patient warming device that you located
9  with this search?
10      A.  No.  I didn't see a need for that.
11      Q.  How did you select which ones you
12  included in your report and which ones you did
13  not?
14      A.  Those devices that have similar
15  intended for use, devices that are marketed
16  for similar environments of use, and devices
17  that have a similar principle of conduction or
18  convection heat.  There are others that would
19  have radiation heat, and I didn't use those.
20      Q.  Did you document in your report --
21  okay, I'm sorry.
22          You said you reviewed materials for
23  all the ones that were located with your
24  search and you documented in your report those
25  that you considered relevant.  Is that right?

Page 80

Y. DAVID

1
2      A.  That would be a fair statement.
3      Q.  Do you recall which ones you saw
4  and reviewed materials for and did not
5  document in your report?
6      A.  There were -- an example will be
7  infant warming devices that use infrared
8  heating elements.
9      Q.  Okay.  That would be radiant heat?
10      A.  Correct.
11          There are forced-air devices used
12  in a very specific environment like Isolette
13  that I'm very familiar with, working at Texas
14  Children's Hospital, did not include.
15      Q.  Anything else that comes to mind?
16      A.  No.  Those are examples.
17      Q.  Did your search return the HotDog
18  warming device?
19      A.  Sure.
20      Q.  Why is that not in your report?
21      A.  I picked up a similar device.
22      Q.  Why is the HotDog device not in
23  your report?
24          MR. BANKSTON:  Object to the form.
25      A.  Because I took a similar device

Page 81

Y. DAVID

1
2  that used the same principle.
3  BY MS. EATON:
4      Q.  Which --
5      A.  -- when -- and same features and
6  put it in the list of devices.
7      Q.  Which device is that?
8      A.  I'll have to look at my report.  I
9  believe it's the VitaHEAT, V-I-T-A-H-E-A-T.
10  And by the way, I see that on these invoices,
11  the first entry is July 2016 and you asked me
12  about the retainer agreement from October.
13  And it shows you that I was working before
14  that agreement was signed.
15      Q.  I didn't say that you were working.
16  I had asked if you thought you were retained
17  for the case before you began.  Were you
18  retained for the case during that initial
19  meeting --
20      A.  Yes.
21      Q.  -- in July?
22      A.  Yes.
23      Q.  How many other warming devices had
24  similar intended uses, marketed for similar
25  environments of use, and a similar principle

Page 82

Y. DAVID

1
2  of conduction or convection that you did not
3  choose to include in your report?
4      A.  None.
5      Q.  The HotDog was the only one you
6  left out?
7      A.  Yeah.
8      Q.  Did you look at materials about the
9  HotDog?
10      A.  Yes.
11      Q.  What kinds of materials did you
12  look at about the HotDog?
13      A.  I looked at the description, at the
14  510(k) submission, at YouTube video.
15      Q.  How did you obtain the 510(k)
16  submission for the HotDog?
17      A.  I think a summary document that was
18  available online.
19      Q.  So you looked at the 510(k) summary
20  or you the looked at the entire 5- -- let me
21  ask that differently.
22          Do you believe that what you looked
23  at was the entire 510(k) submission?
24      A.  I take your correction.  Summary,
25  yes.

Page 83

Y. DAVID

1
2      Q.  It was what was available online?
3      A.  Yes.
4      Q.  Do you -- did you -- I'm sorry.
5  Did you print out any materials related to the
6  HotDog?
7      A.  No.
8      Q.  Did you save any PDFs or download
9  any materials related to the HotDog?
10      A.  I don't believe so.
11      Q.  Was the review of those materials,
12  did that occur in December 2016 in connection
13  with your review of other products?
14      A.  That would be a fair statement.
15      Q.  Will I find on your materials
16  reviewed list any indication that you looked
17  at materials about the HotDog?  If you would
18  look at Exhibit 3, I don't see anything, but I
19  want to make sure that I'm not missing
20  something.
21          (Document review by witness.)
22      A.  No, I don't see a reference to it.
23  BY MS. EATON:
24      Q.  Could you please turn specifically
25  to page 46?  I interpret pages 46 to 51 of

Page 84

Y. DAVID

1
2  your report to be a listing of the materials
3  you reviewed.  Is that correct?  In connection
4  with your work in this case.  Is that what
5  this is?
6          (Document review by witness.)
7      A.  Yes.
8  BY MS. EATON:
9      Q.  Who prepared this list?
10      Q.  Who prepared the list?
11      Q.  Yes.
12      A.  I did it.  I don't think that I
13  typed those numbers on page 47.  That's --
14  probably a clerk did it for me, but...
15      Q.  Are there other materials you
16  reviewed in connection with your work in this
17  case that we should add to this list?
18      A.  No.
19      Q.  Did you make an assessment that the
20  VitaHEAT product and the HotDog product are
21  the same?
22          MR. BANKSTON:  Object to the form.
23      A.  The same principle of warming
24  patient, yes.
25              --oOo--

Page 85

Y. DAVID

1
2  BY MS. EATON:
3      Q.  Did you make a comparative
4  assessment of their efficacy or safety?
5      A.  No.
6      Q.  In December 2016, there is a
7  reference to FDA, just by itself.  Do you know
8  what that means?
9      A.  That means that continuing with the
10  review material online.  It was the vendor's
11  website and FDA database.
12      Q.  For the 510(k) summaries?
13      A.  Yes.
14      Q.  Or for something else in addition?
15  I'm sorry, that was a bad question.  Was the
16  only purpose for which you looked at the FDA
17  website to obtain the 510(k) summaries on
18  this?
19      A.  Yeah, I think so.
20      Q.  There's also an entry for "examine
21  product."
22          Does that mean the Bair Hugger
23  device that you obtained for your work in this
24  case?
25      A.  Correct.

Page 86

Y. DAVID

1
2    Q.  I'd like to talk about that
3  examination for a moment.  There are entries
4  on December -- I'm sorry, in December 2016 for
5  "examine product."
6        In January 2017, there's a
7  reference to "device testing and photography,"
8  and in February 2017 there's a reference to
9  "device examination."  I want to get a sense
10  for your work with the actual Bair Hugger
11  device.  How many times did you do work,
12  review, inspection, testing, anything, with
13  that device related to your work in this case?
14    A.  I believe the invoices are
15  reflecting correctly that I have activities in
16  December, January, February.
17    Q.  Do you believe that when we receive
18  the next invoice, that will show continued
19  work with the product?  Or do you believe this
20  was it?
21    A.  I believe that's it.
22    Q.  Exhibit 3 contains some photographs
23  of the device you examined, correct?
24    A.  Correct.
25    Q.  How many photographs did you take?

Page 87

Y. DAVID

1
2    A.  I don't have a list.  I provided
3  the photography results to counsel and
4  incorporated in my report the one that I felt
5  would explain my opinions.
6    Q.  Do you have any sense for how many
7  photographs you took?
8    A.  No.
9    Q.  Were they taken -- on what kind of
10  a device?
11    A.  I believe it is a Pentax camera.
12    Q.  Were they digital photographs?
13    A.  Yes.
14    Q.  Did you delete any of the digital
15  photographs you took?
16    A.  No.
17    Q.  Do you still have the original
18  media that the photographs were taken onto,
19  the chip?
20    A.  I have the chip, but it was erased
21  and used for other purposes.
22    Q.  So you don't have the original
23  photographs anymore?
24        MR. BANKSTON:  Object to the form.
25    A.  The original photographs would be

Page 88

Y. DAVID

1
2  saved to my server, and then I used the chip
3  again.
4  BY MS. EATON:
5    Q.  Okay.  Do you have all of the
6  photographs you ever took of this device or in
7  connection with your work with this device on
8  the server?
9    A.  Yes.
10    Q.  Okay.  On -- let's take a look at
11  the Exhibit 2.  Actually, no, Exhibit 2 is not
12  going to help us.
13        (Sotto voce discussion.)
14  BY MS. EATON:
15    Q.  I marked the subpoena as Exhibit 1.
16  Is that correct?
17    A.  Yes.
18    Q.  Let's take a look at Exhibit 1.  If
19  we look at Exhibit A, the first entry asks for
20  documents reviewed in anticipation or
21  preparation for the deposition.  Have you told
22  me earlier all of those that you can recall?
23    A.  Yes, I did.
24    Q.  The second item asks for
25  correspondence and deponent's exchange between

Page 89

Y. DAVID

1
2  you and non-lawyers with information related
3  to your work in this case.  Was there any such
4  correspondence or document exchange between
5  you and someone that was not a lawyer?
6    A.  No.
7    Q.  Category number 3, any notes
8  related to work in this matter, whether
9  handwritten or typed; are there any such
10  documents?
11    A.  No.
12    Q.  Category 4 are copies of documents
13  provided to you by plaintiffs' counsel on
14  which you have made notations, highlighting or
15  underlining.  Have you brought all of those to
16  the room today with you?
17    A.  Correct.
18    Q.  Do you receive documents from --
19  have you received any documents from
20  plaintiffs' counsel?
21    A.  Yes.
22    Q.  Have you received those -- in what
23  format?
24    A.  Hard copy.
25    Q.  Have you ever received documents

Page 90

Y. DAVID

1
2  electronically from plaintiffs' counsel?
3      A.  If I did, I requested hard copy.
4      Q.  The ones you reviewed came in hard
5  copy?
6      A.  Correct.
7      Q.  Have you brought -- in this box
8  that's sitting at my feet today, you've
9  brought all the hard copies you received?
10      A.  Correct.
11      Q.  And if you made any notations or
12  highlighting, I take it, then you would be
13  making that on a hard copy as opposed to some
14  electronic media?
15      A.  Correct.
16      Q.  Do you have a current impression
17  about what items you may use as
18  demonstrations, exhibits or aids in the course
19  of your testimony?
20      A.  I have not discussed that with
21  counsel, and I'm not aware that I'm providing
22  testimony.  He needs to advise me of that.
23  Then I will think about what do I need to use.
24      Q.  If we look at category 6, does your
25  CV, as of the time it was prepared, include

Page 91

Y. DAVID

1
2  all of the books, treatises and articles that
3  you have authored or co-authored up to that
4  time?
5      A.  Correct.
6      Q.  Will you be able to provide me with
7  a current CV that includes an update of
8  everything that you've authored through now?
9      A.  Yes.
10      Q.  Do you have any written
11  correspondence with anyone other than counsel
12  related to your work in this case?
13      A.  No.
14      Q.  If you'd look at item number 17, do
15  you have any written communications, including
16  e-mails, between any of the individuals listed
17  here?
18      A.  No, I do not.
19      Q.  Have you ever spoken with any of
20  those people by telephone?
21      A.  I did not.
22      Q.  What about Scott Augustine?  Have
23  you ever spoken with him?
24      A.  No.
25      Q.  Have you ever exchanged any writing

Page 92

Y. DAVID

1
2  with Scott Augustine?
3      A.  No.
4      Q.  Have you ever spoken with Randy
5  Benham?
6      A.  Who is Randy Benham?
7      Q.  Well, first, let me ask if you
8  recognize the name.
9      A.  I do not.
10      Q.  Okay.  Randy Benham is an attorney
11  at -- I believe he's an attorney for Scott
12  Augustine or his entities.
13      A.  I see.  No.
14      Q.  Does that context --
15      A.  No.
16      Q.  -- change your memory?
17      A.  No.
18      Q.  You don't believe you've ever
19  exchanged writings with him?
20      A.  Correct.
21      Q.  Okay.  In 20, there's a listing of
22  some individuals who have the last name
23  Augustine.  Do you believe you've ever spoken
24  to any of those people?
25      A.  None of those.

Page 93

Y. DAVID

1
2      Q.  Do you believe you've ever
3  exchanged any communication with any of those
4  people?
5      A.  No, I did not.
6      Q.  Okay.  Item 21 asks for any study,
7  test, trial, experiment, research or data
8  that -- item 21 is a long question designed to
9  get at any testing that you've done on a Bair
10  Hugger device.  I will use that shorthand for
11  what actually appears in item 21.
12          If you would look at the literal
13  words of item 21 and please tell me if there's
14  anything beyond what has been disclosed in
15  your report that would fit that description.
16          (Document review by witness.)
17      A.  No, nothing comes to mind.
18  BY MS. EATON:
19      Q.  Do you have any documents
20  responsive to category number 22?
21      A.  No, I don't have any of those.
22          (David Exhibit 4 marked.)
23  BY MS. EATON:
24      Q.  I've marked as Exhibit 4 a
25  collection of additional photographs that were

Page 94

Y. DAVID

1  not contained in your report.  Well, I'm
2  sorry, let me say that differently.
3          I requested that we receive any
4  photographs you had taken, whether or not they
5  were contained in your report, and I received
6  the items that are copied in Exhibit 4.  Are
7  those photographs of the device that you
8  examined in connection for your work in this
9  case?
10         (Document review by witness.)
11      A.  Yes.
12  BY MS. EATON:
13      Q.  Did you take all of the photographs
14  that are in Exhibit 4?
15      A.  Yes, I did.
16      Q.  I counted 11.  If you would,
17  please, double-check me.
18      A.  Oh, they're two-sided.
19      Q.  Yes.
20      A.  I didn't know.  You are correct.
21      Q.  Do you believe that those 11
22  photographs, in addition to the ones that were
23  selected for your report, reflect all the
24  photographs you ever took of this device?

Page 95

Y. DAVID

1      A.  I believe so.
2      Q.  Since receiving or reviewing the
3  subpoena that -- or actually, let me just ask
4  that differently.  Would you be willing to
5  double-check your server to see for me if
6  there's any other photographs there that are
7  not contained in your report and in Exhibit 4?
8      A.  Will I have a copy of that to
9  compare?
10      Q.  Would you be willing to check your
11  server to see, yes, if Exhibit 4 and your
12  report contain all of the photographs that you
13  took?
14      A.  Yes, I'm willing to do that.
15      Q.  I would request that you do that
16  and inform your -- the plaintiffs' counsel if
17  there's anything that you find that is not
18  collected here.  Is that something you could
19  do?
20      A.  Yes.  The logistic issue is that I
21  need a copy of those to compare.
22      Q.  Sure.  When we're done today, I can
23  give you my copy.
24      A.  Okay.

Page 96

Y. DAVID

1      Q.  You can take it with you.
2          Taking for a moment Exhibit 4 and
3  the photographs contained in Exhibit 4, had
4  you done anything to the device at all other
5  than take it out of the box and open it before
6  these photographs were taken?
7      A.  When you say "open it," I
8  disassembled.  I mean, that's what you're
9  asking me?
10      Q.  Yes.
11      A.  I disassembled it.
12      Q.  Yes.
13      A.  Yes.
14      Q.  Had you done anything else with the
15  device before you took the photographs?
16      A.  Probably wiped the outside.  I
17  don't think much more than that.
18      Q.  Let me -- let's specifically go to
19  the fourth photograph.  You know what?  And
20  maybe -- would you take a moment and just use
21  a pen and write -- if you would write a 1 on
22  the first -- just in the little white spot on
23  the bottom of the first page of Exhibit 4 --
24  I'll do it at a break.  I'll write pages.  But

Page 97

Y. DAVID

1  if you could start with Exhibit -- or with
2  page number 1 of Exhibit 4.
3      A.  Okay.
4      Q.  Had you done anything to the device
5  at this time other than unscrew the cover and
6  remove it?  Or the base, I'm sorry, the base,
7  and open it up to be able to take this
8  picture?
9      A.  Before I took this picture, I
10  probably removed the filter and then got to
11  the point where I'm taking this picture.
12      Q.  So by "the filter," do you mean the
13  corrugated rectangle that we see in the blue
14  base that's --
15      A.  Correct.
16      Q.  -- depicted here?  You had already
17  taken the filter out and put it back in?
18      A.  Correct.
19      Q.  Is there any photograph, either in
20  your report or in this collection, that shows
21  the device before you took out the filter?  Do
22  you know?
23      A.  The photographs in my report are
24  showing --

Page 98

Y. DAVID

1
2     Q.  The one that shows you with the box
3  on page 11?
4     A.  On page 11 and page 12.
5     Q.  Okay.  Who took the photograph on
6  page 11?
7     A.  Myself.
8     Q.  You took the photograph of
9  yourself?
10    A.  Yes.
11    Q.  How does that work?
12    A.  You put it on timer.
13    Q.  Was anyone present when you opened
14 the box and took the device out?
15    A.  No, I put it on a tripod with a
16 timer and took a picture.
17    Q.  I'm sorry.  Separate from the issue
18 of the photograph, was anyone present when you
19 opened the box and took the device out besides
20 yourself?
21    A.  No.
22    Q.  Okay.  And your belief is that the
23 photograph depicted on page 12 also is taken
24 right after you had taken the device out of
25 the box?

Page 99

Y. DAVID

1
2     A.  Yes.
3     Q.  Did you take that photograph -- any
4  other photographs here, in either your report
5  or Exhibit 4, that were taken during that
6  initial time when you opened the box, took the
7  device out, and before you had done anything
8  at all to the device?
9     A.  No.  That's it.
10    Q.  If you look on page 12, when you
11 say, "When I opened the air intake and removed
12 the air filter," how would -- did you take off
13 the two screws that are depicted here in the
14 photograph on page 12 or is there something
15 else that you did?
16    A.  No.  On the black part, the two
17 screws.
18    Q.  On the sort of rounded parts of
19 the -- the rounded parts of the black grate,
20 those screws that are apparent in the
21 photograph, you took those off?
22    A.  The semicircle, yes.
23    Q.  Okay.  You said, "It was
24 immediately obvious that dust particles were
25 present on the filter and the blades of the

Page 100

Y. DAVID

1
2  fan behind it."
3        Is there any photograph depicting
4  what you saw when you first opened the air
5  intake?
6     A.  This series of photographs were
7  taken in sequence, so those are all -- come
8  after that.
9     Q.  Are you referring to the ones
10 contained in Exhibit 3 in your report, or are
11 you referring also to the ones in Exhibit 4?
12    A.  In my report, there are more than
13 on just that occasion.  Like on page 14,
14 they're taken different time.  But page 11,
15 12 --
16    Q.  13?
17    A.  -- and 13 were taken the same time,
18 and then I think I came back and took what you
19 marked as Exhibit 4.
20    Q.  Okay.  Let me be real clear just to
21 get this sorted out.  11, 12 and 13 you
22 believe were taken at the same time.
23    A.  Correct.
24    Q.  14 was taken on a different day?
25    A.  Correct.

Page 101

Y. DAVID

1
2     Q.  What about the photographs that
3  appear on pages 15 and 16?  Do you know if
4  those were taken --
5     A.  15 and 16's were taken when
6  Exhibit 4 was -- the rest of the pictures in
7  Exhibit 4.
8     Q.  And is that a different occasion
9  than those on pages 11, 12 and 13?
10    A.  Correct.
11    Q.  Okay.  Do -- let's go to the
12 photograph on the first page of Exhibit 4.
13 Does the filter in this photograph, was it
14 changed at all by your handling of it?  Did
15 you do anything that would change the
16 appearance of the filter?
17    A.  No.
18    Q.  And then what about the motor and
19 blades that we can see on this page?  Did
20 anything you do change the appearance of that?
21    A.  No.
22    Q.  Did you take any picture of the
23 filter as it appeared when you first opened
24 the cover?  The base, I'm sorry, the base.
25    A.  I do not recall.

Y. DAVID

1
2     Q.  Did you do any method of
3  quantification of the dust particles that were
4  present?
5     A.  That was not my objective.
6     Q.  Did you do any quantification of
7  the dust particles that were present?
8     MR. BANKSTON:  Objection to the
9  form.
10    A.  My objective for the examination
11 was to understand the physical configuration
12 and how the device integrated different
13 components.  I was not set to do a specific
14 quantification of one parameter or another.
15 BY MS. EATON:
16    Q.  I appreciate that information, sir,
17 but I really -- and I can infer from your
18 answer that you didn't do anything, but I
19 actually do want a clear answer on the record
20 so we are communicating.
21       Did you do anything to quantify the
22 dust that you found?
23    MR. BANKSTON:  Objection to form.
24    A.  Besides visually look at it, no, I
25 did not.

Y. DAVID

1
2  BY MS. EATON:
3     Q.  Did you take any sample and have it
4  cultured to see what the dust was or what was
5  in the dust?
6     A.  Not my aim.
7     Q.  And did you do it?
8     MR. BANKSTON:  Object to the form.
9     A.  I didn't see a reason to do it.
10 BY MS. EATON:
11    Q.  Okay.  I will infer from that
12 answer that you didn't do it, and please
13 correct me if I'm wrong about that.
14    MR. BANKSTON:  Object to the form.
15    A.  You're correct.
16 BY MS. EATON:
17    Q.  Thank you.  During your -- well,
18 let me hold that for later.
19       Is there any photograph that would
20 depict dust on the blades of the fan?
21    A.  I don't think that I tried to
22 document that.
23    Q.  There's a reference on page 12 to a
24 "dark and warm cavity."  Did you actually take
25 a temperature of the inside of the device at

Y. DAVID

1
2  any time?
3     A.  No, I did not.
4     Q.  What do you mean by the word
5  "warm"?  What temperature range do you have in
6  mind?
7     A.  Higher than the surrounding
8  environment.
9     Q.  Do you have any knowledge from your
10 work in this case about what is the
11 temperature inside a Bair Hugger device when
12 it is operating?
13    A.  It will be above the room
14 temperature because you have a
15 magnificent-sized heating element sitting
16 there and you can see the block of this
17 electronic component in the center of the box.
18 The enclosure is tightly around this heating
19 element, so inside the box will be a higher
20 temperature than in the surrounding room.
21    Q.  And do you have any sense for what
22 that temperature will actually be?
23    A.  No.
24    Q.  What does the photographs on
25 page 14 depict?

Y. DAVID

1
2     A.  I believe that when I examined the
3  device, that a layperson will not have a good
4  comprehension of what does it mean for the
5  principle of the device function that air
6  needs to come from below the device and get
7  into the heating element and push to the
8  blanket around the surgical site.
9        So on page 14, I grossly simulated
10 the function of air being vacuumed in or
11 sucked into the enclosure by the function of
12 the fan behind the filter.  And those are the
13 pictures explaining to a layperson.  It's very
14 simply if there is something next to the
15 intake at the floor level, it will be sucked
16 into the enclosure.
17    Q.  Did you -- where -- if I look at
18 the top picture on page 14, there's some
19 scraps -- is this paper?  Are these scraps of
20 paper?
21    A.  Correct.
22    Q.  Did you set the Bair Hugger device
23 down directly on top of those scraps of paper?
24    A.  And so it said under the picture
25 paper cuts are placed next to the bottom of

---

Page 106

Y. DAVID

1  the Bair Hugger side.  So you can see that it
2  was placed just where the paper are sucked in
3  on the side of the enclosure.
4      Q.  For purposes of the photograph
5  you've held the Bair Hugger in an elevated
6  position, right?
7      A.  Correct.
8      Q.  Okay.  What I'm trying to figure
9  out is:  When you actually turned it on, where
10 were the feet?
11     A.  Sure, absolutely.  The top picture
12 is showing you the elements involved in the
13 simulation; the Bair Hugger, the blue
14 enclosure on the left and the pieces of paper
15 cuts, white, on the right against black
16 background.  Then I put the Bair Hugger over
17 those paper cuts, that they were such that I
18 could see from the side of the enclosure how
19 many of those are covered by the fan area and
20 turned the Bair Hugger unit on.  Then I lifted
21 it and took a picture.
22     Q.  Okay.  So when you lowered the feet
23 of the Bair Hugger device, did the device sit
24 on top of any of the pieces of paper?
25

---

Page 107

Y. DAVID

1      A.  Yes.
2      Q.  Did it sit on top of all the pieces
3  of paper?
4      A.  No.  The bottom picture is showing
5  you a piece of paper with the identification
6  of T2.
7      Q.  Yes.
8      A.  Those few pieces were at the
9  right-hand side in the top picture, those
10 three pieces of paper on the right side.  So
11 the Bair Hugger was placed over the rest of
12 the papers.
13     Q.  Are you able to take a pen, and on
14 Exhibit 3, outline roughly with either four
15 corners or a box which papers -- where the
16 device would have been sitting or which papers
17 were covered by the device?
18     A.  Uh-huh.  I'm going to mark it on
19 page 14.
20     Q.  Yes, please.
21     A.  But I don't want to confuse anybody
22 looking at it, that that's not where the Bair
23 Hugger was turned on.  The papers were moved
24 on the white surface.
25

---

Page 108

Y. DAVID

1      Q.  Okay.  I'm sorry, then.  Back up.
2  When you turned the device on, where were the
3  papers?
4      A.  On the white surface.
5      Q.  Okay.  When you turned the device
6  on, were the papers underneath the Bair Hugger
7  device?
8      A.  In the same form you see it on the
9  black.
10     Q.  Okay.  So you took a picture on the
11 black and then you physically moved the papers
12 onto the white?
13     A.  Correct.
14     Q.  And then you set the Bair Hugger
15 back down on the white part on top of the
16 papers?
17     A.  And as I said before, with the
18 three right-hand-side paper cuts outside the
19 filter area.
20     Q.  Okay.  Then no need to mark on
21 Exhibit 3 at this moment.
22         When you say "outside the filter
23 area," were those three paper marks by the T2,
24 the three pieces of paper, were they still
25

---

Page 109

Y. DAVID

1  within the base of the Bair Hugger device,
2  beneath the base of the Bair Hugger device?
3      A.  I think that I mentioned that I
4  could see it.
5      Q.  Yeah.
6      A.  When the device was on top of the
7  paper cuts, I could see those three outside.
8      Q.  Okay.  But within the white board
9  that is depicted here on page 14?
10     A.  Correct.
11     Q.  Okay.  What setting did you turn
12 the Bair Hugger on to?
13     A.  I used the three-temperature
14 setting, and for this particular picture, I
15 believe it was the high temperature.
16     Q.  High temperature?  Is there a
17 fan -- is there a different fan speed?  Or is
18 there only one option for fan speed?
19     A.  I'm aware of one option.
20     Q.  Okay.  Did you do anything to
21 measure the air flow?
22     A.  No.
23     Q.  Okay.  What kind of a room was
24 this?
25

Page 110

Y. DAVID

A. This was a biomedical laboratory.

Q. Okay. Is this laboratory designed to represent an operating room environment?

A. I'm glad that you're asking this question, because once again, I want to make it clear that I did not attempt to look at the device performance or features. I did not need to simulate the environment where its function. Once again, I wanted to see and acquaint myself with the device operation and integration of different components and the air flow through it.

Q. Was the laboratory designed to represent an operating room condition?

MR. BANKSTON: Object to the form.

A. I'm not that familiar with the lab, and I don't know if it was designed for it or not.

BY MS. EATON:

Q. Do you know if it did reflect operating room conditions?

A. Probably did not.

Q. Do you know anything about the air flow into the laboratory?

Page 111

Y. DAVID

A. No.

Q. Do you know what the temperature was in the laboratory when you performed the operation that's depicted on page 14?

A. Yes. I took the room temperature.

Q. What was the room temperature?

A. It was exactly as the air-conditioning scale showed, and it was 74 degrees, I believe.

Q. Fahrenheit?

A. Correct.

Q. Is that the temperature of an operating room during surgery?

A. Probably not.

Q. Did you intend for this exercise depicted on page 14 to represent the conditions during clinical use of a Bair Hugger device during a surgery?

A. I might not be communicating clearly enough, so let me try again. My examination was not for clinical performance, was not intended on determining the features and the performance of the Bair Hugger 750 in a clinical environment or in an operating room

Page 112

Y. DAVID

or in any area that patients are cared for.

My examination was specifically for acquainting myself with the product elements, with the physical characteristics of how it is functioning, and with understanding the relationship between air intake, air outtake, how the accessories are connected, and that's the extent of it. So we keep coming back to questions about operating temperatures and the lab that is designed to be operating room, and I want to make it clear that if I'm not communicating that issue, I will try it a different way.

But it is a completely different purpose, and knowing that the device has multiple fault codes associated with it, it would be naïve to even try to do that features determination and clinical performance on such condition of the device. So it's further from my goals and objective as can be.

Q. So if we were to show this photograph, for example, these photographs on page 14 to a lay jury, would it be important for them to have that in mind, all that you

Page 113

Y. DAVID

just said?

A. Absolutely.

Q. Did any of the pieces of paper get through the intake?

A. No, they did not. The intake spaces of the levers -- I hope I'm identifying it correctly -- but the black cover over the filter has smaller gaps than the size of the paper and the paper cannot penetrate the plastic container that holds the filter in place.

Q. So if we looked at page 12 of Exhibit 3, is that the grate that you're speaking about?

A. Thank you. Very good. Yes.

Q. Okay. So that grate was in place when -- was in place when the exercise was done that's depicted on page 14?

A. Correct.

Q. And all of the paper was stopped by it?

A. Yes.

Q. Did you ever do any test with a smaller-size particle than a sheet of paper?

Y. DAVID

1                Y. DAVID
2     A.  No.
3     Q.  Did you ever observe anything to
4  move through the filter that you detected in
5  some way?
6     A.  No, I did not.
7     Q.  Your report does use the word
8  "suctioned."
9          What's the definition of that term?
10    A.  To suck is bringing from --
11  bringing an object from point A to point B by
12  application of a vacuum.  So in my report,
13  what I use it for is to indicate that paper
14  clips moved from one point to the other,
15  actually raised from the table base towards
16  the filter containing -- container by the
17  vacuum that the fan is generating behind the
18  filter.
19     Q.  When you said "clips," do you mean
20  these pieces of paper or do you mean like a
21  metal paperclip?
22     A.  You're right, I should have said
23  cutouts.
24     Q.  It's what's depicted on page 14?
25     A.  Yes.

Y. DAVID

1                Y. DAVID
2          Whenever you can let me have a
3  break, that would be great.
4     Q.  That would be fine.
5         THE VIDEOGRAPHER:  We are going off
6  the record at 12:05.
7         (Recess, 12:05 p.m. to 12:18 p.m.)
8         THE VIDEOGRAPHER:  We are back on
9  the record at 12:18.
10  BY MS. EATON:
11    Q.  Do you -- sorry.  Do you have any
12  indication of how much suction would be
13  required to remove a 10-micron particle from
14  the floor?
15    A.  No, I do not.
16    Q.  And do you have any idea if the
17  Bair Hugger device sitting on the floor could
18  remove a 10-micron particle?
19    A.  Sure.
20    Q.  What's your idea?
21    A.  The idea that the heavier product,
22  like paper cutout, would lift it easily.
23    Q.  That term "easily," is that a
24  scientific term?  Does it have a --
25         MR. BANKSTON:  Object to the form.

Y. DAVID

1                Y. DAVID
2  BY MS. EATON:
3     Q.  -- any criteria or quantification
4  you meant by that term?
5     A.  "Easily" is a term describing that
6  there is no need to apply energy or force.
7  And what I meant to say is that if a large
8  number of fairly good-sized paper cutouts were
9  lifted without much effort, that I would
10  consider it to be easily done.
11    Q.  Okay.  What kind of paper was the
12  paper you used?
13    A.  It's a 20-pound white paper.
14    Q.  Okay.  Do you have any idea what
15  size microns these cutouts represent, how many
16  microns they would reflect?
17    A.  Well, one can see the -- I'll use
18  the word "easily" again, and easily calculate,
19  because we know the size of a bacteria, for
20  example, of 1- to 3-micron, which is a
21  millionth of a millimeter, and I definitely
22  can see that's much smaller than these
23  2-inches-wide paper.
24    Q.  That's actually a really good
25  question.  Do you still have the pieces of

Y. DAVID

1                Y. DAVID
2  paper that were used and depicted on page 14?
3    A.  I believe so.
4    Q.  You do?
5    A.  Yes.
6    Q.  If you could provide those or
7  somehow -- because I'd be interested, for
8  example, in what size they are.  Do you have
9  measurements of what size they are?
10    A.  They are about 1-by-2 inches cut.
11    Q.  Is there a reason you chose that
12  particular size?
13    A.  No.
14    Q.  Okay.
15    A.  And let me just make sure that I
16  answer you correctly.  I saw the piece of
17  papers when I was working with the device back
18  in December, January, February.  I hope that I
19  can find them.
20    Q.  If you are able to find them, I
21  would ask you to keep them, and I'm not sure
22  yet what exactly we would do in terms of an
23  exchange or looking at them, but I would just
24  ask that you look when you return to your
25  lab -- do you still have access to the lab

Page 118

Y. DAVID

1
2   where you did this work?
3       A.   Correct.
4       Q.   Just look and see if you have them,
5   and if you would, I would ask that you keep
6   them.
7       A.   Okay.
8       Q.   So I take it from the answer you
9   gave me that the pieces of paper you used are
10  much larger than 10 microns.
11      A.   Much larger, correct.
12      Q.   You did not -- did I hear you
13  correctly that you did not attempt to suck
14  anything smaller than the pieces of paper
15  depicted on page 14 into a Bair Hugger device?
16      A.   Correct.
17      Q.   Do you have any basis for believing
18  that a Bair Hugger device could remove a
19  10-micron particle from the floor beyond the
20  work that is depicted on page 14?
21      A.   I believe that that exercise
22  demonstrated that there is sufficient force to
23  lift objects from the bottom of the feet of
24  the Bair Hugger towards the filter that's
25  about 1 -- less than 1 inches high.

Page 119

Y. DAVID

1
2       Q.   Was your purpose in doing the work
3   set out on page 14 to demonstrate that, that
4   the Bair Hugger device could lift things off
5   of the floor?
6       A.   The objective of my examination was
7   to understand how the Bair Hugger is
8   functioning, to familiarize myself with the
9   components and integral -- internal
10  integration of the different components and
11  how the accessories are tied into it, and the
12  understanding of how air is entering, getting
13  heated, controlled, and moved out of the unit
14  towards the blanket.  That was my purpose of
15  the examination.
16          The other question that's relating
17  to clinical performance or heating
18  quantification inside the box or outside the
19  box or lifting a specific object from the
20  floor were not part of my examination and were
21  never part of any attempt on my part to prove
22  something.
23      Q.   So the work that is depicted on
24  page 14, for example, would not, in your mind,
25  scientifically prove that the Bair Hugger

Page 120

Y. DAVID

1
2   device could lift any particular 10-micron
3   particle off the floor, correct?
4       A.   Correct.  It's the concept of how
5   air is flowing into and out and what is being
6   condition internally at the Bair Hugger 750
7   with these components that I see; the filter,
8   the fan, the heating element, the electronic
9   control, the sensors of the temperature that
10  are put in the hose and how the blanket is
11  connected.
12      Q.   All of those things are why you --
13  what you were looking at?
14      A.   Correct.
15      Q.   Okay.  Was there any active fault
16  code at the time that you turned on the Bair
17  Hugger device?
18      A.   No.
19      Q.   Other than the presence of the
20  historic fault code, did you have any reason
21  to believe that the Bair Hugger device was not
22  performing, at the time you looked at it, in
23  the same way that it was performing at
24  previous times?
25      A.   To answer your question, I need to

Page 121

Y. DAVID

1
2   know how it was performing at previous time.
3   I have no knowledge how it was performing
4   previous time.  It might have been defective
5   and abnormally behaving for quite some time
6   according to the fault codes that have many
7   hours of registration to them prior to me
8   handling it.
9           But beside the point is that I
10  don't believe that I have any intention of
11  looking at performance.
12      Q.   Okay, yeah, I've heard that and
13  thank you.  I just want to --
14          MR. BANKSTON:  I'm going to object
15  to you interrupting his answer.  Let him
16  finish his answer.  We've done that in
17  every deposition I've been with you, and
18  I've had witnesses go extremely -- let
19  the man finish his answer.
20  BY MS. EATON:
21      Q.   Could we just -- I do understand
22  the purpose for which you've explained you
23  looked at the device.  I just wanted to ask
24  something very specific on page 10 with
25  respect --

Page 122

Y. DAVID

1
2       MR. BANKSTON:  I object to the
3  form, that you didn't let him finish his
4  answer.
5  BY MS. EATON:
6       Q.   There is a reference to the oldest
7  fault event occurring about 1939 hours
8  previous to the examination.
9       Do you see that?
10      A.   Yes.
11      Q.   And then there's another reference
12  to a second event occurring 447 hours previous
13  to the examination?  Yes?
14      A.   Yes.
15      Q.   Okay.  Did you get the hours --
16  does that appear along with the fault code on
17  the device?
18      A.   Correct.
19      Q.   Do you -- is there anything about
20  the way the fault code was displayed or any
21  information you were able to get from the
22  device based on your looking at the operator's
23  manual that would tell you if there had been
24  any repair done in response to that fault
25  code?

Page 123

Y. DAVID

1
2       A.   No.  I cannot tell if it was
3  repaired or attended to.
4       Q.   You just made a statement, I think,
5  about maybe the device was defective for a
6  long time.  Do you have any information
7  specifically you could tell me that the fault
8  codes you saw would mean the device was
9  operating in a way that you would call
10  defectively?
11      A.   Sure.  If the fault code that I
12  remember seeing as number 8 and number 3 are
13  suggesting that the heater is not functioning
14  properly and it is a faulty condition, then it
15  is the basic functioning of the device to heat
16  and it's not doing it properly.
17      Q.   And is your basis for saying it's
18  not doing it properly your reading of what the
19  fault code meant or something else?
20      A.   I don't understand what it is,
21  "something else."
22      Q.   Is there something about the fault
23  code that you're saying means the device
24  wasn't heating properly?
25      A.   Right.  The fault code states that.

Page 124

Y. DAVID

1
2       Q.   And that's based on your review of
3  the operator's manual of what that fault code
4  meant?
5       A.   Correct.
6       Q.   If I push the device right now,
7  would I be able to access the archived codes
8  in the same way that you did, or has anything
9  changed about the way they would appear?
10      A.   The only change is due to memory
11  limitation and the archive of fault codes in
12  the device I believe limited to five.  And if
13  there were additional fault codes occurring,
14  then it will drop the oldest one and will
15  enter the new one into its memory.
16      Q.   Do you know if any fault codes
17  occurred during your operation of the device?
18      A.   I don't believe they did.
19      Q.   You said, if I understood you
20  correctly, that when you checked the fault
21  codes was not when you first took the device
22  out of the box.  Is that correct?
23      A.   That --
24      Q.   Yes?  Go ahead.
25      A.   That would be a correct estimate,

Page 125

Y. DAVID

1
2  yeah.
3       Q.   Do you recall if you tested the
4  fault codes -- I'm sorry, that's the wrong
5  word.
6       Do you recall if you checked the
7  fault codes before or after the temperature
8  measurements that you took?
9       A.   It was before I took measurements.
10      Q.   For what purpose did you check the
11  fault codes?
12      A.   For no other reason, just to
13  understand the condition of the product.
14      Q.   Are the photographs in Exhibit 4
15  taken in connection with the time that you
16  took temperature measurements?
17      A.   No.  I believe that was after.
18      Q.   Did you take any photographs in
19  connection with the time that -- I'm sorry.
20  When you took temperature measurements, was
21  that on the same day that you took the device
22  out of the box first?
23      A.   No.
24      Q.   Is there anything else you did on
25  the day that you took temperature

Y. DAVID

1 measurements?
2    A.  I recall that I had to spend a
3 significant amount of time to get all the
4 shipping materials from the different spaces,
5 like in the hose and between the IV pole and
6 so on.  There are a lot of...
7    Q.  I am not understanding what you
8 mean.  You mean you had to remove shipping
9 materials that had been placed in the device
10 for purposes of its shipment?
11    A.  No, but --
12    Q.  Okay.  Then what did you mean?
13    A.  If you look at page 11, you can
14 see -- I don't know what you call those white
15 particles inside the shipping box.
16    Q.  Uh-huh.
17    A.  And those were all over.
18    Q.  Were they made of Styrofoam?
19    A.  Yes.  And they were getting into
20 all kind of nooks and cracks in the hose and
21 things like that.  I remember that it took me
22 some time to clean all that.  So that was the
23 things of getting it out of the box and
24 getting it ready for the next step.

Y. DAVID

1    Q.  Was the unit itself encased in any
2 kind of a plastic bag, or was it just sitting
3 in these pellets?
4    A.  I believe it was just sitting in
5 the pellets.
6    Q.  Were there any pieces of Styrofoam
7 stuck within the louvers of the air intake
8 grate?
9    A.  Yes.
10    Q.  Had any pieces of Styrofoam moved
11 inside of the device?
12    A.  If you call the hose the device,
13 then yes.
14    Q.  What about between -- I'm sorry, on
15 the inside side, the in-compartment side of
16 the filter, was there any Styrofoam visible on
17 the inner compartment of the filter?
18    A.  I see.  Not that I remember.
19    Q.  When you -- there's a reference in
20 here to a blanket.  How did you obtain the
21 blanket that you used?
22    A.  I requested the device and the
23 blanket, a system, from counsel.
24    Q.  Did the blanket come in the same

Y. DAVID

1 box as the Bair Hugger device?
2    A.  No.
3    Q.  Do you know if the blanket came
4 from the same eBay vendor as the device came
5 from?
6    A.  I do not know.
7    Q.  Why did you request the device and
8 the blanket as a system?
9    A.  If my aim is to understand how the
10 forced-air warming is taking aim at achieving
11 its purpose, I need to have all the components
12 connected together and the blanket has a
13 purpose of distributing heat over a surface
14 and maybe a secondary stage filter, I think.
15    But nevertheless, the blanket is
16 part of the device and I wanted to understand
17 how this system is integrated together, where
18 it's connected, what are the possibility of
19 air moving through the system, including
20 through the blanket, and how does it reach the
21 surgical site.
22    Q.  Was the blanket that you used a --
23 designated somehow that you could perceive as
24 a Bair Hugger blanket, a use for -- a specific

Y. DAVID

1 blanket for use with the Bair Hugger device?
2    A.  Yes.  It has a casing, a flexible
3 plastic container, bag, that it has the Bair
4 Hugger name and a catalog number.
5    Q.  Do you recall what number it was,
6 model -- what catalog or model number it was?
7    A.  I probably still have it.  No, I
8 don't remember.
9    Q.  I would be interested in that.  Do
10 you mean you have the blanket or the bag or
11 both?
12    A.  I believe I have both.
13    Q.  Okay.  I would ask that you keep
14 those and I would -- again, I'm not sure what
15 the logistics of any transfer may be, but I
16 would be interested in that if you still have
17 it.
18    Do you recall what the blanket --
19 whether it would be -- do you recall how the
20 blanket matches up with any kind of
21 designation of upper body, lower body, under
22 body?  And if you don't, just let me know,
23 but...
24    A.  I don't recall the designation.  I

Y. DAVID

1  
2 can tell you that it looks rectangular in
3 shape.
4     Q.  Does it look like it would be the
5 full length of an adult body or less than the
6 full length of an adult body?
7     A.  Less than the full length.
8     Q.  Does it have any -- does it have
9 any pieces extending out to the side that you
10 might put over arms, for example?
11     A.  No.
12     Q.  Okay.  Would it -- have you seen
13 any -- in any of the materials you reviewed,
14 have you seen illustrations of the different
15 kinds of blankets with designations of what
16 they are?
17     A.  Yes.
18     Q.  Do you have an idea of what kind of
19 blanket it was based on that review?
20     A.  Not from memory.
21     Q.  Do you think it would be for
22 placement on the abdomen or placement on the
23 legs?  Any sense of that based on your review
24 of stuff?
25     A.  Looks to me like the size of lower

Y. DAVID

1  
2 body covering.
3     Q.  When you -- was there more than one
4 time when you put the system together?
5     A.  No.
6     Q.  What space were you in when you put
7 it together?
8     A.  In the lab.
9     Q.  The same lab that is depicted on
10 page 14?
11     A.  Correct.
12     Q.  Where is that lab located?  What
13 kind of -- is it your business' lab or a
14 university's lab?
15     A.  No.  It's a biomedical device
16 service lab that is in north part of town and
17 that I rent space when I need it.
18     Q.  When you set up the system and took
19 temperature measurements, what was the blanket
20 sitting on?
21     A.  The blanket was sitting on the
22 service bench.
23     Q.  What's that constructed of?
24     A.  Wood.
25     Q.  Was it at the same height,

Y. DAVID

1  
2 basically, as the unit, or higher or lower?
3     A.  I would say about the same height.
4     Q.  Was the temperature in the room
5 about 74 degrees at that time as well?
6     A.  Correct.
7     Q.  What instrument did you use to take
8 the temperature measurements?
9     A.  It was a Fluke thermocouple
10 temperature monitor.
11     Q.  Fluke?
12     A.  F-L-U-K-E.
13     Q.  I am not familiar with how a person
14 uses one of those.  Could you please explain
15 for me?
16     A.  Sure.  It's a battery-operated
17 device that has connectors to sensors and a
18 display, digital display, with ranges.  And
19 the device has been recently calibrated within
20 the last, I believe, 30 days of my use of it,
21 was calibrated to gold standard and have been
22 supplied with temperature probe.  Those are
23 very similar to the microphone wires we see
24 here that are being used in this deposition on
25 each one of us.

Y. DAVID

1  
2     Those microphone-like wires have a
3 thermocouple at the end.  That's the name of
4 the device, thermocouple temperature
5 measurement, and the thermocouple, when it is
6 in environment either touching or in a
7 convection environment, the two metals that
8 perform this joint thermocouple is changing in
9 a different ratio and the monitor is able to
10 measure the resistance to electricity based on
11 the expansion of those pieces of metal.
12     That is very accurate temperature
13 monitor that's used in many research and
14 experiments, and I happened to have that
15 available to me when I rented the space.
16     Q.  Were the perforations on the
17 blanket face-up or face-down when you did your
18 measurements?
19     A.  The perforations were facing the
20 wooden block, facing down.
21     Q.  Where did you place the Fluke
22 device in order to take the measurements?
23     A.  So this thermocouple sensor, you
24 can imagine taking the tip, which is just this
25 microphone without the foam piece, and I taped

Page 134

Y. DAVID

1  it underneath the blanket.
2      Q.  Was it just one thermocouple?  I'm
3  sorry, just one probe?  Was it just one probe
4  that you taped?
5      A.  No.  I believe I had four.
6      Q.  Is it a standard method to use tape
7  to attach it to a surface?
8      A.  It's a standard matter to attach
9  thermocouple to a particular area that you
10 want to measure.  You can attach it with many
11 different things.  You can just lay it and
12 hoping that the contact is sustained.  You can
13 tape it like I did.  You can put glue and have
14 it more permanent.
15     Q.  Does the tape -- I'm just trying to
16 get a sense.  Does the tape go over the back
17 of the probe that's going to be measuring
18 temperature or is there a way you can tape
19 like a wire or something -- I know this is not
20 a very artful question, but do you understand
21 what I'm asking?
22     A.  Yes.  And I think that I can
23 illustrate to you and answer your question
24 very clearly.  If you look at the white tapes
25

Page 135

Y. DAVID

1  that is used here (indicating) to maintain the
2  power cord on this table and you will take a
3  portion, small portion of that, and I put it
4  around the temperature probe.  That's how it
5  was attached.
6      Q.  Is there any reason to believe the
7  presence of the tape would affect the
8  temperature measurement?
9      A.  I don't see why.  And once again, I
10 did not aim at doing any temperature
11 performance measurement as part of my
12 examination, just to see what happened to the
13 environment.
14     Q.  Where on the surface of the blanket
15 were the -- so the probes you taped were
16 beneath the blanket on the bench side if I
17 heard you correctly.  Is that right?
18     A.  That is right.
19     Q.  How wide was the bench compared to
20 the blanket?  Did the blanket hang over the
21 sides?
22     A.  Yes.
23     Q.  Okay.  Do you have a sense for how
24 much of the blanket was laying over the sides
25

Page 136

Y. DAVID

1  versus how much was laying flat on the bench?
2      A.  About 2 inches.  The blanket was
3  wider about 2 inches than the wooden block.
4      Q.  On each side?
5      A.  On one side.
6      Q.  Were the temperature probes between
7  the blanket and the block or on the overhang?
8  I'm sorry, that was a bad question.
9          Were the temperature probes on the
10 part of the -- beneath the part of the blanket
11 that was laying flat on the block?
12     A.  Correct.
13     Q.  Okay.  Were they out to the edges
14 or were they in the middle?  Where were they
15 in connection with the blanket?
16     A.  I divided the blanket into four
17 quarters and it was in each one of the
18 quarters.
19     Q.  Was it in the middle of each
20 quarter?
21     A.  I believe so.
22     Q.  Okay.  Did you take notes of what
23 the temperature measurements were?
24     A.  Except the average that is
25

Page 137

Y. DAVID

1  mentioned in my report, no.
2      Q.  Did you write down the average
3  that's mentioned in your report?
4      A.  That's what in the report is from,
5  probably a note I took, at 36.
6      Q.  And I'm wondering, do you still
7  have the notes that you took?
8      A.  No.
9      Q.  Do you believe that on the notes
10 that you had you just wrote down that one
11 number, 36, or did you write down several
12 measurements that you then averaged to 36?
13     A.  The temperature ranges between the
14 four quarters was insignificant so it didn't
15 take much of a calculation to see the average.
16     Q.  Did you write down any individual
17 data points in your notes?
18     A.  No.  I think, one more time, I
19 wanted to make sure that -- I'm not in a
20 position to give you any reliable temperature
21 quantification of that environment.  It was a
22 general concept of where it's heading, is it
23 heating, is it cooling, is it doing anything
24 to the blanket, and that's what I wanted to

Page 138

Y. DAVID

1  see compared to the 74 degrees that we have on
2  the AC thermometer.
3      Q.  Sir, I asked you if you took any
4  notes, and I'm wondering if in your notes that
5  you took, you described for me, you took down
6  individual data points or you only wrote the
7  average.  Are you able to tell me that?
8      A.  I think that I did by telling you
9  that the temperature range was all within
10 decimal numbers, so there is no need to take
11 numbers in average when they are about the
12 same.
13     Q.  I'm not asking what there's a need
14 for.  I'm asking what you did.  Did you write
15 down individual measurements?
16     MR. BANKSTON:  Object to the form.
17     A.  And as I responded to you, no.  I
18 took a review of the numbers and came up with
19 the average.  That's a sufficient estimate for
20 my purpose.
21 BY MS. EATON:
22     Q.  You've just said "decimals."  Did
23 every one of the four measurements begin with
24 a 36?

Page 139

Y. DAVID

1      A.  Yeah.
2      Q.  Were any measurements higher than
3  36 degrees?
4      A.  Not that I recall.
5      Q.  They were all 36.0 degrees exactly?
6      A.  I believe you misrepresent my
7  answer.  I said there's no point.  I didn't
8  say they're all 36.0.
9      Q.  I'm just trying to understand your
10 answer and perhaps we're not communicating.
11 Were there -- you've said in your report, if
12 we look on your report on page 15, the last
13 sentence of the first paragraph says, "When I
14 measured several areas of a sample blanket,
15 after 30 minutes of operation, I found an
16 average temperature of 36 degrees."
17     I'm trying to understand what the
18 individual measurements were that led to that
19 average.  Are you able to tell me?
20     MR. BANKSTON:  Object to the
21 preamble.
22     A.  And that's perfect, because the
23 sentence is exactly what I'm trying to
24 communicate all day today, and that is I

Page 140

Y. DAVID

1  looked at the device physical structure.  I
2  did not attempt to measure any clinical
3  performance.  I put temperature probes because
4  I wanted to understand how the device is
5  operating, not to determine if it is reaching
6  specific clinical warming objective or not.  I
7  cannot give you a reliable temperature
8  observation because that was not my aim, and
9  what I saw was 36.0, 36.7, 36.9, variety of
10 36-point-something that was easy to say that
11 on the average they are 36.
12 BY MS. EATON:
13     Q.  Are those numbers that you just
14 said, 36.0, 6, 7, 9, are those specific
15 memories or is that just a -- let me stop
16 there.
17     Do you believe that those were
18 specific readings you got?
19     A.  No.
20     Q.  Did you get any readings that were
21 below 36 degrees?
22     A.  I don't believe so.
23     Q.  And you got some readings that were
24 higher than 36 degrees but you can't be

Page 141

Y. DAVID

1  precise about exactly how much higher?
2      A.  Well, I think that I'm fairly
3  precise.  It's not the aim is to give you a
4  reliable temperature reading, but what I'm
5  telling you is that it's 36 and decimal
6  changes.  It's not 38, it's not 39.  It's
7  36-something.
8      Q.  What about 37 degrees?  Were any of
9  the readings that you obtained 37 degrees or
10 higher?
11     A.  I don't recall that.
12     Q.  I'm trying to figure out how
13 numbers above 36 degrees averaged to
14 36 degrees.
15     A.  Very simply.  I did not aim to
16 scientifically monitor temperature feature of
17 this device.  I think we went over that
18 multiple times today.  I will do it one more
19 time just to make sure that it's clear.  It's
20 not my aim to give you a reliable temperature
21 quantification of what happened on this device
22 with this blanket, so for me to report an
23 average of 36 is sufficiently because the
24 determination was that it's 36-point-something

Y. DAVID

1  Y. DAVID
2  and I did not need scientific accuracy beyond
3  the 36 whole number.  I did not look for
4  decimal fraction of a degree.
5      Q.  How many temperature measurements
6  did you take?
7      A.  Excuse me, Counsel, I don't
8  understand the question, how many temperature.
9      Q.  There were four probes taped to the
10  blanket, and how many times did you take a
11  measurement from each probe?
12      A.  Just like what my report is saying.
13  I waited 30 minutes and let it stabilize and
14  took a reading.
15      Q.  Did you take a reading from each
16  probe?
17      A.  Mentally I did.
18      Q.  You reviewed the results for each
19  probe?  You saw what the result was for each
20  probe?
21      A.  I'm not sure that your word of
22  "result," but I showed the -- I saw the
23  measurement of each probe, yes.
24      Q.  At one point in time after the
25  machine had stabilized for 30 minutes --

Y. DAVID

1  Y. DAVID
2      A.  Correct.
3      Q.  -- did you look at the results --
4  did you take any other measurements of
5  temperature?
6      A.  I think I said before, the room
7  temperature.
8      Q.  I'm sorry.  From the probes that
9  were taped to the blanket, other than this one
10  observation, did you make any other
11  observation of the temperature?
12      A.  I see.  No, I believe that's the
13  totality.
14      Q.  Did you take any photographs of
15  that setup?
16      A.  I don't believe so.
17      Q.  Are you familiar with an ASTM
18  testbed for warming blankets?
19      A.  ASTM what?
20      Q.  Are you familiar with the standard
21  for testing the temperature related to a
22  patient warming device in any respect?
23      A.  I'm familiar with the ASTM
24  organization, with their standards.  I was a
25  member of one of their committee, F-29,

Y. DAVID

1  Y. DAVID
2  involved with anesthesia equipment at one
3  time.  I do not have specific recollection of
4  what you're referring to as temperature
5  measurement.
6      Q.  There was a document included in...
7          (David Exhibit 5 marked.)
8  BY MS. EATON:
9      Q.  I believe you referenced -- I'm
10  sorry, I didn't keep my copy.  Let me just ask
11  a different question.
12          I believe that this test report was
13  contained within the materials you reviewed.
14  Do you recognize it?
15          MR. BANKSTON:  Object to the form.
16  BY MS. EATON:
17      Q.  Do you recognize this document?
18          (Document review by witness.)
19      A.  Yeah, I believe I saw that with a
20  color-coded graph.
21  BY MS. EATON:
22      Q.  On the last page?
23      A.  Yes.
24      Q.  Do you know, if you look on the
25  first page, what the ASTM F-29.01.10 fixture

Y. DAVID

1  Y. DAVID
2  is for testing convective warming blankets?
3      A.  As we sit here, by heart, no.  I'm
4  familiar with ASTM.  I'm familiar with the
5  F-29 committee and the family of standards
6  that they developed.  It's very easy to obtain
7  that material and to become educated about it.
8  As we sit here today, no, I do not have that
9  information.
10      Q.  And I just want to be clear.  Was
11  the temperature measurement that you did
12  related at all to the method, whatever it is,
13  that would be described in this standard?
14      A.  Well, the ASTM, and specifically
15  the F-29 family of standards, are specifically
16  set of standards that allow for product to
17  comply with performance features.  They can be
18  a variety of features.
19          In this particular case it looks
20  like the testing of a convective warming
21  blanket.  Since my purpose was nothing of the
22  kind and has nothing to do with a review or
23  establishing or disputing performance of a
24  product and compare it to standard, my
25  protocol in testing and temperature does not

Page 146

Y. DAVID
1
2 require to follow the ASTM F-29 fixture for
3 testing.
4      Q.  And I'm not saying it did.  I was
5 just trying to ask if there is anything -- and
6 so let me start a clean question.
7           Was there anything about the test
8 method you used that was designed to match or
9 follow any ASTM guidance for testing
10 convective warming air blankets?
11      A.  Nothing that connected to my
12 activity.
13      Q.  If you had already seen the fault
14 code before you did the temperature testing,
15 why did you go ahead and do the temperature
16 testing?
17      A.  For the very simple reason that I
18 wanted to see if the heating element is
19 working at all, if the fan is functioning, and
20 does the air flow through the whole system and
21 out of the perforation in the blanket.
22           And the reason I made the
23 measurement is to see if this is room air
24 going through that is not being heated by the
25 heating element or the heating element does

Page 147

Y. DAVID
1
2 contribute to the temperature change.
3      Q.  What did you conclude based on your
4 test?
5      A.  Since the room temperature was much
6 colder than a body temperature of 36 degrees
7 centigrade, it was obvious that the heating
8 element is contributing to warming the air as
9 it's passing through the Bair Hugger device.
10      Q.  On the date that you did the
11 temperature testing, did you do any other
12 thing with the device?
13      A.  Sorry, I didn't hear you.
14      Q.  On the day that you took the
15 temperature test -- I'm sorry, let me start
16 over.
17           On the day you took temperature
18 measurements, did you do anything else with
19 the device other than prepare it, which you
20 have described?
21      A.  I think we discussed the sucking
22 force.
23      Q.  That was on the same day?
24      A.  Yes.
25      Q.  With the pieces of paper.

Page 148

Y. DAVID
1
2      A.  Yes.
3      Q.  Okay.  Anything else?
4      A.  No.
5      Q.  Okay.  Any other types of -- any
6 other time you've ever operated the device
7 except for that day?  This device depicted in
8 Exhibits 3 and 4.
9      A.  Let me understand your question.
10 You asked me if I ever operated the device
11 other than on that day with the temperature
12 probe?
13      Q.  Correct.
14      A.  The answer is yes.
15      Q.  On how many other occasions did you
16 operate the device?
17      A.  I have no idea.
18      Q.  Did you ever assemble the whole
19 system, including the blanket, on any day
20 other than that day?
21      A.  Yes.
22      Q.  Do you have any sense for how many
23 occasions that was?
24      A.  No.  When I go to the lab, I want
25 to make sure that I prepare, I have everything

Page 149

Y. DAVID
1
2 that I need, and that the system is
3 connectible and fully integrated.  So I
4 probably did it before I went to the lab.
5      Q.  Any other observations you've made
6 while operating the device that were relevant
7 to you?
8      A.  Other observations relating to the
9 inability to clean the inside compartment of
10 the device.
11      Q.  That's based on your personal
12 observation, you're saying?
13      A.  Yes.
14      Q.  Okay.  What do you mean by that,
15 "inability to clean"?
16      A.  You need to have an engineer taking
17 the product apart and disassemble it in order
18 to get close to the compartment we see in the
19 pictures, and yet it does not allow you entry
20 into the heating element volume.  So even if
21 you have engineers that will take it apart,
22 disassemble as I'm describing here, you might
23 be able to get to the fan and the fan blades,
24 but you won't be able to get to the rest of
25 the air flow path through the heating element.

Y. DAVID

1
2  Q.  Do you know what the temperature is
3  inside the heating element?
4  A.  Inside the heating element?  No, I
5  don't.
6  Q.  Is there any other area of the
7  inside of the device that one would not be
8  able to get to by doing what you did?
9  A.  The enclosure, as we see in
10 page 15, separate into two large blue parts,
11 giving you an opportunity to understand that
12 there is a large vacuum spaces, empty spaces,
13 that they are subject to environmental
14 spoilage, and you cannot get to cleaning these
15 spaces unless you mechanically apply tools to
16 take those apart, and it's not recommended nor
17 suggested by anybody to do it.
18 Q.  Why do you believe that the blanket
19 serves as a secondary filter?
20 A.  Sorry?
21 Q.  Why do you believe that the blanket
22 serves as a secondary filter?
23 MR. BANKSTON:  Object to the form.
24 A.  I believe it because I think I read
25 it in some of the material that is in my box.

Y. DAVID

1
2  BY MS. EATON:
3  Q.  Did you do any testing or
4  measurement or observation related to that?
5  A.  Observation, other than visualizing
6  that it does allow air to come up, no.
7  Q.  Give me a second.
8  The day that we've been discussing
9  that's depicted on page 14 and includes the
10 temperature measurements, is that, do you
11 believe, in a month that is reflected in the
12 invoices we have, if you would look at
13 Exhibit 2?
14 A.  So what is the question about
15 Exhibit 2?
16 Q.  You know, actually you can look at
17 Exhibit 2 or not, but do you know when you
18 made the measurements?
19 A.  No, I don't remember.
20 Q.  Do you believe it would have been
21 in January 2017 when your description says
22 "device testing"?
23 A.  December 2016 is also examination,
24 examine product.
25 Q.  Right.

Y. DAVID

1
2  A.  Oh, I see what you're saying,
3  "device testing."  January 2017.  Makes sense.
4  Q.  Is there any other testing you did
5  on the device except what we've just been
6  discussing?
7  A.  No.
8  Q.  Do you believe that the testing
9  of -- with the paper cutouts and the
10 temperature measurements would have been done
11 in January 2017?
12 A.  The best of my knowledge, I would
13 say yes.
14 Q.  Was anyone else present when any of
15 that work was done?
16 A.  No.
17 Q.  Did you ever make any videos at any
18 time related to your work in this case,
19 anything that you did?
20 A.  No.
21 THE WITNESS:  Are we getting close
22 to lunch?
23 MS. EATON:  Yes.  Sure.  Why don't
24 we go ahead and take lunch.
25 THE VIDEOGRAPHER:  We are going off

Y. DAVID

1
2  the record at 13:13.
3  (Recess, 1:13 p.m. to 2:14 p.m.)
4  THE VIDEOGRAPHER:  We are back on
5  the record at 14:14.
6  (David Exhibit 6 marked.)
7  BY MS. EATON:
8  Q.  Hello.  I have marked as Exhibit 6
9  a table of contents in one of the binders that
10 you brought today.  It's titled "Other
11 Reference Materials."  Is that correct?
12 A.  That's correct.
13 Q.  Did you -- how did you receive
14 those materials in Exhibit 6, reflected in
15 Exhibit 6?  I'm sorry.
16 A.  Those materials were put in the
17 binder based on how I structure my report.
18 Q.  I'm sorry.  Did you receive these
19 materials from someone or did you locate them
20 yourself?
21 A.  It's a combination of me locating
22 and asking counsel to receive -- to obtain
23 those for me.
24 Q.  Are there any documents listed on
25 the table of contents marked as Exhibit 6 that

Y. DAVID

1   you yourself obtained?
2       A.  Sure.  The ASHRAE standard I
3   obtained myself.  The Bair Hugger
4   specification was provided to me.  The CDC was
5   provided to me.  And the FDA, I put in.
6       Q.  You put in?
7       A.  Yep.
8       Q.  The table of contents refers to
9   ASHRAE Standard 62.1, but what appears to be
10  behind the tab is a series of PowerPoints and
11  an M.D. Anderson Cancer Center document.
12      Do you know why that is?
13      A.  Yeah.  The M.D. Anderson document
14  is an institutional policy relating to how
15  standards should apply to the construction of
16  personal protective environment in similar
17  spaces and using the standard that ASHRAE has
18  structured.  So it is under A.
19      And under B is the Canfield merit
20  rating and filter designation based on the
21  ASHRAE standard as well, so it's under the
22  ASHRAE standard as support material.
23      Q.  And are you thinking that both of
24  those items you've just talked about relate to

Y. DAVID

1   ASHRAE Standard 62?
2       A.  To ASHRAE Standard 62, yes.
3       Q.  You were looking at the front page
4   of a PowerPoint there when you said that?
5       A.  Correct.
6       Q.  And how did you obtain that
7   PowerPoint?
8       A.  This is online.  Search online.
9       Q.  Okay.  You were -- did you look at
10  the actual ASHRAE Standard 62?
11          MR. BANKSTON:  Object to the form.
12      A.  No, I don't believe so.
13  BY MS. EATON:
14      Q.  Do you know what ASHRAE Standard 62
15  is?
16      A.  It's indoor ventilation.
17      Q.  Does it apply to hospitals?
18      A.  It's included, healthcare
19  facilities.
20      Q.  Do you have familiarity with the
21  standards in general that apply to hospital
22  settings or hospital operating room settings?
23      A.  In general, I do, yes.
24      Q.  Have you worked with ASHRAE

Y. DAVID

1   Standard 62 before?
2       A.  "Worked with" is a large area of
3   involvement.  I have used those kind of
4   standards in my line of work.
5       Q.  Have you used that specific
6   standard in your line of work?
7       A.  Yes.
8       Q.  ASHRAE Standard 62?
9       A.  Yes.
10      Q.  Okay.  I may come back to that if
11  there's time.
12          (David Exhibit 7 marked.)
13  BY MS. EATON:
14      Q.  Deposition Exhibit 7, I've marked
15  the entire notebook, including the table of
16  contents.  Is this the material that you refer
17  to in your materials reviewed list concerning
18  other products?
19      A.  That would be correct.
20      Q.  Was it your understanding that that
21  material was provided to me before today?
22      A.  Material provided to you?  I don't
23  understand the question.
24      Q.  Do you have any belief that that

Y. DAVID

1   material was provided to me, to counsel for
2   3M, before today?
3           MR. BANKSTON:  Object to the form.
4       A.  I don't know.
5   BY MS. EATON:
6       Q.  Is that information that you
7   reviewed in coming to your opinions?
8       A.  Yes.
9       Q.  Okay.  And is that the information
10  that you pulled off the internet that you were
11  talking about this morning?
12      A.  Not necessarily internet.
13      Q.  From where did you obtain that
14  information if not the internet?
15      A.  Well, I asked counsel about the
16  510(k)s, I didn't find those.  It's a
17  combination between me finding it and asking
18  counsel to provide me.
19      Q.  Okay.  So if you would open that
20  notebook again and look at the table of
21  contents, there are several 510(k) summaries.
22  Is that correct?  As opposed to full 510(k)s?
23      A.  Yes, I see a couple of summaries.
24      Q.  You're saying the summaries of

Page 158

Y. DAVID

510(k)s you were not able to get off of the
internet?

A.   No, I said the full 510(k)s.

Q.   Well, I don't see any full 510(k)s
in that document.  Have I missed that?  I'm
sorry.  I said "document."  I mean notebook.

Is it your belief that you reviewed
any full 510(k)s for any other non-3M,
non-Bair Hugger products?

A.   I think I don't remember exactly,
but this might be one that I did not find, the
VitaHEAT.

Q.   Okay.  So you believe that one may
have been provided by counsel?

A.   Probably.  Probably.

Q.   And the other materials that are in
that book, did you find all of them?

A.   I think so, yeah.  I don't
necessarily recall one way or the other, but I
know that I know how to get them.

Q.   With respect to the materials that
you reviewed about other products in
connection with coming to your opinions of what's
this case, is there anything outside of what's

Page 159

Y. DAVID

contained in Exhibit 7 and what we discussed
this morning with respect to the HotDog?

A.   That would be it.

Q.   Okay.  Did you actually examine any
of the devices that are reflected in Exhibit 7
or the HotDog in connection with your work in
this case?

A.   No.

Q.   Have you ever, in your
professional -- have you ever -- I'm sorry,
let me start over with a clean question.

Have you ever reviewed any of the
devices that are listed on the table of
contents for Exhibit 7, ever seen them,
examined them?

A.   That's why I'm looking at the CSZ
because I think that I saw that before.

Q.   You might have seen that --

A.   Yeah.

Q.   -- in a hospital?

A.   Yeah.

Q.   Did you ever examine it for
purposes of seeing how it was operated or --

A.   Yeah.  This was not in a hospital.

Page 160

Y. DAVID

It was in outpatient.

Q.   Okay.  And what -- did you do
anything other than just see it?

A.   Right.  I was in that environment
for a different reason.

Q.   Is it fair to say that all you did
was simply see it in an outpatient
environment?

A.   Correct.

Q.   Did you make any kind of
examination or test of that device?

A.   No.

Q.   Have you ever evaluated any of the
devices listed on the table of contents for
Exhibit 7 in the course of your professional
work?

A.   Besides through the literature that
is here, no.

Q.   In the course of your work outside
of this lawsuit, have you ever evaluated any
of those devices for a hospital application?

A.   I see.  No.

Q.   I do not believe that we ever
received those materials before today, and I

Page 161

Y. DAVID

have not had time to really look through them.

MR. BANKSTON:  That would be
surprising to me because I was
specifically asked to get them and pass
that along.  So I don't know if in that
chain it didn't make it, but it would be
surprising to me because you have the
pictures and they were with the pictures
so that's somewhat surprising to me.
But if it's not, it's not.  I don't know
what to tell you.

MS. EATON:  I did receive the
pictures by e-mail on special request on
Friday at the end of the day.  I don't
believe that those marketing materials
were included in what I received.

MR. BANKSTON:  You may have not
been forwarded everything from Ms. Lewis
or whoever it was sent to, because
those -- all I can tell you is that I
personally made special efforts to
collect those and make sure that they
were sent in response to that request.

MS. EATON:  On Friday?

41

Page 162

Y. DAVID

1    MR. BANKSTON:  On Friday, correct.
2    MS. EATON:  Of last week.
3    MR. BANKSTON:  Correct.  And those
4  pictures, I'm also responsible for
5  passing those along.  Which is why I'm
6  saying it's somewhat surprising, and I
7  don't know why, if whoever our lead
8  counsel is, in passing those e-mails
9  along, if one didn't get sent or if one
10  hit a spam box for one reason or
11  another, but I can tell you that I am
12  the one who collected those photos and
13  made special efforts to get these
14  materials here to you in response to the
15  request for the marketing materials on
16  the alternative design materials that
17  are cited within his report.
18    So if you don't have those, I'm not
19  totally prepared now to explain to you
20  why you don't have them.
21    MS. EATON:  That's fine.  I just
22  wanted to make a marker that I did not
23  receive them.  I don't believe I've
24  received them, unless I made an error in

Page 163

Y. DAVID

1  my e-mails.  I don't believe I've
2  received them before today, and I have
3  not had a chance to look through them
4  all.
5  BY MS. EATON:
6    Q.  So you can close that.
7    (David Exhibit 8 marked.)
8  BY MS. EATON:
9    Q.  I've marked as Exhibit 8 a table of
10  contents for literature.  Is that literature
11  that you reviewed in connection with your work
12  in this case?
13    A.  Yes.
14    (David Exhibit 9 marked.)
15  BY MS. EATON:
16    Q.  I've marked as Exhibit 9 a table of
17  contents for certain documents that I could
18  characterize broadly as company documents.  Is
19  it your belief that those would correspond to
20  the listing of materials reviewed in your
21  report?
22    A.  They will correspond to footnotes,
23  yes.
24    Q.  Okay.  There's an index that I have

Page 164

Y. DAVID

1  marked as Exhibit 9 that has certain
2  descriptions of the documents.  Did you make
3  those descriptions or did someone else make
4  those descriptions?
5    A.  I believe that I have a clerical
6  assistant for doing that.
7    Q.  But who provided the substance of
8  the descriptions?
9    A.  I was given the information and the
10  order where it should be.
11    Q.  Did you dictate the substance of
12  those descriptions on Exhibit 9?  Is that what
13  you're saying?
14    A.  I'm saying what I said in -- on the
15  telephone, with a clerk, yes.
16    Q.  Are those all of the 3M or Arizant
17  or Augustine Biomedical documents that you
18  reviewed in connection with your work with
19  this case?  I should say I have also a 510(k)
20  binder here, so in addition to that.
21    A.  Okay.  Yes.
22    Q.  Were those documents provided to
23  you in a single packet?
24    A.  In a single packet?  Provided in

Page 165

Y. DAVID

1  boxes, I guess.
2    Q.  Were the documents listed on
3  Exhibit 9 provided to you all at once,
4  together?
5    A.  I see.  No, I don't think so.
6  There are different boxes.
7    Q.  Do you recall over what period of
8  time those documents were provided?
9    A.  I would say probably over a
10  four-month period.
11    Q.  In what years?
12    A.  In the -- late 2016 to early 2017.
13    Q.  Do you know how those documents
14  were selected?
15    A.  Well, they're mostly a response to
16  material that I requested.
17    Q.  What did you request that those
18  would be responsive to?
19    A.  I requested the information about
20  the statement by company officers by
21  plaintiff, management relating to product,
22  product development, to changes in the
23  product, to testing and any field reports that
24  were received.

Y. DAVID

1
2    Q.  What kind of field reports are you
3  interested in?
4    A.  In the sales rep conveying
5  information of what they see happening in the
6  field.
7    Q.  Is it your understanding that the
8  binder sitting in front of you contains all
9  documents that would respond to that series of
10  categories you just listed that have been
11  produced in this litigation?
12    A.  I'm not sure that I'm following the
13  question.
14    Q.  Do you believe that you received
15  all documents that have been produced in this
16  litigation that relate to the categories that
17  you just described?
18    A.  I see.  I do not know if it's all.
19    Q.  Would you be surprised if all of
20  the design and testing documents for these
21  products are contained in that binder?
22    A.  Are or are not?
23    Q.  Are.  Would you be surprised if
24  exhibit -- would it be surprising to you if
25  Exhibit 9 contains all of the testing and

Y. DAVID

1
2  design documents for the Bair Hugger devices?
3    A.  No.
4    Q.  You would expect that to be it?
5    A.  I have no expectation.  I wanted
6  the material and reviewed what they provided.
7    Q.  Have you ever been involved in
8  designing a medical device?
9    A.  No.
10    Q.  Have you ever reviewed a design
11  history file?
12    A.  No.
13    Q.  Do you know what a design history
14  file is?
15    A.  Yes.
16    Q.  What is a design history file?
17    A.  It's information collected from the
18  engineering aspect of making a product from
19  beginning to end.
20    Q.  Are there any federal regulations
21  that govern the design of a medical device?
22    A.  Federal regulation design, that
23  regulate the design?  No.  Federal regulation
24  is looking at general processes, guidelines.
25  There's no requirement, just expectation or

Y. DAVID

1
2  guidelines how to do things.
3    Q.  Do any of the federal regulations
4  that you're aware of relate to how to design a
5  medical device?
6    A.  No.
7    Q.  Are you aware of any industry
8  standard that relates to how to design a
9  medical device?
10    A.  There are many guidelines out there
11  by different groups and professional
12  association, consulting, that create a
13  recommended process, guidelines guiding
14  implementation of ideation or innovation, but
15  those are recommendations and guidelines.
16  There's no mandatory.
17    Q.  Are you familiar with any
18  particular recommendation or guideline for
19  designing a medical device that is a prominent
20  one or often used by medical device
21  manufacturers?
22    A.  Again, for designing, no, I'm not
23  aware.  I'm aware of testing, but -- the
24  outcome, but not of design.
25    Q.  And when you're speaking of

Y. DAVID

1
2  testing, are you thinking of, for example,
3  ASTM standards?
4    A.  For example, or AAMI or ANSI.
5    Q.  Would those be related to specific
6  tests and how you conduct specific tests?
7    A.  Correct.
8    Q.  Are you familiar with any industry
9  standard for risk assessment of a medical
10  device?
11    A.  Not as a standard.  Again, as a
12  guideline and as a recommendation and
13  acceptable practice, but not mandatory.
14    Q.  And is there any particular
15  guideline or recommendation that you're
16  thinking of when you say that?
17    A.  There are several I pointed out in
18  my report to an organization called MITRE,
19  M-I-T-R-E, and there are others that are
20  provided by the Food and Drug Administration
21  and furthermore by the ANSI organization,
22  A-N-S-I.
23    Q.  The MITRE reference that you
24  provided in your report, is that something
25  that you have worked with before in your

Page 170

Y. DAVID

1
2  professional capacity outside of litigation?
3       A.  I used it, yes.
4       Q.  It looked to me like that was
5  related to the design of a system.  Is that
6  correct?
7       A.  That's correct.
8       Q.  I did not see any discussion in
9  that reference about medical devices, and I
10  just wanted to make sure I didn't miss
11  anything.  Is that fair?
12       A.  No, that's correct.  The concept
13  there is describing how to identify hazard and
14  do a risk assessment of a system.  They are a
15  big conglomerate and then they look at system,
16  and my interest in that was from hospital
17  point of view, looking at disaster
18  preparedness for medical technology.
19       Q.  Have you ever used that MITRE
20  system in advising a hospital about disaster
21  preparedness for medical technology?
22       A.  Correct.
23       Q.  What kind of disaster preparedness
24  are you thinking of?  What kind of failures
25  might there be that that would relate to?

Page 171

Y. DAVID

1
2       A.  The disaster planning for
3  healthcare provider is a very important
4  functionality because during any kind of
5  disaster, man-made or natural, the population
6  expected at hospitals will be up and running
7  and able to care for the injured, and
8  nevertheless, hospitals are dependent on
9  systems and subjected to failure themselves.
10       So this disaster preparedness
11  system is completely targeted; the hospital
12  and electrical grid, telecommunication, a
13  monitoring system of patient, an oxygen line,
14  ventilators.  So not one of a kind, but system
15  of equipment functioning.  Air conditioning
16  will be one of the systems.
17       Q.  And to the extent that medical
18  devices -- let me ask that differently.  Would
19  medical devices even be contemplated within
20  that assessment?
21       A.  Sure.
22       Q.  And to the extent that they would
23  be contemplated, would it relate to how they
24  could continue to function if, for example,
25  the electrical grid goes down?

Page 172

Y. DAVID

1
2       A.  That will be one example.
3       Q.  Is there another example that would
4  relate to how medical devices would function
5  in a disaster?
6       A.  Sure.  If you do not have access to
7  supply that the product is using, if an
8  environment as far as air temperature, for
9  example, cannot support the limit of the range
10  of temperature that's designed for this device
11  operation, if it goes outside the limitation,
12  and if you have a situation where gas powering
13  the device has been contaminated.
14       Q.  Have you ever applied ISO
15  standard -- have you ever heard of the
16  International Standards Organization and have
17  any familiarity with its standards?
18       A.  Sure.
19       Q.  Have you ever used or applied ISO
20  Standard 14971?
21       A.  I worked with it.  I am not sure
22  that I can tell you that I applied it in a
23  project.
24       Q.  How did you work with it?
25       A.  Well, as part of my experience and

Page 173

Y. DAVID

1
2  training, I went to seminars.  I educated
3  myself as to what the standard's purpose and
4  what the principle of the categories that it
5  addresses, and how one will use it as contrast
6  with other risk assessment programs.
7       Q.  What is ISO 14971?  What is it
8  intended -- what is it?  What does it apply
9  to?
10       A.  It's basically quality system
11  organization.
12       Q.  I'm sorry.  ISO Standard
13  specifically 14971, do you know what that
14  addresses?
15       A.  It's addressed risk management.
16       Q.  For what?
17       A.  For medical devices.
18       Q.  Did you consult that in connection
19  with your work in this case?
20       A.  No, I don't believe so.
21       Q.  You are aware of it?
22       A.  I am.
23       Q.  You're aware that the risk in that
24  standard is evaluated in connection with
25  benefit?

Y. DAVID
1
2      A.  Risk usually has been evaluated and
3   when you look at the system, the risk -- the
4   benefit-to-risk ratio is a parameter that they
5   take into consideration.  But just to have
6   risk assessment, you don't need to bring the
7   benefits in.
8      Q.  In your work in hospitals, do
9   you -- did your role ever involve considering
10  both benefit and risk of certain medical
11  technologies?
12     A.  Sometimes, yes.
13     Q.  If you were making a decision, for
14  example, whether to purchase a particular
15  device, would it be relevant to consider both
16  the benefit and the risk of the device?
17     A.  Somewhere along the consideration
18  that that parameter has an input.
19     Q.  When you were working at a hospital
20  considering that type of framework, did you
21  have any written standards or protocols that
22  you were referencing?
23     A.  I don't think so.
24     Q.  Did you ever create any
25  risk-benefit standard that would provide the

Y. DAVID
1
2   criteria by which you would evaluate medical
3   technology?
4      A.  I did not create standard.  I
5   created processes and protocol.  So I did do
6   those.
7      Q.  And in connection with -- were
8   those ever reduced to writing?
9      A.  Those were reduced to writing,
10  correct.
11     Q.  Was there anything in those
12  protocols that would say this is how you
13  should evaluate a benefit?
14     A.  I don't think so.
15     Q.  Within the context of federal
16  regulation of medical devices, is risk
17  evaluated in connection or in context with
18  benefit?
19     A.  Sometimes.
20     Q.  Would you agree that the purpose of
21  federal regulation of medical devices is to
22  provide reasonable assurance of safety and
23  effectiveness of those devices?
24     A.  I agree that that's the FDA
25  mission.

Y. DAVID
1
2      Q.  Would you agree that under ISO
3   14971, safety is defined as the absence of an
4   unacceptable risk?
5      A.  As we sit here, I don't recall by
6   heart the words, but that's close to what I
7   would expect to find there.
8      Q.  And would you expect also that in
9   the context of federal regulation, what we
10  are -- what the government is seeking to avoid
11  is an unreasonable risk in the context of how
12  the product is used?
13     A.  That makes sense.
14     Q.  Are you familiar that that is in
15  fact the standard, or no?
16     A.  Because there are classifications
17  of risk, I would modify my response by saying
18  that the risk -- the magnitude of risk.
19     Q.  Are you saying that that's in the
20  regulation?
21     A.  Yes.
22     Q.  The magnitude of risk?
23     A.  Yes.
24     Q.  What regulation are you thinking
25  of?

Y. DAVID
1
2      A.  The classification.
3      Q.  Class 1, 2 or 3?
4      A.  Correct.
5      Q.  Okay.  And that when FDA is
6   considering the risk, it is considering
7   whether the magnitude of risk is unreasonable
8   in light of the overall risk-benefit context.
9      Would you agree with that?
10     A.  I would agree.
11     (David Exhibit 10 marked.)
12  BY MS. EATON:
13     Q.  Exhibit 10 is a table of contents
14  to a 510(k) for the model 505 and the model
15  750.  Is that correct?
16     A.  Yes.
17     Q.  Did you review those documents?
18     A.  Yes.
19     (David Exhibit 11 marked.)
20  BY MS. EATON:
21     Q.  And Exhibit 11 is a table of
22  contents for depositions of certain
23  individuals.  Is that correct?
24     (Document review by witness.)
25     --oOo--

Page 178

Y. DAVID

1
2  BY MS. EATON:
3      Q.  First, just is it correct that
4  Exhibit 11 is a table of contents listing
5  certain depositions?
6      A.  Yes.
7      Q.  And then were you wanting -- I'm
8  estimating that perhaps you were wanting to
9  compare that list to the list contained in
10 your report?
11     A.  Correct.
12     Q.  Okay.  So Exhibit 3 --
13     A.  I need my glasses.
14     Q.  It lists nine depositions on
15 Exhibit 3.  Are there nine there?
16     A.  There are nine, yes.
17     Q.  Okay.  I don't see a deposition of
18 Mr. Ulatowski in Exhibit 11 and I didn't see
19 it in the box.  Do you believe you have in
20 some form reviewed the deposition of
21 Mr. Ulatowski?
22     A.  I believe it's inserted here.
23     Q.  I don't need you to look for it
24 right now, that's okay.  You do believe you've
25 reviewed that deposition, correct?

Page 179

Y. DAVID

1
2      A.  Yes.
3      Q.  And do you believe you have
4  reviewed any other deposition besides
5  Mr. Ulatowski's that we would not find in
6  Exhibit 11 or in Exhibit 3?
7      A.  No.  But I believe that I inserted
8  it.
9      Q.  Into one of the tabs?
10     A.  Yes.
11     Q.  Okay.  I didn't see any table of
12 contents for any expert reports.  Do you
13 believe that you brought with you today the
14 expert reports that you reviewed?
15         Just to show you, your box is now
16 empty.  And also, to be complete, there is a
17 document I pulled from the box.  Just it
18 wasn't in a notebook.  It's titled "Medical
19 Devices and the Public's Health:  The FDA
20 510(k) Clearance Process At 35 Years."
21     A.  There's only one page of Ulatowski
22 deposition here.  I thought that I put it in.
23 I don't know what happened.
24     Q.  So now looking in your notebook,
25 you're seeing one page of the Ulatowski

Page 180

Y. DAVID

1
2  deposition but you believe you had the whole
3  transcript?
4      A.  Right.
5      Q.  Okay.  Any other transcript you
6  believe you had?
7      A.  No.
8      Q.  Any other expert report you believe
9  you had that's -- other than the three listed
10 in Exhibit 3?
11     A.  No.
12     Q.  How did you obtain this document,
13 "Medical Devices and the Public's Health,"
14 about the 510(k) clearance process?
15     A.  I've asked counsel to produce a
16 hard copy.
17     Q.  How did you know of this document?
18     A.  Part of my practice is to stay on
19 top of what's happening with the regulatory
20 field and it's one of the things that I would
21 be reading.
22     Q.  Okay.  I think you said something
23 about an FDA -- this document -- okay, let
24 me -- I'm sorry, let me take that and ask
25 differently.

Page 181

Y. DAVID

1
2          Was there any document that was an
3  FDA guidance that you used to inform your
4  opinions about the regulatory history of the
5  Bair Hugger devices?
6      A.  Can you ask me again the question?
7      Q.  Was there any specific FDA guidance
8  document that informed your evaluation of the
9  regulatory history of the Bair Hugger devices?
10         MR. BANKSTON:  Object to the form.
11     A.  I think the overall environment of
12 FDA regulation documents like the 510(k)
13 submission process.
14 BY MS. EATON:
15     Q.  Have you ever worked within the
16 Office of Device Evaluation for FDA?
17     A.  Worked for the FDA?  No.  I just
18 serve as a consultant for them.
19     Q.  I do want to get to that in a
20 moment, so let me just ask some specific
21 questions.  You've never been an employee of
22 the FDA.  Is that correct?
23     A.  That is correct.
24     Q.  You have never worked within the
25 Office of Device Evaluation?

Y. DAVID

1  
2     A.  That is correct.
3     Q.  Have you ever worked within the
4  Office of Compliance?
5     A.  I did not.
6     Q.  Have you ever taken part in
7  reviewing a 510(k) application for clearance?
8     A.  Yes.
9     Q.  On behalf of the FDA?
10    A.  Yes.
11    Q.  In what context?
12    A.  As a member of the advisory panel.
13    Q.  Okay.  When did you do that work?
14    A.  It's a public record when the panel
15 is called to admitting.  You can find them
16 online.  I don't recall when it was done.
17    Q.  Was it once or more than once?
18    A.  More than once.
19    Q.  How many devices -- you're saying
20 as part of your work on the panel, you've
21 reviewed a 510(k) application?
22    A.  Yes.
23    Q.  Okay.  For how many devices?
24    A.  I don't know, four, five.
25    Q.  Do you recall what the devices are?

Y. DAVID

1  
2     A.  No.
3     Q.  And I want to be clear.  Let's take
4  a look at your CV, which is within Exhibit 3.
5  If you would please turn to your CV and find
6  for me which specific panel you're referring
7  to.
8     A.  On page 3 it's the General Hospital
9  and Personal Use Devices Panel.
10    Q.  Okay.  The time frame here listed
11 is 1993 to present for that.  Is that correct,
12 that you are still on that panel?
13    A.  Yes.
14    Q.  And have you been on that panel
15 since 1993 continuously?
16    A.  Since 1993, correct.
17    Q.  Is that type of work something that
18 is -- is there any kind of regular meeting of
19 that panel?
20    A.  No.
21    Q.  How many times was the panel called
22 that you participated in?
23    A.  I don't recall.  But like I said,
24 it's a public record.
25    Q.  Do you remember the specific

Y. DAVID

1  
2  questions the panel was being asked at the
3  times that you met?
4     A.  The specific question?  No, I don't
5  remember.
6     Q.  Do you remember the scope of the
7  review you were asked to make?
8     A.  The scope of the review was to
9  determine if the instructions for use are
10 sufficiently covering the risk associated with
11 the use.
12    Q.  In all of the cases that you
13 recall, that was your scope?
14    A.  In all the cases?
15    Q.  I'm sorry.  I believe I heard you
16 say you thought -- I should -- I should say
17 that differently.
18       You said you recalled that you
19 reviewed perhaps four or five devices.  Did
20 that occur in one panel meeting or over
21 several panel meetings?
22    A.  Over several.
23    Q.  In each situation where you were
24 asked to review something for this panel that
25 you've identified, was the scope of the review

Y. DAVID

1  
2  to determine if IFUs sufficiently covered the
3  risks?
4     A.  No.  There were additional charges
5  for the panel.  A second one was to determine
6  if the submitter identified sufficient risk
7  that might be existing in the clinical
8  environment when the device is in use.
9     Q.  Any other scope of review you could
10 recall?
11    A.  Is there sufficient -- if there is
12 sufficient content in the classification of
13 the device to ensure safety when this device
14 is deployed, or there is a need for special
15 control to be added.
16    Q.  Do you recall what device that was?
17    A.  That was some kind of injector.
18    Q.  Injector?
19    A.  Yes.
20    Q.  Do you recall what kind of devices
21 you reviewed IFUs for?
22    A.  No.
23    Q.  Any other scope of review you can
24 recall?
25    A.  There is another panel on the same

Page 186

Y. DAVID

page 3 that I identify as a consultant for FDA
on neurological devices.

Q. Yes.

A. And in that meeting, there was a
question about 510(k) that was submitted for a
drug that is using a device to deliver it.

Q. Do you recall the specific
combination device?

A. Not beyond that.

Q. I'm sorry?

A. Not beyond that.

Q. Okay. With respect to your work on
the neurological devices panel or for
neurological devices, this entry in your CV,
was that one product review the extent of your
work for this category?

A. I believe so.

Q. When is the last time that you were
called to consult as part of the panel in the
Center for Devices and Radiologic Health?

A. Oh, that was quite some time ago.
Maybe 2006.

Q. I'm not sure how far back the FDA
records go online and how easy it would be for

Page 187

Y. DAVID

me to find any of the records that you're
referring to. Is it your belief that you
participated every time the General Hospital
and Personal Use Devices Panel has been called
since 1993?

A. No. There are times that I was
involved with projects overseas and hospitals
in China, Israel, Italy, and I wasn't
available for a meeting. There are times that
due to work at the Medical Center I could not
attend, so, no, I did not attend all the
meetings.

Q. Do you have any materials from
which you would look and let me know which
times you did participate and in what years
and for what products?

A. No. This material got lost in a
flood that the Medical Center suffered, so I
don't have that.

Q. Is there a particular expertise you
have that you're aware results in you being
chosen or asked to serve on certain panels?

A. Sure.

Q. What is that expertise?

Page 188

Y. DAVID

A. Biomedical engineering, trained and
practice in the largest medical center in the
country so I am bringing the engineering and
the clinical exposure and appreciation for
processes involve technology in patient care
environment. It's a unique combination.

Q. Have you ever been involved in
reviewing a question of whether a device was
substantially equivalent to a predicate
device?

A. During the panel convening that the
question would come up, yes.

Q. You have a specific recollection
that you've been asked to review that
question?

A. I have specific recollection that
that was one of the subjects that we're asked
to consult upon. I don't have a specific
recollection what device was involved.

Q. Do you have a specific recollection
of what types of information were consulted or
considered in that, in connection with that
question?

A. From my angle, what I remember are

Page 189

Y. DAVID

questions relating to biomedical engineering
in the clinical environment. So if I'm not
mistaken, one of the devices was a cleaning
and sterilizing equipment for proctoscopes,
scopes that are used in the rectum, and how
you clean it between uses. And this cleaner
has a predicate device that said here is why
we are substantially equivalent.

The question was relating to how in
the real world, in a clinical environment,
this other device is being used.

Q. Any other instance you can recall
being asked to evaluate a substantial
equivalence question?

A. No.

Q. Have you ever inspected a
manufacturer on behalf of FDA?

A. No.

Q. Have you ever had any input into
any FDA compliance decision?

A. No.

Q. Have you ever been consulted in any
of these panels with respect to whether a
device was adulterated or misbranded?

Page 190

Y. DAVID

1
2     A.   No.
3     Q.   What is the definition of an
4  adulterated device?
5     A.   A device that has been put on the
6  market with -- featuring performances other
7  than were reported.
8     Q.   Reported to whom?
9     A.   To the regulatory agency.
10    Q.   How does something become a
11 specification or standard against which the
12 regulatory agency would have the ability to
13 compare to determine if a device is
14 adulterated?
15    A.   By comparing the information
16 submitted in the -- if you will take it as a
17 class 2 device, in the 510(k) documents with
18 the actual device performing in the field.
19    Q.   The device would need to be
20 manufactured to the specification stated to
21 the FDA.  Is that correct?
22    A.   Would have to, yes.
23    Q.   What is the definition of
24 misbranding?
25    A.   Misbranding is providing

Page 191

Y. DAVID

1
2  information that is lacking sufficient
3  assurance of safe application.
4     Q.   From where do you get that
5  definition?
6     A.   Where I get the information, I will
7  go to the Code of Federal Regulation.
8     Q.   And do you know where in the Code
9  of Federal Regulation I will find that
10 definition?
11    A.   I think my report is identifying a
12 specific area.  There is too much material
13 here for me to remember by heart.
14    Q.   Have you ever been involved on
15 behalf of a company responding to any
16 statement by FDA that a device was adulterated
17 or misbranded in FDA's view?
18    A.   I have not been involved in a
19 company such as that.
20    Q.   Have you ever in your professional
21 capacity in any way, outside of litigation,
22 applied, interpreted or addressed the words
23 "adulterated" or "misbranded"?
24    A.   Sure.
25    Q.   Tell me about that.

Page 192

Y. DAVID

1
2     A.   Throughout my practice at the
3  Medical Center, I was evaluating medical
4  technologies as we discussed this morning and
5  I would look to see that information provided
6  to me by the manufacturers is the same that
7  the device is presenting and that the claims
8  that are being made for the device performance
9  are the same that I'm measuring.
10    Q.   Okay.  In terms of the terms
11 "adulterated" and "misbranded," I meant the
12 application of the statute.  Would you be
13 applying a federal statute or regulation in
14 the course of your work?
15    A.   No.  I'm not involved in the legal
16 profession.
17    Q.   And do you have any understanding
18 about whether -- let's see.  Do you have any
19 understanding that FDA ever communicates to
20 companies a statement that a device is either
21 adulterated or misbranded?
22    A.   The FDA would.
23    Q.   In what context would the FDA do
24 that?
25    A.   If they identify that to be the

Page 193

Y. DAVID

1
2  case.  It can be product investigation, a
3  facility inspection, field complaints.
4     Q.   Have you ever heard of a document
5  called a warning letter?
6     A.   Yes.
7     Q.   Have you ever reviewed a warning
8  letter in your professional capacity outside
9  of litigation?
10    A.   You're asking me questions that I
11 need to scan 40 years of practice, and my
12 response to you would be simply yes because
13 I've worked with thousands and thousands of
14 manufacturers.  And as I told you this
15 morning, I was responsible for over 25,000
16 medical devices and every now and then there
17 will be a warning letter issued.  There will
18 be other ways to recall or field modification,
19 and I'm familiar with the process, familiar
20 with the communication and have worked with
21 them.
22    Q.   Okay.  In the course of your work
23 in the hospital, are you saying as the
24 director of the biomedical engineering
25 department you might encounter a warning

Y. DAVID

1  letter for a product?  Is that what you mean
2  to say?  Or have I interpreted you correctly?
3      A.  Yes.
4      Q.  Would you go looking for that type
5  of communication from FDA or would you
6  sometimes receive it?
7      A.  No.  I would look for it.
8      Q.  Okay.  Why would you look for it?
9      A.  Because I might receive information
10 from a clinician that they cannot access a
11 device or accessory anymore and I would look
12 to see if that's one of the reasons.
13     Q.  Did you make any search in this
14 case to see if there were any warning letters
15 issued by FDA to 3M or Arizant or Augustine?
16     A.  The work I've done are in these
17 binders, so if you don't see it here, I did
18 not do it.
19     Q.  When you were working for a
20 hospital, how would you go look for a warning
21 letter?  What method would you use?
22     A.  Oh, there's a couple of ways.  One
23 is communicate with the manufacturer directly
24 and raise the issue and ask the question.
25

Y. DAVID

1  Secondary is to visit with the FDA publicly
2  accessible database.
3      Q.  And did you visit with the FDA
4  publicly accessible database in this case at
5  all?
6      A.  On the issue of warning letters,
7  no.
8      Q.  Would it be important to you to
9  know if the FDA has issued a warning letter or
10 not to 3M with respect to the Bair Hugger
11 device?
12     A.  I think it will be important if I
13 would have a base to think that there is a
14 base for suggesting someone exist.  But like I
15 said before, since there was no recall of the
16 product from the field, since there was no
17 field corrections or "Dear Doctor" letters
18 issued by the manufacturers, I did not imagine
19 that one exists.
20     Q.  What is the basis for your
21 statement that there were no "Dear Doctor"
22 letters or recalls for the product?
23     A.  Because as I'm reviewing the
24 various databases and information provided to
25

Y. DAVID

1  me and literature that I read, I did not see
2  that.
3      Q.  Did you review any databases to see
4  if there had been a recall or a field notice?
5      A.  I think we discussed that I did not
6  look for warning letters.
7      Q.  But I'm asking a different
8  question.  Did you look for recall notices?
9      A.  Did I look for recall notices?  No,
10 I don't think so.
11     Q.  Do you know if FDA has inspected 3M
12 with respect to the Bair Hugger device since
13 2010?  Since it acquired the product, I should
14 say.
15     A.  I'm aware of one EIR.  I don't
16 remember the year that it was done.
17     Q.  I believe you do reference an EIR
18 in your report.  Is that the one you're
19 thinking of?
20     A.  Yes.
21     Q.  Do you know if since the date of
22 that EIR there has been any other inspection
23 by FDA of 3M with respect to the Bair Hugger
24 device?
25

Y. DAVID

1      A.  No.
2      Q.  Would that matter to you?
3      A.  If there was another inspection
4  relating to the Bair Hugger at the
5  manufacturing site, that would be important.
6      Q.  Would it matter to you if FDA had
7  considered specifically whether or not -- let
8  me ask you a different question.
9          Why?
10     A.  Why?  Because usually you can see
11 what is the reason that the inspection took
12 place or initiated it for cause or a routine
13 periodic site inspection.  Secondary, you can
14 see what was the target of the visits, what
15 are the issues that were raised during the
16 visit or the observation, as I call it.  And
17 finally, what was the resolution.
18     Q.  And if FDA specifically considered
19 the question of whether Bair Hugger devices
20 increased infection risk, for example, and
21 concluded that they made no observations or
22 findings at the end of that inspection, would
23 that be important to you?
24     A.  It will be important to read, yes.
25

Y. DAVID

1
2      Q.  In your professional capacity
3  outside of litigation, have you ever had
4  reason to review an inspection report from the
5  agency?
6      A.  Outside litigation, no.
7      Q.  And have you ever consulted with
8  FDA in the preparation of an Establishment
9  Inspection Report?
10     A.  No.
11     Q.  You said that you have consulted
12 with -- I'm sorry, let me just ask a better
13 question.
14         Have you ever consulted with
15 medical device companies about regulatory
16 topics?
17     A.  Yes.
18     Q.  Are you able to identify any of the
19 companies for me?
20     A.  On page 2 of my CV under
21 "Professional Experience," you have "Interim
22 CEO, Canopy Edge."  That's specifically
23 involved with preparing the product for
24 regulatory submission.
25     Q.  What is that product?

Y. DAVID

1
2      A.  It is a vascular catheter.
3      Q.  Has a 510(k) -- I'm sorry.  Will
4  that be submitted as a 510(k) or a PMA, do you
5  know?
6      A.  It is still being reviewed.
7      Q.  Any other medical device for which
8  you've provided consulting on regulatory
9  topics?
10     A.  There are two other companies.  One
11 is called, I believe, Carmel Industries,
12 C-A-R-M-E-L.  And the other one is Begamed,
13 B-E-G-A-M-E-D.
14     Q.  What products?
15     A.  Begamed.
16     Q.  Were there specific products?
17     A.  Begamed's product is laparoscopic
18 suture, surgical instrument.  And Carmel
19 Industry is a software-based labor and
20 delivery package.
21     Q.  With respect to these three
22 products that you've just identified, what is
23 your role?  What type of regulatory advice are
24 you providing?
25     A.  Wait a second.  There is one more.

Y. DAVID

1
2  There is one more and I can't remember the
3  name.  But their product, this additional
4  entity, their product is a brain stimulator.
5  And let me answer your question about what
6  they asked me to do.  The brain stimulator was
7  going to submit a 510(k) and wanted to know
8  what are the electrical safety terms and
9  conditions that their testing needed to
10 demonstrate compliance with.
11     Q.  Okay.
12     A.  IEC 60601-1.
13         The Carmel Industry, they wanted to
14 know if there is a predicate device to their
15 product that they can use for substantial
16 equivalency.
17         The Begamed wanted to understand if
18 their product will be qualified for 510(k) if
19 there are substantial equivalent predicate
20 devices and if there is a requirement for
21 animal testing.
22     Q.  Are sutures what class?
23     A.  Class 2.
24     Q.  What about the software-based labor
25 and delivery package?

Y. DAVID

1
2      A.  I don't remember.
3      Q.  Do you remember for the brain
4  stimulator?
5      A.  Class 2.
6      Q.  And the vascular catheter is still
7  under evaluation?
8      A.  Correct.
9      Q.  For the vascular catheter, what is
10 the advice you're being asked about to
11 provide?
12     A.  What type of testing and
13 information will be required for submission.
14         Whenever we can take a break...
15     Q.  Pardon?  Sure.
16         THE VIDEOGRAPHER:  We are going off
17 the record at 15:20.
18         (Recess, 3:20 p.m. to 3:32 p.m.)
19         THE VIDEOGRAPHER:  We are back on
20 the record at 15:32.
21 BY MS. EATON:
22     Q.  Dr. David, have you ever designed a
23 patient warming device?
24     A.  No.
25     Q.  Have you ever made or published any

Y. DAVID

1 presentation on Bair Hugger devices?
2       A.   No.
3       Q.   Before your work in this case, had
4 you ever read any studies related to Bair
5 Hugger devices?
6       A.   No.
7       Q.   At any time, have you performed
8 testing related to Bair Hugger devices other
9 than what we have discussed today?
10       A.   No.
11       Q.   At any time, have you performed
12 research related to Bair Hugger devices that
13 is not either reflected in your report or in
14 what we have discussed today?
15       A.   No.
16       Q.   Have you undertaken any effort --
17 sorry, let me ask that differently.
18           Before your work in this case, had
19 you reviewed any hospital practices with
20 respect to Bair Hugger devices?
21       A.   A specific brand name Bair Hugger,
22 no.  But relating to patient warming, yes.
23       Q.   What had you reviewed related to
24 patient warming prior to your work in this

Y. DAVID

1 case?
2       A.   Patient warming is a very important
3 part of maintaining patient condition during
4 disease management and following surgery or
5 during trauma, so as part of my responsibility
6 as director of biomedical engineering, for
7 over 30 years I was involved in reviewing
8 warming devices for adult and pediatric
9 patients using either a literally oven-warmed
10 blanket or devices that use fluids to warm
11 patients or cool them or radiation-based
12 devices that they are used in different
13 environments.
14           The specific sensitivity that I
15 became very familiar with the warming
16 technology of patients is the one involving
17 pediatrics, and we were having a very
18 interesting project where we were trying to
19 put warming devices in the emergency room, in
20 the trauma center where the ambulances would
21 bring babies, and determine how fast we can
22 bring their body temperature up in those
23 trauma situations.
24           And we were putting an infrared

Y. DAVID

1 warming device in the ceiling of the trauma
2 center and making testing and examination of
3 mannequin, small size, having ice cube on
4 them, and determine the temperature change of
5 the body.  And this specific example that I
6 became intimately familiar with the issue of
7 maintaining or warming patients under trauma
8 situations.
9           The other example that I would like
10 to bring in front of you is the neonatology
11 arena where premature babies are born and are
12 not able to maintain their body temperature,
13 not because of trauma or disease, just because
14 of their stage in early life.  And those
15 babies are tremendously sensitive to body core
16 temperatures and it's very difficult to warm
17 them up without causing skin damage.
18           So infant warmers, Isolettes, those
19 are warm air, forced warm air contraption
20 boxes that you put babies in and need to have
21 specific monitoring for the humidity and the
22 temperature inside to make sure that the
23 babies are not drying up and not being
24 basically cooked.

Y. DAVID

1           And we did many studies and
2 published several research papers on that, and
3 I developed a protocol to -- how to test those
4 devices later on in their life.  So once we
5 developed it, we learned how to use it and how
6 to maintain and service it.
7       Q.   Did you mean later on in the life
8 of the device or --
9       A.   Correct, yes.  Thank you.
10       Q.   That's what I thought in context as
11 opposed to the life of the babies.
12           Did you do -- you meant the device?
13       A.   Yes.
14       Q.   Okay.  Did any aspect of your
15 testing or evaluation with respect to the
16 Isolettes used for premature babies relate to
17 contamination or infection risk?
18       A.   It has that aspect and we have
19 epidemiologists that were part of the study
20 and that was their responsibility to collect
21 the data and look at the statistics.  So it
22 was not something that I would do.
23       Q.   Okay.  Are you familiar with any of
24 their determinations or the results of their

Page 206

Y. DAVID

1
2 determinations about what factors might affect
3 contamination or infection risk?  Let me say
4 that differently.
5        Do you know what they were even
6 looking at?
7        A.   Yes, I know what they were looking
8 at and how they were measuring it, but that
9 was not my part or responsibility in that line
10 of work.
11        Q.   What were they measuring?
12        A.   They're basically looking at
13 cultures and swabs and looking at spores and
14 bacteria growth and colony-forming units,
15 CFUs, and changes in those specific area of
16 where the air is going.
17        Q.   Were those taken from inside of the
18 baby-warming box?
19        A.   Correct.
20        Q.   That was not work you were involved
21 with?
22        A.   Correct.
23        Q.   Did you mean to say they were
24 epidemiologists doing that?
25        A.   Yes.

Page 207

Y. DAVID

1
2        Q.   Do you have any expertise in
3 determining how one would test for bacteria in
4 an environment?
5        A.   I would refer to the expert on
6 that.  I have working knowledge, as we just
7 described, being in the environment, seeing
8 what they're collecting.  But I wouldn't
9 present myself as expert in that field.
10        Q.   Okay.  With respect to the first
11 situation you mentioned, pediatric trauma, was
12 that heat -- I'm sorry, let me say that
13 differently.
14        Were those patients enclosed in any
15 way to help with warming, or were they simply
16 placed in a room?
17        A.   You're right.  What one needs to
18 think about that during trauma, there is a
19 large number of clinicians involved with
20 things.  There might be an anesthesiologist
21 and a surgeon and a nurse.  Everybody has
22 something to do with the patient, so the
23 patient cannot be contained.  The patient is
24 definitely open.  It is environment similar to
25 operating room in that there is a central

Page 208

Y. DAVID

1
2 surgical table.  Hopefully you don't have to
3 do surgery there, but that's how you get
4 access, 360 degrees around the patient, by the
5 different people, and that's what was the
6 study involved with.
7        Q.   Was that a published study?
8        A.   I think that the trauma surgeon --
9 the trauma physician, he is not -- she is not
10 a surgeon -- continues it.  I'm not sure if it
11 was published or where was it published.  But
12 she was definitely making presentation about
13 it at different meetings.
14        Q.   Was there a particular warming
15 technology that you ultimately decided upon in
16 that situation?
17        A.   We tried different things and we
18 settled on the radiation panel that came from
19 the ceiling and were dropped on the patient
20 once the patient was in place.
21        The drawback was that the heating
22 element, the radiated heating element, is
23 heating, nondiscriminatorily, anybody in the
24 environment, not just the patient.  So
25 individuals that were tall and closer to the

Page 209

Y. DAVID

1
2 radiating panel were absorbing more heat than
3 the patient him or herself.  That was a
4 drawback.
5        Q.   Was a consideration of
6 contamination or infection risk any part of
7 the evaluation in that trauma setting?
8        A.   Not in that study, no.
9        Q.   Any other time in your work outside
10 of litigation that you have been personally
11 involved in evaluating patient warming?
12        A.   Yes.  The other example would be in
13 the cardiovascular theater, cardiovascular
14 operating room.  I don't know, Counsel, if
15 you're aware, but the St. Luke's Episcopal
16 Hospital that I was involved with is the home
17 of the Texas Heart Institute, which is the
18 highest-volume heart surgery hospital --
19 institution in the country, maybe in the
20 world.
21        So they are having significant
22 amount of large volume of heart surgery with
23 patients that are being cooled down on
24 purposely to slow the metabolism and
25 blood-brain barrier.

Y. DAVID

1          Those patients are expected to be
2   well monitored and controlled as far as where
3   their core temperature is, and when they are
4   being brought back, there should be a certain
5   rate of core temperature rising that one
6   should expect to see, no faster, no slower.
7   You do that with what the CDC meeting was here
8   about, fluid warming and cooling devices.  And
9   you circulate the blood through a cooler
10  element or a heating element, and these
11  heating or cooling elements are devices that I
12  was responsible for and participated in the
13  study.
14          We published a couple of studies on
15  those -- I don't think that they are on my
16  CV -- at the Texas Heart Institute Journal
17  about the temperature control devices for
18  postcardiac surgery, and I think there is one
19  study that is in my list that is looking at
20  outcome of patient that underwent cardiac
21  surgery and their scalp temperature did not
22  rise fast enough to predict their outcome.
23      Q.  Did any of the studies that you
24  took part in or the publications have anything

Y. DAVID

1   to do with infection risk?
2      A.  Of course when you're talking about
3   the fluid-based warm or cooling device like in
4   the cardiovascular area, when you put ice in a
5   container and circulate blood around it or
6   when you put heating element and circulate
7   blood around it, of course there is the issue
8   of infection and containment of bioburden
9   pathogens.  But once again, I was lucky to be
10  in an institution that have their own
11  expertise in that field, and that was not
12  something that I was doing.
13      Q.  Do you know what kind of
14  heater/cooler device was used in St. Luke's
15  Hospital at any time?
16      A.  Yes, I know.  I was going to say
17  COBE, C-O-B-E, maybe Cincinnati Sub-Zero.
18  There's another big manufacturer of heart-lung
19  bypass machines that use those devices.  I
20  don't recall the brand.
21      Q.  Do you still consult with the
22  biomedical or work for the biomedical
23  engineering department of any hospital right
24  now?

Y. DAVID

1      A.  I still have on-demand consultation
2   with the hospital in Silicon Valley, and I
3   finished consulting with the Adventist
4   Healthcare System in California, who is a
5   biomedical program.  So right now, as of
6   today, just on-demand.
7      Q.  The reference you made, I think, to
8   the heater/cooler devices related to the
9   HICPAC -- H-I-C-P-A-C -- document you cited.
10  Is that right?
11      A.  Right.
12      Q.  Have you been involved with any
13  hospital in assessing its practices in light
14  of the issue that is described there?
15      A.  I don't think so.
16      Q.  Have you been involved in
17  consulting with any hospital with respect to
18  the use of heater/cooler devices and whether
19  or not the use of those poses any infection
20  risk?
21      A.  Well, naturally, for three decades
22  or so I did that here at the Texas Medical
23  Center and I described those occasions.  Prior
24  to that, I was at West Virginia University

Y. DAVID

1   Medical Center and, again, the cardiovascular
2   program was at the time developed and I worked
3   with Dr. Tarnay, who was a cardiovascular
4   surgeon, about cooling and warming patients
5   with particular devices at the time.
6          But I don't believe that my
7   involvement was in the area of infections or
8   infection prevention.
9      Q.  Do you recall any discussion, in
10  any of your work outside of litigation, where
11  a hospital was considering removing devices
12  from the operating room because of air blowing
13  from the devices?
14      A.  Not exactly what you are asking,
15  but I was involved in reviewing and evaluating
16  operating room pollutions from
17  anesthesia-based gases that are expelled from
18  a patient after they breathe it.  And the
19  records are suggesting that a minute amount of
20  those gases, if exposed by operating room
21  staff, that person, people, would lead to
22  miscarriages and other undesirable outcome.
23          So I was involved in study to
24  monitor the influence of air exchanges in the

Page 214

Y. DAVID

surgical theater and the amount of gas coming
from the end of the anesthesia machine when
mannequins were connected with simulated lungs
to them.  That probably is as close as I can
come to your question.

Q.  Have you ever been involved in
designing a cleaning protocol for an operating
room or for the equipment in it?

A.  There is equipment that is being
circulated through the operating room, not
necessarily you would call it operating room
fixed equipment, but the specific example I
have in mind for you is infusion pump, and
drug administration medical devices such as
infusion pump are probably in the thousands in
quantity in hospitals around the country and
they are being used in the emergency room, on
the general floor, in the operating room, and
they are circulating through various
environments.

I was involved with the central
processing supply team that looked at means to
clean and disinfect those pumps once they come
out of the patient arena, areas.  And that's

Page 215

Y. DAVID

probably kind of answering the question that
you have for me.

Q.  Before I ask you if you could tell
us about that, is that the only example that
you can think of where you were involved in
developing a cleaning protocol for either an
operating room or the equipment in it?

A.  At the cardiovascular room in
St. Luke's Episcopal Hospital and Texas Heart
Institute, the amount of equipment in those
cardiovascular rooms in volume is tremendously
large and the cleaning that needs to be taking
place between patient use is very important.
I was part of the panel that reviewed.  I
don't think that I wrote procedures or
protocol how to, but I did participate in
determination of what agents and when it
should be used and how to use it on medical
devices.

Q.  Was that type of determination also
something you were involved with with respect
to the infusion pumps?

A.  Correct.

Q.  Which agents in either situation

Page 216

Y. DAVID

were selected, do you recall?

A.  No, I don't recall because they
have brand name, germicide -- germicide or --
they have a specific brand name at the time
that were picked up, and I don't remember.

Q.  And do you remember what the
chemicals were, separate from the brand names?

A.  Those were agents that were -- that
are able to penetrate biofilm and kill
bacteria.  I don't remember the names.

Q.  Were these agents for use on the
outside of medical equipment or on the inside
of medical equipment?

A.  By a majority, they were on the
outside.  However, some equipment like the
warming/cooling circulating device in
cardiovascular operating room has tanks that
you have accessibility to the inside of their
container, so it was used inside as well.

Q.  Were you part of determining the
cleaning protocol for the heater/cooler units?

A.  I was part of the team.  I wouldn't
say that I determined how it should be done,
but I was part of the team and my expertise

Page 217

Y. DAVID

came from the biomedical engineering, for
example, to make sure that the agent is not
damaging the equipment.

Q.  With respect to hoses used in
operating rooms, that would be an important
consideration, right?  Not damaging the
equipment with the cleaning agent?

A.  Right.

Q.  Were you involved in determining
the interval of cleaning for any of the
equipment you've identified?

A.  I would bring my recommendation
after I consulted with the manufacturers on
that, so we will present specific scenario.
That's how many patients a day we expect this
device to be used on, these are the agents we
would like to use, and this is the process we
will use them.  And I would expect the
manufacturer to tell me what will be the
impact on the device.

Q.  So once the team you were working
on -- let me just make sure I understood that.
The team you were working with would determine
what they would wish to do and then consult

Page 218

Y. DAVID

1 with the manufacturer to see if that would be
2 posing a risk on device integrity?  Is that
3 what you said?
4      A.  That would be a fair conclusion,
5 yes.
6      Q.  Okay.  I'm sorry, I meant within --
7 within the team, did you have expertise that
8 was being drawn upon with respect to the
9 interval for cleaning?
10      A.  I don't think so.
11      Q.  Okay.  Do you know how the team
12 went about validating -- was it part of the
13 team effort to validate particular agents to
14 see if they would be effective?
15      A.  Yes.  There was a trial period of
16 an agent being used and there were specific
17 observation on different part of the cleaning
18 material.  Like if you mentioned hoses, there
19 would be a descriptor of how to review
20 possible changes in the physical performance,
21 physical present -- appearance of the hose.
22      If there is polyvinyl somewhere
23 that is more flexible, if they are metal -- I
24 was very concerned about labeling.  I was

Page 219

Y. DAVID

1 concerned that a warning and labeling and how
2 to increase or decrease power on something
3 will not be visible after a while, so all
4 those were put into a testing periodicity with
5 observation being collected.
6      Q.  Do you have any familiarity with
7 the tests that were conducted to determine
8 kill-off of bacteria and whether that was
9 sufficient?
10      A.  In the example I gave you, no.
11      Q.  Were you ever a person who provided
12 expert advice about how to determine if a
13 cleaning agent was killing sufficient
14 bacteria?
15      A.  I would refer to the expert on
16 that.
17      Q.  And that would not be you?
18      A.  It will not be me.
19      Q.  Are you familiar with the concept
20 of a sterile device?
21      A.  Yes.
22      Q.  All devices are not sterile.  Is
23 that correct?
24      A.  That is a correct statement.

Page 220

Y. DAVID

1      Q.  The operating room contains many
2 devices that are not sterile.  Is that
3 correct?
4      A.  That is correct.
5      Q.  Would you agree that air is not
6 sterile?
7      A.  Depends where.
8      Q.  In an operating room?
9      A.  I will agree with that.
10      Q.  Will you agree that people are not
11 sterile?
12      A.  You mean as producing offspring or
13 as --
14      Q.  Ha.  No.  I mean as producing
15 contamination, bacteria.  Or containing.
16      A.  I agree with that, yes.
17      Q.  A surgeon, after scrubbing, for
18 example, is not sterile, correct?
19      A.  The surgeon himself is not.  The
20 outside layer, it is.
21      Q.  The outside layer of what?
22      A.  Of what the surgeon has on him.
23      Q.  Do you believe that the surgeon's
24 clothing is sterile?

Page 221

Y. DAVID

1      A.  Yes.
2      Q.  Do you believe it remains sterile
3 once it's outside the package?
4      A.  I see what you're saying.  It's a
5 good point.  I agree with it.
6      Q.  I think the record is confused.
7      Once the surgeon's clothes are out
8 of their packaging and on the surgeon, are
9 they sterile?
10      A.  They are still sterile until they
11 either touch or impinge a nonsterile object.
12      Q.  And in normal use in an operating
13 room, would you expect the surgeon's clothes
14 to become contaminated to some degree?
15      MR. BANKSTON:  Object to the form.
16      A.  You're taking me to an area that I
17 didn't study, so I cannot respond to the
18 question.
19 BY MS. EATON:
20      Q.  After prepping, do you believe a
21 patient is sterile?
22      A.  The area that was prepped, yes.
23      Q.  What definition do you have of
24 sterile?

Page 222

Y. DAVID

1
2      A.  I'll have to look it up.
3      Q.  Okay.  Do you have in mind, as you
4  sit here today, any particular definition of
5  sterility?
6      A.  Free from pathogen above certain
7  level.
8      Q.  Okay.  And do you know what that
9  level is?
10      A.  Just by heart, no.
11      Q.  Okay.  Is that a standard that you
12  ever applied, that you were the expert
13  applying?
14      A.  No.  It's not something that I
15  applied.
16      Q.  Would you agree that an operating
17  room doesn't have to be sterile in order to
18  proceed with surgery?
19      A.  That is a difficult statement to
20  take because not being sterile have different
21  level of dirtiness to it.  So I don't think
22  that a filthy operating room is appropriate.
23      Q.  Did your job ever involve
24  determining what standard of pathogenic
25  organisms could be in an operating room for it

Page 223

Y. DAVID

1
2  to be acceptable?
3      A.  No, not my area of expertise.
4      Q.  Are there people, to your
5  understanding, in hospitals who do address
6  that?
7      A.  Yes.
8      Q.  Do those people address the levels
9  of contamination that can be present on
10  surfaces in the operating room?
11      A.  I have no knowledge of their
12  standards.
13      Q.  Okay.  In your experience, are
14  operating room floors cleaned?
15      A.  "Cleaned" is an open-ended word and
16  I agree with it, yes.
17      Q.  Are practices taken to clean
18  operating room floors in the hospitals that
19  you've worked in?
20      A.  I didn't understand the question.
21      Q.  Do people take steps to clean
22  operating room floors in the hospitals you've
23  worked in?
24      A.  Oh, yeah, sure.
25      Q.  How frequently have the floors been

Page 224

Y. DAVID

1
2  cleaned, to your observation, in the hospitals
3  you've worked in, in operating rooms?
4      A.  Every day.
5      Q.  How many times a day?
6      A.  Depends on the designation of the
7  operating room.
8      Q.  What about an operating room where
9  orthopedic surgery would take place?  How many
10  times a day?
11      A.  They will clean it between uses.
12      Q.  Does that mean between every
13  surgery?
14      A.  Between every orthopedic
15  procedures, yes.
16      Q.  Do you know what cleaning agents
17  are used on the floor?
18      A.  No.
19      Q.  Do you know if the standards for
20  cleaning -- I'm sorry.  Do you know if the
21  cleaning agents used on the floor for
22  orthopedic surgeries at the hospitals where
23  you've worked changed at all during the time
24  you worked there?
25      A.  Yes.

Page 225

Y. DAVID

1
2      Q.  Do you know what chemical they were
3  changed from or to?
4      A.  No, but as I was working in those
5  orthopedics operating room, I could see
6  different colors and different smells at times
7  as they were cleaning the floors and I was
8  working on the equipment.
9      Q.  Have you ever seen an orthopedic
10  surgery in process?
11      A.  Oh, yeah.
12      Q.  Are drills and saws used during
13  that surgery?
14      A.  It is like a spare parts garage.
15  Tools, hammers, drills, saws, a variety of
16  implants.  As a matter of fact, it might shock
17  some lay people to see how much physical
18  activity is taking place there.
19      Q.  When those saws or drills or other
20  equipment are used -- I'm sorry, let me ask a
21  better question.
22          Is some of that equipment we just
23  talked about electrical equipment?
24      A.  Yeah.  Some is air-driven,
25  pressured air.  Some are electrical driven.

Page 226

Y. DAVID

1
2  Q.  When those pieces of equipment are
3  used in orthopedic surgery, do they cause the
4  release of particles into the air?
5  A.  They do.
6  Q.  You can see them?
7  A.  At times you can see them.
8  Q.  Do those devices, any of them, blow
9  air?
10  A.  I don't know if I would call it
11  blowing air.  They have electrical connections
12  and they might be driven by pressured air that
13  would spin a turbine, but I'm not sure that
14  they are blowing outside.
15  Q.  That's a good distinction.  So some
16  of -- which pieces of equipment are you
17  thinking of that are driven by turbines?
18  A.  There are drills that are using air
19  as compared to saws that are using electric
20  power.
21  Q.  Do the saws have a cooling fan for
22  the electrical component?
23  A.  No.  The circulating nurse usually
24  will use fluid to cool the area and all that
25  will go down the floor.

Page 227

Y. DAVID

1
2  Q.  Have you ever become aware of any
3  test or comparison of the volume or quantity
4  or type of particles emitted from various
5  equipment used in an operating room?
6  A.  No.  I don't believe that I was
7  involved in such study.
8  Q.  Are you aware of any FDA regulation
9  requiring there to be a filter on a patient
10  warming device?
11  A.  I'm not aware of an FDA regulation
12  that states that the filter must be part of
13  the design.  The FDA does not get into the
14  design details but rather the performance and
15  the operation of the total system.  I'm aware
16  of the desire to comply with safe deployment
17  of equipment in the operating room, and if
18  filter is one mechanism to make this device
19  safe, then there should be a filter there.
20  Q.  Separate from the general
21  considerations that you just set forth, are
22  you aware of any specific standard that has
23  been issued or adopted by FDA regulation that
24  would require a filter on a patient warming
25  device?

Page 228

Y. DAVID

1
2  MR. BANKSTON:  Object to the form.
3  A.  I don't believe that the FDA's role
4  is to determine how technology is being
5  designed and delivered to clinical site.  The
6  FDA is, rather, looking at, as much as they
7  can, at the product features and risk, the
8  same way that the FDA doesn't say that you
9  have to have a red light or a long handle to
10  hold a device.
11  But if that's part of the features,
12  then there is a reason to look and see what
13  this feature does to the safe operation of the
14  device.
15  BY MS. EATON:
16  Q.  Are you familiar with the process
17  by which FDA establishes special controls for
18  certain class 2 devices?
19  A.  Yes.
20  Q.  As part of that process, does FDA
21  ever adopt specific standards for either a
22  device or a test that might be used with a
23  device?
24  A.  There are a few standards that the
25  FDA recognized and adopted, especially in the

Page 229

Y. DAVID

1
2  cardiovascular arena.
3  Q.  Have you looked at the
4  classification regulation for patient warming
5  devices?
6  A.  Yes.
7  Q.  Does it include any special
8  controls?
9  A.  No.
10  Q.  Are you familiar with any industry
11  standard that guides the design or manufacture
12  of patient warming devices?
13  A.  Except the good manufacturing
14  practice, no.
15  Q.  Are you aware of any hospital
16  standard that requires filters to be present
17  on specific patient warming devices?
18  A.  No, I'm not aware.
19  Q.  Are you familiar with the
20  ventilation requirements -- I'm sorry, let me
21  ask that differently.
22  Are you responsible for evaluating
23  or implementing the ventilation requirements
24  for hospital operating rooms?
25  A.  As we discussed this morning, my

Page 230

Y. DAVID

1
2  involvement -- my involvement in operating
3  room design and function has evolved over the
4  years and especially here in Texas Medical
5  Center.  The hospital I worked with, I have a
6  responsibility for equipment planning and it
7  was in the facility design I would be part of
8  the operating room design team and I would be
9  part of the room air exchanges, temperature
10  controls, humidity --
11     Q.  Thank you.  I had forgotten that.
12  You did say that this morning.
13         Would part of your role involve
14  evaluating or selecting filtration for
15  operating room air?
16     A.  No.  I would not select the
17  filters.
18     Q.  Do you have any expertise in
19  filters?
20     A.  Expertise?  I understand their
21  function and their construction, how they are
22  rated, how they're being measured, so I have
23  working knowledge of filters and filters'
24  functionality.
25     Q.  That working knowledge, was that

Page 231

Y. DAVID

1
2  developed in connection with this case?
3     A.  I believe that I described several
4  times today that it's been much beyond that.
5  In the areas of operating room design, cardiac
6  catheterization room design, I was involved
7  with probably 50 or 60 of those facilities and
8  equipment planning and discussion about
9  filtration and filters were part of the team
10  discussion.
11         I did not select filters, as I said
12  before, but that's where my working knowledge
13  comes from.
14     Q.  Have you ever conducted testing of
15  a filter, any kind of testing of a filter?
16     A.  I don't believe that I did.
17     Q.  Have any of your work
18  responsibilities outside of litigation
19  involved filtration on medical devices
20  specifically as opposed to rooms?
21     A.  The examples that come to my mind
22  as we sit here today are involvements that I
23  have with mechanical ventilators and bedside
24  monitors.  Those two product categories
25  involve both protection of the device from

Page 232

Y. DAVID

1
2  penetration of bacteria from the outside as
3  well as protection of the device from
4  developing pathogens in the internal cavities.
5     Q.  In what context have you worked
6  with those two devices?
7     A.  With the ventilators, I was invited
8  to travel to Travemünde in Germany.  That's
9  where Dräger Medical is located and doing
10  their research and manufacturing, and they
11  were developing a new pediatric ventilator and
12  wanted to have an opinion about how the
13  clinicians and the biomedical engineers and
14  the hospital will review their product
15  features.
16         So they took the medical director
17  of the neonatology ICU, a respiratory
18  therapist director and myself, and we were
19  participating in brainstorming session that
20  looked at how the device is going to be
21  maintained, its cleanliness, in face of some
22  challenging environment, challenging in regard
23  to pathogens.
24         The other example involved bedside
25  monitoring, and on that product I was invited

Page 233

Y. DAVID

1
2  to Redmond, Washington, to visit with Space
3  Lab company who developed a new colored
4  monitor for vital signs to be used in
5  intensive care units and wanted to know if the
6  feature of interaction with the display by
7  physically have a touch-sensitive display are
8  appropriate for the environment as to where
9  the monitor will be versus where the operating
10  will be and will -- filter changes will be
11  technically challenged if you have to do so
12  many steps to get to the filters.
13     Q.  For either one of those examples,
14  were you providing any type of microbiology or
15  infectious disease expertise?
16     A.  No.
17     Q.  Have you ever tested filters for
18  efficiency at capturing particles?
19     A.  No.
20     Q.  Has part of your professional
21  responsibility outside of litigation ever
22  involved interpreting filter efficiency
23  testing?
24     A.  I believe that during the project
25  that involved the trace amount of anesthetic

59

Page 234

Y. DAVID

1  gases in the operating room, we had part of
2  our measurement the air combination level by
3  changing the number of room air exchanges over
4  a certain range in looking for the outcome as
5  well as by changing filters.
6      Q.  Were you providing expertise with
7  respect to the filters and their effect on the
8  air?
9      A.  No.  I was part of the team that
10 has -- my part was different role.
11     Q.  Are you familiar with the MERV,
12 M-E-R-V, rating system for filters?
13     A.  Yes.
14     Q.  Are you familiar with that outside
15 of your work on this case?  Had you been
16 familiar with that outside of your work on
17 this case?
18     A.  Yes.  And MERV is an abbreviation,
19 as you know.
20     Q.  Is that something you used in your
21 work outside of this case or encountered?
22     A.  Encountered.  I'm not sure that I'm
23 using it.
24     Q.  Have you seen indication that the
25

Page 235

Y. DAVID

1  filter for the model 750 Bair Hugger device
2  meets MERV 14 standards?
3      A.  There is test results within the
4  documents that I have here of testing that
5  filter efficiency.  But as I sit here, I don't
6  recall by heart what level of MERV that would
7  be.
8      Q.  Do you have any opinion about what
9  the particle capture efficiency of any Bair
10 Hugger filter is separate from a document that
11 you've reviewed in one of the binders sitting
12 in front of you?
13     A.  I don't believe that I understand
14 your question.
15     Q.  Do you have any information about
16 the efficiency of a Bair Hugger filter
17 separate from the documents that are sitting
18 here in front of you?
19     A.  Separate, no.
20     Q.  Have you reviewed any hospital
21 infection rates or records with respect to
22 Bair Hugger use in connection -- I'm sorry,
23 with -- let me ask a better question.
24     Have you reviewed any hospital
25

Page 236

Y. DAVID

1  infection rates or records that you've
2  attempted to correlate in any way to Bair
3  Hugger use?
4      A.  Well, my report includes a
5  significant amount of literature on that, and
6  I read that and drew a conclusion.
7      Q.  Separate from the literature listed
8  in your report, have you reviewed any?
9      A.  Separate?  I don't think so.
10     Q.  Have you taken any action to try to
11 remove Bair Hugger devices from any hospitals?
12     A.  I have no authority to do that.
13     Q.  Have you communicated to any
14 hospital a concern about Bair Hugger use or a
15 belief that they should take action?
16     A.  No.
17     Q.  Do you know if St. Luke's or Texas
18 Children's Hospitals continue to use Bair
19 Hugger devices?
20     A.  I do not know.
21     Q.  Have you contacted anyone at the
22 FDA or the CDC with respect to the Bair Hugger
23 device?
24     A.  No.
25

Page 237

Y. DAVID

1      Q.  Do you know anyone who has had a
2  surgery where a Bair Hugger device was used?
3      A.  I don't believe that I know that.
4      Q.  Do you know of any individual
5  person who's had an infection after a Bair
6  Hugger device was used?
7      A.  Outside the --
8      Q.  Information that's --
9      A.  -- government study?
10     Q.  Outside the information that you
11 reviewed for this case.
12     A.  No.
13     Q.  Have you spoken with anyone other
14 than plaintiffs' lawyers about the Bair Hugger
15 device and its potential -- I'm sorry -- let
16 me ask a better question.
17     Have you spoken with anyone other
18 than plaintiffs' lawyers about the Bair Hugger
19 device causing infections, in your opinion?
20     A.  No.
21     Q.  Have you spoken with anyone who you
22 believe to be the treating physician for any
23 plaintiff?
24     A.  No.
25

Page 238

Y. DAVID

1
2    Q.  Have you spoken to any healthcare
3  facilities where you believe any of the
4  plaintiffs in this litigation have had their
5  surgeries performed?
6    A.  I have no knowledge where it was
7  performed.
8    Q.  Have you watched the "green smoke"
9  video prepared by Scott Augustine?
10    A.  As I said earlier today, I watched
11  a video, YouTube video, that Dr. Augustine
12  prepared.  I don't know if it was green or
13  yellow, something.  He has something there
14  that I watched.  I don't know what it was.
15    Q.  Do you have any information about
16  that test beyond what's available from viewing
17  the YouTube video?
18    A.  No.
19    Q.  Did you make any inquiry into the
20  conditions, for example, of how that test was
21  conducted?
22    A.  No.
23    Q.  Does that test in any way form the
24  basis for your opinions in this case?
25    A.  Not at all.

Page 239

Y. DAVID

1
2    Q.  Have you ever reviewed the
3  deposition transcripts of any of the study
4  authors that are cited in your report with
5  respect to studies about the Bair Hugger
6  device?
7    A.  Can you ask that again?
8    Q.  Your report includes a citation to
9  several articles with respect to the Bair
10  Hugger device.  Have you reviewed the
11  deposition transcripts of any of those
12  authors?
13    A.  I wasn't aware that they were
14  deposed, so no, I did not.
15    Q.  Do you have any information that
16  any of the authors on those studies have tried
17  to culture bacteria coming out of a Bair
18  Hugger system used with a blanket attached?
19    A.  I do not have information on those
20  studies except what's in the publication.
21    Q.  If Dr. McGovern, for example, had
22  tried to culture bacteria coming out of a Bair
23  Hugger system when operated with a blanket
24  attached and was not able to do that, would
25  that be important to you?

Page 240

Y. DAVID

1
2    MR. BANKSTON:  Object to the form.
3    A.  I read his study.  It was a large
4  population, close -- I think over 1500 total
5  cases.  It was well executed.  I don't think
6  that I made comments to myself about trying to
7  swab in the Bair Hugger itself.  I don't
8  recall that in the study.
9  BY MS. EATON:
10    Q.  And do you recall anything in the
11  study report saying, "We made tests to look
12  for live bacteria in the room or in the air
13  after the Bair Hugger was used"?  Did you
14  recall any results like that in the paper?
15    A.  As you marked the evidence today,
16  there are 11 binders here with material.  I'm
17  afraid I have to tell you that I cannot
18  remember the study unless you give me time to
19  read it.
20    Q.  We might do that in a moment.
21  Would it be important to you if there were
22  tests made to determine if live bacteria came
23  out of the Bair Hugger blanket when the system
24  was operated as it was intended to be used?
25  Whether those results were positive or

Page 241

Y. DAVID

1
2  negative, would that be important to you?
3    A.  Well, my report points to two
4  mechanisms for increasing infection risk at
5  the surgical site when Bair Hugger is used.
6  One is the thriving of pathogens from the
7  floor device.  The other one is the
8  interruption of unidirectional flow around the
9  surgical site due to conduction of warm air --
10  warm air eddies.
11    So that may be one of the
12  mechanisms, but there's another mechanism
13  that's contributing to the Bair Hugger
14  contribution to risk threat that you're not
15  addressing.
16    Q.  Would it be important to you with
17  respect to the first mechanism that you
18  identified if air was cultured after the Bair
19  Hugger device was operated as a system with a
20  blanket attached and there were no live
21  bacteria?
22    MR. BANKSTON:  Object to the form.
23    A.  I believe it would be, but as I
24  said, there are two mechanisms.  This is one
25  of the two.  And there are other studies that

Page 242

Y. DAVID

1  
2  suggest that there were contamination in a
3  large number of Bair Huggers that were
4  studies.  The Stanford study, for example, is
5  one of them.
6  BY MS. EATON:
7      Q.  Are you pointing to any study where
8  the Bair Hugger device was operated as a
9  system with its blanket and live bacterias
10  were cultured in high levels in the air after
11  that?
12          MR. BANKSTON:  Object to the form.
13      A.  No.  I'm referring to culturing the
14  Bair Huggers.
15  BY MS. EATON:
16      Q.  You mean taking swabs from the
17  inside of the units?
18      A.  From the hose.
19      Q.  In your hospital, were hoses used
20  directly on patients without blankets
21  attached?
22      A.  I don't believe so.
23      Q.  From your review of the operating
24  instructions in this case, are you aware that
25  that would be in violation of the

Page 243

Y. DAVID

1  
2  instructions?
3      A.  I'm not suggesting that that's how
4  the Bair Hugger is being used.  I'm suggesting
5  that the hose that has positive culture is
6  connected to a blanket, so if they identify
7  positive culture at the end of the hose that's
8  connected to the blanket, they can probably
9  measure positive culture if they would do it
10  on the blanket as well.
11      Q.  Do you know how much air force it
12  would take to remove bacteria from the inside
13  of a hose?
14      A.  No.
15      Q.  Have you identified any patient
16  warming device that does not have a hose that
17  runs between the unit and a blanket and serves
18  as a connector?
19      A.  Sure.  All the conductive warming
20  devices that use pads and have no air
21  circulated whatsoever.
22      Q.  There's no connection between the
23  pad and any hardware unit?
24      A.  There is.  There's no hose.
25      Q.  Okay.  Thank you.

Page 244

Y. DAVID

1  
2      A.  Can we have a break?
3          MR. BANKSTON:  Yeah, we've been
4  going over an hour and a half.
5          MS. EATON:  Have we?
6          MR. BANKSTON:  Yeah.
7          MR. GOSS:  One hour.
8          MS. EATON:  Okay.  It doesn't seem
9  that long to me.
10          MR. BANKSTON:  The room is a little
11  stuffy and we have an older witness.  If
12  he wants a break, I'd like to give it.
13          MS. EATON:  That's fine.
14          THE VIDEOGRAPHER:  We're going off
15  the record at 16:33.
16          (Recess, 4:33 p.m. to 4:54 p.m.)
17          THE VIDEOGRAPHER:  We are back on
18  the record at 16:54.
19  BY MS. EATON:
20      Q.  Dr. David, do you have any
21  expertise in aerobiology?
22      A.  I don't believe so.
23      Q.  Have you ever tested the
24  effectiveness of any laminar flow system?
25      A.  No, I did not.

Page 245

Y. DAVID

1  
2      Q.  Do you have any expertise in air
3  flow or air movement?
4      A.  Expertise, I have a very good
5  working knowledge being in orthopedics
6  operating room, being in the cardiovascular
7  operating room, in general in large
8  concentration of operating room at the Texas
9  Medical Center.  I'm talking about 60 to 65
10  operating rooms and be responsible for all the
11  medical technologies in that area.  I fully
12  understand what the unidirectional flow in a
13  protective area is all about.  I fully
14  understand design of operating room, of
15  cardiac catheterization laboratory that I was
16  involved with and the placement of objects
17  within that environment.
18          So I have a very good working
19  knowledge and I can explain to a layperson
20  about it, but I don't believe that I'm expert
21  in that area.
22      Q.  Do you have any expertise in
23  infectious disease?
24      A.  No, I do not.
25      Q.  Do you have any expertise in

Page 246

Y. DAVID

1    Y. DAVID
2    surgical site infections?
3        A.  No, I do not.
4        Q.  Do you have any expertise in
5    aseptic technique?
6        A.  Again, I have good working
7    knowledge because this would be part of my
8    involvement in equipment that is present
9    during surgical procedures and in trauma rooms
10   and I will be required to oblige by techniques
11   such as that.
12       Q.  Is our earlier discussion today
13   reflective of your involvement in those
14   matters?
15       A.  It was a specific example.  My
16   involvement is much wider because I would be
17   walking literally daily through the operating
18   theater, visiting with the director of the
19   operating room, visiting with surgeons, and
20   looking at the various devices that are being
21   used.  So I have intimate interaction with
22   that area.
23       Q.  Do you have responsibility -- I'm
24   sorry, let me ask it differently.
25           Have you had responsibility within

Page 247

1    Y. DAVID
2    hospitals for implementing infection control
3    practices?
4        A.  I do not believe that I have the
5    expertise in implementing infection control
6    practices, but as it involves equipment in
7    areas that might have risk of infections and
8    contamination such as intensive care unit and
9    moving ventilators and infusion pumps from one
10   room to another, I have been involved with a
11   team that would implement that type of
12   practice.
13       Q.  Are you a medical doctor?
14       A.  No, I'm not a medical doctor.
15       Q.  Do you have any medical training?
16       A.  I do not have medical training.
17       Q.  Do you have expertise in heat
18   transfer?
19       A.  Being a biomedical engineer, it was
20   one of the courses that I took as part of my
21   academic preparation.  Heat transfer is an
22   important physical phenomenon, and I studied
23   and understand it.  And I understand the
24   principle operation.
25       Q.  You mentioned radiant heat earlier.

Page 248

1    Y. DAVID
2    Is that one form of heat transfer?
3        A.  Absolutely.
4        Q.  Is conductive heat another form of
5    transfer?
6        A.  Correct.
7        Q.  And is convective heat another form
8    of transfer?
9        A.  Like ovens, yes.
10       Q.  Have you ever participated in an
11   infectious disease outbreak investigation?
12       A.  Yes.
13       Q.  How many times?
14       A.  Couple of times.
15       Q.  For which hospital?
16       A.  I'm not sure that I can discuss
17   that.  There might be some protective order
18   there.
19       Q.  Okay.  Was that in connection --
20   well, was that in connection with litigation?
21       A.  No.
22       Q.  Both times you can remember, were
23   they at the same hospital?
24       A.  Yes, I believe the same hospital.
25       Q.  Do you recall what the organism was

Page 249

1    Y. DAVID
2    ultimately that was at issue?
3        A.  No, I do not.
4        Q.  What was your role in the
5    investigation?
6        A.  As the team investigate --
7    investigated the possible source and
8    contributing factors, my role was to ascertain
9    the functionality of the medical devices in
10   it.
11       Q.  Were any patient warming devices
12   involved?  Let me ask a different question.
13           Did you investigate any patient
14   warming devices?
15       A.  Yes, we did.  We had the
16   fluid-circulating devices at the time and they
17   were part of the investigation.
18       Q.  What kind of fluid-circulating
19   device?
20       A.  I can see the product in front of
21   me.  I don't remember the brand name.
22       Q.  Was it the -- I did not -- I'm
23   sorry.  I didn't -- do you recall the function
24   of the device separate from the brand name?
25       A.  Yes.  The device would heat fluids

Page 250

Y. DAVID

1
2 and circulate it through a mattress under the
3 patient.  So it would be a conduction heat.
4     Q.  Were other sources in the operating
5 room considered as well?
6     A.  Yes.
7     Q.  Can you give me examples of the
8 other kinds of sources that were considered?
9     A.  Ventilators, mechanical ventilator.
10     Q.  Anything else?
11     A.  No.
12     Q.  From the outset there was a focus
13 on those two pieces of equipment?
14     A.  No.  I'm just not -- feel
15 comfortable to discuss that.
16     Q.  Okay.  Let me -- you're concerned
17 about confidentiality, is that it?  Or what do
18 you mean by "not comfortable"?
19     A.  Yes.
20     Q.  Okay.  I don't want to violate your
21 confidentiality.  That's not what I'm seeking
22 to do.
23        Are you familiar with the
24 principles of outbreak investigation through
25 your work?

Page 251

Y. DAVID

1
2     A.  Yes.
3     Q.  Is there any standard that you use
4 or refer to?
5     A.  As one member on the team, there
6 were other experts that that seemed to be
7 their field of expertise, so we were given the
8 protocol and the plan of action.
9     Q.  Does one aspect of investigation
10 when there's a concern about an outbreak
11 involve taking cultures and swabs from various
12 locations, for example?
13     A.  Absolutely.
14     Q.  Would that include surfaces within
15 the room?
16     A.  Yes.
17     Q.  Would it include surfaces that are,
18 for example, a countertop or a wall or a
19 floor?
20     A.  Yes.
21     Q.  Would it include testing -- I'm
22 sorry.  Would it include taking samples or
23 swabs from medical equipment that is in the
24 room?
25     A.  Yes.

Page 252

Y. DAVID

1
2     Q.  What other types of steps would be
3 involved in an infectious disease outbreak in
4 a hospital setting?
5     A.  The steps it will involve will be
6 identifying the pathogen, see if it can be
7 matched with patient -- with a result of
8 patient testing, and begin to eliminate
9 potential sources.
10     Q.  Do you try to do that investigation
11 as close as possible in time to when a
12 surgical operation may have occurred?
13     A.  It's an interesting question.
14 However, I believe that those areas were not
15 surgical areas.
16     Q.  Okay.  Are you familiar with the
17 process used for doing an outbreak
18 investigation when the area at issue is an
19 operating room?
20     A.  I would say it's a similar process.
21     Q.  Okay.  Are you a certified
22 industrial hygienist?
23     A.  No, I'm not.
24     Q.  Have you ever published anything in
25 peer-reviewed literature concerning what does

Page 253

Y. DAVID

1
2 or does not cause surgical site infections?
3     A.  No, I did not.
4     Q.  Are you aware -- actually, let me
5 just take that back.  I'm going to mark --
6        (Discussion off the stenographic
7        record.)
8        (David Exhibit 12 marked.)
9 BY MS. EATON:
10     Q.  This is a June 1, 2000 letter that
11 I believe you've reviewed.  Is that correct?
12        (Document review by witness.)
13 BY MS. EATON:
14     Q.  Have you seen this before?
15     A.  Yes.
16     Q.  Okay.  If you would look at the
17 fourth paragraph, please.
18     A.  Okay.
19     Q.  The last sentence in that paragraph
20 says, "With this amendment, the filters in our
21 currently cleared devices (including the SE
22 Device Model 505) and the Model 750, will all
23 be 0.2-micron filters."
24        Do you see that sentence?
25     A.  Yes.

Page 254

Y. DAVID

1
2    Q.  Does anything about this letter
3    describe to the FDA what efficiency of capture
4    at the .2-micron size the filter will have?
5        A.  Well, the second paragraph is
6    saying that the air filter described is HEPA
7    filter in their submission and that was the
8    plan.  But due to certain accessibility to
9    material, that filter is not available.
10          However, we know that it's not just
11   the filter but also the pressure drop that was
12   difficult for the 750.
13       Q.  Maybe my question wasn't clear.
14   I'm asking if there's anything about this
15   letter --
16       A.  And --
17       Q.  -- that you take -- were you going
18   to get to the question?
19       A.  Yes.
20       Q.  Okay.
21       A.  So I'm trying to answer your
22   question by saying that, first of all, there
23   is indication that HEPA filter is there and
24   there is no change from filter
25   characteristics.  Paragraph 2 and 3 are saying

Page 255

Y. DAVID

1
2    that.  And paragraph 3 is saying it will be
3    2.2-micron, so the impression is, is .2-micron
4    with same efficiency, when one reads this
5    letter.
6        Q.  Are you aware of anyplace in this
7    letter or otherwise where any company made a
8    representation to the FDA about what
9    percentage capture of particulates of
10   the .2-micron size a Bair Hugger filter would
11   have?
12       A.  I believe when you called a filter
13   a HEPA, high-efficiency particle arrestor, you
14   are designating the efficiency of 99.97% --
15       Q.  Is it your interpretation of
16   this --
17       A.  -- at .2 micron.
18          So when you read this letter, you
19   are getting the impression that that's the
20   area we are addressing, that level of
21   efficiency.
22       Q.  You read this letter to be the
23   company telling the FDA that the Bair Hugger
24   devices will have a HEPA filter?  That's how
25   you read this letter?

Page 256

Y. DAVID

1
2        A.  No.  I'm saying that the
3    preliminary paragraph, it's simply, look, the
4    first paragraph saying we have submission and
5    we would like to amend it.  The second
6    paragraph's saying we talked about HEPA filter
7    and we're going to get something that is
8    similar.  The third paragraph said, I cannot
9    get this but it will be similar
10   characteristics.  The last line on the third
11   paragraph specifically says we want to have
12   the option to use our current filter
13   characteristics, and then they go to
14   the .2 micron without any additional
15   description.
16          So if it's different than that, why
17   don't you say it's different?  If it's the
18   same, then that's what you started the letter
19   with.
20       Q.  So you believe that the second
21   paragraph in this letter says to you that the
22   existing filters on the Bair Hugger devices
23   are HEPA filters?
24       MR. BANKSTON:  Objection to form.
25       A.  I believe that what I'm saying is

Page 257

Y. DAVID

1
2    that it will be the same as the SE device as
3    the 500 series, which was close to HEPA.
4    BY MS. EATON:
5        Q.  Where in this letter does it say
6    the 500 series filter was close to HEPA?
7        A.  Where?  I have 10 binders here we
8    marked up with information saying that that's
9    the filter in the 500 series.
10       Q.  A HEPA filter?
11       MR. BANKSTON:  Object to the form.
12       A.  I didn't say HEPA.
13   BY MS. EATON:
14       Q.  I'm trying to understand what
15   you're saying because what you're saying is
16   not appearing to me in this letter.  Are you
17   saying you have all these binders --
18       A.  No problem.
19       Q.  -- of material that say that the
20   filter in the 505 was close to HEPA?
21       A.  Right.  The drop from M10 to M20, I
22   think they called it, specific brand, is
23   significant drop in efficiency.  But what I'm
24   saying is the material I have here is saying
25   that the 505 filter has 90% efficiency

Page 258

Y. DAVID

1
2  at .2-micron, and the 750 submission was
3  saying we're going to have much higher flow
4  rate and we're going to have a better filter,
5  it will be HEPA filter. But then a week
6  later, hey, listen, Mr. FDA, I cannot get it
7  but I'll get something that is similar to what
8  the 500 is.
9        The 500 is 90% efficiency. It
10 doesn't say here that .2-micron would have 50%
11 or less efficiency as it came out to be.
12       Q. So if we would look at the letter
13 that is in front of you, the paragraph that I
14 first referred to, the fourth paragraph,
15 begins by saying, "We want to amend the 510(k)
16 to include a filter that is substantially
17 equivalent to the filter currently being used
18 in all of our cleared devices."
19       Do you see that sentence?
20       A. Yes.
21       Q. Okay. With respect to the
22 "currently" -- I'm sorry. With respect to the
23 filter that was being used in 500 series
24 devices, is there anywhere you can point me to
25 that the company told the FDA what percentage

Page 259

Y. DAVID

1
2  efficiency that filter would have at
3  a .2-micron level?
4        A. I'll be happy to do that. I can
5  start looking at the material.
6        Q. Well, I don't want to take the time
7  to have you look at material, so I'm just --
8  let me ask this differently.
9        MR. BANKSTON: Object to the form.
10 BY MS. EATON:
11       Q. If the FDA wished to take action
12 against the company for its filter, what
13 percentage efficiency at the .2-micron level
14 would be the threshold below which there would
15 be a problem?
16       A. If you're saying at the third
17 paragraph that we have option to use the
18 current filter characteristics and you're
19 saying in the fourth paragraph it will be a
20 substantial equivalent to the filter currently
21 being used on all our cleared devices, that is
22 clear indication that we're going to use a
23 filter that is better than 90% efficient
24 at .2-micron. That's not what happened after
25 this letter.

Page 260

Y. DAVID

1
2        Q. Was the efficiency of capture at
3  a .2-micron level a design input for this
4  product?
5        A. I believe design input was a HEPA
6  filter to begin with, so it was better than
7  that.
8        Q. Let's look at the 500 series. Was
9  efficiency of capture of a percentage
10 at .2-micron-size particle part of the design
11 input for the 500 series products?
12       A. I did not see the design input
13 characteristics. I saw the outcome, and the
14 outcome is a filter that has better than 90%
15 efficiency at .2-micron.
16       Q. Was the capture efficiency
17 at .2-micron a specification in the 510(k)
18 submission for the 500 series devices?
19       A. I don't understand what you mean by
20 "specification." It is a feature of the
21 system.
22       Q. Okay. There is a sentence in this
23 document that says, "The change to add the
24 filter with the SE" -- let me ask this
25 differently.

Page 261

Y. DAVID

1
2        When would -- what percentage
3  reduction in capture of particles at
4  the .2-micron size would result in a filter no
5  longer being substantially equivalent?
6        A. Excellent question. I would love
7  to see a study that would answer that. We
8  don't have one.
9        Q. What information would you need to
10 know that you don't know?
11       A. A clinical study in operating room
12 that do orthopedic surgery with such a filter
13 conducted by infectious disease expert.
14       Q. Okay.
15       (Sotto voce discussion.)
16 BY MS. EATON:
17       Q. Are you aware of any -- let me say
18 this differently. Are you aware of any
19 clinical data that establishes a different
20 infection risk based on filter characteristics
21 for a Bair Hugger device?
22       A. I don't believe that as I sit here
23 today I'm prepared to tell you that I'm aware
24 of -- I can search for it, because what I am
25 aware of is that the large amount of

Page 262

Y. DAVID

1
2 publication are talking specifically about the
3 relationship between filter effectiveness and
4 increased threat of surgical site infection.
5      And as a matter of fact, we have
6 standards, and in this case I have a policy
7 example from M.D. Anderson, a well-known
8 hospital, that are saying that we have to have
9 filters with HEPA efficiency in those
10 protective environment where the threat of
11 infection in orthopedic surgery is higher than
12 in other locations.
13      So I'm not here sitting today and
14 can point to here's the study. I can do my
15 homework and find it for you. But I'm saying
16 that the ample data that I am providing here
17 to you today is suggesting that the less
18 efficient the filter is, the higher the threat
19 of infection at the surgical site. There's a
20 simple relationship.
21    Q.  What study, in your mind -- are you
22 able to cite me to a single study, sitting
23 here today, that would establish what you just
24 said?
25      MR. BANKSTON:  Object to the form.

Page 263

Y. DAVID

1
2    A.  In the McGovern study, they have
3 the Bair Hugger and when they removed it and
4 used another patient warming device, there was
5 81% reduction in infection. With the Bair
6 Hugger, there was 3.8 index increased
7 probability of infection.
8      At the incident with the literature
9 review that I cited in my report, looking at
10 all the studies, the conclusion was simple
11 that a HEPA filter is one of the ways to
12 mitigate infection. The CDC article that I
13 have in my publication also talks about
14 filtering level efficiency. They -- the
15 literature from orthopedics, Bone & Joint
16 Journal, is talking about one of the solution
17 is increase filter efficiency.
18      So there's ample evidence out there
19 that there is a relationship between filter
20 efficiency and the potential risk of infection
21 at the surgical site.
22 BY MS. EATON:
23    Q.  Would a 75% capture of .2-micron
24 particles change the clinical risk as opposed
25 to a 90% capture of .2-micron particles?

Page 264

Y. DAVID

1
2    A.  Counsel, this is an excellent
3 question and I think that the manufacturer of
4 a device who has filters in such environment
5 should do the study and bring the solution,
6 bring the answer. If the solution is there's
7 no difference, use the filter that has only
8 70%. If the solution is, oh, my God, this is
9 real problem, you better change the filter or
10 change the product. But that's exactly where
11 we are today is that we do not have a properly
12 conducted double-blind study of infection
13 rates in orthopedic surgeries where
14 air-warming -- forced-air warming devices were
15 used and it should be done if a manufacturer
16 is considered to be prudent and care for
17 patient safety.
18    Q.  What size are the bacteria that
19 cause surgical site infections?
20    A.  Look. I have Dr. Hogg's paper here
21 and it has an exact size. You want the
22 viruses that are smaller than 1 microns, you
23 have bacteria between 1 and 6 microns, fungi
24 is above that. We can go back and forth about
25 how much I remember of all this material, but

Page 265

Y. DAVID

1
2 this information is today in the public
3 domain. I don't have to be expert about that.
4    Q.  But I do want to understand what
5 your expertise is. Did you mean Dr. Ho?
6    A.  Ho, yeah.
7    Q.  Have you reviewed his report?
8    A.  Report, I've reviewed -- it's in my
9 report here, I've reviewed it --
10    Q.  I don't believe it is. I don't
11 think it would have even been available to you
12 at the time you prepared your report, but
13 you've mentioned his name more than once. And
14 so I --
15    A.  Okay, so I take your word for it.
16 I learned about it after I wrote my report.
17    Q.  Well, one thing we have -- there
18 have been several times today when you've
19 mentioned either transcripts or reports that
20 you believe you've reviewed that are not in
21 front of us, and I -- Mr. Ulatowski is one I
22 know for sure; I do believe in the morning
23 Dr. Ho may have been another.
24      Is there someplace you can check
25 for me to determine if you have some

Y. DAVID

1
2  additional materials that you have reviewed
3  that are maybe not here today?
4      A.  There's no additional material.  We
5  covered that subject totally.  Ulatowski is
6  one that is missing here.  It will be added to
7  the -- Dr. Ho, maybe it was after my report
8  was written.
9      Q.  I'm just wanting to make sure I
10  understand all the materials you've reviewed.
11  So if there's a place where you're -- could
12  you take a look when you return to your home
13  or office and just see if there perhaps are
14  other materials that you have reviewed?
15      A.  I certainly can do this, Counsel,
16  and I will be happy to oblige.  I can tell you
17  that I made an effort to have all the material
18  here today with us and I believe it is, except
19  Tim Ulatowski.
20      Q.  Okay.  Sitting here today for
21  purposes -- let me ask that differently.
22      For purposes of coming to your
23  opinions in this case, did you rely on any
24  understanding about what size bacteria cause
25  surgical site infections?

Y. DAVID

1
2      A.  For arriving at my opinion in this
3  case, I fully appreciate the difference in
4  sizes and the intensity of bioburdens of
5  viruses, bacteria, fungi, as it relates to
6  surgical site infection.  I did not use that
7  to arrive at my opinion.  My opinions are
8  biomedical engineering and risk assessment
9  based.
10      Q.  In assessing the risk that a
11  difference in filtration at .2-micron size
12  makes, what did you consult?
13      A.  I consulted the literature, the
14  medical and scientific literature, and I
15  consulted the responses to answers by the
16  defendant officers to a specific question
17  about this subject.
18      Q.  And are all the materials that
19  you've just referenced identified in your
20  report?
21      A.  Absolutely.
22      Q.  Okay.  Did you conduct a literature
23  search yourself?
24      A.  The literature that I present in my
25  report are a combination of my search and

Y. DAVID

1
2  counsel providing me with some.
3      Q.  Are you able to tell me which items
4  were provided by counsel?
5      A.  Specifically which ones, no, I
6  don't.
7      Q.  And if you would open up, please,
8  the binder that has literature in it just so
9  that we could take a look at the specific
10  index, whichever binder that is.  I think it
11  may be the one in your hand, I don't know.
12  No?  Sorry.
13      A.  This is the one.
14      Q.  Okay.  Just see if by taking a look
15  at that list you can identify any items that
16  you believe were provided by counsel.
17      A.  I would say that all those that has
18  a numerical number at the end, 3MBH, a number
19  that no question provided to me by counsel.
20      Q.  Anything else?
21      (Document review by witness.)
22      A.  I don't remember exactly, but some
23  title like Forced Air Warming Blower
24  Evaluation would be a title that I would come
25  up and search and ask.

Y. DAVID

1
2  BY MS. EATON:
3      Q.  Could I see the binder for one
4  moment?
5      A.  (Complies.)
6      Q.  Thank you, sir.
7      What search terms did you use --
8  I'm sorry, let me ask that differently.
9  What -- tell me about the search you
10  conducted.
11      A.  Well, I went on PubMed and visited
12  the Texas Medical Center library and looked at
13  mostly forced-air warming devices, and if
14  there is something about filter efficacy.  So
15  this study is talking about evaluation,
16  probably I picked it up in my search.
17      Q.  Okay.  Do you recall or did you
18  record anywhere what search terms you used?
19      A.  What search terms?  No, I did not
20  record that.
21      Q.  Do you recall how many articles
22  came back in response to your search terms?
23      A.  Not really, no.
24      Q.  Did you review the abstracts for
25  all articles that came back in response to the

Page 270

Y. DAVID

1  search terms you used?
2     A.   If it got late at night, I probably
3  did not read all the abstracts but I made an
4  effort to go through them and request those
5  that I seemed to think applicable.  I have --
6  I remember reading abstract from "Anesthesia,"
7  the journal, that looks like something I would
8  like to have, but it ended up that the
9  abstract was not really useful for me.
10    Q.   What -- did you have any
11 prespecified criteria for what an article
12 needed to have before it would be one you
13 would consider relevant?
14    A.   No.
15    Q.   What was your research question?
16    A.   I'm not sure that I have research
17 question.
18    Q.   What was your -- what kind of
19 article were you looking for?
20    A.   I was looking for a comparative
21 article, article that would have a good
22 research design, hopefully similar
23 environment, large population, and
24 peer-reviewed.
25

Page 271

Y. DAVID

1     Q.   Okay.  What would it be comparing,
2  what to what?
3     A.   I wanted to see.  I didn't have a
4  pre-notion about what should be there.
5     Q.   What were you looking to find out
6  from these articles?
7     A.   The level of knowledge within the
8  professional community of the relationship
9  between forced-air warming devices and
10 surgical infection during orthopedic surgery;
11 the possible methods that are used to identify
12 that; the span of instrumental devices that
13 are mentioned in those articles.  That's about
14 it.
15    Q.   Okay.  Are you familiar with the
16 term "systematic literature review"?
17    A.   Yes.
18    Q.   That's not what you conducted.
19    A.   Correct.
20    Q.   Would you agree?
21    A.   Correct.
22       (Sotto voce discussion.)
23       MS. EATON:  What time is left on
24 the record?
25

Page 272

Y. DAVID

1     THE REPORTER:  We're at 6:17 right
2  now.
3     MR. BANKSTON:  Let's go off the
4  record for just one second.
5       (Discussion off the stenographic
6  record.)
7     THE VIDEOGRAPHER:  We're going off
8  the record at 17:36.
9       (Recess, 5:36 p.m. to 5:37 p.m.)
10    THE VIDEOGRAPHER:  We're back on
11 the record at 17- -- wait a minute.
12 We're back on the record at 17:37.
13 BY MS. EATON:
14    Q.   When you reviewed the literature,
15 did you locate any articles that evaluated
16 whether the use of the Bair Hugger device
17 increased the risk of infection and found that
18 it did not?
19    A.   Just to make sure that I understand
20 your question, you're saying the article
21 talked about increased infection but the
22 conclusion or the finding was that it was not?
23    Q.   Yes, that the test question was
24 whether it would increase the risk of
25

Page 273

Y. DAVID

1  infection and it did not.
2     A.   I don't think so.
3     Q.   Did you locate any articles that
4  concluded specifically that the Bair Hugger
5  device decreased the risk of surgical site
6  infection?
7       (Document review by witness.)
8     A.   One of the articles that I indicate
9  and consider is the review article of existing
10 literature by Wood, Moss and Keenan, and I'm
11 not sure, I need to read the study again, but
12 maybe one of the articles there was saying
13 there was no difference.  I don't think that
14 there was decrease, but no difference.  I just
15 need to read that paper again.
16 BY MS. EATON:
17    Q.   If there were articles that
18 established that the -- I'm sorry.  If there
19 were articles that reported that the use of a
20 forced-air warming device during surgery
21 decreased the risk of surgical site infection,
22 would that be relevant to your consideration?
23    A.   It would.
24    Q.   If there were articles
25

Page 274

Y. DAVID

1
2  demonstrating that there were no clinically
3  significant increases in particle count with
4  the use of a Bair Hugger or forced-air warming
5  device, would that be relevant to your
6  opinions?
7       A.  It would.  But again, Counsel, you
8  remember that I incorporate into my opinion
9  two routes.  Two routes.  The particle count
10  is one way to increase the threat of infection
11  but there is the heat itself --
12       Q.  Yes.
13       A.  -- as another path.
14       Q.  And if you had located any article
15  that would demonstrate the use of a Bair
16  Hugger device did not interfere with laminar
17  flow, would that be relevant to your opinions?
18       A.  Yes.
19       Q.  Have you been provided with any of
20  the reports of defense experts in this case,
21  other than potentially Dr. Ho?
22       A.  Outside what I have here, no.  I
23  don't have anything that was not included.
24       Q.  When you were selecting articles to
25  include in your report, did you specifically

Page 275

Y. DAVID

1
2  select only those that had a conclusion that
3  supported your opinion that the Bair Hugger
4  device has the potential to increase infection
5  risk?
6       A.  That's a nice gentle way to suggest
7  that I preselected the articles, but no, I
8  select articles based on the concept of the
9  use of forced warm air device and infection.
10  So those that I have in my report are the
11  articles that they came back.
12       Q.  So if there are articles that would
13  not support an inclusion -- if there are
14  articles that would not support a conclusion
15  that the Bair Hugger device might increase
16  surgical site infection risk, they're not
17  included because you didn't find them?
18       MR. BANKSTON:  Object to the form.
19       A.  I -- I don't know if there are
20  studies of quality and peer-review journal
21  that suggest what you're saying, but if there
22  are, I would like to read them.
23  BY MS. EATON:
24       Q.  Are you familiar with an article
25  with the first author Kurz, K-U-R-Z?

Page 276

Y. DAVID

1
2       A.  What's the title of the article?
3       Q.  I am not sure by heart.  I have it.
4       THE VIDEOGRAPHER:  Christin, I
5  think your mic popped off.  It only goes
6  so far.
7       MS. EATON:  Sorry.
8       THE VIDEOGRAPHER:  That's okay.
9       MS. EATON:  Thank you for letting
10  me know.
11  BY MS. EATON:
12       Q.  "Perioperative Normothermia to
13  Reduce the Incidence of Surgical-Wound
14  Infection and Shorten Hospitalization."
15       A.  The heading doesn't seem like
16  something that would fall within my search.
17       Q.  Does that mean you believe you did
18  or didn't see this article?
19       A.  That probably I did not see it.
20       Q.  Okay.  Why would it not fall within
21  your search?
22       A.  Because I provided you the route I
23  took to look specifically at engineering,
24  biomedical engineering type of information
25  relating to infection and this type of patient

Page 277

Y. DAVID

1
2  warming device.  So what you are pointing at
3  probably would not come in my search.  Would
4  not come up in my search.
5       Q.  Thank you for that clarification.
6       Did you make any attempt to assess
7  the clinical benefit that may be provided by
8  normothermia in any respect?
9       A.  I believe that the benefit is
10  discussed in many studies.  I don't have to go
11  into these clinical issues.
12       Q.  Do you dispute that the maintenance
13  of normothermia or the prevention of
14  hypothermia results in clinical benefit?
15       A.  For specific patient conditions, I
16  do not.
17       Q.  Is there a surgical -- okay, let me
18  say that differently.
19       You're familiar that one of the
20  recommended infection control practices for
21  surgery is to maintain normothermia?
22       MR. BANKSTON:  Object to the form.
23       A.  Yes, Counsel, but I believe we
24  talked about cooling down patients during a
25  cardiovascular procedure and bypass of the

Y. DAVID

1
2 heart where specifically you're cooling down
3 patients. I don't believe you want to
4 maintain normothermia in those patients. So I
5 agree with you that certain patient conditions
6 would -- seems to benefit from normothermia,
7 but not all patients.
8 BY MS. EATON:
9     Q.  Setting aside cardiovascular
10 surgery, any other surgery that you would
11 separate out?
12     A.  I'll have to think about it. I did
13 not prepare myself to respond to that.
14     Q.  Did you make any investigation
15 related to evaluating the potential infection
16 reduction that could result from the use of
17 forced-air warming?
18     A.  I believe you're asking me a
19 clinical question that was not my objective.
20     Q.  Did you make any evaluation of the
21 clinical -- okay, let me say that differently.
22         What do you mean by that, what you
23 just said?
24         MR. BANKSTON:  Object to the form.
25     A.  What I mean by that is simply that

Y. DAVID

1
2 my charge was to look at the Bair Hugger 750
3 from hazard and risk control issues, not from
4 clinical outcomes, the type of question you
5 have for me.
6 BY MS. EATON:
7     Q.  Okay.  So making a medical
8 causation determination is not something that
9 you set out to do.
10     A.  Medical causation is not -- what I
11 am prepared to do is to offer the opinion that
12 the Bair Hugger 750, when it is operating in
13 orthopedic surgical procedures, more likely
14 than not will contribute to a higher risk of
15 surgical site infection.
16     Q.  Than what?
17     A.  More likely than not.
18     Q.  As compared to what?  I may have
19 misunderstood you.
20     A.  I don't think that I compared it
21 to.
22     Q.  Let me read the answer.
23         (Counsel reviewing realtime
24         transcript on the reporter's computer.)
25             --oOo--

Y. DAVID

1
2 BY MS. EATON:
3     Q.  Will contribute a higher risk than
4 if it were not used?
5     A.  Correct.
6     Q.  Is the interpretation of clinical
7 study data about infection risk something that
8 you have ever done outside of your work in a
9 lawsuit?
10     A.  Can you ask it again?
11     Q.  Outside of your work for a lawsuit,
12 is the interpretation of clinical study data
13 concerning infection risk something that you
14 do?
15     A.  In my work, I'm expected to read
16 clinical literature and scientific
17 publication.  I am educated, trained, and have
18 the experience to understand the study
19 structure and the strength of the conclusions.
20         And in my evaluation of various
21 medical devices, at the hospital I worked for
22 for over 25, 30 years, part of the process was
23 to review current medical and scientific
24 literature relating to device performance and
25 bring that to what in my report describe as

Y. DAVID

1
2 MTEC, M-T-E-C, Medical Technology Evaluation
3 Committee, that looked at the overall what you
4 asked earlier, benefit-to-risk ratios and
5 understand what the product risk based on the
6 information from the manufacturers, but also
7 based on experience that comes from clinical
8 studies that published in peer-reviewed
9 journals.
10     Q.  If the use of a forced-air warming
11 device decreases infection risk, would that be
12 relevant to a clinical benefit-risk
13 assessment?
14     A.  Yes.
15     Q.  Okay.  In your work -- well, you --
16 have you ever -- more probable than not, is
17 that a scientific standard?
18     A.  Yes.
19     Q.  Okay.  Is there anyplace in an
20 engineering standard that you say more
21 probable than not is the criteria?
22     A.  Many times.
23     Q.  Can you identify one?
24     A.  Can I make a joke in a casino?
25         Yes.  For example, when the Space

Page 282

Y. DAVID

1   Shuttle Challenger disaster happened, I
2   followed clearly -- sorry.  I followed
3   intimately the investigation because I wanted
4   to see what they are doing relating to
5   discovery of risk, and one of the team members
6   were talking about more probably than not,
7   this part was subjected to cold temperature
8   below the span of specification.
9           So yes, it's a nonengineering term.
10       Q.  In terms of making a comparison of
11   the likelihood that one patient warming device
12   would change the infection risk as compared to
13   another patient warming device, have you
14   included in your report everything that you
15   reviewed?
16       A.  Yes.
17       Q.  Is there any clinical data you're
18   aware of that would suggest there's a
19   difference in infection risk between the Bair
20   Hugger device and any other patient warming
21   device that you have identified in your
22   report?
23       A.  I didn't find it, so everything
24   that I did is in my report.

Page 283

Y. DAVID

1       Q.  Did you find any studies that
2   suggested the risk was not different between
3   the Bair Hugger device and another type of
4   patient warming device?
5       A.  No, I did not.
6       Q.  Did you look?
7       A.  I believe that I did look and the
8   literature did not have a simultaneously
9   double-blind study with two different
10   products.  What they come close to is what I
11   have here, was the McGovern, of removing the
12   Bair Hugger and using something else.  And
13   it's clearly -- a clear indication of the
14   improvement in the rate of infection when the
15   Bair Hugger was not there.
16       Q.  Yet you didn't put the HotDog
17   device in your report, right?
18       MR. BANKSTON:  Object to the form.
19   BY MS. EATON:
20       Q.  We can move on because that's
21   already established.
22           Are you aware of any information
23   about the underlying data from the McGovern
24   study?

Page 284

Y. DAVID

1       A.  Underlying data?  I've read the
2   article.  I understand how it was conducted,
3   how the data was collected.  If there's
4   something beyond the study information, no, I
5   don't know.
6       Q.  Have you ever taken any course in
7   epidemiology or biostatistics?
8       A.  I don't think that I have
9   epidemiology courses.  I had the courses in
10   engineering about statistics.
11       Q.  Do you consider yourself an expert
12   in biostatistics?
13       A.  No, I'm not.
14       Q.  Okay.  Do you consider yourself an
15   expert in epidemiology?
16       A.  No, I'm not.
17       Q.  Okay.  Do you have any familiarity
18   with the concept of confounding as it might
19   impact study results?
20       A.  I'm familiar with the concept, yes.
21       Q.  Okay.  Did you make any evaluation
22   of the McGovern study and how they did or did
23   not attempt to control for confounding?
24       A.  I read that.  I think that the

Page 285

Y. DAVID

1   conclusions were important for me and the
2   study contained large enough population to be
3   significant and published in peer-reviewed
4   journal.
5       Q.  And would you agree with the
6   authors of the McGovern study that this study
7   does not establish a causal basis for an
8   association between the type of warming device
9   and infection risk?
10       A.  I read that part, yes.
11       Q.  And do you agree with it?
12       A.  I agree with their conclusions,
13   yes.
14       Q.  Why did that part not make it into
15   your report?
16       MR. BANKSTON:  Object to the form.
17       A.  I beg a difference with you because
18   the study is included.  My report is having
19   the take-home comments from myself.
20   BY MS. EATON:
21       Q.  Did every single article that you
22   reviewed include a similar statement that the
23   study did not establish a causal association
24   between use of the Bair Hugger device and an

Y. DAVID

1    increase in infection risk?
2    A.  I don't believe I followed your
3    question.
4        MS. EATON:  Could you read that
5    back?
6        (The reporter read back the
7    following portion of the preceding
8    record.)
9        "QUESTION:  Did every single
10   article that you reviewed include a
11   similar statement that the study did not
12   establish a causal association between
13   use of the Bair Hugger device and an
14   increase in infection risk?"
15       (End of readback.)
16   A.  I understand the comment you're
17   making.  The studies that I read are
18   specifically concluding with measurements and
19   effect of what they found out relating to the
20   device, Bair Hugger.  So that was my focus and
21   interest to know as far as the risk associated
22   with that.
23       If there is a comment about not
24   having association, that -- that left that for

Y. DAVID

1    the clinician.
2    BY MS. EATON:
3    Q.  And if the authors of a study said
4    that their study did not establish that the
5    Bair Hugger device or a forced-air warming
6    device caused an increase in infection, would
7    you defer to them on that?
8    A.  I would defer to them, yes.
9        MS. EATON:  What is my record time?
10       THE REPORTER:  6:40, ma'am.
11   BY MS. EATON:
12   Q.  Okay.  With respect to the
13   potential modifications to the Bair Hugger
14   device identified on pages 35 to 37 of your
15   report, do you have any information beyond
16   what you have included in your report about
17   the feasibility of these alternatives?
18   A.  These alternatives represent a very
19   significant effort by 3M engineers to explore
20   different solution to the problem that we are
21   discussing here today.  The feasibility looks
22   to me to be within the reasonable range
23   with...
24       (Document review by witness.)

Y. DAVID

1    BY MS. EATON:
2    Q.  I'm just asking you if you have
3    anything beyond what you've put in your
4    report.
5    A.  No.
6    Q.  Are you aware that any of these
7    designs have ever been include a 3M or
8    any other company?
9    A.  My understanding, they have not.
10   The management refused to implement them.
11   Q.  Is it your understanding that
12   prototypes were developed that would have been
13   workable in practice?
14   A.  My understanding that some of the
15   alternatives represented in these pages became
16   a prototype.
17   Q.  Is your understanding based only on
18   the materials that you've reviewed in this
19   case?
20   A.  Correct.
21   Q.  Were you provided with the
22   deposition of Winston Tan?
23   A.  If it's not noted in my report, I
24   did not.  I was not.

Y. DAVID

1    Q.  What data establishes that any of
2    the alternative products identified in your
3    report are safer than the Bair Hugger device?
4    A.  That's an excellent question, and I
5    believe that I address that.  Because as I'm
6    looking at alternative design, I'm describing
7    three paths.  One is to add something to the
8    product.  The other one is to remove, or a
9    third way, to re-engineer the device in a
10   different way.  These devices that I mention
11   are in several different physical principles
12   of operation.  Conductions, convections, and
13   no forced air at all but rather using
14   electrical pad is one of the criteria that I
15   just mentioned.
16       So if you have articles that I
17   mention in my report that are suggesting that
18   removal of the Bair Hugger reduce infections
19   by 81% like McGovern is saying, or the
20   potential for cultures will be dropped like
21   the Stanford study is saying with cleaning or
22   removing of those products, then changing from
23   forced air open-ended through perforation of
24   the blanket to recirculated air to HEPA filter

Page 290

Y. DAVID

1 with warning to a non-air-use electric pads to
2 a nonmoving blanket with much smaller air flow
3 rate that does not disturb the unidirectional
4 flow in the operating room, all provide for
5 significant improvement in smaller amount of
6 risk exposure and uninterrupting
7 unidirectional flow in the OR.  Those are two
8 principles that I described in my report.
9     Q.  Are you an expert in the
10 relationship between particles and bacteria or
11 infection risk?
12     A.  Expert in the relationship between
13 particle and bacteria.  While I do not
14 understand your question, I don't pretend to
15 be expert in relationship between particle and
16 bacteria.
17     Q.  Okay.  Did you look for any
18 clinical data on any of the three devices
19 identified in your report that might indicate
20 their performance or infection risk?
21     A.  The literature support my argument.
22 Even 3M that bought Vital Health, in their
23 disclosure to a press release saying that this
24 is safe and effective device and would

Page 291

Y. DAVID

1 supplement the product that they have.  And
2 when you do not have warm air circulating but
3 it's a closed loop, I don't think that you
4 need to be an expert to realize that you're
5 removing a threat.  You therefore are reducing
6 exposure to the risk.
7     Q.  Are you familiar with the concept
8 that direct contact with a surface can pose an
9 infection risk?
10     A.  That makes sense.
11     Q.  Is that something that you're
12 familiar with in your work in the hospitals?
13     A.  Well, hand hygiene is a typical
14 example.  Very, very known in hospitals.
15     Q.  And reusable medical equipment that
16 directly touches patients, that's also an
17 example?
18     A.  Well, it's not the same because
19 most of the accessories that will touch
20 patients will be disposable, single use, and
21 probably sterile.  So that's not the same as
22 hands touching surfaces.
23     Q.  Have you provided in your report
24 all of the data that you reviewed with respect

Page 292

Y. DAVID

1 to the alternative products that you've
2 identified?
3     A.  Yes, I did.
4     MS. EATON:  Do I have any time
5 left?
6     THE REPORTER:  You're at 6:48.
7     MS. EATON:  Okay.  I'm going to
8 reserve.
9     MR. BANKSTON:  Yeah, I'm a little
10 hot so we'll take a literally two- or
11 three-minute break.
12     THE VIDEOGRAPHER:  We're going off
13 the record at 18:08.
14     (Recess, 6:08 p.m. to 6:17 p.m.)
15     THE VIDEOGRAPHER:  We are back on
16 the record at 18:17.
17     EXAMINATION
18 BY MR. BANKSTON:
19     Q.  Dr. David, you were asked some
20 questions about risk-benefit.  Do you remember
21 those questions?
22     A.  I do.
23     Q.  Okay.  First of all, is it your
24 opinion that the Bair Hugger should be taken

Page 293

Y. DAVID

1 out of rooms and not replaced with any form of
2 patient warming?
3     A.  No.
4     Q.  Okay.  Are there other devices
5 available, other design concepts which are
6 feasible to be made without the same risk
7 mechanism that you identified in your report?
8     MS. EATON:  Object to the form of
9 the question.
10     A.  Right.  I indicated in my report
11 and so is my opinion that I identify specific
12 product with different features that remove
13 the risk introduced by the Bair Hugger 750 and
14 yet serve the purpose of controlling patient
15 temperature environment.
16 BY MR. BANKSTON:
17     Q.  Does the literature you reviewed
18 contain any studies or any opinions concerning
19 whether any of these devices are similar in
20 effectiveness to the Bair Hugger at
21 maintaining patient temperature?
22     A.  I was trying to scan in my memory
23 where that might be in my report.
24     Q.  Let me know.

Y. DAVID
1
2    A.  And I think that --
3    Q.  Well, can I direct you to a page
4  maybe that I want to ask you about?
5    A.  In the --
6    Q.  Let me withdraw that -- let me
7  withdraw that question, Dr. David.  Can we
8  take a look at your report?  Can you flip to
9  page 39 for me?
10     MS. EATON:  And I'll just object to
11  this as leading.
12     MR. BANKSTON:  Okay.
13  BY MR. BANKSTON:
14    Q.  Do you see a reference on 39 to
15  Dr. Daniel Sessler?
16    A.  Yeah, that's the one I was looking
17  for, actually.
18    Q.  Who is Dr. Daniel Sessler?  What
19  role does he play?
20    A.  I understand that he was or is
21  clinical consultant to 3M and might be working
22  with other vendors.
23    Q.  Did you rely on Dr. Sessler's
24  opinions in any respect in this case?
25    A.  Well, one thing that his study was

Y. DAVID
1
2  supportive is that resistant heating
3  mattresses are of equal efficiency to the Bair
4  Hugger forced-air blanket in maintaining
5  temperature, and that's why I incorporate that
6  study here.
7    Q.  Okay.  From your engineering
8  background and experience, do you have any
9  opinion on whether, apart from these four
10  devices, just from an engineering concept
11  standpoint, is it possible, more likely than
12  not, to design a device that does not pose the
13  risks you've identified but warms patients as
14  effectively?
15     MS. EATON:  Object to the form of
16  the question.
17    A.  These devices that I show as
18  alternatives are demonstrating that.  3M
19  engineers have several concepts that they came
20  up with.  One of them is the, I believe,
21  recirculating, is basically what I have in my
22  alternative design, so it is feasible.
23  BY MR. BANKSTON:
24    Q.  Okay.  You were asked some
25  questions about speaking to hospitals about

Y. DAVID
1
2  Bair Hugger risk.  Do you remember those
3  questions?
4    A.  Yes.
5    Q.  Okay.  When you began work on this
6  case, did you sign a protective order?
7    A.  I did.
8    Q.  Okay.  Did you review confidential
9  materials in this case?
10    A.  I did.
11    Q.  Did you rely on any confidential
12  materials in coming to your conclusions in
13  this case?
14    A.  Yes.
15    Q.  Do you have any understanding of
16  what will happen to you if you disclose 3M's
17  confidential information in the things you've
18  learned in this case?
19    A.  I understand, and that's part why I
20  didn't discuss that with hospitals.
21    Q.  You take those obligations
22  seriously in terms of protecting 3M's
23  corporate property?
24    A.  I do.
25    Q.  When you, in your career, have been

Y. DAVID
1
2  evaluating medical devices for healthcare
3  facilities, did you come to any understandings
4  during those days regarding whether certain
5  procedures had unique vulnerabilities to
6  infection?
7     MS. EATON:  Object to the form of
8  the question.
9    A.  There is no question that after so
10  many years in the largest medical center in
11  the country, as I worked in, you get exposed
12  to condition of patients from A to Z and there
13  are variation.  There are patients that come
14  in with sore throat and would go home.  There
15  are patients that come in with a brain tumor
16  and it will be very difficult to deal with
17  that.
18     So there are environments that are
19  much more susceptible to condition that the
20  patients are in than others, and specifically
21  orthopedic surgery is one of those
22  environments.
23  BY MR. BANKSTON:
24    Q.  I would like to show you a document
25  that's been previously marked in this

Page 298

Y. DAVID
1
2 litigation as Exhibit 47.  Can you take a look
3 at that document for me?
4        MS. EATON:  Can you tell me what
5 you're looking at?
6        MR. BANKSTON:  Why don't you take a
7 look at it before he does.  Should be
8 able to -- it's a 510(k) summary of the
9 505 series.
10        MS. EATON:  Thank you.
11 BY MR. BANKSTON:
12    Q.  Dr. David, this is a document you
13 reviewed and relied on in this case?
14        MS. EATON:  Objection to the form.
15    A.  Yes.
16 BY MR. BANKSTON:
17    Q.  Okay.  Can you take a look at the
18 second page there?
19    A.  Okay.
20    Q.  Do you see a spot on there where
21 the highlight is on filter density?
22        MS. EATON:  Objection to the form.
23    A.  Yes, I do.
24 BY MR. BANKSTON:
25    Q.  Okay.  Can you explain why filter

Page 299

Y. DAVID
1
2 density was important to you in terms of this
3 document?
4        MS. EATON:  Objection to the form.
5    A.  Filter density is one of the
6 characteristics describing the filter features
7 and it is important because the less dense
8 filter will be less efficient.
9 BY MR. BANKSTON:
10    Q.  In this document, in this 510(k)
11 application or summary, whatever the word you
12 want to use for it is, are two Bair Hugger
13 devices being described and their filter
14 density?
15    A.  Correct.
16        MS. EATON:  Objection to the form.
17 BY MR. BANKSTON:
18    Q.  Did you gain any understanding from
19 this document whether the 500 series Bair
20 Hugger and the 505 series Bair Hugger have the
21 same filter density?
22    A.  That's what this document is
23 suggesting.
24    Q.  Do you know, sitting here today,
25 whether these --

Page 300

Y. DAVID
1
2        MS. EATON:  Just let me interject
3 an objection to the form.
4 BY MR. BANKSTON:
5    Q.  Do you know sitting here today
6 whether the 700 series has the same filter
7 density as the 500 series?
8    A.  I know that it does not.  It has
9 less efficient.
10    Q.  Okay.  Thank you, Dr. David.  Let's
11 put that back in your book so we don't lose
12 it.
13        Dr. David, you were asked about
14 another document today in your materials
15 section.  It has been previously marked in
16 this litigation as Exhibit 48 [Exhibit 12].
17 You remember this letter?
18        MS. EATON:  Is this the one we
19 previously discussed?
20        MR. BANKSTON:  This is the one you
21 offered into evidence, yes.
22        MS. EATON:  I didn't offer it into
23 evidence, just to be clear.  I asked him
24 to look at it.
25        MR. BANKSTON:  Oh, I'm sorry, I

Page 301

Y. DAVID
1
2 didn't know that you didn't offer it
3 into evidence.  I thought everything
4 that was marked was going into evidence
5 on the books.  Is that not what we're --
6 we're not going to put all the materials
7 in?
8        MS. EATON:  I'm certainly not aware
9 of any protocol for offering anything
10 into evidence.  I simply asked him to
11 review something.
12        MR. BANKSTON:  All right.  Let's go
13 ahead -- no, actually, that's previously
14 marked so I don't mind.
15 BY MR. BANKSTON:
16    Q.  Dr. David, I'm showing you what's
17 been marked previously in this litigation as
18 Exhibit 48 [Exhibit 12].  Do you remember
19 discussing this letter today?
20    A.  Yes.
21    Q.  Okay.  Do different filters have
22 different characteristics or do all filters
23 have the same characteristics?
24    A.  Oh, no.  There's a wide span in
25 different characteristics between the filters.

Page 302

Y. DAVID

1
2     Q.   Is the efficiency of a filter one
3   of its characteristics?
4     A.   Very important characteristic.
5     Q.   If a device manufacturer reduced
6   the filtration efficiency of one of its
7   filters but told the FDA that we'd still be
8   using, quote, "our current filter
9   characteristics," is that honest?
10       MS. EATON:  Objection to the form,
11   foundation.
12     A.   That is absolutely misleading.
13   BY MR. BANKSTON:
14     Q.   Okay.  If you knew or had been
15   exposed to articles discussing a decrease in
16   surgical site infection in certain procedures
17   such as, say, a colorectal surgery, would that
18   have any application to your opinions
19   regarding the risk of infection in orthopedic
20   surgeries?
21       MS. EATON:  Objection to the form.
22     A.   I feel that the orthopedic
23   surgeries are a specific area of surgical
24   procedures.  They are longer, they are more
25   complex.  They are more susceptible to

Page 303

Y. DAVID

1
2   infection, and there's no correlation between
3   colorectal procedures and orthopedic surgical
4   procedure.
5   BY MR. BANKSTON:
6     Q.   Okay.  There was some testimony
7   today about the literature review conducted by
8   Dr. Wood and his associates.  Do you know
9   which study I'm referring to there?
10     A.   Yes.
11     Q.   Okay.  In that review, was there
12   information -- did it simply include studies
13   that were unfavorable to the Bair Hugger or
14   did it also include some studies that claimed
15   to be favorable to the Bair Hugger?
16       MS. EATON:  Objection to the form.
17     A.   As I sit here today, I don't
18   remember all the studies.  There are probably
19   15.  He looked at what's available in the
20   literature at the time he conducted his study,
21   but those are the -- representative of the
22   knowledge that was in the field at that time.
23   BY MR. BANKSTON:
24     Q.   Okay.  You're familiar -- we've
25   discussed much today -- there are multiple

Page 304

Y. DAVID

1
2   models of the Bair Hugger?
3     A.   Yes.
4     Q.   Okay.  If there are articles out
5   there discussing bacterial sampling with a
6   previous model 500 series instead of a model
7   700 series, can you tell me if or if not that
8   would have any direct engineering application
9   to your opinions about the model 700 series in
10   this case?
11       MS. EATON:  Objection to the form.
12     A.   It's very important because the
13   features of those two families of product, the
14   750 and the 500, are different in that the filter
15   characteristic is different and the volume of
16   flow air pushed through them is also greatly
17   different.
18
19   BY MR. BANKSTON:
20     Q.   Dr. David, can you pull out your
21   report for me and flip to page 20?
22     A.   I'm there.
23     Q.   Do you see at the top references to
24   some scientific work by Hall and by Zink?
25     A.   Yes, I do.

Page 305

Y. DAVID

1
2     Q.   Are you familiar with what these
3   studies are?
4     A.   Yes.
5     Q.   Okay.  Can you briefly explain what
6   the context of these studies are?
7     A.   Yes.  I read those articles.  Hall
8   is talking about, I believe, eight volunteers
9   that were subjected to a culture count, and
10   Zink is talking about, I believe, 16 patients
11   that were in a completely different
12   environment than orthopedics procedure.
13     Q.   Dr. David, can you tell -- can you
14   tell the jury generally what your impression
15   of your task in this case was?
16     A.   Absolutely.  And I actually put it
17   as the first paragraph in my report, that my
18   task was to review the hazards and risk
19   associated with the Bair Hugger 750 family and
20   to opine about if that would contribute to
21   unreasonable dangerous biomedical engineering
22   device that increase the probability of
23   infection in orthopedics procedure or not.
24     Q.   Okay.  Can you tell me a little
25   bit -- no, let me take that back.  In coming

Page 306

Y. DAVID

1  to an opinion about the -- whether a device
2  more likely than not does or does not pose a
3  patient risk, can you briefly summarize to the
4  jury what you believe qualifies you to render
5  those kind of opinions?
6      A.   That would be an easy task,
7  Counsel.  That's something that I have been
8  doing for over 30 years, especially at the
9  Texas Medical Center where I worked 25 years.
10  I was director -- I was the chairman of
11  medical technology evaluation committee with
12  the specific task of reviewing new technology
13  and make recommendation to the hospitals
14  should they acquire and invest in that
15  technology because it will have benefit of
16  lower risk of existing device or increasing
17  patient outcome because of positive feature
18  that they represent.
19      My committee consists of many
20  representative stakeholders; physicians,
21  nurses, purchasers, administrators, safety
22  officers, risk control and quality control
23  professionals, and facilities engineering,
24  biomedical engineering, and sterile processing

Page 307

Y. DAVID

1  supplies.
2      So the committee was representing
3  so many expertise and I was in the position
4  where I had to receive their input and derive
5  recommendation to the hospital management if a
6  device is beneficial with lower risk than what
7  is being used today or until that product
8  come.
9      So I believe that I have the
10  qualification based on academic training and
11  experience working with these stakeholders and
12  with this group to specifically evaluate and
13  assess risk-benefit ratios.
14      Q.   Do you feel like you have enough
15  materials to give yourself an informed and
16  helpful opinion that you can communicate to
17  the jury?
18      A.   I do.  And when I felt that I don't
19  have enough material, I approached you,
20  Counsel, and requested specific documents or
21  information.  So I'm comfortable that I
22  received the material that I need to arrive at
23  the opinions.
24      Q.   And do you feel confident today

Page 308

Y. DAVID

1  that your opinions were delivered to a
2  reasonable degree of engineering probability?
3      A.   I do.
4      MR. BANKSTON:  Okay.  That's all I
5  have.  You can pass -- pass the witness.
6      FURTHER EXAMINATION
7  BY MS. EATON:
8      Q.   Okay.  Let's -- I just have a
9  couple of things but perhaps let's go off the
10  record for one second so I can organize
11  myself.
12      THE VIDEOGRAPHER:  We are going off
13  the record at 18:34.
14      (Recess, 6:34 p.m. to 6:38 p.m.)
15      THE VIDEOGRAPHER:  We are back on
16  the record at 18:38.
17  BY MS. EATON:
18      Q.   Dr. David, did you consult with any
19  medical expert in connection with your work in
20  this case?
21      A.   No, I did not.
22      Q.   Have you spoken with anyone who you
23  believe to be an expert witness for any party
24  in this case?

Page 309

Y. DAVID

1      A.   No, I did not.
2      Q.   Okay.  In performing your work for
3  the hospitals, did you rely on physicians and
4  nurses to provide you with information about
5  clinical risks and benefits?
6      A.   On the clinical side, yes.
7      Q.   Do you understand that it was your
8  responsibility, in preparing your report, to
9  express all of the opinions that you would
10  intend to offer at trial?
11      A.   I do.
12      Q.   And did you also understand that it
13  was your responsibility to provide the bases
14  for those opinions?
15      A.   Yes.
16      Q.   Did you endeavor to do that?
17      A.   Absolutely.
18      Q.   Okay.  Are the statements that are
19  contained in your report accurate to the best
20  of your knowledge?
21      A.   They are.
22      Q.   Okay.  Is there any prohibition on
23  your discussing published literature with the
24  hospital, to your understanding?

Page 310

Y. DAVID

1
2     A.  I'm trying to understand your
3  question.  Prohibition on published
4  hospital...
5     Q.  If you had an interpretation of
6  published literature about a forced-air
7  warming device or any other device, would you
8  be free to talk to a hospital about that?
9     A.  During this litigation, I don't
10 feel so.
11    Q.  You simply can't speak at all about
12 patient warming devices, to your
13 interpretation?
14       MR. BANKSTON:  Object to the form.
15    A.  As it relates to the condition of
16 this litigation, yes, that's the way I feel.
17 BY MS. EATON:
18    Q.  Okay.  Did you review an ECRI
19 evaluation of the potential risk of infection
20 with Bair Hugger use?
21    A.  Yes.
22    Q.  Did you cite that in your report?
23    A.  Good question.  I don't think so.
24    Q.  Do you believe you reviewed it
25 before you wrote your report or after?

Page 311

Y. DAVID

1
2     A.  After.
3     Q.  Okay.  Do you believe you reviewed
4  it -- can you tell me when you reviewed it?
5     A.  I became aware that they made a
6  report and wanted to understand what they
7  considered, so I would say probably in the
8  last month or so.
9     Q.  Are there any other materials
10 related to this case that you reviewed in the
11 last month that we haven't discussed here
12 today and have not been identified for me
13 today?
14    A.  No.
15    Q.  Okay.  Did you agree with the
16 conclusion of ECRI?
17    A.  I believe they attempted to
18 understand the condition.  They're operating
19 in a different environment than I am, and they
20 concluded that what I believe is that
21 additional studies are needed.
22    Q.  They concluded that there was not
23 sufficient evidence to determine that there
24 was an increased risk with the Bair Hugger
25 device, right?

Page 312

Y. DAVID

1
2       MR. BANKSTON:  Object to the form.
3     A.  The way I understand their document
4  or what I read is that they have not find
5  material to recommend the discontinued use of
6  the Bair Hugger and that additional studies
7  are required to better address that issue.
8  BY MS. EATON:
9     Q.  Did you disagree with anything
10 about the method they used to identify
11 information they reviewed?
12    A.  No.
13    Q.  Did they use a more comprehensive
14 method than you used to identify literature?
15    A.  Counsel, they are doing different
16 things than I'm doing.  I think that I
17 mentioned that this is a different
18 environment.  They have a relationship with
19 industry, with hospital as customers, and
20 they're looking at an overall.
21       I have specific charge to my work.
22 I'm not studying the complete concept of what
23 is patient warming is all about.  I have
24 specifically charge as mentioned in the
25 opening of my report.

Page 313

Y. DAVID

1
2     Q.  Are you familiar with the
3  proceedings of the international consensus
4  meeting on periprosthetic joint infection?  Is
5  this something you've ever reviewed?
6     A.  Can I look at it?
7     Q.  Sure.  Well, I mean, it's not cited
8  in your report, and I just wondered if this is
9  something that you recognize.
10    A.  No.
11    Q.  Did you make any attempts to look
12 for industry evaluations or medical
13 evaluations of the risk-benefit balance of the
14 Bair Hugger device by an association, for
15 example, or an organization?
16    A.  I think in my search I looked for
17 that, yes.
18    Q.  Do you have any idea why you
19 wouldn't have found the ECRI compilation or
20 the proceedings of the periprosthetic joint
21 infection?  Is there something about your
22 search that wouldn't have resulted in that?
23    A.  I don't think that the way I see
24 that title, joint infection, would be
25 something that would fall into my search.

Page 314

Y. DAVID

1
2   Q.  Okay.  Were you looking
3   specifically for literature that related to
4   the risk of joint infection following surgery?
5   A.  No, I did not.
6   Q.  Is it your testimony that
7   orthopedic surgery carries a higher risk of
8   infection than colorectal surgery?
9   A.  It is my opinion that they are
10  completely different conditions and present
11  different challenges and cannot be compared.
12  Q.  Do you know if the infection risk
13  for orthopedic surgery is higher or lower than
14  the infection risk for colorectal surgery?
15  MR. BANKSTON:  Objection, form.
16  A.  No, I don't have that knowledge.
17  BY MS. EATON:
18  Q.  Do you have any knowledge about
19  what the risk of infection is with any type of
20  surgery?
21  A.  I believe that I read recent
22  statistics about that.  Where was it...
23  general statistics I read have the
24  hospital-acquired infection, HAI, statistics
25  relating to surgery.  I don't remember as I

Page 315

Y. DAVID

1
2   sit here today specific numbers or quantities.
3   Q.  Okay.  Are you an expert in -- I'm
4   sorry.  Have you made any -- have you made any
5   effort to study, in connection with your work
6   for this case, what are the various risk
7   factors that might impact infection risk in a
8   patient during surgery?
9   A.  When I read the articles, it was
10  obvious that the beginning of the literature
11  talk about the specific basic of infection
12  routes and the sources.  So every time I was
13  reading the articles, it addressed that very
14  clearly.
15  Q.  In terms of all the things that
16  might impact patient infection risk from a
17  medical perspective, that's not something
18  you're offering opinions about?
19  A.  I am not.
20  Q.  Have you seen a 500 series filter?
21  A.  I don't know what you mean by
22  "seen."  I saw a drawing and I saw pictures in
23  brochures.
24  Q.  Okay.  Do you recall what shape it
25  is?

Page 316

Y. DAVID

1
2   A.  It's different than the 750.
3   Q.  Does it differ in size also from
4   the 750?
5   A.  It does.
6   Q.  Have you done any comparison
7   yourself of the filters?
8   A.  There's no need for me to do it.
9   Other expert did that.
10  Q.  Who are you referring to?
11  A.  The literature here in front of us
12  has ample support material for that, so
13  Hanfield is one, three -- letters, letters
14  from defendant officers is another one that --
15  Q.  I'm asking about anything you did,
16  other than review materials.
17  MR. BANKSTON:  Object to the form.
18  BY MS. EATON:
19  Q.  Did you make a comparison of the
20  two filters?  Maybe --
21  A.  There is --
22  Q.  You only looked at a drawing of the
23  500 series filter.  Is that correct?
24  A.  Right.
25  Q.  Okay.  Do you recall what shape it

Page 317

Y. DAVID

1
2   was?
3   MR. BANKSTON:  Object to the form.
4   A.  Yeah.
5   BY MS. EATON:
6   Q.  What shape was it?
7   A.  Square.
8   Q.  Do you recall the -- I'm sorry,
9   what?  Do you recall the size of it?
10  A.  I didn't realize I'm in a memory
11  test here.  Shape, geometry, size, it's all in
12  the material here.  It's all described in
13  detail.  It is part of the binders that I
14  have.  If you want to take the time, I will go
15  through the material and find it.
16  Q.  I'd rather ask you a question about
17  your report.  If you --
18  MR. BANKSTON:  Object to the
19  preamble.
20  BY MS. EATON:
21  Q.  Do you have any -- actually, what
22  is the basis for your opinion that the Bair
23  Hugger device is adulterated and misbranded?
24  What specific features of it?
25  A.  Very simply, the company misled the

Page 318

Y. DAVID

1
2  FDA by suggesting that they are a comparable
3  product, that they changed characteristics of
4  major components like the filter, did not
5  communicate that, and yet marketed the device
6  to consumer, confusing and misleading them.
7      Q.  Do you have any basis for an
8  opinion about industry standard other than
9  compliance with FDA regulation?
10     A.  In regard to what?
11     Q.  In regard to the opinions you've
12 expressed in your report.
13         MR. BANKSTON:  I think we're done,
14 Counsel.
15         MS. EATON:  Could we just have an
16 answer to this question?
17         MR. BANKSTON:  Well, you're already
18 past it but I was trying to give you
19 some grace.  But you started asking more
20 questions after you've already passed
21 the --
22         MS. EATON:  I don't believe I've
23 asked any question after I was past
24 anything.
25         Could we have that question read

Page 319

Y. DAVID

1
2  back, please.
3         MR. BANKSTON:  Can we get the time
4  first?
5         THE REPORTER:  It's 7:01:42-43 at
6  this point.
7         (The reporter read back the
8  following portion of the preceding
9  record.)
10         "QUESTION:  Do you have any basis
11 for an opinion about industry standard
12 other than compliance with FDA
13 regulation?
14         "ANSWER:  In regard to what?
15         "QUESTION:  In regard to the
16 opinions you've expressed in your
17 report?"
18         (End of readback.)
19     A.  I'll have to search that.
20         MR. BANKSTON:  All right.  I've got
21 a few more questions.
22         FURTHER EXAMINATION
23 BY MR. BANKSTON:
24     Q.  This -- do you mind if I see that?
25 Do you remember being asked about this?

Page 320

Y. DAVID

1
2      A.  Yes.
3      Q.  And counsel wouldn't give it to
4  you?
5      A.  Correct.
6      Q.  Because she said it wasn't in your
7  report?
8      A.  Right.
9         MS. EATON:  Object to the form.  I
10 didn't say I wouldn't give it to him.  I
11 asked him if he recognized it.
12         MR. BANKSTON:  And then you said
13 he's not getting it because it's not in
14 his report.
15         MS. EATON:  He said, no, he didn't
16 recognize it.
17 BY MR. BANKSTON:
18     Q.  Counsel -- Dr. David, do you
19 remember counsel telling you this wasn't in
20 your report?
21     A.  Yes.
22     Q.  Okay.  Can you go to page 48 for
23 me.  Can you read the fourth entry from the
24 bottom for me?
25     A.  "International consensus meeting on

Page 321

Y. DAVID

1
2  periprosthetic joint infection."
3      Q.  Okay.  So that is something you
4  reviewed in this case?
5         MS. EATON:  Objection to the form.
6      A.  If it's listed here as document,
7  yes.
8  BY MR. BANKSTON:
9      Q.  The depositions that you reviewed
10 in this case, did they have exhibits to them?
11     A.  Yes.
12     Q.  Do you remember in any of the
13 depositions in this case or in more than one
14 or none of them, was ECRI ever discussed in
15 those depositions?
16     A.  Yes.
17     Q.  Now, in your report, you did not
18 specifically list each and every exhibit of
19 every deposition I see.  That's correct?
20     A.  Correct.
21         MS. EATON:  Object to the form.
22 BY MR. BANKSTON:
23     Q.  Okay.  When reading the depositions
24 that had exhibits, those exhibits that are
25 discussed in the deposition, those are parts

Y. DAVID

1  
2  of the transcripts that you've read?
3       MS. EATON: Object to the form.
4       A. Absolutely.
5  BY MR. BANKSTON:
6       Q. The exhibits in the depositions
7  that you reviewed, did you consider them
8  important in coming to your opinions?
9       MS. EATON: Object to the form.
10      A. Yes.
11 BY MR. BANKSTON:
12      Q. The exhibits that are in the
13 depositions, do you consider them as materials
14 that you have reviewed in coming to your
15 opinions in this case?
16      A. Very much so, yes.
17      MR. BANKSTON: Okay.
18      MS. EATON: Object to the form.
19      MR. BANKSTON: And we get to go
20 home, Dr. David.
21      MS. EATON: No, sir. I have a few
22 follow-up questions because what I've
23 been provided doesn't include any
24 exhibits at all and so I definitely have
25 some questions.

Y. DAVID

1  
2       MR. BANKSTON: You can go to the
3  Court for those.
4       MS. EATON: I have a few follow-up
5  questions.
6       MR. BANKSTON: No, you don't.
7  We're going.
8       MS. EATON: Well, I'm going to ask
9  and you --
10      MR. BANKSTON: I'm going to tell
11 you what's going to happen. We're going
12 to go because Dr. David needs to go and
13 he has a prior engagement. If you feel
14 like you need to reconvene the
15 deposition, you can attempt to do that
16 through whatever legal avenues you
17 believe are appropriate. But I can tell
18 you what's going to happen right now is
19 at 7:00 p.m., when you began a
20 deposition late and have taken a lot of
21 time preparing in between stuff, we're
22 going to go right now. So that's what's
23 going to happen.
24      MS. EATON: For the record, the
25 documents that have been provided for me

Y. DAVID

1  
2  here today do not include any exhibits
3  at all, and I've received repeated
4  assurances that I have --
5       MR. BANKSTON: That's strange
6  because my --
7       MS. EATON: They don't -- they're
8  not contained with the depositions and
9  I've asked if I've received all the
10 materials and I've been told repeatedly
11 yes. So I'd just make a request that we
12 have a search for any additional
13 materials that may have been reviewed
14 because it would appear that there are
15 quite a few that may be missing.
16      MR. BANKSTON: All right. If you
17 really think that you are hair-splitting
18 enough to say that a person who has read
19 depositions did not also review the
20 exhibits that were discussed in the text
21 of the deposition, I think that's an
22 asinine position. I think providing
23 notice of what depositions were --
24      MR. GOSS: Let's not get into any
25 name-calling.

Y. DAVID

1  
2       MR. BANKSTON: Well, it is and I
3  keep getting this kind of thing, so I'm
4  going to --
5       MR. GOSS: Put it on the record.
6  Your objection is noted. I think we
7  know where we stand on this --
8       MR. BANKSTON: That's right.
9       MR. GOSS: -- hopefully the
10 position that he has --
11      MR. BANKSTON: Right. As though a
12 counsel would not know to ask about
13 things discussed in a deposition when
14 the depositions are listed in the
15 materials reviewed, and that's why we're
16 heading out today.
17      MS. EATON: Okay.
18      THE VIDEOGRAPHER: Christin, is
19 that it?
20      MS. EATON: Yes.
21      MR. BANKSTON: Thank you, lady and
22 gentlemen. This concludes the
23 deposition. We're going off the record
24 at 18:55.
25      (Time noted: 6:55 p.m.)

## Page 326

```
1              C E R T I F I C A T E
2   STATE OF TEXAS      )
3   COUNTY OF HARRIS    )
4         I, SUSAN PERRY MILLER, CSR, CCR,
5   RDR, CRR, CRC, Notary Public in and for the
6   State of Texas, do hereby certify:
7         That YADIN DAVID, Ed.D., P.E.,
8   C.C.E., the witness whose deposition is
9   hereinbefore set forth, was duly sworn by me
10  and that such deposition is a true record of
11  the testimony given by the witness;
12        That pursuant to Rule 30 of the
13  Federal Rules of Civil Procedure, signature of
14  the witness was not reserved by the witness or
15  other party before the conclusion of the
16  deposition;
17        I further certify that I am not
18  related to any of the parties to this action
19  by blood or marriage; and that I am in no way
20  interested in the outcome of this matter.
21        IN WITNESS WHEREOF, I have hereunto
22  set my hand this 11th day of August, 2017.
23
24        _____
25        SUSAN PERRY MILLER, RDR, CRR, CRC
```

## Page 327

```
1   ------------- INDEX -------------
2                  Page
3   EXAMINATION OF YADIN DAVID, Ed.D., P.E.,
4   C.C.E.:
5   BY MS. EATON................................ 5
6   BY MR. BANKSTON........................... 292
7   BY MS. EATON.............................. 308
8   BY MR. BANKSTON........................... 319
9
10  REPORTER'S CERTIFICATE            326
11
12
13  PREVIOUSLY MARKED EXHIBITS      Ref. Page
14  Exhibit 47   Previously Marked        298
15  Exhibit 48   Previously Marked        301
         [Also Marked as
16       Exhibit 12 in this
         Deposition]
17
```

## Page 328

```
1   --------------- EXHIBITS ---------------
2                           Page Line
3   Exhibit 1    Subpoena to Produce      7  23
                 Documents,
4                Information, or
                 Objects, or to Permit
5                Inspection of Premises
                 in a Civil Action
6
7   Exhibit 2    Plaintiffs' Experts'    33   5
                 Response to Subpoenas
8   Exhibit 3    Hazard Analysis         57   4
                 Report: Bair Hugger
9                Patient Warming
                 System, by Yadin
10               David, Ed.D., P.E.,
                 C.C.E.
11
12  Exhibit 4    Color Photographs,      93  22
                 11 pages
13  Exhibit 5    Arizant R&D Test       144   7
                 Report, 3MBH00042553 -
14               42558
15  Exhibit 6    Table of Contents for  153   6
                 Notebook, "Other
16               Reference Material"
17  Exhibit 7    Notebook, "Safer       156  13
                 Alternative Design
18               Information"
19  Exhibit 8    Table of Contents for  163   8
                 Notebook, "Literature
20               - Bair Hugger Hazzard"
                 [sic]
21
22  Exhibit 9    Table of Contents for  163  15
                 Notebook, "Dr. Yadin
                 David Materials: PDF"
23
24  Exhibit 10   Table of Contents for  177  11
                 Notebook, "Dr. Yadin
25               David Materials"
```

## Page 329

```
1   Exhibit 11   Table of Contents for   177  19
                 Notebook, "Dr. Yadin
2                David Materials:
                 Depositions"
3
4   Exhibit 12   Augustine Medical      253   8
                 Letter, June 1, 2000,
5                to Office of Device
                 Evaluation, FDA;
6                3MBH00046971 - 46972
                 [Previously Marked as
7                Exhibit 48]
8
9                    --oOo--
```

```
                                    Page 330
```

1   ERRATA SHEET FOR THE TRANSCRIPT OF:  YADIN
2   DAVID, Ed.D., P.E., C.C.E.
3   Case Name:  In Re: Bair Hugger Products
4   Liability Litigation
5   Dep. Date:  August 1, 2017
6   Deponent: YADIN DAVID, Ed.D., P.E., C.C.E.
7   Pg. Ln. Now Reads   Should Read    Reason
8   ___ ___ _____  _____  _____
9   ___ ___ _____  _____  _____
10  ___ ___ _____  _____  _____
11  ___ ___ _____  _____  _____
12  ___ ___ _____  _____  _____
13  ___ ___ _____  _____  _____
14  ___ ___ _____  _____  _____
15  ___ ___ _____  _____  _____
16  ___ ___ _____  _____  _____
17  ___ ___ _____  _____  _____
18  ___ ___ _____  _____  _____
19  ___ ___ _____  _____  _____
20  ___ ___ _____  _____  _____
21  ___ ___ _____  _____  _____
22
23       _____
24          Signature of Deponent
25

**A**

**A-N-S-I (1)**
169:22
**a.m (4)**
2:2 4:2 67:14,14
**AAMI (1)**
169:4
**abbreviation (2)**
32:3 234:19
**abdomen (1)**
130:22
**ability (3)**
51:24 75:14 190:12
**able (26)**
31:25 51:3 61:9 66:21
74:13 91:6 97:8
107:14 117:20
122:21 124:7 133:9
138:8 139:20
149:23,24 150:8
158:2 171:7 198:18
204:13 216:10
239:24 262:22
268:3 298:8
**abnormally (1)**
121:5
**absence (1)**
176:3
**absolutely (12)**
13:4 14:7 48:16
106:12 113:3 248:3
251:13 267:21
302:12 305:16
309:18 322:4
**absorbing (1)**
209:2
**abstract (2)**
270:7,10
**abstracts (2)**
269:24 270:4
**AC (1)**
138:3
**academia (1)**
73:17
**academic (2)**
247:21 307:11
**accent (1)**
15:13
**acceptable (3)**
49:22 169:13 223:2
**access (5)**
117:25 124:7 172:6
194:11 208:4
**accessibility (2)**
216:19 254:8
**accessible (2)**

195:3,5
**accessories (3)**
112:8 119:11 291:20
**accessory (2)**
22:16 194:12
**accounting (1)**
31:5
**accounts (2)**
71:2,13
**accumulation (1)**
30:22
**accuracy (1)**
142:2
**accurate (3)**
7:15 133:12 309:20
**achieving (1)**
128:11
**acquaint (2)**
10:15 110:11
**acquainted (1)**
29:19
**acquainting (1)**
112:4
**acquire (1)**
306:15
**acquired (1)**
196:14
**acquisitioned (1)**
20:16
**acquisitions (1)**
35:4
**action (6)**
236:11,16 251:8
259:11 326:18
328:5
**active (1)**
120:15
**activities (5)**
15:15 71:9 74:9 76:14
86:15
**activity (3)**
70:23 146:12 225:18
**actual (3)**
86:10 155:11 190:18
**add (4)**
22:16 84:17 260:23
289:8
**added (3)**
19:19 185:15 266:6
**addition (3)**
85:14 94:23 164:21
**additional (13)**
9:8 25:15 44:23 93:25
124:13 185:4 200:3
256:14 266:2,4
311:21 312:6

324:12
**address (8)**
5:22 6:2 52:11 75:14
223:5,8 289:6 312:7
**addressed (3)**
173:15 191:22 315:13
**addresses (2)**
173:5,14
**addressing (3)**
75:18 241:15 255:20
**administration (4)**
65:4,5 169:20 214:15
**administrators (1)**
306:22
**admitting (1)**
182:15
**adopt (1)**
228:21
**adopted (2)**
227:23 228:25
**adult (4)**
74:20 130:5,6 203:9
**adulterated (8)**
189:25 190:4,14
191:16,23 192:11
192:21 317:23
**Adventist (1)**
212:4
**advice (5)**
64:4,5 199:23 201:10
219:13
**advise (2)**
63:23 90:22
**advising (2)**
64:7 170:20
**advisor (1)**
65:7
**advisory (1)**
182:12
**aerobiology (1)**
244:21
**affect (2)**
135:8 206:2
**afraid (2)**
44:3 240:17
**agency (3)**
190:9,12 198:5
**agent (5)**
21:19 217:3,8 218:17
219:14
**agents (11)**
21:18,20 46:23
215:18,25 216:9,12
217:17 218:14
224:16,21
**aggregate (1)**

56:3
**ago (8)**
8:8,24 19:6 50:15,17
54:5,16 186:22
**agree (18)**
175:20,24 176:2
177:9,10 220:6,10
220:11,17 221:6
222:16 223:16
271:21 278:5 285:6
285:12,13 311:15
**agreement (3)**
74:16 81:12,14
**ahead (5)**
57:2 124:24 146:15
152:24 301:13
**aids (1)**
90:18
**aim (8)**
103:6 128:10,11
135:11 140:9 141:4
141:16,21
**air (65)**
1:3 4:7 28:11 29:16
46:25 48:15,19
49:19 99:11,12
100:4 105:5,10
109:22 110:13,24
112:7,7 119:12
120:5 127:8 128:20
146:10,20,23 147:8
149:25 151:6
171:15 172:8
204:20,20 206:16
213:13,25 220:6
225:25 226:4,9,11
226:12,18 230:9,15
234:3,4,9 240:12
241:9,10,18 242:10
243:11,20 245:2,3
254:6 268:23 275:9
289:14,24,25 290:3
291:3 304:17
**air-conditioning (1)**
111:9
**air-driven (1)**
225:24
**air-warming (1)**
264:14
**allow (3)**
145:16 149:19 151:6
**allows (1)**
64:18
**alternative (6)**
162:17 289:3,7 292:2
295:22 328:17

**alternatives (4)**
287:18,19 288:16
295:18
**altitude (1)**
50:8
**ambulances (1)**
203:21
**amend (2)**
256:5 258:15
**amendment (1)**
253:20
**American (1)**
49:17
**amount (12)**
72:17 73:22 75:8
126:4 209:22
213:20 214:2
215:11 233:25
236:6 261:25 290:6
**ample (4)**
38:12 262:16 263:18
316:12
**analysis (3)**
16:7,8 328:8
**analyzer (1)**
21:16
**Anderson (3)**
154:12,14 262:7
**anesthesia (4)**
40:20 144:2 214:3
270:7
**anesthesia-based (1)**
213:18
**anesthesiologist (1)**
207:20
**anesthetic (1)**
233:25
**angle (1)**
188:25
**animal (1)**
200:21
**annual (1)**
65:23
**ANSI (2)**
169:4,21
**answer (28)**
6:10 20:13,21 35:24
42:13 71:14 73:13
102:18,19 103:12
117:16 118:8
120:25 121:15,16
121:19 122:4
134:24 139:8,11
148:14 200:5
254:21 261:7 264:6
279:22 318:16

319:14
**answered (1)**
33:22
**answering (1)**
215:2
**answers (2)**
78:24 267:15
**anticipation (1)**
88:20
**anybody (3)**
107:22 150:17 208:23
**anymore (2)**
87:23 194:12
**anyplace (2)**
255:6 281:19
**apart (4)**
149:17,21 150:16
295:9
**apologize (5)**
15:13,16 23:3 44:25
55:6
**apparent (2)**
33:13 99:20
**appear (5)**
57:10 101:3 122:16
124:9 324:14
**appearance (3)**
101:16,20 218:22
**appeared (3)**
30:5 31:16 101:23
**appearing (1)**
257:16
**appears (2)**
93:11 154:10
**applicable (1)**
270:6
**application (9)**
114:12 160:22 182:7
182:21 191:3
192:12 299:11
302:18 304:8
**applied (6)**
172:14,19,22 191:22
222:12,15
**apply (8)**
14:18 41:11 116:6
150:15 154:16
155:18,22 173:8
**applying (2)**
192:13 222:13
**appreciate (3)**
7:3 102:16 267:3
**appreciation (1)**
188:5
**approach (1)**
41:10

**approached (1)**
307:20
**appropriate (4)**
63:24 222:22 233:8
323:17
**approve (1)**
46:6
**approximately (1)**
4:14
**archive (5)**
36:6,18 37:14,21
124:11
**archived (1)**
124:7
**area (27)**
18:14 25:11 47:5
51:10 52:8 106:20
108:20,24 112:2
134:10 150:6 156:3
191:12 206:15
211:5 213:8 221:17
221:23 223:3
226:24 245:11,13
245:21 246:22
252:18 255:20
302:23
**areas (8)**
11:12 29:17 139:15
214:25 231:5 247:7
252:14,15
**arena (1)**
204:12 214:25 229:2
**argument (1)**
290:22
**Arizant (4)**
7:11 164:17 194:16
328:13
**arms (1)**
130:10
**arrestor (1)**
255:13
**arrive (2)**
267:7 307:23
**arrived (2)**
14:5 52:23
**arriving (1)**
267:2
**artful (1)**
134:21
**article (14)**
263:12 270:12,20,22
270:22 272:21
273:10 274:14
275:24 276:2,18
284:3 285:22
286:11

**articles (25)**
91:2 239:9 269:21,25
271:7,14 272:16
273:4,9,13,18,20,25
274:24 275:7,8,11
275:12,14 289:17
302:15 304:4 305:7
315:9,13
**ascertain (2)**
17:18 249:8
**aseptic (1)**
246:5
**ASHRAE (13)**
49:17 52:11 154:3,10
154:18,22,23 155:2
155:3,11,15,25
156:9
**aside (2)**
72:7 278:9
**asinine (1)**
324:22
**asked (34)**
10:24 23:4 27:20
28:20 33:3,22 65:7
73:15 81:11,16
138:4 148:10
157:16 161:5
180:15 184:2,7,24
187:23 188:15,18
189:14 200:6
201:10 281:4
292:20 295:24
300:13,23 301:10
318:23 319:25
320:11 324:9
**asking (19)**
31:9 41:18 72:8 73:10
96:10 110:5 134:22
138:14,15 153:22
157:18 193:10
196:8 213:15
254:14 278:18
288:3 316:15
318:19
**asks (3)**
88:19,24 93:6
**aspect (5)**
64:6 167:18 205:15
205:19 251:9
**aspects (1)**
16:6
**assemble (2)**
42:10 148:18
**assembled (1)**
42:13
**assembly (1)**

42:14
**assess (2)**
277:6 307:14
**assessing (2)**
212:14 267:10
**assessment (11)**
20:2,6 84:19 85:4
169:9 170:14
171:20 173:6 174:6
267:8 281:13
**assets (1)**
13:17
**assistant (2)**
40:19 164:7
**associate (1)**
69:21
**associated (7)**
64:23 77:5 78:12
112:17 184:10
286:22 305:19
**associates (1)**
303:8
**association (9)**
49:16 52:14 61:5
168:12 285:9,24
286:13,25 313:14
**assumption (1)**
37:8
**assurance (2)**
175:22 191:3
**assurances (1)**
324:4
**ASTM (9)**
143:17,19,23 144:25
145:4,14 146:2,9
169:3
**attach (3)**
134:8,9,11
**attached (7)**
53:19 59:20 135:6
239:18,24 241:20
242:21
**attempt (7)**
110:7 118:13 119:21
140:3 277:6 284:24
323:15
**attempted (2)**
236:3 311:17
**attempts (1)**
313:11
**attend (3)**
65:23 187:12,12
**attended (1)**
123:3
**attention (1)**
35:3

42:14
**attorney (6)**
60:20,22 76:12,20
92:10,11
**attorneys (10)**
7:10 67:19 68:9,11,19
69:8,9,24 70:3,5
**August (6)**
1:11 2:1 4:2,13
326:22 330:5
**Augustine (9)**
91:22 92:2,12,23
164:18 194:16
238:9,11 329:3
**author (1)**
275:25
**authored (2)**
91:3,8
**authority (1)**
236:13
**authors (5)**
239:4,12,16 285:7
287:4
**available (11)**
28:16 54:7 82:18 83:2
133:15 187:10
238:16 254:9
265:11 293:6
303:19
**avenues (2)**
21:10 323:16
**average (10)**
136:25 137:3,16
138:8,12,20 139:17
139:20 140:12
141:24
**averaged (2)**
137:13 141:14
**avoid (1)**
176:10
**aware (33)**
15:4 47:20 90:21
109:20 168:4,7,23
168:23 173:21,23
187:22 196:16
209:15 227:2,8,11
227:15,22 229:15
229:18 239:13
242:24 253:4 255:6
261:17,18,23,25
282:19 283:23
288:7 301:8 311:5

___

**B**

**B (2)**
114:11 154:20
**B-E-G-A-M-E-D (1)**

199:13
**babies (7)**
203:22 204:12,16,21
204:24 205:12,17
**baby-warming (1)**
206:18
**back (34)**
32:15 49:12 50:23
52:12 67:15 97:18
100:18 108:2,16
112:9 115:8 117:17
134:17 153:4
156:11 186:24
201:19 210:5
244:17 253:5
264:24 269:22,25
272:11,13 275:11
286:6,7 292:16
300:11 305:25
308:16 319:2,7
**background (2)**
106:17 295:8
**bacteria (23)**
29:18 51:24 116:19
206:14 207:3
216:11 219:9,15
220:16 232:2
239:17,22 240:12
240:22 241:21
243:12 264:18,23
266:24 267:5
290:11,14,17
**bacterial (1)**
304:5
**bacterias (1)**
242:9
**bad (2)**
85:15 136:9
**bag (3)**
127:3 129:4,11
**Bair (160)**
1:3 4:6 7:11 10:13,19
10:20 11:6,14,19
12:9 13:18,23 16:23
17:7,9,14 19:4,16
19:23 20:6 22:9,10
22:18 23:2,7,12,17
27:3 32:24 38:10
42:16 47:7,17 53:3
53:12 60:24 67:20
70:12 85:22 86:10
93:9 104:11 105:22
106:2,6,14,17,21,24
107:12,23 108:7,15
109:2,3,13 111:18
111:24 115:17

118:15,18,24 119:4
119:7,25 120:6,16
120:21 128:2,25
129:2,4 147:9 154:4
167:2 181:5,9
195:11 196:13,24
197:5,20 202:2,5,9
202:13,21,22 235:2
235:10,17,23 236:3
236:12,15,19,23
237:3,6,15,19 239:5
239:9,17,22 240:7
240:13,23 241:5,13
241:18 242:3,8,14
243:4 255:10,23
256:22 261:21
263:3,5 272:17
273:5 274:4,15
275:3,15 279:2,12
282:20 283:4,13,16
285:25 286:14,21
287:6,14 289:4,19
292:25 293:14,21
295:3 296:2 299:12
299:19,20 303:13
303:15 304:2
305:19 310:20
311:24 312:6
313:14 317:22
328:8,20 330:3
**BAKER (1)**
3:14
**balance (1)**
313:13
**Ball (2)**
3:3 61:20
**Bankston (123)**
3:6 4:22,22 21:5 27:8
28:4,18 30:8,24
31:4 32:10,17 33:18
33:22 34:9 49:7
51:8 54:11 57:6
61:2,3,23 67:8 68:4
68:19 69:5,13 72:23
73:12 75:25 80:24
84:22 87:24 102:8
102:23 103:8,14
110:16 115:25
121:14 122:2
138:17 139:21
144:15 150:23
155:12 157:4 161:3
161:18 162:2,4
181:10 221:16
228:2 240:2 241:22
242:12 244:3,6,10

256:24 257:11
259:9 262:25 272:4
275:18 277:22
278:24 283:19
285:17 292:10,19
293:17 294:12,13
295:23 297:23
298:6,11,16,24
299:9,17 300:4,20
300:25 301:12,15
302:13 303:5,23
304:19 308:5
310:14 312:2
314:15 316:17
317:3,18 318:13,17
319:3,20,23 320:12
320:17 321:8,22
322:5,11,17,19
323:2,6,10 324:5,16
325:2,8,11,21 327:6
327:8
**barrier (1)**
209:25
**base (12)**
24:16 28:12 97:7,7,15
101:24,24 109:2,3
114:15 195:14,15
**based (22)**
16:6 30:6 41:19 52:2
52:3 65:9 122:22
124:2 130:19,23
133:10 147:3
154:21 261:20
267:9 275:8 281:5,7
288:18 307:11
**baseline (1)**
10:12
**bases (1)**
309:14
**basic (3)**
9:6 123:15 315:11
**basically (6)**
55:9 132:2 173:10
204:25 206:12
295:21
**basis (10)**
15:6 26:14 118:17
123:17 195:21
238:24 285:8
317:22 318:7
319:10
**bathroom (1)**
67:9
**battery-operated (1)**
132:16

**bedside (3)**
13:6 231:23 232:24
**beg (1)**
285:18
**Begamed (3)**
199:12,15 200:17
**Begamed's (1)**
199:17
**began (3)**
81:17 296:5 323:19
**beginning (2)**
167:19 315:10
**begins (2)**
57:15 258:15
**behalf (7)**
4:23,24 5:3,4 182:9
189:18 191:15
**behaving (1)**
121:5
**belief (6)**
98:22 156:25 158:8
163:20 187:3
236:16
**believe (160)**
7:10 8:18 9:4 12:9
18:11 19:3 20:8
26:18,19,21 27:2
28:20 34:19 35:12
35:20,23 36:13 38:2
39:5 45:6 50:24
53:19,22 56:17
58:16,17,24 59:14
60:10,20 61:2,14
68:18 69:2,7,9 70:9
71:11 73:3,6 81:9
82:22 83:10 86:14
86:17,19,21 87:11
92:11,18,23 93:2
94:22 95:2 100:22
105:2 109:16
111:10 117:3
118:21 120:21
121:10 124:12,18
125:17 127:5
129:13 132:20
134:6 135:7 136:22
137:10 139:7
140:18,23 143:12
143:16 144:9,12,19
150:18,21,24
151:11,20 152:8
155:13 158:14
160:24 161:16
162:24 163:2 164:6
166:14 173:20
178:19,22,24 179:3

179:7,13 180:2,6,8
184:15 186:18
196:18 199:11
213:7 220:24 221:3
221:21 227:6 228:3
231:3,16 233:24
235:14 237:4,23
238:3 241:23
242:22 244:22
245:20 247:4
248:24 252:14
253:11 255:12
256:20,25 260:5
261:22 265:10,20
265:22 266:18
268:16 276:17
277:9,23 278:3,18
283:8 286:3 289:6
295:20 305:8,10
306:5 307:10
308:24 310:24
311:3,17,20 314:21
318:22 323:17
**believing (1)**
118:17
**bell (1)**
17:19
**bench (4)**
131:22 135:17,20
136:2
**beneath (3)**
109:3 135:17 136:11
**beneficial (1)**
307:7
**benefit (11)**
21:14 173:25 174:10
174:16 175:13,18
277:7,9,14 278:6
306:16
**benefit-risk (1)**
281:12
**benefit-to-risk (2)**
174:4 281:4
**benefits (2)**
174:7 309:6
**Benham (3)**
92:5,6,10
**best (3)**
73:10 152:12 309:20
**better (11)**
62:6 198:12 225:21
235:24 237:17
258:4 259:23 260:6
260:14 264:9 312:7
**beyond (11)**
59:14 93:14 118:19

59:14 93:14 118:19
142:2 186:10,12
231:4 238:16 284:5
287:16 288:4
**big (2)**
170:15 211:19
**binder (7)**
153:17 164:21 166:8
166:21 268:8,10
269:3
**binders (9)**
9:8,10 153:9 194:18
235:12 240:16
257:7,17 317:13
**bioburden (1)**
211:9
**bioburdens (1)**
267:4
**biofilm (1)**
216:10
**biomedical (38)**
6:4 12:15,24 13:3,4
13:15,17 14:3 15:23
16:5 40:18,21 44:17
45:19 62:16 63:6,12
64:21 65:18,23
70:18 110:2 131:15
164:18 188:2 189:2
193:24 203:7
211:23,23 212:6
217:2 232:13
247:19 267:8
276:24 305:21
306:25
**biostatistics (2)**
284:8,13
**Birdsall (2)**
3:24 4:16
**bit (2)**
26:4 305:25
**black (6)**
99:16,19 106:16
108:10,12 113:8
**BLACKWELL (1)**
3:19
**blade (1)**
21:24
**blades (4)**
99:25 101:19 103:20
149:23
**blanket (59)**
22:14 27:15 45:10
105:8 119:14
120:10 127:21,22
127:24,25 128:4,9
128:13,16,21,23,25

129:2,11,19,21
130:19 131:19,21
133:17 134:2
135:15,17,21,21,25
136:3,8,11,16,17
137:25 139:15
141:23 142:10
143:9 145:21
146:21 148:19
150:18,21 203:11
239:18,23 240:23
241:20 242:9 243:6
243:8,10,17 289:25
290:3 295:4
**blankets (9)**
20:6 22:9,23 23:5
130:15 143:18
145:2 146:10
242:20
**block (5)**
104:16 133:20 136:4
136:8,12
**blood (6)**
21:16 46:25 210:10
211:6,8 326:19
**blood-brain (1)**
209:25
**blood-drawing (1)**
21:18
**blood-warming (1)**
13:9
**blow (1)**
226:8
**Blower (1)**
268:23
**blowing (3)**
213:13 226:11,14
**blue (3)**
97:14 106:14 150:10
**board (1)**
109:9
**Bob (1)**
4:16
**body (11)**
129:22,22,23 130:5,6
131:2 147:6 203:23
204:6,13,16
**Bone (1)**
263:15
**book (4)**
66:8,19 158:18
300:11
**booking (1)**
73:14
**books (4)**
65:25 66:3 91:2 301:5

**born (1)**
204:12
**bottom (7)**
24:12 25:24 96:24
105:25 107:5
118:23 320:24
**bought (2)**
45:23 290:23
**Boulevard (1)**
3:9
**box (33)**
9:13,17,20,21 10:5
24:25 37:19 45:4
58:19,21 90:7 96:6
98:2,14,19,25 99:6
104:17,19 107:16
119:18,19 124:22
125:22 126:16,24
128:2 150:25
162:11 178:19
179:15,17 206:18
**boxes (3)**
165:2,7 204:21
**brackets (1)**
39:4
**brain (4)**
200:4,6 201:3 297:15
**brainstorming (1)**
232:19
**brand (8)**
202:22 211:21 216:4
216:5,8 249:21,24
257:22
**break (9)**
6:24 58:23 67:9 96:25
115:3 201:14 244:2
244:12 292:12
**breathe (1)**
213:19
**Brief (1)**
49:4
**briefly (3)**
7:5 305:5 306:4
**bring (10)**
9:9 21:8 174:6 203:22
203:23 204:11
217:13 264:5,6
280:25
**bringing (3)**
114:10,11 188:4
**broad (1)**
19:21
**broadly (1)**
163:19
**brochures (1)**
315:23

**brought (11)**
14:9,14,17 22:9 58:20
89:15 90:7,9 153:10
179:13 210:5
**building (1)**
74:19
**built (2)**
10:16 27:12
**BURKE (1)**
3:19
**business (9)**
5:22 62:18,21,23 63:2
70:18,22 73:15
131:13
**buy (3)**
21:24 22:14 52:16
**buying (1)**
21:17
**buys (1)**
21:20
**bypass (2)**
211:20 277:25

---
**C**
---
**C (5)**
3:1 5:10 39:4 326:1,1
**C-A-R-M-E-L (1)**
199:12
**C-O-B-E (1)**
211:18
**C.C.E (8)**
1:9 2:5 5:11 326:8
327:4 328:10 330:2
330:6
**calculate (1)**
116:18
**calculation (1)**
137:16
**calibrated (2)**
132:19,21
**California (1)**
212:5
**call (6)**
123:9 126:15 127:13
197:17 214:12
226:10
**called (10)**
35:2 169:18 182:15
183:21 186:20
187:5 193:5 199:11
255:12 257:22
**calls (1)**
31:4
**camera (1)**
87:11
**Cancer (1)**

154:12
**Canfield (1)**
154:20
**Canopy (1)**
198:22
**capability (1)**
24:8
**capable (1)**
23:23
**capacity (4)**
170:2 191:21 193:8
198:2
**capital (3)**
21:23 39:4,4
**Captioner (1)**
2:11
**capture (9)**
235:10 254:3 255:9
260:2,9,16 261:3
263:23,25
**capturing (1)**
233:18
**cardiac (3)**
210:21 231:5 245:15
**cardiovascular (12)**
209:13,13 211:5
213:2,4 215:9,12
216:18 229:2 245:6
277:25 278:9
**care (5)**
171:7 188:6 233:5
247:8 264:16
**cared (1)**
112:2
**career (2)**
65:2 296:25
**Carmel (3)**
199:11,18 200:13
**carried (1)**
43:2
**carries (1)**
314:7
**cars (1)**
41:7
**cart (3)**
51:12,16,17
**case (75)**
4:6 8:14 9:23 10:14
10:19 16:22 18:24
23:9,18 33:9 52:4
53:4,14 54:24 60:9
60:25 61:6,7,8 62:7
62:11 70:6 78:10
81:17,18 84:4,17
85:24 86:13 89:3
91:12 94:10 104:10

145:19 152:18
158:25 159:8
163:13 164:20
173:19 193:2
194:15 195:5 202:4
202:19 203:2 231:2
234:16,18,22
237:12 238:24
242:24 262:6
266:23 267:3
274:20 288:20
294:24 296:6,9,13
296:18 298:13
304:10 305:15
308:21,25 311:10
315:6 321:4,10,13
322:15 330:3
**cases (4)**
53:2 184:12,14 240:5
**casing (1)**
129:3
**casino (1)**
281:24
**catalog (2)**
129:5,7
**categorically (1)**
55:8
**categories (6)**
73:16,20 166:10,16
173:4 231:24
**category (6)**
14:3 89:7,12 90:24
93:20 186:17
**catheter (3)**
199:2 201:6,9
**catheterization (2)**
231:6 245:15
**caught (1)**
35:2
**causal (3)**
285:8,24 286:13
**causation (2)**
279:8,10
**cause (5)**
197:13 226:3 253:2
264:19 266:24
**caused (1)**
287:7
**causing (2)**
204:18 237:20
**cavities (1)**
232:4
**cavity (1)**
103:24
**CCR (1)**
326:4

**CDC (4)**
154:5 210:8 236:23
263:12
**ceiling (2)**
204:2 208:19
**center (22)**
12:4 65:9 71:23 74:8
74:14,18 104:17
154:12 186:21
187:11,19 188:3
192:3 203:21 204:3
212:24 213:2 230:5
245:9 269:12
297:10 306:10
**centigrade (1)**
147:7
**central (2)**
207:25 214:22
**CEO (1)**
198:22
**certain (18)**
22:5,6 74:4 76:3
163:18 164:2
174:10 177:22
178:5 187:23 210:5
222:6 228:18 234:5
254:8 278:5 297:4
302:16
**certainly (2)**
266:15 301:8
**CERTIFICATE (1)**
327:10
**certification (1)**
45:21
**certified (4)**
2:10,10 45:18 252:21
**certify (2)**
326:6,17
**cetera (1)**
46:25
**CFUs (1)**
206:15
**chain (1)**
161:7
**chairman (1)**
306:11
**challenge (1)**
74:23
**challenged (1)**
233:11
**Challenger (1)**
282:2
**challenges (3)**
75:5,6 314:11
**challenging (2)**
232:22,22

**chance (1)**
163:4
**change (13)**
50:7 92:16 101:15,20
124:10 147:2 204:5
254:24 260:23
263:24 264:9,10
282:13
**changed (8)**
30:6 72:2 73:24
101:14 124:9
224:23 225:3 318:3
**changes (5)**
141:7 165:23 206:15
218:21 233:10
**changing (6)**
72:4 74:2 133:8 234:4
234:6 289:23
**chant (1)**
56:24
**chapter (2)**
66:4,24
**characteristic (2)**
302:4 304:16
**characteristics (16)**
24:24 27:22 112:5
254:25 256:10,13
259:18 260:13
261:20 299:6
301:22,23,25 302:3
302:9 318:3
**characterize (1)**
163:19
**characters (1)**
39:3
**charge (3)**
279:2 312:21,24
**charges (1)**
185:4
**charging (2)**
77:22,24
**chart (1)**
62:10
**check (3)**
95:11 125:10 265:24
**checked (2)**
124:20 125:6
**chemical (3)**
21:19,20 225:2
**chemicals (1)**
216:8
**Children (1)**
12:3
**Children's (6)**
14:13,20 22:4,19
80:14 236:19

**China (1)**
187:9
**chip (3)**
87:19,20 88:2
**choose (3)**
23:16 79:3 82:3
**chose (1)**
117:11
**chosen (1)**
187:23
**Christin (4)**
3:17 5:2 276:4 325:18
**Cincinnati (1)**
211:18
**circulate (4)**
210:10 211:6,7 250:2
**circulated (2)**
214:11 243:21
**circulating (4)**
214:20 216:17 226:23
291:3
**citation (2)**
41:14 239:8
**cite (2)**
262:22 310:22
**cited (10)**
10:2,6,8 37:23 38:3
162:18 212:10
239:4 263:9 313:7
**Civil (3)**
2:8 326:13 328:5
**claimed (1)**
303:14
**claims (1)**
192:7
**clamp (3)**
47:22,23,25
**clarification (3)**
6:19 19:10 277:5
**clarify (4)**
18:10 27:10 30:9 35:9
**class (6)**
177:3 190:17 200:22
200:23 201:5
228:18
**classification (3)**
177:2 185:12 229:4
**classifications (1)**
176:16
**classify (1)**
64:11
**clean (13)**
25:11 29:16 71:18
126:23 146:6 149:9
149:15 159:12
189:7 214:24

223:17,21 224:11
**cleaned (3)**
223:14,15 224:2
**cleaner (1)**
189:7
**cleaning (17)**
46:23 150:14 189:4
214:8 215:7,13
216:22 217:8,11
218:10,18 219:14
224:16,20,21 225:7
289:22
**cleanliness (1)**
232:21
**clear (15)**
17:4 47:14 67:24 78:7
100:20 102:19
110:7 112:12
141:20 145:10
183:3 254:13
259:22 283:14
300:23
**clearance (3)**
179:20 180:14 182:7
**cleared (3)**
253:21 258:18 259:21
**clearly (6)**
31:21 111:21 134:25
282:3 283:14
315:14
**clerical (1)**
164:6
**clerk (2)**
84:14 164:16
**client (1)**
61:22
**clinic (1)**
75:20
**clinical (45)**
15:4,8,15,19 16:9
23:22 27:17 40:3
41:23 42:4,6,11
44:12 64:24 111:18
111:22,25 112:19
119:17 140:3,7
185:7 188:5 189:3
189:11 228:5
261:11,19 263:24
277:7,11,14 278:19
278:21 279:4 280:6
280:12,16 281:7,12
282:18 290:19
294:21 309:6,7
**clinically (1)**
274:2
**clinician (2)**

194:11 287:2
**clinicians (3)**
16:10 207:19 232:13
**clips (2)**
114:14,19
**close (14)**
28:12 47:2 55:12
149:18 152:21
163:7 176:6 214:5
240:4 252:11 257:3
257:6,20 283:11
**closed (2)**
55:18 291:4
**closer (2)**
25:11 208:25
**clothes (2)**
221:8,14
**clothing (1)**
220:25
**clue (1)**
51:18
**co-authored (1)**
91:3
**COBE (1)**
211:18
**code (36)**
32:8 37:21 38:24
39:10,12,14,14,23
43:9,9,9,11,15,15
43:19,19,23,23 44:5
44:9,16,19,23
120:16,20 122:16
122:20,25 123:11
123:19,23,25 124:3
146:14 191:7,8
**codes (23)**
32:2 35:25 36:7 37:14
38:20 39:7,9,16
43:2,18 45:5,8
112:17 121:6 123:8
124:7,11,13,16,21
125:4,7,11
**Coe (1)**
2:6
**cold (1)**
282:8
**colder (1)**
147:6
**collect (2)**
161:23 205:21
**collected (5)**
95:19 162:13 167:17
219:6 284:4
**collecting (1)**
207:8
**collection (2)**

93:25 97:21
**colony-forming (1)**
206:14
**Color (1)**
328:11
**color-coded (1)**
144:20
**colorectal (4)**
302:17 303:3 314:8
314:14
**colored (1)**
233:3
**colors (1)**
225:6
**combination (6)**
153:21 157:18 186:9
188:7 234:3 267:25
**come (23)**
15:20 32:15 36:3
52:12 54:24 75:9
100:7 105:6 127:25
151:6 156:11
188:13 214:6,24
231:21 268:24
277:3,4 283:11
297:3,13,15 307:9
**comes (8)**
38:23,25,25 39:3
80:15 93:17 231:13
281:7
**comfortable (3)**
250:15,18 307:22
**coming (12)**
21:12 112:9 157:8
158:24 214:2
239:17,22 266:22
296:12 305:25
322:8,14
**comment (2)**
286:17,24
**comments (2)**
240:6 285:20
**commitment (1)**
16:4
**committee (7)**
52:15 143:25 145:5
281:3 306:12,20
307:3
**communicate (4)**
139:25 194:24 307:17
318:5
**communicated (1)**
236:14
**communicates (1)**
192:19
**communicating (5)**

55:16 102:20 111:20
112:13 139:11
**communication (3)**
93:3 193:20 194:6
**communications (1)**
91:15
**community (1)**
271:9
**companies (5)**
63:20 192:20 198:15
198:19 199:10
**company (12)**
35:20 163:19 165:21
191:15,19 233:3
255:7,23 258:25
259:12 288:9
317:25
**comparable (1)**
318:2
**comparative (2)**
85:3 270:21
**compare (6)**
26:6 95:10,22 145:24
178:9 190:13
**compared (9)**
32:23 47:4 135:20
138:2 226:19
279:18,20 282:13
314:11
**compares (1)**
18:23
**comparing (2)**
190:15 271:2
**comparison (5)**
27:17 227:3 282:11
316:6,19
**compartment (4)**
27:5 127:18 149:9,18
**compilation (1)**
313:19
**compile (1)**
8:10
**complaints (1)**
193:3
**complete (6)**
13:11 31:5 39:13 66:8
179:16 312:22
**completely (5)**
28:7 112:15 171:11
305:11 314:10
**complex (2)**
21:10 302:25
**compliance (5)**
182:4 189:21 200:10
318:9 319:12
**Complies (1)**

269:5
**comply (2)**
145:17 227:16
**component (3)**
10:19 104:17 226:22
**components (10)**
25:2 27:13 28:10
102:13 110:12
119:9,10 120:7
128:12 318:4
**comprehension (1)**
105:4
**comprehensive (2)**
37:17 312:13
**computer (3)**
16:16 39:20 279:24
**computerized (2)**
77:6,8
**concentration (2)**
25:12 245:8
**concept (10)**
120:4 137:23 170:12
219:20 275:8
284:19,21 291:8
295:10 312:22
**concepts (2)**
293:6 295:19
**concern (2)**
236:15 251:10
**concerned (3)**
218:25 219:2 250:16
**concerning (4)**
156:18 252:25 280:13
293:19
**conclude (1)**
147:3
**concluded (4)**
197:22 273:5 311:20
311:22
**concludes (1)**
325:22
**concluding (1)**
286:19
**conclusion (8)**
218:5 236:7 263:10
272:23 275:2,14
311:16 326:15
**conclusions (4)**
280:19 285:2,13
296:12
**condition (17)**
13:6 29:10 30:2,6,18
31:17 41:23 110:15
112:20 120:6
123:14 125:13
203:4 297:12,19

310:15 311:18
**conditioning (2)**
49:19 171:15
**conditions (8)**
48:17 110:22 111:18
200:9 238:20
277:15 278:5
314:10
**conduct (2)**
169:6 267:22
**conducted (11)**
50:6 219:8 231:14
238:21 261:13
264:12 269:10
271:19 284:3 303:7
303:20
**conduction (4)**
79:17 82:2 241:9
250:3
**Conductions (1)**
289:13
**conductive (2)**
243:19 248:4
**confident (1)**
307:25
**confidential (3)**
296:8,11,17
**confidentiality (3)**
74:16 250:17,21
**configuration (1)**
102:11
**confounding (2)**
284:19,24
**confuse (1)**
107:22
**confused (1)**
221:7
**confusing (1)**
318:6
**conglomerate (1)**
170:15
**connect (1)**
27:15
**connected (8)**
112:8 120:11 128:13
128:19 146:11
214:4 243:6,8
**connectible (1)**
149:3
**connecting (1)**
31:22
**connection (26)**
9:22 18:17 83:12 84:3
84:16 88:7 94:9
125:15,19 136:16
158:24 159:7

158:24 159:7
163:12 164:19
173:18,24 175:7,17
188:23 231:2
235:23 243:22
248:19,20 308:20
315:5
**connections (1)**
226:11
**connector (1)**
243:18
**connectors (1)**
132:17
**consensus (2)**
313:3 320:25
**consider (8)**
116:10 174:15 270:14
273:10 284:12,15
322:7,13
**consideration (5)**
174:5,17 209:5 217:7
273:23
**considerations (1)**
227:21
**considered (8)**
79:25 188:23 197:8
197:19 250:5,8
264:16 311:7
**considering (5)**
174:9,20 177:6,6
213:12
**consistent (1)**
31:17
**consists (1)**
306:20
**constructed (1)**
131:23
**construction (3)**
75:7 154:16 230:21
**consult (7)**
173:18 186:20 188:19
211:22 217:25
267:12 308:19
**consultant (6)**
40:22 65:3 71:22
181:18 186:2
294:21
**Consultants (3)**
6:5 62:17 70:19
**consultation (1)**
212:2
**consulted (8)**
188:22 189:23 198:7
198:11,14 217:14
267:13,15
**consulting (7)**

63:3 71:17,19 168:12
199:8 212:4,18
**consumer (1)**
318:6
**contact (3)**
61:4 134:13 291:9
**contacted (2)**
60:23 236:22
**contain (2)**
95:13 293:19
**contained (16)**
34:16 36:21 42:24
94:2,6 95:8 96:4
100:10 144:13
159:2 166:21 178:9
207:23 285:3
309:20 324:8
**container (5)**
113:11 114:16 129:4
211:6 216:20
**containing (2)**
114:16 220:16
**containment (1)**
211:9
**contains (4)**
86:22 166:8,25 220:2
**contaminated (2)**
172:13 221:15
**contamination (8)**
25:16 205:18 206:3
209:6 220:16 223:9
242:2 247:8
**contemplated (2)**
171:19,23
**content (1)**
185:12
**contents (18)**
153:9,25 154:9
156:17 157:22
159:15 160:15
163:11,18 177:13
177:22 178:4
179:12 328:15,19
328:21,23 329:1
**context (11)**
92:14 175:15,17
176:9,11 177:8
182:11 192:23
205:11 232:5 305:6
**continue (2)**
171:24 236:19
**continued (2)**
65:18 86:18
**continues (1)**
208:10
**continuing (1)**

85:9
**continuously (3)**
40:17 65:22 183:15
**contract (3)**
59:21,23 60:12
**contraption (1)**
204:20
**contrast (1)**
173:5
**contribute (4)**
147:2 279:14 280:3
305:20
**contributing (4)**
66:2 147:8 241:13
249:8
**contribution (1)**
241:14
**control (11)**
48:20 120:9 185:15
210:18 247:2,5
277:20 279:3
284:24 306:23,23
**controlled (3)**
49:15 119:13 210:3
**controlling (1)**
293:15
**controls (3)**
228:17 229:8 230:10
**convection (3)**
79:18 82:2 133:7
**convections (1)**
289:13
**convective (4)**
145:2,20 146:10
248:7
**convening (1)**
188:12
**conversation (1)**
19:22
**conveying (1)**
166:4
**cooked (1)**
204:25
**cool (2)**
203:12 226:24
**cooled (1)**
209:23
**cooler (1)**
210:10
**cooling (8)**
137:24 210:9,12
211:4 213:5 226:21
277:24 278:2
**copied (1)**
94:7
**copies (2)**

89:12 90:9
**copy (15)**
7:20 38:2 53:19 54:7
57:5 66:17 89:24
90:3,5,13 95:9,22
95:24 144:10
180:16
**cord (1)**
135:3
**core (3)**
204:16 210:4,6
**corners (1)**
107:16
**corporate (1)**
296:23
**correct (120)**
6:16 9:24 10:23 11:17
12:6,10 13:25 14:21
15:22 16:2 17:8
18:3 22:6 37:7,9
43:4 48:10 53:3
54:21 57:16,17 60:2
60:5 61:24 62:22
63:14,17 68:10
70:14 71:7 72:6
79:6 80:10 84:3
85:25 86:23,24
88:16 89:17 90:6,10
90:15 91:5 92:20
94:21 97:16,19
100:23,25 101:10
103:13,15 105:21
106:8 108:14
109:11 111:12
113:20 118:3,11,16
120:3,4,14 122:18
124:5,22,25 131:11
132:6 136:13 143:2
148:13 153:11,12
155:6 156:20
157:23 160:10
162:2,4 169:7 170:6
170:7,12,22 175:10
177:4,15,23 178:3
178:11,25 181:22
181:23 182:2
183:11,16 190:21
201:8 205:10
206:19,22 215:24
219:24,25 220:4,5
220:19 248:6
253:11 271:20,22
280:5 288:21
299:15 316:23
320:5 321:19,20
**correction (2)**

11:2 82:24
**corrections (1)**
195:18
**correctly (8)**
46:14 86:15 113:8
117:16 118:13
124:20 135:18
194:3
**correlate (1)**
236:3
**correlation (1)**
303:2
**correspond (2)**
163:20,23
**correspondence (3)**
88:25 89:4 91:11
**corrugated (1)**
97:14
**cost-benefit (1)**
16:7
**counsel (40)**
4:20 10:24 16:15 34:2
54:9 71:11 87:3
89:13,20 90:2,21
91:11 95:17 127:24
142:7 153:22 157:2
157:16,19 158:15
162:9 180:15
209:14 264:2
266:15 268:2,4,16
268:19 274:7
277:23 279:23
306:8 307:21
312:15 318:14
320:3,18,19 325:12
**count (5)**
9:12 67:22 274:3,9
305:9
**counted (1)**
94:17
**countertop (1)**
251:18
**country (4)**
188:4 209:19 214:17
297:11
**COUNTY (1)**
326:3
**couple (5)**
157:24 194:23 210:15
248:14 308:10
**course (10)**
65:17,21 90:18
160:16,20 192:14
193:22 211:3,8
284:7
**courses (3)**

Page 8

247:20 284:10,10
**court (5)**
1:1 4:9,17 5:7 323:3
**courtroom (2)**
6:7,13
**cover (3)**
97:6 101:24 113:8
**covered (5)**
24:25 106:20 107:18
185:2 266:5
**covering (2)**
131:2 184:10
**cracks (1)**
126:21
**CRC (3)**
1:20 326:5,25
**create (4)**
41:19 168:12 174:24
175:4
**created (1)**
175:5
**criteria (14)**
34:4,8,18 40:24 64:14
75:18,24 76:3 78:20
116:3 175:2 270:12
281:21 289:15
**criterias (1)**
76:4
**CRR (3)**
1:20 326:5,25
**CSR (1)**
326:4
**CSZ (1)**
159:17
**cube (1)**
204:4
**culture (6)**
239:17,22 243:5,7,9
305:9
**cultured (3)**
103:4 241:18 242:10
**cultures (3)**
206:13 251:11 289:21
**culturing (1)**
242:13
**current (6)**
90:16 91:7 256:12
259:18 280:23
302:8
**currently (4)**
253:21 258:17,22
259:20
**customers (1)**
312:19
**cut (2)**
45:18 117:10

**cutout (1)**
115:22
**cutouts (4)**
114:23 116:8,15
152:9
**cuts (5)**
105:25 106:16,18
108:19 109:8
**CV (10)**
61:15 66:10,22 90:25
91:7 183:4,5 186:15
198:20 210:17

_____
**D**
_____
**D (1)**
5:10
**daily (1)**
246:17
**damage (1)**
204:18
**damaging (2)**
217:4,7
**dangerous (1)**
305:21
**Daniel (2)**
294:15,18
**DANIELS (1)**
3:14
**dark (1)**
103:24
**data (15)**
93:7 137:18 138:7
205:22 261:19
262:16 280:7,12
282:18 283:24
284:2,4 289:2
290:19 291:25
**database (3)**
85:11 195:3,5
**databases (2)**
195:25 196:4
**date (4)**
4:13 147:10 196:22
330:5
**Dated (1)**
60:6
**David (366)**
1:9 2:4 3:11 4:1,5,5
4:24 5:1,11,17,21
6:1 7:1,23 8:1 9:1
10:1 11:1 12:1 13:1
14:1 15:1 16:1 17:1
18:1 19:1 20:1 21:1
22:1 23:1 24:1 25:1
26:1 27:1 28:1 29:1
30:1 31:1 32:1 33:1

33:5 34:1 35:1 36:1
37:1 38:1 39:1 40:1
41:1 42:1 43:1 44:1
45:1 46:1 47:1 48:1
49:1 50:1 51:1 52:1
53:1 54:1 55:1 56:1
57:1,4 58:1 59:1
60:1 61:1 62:1 63:1
64:1 65:1 66:1 67:1
67:18 68:1 69:1
70:1 71:1 72:1 73:1
74:1 75:1 76:1 77:1
78:1 79:1 80:1 81:1
82:1 83:1 84:1 85:1
86:1 87:1 88:1 89:1
90:1 91:1 92:1 93:1
93:22 94:1 95:1
96:1 97:1 98:1 99:1
100:1 101:1 102:1
103:1 104:1 105:1
106:1 107:1 108:1
109:1 110:1 111:1
112:1 113:1 114:1
115:1 116:1 117:1
118:1 119:1 120:1
121:1 122:1 123:1
124:1 125:1 126:1
127:1 128:1 129:1
130:1 131:1 132:1
133:1 134:1 135:1
136:1 137:1 138:1
139:1 140:1 141:1
142:1 143:1 144:1,7
145:1 146:1 147:1
148:1 149:1 150:1
151:1 152:1 153:1,6
154:1 155:1 156:1
156:13 157:1 158:1
159:1 160:1 161:1
162:1 163:1,8,15
164:1 165:1 166:1
167:1 168:1 169:1
170:1 171:1 172:1
173:1 174:1 175:1
176:1 177:1,11,19
178:1 179:1 180:1
181:1 182:1 183:1
184:1 185:1 186:1
187:1 188:1 189:1
190:1 191:1 192:1
193:1 194:1 195:1
196:1 197:1 198:1
199:1 200:1 201:1
201:22 202:1 203:1
204:1 205:1 206:1
207:1 208:1 209:1

210:1 211:1 212:1
213:1 214:1 215:1
216:1 217:1 218:1
219:1 220:1 221:1
222:1 223:1 224:1
225:1 226:1 227:1
228:1 229:1 230:1
231:1 232:1 233:1
234:1 235:1 236:1
237:1 238:1 239:1
240:1 241:1 242:1
243:1 244:1,20
245:1 246:1 247:1
248:1 249:1 250:1
251:1 252:1 253:1,8
254:1 255:1 256:1
257:1 258:1 259:1
260:1 261:1 262:1
263:1 264:1 265:1
266:1 267:1 268:1
269:1 270:1 271:1
272:1 273:1 274:1
275:1 276:1 277:1
278:1 279:1 280:1
281:1 282:1 283:1
284:1 285:1 286:1
287:1 288:1 289:1
290:1 291:1 292:1
292:20 293:1 294:1
294:7 295:1 296:1
297:1 298:1,12
299:1 300:1,10,13
301:1,16 302:1
303:1 304:1,20
305:1,13 306:1
307:1 308:1,19
309:1 310:1 311:1
312:1 313:1 314:1
315:1 316:1 317:1
318:1 319:1 320:1
320:18 321:1 322:1
322:20 323:1,12
324:1 325:1 326:7
327:3 328:10,22,24
329:2 330:2,6
**day (19)**
13:16 100:24 125:21
125:25 139:25
147:14,17,23 148:7
148:11,19,20 151:8
161:15 217:16
224:4,5,10 326:22
**days (7)**
8:8,23 54:5,15 55:11
132:20 297:4
**deal (1)**

297:16
**Dear (2)**
195:18,22
**decades (3)**
11:11 64:21 212:22
**December (8)**
77:2 83:12 85:6 86:4
86:4,16 117:18
151:23
**decided (1)**
208:15
**decimal (3)**
138:11 141:6 142:4
**decimals (1)**
138:23
**decision (3)**
13:23 174:13 189:21
**decrease (3)**
219:3 273:15 302:15
**decreased (2)**
273:6,22
**decreases (1)**
281:11
**defective (2)**
121:4 123:5
**defectively (1)**
123:10
**defendant (3)**
56:11 267:16 316:14
**defendants (4)**
3:13 5:3,5 58:6
**defense (2)**
58:25 274:20
**defer (2)**
287:8,9
**defined (1)**
176:3
**definitely (6)**
19:8 72:16 116:21
207:24 208:12
322:24
**definition (7)**
114:9 190:3,23 191:5
191:10 221:24
222:4
**degree (4)**
65:16 142:4 221:15
308:3
**degrees (12)**
111:10 132:5 138:2
139:4,6,17 140:22
140:25 141:9,10,14
141:15 147:6 208:4
**delete (1)**
87:14
**deliver (2)**

23:23 186:7
**deliverables (1)**
75:14
**delivered (2)**
228:5 308:2
**delivery (3)**
52:19 199:20 200:25
**demonstrate (5)**
31:16 49:25 119:3
200:10 274:15
**demonstrated (1)**
118:22
**demonstrating (2)**
274:2 295:18
**demonstrations (1)**
90:18
**dense (1)**
299:7
**density (6)**
298:21 299:2,5,14,21
300:7
**Dep (1)**
330:5
**department (4)**
12:15 20:12 193:25
211:24
**depended (1)**
9:7
**dependent (1)**
171:8
**depending (2)**
48:8 72:5
**depends (4)**
14:5 75:19 220:8
224:6
**depict (2)**
103:20 104:25
**depicted (15)**
97:17 98:23 99:13
109:10 111:5,17
113:19 114:24
117:2 118:15,20
119:23 131:9 148:7
151:9
**depicting (1)**
100:3
**deployed (1)**
185:14
**deployment (1)**
227:16
**Deponent (2)**
330:6,24
**deponent's (1)**
88:25
**deposed (2)**
6:15 239:14

**deposition (36)**
1:8 2:4 4:4,11 55:10
56:7 58:5,11,12
68:6 69:12,22 88:21
121:17 132:24
156:15 178:17,20
178:25 179:4,22
180:2 239:3,11
288:23 321:19,25
323:15,20 324:21
325:13,23 326:8,10
326:16 327:16
**depositions (23)**
56:10,15,22 57:19,24
57:25 59:9,10,13
177:22 178:5,14
321:9,13,15,23
322:6,13 324:8,19
324:23 325:14
329:2
**derive (2)**
27:17 307:5
**describe (3)**
27:23 254:3 280:25
**described (17)**
10:22 11:5 40:12
70:23 73:17 138:6
145:13 147:20
166:17 207:7
212:15,24 231:3
254:6 290:9 299:13
317:12
**describing (5)**
116:5 149:22 170:13
289:7 299:6
**description (4)**
82:13 93:15 151:21
256:15
**descriptions (5)**
164:3,4,5,9,13
**descriptor (1)**
218:20
**design (34)**
10:17 74:24 162:17
166:20 167:2,10,13
167:16,21,22,23
168:4,8,24 170:5
227:13,14 229:11
230:3,7,8 231:5,6
245:14 260:3,5,10
260:12 270:23
289:7 293:6 295:12
295:22 328:17
**designated (1)**
128:24
**designating (1)**

255:14
**designation (4)**
129:22,25 154:21
224:6
**designations (1)**
130:15
**designed (9)**
93:8 110:3,14,18
112:11 146:8
172:10 201:22
228:5
**designing (4)**
167:8 168:19,22
214:8
**designs (2)**
288:8
**desire (1)**
227:16
**detail (3)**
10:11 64:6 317:13
**details (1)**
227:14
**detected (1)**
114:4
**determination (5)**
112:19 141:25 215:18
215:21 279:8
**determinations (2)**
205:25 206:2
**determine (18)**
44:9,15,21 52:18
140:6 184:9 185:2,5
190:13 203:22
204:5 217:24 219:8
219:13 228:4
240:22 265:25
311:23
**determined (1)**
216:24
**determining (5)**
111:23 207:3 216:21
217:10 222:24
**develop (1)**
64:2
**developed (7)**
145:6 205:4,6 213:3
231:2 233:3 288:13
**developing (3)**
215:7 232:4,11
**development (1)**
165:23
**device (341)**
10:21 11:4,7,19 12:9
13:17,18,24 14:13
16:21,24 17:7,14
19:4 20:7,16,17

21:11 22:10 23:3,8
23:12,17,21 24:2,3
24:5,12,13,16,17,19
25:6,7,10,15,16,18
25:20,23,24 26:6,15
26:16,20 27:3,6,11
27:12,18,21,25 28:6
28:8,11,14,17,21,24
29:3,10,13,14,17,22
30:12,16 31:7,16,22
31:24 32:25 33:17
34:5,7,17 35:7,15
35:21 36:12 37:19
39:19,22 40:2,5
41:2,12,20,24 42:3
42:10,16,23 43:21
44:12,22 45:3,9
46:15,21 47:7,17
48:7,12 50:9 51:11
52:17 53:7,12 63:20
64:12,13,22 67:6
79:4,8 80:18,21,22
80:25 81:7 85:23
86:7,9,11,13,23
87:10 88:6,7 93:10
94:8,25 96:5,16
97:5,22 98:14,19,24
99:7,8 102:12
103:25 104:11
105:3,5,6,22 106:24
106:24 107:17,18
108:3,6,8 109:2,3,7
110:8,11 111:19
112:16,20 115:17
117:17 118:15,18
119:4 120:2,17,21
121:23 122:17,22
123:5,8,15,23 124:6
124:12,17,21
125:21 126:10
127:12,13,23 128:2
128:5,8,17 129:2
131:15 132:17,19
133:4,22 140:2,5
141:18,22 143:22
147:9,12,19 148:6,7
148:10,16 149:6,10
150:7 151:22 152:3
152:5 160:12 167:8
167:21 168:5,9,19
168:20 169:10
172:10,13 174:15
174:16 181:16,25
185:8,13,13,16
186:7,9 188:9,11,20
189:8,12,25 190:4,5

190:13,17,18,19
191:16 192:7,8,20
194:12 195:12
196:13,25 198:15
199:7 200:14
201:23 204:2 205:9
205:13 211:4,15
216:17 217:17,21
218:3 219:21
227:10,18,25
228:10,14,22,23
231:25 232:3,20
235:2 236:24 237:3
237:7,16,20 239:6
239:10 241:7,19
242:8 243:16
249:19,24,25
253:22 257:2
261:21 263:4 264:4
272:17 273:6,21
274:5,16 275:4,9,15
277:2 280:24
281:11 282:12,14
282:21,22 283:4,5
283:18 285:9,25
286:14,21 287:6,7
287:15 289:4,10
290:25 295:12
302:5 305:22 306:2
306:17 307:7 310:7
310:7 311:25
313:14 317:23
318:5 329:4
**device's (1)**
24:8
**devices (125)**
12:25 13:3,4,9,15,15
13:19 14:3 15:25
16:6 17:10 19:17,23
21:3 22:18 23:12
26:7 41:4 63:11,15
64:21 67:2 77:10,11
77:16 78:18,21
79:14,15,16 80:7,11
81:6,23 159:6,14
160:15,22 167:2
170:9 171:18,19
172:4 173:17
175:16,21,23
179:19 180:13
181:5,9 182:19,23
182:25 183:9
184:19 185:20
186:3,14,15,21
187:5 189:4 193:16
197:20 200:20

Page 10

202:2,6,9,13,21
203:9,11,13,20
205:5 210:9,12,18
211:20 212:9,19
213:6,12,14 214:15
215:20 219:23
220:3 226:8 228:18
229:5,12,17 231:19
232:6 236:12,20
243:20 246:20
249:9,11,14,16
253:21 255:24
256:22 258:18,24
259:21 260:18
264:14 269:13
271:10,13 280:21
289:11 290:19
293:5,20 295:10,17
297:2 299:13
310:12
**diagnosing (1)**
13:5
**diagnostic (1)**
13:10
**dictate (1)**
164:12
**differ (1)**
316:3
**difference (14)**
24:22 25:9 27:4 51:4
51:5,6,23 264:7
267:3,11 273:14,15
282:20 285:18
**different (73)**
11:12 16:11 24:18
25:21 26:5,8,16,23
26:25 27:6,24 28:7
31:7 37:3 40:7 48:8
50:3,13 62:25 71:21
76:4,4 100:14,24
101:8 102:12
109:18 110:12
112:14,15 119:10
126:5 130:14 133:9
134:12 144:11
160:6 165:7 168:11
196:8 197:9 203:13
208:5,13,17 218:18
222:20 225:6,6
234:11 249:12
256:16,17 261:19
283:3,10 287:21
289:11,12 293:13
301:21,22,25
304:14,16,18
305:11 311:19

312:15,17 314:10
314:11 316:2
**differentiate (1)**
19:7
**differently (20)**
30:3 41:9 82:21 94:3
95:5 171:18 180:25
184:17 202:18
206:4 207:13
229:21 246:24
259:8 260:25
261:18 266:21
269:8 277:18
278:21
**difficult (6)**
11:22 71:13 204:17
222:19 254:12
297:16
**difficulty (1)**
6:17
**digital (3)**
87:12,14 132:18
**digits (1)**
39:5
**Diplomate (1)**
2:9
**direct (3)**
291:9 294:3 304:8
**direction (1)**
74:4
**directly (4)**
105:23 194:24 242:20
291:17
**director (8)**
12:14 40:21 193:24
203:7 232:16,18
246:18 306:11
**dirt (1)**
30:22
**dirtiness (1)**
222:21
**disagree (1)**
312:9
**disassemble (2)**
149:17,22
**disassembled (3)**
23:7 96:9,12
**disaster (8)**
170:17,20,23 171:2,5
171:10 172:5 282:2
**disclose (1)**
296:16
**disclosed (1)**
93:14
**disclosure (1)**
290:24

**discontinued (1)**
312:5
**discover (1)**
8:24
**discovery (1)**
282:6
**discuss (3)**
248:16 250:15 296:20
**discussed (17)**
34:3 90:20 147:21
159:2 192:4 196:6
202:10,15 229:25
277:10 300:19
303:25 311:11
321:14,25 324:20
325:13
**discussing (8)**
11:25 151:8 152:6
287:22 301:19
302:15 304:5
309:24
**discussion (11)**
19:15 88:13 170:8
213:10 231:8,10
246:12 253:6
261:15 271:23
272:6
**disease (7)**
203:5 204:14 233:15
245:23 248:11
252:3 261:13
**disinfect (1)**
214:24
**display (5)**
39:2 132:18,18 233:6
233:7
**displayed (1)**
122:20
**displays (1)**
32:3
**disposable (1)**
291:21
**disposables (1)**
20:2
**dispute (1)**
277:12
**disputing (1)**
145:23
**distinction (2)**
14:16 226:15
**distributing (1)**
128:14
**District (4)**
1:1,1 4:9,9
**disturb (1)**
290:4

**divided (1)**
136:17
**doctor (4)**
195:18,22 247:13,14
**doctorate (2)**
65:19,21
**document (49)**
7:21 37:16 40:9 52:14
53:24 61:11 66:15
79:7,20 80:5 82:17
83:21 84:6 89:4
93:16 94:11 103:22
144:6,17,18 154:12
154:14 158:6,7
177:24 179:17
180:12,17,23 181:2
181:8 193:4 212:10
235:11 253:12
260:23 268:21
273:8 287:25
297:24 298:3,12
299:3,10,19,22
300:14 312:3 321:6
**documented (2)**
41:11 79:24
**documents (29)**
7:22 88:20 89:10,12
89:18,19,25 93:19
153:24 163:18,19
164:3,18,23 165:3,9
165:14 166:9,15,20
167:2 177:17
181:12 190:17
235:5,18 307:21
323:25 328:3
**dog (1)**
40:20
**doing (22)**
40:17,22 42:9 50:7
66:3 73:16 74:17
119:2 123:16,18
135:11 137:24
150:8 164:7 206:24
211:13 232:9
252:17 282:5 306:9
312:15,16
**domain (1)**
265:3
**domestic (1)**
73:19
**donation (1)**
15:6
**double-blind (2)**
264:12 283:10
**double-check (2)**
94:18 95:6

**download (1)**
83:8
**Dr (34)**
4:5 5:17 52:8,9 67:18
201:22 213:4
238:11 239:21
244:20 264:20
265:5,23 266:7
274:21 292:20
294:7,15,18,23
298:12 300:10,13
301:16 303:8
304:20 305:13
308:19 320:18
322:20 323:12
328:22,24 329:1
**Dräger (1)**
232:9
**draw (1)**
64:19
**drawback (2)**
208:21 209:4
**drawing (1)**
315:22 316:22
**drawn (1)**
218:9
**drew (1)**
236:7
**drills (1)**
225:12,15,19 226:18
**Drive (1)**
5:24
**driven (3)**
225:25 226:12,17
**drop (4)**
124:14 254:11 257:21
257:23
**dropped (2)**
208:19 289:21
**drug (5)**
65:3,5 169:20 186:7
214:15
**drying (1)**
204:24
**due (4)**
124:10 187:11 241:9
254:8
**duly (1)**
326:9
**duration (2)**
72:2 74:7
**dust (7)**
99:24 102:3,7,22
103:4,5,20

_____
**E**

**E (6)**
3:1,1 5:10,10 326:1,1
**e-mail (1)**
161:14
**e-mails (3)**
91:16 162:9 163:2
**earlier (7)**
34:3 70:23 88:22
238:10 246:12
247:25 281:4
**early (3)**
50:18 165:13 204:15
**easily (7)**
38:8 115:22,23 116:5
116:10,18,18
**easy (4)**
140:11 145:6 186:25
306:7
**Eaton (160)**
3:17 5:2,2,16 7:24
16:12,17 21:6 27:19
28:15,22 30:10 31:2
31:8,14 32:5,12,20
33:6,20,23 34:11
49:20 51:15 54:3,9
54:13 57:5,7 61:13
66:18 67:11,17,24
68:5,7 73:2,21 76:5
81:3 83:23 84:8
85:2 88:4,14 93:18
93:23 94:13 102:15
103:2,10,16 110:20
115:10 116:2
121:20 122:5
138:22 140:13
144:8,16,21 151:2
152:23 153:7
155:14 156:14
157:6 161:13,25
162:3,22 163:6,9,16
177:12,20 178:2
181:14 201:21
221:20 228:15
240:9 242:6,15
244:5,8,13,19 253:9
253:13 257:4,13
259:10 261:16
263:22 269:2
271:24 272:14
273:17 275:23
276:7,9,11 278:8
279:6 280:2 283:20
285:21 286:5 287:3
287:10,12 288:2
292:5,8 293:9
294:10 295:15

297:7 298:4,10,14
298:22 299:4,16
300:2,18,22 301:8
302:10,21 303:16
304:11 308:8,18
310:17 312:8
314:17 316:18
317:5,20 318:15,22
320:9,15 321:5,21
322:3,9,18,21 323:4
323:8,24 324:7
325:17,20 327:5,7
**eBay (9)**
10:21 33:12,13,16
35:13 42:17 45:12
45:24 128:5
**ECRI (4)**
310:18 311:16 313:19
321:14
**Ed.D (8)**
1:9 2:5 5:11 326:7
327:3 328:10 330:2
330:6
**eddies (1)**
241:10
**Edge (1)**
198:22
**edges (1)**
136:14
**educate (1)**
16:10
**educated (3)**
145:7 173:2 280:17
**education (4)**
41:20 51:14 64:17,25
**effect (3)**
43:14 234:8 286:20
**effective (2)**
218:15 290:25
**effectively (1)**
295:14
**effectiveness (4)**
175:23 244:24 262:3
293:21
**efficacy (2)**
85:4 269:14
**efficiency (26)**
233:18,22 235:6,10
235:17 254:3 255:4
255:14,21 257:23
257:25 258:9,11
259:2,13 260:2,9,15
260:16 262:9
263:14,17,20 295:3
302:2,6
**efficient (4)**

259:23 262:18 299:8
300:9
**effort (11)**
8:4,9,12,16 116:9
202:17 218:14
266:17 270:5
287:20 315:5
**efforts (2)**
161:22 162:14
**ego (2)**
20:13,22
**eight (4)**
76:11,13,15 305:8
**EIR (3)**
196:16,18,23
**either (21)**
10:2 14:12 22:19 31:4
43:9 48:12 51:5
58:5 97:20 99:4
107:15 133:6
192:20 202:14
203:10 215:7,25
221:12 228:21
233:13 265:19
**elaborate (1)**
76:2
**electric (2)**
226:19 290:2
**electrical (9)**
48:23 171:12,25
200:8 225:23,25
226:11,22 289:15
**electricity (1)**
133:10
**electronic (3)**
90:14 104:17 120:8
**electronically (1)**
90:2
**element (17)**
104:15,19 105:7
120:8 146:18,25,25
147:8 149:20,25
150:3,4 208:22,22
210:11,11 211:7
**elements (4)**
80:8 106:13 112:4
210:12
**elevated (1)**
106:6
**eliminate (1)**
252:8
**emergency (2)**
203:20 214:18
**emitted (1)**
227:4
**employee (1)**

181:21
**empty (2)**
150:12 179:16
**encased (1)**
127:2
**enclosed (1)**
207:14
**enclosure (10)**
24:18,22,24 104:18
105:11,16 106:4,15
106:19 150:9
**encompass (1)**
12:23
**encounter (1)**
193:25
**encountered (2)**
234:22,23
**endeavor (1)**
309:17
**ended (1)**
270:9
**energy (1)**
116:6
**engagement (2)**
8:13 323:13
**engine (2)**
38:5 78:13
**engineer (4)**
15:24 40:19 149:16
247:19
**engineering (29)**
6:4 12:15 40:21 44:18
62:16 63:6 65:18
70:18 167:18 188:2
188:4 189:2 193:24
203:7 211:24 217:2
267:8 276:23,24
281:20 284:11
295:7,10 304:8,15
305:21 306:24,25
308:3
**engineers (4)**
149:21 232:13 287:20
295:19
**engines (1)**
78:9
**enjoy (1)**
73:16
**ensure (2)**
16:3 185:13
**enter (2)**
36:5 124:15
**entering (1)**
119:12
**entire (3)**
82:20,23 156:16

**entities (1)**
92:12
**entity (2)**
6:3 200:4
**entries (1)**
86:3
**entry (7)**
77:25 81:11 85:20
88:19 149:19
186:15 320:23
**environment (42)**
26:24 28:23 40:7
42:11 45:16 47:2,8
49:14 51:23 75:19
80:12 104:8 110:4,9
111:25 133:6,7
135:14 137:22
154:17 160:5,9
172:8 181:11 185:8
188:7 189:3,11
207:4,7,24 208:24
232:22 233:8
245:17 262:10
264:4 270:24
293:16 305:12
311:19 312:18
**environmental (1)**
150:13
**environments (6)**
79:16 81:25 203:14
214:21 297:18,22
**epidemiologists (2)**
205:20 206:24
**epidemiology (3)**
284:8,10,16
**Episcopal (3)**
12:2 209:15 215:10
**equal (1)**
295:3
**equipment (32)**
39:22 45:17,23 144:2
171:15 189:5 214:9
214:10,13 215:8,11
216:13,14,16 217:4
217:8,12 225:8,20
225:22,23 226:2,16
227:5,17 230:6
231:8 246:8 247:6
250:13 251:23
291:16
**equivalence (1)**
189:15
**equivalency (2)**
64:13 200:16
**equivalent (6)**
188:10 189:9 200:19

258:17 259:20
261:5
**erased (1)**
87:20
**ERRATA (1)**
330:1
**error (1)**
162:25
**especially (6)**
11:13 15:3 23:21
228:25 230:4 306:9
**Esq (4)**
3:6,11,17,22
**establish (5)**
262:23 285:8,24
286:13 287:5
**established (2)**
273:19 283:22
**establishes (3)**
228:17 261:19 289:2
**establishing (1)**
145:23
**Establishment (1)**
198:8
**estimate (3)**
73:11 124:25 138:20
**estimated (1)**
52:20
**estimating (1)**
178:8
**et (1)**
46:25
**EU (1)**
67:7
**evaluate (5)**
14:8 175:2,13 189:14
307:13
**evaluated (8)**
16:21 20:17 160:14
160:21 173:24
174:2 175:17
272:16
**evaluating (11)**
22:4 23:2,4 76:6
192:3 209:11
213:16 229:22
230:14 278:15
297:2
**evaluation (25)**
13:23 14:11 15:7
16:25 20:2,5,11
21:14,22 22:17
181:8,16,25 201:7
205:16 209:7
268:24 269:15
278:20 280:20

281:2 284:22
306:12 310:19
329:5
**evaluations (2)**
313:12,13
**event (2)**
122:7,12
**Everybody (1)**
207:21
**evidence (8)**
240:15 263:18 300:21
300:23 301:3,4,10
311:23
**evolved (1)**
230:3
**exact (1)**
264:21
**exactly (9)**
111:8 117:22 139:6
139:24 141:2
158:11 213:15
264:10 268:22
**examine (10)**
23:16 25:18 29:14
53:7 79:3 85:20
86:5 151:24 159:5
159:23
**examined (13)**
26:15 27:3 28:3 29:23
30:2,5,16 39:18
53:12 86:23 94:9
105:2 159:16
**example (39)**
13:2 21:16 24:10
29:15 71:22 80:6
112:23 116:20
117:8 119:24
130:10 169:2,4
171:24 172:2,3,9
174:14 197:21
204:6,10 209:12
214:13 215:5 217:3
219:11 220:19
232:24 238:20
239:21 242:4
246:15 251:12,18
262:7 281:25
291:15,18 313:15

**examples (5)**
13:13 80:16 231:21
233:13 250:7
**excellent (3)**
261:6 264:2 289:5
**exchange (3)**
88:25 89:4 117:23
**exchanged (3)**
91:25 92:19 93:3
**exchanges (3)**
213:25 230:9 234:4
**Excuse (1)**
142:7
**executed (1)**
240:5
**exemplars (1)**
34:3
**exercise (3)**
111:16 113:18 118:21
**exhibit (105)**
7:19,19,23 33:5,7
34:16 45:12 53:17
57:3,4,9,10 59:17
59:22 60:4 61:10
76:10 83:18 86:22
88:11,11,15,18,19
93:22,24 94:7,15
95:8,12 96:3,4,24
97:2,3 99:5 100:10
100:11,19 101:6,7
101:12 107:15
108:22 113:14
125:14 144:7
151:13,15,17 153:6
153:8,14,15,25
156:13,15 159:2,6
159:15 160:16
163:8,10,15,17
164:2,13 165:4
166:24,25 177:11
177:13,19,21 178:4
178:12,15,18 179:6
179:6 180:10 183:4
253:8 298:2 300:16
300:16 301:18,18
321:18 327:14,15
327:16 328:3,6,8,11
328:13,15,17,19,21
328:23 329:1,3,6
**exhibits (12)**
90:18 148:8 321:10
321:24,24 322:6,12
322:24 324:2,20
327:13 328:1
**exist (1)**
195:15

**existing (5)**
75:3 185:7 256:22
273:10 306:17
**exists (1)**
195:20
**expansion (1)**
133:11
**expect (7)**
167:4 176:7,8 210:7
217:16,19 221:14
**expectation (2)**
167:5,25
**expected (3)**
171:6 210:2 280:15
**expelled (1)**
213:18
**experience (11)**
24:5 41:20 44:17 65:9
172:25 198:21
223:13 280:18
281:7 295:8 307:12
**experiment (1)**
93:7
**experiments (1)**
133:14
**expert (31)**
31:9 44:18 52:8 56:22
57:19,22 58:5,25
59:21,23 179:12,14
180:8 207:5,9
219:13,16 222:12
245:20 261:13
265:3 284:12,16
290:10,13,16 291:5
308:20,24 315:3
316:9
**expertise (24)**
51:19 64:22 187:21
187:25 207:2
211:12 216:25
218:8 223:3 230:18
230:20 233:15
234:7 244:21 245:2
245:4,22,25 246:4
247:5,17 251:7
265:5 307:4
**experts (5)**
56:11,21 251:6
274:20 328:6
**explain (7)**
78:6 87:5 132:14
162:20 245:19
298:25 305:5
**explained (1)**
121:22
**explaining (1)**

105:13
**explore (1)**
287:20
**exposed (3)**
213:21 297:11 302:15
**exposure (3)**
188:5 290:7 291:7
**express (1)**
309:10
**expressed (2)**
318:12 319:16
**extending (1)**
130:9
**extent (4)**
112:9 171:17,22
186:16
**extremely (1)**
121:18

_____
**F**
**F (2)**
39:4 326:1
**F-29 (4)**
143:25 145:5,15
146:2
**F-29.01.10 (1)**
144:25
**F-L-U-K-E (1)**
132:12
**face (1)**
232:21
**face-down (1)**
133:17
**face-up (1)**
133:17
**facilities (8)**
74:20 75:8,10 155:20
231:7 238:3 297:3
306:24
**facility (2)**
193:3 230:7
**facing (2)**
133:19,20
**fact (6)**
9:6 26:21 39:25
176:15 225:16
262:5
**factors (3)**
206:2 249:8 315:7
**FAEGRE (1)**
3:14
**Fahrenheit (1)**
111:11
**failure (1)**
171:9
**failures (1)**

170:24
**fair (6)**
7:16 80:2 83:14 160:7
170:11 218:5
**fairly (2)**
116:8 141:3
**fall (5)**
14:4,24 276:16,20
313:25
**familiar (37)**
40:4 47:6,16 80:13
110:17 132:13
143:17,20,23 145:4
145:4 168:17 169:8
176:14 193:19,19
203:16 204:7
205:24 219:20
228:16 229:10,19
234:12,15,17
250:23 252:16
271:16 275:24
277:19 284:21
291:8,13 303:24
305:2 313:2
**familiarity (4)**
155:21 172:17 219:7
284:18
**familiarize (1)**
119:8
**families (1)**
304:13
**family (3)**
145:5,15 305:19
**fan (13)**
100:2 103:20 105:12
106:20 109:18,18
109:19 114:17
120:8 146:19
149:23,23 226:21
**far (9)**
7:12 35:3 74:22 75:14
172:8 186:24 210:3
276:6 286:22
**Farrar (2)**
3:3 61:19
**fast (2)**
203:22 210:23
**faster (1)**
210:7
**fault (37)**
32:2,8 35:25 36:6
37:14,21 38:20,24
39:7,10 43:2 44:9
44:15 45:5,8 112:17
120:15,20 121:6
122:7,16,20,24

123:7,11,19,22,25
124:3,11,13,16,20
125:4,7,11 146:13
**faulty (1)**
123:14
**favorable (1)**
303:15
**FC (1)**
32:3
**FDA (56)**
67:7 85:7,11,16 154:6
175:24 177:5
179:19 180:23
181:3,7,12,16,17,22
182:9 186:2,24
189:18,21 190:21
191:16 192:19,22
192:23 194:6,16
195:2,4,10 196:12
196:24 197:7,19
198:8 227:8,11,13
227:23 228:6,8,17
228:20,25 236:23
254:3 255:8,23
258:6,25 259:11
302:7 318:2,9
319:12 329:5
**FDA's (2)**
191:17 228:3
**feasibility (2)**
287:18,22
**feasible (2)**
293:7 295:22
**feature (7)**
16:8 41:4 141:17
228:13 233:6
260:20 306:18
**features (18)**
23:24 24:9 41:21 42:6
77:19 81:5 110:8
111:23 112:18
145:17,18 228:7,11
232:15 293:13
299:6 304:13
317:24
**featuring (1)**
190:6
**February (4)**
54:17 86:8,16 117:18
**federal (12)**
2:8 167:20,22,23
168:3 175:15,21
176:9 191:7,9
192:13 326:13
**feel (7)**
250:14 302:22 307:15

307:25 310:10,16
323:13
**feet (7)**
24:12 25:24 26:22
90:8 106:11,23
118:23
**felt (2)**
87:4 307:19
**field (23)**
24:4,5,9 63:12,13,16
63:20 64:21 65:20
165:24 166:2,6
180:20 190:18
193:3,18 195:17,18
196:5 207:9 211:12
251:7 303:22
**figure (2)**
106:9 141:13
**file (3)**
167:11,14,16
**filter (97)**
28:11 29:15,22 97:11
97:13,18,22 99:12
99:25 101:13,16,23
105:12 108:20,23
113:9,11 114:4,16
114:18 118:24
120:7 127:17,18
128:15 150:19,22
154:21 227:9,12,18
227:19,24 231:15
231:15 233:10,22
235:2,6,11,17 254:4
254:6,7,9,11,23,24
255:10,12,24 256:6
256:12 257:6,9,10
257:20,25 258:4,5
258:16,17,23 259:2
259:12,18,20,23
260:6,14,24 261:4
261:12,20 262:3,18
263:11,17,19 264:7
264:9 269:14
289:25 298:21,25
299:5,6,8,13,21
300:6 302:2,8
304:15 315:20
316:23 318:4
**filtering (1)**
263:14
**filters (24)**
229:16 230:17,19,23
230:23 231:9,11
233:12,17 234:6,8
234:13 253:20,23
256:22,23 262:9

264:4 301:21,22,25
302:7 316:7,20
**filthy (1)**
222:22
**filtration (5)**
230:14 231:9,19
267:11 302:6
**finally (2)**
64:2 197:18
**financial (1)**
16:4
**find (23)**
37:13 38:6 52:5 83:15
95:18 117:19,20
157:17 158:12,18
176:7 179:5 182:15
183:5 187:2 191:9
262:15 271:6
275:17 282:24
283:2 312:4 317:15
**finding (2)**
157:18 272:23
**findings (1)**
197:23
**fine (4)**
57:6 115:4 162:22
244:13
**finish (3)**
121:16,19 122:3
**finished (1)**
212:4
**Fire (2)**
49:16 52:13
**Firefox (1)**
78:15
**first (33)**
15:10 20:15 36:25
42:12 45:3,11 57:9
59:19,20 60:13,25
81:11 88:19 92:7
96:23,24 100:4
101:12,23 124:21
125:22 139:14
144:25 178:3
207:10 241:17
254:22 256:4
258:14 275:25
292:24 305:17
319:4
**fit (1)**
93:15
**fits (1)**
28:11
**fitting (1)**
28:10
**five (8)**

38:22 39:14 70:20
71:5 73:25 124:12
182:24 184:19
**fixed (1)**
214:13
**fixture (2)**
144:25 146:2
**flat (2)**
136:2,12
**flexibility (2)**
15:3,19
**flexible (1)**
129:3 218:24
**flip (2)**
294:8 304:21
**flood (1)**
187:19
**floor (33)**
24:14,17 25:3,5,6,10
25:20 26:3,6 46:16
46:22,23 47:15,24
48:2,9 50:2,10
51:13 75:21 105:15
115:14,17 118:19
119:5,20 120:3
214:19 224:17,21
226:25 241:7
251:19
**floors (8)**
18:15 25:4,4 223:14
223:18,22,25 225:7
**flow (16)**
29:16 109:22 110:13
110:25 146:20
149:25 241:8
244:24 245:3,12
258:3 274:17 290:3
290:5,8 304:17
**flowing (1)**
120:5
**fluid (2)**
210:9 226:24
**fluid-based (1)**
211:4
**fluid-circulating (2)**
249:16,18
**fluids (4)**
46:24,24 203:11
249:25
**Fluke (3)**
132:9,11 133:21
**foam (1)**
133:25
**focus (3)**
75:11 250:12 286:21
**follow (3)**

40:24 146:2,9
**follow-up (2)**
322:22 323:4
**followed (3)**
282:3,3 286:3
**following (5)**
166:12 203:5 286:8
314:4 319:8
**follows (1)**
5:14
**Food (3)**
65:3,5 169:20
**footnotes (1)**
163:23
**force (4)**
116:6 118:22 147:22
243:11
**forced (7)**
1:3 4:6 204:20 268:23
275:9 289:14,24
**forced-air (12)**
80:11 128:11 264:14
269:13 271:10
273:21 274:4
278:17 281:10
287:6 295:4 310:6
**forgotten (1)**
230:11
**form (74)**
9:4 21:5 27:8 28:4,18
30:8,25 33:10,18
34:9 51:8 72:24
73:12 75:25 80:24
84:22 87:24 102:9
102:23 103:8,14
108:9 110:16
115:25 122:3
138:17 144:15
150:23 155:12
157:4 178:20
181:10 221:16
228:2 238:23 240:2
241:22 242:12
248:2,4,7 256:24
257:11 259:9
262:25 275:18
277:22 278:24
283:19 285:17
293:2,9 295:15
297:7 298:14,22
299:4,16 300:3
302:10,21 303:16
304:11 310:14
312:2 314:15
316:17 317:3 320:9
321:5,21 322:3,9,18

**formal (1)**
65:13
**format (2)**
37:18 89:23
**forth (3)**
227:21 264:24 326:9
**forwarded (1)**
161:19
**found (7)**
37:11 38:7 102:22
139:16 272:18
286:20 313:19
**foundation (1)**
302:11
**four (15)**
24:12,15 25:24 39:5
64:21 69:19 107:15
134:6 136:17
137:15 138:24
142:9 182:24
184:19 295:9
**four-month (1)**
165:11
**fourth (6)**
61:19 96:20 253:17
258:14 259:19
320:23
**fraction (1)**
142:4
**frame (1)**
183:10
**frames (1)**
11:16
**framework (1)**
174:20
**free (2)**
222:6 310:8
**frequent (1)**
19:9
**frequently (2)**
50:7 223:25
**Friday (3)**
161:15,25 162:2
**front (12)**
32:8 57:3 60:4 155:4
166:8 204:11
235:13,19 249:20
258:13 265:21
316:11
**fulfill (1)**
65:6
**full (8)**
5:20 130:5,6,7 157:23
158:4,5,9
**fully (5)**
23:23 149:3 245:11

245:13 267:3
**function (9)**
105:5,10,11 110:10
171:24 172:4 230:3
230:21 249:23
**functionality (3)**
171:4 230:24 249:9
**functioning (6)**
112:6 119:8 123:13
123:15 146:19
171:15
**fungi (2)**
264:23 267:5
**further (5)**
38:14 112:20 308:7
319:22 326:17
**furthermore (1)**
169:21

_____
**G**
**G (1)**
5:10
**gain (1)**
299:18
**game (1)**
71:15
**gaps (1)**
113:9
**garage (1)**
225:14
**gas (2)**
172:12 214:2
**gases (3)**
213:18,21 234:2
**gather (1)**
8:16
**gathered (2)**
8:19 9:6
**general (13)**
12:24 18:15 29:18
137:23 155:22,24
167:24 183:8 187:4
214:19 227:20
245:7 314:23
**generally (1)**
305:14
**generating (1)**
114:17
**generic (1)**
41:17
**gentle (1)**
275:6
**gentlemen (1)**
325:22
**geometry (1)**
317:11

**Germany (1)**
232:8
**germicide (2)**
216:4,4
**getting (8)**
119:12 126:20,24,25
152:21 255:19
320:13 325:3
**give (20)**
11:23 13:2 21:16
38:15 41:14 50:12
51:3 95:24 137:21
140:8 141:4,21
151:7 240:18
244:12 250:7
307:16 318:18
320:3,10
**given (6)**
21:21 34:12,15
164:10 251:7
326:11
**gives (2)**
24:7 25:15
**giving (1)**
150:11
**glad (1)**
110:5
**glasses (1)**
178:13
**Global (1)**
67:6
**glue (1)**
134:14
**go (33)**
10:10 33:16 38:10
57:2,18 96:19
101:11 121:18
124:24 134:17
146:15 148:24
152:24 186:25
191:7 194:5,21
226:25 256:13
264:24 270:5 272:4
277:10 297:14
301:12 308:10
317:14 320:22
322:19 323:2,12,12
323:22
**goal (1)**
23:25
**goals (1)**
112:21
**God (2)**
13:12 264:8
**goes (3)**
171:25 172:11 276:5

**going (44)**
10:10 13:16 16:18
32:6,14,17 55:4
67:12 88:12 107:19
115:5 121:14
134:18 146:24
152:25 200:7
201:16 206:16
211:17 232:20
244:4,14 253:5
254:17 256:7 258:3
258:4 259:22 272:8
292:8,13 301:4,6
308:13 323:7,8,10
323:11,11,18,22,23
325:4,23
**gold (1)**
132:21
**good (20)**
4:3 5:17,18 20:14,22
21:2 23:19 67:8
72:20 105:3 113:16
116:24 221:6
226:15 229:13
245:4,18 246:6
270:22 310:23
**good-sized (1)**
116:8
**Google (2)**
38:10 78:14
**Goss (8)**
3:22 5:4,4 49:8 244:7
324:24 325:5,9
**govern (1)**
167:21
**government (2)**
176:10 237:10
**grace (1)**
318:19
**graph (1)**
144:20
**grate (4)**
99:19 113:14,17
127:9
**great (1)**
115:3
**greater (1)**
46:16
**greatly (1)**
304:17
**green (2)**
238:8,12
**grid (2)**
171:12,25
**grossly (1)**
105:9

**group (1)**
307:13
**groups (1)**
168:11
**growth (1)**
206:14
**guess (3)**
72:20 73:9 165:2
**guessing (4)**
51:10 71:15 72:25
73:8
**guidance (3)**
146:9 181:3,7
**guideline (3)**
168:18 169:12,15
**guidelines (5)**
167:24 168:2,10,13
168:15
**guides (1)**
229:11
**guiding (1)**
168:13

**H**

**H-I-C-P-A-C (1)**
212:10
**Ha (1)**
220:15
**HAI (1)**
314:24
**hair (1)**
50:25
**hair-splitting (1)**
324:17
**half (2)**
72:22 244:4
**Hall (3)**
52:9 304:24 305:7
**hammers (1)**
225:15
**hand (4)**
23:25 268:11 291:14
326:22
**handle (1)**
228:9
**handling (2)**
101:14 121:8
**hands (1)**
291:23
**handwritten (1)**
89:9
**Hanfield (1)**
316:13
**hang (1)**
135:21
**happen (4)**

296:16 323:11,18,23
**happened (6)**
133:14 135:13 141:22
179:23 259:24
282:2
**happening (2)**
166:5 180:19
**happy (3)**
64:9 259:4 266:16
**harbor (2)**
25:17 29:18
**hard (8)**
26:2 38:2 89:24 90:3
90:4,9,13 180:16
**hardware (2)**
18:21 243:23
**HARRIS (1)**
326:3
**hazard (3)**
170:13 279:3 328:8
**hazards (1)**
305:18
**Hazzard (1)**
328:20
**head (1)**
66:14
**heading (4)**
45:15 137:23 276:15
325:16
**health (5)**
7:14 179:19 180:13
186:21 290:23
**healthcare (7)**
63:7 73:18 155:19
171:3 212:5 238:2
297:2
**hear (3)**
46:17 118:12 147:13
**heard (8)**
15:11 34:20 46:14
121:12 135:18
172:15 184:15
193:4
**heart (12)**
145:3 176:6 191:13
209:17,18,22
210:17 215:10
222:10 235:7 276:3
278:2
**heart-lung (1)**
211:19
**heat (16)**
79:18,19 80:9 123:15
128:14 207:12
209:2 247:17,21,25
248:2,4,7 249:25

250:3 274:11
**heated (2)**
119:13 146:24
**heater (5)**
43:24,24 44:2,20
123:13
**heater/cooler (4)**
211:15 212:9,19
216:22
**heating (27)**
44:10,16 49:18 78:12
80:8 104:15,18
105:7 119:17 120:8
123:24 137:24
146:18,25,25 147:7
149:20,25 150:3,4
208:21,22,23
210:11,12 211:7
295:2
**heavier (1)**
115:21
**height (6)**
46:22 50:8 51:5,6
131:25 132:3
**held (4)**
2:5 4:11 30:12 106:6
**Hello (1)**
153:8
**help (3)**
64:9 88:12 207:15
**helpful (1)**
307:17
**helping (1)**
74:24
**HEPA (16)**
254:6,23 255:13,24
256:6,23 257:3,6,10
257:12,20 258:5
260:5 262:9 263:11
289:25
**hereinbefore (1)**
326:9
**hereunto (1)**
326:21
**Hermann (1)**
5:24
**hey (1)**
258:6
**HICPAC (1)**
212:10
**high (6)**
51:16,17 109:16,17
118:25 242:10
**high-efficiency (1)**
255:13
**higher (17)**

25:12,13 50:9 104:7
104:19 132:2 139:3
140:25 141:2,11
258:3 262:11,18
279:14 280:3 314:7
314:13
**highest-volume (1)**
209:18
**highlight (1)**
298:21
**highlighting (2)**
89:14 90:12
**historic (1)**
120:20
**history (6)**
16:18 167:11,13,16
181:4,9
**hit (1)**
162:11
**Ho (5)**
265:5,6,23 266:7
274:21
**Hodges (7)**
3:8,11 4:24,24 31:13
68:20 69:5
**Hogg's (1)**
264:20
**hold (2)**
103:18 228:10
**holder (1)**
21:24
**holding (1)**
66:17
**holds (1)**
113:11
**home (4)**
209:16 266:12 297:14
322:20
**homework (1)**
262:15
**honest (1)**
302:9
**hope (2)**
113:7 117:18
**hopefully (3)**
208:2 270:23 325:9
**hoping (2)**
67:25 134:13
**hose (11)**
120:10 126:6,21
127:13 218:22
242:18 243:5,7,13
243:16,24
**hoses (3)**
217:5 218:19 242:19
**hospital (55)**

11:21 12:2,3 14:13
16:4 19:16,23 21:9
21:20,21 22:16 47:8
80:14 155:22,23
159:21,25 160:22
170:16,20 171:11
174:19 183:8 187:4
193:23 194:21
202:20 209:16,18
211:16,24 212:3,14
212:18 213:12
215:10 229:15,24
230:5 232:14
235:21,25 236:15
242:19 248:15,23
248:24 252:4 262:8
280:21 307:6
309:25 310:4,8
312:19
**hospital-acquired (1)**
314:24
**Hospitalization (1)**
276:14
**hospitals (35)**
11:11,12,21,23 12:7
12:12,19 14:19
17:21 22:8,20 34:23
45:25 63:8 74:20
155:18 171:6,8
174:8 187:8 214:17
223:5,18,22 224:2
224:22 236:12,19
247:2 291:13,15
295:25 296:20
306:14 309:4
**hot (1)**
292:11
**HotDog (13)**
80:17,22 82:5,9,12,16
83:6,9,17 84:20
159:3,7 283:17
**hour (3)**
29:3 244:4,7
**hours (11)**
24:10 29:5 55:3,4
69:19 76:11,15
121:7 122:7,12,15
**Houston (8)**
1:10 2:7 3:5,10 4:12
5:24 12:3,5
**Hugger (158)**
1:3 4:6 7:11 10:13,20
11:6,14,19 12:9
13:18,23 16:24 17:7
17:9,14 19:4,17,23
20:7 22:9,10,18

23:3,8,12,17 27:3
32:24 38:11 42:16
47:7,17 53:3,12
60:24 67:20 70:13
85:22 86:10 93:10
104:11 105:22
106:2,6,14,17,21,24
107:12,24 108:7,15
109:2,3,13 111:19
111:24 115:17
118:15,18,24 119:4
119:7,25 120:6,17
120:21 128:2,25
129:2,5 147:9 154:4
158:10 167:2 181:5
181:9 195:11
196:13,24 197:5,20
202:2,6,9,13,21,22
235:2,11,17,23
236:4,12,15,20,23
237:3,7,15,19 239:5
239:10,18,23 240:7
240:13,23 241:5,13
241:19 242:8 243:4
255:10,23 256:22
261:21 263:3,6
272:17 273:5 274:4
274:16 275:3,15
279:2,12 282:21
283:4,13,16 285:25
286:14,21 287:6,14
289:4,19 292:25
293:14,21 295:4
296:2 299:12,20,20
303:13,15 304:2
305:19 310:20
311:24 312:6
313:14 317:23
328:8,20 330:3
**Huggers (2)**
242:3,14
**human (1)**
50:25
**humidity (19)**
25:14 46:12,15 47:3,3
48:7,12,15,22 49:2
49:14,21 50:2,3,9
51:7,22 204:22
230:10
**hygiene (1)**
291:14
**hygienist (1)**
252:22
**Hygrometer (1)**
50:21
**hypothermia (1)**

277:14
**hypothesizing (1)**
22:12

**I**

**i.e (1)**
16:5
**ice (2)**
204:4 211:5
**ICU (1)**
232:17
**idea (7)**
115:16,20,21 116:14
130:18 148:17
313:18
**ideation (1)**
168:14
**identification (2)**
31:24 107:6
**identified (17)**
30:16 37:24 184:25
185:6 199:22
217:12 241:18
243:15 267:19
282:22 287:15
289:3 290:20 292:3
293:8 295:13
311:12
**identify (20)**
4:20 31:15 37:20
64:12 65:14 74:13
77:17,18 78:17
170:13 186:2
192:25 198:18
243:6 268:15
271:12 281:23
293:12 312:10,14
**identifying (3)**
113:7 191:11 252:6
**IEC (1)**
200:12
**IFUs (2)**
185:2,21
**illustrate (1)**
134:24
**illustrations (1)**
130:14
**imagine (2)**
133:24 195:19
**immediately (1)**
99:24
**impact (10)**
25:6 29:13 42:4 43:20
44:9,16 217:21
284:20 315:7,16
**impacted (1)**

29:10
**impinge (1)**
221:12
**implants (1)**
225:16
**implement (3)**
64:2 247:11 288:11
**implementation (1)**
168:14
**implemented (1)**
288:8
**implementing (3)**
229:23 247:2,5
**important (23)**
26:22 42:9 112:24
171:3 195:9,13
197:6,24,25 203:3
215:14 217:6
239:25 240:21
241:2,16 247:22
285:2 299:2,7 302:4
304:12 322:8
**impression (5)**
8:20 90:16 255:3,19
305:14
**improve (2)**
63:8,12
**improvement (2)**
283:15 290:6
**in-compartment (1)**
127:16
**in-operation (1)**
26:20
**inability (2)**
149:9,15
**inch (2)**
46:22,22
**inches (4)**
117:10 118:25 136:3
136:4
**Incidence (1)**
276:13
**incident (1)**
263:8
**include (19)**
16:7 54:16 64:15
80:14 82:3 90:25
229:7 251:14,17,21
251:22 258:16
274:25 285:23
286:11 303:12,14
322:23 324:2
**included (13)**
31:20 41:25 55:23
63:25 79:12 144:6
155:19 161:17

274:23 275:17
282:15 285:19
287:17
**includes (4)**
91:7 151:9 236:5
239:8
**including (5)**
91:15 128:20 148:19
156:16 253:21
**inclusion (1)**
275:13
**incorporate (2)**
274:8 295:5
**incorporated (1)**
87:4
**increase (10)**
219:3 263:17 272:25
274:10 275:4,15
286:2,15 287:7
305:22
**increased (7)**
47:4 197:21 262:4
263:6 272:18,22
311:24
**increases (1)**
274:3
**increasing (2)**
241:4 306:17
**index (4)**
163:25 263:6 268:10
327:1
**indicate (4)**
31:21 114:13 273:9
290:20
**indicated (3)**
29:4 47:22 293:11
**indicating (2)**
33:14 135:2
**indication (6)**
83:16 115:12 234:25
254:23 259:22
283:14
**individual (5)**
137:17 138:7,16
139:19 237:5
**individuals (5)**
68:12 91:16 92:22
177:23 208:25
**indoor (1)**
155:17
**industrial (1)**
252:22
**Industries (1)**
199:11
**industry (10)**
73:17 168:7 169:8

199:19 200:13
229:10 312:19
313:12 318:8
319:11
**infant (2)**
80:7 204:19
**infection (71)**
197:21 205:18 206:3
209:6 211:2,9
212:20 213:9
235:22 236:2 237:6
241:4 247:2,5
261:20 262:4,11,19
263:5,7,12,20
264:12 267:6
271:11 272:18,22
273:2,7,22 274:10
275:4,9,16 276:14
276:25 277:20
278:15 279:15
280:7,13 281:11
282:13,20 283:15
285:10 286:2,15
287:7 290:12,21
291:10 297:6
302:16,19 303:2
305:23 310:19
313:4,21,24 314:4,8
314:12,14,19,24
315:7,11,16 321:2
**infections (8)**
213:8 237:20 246:2
247:7 253:2 264:19
266:25 289:19
**infectious (5)**
233:15 245:23 248:11
252:3 261:13
**infer (2)**
102:17 103:11
**influence (1)**
213:25
**inform (2)**
95:17 181:3
**information (48)**
7:21 8:10 28:2,25
44:4 63:25 77:7
89:2 102:16 122:21
123:6 145:9 157:7
157:10,15 164:10
165:20 166:5
167:17 188:22
190:15 191:2,6
192:5 194:10
195:25 201:13
235:16 237:9,11
238:15 239:15,19

257:8 261:9 265:2
276:24 281:6
283:23 284:5
287:16 296:17
303:12 307:22
309:5 312:11 328:4
328:18
**informed (2)**
181:8 307:16
**infrared (2)**
80:7 203:25
**infusion (4)**
214:14,16 215:23
247:9
**initial (2)**
81:18 99:6
**initiated (1)**
197:13
**injector (2)**
185:17,18
**injured (1)**
171:7
**inner (1)**
127:18
**innovation (2)**
65:8 168:14
**input (7)**
174:18 189:20 260:3
260:5,11,12 307:5
**inquiry (1)**
238:19
**inserted (2)**
178:22 179:7
**inside (27)**
24:3 25:2,7,20 26:15
26:16,23 27:4 48:12
103:25 104:11,19
119:18 126:16
127:12,16 149:9
150:3,4,7 204:23
206:17 216:13,19
216:20 242:17
243:12
**insides (1)**
26:7
**insignificant (1)**
137:15
**inspected (2)**
189:17 196:12
**inspection (10)**
86:12 193:3 196:23
197:4,12,14,23
198:4,9 328:5
**installed (1)**
12:20
**instance (1)**

189:13
**Institute (4)**
65:8 209:17 210:17
215:11
**institution (2)**
209:19 211:11
**institutional (1)**
154:15
**instructed (1)**
46:3
**instructions (3)**
184:9 242:24 243:2
**instrument (4)**
50:19,22 132:7
199:18
**instrumental (1)**
271:13
**instrumentation (1)**
65:24
**instruments (2)**
13:10 15:20
**intake (11)**
25:14 27:14 28:12
47:2 99:11 100:5
105:15 112:7 113:5
113:6 127:8
**integral (1)**
119:9
**integrated (3)**
102:12 128:18 149:3
**integration (2)**
110:12 119:10
**integrity (3)**
28:9 40:4 218:3
**intend (2)**
111:16 309:11
**intended (7)**
14:6 47:11 79:15
81:24 111:23 173:8
240:24
**intensity (1)**
267:4
**intensive (2)**
233:5 247:8
**intention (1)**
121:10
**interaction (3)**
35:19 233:6 246:21
**interest (2)**
170:16 286:22
**interested (5)**
117:7 129:10,17
166:3 326:20
**interesting (2)**
203:19 252:13
**interfere (1)**

274:16
**Interim (1)**
198:21
**interject (1)**
300:2
**internal (4)**
10:18 24:25 119:9
232:4
**internally (1)**
120:6
**international (4)**
73:20 172:16 313:3
320:25
**internet (6)**
44:6 78:9 157:11,13
157:15 158:3
**interpret (2)**
39:7 83:25
**interpretation (5)**
255:15 280:6,12
310:5,13
**interpreted (2)**
191:22 194:3
**interpreting (2)**
57:23 233:22
**interrupting (1)**
121:15
**interruption (2)**
49:4 241:8
**interval (2)**
217:11 218:10
**intimate (1)**
246:21
**intimately (2)**
204:7 282:4
**introduced (1)**
293:14
**invest (1)**
306:15
**investigate (2)**
249:6,13
**investigated (1)**
249:7
**investigation (11)**
44:23 193:2 248:11
249:5,17 250:24
251:9 252:10,18
278:14 282:4
**invited (2)**
232:7,25
**invoice (11)**
54:15 55:3,5,12,18,23
60:14 67:25 76:10
78:7 86:18
**invoices (9)**
53:18,20,22 54:22

59:18 67:23 81:10
86:14 151:12
**involve (10)**
45:21 63:2 76:6 174:9
188:6 222:23
230:13 231:25
251:11 252:5
**involved (38)**
15:14 69:8 76:15
106:13 144:2 167:7
187:8 188:8,20
191:14,18 192:15
198:23 203:8
206:20 207:19
208:6 209:11,16
212:13,17 213:16
213:24 214:7,22
215:6,22 217:10
227:7 231:6,19
232:24 233:22,25
245:16 247:10
249:12 252:3
**involvement (9)**
21:22 74:8 156:4
213:8 230:2,2 246:8
246:13,16
**involvements (1)**
231:22
**involves (1)**
247:6
**involving (1)**
203:17
**ISO (5)**
172:14,19 173:7,12
176:2
**isolation (2)**
48:20,23
**Isolette (1)**
80:12
**Isolettes (2)**
204:19 205:17
**Israel (1)**
187:9
**issue (13)**
29:21 54:14 95:21
98:17 112:13
194:25 195:7 204:7
211:8 212:15 249:2
252:18 312:7
**issued (12)**
53:5 54:2,4,15,19
55:3,5 193:17
194:16 195:10,19
227:23
**issues (3)**
197:16 277:11 279:3

**issuing (1)**
53:8
**Italy (1)**
187:9
**item (10)**
21:23 45:14,16 59:20
88:24 91:14 93:6,8
93:11,13
**items (5)**
90:17 94:7 154:25
268:3,15
**IV (6)**
24:20 47:22,23,25
48:9 126:6

---
**J**

**January (6)**
86:6,16 117:18
151:21 152:3,11
**Jarvis (1)**
52:8
**Jaye (1)**
3:17
**job (3)**
1:21 14:4 222:23
**joint (7)**
133:8 263:15 313:4
313:20,24 314:4
321:2
**joke (1)**
281:24
**journal (5)**
210:17 263:16 270:8
275:20 285:5
**journals (1)**
281:9
**judgment (1)**
21:15
**July (8)**
52:21 55:20,25 56:7
56:16 60:14 81:11
81:21
**June (3)**
52:20 253:10 329:4
**jury (5)**
6:8 112:24 305:14
306:5 307:18

---
**K**

**K-U-R-Z (1)**
275:25
**Kaster (1)**
61:19
**Keenan (1)**
273:11
**keep (10)**

67:22 71:2,12 73:14
  112:9 117:21 118:5
  129:14 144:10
  325:3
**KENNEDY (1)**
  3:8
**kept (1)**
  49:2
**key (2)**
  43:12 78:25
**kill (1)**
  216:10
**kill-off (1)**
  219:9
**killing (1)**
  219:14
**kind (32)**
  21:12 31:8 40:24
    50:19 55:8 78:21
    87:9 109:24 116:11
    126:21 127:3
    129:21 130:18
    131:13 145:22
    156:4 160:11 166:2
    170:23,24 171:4,14
    183:18 185:17,20
    211:14 215:2
    231:15 249:18
    270:19 306:6 325:3
**kinds (4)**
  71:20 82:11 130:15
    250:8
**knew (3)**
  39:23 52:23 302:14
**know (130)**
  6:20,25 7:12 8:7
    14:12 22:18,22,23
    25:22 28:16 29:6,8
    29:9 32:13 33:24
    34:2 35:14,17,18,23
    36:17 37:10 38:13
    38:17 41:6,16 42:5
    43:25 45:20 49:21
    50:23 52:17,22 61:3
    66:13,19 71:6 72:14
    72:15,17,25 76:10
    76:16,22 77:12 85:7
    94:21 96:20 97:23
    101:3 110:18,21,24
    111:3 116:19 121:2
    124:16 126:15
    128:4,7 129:23
    134:20 144:24
    150:2 151:16,17
    154:13 155:15
    157:5 158:21,21

161:6,11 162:8
165:14 166:18
167:13 173:13
179:23 180:17
182:24 187:15
191:8 195:10
196:12,22 199:5
200:7,14 206:5,7
209:14 211:14,17
218:12 222:8
224:16,19,20 225:2
226:10 233:5
234:20 236:18,21
237:2,4,5 238:12,14
243:11 254:10
261:10,10 265:22
268:11 275:19
276:10 284:6
286:22 293:25
299:24 300:5,8
301:2 303:8 314:12
315:21 325:7,12
**knowing (1)**
  112:16
**knowledge (17)**
  104:9 121:3 152:12
  207:6 223:11
  230:23,25 231:12
  238:6 245:5,19
  246:7 271:8 303:22
  309:21 314:16,18
**known (2)**
  71:23 291:15
**Kurz (1)**
  275:25

---
**L**

**lab (15)**
  21:17 40:20 110:17
  112:11 117:25,25
  131:8,9,12,13,14,16
  148:24 149:4 233:3
**labeling (2)**
  218:25 219:2
**labor (2)**
  199:19 200:24
**laboratory (8)**
  13:9 45:10 110:2,3,14
  110:25 111:4
  245:15
**lacking (1)**
  191:2
**lady (1)**
  325:21
**Lamar (1)**
  3:4

**laminar (2)**
  244:24 274:16
**language (1)**
  43:13
**laparoscopic (1)**
  199:17
**large (16)**
  18:22 71:23 75:8
  116:7 150:10,12
  156:3 207:19
  209:22 215:13
  240:3 242:3 245:7
  261:25 270:24
  285:3
**larger (2)**
  118:10,11
**largest (2)**
  188:3 297:10
**lasers (1)**
  13:8
**late (7)**
  11:13,16 12:12 50:18
  165:13 270:3
  323:20
**lawsuit (4)**
  17:5 160:21 280:9,11
**lawyer (1)**
  89:5
**lawyers (2)**
  237:15,19
**lay (3)**
  112:24 134:12 225:17
**layer (2)**
  220:21,22
**laying (3)**
  135:25 136:2,12
**layperson (3)**
  105:3,13 245:19
**lead (2)**
  162:8 213:22
**leading (1)**
  294:11
**learned (3)**
  205:6 265:16 296:18
**lectures (1)**
  65:25
**led (1)**
  139:19
**left (5)**
  82:6 106:15 271:24
  286:25 292:6
**legal (3)**
  4:16 192:15 323:16
**legs (1)**
  130:23
**length (6)**

29:6,9,12 130:5,6,7
**let's (14)**
  57:2 88:10,18 96:19
  101:11 183:3
  192:18 260:8 272:4
  300:10 301:12
  308:9,10 324:24
**letter (25)**
  39:4,4 193:5,8,17
  194:2,22 195:10
  253:10 254:2,15
  255:5,7,18,22,25
  256:18,21 257:5,16
  258:12 259:25
  300:17 301:19
  329:4
**letters (7)**
  194:15 195:7,18,23
  196:7 316:13,13
**letting (2)**
  32:13 276:9
**level (16)**
  50:10 65:15,19,21
  105:15 222:7,9,21
  234:3 235:7 255:20
  259:3,13 260:3
  263:14 271:8
**levels (2)**
  223:8 242:10
**levers (1)**
  113:7
**Lewis (1)**
  161:19
**Liability (3)**
  1:3 4:7 330:4
**library (4)**
  37:2,2,7 269:12
**life (4)**
  204:15 205:5,8,12
**life-and-death (1)**
  46:9
**lift (4)**
  115:22 118:23 119:4
  120:2
**lifted (2)**
  106:21 116:9
**lifting (1)**
  119:19
**light (4)**
  61:20 177:8 212:14
  228:9
**likelihood (1)**
  282:12
**limit (2)**
  48:4 172:9
**limitation (2)**

124:11 172:11
**limited (1)**
  124:12
**line (6)**
  156:5,7 171:13 206:9
  256:10 328:2
**lint (1)**
  30:21
**list (19)**
  10:7 11:24 13:11 61:8
  61:12,15 62:14 81:6
  83:16 84:9,10,17
  87:2 156:18 178:9,9
  210:20 268:15
  321:18
**listed (21)**
  10:6,8 14:19 57:19
  58:16 59:2,9,14
  62:2,10 91:16
  153:24 159:14
  160:15 165:3
  166:10 180:9
  183:10 236:8 321:6
  325:14
**listen (1)**
  258:6
**listing (12)**
  33:13 34:13,15 35:11
  35:13 45:12,14,24
  84:2 92:21 163:21
  178:4
**lists (1)**
  178:14
**literal (1)**
  93:12
**literally (3)**
  203:10 246:17 292:11
**literature (38)**
  36:19,20,21 41:18
  56:12 76:19,23
  160:18 163:11,11
  196:2 236:6,8
  252:25 263:8,15
  267:13,14,22,24
  268:8 271:17
  272:15 273:11
  280:16,24 283:9
  290:22 293:18
  303:7,20 309:24
  310:6 312:14 314:3
  315:10 316:11
  328:19
**litigation (30)**
  1:4 4:8 7:11 60:24
  63:3 67:21 70:13,25
  71:4 72:11 73:18

166:11,16 170:2
191:21 193:9 198:3
198:6 209:10
213:11 231:18
233:21 238:4
248:20 298:2
300:16 301:17
310:9,16 330:4
**litigation-related (4)**
70:20 71:10 72:18
73:24
**little (5)**
10:11 96:23 244:10
292:10 305:24
**live (4)**
240:12,22 241:20
242:9
**LLC (3)**
6:5 62:17 70:19
**LLP (1)**
2:6
**Ln (1)**
330:7
**loan (2)**
14:9 15:6
**locate (3)**
153:19 272:16 273:4
**located (6)**
79:4,8,23 131:12
232:9 274:14
**locating (1)**
153:21
**location (1)**
48:12
**locations (2)**
251:12 262:12
**logistic (1)**
95:21
**logistics (1)**
129:16
**long (12)**
6:24 21:19 29:2 50:15
50:17 69:18 72:3
74:7 93:8 123:6
228:9 244:9
**longer (2)**
261:5 302:24
**look (80)**
33:16 36:24 39:24
43:5 53:9,21 57:12
58:22 59:8,17,18
60:13 78:23 81:8
82:8,12 83:18 88:10
88:18,19 90:24
91:14 93:12 99:10
102:24 105:17

110:7 117:24 118:4
126:14 130:4
134:25 139:13
142:3 143:3 144:24
151:12,16 155:10
157:21 161:2 163:4
170:15 174:3
178:23 183:4
187:15 192:5 194:8
194:9,12,21 196:7,9
196:10 205:22
222:2 228:12
240:11 253:16
256:3 258:12 259:7
260:8 264:20
266:12 268:9,14
276:23 279:2 283:7
283:8 290:18 294:8
298:2,7,17 300:24
313:6,11
**looked (31)**
21:3 24:11 25:21 26:8
26:15 36:25 37:16
42:15 77:7,12 78:9
78:11 82:13,19,20
82:22 83:16 85:16
113:13 120:22
121:23 140:2 170:4
214:23 229:3
232:20 269:12
281:3 303:19
313:16 316:22
**looking (37)**
13:7 30:11 31:18 44:6
57:21 64:11 77:15
78:21 107:23
117:23 120:13
121:11 122:22
155:4 159:17
167:24 170:17
179:24 194:5 206:6
206:7,12,13 210:20
228:6 234:5 246:20
259:5 263:9 270:20
270:21 271:6 289:7
294:16 298:5
312:20 314:2
**looks (8)**
33:13 45:18 66:16
130:2,25 145:19
270:8 287:22
**loop (1)**
291:4
**lose (1)**
300:11
**lost (1)**

187:18
**lot (2)**
126:7 323:20
**loud (1)**
49:8
**louvers (1)**
127:8
**love (1)**
261:6
**lower (6)**
129:22 130:25 132:2
306:17 307:7
314:13
**lowered (1)**
106:23
**lucky (1)**
211:10
**Luke's (9)**
12:2 14:12,19 22:5,20
209:15 211:15
215:10 236:18
**lunch (2)**
152:22,24
**lungs (1)**
214:4
**Lynch (1)**
61:19

**M**

**M-E-R-V (1)**
234:13
**M-I-T-R-E (1)**
169:19
**M-T-E-C (1)**
281:2
**M.D (3)**
154:12,14 262:7
**M10 (1)**
257:21
**M20 (1)**
257:21
**ma'am (2)**
287:11
**machine (2)**
142:25 214:3
**machines (2)**
13:8 211:20
**magnificent-sized (1)**
104:15
**magnitude (3)**
176:18,22 177:7
**main (1)**
21:11
**maintain (5)**
135:2 204:13 205:7
277:21 278:4

**maintained (2)**
12:20 232:21
**maintaining (4)**
203:4 204:8 293:22
295:4
**maintenance (1)**
277:12
**major (1)**
318:4
**majority (1)**
216:15
**making (12)**
13:22 19:25 31:10
42:7 90:13 167:18
174:13 204:3
208:12 279:7
282:11 286:18
**man (1)**
121:19
**man-made (1)**
171:5
**management (7)**
63:9 74:22 165:22
173:15 203:5
288:11 307:6
**managing (1)**
13:5
**mandatory (2)**
168:16 169:13
**mannequin (1)**
204:4
**mannequins (1)**
214:4
**manner (1)**
27:7
**manual (11)**
36:11,14 37:11,18
38:11,17 39:8,21
44:5 122:23 124:3
**manuals (3)**
36:22,22 37:2
**manufacture (1)**
229:11
**manufactured (1)**
190:20
**manufacturer (8)**
189:18 194:24 211:19
217:20 218:2 264:3
264:15 302:5
**manufacturers (7)**
63:10 168:21 192:6
193:14 195:19
217:14 281:6
**manufacturing (3)**
197:6 229:13 232:10
**March (1)**

42:21
**marching (1)**
51:9
**mark (7)**
3:6 4:22 7:18 70:7
107:19 108:21
253:5
**marked (35)**
7:19,23 33:5,7 57:4
88:15 93:22,24
100:19 144:7 153:6
153:8,25 156:13,15
163:8,10,15,17
164:2 177:11,19
240:15 253:8 257:8
297:25 300:15
301:4,14,17 327:13
327:14,15,15 329:6
**marker (1)**
162:23
**market (2)**
77:18 190:6
**marketed (3)**
79:15 81:24 318:5
**marketing (3)**
77:19 161:16 162:16
**marks (1)**
108:24
**marriage (1)**
326:19
**master (1)**
65:15
**match (2)**
16:8 146:8
**matched (2)**
42:8 252:7
**matches (1)**
129:21
**material (40)**
8:18 9:9,10 76:18
77:2,5,19 78:2,4,8
78:10 85:10 145:7
150:25 154:23
156:17,22,23 157:2
165:17 167:6
187:18 191:12
218:19 240:16
254:9 257:19,24
259:5,7 264:25
266:4,17 307:20,23
312:5 316:12
317:12,15 328:16
**materials (59)**
8:16 9:5,7,22 10:2,5,7
57:16 58:16 76:22
79:3,22 80:4 82:8

82:11 83:5,9,11,15
83:17 84:2,15 126:5
126:10 130:13
144:13 153:11,14
153:16,19 156:18
158:17,22 160:25
161:16 162:15,16
162:17 163:21
187:14 266:2,10,14
267:18 288:19
296:9,12 300:14
301:6 307:16 311:9
316:16 322:13
324:10,13 325:15
328:22,24 329:2
**matter (8)**
55:21 89:8 134:9
197:3,7 225:16
262:5 326:20
**matters (1)**
246:14
**mattress (1)**
250:2
**mattresses (1)**
295:3
**McGovern (7)**
239:21 263:2 283:12
283:24 284:23
285:7 289:20
**MDL (2)**
1:4 4:10
**meal (1)**
48:3
**mean (40)**
12:16 18:13 24:21
44:14,19 46:20
57:23,24 63:15,21
77:3 85:22 96:9
97:13 104:4 105:4
114:19,20 123:8
126:9,9,13 129:11
149:14 158:7 194:2
205:8 206:23
220:13,15 224:12
242:16 250:18
260:19 265:5
276:17 278:22,25
313:7 315:21
**meaning (2)**
20:25 63:7
**means (8)**
12:17 43:10 77:4 78:8
85:8,9 123:23
214:23
**meant (12)**
15:12 19:20 39:7 43:6

44:5 116:4,7 123:19
124:4 192:11
205:13 218:7
**measure (5)**
109:22 133:10 134:11
140:3 243:9
**measured (4)**
48:11,14 139:15
230:22
**measurement (10)**
133:5 135:9,12
142:11,23 144:5
145:11 146:23
151:4 234:3
**measurements (23)**
117:9 125:8,9,16,20
126:2 131:19 132:8
133:18,22 136:24
137:13 138:16,24
139:3,19 142:5
143:4 147:18
151:10,18 152:10
286:19
**measuring (6)**
48:21 50:8 134:18
192:9 206:8,11
**mechanical (2)**
231:23 250:9
**mechanically (1)**
150:15
**mechanism (4)**
227:18 241:12,17
293:8
**mechanisms (3)**
241:4,12,24
**media (2)**
87:18 90:14
**medical (81)**
12:4,18,22 16:5 20:3
20:9 34:24 37:3
63:9,11,20 65:8
67:2,6 71:23 74:8
74:22 75:12 76:7
167:8,21 168:5,9,19
168:20 169:9 170:9
170:18,21 171:17
171:19 172:4
173:17 174:10
175:2,16,21 179:18
180:13 187:11,19
188:3 192:3,3
193:16 198:15
199:7 212:23 213:2
214:15 215:19
216:13,14 230:4
231:19 232:9,16

245:9,11 247:13,14
247:15,16 249:9
251:23 267:14
269:12 279:7,10
280:21,23 281:2
291:16 297:2,10
306:10,12 308:20
313:12 315:17
329:3
**medication (1)**
7:14
**meet (5)**
68:8 69:11,18 70:5
75:4
**meeting (16)**
60:14,21 65:23 68:9
69:4,20 76:11,19
81:19 183:18
184:20 186:5
187:10 210:8 313:4
320:25
**meetings (4)**
69:7 184:21 187:13
208:13
**meets (1)**
235:3
**member (4)**
52:15 143:25 182:12
251:5
**members (1)**
282:6
**memories (1)**
140:16
**memory (16)**
11:15 17:20,22 19:2
23:11 39:24 43:5
53:10,11 56:25
92:16 124:10,15
130:20 293:23
317:10
**men (2)**
68:24 69:2
**Mentally (1)**
142:17
**mention (2)**
289:11,18
**mentioned (17)**
18:7 32:3 35:25 37:2
65:11 109:4 137:2,4
207:11 218:19
247:25 265:13,19
271:14 289:16
312:17,24
**merit (1)**
154:20
**MERV (4)**

234:12,19 235:3,7
**met (11)**
7:5 34:17 60:17 67:19
68:12,15,18 69:24
70:3,8 184:3
**metabolism (1)**
209:24
**metal (3)**
114:21 133:11 218:24
**metals (1)**
133:7
**meter (1)**
29:3
**method (7)**
102:2 134:7 145:12
146:8 194:22
312:10,14
**methods (1)**
271:12
**mic (1)**
276:5
**microbiologist (1)**
52:9
**microbiology (2)**
51:20 233:14
**micron (2)**
255:17 256:14
**microns (5)**
116:15,16 118:10
264:22,23
**microphone (2)**
132:23 133:25
**microphone-like (1)**
133:2
**middle (3)**
33:11 136:15,20
**Miller (5)**
1:20 2:9 4:18 326:4
326:25
**millimeter (1)**
116:21
**millionth (1)**
116:21
**mind (15)**
8:25 20:25 69:21
78:22 80:15 93:17
104:6 112:25
119:24 214:14
222:3 231:21
262:21 301:14
319:24
**Minneapolis (2)**
3:16,21
**Minnesota (4)**
1:1 3:16,21 4:10
**minute (3)**

32:7 213:20 272:12
**minutes (3)**
139:16 142:13,25
**misbranded (6)**
189:25 191:17,23
192:11,21 317:23
**misbranding (2)**
190:24,25
**miscarriages (1)**
213:23
**misleading (2)**
302:12 318:6
**misled (1)**
317:25
**mispronounce (1)**
58:8
**misrepresent (1)**
139:7
**missed (1)**
158:6
**missing (5)**
57:20,21 83:19 266:6
324:15
**mission (1)**
175:25
**Misstates (1)**
28:19
**mistaken (3)**
43:22 58:17 189:4
**misunderstood (1)**
279:19
**mitigate (1)**
263:12
**MITRE (3)**
169:18,23 170:19
**mode (1)**
36:5
**model (15)**
18:22 32:22,24 38:11
47:21 129:7,7
177:14,14 235:2
253:22,22 304:6,6,9
**models (2)**
31:24 304:2
**modification (1)**
193:18
**modifications (1)**
287:14
**modify (1)**
176:17
**moment (11)**
16:19 53:18 59:18
72:8 86:3 96:3,21
108:22 181:20
240:20 269:4
**Monday (2)**

52:20,20
**monitor (7)**
132:10 133:9,13
141:17 213:25
233:4,9
**monitored (1)**
210:3
**monitoring (3)**
171:13 204:22 232:25
**monitors (2)**
13:6 231:24
**month (5)**
52:18 55:18 151:11
311:8,11
**Montrose (1)**
3:9
**morning (12)**
4:3 5:17,18 7:5 70:23
157:12 159:3 192:4
193:15 229:25
230:12 265:22
**Moss (1)**
273:11
**motor (1)**
101:18
**motorcycles (1)**
41:7
**mounting (2)**
29:15,22
**move (2)**
114:4 283:21
**moved (6)**
26:2 107:24 108:12
114:14 119:13
127:11
**movement (1)**
245:3
**moving (2)**
128:20 247:9
**MTEC (1)**
281:2
**multiple (3)**
112:17 141:19 303:25

**N**

**N (2)**
3:1 5:10
**naïve (1)**
112:18
**name (16)**
4:16 5:20 58:8 68:14
92:8,22 129:5 133:3
200:3 202:22 216:4
216:5 249:21,24
265:13 330:3
**name-calling (1)**

324:25
**names (2)**
216:8,11
**narrative (1)**
31:5
**National (2)**
49:15 52:13
**natural (1)**
171:5
**naturally (2)**
74:8 212:22
**necessarily (3)**
157:13 158:20 214:12
**need (37)**
6:18,23 9:12 15:16
26:9,11 27:10 44:11
57:5 79:10 90:23
95:22 108:21 110:9
116:6 120:25
128:12 131:17
138:11,14 142:2
149:2,16 174:6
178:13,23 185:14
190:19 193:11
204:21 261:9
273:12,16 291:5
307:23 316:8
323:14
**needed (4)**
40:5 200:9 270:13
311:21
**needs (6)**
16:9 90:22 105:6
207:17 215:13
323:12
**negative (1)**
241:2
**neonatology (2)**
204:11 232:17
**neurological (3)**
186:3,14,15
**never (4)**
37:25 119:21 181:21
181:24
**nevertheless (2)**
128:16 171:8
**new (18)**
15:4 16:10 23:23
27:25 28:6,17,21
35:4 36:9 74:20
75:4,6,8,8 124:15
232:11 233:3
306:13
**NFPA (2)**
49:16 52:14
**nice (2)**

41:4 275:6
**night (1)**
270:3
**nine (3)**
178:14,15,16
**non-3M (1)**
158:9
**non-air-use (1)**
290:2
**non-Bair (1)**
158:10
**non-lawyers (1)**
89:2
**nondiscriminatoril...**
208:23
**nonengineering (1)**
282:10
**nonmoving (1)**
290:3
**nonsterile (1)**
221:12
**nooks (1)**
126:21
**normal (1)**
221:13
**normothermia (6)**
276:12 277:8,13,21
278:4,6
**north (1)**
131:16
**Notary (2)**
2:11 326:5
**notations (2)**
89:14 90:11
**note (1)**
137:6
**notebook (11)**
156:16 157:21 158:7
179:18,24 328:15
328:17,19,22,24
329:1
**noted (3)**
288:24 325:6,25
**notes (10)**
39:15,19 42:22 89:7
136:23 137:8,10,18
138:5,5
**notice (2)**
196:5 324:23
**notices (2)**
196:9,10
**November (2)**
76:9,24
**number (19)**
38:24 39:5 89:7 91:14
93:20 97:3 116:8

123:12,12 129:5,6,7
137:12 142:3
207:19 234:4 242:3
268:18,18
**numbered (1)**
61:16
**numbers (9)**
39:10 50:16 84:13
138:11,12,19
140:14 141:14
315:2
**numerical (1)**
268:18
**nurse (3)**
65:20 207:21 226:23
**nurses (2)**
306:22 309:5

**O**

**O (1)**
5:10
**oath (2)**
5:12 6:7
**object (61)**
21:5 27:8,9 28:4,5,18
30:8,24 31:13 32:10
32:18,19 72:23
73:12 75:25 80:24
84:22 87:24 103:8
103:14 110:16
114:11 115:25
119:19 121:14
122:2 138:17
139:21 144:15
150:23 155:12
157:4 181:10
221:12,16 228:2
240:2 241:22
242:12 257:11
259:9 262:25
275:18 277:22
278:24 283:19
285:17 293:9
294:10 295:15
297:7 310:14 312:2
316:17 317:3,18
320:9 321:21 322:3
322:9,18
**objection (22)**
31:2,12 32:10 33:18
33:20 34:9 51:8
102:8,23 256:24
298:14,22 299:4,16
300:3 302:10,21
303:16 304:11
314:15 321:5 325:6

**objections (1)**
31:11
**objective (7)**
44:21 102:5,10
112:21 119:6 140:7
278:19
**objects (3)**
118:23 245:16 328:4
**obligations (1)**
296:21
**oblige (2)**
246:10 266:16
**observation (11)**
25:23 140:9 143:10
143:11 149:12
151:4,5 197:17
218:18 219:6 224:2
**observations (5)**
31:19 32:15 149:5,8
197:22
**observe (1)**
114:3
**observed (1)**
18:15
**obtain (13)**
10:13 17:6 26:5 36:11
65:19 82:15 85:17
127:21 145:6
153:22 155:7
157:14 180:12
**obtained (11)**
11:4 16:24 17:13
18:23 28:24 42:16
64:25 85:23 141:10
154:2,4
**obvious (4)**
30:21 99:24 147:7
315:10
**Obviously (1)**
76:13
**occasion (2)**
100:13 101:8
**occasions (3)**
148:15,23 212:24
**occur (2)**
83:12 184:20
**occurred (2)**
27:5 124:17 252:12
**occurring (3)**
122:7,12 124:13
**October (2)**
60:6 81:12
**offer (4)**
279:11 300:22 301:2
309:11
**offered (2)**

77:18 300:21
**offering (2)**
301:9 315:18
**office (5)**
181:16,25 182:4
266:13 329:4
**officers (5)**
56:11 165:21 267:16
306:23 316:14
**offices (1)**
2:5
**offspring (1)**
220:13
**oh (16)**
9:14 13:12 18:9 46:2
52:7 57:6 61:18
94:19 152:2 186:22
194:23 223:24
225:11 264:8
300:25 301:24
**okay (182)**
7:2,18 8:23 9:10,16
9:20,25 10:10 11:18
12:7 13:13 14:22
18:4 20:25 25:18
26:13 28:23 35:18
35:18 38:20 40:15
43:5 46:19 51:3
54:22 55:20,25 57:2
57:22 58:22 59:13
60:6 63:18 66:5
72:7 78:4 79:21
80:9 88:5,10 92:10
92:21 93:6 95:25
97:4 98:5,22 99:23
100:20 101:11
103:11 106:9,23
108:2,6,11,21 109:9
109:12,21,24 110:3
113:17 116:11,14
117:14 118:7
120:15 121:12
122:15 126:13
129:14 130:12
135:24 136:14,23
148:3,5 149:14
155:10 156:11
157:10,20 158:14
159:5 160:3 163:25
164:22 177:5
178:12,17,24
179:11 180:5,22,23
182:13,23 183:10
186:13 192:10
193:22 194:9
200:11 205:15,24

207:10 218:7,12
222:3,8,11 223:13
243:25 244:8
248:19 250:16,20
252:16,21 253:16
253:18 254:20
258:21 260:22
261:14 265:15
266:20 267:22
268:14 269:17
271:2,16 276:8,20
277:17 278:21
279:7 281:15,19
284:15,18,22
287:13 290:18
292:8,24 293:5
294:12 295:7,24
296:5,8 298:17,19
298:25 300:10
301:21 302:14
303:6,11,24 304:4
305:5,24 308:5,9
309:3,19,23 310:18
311:3,15 314:2
315:3,24 316:25
320:22 321:3,23
322:17 325:17
**older (1)**
244:11
**oldest (2)**
122:6 124:14
**on-demand (2)**
212:2,7
**on-line (1)**
77:3
**once (16)**
25:22 110:6,10
135:10 165:4
182:17,17,18 205:5
208:20 211:10
214:24 217:22
221:4,8 265:13
**ones (11)**
39:12 56:18 79:11,12
79:23 80:3 90:4
94:23 100:9,11
268:5
**ongoing (1)**
66:5
**online (14)**
37:4,6,25 77:6,13
78:2,8 82:18 83:2
85:10 155:9,9
182:16 186:25
**oOo (5)**
3:25 84:25 177:25

279:25 329:8
**open (6)**
96:6,8 97:8 157:20
207:24 268:7
**open-ended (2)**
223:15 289:24
**opened (9)**
37:19 39:21 45:3
98:13,19 99:6,11
100:4 101:23
**opening (1)**
312:25
**operate (3)**
10:18 17:7 148:16
**operated (14)**
17:2,13 23:14 27:6
39:23 45:11 62:19
148:6,10 159:24
239:23 240:24
241:19 242:8
**operating (75)**
18:6,8,12 20:10 25:4
47:18 48:15,19,21
48:23 49:3,13,22,25
104:12 110:4,15,22
111:14,25 112:10
112:11 123:9 140:6
149:6 155:23
207:25 209:14
213:13,17,21 214:8
214:11,12,19 215:8
216:18 217:6 220:2
220:9 221:13
222:16,22,25
223:10,14,18,22
224:3,7,8 225:5
227:5,17 229:24
230:2,8,15 231:5
233:9 234:2 242:23
245:6,7,8,10,14
246:17,19 250:4
252:19 261:11
279:12 290:5
311:18
**operation (14)**
24:2,25 27:2 36:22
110:11 111:5
124:17 139:16
172:11 227:15
228:13 247:24
252:12 289:13
**operator (1)**
44:5
**operator's (3)**
36:14 122:22 124:3
**opine (2)**

33:3 305:20
**opinion (19)**
31:9 42:19 232:12
235:9 237:20 267:2
267:7 274:8 275:3
279:11 292:25
293:12 295:9 306:2
307:17 314:9
317:22 318:8
319:11
**opinions (23)**
87:5 157:8 158:24
181:4 238:24
266:23 267:7 274:6
274:17 293:19
294:24 302:18
304:9 306:6 307:24
308:2 309:10,15
315:18 318:11
319:16 322:8,15
**opportunity (1)**
150:11
**opposed (5)**
11:16 90:13 157:23
205:12 231:20
263:24
**option (4)**
109:19,20 256:12
259:17
**order (8)**
10:24,25 133:22
149:17 164:11
222:17 248:17
296:6
**ordered (1)**
10:21
**organism (1)**
248:25
**organisms (1)**
222:25
**organization (6)**
143:24 169:18,21
172:16 173:11
313:15
**organize (1)**
308:11
**original (3)**
87:17,22,25
**originally (2)**
39:18 60:23
**orthopedic (16)**
224:9,14,22 225:9
226:3 261:12
262:11 264:13
271:11 279:13
297:21 302:19,22

303:3 314:7,13
**orthopedics (5)**
225:5 245:5 263:15
305:12,23
**outbreak (5)**
248:11 250:24 251:10
252:3,17
**outcome (13)**
27:17 42:4 75:15,18
168:24 210:21,23
213:23 234:5
260:13,14 306:18
326:20
**outcomes (2)**
42:6 279:4
**outline (1)**
107:15
**outpatient (3)**
75:20 160:2,8
**output (1)**
27:15
**outset (1)**
250:12
**outside (33)**
6:13 96:17 108:19,23
109:8 119:18
158:25 160:20
170:2 172:11
191:21 193:8 198:3
198:6 209:9 213:11
216:13,16 220:21
220:22 221:4
226:14 231:18
232:2 233:21
234:15,17,22 237:8
237:11 274:22
280:8,11
**outtake (1)**
112:7
**oven-warmed (1)**
203:10
**ovens (1)**
248:9
**overall (4)**
177:8 181:11 281:3
312:20
**overarching (1)**
41:10
**overhang (1)**
136:8
**overseas (1)**
187:8
**oxygen (1)**
171:13

**P**

**P (3)**
3:1,1 5:10
**P.E (8)**
1:9 2:5 5:11 326:7
327:3 328:10 330:2
330:6
**p.m (16)**
115:7,7 153:3,3
201:18,18 244:16
244:16 272:10,10
292:15,15 308:15
308:15 323:19
325:25
**package (3)**
199:20 200:25 221:4
**packaging (1)**
221:9
**packet (3)**
33:12 164:24,25
**pad (3)**
243:23 289:15
**pads (2)**
243:20 290:2
**page (64)**
35:10 45:13 57:8,12
57:15,21 59:2,8
61:16,18 83:25
84:13 96:24 97:3
98:3,4,4,6,23 99:10
99:14 100:13,14
101:12,19 103:23
104:25 105:9,18
107:20 109:10
111:5,17 112:24
113:13,19 114:24
117:2 118:15,20
119:3,24 121:24
126:14 131:10
139:13 144:22,25
150:10 151:9 155:4
179:21,25 183:8
186:2 198:20 294:3
294:9 298:18
304:21 320:22
327:2,13 328:2
**pages (7)**
83:25 96:25 101:3,9
287:15 288:16
328:12
**panel (22)**
182:12,14,20 183:6,9
183:12,14,19,21
184:2,20,21,24
185:5,25 186:14,20
187:5 188:12
208:18 209:2

215:15
**panels (4)**
48:23 65:4 187:23
189:24
**paper (36)**
105:19,20,23,25
106:3,15,18,25
107:4,6,11 108:19
108:24,25 109:8
113:4,10,10,21,25
114:13,20 115:22
116:8,11,12,13,23
117:2 118:9,14
147:25 152:9
240:14 264:20
273:16
**paperclip (1)**
114:21
**papers (10)**
107:13,16,17,24
108:4,7,12,17
117:17 205:3
**paragraph (16)**
139:14 253:17,19
254:5,25 255:2
256:3,4,8,11,21
258:13,14 259:17
259:19 305:17
**paragraph's (1)**
256:6
**parameter (3)**
102:14 174:4,18
**Pardon (1)**
201:15
**part (55)**
25:24 35:13 44:13
48:18 59:22 65:13
75:13 99:16 108:16
119:20,21,21
128:17 131:16
135:12 136:11,11
172:25 180:18
182:6,20 186:20
203:4,6 205:20
206:9 209:6 210:25
215:15 216:21,23
216:25 218:13,18
227:12 228:11,20
230:7,9,13 231:9
233:20 234:2,10,11
246:7 247:20
249:17 260:10
280:22 282:8
285:11,15 296:19
317:13
**participate (2)**

187:16 215:17
**participated (4)**
183:22 187:4 210:13
248:10
**participating (1)**
232:19
**particle (12)**
113:25 115:13,18
118:19 120:3
235:10 255:13
260:10 274:3,9
290:14,16
**particles (12)**
30:22 99:24 102:3,7
126:16 226:4 227:4
233:18 261:3
263:24,25 290:11
**particular (16)**
28:13 38:5 47:21
109:15 117:12
120:2 134:10
145:19 168:18
169:14 174:14
187:21 208:14
213:6 218:14 222:4
**particulates (1)**
255:9
**parties (1)**
326:18
**parts (5)**
99:18,19 150:10
225:14 321:25
**party (3)**
14:10 308:24 326:15
**pass (3)**
161:5 308:6,6
**passed (1)**
318:20
**passing (4)**
21:14 147:9 162:6,9
**path (2)**
149:25 274:13
**pathogen (2)**
222:6 252:6
**pathogenic (1)**
222:24
**pathogens (7)**
25:12,16 29:18
211:10 232:4,23
241:6
**paths (1)**
289:8
**patient (72)**
11:14,19 13:5,7 18:7
18:13,14 19:11,13
47:12 48:3 75:15,18

77:10,16 78:12,17
79:4,8 84:24 143:22
171:13 188:6
201:23 202:23,25
203:3,4 207:22,23
207:23 208:4,19,20
208:24 209:3,11
210:21 213:19
214:25 215:14
221:22 227:9,24
229:4,12,17 243:15
249:11,13 250:3
252:7,8 263:4
264:17 276:25
277:15 278:5
282:12,14,21 283:5
293:3,15,22 306:4
306:18 310:12
312:23 315:8,16
328:9
**patient's (1)**
14:6
**patients (24)**
46:25 112:2 203:10
203:12,17 204:8
207:14 209:23
210:2 213:5 217:16
242:20 277:24
278:3,4,7 291:17,21
295:13 297:12,13
297:15,20 305:10
**PDF (3)**
37:17,22 328:22
**PDFs (1)**
83:8
**pediatric (5)**
74:20 75:21 203:9
207:11 232:11
**pediatrics (1)**
203:18
**peer-review (1)**
275:20
**peer-reviewed (4)**
252:25 270:25 281:8
285:4
**pellets (2)**
127:4,6
**pen (2)**
96:22 107:14
**pending (1)**
6:25
**penetrate (2)**
113:10 216:10
**penetration (1)**
232:2
**Pentax (1)**

87:11
**people (14)**
15:14 64:8 68:22 69:8
91:20 92:24 93:4
208:5 213:22
220:11 223:4,8,21
225:17
**perceive (1)**
128:24
**percentage (10)**
25:13 70:17 71:9
72:10 73:23 255:9
258:25 259:13
260:9 261:2
**perfect (1)**
139:23
**perforation (2)**
146:21 289:24
**perforations (2)**
133:16,19
**perform (1)**
133:8
**performance (26)**
23:21 24:18,23 27:16
40:6,13,25 43:21
44:10,12,22 110:8
111:22,24 112:19
119:17 121:11
135:12 140:4
145:17,23 192:8
218:21 227:14
280:24 290:21
**performances (1)**
190:6
**performed (5)**
111:4 202:8,12 238:5
238:7
**performing (6)**
120:22,23 121:2,3
190:18 309:3
**perimeter (1)**
21:11
**period (5)**
24:10 55:17 165:8,11
218:16
**periodic (1)**
197:14
**periodicity (1)**
219:5
**Perioperative (1)**
276:12
**periprosthetic (3)**
313:4,20 321:2
**permanent (1)**
134:15
**Permit (1)**

328:4
**Perry (4)**
1:20 2:9 326:4,25
**person (9)**
35:20 60:14 62:20
67:21 132:13
213:22 219:12
237:6 324:18
**personal (6)**
39:22 68:9 149:11
154:17 183:9 187:5
**personally (3)**
68:11 161:22 209:10
**perspective (1)**
315:17
**perspectives (1)**
304:15
**Peter (2)**
3:22 5:4
**Pg (1)**
330:7
**phenomenon (1)**
247:22
**photograph (15)**
96:20 97:20 98:5,8,18
98:23 99:3,14,21
100:3 101:12,13
103:19 106:5
112:23
**photographs (30)**
86:22,25 87:7,12,15
87:18,23,25 88:6
93:25 94:5,8,14,23
94:25 95:7,13 96:4
96:7,16 97:24 99:4
100:6 101:2 104:24
112:23 125:14,18
143:14 328:11
**photography (2)**
86:7 87:3
**photos (1)**
162:13
**phrases (1)**
79:2
**physical (10)**
24:24 71:25 102:11
112:5 140:2 218:21
218:22 225:17
247:22 289:12
**physically (4)**
27:14 33:25 108:12
233:7
**physician (2)**
208:9 237:23
**physicians (2)**
306:21 309:4

**picked (3)**
80:21 216:6 269:16
**picture (13)**
97:9,10,12 98:16
101:22 105:18,24
106:12,22 107:5,10
108:11 109:15
**pictures (8)**
101:6 105:13 149:19
161:9,9,14 162:5
315:22
**piece (4)**
20:9 107:6 117:16
133:25
**pieces (19)**
106:15,25 107:3,9,11
108:25 113:4
114:20 116:25
118:9,14 127:7,11
130:9 133:11
147:25 226:2,16
250:13
**pinpoint (1)**
11:23
**place (13)**
47:24 51:13 60:12
113:12,17,18
133:21 197:13
208:20 215:14
224:9 225:18
266:11
**placed (10)**
25:6,10,19 47:17 48:8
105:25 106:3
107:12 126:10
207:16
**placement (3)**
130:22,22 245:16
**placements (1)**
47:20
**places (1)**
52:7
**plaintiff (3)**
58:25 165:22 237:24
**plaintiffs (13)**
3:2 4:23,25 58:6
67:20 89:13,20 90:2
95:17 237:15,19
238:4 328:6
**plan (2)**
251:8 254:8
**planning (3)**
171:2 230:6 231:8
**plastic (3)**
113:11 127:3 129:4
**play (1)**

294:19
**pleading (1)**
59:22
**please (17)**
4:20 5:7,19 6:20 18:9
46:19 53:21 83:24
93:13 94:18 103:12
107:21 132:14
183:5 253:17 268:7
319:2
**plus (1)**
54:24
**PMA (1)**
199:4
**point (16)**
9:17 21:8 38:14 61:9
97:12 114:11,11,14
121:9 139:8 142:24
170:17 221:6
258:24 262:14
319:6
**pointed (2)**
24:11 169:17
**pointing (2)**
242:7 277:2
**points (4)**
24:15 137:18 138:7
241:3
**pole (3)**
24:20 48:9 126:6
**policies (1)**
14:25
**policy (4)**
14:23 15:18 154:15
262:6
**pollution (1)**
48:19
**pollutions (1)**
213:17
**polyvinyl (1)**
218:23
**pop (1)**
36:4
**popped (1)**
276:5
**population (4)**
171:5 240:4 270:24
285:3
**portion (4)**
135:4,4 286:8 319:8
**pose (3)**
291:9 295:12 306:3
**posed (1)**
75:6
**poses (1)**
212:20

**posing (1)**
218:3
**position (7)**
47:14,15 106:7
137:21 307:4
324:22 325:10
**positions (1)**
47:7
**positive (6)**
20:14 240:25 243:5,7
243:9 306:18
**possession (2)**
35:21,22
**possibility (1)**
128:19
**possible (5)**
218:21 249:7 252:11
271:12 295:11
**possibly (1)**
31:6
**postcardiac (1)**
210:19
**potential (9)**
47:16 237:16 252:9
263:20 275:4
278:15 287:14
289:21 310:19
**potentially (1)**
274:21
**power (5)**
31:22 48:20 135:3
219:3 226:20
**powering (1)**
172:12
**PowerPoint (2)**
155:5,8
**PowerPoints (1)**
154:11
**practical (1)**
48:2
**practice (9)**
6:12 169:13 180:18
188:3 192:2 193:11
229:14 247:12
288:14
**practices (6)**
202:20 212:14 223:17
247:3,6 277:20
**pre-notion (1)**
271:5
**preamble (6)**
27:9 28:5 32:11,19
139:22 317:19
**preceding (2)**
286:8 319:8
**precise (2)**

141:2,4
**predicate (5)**
64:12 188:10 189:8
200:14,19
**predict (1)**
210:23
**preferred (1)**
27:21
**preliminary (1)**
256:3
**premature (2)**
204:12 205:17
**Premises (1)**
328:5
**preparation (4)**
55:9 88:21 198:8
247:21
**prepare (5)**
62:14 69:11 147:19
148:25 278:13
**prepared (13)**
17:6 69:25 70:4,9
84:9,10 90:25
162:20 238:9,12
261:23 265:12
279:11
**preparedness (4)**
170:18,21,23 171:10
**preparing (6)**
17:5 56:6 69:21
198:23 309:9
323:21
**prepped (1)**
221:23
**prepping (1)**
221:21
**preselected (1)**
275:7
**presence (3)**
51:2 120:19 135:8
**present (17)**
60:19 68:16 98:13,18
99:25 102:4,7
152:14 183:11
207:9 217:15
218:22 223:9
229:16 246:8
267:24 314:10
**presentation (2)**
202:2 208:12
**presenting (1)**
192:7
**prespecified (1)**
270:12
**press (1)**
290:24

**pressure (1)**
254:11
**pressured (2)**
225:25 226:12
**pretend (1)**
290:15
**prevention (2)**
213:9 277:13
**previous (9)**
53:2,4 55:12 120:24
121:2,4 122:8,12
304:6
**previously (10)**
23:17 297:25 300:15
300:19 301:13,17
327:13,14,15 329:6
**principle (7)**
79:17 81:2,25 84:23
105:5 173:4 247:24
**principles (4)**
65:22 250:24 289:12
290:9
**print (1)**
83:5
**printout (1)**
33:12
**prior (6)**
39:13 60:10 121:7
202:25 212:24
323:13
**probability (2)**
263:7 305:22 308:3
**probable (2)**
281:16,21
**probably (29)**
13:15 20:16 42:18
50:18 78:22 84:14
96:17 97:11 110:23
111:15 129:8 137:6
149:4 158:16,16
165:10 214:5,16
215:2 231:7 243:8
269:16 270:3
276:19 277:3 282:7
291:22 303:18
311:7
**probe (11)**
132:22 134:4,4,18
135:5 142:11,16,19
142:20,23 148:12
**probes (6)**
135:16 136:7,10
140:4 142:9 143:8
**problem (6)**
44:20 54:12 257:18
259:15 264:9

287:21
**procedure (7)**
2:8 14:23 277:25
303:4 305:12,23
326:13
**procedures (8)**
215:16 224:15 246:9
279:13 297:5
302:16,24 303:3
**proceed (1)**
222:18
**proceedings (2)**
313:3,20
**process (19)**
21:9,19 42:18 64:11
74:19 75:11,13
168:13 179:20
180:14 181:13
193:19 217:18
225:10 228:16,20
252:17,20 280:22
**processes (4)**
67:2 167:24 175:5
188:6
**processing (2)**
214:23 306:25
**proctoscopes (1)**
189:5
**produce (4)**
7:20,21 180:15 328:3
**produced (2)**
166:11,15
**producing (2)**
220:13,15
**product (61)**
10:16 11:14 16:8,10
16:11 21:21 22:15
23:23 29:20 33:2
36:23 40:4 42:6
47:4,24 65:24 84:20
84:20 85:21 86:5,19
112:4 115:21
125:13 145:16,24
149:17 151:24
165:22,23,24
167:18 172:7
176:12 186:16
193:2 194:2 195:17
195:23 196:14
198:23,25 199:17
200:3,4,15,18 228:7
231:24 232:14,25
249:20 260:4
264:10 281:5 289:9
291:2 293:13
304:13 307:8 318:3

**products (22)**
1:3 4:7 22:4 35:4 37:3
77:17 78:11 83:13
156:19 158:10,23
166:21 187:17
199:14,16,22
260:11 283:11
289:3,23 292:2
330:3
**profession (2)**
11:18 192:16
**professional (14)**
6:12 61:5 62:13 63:10
159:11 160:16
168:11 170:2
191:20 193:8 198:2
198:21 233:20
271:9
**professionals (1)**
306:24
**professor (1)**
65:18
**program (14)**
15:2 20:15,23 21:2
22:7 63:9 65:13
74:23,25,25 75:3,4
212:6 213:3
**programs (3)**
22:2 64:3 173:6
**prohibition (2)**
309:23 310:3
**project (6)**
72:3 74:6,11 172:23
203:19 233:24
**projects (2)**
73:20 187:8
**prominent (1)**
168:19
**properly (6)**
12:21 123:14,16,18
123:24 264:11
**property (1)**
296:23
**protecting (1)**
296:22
**protection (5)**
39:22 49:16 52:13
231:25 232:3
**protective (5)**
154:17 245:13 248:17
262:10 296:6
**protocol (14)**
40:8 41:5,17,19 44:13
145:25 175:5 205:4
214:8 215:7,17
216:22 251:8 301:9

**protocols (2)**
174:21 175:12
**prototype (1)**
288:17
**prototypes (1)**
288:13
**prove (2)**
119:21,25
**provide (16)**
34:2 54:10 63:6,10,19
64:5 66:21 91:6
117:6 157:19
174:25 175:22
201:11 290:5 309:5
309:14
**provided (40)**
8:25 9:2,5 27:25
35:14 53:20 56:19
56:23 62:12 78:5
87:2 89:13 154:5,6
156:22,23 157:2
158:15 164:8,23,25
165:4,9 167:6
169:20,24 192:5
195:25 199:8
219:12 268:4,16,19
274:19 276:22
277:7 288:22
291:24 322:23
323:25
**provider (1)**
171:3
**providers (2)**
63:7 73:18
**providing (8)**
90:21 190:25 199:24
233:14 234:7
262:16 268:2
324:22
**proximity (1)**
25:11
**prudent (1)**
264:16
**public (5)**
2:11 182:14 183:24
265:2 326:5
**Public's (2)**
179:19 180:13
**publication (4)**
239:20 262:2 263:13
280:17
**publications (1)**
210:25
**publicly (2)**
195:2,5
**published (14)**

66:2,8 201:25 205:3
208:7,11,11 210:15
252:24 281:8 285:4
309:24 310:3,6
**PubMed (1)**
269:11
**pull (1)**
304:20
**pulled (2)**
157:11 179:17
**pump (2)**
214:14,16
**pumps (3)**
214:24 215:23 247:9
**purchase (2)**
22:9 174:14
**purchased (13)**
14:7,14,17 15:25
20:12,18 21:4,17
22:19,24 34:17,25
52:17
**purchasers (1)**
306:22
**purchasing (3)**
15:21,24 21:23
**purpose (20)**
27:11,23 28:7 40:10
42:3 47:23 77:15
85:16 112:16 119:2
119:14 121:22
125:10 128:12,14
138:21 145:21
173:3 175:20
293:15
**purposely (2)**
24:4 209:24
**purposes (11)**
10:14 11:5 16:22 17:4
48:2 87:21 106:5
126:11 159:24
266:21,22
**pursuant (2)**
2:7 326:12
**pursuing (1)**
65:16
**push (2)**
105:7 124:6
**pushed (1)**
304:17
**put (33)**
27:13 38:10 45:10
48:3 79:2 81:6
97:18 98:12,15
106:17 120:10
130:10 131:4,6
134:14 135:4 140:4

153:16 154:6,7
179:22 190:5
203:20 204:21
211:5,7 219:5
283:17 288:4
300:11 301:6
305:16 325:5
**putting (1)**
203:25

_____ Q _____
**qualification (1)**
307:11
**qualified (1)**
200:18
**qualifies (1)**
306:5
**quality (3)**
173:10 275:20 306:23
**quantification (8)**
51:4 102:3,6,14 116:3
119:18 137:22
141:22
**quantify (1)**
102:21
**quantifying (1)**
75:15
**quantities (1)**
315:2
**quantity (2)**
214:17 227:3
**quarter (1)**
136:21
**quarters (3)**
136:18,19 137:15
**query (3)**
36:6,17 37:21
**question (97)**
6:18,19,24 17:3 19:21
20:20 21:8 23:20
26:4,25 27:24 30:9
31:3 32:19 33:21
35:24 36:10 47:13
49:12 62:6,25 70:2
71:14,18 73:15
85:15 93:8 110:6
116:25 119:16
120:25 134:21,24
136:9 142:8 144:11
146:6 148:9 151:14
156:24 159:12
166:13 181:6 184:4
186:6 188:9,13,16
188:24 189:10,15
194:25 196:9 197:9
197:20 198:13

200:5 214:6 215:2
221:19 223:20
225:21 235:15,24
237:17 249:12
252:13 254:13,18
254:22 261:6 264:3
267:16 268:19
270:16,18 272:21
272:24 278:19
279:4 286:4,10
289:5 290:15
293:10 294:7
295:16 297:8,9
310:3,23 317:16
318:16,23,25
319:10,15
**questions (15)**
6:10 112:10 181:21
184:2 189:2 193:10
292:21,22 295:25
296:3 318:20
319:21 322:22,25
323:5
**quite (3)**
121:5 186:22 324:15
**quote (1)**
302:8

_____ R _____
**R (3)**
3:1 5:10 326:1
**R&D (1)**
328:13
**radiant (2)**
80:9 247:25
**radiated (1)**
208:22
**radiating (1)**
209:2
**radiation (2)**
79:19 208:18
**radiation-based (1)**
203:12
**Radiologic (1)**
186:21
**raise (1)**
194:25
**raised (2)**
114:15 197:16
**ran (2)**
45:4,7
**Randy (3)**
92:4,6,10
**range (7)**
49:13,21 104:5
138:10 172:9 234:5

287:23
**ranges (2)**
132:18 137:14
**rate (8)**
71:17,19 72:2,3 210:6
258:4 283:15 290:4
**rated (1)**
230:22
**rates (3)**
235:22 236:2 264:13
**rating (2)**
154:21 234:13
**ratio (3)**
16:7 133:9 174:4
**ratios (2)**
281:4 307:14
**razor (1)**
21:25
**RDR (3)**
1:20 326:5,25
**re-engineer (1)**
289:10
**re-read (1)**
56:10
**reach (2)**
29:17 128:21
**reaching (1)**
140:6
**read (51)**
8:5,21,23 16:13 37:18
37:25 39:21 52:3,19
53:15 56:12,13
57:24,25 58:4,7
59:10,14 150:24
196:2 197:25 202:5
236:7 240:3,19
255:18,22,25 270:4
273:12,16 275:22
279:22 280:15
284:2,25 285:11
286:5,7,18 305:7
312:4 314:21,23
315:9 318:25 319:7
320:23 322:2
324:18 330:7
**readback (2)**
286:16 319:18
**reading (11)**
50:2,3 65:25 123:18
141:5 142:14,15
180:21 270:7
315:13 321:23
**readings (5)**
50:12 140:19,21,24
141:10
**reads (2)**

255:4 330:7
**ready (3)**
63:23 74:21 126:25
**real (3)**
100:20 189:11 264:9
**realize (2)**
291:5 317:10
**realized (2)**
24:13 37:20
**really (6)**
102:17 116:24 161:2
269:23 270:10
324:17
**realtime (4)**
2:10,11 16:15 279:23
**reason (19)**
7:13,14 28:13 32:9,21
40:3 103:9 117:11
120:20 125:12
135:7 146:17,22
160:6 162:11
197:12 198:4
228:12 330:7
**reasonable (3)**
175:22 287:23 308:3
**reasons (1)**
194:13
**recall (73)**
13:21,22 17:15,23,25
18:4,11 19:11,15,21
23:2,4,13 38:19
44:3 45:7 50:5
53:16 60:16,17,19
68:15,23,24 69:3
70:15 78:16 80:3
88:22 101:25 125:3
125:6 126:3 129:6
129:19,20,25 139:5
141:12 158:20
165:8 176:5 182:16
182:25 183:23
184:13 185:10,16
185:20,24 186:8
189:13 193:18
195:16 196:5,9,10
211:21 213:10
216:2,3 235:7 240:8
240:10,14 248:25
249:23 269:17,21
315:24 316:25
317:8,9
**recalled (2)**
11:11 184:18
**recalling (1)**
44:25
**recalls (1)**

195:23
**receive (13)**
28:25 68:3 86:17
89:18 94:4 153:13
153:18,22 161:13
162:24 194:7,10
307:5
**received (17)**
8:7,8 35:7 89:19,22
89:25 90:9 94:6
160:25 161:17
162:25 163:3
165:25 166:14
307:23 324:3,9
**receiving (1)**
95:3
**Recess (8)**
67:14 115:7 153:3
201:18 244:16
272:10 292:15
308:15
**recirculated (1)**
289:25
**recirculating (1)**
295:21
**recognize (5)**
92:8 144:14,17 313:9
320:16
**recognized (2)**
228:25 320:11
**recollect (1)**
43:12
**recollection (8)**
18:19,20 76:17 144:3
188:14,17,20,21
**recommend (1)**
312:5
**recommendation (6)**
168:18 169:12,15
217:13 306:14
307:6
**recommendations (2)**
16:3 168:15
**recommended (3)**
150:16 168:13 277:20
**reconvene (1)**
323:14
**record (39)**
5:20 28:19 35:10
67:13,16 68:2
102:19 115:6,9
153:2,5 182:14
183:24 201:17,20
221:7 244:15,18
253:7 269:18,20
271:25 272:5,7,9,12

272:13 286:9
287:10 292:14,17
308:11,14,17 319:9
323:24 325:5,23
326:10
**records (6)**
73:14 186:25 187:2
213:20 235:22
236:2
**recovery (1)**
25:4
**rectangle (1)**
97:14
**rectangular (1)**
130:2
**rectum (1)**
189:6
**red (1)**
228:9
**redesigned (1)**
75:4
**Redmond (1)**
233:2
**reduce (2)**
276:13 289:19
**reduced (3)**
175:8,9 302:5
**reducing (1)**
291:6
**reduction (3)**
261:3 263:5 278:16
**Ref (1)**
327:13
**refer (5)**
61:16 156:17 207:5
219:16 251:4
**reference (16)**
35:11 83:22 85:7 86:7
86:8 103:23 122:6
122:11 127:20
153:11 169:23
170:9 196:18 212:8
294:14 328:16
**referenced (2)**
144:9 267:19
**references (1)**
304:23
**referencing (1)**
174:22
**referred (2)**
15:14 258:14
**referring (9)**
66:13 100:9,11 144:4
183:6 187:3 242:13
303:9 316:10
**refers (1)**

154:9
**reflect (7)**
20:14 41:23 54:23
67:23 94:24 110:21
116:16
**reflected (4)**
151:11 153:14 159:6
202:14
**reflecting (1)**
86:15
**reflective (1)**
246:13
**reflects (1)**
53:19
**refresh (1)**
53:10
**Refrigeration (1)**
49:18
**refurbished (1)**
34:24
**refused (1)**
288:11
**regard (5)**
232:22 318:10,11
319:14,15
**regarding (2)**
297:4 302:19
**Registered (1)**
2:9
**registration (1)**
121:7
**regular (1)**
183:18
**regulate (1)**
167:23
**regulation (20)**
67:3,4,5 167:22,23
175:16,21 176:9,20
176:24 181:12
191:7,9 192:13
227:8,11,23 229:4
318:9 319:13
**regulations (3)**
67:6 167:20 168:3
**regulatory (19)**
63:19,21 64:4 65:7,10
65:11,12,17,22 66:3
180:19 181:4,9
190:9,12 198:15,24
199:8,23
**rehearse (1)**
68:13
**relate (7)**
154:25 166:16 168:4
170:25 171:23
172:4 205:17

**related (29)**
30:17,18 53:3 60:3
70:6,12 71:10 72:11
83:5,9 86:13 89:2,8
91:12 143:21
145:12 151:4
152:18 169:5 170:5
202:5,9,13,24 212:9
278:15 311:10
314:3 326:18
**relates (3)**
168:8 267:5 310:15
**relating (14)**
75:15 119:16 149:8
154:15 165:22
189:2,10 197:5
202:23 276:25
280:24 282:5
286:20 314:25
**relationship (10)**
21:13 112:7 262:3,20
263:19 271:9
290:11,13,16
312:18
**relative (10)**
25:14 46:12,15 47:3
48:7,11,14,21 49:2
49:14
**relatively (1)**
39:2
**release (2)**
226:4 290:24
**relevant (8)**
79:25 149:6 174:15
270:14 273:23
274:5,17 281:12
**reliable (4)**
137:21 140:8 141:5
141:21
**relied (1)**
298:13
**rely (4)**
266:23 294:23 296:11
309:4
**remaining (1)**
67:25
**remains (1)**
221:3
**remember (39)**
43:16 50:16 52:25
55:19 66:25 123:12
126:22 127:19
129:9 151:19
158:11 183:25
184:5,6 188:25
191:13 196:17

200:2 201:2,3 216:6
216:7,11 240:18
248:22 249:21
264:25 268:22
270:7 274:8 292:21
296:2 300:17
301:18 303:18
314:25 319:25
320:19 321:12
**removal (1)**
289:19
**remove (9)**
97:7 115:13,18
118:18 126:9
236:12 243:12
289:9 293:13
**removed (5)**
45:14,16 97:11 99:11
263:3
**removing (4)**
213:12 283:12 289:23
291:6
**render (1)**
306:5
**rent (2)**
14:9 131:17
**rented (1)**
133:15
**rep (1)**
166:4
**repair (1)**
122:24
**repaired (1)**
123:3
**repeat (1)**
70:2
**repeated (1)**
324:3
**repeatedly (1)**
324:10
**replaced (1)**
293:2
**replicate (1)**
38:6
**report (134)**
10:3,6,22 11:6 17:5
24:11 29:4 31:20
32:4,7,16 37:24
42:19,24 47:23 52:6
53:5,8,9,14,15
56:13,13,25 57:3,10
58:11,13 59:3,9
60:3 61:14 69:25
70:4,9 79:7,12,20
79:24 80:5,20,23
81:8 82:3 84:2 87:4

93:15 94:2,6,24
95:8,13 97:21,24
99:4 100:10,12
114:7,12 137:2,4,5
139:12,13 141:23
142:12 144:12
153:17 162:18
163:22 169:18,24
178:10 180:8
191:11 196:19
198:4,9 202:14
236:5,9 239:4,8
240:11 241:3 263:9
265:7,8,9,12,16
266:7 267:20,25
274:25 275:10
280:25 282:15,23
282:25 283:18
285:16,19 287:16
287:17 288:5,24
289:4,18 290:9,20
291:24 293:8,11,24
294:8 304:21
305:17 309:9,20
310:22,25 311:6
312:25 313:8
317:17 318:12
319:17 320:7,14,20
321:17 328:8,13
**reported (5)**
1:19 53:13 190:7,8
273:20
**reporter (11)**
2:9,10 4:17 5:7,9
272:2 286:7 287:11
292:7 319:5,7
**reporter's (3)**
16:16 279:24 327:10
**Reporting (1)**
4:19
**reports (10)**
57:22 58:2,3 59:2
165:24 166:2
179:12,14 265:19
274:20
**represent (7)**
67:20 110:4,15
111:17 116:15
287:19 306:19
**representation (1)**
255:8
**representative (2)**
303:21 306:21
**represented (2)**
61:22 288:16
**representing (1)**

307:3
**request (9)**
34:5 95:16 128:8
  161:14,24 162:16
  165:18 270:5
  324:11
**requested (9)**
33:4 34:2,8 90:3 94:4
  127:23 165:17,20
  307:21
**require (2)**
146:2 227:24
**required (6)**
42:14 71:24 115:13
  201:13 246:10
  312:7
**requirement (2)**
167:25 200:20
**requirements (2)**
229:20,23
**requires (1)**
229:16
**requiring (1)**
227:9
**requisition (1)**
22:14
**research (12)**
40:19 44:8,15 66:4
  93:7 133:13 202:13
  205:3 232:10
  270:16,17,23
**reserve (1)**
292:9
**reserved (1)**
326:14
**resistance (1)**
133:10
**resistant (1)**
295:2
**resolution (1)**
197:18
**resources (1)**
16:4
**respect (29)**
121:25 143:22 158:22
  159:3 186:13
  189:24 195:11
  196:13,24 199:21
  202:21 205:16
  207:10 212:18
  215:22 217:5 218:9
  234:8 235:22
  236:23 239:5,9
  241:17 258:21,22
  277:8 287:13
  291:25 294:24

**respiratory (1)**
232:17
**respond (3)**
166:9 221:18 278:13
**responded (1)**
138:18
**responding (1)**
191:15
**response (12)**
22:13 33:8 59:20
  122:24 161:24
  162:15 165:16
  176:17 193:12
  269:22,25 328:7
**responses (1)**
267:15
**responsibilities (2)**
14:24 231:18
**responsibility (14)**
12:11,18 14:8 16:2
  48:18 203:6 205:21
  206:9 230:6 233:21
  246:23,25 309:9,14
**responsible (10)**
13:14,20 19:25 22:3
  45:25 162:5 193:15
  210:13 229:22
  245:10
**responsive (5)**
8:10,17 9:2 93:20
  165:19
**rest (3)**
101:6 107:12 149:24
**result (6)**
38:14 142:19,22
  252:7 261:4 278:16
**resulted (2)**
27:4 313:22
**results (12)**
38:12 40:9 87:3
  142:18 143:3
  187:22 205:25
  235:4 240:14,25
  277:14 284:20
**retain (1)**
60:24
**retained (7)**
53:2 60:8,10 62:7,11
  81:16,18
**retainer (1)**
81:12
**retention (2)**
59:21,23
**return (5)**
16:18,21 80:17
  117:24 266:12

**returns (1)**
71:6
**reusable (1)**
291:16
**revenue (2)**
71:12 72:7
**review (69)**
10:7 11:5 14:8 15:5
  17:6 22:10 23:21
  34:13,16 53:24
  55:14 56:15 58:13
  61:11 66:15 71:5
  75:12 76:2 77:2,4
  77:25 78:4,8 83:11
  83:13,21 84:6 85:10
  86:12 93:16 94:11
  124:2 130:19,23
  138:19 144:18
  145:22 177:17,24
  184:7,8,24,25 185:9
  185:23 186:16
  188:15 196:4 198:4
  218:20 232:14
  242:23 253:12
  263:9 268:21
  269:24 271:17
  273:8,10 280:23
  287:25 296:8
  301:11 303:7,11
  305:18 310:18
  316:16 324:19
**reviewed (75)**
9:22 56:12 57:16
  58:17,19,21 59:3
  75:3 79:22 80:4
  83:16 84:3,16 88:20
  90:4 130:13 142:18
  144:13 156:18
  157:8 158:8,23
  159:13 163:12,21
  164:19 167:6,10
  178:20,25 179:4,14
  182:21 184:19
  185:21 193:7 199:6
  202:20,24 215:15
  235:12,21,25 236:9
  237:12 239:2,10
  253:11 265:7,8,9,20
  266:2,10,14 272:15
  282:16 285:23
  286:11 288:19
  291:25 293:18
  298:13 310:24
  311:3,4,10 312:11
  313:5 321:4,9 322:7
  322:14 324:13

325:15
**reviewing (12)**
16:15 74:25 76:18,23
  95:3 182:7 188:9
  195:24 203:8
  213:16 279:23
  306:13
**right (43)**
9:21 21:7 30:13 45:14
  46:17 66:6 70:24
  78:2 79:25 98:24
  106:7,16 107:11
  114:22 123:25
  124:6 135:18,19
  151:25 160:5
  178:24 180:4
  207:17 211:24
  212:6,11,12 217:7,9
  257:21 272:2
  283:18 293:11
  301:12 311:25
  316:24 319:20
  320:8 323:18,22
  324:16 325:8,11
**right-hand (1)**
107:10
**right-hand-side (1)**
108:19
**rigor (1)**
6:11
**ring (1)**
17:19
**rise (2)**
25:15 210:23
**rising (1)**
210:6
**risk (85)**
16:7 64:23 67:2 169:9
  170:14 173:6,15,23
  174:2,3,6,10,16
  175:16 176:4,11,17
  176:18,18,22 177:6
  177:7 184:10 185:6
  197:21 205:18
  206:3 209:6 211:2
  212:21 218:3 228:7
  241:4,14 247:7
  261:20 263:20,24
  267:8,10 272:18,25
  273:6,22 275:5,16
  279:3,14 280:3,7,13
  281:5,11 282:6,13
  282:20 283:3
  285:10 286:2,15,22
  290:7,12,21 291:7
  291:10 293:7,14

296:2 302:19
  305:18 306:4,17,23
  307:7 310:19
  311:24 314:4,7,12
  314:14,19 315:6,7
  315:16
**risk-benefit (5)**
174:25 177:8 292:21
  307:14 313:13
**risks (3)**
185:3 295:13 309:6
**Riverway (2)**
2:6 4:12
**Robert (1)**
3:24
**role (12)**
15:23 40:15 65:6 75:2
  174:9 199:23 228:3
  230:13 234:11
  249:4,8 294:19
**room (90)**
7:6 9:16 14:6 18:6,7,8
  18:12,13 19:11,13
  20:10 25:4 47:18
  49:13,22,25 89:16
  104:13,20 109:24
  110:4,15,22 111:6,7
  111:14,25 112:11
  132:4 143:6 146:23
  147:5 155:23
  203:20 207:16,25
  209:14 213:13,17
  213:21 214:9,11,12
  214:18,19 215:8,9
  216:18 220:2,9
  221:14 222:17,22
  222:25 223:10,14
  223:18,22 224:7,8
  225:5 227:5,17
  230:3,8,9,15 231:5
  231:6 234:2,4
  240:12 244:10
  245:6,7,8,14 246:19
  247:10 250:5
  251:15,24 252:19
  261:11 290:5
**rooms (10)**
11:14,20 215:12
  217:6 224:3 229:24
  231:20 245:10
  246:9 293:2
**roughly (3)**
30:12 42:20 107:15
**rounded (2)**
99:18,19

route (1)
276:22
routes (3)
274:9,9 315:12
routine (2)
50:15 197:13
rubric (2)
75:17,23
Rule (1)
326:12
Rules (2)
2:8 326:13
running (1)
171:6
runs (1)
243:17

_____
S
_____

S (3)
3:1,15 5:10
safe (5)
191:3 227:16,19
228:13 290:25
safely (1)
64:23
safer (2)
289:4 328:17
safety (8)
48:19 85:4 175:22
176:3 185:13 200:8
264:17 306:22
sales (1)
166:4
sample (2)
103:3 139:15
samples (1)
251:22
sampling (1)
304:5
save (1)
83:8
saved (1)
88:2
saw (18)
11:19 12:9 18:5 19:3
19:11,12 80:3 100:4
117:16 123:8
140:10 142:19,22
144:19 159:18
260:13 315:22,22
saws (5)
225:12,15,19 226:19
226:21
saying (47)
14:22 15:18 20:21
46:13 72:22 123:17

123:23 142:12
146:4 149:12 152:2
157:25 162:7
164:14,15 176:17
176:19 182:19
193:23 221:5
240:11 254:6,22,25
255:2 256:2,4,6,25
257:8,15,15,17,24
257:24 258:3,15
259:16,19 262:8,15
272:21 273:13
275:21 289:20,22
290:24
says (12)
20:13 52:19 62:8 68:8
77:25 78:10 139:14
151:21 253:20
256:11,21 260:23
scale (1)
111:9
scalp (1)
210:22
scan (2)
193:11 293:23
scenario (1)
217:15
Schick (1)
21:24
scientific (8)
76:18 115:24 142:2
267:14 280:16,23
281:17 304:24
scientifically (2)
119:25 141:17
scope (7)
14:4 184:6,8,13,25
185:9,23
scopes (1)
189:6
Scott (4)
91:22 92:2,11 238:9
scraps (3)
105:19,19,23
screws (3)
99:13,17,20
scripted (1)
15:2
scrubbing (1)
220:18
SE (3)
253:21 257:2 260:24
search (34)
37:4 38:5,5 49:23
77:4 78:9,13,16
79:5,9,24 80:17

155:9 194:14
261:24 267:23,25
268:25 269:7,9,16
269:18,19,22 270:2
276:16,21 277:3,4
313:16,22,25
319:19 324:12
searched (2)
36:19 37:13
searching (1)
77:21
second (13)
45:13 61:18 88:24
122:12 151:7 185:5
199:25 254:5 256:5
256:20 272:5
298:18 308:11
secondary (5)
128:15 150:19,22
195:2 197:14
section (2)
57:15 300:15
see (120)
18:10 24:2,14 25:20
26:7,9,11,20 27:12
27:22 28:8 29:14,16
29:21,25 30:4,12,15
30:20 32:2 34:6,17
36:2 39:25 44:11
45:5 50:25 52:22
53:18,22 57:19
61:18 71:16 74:15
78:23 79:10 81:10
83:18,22 92:13 95:6
95:12 97:14 101:19
103:4,9 104:16
106:2,19 108:9
109:5,8 110:10
116:17,22 118:4
120:7 122:9 126:15
127:19 132:23
135:10,13 137:16
138:2 143:12
146:18,23 149:18
150:9 152:2 157:24
158:5 160:4,8,23
165:6 166:5,18
170:8 178:17,18
179:11 192:5,18
194:13,15,18 196:2
196:4 197:11,15
210:7 218:2,15
221:5 225:5,17
226:6,7 228:12
249:20 252:6
253:24 258:19

260:12 261:7
266:13 268:14
269:3 271:4 276:18
276:19 282:5
294:14 298:20
304:23 313:23
319:24 321:19
seeing (6)
8:15 64:24 123:12
159:24 179:25
207:7
seek (2)
27:16 44:12
seeking (3)
28:8 176:10 250:21
seen (19)
7:25 10:20 11:6,13
17:21,25 19:3 23:13
33:9 130:12,14
146:13 159:15,19
225:9 234:25
253:14 315:20,22
select (5)
79:11 230:16 231:11
275:2,8
selected (4)
12:20 94:24 165:15
216:2
selecting (2)
230:14 274:24
self-test (1)
31:23
semicircle (1)
99:22
seminar (1)
65:24
seminars (1)
173:2
sense (18)
9:18 18:5 43:18 50:12
55:2 56:4 71:3 72:9
86:9 87:6 104:21
130:23 134:17
135:24 148:22
152:3 176:13
291:11
sensitive (1)
204:16
sensitivity (1)
203:15
sensor (1)
133:23
sensors (2)
120:9 132:17
sent (3)
161:20,24 162:10

sentence (6)
139:14,24 253:19,24
258:19 260:22
separate (17)
10:3 16:9 71:2,12,12
76:19 98:17 150:10
216:8 227:20
235:11,18,20 236:8
236:10 249:24
278:11
sequence (1)
100:7
series (20)
100:6 154:11 166:9
257:3,6,9 258:23
260:8,11,18 298:9
299:19,20 300:6,7
304:6,7,9 315:20
316:23
seriously (1)
296:22
serve (3)
181:18 187:23 293:15
served (1)
33:8
server (4)
88:2,8 95:6,12
serves (3)
150:19,22 243:17
service (5)
12:21 36:22 131:16
131:22 205:7
services (6)
62:13 63:7,10,12,19
63:22
servicing (1)
63:15
session (1)
232:19
Sessler (2)
294:15,18
Sessler's (1)
294:23
set (16)
14:23 40:6,23 44:21
72:7 75:23 102:13
105:22 108:15
119:3 131:18
145:16 227:21
279:9 326:9,22
setting (6)
23:22 109:12,15
209:7 252:4 278:9
settings (2)
155:23,23
settled (1)

208:18
**setup (1)**
143:15
**Seventh (2)**
3:15,20
**shape (5)**
130:3 315:24 316:25
317:6,11
**sheet (2)**
113:25 330:1
**shelf (1)**
24:19
**shipment (1)**
126:11
**shipping (4)**
37:19 126:5,9,16
**shock (1)**
225:16
**Shorten (1)**
276:14
**shorthand (1)**
93:10
**show (7)**
50:9 66:12 86:18
112:22 179:15
295:17 297:24
**showed (3)**
26:22 111:9 142:22
**showing (5)**
40:9 97:25 106:13
107:5 301:16
**shows (4)**
42:7 81:13 97:21 98:2
**Shuttle (1)**
282:2
**sic (1)**
328:20
**side (13)**
64:24 106:2,4,19
107:10,11 127:16
127:16 130:9
135:17 136:5,6
309:7
**sidebar (1)**
31:13
**sides (2)**
135:22,25
**sign (1)**
296:6
**signature (4)**
57:13 59:25 326:13
330:24
**signed (1)**
81:14
**significance (1)**
43:18

**significant (10)**
25:9,25 126:4 209:21
236:6 257:23 274:3
285:4 287:20 290:6
**signs (2)**
13:7 233:4
**Silicon (3)**
71:24 74:6 212:3
**similar (19)**
79:14,16,17 80:21,25
81:24,24,25 132:23
154:17 207:24
252:20 256:8,9
258:7 270:23
285:23 286:12
293:20
**simple (5)**
39:25 50:24 146:17
262:20 263:10
**simply (14)**
27:10 34:7 51:11
105:14 141:16
160:8 193:12
207:15 256:3
278:25 301:10
303:12 310:11
317:25
**simulate (1)**
110:9
**simulated (3)**
40:2 105:9 214:4
**simulation (1)**
106:14
**simultaneously (1)**
283:9
**single (6)**
164:24,25 262:22
285:22 286:10
291:21
**singular (1)**
53:4
**sir (7)**
31:15 32:13 57:9
102:16 138:4 269:6
322:21
**sit (14)**
27:14 53:16 78:24
106:24 107:3 145:3
145:8 176:5 222:4
231:22 235:6
261:22 303:17
315:2
**site (22)**
37:5,10 105:8 128:22
197:6,14 228:5
241:5,9 246:2 253:2

262:4,19 263:21
264:19 266:25
267:6 273:6,22
275:16 279:15
302:16
**sitting (20)**
24:17 28:13 43:8
46:21 90:8 104:15
107:17 115:17
127:3,5 131:20,21
166:8 235:12,18
262:13,22 266:20
299:24 300:5
**situation (6)**
46:9 172:12 184:23
207:11 208:16
215:25
**situations (2)**
203:24 204:9
**size (18)**
113:9 116:15,19
117:8,9,12 130:25
204:4 254:4 255:10
261:4 264:18,21
266:24 267:11
316:3 317:9,11
**sizes (1)**
267:4
**skin (1)**
204:18
**slow (1)**
209:24
**slower (1)**
210:7
**small (3)**
39:2 135:4 204:4
**smaller (6)**
113:9 116:22 118:14
264:22 290:3,6
**smaller-size (1)**
113:25
**smells (1)**
225:6
**smoke (1)**
238:8
**Society (1)**
49:18
**software (1)**
31:25
**software-based (2)**
199:19 200:24
**solution (6)**
46:10 263:16 264:5,6
264:8 287:21
**Solutions (3)**
34:21 35:6,12

**someplace (1)**
265:24
**somewhat (2)**
161:10 162:7
**sore (1)**
297:14
**sorry (75)**
10:3 16:14 17:3 18:9
20:21 22:3 26:4
36:9 37:6 43:15
47:13 49:5,10 50:14
51:7 54:15,20 55:6
55:15 57:9,23 59:19
62:24 73:23 74:25
79:21 83:4 85:15
86:4 94:3 97:7
98:17 101:24 108:2
115:11 125:4,19
127:15 134:4 136:9
143:8 144:10
147:13,15 150:20
153:15,18 158:7
159:11 173:12
180:24 184:15
186:11 198:12
199:3 202:18
207:12 218:7
224:20 225:20
229:20 235:23
237:16 246:24
249:23 251:22
258:22 268:12
269:8 273:19 276:7
282:3 300:25 315:4
317:8
**sort (1)**
99:18
**sorted (1)**
100:21
**Sotto (3)**
88:13 261:15 271:23
**sounds (1)**
22:15
**source (4)**
31:23 39:6 44:4 249:7
**sources (5)**
37:15 250:4,8 252:9
315:12
**South (1)**
3:20
**space (5)**
131:6,17 133:15
233:2 281:25
**spaces (6)**
113:7 126:5 150:12
150:12,15 154:18

**spam (1)**
162:11
**span (3)**
271:13 282:9 301:24
**spare (1)**
225:14
**speak (2)**
35:5 310:11
**speaking (5)**
30:13 47:14 113:15
168:25 295:25
**special (7)**
21:12 161:14,22
162:14 185:14
228:17 229:7
**specialist (1)**
4:17
**specific (64)**
11:15,23 18:21 19:2
25:3 40:3,8 41:17
43:13 50:5 75:17,23
75:23 76:7,17 80:12
102:13 119:19
121:24 128:25
140:7,15,19 144:3
156:6 169:5,6 181:7
181:20 183:6,25
184:4 186:8 188:14
188:17,19,21
191:12 199:16
202:22 203:15
204:6,22 206:15
214:13 216:5
217:15 218:17
227:22 228:21
229:17 246:15
257:22 267:16
268:9 277:15
293:12 302:23
306:13 307:21
312:21 315:2,11
317:24
**specifically (35)**
24:2 32:22 36:6 37:23
48:20 52:4,10 60:21
64:14 77:25 83:24
96:19 112:3 123:7
145:14,15 161:5
173:13 197:8,19
198:22 231:20
256:11 262:2 268:5
273:5 274:25
276:23 278:2
286:19 297:20
307:13 312:24
314:3 321:18

**specification (6)**
154:5 190:11,20
260:17,20 282:9
**spectrum (5)**
34:20 35:6,11,17
77:18
**speed (2)**
109:18,19
**spend (5)**
13:16 56:6 71:25
73:24 126:3
**spent (9)**
55:7,13,20 56:2 70:19
72:8,10,18 73:11
**spin (1)**
226:13
**spoilage (1)**
150:14
**spoken (11)**
7:6,9 91:19,23 92:4
92:23 237:14,18,22
238:2 308:23
**spores (1)**
206:13
**spot (2)**
96:23 298:20
**Square (1)**
317:7
**St (9)**
12:2 14:12,19 22:5,20
209:15 211:15
215:10 236:18
**stabilize (1)**
142:13
**stabilized (1)**
142:25
**staff (5)**
15:4,8,12,19 213:22
**stage (2)**
128:15 204:15
**stakeholders (2)**
306:21 307:12
**stand (1)**
325:7
**standard (42)**
48:25 49:13,17
132:21 134:7,9
143:20 145:13,24
154:3,10,18,22,23
155:2,3,11,15 156:2
156:7,9 168:8 169:9
169:11 172:15,20
173:12,24 174:25
175:4 176:15
190:11 222:11,24
227:22 229:11,16

251:3 281:17,20
318:8 319:11
**standard's (1)**
173:3
**standards (21)**
6:11 40:23 52:11
75:24 143:24 145:5
145:15,16 154:16
155:22 156:5 169:3
172:16,17 174:21
223:12 224:19
228:21,24 235:3
262:6
**standpoint (1)**
295:11
**Stanford (2)**
242:4 289:22
**start (11)**
4:4 20:20,21 36:9
63:11 71:18 97:2
146:6 147:15
159:12 259:5
**started (2)**
256:18 318:19
**startup (2)**
43:12 63:20
**State (3)**
2:12 326:2,6
**stated (1)**
190:20
**statement (14)**
45:13 48:6 54:25 80:2
83:14 123:4 165:21
191:16 192:20
195:22 219:25
222:19 285:23
286:12
**statements (1)**
309:19
**states (4)**
1:1 4:8 123:25 227:12
**statistics (5)**
205:22 284:11 314:22
314:23,24
**status (1)**
48:22
**statute (2)**
192:12,13
**stay (1)**
180:18
**stenographic (2)**
253:6 272:6
**step (1)**
126:25
**steps (5)**
76:4 223:21 233:12

252:2,5
**sterile (16)**
219:21,23 220:3,7,12
220:19,25 221:3,10
221:11,22,25
222:17,20 291:22
306:25
**sterility (1)**
222:5
**sterilizing (1)**
189:5
**stimulator (3)**
200:4,6 201:4
**stop (1)**
140:16
**stopped (1)**
113:21
**strange (1)**
324:5
**stream (1)**
71:12
**streams (1)**
72:7
**street (5)**
3:4,15,20 21:11 41:6
**strength (1)**
280:19
**stretched (1)**
51:2
**structure (4)**
28:9 140:2 153:17
280:19
**structured (2)**
15:2 154:19
**stuck (2)**
43:11 127:8
**studied (1)**
247:22
**studies (26)**
52:3 56:12 64:15
202:5 205:2 210:15
210:24 239:5,16,20
241:25 242:4
263:10 275:20
277:10 281:8 283:2
286:18 293:19
303:12,14,18 305:3
305:6 311:21 312:6
**study (51)**
50:5 93:6 205:20
208:6,7 209:8
210:14,20 213:24
221:18 227:7
237:10 239:3 240:3
240:8,11,18 242:4,7
261:7,11 262:14,21

262:22 263:2 264:5
264:12 269:15
273:12 280:7,12,18
283:10,25 284:5,20
284:23 285:3,7,7,19
285:24 286:12
287:4,5 289:22
294:25 295:6 303:9
303:20 315:5
**studying (1)**
312:22
**stuff (3)**
15:11 130:24 323:21
**stuffy (1)**
244:11
**styled (1)**
4:6
**Styrofoam (4)**
126:19 127:7,11,17
**Sub-Zero (1)**
211:18
**subject (5)**
20:11 67:3 150:13
266:5 267:17
**subjected (9)**
14:10 15:7 22:17 25:2
25:25 46:23 171:9
282:8 305:9
**subjects (1)**
188:18
**submission (14)**
63:24 64:7,10,16
82:14,16,23 181:13
198:24 201:13
254:7 256:4 258:2
260:18
**submit (1)**
200:7
**submitted (4)**
66:7 186:6 190:16
199:4
**submitter (1)**
185:6
**subpoena (7)**
2:7 7:20 8:15 33:8
88:15 95:4 328:3
**Subpoenas (1)**
328:7
**substance (2)**
164:8,12
**substantial (5)**
64:13 189:14 200:15
200:19 259:20
**substantially (4)**
188:10 189:9 258:16
261:5

**suck (2)**
114:10 118:13
**sucked (3)**
105:11,15 106:3
**sucking (1)**
147:21
**suction (1)**
115:12
**suctioned (1)**
114:8
**suffered (1)**
187:19
**sufficient (9)**
118:22 138:20 185:6
185:11,12 191:2
219:10,14 311:23
**sufficiently (3)**
141:24 184:10 185:2
**suggest (4)**
242:2 275:6,21
282:19
**suggested (2)**
150:17 283:3
**suggesting (9)**
123:13 195:15 213:20
243:3,4 262:17
289:18 299:23
318:2
**Suite (2)**
2:6 4:12
**summaries (5)**
85:12,17 157:22,24
157:25
**summarize (1)**
306:4
**summary (5)**
82:17,19,24 298:8
299:11
**supplement (1)**
291:2
**supplied (1)**
132:22
**supplies (1)**
307:2
**supply (2)**
172:7 214:23
**support (6)**
154:23 172:9 275:13
275:14 290:22
316:12
**supported (1)**
275:3
**supportive (1)**
295:2
**supports (2)**
29:16 64:16

supposed (1)
  10:18
sure (62)
  10:15 12:18 15:10,17
  30:11,21 40:14 41:3
  41:13 43:13 44:25
  46:12,21 64:9,20
  66:23 67:11 68:4
  74:21 80:19 83:19
  95:23 106:12
  115:19 117:15,21
  123:11 129:15
  132:16 137:20
  141:20 142:21
  148:25 152:23
  154:3 161:23
  166:12 170:10
  171:21 172:6,18,21
  186:24 187:24
  191:24 201:15
  204:23 208:10
  217:3,23 223:24
  226:13 234:23
  243:19 248:16
  265:22 266:9
  270:17 272:20
  273:12 276:3 313:7
surface (7)
  26:3 107:25 108:5
  128:14 134:8
  135:15 291:9
surfaces (4)
  223:10 251:14,17
  291:23
surgeon (8)
  207:21 208:8,10
  213:5 220:18,20,23
  221:9
surgeon's (3)
  220:24 221:8,14
surgeons (1)
  246:19
surgeries (5)
  224:22 238:5 264:13
  302:20,23
surgery (35)
  13:8 18:17,17 111:14
  111:19 203:5 208:3
  209:18,22 210:19
  210:22 222:18
  224:9,13 225:10,13
  226:3 237:3 261:12
  262:11 271:11
  273:21 277:21
  278:10,10 297:21
  302:17 314:4,7,8,13

314:14,20,25 315:8
surgical (31)
  34:21 35:6,12 105:8
  128:22 199:18
  208:2 214:2 241:5,9
  246:2,9 252:12,15
  253:2 262:4,19
  263:21 264:19
  266:25 267:6
  271:11 273:6,22
  275:16 277:17
  279:13,15 302:16
  302:23 303:3
Surgical-Wound (1)
  276:13
surprised (2)
  166:19,23
surprising (5)
  161:4,8,10 162:7
  166:24
surrounding (1)
  104:7,20
survive (1)
  51:24
Susan (5)
  1:20 2:8 4:18 326:4
  326:25
susceptible (2)
  297:19 302:25
sustain (2)
  24:8 28:9
sustained (1)
  134:13
suture (1)
  199:18
sutures (1)
  200:22
SUVs (1)
  41:8
swab (1)
  240:7
swabs (4)
  206:13 242:16 251:11
  251:23
swear (1)
  5:8
sworn (2)
  5:9 326:9
system (29)
  127:24 128:9,18,20
  131:4,18 146:20
  148:19 149:2 170:5
  170:14,15,20
  171:11,13,14
  173:10 174:3 212:5
  227:15 234:13

239:18,23 240:23
  241:19 242:9
  244:24 260:21
  328:9
systematic (1)
  271:17
systems (2)
  171:9,16

_____

T

T (2)
  326:1,1
T2 (2)
  107:7 108:24
tab (1)
  154:11
table (22)
  9:9 114:15 135:3
  153:9,25 154:9
  156:16 157:21
  159:14 160:15
  163:10,17 177:13
  177:21 178:4
  179:11 208:2
  328:15,19,21,23
  329:1
tabs (1)
  179:9
take (65)
  6:23 37:6 51:13 52:7
  52:9 53:21 58:22
  65:24 82:24 86:25
  88:10,18 90:12
  94:14 96:2,6,21
  97:8 99:3,12 101:22
  103:3,24 107:14
  118:8 125:18 132:7
  133:22 135:3
  136:23 137:16
  138:11 142:6,10,15
  143:4,14 149:21
  150:16 152:24
  174:5 180:24 183:3
  190:16 201:14
  222:20 223:21
  224:9 236:16
  243:12 253:5
  254:17 259:6,11
  265:15 266:12
  268:9 292:11 294:8
  296:21 298:2,6,17
  305:25 317:14
take-home (1)
  285:20
taken (25)
  5:12 54:23 87:9,18

94:5 96:7 97:18
  98:23,24 99:5 100:7
  100:14,17,22,24
  101:4,5 125:15
  182:6 206:17
  223:17 236:11
  284:7 292:25
  323:20
talk (3)
  86:2 310:8 315:11
talked (5)
  154:25 225:23 256:6
  272:22 277:24
talking (11)
  19:5 52:10 157:12
  211:3 245:9 262:2
  263:16 269:15
  282:7 305:8,10
talks (1)
  263:13
tall (1)
  208:25
Tan (1)
  288:23
tanks (1)
  216:18
tape (6)
  134:7,14,16,17,19
  135:8
taped (5)
  133:25 134:5 135:16
  142:9 143:9
tapes (1)
  134:25
target (1)
  197:15
targeted (1)
  171:11
Tarnay (1)
  213:4
task (6)
  50:16 76:19 305:15
  305:18 306:7,13
tasks (1)
  40:8
taught (2)
  65:17,20
tax (1)
  71:6
team (15)
  214:23 216:23,25
  217:22,24 218:8,12
  218:14 230:8 231:9
  234:10 247:11
  249:6 251:5 282:6
tear (4)

24:15 25:3,25 26:22
technically (1)
  233:11
TECHNICIAN (1)
  3:24
technicians (1)
  45:19
technique (1)
  246:5
techniques (1)
  246:10
technologies (8)
  15:5 34:24 75:9,12
  76:7 174:11 192:4
  245:11
technology (22)
  12:19,22 16:5 20:3,10
  63:9 74:22 75:16
  77:6,9 78:12 170:18
  170:21 175:3 188:6
  203:17 208:15
  228:4 281:2 306:12
  306:13,16
telecommunication ...
  171:12
telemedicine (2)
  64:3 73:19
telephone (3)
  60:15 91:20 164:16
tell (41)
  5:12,19 11:9 17:22
  38:9 43:8 44:24
  45:2 46:19 50:11
  51:10,11 66:14
  78:25 93:13 122:23
  123:2,7 130:2 138:8
  139:20 161:12,21
  162:12 172:22
  191:25 215:4
  217:20 240:17
  261:23 266:16
  268:3 269:9 298:4
  304:7 305:13,14,24
  311:4 323:10,17
telling (5)
  22:13 138:9 141:6
  255:23 320:19
temp (1)
  51:6
temperature (78)
  48:22 49:15 103:25
  104:5,11,14,20,22
  109:16,17 111:3,6,7
  111:13 120:9 125:7
  125:16,20,25
  131:19 132:4,8,10

132:22 133:4,12
134:19 135:5,9,11
136:7,10,24 137:14
137:21 138:10
139:17 140:4,8
141:5,17,21 142:5,8
143:5,7,11,21 144:4
145:11,25 146:14
146:15 147:2,5,6,11
147:15,17 148:11
150:2 151:10
152:10 172:8,10
203:23 204:5,13,23
210:4,6,18,22 230:9
282:8 293:16,22
295:5
**temperatures (2)**
112:10 204:17
**term (7)**
114:9 115:23,24
116:4,5 271:17
282:10
**terms (18)**
22:3 34:5 38:5 71:22
78:16 117:22
192:10,10 200:8
269:7,18,19,22
270:2 282:11
296:22 299:2
315:15
**test (18)**
93:7 113:24 144:12
146:7 147:4,15
160:12 205:4 207:3
227:3 228:22 235:4
238:16,20,23
272:24 317:11
328:13
**testbed (1)**
143:18
**tested (6)**
41:9 45:17,17 125:3
233:17 244:23
**testified (1)**
5:14
**testimony (7)**
7:15 62:4 90:19,22
303:6 314:6 326:11
**testing (41)**
40:6,13,25 45:20
49:24 64:15 86:7,12
93:9 143:21 145:2
145:20,25 146:3,9
146:14,16 147:11
151:3,22 152:3,4,8
165:24 166:20,25

168:23 169:2 200:9
200:21 201:12
202:9 204:3 205:16
219:5 231:14,15
233:23 235:5
251:21 252:8
**tests (6)**
42:7 169:6,6 219:8
240:11,22
**Texas (25)**
1:10 2:7,12 3:5,10
4:13 5:24 12:3
14:13,20 22:4,19
65:8 80:13 209:17
210:17 212:23
215:10 230:4
236:18 245:8
269:12 306:10
326:2,6
**text (1)**
324:20
**thank (19)**
5:6 6:22 7:4 11:2
15:16 26:13 58:10
103:17 113:16
121:13 205:10
230:11 243:25
269:6 276:9 277:5
298:10 300:10
325:21
**theater (3)**
209:13 214:2 246:18
**therapist (1)**
232:18
**therapy (1)**
61:20
**thermocouple (8)**
132:9 133:3,4,5,8,23
134:3,10
**thermometer (1)**
138:3
**thing (7)**
10:23 16:13 30:21
147:12 265:17
294:25 325:3
**things (15)**
78:22 119:4 120:12
126:22,24 134:12
168:2 180:20
207:20 208:17
296:17 308:10
312:16 315:15
325:13
**think (85)**
31:10 32:2 43:22 46:8
49:19 51:9,22 53:25

58:7,12 60:11 61:16
65:11,20 66:9 73:5
82:17 84:12 85:19
90:23 96:18 100:18
103:21 109:4 123:4
128:15 130:21
134:23 137:19
138:9 141:3,18
143:6 147:21
150:24 158:11,19
159:18 165:6
174:23 175:14
180:22 181:11
191:11 195:13,14
196:6,11 207:18
208:8 210:16,19
212:8,16 215:6,16
218:11 221:7
222:21 236:10
240:4,5 257:22
264:3 265:11
268:10 270:6 273:3
273:14 276:5
278:12 279:20
284:9,25 291:4
294:2 310:23
312:16 313:16,23
318:13 324:17,21
324:22 325:6
**thinking (7)**
154:24 169:2,16
170:24 176:24
196:20 226:17
**third (5)**
14:9 256:8,10 259:16
289:10
**Thompson (1)**
2:6
**thought (9)**
15:11,11 30:6 49:5
81:16 179:22
184:16 205:11
301:3
**thousands (2)**
193:13,13 214:16
**threat (6)**
241:14 262:4,10,18
274:10 291:6
**three (14)**
11:11 39:12 54:22
107:11 108:19,24
108:25 109:8 180:9
199:21 212:22
289:8 290:19
316:13
**three-minute (1)**

292:12
**three-temperature ...**
109:14
**threshold (1)**
259:14
**thriving (1)**
241:6
**throat (1)**
297:14
**tied (2)**
15:24 119:11
**tightly (1)**
104:18
**Tim (2)**
58:7 266:19
**time (101)**
4:14 5:23 11:16,25
12:8,12 18:5 19:3,4
19:12,22 20:15
22:21 32:18 39:18
42:15 43:7 44:19
45:11 50:15 51:12
54:16,16,19 55:7,12
55:17,21,25 56:6
60:12 61:21 67:8
68:8 70:5,17 71:25
72:9,10,18 73:11,22
73:23 74:9 77:22
90:25 91:4 97:6
99:6 100:14,17,22
104:2 120:16,22
121:2,4,5 123:6
125:15,19 126:4,23
131:4 132:5 137:19
141:20 142:24
144:3 148:6 152:18
156:12 161:2 165:9
183:10 186:19,22
187:4 202:8,12
209:9 211:16 213:3
213:6 216:5 224:23
240:18 249:16
252:11 259:6
265:12 271:24
287:10 292:5
303:20,22 315:12
317:14 319:3
323:21 325:25
**timeline (1)**
45:2
**timer (2)**
98:12,16
**times (25)**
19:7 22:5,6 67:18
69:3 70:15 86:11
120:24 141:19

142:10 183:21
184:3 187:7,10,16
224:5,10 225:6
226:7 231:4 248:13
248:14,22 265:18
281:22
**tip (1)**
133:24
**title (7)**
66:13,19,25 268:23
268:24 276:2
313:24
**titled (3)**
57:15 153:10 179:18
**today (56)**
4:11,18 6:7 7:15 8:2
43:9 50:23 54:17
68:2 78:25 89:16
90:8 95:23 139:25
141:19 145:8
153:10 156:22
157:3 160:25 163:3
179:13 202:10,15
212:7 222:4 231:4
231:22 238:10
240:15 246:12
261:23 262:13,17
262:23 264:11
265:2,18 266:3,18
266:20 287:22
299:24 300:5,14
301:19 303:7,17,25
307:8,25 311:12,13
315:2 324:2 325:16
**Today's (1)**
4:13
**told (5)**
88:21 193:14 258:25
302:7 324:10
**tools (2)**
150:15 225:15
**top (12)**
61:19 66:14 105:18
105:23 106:12,25
107:3,10 108:16
109:7 180:19
304:23
**topics (2)**
198:16 199:9
**total (4)**
39:14 59:11 227:15
240:4
**totality (3)**
70:22 73:15 143:13
**totally (2)**
162:20 266:5

**touch (2)**
221:12 291:20
**touch-sensitive (1)**
233:7
**touched (2)**
16:23 17:16
**touches (1)**
291:17
**touching (2)**
133:6 291:23
**town (1)**
131:16
**trace (1)**
233:25
**trained (3)**
65:5 188:2 280:17
**training (12)**
64:17 65:2,9,10,11,12
65:12,19 173:2
247:15,16 307:11
**transcript (6)**
16:16 58:4 180:3,5
279:24 330:1
**transcripts (5)**
57:25 239:3,11
265:19 322:2
**transfer (6)**
129:16 247:18,21
248:2,5,8
**trauma (13)**
75:20 203:6,21,24
204:2,8,14 207:11
207:18 208:8,9
209:7 246:9
**travel (1)**
232:8
**Travemünde (1)**
232:8
**tray (1)**
48:3
**treating (1)**
237:23
**treatises (1)**
91:2
**tremendously (2)**
204:16 215:12
**trendline (1)**
74:3
**trial (3)**
93:7 218:16 309:11
**tried (4)**
103:21 208:17 239:16
239:22
**tripod (1)**
98:15
**trucks (1)**

41:6
**true (2)**
54:25 326:10
**truth (3)**
5:12,13,13
**try (6)**
78:6 111:21 112:13
112:18 236:11
252:10
**trying (20)**
16:10 40:2 41:22
43:12,17 60:11
106:9 134:16
139:10,18,24
141:13 146:5
203:19 240:6
254:21 257:14
293:23 310:2
318:18
**TSG (1)**
4:19
**tucked (1)**
61:15
**Tuesday (2)**
1:11 4:2
**tumor (1)**
297:15
**turbine (1)**
226:13
**turbines (1)**
226:17
**turn (8)**
33:11 35:10 53:17
57:8 76:10 83:24
109:12 183:5
**turned (3)**
45:4 106:10,21
107:24 108:3,6
120:16
**turning (1)**
31:21
**two (32)**
12:7,12 19:7,20 26:7
39:13 42:7 53:18,22
54:6,15 75:7 76:14
99:13,16 133:7
150:10 199:10
231:24 232:6 241:3
241:24,25 250:13
274:9,9 283:10
290:8 292:11
299:12 304:13
316:20
**two-sided (1)**
94:19
**type (20)**

13:16,19 20:15 34:4
50:22 174:20
183:17 194:5
199:23 201:12
215:21 227:4
233:14 247:11
276:24,25 279:4
283:4 285:9 314:19
**typed (2)**
84:13 89:9
**types (3)**
148:5 188:22 252:2
**typical (2)**
29:6 291:14

---

**U**

**Uh-huh (2)**
107:19 126:17
**Ulatowski (9)**
58:9,10 178:18,21
179:21,25 265:21
266:5,19
**Ulatowski's (3)**
56:13 59:15 179:5
**ultimate (1)**
37:5
**ultimately (4)**
35:7 37:11 208:15
249:2
**unable (1)**
68:13
**unacceptable (1)**
176:4
**unclean (1)**
30:22
**underlining (1)**
89:15
**underlying (2)**
283:24 284:2
**underneath (3)**
45:15 108:7 134:2
**understand (48)**
6:6 22:8 32:14 44:18
46:13 64:22 67:19
102:11 119:7
121:21 123:20
125:13 128:10,17
134:21 139:10,18
140:5 142:8 148:9
150:11 156:24
200:17 223:20
230:20 235:14
245:12,14 247:23
247:23 257:14
260:19 265:4
266:10 272:20

280:18 281:5 284:3
286:17 290:15
294:20 296:19
309:8,13 310:2
311:6,18 312:3
**understanding (21)**
6:18 9:25 19:12 25:8
62:9 112:6 119:12
126:8 156:21 166:7
192:17,19 223:5
266:24 288:10,12
288:15,18 296:15
299:18 309:25
**understandings (1)**
297:3
**understood (4)**
15:17 44:19 124:19
217:23
**undertaken (1)**
202:17
**underwent (1)**
210:21
**undesirable (1)**
213:23
**unfavorable (1)**
303:13
**unidirectional (4)**
241:8 245:12 290:4,8
**uninterrupting (1)**
290:7
**unique (2)**
188:7 297:5
**unit (12)**
10:14 29:24 30:2,4
45:15 106:21
119:13 127:2 132:2
243:17,23 247:8
**United (2)**
1:1 4:8
**units (4)**
206:14 216:22 233:5
242:17
**university (2)**
65:16 212:25
**university's (1)**
131:14
**unreasonable (3)**
176:11 177:7 305:21
**unscrew (1)**
97:6
**update (1)**
91:7
**updated (1)**
66:22
**upper (1)**
129:22

**use (96)**
6:11,12 11:19 15:5,19
16:11 18:23 19:17
26:17 27:18,23 29:2
29:5,7,9,12 30:7,12
30:17,19 31:17 38:6
41:5,23 45:24 47:11
61:10 64:14,22 77:5
78:13,14 79:15,16
79:19 80:7 81:25
90:17,23 93:10
96:21 111:18 114:7
114:13 116:17
128:25 129:2 132:7
132:20 134:7 173:5
183:9 184:9,11
185:8 187:5 194:22
200:15 203:11
205:6 211:20
212:19,20 215:14
215:19 216:12
217:18,19 221:13
226:24 235:23
236:4,15,19 243:20
251:3 256:12
259:17,22 264:7
267:6 269:7 272:17
273:20 274:4,15
275:9 278:16
281:10 285:25
286:14 291:21
299:12 310:20
312:5,13
**useful (1)**
270:10
**user's (1)**
36:11
**uses (4)**
81:24 132:14 189:7
224:11
**usually (6)**
23:20 41:19 78:14
174:2 197:11
226:23
**utilization (1)**
40:3

---

**V**

**V-I-T-A-H-E-A-T (1)**
81:9
**vacuum (3)**
114:12,17 150:12
**vacuumed (1)**
105:10
**valid (1)**
31:11

**validate (1)**
218:14
**validating (1)**
218:13
**validation (1)**
42:5
**Valley (3)**
71:24 74:7 212:3
**vapors (1)**
51:2
**variation (1)**
297:13
**varied (2)**
41:3 74:10
**varies (1)**
74:5
**variety (4)**
46:24 140:10 145:18
   225:15
**various (8)**
47:6 195:25 214:20
   227:4 246:20
   251:11 280:20
   315:6
**vary (2)**
40:25 74:4
**vascular (3)**
199:2 201:6,9
**vendor (2)**
21:13 128:5
**vendor's (1)**
85:10
**vendors (10)**
77:3,5,9,10,12,16
   78:2,10,11 294:22
**ventilation (3)**
155:17 229:20,23
**ventilator (2)**
232:11 250:9
**ventilators (5)**
171:14 231:23 232:7
   247:9 250:9
**version (1)**
31:25
**versus (6)**
14:17 47:15 75:20,20
   136:2 233:9
**vibrate (2)**
49:6,11
**vibration (1)**
49:9
**video (7)**
3:24 4:17 82:14 238:9
   238:11,11,17
**VIDEOGRAPHER...**
4:3 5:6 67:12,15

115:5,8 152:25
   153:4 201:16,19
   244:14,17 272:8,11
   276:4,8 292:13,16
   308:13,16 325:18
**videos (1)**
152:17
**VIDEOTAPED (2)**
1:8 2:4
**view (4)**
24:7 43:20 170:17
   191:17
**viewing (1)**
238:16
**violate (1)**
250:20
**violation (1)**
242:25
**Virginia (1)**
212:25
**viruses (2)**
264:22 267:5
**visible (2)**
127:17 219:4
**visit (4)**
195:2,4 197:17 233:2
**visited (1)**
269:11
**visiting (2)**
246:18,19
**visits (1)**
197:15
**visualizing (1)**
151:5
**visually (1)**
102:24
**VitaHEAT (3)**
81:9 84:20 158:13
**vital (3)**
13:7 233:4 290:23
**voce (3)**
88:13 261:15 271:23
**volume (5)**
149:20 209:22 215:12
   227:3 304:16
**volunteers (1)**
305:8
**vulnerabilities (1)**
297:5

_____
**W**
**wait (2)**
199:25 272:12
**waited (1)**
142:13
**waiting (1)**

59:5
**walked (1)**
7:6
**walking (3)**
11:12 18:12 246:17
**wall (1)**
251:18
**want (29)**
10:23 16:20 21:2
   56:24 58:8 59:18
   73:8 83:19 86:9
   102:19 107:22
   110:6 112:12
   121:13 134:11
   145:10 148:24
   181:19 183:3
   250:20 256:11
   258:15 259:6
   264:21 265:4 278:3
   294:4 299:12
   317:14
**wanted (35)**
10:12,15 15:10,17
   16:13 24:4 26:20
   27:12,20 28:8,14
   29:14 32:21 34:5
   38:13 46:12 74:21
   110:10 121:23
   128:17 137:20,25
   140:5 146:18
   162:23 167:5
   170:10 200:7,13,17
   232:12 233:5 271:4
   282:4 311:6
**wanting (3)**
178:7,8 266:9
**wants (1)**
244:12
**warm (11)**
103:24 104:5 203:11
   204:17,20,20 211:4
   241:9,10 275:9
   291:3
**warmers (1)**
204:19
**warming (64)**
1:3 4:7 77:10,11,16
   78:17 79:4,8 80:7
   80:18 81:23 84:23
   128:11 140:7
   143:18,22 145:2,20
   146:10 147:8
   201:23 202:23,25
   203:3,9,16,20 204:2
   204:8 207:15
   208:14 209:11

210:9 213:5 227:10
   227:24 229:4,12,17
   243:16,19 249:11
   249:14 263:4
   264:14 268:23
   269:13 271:10
   273:21 274:4 277:2
   278:17 281:10
   282:12,14,21 283:5
   285:9 287:6 293:3
   310:7,12 312:23
   328:9
**warming/cooling (1)**
216:17
**warms (1)**
295:13
**warning (11)**
193:5,7,17,25 194:15
   194:21 195:7,10
   196:7 219:2 290:2
**Washington (1)**
233:2
**wasn't (8)**
9:2 123:24 179:18
   187:9 239:13
   254:13 320:6,19
**watched (3)**
238:8,10,14
**way (35)**
10:9,16,17 14:14,18
   17:17 23:12 37:20
   47:15,17 64:15
   73:14 81:10 112:14
   114:5 120:23
   122:20 123:9 124:8
   124:9 134:19
   158:20 191:21
   207:15 228:8 236:3
   238:23 274:10
   275:6 289:10,11
   310:16 312:3
   313:23 326:19
**ways (3)**
193:18 194:23 263:11
**we'll (2)**
32:7 292:11
**we're (23)**
55:15 68:2 95:23
   139:11 188:18
   244:14 256:7 258:3
   258:4 259:22 272:2
   272:8,11,13 292:13
   301:5,6 318:13
   323:7,11,21 325:15
   325:23
**we've (5)**

121:16 151:8 152:5
   244:3 303:24
**wear (4)**
24:15 25:3,25 26:22
**website (2)**
85:11,17
**week (2)**
162:3 258:5
**weekly (1)**
50:15
**weeks (2)**
54:6,16
**weird (1)**
49:7
**well-known (1)**
262:7
**went (12)**
31:23 37:4,6 56:17
   77:6 78:8,23 141:18
   149:4 173:2 218:13
   269:11
**West (1)**
212:25
**whatsoever (1)**
243:21
**WHEREOF (1)**
326:21
**whichever (1)**
268:10
**white (12)**
9:20,21 96:23 106:16
   107:25 108:5,13,16
   109:9 116:13
   126:15 134:25
**wide (2)**
135:20 301:24
**wider (2)**
136:4 246:16
**willing (3)**
95:5,11,15
**Winston (1)**
288:23
**wiped (1)**
96:17
**wire (1)**
134:20
**wires (2)**
132:23 133:2
**wish (2)**
73:13 217:25
**wished (1)**
259:11
**withdraw (2)**
294:6,7
**witness (29)**
5:8,9 49:10 53:24

Page 36

58:5,25 59:21,23
61:11 66:15 83:21
84:6 93:16 94:11
144:18 152:21
177:24 244:11
253:12 268:21
273:8 287:25 308:6
308:24 326:8,11,14
326:14,21
**witnesses (1)**
121:18
**women (1)**
68:25
**wondered (1)**
313:8
**wondering (3)**
75:22 137:7 138:5
**Wood (3)**
131:24 273:11 303:8
**wooden (2)**
133:20 136:4
**word (11)**
15:11 35:2 38:24
104:4 114:7 116:18
125:5 142:21
223:15 265:15
299:11
**words (6)**
18:21 19:20 78:25
93:13 176:6 191:22
**work (92)**
9:23 10:14 16:22 17:4
19:16 23:8,18 34:23
53:13,21 54:23 55:8
60:9 62:5 63:2
64:18,19 70:6,12,20
71:9,10,20 72:5,11
72:19 73:24 74:17
76:6 84:4,16 85:23
86:10,11,13,19 88:7
89:3,8 91:12 94:9
98:11 104:10 118:2
118:20 119:2,23
152:15,18 156:5,7
159:7 160:17,20
163:12 164:19
172:24 173:19
174:8 182:13,20
183:17 186:13,17
187:11 192:14
193:22 194:17
202:4,19,25 206:10
206:20 209:9
211:23 213:11
231:17 234:16,17
234:22 250:25

280:8,11,15 281:15
291:13 296:5
304:24 308:20
309:3 312:21 315:5
**workable (1)**
288:14
**worked (23)**
11:24 61:22 155:25
156:3 169:25
172:21 181:15,17
181:24 182:3
193:13,20 213:3
223:19,23 224:3,23
224:24 230:5 232:5
280:21 297:11
306:10
**working (26)**
11:10 12:8 19:22
45:16 64:20 65:3
80:13 81:13,15
117:17 146:19
174:19 194:20
207:6 217:22,24
225:4,8 230:23,25
231:12 245:5,18
246:6 294:21
307:12
**works (2)**
62:20 64:23
**world (3)**
52:8 189:11 209:20
**wouldn't (6)**
207:8 216:23 313:19
313:22 320:3,10
**write (9)**
66:4 78:7 96:22,22,25
137:3,12,17 138:15
**writing (5)**
41:15 42:19 91:25
175:8,9
**writings (1)**
92:19
**written (5)**
29:4 91:10,15 174:21
266:8
**wrong (2)**
103:13 125:4
**wrote (5)**
137:11 138:7 215:16
265:16 310:25

_____
**X**
**X-ray (1)**
13:8
_____
**Y**

**Y (322)**
4:1 5:1 6:1 7:1 8:1 9:1
10:1 11:1 12:1 13:1
14:1 15:1 16:1 17:1
18:1 19:1 20:1 21:1
22:1 23:1 24:1 25:1
26:1 27:1 28:1 29:1
30:1 31:1 32:1 33:1
34:1 35:1 36:1 37:1
38:1 39:1 40:1 41:1
42:1 43:1 44:1 45:1
46:1 47:1 48:1 49:1
50:1 51:1 52:1 53:1
54:1 55:1 56:1 57:1
58:1 59:1 60:1 61:1
62:1 63:1 64:1 65:1
66:1 67:1 68:1 69:1
70:1 71:1 72:1 73:1
74:1 75:1 76:1 77:1
78:1 79:1 80:1 81:1
82:1 83:1 84:1 85:1
86:1 87:1 88:1 89:1
90:1 91:1 92:1 93:1
94:1 95:1 96:1 97:1
98:1 99:1 100:1
101:1 102:1 103:1
104:1 105:1 106:1
107:1 108:1 109:1
110:1 111:1 112:1
113:1 114:1 115:1
116:1 117:1 118:1
119:1 120:1 121:1
122:1 123:1 124:1
125:1 126:1 127:1
128:1 129:1 130:1
131:1 132:1 133:1
134:1 135:1 136:1
137:1 138:1 139:1
140:1 141:1 142:1
143:1 144:1 145:1
146:1 147:1 148:1
149:1 150:1 151:1
152:1 153:1 154:1
155:1 156:1 157:1
158:1 159:1 160:1
161:1 162:1 163:1
164:1 165:1 166:1
167:1 168:1 169:1
170:1 171:1 172:1
173:1 174:1 175:1
176:1 177:1 178:1
179:1 180:1 181:1
182:1 183:1 184:1
185:1 186:1 187:1
188:1 189:1 190:1
191:1 192:1 193:1

194:1 195:1 196:1
197:1 198:1 199:1
200:1 201:1 202:1
203:1 204:1 205:1
206:1 207:1 208:1
209:1 210:1 211:1
212:1 213:1 214:1
215:1 216:1 217:1
218:1 219:1 220:1
221:1 222:1 223:1
224:1 225:1 226:1
227:1 228:1 229:1
230:1 231:1 232:1
233:1 234:1 235:1
236:1 237:1 238:1
239:1 240:1 241:1
242:1 243:1 244:1
245:1 246:1 247:1
248:1 249:1 250:1
251:1 252:1 253:1
254:1 255:1 256:1
257:1 258:1 259:1
260:1 261:1 262:1
263:1 264:1 265:1
266:1 267:1 268:1
269:1 270:1 271:1
272:1 273:1 274:1
275:1 276:1 277:1
278:1 279:1 280:1
281:1 282:1 283:1
284:1 285:1 286:1
287:1 288:1 289:1
290:1 291:1 292:1
293:1 294:1 295:1
296:1 297:1 298:1
299:1 300:1 301:1
302:1 303:1 304:1
305:1 306:1 307:1
308:1 309:1 310:1
311:1 312:1 313:1
314:1 315:1 316:1
317:1 318:1 319:1
320:1 321:1 322:1
323:1 324:1 325:1
**Yadin (14)**
1:9 2:4 4:5,5 5:11,21
326:7 327:3 328:9
328:22,24 329:1
330:1,6
**yeah (26)**
54:11 62:3 68:4 69:15
71:21 82:7 85:19
109:6 121:12 125:2
139:2 144:19
154:14 158:19
159:20,22,25

223:24 225:11,24
244:3,6 265:6
292:10 294:16
317:4
**year (15)**
38:17 52:18 53:13
61:25 62:4,5,10,10
62:12 66:9,17 73:11
74:2,2 196:17
**years (16)**
19:6 20:18 40:18
70:21 71:5 73:25
165:12 179:20
187:16 193:11
203:8 230:4 280:22
297:10 306:9,10
**yellow (1)**
238:13
**Yep (1)**
154:8
**yesterday (2)**
69:17 70:10
**YouTube (3)**
82:14 238:11,17

_____
**Z**
**Z (1)**
297:12
**Zink (2)**
304:24 305:10

_____
**0**
**0.2-micron (1)**
253:23

_____
**1**
**1 (20)**
1:11 2:1 4:2 7:19,19
7:23 88:15,18 96:22
97:3 116:20 118:25
118:25 177:3
253:10 264:22,23
328:3 329:4 330:5
**1-by-2 (1)**
117:10
**1:13 (1)**
153:3
**10 (9)**
54:5,15 55:11 118:10
121:24 177:11,13
257:7 328:23
**10-micron (4)**
115:13,18 118:19
120:2
**10:42 (2)**
67:13,14

_____

Page 37

**10:57 (2)**
67:14,16
**1010 (1)**
3:4
**10th (1)**
52:21
**11 (18)**
94:17,22 98:3,4,6
100:14,21 101:9
126:14 177:19,21
178:4,18 179:6
240:16 328:12,23
329:1
**1111 (1)**
5:24
**11th (1)**
326:22
**12 (14)**
98:4,23 99:10,14
100:15,21 101:9
103:23 113:13
253:8 300:16
301:18 327:16
329:3
**12:05 (2)**
115:6,7
**12:18 (2)**
115:7,9
**124787 (1)**
1:21
**13 (5)**
100:16,17,21 101:9
328:17
**13:13 (1)**
153:2
**14 (21)**
55:11 100:13,24
104:25 105:9,18
107:20 109:10
111:5,17 112:24
113:19 114:24
117:2 118:15,20
119:3,24 131:10
151:9 235:3
**14:14 (1)**
153:5
**1400 (2)**
2:6 4:12
**144 (1)**
328:13
**14971 (4)**
172:20 173:7,13
176:3
**15 (7)**
60:6 101:3,5 139:13
150:10 303:19

328:21
**15-2666 (1)**
4:10
**15:20 (1)**
201:17
**15:32 (1)**
201:20
**1500 (1)**
240:4
**153 (1)**
328:15
**156 (1)**
328:17
**16 (2)**
101:3 305:10
**16's (1)**
101:5
**16:33 (1)**
244:15
**16:54 (1)**
244:18
**163 (2)**
328:19,21
**17 (2)**
91:14 272:12
**17:36 (1)**
272:9
**17:37 (1)**
272:13
**177 (2)**
328:23 329:1
**18:08 (1)**
292:14
**18:17 (1)**
292:17
**18:34 (1)**
308:14
**18:38 (1)**
308:17
**18:55 (1)**
325:24
**19 (1)**
329:1
**1939 (1)**
122:7
**1990 (2)**
49:16 52:14
**1990s (1)**
12:13
**1993 (4)**
183:11,15,16 187:6
**1st (1)**
4:13
_____
            **2**
_____
**2 (25)**

33:5,7 34:16 45:12
53:17 59:17,22
76:10 88:11,11
136:3,4 151:13,15
151:17 177:3
190:17 198:20
200:23 201:5
228:18 254:25
255:17 256:14
328:6
**2-inches-wide (1)**
116:23
**2-micron (15)**
254:4 255:3,10 258:2
258:10 259:3,13,24
260:3,15,17 261:4
263:23,25 267:11
**2-micron-size (1)**
260:10
**2.2-micron (1)**
255:3
**2:14 (1)**
153:3
**20 (3)**
19:6 92:21 304:21
**20-pound (1)**
116:13
**2000 (2)**
253:10 329:4
**2006 (1)**
186:23
**2010 (1)**
196:14
**2014 (2)**
61:25 62:8
**2016 (15)**
60:6,14 72:17,22 73:4
74:12 76:9,24 77:2
81:11 83:12 85:6
86:4 151:23 165:13
**2017 (22)**
1:11 2:1 4:2,14 42:21
54:17 55:20,25 56:7
56:16 71:8,9 72:9
72:11 86:6,8 151:21
152:3,11 165:13
326:22 330:5
**21 (4)**
93:6,8,11,13
**22 (2)**
93:20 328:11
**23 (1)**
328:3
**25 (2)**
280:22 306:10
**25% (2)**

73:7,9
**25,000 (2)**
13:14 193:15
**253 (1)**
329:3
**26 (1)**
52:20
**2666 (1)**
1:4
**292 (1)**
327:6
**298 (1)**
327:14
_____
            **3**
_____
**3 (32)**
39:14 43:6,9,15,19,23
57:3,4,9,10 60:4
61:10 83:18 86:22
89:7 100:10 107:15
108:22 113:14
123:12 148:8 177:3
178:12,15 179:6
180:10 183:4,8
186:2 254:25 255:2
328:8
**3-micron (1)**
116:20
**3.8 (1)**
263:6
**3:20 (1)**
201:18
**3:32 (1)**
201:18
**30 (9)**
55:4 132:20 139:16
142:13,25 203:8
280:22 306:9
326:12
**301 (1)**
327:15
**308 (1)**
327:7
**319 (1)**
327:8
**326 (1)**
327:10
**33 (1)**
328:6
**35 (2)**
179:20 287:15
**36 (15)**
137:6,12,13 138:25
139:4,17 140:12,22
140:25 141:6,14,15
141:24 142:3 147:6

**36-point-something...**
140:11 141:25
**36-something (1)**
141:8
**36.0 (4)**
139:6,9 140:10,15
**36.7 (1)**
140:10
**36.9 (1)**
140:10
**360 (1)**
208:4
**37 (3)**
141:9,10 287:15
**38 (1)**
141:7
**39 (3)**
141:7 294:9,14
**3M (13)**
7:10 52:9 157:3
164:17 194:16
195:11 196:12,24
287:20 288:8
290:23 294:21
295:18
**3M's (2)**
296:16,22
**3MBH (1)**
268:18
**3MBH00042553 (1)**
328:13
**3MBH00046971 (1)**
329:5
_____
            **4**
_____
**4 (21)**
89:12 93:22,24 94:7
94:15 95:8,12 96:3
96:4,24 97:3 99:5
100:11,19 101:6,7
101:12 125:14
148:8 328:8,11
**4:33 (1)**
244:16
**4:54 (1)**
244:16
**40 (2)**
40:17 193:11
**42558 (1)**
328:14
**431 (1)**
3:20
**4409 (1)**
3:9
**447 (1)**
122:12

**45 (1)**
57:12
**46 (5)**
57:8,15 59:8 83:25,25
**46972 (1)**
329:5
**47 (3)**
84:13 298:2 327:14
**48 (5)**
300:16 301:18 320:22
  327:15 329:6
**49 (2)**
57:21 59:2

―――――――――― **5** ――――――――――

**5 (5)**
82:20 144:7 327:5
  328:6,13
**5,000 (1)**
29:5
**5:36 (1)**
272:10
**5:37 (1)**
272:10
**50 (5)**
39:12 43:6,9,11 231:7
**50% (5)**
71:4 72:13,19 73:3
  258:10
**500 (15)**
257:3,6,9 258:8,9,23
  260:8,11,18 299:19
  300:7 304:6,14
  315:20 316:23
**505 (6)**
177:14 253:22 257:20
  257:25 298:9
  299:20
**51 (1)**
83:25
**510(k) (27)**
63:24 64:7,10 82:14
  82:15,19,23 85:12
  85:17 157:22
  164:20 177:14
  179:20 180:14
  181:12 182:7,21
  186:6 190:17 199:3
  199:4 200:7,18
  258:15 260:17
  298:8 299:10
**510(k)s (6)**
157:17,23 158:2,4,5,9
**55402 (1)**
3:16
**55415 (1)**

3:21
**57 (1)**
328:8

―――――――――― **6** ――――――――――

**6 (10)**
90:24 140:15 153:6,8
  153:14,15,25
  264:23 328:15,15
**6:08 (1)**
292:15
**6:17 (2)**
272:2 292:15
**6:34 (1)**
308:15
**6:38 (1)**
308:15
**6:40 (1)**
287:11
**6:48 (1)**
292:7
**6:55 (1)**
325:25
**60 (2)**
231:7 245:9
**60601-1 (1)**
200:12
**62 (6)**
155:2,3,11,15 156:2,9
**62.1 (1)**
154:10
**65 (1)**
245:9

―――――――――― **7** ――――――――――

**7 (10)**
140:15 156:13,15
  159:2,6,15 160:16
  328:3,13,17
**7:00 (1)**
323:19
**7:01:42-43 (1)**
319:5
**70% (1)**
264:8
**700 (3)**
300:6 304:7,9
**70s (1)**
50:18
**74 (3)**
111:10 132:5 138:2
**75% (2)**
72:15 263:23
**750 (17)**
32:22 38:11 47:22
  111:24 120:6

  177:15 235:2
  253:22 254:12
  258:2 279:2,12
  293:14 304:14
  305:19 316:2,4
**77002 (1)**
3:5
**77004 (1)**
5:25
**77006 (1)**
3:10

―――――――――― **8** ――――――――――

**8 (12)**
39:14 43:6,9,15,19,23
  123:12 163:8,10
  328:19,19 329:3
**80s (1)**
50:18
**81% (2)**
263:5 289:20

―――――――――― **9** ――――――――――

**9 (8)**
140:15 163:15,17
  164:2,13 165:4
  166:25 328:21
**9:16 (2)**
2:2 4:2
**9:17 (1)**
4:15
**90 (1)**
3:15
**90% (5)**
257:25 258:9 259:23
  260:14 263:25
**90s (2)**
11:13,16
**93 (1)**
328:11
**99.97 (1)**
255:14