# EXHIBIT 40

1          KOENIGSHOFER

2       UNITED STATES DISTRICT COURT

3         DISTRICT OF MINNESOTA

4    ------------------------------------------------

5    In Re:

6    Bair Hugger Forced Air Warming

7    Products Liability Litigation

8    This Document Relates To:

9    All Actions    MDL No.  15-2666 (JNE/FLN)

10   ------------------------------------------------

11   VIDEOTAPED DEPOSITION DANIEL KOENIGSHOFER, P.E.

12            Chapel Hill, North Carolina

13               June 13, 2017

14

15

16

17

18

19

20

21

22

23

24   Randi J. Garcia, RPR

25   Job no. 124784

## Page 2

```
 1              KOENIGSHOFER
 2              June 13, 2017
 3                9:12 a.m.
 4         Videotaped Deposition of DANIEL
 5    KOENIGSHOFER, P.E., taken by Defendants at
 6    Regus, 1340 Environ Way, Chapel Hill, North
 7    Carolina, before Randi J Garcia,
 8    Registered Professional Reporter, and
 9    Notary Public in and for the State of
10    North Carolina, on June 13, 2017,
11    beginning at approximately 9:12 a.m., when
12    were present on behalf of the respective
13    parties:
14
15
16
17
18
19
20
21
22
23
24
25
```

## Page 3

```
 1              KOENIGSHOFER
 2    APPEARANCES:
 3    FOR THE PLAINTIFFS:
      BY: GABRIEL ASSAAD, ESQUIRE
 4    KENNEDY HODGES
      4409 Montrose Boulevard
 5    Houston, TX 77006
 6         and
 7    BY: GENEVIEVE ZIMMERMAN, ESQUIRE
      MESHBESHER & SPENCE
 8    1616 Park Avenue South
      Minneapolis, MN 55404
 9
10    BY: BEN GORDON, ESQUIRE
      LEVIN PAPANTONIO THOMAS MITCHELL
11    RAFFERTY & PROCTOR
      316 South Baylen Street
12    Pensacola, FL 32502
13
14    FOR DEFENDANT 3M and ARIZANT:
      PETER GOSS, ESQUIRE
15    BLACKWELL BURKE
      431 South Seventh Street
16    Minneapolis, MN 55415
17
18    ALSO PRESENT:
19    JULIUS BOLTON, VIDEOGRAPHER
20         I N D E X
21         WITNESS: DANIEL KOENIGSHOFER, P.E.
22    EXAMINATION              PAGE
23    By Mr. Goss: ...................................7
24    By Ms. Zimmerman: .............................313
25    By Mr. Goss: ..................................353
```

## Page 4

```
 1              KOENIGSHOFER
 2            INDEX TO EXHIBITS
 3
 4    EXHIBIT      DESCRIPTION         PAGE
 5
 6    Exhibit  1   subpoena and a notice of      9
                   deposition
 7
 8    Exhibit 2    Binder              13
 9
      Exhibit 3    Binder              13
10
      Exhibit 4    copy of notes with tabs      14
11
      Exhibit 5    expert report        25
12
      Exhibit 6    publications         40
13
      Exhibit 7    cover of book        42
14
      Exhibit 8    Chapter 2            43
15
      Exhibit 9    Chapter 8            49
16
      Exhibit 10   article              52
17
      Exhibit 11   listing on Expert Pages      62
18
      Exhibit 12   ASHRAE Position Document on    119
                   Airborne Infectious Diseases
19    Exhibit 13   ASHRAE Standard 170-2013     121
20    Exhibit 14   ASHRAE Standard 52.2 2017    156
21    Exhibit 15   Hospital Airborne Infection    163
                   Control article
22
23    Exhibit 16   Monitoring Air Sampling in     200
                   Operating Theatres
24    Exhibit 17   Cristina article         203
25    Exhibit 18   Der Tavitian paper       215
```

## Page 5

```
 1              KOENIGSHOFER
 2    (Continued)
 3
 4    Exhibit 19   Legg/Cannon article      235
 5    Exhibit 20   Convection Warmers       240
 6    Exhibit 21   Howorth article          249
 7    Exhibit 22   Kowalski paper           254
 8    Exhibit 23   FDA Executive Summary on     260
                   Heating/Cooling Devices
 9    Exhibit 24   Legg and Hamer           273
10    Exhibit 25   Exhibit B to Tom Kuehn's     280
                   report
11
12    Exhibit 26   25 August '06 test       286
13    Exhibit 27   test report ASHRAE test      289
                   standard 5.22 2012
14    Exhibit 28   test reports             289
15    Exhibit 29   Oguz paper               297
16    Exhibit 30   Journal of Hospital          302
                   Infection
17
18
19
20
21
22
23
24
25
```

## Page 6

KOENIGSHOFER

1
2      THE VIDEOGRAPHER:  This is the start
3   of tape labeled number 1 of the videotaped
4   deposition of Dan Koenigshofer in the
5   matter of Bair Hugger Forced Air Warming
6   Products Liability.
7      This deposition is being held in
8   Chapel Hill, North Carolina on June 13,
9   2017 at approximately 9:12 a.m.
10      My name is Julius Bolton.  I'm the
11   videographer.  The court reporter is Randi
12   Garcia.
13      Will counsel please introduce
14   yourselves for the record.
15      MR. GOSS:  Peter Goss for 3M and
16   Arizant.
17      MS. ZIMMERMAN:  Genevieve Zimmerman
18   for the plaintiffs.
19      MR. ASSAAD:  Gabriel Assaad for the
20   plaintiffs.
21      MR. GORDON:  Ben Gordon for the
22   plaintiffs.
23      DANIEL KOENIGSHOFER, P.E.,
24   after having been first duly sworn, was
25   examined and testified as follows:

## Page 7

KOENIGSHOFER

1
2   EXAMINATION
3   BY MR. GOSS:
4      Q.  Good morning, Mr. Koenigshofer.
5      A.  Morning.
6      Q.  We met briefly.  My name is Peter
7   Goss.  I'm here to ask you some questions on
8   behalf of the defendants in this case.
9      Can you just state your full name for
10   the record, please.
11      A.  Daniel Robert Koenigshofer.
12      Q.  Have you given a deposition before?
13      A.  One other time.
14      Q.  And when was that?
15      A.  2008.
16      Q.  What kind of a case was it?
17      A.  Medical.
18      Q.  Were you testifying as a --
19      A.  A plaintiff.
20      Q.  -- as a fact witness or an expert
21   witness, if you understand the difference?
22      A.  I don't know if I understand the
23   difference, to tell you the truth.  I went and
24   did field work and wrote a report, then was
25   deposed and it was settled out of case -- I

## Page 8

KOENIGSHOFER

1
2   mean, out of court.
3      Q.  So were you retained by the lawyers
4   for one of the parties?
5      A.  Yeah.
6      Q.  Okay.  Have you ever testified in a
7   legal matter other than that one time?
8      A.  Divorce.  Does that count?  That was
9   pretty stressful.
10      Q.  I'm sure.  So other than a divorce
11   and this one other case, any other testimony by
12   deposition or at trial?
13      A.  No.
14      Q.  All right.  So since it's been about
15   10 years since your last deposition, I'll just
16   go over some of the ground rules quickly,
17   refresh your recollection.
18      First of all, for the benefit of the
19   court reporter, we need to make sure we don't
20   talk over one another.  My delivery can be
21   somewhat slow, especially when I'm operating on
22   not as much sleep as I would like.  You will
23   know where my question is going, but I would
24   just that ask that you not interrupt.  Wait
25   till I finish the question before you answer

## Page 9

KOENIGSHOFER

1
2   and I will do the same for you.  I will make
3   sure I don't step on any of your answers.
4      Because the court reporter is taking
5   down a written record, we need to make sure to
6   answer questions verbally, and not with
7   gestures or uh-huh or hmm-hmm.  That way, we
8   get a clear written record.
9      You may at any time ask me to
10   rephrase a question if you don't understand it
11   or if it's unclear.  It's likely to happen at
12   least a couple of times over the course of the
13   day.  But if you answer a question, I'm going
14   to assume that you understood it.  Is that
15   fair?
16      A.  Mmm-hmm.  Yes.
17      Q.  All right.  Thank you.  And then
18   we've already commented on the heat in the
19   room.  We've got the door open in order to
20   mitigate that somewhat, but if at any point you
21   need to take a break, just let me know.  That's
22   no problem.
23      A.  Okay.
24      (Thereupon, Exhibit 1 was marked for
25   identification.)

Page 10

KOENIGSHOFER

BY MR. GOSS:

Q. I've shown you what the court reporter has marked as Exhibit 1 to your deposition. It's a subpoena and a notice of deposition.

Have you seen this before?

A. Is this the list of stuff I'm supposed to bring? Yes.

Q. Okay. So you're referring to Exhibit A. There's a list of 19 items that we asked you to bring. And did you gather materials that are responsive to these 19 requests?

A. Yes, we did.

Q. And when you say "we," you and who else?

A. And Gabe and Jim.

Q. Okay. And I was provided a couple of binders here. Are these materials that you put together in response to this list?

A. Yes.

MS. ZIMMERMAN: And Counsel, for your convenience, we did Bates label.

MR. GOSS: Okay. Oh, I see now.

Page 11

KOENIGSHOFER

Okay.

MS. ZIMMERMAN: I should know it, but I don't remember all the pages. So it starts with his initials on number one, it looks like, with that first --

MR. GOSS: Okay.

MS. ZIMMERMAN: -- what you have in front of you and then this will be the second.

BY MR. GOSS:

Q. All right. So let's spend a little time going through these. Are they organized in any particular way?

A. Well, I don't know, to be honest. I mean, my binders are.

Q. Okay. So that is -- you have another binder over there. What's the difference between that binder and these?

A. Well, these are a whole bunch of articles that I've collected, some of which I have not even read yet.

Q. Okay. Have you read everything that's in these two binders?

A. Well, I've -- I've certainly looked

Page 12

KOENIGSHOFER

at everything that's in those two binders, yes. Did I study it exhaustively? Not all of it.

Q. All right. So how are these materials organized?

A. The materials that you have right in front of you, I do not know how they are organized. We pulled out a whole bunch of stuff that was responsive to your requests and we took it up to FedEx and they copied it in piles and threw them in two different binders.

Q. Got it.

A. I would assume it's RAM.

Q. Random access?

A. Yes.

Q. Understood. All right. So if we can go down the list.

A. Okay.

Q. So the first thing we asked for, "All documents reviewed by the deponent in anticipation of or in preparation for this deposition."

So that would be these two binders; correct?

A. Yes.

Page 13

KOENIGSHOFER

Q. Would it also include that binder?

A. Not everything in this binder. A lot of the stuff that's in this binder is in those binders. I went through this and checked off the stuff that I used. And all the things that were checked are there.

Q. All right.

A. Things that are not checked are not there.

MR. GOSS: So I think what I want to do is mark these two as an exhibit. So I guess we'll call it 2 and 3?

MS. ZIMMERMAN: I think everything in this binder should appear in these two binders. He does have some notes, highlights and things like that in his own binder.

MR. GOSS: So yeah, that's -- I'll want to get a copy of that. I don't know how you want to do this. Put it on the cover. Mark his as 4.

(Thereupon, Exhibit 2 was marked for identification.)

(Thereupon, Exhibit 3 was marked for

Page 14

KOENIGSHOFER

1  identification.)
2  (Thereupon, Exhibit 4 was marked for
3  identification.)
4  identification.)
5       MS. ZIMMERMAN:  Normally when you
6  mark an exhibit, she's going to take it
7  with her, right?
8       MR. GOSS:  Or she can copy it.
9       MS. ZIMMERMAN:  I think that
10  Mr. Koenigshofer would prefer that at
11  least for this binder in front him with
12  his handwritten or his highlights and
13  things like that, that a copy be made so
14  that he can keep the original.
15       MR. GOSS:  Sure.  But I was thinking
16  we would just use what he's got until we
17  have time to make a copy later.
18       MS. ZIMMERMAN:  That's fine.  And
19  these are not Bates labeled.
20       MR. GOSS:  That's fine.  Could you
21  put a 4 on his and then we'll replace --
22  we'll replace it when you make a copy or
23  when somebody does.
24  BY MR. GOSS:
25       Q.  All right.  So the second thing

Page 15

KOENIGSHOFER

1  requested on this list is correspondence and
2  documents between you and nonlawyers.  Is there
3  any correspondence of that nature?
4       A.  There's not, no.
5       Q.  All right.  Copies of notes related
6  to your work.  Exhibit 4 is your binder.  Do
7  you have notes in there?
8       A.  Some, but we also provided you
9  with -- I have a little notebook that I use.
10       Q.  Okay.
11       A.  So we provided you with copies of
12  that notebook someplace in those binders.
13       Q.  It's in 2 or 3?
14       MR. ASSAAD:  It's in 3 at the end.
15  BY MR. GOSS:
16       Q.  Okay.  Any other notes than what is
17  in Exhibits 2, 3 and 4?
18       A.  No.
19       Q.  Fourth item is copies of documents
20  you received from plaintiff's counsel on which
21  you've have made notes or highlighting.  Were
22  there any such documents?
23       A.  Well, I did provide some of these
24  articles, too.

Page 16

KOENIGSHOFER

1       Q.  And you have some that you've marked
2  up?
3       A.  Yeah, some.  Yes.
4       Q.  And those are in either 2, 3 or 4?
5       A.  Either 2, 3 or 4, yes, if you include
6  this.  Yes.
7       Q.  6 and 7.  So 6 asks articles or
8  treatises that you have authored or coauthored.
9  I'm obviously familiar with some of the stuff
10  that you have written.  And are there any
11  articles in this collection that you wrote?
12       A.  No.  I don't think so.
13       Q.  7 asks for materials you consider
14  authoritative with regard to your opinions.
15  Key documents, if you will.  Have you included
16  any of the references on which you rely for
17  your opinions in this collection?  2, 3 or 4?
18       MS. ZIMMERMAN:  I just want to enter
19  an objection to that.  It's overly broad.
20  His report certainly notes those papers
21  that he relies upon in the report, but an
22  exhaustive list of every potential
23  authoritative text, be it an article or a
24  treatise or a book, would just be

Page 17

KOENIGSHOFER

1  absolutely too burdensome for us to
2  prepare.
3       MR. GOSS:  Understood.
4  BY MR. GOSS:
5       Q.  Have you included any copies of
6  articles that you rely on for your opinions in
7  this case?
8       A.  I have not.
9       Q.  I have a copy of your resume, which
10  was attached to your report.  Have there been
11  any changes to that resume since you drafted
12  the report?
13       Do you have a more current version?
14       A.  I mean, nothing of significance.
15  I've given a couple more presentations, but I
16  give them all the time.
17       Q.  Do you have with you a more current
18  version of your resume than what you provided
19  with your report?
20       A.  No, I don't.  Again, that resume was,
21  what, March?
22       Q.  Right.  So number 9 asked for your
23  engagement agreement, if any.
24       A.  I believe that's in there.

Page 18

KOENIGSHOFER

1
2    Q.  Okay.  Do you have any idea where it
3    is?
4        A.  Talk to Gabe.
5        MR. ASSAAD:  I'm sorry, what was the
6    question?
7        MS. ZIMMERMAN:  Engagement agreement.
8        MR. ASSAAD:  I'll tell you.
9        MS. ZIMMERMAN:  I think there may be
10   one extra copy in here as well.
11       THE WITNESS:  I would think it's more
12   likely to be around this miscellaneous
13   stuff.
14       MR. ASSAAD:  It's going to be in the
15   second binder.
16       THE WITNESS:  Toward the back, maybe.
17       MR. ASSAAD:  So it'll be more in the
18   front.
19   BY MR. GOSS:
20       Q.  All right.  Well, it's in there
21   somewhere.  I'm not going to worry.
22       MR. ASSAAD:  I'll look for it.  I'll
23   give you the page number when I find it.
24   Is that fair?
25       MR. GOSS:  That's fine.

Page 19

KOENIGSHOFER

1
2    BY MR. GOSS:
3        Q.  Invoices for your work in this case,
4    have you included copies of those?
5        A.  Yes.
6        Q.  Would that be somewhere near where
7    the engagement agreement is?
8        A.  I would think so.  I would think so.
9        Q.  How many invoices have you issued in
10   this case?
11       A.  I want to say three.
12       MR. ASSAAD:  Invoices are on page 81.
13   BY MR. GOSS:
14       Q.  Page 81, there's an invoice.  Looks
15   like Invoice Number 2.  And the amount of that
16   one is $2273.  I'm not seeing other invoices
17   around that.
18       Let me just ask, what is the total
19   amount that you've invoiced the plaintiffs for
20   your work on this case?  Doesn't have to be
21   exact.
22       A.  That's 2500?
23       Q.  2700.  No, I'm sorry, 22.  22.
24       A.  Probably in the range of 25 to 30.
25       Q.  Thousand?

Page 20

KOENIGSHOFER

1
2        A.  Twenty-five to $30,000.
3        Q.  Okay.  What was the date of your most
4    recent invoice, if you can recall?
5        A.  It was probably sent on May 1st, I
6    would think.  I don't think I billed for May.
7    I don't think I did much in May.
8        Q.  May 1st of this year?
9        A.  Yes.  May 1st, '17.
10       Q.  Do you remember what the amount was
11   roughly?
12       A.  It was around 16,000, 15,000,
13   something of that order of magnitude, including
14   expenses.
15       Q.  What were your expenses for that
16   invoice?
17       A.  I went to Minneapolis.
18       Q.  When did you go to Minneapolis?
19       A.  Mid March.  March 16, something like
20   that.
21       MS. ZIMMERMAN:  Counsel, if it's
22   helpful, the invoices we think appear at
23   Bates number 1444, 1445 and 1449.
24       MR. GOSS:  Okay.  Thank you.
25       MR. ASSAAD:  Easy to refer to.

Page 21

KOENIGSHOFER

1
2        MR. GOSS:  Yeah.  All right.  Okay.
3    BY MR. GOSS:
4        Q.  So when were you first retained by
5    plaintiff's counsel in this case?
6        A.  I think it was April 16.
7        Q.  April of 2016?
8        A.  Yes.
9        Q.  And who was it who called you?
10       A.  I think Ben Gordon made the first
11   contact with me.
12       Q.  Okay.  So the meeting in Minneapolis
13   in March, you had meetings with counsel,
14   obviously; correct?
15       A.  Yes.
16       Q.  Did you meet with anybody other than
17   the lawyers for the plaintiffs in this case?
18       A.  No.
19       Q.  Going back to the list here.  Item
20   number 12 asks for correspondence with people
21   other than plaintiff's counsel.  Do you have
22   any correspondence?
23       A.  I do not.
24       Q.  Okay.  On 14, there's a list of names
25   there.  Obviously, if you don't have

Page 22

KOENIGSHOFER

1 correspondence with people other than
2 plaintiff's counsel, you're not going to have
3 correspondence with these folks. But I just
4 want to ask you if you've spoken to anyone
5 whose name appears under item 14?
6     A.  No.
7     Q.  Fifteen, I asked if you've spoken to
8 Scott Augustine. Have you spoken to Scott
9 Augustine?
10     A.  No.
11     Q.  Do you know who Scott Augustine is?
12     A.  Well, in general terms, but I don't
13 know him.
14     Q.  Okay. What's your understanding of
15 who Scott Augustine is?
16     A.  Well, I think he's the guy that
17 initially invented the Bair Hugger.
18     Q.  16 mentions Randy Benham. Have you
19 spoken to Randy Benham?
20     A.  No.
21     Q.  17, I had some additional names.
22 Brent Augustine, Sue Augustine, Garrett
23 Augustine, Ryan Augustine or any employee or
24 agent of Augustine Biomedical. Have you spoken

Page 23

KOENIGSHOFER

1 to any of those folks?
2     A.  No.
3     Q.  18 asks for any study, test, trial,
4 experiment. This is the kind of thing only a
5 lawyer could love; right?
6     A.  Got it.
7     Q.  It's a long list. Basically asks you
8 for any experimentation that you've done on the
9 Bair Hugger Warming System. Do you have any
10 documents related to any experiments you
11 conducted on a Bair Hugger?
12     A.  No.
13     Q.  Number 19 is all documents sent to or
14 received from any forced-air warming system
15 manufacturer about the alleged or potential
16 hazards of forced-air warming.
17          Do you have any correspondence or
18 documents from any forced-air warming
19 manufacturer other than 3M and Arizant?
20     A.  Well, I've downloaded stuff from the
21 internet from Mistral.
22     Q.  Okay. Have you included that in this
23 collection, Binders 2 and 3?
24     A.  I believe so.

Page 24

KOENIGSHOFER

1     Q.  Anyone besides Mistral? Any devices
2 besides Mistral?
3     A.  No. I don't think so. Bair Hugger.
4     Q.  Right. That's obviously what we're
5 here to talk about.
6     A.  Well, I did Google them.
7     Q.  All right. Well, that's -- I have
8 to.
9     A.  You wouldn't want a dumb engineer.
10     MS. ZIMMERMAN: Counsel, just for the
11 record, I didn't hear you ask about Number
12 11 on Exhibit A, which is all documents or
13 other materials the deponent intends to
14 show the jury in this case. And I just
15 want to raise an objection to that.
16 Certainly to the extent that the Court's
17 ultimate scheduling order contemplates
18 demonstratives and other exhibits, we will
19 comply with that, but I don't want this --
20 the failure to talk about it or raise that
21 objection now to be seen as a waiver.
22     MR. GOSS: I understand that. That's
23 why I didn't bring it up, knowing that
24 that objection would be there, but that is

Page 25

KOENIGSHOFER

1 understood.
2     MS. ZIMMERMAN: Thanks.
3 BY MR. GOSS:
4     Q.  Okay. Now, I don't really want to
5 belabor this, but I kind of want to go
6 through -- maybe I'll go through these during a
7 break. That will take less time, Exhibits 2
8 and 3. And then I'll see if I have other
9 questions about what's here.
10     A.  Okay.
11     MR. GOSS: But for now, we'll move
12 on.
13     (Thereupon, Exhibit 5 was marked for
14 identification.)
15 BY MR. GOSS:
16     Q.  So Exhibit 5 is a copy of your expert
17 report and Exhibit A in this matter. Does that
18 look correct?
19     A.  Yes. I see you've got a short form
20 contract attached to the back. But that's
21 where it is.
22     Q.  Okay. And that, I think, was
23 attached to the copy of the report that I got,
24 as an exhibit.

Page 26

KOENIGSHOFER

1   A.  Okay.
2   MS. ZIMMERMAN:  It was, because the
3   rules contemplate providing information
4   about your hourly rate and that sort of
5   thing.
6   BY MR. GOSS:
7   Q.  Right.  And as long as we're on it,
8   if we can go over this quickly.  This is the
9   back page here.  The expert witness short form
10  contract says your hourly rate is $300 an hour;
11  correct?
12  A.  Yes, sir.
13  Q.  Your rate is slightly higher for
14  depositions, at 350 an hour; correct?
15  A.  Yes.
16  Q.  And court time is 400 an hour?
17  A.  Yes.
18  Q.  This mentions, under expenses, the
19  last bullet is "obtain PE license in another
20  state."  Have you had to do that for this case?
21  A.  No.
22  Q.  If you turn to a couple pages in from
23  that where it says Exhibit A, this is your
24  resume.  And I think you said earlier that this

Page 27

KOENIGSHOFER

1   was current as of March; is that right?
2   A.  Yes.  I'd say so.  As far as
3   significant events, yes.
4   Q.  So your education.  You received a
5   bachelor of science in physics with a minor in
6   meteorology from UC Davis in 1971; is that
7   correct?
8   A.  Yes, sir.
9   Q.  I was living in Davis right about
10  that time.
11  A.  Were you really?
12  Q.  Yeah.  I was born in Woodland in
13  1969.
14  All right.  And then from -- after
15  you completed your work at UC Davis, did you go
16  straight to your master's in public health?
17  A.  No.
18  Q.  What did you do after your undergrad?
19  A.  I moved to St. Paul, Minnesota, where
20  I worked for an air pollution consulting firm
21  for a year.
22  Q.  What company was that?
23  A.  Pollution Curbs Incorporated.
24  Q.  What sort of work did you do for

Page 28

KOENIGSHOFER

1   them?
2   A.  I was a stack sampler.
3   Q.  So you went to factories or
4   manufacturing facilities that had stacks that
5   emitted contaminants; is that right?
6   A.  Yes.  So we did coal-fired power
7   plant for Northern States Power at the time.  I
8   don't know what they're called now.  White
9   Industries made refrigerators and appliances,
10  and a sulfuric acid plant, and a multi-mill
11  over in Wisconsin.  All kinds of fun things.
12  It was fun, actually.
13  Q.  And so your role as a stack sampler
14  was to measure what was coming out of the
15  stacks; is that right?
16  A.  Yes.  So we would go over there with
17  various instruments.  And if we needed to drill
18  holes in the stacks that weren't already there,
19  we would do that.  Stick probes in there.  Do
20  isokinetic sampling of the air, take it through
21  filtration or Anderson samplers or whatever we
22  were, in particular, looking for.  Then I was
23  also the scientist and I took all that stuff
24  back to our little lab.  It was a small

Page 29

KOENIGSHOFER

1   company, about eight people.  So I'd go back to
2   the lab and do lab analysis and then write up
3   the report and move on.
4   That was my job.  It's a tough job in
5   the middle of winter in Wisconsin.  Well,
6   Wisconsin or Minnesota.
7   Q.  I forgot to ask you, in your
8   undergrad, you have -- you got a degree in
9   physics and meteorology; correct?
10  A.  Yes.
11  Q.  Did you have any engineering
12  coursework as part of your undergraduate
13  degree?
14  A.  No.
15  Q.  What motivated you to pursue an MPH?
16  A.  Well, the School of Public Health at
17  UNC is a very famous program.  I got accepted
18  to there and Harvard and Colorado and Oregon,
19  but UNC offered me the most money, plus it
20  was -- really, at the time, it was equal to
21  Harvard at the time and maybe still is.  But it
22  was in air pollution, so I was going to -- air
23  pollution engineering was going to be my
24  career.

KOENIGSHOFER

Q. So your MPH program, did it include engineering as part of your coursework?

A. Yes. So it's a little-known fact that the UNC School of Environmental Engineering actually is a ABET-approved program for engineering. Very few people know that. They think all engineers in the state have to go to NC State. But anyway, so I went there.

I took classes that were called like particle physics, water, chemistry, air chemistry, optics, meteorological modeling, air pollution control, occupational safety, environmental law, city planning. It was a two-year program.

Q. Your focus throughout the program was on air pollution; is that right?

A. Yes.

Q. During your program, did you have any exposure to medical device design?

A. No.

Q. You list under your education, your licenses and registrations as a professional engineer; correct?

A. Uh-huh. Yes.

KOENIGSHOFER

Q. You've got licenses for North Carolina, Virginia and South Carolina. Are those all current?

A. Actually, I've let my licenses in South Carolina -- and I don't know about Virginia, but for sure South Carolina, I've let that lapse. I just wasn't using it.

Q. And then you have a certification from ASHRAE.

A. Yes.

Q. As a certified healthcare designer; correct?

A. Yes.

Q. Does that have to be renewed at any point?

A. You've got to show continuing education stuff and send them money.

Q. Do you have any licenses or certifications that aren't reflected on this resume?

A. No.

Q. Tell me a little about what you did after you received your MPH from UNC.

A. Okay. I went to work for the EPA in

KOENIGSHOFER

the energy strategies branch here in Durham, North Carolina, where I worked on policies related to air pollution from combustion, so in particular, coal-fired combustion, but also canning industry. One other I can't remember. You get the idea.

So it was kind of the crossover of energy use, and, you know, usable things that people need: Cans, electricity. And so we would investigate the best ways to try to reduce air pollution from power plants, coal-fired power plants, scrubbers, bag houses, and write policies that we attempted to balance those two things. This was in the early days of the Clean Air Act.

Q. So would this have been in the late '70s?

A. This was in the -- yes, mid '70s. So this would have been '75/'76.

Q. How long did you stay with EPA?

A. Just a year. I decided I wasn't cut out to be a federal employee.

Q. What did you do after that?

A. Well, I started doing solar energy

KOENIGSHOFER

consulting with the thought that I was going to move back to California. But my wife at the time had just gotten a nice new job and she wanted to stay a little while and things had started to roll a little bit with my little one-man consulting firm.

So I was doing solar energy hot water systems and things like that, designing them and installing them with, you know, some licensed contractor friends of mine.

Q. How long --

A. And then we started the business. And then just -- well, it grew.

Q. So you had a one-man consultancy and then it grew?

A. Uh-huh.

Q. So you brought in some partners?

A. Well, yeah. Yes, I would say so. I started in '76 as Integrated Energy Systems, was the name of the company. I guess my first partner, I brought in around '80, '82. And he went to be very successful in some sort of instrumentation business, robotics stuff.

Q. So how long did you keep your solar

Page 34

KOENIGSHOFER

1  KOENIGSHOFER
2  energy consulting business?
3      A.  Well, it pretty quickly evolved to
4  you could not even in those days, even at
5  Chapel Hill, really support your habits in the
6  solar energy business.  You very quickly ran
7  out of all the people who were willing to put
8  solar energy things on their houses, even
9  though it didn't make sense.  There are a
10  certain number of those people in the world and
11  a lot of them live here in Chapel Hill.  But
12  there's still a limited supply.
13          So I actually started doing energy
14  conservation, energy auditing for schools and
15  hospitals.
16      Q.  When did you do that?
17      A.  Oh, gosh, let's just say '80,
18  something like that.  We were doing both, so we
19  were -- at that time, somewhere along the way,
20  I hired architects to work for me.  And so we
21  were designing and building solar houses.  And
22  then also doing the energy audits for schools
23  and hospitals.
24          That was a federal program, grant
25  program.  I suppose -- what would that be,

Page 35

1  KOENIGSHOFER
2  maybe Jimmy Carter days?  Maybe about 1980?
3          Anyway, so they would give grants to
4  schools and hospitals for energy audits and
5  then implementation of energy conservation
6  stuff.  So I did that throughout the '80s.
7  That evolved into we were doing energy audits
8  for the military.  So we did energy audits at
9  Fort Benning, Fort Knox, Fort Bragg, Biloxi Air
10  Force base and so forth throughout the '80s.
11          And then around 1990, we decide -- I
12  had another partner at the time now -- actually
13  still sort of is my partner.  So we started
14  to -- well, we changed the name of the company
15  from Integrated Energy Systems to IES
16  Engineers.  And so throughout the '90s, then we
17  did HVAC design for hospitals and laboratories.
18  Higher ed stuff.
19      Q.  So before the 1990s, did any of your
20  work involve either energy audits or design of
21  HVAC systems for hospitals?
22      A.  Oh, yes.  That is what we were doing.
23      Q.  Before the 1990s?
24      A.  Yeah, yeah, sure.  That's what we
25  were doing throughout the '80s.  I mean --

Page 36

1  KOENIGSHOFER
2      Q.  Okay.
3      A.  I mean, if you're going to do an
4  energy audit on a hospital, you're looking at
5  the HVAC system.  65 percent of the hospital
6  energy use is the HVAC system.
7      Q.  So when did you first start doing
8  work with hospitals?
9      A.  '82.  We became kind of the
10  military's hospital geeks by the, I don't know,
11  '86, '88.  So we were doing energy audits on
12  multiple military hospitals.  So when I say
13  Fort Benning/Fort Knox, I should have clarified
14  that.  That was the hospitals at those
15  facilities.  Ireland Army Hospital, that's in
16  Fort Knox.  Air Force Regional Medical Center
17  was in Biloxi.  I can't remember the hospital
18  name in Georgia, Fort Benning.  Anyway, I could
19  find all that if you were so inclined.
20      Q.  That's fine.
21          So by the 1990s, you transitioned
22  all -- essentially all of your business to
23  hospital design and energy audit; is that
24  correct?
25      A.  No.  In 1990, we transitioned really

Page 37

1  KOENIGSHOFER
2  from energy audits to design for labs and
3  hospitals.  And then in 2000, we said, you know
4  what, hospitals are more interesting.  So from
5  2000 on, that's all I've done is hospitals.
6      Q.  When did you first get involved with
7  ASHRAE?
8      A.  Around 2004, because I saw -- I was a
9  member of ASHE.  Do you know what ASHE is?
10      Q.  Let's go ahead and break it down and
11  explain what ASHE is.
12      A.  Okay.  ASHE is the American Society
13  of Hospital Engineers.  And it's a part of AHA,
14  which is the American Hospital Association or
15  Health Association, or whatever -- whatever the
16  H in AHA stands for.  So anyway, it's a subset
17  of that.  So I had been a member of the
18  American Hospital Association -- well, it's
19  called ASHE, is the way they pronounce it, so
20  for the record there.
21      Q.  ASHE?
22      A.  ASHE is American Society of Hospital
23  Engineers.  Since mid '80s.
24          So I started going to North Carolina
25  chapter meetings and then started going to the

Page 38

1    KOENIGSHOFER
2  national meetings.  And so it's through that
3  organization that I heard that ASHRAE, the
4  American Society of Heating Refrigeration
5  Engineers.  Did I say them all?  Air
6  conditioning, heating, refrigeration engineers,
7  something like that.  I know I should know
8  that.  Anyway, so I read on the ASHE
9  newsletter, stuff that ASHRAE was going to
10 write a code -- well, at least a guideline for
11 ventilation in hospitals.
12      So I said to myself, that is really
13 important.  I want to be involved.  So I
14 started going to the ASHRAE meetings and
15 raising my hand and getting on committees.
16      And they had already drafted -- I
17 think the first version of that was already
18 done by the time I got involved, but I've been
19 involved with it since, I don't know, say 2007,
20 something like that.
21      Q.   Going back to ASHE.  Have you ever
22 held any offices within the ASHE organization?
23      A.   Well, I was on a commissioning
24 subcommittee or advisory group, something or
25 other, and I have been awarded a -- the status

Page 39

1    KOENIGSHOFER
2  of senior member of ASHE, which is not just
3  because you get old, but it's because you've
4  published and you've been involved in -- on
5  committees and so forth.  So it's activity
6  within the group.
7      So they give out probably three or
8  four of those a year.  It's a pretty big deal.
9  So at a meeting of 2- or 3000 people, the two
10 or three people that are awarded a -- they call
11 it SASHE.
12      Q.   Is there a sash that goes with the
13 SASHE?
14      A.   I didn't get a sash with the SASHE,
15 but that's not a bad idea.  So anyway, I was
16 awarded the SASHE, whatever, designation, I
17 guess you could call it.
18      Q.   So you mentioned that ASHRAE was
19 working on a guideline for ventilation in
20 hospitals.  Is there a similar guideline that
21 ASHE prepared?
22      A.   No.
23      Q.   What was the guideline -- did the
24 guideline that ASHRAE was working on have a
25 particular name that you can recall?

Page 40

1    KOENIGSHOFER
2      A.   It's Standard 170, ventilation in
3  healthcare facilities.
4      Q.   And you understood that by the mid
5  2000s, they already had a version of that?
6      A.   Yes.
7      Q.   You mentioned your publications.  I'm
8  going to show you a list that I received
9  yesterday.
10      (Thereupon, Exhibit 6 was marked for
11      identification.)
12 BY MR. GOSS:
13      Q.   There's a front and back to this
14 list.  To your understanding, is this a
15 complete list of your publications in the last
16 10 years?
17      A.   Yes.
18      Q.   All right.  Not everything on this
19 list is something that you actually wrote;
20 correct?
21      A.   That's correct.
22      Q.   Okay.  So some of these things are
23 interviews; is that right?
24      A.   Yeah.  Especially all these ones at
25 the top there, with Turpin, so she's the editor

Page 41

1    KOENIGSHOFER
2  of this newsletter, I guess you could call it,
3  magazine.  So she calls me every once in a
4  while and talks to me extensively about these
5  things.
6      So if you chase down those articles,
7  you'll see that, you know, it's basically an
8  article about me.  She wrote it.  But...
9      Q.   There's a -- number 6 is the ASHRAE
10 HVAC Design Manual for Hospitals and Clinics;
11 correct?
12      A.   Yes.
13      Q.   And you were the editor for that
14 book; correct?
15      A.   I was the editor and, you know, one
16 of the main authors.
17      Q.   Okay.  And I believe you contributed
18 to a couple chapters of the book; right?
19      A.   Right.  Well, as the editor in chief,
20 I was responsible for reading every word in the
21 whole book.
22      Q.   Okay.  But as far as material that
23 you authored, which --
24      A.   All of Chapter 2.  And, I don't know,
25 at least half of Chapter 8.  It was a volunteer

Page 42

KOENIGSHOFER

1  group.  And like any volunteer group, you know,
2  in the beginning, dozens of people raise their
3  hands and in the end, a half a dozen are doing
4  all the work.  And in the end of the end, one
5  takes it across the finish line.
6      Q.  Okay.  So you said you wrote all of
7  Chapter 2.  Were there other contributors to
8  Chapter 2?
9      A.  Well, not really, but yes, you've
10  done your homework.  I gave credit to a guy who
11  was supposedly going to write Chapter 2 and
12  failed me miserably, but -- so I didn't use
13  anything that he did, but I gave him partial
14  credit, just because it wasn't worth the
15  trouble of having an argument.
16      (Thereupon, Exhibit 7 was marked for
17      identification.)
18  BY MR. GOSS:
19      Q.  All right.  So Exhibit 7 is just a
20  cover of your book.  And then on the inside
21  page, there's a list of contributors.
22      A.  Yeah.
23      Q.  All right.  Near the top of the
24  masthead is the editor and author of Chapters 2

Page 43

KOENIGSHOFER

1  and 8.  Chapter 2 is the -- is the chapter on
2  infection control; is that right?
3      A.  Yes.
4      Q.  Okay.  And then it looks like Traci
5  Hanegan is given some credit for Chapter 2?
6      A.  She has, yeah.  Yeah.
7      Q.  What did she contribute to Chapter 2?
8      A.  Oh, gosh.  I don't remember much of
9  what Traci contributed.  She contributed a lot
10  to 8.  You know, I couldn't say without the
11  book here in front of me.  I could probably
12  find a paragraph or two that she might have
13  written.  It would take me a while to ferret
14  that out, but I could do that.
15      (Thereupon, Exhibit 8 was marked for
16      identification.)
17  BY MR. GOSS:
18      Q.  So Exhibit 8 is a copy of Chapter 2?
19      A.  Uh-huh.
20      Q.  If you can easily identify -- well,
21  why don't you take a look at it and see if you
22  can identify what Traci Hanegan would have
23  contributed.
24      A.  Okay.  And I guess you're going to

Page 44

KOENIGSHOFER

1  ask the same question about Jeff?
2      Q.  Jeff Hardin?
3      A.  Yeah.
4      Q.  Yes, sir.
5      MS. ZIMMERMAN:  I suspect counsel
6      would ask that you not guess.
7  BY MR. GOSS:
8      Q.  Yeah.  No guessing.
9      A.  Okay.
10      Q.  If you have a recollection of who
11  contributed or what parts Hanegan and Hardin
12  contributed, that's all I would ask.
13      A.  Well, I can say that one or the other
14  of them wrote this on page 23 and 24, this
15  endogenous and exogenous stuff.
16      Q.  Okay.  So you don't think you would
17  have written that?
18      A.  On 23 or 24?
19      Q.  Let me re-ask my question.
20      To your recollection, did you write
21  the bullet points at the bottom of 23, topic 24
22  on endogenous and exogenous sources?
23      A.  I did not.
24      Q.  Do you know or do you recall who did?

Page 45

KOENIGSHOFER

1      A.  It was either Hanegan or Hardin.
2  Probably Hardin.
3      MS. ZIMMERMAN:  And again, he's not
4      asking you to guess.
5      THE WITNESS:  I'm not supposed to
6      guess.  All right.  Okay.
7  BY MR. GOSS:
8      Q.  Okay.  And what it says here just
9  before the introduction of the bullet, it says,
10  "There are two sources of infectious agents in
11  a hospital or healthcare setting."
12      A.  Where are you?
13      Q.  On 23 right before the first bullet
14  point, "endogenous source."  And it says,
15  "Endogenous source, the causative agent of the
16  infection is present in the patient at the time
17  of admission to the hospital, but there are no
18  signs of infection.  The infection develops
19  during the stay in the hospital as a result of
20  the patient's altered resistance or through
21  introduction of microbes into normally sterile
22  areas, such as insertion of an intravenous
23  catheter into a vein or from a surgical
24  procedure."

KOENIGSHOFER

1 KOENIGSHOFER
2    Did I read that correctly?
3    A.  Yes.
4    Q.  I understand that you didn't write
5 this, but do you agree with what's written
6 there?
7    A.  Yes.
8    Q.  Second bullet is "exogenous source."
9 It says, "Infection occurs from introduction of
10 microbes into or on the patient from an outside
11 source.  For example, the patient may acquire
12 infectious agents from the hands of staff or
13 from contaminated equipment and subsequently
14 develop an infection."
15    Do you have -- do you agree with that
16 statement or those statements?
17    A.  Yes, I do.
18    Q.  Do you have an understanding with
19 respect to surgical site infections of the
20 percentage that are attributable to endogenous
21 versus exogenous sources?
22    MS. ZIMMERMAN:  I'm going to object
23 to that question.
24    THE WITNESS:  I don't know the answer
25 to that question.

1 KOENIGSHOFER
2 BY MR. GOSS:
3    Q.  Anything else in Chapter 2 that was
4 contributed by Hanegan or Hardin that you can
5 remember?
6    A.  Figure 2.3 came from somebody else.
7 I don't remember.  That might have actually
8 come from Frank Mills.
9    Q.  Frank Mills is the third
10 contributor --
11    A.  Yes.
12    Q.  -- to Chapter 2?
13    A.  Yes.
14    Q.  Is he the guy that failed you
15 miserably?
16    A.  Yes.
17    Q.  And figure 2.3 is on page 26;
18 correct?
19    A.  Correct.
20    Q.  And it's a diagram.  The title of it
21 is "Routes for Surgical Site Infections";
22 correct?
23    A.  Yes.
24    Q.  And it shows operating room air as
25 one of five categories of sources of bacteria

1 KOENIGSHOFER
2 for surgical site infections; correct?
3    A.  Yes.
4    Q.  Anything else from other contributors
5 in Chapter 2?
6    MS. ZIMMERMAN:  That you can recall.
7    MR. GOSS:  That you can recall.
8    MS. ZIMMERMAN:  It might be nice to
9 take a break some time soon.
10 BY MR. GOSS:
11    Q.  Let's do Chapter 8 before we break.
12    A.  Actually, a lot of the stuff on
13 natural ventilation on page 28.  That basically
14 is -- those paragraphs right there about
15 research in the UK, that was done by Frank
16 Mills, who is British.
17    Q.  All right.  So that's on page 28?
18    A.  28, section 2.8.  Frank wrote the
19 words there.  Of course, he did not do the
20 table 2.3.  So yeah, Frank pretty much wrote
21 that whole section down to where it says 2.9.
22    Q.  Okay.  The section on filtration,
23 is -- did you write that?  2.9?
24    A.  I wrote everything on the page 29,
25 yes.  So that's it.  Yeah.

1 KOENIGSHOFER
2    Q.  Except for the chart by Frank Mills;
3 right?
4    A.  Yeah, section 2.9.  Frank did 2.8.
5    Q.  And you wrote 2.9?
6    A.  Yes.  Somebody, either Traci or Jeff,
7 wrote at least the first paragraph on page 31
8 about dust mites.  I think that's it.
9    Q.  We'll do one more.  Then we can take
10 a break.
11    A.  And, of course, we as a committee --
12    MR. ASSAAD:  There's no question.
13 BY MR. GOSS:
14    Q.  So let's pretend there was a
15 question.  What were you going to say?
16    A.  I was just going to state the
17 obvious, that as a committee, we met together
18 and discussed all this stuff.  So it's hard to
19 exactly say who physically put the words in a
20 paper.  But close enough.
21    Q.  With respect to Chapter 2, you had
22 contributors to that chapter?
23    A.  Sure, but each of us in the end was
24 responsible for a section.
25    (Thereupon, Exhibit 9 was marked for

Page 50

KOENIGSHOFER

identification.)

Q.  All right.  So Chapter 8, again, you had other contributors to that as well; correct?

A.  That is correct.

Q.  All right.  You've got Reg Brown.  Reg Brown is one of the contributors to Chapter 8?

A.  Yes.

Q.  Traci Hanegan again is a contributor to Chapter 8?

A.  Yes.

Q.  Nicholas Lemire?

A.  Yes.

Q.  Michael Meteyer?

A.  Yes.

Q.  And it looks like that's it.  And then, of course, you -- you contributed to Chapter 8; correct?

A.  Yes.

Q.  All right.  What portion of Chapter 8 did you write?

A.  I wrote the introduction.  I believe that Nicholas did the room pressurization 8.2.

---

Page 51

KOENIGSHOFER

He's Canadian.  That's why you'll note that he used scientific notation, about the only place in the book that is there.

Q.  What's unique about his Canadian scientific notation?

A.  Well, that's how I can tell that he wrote it.  But I remember that.  He wrote that stuff.  I think it was somebody who works him, actually, but anyway, it was not I.

Q.  Who wrote the section 8.3 on operating rooms?

A.  I did.

Q.  Did anyone else contribute to the -- to section 8.3?

A.  No.

Q.  That's all the questions I have about Chapter 8 for the moment.

MR. GOSS:  If we need to take a break, let's go.

MS. ZIMMERMAN:  That would be great.

THE VIDEOGRAPHER:  Off the record, 10:14 a.m.

(Thereupon, a brief recess was taken.)

THE VIDEOGRAPHER:  Start of Tape 2,

---

Page 52

KOENIGSHOFER

back on record, 10:28 a.m.

BY MR. GOSS:

Q.  All right.  When we left off, Mr. Koenigshofer, we were talking about your publications.  And if you'll pick up Exhibit 6 again, which is your list of publications the last 10 years.

Chapter 2 of the HVAC design manual addresses the subject of surgical site infections; correct?

A.  Yes.

Q.  Do you have any other publications on this list that discuss surgical site infections?

A.  Well, number four does.

Q.  And that's an article that you were quoted in; correct?

A.  Yes.

Q.  Do you have a copy of that with you?

A.  No, I don't.

(Thereupon, Exhibit 10 was marked for identification.)

BY MR. GOSS:

Q.  This Exhibit 10, is that the same as

---

Page 53

KOENIGSHOFER

reference four, article by Joanna Turpin from November 3, 2014?

A.  Yes.

Q.  Two thirds of the way down the first column, there's a heading, "HVAC and HAIs"; correct?

A.  Yes.

Q.  HAIs are hospital-acquired infections?

A.  Yes.  Some people have said it's hospital-associated infections, which is, I think more politically correct.

Q.  Okay.  What's the difference between acquired and associated?

A.  I think it's one step removed.

Q.  And that first paragraph says, "As noted in ASHRAE's HVAC design manual for hospitals and clinics 2013, the nature of infectious pathogens, the modes of transmission, the causation of infections and the relationship to HVAC system design are complicated and not fully understood."

Do you agree with that statement?

A.  Yes.

Page 54

KOENIGSHOFER

1
2  Q.   And it says, "But most agree about
3  90 percent of HAIs are transmitted by direct
4  contact with about 10 percent resulting from
5  airborne transmission."
6     Do you agree with that statement?
7  A.   Yes.  I've seen publications anywhere
8  from five to 20, but those are about 10.
9  Q.   Going back to the question I asked
10 earlier about endogenous and exogenous sources
11 of surgical site infections, would the same
12 percentage apply to infections from exogenous
13 sources versus endogenous, meaning -- that's a
14 bad question.
15 A.   Yes.
16 Q.   Would you say that approximately --
17    MS. ZIMMERMAN:  I'm going to
18 object --
19    MR. GOSS:  Go ahead.
20    MS. ZIMMERMAN:  I'll let you finish.
21 Then I'll jump in and then you can jump
22 in.
23 BY MR. GOSS:
24 Q.   Would you say that approximately
25 90 percent of hospital-acquired infections or

Page 55

KOENIGSHOFER

1
2  associated infections result from endogenous
3  sources?
4     MS. ZIMMERMAN:  Object to the form of
5  the question.  Foundation.  And misstates
6  the prior testimony.
7     THE WITNESS:  I couldn't answer that
8  question anyway.  I don't know the answer.
9  BY MR. GOSS:
10 Q.   So are you saying there's a
11 difference between infections transmitted by
12 direct contact and infections from endogenous
13 sources?
14    MS. ZIMMERMAN:  Objection to form.
15 BY MR. GOSS:
16 Q.   Or can you answer that?
17 A.   I can't answer that question.
18 Q.   Would you need microbiological
19 expertise to answer that question?
20    MS. ZIMMERMAN:  Object to form.
21    THE WITNESS:  I would, yes.
22 BY MR. GOSS:
23 Q.   And fair to say you're not a
24 microbiologist?
25 A.   Correct.

Page 56

KOENIGSHOFER

1
2  Q.   Any other publications on Exhibit 6
3  that relate to surgical site infections?
4  A.   No.
5  Q.   Have you written any articles on the
6  potential for medical equipment to interfere
7  with operating room airflow?
8  A.   No.
9  Q.   Have you written any articles
10 specific to patient warming devices?
11 A.   No.
12 Q.   Let's go back to your resume, please.
13 Exhibit A to the report.  Let's see.  The
14 fourth paragraph talks about your hands-on
15 engineering experience.  And the last sentence
16 says, "He has personally designed every
17 discipline in healthcare engineering, including
18 med gas, fire alarm, electrical, mechanical,
19 sprinklers, HVAC, emergency power, et cetera."
20    And my question is:  Have you ever
21 designed a medical device?
22 A.   No.
23 Q.   The paragraph right above that
24 mentions your previous role as an expert
25 witness.  And the case involved an infection

Page 57

KOENIGSHOFER

1
2  from surgery; is that right?
3  A.   Yes.
4  Q.   What type of surgery was it?
5  A.   Open-heart.
6  Q.   What type of infection?
7  A.   Fungal infection on the outside of
8  the heart.
9  Q.   And what field work did you do in
10 that case?
11 A.   I looked inside the air handler that
12 served the space, and I looked in the ductwork
13 that served the particular OR where the
14 infection occurred.  And then I looked inside
15 the OR and inside the laminar diffuser.
16 Q.   And when you say you looked inside,
17 were you taking samples of anything?
18 A.   Well, I was -- I was -- I didn't do
19 any instrumentation at all other than
20 temperature and humidity, well, and a Kleenex
21 for pressurization.  But when a piece of black
22 insulation fell out of the diffuser when I
23 opened it, I guess you could say that I took a
24 sample.
25 Q.   Okay.  So did you send the insulation

Page 58

KOENIGSHOFER

1
2  to a lab for culturing or anything like that?
3      A.  I did not.  The lawyer for whom I was
4  working was with me, along with the plant
5  engineer and the hospital's lawyer, and we all
6  saw this happen.  And I said to the engineer --
7  I mean, the architect -- the attorney for whom
8  I was working, "Look, this is not a scientific
9  sample, but I suggest you put that in your
10  pocket," which he did.  And I don't know what
11  he did with it after that.
12      Q.  So you said other than temperature
13  and humidity and pressure, you didn't take any
14  other measurements of the airflow?
15      A.  That's correct.
16      Q.  And other than taking that piece of
17  insulation, did you do any swabbing or
18  culturing or air sampling of any kind?
19      A.  No, I did not.
20      MS. ZIMMERMAN:  Object to form.
21  BY MR. GOSS:
22      Q.  Did you -- I think you mentioned you
23  wrote a report in that case?
24      A.  Yes.
25      Q.  What opinions did you offer in that

Page 59

KOENIGSHOFER

1
2  report?  If you can recall.
3      A.  Well, I had seen -- this is called
4  microbial growth algae, whatever it was, inside
5  the air handler, in the drain pan of the air
6  handler.  So I -- I simply noted that there was
7  green slime there.  I didn't attempt to define
8  what it was.  And I was concerned that the
9  ductwork outside the OR was lined with
10  fiberglass and had been built in the late '70s,
11  and that there was a humidifier right outside
12  that particular OR, so it was blowing humidity
13  into the duct, which was lined with fiberglass.
14      And I'm 92 percent convinced that
15  what fell out of that diffuser when I opened it
16  was a piece of the black lining from the
17  fiberglass lining of the ductwork.
18      Q.  And was that lining on the inside or
19  the outside of the ductwork?
20      A.  Inside.
21      Q.  Did you offer an opinion that the
22  source of the plaintiff's infection was the
23  HVAC system in the hospital?
24      A.  I simply noted that the combination
25  of that nice fibrous base and the humidifier

Page 60

KOENIGSHOFER

1
2  blowing humidity right there was likely to be a
3  nice place that mold and microorganisms would
4  grow.
5      Q.  So did you offer any opinions on what
6  caused the patient's infection?
7      A.  No.
8      Q.  Did you offer any opinions regarding
9  whether the conditions in that HVAC system
10  increased the patient's risk of infection?
11      A.  Well, I pointed out what I viewed as
12  shortcomings.  The lining in the ductwork of
13  someplace right around the same time, the
14  various codes said, don't put lining in the
15  ductwork.  That was right in the mid '70s.  So
16  I simply pointed out that, you know, while it
17  might have been grandfathered in, shortly after
18  it was built, everybody in the industry decided
19  this was a bad idea.  The humidifier right
20  outside the room was also a bad idea.
21      Q.  Because it created a moist
22  environment; is that right?
23      A.  Yes.
24      Q.  Did you, in your report, connect the
25  shortcomings of the HVAC system to an increased

Page 61

KOENIGSHOFER

1
2  risk for the patient to develop an infection?
3      MS. ZIMMERMAN:  Object to form.
4      THE WITNESS:  You know, I'd have to
5  go back and look at the thing.  It's been,
6  what, eight years.
7  BY MR. GOSS:
8      Q.  Do you remember the name of the
9  lawyer who retained you?
10      A.  It was in Wichita.  Can't believe
11  I've forgotten it.
12      Q.  Was the case in Kansas?
13      A.  Yes.  I've probably got it here in my
14  phone if you want me to look at it.  It started
15  with a W.
16      Q.  And I take it the defendant was a
17  hospital?
18      A.  That's correct.
19      Q.  Were there any other defendants
20  besides the hospital?
21      A.  I don't know.
22      Q.  Did you offer any opinions in that
23  case that any of the HVAC equipment was
24  defectively designed or manufactured by the
25  manufacturer of that equipment?

Page 62

KOENIGSHOFER

1
2     A.  No.
3         MS. ZIMMERMAN:  Object to form.
4         THE WITNESS:  No.
5  BY MR. GOSS:
6     Q.  So your opinions in that case related
7  to the installation of the equipment and not
8  the manufacture of the individual components;
9  is that right?
10    A.  Correct.
11    Q.  Do you still have a copy of your
12 report in that case?
13    A.  Yes.  I'm sure I could find it.
14    Q.  And I think you mentioned in this
15 resume that the result of the case was a
16 favorable out-of-court settlement for the
17 plaintiff.  Do you remember the amount or did
18 you ever know the amount of the settlement?
19    A.  I was never told.
20        (Thereupon, Exhibit 11 was marked for
21 identification.)
22 BY MR. GOSS:
23    Q.  Exhibit Number 11 is a -- a listing
24 on Expert Pages; is that right?
25    A.  Yes.

Page 63

KOENIGSHOFER

1
2     Q.  And is this your listing?
3     A.  Looks like it.  Yes.
4     Q.  When did you first start -- when did
5  you first put a listing on Expert Pages?
6     A.  Oh, I don't know.  Call it spring of
7  '16.
8     Q.  Do you think it was before or after
9  you got a call from Mr. Gordon?
10    A.  I think it was after.
11    Q.  Why did you decide to put a listing
12 on Expert Pages?
13    A.  So I could get more expert
14 consulting.
15    Q.  So before this listing, you really
16 only had experience as an expert witness in one
17 other case; right?
18    A.  Yes.
19    Q.  But you were interested in doing
20 more; is that right?
21    A.  Yes.
22    Q.  Did that coincide with a change in
23 your workload or career?  In other words, did
24 you have more time to do expert consulting or
25 what was the reason for the listings?

Page 64

KOENIGSHOFER

1
2     A.  I'd really have to go back to look at
3  the exact chronology, but someplace along the
4  way, my company, the company for whom I was
5  working, I talked with them about doing expert
6  witness.  They did not want me to do it as an
7  employee.
8     Q.  Was that Dewberry?
9     A.  That's Dewberry.
10    Q.  When did you first start working with
11 Dewberry?
12    A.  Dewberry bought my company in 2008.
13    Q.  And what's Dewberry?
14    A.  Dewberry is a large engineering firm
15 based in Fairfax.
16    Q.  Fairfax, Virginia?
17    A.  Yes.
18    Q.  And did they come to you or did you
19 want to sell?  How did the transaction come
20 about?
21    A.  They came to me.
22    Q.  So they bought your company and you
23 stayed on as an employee; is that right?
24    A.  Correct.
25    Q.  Did they tell you why they didn't

Page 65

KOENIGSHOFER

1
2  want you to expert consulting?
3     A.  Well, they thought that it might have
4  some liability for them, but probably more
5  importantly, it was, you know, client
6  relations.
7     Q.  What was their concern about client
8  relations for expert testimony?
9         MS. ZIMMERMAN:  Object to form.
10 BY MR. GOSS:
11    Q.  Did they tell you?
12    A.  No.  I would say it's obvious.  But
13 no.
14    Q.  Well, did they ever say you couldn't
15 testify for their clients?
16    A.  Well, we agreed.  They said, you
17 know, don't get -- don't get involved with
18 suing us or any of our clients.  And I said,
19 "Sure, no problem."
20    Q.  So when you put out this listing on
21 Expert Pages, obviously, your previous
22 experience was testifying on the plaintiff's
23 side of the case; correct?
24    A.  Yes.
25    Q.  Was it your intent that you would

Page 66

KOENIGSHOFER

1  only testify for plaintiffs or were you open to
2  testifying for defendants?
3      A.  B.
4      Q.  So both?
5      A.  Yes.
6      Q.  Since you put this listing up, have
7  you gotten any calls, any potential referrals?
8      A.  I got a call from a guy whose air
9  conditioner burned up in his house.  And a call
10 from a lady who had, I don't know, mold in her
11 crawl space or something.  And I turned them
12 both down.
13     Q.  Have you been approached ever by any
14 manufacturers of HVAC equipment to serve as an
15 expert witness in their cases?
16     A.  No.
17     Q.  Have you ever had any conversations
18 with any manufacturers of HVAC equipment about
19 litigation that they were involved in?  That
20 you can recall.
21     A.  No.
22     Q.  So are you currently employed by
23 Dewberry?
24     A.  I work for them about 20 hours a

Page 67

KOENIGSHOFER

1  week.
2      Q.  Are you still an employee or do you
3  have an independent contract relationship with
4  them?  How would you characterize it?
5      A.  It's complicated.  Basically, I can't
6  really answer that question, not because I
7  won't, but I can't.  I do get -- I can work
8  however many hours I want and I get paid
9  hourly.  And I get a paycheck from them,
10 which -- from which they do withholding.  But I
11 don't get any benefits.
12     Q.  Do your expert fees for your work on
13 this case go to Dewberry?
14     A.  No.
15     Q.  And did you need to ask Dewberry for
16 permission to participate as an expert in this
17 case?
18     A.  No.  I mean, you know, again, the
19 agreement is I'm not going to do anything that,
20 basically that Dewberry has anything to do
21 with.
22     Q.  Have you talked to anyone at Dewberry
23 about the fact that you were retained as an
24 expert witness in this case?

Page 68

KOENIGSHOFER

1      A.  Yes.
2      Q.  Who have you spoken to about that?
3      A.  Shepherd Hockaday.
4      Q.  And who is that?
5      A.  He's sort of my boss.
6      Q.  Did you talk to Mr. Hockaday about
7  the deposition today?
8      A.  Probably not.  Probably not.
9      Q.  What was the nature of your
10 conversation with Mr. Hockaday about your
11 participation as an expert in this case?
12     A.  It was just casual conversation.
13 What are you up to these days?  What are you
14 doing with all your time besides playing golf?
15     Q.  Did you talk to Mr. Hockaday about
16 your opinions in this case?
17     A.  No.
18     Q.  We covered Mr. Hockaday.
19         Have you talked to anyone outside
20 from counsel at this table in preparation for
21 your deposition today?
22     A.  No.
23     Q.  Can you tell me what you did to
24 prepare for the deposition today?

Page 69

KOENIGSHOFER

1      A.  Well, as you know, I didn't get a
2  whole lot of warning about it.  So I carefully
3  reviewed my report.  Then I reviewed the
4  reports that I cited in my report and gathered
5  a few others, but I didn't really get around to
6  reading much of anything else.
7      Q.  So you reviewed your report.  Did you
8  have occasion to revisit any of your opinions?
9      A.  No.  I mean, I marked it up a little
10 bit for typos and things I found in it.
11     Q.  Is there anything in your report that
12 you felt you needed to amend or modify?
13     A.  Well, only one thing, but at some
14 point toward the end of my report, I said that
15 the Bair Hugger might put out 50 to 100 CFM.
16 Honestly, I don't know where I got the 100,
17 but...
18     Q.  Okay.
19     A.  It should have read "about 50."
20     Q.  So this is on page 23 of the report,
21 right at the top of the page?
22     A.  That's correct.  That's correct.
23     Q.  You say, "50 to 100 CFM are blown
24 from the blanket into or near the sterile

Page 70

KOENIGSHOFER

1
2  field."  And you're saying that that should
3  read "about 50 CFM"; is that right?
4      A.  Yes.  Yes.
5      Q.  And what is the 50 based on?
6      A.  Well, one of the -- I'm not a Bair
7  Hugger expert.  One of them puts out about 48
8  CFM.  I can't remember which one.  I couldn't
9  cite the model for you.
10      Q.  So if I told you that the
11  specifications for the 750/775 say it will put
12  out up to 48 CFMs, does that sound right to
13  you?
14      A.  Yes.
15      Q.  Are you familiar with another model
16  of Bair Hugger that's at issue in this case?
17      A.  You know, only in a very general way.
18  I realize there's a 505 and 550 and a 700 or
19  whatever.  I did not make an effort to memorize
20  the nuances of the different models.
21      Q.  Did you have an understanding that
22  the airflow rate of other models might be
23  different from the 750/775?
24      A.  Yes, I know that.
25      Q.  Do you -- do you know roughly what

Page 71

KOENIGSHOFER

1
2  that airflow is?
3      A.  I think some of them are in the range
4  of 35, 30 CFM, something like that.
5      Q.  So if the 505 were about 30 CFM,
6  would you have any reason to disagree with
7  that?
8      A.  I would have to look it up.
9  Honestly, I don't remember which is which.
10      Q.  All right.  Anything else in your
11  report after reviewing it that you felt you
12  needed to amend or modify?
13      A.  No.  Again, other than just typos.
14      Q.  Okay.  In preparation for your
15  deposition today, did you review any documents
16  from 3M or Arizant?
17      A.  So you're saying in the last two or
18  three weeks since I've known I was going to be
19  deposed?
20      Q.  Yeah.  Let's start with that.
21      A.  No.
22      Q.  Before that, have you reviewed
23  documents from 3M or Arizant?
24      A.  Yes.
25      Q.  Were you provided a copy of the

Page 72

KOENIGSHOFER

1
2  protective order in this case that designates
3  certain documents as confidential?
4      A.  Yes.
5      Q.  And have you signed an acknowledgment
6  to be bound by it?
7      A.  Yes.
8      MS. ZIMMERMAN:  It's in the binder.
9      MR. GOSS:  Okay.  Thanks.
10  BY MR. GOSS:
11      Q.  In preparing for your deposition
12  today, have you reviewed any reports from other
13  plaintiff's experts?
14      A.  Yes.
15      Q.  Which ones did you review?
16      A.  Keen, K-E-E-N, Koehn, K-O-E-H-N, I
17  believe.
18      Q.  I'm going start just by asking about
19  plaintiff's experts.  Experts on the
20  plaintiff's side.
21      A.  Oh, Elghobashi.
22      Q.  Okay.
23      A.  I think that's it.
24      Q.  Did you review a report by Yadin
25  David?

Page 73

KOENIGSHOFER

1
2      A.  No.
3      Q.  Did I get that right?
4      MR. ASSAAD:  Close enough.
5      MR. GOSS:  Is it David?
6      MR. ASSAAD:  David, yes.
7      MR. GOSS:  It is David.  Okay.
8      THE WITNESS:  Never heard the name.
9  BY MR. GOSS:
10      Q.  Did you review a report by Michael
11  Buck?
12      A.  No.
13      Q.  Did you review a report by William
14  Jarvis?
15      A.  No.
16      Q.  So you started out mentioning that
17  you reviewed reports by Keen and Kuehn, which
18  he actually pronounces it Keen too, so they're
19  both Keens.  And I'll just tell you for a
20  shorthand, the way I keep it straight is
21  there's an American Kuehn and a Canadian Keen.
22      A.  Yes.
23      Q.  All right.  Do you know either of
24  those gentlemen?
25      A.  I know Michael Keen, the Canadian

19

Page 74

KOENIGSHOFER

1  Keen.
2
3  Q.  How do you know him?
4  A.  From ASHRAE.
5  Q.  Have you worked with him on any
6  committees?
7  A.  Yes.
8  Q.  Which one?
9  A.  The technical committee 9.6, which is
10  called Healthcare HVAC.  And I believe he's --
11  I'm pretty sure he's on 170.
12  Q.  That's the committee for Standard
13  170?
14  A.  Yes, sir.
15  Q.  Are you on that committee?
16  A.  I'm a nonvoting member, which is
17  going to change July 1st.
18  Q.  So on July 1st you will become a
19  voting member of the committee for Standard
20  170?
21  A.  I believe that's true.
22  Q.  What has to happen in order for you
23  to become a voting member of this committee?
24  A.  Honestly, I don't know.  I guess the
25  rest of the committee's got to vote on me.  I'm

Page 75

KOENIGSHOFER

1  not sure.
2
3  Q.  Somebody will give you a call?
4  A.  Well, they've asked for resumes.
5  I've sent all that.  And I got a confirmation
6  from ASHRAE just a few days ago saying, okay,
7  everything looks good and we'll pass all this
8  on to the committee.  And I've been attending
9  the meetings for 15 years, so I expect that I
10  will be approved.
11  Q.  Have you ever worked with Michael
12  Keen on any projects or anything outside of
13  your service on Technical Committee 9.6?
14  A.  No.
15  Q.  Do you consider Michael Keen to be an
16  upstanding member of ASHRAE?
17  A.  I do.
18  Q.  He's an engineer as well; correct?
19  A.  Yes.
20  Q.  Have you ever had occasion to
21  criticize any of his work?
22  A.  No.
23  Q.  The other Keen, American Kuehn,
24  that's Thomas K-U-E-H-N; correct?
25  A.  That sounds right.

Page 76

KOENIGSHOFER

1
2  Q.  You don't know him?
3  A.  Correct.
4  Q.  Have you encountered him in
5  connection with ASHRAE ever?
6  A.  No.  I had never heard of him.
7  Q.  All right.  So you reviewed his
8  report and Michael Keen's report.  Did you
9  review any other defense expert reports in
10  preparation for your deposition?
11  A.  Ho.
12  Q.  That's Dr. Jim Ho?
13  A.  That sounds right.
14  Q.  Do you know him?
15  A.  No.  Can I ask for help here?
16  Q.  Sure.
17  A.  That's one other I can't remember.
18  Q.  Yeah.  You got a --
19  A.  I have to remember?
20  Q.  Yeah.  You can't --
21  A.  Well, then okay.
22  Q.  If there is another one that you
23  reviewed, feel free to go through your
24  materials.
25  A.  The guy that did the Schlieren

Page 77

KOENIGSHOFER

1
2  stuff -- Settles.  That's it.
3  Q.  Do you know -- do you know Gary
4  Settles?
5  A.  I do not.
6  Q.  Are you familiar with the Schlieren
7  imaging technique discussed in his report?
8  A.  Very vaguely.
9  Q.  Have you ever been involved in any
10  research projects that use the Schlieren
11  technique?
12  A.  No.
13  Q.  Okay.  So you've got four defense
14  expert reports that you reviewed.  Keen,
15  American Kuehn, Canadian Keen, Ho and Settles.
16  Any others that you can remember?
17  A.  No.
18  Q.  All right.  And you would have
19  reviewed those within the last two weeks; is
20  that right?
21  A.  Yes.
22  Q.  Other documents that you reviewed in
23  preparation for this deposition that you can
24  recall?
25  A.  Well, I know I read Van Duren's

Page 78

KOENIGSHOFER

1  deposition.
2      Q.  Van Duren?
3      A.  Van Duren.
4      Q.  Was that in the last two or three
5  weeks?
6      A.  No.  I guess I'd have to look at the
7  book again.  I read some other expert's stuff
8  and I can't remember who.  Not expert,
9  deposition.
10     Q.  Some other depositions?  And I'm
11 really just asking for what you can remember,
12 what stands out in your mind as significant
13 that you reviewed to prepare for today.  We've
14 covered the Elghobashi expert report from the
15 plaintiffs, the four expert reports from the
16 defense.  Any other documents that you spent
17 particular -- gave particular focus or
18 attention to prepare for today?
19         MS. ZIMMERMAN:  In addition to his
20 report.
21 BY MR. GOSS:
22     Q.  In addition to your report.  That's
23 right.
24     A.  Well, I mean, I looked at an exploded

Page 79

KOENIGSHOFER

1  view of a Bair Hugger on one of their
2  maintenance manuals that's available online.
3      Q.  Okay.  And why did you do that?
4      A.  See how it's built.
5      Q.  Was that something you did in the
6  last couple weeks to prepare for today?
7      A.  No.
8      Q.  Was there anything about that
9  exploded view of the Bair Hugger that
10 contributed to your opinions in this case?
11     A.  Yes.  Well, I mean, I looked
12 carefully at how the filtration works.
13     Q.  So from the exploded view of the Bair
14 Hugger, you could tell how the filtration works
15 in the unit?
16     A.  Well, how it's installed, yes.
17     Q.  Okay.  Obviously, you met with
18 counsel to prepare for the deposition today;
19 correct?
20     A.  Yes.
21     Q.  And I'm not going to ask you about
22 specific documents you reviewed with them.  I
23 just want to know how many meetings did you
24 have with them to prepare for today?

Page 80

KOENIGSHOFER

1      A.  One.
2      Q.  Was that --
3      A.  Yesterday.
4      Q.  So the meeting you had in
5  Minneapolis, was that more to do with your
6  report than deposition preparation?
7      A.  That's correct.  Yes.
8      Q.  Okay.  I want to talk a little more
9  about your experience.  Do you have any medical
10 training?
11     A.  No.
12     Q.  You've already indicated that you
13 don't have expertise in microbiology?
14     A.  Correct.
15     Q.  Do you have expertise in infectious
16 diseases?
17     A.  No.
18     Q.  Do you have any expertise in aseptic
19 technique?
20     A.  No.
21     Q.  Expertise in infection control
22 practices other than as they relate to HVAC
23 systems?
24     A.  No.

Page 81

KOENIGSHOFER

1      Q.  Do you have expertise in heat
2  transfer?
3      A.  I understand heat transfer.  I'm not
4  a professor of heat transfer.
5      Q.  Are you an expert in air filtration?
6      A.  I understand filtration quite well.
7  Relative to other people at ASHRAE who truly
8  are experts, I do not know as much as they do.
9      Q.  Have you ever conducted any testing
10 to determine the efficiency of an air filter?
11     A.  Well, if you go all the way back to
12 my air pollution days, that was sort of what I
13 was doing.
14     Q.  Okay.  Have you ever conducted any
15 testing to determine the efficiency of an air
16 filter used in a hospital?
17     A.  No.
18     Q.  Do you consider yourself an expert in
19 ASHRAE Standard 52.2?
20     A.  No.
21     Q.  Do you have any expertise in
22 biomedical engineering?
23     A.  No.
24     Q.  Before you were retained in this

Page 82

KOENIGSHOFER

1
2 case, had you ever heard of a Bair Hugger?
3     A.  Yes.
4     Q.  How did you -- what do you recall
5 about Bair Huggers before you got into the
6 litigation?
7     A.  I'm just very interested in
8 everything hospital.  So when I would talk to
9 friends of mine or owners who work at
10 hospitals, we'd talk about, you know, what
11 exactly do they do in there?  How does it all
12 work?  So someplace along the way, someone
13 mentioned a Bair Hugger.
14     Q.  Did you ever have any conversations
15 with anyone before you got involved in this
16 case about any concerns they had about the Bair
17 Hugger and whether it was affecting the OR
18 environment at their hospital?
19     A.  No.  It was actually in the context
20 of are we going to put a blanket warmer into
21 this OR?  "Yes" or "no"?  No, because we use
22 Bair Huggers.  What's a Bair Hugger?
23     Q.  Okay.  So you mentioned a blanket
24 warmer.  What would that be?  As distinguished
25 from the Bair Hugger, what's a blanket warmer?

Page 83

KOENIGSHOFER

1
2     A.  It's a large device that looks like a
3 refrigerator.  Literally heats whatever's in
4 there, but they put blankets in there, I guess.
5     Q.  Oh, okay.  So this --
6     A.  Wool blankets.  I don't know what
7 they are.  Cotton -- I don't know what they're
8 made of -- blankets.
9     Q.  I gotcha.  So this -- this would be
10 some sort of a heater or heater storage for
11 normal cotton or wool blankets; is that right?
12     A.  That's correct.
13     Q.  It's not like an electric blanket
14 that you would put on an OR table?
15     A.  That's correct.  I mean, it's
16 electric.  Uses electricity.  You plug it in
17 the wall.  You use electricity to make heat and
18 it heats however many blankets you've got
19 stacked in this cabinet.
20     Q.  But the blankets themselves aren't
21 something that you --
22     A.  Regular old blankets.
23     Q.  It's not something you plug in?
24     A.  No.
25     Q.  Okay.  I think you mentioned earlier

Page 84

KOENIGSHOFER

1
2 with respect to patient-warming devices other
3 than the Bair Hugger, you did some research on
4 the Mistral device?
5     A.  Yes.
6     Q.  What did you look into with the
7 Mistral?
8     A.  I simply was Googling around and came
9 upon them as a, I guess, competitor.  So I went
10 to their website and looked at what they sell,
11 what they do, their points of view.
12     Q.  What did you learn from your research
13 into Mistral?  What stood out in your mind as
14 relevant to your opinions in this case?
15     MS. ZIMMERMAN:  Object to form.
16     THE WITNESS:  I would need to look at
17     -- you know, it's been -- this was back
18     when I first started on this case, a year
19     or more ago.  It seems to me I recall the
20     fact that they used a true HEPA filter in
21     their device.
22 BY MR. GOSS:
23     Q.  Anything about -- anything else about
24 the Mistral that stood out to you as
25 noteworthy?

Page 85

KOENIGSHOFER

1
2     A.  No.  I spent a lot of time on their
3 website reading about nosocomial --
4 normothermia.
5     Q.  Okay.  On the Mistral website?
6     A.  Yeah.  They just had an article about
7 it.
8     Q.  Other than your reading of the
9 Mistral article about normothermia, did you do
10 any other research into normothermia?
11     A.  No.  I can't think that I read
12 anything else about it.
13     Q.  Do you have an understanding of the
14 technical definition of normothermia versus
15 hypothermia?
16     A.  No.
17     Q.  Have you reviewed any literature that
18 talked about the benefits of normothermia to
19 the patient?
20     A.  Yes.  Some of these articles that are
21 truly about Bair Huggers or whatever, they kind
22 of start out with "why do Bair Huggers exist."
23 And they'll have a paragraph about
24 normothermia.
25     Q.  What's your understanding of the

Page 86

KOENIGSHOFER

1
2  benefits to the patient of normothermia?
3      A.  Well --
4          MS. ZIMMERMAN:  Object to form.  You
5  can go ahead.
6          THE WITNESS:  I understand that
7  anesthesia, patients get cold, and for the
8  most part, anesthesiologists don't like
9  for the patients to get cold, and so it's
10  beneficial to the patient to be kept warm.
11  BY MR. GOSS:
12      Q.  To your understanding, are there any
13  benefits to the patient of normothermia, beyond
14  comfort?
15      A.  I believe that I have read that, you
16  know, the outcomes are improved by not letting
17  the body get too cold.
18      Q.  But at any rate, you're not an expert
19  in temperature regulation of the human body?
20      A.  I am not a biological expert.
21      Q.  Have you ever participated in an
22  investigation of an infectious outbreak at a
23  hospital?
24      A.  Well, that expert witness case that I
25  was on.  I guess you could say it was.  It

Page 87

KOENIGSHOFER

1
2  wasn't really an outbreak.
3      Q.  Okay.  It was one patient; right?
4      A.  Yes.
5      Q.  Have you ever worked with a hospital
6  that was investigating an outbreak or cluster
7  of infections?
8      A.  No.
9      Q.  Do you have any expertise in the
10  cleaning chemicals that are used to clean
11  operating rooms?
12      A.  No.
13      Q.  Do you have any expertise in hospital
14  sanitation and hygiene practices other than
15  HVAC?
16      A.  About this much (indicating).
17      Q.  What can you tell me that you know
18  about that?
19      A.  Well, I understand that there's
20  something called a terminal clean, which is, in
21  my limited understanding, is a super-deduper
22  cleaning, which is different than -- I didn't
23  even know the name of a nonterminal clean.
24  That's kind of everything I know about it.
25      Q.  You've designed HVAC systems for

Page 88

KOENIGSHOFER

1
2  operating rooms; correct?
3      A.  Yes.
4      Q.  About how many would you say you've
5  done?
6      A.  Well, from scratch, maybe 20.
7      Q.  Were any of those ORs dedicated to
8  orthopedic surgery?
9      A.  You know, my mind goes fuzzy between
10  things that I designed and places that I worked
11  to try to improve conditions.
12      Q.  Okay.  Well, let's include both in
13  your answer.
14      A.  Okay.  Then yes.
15      Q.  How many orthopedic ORs have you
16  either designed or worked to improve in some
17  way?
18      A.  Let's just say 15.
19      Q.  Is there a difference in your
20  approach to the HVAC system for a general
21  surgery OR versus an orthopedic OR?
22      A.  No.
23      Q.  So your approach is the same.  Is
24  there anything different in the execution of
25  the design of an orthopedic OR versus a general

Page 89

KOENIGSHOFER

1
2  surgery OR?
3      A.  Some clients insist on using HEPA
4  filtration, although it's not required.  One of
5  the studies I did was on, the surgeons wanted
6  to put curtains around the diffuser array.  And
7  they asked me to give them a little study of
8  pros and cons of that.  It was an orthopedic
9  surgery -- orthopedic OR.
10      Q.  The curtain, was it an air curtain or
11  a fabric curtain?  What kind of curtain was it?
12      A.  Plexiglass.
13      Q.  Okay.  So it was a Plexiglass curtain
14  around --
15      A.  More of a barrier.
16      Q.  A barrier around the diffusers and
17  the ceiling of the OR?
18      A.  Yes.
19      Q.  And was this an orthopedic group that
20  wanted to do this?
21      A.  It was a hospital that -- but it was
22  an orthopedic surgery unit.  It wasn't a
23  private orthopedic group was the distinction
24  I'm making there.
25      Q.  So it was for a hospital, but the

KOENIGSHOFER

room was going to be for their orthopedic unit?

A. Yeah. Well, it already was, but they wanted to add the Plexiglass barrier.

Q. Was there a particular manufacturer of the Plexiglass barrier or was it part of an integrated system with diffusers?

A. Yes. And I don't remember the name of the manufacturer.

Q. What was your advice to the hospital of the use of this Plexiglass barrier?

A. I recommended that it was not cost effective.

Q. What was the rationale behind the Plexiglass barrier? What it was supposed to do?

A. Well, it was supposed to improve the laminar flow of the air as it comes from the diffuser. Keep it as straight as you can as long as you can. So they would stick down, I don't know, maybe 18, 24 inches, something like that.

Q. So let me ask you some questions about that statement. When we say "laminar flow," what are we really talking about?

KOENIGSHOFER

MS. ZIMMERMAN: Object to form.

BY MR. GOSS:

Q. In the context of a hospital and air supply from the ceiling.

A. Well, in the context of a hospital, we put in diffusers, which literally in the industry are called "laminar flow diffusers." It is a type of a diffuser, which consists of big metal covers with a bunch of small holes in them, and the air gently flows down in kind of a rainfall pattern.

Q. So what makes it laminar?

MS. ZIMMERMAN: Object to form.

THE WITNESS: Well, it is released in a strictly vertical manner and at a speed that, as I say, you -- 35 feet a minute makes basically a maximum velocity at the diffuser. And so you hope that it just stays together as a laminar flow.

BY MR. GOSS:

Q. Okay. Do the -- do the holes in the diffuser outflow, does that have something to do with what makes it laminar?

MS. ZIMMERMAN: Object to form.

KOENIGSHOFER

Foundation.

THE WITNESS: Well, yeah. You've got to give it a little kick in the butt to get the air moving.

BY MR. GOSS:

Q. Would it be fair to say that you're not an expert in laminar flow?

A. Yeah. Yes.

Q. I think there was a comment in your report and a footnote on page 13. So there's a sentence in the first paragraph. It says, "As shown in the following figure, clean air is directed into the room through so-called laminar diffusers." And then there's a footnote; right?

A. Yes.

Q. The footnote says, "This intentional airflow is frequently called laminar, though the airflow is not truly laminar from a physics perspective." What did you mean by your statement in the footnote?

A. Well, to be honest, I'm just repeating what true laminar flow experts have said to me, guys who are, you know, Ph.D Penn

KOENIGSHOFER

State gurus in this kind of stuff. And they say it's not really laminar flow. And I say, okay, okay, okay. But we engineers call it that.

Q. All right. So do you know the names of any of the -- can you remember the names of any of the laminar flow gurus that you've spoken to about this?

A. No, not really. This is a long time ago. There was a guy from Penn State, but I can't remember.

Q. It wasn't Gary Settles?

A. No, no, no. It was not Gary Settles. He probably would -- he could probably answer this question.

Q. Let's see. All right. So we started on this tangent about laminar flow when we were talking about this system that you were asked to advise the hospital on that had these Plexiglass barriers; right?

A. Uh-huh.

Q. Okay. And your advice to the hospital was that the system was not cost effective; is that right?

KOENIGSHOFER

1
2    A.  Yes.
3    Q.  So did you undertake an analysis of
4  the potential benefit versus the cost of the
5  system?
6    A.  Well, I was aware of the cost and it
7  was quite expensive.  And it probably came more
8  from discussions with my cohorts and asking
9  them what their experience has been.
10    And I visited a plant in Texas that
11  makes these things and they had smoke coming
12  out of it.  And we observed it.
13    Q.  Do you remember what town -- what
14  town in Texas?
15    A.  It was the Titus factory.
16    Q.  Okay.  Was Titus the manufacturer?
17    A.  Yes.  Titus is a manufacturer of HVAC
18  equipment.  I visited that facility along with
19  some other guys on the 9.6 committee.  And we
20  came away from it, saying, I don't know, didn't
21  really -- didn't really see any big
22  improvements.
23    Q.  So is it fair to say that after
24  visiting the plant, seeing the system, talking
25  to your colleagues, you didn't see any promise

KOENIGSHOFER

1
2  for the system to reduce the risk of surgical
3  site infections with this equipment?
4    MS. ZIMMERMAN:  Object to the form of
5  the question.  Misstates the testimony.
6  BY MR. GOSS:
7    Q.  Is that fair?
8    A.  Yes.
9    MR. GOSS:  Doing okay?
10    THE WITNESS:  I'd like to hit the
11  restroom, but otherwise, I'm doing okay.
12    MR. GOSS:  Let's take a break.
13    THE VIDEOGRAPHER:  Off record,
14  11:26 a.m.
15  (Thereupon, a brief recess was taken.)
16    THE VIDEOGRAPHER:  Start of Tape 3.
17  Back on record, 11:37 a.m.
18    MS. ZIMMERMAN:  Counsel, if we could
19  just to clarify the record before you get
20  going on.
21    We're offering Mr. Koenigshofer as an
22  expert in unidirectional flow in an
23  operating room, not on the calculations of
24  laminar flow and all of that, but we are
25  offering him as an expert in laminar flow

KOENIGSHOFER

1
2  in an OR.  So to the extent that may help
3  clarify things moving forward.  I want to
4  make sure we have a record of that.
5  BY MR. GOSS:
6    Q.  All right.  Well, let me ask you
7  again.  You said you're not an expert in
8  laminar flow; correct?
9    A.  Your definition of expert and my
10  definition of expert may not be exactly the
11  same.  In my definition, I'm not.  There's guys
12  that have got Ph.Ds that have been doing
13  laminar flow calculations their whole lives.
14    Q.  Understood.  And --
15    A.  Those guys are experts.  I'm not that
16  level.
17    Q.  And I'm just asking for your own
18  assessment of your own expertise.  So are
19  you -- do you consider yourself an expert in
20  unidirectional flow in an operating room?
21    MS. ZIMMERMAN:  Just so that we're
22  clear, is that the calculation of the flow
23  rate or the actual concept of it and when
24  it's used?
25    MR. GOSS:  I mean, I think that's a

KOENIGSHOFER

1
2  fair distinction.
3  BY MR. GOSS:
4    Q.  So let me put it this way.  You don't
5  hold yourself out as an expert in the physics
6  of airflow from an OR diffuser; correct?
7    MS. ZIMMERMAN:  Counsel, I'm sorry, I
8  object to form.  Again, I'm not sure that
9  that clarified, at least even for me, what
10  you're asking.  So...
11  BY MR. GOSS:
12    Q.  So what is your expertise in -- how
13  you would describe your expertise in OR
14  airflow?
15    A.  I design the OR airflow systems,
16  utilizing the guidelines, using the published
17  guidelines.
18    Q.  So if someone were to come to you and
19  ask what's laminar versus turbulent versus some
20  other type of airflow in a hospital, would you
21  be able to answer that question?
22    MS. ZIMMERMAN:  Object to form.
23  Again, are we talking about mathematical
24  calculations of each or...
25

Page 98

KOENIGSHOFER

BY MR. GOSS:

Q.  I just want to know his answer to the question.  Would you be able to answer that question?

A.  Yes.

Q.  And how would you answer that question?

A.  I would probably get a piece of paper and indicate air moving unidirectionally as opposed to turbulently.

Q.  Okay.  And what about systems that deliver laminar flow versus turbulent flow?  Do you have any expertise in the difference between those types of systems?

A.  Well, yes.  I mean, I could design this room, and this diffuser right here works on the basis of turbulence.  That's what it depends upon.

Q.  But in terms of operating room air supply, do you have expertise in the difference between a turbulent diffuser versus a laminar one?

MS. ZIMMERMAN:  Object to form.

THE WITNESS:  Ask me the question

Page 99

KOENIGSHOFER

again.

BY MR. GOSS:

Q.  Sure.  How would you describe or can you answer the question, what the difference is between a turbulent supply system in an operating room and a laminar supply system?

A.  Yes.  And that's -- that was my -- my hand drawings.

MS. ZIMMERMAN:  And if we could just clarify for the record and the court reporter that the witness is gesturing with his hands.

THE WITNESS:  Vertical airflow fairly tight.

BY MR. GOSS:

Q.  Okay.  You've never calculated a Reynolds number; is that true?

A.  I have in college.

Q.  Is calculating a Reynolds number part of what you do in your engineering practice when working with hospitals?

A.  No.

Q.  Have you tried to calculate a Reynolds number for any of your work in this

Page 100

KOENIGSHOFER

case?

A.  No.

Q.  What are the issues that you've been asked to address in this case?

A.  I guess just the overall use of the Bair Hugger in an operating room.

Q.  Have you done any experiments to address that question?

A.  No.

Q.  Have you taken any measurements of air temperature or velocity coming out of a Bair Hugger blanket?

A.  No.

Q.  Have you done any experiments to determine the efficiency of Bair Hugger filters?

A.  No.

Q.  Have you done any testing measurements or experimentation of any kind on a Bair Hugger unit?

A.  No.

Q.  Have you seen a Bair Hugger unit in person?

A.  Yes.

Page 101

KOENIGSHOFER

Q.  When was that?

A.  In March.

Q.  Was that during the meeting with counsel?

A.  Yes.

Q.  Outside of that meeting, have you seen a Bair Hugger unit in person?

A.  I'm sure I've seen them when I've been in operating rooms.

Q.  But fair to say you didn't examine them closely in that setting?

A.  Correct.

Q.  When you saw the Bair Hugger unit in March, how was it set up?

A.  Just sitting on the floor.

Q.  Was it connected to a blanket?

A.  No.

Q.  Did you do anything with the Bair Hugger unit when you saw it?

A.  I took the cover off so I could see inside.

Q.  Did you turn it on?

A.  I don't think so.

Q.  And you said it was not connected to

Page 102

KOENIGSHOFER

1
2  a perforated blanket; is that right?
3      A.  That's correct.
4      Q.  Have you ever felt the flow of air
5  from a Bair Hugger blanket?
6      A.  No.
7      Q.  Have you ever felt the flow of air
8  from a Bair Hugger hose that's not connected to
9  a blanket?
10     A.  No.
11     Q.  So when you say you took the cover
12  off of the Bair Hugger, what was your goal in
13  doing that?
14     A.  See the insides.
15     Q.  Was there anything that stuck out in
16  your mind as significant from your looking on
17  the inside of a Bair Hugger unit?
18         MS. ZIMMERMAN:  Object to form.
19  BY MR. GOSS:
20     Q.  What did you take away from that, is
21  what I'm asking.
22     A.  It looked just like my wife's hair
23  dryer that I tried to fix recently.
24     Q.  So it had a heating coil in it;
25  correct?

Page 103

KOENIGSHOFER

1
2      A.  Uh-huh.
3      Q.  And a fan?
4      A.  And a fan.
5      Q.  Does your wife's hair dryer have a
6  filter?
7      A.  No.
8      Q.  So that would be one difference?
9      A.  Sure.
10     Q.  So the Bair Hugger that you examined
11  was -- that wasn't in an OR at the time; right?
12     A.  Correct.
13     Q.  And if you didn't turn it on, is it
14  fair to say that you didn't evaluate whether
15  the air from the Bair Hugger was doing anything
16  to the air in the room?
17     A.  That's correct.
18     Q.  Do you remember what model of Bair
19  Hugger it was?
20     A.  I think it was early in the 500
21  series, I believe.
22     Q.  Do you remember if it was white or
23  kind of blue/purple?
24     A.  I think it was white.
25     Q.  Did you take the filter out of that

Page 104

KOENIGSHOFER

1
2  Bair Hugger?
3      A.  I don't remember.
4      Q.  Do you remember what the filter
5  looked like, like what shape it was?
6      A.  Yeah.  I think it was one of the flat
7  rectangular ones.
8      Q.  Did you take the filter out and
9  examine it?
10     A.  Honestly, I don't remember whether I
11  did or did not.
12     Q.  You mentioned this filter was a flat
13  rectangular one.  Are you familiar with other
14  shapes or sizes of Bair Hugger filters?
15     A.  Oh, again, I've seen on the exploded
16  views that they have cylindrical ones.
17     Q.  Other than the shape of the filter
18  being different between the cylindrical and the
19  rectangular, do you have any understanding as
20  to whether the filter media in those two
21  filters is different as of today?
22     A.  Is different between a rectangular
23  versus the cylindrical?
24     Q.  Yes, sir.
25     A.  I don't know.

Page 105

KOENIGSHOFER

1
2      Q.  Do you have any understanding as to
3  whether the filter media in the cylindrical and
4  the rectangular filters was different at some
5  time in the past, that they differed from each
6  other?
7      A.  You know, it seems like in the Van
8  Duren or something, there was conversations
9  about this, but sitting here right this minute,
10  I don't remember.  We could look at Van Duren.
11  I believe it was Van Duren that said something
12  about that I think there were some changes
13  along the way.
14     Q.  Do you intend to testify at trial
15  about changes in the filter media in the Bair
16  Hugger units?
17     A.  I don't know.
18     Q.  Do you -- do you have any opinions
19  today about changes in the filter media in the
20  Bair Hugger filters?
21     A.  No.
22     Q.  So you've seen a Bair Hugger unit.
23         Have you ever seen a Mistral unit in
24  person?
25     A.  No.

KOENIGSHOFER

1
2     Q.  Have you ever seen any other
3  patient-warming devices in person?
4     A.  No.
5     Q.  Are you familiar with a device called
6  the HotDog?
7     A.  Only from the materials that I read
8  in relation to this case.
9     Q.  What's your understanding of what the
10  HotDog is and how it works, if you have one?
11     A.  It appears to me it's an electric
12  blanket.
13     Q.  Have you done any research for this
14  case on the HotDog warming system?
15     A.  I've looked at their website.  I
16  would not call it research.
17     Q.  For your work on this case, have you
18  done any research on standards or regulations
19  that apply to patient warming devices?
20     MS. ZIMMERMAN:  Object to form.
21     THE WITNESS:  Can you ask me the
22  question again.
23  BY MR. GOSS:
24     Q.  Sure.  Are you aware of any standards
25  or regulations that apply to patient-warming

KOENIGSHOFER

1
2  devices?
3     MS. ZIMMERMAN:  Object to form.
4     THE WITNESS:  I am not aware of any.
5  BY MR. GOSS:
6     Q.  Are you aware of any requirements or
7  any regulations or standards that require the
8  use of filtration in hospital equipment, other
9  than the HVAC system?
10     MS. ZIMMERMAN:  Object to the form of
11  the question.
12     THE WITNESS:  I'm not aware of any.
13  BY MR. GOSS:
14     Q.  So for -- strike that.
15     Are you familiar with the types of
16  infections that the -- no, back up.
17     Are you familiar with the types of
18  surgeries that the plaintiffs in this
19  litigation have undergone?
20     A.  Well, in a general way, yes.  My
21  father-in-law just had a knee replacement.  And
22  I've looked at the -- a YouTube of a hip
23  replacement.
24     Q.  And when you say the YouTube hip
25  replacement, are you referring to a particular

KOENIGSHOFER

1
2  video?
3     A.  I wouldn't know.  I mean, it was one
4  of those days where you're just fishing all
5  around the internet and you find something.  It
6  was not one put out by -- it was more of a
7  training for medical people.
8     Q.  Did it relate to the Bair Hugger at
9  all?
10     A.  No.
11     Q.  All right.  So do you have an
12  understanding that the majority of the
13  plaintiffs in this litigation have undergone
14  either a hip replacement or a knee replacement?
15     A.  Yes, I know that.
16     Q.  And have you requested any
17  information about the types of infections that
18  these plaintiffs have developed as a result of
19  those procedures?
20     A.  No.
21     Q.  In association with those procedures?
22     A.  No.
23     Q.  Do you -- for your work on this case,
24  did you do any research into the rate of
25  infection for hip and knee replacements in this

KOENIGSHOFER

1
2  country?
3     A.  Somewhat, yes.  But then you're going
4  to ask me for the numbers.
5     Q.  Yes, sir.  What's your understanding
6  of the current infection rate for hip
7  procedures in this country?
8     A.  I would really have to look at my
9  booklet here.
10     MS. ZIMMERMAN:  You can look at your
11  notes.
12     THE WITNESS:  If he wants me to do
13  that, I'll do that.
14     MR. ASSAAD:  Do it if you want to.
15  BY MR. GOSS:
16     Q.  Do you have a general understanding
17  of the infection rate for hip and knee
18  replacements?  Do you remember a figure?
19     A.  I think it's generally in the range
20  of 1 to 3 percent.
21     Q.  Do you have an understanding as to
22  whether that rate has increased, decreased or
23  stayed the same over the last 10 years?
24     A.  I believe -- well, I read a lot of
25  articles and one guy says one thing and the

KOENIGSHOFER

1
2 other guy says another thing. But I certainly
3 read an article and again, I'd have to find it
4 where they said that it has decreased.
5      Q.  And over that same period of time,
6 say the last 10 years, do you have an
7 understanding -- well, let me ask you this.
8          Have there been any significant
9 changes in the design of OR HVAC systems over
10 that 10-year period?
11          MS. ZIMMERMAN:  Object to form of the
12 question.
13          THE WITNESS:  Ten years.
14          MS. ZIMMERMAN:  He's not asking you
15 to guess.
16 BY MR. GOSS:
17      Q.  If you know.
18      A.  I don't know of any.
19      Q.  Do you have any understanding as to
20 whether the use of forced-air warming has
21 increased, decreased or stayed the same over
22 that same 10-year period?
23      A.  I have no idea.
24      Q.  As part of your work in this case,
25 have you spoken to any of the individual

KOENIGSHOFER

1
2 plaintiffs?
3      A.  No.
4      Q.  Have you spoken to any orthopedic
5 surgeons about this case?
6          MS. ZIMMERMAN:  Plaintiff's
7 orthopedic surgeons or --
8 BY MR. GOSS:
9      Q.  Sure.  We'll start with plaintiff's
10 orthopedic surgeons.  Have you --
11      A.  No.
12      Q.  Okay.  Have you spoken to orthopedic
13 surgeons other than those who operated on the
14 plaintiffs?
15      A.  Yes.
16      Q.  All right.  Who was that?
17      A.  Joe Fulton.
18      Q.  Okay.  How do you know Joe?
19      A.  From soccer.
20      Q.  All right.  You talked to him about
21 this case?
22      A.  I asked him about Bair Huggers, if he
23 uses them.
24      Q.  All right.  And what did he tell you?
25      A.  I think he said yes.

KOENIGSHOFER

1
2      Q.  And he's an orthopedic surgeon?
3      A.  I think so.  He's either vascular or
4 orthopedic.  I realize there's a difference.  I
5 think he's orthopedic.
6      Q.  All right.  Other than just asking
7 him if he uses the Bair Hugger, did you ask him
8 any other questions?
9      A.  No.
10      Q.  Did you offer him any information
11 based on your research in this case?
12      A.  Nothing based on my research.
13      Q.  Outside of your research, did you
14 offer him any thoughts on the Bair Hugger?
15      A.  Any thoughts on it?  No.
16      Q.  So other than the question, Do you
17 use Bair Huggers, you said the answer was, you
18 believe, yes?
19      A.  Uh-huh.
20      Q.  Did the two of you discuss anything
21 else about the Bair Hugger?
22      A.  It was strictly in the context of
23 what are you doing these days, now that your
24 son's not playing soccer anymore and you have
25 all this time.

KOENIGSHOFER

1
2      Q.  Were the two of you playing soccer or
3 were --
4      A.  No, no.  Kids soccer.
5      Q.  I got it.  So other than Dr. Fulton,
6 have you spoken to any other orthopedic
7 surgeons about the Bair Hugger?
8      A.  No.
9      Q.  Have you spoken to any hospital
10 engineers about the Bair Hugger?
11      A.  Well, only in the same context of
12 sociability, what are you up to these days and
13 me saying, working on a case.  What's the case?
14 Bair Hugger.  You ever use Bair Hugger?  Yes.
15      Q.  Did anybody that you approached or
16 talked to in that context ever tell you they
17 don't use Bair Hugger?
18          MS. ZIMMERMAN:  Object to form.
19          THE WITNESS:  No.  No.
20 BY MR. GOSS:
21      Q.  Did anyone that you spoke to about
22 the Bair Hugger -- and I'm talking about
23 hospital engineers and this sort of thing --
24 did anybody you spoke to about Bair Hugger in
25 that context ever share with you any concerns

Page 114

KOENIGSHOFER

1
2  they had about the Bair Hugger?
3      A.  No.  Most didn't know what a Bair
4  Hugger was.
5      Q.  You reviewed some published
6  literature in connection with your work on this
7  case.  After reviewing some of these papers,
8  have you followed up with any of the authors of
9  the papers?
10      A.  No.
11      Q.  All right.  We discussed earlier that
12  you read a report from Said Elghobashi.  Have
13  you spoken to him one on one?
14      A.  No.
15      Q.  I may have covered this earlier.
16  Have you had any e-mail exchanges with
17  Dr. Elghobashi?
18      A.  No.
19      Q.  Have you spoken to any other ASHRAE
20  members about your work on this case?
21      A.  Yes.
22      Q.  Who would they be?
23      A.  Mike Meteyer.
24      Q.  He, if memory serves, was one of the
25  contributors to Chapter 8 of the design manual?

Page 115

KOENIGSHOFER

1
2      A.  Yeah.  I don't know if it was 8 or
3  not, but he's definitely a contributor.
4      Q.  Okay.  And what did you discuss with
5  Mr. Meteyer?
6      A.  It was really more in the social
7  context of what are you up to these days.
8      Q.  Is Mr. Meteyer, is he the local guy
9  that you see from time to time or how did you
10  run into him?
11      A.  He's on all these committees with me
12  at ASHRAE.  He's a friend.  No, he lives in
13  Wisconsin.
14      Q.  Other than Mr. Meteyer, have you
15  spoken to anybody else about -- from ASHRAE
16  about your work on this case?
17      A.  When I saw a thing pop up that
18  Michael Keen on LinkedIn -- or no.  Somehow --
19  let's see what -- how was it?  I saw that he
20  was an expert witness for you guys.  So I sent
21  him, on LinkedIn, a note saying, "Hey, see
22  you're on Bair Hugger.  See you in court."  He
23  said "10-4."  And that was the discussion.
24      Q.  Okay.  Got it.  Do you know Farhad
25  Memarzadeh?

Page 116

KOENIGSHOFER

1
2      A.  I do.
3      Q.  How do you know him?
4      A.  From ASHRAE committees.
5      Q.  What does Dr. Memarzadeh do?
6      A.  He's director of some kind of lab
7  stuff at NIH.
8      Q.  Have you worked with him on any
9  committees for ASHRAE?
10      A.  I have been in meetings where he's
11  there.  We've been engaged in discussions.
12  It's not exactly working on something per se.
13      Q.  Is he someone whom you respect?
14      A.  Yes.
15      Q.  Have you reviewed any modeling work
16  that he has done on the use of Bair Huggers in
17  an operating room?
18      A.  No.
19      Q.  Do you know Russell Olmsted?
20      A.  Yes.
21      Q.  How do you know him?
22      A.  He's on the Standard 170 Committee
23  with me.
24      Q.  How long have you known him?
25      A.  Five, six years.

Page 117

KOENIGSHOFER

1
2      Q.  What does he do?
3      A.  He's some kind of infection control
4  guy up in Michigan.  He was president of APIC,
5  the association of, I don't know, prevention of
6  infection or whatever APIC stands for.  I
7  believe he's an epidemiologist.
8      Q.  Have you worked with him on any
9  ASHRAE committees?
10      A.  Again, I've been in conversations
11  with him at the meetings.  Meetings might be 20
12  people.  But I've not worked with him in --
13  beyond that.
14      Q.  Have you ever been in any meetings
15  with him where the Bair Hugger was discussed?
16      A.  No.
17      Q.  Is Russell Olmsted someone whom you
18  respect?
19      A.  Yes.
20      Q.  Are you familiar with any research
21  that Russell Olmsted has participated in
22  regarding the Bair Hugger?
23      A.  Well, I know of the article that he
24  wrote with Sessler.
25      Q.  Do you know Andrew Streifel?

KOENIGSHOFER

1
2     A.  I do.
3     Q.  How do you know him?
4     A.  Same way.
5     Q.  And what does Andrew Streifel do?
6     A.  Well, he may be retired at this
7  point.  I don't know for a fact.  But he used
8  to be, I think at the University of Minnesota
9  Hospital as a -- I guess -- I don't know.  I
10  don't know what he did at the University of
11  Minnesota Hospital.
12     Q.  Have you served on committees with
13  Andrew Streifel?
14     A.  Yes.  He's on committees with me.  He
15  rarely actually comes to the meetings.
16     Q.  Have you talked to Mr. Streifel about
17  your work in this case?
18     A.  No.
19     Q.  Are you aware of any cases in which
20  Mr. Streifel has served as an expert witness?
21     A.  No.
22     Q.  Are you familiar with an experiment
23  that was conducted by Mr. Streifel and Michael
24  Buck in connection with this litigation?
25     A.  No.

KOENIGSHOFER

1
2     Q.  So if you haven't seen it, is it fair
3  to say that experiment does not have any
4  connection to your opinions in this case?
5     A.  I have not seen it, so yes.
6     (Thereupon, Exhibit 12 was marked for
7     identification.)
8  BY MR. GOSS:
9     Q.  Exhibit 12 is the ASHRAE Position
10  Document on Airborne Infectious Diseases.  Have
11  you seen this position document before?
12     A.  Yes.
13     Q.  Is it something that you reviewed for
14  this case?
15     A.  No.
16     Q.  If you look at the committee roster,
17  Russell Olmsted is on it; correct?
18     A.  Yes.
19     Q.  Is there anybody else on this
20  committee roster whom you know?
21     A.  I've met Bill McCoy.  I knew Sidney
22  Parsons.  I never met him.  I was acquainted
23  with him.  He passed away.  That's it.
24     Q.  Were you involved at all in the
25  preparation of this position statement,

KOENIGSHOFER

1
2  position document on airborne infectious
3  diseases?
4     A.  No.
5     Q.  You mentioned earlier that you had
6  served as a nonvoting member of the ASHRAE 170
7  Committee; correct?
8     A.  Correct.
9     Q.  And did you say you have been on the
10  committee in that capacity since 2007?
11     A.  Not as an official nonvoting member.
12  You have to kind of climb your way up the
13  committee's chain.
14     Q.  When did you first start attending --
15     A.  Well, I first started attending in
16  about 2005 or something like that.
17     Q.  Okay.  And that was attending ASHRAE
18  170 Committee meetings, just so we have a clear
19  record?
20     A.  That's correct.
21     Q.  Okay.  And then when did you become a
22  nonvoting member?
23     A.  I don't remember.
24     Q.  Sometime after 2005?
25     A.  Yes.  Yes.  Of course.

KOENIGSHOFER

1
2     Q.  Did you have input into the current
3  version of that standard 170?
4     A.  Well, again, the way these things
5  work is you sit in the big committee and you
6  discuss all kinds of things.  And I sit at the
7  table and I am somewhat vociferous, so I weigh
8  in on my thoughts on the different things.
9     Q.  Did you draft any portions of the 170
10  Standard?
11     A.  No, I did not.  I did not.
12     MS. ZIMMERMAN:  Just for the record,
13  if you -- you've got your report in front
14  of you, but it looks like your report says
15  you've been active in ASHRAE since 2003.
16     THE WITNESS:  Okay.
17     (Thereupon, Exhibit 13 was marked for
18     identification.)
19  BY MR. GOSS:
20     Q.  Exhibit 13 is ASHRAE Standard
21  170-2013; correct?
22     A.  Correct.
23     Q.  And I notice at the top of the
24  document, it actually says "ANSE/ASHRAE/ASHE."
25  Have ANSE and ASHE also adopted this standard,

KOENIGSHOFER

1
2  or do you know?
3      A.  That is my understanding, but I'm not
4  positive about that.
5      Q.  Would you say that ASHRAE standards
6  are intended to promote best practices in HVAC
7  design?
8          MS. ZIMMERMAN:  Object to form.
9          THE WITNESS:  They're minimum
10  standards.
11  BY MR. GOSS:
12      Q.  What do you mean by that?
13      A.  Well, it's the minimum that you
14  should design to.  If you want to design to
15  more and get into best practices, that's fine.
16      Q.  Okay.  But if someone were to comply
17  or if a hospital were to comply with ASHRAE
18  170, would there be any reason to think that
19  that hospital HVAC system is somehow unsafe?
20          MS. ZIMMERMAN:  Object to the form of
21  the question.
22          THE WITNESS:  Can you rephrase that
23  for me?
24  BY MR. GOSS:
25      Q.  Sure.  In other words, if you're

KOENIGSHOFER

1
2  putting out a standard, you're intending for
3  people to follow it; right?
4      A.  Yes.
5      Q.  And what's the goal behind the
6  standard?  Just in general.
7      A.  Well, I think kind of the wording is
8  important.  The purpose of the standard is to
9  define ventilation system design requirements
10  that provide environmental control for comfort,
11  asepsis and control in healthcare facilities.
12      Q.  And for a hospital that wants to --
13  why would a hospital want to comply with this
14  standard?
15          MS. ZIMMERMAN:  Object to form.
16  Foundation.
17  BY MR. GOSS:
18      Q.  Aren't they looking to comply with
19  best practices in the industry?
20          MS. ZIMMERMAN:  Same objection.
21          THE WITNESS:  They are looking to
22  comply with the various codes.
23  BY MR. GOSS:
24      Q.  And so it's strictly a legal matter
25  that they want to comply with building code?

KOENIGSHOFER

1
2      A.  I can't -- I can't speak for all
3  hospitals.
4          MS. ZIMMERMAN:  I'm going to object
5  to the form of question.  He doesn't
6  have --
7      Q.  What about hospitals that you've
8  consulted with?  Have you consulted with
9  hospitals that have sought to comply with
10  ASHRAE 170?
11      A.  That have sought to?
12      Q.  Yes, sir.
13      A.  Yes.
14      Q.  And what's your understanding from
15  working with those hospitals?  What is their
16  goal in engaging you to comply with 170?
17          MS. ZIMMERMAN:  Object to form.
18  Foundation.
19          THE WITNESS:  They are hiring me as
20  an engineer to design to meet these
21  regulations.
22  BY MR. GOSS:
23      Q.  Has this been adopted by the federal
24  government or any state government, to your
25  knowledge?

KOENIGSHOFER

1
2      A.  This is part of the FGI guide for
3  hospital construction.  It has been adopted by
4  that.  And it's my understanding that about 40
5  states have adopted that as their building
6  code.
7      Q.  But -- so it's your testimony that
8  this document is only intended to convey the
9  bare minimum --
10      A.  Yes, sir.
11      Q.  -- for compliance with HVAC
12  guidelines in hospitals?
13      A.  Yes.
14      Q.  And is that -- have you ever talked
15  to any of your fellow ASHRAE 170 Committee
16  members about whether this should incorporate
17  more than simply the bare minimum for
18  compliance with HVAC guidelines?
19      A.  Yes.
20      Q.  Okay.  And have you contributed edits
21  or changes that are reflected in this standard
22  to adopt more then the bare minimum for
23  compliance?
24      A.  Probably not what you just passed out
25  right here, but I have contributed some words

Page 126

KOENIGSHOFER

1
2 to some of the addenda that have come out more
3 recently.  I don't know how many addenda you
4 have on this thing right here.  They come out
5 every month, every other month.
6        Q.  What -- what addenda do you recall
7 contributing to?  What was the subject matter
8 of the addenda?
9        A.  The subject -- well, of addenda that
10 have been adopted?  I would really have to
11 refer back to my notes on that one to remember
12 which one, to which it applied.
13        Q.  Is it your testimony that ASHRAE 170,
14 Standard 170 has nothing to do with the best
15 practices for HVAC design in healthcare
16 facilities?
17        MS. ZIMMERMAN:  Object to form.
18 Misstates his testimony.
19        THE WITNESS:  I would not make that
20 statement.
21 BY MR. GOSS:
22        Q.  Okay.  So it does have something to
23 do with best practices in the ventilation of
24 healthcare facilities; is that right?
25        MS. ZIMMERMAN:  Object to form.

Page 127

KOENIGSHOFER

1
2        THE WITNESS:  Yes.
3 BY MR. GOSS:
4        Q.  And that's something that a hospital
5 looking to comply with Standard 170 is going to
6 be interested in as best practices for
7 ventilation of healthcare facilities; correct?
8        MS. ZIMMERMAN:  Object to form.
9 Foundation.
10        THE WITNESS:  Again, you asked me
11 about hospitals.  I can't speak.  There
12 are 10,000 people that work at a hospital.
13 BY MR. GOSS:
14        Q.  Well, you've worked with a lot of
15 hospitals over the years, have you not?
16        A.  I have.
17        Q.  And those hospitals are interested in
18 your expertise on best practices; correct?
19        MS. ZIMMERMAN:  Object to form.
20 BY MR. GOSS:
21        Q.  In HVAC design for the ventilation of
22 healthcare facilities; true?
23        A.  Yes.
24        Q.  All right.  170 covers a wide range
25 of topics, but one of the topics that's

Page 128

KOENIGSHOFER

1
2 covered, of course, is filtration; correct?
3        A.  Yes.
4        Q.  All right.  And if you look at table
5 6.4, it discusses minimum filter efficiencies?
6        A.  Yes.
7        Q.  On page 5; correct?
8        A.  Yes.
9        Q.  It says, "Operating rooms for Class B
10 and C surgery require, in filter bank number 1,
11 a MERV 7 filter and in filter bank 2, a MERV 14
12 filter; is that correct?
13        A.  Correct.
14        Q.  All right.  First of all, let's
15 explain what MERV is.  What does that stand
16 for?
17        A.  Well, it's something like minimum
18 efficiency -- always forget exactly what MERV
19 stands for.  It has something to do with
20 minimum efficiency rating value or something
21 like that.
22        Q.  And do you know how MERV --
23        A.  Minimum Efficiency Reporting Value.
24        Q.  Okay.  Do you know how MERV ratings
25 are calculated for air filters?

Page 129

KOENIGSHOFER

1
2        A.  I know something about it, yes.
3        Q.  Are you familiar with the ASHRAE
4 standard for calculating MERV ratings for air
5 filters?
6        A.  In a general way.  I'm not on
7 Standard 52.
8        Q.  But it's Standard 52.2; correct?
9        A.  52.2, I believe that's the latest.
10        Q.  All right.  So coming back to this
11 table 6.4, is it fair to say that filter bank
12 number 2 in this table, is that the terminal
13 filtration?  In other words, the last filter
14 before the air goes to the room?
15        A.  It's the last filter in the system.
16        Q.  In the system.  And this provides for
17 a MERV minimum of 14; correct?
18        A.  Correct.
19        Q.  Have you ever taken a position in any
20 committee meetings for 170 that that value
21 should be higher?
22        A.  I've certainly been involved in a lot
23 of discussions about it.
24        Q.  Have you personally recommended to
25 the committee that the final filter in the

KOENIGSHOFER

1
2  system for an operating room -- for -- should
3  be higher than 14?
4      A.  Not for a general operating room.
5      Q.  What about other than for a general
6  operating room?
7      A.  I have suggested that maybe we should
8  start requiring it for orthopedic operating
9  rooms.
10      Q.  And you suggested this during a
11  committee meeting of -- of the 170 Committee?
12      A.  Yes.
13      Q.  Did you make that recommendation --
14  when do you recall making that recommendation?
15      A.  As Jim said, I've been going to these
16  meetings for 14 years, two or three a year for
17  14 years.  I honestly can't remember at what
18  point.
19      Q.  Was it in the last two years?
20      A.  I would say probably before that.
21      Q.  Has it been your experience that
22  orthopedic rooms sometimes do incorporate HEPA
23  filters?
24      A.  Yes.
25      Q.  And nothing in this table would

KOENIGSHOFER

1
2  prevent an orthopedic room from doing that;
3  correct?
4      A.  That's correct.
5      Q.  In your -- in the various meetings
6  you've attended to Standard 170, do you have
7  any understanding as to whether the committee
8  intends to increase the minimum filter
9  requirements for Class B and Class C surgery?
10      MS. ZIMMERMAN:  Object to form.
11      THE WITNESS:  Among the addenda on
12      the table at this time, that is not one of
13      them.
14  BY MR. GOSS:
15      Q.  Where it says "Class B and Class C
16  surgery," am I correct that orthopedic surgery
17  would be encompassed within one of those
18  classes?
19      A.  Yes.
20      Q.  Which one is it?
21      A.  It's probably the Class C, I would
22  assume.
23      Q.  And the only space designation on
24  this table 6.4 that calls for HEPA is a
25  protective environment room; correct?

KOENIGSHOFER

1
2      A.  That's correct.
3      Q.  And this protective environment room,
4  is that where you put someone who is contagious
5  with a respiratory illness, for example?
6      A.  No, just the opposite.
7      Q.  It's where you put somebody who's
8  susceptible that you need to protect?
9      A.  Correct.
10      Q.  Okay.  Are the HEPA filters in
11  protective environment rooms, are they on the
12  inflow to the room or the outflow from the
13  room?
14      A.  Inflow.
15      Q.  If you'll turn with me to page 14,
16  section 7.4 talks about surgery rooms.  And if
17  you look at point A, it says, "The airflow
18  shall be unidirectional downwards and average
19  velocity of the diffuser shall be 25 to
20  35 cubic feet per minute per square foot."
21      Are you familiar with that
22  requirement for the face velocity or volume
23  metric flow out of the diffusers?
24      A.  Yes.
25      Q.  And it says here, "For further

KOENIGSHOFER

1
2  information, see Memarzadeh and Manning 2002,
3  and Memarzadeh and Jeong in informative
4  appendix B."  Are you familiar with the
5  Memarzadeh and Manning paper on this subject?
6      A.  Yes.
7      Q.  So what is -- what is the reason that
8  Memarzadeh and Manning gave for setting the
9  airflow volume and velocity at 25 to 35 CFMs
10  per square foot?
11      A.  Well, it was to get adequate air
12  changes, 20 per square foot -- I'm sorry, 20
13  air changes per hour.  And given the size the
14  laminar diffuser is going to be, roughly the
15  size of the table plus a foot or two on each
16  side, you have to have a certain amount of
17  airflow to get those air changes.
18      Q.  Okay.  But is there something about
19  this particular velocity that's important, the
20  25 to 35 CFMs?
21      A.  Memarzadeh hypothesized about a wound
22  plume.
23      Q.  Tell me about that.  What does he
24  mean by "wound plume"?
25      MS. ZIMMERMAN:  Object to form.

## Page 134

KOENIGSHOFER

Foundation.  You can answer if you know.
THE WITNESS:  My understanding is
that he felt like there's a small amount
of heat coming off of an exposed part of
the body, which would cause a convective
updraft and that little thermal mushroom
cloud would contain only the bugs from
that patient.  And, therefore, you do not
want your velocity from your diffusers to
be so great that it blows away that wound
plume.
BY MR. GOSS:
     Q.  So Memarzadeh and Manning, did their
research involve computational fluid dynamics,
if you know?
     A.  Yes.
     Q.  You're familiar with the paper from
2002?
     A.  Yes.
     Q.  And the wound plume, as you described
it, has a protective effect for surgical site
infection.  Isn't that what's hypothesized, at
least, in the article?
     A.  Yes.

## Page 135

KOENIGSHOFER

Q.  Do you believe that to be true?
     A.  I am skeptical that the temperature
of the wound would be sufficient to cause much
of a mushroom cloud.
     Q.  But if it did cause a slight thermal
updraft, is it your opinion that that would be
protective for purposes of preventing surgical
site infections?
     A.  Yes.
     Q.  And so the point of limiting the
velocity of the diffusers to 35 CFMs -- I may
have -- I may have my units wrong.  Is it feet
per minute?
     A.  We are talking feet per minute
velocity.
     Q.  Feet per minute is velocity.  Okay.
So the whole idea behind limiting the velocity
to 35 feet per minute is to avoid overcoming
whatever protective updraft may be coming from
the patient; is that correct?
     MS. ZIMMERMAN:  Object to form.
Foundation.
     THE WITNESS:  Say it again.

## Page 136

KOENIGSHOFER
BY MR. GOSS:
     Q.  The reason for limiting the velocity
to 35 feet per minute is to avoid disrupting
the protective plume on the patient, or do you
know?
     A.  It is my understanding that is
Memarzadeh's thinking.
     Q.  Is that how you pronounce it?  Thank
you.  I didn't know.
     A.  Yes.
     Q.  Memarzadeh.  I'm glad to know that.
     MS. ZIMMERMAN:  I've been saying it
wrong the whole time.
BY MR. GOSS:
     Q.  I was saying it like marmalade.
     A.  Pretty much all of us just call him
Farhad.
     Q.  Farhad.  Okay.
     A.  It's a lot easier.
     Q.  All right.  And Memarzadeh's thinking
has been incorporated into Standard 170 by
limiting the velocity of the diffusers to
35 feet per minute; correct?
     MS. ZIMMERMAN:  Objection to form.

## Page 137

KOENIGSHOFER

Foundation.
     THE WITNESS:  That is my
understanding.  That was written before I
was on the committee.
BY MR. GOSS:
     Q.  Okay.  But obviously they're citing
his paper right here where they talk about the
diffuser shall be 25 to 35 feet per minute;
correct?
     A.  Yes.
     MS. ZIMMERMAN:  We've been going
about an hour.
BY MR. GOSS:
     Q.  Let me take a quick look here.  This
might be a pretty good place to stop.
     The only other thing I was going to
ask you about in this section.  So we talked
about how you may have or you contributed to
some addenda for Standard 170; correct?
     A.  Well, I've contributed in -- I don't
know that a word that I have written has been
in there.  But, I mean, I've deleted words and
changed some things.  These things go around
the table many times.

Page 138

KOENIGSHOFER

1  Q.  As a nonvoting member, do you have
2  authority to make line edits to the standard?
3  A.  Authority?  I'm asked to.
4  Q.  Okay.  And if -- as you sit here
5  today, can you remember any specific edits that
6  you would have made to Standard 170, the 2013
7  version of it?
8  A.  No.
9  MR. GOSS:  Let's take a break.
10  THE VIDEOGRAPHER:  Off record at
11  12:33 p.m.
12  (Thereupon, a brief recess was taken.)
13  THE VIDEOGRAPHER:  Back on record,
14  1:45 p.m.
15  BY MR. GOSS:
16  Q.  Welcome back from lunch,
17  Mr. Koenigshofer.
18  I had a chance over the lunch break
19  to look at these notebooks of materials
20  provided as Exhibits 2 and 3.  We also copied
21  your notebook, which we marked as Exhibit 4.
22  Just for the record, the copy is what
23  we're going to actually have the court reporter
24  take with her as Exhibit 4 and your original

Page 139

KOENIGSHOFER

1  notebook will stay with you.
2  A.  Okay.
3  Q.  A couple questions about Exhibits 2
4  and 3.  I noticed on the -- on some of the
5  expert reports, for example, I'll just call out
6  this Bates number, BHDK456.  This is Jim Ho's
7  report.  There is some comment balloons.
8  A.  Yes.
9  Q.  Are those -- and highlighting.
10  A.  Yes.
11  Q.  Are those your highlights and
12  comments?
13  A.  The comments are all mine.
14  Q.  Okay.
15  A.  In the, you know, original online
16  electronic, some of those things that are
17  Gen -- Gabe sent to me -- they -- I guess it
18  was they -- I don't know.  They came to me,
19  let's just put it that way.  They came to me
20  with some underlining.
21  Q.  Okay.
22  A.  And then I added underlining --
23  Q.  All right.  Well, I'm not --
24  A.  -- in a slightly different color.

Page 140

KOENIGSHOFER

1  Q.  Okay.  Some of them were
2  prehighlighted for confidential stuff by
3  defense counsel.
4  MS. ZIMMERMAN:  I was going to say.
5  And I think that the highlighting actually
6  came from you.
7  MR. GOSS:  Okay.  Yeah.  That sounds
8  right.
9  THE WITNESS:  I didn't know where it
10  came from.
11  BY MR. GOSS:
12  Q.  But then you added some highlights to
13  that?
14  A.  Yes, sir.
15  Q.  And then the comment balloons, I just
16  want to make sure, these are not your comment
17  balloons from counsel.  These are your comment
18  balloons; correct?
19  A.  That's correct.
20  Q.  All right.  And I don't have these
21  comment balloons, I don't have the content of
22  them.  Are they captured somewhere?
23  A.  Slightly erratically after making
24  some number of comments, I'm not sure which one

Page 141

KOENIGSHOFER

1  I started with, I said, this is not going to
2  work out very well.  So I started a Word
3  document with, you know, one, two, three, four,
4  five comments --
5  Q.  Okay.
6  A.  -- which Gabe assures me is someplace
7  in that booklet.
8  Q.  Yup.  And I've seen that.
9  MR. GOSS:  I guess what I would ask
10  too is -- is if you can provide the -- the
11  versions of these documents with the
12  comments, so that we have those, since
13  they're your comments.  That would be
14  appreciated.
15  MS. ZIMMERMAN:  And we're going to be
16  getting all of these from your experts as
17  well?
18  MR. GOSS:  I don't know that mine
19  have made any comments.
20  MS. ZIMMERMAN:  Right.
21  MR. GOSS:  It's just they're there
22  and I have to ask.
23  MS. ZIMMERMAN:  We will -- we'll work
24  to get you it again.

Page 142

KOENIGSHOFER

MR. GOSS: Okay. Let's see.

MS. ZIMMERMAN: If there are -- as you're reviewing this -- you don't have to to do it right now -- but if there are specific Bates numbers where you're looking for comment bubbles and you want them, do you want to maybe let us know what they are?

MR. GOSS: Well, the problem is I don't know exactly how these comments made up to his list, because it's not like they're numbered footnotes. So...

MS. ZIMMERMAN: Right, yeah. No, we -- we'll do what we can.

MR. GOSS: Okay.

BY MR. GOSS:

Q. So I noticed on your -- I think it's your first invoice from June of 2016 -- this is BHDK1444 -- you have an entry for OR load count and calc OR supply count.

What -- what does that refer to?

A. I was asked, maybe I volunteered, I don't know -- anyway, to give an estimate of --

Q. Do you need to see it or --

Page 143

KOENIGSHOFER

A. No.

Q. Okay.

A. -- of what the cooling load is in the operating room, so I provided that.

Q. Okay.

A. And then I was asked what would temperature differential need to be in order to meet that load. It might be in the photographs from my journal or --

Q. Okay.

A. -- notebook, whatever you call it.

Q. So I'll show you an example -- I'm not going mark this -- but this is Bates numbers 1504 and 1505.

Does that look like a load calculation?

A. Um-hmm. Yes.

Q. Okay. Were you asked to do anything else with that load calculation after you calculated it?

MS. ZIMMERMAN: And just for the record, I'm going object to the extent that you're calling for potentially work product privileged information.

Page 144

KOENIGSHOFER

MR. GOSS: Okay.

MS. ZIMMERMAN: I'm letting you get into his some of his notes because you've asked for it in a subpoena. I think that within our rights we certainly could have withheld some of this.

MR. GOSS: Okay.

MS. ZIMMERMAN: But in the interest of full disclosure we provided it.

MR. GOSS: Okay.

BY MR. GOSS:

Q. Well, let me ask it this way then: Does your load calculation figure in any way into your opinions in this case?

A. It does.

Q. How so?

A. I feel that the heat output of a Bair Hugger is -- adds a significant amount of load to the operating room.

Q. All right. And when you did this load calculation, did you include heat from a Bair Hugger?

A. I would have to look at that to -- to remember.

Page 145

KOENIGSHOFER

Yes.

Q. And I noticed you indicate here BH is a thousand watts; is that right?

A. Yes.

Q. All right. Where did you get that figure?

A. Gosh, I feel like I saw it in some materials from Bair Hugger.

Q. Did you look at the Bair Hugger operating manual for wattage of the warming unit?

A. I did. And I know that it varies from, I don't know, maybe 400-watts up, and that's whether it's on low or high and --

THE REPORTER: I'm sorry. I can't hear you.

THE WITNESS: Okay. There's a variety of models. I'm not sure which model I was referring to there. And in any case -- what was the second question?

BY MR. GOSS:

Q. So you assumed that the Bair Hugger, in your load calculation, would be putting out a thousand watts continuously into the OR

Page 146

KOENIGSHOFER

1  during a procedure?
2       MS. ZIMMERMAN:  Object to form.
3  BY MR. GOSS:
4       Q.  Or did you assume that?
5       A.  I assumed in the instantaneous
6  calculation I did there that it was putting out
7  1,000 watts.  The calculation does not make any
8  statements about being a day, a year, forever.
9       Q.  Do you have any understanding as to
10  whether the Bair Hugger warming unit will
11  continue at its peak wattage throughout its
12  operation during a surgical procedure?
13       A.  I don't know that it would run at its
14  peak.  But if it's bringing in 65-degree air
15  and it's putting out 110-degree air, it will
16  continue to use exactly that amount of energy,
17  as long as it continues in those conditions.
18       Q.  Okay.  This is from BHDK number 131.
19       Does that -- you can look at the
20  front page too.  But are those -- do those
21  appear to be specifications for the Bair Hugger
22  750 warming -- warming unit?
23       MS. ZIMMERMAN:  Counsel, are you
24  representing to the witness that's what

Page 147

KOENIGSHOFER

1  this is or...
2       MR. GOSS:  It's his document.  I'm --
3       THE WITNESS:  It appears to be the
4  specifications -- it states that it's the
5  specifications from Bair Hugger model 750.
6  BY MR. GOSS:
7       Q.  Okay.  All right.  And then the
8  wattage specified there, I believe it says --
9       A.  Heating element is 1400 watts
10  resistive.
11       Q.  Okay.
12       A.  Peak consumption is 1550.  And the
13  average is 800.
14       Q.  Okay.  But what you used in your
15  calculation was a thousand?
16       A.  Yes, sir.
17       Q.  All right.  I'll take that back.
18       Do you have any understanding as to
19  whether the 505 model has a higher or lower
20  energy consumption than the 750?
21       A.  I believe it's lower.
22       Q.  Okay.  I'm just going to ask you
23  about this note, BHDK1495, from March of '16.
24  And towards the top there's a note from a call

Page 148

KOENIGSHOFER

1  where you say you suggested a test.
2       Do you see that?
3       A.  Uh-huh.  Yes.
4       Q.  And did you actually suggest a test
5  be done or that you would do a test for your
6  work on this case?
7       A.  No, not I.  I believe that Ben and
8  Gabe had said --
9       MS. ZIMMERMAN:  And again, I'm
10  going -- to the extent we're getting into
11  work product, I'm going to instruct the
12  witness not to answer.
13  BY MR. GOSS:
14       Q.  All right.  In any event --
15       A.  I believe what I've written here
16  stands --
17       MR. ASSAAD:  There's no question.
18       THE WITNESS:  -- speaks to itself.
19  BY MR. GOSS:
20       Q.  Okay.  So you did no test; correct?
21       A.  Correct.
22       Q.  All right.  Showing you BHDK1503.
23       Is that a drawing of a Bair Hugger
24  unit with some numbers around it?

Page 149

KOENIGSHOFER

1       A.  Yes.
2       Q.  For lack of a better description.
3       A.  It is.
4       Q.  All right.  There's a number at the
5  bottom, 450 FPM.
6       A.  Yes.
7       Q.  That's the intake velocity at the
8  floor.  Is that -- did I interpret that
9  correctly?
10       A.  That is the calculated intake
11  velocity, yes.
12       Q.  Okay.  So did you -- did you
13  calculate that intake velocity?
14       A.  Yes.
15       Q.  All right.  Do you have notes from
16  that calculation in here?
17       A.  Right there.
18       Q.  Oh, it's right there.  Okay.
19       All right.  So you measured that --
20  so you multiplied the area by the velocity to
21  get to 450 feet per minute, is that basically
22  it?
23       A.  The volume, yes.
24       Q.  The volume.  Thank you.

KOENIGSHOFER

Okay.  Yeah.  Because it's four by
four --

A.  The volume by the area, you got the
speed.

Q.  Understood.

All right.  So with that value,
450 feet per minute -- well, let me make sure I
understand that.

The 50 CFMs, I think we discussed
that earlier, that that -- was that based on
the specification that says the Bair Hugger
will deliver up to 48 CFMs?

A.  Yes.

Q.  All right.  Did you do anything with
that number, the 450 feet per minute?  Did you
do any calculations based on that number?

A.  No.

Q.  Okay.

MS. ZIMMERMAN:  Counsel, just to --
and I know I'm jumping in here.  But to
the extent there are any other notes that
may have been inadvertently produced that
are work product, such as the bill, I'm
going to ask that we claw those backs.

KOENIGSHOFER

And if there are additional ones in
there that we inadvertently produced, we
will maintain our work product privilege
on those.

MR. GOSS:  Okay.

BY MR. GOSS:

Q.  This will be the last one for now.
BHDK1498.  The title at the top is "Reduction
of IAQ without Bair Hugger."

And you have an OR diagram with
personnel in it; correct?

A.  Yes.

Q.  And some numbered items around it?

A.  Yes.

Q.  And based on the title, I assume what
you're describing there is -- looks like there
are 10 different things that can reduce indoor
air quality with or without a Bair Hugger; is
that right?

A.  Yes.

Q.  Okay.  So these are all things that
will happen regardless of whether a Bair Hugger
is in the room?

A.  Yes.

KOENIGSHOFER

Q.  All right.  I'll take that back.

Okay.  Does ASHRAE sometimes make
recommendations or adopt standards that are not
based on randomized controlled, clinical
trials?

MS. ZIMMERMAN:  Pardon me.  Object to
form and foundation.

THE WITNESS:  I can't speak for
ASHRAE.

BY MR. GOSS:

Q.  Okay.  Are you aware of any standards
that ASHRAE has adopted that are not backed by
clinical trial data?

MS. ZIMMERMAN:  Same objection.  Form
and foundation.

THE WITNESS:  I'm not.  I don't know.
The short answer to that question is, I
don't know.

BY MR. GOSS:

Q.  Okay.  Are you aware of any
controlled clinical trials comparing the
effectiveness of different HVAC interventions
on the incidence of surgical site infections?

A.  Well, I've certainly read articles

KOENIGSHOFER

about Ultra Clean airflow.

Q.  Okay.  Are you familiar with any
clinical trials comparing Ultra Clean versus
conventional HVAC systems that have found a
statistically significant difference in the
incidence of surgical site infection?

A.  You know, I know there's an article
that addresses that.  And, you know, I'd have
to pull it out and take a look at it.

Q.  Right now can you think of a clinical
trial that you can recall that found a
statistically significant difference in
infection rate based on the HVAC intervention
alone?

A.  Well, again, I read one that
addresses that, and I can't exactly remember if
they gave me statistics or not in there.  I
think they were -- it was a Dutch --

Q.  Setting aside --

A.  -- group that did it.

Q.  Okay.  Setting aside the statistics,
just in general, do you recall a study that
looked at, do we have more infections or fewer
infections in one type of OR HVAC design versus

Page 154

KOENIGSHOFER

1  another?
2
3         MS. ZIMMERMAN:  I'm going to object
4   as asked and answered three times.  And
5   he's going to give you the same answer
6   each time.
7         MR. GOSS:  I heard -- I think he was
8   not tracking my question, so that's why I
9   tried it another way.
10        THE WITNESS:  I -- I don't know of
11  any, to answer your question.
12  BY MR. GOSS:
13        Q.  Thank you.  Thank you.
14            We were talking earlier about MERV
15  ratings for filters.  Do you have an
16  understanding from your experience with ASHRAE
17  as to why we have MERV ratings versus any other
18  type of system for categorizing air filters?
19        A.  My general understanding -- again,
20  I'm not on that committee, 52.  But I don't
21  know.  Up until 10 years ago or something,
22  people talked about dust spot, and they would
23  talk about a filter being 90 to 95 percent.
24  And it was quite generic exactly what that
25  meant.  And it became clear that not everybody

Page 155

KOENIGSHOFER

1  had the same understanding.
2         And so the ASHRAE 52 Committee took
3   it upon themselves to write a standard.  And I
4   guess it is they who came up with the MERV --
5   the whole MERV concept, which is based on
6   efficiency arrestants for different size
7   particle categories.
8         Q.  Do you know what the particle ranges
9   are that they test?
10        A.  You know, I think it's up to .3 and
11  then it's .3 to 1 or .3 to 5, or something like
12  that.  Maybe I shouldn't answer this question
13  without looking at my book.  Because I do know
14  where to find it in my book.
15        Q.  Okay.
16        MS. ZIMMERMAN:  Go ahead.
17  BY MR. GOSS:
18        Q.  I have actually something -- I have a
19  standard I can share with you too, which would
20  probably be --
21        A.  Sure.
22        Q.  -- a more --
23        A.  Well, actually, it's in my report.
24  That's even better.  Faster place to find it.

Page 156

KOENIGSHOFER

1         So would you like for me to find this
2   in here?
3         Q.  Well, I've got the standard I can
4   give you, but if you want to point me to it in
5   your report, that would be fine.
6         A.  Okay.  It's on page 12, which is a
7   table from the ASHRAE Standard 52.2.
8         Q.  Okay.
9         A.  So the categories are .3 to 1
10  micron -- 1 to 3 microns and 3 to 10 microns.
11        MR. GOSS:  Okay.
12        Go ahead and mark this.
13        (Thereupon, Exhibit 14 was marked for
14  identification.)
15        MS. ZIMMERMAN:  Counsel, as you're
16  looking through notes, I would just say
17  that we are -- we're not offering
18  Mr. Koenigsofer on filter or ASHRAE
19  ratings or MERV ratings, so...
20        MR. GOSS:  Okay.  Other than what's
21  in his report?
22        MS. ZIMMERMAN:  Correct.
23        MR. GOSS:  Okay.
24        MS. ZIMMERMAN:  How -- how the MERV

Page 157

KOENIGSHOFER

1   standard is derived, I guess.
2  BY MR. GOSS:
3         Q.  Okay.  What is marked as MERV --
4   sorry, MERV.  Exhibit 14 --
5         A.  Yes.
6         Q.  -- is ASHRAE Standard 52.2 2017;
7   correct?
8         A.  Yes.
9         Q.  Have you seen this document before?
10        A.  I know of its existence.  I have not
11  read it carefully.
12        Q.  Okay.  Do you know the difference
13  between 52.2 2017 and the prior version?
14        A.  I think my short answer would be, no,
15  I don't.
16        Q.  All right.  If you turn to page 45,
17  which is table E1.
18        A.  Yes.
19        Q.  All right.  This is a list of -- it's
20  a table that describes the different MERV
21  categories; correct?
22        A.  Yes.
23        Q.  All right.  And in that top bracket
24  we have MERV 13 to 16; correct?

Page 158

KOENIGSHOFER

1
2    A.  Yes.
3    Q.  All right.  And it says under
4  "typical control contaminant," first it says,
5  ".3 to 1 micron particle size."  And then it
6  says, "all bacteria."  Correct?
7    A.  Yes.
8    Q.  All right.  Do you agree that MERV 14
9  filters are appropriate for controlling all
10 bacteria?
11     MS. ZIMMERMAN:  Object to form.
12  Foundation.
13 BY MR. GOSS:
14    Q.  Or do you know?
15    A.  I don't know.
16    Q.  So you don't have an opinion either
17 way on whether a MERV 14 filter is appropriate
18 for controlling all bacteria?
19     MS. ZIMMERMAN:  Object to form.
20    Q.  True?  Or do you have an opinion that
21 MERV 14 filters are or are not appropriate for
22 controlling all bacteria?
23    A.  I don't know.
24    Q.  Okay.  But are you going to offer an
25 opinion as to the appropriateness of a MERV 14

Page 159

KOENIGSHOFER

1
2  filter for controlling bacteria?
3    A.  I would trust the 52.2 experts.
4    Q.  Have you seen any literature
5  describing the capability of MERV 14 filters to
6  capture bacteria?
7     MS. ZIMMERMAN:  Counsel, I guess I
8  just -- I'm going to make an objection for
9  the record.  You're asking him questions
10  about the HVAC system and MERV filters in
11  an HVAC system, and I'm afraid that it's
12  more broadly applicable the way that
13  you're asking it.
14     MR. GOSS:  I'm asking him about his
15  opinions in this case.
16     MS. ZIMMERMAN:  Okay.
17     MR. GOSS:  And is he offered --
18     MS. ZIMMERMAN:  In an HVAC context?
19 BY MR. GOSS:
20    Q.  Well, let me ask you this:  Are there
21 any ASHRAE standards that apply to fan-blowing
22 equipment in an operating room?
23    A.  Not that I know of.
24    Q.  So if an equipment manufacturer
25 wanted to adopt the best practices for

Page 160

KOENIGSHOFER

1
2  filtration in an operating room, is there
3  anywhere where they would turn other than
4  ASHRAE standards?
5     MS. ZIMMERMAN:  I'm going to object
6  to this as way outside the scope of the
7  report that he's prepared and the
8  expertise he's prepared to offer, and also
9  that he doesn't have foundation to answer
10  your question.
11     MR. GOSS:  Okay.
12 BY MR. GOSS:
13    Q.  You can answer the question.
14    A.  Ask the question again.
15    Q.  An equipment manufacturer -- we
16 established that there is no ASHRAE standard
17 for fan-blowing equipment in an OR, correct,
18 that you're aware of?
19    A.  None not that I know of, yes.
20    Q.  Okay.  But if an equipment
21 manufacturer that made a device that uses a fan
22 wanted to approximate best practices for air
23 filtration in an operating room, would it not
24 be appropriate for that manufacturer to refer
25 to ASHRAE standards?

Page 161

KOENIGSHOFER

1
2     MS. ZIMMERMAN:  Again, I'm going to
3  object because he is not -- object to
4  form.  It misstates the testimony that
5  he's provided with respect to best
6  practices versus minimum standards.  And
7  that's not a fair question posed to this
8  particular witness.
9     MR. GOSS:  That is a speaking
10  objection.  So you can answer.
11     THE WITNESS:  My expertise is in HVAC
12  and filtration of HVAC systems.  I
13  couldn't speak for what a medical device
14  would be doing or where it would be
15  located or how it would be operated.  I
16  don't know.
17 BY MR. GOSS:
18    Q.  Okay.  But there are --
19    A.  It would be different.
20    Q.  But there are statements in your
21 report that concern the filtration of the Bair
22 Hugger; correct?
23    A.  Yes.
24    Q.  And are you not applying your
25 expertise and experience and your time with

Page 162

KOENIGSHOFER

1
2  ASHRAE and your understanding of ASHRAE
3  standards to the Bair Hugger filters in
4  arriving at those statements and opinions in
5  your report?
6      A.  Yes.
7      Q.  And so wouldn't it be fair for a
8  manufacturer of a fan-blowing piece of
9  equipment to also refer to ASHRAE standards
10 with respect to equipment that is used in an
11 operating room?
12         MS. ZIMMERMAN:  I'm going to object
13 again on form.  Foundation.  This is not
14 what this witness is being asked to
15 testify about.
16         THE WITNESS:  I can't answer the
17 question what a -- what a medical
18 equipment guy should do or not do.
19     Q.  Okay.  So --
20     A.  It's not my schtick.
21     Q.  So where else should a
22 manufacturer -- so you -- you have opinions
23 that are critical of the filter in the Bair
24 Hugger unit; correct?
25     A.  Yes, I do.

Page 163

KOENIGSHOFER

1
2      Q.  All right.  So what standards would
3  you direct a filter -- a manufacturer of
4  medical equipment to rely on with respect to
5  equipment used in the OR?
6         MS. ZIMMERMAN:  Objection.
7  Foundation.
8      Q.  Where would you send them?
9         MS. ZIMMERMAN:  Objection.
10 Foundation.
11        THE WITNESS:  The ASHRAE 52
12 Committee.
13        MR. GOSS:  Okay.  Thank you.
14 (Thereupon, Exhibit 15 was marked for
15 identification.)
16 BY MR. GOSS:
17     Q.  Showing you Exhibit 15.  This is an
18 excerpt from a book by Wladyslaw Kowalski.
19        Do you know who Mr. Kowalski is?
20     A.  I don't know him, but I know the
21 name.
22     Q.  Are you familiar with other work by
23 Kowalski?
24     A.  Yes.  Yes.
25     Q.  And you cite him in your report.

Page 164

KOENIGSHOFER

1
2      A.  Yeah, yeah.  He was -- I was trying
3  to think of this other name here.  There was an
4  article that he wrote with someone else that
5  was actually in the 2003 version --
6      Q.  Right.
7      A.  -- of the design guide.
8      Q.  That's Kowalski and Bahnfleth?
9      A.  Oh, Bahnfleth.  Right.
10     Q.  Bahnfleth.
11     A.  Bahnfleth, right.
12     Q.  All right.  So this is Chapter 8 from
13 his book on Hospital Airborne Infection
14 Control.
15        Have you reviewed that book?
16     A.  I have not reviewed the book.
17     Q.  If you'll turn with me to page 119,
18 there's a table here, table 8.2.  It says,
19 "Airborne nosocomial pathogen removal rates."
20 And it's got different MERV filter model
21 filtration efficiencies listed across the top;
22 correct?
23     A.  Yes.
24     Q.  And different microbes are listed in
25 the table; correct?

Page 165

KOENIGSHOFER

1
2      A.  Uh-huh.  Yes.
3      Q.  All right.  And if you look at the
4  MERV 14 column, it lists efficiencies, a
5  capture of different microbes; correct?
6      A.  Yes.
7      Q.  All right.  So if you go down to
8  pseudomonas aeruginosa, that's got an
9  84 percent capture at MERV 14; correct?
10     A.  I haven't found it.  Where are you on
11 the table there?
12     Q.  About halfway down.
13     A.  Correct.
14     Q.  All right.  And then if you go a
15 little bit further down to staph aureus and
16 staph epidermis, those are at 97 percent for
17 MERV 14; correct?
18     A.  Yes.
19     Q.  And then you go to acinetobacter,
20 enterobacter cloacae and enterococcus, those
21 are all at 99 percent; correct?
22     A.  Yes.
23     Q.  All right.  Do you have any basis or
24 any knowledge to dispute the figures that are
25 listed on this table?

Page 166

KOENIGSHOFER

1   A.  No.
2   Q.  Have you ever read any literature
3   that discusses whether HEPA filters are
4   overkill when it comes to capturing bacteria?
5   MS. ZIMMERMAN:  Object to form.
6   THE WITNESS:  Ask me the question
7   again.
8   BY MR. GOSS:
9   Q.  Sure.  Have you reviewed any
10  literature that says that HEPA filtration is
11  more filtration than is really necessary for
12  capturing bacteria?
13  A.  Yes.  I have read an article that
14  claims that, yes.
15  Q.  Okay.  If you turn to page 124,
16  please.  There's a discussion there about HEPA
17  filters.  And it says, "HEPA filters were
18  originally designed for use in filtering
19  radioactive particles, hence, the specification
20  of 99.97 efficiency at .3 microns.  This level
21  of performance may be adequate for radioactive
22  isotopes, but for purpose of filtering airborne
23  microbes, it would appear to be overkill."
24  Citing Luciano 1977.

Page 167

KOENIGSHOFER

1   Do you disagree with that statement?
2   A.  One man's overkill may not be another
3   man's overkill.
4   Q.  Okay.  Are there costs associated
5   with putting HEPA filters in an OR HVAC system?
6   A.  Yes.
7   Q.  That includes the cost of the
8   equipment; correct?
9   A.  Well, the filter itself, yeah.
10  Q.  But then over time it's also the cost
11  of running the equipment; right?
12  A.  That's correct.
13  Q.  Because the -- a HEPA filter is going
14  to have greater resistance to airflow; is that
15  right?
16  A.  Yes.
17  Q.  Okay.  Because of that greater
18  resistance to airflow, would you agree that
19  HEPA filters are also more susceptible to
20  creating leaks in an HVAC system in and around
21  the filter?
22  A.  In theory, yes.
23  Q.  Have you ever found leaks in an OR
24  HVAC system that used HEPA filters?

Page 168

KOENIGSHOFER

1   A.  I've never done filter testing.
2   Q.  Okay.  All right.  Kowalski goes on
3   to say, "It can be seen from table 8.2" -- that
4   we just reviewed -- "that MERV rated filters
5   can have very high removal rates for airborne
6   nosocomial pathogens.  The added benefit of
7   using HEPA filters in healthcare is minimal,
8   while the energy cost and first cost are high."
9   Do you disagree with that last
10  sentence?
11  A.  Again, everybody has their definition
12  of the word "minimal."  If you're the guy that
13  got the one in a million bacteria, then you
14  probably don't think it's a minimal.
15  Q.  Would the same be true for, say, the
16  HVAC system with the Plexiglass curtains, that
17  if you're the guy who was the one in a million
18  and he says, boy, that could have made a
19  difference, he might not think it's a minimal
20  benefit?
21  A.  Yes.
22  Q.  All right.  Then Kowalski goes on to
23  say, "Furthermore, the basis for requiring
24  removal rates as high as those of HEPA filters

Page 169

KOENIGSHOFER

1   is debatable.  A simple reduction of 70 to
2   90 percent of airborne pathogens may be
3   sufficient to reduce risks to an acceptable
4   minimum."
5   Do you disagree with that statement?
6   A.  I don't know what his definition of
7   the word "acceptable" is.
8   (Reporter clarification.)
9   BY MR. GOSS:
10  Q.  Okay.  Is it your feeling that you
11  need to have 100 percent elimination of
12  pathogens by an OR HVAC system in order to be
13  acceptable?
14  MS. ZIMMERMAN:  Object to form.
15  THE WITNESS:  There's probably no
16  system or device that's 100 percent
17  perfect.
18  BY MR. GOSS:
19  Q.  Do you have a threshold for what you
20  would consider to be acceptable in terms of
21  reduction of airborne pathogens?
22  A.  I rely on the 170, the MERV 14.
23  Q.  There's a statement just below here.
24  It says, "A HEPA filter operated at a face

Page 170

KOENIGSHOFER

1  velocity of 500 feet per minute will allow over
2  10 times as many microbial penetrations as one
3  operated at the design velocity of 250 feet per
4  minute.  And will more closely resemble a MERV
5  15, 16 filter than a HEPA in terms of
6  performance."
7          Have you ever reviewed any data that
8  would be consistent with what Kowalski is
9  saying here, that a HEPA filter operated at a
10  higher face velocity will have reduced
11  performance in --
12      A.  Yes.  I have seen.  Perhaps, they
13  show that on the websites of manufacturers.
14      Q.  And so --
15      A.  American Air Filter.
16      Q.  -- isn't that part of why you can't
17  say that any system is 100 percent effective,
18  even a HEPA system isn't 100 percent effective
19  at capturing microbes; correct?
20      A.  That's correct.
21          MS. ZIMMERMAN:  Object to form.
22  BY MR. GOSS:
23      Q.  So in your report, on page 3 you talk
24  about the question presented.

Page 171

KOENIGSHOFER

1      A.  Page 4?
2      Q.  Page 3, sir.
3      A.  Yeah.
4      Q.  Okay.  And you say you are asked to
5  explain the environment of use for the Bair
6  Hugger device, which is a hospital operating
7  room.  And I just want to ask you some
8  questions about that.
9          We just -- we just said that no HVAC
10  system, no OR HVAC system is going to be
11  100 percent effective at controlling microbes;
12  correct?
13      A.  Yes.
14      Q.  All right.  So an operating room is
15  not the same as, say, a clean room for
16  semiconductor manufacturing?
17      A.  I don't know.  I don't know clean
18  room design.
19      Q.  Okay.  Have you ever worked on clean
20  room, designing one?
21      A.  On a semiconductor cleaning room,
22  that kind of clean room?
23      Q.  Really any kind of clean room.
24      A.  Well, kind of guessed your definition

Page 172

KOENIGSHOFER

1  of a clean room.
2      Q.  Okay.
3      A.  I mean, I've worked on pharmacies.
4      Q.  Okay.  So how does a -- I guess my
5  question is, is the air -- is the HVAC system
6  in the operating room designed to sterilize the
7  air?  Is that even possible?
8      A.  It is not designed to sterilize the
9  air.
10      Q.  Okay.  And is it fair to say that the
11  HVAC system in an operating room can greatly
12  reduce the number of particles in the air but
13  probably can't eliminate them all together?
14          MS. ZIMMERMAN:  Object to form.
15          THE WITNESS:  I believe that that's
16  true, yes.
17  BY MR. GOSS:
18      Q.  Okay.  What types of particles are
19  typically found in an operating room,
20  in airborne air?
21          MS. ZIMMERMAN:  Object to form.
22  Foundation.
23  BY MR. GOSS:
24      Q.  I guess that's redundant, airborne

Page 173

KOENIGSHOFER

1  air.  In air in an operating room --
2          MS. ZIMMERMAN:  Objection.
3  BY MR. GOSS:
4      Q.  If you know.
5      A.  I know only what I've read.
6      Q.  Okay.  And based on what you've read,
7  can you describe the types of particles that
8  will be in operating room air?
9      A.  My understanding is that they would
10  be primarily skin particles, squames.  There
11  might be staphylococcus, and a few of the other
12  common --
13      Q.  Okay.
14      A.  -- microorganisms.
15      Q.  Is there atmospheric dust in an
16  operating room?
17      A.  Atmospheric dust, I'm sure there is
18  some dust that gets through.  These are not
19  100 percent filters.
20      Q.  Okay.  So the operating room will
21  have particles in the air that some -- some
22  will be microbes; correct?
23          MS. ZIMMERMAN:  Object to form.
24  Foundation.

KOENIGSHOFER

1
2  BY MR. GOSS:
3      Q.  If you know.
4      A.  Will some be microbes?
5      Q.  Yes, sir.
6      A.  That would be my guess.
7      Q.  Okay.  And some will not be microbes;
8  correct?
9      A.  Yes, sir.
10     Q.  Do you have any knowledge of the
11 percentage of particles that will be carrying
12 viable microorganisms in operating room air?
13     A.  I don't.  If I did, I could get a
14 Ph.D.
15     Q.  Does a particle have to be a certain
16 size before it will carry bacteria?
17         MS. ZIMMERMAN:  Object to form.
18 Foundation.
19         THE WITNESS:  Yeah.  I don't know.
20 BY MR. GOSS:
21     Q.  Do you know the size of a -- size
22 range of skin squames or squames, as you
23 mentioned earlier?
24     A.  I believe they're around 10 microns?
25     Q.  Do you know whether bacteria can

KOENIGSHOFER

1
2  travel in air other than attached to a skin
3  squame?
4          MS. ZIMMERMAN:  Object to form.
5  Foundation.
6          That's not what this witness has been
7  offered to testify.
8          THE WITNESS:  I've read both sides of
9  the article on that.
10 BY MR. GOSS:
11     Q.  Okay.  So do you -- but do you
12 personally have any knowledge either way of
13 whether bacteria travel in air alone or on a
14 vehicle?
15         MS. ZIMMERMAN:  Object to form.
16 Foundation.
17         THE WITNESS:  I would guess it's
18 both.
19 BY MR. GOSS:
20     Q.  Do you know whether they travel as
21 single organisms or in clusters?
22         MS. ZIMMERMAN:  Object to form.
23 Foundation.
24         He's testified he's not a
25 microbiologist and isn't going to be

KOENIGSHOFER

1
2  offered to testify about that.
3          MR. GOSS:  I haven't seen a
4  microbiologist on the list yet.  But -- I
5  understand.
6  BY MR. GOSS:
7      Q.  You can just say you don't know.
8  That's --
9      A.  I don't know.
10     Q.  And I will move on.
11     A.  I am not a microbiologist.
12     Q.  Are you familiar with -- we've been
13 talking about the Bair Hugger.  Obviously it
14 has a fan and it blows air.  Are there other
15 pieces of equipment in the operating room that
16 you know of that blow air?
17     A.  Well, I believe, the anesthesia cart
18 blows air.  And in a cardiology area you would
19 have a pulmonary pump.  And of course there's
20 monitors that -- I suppose that might blow air.
21     Q.  Anything else that you can think of
22 that would have a fan, a cooling fan in it?
23     A.  No.
24     Q.  Do any of the things we just
25 mentioned:  Monitors, anesthesia machine, the

KOENIGSHOFER

1
2  pump, do any of those things incorporate a
3  filter, to your knowledge?
4      A.  I don't know.
5      Q.  Is there any piece of OR equipment
6  that you can think of right now that filters
7  air, other than the Bair Hugger and the HVAC
8  system?
9      A.  None that I know of.
10     Q.  So the Bair Hugger is a warming
11 system, introduces heat into the operating room
12 as we discussed; correct?
13     A.  Yes.
14     Q.  Are there other pieces of equipment
15 in the operating room that generate heat and
16 add to the cooling load for the operating room?
17         MS. ZIMMERMAN:  Object to foundation.
18         THE WITNESS:  Well, anything that's
19 plugged in is going to generate heat.
20 BY MR. GOSS:
21     Q.  Okay.  So what are -- what are some
22 of the things?  Lights is an example.  Do those
23 generate heat?
24     A.  Yes.
25     Q.  Can you estimate the typical wattage

Page 178

KOENIGSHOFER

1
2  of an OR lighting system?
3       A.  Might be 500 watts a piece, 3- -- 3-
4  to 500 a piece.  Depends if they're LED or not.
5       Q.  Okay.  So LEDs will be cooler;
6  correct?
7       A.  Yes.
8       Q.  How many lights are -- in the
9  operating rooms that you designed, how many
10 lights are typically in there?
11      A.  Two to five.
12      Q.  Have you ever -- have you ever
13 actually been present to observe an orthopedic
14 surgery?
15      A.  No.  I've been on the other end.
16      Q.  Okay.  But you were asleep at the
17 time, I hope?
18      A.  Yes.
19      Q.  Okay.  Do you know whether orthopedic
20 surgeons sometimes use head lamps that can
21 generate heat?
22      A.  I don't know that.  It wouldn't
23 surprise me, but I don't know it.
24      Q.  Orthopedic surgeons use drills and
25 saws when they're doing joint replacements;

Page 179

KOENIGSHOFER

1
2  correct?
3       A.  Uh-huh.
4       Q.  Do you know how much heat those
5  generate?
6       A.  Well, my understanding is that
7  they're battery powered, so the majority of the
8  heat would be back off the table where it's
9  actually charging.
10      Q.  Okay.
11      A.  So the -- probably the device while
12 it's rotating, probably really doesn't generate
13 very much heat.
14      Q.  Okay.  Have you ever heard an
15 orthopedic surgeon say that the blade from a
16 saw was hot to the touch after making a cut?
17      A.  I've never heard an orthopedic
18 surgeon say that.
19      Q.  Okay.  Would it -- I assume it
20 wouldn't surprise you that --
21      A.  It would not surprise me.
22      Q.  Okay.  Are you familiar with
23 electrocautery?
24      A.  In a very general manner.
25      Q.  It's a device that uses heat to help

Page 180

KOENIGSHOFER

1
2  close a wound; correct?
3       A.  That's my vague understanding, yes.
4       Q.  Fair to say you don't know how much
5  heat that that generates?
6       A.  Not off the top of my head.  I could
7  research it quickly.
8       Q.  When you're calculating the overall
9  cooling load for an operating room, what
10 equipment do you typically include in that
11 calculation?
12      A.  Well, the people, the lights, the
13 equipment and you never know what equipment
14 they're going to have so you just estimate it.
15      Q.  Okay.  Do you typically estimate
16 the load from equipment in about 1 kilowatt?
17      A.  Yeah.  About that.
18      Q.  How much heat do the people in the OR
19 generate?
20      A.  Depending upon how busy they are,
21 around 400 BTUs per person per hour.
22      Q.  So we've talked about a lot of
23 different equipment in addition to the Bair
24 Hugger.  All these things generate air movement
25 and heat; correct?

Page 181

KOENIGSHOFER

1
2       MS. ZIMMERMAN:  Object to form.
3       THE WITNESS:  Yes.
4  BY MR. GOSS:
5       Q.  And --
6       A.  If they're plugged in.
7       Q.  If they're plugged in.  Okay.
8       So I'm assuming that things are in
9  use in an operating room, and all of those
10 things have the potential to disrupt the gentle
11 waterfall of airflow from the ceiling
12 diffusers; correct?
13      A.  It would depend on their proximity.
14      Q.  If they're being used under the
15 diffusers during a surgical operation, they
16 would have the potential to effect that flow of
17 water -- of air?
18      A.  Yes.
19      Q.  I took the waterfall metaphor a
20 little too far.  It's air.
21      Have you ever done any research on
22 air contamination caused by electrocautery
23 smoke?
24      A.  I'm familiar with a German guy that
25 comes to our meetings and works for the Weiss

Page 182

KOENIGSHOFER

1  company.  And I have watched his dog and pony a
2  few times and is kind of focused on the heat
3  and particles coming from a electrocautery
4  procedure.
5      Q.  Okay.  Is that something you've ever
6  taken into account in any of the work that
7  you've done with hospitals?
8      A.  No.  Again, I -- I pretty much accept
9  the 170.
10      Q.  Okay.  So having seen your
11  colleague's or acquaintance's presentation, do
12  you have any reason to disagree that
13  electrocautery can cause contamination in OR
14  air?
15          MS. ZIMMERMAN:  Object to form.
16      Foundation.
17          THE WITNESS:  Yeah.  I -- I don't
18      know enough to know about -- his was a
19      theoretical -- it was a CFD model.
20  BY MR. GOSS:
21      Q.  Same question for debris from the use
22  of saws and drills in orthopedic surgery.
23          Have you done any research into --
24      A.  No.  I've never even thought about

(Line numbers 1–25 appear in left margin)

---

Page 183

KOENIGSHOFER

1  it.
2      Q.  Okay.  So just to finish my question.
3  You haven't done any research into airborne
4  contamination resulting from the use of drills
5  and saws in orthopedic surgery?
6      A.  Correct.
7      Q.  Going back to page 3 of your report
8  that you have in front of you.  You indicate
9  that you were asked to explain the environment
10  of use, including how an operating room
11  ventilation system is designed to minimize the
12  risk of particles and infection.
13          I want to ask you about the
14  "particles and infection."  Is there a risk to
15  particles other than infection?  In other
16  words, is the particle an independent risk of
17  the infection risk?
18          MS. ZIMMERMAN:  Object to the form of
19      the question.
20  BY MR. GOSS:
21      Q.  I'm just trying to understand what
22  the "and" means.  Is particles and infection
23  the same risk or are they two different risks?
24      A.  I believe that some particles can

---

Page 184

KOENIGSHOFER

1  cause infection.  There are probably, for some
2  people, inorganic particles that might -- you
3  know, a piece of silica --
4      Q.  Right.
5      A.  -- in an eye surgery would be a real
6  bad thing.
7      Q.  Okay.  So when you're designing an
8  HVAC system for an OR, you're concerned with
9  reducing both the number of particles and the
10  risk of infection; is that right?
11      A.  Yes.
12      Q.  Further down on page 3 you say,
13  "Standard 170 is a design guide.  It does
14  little to address day-to-day operations,
15  maintenance and activities of medical staff
16  within the rooms."
17          THE REPORTER:  Within the?  I didn't
18      hear.
19          MR. GOSS:  Rooms.
20  BY MR. GOSS:
21      Q.  Did I read that correctly?
22      A.  Yes, sir.
23      Q.  All right.  So is it fair to say that
24  you don't have expertise in the day-to-day

---

Page 185

KOENIGSHOFER

1  operations, maintenance and activities of
2  medical staff within the rooms?
3          MS. ZIMMERMAN:  Object to form.
4          THE WITNESS:  That is an accurate
5      statement.
6  BY MR. GOSS:
7      Q.  All right.  And you're not planning
8  to offer any opinions with respect to the
9  day-to-day operations, maintenance and
10  activities of medical staff within ORs;
11  correct?
12          MS. ZIMMERMAN:  Object to form.
13          THE WITNESS:  Can you ask me again?
14  BY MR. GOSS:
15      Q.  Sure.  We established that you're not
16  an expert in the day-to-day activities of
17  medical staff as far as maintenance and
18  activities and day-to-day operations; right?
19          MS. ZIMMERMAN:  Object to form.
20      Misstates the witness' testimony.
21  BY MR. GOSS:
22      Q.  If you are an expert, just tell me.
23      A.  Oh, no, I'm not an expert on clinical
24  operations.

---

KOENIGSHOFER

1
2    Q.   And so you're not intending to offer
3  any opinions regarding clinical operations;
4  correct?
5    A.   Correct.
6    Q.   And that would include things like --
7  or would it include things like cleaning
8  practices at a given hospital?
9    A.   That's correct.
10    Q.   On page 3 you say, "Air quality is
11  generally defined by particle count, both
12  organic and inorganic."
13       Have you ever done a particle count
14  in an operating room?
15    A.   No.
16    Q.   What is your -- do you have a
17  resource or a piece of literature that you cite
18  to for this statement, "Air quality is
19  generally defined by particle count"?
20    A.   Well, the Clean Air Act of 1970
21  was --
22    Q.   Okay.
23    A.   Utilizes.
24    Q.   Anything more specific with respect
25  to operating rooms?

KOENIGSHOFER

1
2    A.   There's a lot of discussion about it
3  at the various ASHRAE meetings.  I don't -- I
4  can't give you a specific reference.
5    Q.   Okay.
6    A.   Just to me it's kind of common sense.
7    Q.   Well, but you're offering expert
8  opinions and not common sense opinions in this
9  case; correct?
10    A.   I don't know there's a distinction
11  between those two.
12    Q.   All right.  On page 5 there's a
13  discussion of ASHRAE Standard 170.  And just
14  below that, a second sentence of the bottom
15  paragraph, they say, "Asepsis is the state of
16  being free of pathogenic microorganisms or the
17  processes for removing pathogenic organisms."
18       And you have quote marks around --
19  around part of that.  Where is that quote from?
20    A.   Wikipedia.
21    Q.   Okay.
22    A.   Either that or I looked it up.  I've
23  got a dictionary app on my phone.
24    Q.   Okay.  Do you have an expert
25  understanding of the difference between asepsis

KOENIGSHOFER

1
2  and sterility?
3    A.   I do not.
4    Q.   On page 6 you have a figure,
5  figure 2, with a discussion of key elements of
6  S170.
7       You see that?
8    A.   Yes.
9    Q.   All right.  And it looks like this is
10  from a PowerPoint slide; is that right?
11    A.   Yes.
12    Q.   Is this from a presentation?
13    A.   Yes.
14    Q.   Is it a presentation that you wrote?
15    A.   Yes.
16    Q.   Was this a presentation for an ASHRAE
17  meeting or an ASHRAE course?
18    A.   Yes.
19    Q.   Under the "key elements" of S170,
20  first one is "ACH rate."  We discussed that a
21  little bit.  The ACH rate specified by 170 is
22  20 air changes per hour; is that right?
23    A.   Correct.
24    Q.   Is that a debated issue within the
25  170 Committee?

KOENIGSHOFER

1
2    A.   Yes.  Well, it has been brought to
3  170 as a proposed change, to lower it.
4    Q.   To lower it.  Okay.
5       And what's the argument for lowering
6  the ACH rate?
7    A.   Same energy.
8    Q.   Second bullet is "ACH filtered or
9  recirc without filtration."
10       What is that referring to?
11    A.   Standard 170 allows air to be
12  recirculated within certain rooms, like patient
13  rooms.
14    Q.   Okay.
15    A.   When air is recirculated within a
16  patient room it's not refiltered.
17    Q.   Does this discussion apply to
18  operating rooms?
19    A.   No.
20    Q.   Because recirculated air within an
21  operating room --
22    A.   That's not allowed.
23       THE REPORTER:  I didn't get --
24       THE WITNESS:  Well, it's not allowed
25  to recirculate, I'm sorry.

Page 190

KOENIGSHOFER

1  THE REPORTER: I didn't get the end
2  of your question.
3  MR. GOSS: Is filtered.
4  BY MR. GOSS:
5  Q. So let me ask a different question.
6  The standard is 20 air changes per hour, and
7  four of those have to come from outdoor air; is
8  that right?
9  A. Yes.
10  Q. Okay. So --
11  A. Let me make sure you said that
12  correctly. 20 air changes total, four of which
13  must be outside air.
14  Q. Yes, sir.
15  So the remaining 16 air changes per
16  hour are recirculating the air that's in the
17  room; correct?
18  A. They're recirculating it through the
19  air handler and through the filters.
20  Q. Yes, sir.
21  A. Yes.
22  Q. In other words, the 20 air changes
23  per hour aren't all coming from outside?
24  A. That's correct.

Page 191

KOENIGSHOFER

1  Q. Four of them are?
2  A. Yes.
3  Q. So this second bullet really does not
4  apply to operating rooms; is that right? Is
5  this...
6  A. That's right.
7  Q. Third bullet is "diffuser velocity in
8  OR."
9  We spoke earlier, does that refer to
10  the 25- to 35 feet per minute?
11  A. Yes.
12  Q. Is there a debate over that
13  requirement?
14  A. Yes.
15  Q. And what's the nature of that debate?
16  A. Well, a certain extent boils down to
17  the theory of the wound plume.
18  Q. Okay.
19  A. And A) is there really a wound plume;
20  B, does 35 really protect it or not?
21  Q. So are there -- are there arguments
22  for increasing the diffuser velocity above 35?
23  A. Well, it would be advantageous in
24  that the diffuser array itself could be smaller

Page 192

KOENIGSHOFER

1  and/or more of it could be obscured by lights
2  and booms and all the other stuff the OR people
3  want to put in. Because it's hard to -- to
4  design a diffuser array that gets the 20 air
5  changes. It gets big. It can be smaller.
6  If the velocity was higher, the
7  diffuser rate could be smaller and that would,
8  of course, save money.
9  Q. The second to the last bullet says
10  "scientific evidence is needed, especially dose
11  response."
12  What is that referring to?
13  A. Well, it refers to almost everything,
14  you know. I mean, people come to us and say,
15  why not 19 air changes? Why not 18? And the
16  data doesn't exist to answer that question in
17  the scientific manner.
18  Q. So the recommendations, standard
19  170 -- I guess let me ask it this way.
20  Is there scientific data to support
21  all the recommendations that are in standard
22  170?
23  MS. ZIMMERMAN: Object to form.
24  THE WITNESS: There are people who

Page 193

KOENIGSHOFER

1  would say yes and there are people who
2  would say no.
3  BY MR. GOSS:
4  Q. Where do you fall?
5  A. Well, I would fall on the side of
6  some of it yes and some of it no.
7  Q. Right below that you start a section
8  on "infection control." And second -- sorry,
9  third sentence is something we already talked
10  about, "While there are many sources of
11  microorganisms, most experts agree that
12  airborne sources of infection are responsible
13  to 5 to 15 percent of HAI." Correct?
14  A. Yes.
15  Q. And then you say, "These airborne
16  infections are estimated to cost in excess of
17  500 million per year -- each year." Correct?
18  A. Yes.
19  Q. In that 500 million figure, are you
20  including things like respiratory airborne
21  infections or are you limiting it to surgical
22  site infections or do you know?
23  A. I am including respiratory.
24  Q. So things like --

49

KOENIGSHOFER

1
2    A.  Airborne.
3    Q.  -- tuberculosis, pneumonia?
4    A.  Yes.  If it's airborne in the CDC
5    definition.
6    Q.  Okay.  For the 85 to 95 percent of
7    HAI that are not from airborne sources, do you
8    have any understanding where those
9    infections -- what causes those infections?
10       MS. ZIMMERMAN:  Object to form.
11   Foundation.
12       THE WITNESS:  Well, you know -- yeah.
13       I'm not an expert on it, but I understand
14       it might be from the instruments or from
15       hands or other contact touching surfaces.
16   BY MR. GOSS:
17   Q.  Can the patient him or herself, can a
18   patient's own skin be a source of infection in
19   a surgery, to your knowledge?
20   A.  I -- I don't know the answer to that
21   question.
22       MS. ZIMMERMAN:  We've been going
23       again for about an hour and 20 minutes.
24       Should we --
25       MR. GOSS:  Yeah, we'll take a break.

KOENIGSHOFER

1
2    THE VIDEOGRAPHER:  Off the record at
3    2:58 p.m.
4    (Thereupon, a brief recess was taken.)
5    THE VIDEOGRAPHER:  Back on record at
6    3:12 p.m.
7    BY MR. GOSS:
8    Q.  All right.  Coming back to your
9    report.  You have -- on page 7 there's a figure
10   3, the infection equation.  And it says,
11   "Infection equals dose times site times
12   virulence times time, divided by level of host
13   defense."
14       And my question for you is, what is
15   the site that's included in this equation?
16   What's that referring to?
17   A.  Well, it's the site of the patient,
18   where is the bug chewing on you?
19   Q.  Okay.
20   A.  Is it chewing on your arm, or chewing
21   on your eye or chewing on your heart?
22   Q.  Okay.  So it's the site of the
23   infection?
24   A.  Well, the equation is for the
25   probability of getting an infection.

KOENIGSHOFER

1
2    Q.  And does the site have a multiplier
3    effect on the probability of infections?  I'm
4    just wondering why it's even "dose times site
5    times virulence."
6    A.  I did not invent this equation, but I
7    would say that certainly some sites are much
8    worse than others.
9    Q.  Do you remember where you took this
10   equation from?
11   A.  It's a bit of a simplification of the
12   Wells-Riley equation.  It's not a bit.  It's
13   quite simplified.  And someone else made that
14   simplification.  And no, I don't remember from
15   whom I stole that.
16   Q.  Section 4 or number 4 right below
17   that is a dose.  It says, "Generally, bacteria
18   and viruses ride on larger particles and
19   parasols."
20       With surgical site infections, are we
21   concerned at all with viruses or is it just
22   bacteria?
23       MS. ZIMMERMAN:  Object to the form of
24       the question.
25

KOENIGSHOFER

1
2    BY MR. GOSS:
3    Q.  If you know.
4    MS. ZIMMERMAN:  Foundation.
5    THE WITNESS:  I don't know.
6    BY MR. GOSS:
7    Q.  Then there's a sentence that goes
8    from 7 to 8.  It says, "At this time there is
9    no single accepted method to measure pathogenic
10   microorganisms in the air in real-time."
11       When you say there is "no single
12   accepted method," are you saying that there are
13   a variety of methods, or are you saying that
14   there is no method?
15   A.  I have read articles by people who
16   say that they've invented devices that could do
17   this.
18   Q.  Okay.
19   A.  My feeling is that if it were broadly
20   accepted that a certainly methodology worked,
21   we would be using it.
22   Q.  Have you ever heard of fluorescence
23   aerosol particle sensor technology?
24   A.  Yeah.  Only in one of the things that
25   I've read.  I think maybe one of your...

Page 198

KOENIGSHOFER

Q. In Dr. Ho's report?

A. Maybe that's where it was.

Q. Had you heard of that system ever before seeing Dr. Ho's report?

A. Basically, no.

Q. Have you ever attempted to culture microbes from air in an operating room?

A. Not from air in an operating room.

Q. Have you attempted to culture microbes from air somewhere else?

A. Sure. Science experiments.

Q. When was that?

A. Oh, I've done it with my kids.

Q. Okay. So is this something kind of like -- my grandfather would make his own starter for sourdough by capturing yeast in the air.

Is that the kind of thing we're talking about?

A. Yeah. Sort of like getting an agar plate and set it out in the house and --

Q. Okay.

A. -- see what it looks like in three days.

Page 199

KOENIGSHOFER

Q. But in terms of your work as an HVAC engineer, you -- have you ever had occasion to use agar settle plates in an operating room? It's agar, a-g-a-r. In an operating room.

MR. GOSS: Did you get his answer?

THE REPORTER: No.

MS. ZIMMERMAN: We have to close the door.

(Question was read back.)

THE WITNESS: No.

BY MR. GOSS:

Q. And then you go on to say that, "It is generally understood and accepted that the best surrogate for air quality is to measure particles."

Is there any particular literature you rely on in making that statement?

A. Well, again, Ambient Air Quality Standards.

Q. Have you seen literature in your work on this case that did not find a correlation between particle count in an operating room and actual microbial bioburden?

MS. ZIMMERMAN: Object to form.

Page 200

KOENIGSHOFER

And he's not asking you to guess, so if you need to refer to one of your articles, you're welcome to.

THE WITNESS: Well, my answer is, I saw -- I have read that.

BY MR. GOSS:

Q. Okay.

A. In one of those articles, yes.

(Thereupon, Exhibit 16 was marked for identification.)

BY MR. GOSS:

Q. Okay. Exhibit 16 is an article by Landrin or Landrin entitled Monitoring Air Sampling in Operating Theatres. Can Particle Counting Replace Microbiological Sampling?

Is this an article that you reviewed for your work on this case?

A. No.

Q. Just looking at the summary, it says, "The microbiological contamination of air in the operating room is generally considered to be a risk factor for surgical site infections in clean surgery. Evaluation of the quality of air in operating theatres can be performed

Page 201

KOENIGSHOFER

routinely by microbiological sampling and particle counting, but the relationship between these two methods has rarely been evaluated." The aim of this study was to determine whether particle counting could be predicted of microbiological contamination of air in operating rooms; correct?

A. That's what it says.

Q. And when a hospital does a particle count in an operating room, isn't it infection risk that they're really concerned about?

MS. ZIMMERMAN: Objection to form. Foundation.

BY MR. GOSS:

Q. If you know.

A. That would be my assumption, yes.

Q. And so what this study was investigating was whether you could do a particle count as you said, as a surrogate for microbes in an operating room.

And what they found, if you just go to the end of the summary, is that no particle count value could be predictive of a microbiological count higher than 5 CFU per

KOENIGSHOFER

1  cubic meter; correct?
2         MS. ZIMMERMAN:  Object to form.
3         MR. GOSS:  Did I misread it?
4         MS. ZIMMERMAN:  No.  I think that you
5   read that fraction of the sentence
6   correctly, but this -- this article hasn't
7   been provided to the witness prior to now.
8   So to the extent that you're asking him
9   questions about the conclusions, I'd
10  request at a minimum he have an
11  opportunity to read the entire thing.
12        MR. GOSS:  Sure.
13  BY MR. GOSS:
14        Q.  You're welcome to look it over.  I'm
15  just -- I'm just reading you what they
16  concluded.  I understand that you haven't seen
17  this before.
18        At any rate, their conclusion is,
19  "The results of the current study suggest that
20  there is no reason to replace microbiological
21  sampling with particle counting for routine
22  evaluation of microbiological contamination in
23  conventionally ventilated operating theatres."
24        Did I read that correctly?

KOENIGSHOFER

1         A.  You did.
2         Q.  Later on in this discussion of the
3   study, if you go to page 29, on the second
4   column towards the top, it's a few sentences
5   in.  It says, "The cut-off value of 5 CFU per
6   cubic meter was specifically studied because it
7   has been defined as the threshold limit in
8   French guidelines."
9         Are you aware of any cut-off values
10  in the United States for CFUs per cubic meter
11  in an operating room?
12        A.  I am not.
13        Q.  Are you aware of a general target for
14  CFUs per cubic meter in operating rooms in the
15  U.S.?
16        A.  No.
17        (Thereupon, Exhibit 17 was marked for
18  identification.)
19  BY MR. GOSS:
20        Q.  All right.  Exhibit 17 is an article
21  by Cristina and colleagues called, "Can
22  Particulate Air Sampling Predict Microbial Load
23  in Operating Theatres for Arthroplasty?"
24        Have you seen this article before?

KOENIGSHOFER

1         A.  No.
2         Q.  If you like, I'll give you a little
3   time to look at it.  I'm going to just ask you
4   some questions based on the summary.
5         MS. ZIMMERMAN:  While the witness
6   reads that, I would just raise an
7   objection that to the extent that you're
8   asking for his opinions or understanding
9   of an article that he's just been provided
10  for the first time but, of course, he has
11  not relied upon.
12        And then it's looks like the second
13  article that's done internationally and
14  things.  It looks like Italy in 2012
15  versus France in 2005.  I mean, if your
16  questions are about standards and if
17  they're the same in Italy...
18        MR. GOSS:  My questions are about his
19  statement that it is generally understood
20  and accepted that the best surrogate for
21  air quality is to measure particles.  And
22  this relates to that issue.
23  BY MR. GOSS:
24        Q.  All right.  So in this study, have

KOENIGSHOFER

1   you had a chance to read at least the abstract?
2         A.  Well, no, I didn't finish the
3   abstract.
4         Q.  Okay.  Let me know when you've had a
5   chance to read it.
6         A.  Okay.
7         Q.  So this study, just reading what they
8   say here, "The aim of this study was to
9   determine whether particle counting could
10  predict microbiological contamination of the
11  air in an operating theatre during 95 surgical
12  arthroplasty procedures."  Correct?
13        A.  Uh-huh.  Yes.
14        Q.  All right.  And they measured both
15  airborne particulate contamination, as well as
16  bacterial load in the center of the operating
17  theatre; correct?
18        A.  I believe that's what it says.  Yes.
19        Q.  All right.  They said that, "The mean
20  value of the total bacterial load in the center
21  of the operating theatre proved to be 35 CFUs
22  per cubic meter."
23        Do you have an understanding as to
24  whether 30 CFUs per cubic meter is high, low or

1          KOENIGSHOFER
2  otherwise for an operating room?
3          MS. ZIMMERMAN:  Thirty-five?
4          MR. GOSS:  Yes.  35 CFUs per cubic
5  meter.
6          THE WITNESS:  I've seen numbers in
7  that order of magnitude in the literature.
8  BY MR. GOSS:
9          Q.  All right.  And a particle count was
10  over 4 million particles per cubic meter for
11  particles of diameter greater than
12  .5 micrometers; correct?  Or microns.  Sorry.
13  Microns.
14          A.  Uh-huh.
15          Q.  And 13,519 per cubic meter for
16  particles greater than 5 microns; correct?
17          A.  Right.
18          Q.  Is that a typical distribution of
19  particles of those sizes where you would have a
20  significantly -- well, couple orders of
21  magnitude more particles of the size below
22  .5 microns than the particles above .5 microns?
23          MS. ZIMMERMAN:  Object to form.
24  Foundation.
25

1          KOENIGSHOFER
2  BY MR. GOSS:
3          Q.  If you know.
4          A.  I would expect there to be more
5  particles, smaller particles by count.
6          Q.  So this study found a statistically
7  higher concentration of particles during hip
8  replacement procedures; correct?  Based on the
9  abstract.
10          A.  Higher concentrations during knee
11  replacement procedures.
12          Q.  Oh, I'm sorry.
13          A.  Which part are you reading here?
14          Q.  Yeah, I skipped ahead of you.
15          So it says there was a "statistically
16  higher concentration of particles greater than
17  .5 microns during knee replacement procedures."
18          A.  Uh-huh.  Yeah.
19          Q.  "By contrast, particles greater than
20  5 microns were higher in the hip procedures."
21  Correct?
22          A.  That's what it says.
23          Q.  And then it says, "The results did
24  not reveal any statistically significant
25  correlation between microbial loads and

1          KOENIGSHOFER
2  particle counts for either of the particle
3  diameters considered.  Consequently,
4  microbiological monitoring remains the most
5  suitable method of evaluating the quality of
6  air in operating theatres."
7          Do you have any basis to disagree
8  with the author's conclusion?
9          A.  Well, the problem with biological
10  sampling is it will take you two or three days
11  to get the results.
12          Q.  Okay.
13          A.  By that time you've done three more
14  surgeries on three different kinds of people
15  and things change.  So that's the great
16  shortcoming of not being able to measure viable
17  particles in the air in real-time.
18          That's why in my statement I said "in
19  real-time."
20          Q.  Have you evaluated any of the systems
21  that can be used to detect particles,
22  biological active particles in real-time?
23          A.  I have not.
24          Q.  And if you're going to rely on
25  particle count alone, is there a risk that you

1          KOENIGSHOFER
2  could get a false positive?
3          A.  Well, I would say that you can't have
4  a colony-forming unit without having a
5  particle.  If you have zero particles, you
6  would have zero colony-forming units.
7          Q.  Sure.  So if the particle count is
8  low, you can have some confidence that you
9  don't have airborne -- significant airborne
10  bioburden; correct?
11          MS. ZIMMERMAN:  Objection to form.
12  Misstates the witness' testimony.
13          THE WITNESS:  I think you would have
14  some.  Significant, I don't know.  Depends
15  upon your definition of "significant."  It
16  would be not -- it would not be zero.
17  BY MR. GOSS:
18          Q.  But again, if the particle count is
19  low, I want to understand what you're saying,
20  you can have some comfort that you're not --
21  you don't have significantly -- or you don't
22  have contaminated air as a problem; is that
23  fair?
24          MS. ZIMMERMAN:  Objection to the form
25  of the question.

Page 210

KOENIGSHOFER

1
2          THE WITNESS:  I wouldn't say that.
3  BY MR. GOSS:
4          Q.  All right.  How would you say it?
5          A.  If the number of particles is low,
6  the probability is that the number of
7  colony-forming units is also low.
8          Q.  And now, are you saying conversely,
9  that if the particle count is high that there
10  is a correlation of some sort to airborne
11  bioburden?
12          A.  I believe there is, yes.
13          MS. ZIMMERMAN:  Objection.
14          Q.  How would you show that
15  scientifically?
16          A.  Some correlation.
17          Q.  Okay.
18          A.  Well, I mean, the efforts that these
19  different people are making.  I mean, they
20  didn't say there was no correlation.
21          Q.  No statistically significant
22  correlation; correct?
23          A.  Within the size ranges that they're
24  discussing.
25          MS. ZIMMERMAN:  Object to form.

Page 211

KOENIGSHOFER

1
2  BY MR. GOSS:
3          Q.  Well, the results did not reveal any
4  statistically significant correlation between
5  microbial loads and particle counts for either
6  of the particle diameters considered; correct?
7          A.  That's what it says, yes.
8          Q.  All right.  And the Landrin article
9  also found that no particle count value could
10  be predictive of a microbial count higher than
11  5 CFUs per metered cube; correct?
12          A.  Predictive.  In other words, you
13  would have trouble drawing a -- a line on a
14  graph.
15          Q.  What --
16          A.  Does more equal more?  He didn't
17  exclude that as a possibility.
18          Q.  As a possibility, but what would you
19  rely on to make a correlation?  What research
20  or article would you rely on to make
21  a correlation that particle count is an
22  appropriate surrogate for bioburden?
23          A.  Well, first of all, I'd rely on
24  common sense.
25          Q.  Okay.

Page 212

KOENIGSHOFER

1
2          A.  I think that some number of particles
3  in the air are going to have bacteria on them.
4          Q.  No dispute there.
5          But the correlation between the
6  number of particles and the number of bacteria,
7  what do you rely on in terms of your role as an
8  expert witness in this case to make that
9  correlation?
10          A.  For example, in the standard USP 797,
11  they talk about CFUs per particles.
12          Q.  Okay.  And that's US Pharmacopeia?
13          A.  Yes.
14          Q.  For a pharmacy?
15          A.  Yes.
16          Q.  Are you aware --
17          A.  I've seen other articles on it.
18  Again, I can find it here.  I think I have one
19  here.
20          Q.  But as of right now, you can't point
21  me to anything that correlates particles to
22  bioburden in an operating room?
23          MS. ZIMMERMAN:  Objection to form.
24  Misstates his testimony.
25

Page 213

KOENIGSHOFER

1
2  BY MR. GOSS:
3          Q.  Is that fair?
4          MR. GOSS:  I'm not asking his
5  testimony.  I'm asking him a question.
6  BY MR. GOSS:
7          Q.  Can you tell me right now of any
8  study that correlates airborne particles to
9  actual bioburden in an operating room?
10          MS. ZIMMERMAN:  Well, respectfully,
11  counsel, he's not required to have every
12  study memorized that he's looked at.
13          MR. GOSS:  I understand that.  I'm
14  just asking him if he knows it or he
15  doesn't.
16  BY MR. GOSS:
17          Q.  I'm not saying no such studies exist.
18          A.  I believe that I have seen such
19  statement in some of these studies that are in
20  this binder right here.
21          Q.  Would it be fair to say that the
22  literature regarding the correlation between
23  particle counts and airborne bioburden is mixed
24  in terms of some find correlation and some
25  don't?

Page 214

KOENIGSHOFER

1
2    A.  Yes.
3    Q.  Are you familiar with any research
4  finding that once particle levels had been
5  sufficiently reduced, that airborne sources of
6  contamination contribute less to the risk of
7  surgical site infection?  Have you seen
8  articles about that?
9    A.  Even -- even without her help, I got
10  to ask for that question again.
11    Q.  Understood.
12    All right.  So my question is --
13  again, thinking about it, just big picture.
14  You reduce the number of particles and
15  presumably CFUs in an operating room.  Is it
16  fair to say that beyond a certain level, once
17  you've reduced the counts to a certain level,
18  the airborne contribution to the risk of
19  surgical site infections is going to be less
20  significant than other factors that contribute
21  to surgical site infections?
22    That was a longer question, but do
23  you understand what I'm saying?
24    MS. ZIMMERMAN:  Object to form.
25  Foundation.

Page 215

KOENIGSHOFER

1
2    THE WITNESS:  Can you ask them in
3  two -- two simpler questions?
4  BY MR. GOSS:
5    Q.  Sure.  Sure.  Sure. Maybe I'll just
6  show you what I'm talking about and see if it
7  makes any sense.
8    (Thereupon, Exhibit 18 was marked for
9  identification.)
10  BY MR. GOSS:
11    Q.  All right.  18 is a paper by Der
12  Tavitian and colleagues called Body-exhaust
13  Suit Versus Occlusive Clothing:  A Randomized
14  prospective Trial Using Air and Wound Bacterial
15  Counts.
16    Have you seen this paper before?
17    A.  No.
18    Q.  I'll give you a chance to read the
19  summary.  Let me know when you're ready.
20    A.  Okay.
21    Q.  So this study was attempting to
22  compare two different types of clothing that
23  the surgical team might wear in an operating
24  procedure; correct?
25    A.  Uh-huh.

Page 216

KOENIGSHOFER

1
2    Q.  For a knee replacement?
3    A.  Right.
4    Q.  Okay.  There's -- the body-exhaust
5  suits is one example.  Do you have any
6  experience with body-exhaust suits?
7    A.  No.
8    Q.  The other --
9    A.  I've seen them, but...
10    Q.  Okay.  And the other option was
11  something called Rotecno occlusive clothing.
12  And they compared the bacteria found in the
13  surgical wounds to the bacteria found in the
14  air; correct?
15    A.  That appears to be correct.  Yes.
16    Q.  And the CFU counts they found in the
17  OR air with the body-exhaust suits was .5 CFUs
18  per cubic meter and then 1 CFU per cubic meter
19  with this Rotecno; correct?
20    A.  Uh-huh.
21    Q.  And do those levels of CFUs sound
22  consistent with other literature you've seen?
23    A.  They seem a little low.
24    Q.  Okay.
25    A.  I've seen 10, 20 up to 50.

Page 217

KOENIGSHOFER

1
2    Q.  Okay.  It goes on to say, "The
3  higher" -- oh, I'm sorry.  It says, "There
4  were -- was no correlation between the air and
5  wound counts;" correct?
6    A.  Yes.  That's what it says.
7    Q.  And then it says, "The higher air
8  counts suggest that Rotecno occlusive clothing
9  is less effective than body-exhaust suits.  But
10  wounds were equally contaminated with both
11  types of clothing suggesting that at very low
12  levels of air contamination, the contribution
13  of bacteria to the wound from the air is
14  irrelevant."
15    Do you see --
16    A.  Yes, I see that.
17    Q.  All right.  In your ASHRAE
18  discussions, whether it's Standard 170
19  Committee or anywhere else, have you talked
20  about the concept of diminishing marginal
21  returns in terms of infection reduction by
22  filtering air?
23    A.  Sure.
24    Q.  And would you agree with what these
25  authors are suggesting, which is, if you

55

Page 218

KOENIGSHOFER

1
2  control the CFUs in the air as well as they did
3  in this case, the contribution to infection
4  risk from the air becomes less important?
5      A.  Sure.  It's sort of, again, I'm going
6  to apply common sense, if that's acceptable.
7  There's less in the air, there's less in the
8  wound.
9      Q.  And that -- when that's the case, you
10  need to focus on other potential sources of
11  bacteria or other pathways for bacteria to get
12  to the wound; correct?
13      A.  Probably at all times you need to
14  focus on all opportunities for infection.
15      Q.  Coming back to your report on page 9,
16  figure 5 is a graphic with a title.  It says
17  Small Particles Don't Settle; correct?
18      A.  Yes.
19      Q.  But a point above that, you say,
20  "Particles the size of skin squames" -- or
21  squames, I never know which it is -- "which are
22  10 microns, will settle in minutes;" correct?
23      A.  Yes.
24      Q.  As distinct from small particles that
25  will stay in suspension for hours; correct?

Page 219

KOENIGSHOFER

1
2      A.  Yes.
3      Q.  And so according to this figure, a
4  10 micron particle should settle out in 8.2
5  minutes; correct?
6      A.  In perfectly still air --
7      Q.  Okay.
8      A.  -- absent other mechanisms and
9  turbulence.
10      Q.  So how long will turbulence cause
11  that particle to stay in the air?
12          MS. ZIMMERMAN:  Object to the form.
13  Foundation.
14  BY MR. GOSS:
15      Q.  If you know.
16      A.  It would be -- depend on how
17  turbulent the turbulence is.  There's no --
18  turbulence is not a point in space.
19      Q.  Can turbulence defeat the effect of
20  gravity on a 10-micron particle?
21          MS. ZIMMERMAN:  Object to form.
22  Foundation.
23          THE WITNESS:  I would think so, yes.
24  BY MR. GOSS:
25      Q.  So is it your testimony that a

Page 220

KOENIGSHOFER

1
2  10-micron particle can stay suspended in air
3  indefinitely?
4      A.  Just as a hand glider could probably
5  stay up forever in certain situations, so could
6  a 10-micron particle.
7      Q.  Okay.
8      A.  Given sufficient convective motion in
9  turbulence.
10      Q.  Have you done any research in this
11  case on a settling time that it -- for
12  10-micron particles in an operating room?
13      A.  I have not.  This, I believe, comes
14  from CDC.  I think they're pretty
15  authoritative.
16      Q.  All right.  At any rate, what you
17  have in your report, you say that the particles
18  that size will settle in minutes, 10-micron
19  particles will settle in minutes; correct?
20      A.  Yes.  You might go on to read the
21  next sentence, however.
22      Q.  Sure.  "Thus, it is reasonable to
23  conclude that squames shed during surgery would
24  drop to and stay on the floor absent other
25  mechanisms and turbulence;" correct?

Page 221

KOENIGSHOFER

1
2      A.  Yes.
3      Q.  What are the "other mechanisms"
4  you're referring to there?
5      A.  Oh, gosh, I don't know.  You might
6  have a fan.  You might have doors opening,
7  people running around.
8      Q.  Okay.  So when you talk about "people
9  running around," I mean, if 10-micron particles
10  are on the floor, will foot traffic stir them
11  up?
12          MS. ZIMMERMAN:  Object to form.
13  Foundation.
14  BY MR. GOSS:
15      Q.  If you know.
16      A.  I don't know, but I would speculate
17  yes.
18      Q.  Okay.  So the mechanical force of
19  your foot moving on the floor would be enough
20  to dislodge some 10-micron particles; correct?
21          MS. ZIMMERMAN:  Object to form.
22  Foundation.
23          THE WITNESS:  I would think so, yes.
24  BY MR. GOSS:
25      Q.  Okay.  How many people are typically

Page 222

KOENIGSHOFER

1
2  present in an operating room during a hip or
3  knee arthroplasty; do you know?
4      A.  Four, six.
5      Q.  Okay.
6      A.  Something in the order of magnitude.
7      Q.  Isn't that -- and that's the figure
8  you used to calculate the cooling load,
9  correct, was four to six?
10     A.  I'd have to look back at it, but
11  probably.
12     Q.  Have you ever -- you've never
13  observed an orthopedic surgery, but do you have
14  any understanding of how much the surgical team
15  moves around the room during the surgery?  Is
16  that something you know anything about?
17     A.  I don't.  Other than, you know, the
18  assumptions that people have made for their
19  CFDs, such as Elgohbashi's statements and how
20  he has robots moving about.
21     Q.  Now, does he have people actually
22  moving in his CFD?
23         MS. ZIMMERMAN:  Object to form.
24  Foundation.
25

Page 223

KOENIGSHOFER

1
2  BY MR. GOSS:
3      Q.  Well, you reviewed his report;
4  correct?
5      A.  I did review his report and --
6      Q.  Is it your understanding that the
7  surgical team was actually moving during that?
8      A.  Well, that's all -- that's all model
9  anyway.  There's -- nobody's really doing
10  anything.  It's a CFD.
11     Q.  Right.  Everything is -- essentially
12  it's --
13     A.  Yeah.  I -- honestly, I don't
14  remember if he moves his objects around.
15     Q.  Okay.
16     A.  I may be confusing it with Gormley.
17     Q.  Gormley -- is that some -- another
18  CFD researcher?
19     A.  No. It's a real researcher.  But he
20  had -- he did a faux operation where he had
21  people choreographed to walk around at certain
22  times --
23     Q.  Okay.
24     A.  -- and do certain things.
25     Q.  Did he publish a paper on that?

Page 224

KOENIGSHOFER

1
2      A.  Yes.
3      Q.  Do you remember offhand the year?
4      A.  You'll have it in your stuff there.
5      Q.  Oh, it's in there?  Okay.
6      A.  Yes.  It's recent.
7      Q.  And just to finish on this point, you
8  have not done a calculation of the level of
9  turbulence required to sustain -- to keep a
10  10-micron particle suspended in air; correct?
11     A.  Correct.
12     Q.  All right.  Turning to page 10, where
13  there's a discussion of filtration in a
14  paragraph near the bottom of the page.
15         Do you see that?
16     A.  Uh-huh.
17     Q.  All right.  And there's a table with
18  minimum filter efficiencies.  And you go on to
19  say that, "MERV is a measure of filter
20  efficiency with a scale of 1 to 20;" correct?
21     A.  Yes.
22     Q.  Does ASHRAE Standard 522 -- 52.2,
23  does that actually enable someone to calculate
24  a MERV above 16, do you know?
25     A.  I don't know.  I have been told by my

Page 225

KOENIGSHOFER

1
2  Camfil guy that -- that they don't make a --
3  anything called a MERV 17.
4      Q.  Okay.  That was my next question,
5  with "MERV 17 is commonly used in hospitals and
6  often referred to as HEPA."
7         In a current standard of 52.2, which
8  we previously marked is Exhibit 14, there's
9  nothing in the current standard above MERV 16;
10  correct?
11     A.  That's probably true.  The one that's
12  in my report I see is from 2007.
13     Q.  Okay.
14     A.  So that was clearly a change in this
15  standard.
16     Q.  Do you have any knowledge or insight
17  into why the 52.2 committee removed MERV 17
18  through 20 from -- from the MERV table?
19     A.  I do not.
20     Q.  On page 11 you talk about the
21  importance of making sure a filter has been
22  installed correctly.
23     A.  Yes.
24     Q.  True?
25         Have you -- and I may have asked this

Page 226

1          KOENIGSHOFER
2    earlier, if so I apologize.
3          Have you tested a Bair Hugger unit
4    for leaks around the filter?
5       A.  No.
6       Q.  Page 13.  It discusses the role of
7    site in the infection equation.  And the third
8    sentence is, "Deep wounds are generally
9    understood to be more susceptible than shallow
10   wounds."
11         What's that comment based on?
12      A.  Oh, I guess it is based on, you know,
13   the reading that I've done.  And again, common
14   sense and the fact that, I mean, I know of
15   people -- well, I've read of people who will
16   get wounds -- I mean, infections in hip and
17   knee replacements, and it lasts for years and
18   years and years.
19      Q.  Yeah.
20      A.  It's obviously very, very serious.
21      Q.  Do you have any understanding of the
22   rate of superficial surgical site infections,
23   meaning around the skin and the incision?
24      A.  You know, I don't know the breakdown
25   of those percentages of hospital-acquired

Page 227

1          KOENIGSHOFER
2    infections.  So when I say it's 5 to 15 -- if
3    you dug into the CDC data it may show you.
4    Whether some are shallow, some are deep, I
5    don't really know.
6       Q.  So your statement here is based more
7    just on your experience?
8       A.  Yes.
9       Q.  The last sentence in that paragraph
10   you're talking about the space below the OR
11   diffusers.  The area directly below the
12   diffuser is referred to as the sterile field;
13   correct?
14      A.  It is referred to by us design
15   engineers as the sterile field, yes.
16      Q.  I want to make sure I understand why
17   it's referred to as the sterile field.  Is it a
18   sterile field because the air coming down is
19   sterile, or is it because the surgical site has
20   been prepared using cleansers and --
21      A.  I'm speaking as a design engineer,
22   and it's the air coming down.  Is it
23   100 percent sterile?  No.
24      Q.   And then you say, "Anything that
25   disrupts this waterfall of sterile air reduces

Page 228

1          KOENIGSHOFER
2    its effectiveness.  Disruptions, turbulence are
3    caused by surgeons and staff, objects, light
4    booms, tables, thermal plumes, markedly hot or
5    cold air, and air currents caused by devices,
6    personnel and doors;" correct?
7       A.  Yes.
8       Q.  And all of those things can be
9    present in an operating room with or without
10   the Bair Hugger; correct?
11      A.  That's correct.
12      Q.  Page 14 you talk about the element of
13   time in the infection equation.
14      A.  Yes.
15      Q.  And this is where you discuss the
16   20 ACH requirement from Standard 170.  And you
17   say, "In most ORs this is a flow rate of 2000
18   to 3000 CFMs; correct?
19      A.  Yes.
20      Q.  And I think you mentioned earlier
21   that some hospitals may want a flow rate that's
22   higher or lower than that; correct?
23         MS. ZIMMERMAN:  Object to form.
24   BY MR. GOSS:
25      Q.  Or is that true?

Page 229

1          KOENIGSHOFER
2       A.  Well, I have had clients who want
3    more and there are probably clients who want
4    less.  But we never do less because that's what
5    the code is.
6       Q.  So is it fair to say that 2000 to
7    3000 CFMs is fairly typical for operating rooms
8    in the U.S., based on your experience?
9       A.  Yeah.  I mean, it depends on the size
10   of the operating room -- the size of the
11   operating room, the volume.
12   BY MR. GOSS:
13      Q.  Okay.
14      A.  That's what you're doing.  You're
15   changing out the volume of the operating room
16   20 times per hour.  So flow rate in is
17   determined by what's the volume of the
18   operating room.
19      Q.  And the flow rate out of the Bair
20   Hugger blankets, what is that figure?
21      A.  About 50.
22      Q.  About 50 for the 750, 775 and
23   something lower than that for the 505; correct?
24      A.  That's correct.
25      Q.  Page 15 you have the -- the top

KOENIGSHOFER

1
2  discusses "comfort."  Would you agree that
3  keeping patients comfortable postoperatively is
4  an important -- is important?
5      MS. ZIMMERMAN:  Object to foundation.
6  Form.  Foundation.
7      THE WITNESS:  I certainly would think
8  so.  If I were a patient I would want to
9  be comfortable.
10 BY MR. GOSS:
11     Q.  Are you familiar with the shivering
12 that patients can develop after coming out of
13 general anesthesia?
14     A.  Yes.
15     MS. ZIMMERMAN:  Object to form.
16 BY MR. GOSS:
17     Q.  And do you agree that there is some
18 value for the patient in technology that helps
19 alleviate that shivering?
20     MS. ZIMMERMAN:  Object to form.
21 Foundation.
22     THE WITNESS:  Yeah.  I -- I would
23 think so.
24 BY MR. GOSS:
25     Q.  Second paragraph of page 15, the last

KOENIGSHOFER

1
2  sentence you say, "Cold air can create problems
3  as it accelerates after leaving the diffuser."
4      Explain what you mean by that.
5      A.  Well, cold air is denser, it drops.
6  Hot air is hotter, less dense, it rises.  So...
7      Q.  Okay.  So if the -- so if the air
8  coming out of the diffuser is colder, is that
9  going to go faster than 35 CFMs?
10     A.  That is my understanding.
11     Q.  And as you say here, this can disrupt
12 the wound plume and increase turbulence;
13 correct?
14     A.  Yes.
15     MR. GOSS:  How are we doing?  Do you
16 want to take another short break or do you
17 want to keep going?
18     MS. ZIMMERMAN:  Sure.
19     THE VIDEOGRAPHER:  Off record at
20 4:03.
21 (Thereupon, a brief recess was taken.)
22     THE VIDEOGRAPHER:  Back on record at
23 4:16 p.m.
24 BY MR. GOSS:
25     Q.  All right.  Page 16 of your report,

KOENIGSHOFER

1
2  section 4.  You include a discussion of your
3  brief literature review concerning Bair Hugger
4  and air quality.
5      How did you -- well, first, let me
6  ask you this.  I know that some materials were
7  sent to you by counsel; correct?
8      A.  Correct.
9      Q.  Did you do any literature searches of
10 your own, aside from what they sent you?
11     A.  I don't think that they sent me the
12 Kowalski, the number two.
13     Q.  Okay.  But did you do -- did you go
14 to like Medline or some other aggregator to run
15 keyword searches for literature?
16     A.  I have, yes.  Elsevier, whatever it's
17 called.
18     Q.  Okay.  Do you remember what search
19 terms you used?
20     A.  Mostly what I do when I get on there
21 is I'm chasing down references from other
22 articles.
23     Q.  Okay.
24     A.  So I have the specific reference
25 right there in front of me.

KOENIGSHOFER

1
2      Q.  Do you recall whether you did any
3  broad sweeping searches of literature based on
4  specific keywords?
5      A.  I don't think I have.  I might have
6  done a search on Ultra Clean.
7      Q.  Okay.  Did you collect and review
8  articles based on that search?
9      A.  You know, whatever articles are
10 checked or are included in there, I've at least
11 gotten to the point of glancing at them,
12 printing them at home, some of them I've read
13 the abstract, some I read maybe more, some of
14 them I've not even looked at yet, but are in
15 that binder.
16     Q.  Okay.  You mentioned Ultra Clean, is
17 that Ultra Clean Ventilation?
18     A.  Yeah.
19     Q.  Do you have an understanding of the
20 difference between Ultra Clean Ventilation
21 versus other systems' ventilation in operating
22 rooms?
23     MS. ZIMMERMAN:  Object to form.
24     THE WITNESS:  Ultra Clean appears to
25 be a European expression that I don't know

Page 234

1    KOENIGSHOFER
2        much about.  That's why I Googled it.
3    BY MR. GOSS:
4        Q.   Okay.  So in your work in U.S.
5    hospitals, you haven't installed or designed a
6    system around an Ultra Clean or UCV system; is
7    that fair?
8        A.   That is true.
9        Q.   Okay.  Other than a search for Ultra
10   Clean, were there any other searches you did
11   for particular areas of interest?
12       MS. ZIMMERMAN:  Object to form.
13   BY MR. GOSS:
14       Q.   In connection with your work on this
15   report.
16       A.   Again, I didn't do generic word
17   searches.  I chased down particular articles
18   that were referenced, and I said, hmm, I got to
19   go read that.
20       Q.   And all of the articles that you
21   would have reviewed are in binders 2 and 3; is
22   that fair?
23       A.   Yes.  For this case.  I mean, I've
24   been in this business for 40 years.
25       Q.   I understand that.  Yeah.  No.  I

Page 235

1    KOENIGSHOFER
2    accept that limitation.
3        A.   Okay.
4        Q.   I don't want to imagine all the
5    things that you've read over 40 years.
6        In your review of the literature, did
7    you find -- do you recall reading any articles
8    that found an increase in bacteria near the
9    surgical site during Bair Hugger use?
10       MS. ZIMMERMAN:  Object to form.
11       THE WITNESS:  I would have to look at
12   these articles.  I believe I may have even
13   made a comment in these reviews right
14   here.
15       The -- Legg found an increase in
16   particles over the surgical site.
17   BY MR. GOSS:
18       Q.   Did Legg search for or attempt to
19   determine whether those particles carried
20   viable bacteria?
21       A.   I'd have to go back and look at the
22   article to -- to refresh my memory on that.
23       Q.   Which Legg, 2012 or 2013?
24       A.   This is '12.  Legg, Cannon.
25       (Thereupon, Exhibit 19 was marked for

Page 236

1    KOENIGSHOFER
2        identification.)
3    BY MR. GOSS:
4        Q.   Is Exhibit 19 the same as the one you
5    have in your notebook?
6        A.   Yes.
7        Q.   If you can take a look at that and
8    tell me whether Legg attempted to determine
9    whether the particles they detected carried
10   viable bacteria?
11       A.   It appears it was strictly a particle
12   count, not CFU.
13       Q.   Okay.  If you turn to table 2 on
14   page 256.  It has the mean number of particles
15   over the surgical site.
16       A.   Yes.
17       Q.   So the -- just looking at the
18   particles counted during the forced air, the
19   .3 micron particles, the count was 1038.2 is
20   the mean -- mean count; correct?
21       A.   Right.
22       Q.   And then the .5 particle size was
23   30.8; correct?
24       A.   Right.
25       Q.   And then the 5 micron particle size

Page 237

1    KOENIGSHOFER
2    is down to 3.6; correct?
3        A.   Yes.
4        Q.   And I think you said earlier that
5    skin squames are typically 10 microns; correct?
6        A.   Yes.
7        Q.   So based on these results, there's
8    nothing shown here for 10 microns, it stopped
9    at 5.  But is it fair to say that the number of
10   particles that would be at the size of skin
11   squames would be very low in this study?
12       MS. ZIMMERMAN:  Object to the form.
13       THE WITNESS:  I don't -- I -- I
14   couldn't say.
15   BY MR. GOSS:
16       Q.   Okay.  It's 3.6 of the 5 micron
17   particles versus more than a thousand and .3;
18   correct?
19       A.   Right.
20       Q.   Okay.  In the discussion, that second
21   paragraph says, "Because of the nature of our
22   experiment, we are unable to conclude that the
23   use of the forced-air warming device, which
24   produced a change in temperature and an
25   increase in the number of particles over the

KOENIGSHOFER

1
2  surgical site, would actually lead to an
3  increased risk of surgical site infection."
4          Based on your review of this data, do
5  you agree with their conclusion?
6          MS. ZIMMERMAN:  Object to the form of
7  the question.  The article speaks for
8  itself.
9  BY MR. GOSS:
10         Q.  What's your opinion of the data
11  and -- and their conclusion?  Do you disagree
12  with -- how they interpret it?
13         MS. ZIMMERMAN:  I will object to the
14  form to the extent that it suggests that
15  the witness has been provided the actual
16  data, but you can answer the question
17  about the author's interpretation.
18  BY MR. GOSS:
19         Q.  And just limited to what's in the
20  paper.
21         A.  He's simply saying he can't make a
22  conclusion.
23         Q.  Right.  And looking at this data, do
24  you think that you can make a conclusion that
25  he didn't?

KOENIGSHOFER

1
2          MS. ZIMMERMAN:  Object to form.
3          THE WITNESS:  I certainly could not,
4  with the data that is in front of me.
5  BY MR. GOSS:
6          Q.  Okay.  Do you recall encountering a
7  study in your review of the literature that
8  showed bacteria detected -- sorry, let me try
9  again.
10         Do you recall seeing a study that
11  found bacteria emitted from the Bair Hugger
12  blanket?
13         A.  I saw one that had Bair Hugger --
14  bacteria from Bair Hugger hose.
15         Q.  Okay.  Was that Avidan?
16         A.  Well, there's this one, and there's
17  also a guy -- is this the one where he did the
18  swabs?  Because there's also one where a guy
19  swabbed the hoses too.
20         Q.  Let's take a look.
21         A.  This is agar plate, so I guess he was
22  just blowing air.
23         Q.  Are you looking at Avidan?
24         A.  This is Avidan.
25         MR. GOSS:  Okay.  Let me go ahead and

KOENIGSHOFER

1
2  mark an exhibit.
3          (Thereupon, Exhibit 20 was marked for
4  identification.)
5  BY MR. GOSS:
6          Q.  Is the copy -- is Exhibit 20 the same
7  as the copy you have in your notebook?
8          A.  Yes.
9          Q.  It's the same study anyway.
10         A.  Yes.  Mine is printed better than
11  yours.  It's easier to read.
12         Q.  That's fair.  That's fair.
13         MS. ZIMMERMAN:  Bigger font; right?
14         THE WITNESS:  So Avidan did both.  He
15  did the agar test as well as swabbing the
16  hoses.
17  BY MR. GOSS:
18         Q.  All right.  And with respect to the
19  agar plates, if you go to page 1074, the second
20  page says at the top, "Experiment 1:  Are
21  microbes present in the airstream of warmers?"
22         It says, "Each warmer was placed
23  sequentially on a standard place on the floor.
24  The nozzle of the hose was suspended from an
25  infusion stand 40 centimeters above two agar

KOENIGSHOFER

1
2  plates;" correct?
3          A.  Um-hmm, yes.
4          Q.  And then the machine was turned on to
5  blow air at 43 degrees c over the plates for
6  five minutes.
7          40 centimeters, how -- roughly how
8  high is that?  Is it --
9          A.  Well, two and a half centimeters is
10  an inch, so it's, what, 12 inches or something.
11         Q.  Okay.  All right.
12         A.  Fourteen.
13         Q.  Okay.  So a little more than a foot
14  off of the agar plates?
15         A.  Uh-huh.
16         Q.  Okay.  With that setup would it be
17  possible for room air to be entrained in the
18  flow from the hose?
19         MS. ZIMMERMAN:  Object to the form of
20  the question.  Foundation.
21         THE WITNESS:  You know, anything is
22  possible.  I have not calculated what the
23  velocity of the air is from a Bair Hugger
24  hose.
25

Page 242

KOENIGSHOFER

1
2  BY MR. GOSS:
3       Q.  Okay.
4       A.  As I think about it, 40 centimeters,
5  that's -- that's a half a meter almost, so it's
6  probably more like 18 inches.  But anyway --
7       Q.  Okay.
8       A.  That order of magnitude.
9       Q.  Okay.  In other words, the hose
10 wasn't blowing directly on to the plate.  It
11 was --
12      A.  Yeah.
13      Q.  -- half a meter roughly from -- from
14 the plates; correct?
15      A.  Yes.
16      Q.  All right.  And they detected
17 bacteria in some of the plates when they did
18 that experiment; correct?
19      A.  They did.
20      Q.  But then they did a different
21 experiment with agar plates under the Bair
22 Hugger blanket; correct?
23      A.  Blankets were elevated over the agar
24 plates.  Doesn't say what the distance was
25 there.  I mean, in general, yes, what she said

Page 243

KOENIGSHOFER

1
2  is true.  I don't see in my --
3       Q.  The distance?
4       A.  -- in my 10 seconds of reading here
5  that it says what the distance was between the
6  plate and the blanket.
7       Q.  Okay.  I don't think it does say, but
8  you're welcome to look.
9       But at any rate, as you observed in
10 your report, when they had the blanket attached
11 to the hose, they did not detect CFUs on the
12 agar plates; correct?
13      A.  That is what they did in their
14 report -- reported from their report, yes.
15      Q.  Okay.  And that's .5b in your report,
16 correct, on page 17?
17      A.  Yes.
18      Q.  If you turn to page point F, 5F,
19 about Avidan, you mention that, "Recommend
20 always use perforated blankets and microbial
21 filter on hose, ensure hoses are sterilized
22 regularly."
23      With respect to perforated blankets,
24 is it your understanding that -- or do you have
25 an understanding as to whether 3M instructs

Page 244

KOENIGSHOFER

1
2  users to always have the hose attached to a
3  blanket during use?
4       MS. ZIMMERMAN:  Object to form.  And
5  foundation.
6  BY MR. GOSS:
7       Q.  Did you review the operator's manual
8  during your work in this case?
9       A.  Yes, I did.  And yes, it does.
10      Q.  Okay.  So that's Avidan.
11      Do you recall -- and Avidan did not
12 find bacteria emitted from the blanket;
13 correct?
14      A.  Correct.
15      Q.  Did you find any studies that found
16 bacteria emitted from the blanket?
17      A.  I found a study where soot was
18 ejected from a blanket.
19      Q.  Okay.  Is soot the same as bacteria?
20      A.  It is not.
21      Q.  In that paper where was the soot
22 coming from?
23      A.  From the Bair Hugger.
24      Q.  What part of the Bair Hugger?
25      A.  From the -- well, the box, the black

Page 245

KOENIGSHOFER

1
2  box.
3       Q.  Okay.
4       A.  Presumably from the heating elements,
5  I don't know where within, but...
6       Q.  Was it -- was the source past the
7  intake filter?
8       A.  It was.
9       Q.  Okay.  So in other words, the soot
10 was generated inside the machine post filter;
11 correct?
12      MS. ZIMMERMAN:  Object to form.  And
13 foundation.
14 BY MR. GOSS:
15      Q.  If you know.  If you remember.
16      A.  I would have to make that assumption
17 because there's almost nothing before the
18 filter.  All the mechanisms are after the
19 filter.
20      Q.  Right.  Right.  Do you have an
21 understanding -- or let me ask you this.  Have
22 you tried to measure the size of the pinholes
23 perforations in the Bair Hugger blanket?
24      A.  I have not.
25      Q.  Do you have an understanding of how

KOENIGSHOFER

1
2  big they are?
3       A.  I've seen that in the literature but
4  I can't say at this minute.
5       Q.  The first study that you discuss in
6  your literature review is the McGovern study;
7  correct?  That's point 1 on page 16?
8       A.  Yes.
9       Q.  All right.  One of the authors is --
10  is Albrecht; is that correct?
11       A.  Yes.
12       Q.  Do you know who he is?
13       A.  No.
14       Q.  Did -- did you know that Mark
15  Albrecht was an employee of Scott Augustine?
16       A.  No.
17       Q.  Have you been provided any
18  information regarding experiments that Mark
19  Albrecht conducted to attempt to detect
20  colony-forming units in the Bair Hugger
21  airstream?
22            MS. ZIMMERMAN:  Object to form.
23            THE WITNESS:  I do not remember
24       seeing such a thing.
25

KOENIGSHOFER

1
2  BY MR. GOSS:
3       Q.  Would you be interested in seeing the
4  results of his studies, his attempts to detect
5  colony-forming units in the Bair Hugger
6  airstream?
7       A.  Sure.
8       Q.  In your discussion of McGovern --
9  McGovern was the study that looked -- used a
10  neutral buoyancy helium levels to look at
11  airflow patterns; correct?
12       A.  Yes.
13       Q.  And it also looked at --
14  retrospectively at patient data from a
15  particular hospital in England; correct?
16       A.  I believe that's correct.
17       Q.  About midway through your discussion
18  of McGovern you say, "Microorganisms in
19  infections were predominantly skin commensals."
20            What are "skin commensals"?
21       A.  I would say that's a squame.
22       Q.  And this indicates -- you go on to
23  say, "This indicates generation of the
24  particles occurred within the OR, as particles
25  this size, approximately 10 microns, are easily

KOENIGSHOFER

1
2  collected in HVAC filters."
3            What do you mean by that sentence?
4       A.  Well, that the skin commensals did
5  not come from the HVAC system.  They were
6  generated within the operating room itself
7  after the air got in there.
8       Q.  Okay.  And why do you say that the
9  capture of those -- what does the filter have
10  to do with that conclusion?  I'm trying to
11  understand.
12       A.  I'm just further making the point
13  that 10-micron particles would not pass through
14  an HVAC filter.
15       Q.  Okay.  An HVAC filter that meets
16  ASHRAE 170 Standards?
17       A.  Right.
18       Q.  And so if there are 10-micron
19  particles generated in the OR, those particles
20  are going to get captured in the HVAC filter
21  when the air is recirculated; correct?
22       A.  Yeah.  I mean, to the extent of
23  whatever it is, 99.5 or 99.9.  And it's not
24  again -- it's not 100 percent.
25       Q.  Okay.

KOENIGSHOFER

1
2       A.  But, yes.  After it gets back to the
3  HVAC system.
4       Q.  Do you have an understanding of the
5  HVAC system that was in use in the operating
6  theater for the McGovern study?
7       A.  Same study?
8       Q.  Yes, sir.
9       A.  You know, I mean, only what's written
10  in here.  I mean, I have -- I don't have any
11  more knowledge than what's in this report.
12            (Thereupon, Exhibit 21 was marked for
13       identification.)
14            MS. ZIMMERMAN:  Exhibit 22?
15            MR. GOSS:  21.
16            THE WITNESS:  It says it's an Ultra
17       Clean operating theater in the United
18       Kingdom.
19  BY MR. GOSS:
20       Q.  Okay.  So are you familiar with an
21  HVAC system called the Howorth Exflow 90?
22       A.  I am not.
23       Q.  If you go to the second page where it
24  discusses the Ultra Clean operating theater
25  characteristics.  This is page 1538.

Page 250

```
1              KOENIGSHOFER
2       MS. ZIMMERMAN:  Left-hand column.
3       THE WITNESS:  Okay.  Yeah.
4  BY MR. GOSS:
5       Q.  Okay.  It says, "Experiments were
6  carried out in a partial walled Ultra Clean
7  operating theater (Exflow 90 Howorth Bolton
8  United Kingdom)."
9       Further down it says, "Validation and
10 verification checks, according to hospital
11 technical memorandum 2025, show the operating
12 theater airflows to be within specification and
13 having a mean velocity of .44 meters per second
14 and a height of 2 meters, which exceeds the
15 threshold required by the standard, or
16 .38 meters per second."
17      So in terms of feet per minute, I did
18 a Google calculation of .44 meters per second,
19 that translates to about 87 feet per minute.
20      Does that sound right?
21      A.  Yes, sir.  I did a in-my-head
22 calculation and came up with 80.
23      Q.  Okay.  And then the standard they're
24 referring to, presumably a UK standard, is
25 .38 meters per second, that would be about
```

Page 251

```
1              KOENIGSHOFER
2  75 feet per minute; is that correct?
3       A.  Yes.
4       Q.  And that is substantially higher than
5  the 25 to 35 feet per minute that ASHRAE 170
6  requires; correct?
7       A.  It is.
8       Q.  And would you agree that at -- in
9  fact, it's almost triple the velocity of what
10 ASHRAE specifies; correct?
11      A.  Two and a half times.
12      Q.  Okay.
13      A.  Okay.
14      Q.  And at two and a half times the
15 velocity, would you agree that that downflow
16 speed has a substantially greater risk of
17 disrupting the patient's wound thermal plume?
18      MS. ZIMMERMAN:  Object to form.
19      THE WITNESS:  If you believed in the
20 thermal plume then, yes, I suppose it
21 would.
22 BY MR. GOSS:
23      Q.  Okay.  If -- would you agree that at
24 that velocity there is a substantially greater
25 likelihood that squames shed by the surgical
```

Page 252

```
1              KOENIGSHOFER
2  team will be impinged upon a patient in the
3  surgical wound?
4       MS. ZIMMERMAN:  Object to form.  And
5  foundation.
6       THE WITNESS:  I couldn't say.  I
7  could not answer that question.
8  BY MR. GOSS:
9       Q.  Would you agree that the increased
10 downflow speed makes this bubble study -- it
11 makes -- sorry, let me try again.
12      Hospitals in the United States do not
13 use diffusers with up to 90 feet per minute of
14 velocity; correct?
15      MS. ZIMMERMAN:  Object to form.
16      THE WITNESS:  None of the ones that I
17 know of.
18 BY MR. GOSS:
19      Q.  Okay.  Would you agree that that's an
20 important limitation when attempting to
21 extrapolate the findings of this helium bubble
22 study to operating rooms in the United States?
23      MS. ZIMMERMAN:  Object to form.
24      THE WITNESS:  It would make a
25 difference.  It would make a difference.
```

Page 253

```
1              KOENIGSHOFER
2  I would -- I would expect it to make a
3  difference.
4  BY MR. GOSS:
5       Q.  Ultimately, the McGovern study
6  authors say that their study does not establish
7  a causal basis for an association between the
8  use of forced-air warming and the increase in
9  infections that they observed at their
10 hospital; correct?
11      A.  Where are you?  Back in the summary?
12      Q.  Actually, I'm on the -- page 1543.
13 Where it says, "This study does not establish a
14 causal basis for this association."
15      A.  Yes, I see that.
16      Q.  And would you -- based on your review
17 of this study, would you disagree with their
18 conclusion?
19      A.  I would not disagree with their
20 conclusion.
21      MS. ZIMMERMAN:  Object to form.
22 BY MR. GOSS:
23      Q.  The second paper that you cite is a
24 Kowalski paper from 1998, which is on page 2
25 of -- page 16 of your report.
```

KOENIGSHOFER

1
2    A.  Yes.
3       (Thereupon, Exhibit 22 was marked for
4    identification.)
5  BY MR. GOSS:
6       Q.  All right.  Is this the same Kowalski
7  paper that you discussed?
8       A.  Yes.
9       Q.  Okay.  And what you say about it is,
10 "Table 3 confirms estimates of CFU per cubic
11 meter to match" -- is it Gaison or Galson and
12 Goddard?
13      A.  No, it's Galson.  It's a typo.
14      Q.  Okay.
15      A.  Should be G-A-L.
16      Q.  So table 3 confirms estimates of CFU
17 per cubic meter to match Galson and Goddard as
18 cited in figure 7 of this report?
19      A.  Yes.
20      Q.  All right.  So let's go to figure 7
21 of your report.
22      A.  All right.
23      Q.  And it's a little difficult to read.
24      A.  It is.
25      Q.  But it's a slide based on --

KOENIGSHOFER

1
2       A.  What page is it?
3       Q.  Twenty-two.
4          Okay.  Do you have a copy of Galson
5  and Goddard, the paper itself?  I tried to find
6  it online and it wasn't available.
7          MS. ZIMMERMAN:  1968?
8          THE WITNESS:  Yeah.  I think that I
9  do.  I think I've read this thing.
10 BY MR. GOSS:
11      Q.  Okay.  And I --
12      A.  A buddy of mine gave it to me.
13      Q.  Okay.  I looked in here and I didn't
14 see it.
15         So if you have a copy, I would
16 greatly appreciate one.  But...
17      A.  You went into the ASHRAE archives?
18      Q.  You know, I haven't -- I haven't done
19 that.
20      A.  They are very good.  I would expect
21 it's --
22      Q.  Okay.  I might try that.
23      A.  1968 ASHRAE journal.  I imagine it's
24 in there.
25      Q.  But what this figure is based on is

KOENIGSHOFER

1
2  Galson and Goddard's, I guess, measurements of
3  CFUs --
4       A.  Yes.
5       Q.  -- and an article caused Hospital Air
6  Conditioning and Sepsis Control.
7       A.  That's right.
8       Q.  All right.
9       A.  This was real data, real hospitals in
10 Atlanta.
11      Q.  Okay.  From 1968?
12      A.  Yes, sir.
13      Q.  Now, if we go to table 3 in Kowalski.
14 This refers -- are you there?  Page 40.  Bottom
15 of page 40.
16      A.  Oh, okay.
17      Q.  All right.  This refers to microbial
18 levels in indoor and outdoor air.  I don't see
19 a reference to Galson and Goddard, and I don't
20 see any indication that these measurements
21 relate to hospital air, do you?
22      A.  I don't see that particular reference
23 here.
24      Q.  And the next page, it talks about
25 table 3.  It says, "Table 3 lists the results

KOENIGSHOFER

1
2  of various studies that include measurements of
3  outdoor spore levels and typical average or
4  representative indoor levels."
5       A.  Okay.
6       Q.  "These levels do not necessarily pose
7  a health threat."
8          But I don't see a reference to Galson
9  and Goddard in the references for the
10 bibliography.  So what I'm trying to understand
11 is the connection between table 3 of Kowalski
12 '98 and your figure 7.
13      A.  All I'm simply saying, within the
14 order of magnitude he's reporting, you know, 50
15 colony-forming units per cubic meter.
16      Q.  Okay.
17      A.  And Galson, he's got 10.  And they
18 need to make this comparison.  One is in cubic
19 meters and one is in cubic feet.
20      Q.  Would you say with respect to
21 particles and bacteria, if you're within the
22 same order of magnitude, you're essentially
23 saying it's -- the difference is
24 nonsignificant?
25      A.  Order of magnitude, I'm not sure I'd

Page 258

KOENIGSHOFER

1  KOENIGSHOFER
2  go that far.  But, you know, a couple, three
3  times.
4      Q.  Okay.
5      A.  But actually, these numbers are
6  consistent.  I did take that into account.
7  I -- I -- you know, a cubic meter is about
8  30 cubic feet, so it would be about 120.
9      Q.  Okay.  That's --
10     A.  Four -- 4 cubic -- 4 CFU per cubic
11 foot would be about 120, plus or minus, per
12 cubic meter, which in my mind is consistent
13 with the numbers that are reported here.
14     Q.  So you just put your finger on
15 another difference.  These -- table 3 is
16 reporting values in CFUs per cubic meter;
17 correct?
18     A.  Yes.  Kowalski's table 3, yes.
19     Q.  Kowalski's table 3.
20         And your figure 7 shows values in
21 CFUs per cubic foot?
22     A.  Yes.
23     Q.  And you're saying that the difference
24 between a cubic foot and a cubic meter is how
25 much?

Page 259

1  KOENIGSHOFER
2      A.  About 30.  About 30.
3      Q.  If I said it was 35.3, would you have
4  any reason to disagree?
5      A.  No.
6      Q.  But you're saying that Kowalski's
7  table 3 confirms what's in your figure 7; is
8  that right?
9      A.  I'm saying the numbers are
10 consistent, which makes me feel better about
11 them.
12     Q.  And which numbers are you relying on
13 in Kowalski table 3?
14     A.  The colony-forming units per cubic
15 meter.
16     Q.  Okay.  So that -- and that's that
17 first column, the lower limit CFUs per cubic
18 meter?
19     A.  Well, I mean, I'm just kind of
20 eyeballing the average range, the low, the
21 high.
22     Q.  For pathogenic bacteria they found
23 zero; is that correct?
24     A.  That's what they said, yes.
25     Q.  Point 3 --

Page 260

1  KOENIGSHOFER
2      A.  Let's look at this carefully.  The
3  subtitle under that says "Suggested
4  Guidelines."
5      Q.  Okay.
6      A.  So --
7      Q.  I'm just --
8      A.  I would really have to look back
9  through this and dig deep to know if that's --
10 those are real numbers or if somehow he dug up
11 a bunch of guidelines.
12     Q.  All right.  Well, that's what I'm
13 asking you, because you said that this supports
14 your figure and that's why I'm asking.
15     A.  Okay.  I think it does.
16     Q.  Okay.  Point 3 on your literature
17 review is the FDA Executive Summary on
18 Heating/Cooling Devices.
19     A.  Yes.
20     (Thereupon, Exhibit 23 was marked for
21 identification.)
22 BY MR. GOSS:
23     Q.  So you note in your comments that
24 this -- first of all, is Exhibit 23 the -- is
25 this a document you're referring to in your

Page 261

1  KOENIGSHOFER
2  comments, the FDA Executive Summary?
3      A.  Yes.
4      Q.  Okay.  You note that this is focused
5  on heating/cooling devices.  Is there anywhere
6  in this document that you can recall a device
7  other than a heating/cooling unit being
8  discussed?
9      A.  I would have to reread this thing
10 again.
11     Q.  Okay.  But in any event, the focus is
12 on heater/cooler devices, as it says on the
13 cover page; right?
14     A.  That's what it says, yes.
15     Q.  And you say that, "Some of the
16 observations in this executive summary are
17 pertinent to engineers considering the Bair
18 Hugger device, namely, A) the most likely
19 source of patient infection is through OR air."
20         And I think we've already established
21 that that's not the case for surgical site
22 infections in hip and knee arthroplasty;
23 correct?
24     MS. ZIMMERMAN:  Object to form.
25 Misstates the testimony.

Page 262

KOENIGSHOFER

1    THE WITNESS: 1 -- I'm simply quoting
2 what they have said here.
3 BY MR. GOSS:
4    Q.   Okay.  But for surgical site
5 infections in orthopedic surgery, or surgical
6 site infections in general, you've already said
7 that 5 to 15 percent are from airborne sources;
8 correct?
9         MS. ZIMMERMAN:  Object to form.
10 Again, misstates the witness' testimony.
11        THE WITNESS:  That is not correct.
12 That's not what I said.
13 BY MR. GOSS:
14    Q.   Okay.
15    A.   I did not limit it to surgery in
16 operating rooms.
17    Q.   Okay.  Well, let's go back to page 6
18 of your report.  Towards the bottom you say,
19 "While there are many sources of
20 microorganisms, most experts agree that
21 airborne sources of infection are responsible
22 for 5 to 15 percent of HAI;" correct?
23    A.   Yes.  That is my statement.  Yes.
24    Q.   Okay.  "More than 50 percent of HAIs

25    Q.   Okay.  "More than 50 percent of HAIs

Page 263

KOENIGSHOFER

1 are caused by nonairborne sources;" correct?
2    A.   Yes.  But I did not limited it to
3 surgery.  This might be people in -- patients
4 in patient rooms.  This might be somebody
5 seating in an ED.
6    Q.   Okay.  So do you have a different
7 figure for surgeries?
8    A.   I don't know that number, but I'm
9 certain that we could find one.
10    Q.   Okay.  But as of right now, you don't
11 have a breakdown of percentages of surgical
12 site infections attributable to airborne
13 sources versus others?
14    A.   I -- I don't know that number.
15    Q.   I think we talked about a graphic
16 earlier that said the OR air was one of five
17 potential sources of surgical site infections.
18         Do you remember that?
19    A.   Okay.  Yeah.
20    Q.   Okay.
21    A.   Are you referring to figure 3 in my
22 report?
23    Q.   I might be.  Let's take a look.
24    A.   Page 7?

Page 264

KOENIGSHOFER

1    Q.   No.  There was a diagram with arrows
2 pointing in different places.  I can't remember
3 where it is.  You testified about it earlier.
4    A.   That's in my book?
5    Q.   Yes.  That's where we saw it.
6    A.   I just saw it --
7    Q.   In Chapter 2?
8    A.   I just -- in thumbing this FDA thing,
9 I just saw that same diagram.  So --
10    Q.   Yes.
11    A.   So if you're really hot to trot, you
12 can find the reference to it right there.
13    Q.   That will be more efficient.
14    A.   Page 28.  Isn't that the same
15 diagram?
16    Q.   It's a different diagram, but I think
17 it makes the same point, that there are --
18    A.   That's XI.  So that is
19 Eurosurveillance.org.
20    Q.   Okay.
21    A.   I'm sure they didn't write that.
22    Q.   Right.
23    A.   So we still don't know the original
24 author.

Page 265

KOENIGSHOFER

1    Q.   Okay.  But at any rate, the graphic
2 on page 28, figure 4, shows all the different
3 permutations of factors that could end in
4 transmission of infectious agents to patients;
5 correct?
6    A.   Yes.
7    Q.   All right.  And air is one of
8 several; correct?
9    A.   Correct.
10    Q.   In comment you actually quote in 3C a
11 statement from the report, Exhibit 23, that
12 says, "Fans may facilitate the movement of
13 aerosolized NTM from inside the unit into the
14 operating room, and possibly into the sterile
15 surgical field via laminar flow disruption;"
16 correct?
17    A.   Yes.
18    Q.   Did you investigate the speed of the
19 fans in the heater/cooler units?
20    A.   The ones that are cited in this
21 report?
22    Q.   Yes, sir.
23    A.   No.  No.
24    Q.   If you turn to page 25, there's a

Page 266

KOENIGSHOFER

1   section there on "fans/vents."
2       A.  Okay.
3       Q.  It says, "Fans are found on all units
4   and are usually used to cool the electronics
5   and/or aid in the cooling efficiency of the
6   compressor.  The fan speeds range from 20 cubic
7   feet per minute to over 700 cubic feet per
8   minute."
9           And do you have an understanding of
10  the fan speed -- well, first of all, just did I
11  read that correctly?
12      A.  You did.
13      Q.  All right.  And you would agree that
14  700 cubic feet per minute is significantly
15  greater than the 50 cubic feet per minute that
16  would come out of a Bair Hugger; correct?
17      A.  Yes.  But I don't believe that any of
18  these devices have hoses on them that blow it
19  into the --
20      Q.  Okay.
21      A.  -- around the patient.
22      Q.  All right.  So these devices have
23  exhaust fans; correct?  Where does the exhaust
24  go?

Page 267

KOENIGSHOFER

1       A.  Into the operating room.
2       Q.  Okay.  And have you seen the video
3   demonstrations of the smoke test that was done
4   with these heater/cooler units?
5       A.  I don't think I've seen that.
6       Q.  Have you seen a video -- do you
7   recall seeing a video where they put smoke in
8   front of one of these machines, turned it on
9   and watched the smoke blow over the operating
10  table?
11      A.  I haven't seen that.
12      Q.  Okay.  Where does the Bair Hugger
13  exhaust air go?
14      A.  Into the hose, into the blanket.
15      Q.  Okay.  And what's on top of the
16  blanket?  Is it your understanding that the
17  patient has been draped and that there's a
18  blanket on top of the blanket?
19      A.  Yes.  That's my understanding.  I've
20  never observed this.
21      Q.  So the Bair Hugger, unlike the
22  heater/cooler units, does not blow air directly
23  out the back of the warming unit; correct?  It
24  delivers it through a hose and into a blanket?

Page 268

KOENIGSHOFER

1       A.  Correct.
2       Q.  These devices were found to move air
3   horizontally into the laminar flow field;
4   correct?
5           MS. ZIMMERMAN:  The heater/coolers?
6           MR. GOSS:  Yes.
7           THE WITNESS:  Yes.  That's what they
8   said.
9   BY MR. GOSS:
10      Q.  Is it your testimony that the Bair
11  Hugger moves air horizontally into the surgical
12  field?
13          MS. ZIMMERMAN:  Object to form.  And
14  foundation.
15          THE WITNESS:  It blows it into the
16  blanket and it goes somewhere.  Goes down,
17  hits the floor, goes horizontal.
18  BY MR. GOSS:
19      Q.  But it doesn't go horizontally into
20  the surgical field; correct?
21          MS. ZIMMERMAN:  Object to the form of
22  the question.  Foundation.
23          THE WITNESS:  Depends on the
24  temperature.

Page 269

KOENIGSHOFER

1   BY MR. GOSS:
2       Q.  Okay.  Can you explain for me a
3   scenario in which the Bair Hugger warming unit
4   would blow air horizontally into the surgical
5   field?
6           MS. ZIMMERMAN:  Object to the form of
7   the question.
8           THE WITNESS:  From what I've read
9   there, and some of the -- I think even the
10  Schlieren stuff -- however you say that
11  word.
12          MS. ZIMMERMAN:  Schlieren.
13          THE WITNESS:  Schlieren.  You know,
14  some amount of that air was coming out
15  around the patient's neck horizontally.
16  BY MR. GOSS:
17      Q.  And is that in the direction of the
18  surgical field?
19      A.  It's in surgical field.
20      Q.  Is it your testimony that the area
21  behind the anesthesia stream is in the surgical
22  field?
23      A.  Well -- well, that's a good question.
24  And I don't know the medical definition.  Okay?

Page 270

KOENIGSHOFER

1
2  I'm an engineer.
3      Q.  Okay.
4      A.  For an engineer, the quote/unquote
5  sterile field is the entire vertical array of
6  the laminar flow of diffusers.  And that's what
7  we would call the sterile field.  Now, you
8  know, I'm not a clinician.
9      Q.  Okay.  I'm just looking at your
10  summary of opinions on page 23.  Opinion 4,
11  this is the one where you say, "50," and you
12  corrected it just to say "50 CFMs" --
13      A.  Yeah.
14      Q.  -- "are blown from the blanket into
15  or near the sterile field causing air to move
16  horizontally."
17          And what I'm asking is, what do you
18  mean by "causing air to move horizontally"?
19      A.  Well, again, at the floor, at the
20  bottom of the drape, the air's got to go
21  someplace; right?  Which way does it move?
22      Q.  So when it hits the floor it's got to
23  go left or right?
24      A.  And that is?  Horizontal.
25      Q.  All right.  So it's not any more

Page 271

KOENIGSHOFER

1
2  complicated than that.  It hits the floor and
3  it's got to go left or right; correct?
4      A.  Yes.
5      Q.  Have you measured the speed at which
6  the air exits the drape?
7      A.  No.  I've never measured it.  I can
8  calculate it.
9      Q.  Okay.  Have you --
10      A.  I have not calculated.  I said I
11  could.
12      Q.  Okay.  But you haven't done a
13  calculation like that --
14      A.  I haven't done it yet.
15      Q.  -- for this report?
16      A.  Correct.
17      Q.  All right.  You reviewed the
18  executive summary from the meeting about the
19  heater/cooler devices.  Did you review a
20  transcript of the testimony that was provided
21  during that meeting?
22      A.  No.  I read only -- only this article
23  here.  And to be honest, glanced at that.
24      Q.  So you wouldn't be familiar with
25  testimony from a representative of a competitor

Page 272

KOENIGSHOFER

1
2  called CardioQuip that the fans in the soaring
3  units are capable of generating a thousand
4  cubic feet per minute?
5          You wouldn't have heard of that?
6      A.  I don't know about it.
7      Q.  I'm sorry, cubic meet per minute.  I
8  said feet per minute, it's cubic feet per
9  minute.
10          Let's see.  Number 4, we talked about
11  Legg.  Number 5, we talked about Avidan.
12          Okay.  Study number 6 is the Sharp
13  paper from 2002.  And what was significant to
14  you about the Sharp paper?
15      A.  Well, as stated in my report, "Smoke
16  test revealed that blanket airflow had no
17  significant effect on the theater airflow."
18      Q.  Okay.  And then point B is, "No
19  colonies were grown in any of the groups tested
20  and our results suggest that the
21  patient-warming system does not influence
22  bacterial counts at the operating site in an
23  Ultra Clean air ventilated theater, even with
24  patients who have high shedding of skin cells;"
25  correct?

Page 273

KOENIGSHOFER

1
2      A.  Yes.
3      Q.  And how do those two points, the
4  smoke test and a lack of difference in the
5  colonies grown, how do those factor into your
6  opinions in this case?
7      A.  Well, I believe that in this test,
8  under these circumstances, these are their
9  results.
10      Q.  Number 7 is Legg and Hamer from 2013.
11  You didn't note anything about it.
12      A.  That's because I hadn't read it yet.
13  It was my intention to read it.
14      Q.  Okay.  All right.
15      (Thereupon, Exhibit 24 was marked for
16      identification.)
17  BY MR. GOSS:
18      Q.  This is the Legg and Hamer from 2013.
19      A.  Uh-huh.
20      Q.  I understand you haven't read this,
21  so if you want to take a minute to read the
22  abstract, please go ahead.
23      A.  Okay.
24          MR. ASSAAD:  You could read the whole
25      thing if you need to.

69

Page 274

KOENIGSHOFER
BY MR. GOSS:
    Q.  If you need to.  That's fine.
    A.  I'm kind of a slow reader.
        MR. GOSS:  We could always follow
the -- Gabe's rule from before.  No
reading on the record.
        MR. ASSAAD:  Off the record.
        THE VIDEOGRAPHER:  Are we off record?
        MR. GOSS:  Yes.
        (Off the record.)
        THE VIDEOGRAPHER:  On the record at
5:40 p.m.
BY MR. GOSS:
    Q.  Have you had a chance to review the
Legg and Hamer paper, which is Exhibit 24?
    A.  I have had a chance to glance over
it, yes.
    Q.  And the only thing I wanted to call
to your attention is on page 409.  In the
discussion about halfway, a little more than
halfway down the right-hand side, it says, "It
does not appear that the forced-air warming
device itself blows potentially contaminated
warm air directly into the Howorth enclosure;"

Page 275

KOENIGSHOFER
correct?
    A.  That's what it says.
    Q.  Okay.
    A.  It's what I had boxed in already.
    Q.  So are you saying anything different
from what this says?  I mean, I understand --
well, let me just ask you this way.
        Is it your testimony that the Bair
Hugger warming unit does introduce contaminated
air directly into the surgical field?
    A.  Yes, I think it will.
    Q.  How would it do that directly into
the surgical field?
    A.  Well, by pulling the air --
contaminated air from the floor.  Okay.  It's
MERV 14, but it is not perfect.  MERV 14.
It's not perfect.  So some amount of particles
get through it.
BY MR. GOSS:
    Q.  Okay.
    A.  They get through the hose.  They get
through the blanket.  They get through the
holes in the blanket.  I mean, maybe each time
along the way there's a reduction.  I'm not

Page 276

KOENIGSHOFER
disputing that it would be.  But it would still
get through, and some amount of it might come
up around the neck.
        I don't know how well the Bair
Hugger's taped at the bottom.  Maybe some air
leaks there.  I don't know.  I have not
witnessed that.
        But in any case, then, just as they
say in here, it comes out, goes down the drape.
It's still hot.  It hits the floor.  It
convects back up and circulates back in and
around my nice clean air --
    Q.  Okay.
    A.  -- that I worked so hard to create.
    Q.  Now, that sounds to me like -- that
does not sound to me like direct in the sense
of the blanket is blowing contaminated air
directly into the surgical field.  And that's
my question.
        Is it your testimony that it blows
contaminated air directly into the surgical
field?
    A.  What is your definition of "the
surgical field"?

Page 277

KOENIGSHOFER
    Q.  The area that the surgeon is
operating on.
    A.  Within that limited definition, then
I would agree with you.
    Q.  And you mentioned that the air, when
it comes out of the Bair Hugger, is still hot;
correct?
    A.  It's warm.
    Q.  What -- have you attempted to measure
or research the temperature?
    A.  I haven't, but I've seen articles
that are saying 75 and some people are saying
90, and --
    Q.  Okay.
    A.  -- I don't know where all that heat
would go.  And in any case, a BTU is a BTU.  It
doesn't disappear.  It equals mc squared and
all that stuff.
    Q.  Okay.
    A.  So --
    Q.  Who's saying that the temperature is
90 when it exits the blanket?
    A.  Geez, I -- I cannot right off the top
of my head give you that citation.

Page 278

KOENIGSHOFER

1            KOENIGSHOFER
2    Q.  Okay.
3    A.  I feel like I've read that.
4    Q.  But have you reviewed --
5    A.  It's like 32 degrees, right?
6    Q.  Thirty-two Celsius?
7    A.  Uh-huh.
8    Q.  I do not know the conversion off the
9 top of my head.
10    A.  Yeah.  It's 89 point something.
11    Q.  All right.  Probably move on from
12 this.
13    MR. ASSAAD:  89.6.
14    THE WITNESS:  I'll go with my 90
15 estimate.
16    Q.  Well, are you saying -- are you
17 estimate -- when you say "90 estimate," that's
18 the conversion factor, correct, the 32C?
19    A.  Yes.
20    Q.  You're not saying that you estimate
21 the temperature of the air coming out of the
22 Bair Hugger is 90?
23    A.  I feel like I saw something that said
24 it was 33 degrees Celsius.
25    Q.  Okay.  Well, the temperature setting

Page 279

KOENIGSHOFER

1            KOENIGSHOFER
2 on the device is 43 degrees Celsius --
3    A.  Yes.
4    Q.  -- correct?
5    A.  Correct.
6    Q.  Okay.  And then -- and then the
7 question is, once that air leaves the Bair
8 Hugger blanket, what's the temperature of that
9 air within, say, a few inches of the blanket?
10    A.  I've never measured it.
11    Q.  Okay.  Have you seen Professor Tom
12 Kuehn's measurements of temperatures that he
13 took from the Bair Hugger blanket?
14    A.  Yes, I've seen those.
15    Q.  Okay.
16    A.  I will probably need to pull my notes
17 out of that pile if you're going to --
18    Q.  I can show them to you.
19    A.  If you're going to ask me questions
20 about it.
21    Q.  You know, the only question I wanted
22 to ask you about it is, did he measure
23 75 degrees about 6 inches from the Bair
24 Hugger -- from the patient's head and neck?
25    Do you recall seeing that?

Page 280

KOENIGSHOFER

1            KOENIGSHOFER
2 I can show you --
3    A.  I -- I don't know.  I'm getting my
4 references confused here, because one of the
5 guys who -- I read the reviews of my report.
6    Q.  Okay.
7    A.  And one of the guys said, oh, Dan's
8 full of beans because the air leaving that is
9 only 75 degrees.
10    Q.  All right.
11    A.  And I don't recall which guy said
12 that.
13    (Thereupon, Exhibit 25 was marked for
14 identification.)
15 BY MR. GOSS:
16    Q.  So this is Exhibit 25, which it's not
17 labeled, but I'll represent to you that it's
18 Exhibit B to Tom Kuehn's report.
19    And on that first page he's
20 recorded -- or he reports to -- he's reporting
21 measurements that he took with the anemometer
22 probe about 3 inches from -- no, it says
23 3-inches from the blanket edge.
24    Do you see that?
25    A.  Are you on first page here?

Page 281

KOENIGSHOFER

1            KOENIGSHOFER
2    Q.  First page, yes, sir.
3    A.  Yeah.  I guess it's unclear but, I
4 guess, that this hose is plugged into a
5 blanket; correct?
6    Q.  Yeah.
7    A.  It's unclear from this picture but, I
8 guess, that's --
9    Q.  The blanket is all draped off.
10    A.  And so then what has he done?  He's
11 taped the whole thing down with the exception
12 of that little V-shaped hole that's lifted up
13 there?
14    Q.  Yeah.  And what -- I believe what he
15 said in his report is that this is a mannequin
16 that's prepped and draped for a hip surgery.
17    A.  Okay.
18    MS. ZIMMERMAN:  So I'm just going to,
19 for the record, make an objection that to
20 the extent that we're characterizing any
21 of the measurements or experiments that
22 Mr. Kuehn did, none of us are in a
23 position to know exactly what he did.
24    MR. GOSS:  Sure.
25    MS. ZIMMERMAN:  Certainly based on

Page 282

KOENIGSHOFER

1  this.
2      THE WITNESS:  That's for sure.  I got
3  a hundred questions already.
4  BY MR. GOSS:
5      Q.  All right.  But at any rate, his
6  recording -- his temperature recordings from
7  that location, after 15 or 16 minutes he gets
8  almost 75 degrees; correct?
9      Just on the first page.
10     A.  Oh, we're just still on the first
11 page?
12     Q.  Second page.  That's right.
13     A.  Yeah.
14     Q.  Have you seen any other temperature
15 measurements taken from a draped Bair Hugger
16 unit, anything similar to this?
17     MS. ZIMMERMAN:  Other than the
18 reports that he cites to?
19     MR. GOSS:  Other than what?  I'm
20 sorry.
21     MS. ZIMMERMAN:  Reports that are
22 cited to in his paper?
23     MR. GOSS:  Which reports are those?
24     MS. ZIMMERMAN:  Well, he -- we've

Page 283

KOENIGSHOFER

1  been asking them about all day.
2      MR. GOSS:  I'm just asking
3  temperature measurements of air coming out
4  of the Bair Hugger blanket.
5      MS. ZIMMERMAN:  Okay.
6      THE WITNESS:  Again, I feel like I
7  have seen it in all this material.  At
8  6:00 o'clock at night you asked me to cite
9  you the chapter and verse.  I can't do
10 that, to be honest with you.
11 BY MR. GOSS:
12     Q.  Fair enough.  Fair enough.
13     But you haven't seen similar
14 measurements taken by any other plaintiff's
15 expert; correct?
16     A.  As I said, I feel like I've seen
17 temperatures.
18     Q.  Okay.  I will move on.
19     A.  Okay.
20     So I will note to you, I'm surprised
21 by how late it is.
22     Q.  Point 9 on your paper you talk about
23 the -- on page 18 in your report --
24     A.  Yes.

Page 284

KOENIGSHOFER

1      Q.  -- you talk about the Sessler and
2  Olmsted --
3      A.  Yes.
4      Q.  -- paper; correct?
5      A.  Right.
6      Q.  And you comment on page 19 -- hold on
7  a second.  At the bottom of page 18 you note,
8  "They introduced 35 million particles per meter
9  cubed.  They acknowledged this is much higher
10 than a normal OR.  This baseline is then used
11 for the statistical analyses.  And compared to
12 this very large number, small differences are
13 insignificant."
14     So is that your testimony, that
15 compared to this very large number, small
16 differences are insignificant?
17     A.  Yes.
18     Q.  Ten is the deposition of corporate
19 representative Al Van Duren.  And you note, "3M
20 also admits that all data that is currently
21 available indicates that the Bair Hugger
22 increases particles over the sterile surgical
23 site."
24     And I guess I'm not going to ask you

Page 285

KOENIGSHOFER

1  to hunt through the deposition for what you're
2  citing there.  But would you agree with me that
3  an increase in particles over the sterile
4  surgical site does not necessarily equate to an
5  increase in bacteria over the sterile surgical
6  site?
7      A.  Well, once again, I feel like there
8  is some correlation.  It might be 1 percent.
9  It might 100th a percent.  It might be a
10 billionth a percent.  But, yes, I do feel like
11 the more particles there are, the more
12 colony-forming units there are.
13     Q.  Okay.  Is that a linear relationship
14 or how would you characterize the correlation?
15     MS. ZIMMERMAN:  Object to form.
16 Foundation.
17     THE WITNESS:  I don't know.
18 BY MR. GOSS:
19     Q.  Number 11 is the deposition of
20 Dr. Robert Crowder.  Point B you say, "3M had
21 never asked for testing of filters by Pentair
22 until July 2016."
23     Have you seen any test data that 3M
24 obtained through Pentair from an earlier time

Page 286

1   KOENIGSHOFER
2   than July 2016?
3       A.  I haven't.
4       Q.  Okay.
5       A.  But I do have that.
6       Q.  Okay.
7       A.  Again, I'm saying that I -- that's --
8   again, I read this thing two months ago, three
9   months ago.  I recall him saying that.
10      Q.  Number 12 you say that -- you're
11  referring to a filter test by Camfil Farr.  And
12  that's a big filter company; correct?
13      A.  Yes, it is.
14      Q.  You describe, "Flat filter efficiency
15  measured at 72 percent at 0.4 micron.  MERV 14
16  is 75 to 85 percent at 0.3 to 1 micron.  So the
17  filter 3M uses is MERV 13, at best."
18      Did I read that correctly?
19      A.  Yes.
20      (Thereupon, Exhibit 26 was marked for
21  identification.)
22  BY MR. GOSS:
23      Q.  Is Exhibit 26 the document that you
24  were referring to?
25      A.  Yes.

Page 287

1   KOENIGSHOFER
2       Q.  And can you tell from this document
3   whether this test was performed according to
4   ASHRAE 52.2?
5       A.  I -- I don't know the ASHRAE 52.2
6   test methodology.
7       Q.  Okay.  Have you ever seen a test
8   report for a filter that is put through a 52.2
9   test?
10      A.  Well, only in the sense if I'm
11  looking to recommend a filter, and I'm looking
12  at Camfil's website or American Air Filter's
13  website or whoever, they probably will say that
14  they -- according to 52.2 we did this test and
15  here's the results.
16      Q.  Okay.  We spoke earlier about the
17  particle size ranges the 55.2 tests; correct?
18      A.  Yes.
19      Q.  There's .3 to 1 micron, 1 to
20  3 microns, and then 3 to 10 microns; correct?
21      A.  I believe that's what we said.  Yeah.
22      Q.  All right.  So if you look at this
23  graph below, the units are hard to read, but it
24  looks like the highest it goes is about
25  .9 microns; correct?

Page 288

1   KOENIGSHOFER
2       A.  Yes.  Right.
3       Q.  So you agree with me that this does
4   not appear to have been conducted according to
5   52.2?
6       MS. ZIMMERMAN:  Object to form of the
7   question.  Foundation.
8       THE WITNESS:  This piece of paper
9   does not give all the information that one
10  would expect for the particle sizes in the
11  MERV 14 test.
12      Q.  Okay.  All right.
13      A.  I don't know what 52.2 even had when
14  this test was done.
15      Q.  So you were saying about Exhibit 26
16  that --
17      A.  I was just reading the top.  I
18  thought the top thing says test and then I
19  thought that was a date.  I'm sorry.
20      Q.  Okay.  Well, there is a date on the
21  next page.  It says, "25 August '06."
22      Do you see that?
23      A.  Yeah.
24      Q.  And so what's the relevance of the
25  date to the document for you?

Page 289

1   KOENIGSHOFER
2       A.  I don't know what version of 52 we
3   had at that point.  And honestly, I don't know
4   if even 52 had even been published at that
5   point.
6       Q.  Okay.  So you don't know whether
7   there was a 52 --
8       A.  There might not have been a 52 at
9   that point.
10      Q.  In 2006?
11      A.  2006.
12      Q.  Okay.
13      A.  I'm simply saying I don't know that
14  there was.
15      (Thereupon, Exhibit 27 was marked for
16  identification.)
17      (Thereupon, Exhibit 28 was marked for
18  identification.)
19  BY MR. GOSS:
20      Q.  All right.  If you look at Exhibits
21  27 and 28, have you ever seen test reports like
22  these for a filter?
23      A.  No.
24      Q.  If you look at 27, it says, at the
25  top, "Test Report ASHRAE Test Standard 5.22

73

Page 290

1          KOENIGSHOFER
2  2012 New Classification;" correct?
3      A.  Uh-huh.  Yes.
4      Q.  And then below that it says, "Bair
5  Hugger filter model 505;" correct?
6      A.  Yes.
7      Q.  And in the test results, first it
8  indicates the test airflow rate and CFMs and
9  then the velocity and feet per minute; correct?
10     A.  Yeah.
11     Q.  So that's 48 CFMs was the flow rate
12 and the velocity was 118 feet per minute?
13     A.  Uh-huh.  Yes.
14     Q.  And then it lists an initial
15 resistance in WG and a final resistance in WG;
16 correct?
17     A.  Yes.
18     Q.  All right.  And "WG" stands for water
19 gauge; correct?
20     A.  The whole things stands for inches of
21 water gauge, yes.
22     Q.  Okay.  What is your understanding of
23 the difference between initial resistance and
24 final resistance?
25     A.  Well, "initial" is one brand-new out

Page 291

1          KOENIGSHOFER
2  of the box.  And "final" would be after it has
3  been run.  That would be, in my experience, a
4  very high number to run a filter to.
5      Typically when you buy a filter, you
6  buy something from Camfil, and it will say
7  "replace at" -- usually like 1.5 inches.  I
8  don't recall ever seeing one that would say,
9  run it up to 2.5 inches.
10     Q.  All right.  And then it says, "The
11 minimum efficiency rating value is MERV 14 at
12 48 CMF;" correct?
13     A.  Uh-huh.  Yeah.
14     Q.  And then it breaks down the minimum
15 average efficiency at the three different
16 particle ranges; correct?
17     A.  Yes.
18     Q.  Does this appear to you to be a test
19 report that's consistent with requirements of
20 52.2?
21     MS. ZIMMERMAN:  Object to form.
22 Foundation.
23     THE WITNESS:  I would guess that it
24 matches 52 because they state that it
25 does.  But that is the test of a filter in

Page 292

1          KOENIGSHOFER
2  a laboratory.
3  BY MR. GOSS:
4      Q.  Okay.  If you'll turn to the second
5  page -- by the way, you're -- so you're
6  distinguishing between a test of a filter in a
7  laboratory and a test of a filter in the field,
8  is that what you're suggesting?
9      A.  I've had this only -- for only one or
10 two minutes here.  But I expect that this is
11 all they did is to test the filter in their
12 laboratory in their setup.
13     Q.  Okay.
14     A.  It was not in a Bair Hugger.
15     Q.  Right.
16     A.  So --
17     Q.  Did you ask --
18     A.  -- it was in a perfectly beautiful
19 sealed-in device.
20     Q.  Okay.
21     A.  Perfectly.  We've got quarter-inch
22 stainless steel ends on this thing and
23 wonderful perfect gaskets installed by a Ph.D
24 technician in the laboratory.
25     Q.  Do you know that these people are

Page 293

1          KOENIGSHOFER
2  Ph.D technicians?
3      A.  No, I don't know.  I'm just making
4  this shit up.
5      Q.  I think I understand.
6      A.  Hey, you know what, it does.  Yes.
7  In fact, I do know.
8      Q.  Okay.
9      A.  That says it right there.
10     Q.  All right.  There you go.
11     A.  Dr. Kwak.
12     Q.  All right.  So you're distinguishing
13 from that situation and the performance of a
14 filter in the Bair Hugger in the field;
15 correct?
16     A.  Yes, sir.
17     Q.  But you yourself did not attempt to
18 determine the filter efficiency or performance
19 of the filter of a Bair Hugger unit in the
20 field; correct?
21     A.  That's correct.
22     Q.  So on the second page there are
23 different fractional efficiency results listed
24 for the different delta Ps, which is the change
25 in pressure; correct?

Page 294

KOENIGSHOFER

1    A.  Right.
2    Q.  And if you look at the initial
3  resistance of .508 inches those are all the
4  lowest values that are recorded at the far end
5  of the table; correct?
6    A.  I'm sorry?
7    Q.  Do you follow?
8    A.  Say that -- well, no, I don't.  Say
9  that again.
10    Q.  Okay.  Sorry.
11        What I want to compare is the initial
12  resistance of .508 inches of water.
13    A.  Got it.
14    Q.  And the final resistance of
15  2.5 inches of water; correct?
16    A.  Okay.
17    Q.  All right.  And the fractional
18  efficiency at the final resistance begins at
19  99.1 and goes up to 100; correct?
20    A.  Yes.
21    Q.  Starting with the .3 to .4 micron
22  size range; correct?
23    A.  Yes.
24        In the 2.5 column you're talking
25

Page 295

KOENIGSHOFER

1  about?
2    Q.  Yes, sir.
3    A.  .7 to 1.0 size range.
4    Q.  That's where it goes to 100 percent;
5  correct?
6    A.  I thought that was your question.
7    Q.  No.  I'm sorry.
8        It starts -- it starts at 99.1 and .3
9  to .4; correct?
10    A.  Yes.
11    Q.  All right.  And then it increases --
12    A.  Yes.
13    Q.  -- from there?
14    A.  Uh-huh.
15    Q.  All right.  Exhibit 28 is a similar
16  report on the rectangular filter; correct?
17    A.  Yes.
18    Q.  And this too would appear to be a
19  test report or claims to be a test report per
20  52.2; correct?
21    A.  Yes.  That's their statement.
22    Q.  And it reports a MERV value of
23  MERV 14; correct?
24    A.  Yes.
25

Page 296

KOENIGSHOFER

1    Q.  After you saw this Camfil document in
2  Exhibit 26, did you ask counsel if there was
3  other efficiency testing that they could
4  provide you on the Bair Hugger filters?
5        MS. ZIMMERMAN:  Object to -- pardon
6    me.  Object to form and to the extent it
7    calls for attorney-client -- pardon me --
8    attorney work product, I'm going to
9    instruct the witness not to answer.
10  BY MR. GOSS:
11    Q.  Did you want to see other efficiency
12  data if it existed?
13    A.  I have wanted to see other tests.
14    Q.  You reviewed a deposition of
15  Dr. Robert Crowder.  Do you recall reading his
16  testimony that his understanding was that both
17  of the filter medias that Pentair supplied to
18  3M and Arizant would be capable of removing
19  bacteria?
20        MS. ZIMMERMAN:  Object to the form of
21    the question.
22        THE WITNESS:  It's a wonderful
23    question.  And I don't remember the answer
24    to that.
25

Page 297

KOENIGSHOFER

1    Q.  Do you have any reason to disagree
2  with his testimony that the filters Pentair or
3  Porous supplied to 3M or Arizant would be
4  capable of removing bacteria?
5    A.  Capable of removing bacteria.  I'm
6  sure that they could remove some bacteria.
7    Q.  Do you have an opinion as to the --
8  strike that.
9        On item 14 you cite a paper by Brandt
10  and Oguz, among others, comparing the efficacy
11  of resistive polymer and forced-air warming.
12    A.  Yes.
13    Q.  And this paper is from 2010; right?
14    A.  Yes.
15    Q.  Have you seen a more recent paper by
16  Oguz comparing the levels of bacteria in the
17  operating room during procedures performed with
18  the Bair Hugger versus a resistive polymer
19  device?
20    A.  No.  No.  I have not seen that with
21  that particle.
22    (Thereupon, Exhibit 29 was marked for
23    identification.)
24
25

Page 298

KOENIGSHOFER

1    KOENIGSHOFER
2    BY MR. GOSS:
3        Q.  If you want to take a minute to look
4    at the abstract.
5        A.  All right.
6        Q.  So this says their study objective,
7    they say, "several factors such as lack of
8    unidirectional turbulent-free laminar airflow,
9    duration of surgery, patient-warming system,
10   for the number of health professionals in the
11   OR have been shown or suspected to increase the
12   number of airborne bacteria."
13       A.  Yes.
14       Q.  "The objective of this study was to
15   perform a multi-variate analysis of bacterial
16   counts in the OR in patients during minor
17   orthopedic surgery"; correct?
18       A.  Yes.
19       Q.  They looked at 80 patients undergoing
20   minor orthopedic surgery; correct?
21       A.  Uh-huh.  Yes.
22       Q.  The surgery took place in ORs with
23   and without a unidirectional turbulent-free
24   laminar airflow system.  Patients were
25   randomized to warming with a forced air or an

Page 299

KOENIGSHOFER

1    KOENIGSHOFER
2    electric warming system.
3        A.  Okay.  Yes.
4        Q.  And they measured the number of
5    airborne bacteria using sanitation agar plates
6    and nitrocellulose membranes.  And the results
7    of the multi-variant analysis showed that the
8    absence of unidirectional turbulent-free
9    laminar airflow and longer duration of surgery
10   increased bacterial counts significantly.  The
11   type of patient warming system and the number
12   of health professionals had no significant
13   influence on bacterial counts on any sampling
14   site; correct?
15       A.  That's what it says.
16           MS. ZIMMERMAN:  Objection to form.
17       Q.  Did I misread it?
18       A.  No.  That's what it says.
19           MS. ZIMMERMAN:  You read it.
20   BY MR. GOSS:
21       Q.  So this study, according to the
22   authors, did not find a difference in bacteria
23   levels near the surgical site that they could
24   attribute to the warming system used in the
25   procedure; correct?

Page 300

KOENIGSHOFER

1    KOENIGSHOFER
2           MS. ZIMMERMAN:  Objection to form.
3           THE WITNESS:  That's what they say.
4        Q.  Does this more recent Oguz paper
5    affect your opinions at all in this case?
6        A.  Not at all.  I think it confirms my
7    opinions, based on the abstract.
8        Q.  So which of your opinions does it
9    confirm?
10       A.  Well, for one, the importance of the
11   laminar airflow.  For two, that little part of
12   my equation that says "dosage in time."  The
13   longer you're in there, the more bugs bite you.
14   That's what they are saying here.  I like that.
15           I'd say that even though they used 80
16   patients, if you break down all the different
17   variables, you know, you'd really have to do an
18   analysis of this, but --
19       Q.  Are you a statistician?
20       A.  To the point that I could divide 80
21   by 2, yes.  And then I could divide 40 by 2,
22   yes.  I could do that right here on the spot.
23           And I have now got 20 people within
24   any group of, do you have a Bair Hugger, "yes"
25   or "no"?  Do you have laminar flow, "yes" or

Page 301

KOENIGSHOFER

1    KOENIGSHOFER
2    "no"?  Now you've got 20 people.
3        Q.  All right.  You indicate that you
4    reviewed Dr. Elghobashi's report; correct?
5        A.  Yes.
6        Q.  Is Dr. Elghobashi an ASHRAE member?
7        A.  I don't even know the answer to that
8    question.
9        Q.  Are you aware of any work that he has
10   done for ASHRAE?
11       A.  I'm not aware of any work that he has
12   done.
13       Q.  Does Dr. Elghobashi's model account
14   for the fact that the Bair Hugger incorporates
15   a MERV 14 filter?  Did you see any reference to
16   that in his report?
17           MS. ZIMMERMAN:  Object to form and
18   foundation.
19           THE WITNESS:  I don't remember.
20       Q.  Have you seen Dr. Memarzadeh's letter
21   to the editor about his CFD modeling of Bair
22   Hugger air?
23       A.  I have not seen that.  I would like
24   to see it.  You got it?
25       Q.  Yes, sir.

Page 302

KOENIGSHOFER

```
 1              KOENIGSHOFER
 2        A.   Cool.
 3        (Thereupon, Exhibit 30 was marked for
 4        identification.)
 5   BY MR. GOSS:
 6        Q.   Exhibit 30 is a letter to the editor
 7   in the Journal of Hospital Infection; correct?
 8        A.   Yes.
 9        Q.   You do not recall having seen this
10   before?
11        A.   I have not.  I have heard of its
12   existence.
13        Q.   All I would ask you about this, since
14   you have not had a chance to read it, obviously
15   you have not attempted to reconcile what
16   Memarzadeh says with what Dr. Elghobashi says;
17   correct?
18        A.   That is correct.
19        Q.   If you'd just look at the last
20   paragraph of this.  It says, "This
21   investigation validates Moretti's et al's
22   conclusion that forced-air warming technology
23   does not increase the risk of surgical wound
24   infection."
25             Obviously that's a different
```

Page 303

KOENIGSHOFER

```
 1              KOENIGSHOFER
 2   conclusion from what Dr. Elghobashi arrived at;
 3   correct?
 4        A.   Yes.
 5        Q.   On page 21 of your report you talk
 6   about the Bair Hugger filtration; correct?
 7        A.   Yes.
 8        Q.   You say, "If we assume the air near
 9   the floor of an OR is as clean as a standard
10   hospital, which meets ASHRAE minimum standards,
11   that is 10 CFU per cubic foot"; correct?
12        A.   Yes.
13        Q.   I want to look back at figure 7.
14   That 10 CFU per cubic foot is for general
15   hospital areas; correct?
16        A.   Yes.  I was specifically saying the
17   air near the floor.
18        Q.   Okay.  So --
19             MS. ZIMMERMAN:  For the record,
20        Counsel, are you talking about his figure
21        7 in his report?
22             MR. GOSS:  Yes.  Exactly.  On
23        page 22.
24   BY MR. GOSS:
25        Q.   The part that I can read says, 10 CFU
```

Page 304

KOENIGSHOFER

```
 1              KOENIGSHOFER
 2   per cubic foot for general hospital areas.  For
 3   general surgery, autopsy, isolation, the
 4   emergency it says 4 CFU per cubic foot; right?
 5        A.   Yes.
 6        Q.   But you chose 10 CFU per cubic foot
 7   because you're measuring CFUs near the floor?
 8        A.   Yes.
 9        Q.   Ten per cubic foot, if you express it
10   in cubic meters, that would be how many?
11        A.   Ten divided by 30, so .3 -- no, no,
12   the other way around.  I'm sorry.  300 -- 350.
13        Q.   350 CFUs per cubic foot.
14        A.   Per cubic meter.
15        Q.   Per cubic meter.  Sorry.  Thank you.
16             Would you agree with me that that
17   would be an extraordinarily high number of CFUs
18   to have in an operating room?
19        A.   I don't -- I don't have a number for
20   that.  Other than what Galson says, you've got
21   2 to 4.
22        Q.   We looked at some studies --
23        A.   Why are we confusing ourselves by
24   converting all of this to cubic meters when
25   they're already cubic feet?
```

Page 305

KOENIGSHOFER

```
 1              KOENIGSHOFER
 2        Q.   Well, we looked at some other studies
 3   that provided airborne CFUs and CFUs per cubic
 4   meter; correct?
 5        A.   I'm sure we have sometime today, yes.
 6        Q.   Some of them were under 5, some were
 7   under 10; correct?  I think one of them was 35.
 8        A.   Was that per meter or per foot?  At
 9   this point, I honestly can't remember.
10             MS. ZIMMERMAN:  If you want to refer
11        him to something, I'm sure he will be
12        happy to look at it.
13             MR. GOSS:  Sure.
14   BY MR. GOSS:
15        Q.   Exhibit 18 was the Der Tavitian
16   paper.
17        A.   I just got there too.  Colonies per
18   cubic meter.  Tavitian from -- I don't know --
19   6 to 12 or something, 14.
20        Q.   CFUs per cubic meter?
21        A.   Yeah.  On the second -- third page.
22        Q.   So Cristina paper, 17.  In the
23   abstract of it says, "Considering the total
24   number of surgical operations the mean value is
25   35 CFU per cubic meter"; correct?
```

Page 306

KOENIGSHOFER

1
2      A.   Yes.  That is what she reports her --
3   anyway, yeah.
4      Q.   And for your hypothetical calculation
5   you're assuming a level of CFUs in the OR about
6   10 times that; correct?
7      A.   Yes, sir.
8      Q.   And your calculation is based on an
9   assumption that the filter is 90 percent
10  effective; is that right?
11     A.   Yes.  That is what I had said.
12     Q.   Do you intend to revisit your
13  calculation now that you have been provided
14  some other data surrounding the Bair Hugger
15  filters?
16     A.   No.  Because you have not yet
17  supplied me any data for how it works inside a
18  Bair Hugger.
19     Q.   And you haven't conducted any testing
20  of your own to determine that?
21     A.   I have not.
22     Q.   Moving on to your summary of opinions
23  on page 22.  Your first opinion, "The Bair
24  Hugger operating in an OR will create
25  turbulence at the floor stirring settled

Page 307

KOENIGSHOFER

1
2   particles."
3          Opinion number 2, "The Bair Hugger
4   draws particles off the floor into the unit.
5   It functions much like a household vacuum
6   cleaner."
7          What is your basis for that second
8   statement?
9      A.   Because it sucks particles off the
10  floor.  The legs of the Bair Hugger, the one
11  that I looked at, the ones that sit on the
12  floor, it's actually about a half an inch.  So
13  actually my calculation, when I did it, I
14  assumed 1 inch.
15     Q.   Okay.
16     A.   With the little rubber feeder on it
17  about a half an inch, so that the velocity was
18  actually even higher.
19     Q.   So what size particles did you
20  measure it sucking up from the surface?
21     A.   I didn't --
22          MS. ZIMMERMAN:  Object to the form of
23     the question.
24     Q.   Or did you?
25     A.   I did not measure.  I've already

Page 308

KOENIGSHOFER

1
2   answered that question numerous times.
3      Q.   You're saying it functions much like
4   a household vacuum cleaner.
5      A.   Hmm-mmm.
6      Q.   Is that based just on your
7   calculation of the velocity?
8      A.   Yes, it is.
9      Q.   Have you done any calculations of the
10  velocity required to dislodge a 10-micron
11  particle from the surface?
12     A.   I have not.
13     Q.   Have you refinished a piece of
14  furniture?
15     A.   I have.
16     Q.   I have too.  I suspect Genevieve has.
17         Have you ever sanded a surface and
18  then vacuumed it?
19     A.   Of floors, yes.  Yeah.  Sure.
20     Q.   And then in my experience, I have
21  wiped that surface after vacuuming it and been
22  surprised to see particles.
23     A.   What size were the particles that
24  were left?
25     Q.   I don't know.  All I know is that the

Page 309

KOENIGSHOFER

1
2   particles --
3      A.   I don't know either.
4      Q.   -- the particles weren't vacuumed by
5   the vacuum; correct?
6      A.   Right.
7      Q.   Did you make any attempt to determine
8   whether the Bair Hugger actually functioned
9   like a household vacuum cleaner in this case?
10         MS. ZIMMERMAN:  Objection to the form
11     of the question.  I think it's
12     argumentative and it has been asked and
13     answered.
14  BY MR. GOSS:
15     Q.   You can answer.
16     A.   I've already said I didn't do any
17  testing on this.
18     Q.   Got it.
19         "The performance of the filter
20  assembly is not appropriately or correctly
21  documented."  I think we've established that
22  you, before today, hadn't seen all the
23  documentation relating to the Bair Hugger
24  filters; correct?
25         MS. ZIMMERMAN:  Object to the form of

Page 310

KOENIGSHOFER

1
2 the question.  There are documents he
3 still hasn't seen relating to the --
4      THE WITNESS:  I mean, this is based
5 on the exploded view of the one that I
6 looked at.
7      Q.  Okay.  What documentation were you
8 expecting to see?
9      A.  It says nothing about the type of
10 gasket that it has.   The thickness of the
11 gasket.  The adhesiveness of the gasket.  If
12 there is a gasket.
13      Q.  Do you know whether there is a gasket
14 on the Bair Hugger filter?
15      A.  I don't know.
16      Q.  Did you ever ask counsel to provide
17 you exemplar filters?
18      A.  No.  I've asked if I could buy a Bair
19 Hugger.
20      Q.  Okay.
21      A.  But I haven't done it yet.
22      Q.  In your last four opinions on
23 page 23, you say number 1, "The filters in the
24 Bair Hugger are less efficient than those used
25 in the HVAC system serving an OR."  Is that

Page 311

KOENIGSHOFER

1
2 based on the Camfil document that you reviewed?
3      A.  It is based on the Camfil document
4 that I reviewed.  It is based on, especially
5 the units that have got the flat filter.  Flat
6 filters are notorious for warping like this.
7 And lacking better information that I had, it's
8 not unreasonable to assume that at certain
9 times that filter might go wonky and you get
10 leakage past it.  (indicating)
11      MS. ZIMMERMAN:  Just for the record,
12 the witness is gesturing with a piece of
13 paper to mimic a flexion in a rectangular
14 box.
15 BY MR. GOSS:
16      Q.  The filter goes out a square and tips
17 somehow so that air can leak past it?
18      MS. ZIMMERMAN:  Thank you.
19      THE WITNESS:  Yes.
20      Did you get the wonky part?
21 BY MR. GOSS:
22      Q.  You say, in summary, you believe that
23 the use of the Bair Hugger will adversely
24 affect the air quality in the OR and at the
25 patient, this will place the patient at

Page 312

KOENIGSHOFER

1
2 increased risk of contracting an HAI.  Is that
3 your testimony?
4      A.  Yes.  Yes, it is.
5      Q.  Do you have an opinion that the Bair
6 Hugger is capable of causing a surgical site
7 infection?  Not just increased risk, but
8 actually causing.
9      MS. ZIMMERMAN:  Object to form and
10 foundation.
11      THE WITNESS:  I have no information
12 that there is direct causality.
13 BY MR. GOSS:
14      Q.  Would you agree with me that you can
15 put the cleanest air in the world into a room,
16 but if skin particles are falling off the
17 doctors and nurses into the surgical site,
18 that's a problem that can't be solved by the
19 HVAC system?
20      MS. ZIMMERMAN:  Objection to form.
21      THE WITNESS:  Yes.
22      Q.  And that is a problem that exists
23 whether or not you have a Bair Hugger in the
24 room; correct?
25      A.  Yes.

Page 313

KOENIGSHOFER

1
2      MR. GOSS:  That's all the questions I
3 have.  Thank you for your patience.
4      MS. ZIMMERMAN:  Should we take a real
5 short break?
6      MR. GOSS:  Sure.
7      THE VIDEOGRAPHER:  Off the record at
8 6:32 p.m.
9 (Thereupon, a brief recess was taken.)
10      THE VIDEOGRAPHER:  Back on the record
11 at 6:40 p.m.
12      FURTHER EXAMINATION
13 BY MS. ZIMMERMAN:
14      Q.  All right.  Well, Mr. Koenigshofer,
15 as you know, I'm Genevieve Zimmerman.  And I am
16 one of the lawyers who represents the
17 plaintiffs in a coordinated case in Minneapolis
18 called a "multi-district litigation".
19      And I'm going to have some questions
20 for you today as well.  First, I just want to
21 say for the record, I appreciate your patience
22 with this process.  I appreciate that it is
23 presently a quarter to 7:00 p.m.  We have been
24 going all day in a very hot room, not under
25 ideal conditions.

Page 314

KOENIGSHOFER

1
2          But do you understand that you have
3  been offered by the plaintiffs as an expert
4  witness in this matter?
5      A.  Yes.
6      Q.  And I'm going to ask you some
7  questions about the report that you generated
8  in connection with this case.
9          Would you agree to only offer those
10  opinions to me that you hold to a reasonable
11  degree of professional engineering certainty?
12      A.  Yes.
13      Q.  Now, you had a number of questions
14  posed to you by counsel for defendants mixing
15  in HVAC questions and questions about Bair
16  Hugger engineering.  Do you recall that?
17      A.  Yes.
18      Q.  And did you find the questions with
19  respect to HVAC standards and potential medical
20  device engineering standards to be confusing?
21      A.  The mixing of the two, yes.
22      Q.  So you were asked a lot of questions
23  outside of your expertise.  So what I'd like to
24  do is go through your opinions for the court
25  and for the jury in this matter.  Is that okay?

Page 315

KOENIGSHOFER

1
2      A.  Sure.
3          MR. GOSS:  Object to form.
4  BY MS. ZIMMERMAN:
5      Q.  In addition, defense counsel went
6  over a number of articles that you have never
7  seen before.  Do you recall that today?
8      A.  Yes.
9      Q.  And I would like to go through at
10  least some of those as well; okay?
11      A.  Okay.
12      Q.  I'm going to start with Exhibit
13  Number 5, which is your report.  And I'd ask
14  you to turn to page 3, if you can.
15      A.  Okay.
16      Q.  And here you listed the question
17  presented that you were asked to explain the
18  environment of use for the Bair Hugger device.
19  And you defined that environment of use as the
20  hospital operating room; is that right?
21      A.  Yes.
22      Q.  And you explained in your report that
23  part of the question presented is to explain
24  how an operating room ventilation system is
25  designed to minimize the risk of particles in

Page 316

KOENIGSHOFER

1
2  infection; is that right?
3      A.  Right.
4      Q.  And then, finally, the question
5  presented in your report you note that you were
6  asked to offer your opinion on the impact, if
7  any, of the Bair Hugger device on the
8  protective effect of the hospital HVAC system;
9  is that correct?
10      A.  Yes.
11      Q.  And is it your professional
12  engineering opinion that an operating room is
13  designed to minimize particles and therefore
14  infections?
15      A.  Yes.
16      Q.  And is it your opinions that the Bair
17  Hugger effect on the operating room is to
18  increase the rate of particles or the surgical
19  site?
20      A.  I believe that it will.  Yes.
21      Q.  And you are, as you understand it,
22  here to offer opinions on the HVAC system in
23  the operating room; correct?
24      A.  Yes.
25      Q.  You're not here to offer any

Page 317

KOENIGSHOFER

1
2  microbiology testimony; is that correct?
3      A.  That is my intention.
4      Q.  And you're not here offering opinions
5  on infectious disease, are you?
6      A.  No.
7      Q.  You'd agree that you're not an expert
8  on infection rates; is that fair?
9      A.  That is fair.
10      Q.  And is it fair to also say you're not
11  an expert in filtration design for a medical
12  device?
13      A.  That is certainly true.
14      Q.  But you are an expert with respect to
15  operating room HVAC systems and the reason
16  behind them?
17      A.  Yes.  I feel I am.
18      Q.  What is the purpose behind an
19  operating room HVAC system?
20      A.  Well, it's to provide the cleanest
21  air we can possibly provide within financial
22  restrictions.
23      Q.  Your report talks about clearing a
24  fly from a room; is that correct?
25      A.  Yes.  That is part of it.  So we're

Page 318

KOENIGSHOFER

1  going to provide fresh air to reduce odors.
2  And if there is any residual anesthesia or
3  something in the room.  So we provide fresh air
4  for that purpose.  And then we just provide 20
5  air changes, which is a lot of air in a room to
6  flush out bacteria or any particles that are
7  generated within the room by any means.  It is
8  our effort to try to flush them out.
9      Q.  So part of your job in -- in the HVAC
10  system is designing those is to reduce
11  particles; is that right?
12      A.  Yes.
13      Q.  And why is the reduction of particles
14  important?
15      A.  Well, I believe that most people,
16  certainly within ASHRAE and our committee, feel
17  like there is a correlation between particles
18  and bacteria in the air.
19      Q.  And do hospitals ask you in your
20  capacity as an HVAC engineer to reduce those
21  particles because they believe them to be a
22  proxy for bacteria?
23      MR. GOSS:  Object to form.  Calls for
24  speculation.

Page 319

KOENIGSHOFER

1      THE WITNESS:  Yes.  I believe that
2  that is their objective.  It's certainly
3  the objective of the German standard.
4  BY MS. ZIMMERMAN:
5      Q.  In fact, is that why there is double
6  filtration in the HVAC system?
7      A.  That is exactly why there is double
8  filtration in the HVAC system.  That is why
9  it's MERV 14 and not MERV 10.
10      Q.  And in fact, it's MERV 14 after a
11  MERV 7; correct?
12      A.  That's right.
13      Q.  And that's what called for by ASHRAE?
14      A.  Yes.  I think -- well, in a lot of
15  spaces it's now 8, actually.  It's augmented.
16      Q.  I think that you just stated that in
17  your professional circles there is a general
18  understanding that the number of particles is
19  correlated in some way to bacteria in the room;
20  is that fair?
21      A.  Absolutely.  That is what --
22      MR. GOSS:  Objection to form.
23      THE WITNESS:  -- is pushing a big
24  request for change by Kaiser Permanente to

Page 320

KOENIGSHOFER

1  change from 20 air changes to a particle
2  count, and let them vary the airflow based
3  on particles, with the obvious implicit
4  assumption that particles and
5  colony-forming units are some in way
6  related.
7      Q.  As you sit here today, there is no
8  specific equation that you relate to or have
9  memorized that specifies the exact correlation
10  between particles and colony-forming units; is
11  that fair?
12      A.  You couldn't do it.  I mean, where
13  are you?  Are you in a cave?  Are you in -- you
14  know, over the ocean?  Are you in an OR?  Are
15  you in a dog pen?  Are you in an Avian flu
16  bacterial-laden place?  It's going to be
17  different everywhere.
18      Q.  Are you familiar with the term
19  "positive pressure"?
20      A.  Yes.
21      Q.  What is that?
22      A.  It's where I put more air into a room
23  than I take out of a room, with the objective
24  to keep any bugs that are outside the room from

Page 321

KOENIGSHOFER

1  coming into the room.
2      So, for example, it would pressurize
3  an operating room typically, maybe a 300 CFM
4  offset.  It can supply and exhaust.
5      Q.  In your opinion, are medical device
6  companies required to look at the environment
7  of use for a medical device company?
8      MR. GOSS:  Object to form.
9  Foundation.
10      Q.  If you know.
11      A.  I don't know.
12      Q.  Would you expect a medical device
13  company to look at an ASHRAE standard for an
14  HVAC system?
15      MR. GOSS:  Same objection.
16      THE WITNESS:  Same answer.  I don't
17  know whether -- if you're doing a whole
18  literature review, that would be one
19  article that you might look at, if you
20  were building something or other.
21  BY MS. ZIMMERMAN:
22      Q.  Let me ask it a little differently, I
23  hope.  The HVAC system is a double filtered
24  air; is that correct?

KOENIGSHOFER

1
2    A.   Yes.
3    Q.   And so given your experience and your
4    training and your education, you have some
5    degree of comfort about where that air is being
6    drawn from and what it's being filtered
7    through; is that right?
8    A.   Yes.
9    Q.   Would the same principles apply to
10   some medical device that is sitting on the
11   operating room floor?
12       MS. ZIMMERMAN:  Object to form.
13   Foundation.
14       THE WITNESS:  I would hope so.  When
15   we design our operating room or any air
16   handler in the hospital, we don't take the
17   air off the ground, nor off the roof.  We
18   elevate it 3 to 6 feet, depending upon
19   what the surface material is.
20   Q.   The operating room HVAC uses a
21   unidirectional airflow.  You've had some
22   questions about that today.  Do you recall
23   that?
24   A.   Yes.
25   Q.   Why is unidirectional airflow used in

KOENIGSHOFER

1
2    an OR?
3    A.   Well, because particles are generated
4    within an operating room.  And the cleanest air
5    we are going to find is coming from our
6    diffuser array falling down.  And to the extent
7    that we can exclude particles entering my nice
8    little rainfall, we can keep them away from the
9    patient.
10       Q.   You were asked also some questions
11   about Dr. Said Elghobashi's report.  Do you
12   recall that?
13       A.   Yes .
14       MS. ZIMMERMAN:  I don't know if Dr.
15   Elghobashi's report is technically an
16   exhibit today.  Have you marked that?
17       MR. GOSS:  I haven't.  I referred to
18   what he cited in his report.
19   BY MS. ZIMMERMAN:
20       Q.   And toward the end of his report I
21   think that he draws, I think it's five
22   conclusions -- four conclusions.  Do you recall
23   that?
24       A.   Show it to me.
25       MS. ZIMMERMAN:  Counsel, I think it

KOENIGSHOFER

1
2    appears -- it's Dr. Elghobashi's report
3    starting at page 61, but it is Bates
4    number BHDK250 is where the report starts.
5    Q.   Dr. Elghobashi reaches some
6    conclusions following his computational fluid
7    dynamics analysis; is that right?
8    A.   Yeah.  Well, these are summaries.
9    Yes.
10   Q.   And you have no reason to disagree
11   with the conclusions and the summaries that Dr.
12   Elghobashi reaches?
13   A.   I have no reason to disagree with
14   them.
15   Q.   You had some questions posed to you
16   about ASHRAE 170.
17   A.   Yes.
18   Q.   Would you agree that the purpose of
19   ASHRAE 170 is for the ventilation of healthcare
20   facilities?  Is that the purpose there?
21   A.   Yes, that is.
22   Q.   Do you know --
23       MS. ZIMMERMAN:  I can refer you, I
24   think it is Exhibit 13, if you want to
25   look at it, Counsel.

KOENIGSHOFER

1
2    Q.   Are you aware of anywhere in 170 that
3    indicates that this -- the 170 Standard could
4    be used for design of a medical device?
5    A.   I'm positive there is nothing in
6    there that references medical devices.
7    Q.   Thank you.
8    A.   It's not something we've ever talked
9    about in 30 odd meetings that I've been to.
10   Q.   Going back to the OR and the HVAC
11   system.  Not only is the HVAC system filtered
12   twice through either a MERV 7 or MERV 8, and
13   then a secondary MERV 14 filter, but it's also
14   recirculated air, is about 75 percent of the
15   air?
16   A.   80 percent is recirculated.  Yes.
17   Q.   Does that mean that there have been
18   multiple filtrations of some of the air that is
19   in the HVAC system?
20   A.   Yes.  I mean, as a crude calculation,
21   I mean, assuming perfect mixing and yada, yada,
22   yada -- assuming perfect mixing, each puff of
23   air will be filtered four or five times.
24   Q.   As you sit here today, is your
25   understanding of the Bair Hugger that it draws

KOENIGSHOFER

1  air from where?
2      A.  From the floor.  I have seen where
3  you can buy a stand to put it on.  I have no
4  idea when those stands are used, how many were
5  used, what proportion they've used.  I have no
6  idea about that.
7      Q.  Have you ever heard a surgeon refer
8  to anything below the operating table as "dirty
9  space"?
10     A.  Yes.
11     Q.  To your knowledge, as you sit here
12 today, the Bair Hugger only has one filter; is
13 that right?
14     A.  That is what my understanding is.
15 Yes.
16     Q.  Do you understand that currently that
17 the Bair Hugger is -- has a .2-micron filter
18 that is described as high efficiency?
19         MR. GOSS:  Object to form.
20         THE WITNESS:  I have seen that in the
21     literature.
22         I would also like to add that the
23     Bair Hugger filter is before all the
24     mechanisms.  In an air handler, the final

KOENIGSHOFER

1  filter is the last thing in them.
2      Q.  On the distal end of the --
3      A.  On the air handler.
4      Q.  Why is that important?
5      A.  Well, just in case we're throwing off
6  any particles, or grease, or dust, or soot, or
7  anything else off of the -- any component of
8  the air handling system, I'm going to catch it
9  in that final filter, and not blow it into the
10 operating room.
11     Q.  So in case some of the ductwork, for
12 example, was contaminated?
13     A.  Well, yes.
14     Q.  And you have seen documents in your
15 work in this case that shows that the Bair
16 Hugger devices have been known to be
17 contaminated; is that right?
18         MR. GOSS:  Objection.  Leading.
19         THE WITNESS:  I have seen literature
20     indicating swabbing of both the hose and
21     inside the device as a result of them in
22     bacterial cultures.
23     Q.  You had some questions posed to you
24 by counsel for defendants about filtration

KOENIGSHOFER

1  measurements in a lab.  Do you recall that line
2  of questioning?
3      A.  Yes.
4          MR. GOSS:  Object to form.
5      Q.  And I think that you were presented
6  with Exhibits 27 and 28, which are both titled
7  LMS Technologies and seem to be ASHRAE test
8  standards that represents that it's to a 52.2.
9      A.  Yes.
10     Q.  Both were done in May of 2016; is
11 that right?
12     A.  Yes.  Well, I haven't found it yet,
13 but from my memory that all sounds correct.
14     Q.  Did you see on documents 27 and 28
15 that the manufacturer of the filter is listed
16 as 3M?
17     A.  It says it's provided by 3M.
18     Q.  And then the manufacturer right
19 below, "test requested by 3M, manufacturer 3M";
20 is that right?
21     A.  Sure is, yes.
22     Q.  Is that consistent with materials
23 that you have been provided thus far in this
24 case?

KOENIGSHOFER

1      A.  No.  I have seen references to
2  Pentair.  And they had some other name.  That
3  same company had two different names.
4      Q.  Porous Media maybe?
5      A.  Maybe so.
6      Q.  In any event, you suggested that it
7  would be more persuasive from a professional
8  engineering standpoint to have a test done in
9  situ; is that right?
10         MR. GOSS:  Objection.  Leading.
11         THE WITNESS:  I feel very strongly
12     about that.
13     Q.  And why is that?
14     A.  Well, because I want to know how well
15 this filter seals in its seat in the Bair
16 Hugger.  I expect that the cylindrical one
17 probably was sealed better.  It's more rigid.
18 It doesn't warp as much as the flat one.
19         Furthermore, all of these, of course,
20 were done with brand new filters in a brand new
21 test lab facility, I assume.  I don't know how
22 well this thing performs after 500 hours.
23     Q.  Have you seen documents that suggest
24 at least the 505 series has -- has been known

KOENIGSHOFER

1
2  to leak?
3      A.  I have seen e-mails to that effect,
4  yes.
5      Q.  I would ask if you could open --
6      A.  I have also seen where they were
7  inconsistent and some of them said, oh, well,
8  we had to do another test lot.  First ones
9  leaked a lot, so we did another lot test.  They
10  had bad adhesives or something or other.
11     Q.  I would ask you to turn to your
12  binder of journal articles here in front of
13  you.  I think we have a copy of it that is
14  marked as Exhibit 4.
15         Do you have an article in there with
16  the first author Reed?
17     A.  I do.  Yes.
18     Q.  And have you read that study?
19     A.  I have.
20     Q.  Did they do any testing about the
21  filter efficiency in the Bair Hugger in that
22  study?
23     A.  They did.
24     Q.  What were their findings?
25     A.  Well, they had 23 different Bair

KOENIGSHOFER

1
2  Huggers that they tested.  And this is figure
3  2.  Particles greater than .3 microns, the
4  cubic meter so it's a count, particle count
5  basis.
6         So on some -- you know, they have
7  reductions, as I went through the Bair Hugger.
8  But many of the bars are, you know, just
9  ballparking on here they look like they might
10  be 20 percent, 30 percent, 60 percent passing
11  through.  And in one of them, there is actually
12  more particles coming out than went in on
13  number 22.
14     Q.  Do you know, was this related to the
15  Bair Hugger 750 series?
16     A.  Yes.
17     Q.  Do you know, did they -- did they do
18  testing of particles both before the filter and
19  after the filter and coming out of the hose; is
20  that right?
21     A.  Yes, they did.
22     Q.  And what were the results?
23     A.  They had a whopping number of
24  particles coming out of the hose.
25     Q.  And you had some questions posed to

KOENIGSHOFER

1
2  you by defense counsel about filtration.  He --
3  I believe that Mr. Goss asked you if you're an
4  expert in the design of medical devices, and
5  you'd agreed that you are not; is that correct?
6      A.  That is correct.
7      Q.  Despite that, part of your expertise
8  is to determine the filter that ought to be
9  used in an operating room ventilation system;
10  is that correct?
11     A.  I'm on a committee that figures this
12  out.  Yes.
13     Q.  And that --
14     A.  It's not up to me.
15     Q.  But that is what you do for a living;
16  right?
17     A.  That is what I do for a living.  I
18  don't get money going to those meetings but...
19     Q.  I'm going to turn back to Exhibit 15.
20     A.  As we look at these different
21  testings, maybe it's someplace hidden in here,
22  I've not seen it, but how many did they test?
23     Q.  Can you tell from the face of the
24  document?
25     A.  I can't.  I would like to know that

KOENIGSHOFER

1
2  they walked into a warehouse and had a blind
3  monkey pick out 15 of them, and those are the
4  ones that they tested.
5      Q.  And is there any information on the
6  face of the test about the date of manufacture
7  of the filter?
8      A.  Date of manufacture of the filter?
9  Quickly glancing through it, I don't see where
10  it says a date.  Oh, manufacture, has the date
11  of the test.
12     Q.  And is there anything you can see on
13  the face of the test results there that
14  indicates where or how the filter has been
15  kept, from whenever it was manufactured, to the
16  date of this test?
17     A.  Certainly not.
18     Q.  And I will represent to you that
19  there were some modifications at some point to
20  the filter media that were from the supplier.
21  Is there anything you can tell from this, from
22  the face of these test results of Exhibit 27
23  and 28 that shows what the medium of the filter
24  is?
25         MR. GOSS:  Objection to form.

KOENIGSHOFER

Leading.

THE WITNESS: No. I can't tell. It refers to as white media. It is a fairly generic expression.

Q. Turning to Exhibit 15, which was this Kowalski article. Hospital Airborne Infection Control. Do you recall that?

A. Yeah.

Q. And is it your understanding that this article applies to HVAC systems; is that fair?

A. Yes.

Q. So it's not, as with the ASHRAE 170, it's not intended to govern the manufacture or design of medical design, to your knowledge?

A. That is correct.

Q. What is your understanding of the air quality on the operating room floor?

A. Well, I know the people wear little booties and they wear them out, and they wear them back in, and they go out into the hallway, and they walk around, and they come back into the operating room. And that the floor of the operating room is not considered to be sterile,

KOENIGSHOFER

just as the back of the surgeons is not considered to be sterile.

Q. So would you consider the air on the floor different than air that is coming out at the -- shall I call it -- the proximal end of the diffuser?

A. You can just call it a diffuser.

Q. Coming out at -- at the diffuser?

A. I would certainly say that, yes. Absolutely. Otherwise, I failed at my job.

Q. And would you agree, again, is it your opinion held to a reasonable degree of professional engineering certainty that it is likely that there will be more particles on the floor of an operating room than at the diffuser?

A. That would be my opinion. Yes.

Q. What's the basis for that opinion?

A. Well, I've certainly seen lots and lots of articles about all the skin particles that are shed by the doctors, squames, and staff in an operating room. And, again, if they are -- if you believe that they are 10 microns, and if there is not a whole lot of

KOENIGSHOFER

turbulence, then they are going to settle out in whatever that number was, eight minutes. And, you know, build up on the floor. It's not likely that the return over here would have sufficient velocity to suck particles off the floor and return them to the ones -- once they've hit the floor.

Q. And does your opinion in that regard hold the same for that air that is underneath the operating room table but not all the way on the floor?

A. Sure. I believe that the clinical type people consider anything below the surface of the table to be not the sterile area. I'm not a clinician, but I think that is what they say.

Q. And that's what they've told you in your line of work in trying to remove particles from an operating room; is that right?

A. Yes. Well, it's more, you know, just sitting around talking. It doesn't really change my design. Whether I'm talking about, this is not sterile and this is, I'm still going to put in the best air I possibly can.

KOENIGSHOFER

Q. Turning back to Exhibit 15, this Kowalski article, there was a chart or a table 8.2.

A. Yeah.

Q. Do you recall there is a list of potential pathogens, including viruses and various bacteria?

A. Yes.

Q. And then there's a -- it's a MERV filter model filtration efficiency percentage, which I think corresponds with the percent reduction of any one of these pathogens based the MERV filter. Is that about right?

A. Yeah. Is that from his book, or is that from -- which is this one? Yeah, this is from his book. When did he write this? I'm not sure if 52 existed when he wrote -- yeah, it did. 2012.

So yes, I would say he is cross-referencing. He is thinking MERVs and 52s there.

Q. So my question is, if just by way of example, staph aureus, which is a bacteria; correct?

Page 338

KOENIGSHOFER

1
2     A.  Yes.  I believe so.
3     Q.  If the chart here shows that a MERV
4 14 would remove 97 percent of staph aureus when
5 properly filtered, how is that different from a
6 HEPA filter?
7     A.  Well, I'd have to look at all the
8 numbers but the HEPA might be pulling out
9 99.9 percent.
10     Q.  Is there a difference of 3 percent?
11 It's about 3 percent?
12     A.  It is about 3 percent.  And 3 percent
13 of a very big number is a pretty big number.
14     Q.  Based on the air under the operating
15 room table having a greater concentration of
16 particles than in the HVAC system, do you have
17 an opinion with a reasonable degree of
18 engineering certainty about whether the filter
19 that was used by the Bair Hugger allows
20 3 percent of bacteria to go through?
21     MR. GOSS:  Object to form and
22 foundation.
23     THE WITNESS:  Even that, I'm going to
24 have to ask you to ask the question again.
25     Q.  Okay.  And I've got it written down.

Page 339

KOENIGSHOFER

1
2 Based on the testimony that you just
3 provided about air that is underneath an
4 operating room table is likely to have, in your
5 opinion, a greater concentration of particles
6 than air coming out right under a diffuser in
7 an HVAC system.
8     A.  Yes.
9     Q.  Do you also have an opinion that you
10 hold to a reasonable degree of engineering
11 certainty about whether a filter used by the
12 Bair Hugger, which allows 3 percent or more of
13 particles to go through, whether that is
14 appropriate?  We can use staph aureus as an
15 example.
16     MR. GOSS:  Objection to form.
17 Leading.  Assumes facts not in evidence.
18 Foundation.
19     Go ahead.
20     THE WITNESS:  I would think that any
21 device -- let's call it a Bair Hugger --
22 that sits on the floor is going to be
23 challenged by more particles and bacteria
24 than my air handler will be.
25     Furthermore, as you noted, my air

Page 340

KOENIGSHOFER

1
2 handler will have a prefilter and a final
3 filter.  And the air will go through my
4 filters four or five times, whereas they
5 go through the Bair Hugger filter only
6 once.
7     Furthermore, the filters that I put
8 into an air handling unit are really,
9 really rigid three-dimensional boxes with
10 really good gaskets around them.  They
11 seal really tightly.  I don't know how
12 good the Bair Hugger thing seals, so I'm
13 not fully convinced yet that in situ it
14 really performs to MERV 14.  I have not
15 seen data that says that.
16     Q.  In your report you talk about the
17 environment of use as being the operating room;
18 is that right?
19     A.  Yes.
20     Q.  And you would agree that knowing the
21 environment of use is important in making
22 decisions about filtration?
23     A.  Important to whom?
24     Q.  To whoever is making the decision
25 about the filter.

Page 341

KOENIGSHOFER

1
2     A.  The filter on a Bair Hugger, or any
3 filter?  Where are we here?
4     Q.  Start with the filter on an HVAC
5 system.  You have a different -- well, tell me
6 if you do -- is there a different filtration
7 requirement for a patient waiting room, for
8 example, than as compared to an operating room?
9     A.  Yes.  There is different filtration
10 requirements in different spaces.
11     Q.  And why is that?
12     A.  Because the feeling is that the OR
13 patients are the most susceptible, vulnerable
14 ones that you've got.  I mean, maybe with the
15 exception of your protective isolation areas.
16     Q.  And some of that, likely, has to do
17 with the fact that they have an open wound
18 because they are having surgery; is that fair?
19     A.  Yes.
20     Q.  That operation room is the
21 environment of use that you designed for your
22 HVAC system; correct?
23     A.  Yes.
24     Q.  Is it your opinion held to a
25 reasonable degree of engineering certainty that

Page 342

KOENIGSHOFER

1
2 devices in the operating room should also be
3 taking into account that environment of use?
4     MR. GOSS:  Objection to form.
5 Foundation.
6     THE WITNESS:  That they should be
7 taken into account?
8     Q.  They should know the environment that
9 they will be used in.
10     A.  Oh, those people -- the manufacturers
11 of it?  I would certainly hope so.
12     MR. GOSS:  Same objection.
13     Q.  You had some questions posed to you
14 about other devices that are in the OR.  Do you
15 recall that?
16     A.  Yes.
17     Q.  There was a question or two about an
18 electrocautery device.  Do you recall that?
19     A.  Yes.
20     Q.  Have you ever been presented with any
21 evidence that there is bacteria in the smoke
22 coming from this device?
23     A.  I don't know about bacteria, but
24 certainly smoke.
25     Q.  So is smoke a particle?

Page 343

KOENIGSHOFER

1
2     A.  Yes.  I believe that smoke is an
3 inorganic particle.  I'm not sure that even
4 inorganic is the right word for it.  Nonviable.
5 Let's put it that way.
6     Q.  And as far as you know, as you sit
7 here today, is it possible for bacteria or
8 other pathogens, to attach themselves to
9 whatever smoke is?
10     A.  Sure.
11     Q.  Do you have an opinion about that?
12     A.  It could.
13     Q.  You had some questions posed to you
14 about lights in the operating room.  Do you
15 recall that?
16     A.  Yes.
17     Q.  Are you aware of any literature that
18 indicates that the lights disperse bacteria?
19     A.  No.  All the studies relate to the
20 convective motions.
21     Q.  Same question with respect to
22 surgical drills or saws.  Are you aware of any
23 literature that the drills and saws disperse
24 bacteria?
25     A.  I'm not aware of any literature about

Page 344

KOENIGSHOFER

1
2 that.
3     Q.  Are you aware, as you sit here today,
4 of any other medical device that blows air at
5 48 CFM in an operating room?
6     A.  I don't know what the airflow is on
7 different devices for cooling purposes.  I
8 would say it's the only device that I know of
9 that blows air toward, around, over, under the
10 patient.
11     Q.  With respect to that kind of
12 heater/cooler machines, you would only expect
13 those to be operating in a cardiac surgery; is
14 it fair?
15     MR. GOSS:  Objection.  Leading.  You
16 can answer.
17     THE WITNESS:  That is my
18 understanding, that they are actually
19 heating and cooling fluids.
20     Q.  Are you aware of any device in the
21 operating room that draws air from the floor
22 and brings it towards the patient?
23     A.  I'm not.
24     Q.  Turning to Exhibit 16.  It is the
25 French study, Monitoring Air Sampling in

Page 345

KOENIGSHOFER

1
2 Operating Theatres.  "Can Particle Counting
3 Replace Microbiological Sampling?"
4     Do you recall questions about that
5 article?
6     A.  Yes.
7     Q.  And I recognize, if I recall your
8 testimony correctly, you have not seen or read
9 this article prior to today; is that correct?
10     A.  That is correct.
11     Q.  Do you recall from reviewing this
12 document, when Mr. Goss posed questions to you,
13 that the authors in this study only counted
14 particles at .5 microns and above; is that
15 right?  If it would be helpful, I can refer you
16 to the second page, six lines from the bottom
17 on the left-hand column.  "Particles greater
18 than .5 microns were counted by means of a
19 particle analyzer."
20     Do you see that?  Page 2.  Are we on
21 the same article?
22     A.  No.
23     Q.  That will happen when you're on 7:20.
24     A.  Are we supposed to be on 16 here?
25 Okay.

Page 346

KOENIGSHOFER

1  Q.  16.
2  A.  Let's regroup.  Okay.
3  Q.  So you can see on the second page of
4  this article, towards the bottom left-hand
5  side, about six lines up, it says, "The
6  particles".  Then they put in parenthesis
7  (greater than .5 microns) were counted by means
8  of the particle analyzer.  Then they put in
9  parenthesis this met one, which I assume is the
10  particle count.
11      Do you see that?
12  A.  Uh-huh.  Yeah.
13  Q.  Then on page 29, if you flip over to
14  the next page.  It looks like it's -- actually,
15  we've underlined the same thing here.  It says
16  that the cut-off value of 5 CFU per meter cubed
17  was specifically studied because it has been
18  defined as the threshold limit in French
19  guidelines; is that right?
20  A.  Yes.
21  Q.  Do you know whether or not Seal and
22  Clark find a correlation when counting
23  particles of 5 microns and larger?  I will help
24  you by referring you over to the left-hand

Page 347

KOENIGSHOFER

1  column.
2  A.  "Seal and Clark demonstrated that
3  particles sized 5 to 7 correlated significantly
4  with microbiological contamination".
5      That's a nice quote.
6  Q.  Thank you.  I won't ask any more
7  about that.
8  A.  That's a good one.  I have to -- so
9  that's what I do.  So now I will go read Seal
10  and Clark.
11  Q.  Well, you've got it.  So let's try to
12  keep moving.  I think this is a long day for
13  everybody.
14      Moving on to Exhibit 17, which is the
15  one I think you had a minute ago.  Can
16  Particulate Air Sampling Predict Microbial Load
17  in Operating Theatres for Arthroplasty?  This
18  was a study done in 2012, and it looks like in
19  Italy.
20      So turning to page 6 of this, so that
21  backside of the article, looks like the very
22  end.  I think it says, "The use of surgical
23  instruments that produce surgical smoke
24  increase particulates."  Right-hand side, "In

Page 348

KOENIGSHOFER

1  conclusion."
2  A.  "In conclusion."
3  Q.  "This study showed that the use of
4  surgical instruments that produced surgical
5  smoke, such as the ultrasonic scalpel, can
6  markedly contribute to the production of
7  airborne particulates."
8      Do you see that?
9  A.  Yes.
10  Q.  They go on further to show -- in
11  fact, I think that they cite to Stocks.  They
12  do -- that there is, in fact, a correlation
13  between particles and CFUs.
14      MR. GOSS:  Objection to form.
15      Mischaracterizes document.
16  BY MS. ZIMMERMAN:
17  Q.  We can read the second paragraph.
18  How about that?
19      Then it goes on to says.  "However,
20  one of the limitations of the present research
21  is that only two particulate fractions were
22  studied.  We cannot, therefore, rule out the
23  possibility that there may be a correlation
24  between the number of particles per meter cubed

Page 349

KOENIGSHOFER

1  and the CFU meter cubed, if particulate
2  fractions in narrower size ranges are
3  considered, as has been reported by Stocks, et
4  al."
5      Did I read that right?
6  A.  Yes.
7  Q.  And then they go further and say,
8  "Moreover, further investigation should be
9  carried out in operating theatres equipped with
10  laminar flow ventilation systems, an issue
11  which has not yet been sufficiently addressed
12  in studies of this kind."
13      Did I read that correctly as well?
14  A.  Yes, you did.  I guess the inference
15  there is that this was not a laminar flow OR.
16  Q.  I think that's correct.  I'm reading
17  those on the fly myself.
18  A.  Okay.  Good article to read in my
19  spare time.
20  Q.  You had some questions posed to you
21  about Sharp in your citation to that in your
22  expert report.  I will turn you back to
23  Exhibit 5.  I think your citation on Sharp is
24  on page 18, number 6.

Page 350

KOENIGSHOFER

1
2      Do you recall or do your notes
3  reflect that the Sharp study was about the warm
4  touch product and not about Bair Hugger?
5      MR. GOSS:  Objection.  Leading.
6      THE WITNESS:  "Warming blankets --
7  [sotto voce].
8      Q.  And if you want to look at Exhibit 4
9  where you have the Sharp article, can you tell
10  me whether this study, whether the Sharp author
11  studied Bair Hugger or a different product?
12      A.  I think they were using like a
13  Mistral or something.
14      Q.  If it's a device called a "Warm
15  Touch", would that be consistent with your
16  recollection?
17      A.  Yes.  It is not a Bair Hugger.
18      Q.  Right.  This is another device that,
19  in your notation on page 18 of Exhibit 5, looks
20  like the Warm Touch product uses a HEPA filter;
21  is that right?
22      A.  Right.  Sure, it says Warm Touch, in
23  B.
24      Q.  In your conclusion number C there, or
25  letter C says, "The HEPA filter in the warming

Page 351

KOENIGSHOFER

1
2  unit, therefore, appeared to be fully
3  functional vis-a-vis high levels of the floor";
4  is that right?
5      A.  Yes.
6      Q.  I'd just like to turn briefly through
7  your report.
8      A.  Okay.
9      Q.  You've been asked to provide an
10  expert report about the environment of use,
11  which is a hospital operating room; is that
12  right?
13      A.  Right.
14      Q.  You provided a report in connection
15  with your work in this matter; is that right?
16      A.  Yes.
17      Q.  And you expressed opinions in your
18  report about the impact of an operating room
19  ventilation system on minimizing particles; is
20  that right?
21      A.  Yes.
22      Q.  I think your testimony today has been
23  that a reduction in particles is correlated
24  with a reduction in colony-forming units; is
25  that fair?

Page 352

KOENIGSHOFER

1
2      A.  Yes.
3      Q.  And a reduction in colony-forming
4  units, in your experience and to your
5  understanding, would be -- would correlate with
6  the reduction in infection as well; is that
7  fair?
8      MR. GOSS:  Objection.  Leading.
9      THE WITNESS:  I think that is a fair
10  expectation.
11      MR. GOSS:  Calls for microbiological
12  expertise.
13  BY MS. ZIMMERMAN:
14      Q.  And you've outlined in your report
15  requirements for the HVAC system for use in an
16  operating room; is that right?
17      A.  Yes.
18      Q.  And you've provided citations in your
19  report that support the opinions that you offer
20  in this case; is that right?
21      A.  I have.
22      Q.  And in preparing this report you
23  indicate that you have offered all opinions in
24  the report to a reasonable degree of
25  professional engineering certainty; is that

Page 353

KOENIGSHOFER

1
2  correct?
3      A.  Those opinions that are in this
4  report, yes.
5      Q.  And other than a few typographical
6  issues that I think you discussed with Mr. Goss
7  in the amendment to number 4 on page 23, or I
8  think that you amended number 4 to say 48 CFM
9  rather than a range of 50 to 100, do you stand
10  by the remainder of your report authored in
11  this matter?
12      A.  Yes.
13      Q.  And I see that you reserve the right
14  to amend or supplement your report and the
15  opinions if additional information becomes
16  available to you.
17      A.  Right.
18      MS. ZIMMERMAN:  I don't have any
19  further questions at this point.
20      FURTHER EXAMINATION
21  BY MR. GOSS:
22      Q.  I just have one question about a
23  comment that you made.  I believe you said, in
24  response to counsel's questioning, that the air
25  only goes through the Bair Hugger filter once.

Page 354

KOENIGSHOFER

1  Did I --
2  
3      A.  Yes, sir.
4      Q.  -- quote you correctly?
5      A.  Yes.
6      Q.  So are you saying that the air that
7  comes out of the Bair Hugger never goes back
8  into the Bair Hugger?  In other words, does the
9  Bair Hugger recirculate any air in the room?
10     A.  Yes.  I suppose it does recirculate
11 some of the air in the room.  Sure.
12         MR. GOSS:  Okay.  Nothing further.
13         MS. ZIMMERMAN:  That's it.  We'll
14 read and sign.
15         THE VIDEOGRAPHER:  Off record at
16 7:28.
17
18    (Whereupon, at 7:28 p.m., the deposition was
19 concluded.)
20
21
22
23
24
25

Page 355

KOENIGSHOFER
CERTIFICATE
NORTH CAROLINA

1
2
3
4
5      I, the undersigned authority, hereby
6  certify that the foregoing transcript, page 1
7  through 352 is a true and correct transcription
8  of the deposition of Daniel Koenigshofer, P.E.
9  taken before me at the time and place set forth
10 on the title page  hereof.
11     I further certify that said witness
12 was duly sworn by me according to law.
13     I further certify that I am not of
14 counsel to any of the parties to said cause or
15 otherwise interested in the event thereof.
16     IN WITNESS WHEREOF I hereunto set my
17 hand and affix official seal this 19th day of
18 June, 2017.
19 _____
20     RANDI GARCIA, COURT REPORTER, RPR
21         NOTARY PUBLIC
22
23
24
25

Page 356

1      KOENIGSHOFER
2  I CERTIFY THIS IS A TRUE AND
3  ACCURATE TRANSCRIPT FURTHER DEPONENT SAYETH
4  NOT.
5  _____
6  THE WITNESS.
7
8  IN THE STATE OF
9  NORTH CAROLINA
10 Sworn and subscribed to before me this
11 _____day of_____,2017.
12
13
14 Personally known_____or
15 I.D._____
16 _____.
17
18    Notary Public in and for
19    the State of North Carolina at
20    Large.  My Commission Expires:
21    June 14, 2021
22    Commission No.: 201116700033
23
24
25

Page 357

1
2  NAME OF CASE:
3  DATE OF DEPOSITION:
4  NAME OF WITNESS:
5  Reason Codes:
6      1. To clarify the record.
       2. To conform to the facts.
7      3. To correct transcription errors.
8  Page _____ Line _____ Reason _____
9  From _____ to _____
10 Page _____ Line _____ Reason _____
11 From _____ to _____
12 Page _____ Line _____ Reason _____
13 From _____ to _____
14 Page _____ Line _____ Reason _____
15 From _____ to _____
16 Page _____ Line _____ Reason _____
17 From _____ to _____
18 Page _____ Line _____ Reason _____
19 From _____ to _____
20 Page _____ Line _____ Reason _____
21 From _____ to _____
22 Page _____ Line _____ Reason _____
23 From _____ to _____
24
25      _____

**A**

**$2273 (1)**
19:16
**$30,000 (1)**
20:2
**$300 (1)**
26:11
**a-g-a-r (1)**
199:5
**a.m (7)**
2:3,11 6:9 51:23 52:2
95:14,17
**ABET-approved (1)**
30:6
**able (3)**
97:21 98:4 208:16
**absence (1)**
299:8
**absent (2)**
219:8 220:24
**absolutely (2)**
17:2 319:22 335:11
**abstract (8)**
205:2,4 207:9 233:13
273:22 298:4 300:7
305:23
**accelerates (1)**
231:3
**accept (2)**
182:9 235:2
**acceptable (5)**
169:4,8,14,21 218:6
**accepted (6)**
29:18 197:9,12,20
199:14 204:21
**access (1)**
12:14
**account (5)**
182:7 258:6 301:13
342:3,7
**accurate (2)**
185:5 356:3
**ACH (5)**
188:20,21 189:6,8
228:16
**acid (1)**
28:11
**acinetobacter (1)**
165:19
**acknowledged (1)**
284:10
**acknowledgment (1)**
72:5
**acquaintance's (1)**
182:12
**acquainted (1)**

119:22
**acquire (1)**
46:11
**acquired (1)**
53:15
**Act (2)**
32:16 186:20
**Actions (1)**
1:9
**active (2)**
121:15 208:22
**activities (5)**
184:16 185:2,11,17
185:19
**activity (1)**
39:5
**actual (4)**
96:23 199:24 213:9
238:15
**add (3)**
90:4 177:16 326:23
**added (3)**
139:23 140:13 168:7
**addenda (7)**
126:2,3,6,8,9 131:11
137:20
**addition (4)**
78:20,23 180:23
315:5
**additional (3)**
22:22 151:2 353:15
**address (3)**
100:5,9 184:15
**addressed (1)**
349:12
**addresses (3)**
52:10 153:9,17
**adds (1)**
144:19
**adequate (2)**
133:11 166:22
**adhesiveness (1)**
310:11
**adhesives (1)**
330:10
**admission (1)**
45:18
**admits (1)**
284:21
**adopt (3)**
125:22 152:4 159:25
**adopted (6)**
121:25 124:23 125:3
125:5 126:10
152:13
**advantageous (1)**

191:24
**adversely (1)**
311:23
**advice (2)**
90:10 93:23
**advise (1)**
93:20
**advisory (1)**
38:24
**aerosol (1)**
197:23
**aerosolized (1)**
265:14
**aeruginosa (1)**
165:8
**affect (2)**
300:5 311:24
**affix (1)**
355:17
**afraid (1)**
159:11
**agar (12)**
198:21 199:4,5
239:21 240:15,19
240:25 241:14
242:21,23 243:12
299:5
**agent (2)**
22:25 45:16
**agents (3)**
45:11 46:12 265:5
**aggregator (1)**
232:14
**ago (7)**
75:6 84:19 93:11
154:21 286:8,9
347:16
**agree (29)**
46:5,15 53:24 54:2,6
158:8 167:19
193:12 217:24
230:2,17 238:5
251:8,15,23 252:9
252:19 262:21
266:14 277:5 285:3
288:3 304:16
312:14 314:9 317:7
324:18 335:12
340:20
**agreed (2)**
65:16 332:5
**agreement (4)**
17:24 18:7 19:7 67:20
**AHA (2)**
37:13,16
**ahead (9)**

37:10 54:19 86:5
155:17 156:13
207:14 239:25
273:22 339:19
**aid (1)**
266:6
**aim (2)**
201:5 205:9
**air (220)**
1:6 4:22 6:5 27:21
28:21 29:23,23
30:11,12,17 32:4,12
32:16 35:9 36:16
38:5 47:24 57:11
58:18 59:5,5 66:9
81:6,11,13,16 89:10
90:18 91:4,11 92:5
92:13 98:10,20
100:12 102:4,7
103:15,16 128:25
129:4,14 133:11,13
133:17 146:15,16
151:19 154:18
160:22 170:16
172:6,8,10,13,21
173:2,2,9,22 174:12
175:2,13 176:14,16
176:18,20 177:7
180:24 181:17,20
181:22 182:15
186:10,18,20
188:22 189:11,15
189:20 190:7,8,13
190:14,16,17,20,23
192:5,16 197:10
198:8,9,11,18
199:15,19 200:14
200:21,25 201:8
203:23 204:22
205:12 208:6,17
209:22 212:3
215:14 216:14,17
217:4,7,12,13,22
218:2,4,7 219:6,11
220:2 224:10
227:18,22,25 228:5
228:5 231:2,5,6,7
232:4 236:18
239:22 241:5,17,23
248:7,21 256:5,18
256:21 261:19
263:17 265:8
267:14,23 268:3,12
269:5,15 270:15,18
271:6 272:23
274:25 275:11,15

275:16 276:6,13,18
276:22 277:6
278:21 279:7,9
280:8 283:4 287:12
298:25 301:22
303:8,17 311:17,24
312:15 317:21
318:2,4,6,6,19
320:2,23 321:25
322:5,15,17 323:4
325:14,15,18,23
326:2,25 327:4,9
334:18 335:4,5
336:10,25 338:14
339:3,6,24,25 340:3
340:8 344:4,9,21,25
347:17 353:24
354:6,9,11
**air's (1)**
270:20
**airborne (36)**
4:18,21 54:5 119:10
120:2 164:13,19
166:23 168:6 169:3
169:22 172:21,25
183:4 193:13,16,21
194:2,4,7 205:16
209:9,9 210:10
213:8,23 214:5,18
262:8,22 263:13
298:12 299:5 305:3
334:7 348:8
**airflow (30)**
56:7 58:14 70:22 71:2
92:19,20 97:6,14,15
97:20 99:14 132:17
133:9,17 153:2
167:15,19 181:11
247:11 272:16,17
290:8 298:8,24
299:9 300:11 320:3
322:21,25 344:6
**airflows (1)**
250:12
**airstream (3)**
240:21 246:21 247:6
**al (2)**
284:20 349:5
**al's (1)**
302:21
**alarm (1)**
56:18
**Albrecht (3)**
246:10,15,19
**algae (1)**
59:4

alleged (1)
23:16
alleviate (1)
230:19
allow (1)
170:2
allowed (2)
189:22,24
allows (3)
189:11 338:19 339:12
altered (1)
45:21
Ambient (1)
199:19
amend (3)
69:13 71:12 353:14
amended (1)
353:8
amendment (1)
353:7
American (10)
37:12,14,18,22 38:4
73:21 75:23 77:15
170:16 287:12
amount (12)
19:15,19 20:10 62:17
62:18 133:16 134:4
144:19 146:17
269:15 275:18
276:3
analyses (1)
284:12
analysis (6)
29:3 94:3 298:15
299:7 300:18 324:7
analyzer (2)
345:19 346:9
and/or (2)
192:2 266:6
Anderson (1)
28:22
Andrew (3)
117:25 118:5,13
anemometer (1)
280:21
anesthesia (6)
86:7 176:17,25
230:13 269:22
318:3
anesthesiologists (1)
86:8
ANSE (1)
121:25
ANSE/ASHRAE/A...
121:24
answer (41)

8:25 9:6,13 46:24
55:7,8,16,17,19
67:7 88:13 93:15
97:21 98:3,4,7 99:5
112:17 134:2
148:13 152:18
154:5,11 155:13
157:15 160:9,13
161:10 162:16
192:17 194:20
199:6 200:5 238:16
252:7 296:10,24
301:7 309:15
321:17 344:16
answered (3)
154:4 308:2 309:13
answers (1)
9:3
anticipation (1)
12:21
anybody (5)
21:16 113:15,24
115:15 119:19
anymore (1)
112:24
anyway (13)
30:9 35:3 36:18 37:16
38:8 39:15 51:10
55:8 142:24 223:9
240:9 242:6 306:3
APIC (2)
117:4,6
apologize (1)
226:2
app (1)
187:23
appear (8)
13:15 20:22 146:22
166:24 274:23
288:4 291:18
295:19
APPEARANCES (1)
3:2
appeared (1)
351:2
appears (7)
22:6 106:11 147:4
216:15 233:24
236:11 324:2
appendix (1)
133:4
appliances (1)
28:10
applicable (1)
159:12
applied (1)

126:12
applies (1)
334:11
apply (8)
54:12 106:19,25
159:21 189:17
191:5 218:6 322:9
applying (1)
161:24
appreciate (3)
255:16 313:21,22
appreciated (1)
141:15
approach (2)
88:20,23
approached (2)
66:14 113:15
appropriate (6)
158:9,17,21 160:24
211:22 339:14
appropriately (1)
309:20
appropriateness (1)
158:25
approved (1)
75:10
approximate (1)
160:22
approximately (5)
2:11 6:9 54:16,24
247:25
April (2)
21:6,7
architect (1)
58:7
architects (1)
34:20
archives (1)
255:17
area (7)
149:21 150:4 176:18
227:11 269:21
277:2 336:15
areas (5)
45:23 234:11 303:15
304:2 341:15
argument (2)
42:16 189:5
argumentative (1)
309:12
arguments (1)
191:22
Arizant (7)
3:14 6:16 23:20 71:16
71:23 296:19 297:4
arm (1)

195:20
Army (1)
36:15
array (5)
89:6 191:25 192:5
270:5 323:6
arrestants (1)
155:7
arrived (1)
303:2
arriving (1)
162:4
arrows (1)
264:2
arthroplasty (5)
203:24 205:13 222:3
261:22 347:18
article (43)
4:15,21,24 5:3,5
16:24 41:8 52:17
53:2 85:6,9 110:3
117:23 134:24
153:8 164:4 166:14
175:9 200:13,17
202:7 203:21,25
204:10,14 211:8,20
235:22 238:7 256:5
271:22 321:20
330:15 334:7,11
337:3 345:5,9,21
346:5 347:22
349:19 350:9
articles (27)
11:21 15:25 16:8,12
17:7 41:6 56:5,9
85:20 109:25
152:25 197:15
200:4,9 212:17
214:8 232:22 233:8
233:9 234:17,20
235:7,12 277:12
315:6 330:12
335:21
asepsis (3)
123:11 187:15,25
aseptic (1)
80:19
ASHE (13)
37:9,9,11,12,19,21,22
38:8,21,22 39:2,21
121:25
ASHRAE (75)
4:17,19,20 5:12 31:10
37:7 38:3,9,14
39:18,24 41:9 74:4
75:6,16 76:5 81:8

81:20 114:19
115:12,15 116:4,9
117:9 119:9 120:6
120:17 121:15,20
122:5,17 124:10
125:15 126:13
129:3 152:3,10,13
154:16 155:3 156:8
156:19 157:7
159:21 160:4,16,25
162:2,2,9 163:11
187:3,13 188:16,17
217:17 224:22
248:16 251:5,10
255:17,23 287:4,5
289:25 301:6,10
303:10 318:17
319:14 321:14
324:16,19 328:8
334:14
ASHRAE's (1)
53:18
aside (3)
153:20,22 232:10
asked (31)
10:12 12:19 17:23
22:8 54:9 75:4 89:7
93:19 100:5 111:22
127:10 138:4
142:23 143:7,19
144:5 154:4 162:14
171:5 183:10
225:25 283:9
285:22 309:12
310:18 314:22
315:17 316:6
323:10 332:3 351:9
asking (23)
45:5 72:18 78:12 94:8
96:17 97:10 102:21
110:14 112:6 159:9
159:13,14 200:2
202:9 204:9 213:4,5
213:14 260:13,14
270:17 283:2,3
asks (5)
16:8,14 21:20 23:4,8
asleep (1)
178:16
Assaad (19)
3:3 6:19,19 15:15
18:5,8,14,17,22
19:12 20:25 49:12
73:4,6 109:14
148:18 273:24
274:8 278:13

**assembly (1)**
309:20
**assessment (1)**
96:18
**associated (3)**
53:15 55:2 167:5
**association (7)**
37:14,15,18 108:21
117:5 253:7,14
**assume (10)**
9:14 12:13 131:22
146:5 151:16
179:19 303:8 311:8
329:22 346:10
**assumed (3)**
145:23 146:6 307:14
**Assumes (1)**
339:17
**assuming (4)**
181:8 306:5 325:21
325:22
**assumption (4)**
201:17 245:16 306:9
320:5
**assumptions (1)**
222:18
**assures (1)**
141:7
**Atlanta (1)**
256:10
**atmospheric (2)**
173:16,18
**attach (1)**
343:8
**attached (6)**
17:11 25:21,24 175:2
243:10 244:2
**attempt (5)**
59:7 235:18 246:19
293:17 309:7
**attempted (6)**
32:14 198:7,10 236:8
277:10 302:15
**attempting (2)**
215:21 252:20
**attempts (1)**
247:4
**attended (1)**
131:6
**attending (4)**
75:8 120:14,15,17
**attention (2)**
78:19 274:20
**attorney (2)**
58:7 296:9
**attorney-client (1)**

296:8
**attributable (2)**
46:20 263:13
**attribute (1)**
299:24
**audit (2)**
36:4,23
**auditing (1)**
34:14
**audits (7)**
34:22 35:4,7,8,20
36:11 37:2
**augmented (1)**
319:16
**August (2)**
5:11 288:21
**Augustine (10)**
22:9,10,12,16,23,23
22:24,24,25 246:15
**aureus (4)**
165:15 337:24 338:4
339:14
**author (4)**
42:25 264:25 330:16
350:10
**author's (2)**
208:8 238:17
**authored (3)**
16:9 41:23 353:10
**authoritative (3)**
16:15,24 220:15
**authority (3)**
138:3,4 355:5
**authors (7)**
41:16 114:8 217:25
246:9 253:6 299:22
345:13
**autopsy (1)**
304:3
**available (4)**
79:3 255:6 284:22
353:16
**Avenue (1)**
3:8
**average (5)**
132:18 147:14 257:3
259:20 291:15
**Avian (1)**
320:16
**Avidan (8)**
239:15,23,24 240:14
243:19 244:10,11
272:11
**avoid (2)**
135:19 136:4
**awarded (3)**

38:25 39:10,16
**aware (20)**
94:6 106:24 107:4,6
107:12 118:19
152:12,21 160:18
203:10,14 212:16
301:9,11 325:2
343:17,22,25 344:3
344:20

_____

**B**

**B (11)**
5:10 66:4 128:9 131:9
131:15 133:4
191:21 272:18
280:18 285:21
350:23
**bachelor (1)**
27:6
**back (50)**
18:16 21:19 25:21
26:10 28:25 29:2
33:3 38:21 40:13
52:2 54:9 56:12
61:5 64:2 81:12
84:17 95:17 107:16
126:11 129:10
138:14,17 147:18
152:2 179:8 183:8
195:5,8 199:10
218:15 222:10
231:22 235:21
249:2 253:11 260:8
262:18 267:24
276:12,12 303:13
313:10 325:10
332:19 334:22,23
335:2 337:2 349:23
354:7
**backed (1)**
152:13
**backs (1)**
150:25
**backside (1)**
347:22
**bacteria (56)**
47:25 158:6,10,18,22
159:2,6 166:5,13
168:14 174:16,25
175:13 196:17,22
212:3,6 216:12,13
217:13 218:11,11
235:8,20 236:10
239:8,11,14 242:17
244:12,16,19
257:21 259:22

285:6 296:20 297:5
297:6,7,17 298:12
299:5,22 318:7,19
318:23 319:20
337:8,24 338:20
339:23 342:21,23
343:7,18,24
**bacterial (8)**
205:17,21 215:14
272:22 298:15
299:10,13 327:23
**bacterial-laden (1)**
320:17
**bad (6)**
39:15 54:14 60:19,20
184:7 330:10
**bag (1)**
32:13
**Bahnfleth (4)**
164:8,9,10,11
**Bair (163)**
1:6 6:5 22:18 23:10
23:12 24:4 69:16
70:6,16 79:2,10,14
82:2,5,13,16,22,22
82:25 84:3 85:21,22
100:7,13,16,21,23
101:8,14,19 102:5,8
102:12,17 103:10
103:15,18 104:2,14
105:15,20,22 108:8
111:22 112:7,14,17
112:21 113:7,10,14
113:14,17,22,24
114:2,3 115:22
116:16 117:15,22
144:18,23 145:9,10
145:23 146:11,22
147:6 148:24
150:12 151:10,19
151:23 161:21
162:3,23 171:6
176:13 177:7,10
180:23 226:3
228:10 229:19
232:3 235:9 239:11
239:13,14 241:23
242:21 244:23,24
245:23 246:20
247:5 261:17
266:17 267:13,22
268:11 269:4 275:9
276:5 277:7 278:22
279:7,13,23 282:16
283:5 284:22 290:4
292:14 293:14,19

296:5 297:19
300:24 301:14,21
303:6 306:14,18,23
307:3,10 309:8,23
310:14,18,24
311:23 312:5,23
314:15 315:18
316:7,16 325:25
326:13,18,24
327:16 329:16
330:21,25 331:7,15
338:19 339:12,21
340:5,12 341:2
350:4,11,17 353:25
354:7,8,9
**balance (1)**
32:14
**balloons (5)**
139:8 140:16,18,19
140:22
**ballparking (1)**
331:9
**bank (3)**
128:10,11 129:11
**bare (3)**
125:9,17,22
**barrier (6)**
89:15,16 90:4,6,11,15
**barriers (1)**
93:21
**bars (1)**
331:8
**base (2)**
35:10 59:25
**based (36)**
64:15 70:5 112:11,12
150:11,17 151:16
152:5 153:14 155:6
173:7 204:5 207:8
226:11,12 227:6
229:8 233:3,8 237:7
238:4 253:16
254:25 255:25
281:25 300:7 306:8
308:6 310:4 311:2,3
311:4 320:3 337:13
338:14 339:2
**baseline (1)**
284:11
**basically (8)**
23:8 41:7 48:13 67:6
67:21 91:18 149:22
198:6
**basis (9)**
98:18 165:23 168:24
208:7 253:7,14

307:7 331:5 335:19
**Bates (7)**
10:24 14:19 20:23
   139:7 142:6 143:14
   324:3
**battery (1)**
179:7
**Baylen (1)**
3:11
**beans (1)**
280:8
**beautiful (1)**
292:18
**beginning (2)**
2:11 42:3
**begins (1)**
294:19
**behalf (2)**
2:12 7:8
**belabor (1)**
25:6
**believe (45)**
17:25 23:25 41:17
   50:24 61:10 72:17
   74:10,21 86:15
   103:21 105:11
   109:24 112:18
   117:7 129:9 135:2
   147:9,22 148:8,16
   172:16 174:24
   176:17 183:25
   205:19 210:12
   213:18 220:13
   235:12 247:16
   266:18 273:7
   281:14 287:21
   311:22 316:20
   318:16,22 319:2
   332:3 335:24
   336:13 338:2 343:2
   353:23
**believed (1)**
251:19
**Ben (4)**
3:10 6:21 21:10 148:8
**beneficial (1)**
86:10
**benefit (4)**
8:18 94:4 168:7,21
**benefits (4)**
67:12 85:18 86:2,13
**Benham (2)**
22:19,20
**Benning (2)**
35:9 36:18
**Benning/Fort (1)**

36:13
**best (15)**
32:11 122:6,15
   123:19 126:14,23
   127:6,18 159:25
   160:22 161:5
   199:15 204:21
   286:17 336:25
**better (6)**
149:3 155:25 240:10
   259:10 311:7
   329:18
**beyond (3)**
86:13 117:13 214:16
**BH (1)**
145:3
**BHDK (1)**
146:19
**BHDK1444 (1)**
142:20
**BHDK1495 (1)**
147:24
**BHDK1498 (1)**
151:9
**BHDK1503 (1)**
148:23
**BHDK250 (1)**
324:4
**BHDK456 (1)**
139:7
**bibliography (1)**
257:10
**big (11)**
39:8 91:10 94:21
   121:5 192:6 214:13
   246:2 286:12
   319:24 338:13,13
**Bigger (1)**
240:13
**bill (2)**
119:21 150:24
**billed (1)**
20:6
**billionth (1)**
285:11
**Biloxi (2)**
35:9 36:17
**binder (16)**
4:7,8 11:18,19 13:2,3
   13:4,15,18 14:11
   15:7 18:15 72:8
   213:20 233:15
   330:12
**binders (11)**
10:20 11:16,24 12:2
   12:11,23 13:5,16

15:13 23:24 234:21
**bioburden (7)**
199:24 209:10 210:11
   211:22 212:22
   213:9,23
**biological (3)**
86:20 208:9,22
**biomedical (2)**
22:25 81:23
**bit (6)**
33:6 69:11 165:15
   188:21 196:11,12
**bite (1)**
300:13
**black (3)**
57:21 59:16 244:25
**BLACKWELL (1)**
3:15
**blade (1)**
179:15
**blanket (39)**
69:25 82:20,23,25
   83:13 100:13
   101:17 102:2,5,9
   106:12 239:12
   242:22 243:6,10
   244:3,12,16,18
   245:23 267:15,17
   267:19,19,25
   268:17 270:14
   272:16 275:23,24
   276:18 277:23
   279:8,9,13 280:23
   281:5,9 283:5
**blankets (12)**
83:4,6,8,11,18,20,22
   229:20 242:23
   243:10,23 350:6
**blind (1)**
333:2
**blow (8)**
176:16,20 241:5
   266:19 267:10,23
   269:5 327:10
**blowing (5)**
59:12 60:2 239:22
   242:10 276:18
**blown (2)**
69:24 270:14
**blows (8)**
134:11 176:14,18
   268:16 274:24
   276:21 344:4,9
**blue/purple (1)**
103:23
**body (3)**

86:17,19 134:6
**body-exhaust (5)**
215:12 216:4,6,17
   217:9
**boils (1)**
191:17
**Bolton (3)**
3:19 6:10 250:7
**book (18)**
4:12 16:25 41:14,18
   41:21 42:21 43:12
   51:4 78:8 155:14,15
   163:18 164:13,15
   164:16 264:5
   337:15,17
**booklet (2)**
109:9 141:8
**booms (2)**
192:3 228:4
**booties (1)**
334:21
**born (1)**
27:13
**boss (1)**
68:6
**bottom (11)**
44:22 149:6 187:14
   224:14 256:14
   262:19 270:20
   276:6 284:8 345:16
   346:5
**bought (2)**
64:12,22
**Boulevard (1)**
3:4
**bound (1)**
72:6
**box (4)**
244:25 245:2 291:2
   311:14
**boxed (1)**
275:5
**boxes (1)**
340:9
**boy (1)**
168:19
**bracket (1)**
157:24
**Bragg (1)**
35:9
**branch (1)**
32:2
**brand (2)**
329:21,21
**brand-new (1)**
290:25

**Brandt (1)**
297:10
**break (14)**
9:21 25:8 37:10 48:9
   48:11 49:10 51:20
   95:12 138:10,19
   194:25 231:16
   300:16 313:5
**breakdown (2)**
226:24 263:12
**breaks (1)**
291:14
**Brent (1)**
22:23
**brief (7)**
51:24 95:15 138:13
   195:4 231:21 232:3
   313:9
**briefly (2)**
7:6 351:6
**bring (3)**
10:9,12 24:24
**bringing (1)**
146:15
**brings (1)**
344:22
**British (1)**
48:16
**broad (2)**
16:20 233:3
**broadly (2)**
159:12 197:19
**brought (3)**
33:18,22 189:2
**Brown (2)**
50:7,8
**BTU (2)**
277:17,17
**BTUs (1)**
180:21
**bubble (2)**
252:10,21
**bubbles (1)**
142:7
**Buck (2)**
73:11 118:24
**buddy (1)**
255:12
**bug (1)**
195:18
**bugs (3)**
134:8 300:13 320:25
**build (1)**
336:4
**building (4)**
34:21 123:25 125:5

built (3)
59:10 60:18 79:5
bullet (9)
26:20 44:22 45:10,14
46:8 189:8 191:4,8
192:10
bunch (4)
11:20 12:8 91:10
260:11
buoyancy (1)
247:10
burdensome (1)
17:2
BURKE (1)
3:15
burned (1)
66:10
business (6)
33:13,24 34:2,6 36:22
234:24
busy (1)
180:20
butt (1)
92:4
buy (4)
291:5,6 310:18 326:4

**C**

c (7)
128:10 131:9,15,21
241:5 350:24,25
cabinet (1)
83:19
calc (1)
142:21
calculate (5)
99:24 149:14 222:8
224:23 271:8
calculated (6)
99:17 128:25 143:21
149:11 241:22
271:10
calculating (3)
99:20 129:4 180:8
calculation (21)
96:22 143:17,20
144:14,22 145:24
146:7,8 147:16
149:17 180:11
224:8 250:18,22
271:13 306:4,8,13
307:13 308:7
325:20
calculations (5)
95:23 96:13 97:24

150:17 308:9
California (1)
33:3
call (20)
13:13 39:10,17 41:2
63:6,9 66:9,10 75:3
93:4 106:16 136:17
139:6 143:12
147:25 270:7
274:19 335:6,8
339:21
called (20)
21:9 28:9 30:10 37:19
59:3 74:10 87:20
91:8 92:19 106:5
203:22 215:12
216:11 225:3
232:17 249:21
272:2 313:18
319:14 350:14
calling (1)
143:24
calls (6)
41:3 66:8 131:24
296:8 318:24
352:11
Camfil (6)
225:2 286:11 291:6
296:2 311:2,3
Camfil's (1)
287:12
Canadian (5)
51:2,5 73:21,25 77:15
canning (1)
32:6
Cannon (1)
235:24
Cans (1)
32:10
capability (1)
159:5
capable (5)
272:3 296:19 297:5,6
312:6
capacity (2)
120:10 318:21
capture (4)
159:6 165:5,9 248:9
captured (2)
140:23 248:20
capturing (4)
166:5,13 170:20
198:17
cardiac (1)
344:13
cardiology (1)

176:18
CardioQuip (1)
272:2
career (2)
29:25 63:23
carefully (4)
69:3 79:13 157:12
260:2
Carolina (13)
1:12 2:7,10 6:8 31:3,3
31:6,7 32:3 37:24
355:3 356:9,19
carried (4)
235:19 236:9 250:6
349:10
carry (1)
174:16
carrying (1)
174:11
cart (1)
176:17
Carter (1)
35:2
case (80)
7:8,16,25 8:11 17:8
19:3,10,20 21:5,17
24:15 26:21 56:25
57:10 58:23 61:12
61:23 62:6,12,15
63:17 65:23 67:14
67:18,25 68:12,17
70:16 72:2 79:11
82:2,16 84:14,18
86:24 100:2,5 106:8
106:14,17 108:23
110:24 111:5,21
112:11 113:13,13
114:7,20 115:16
118:17 119:4,14
144:15 145:21
148:7 159:15 187:9
199:22 200:18
212:8 218:3,9
220:11 234:23
244:8 261:21 273:6
276:9 277:17 300:5
309:9 313:17 314:8
327:6,12,16 328:25
352:20 357:2
cases (2)
66:16 118:19
casual (1)
68:13
catch (1)
327:9
categories (4)

47:25 155:8 156:10
157:22
categorizing (1)
154:18
catheter (1)
45:24
causal (2)
253:7,14
causality (1)
312:12
causation (1)
53:21
causative (1)
45:16
cause (7)
134:6 135:4,6 182:14
184:2 219:10
355:14
caused (6)
60:6 181:22 228:3,5
256:5 263:2
causes (1)
194:9
causing (4)
270:15,18 312:6,8
cave (1)
320:14
CDC (3)
194:4 220:14 227:3
ceiling (3)
89:17 91:5 181:11
cells (1)
272:24
Celsius (3)
278:6,24 279:2
center (3)
36:16 205:17,21
centimeters (4)
240:25 241:7,9 242:4
certain (13)
34:10 72:3 133:16
174:15 189:12
191:17 214:16,17
220:5 223:21,24
263:10 311:8
certainly (20)
11:25 16:21 24:17
110:2 129:22 144:6
152:25 196:7
197:20 230:7 239:3
281:25 317:13
318:17 319:3
333:17 335:10,20
342:11,24
certainty (6)
314:11 335:14 338:18

339:11 341:25
352:25
**CERTIFICATE (1)**
355:2
certification (1)
31:9
certifications (1)
31:20
certified (1)
31:12
certify (4)
355:6,11,13 356:2
cetera (1)
56:19
CFD (5)
182:20 222:22 223:10
223:18 301:21
CFDs (1)
222:19
CFM (9)
69:16,24 70:3,8 71:4
71:5 321:4 344:5
353:8
CFMs (12)
70:12 133:9,20
135:12 150:10,13
228:18 229:7 231:9
270:12 290:8,11
CFU (16)
201:25 203:6 216:16
216:18 236:12
254:10,16 258:10
303:11,14,25 304:4
304:6 305:25
346:17 349:2
CFUs (24)
203:11,15 205:22,25
206:4 211:11
212:11 214:15
216:17,21 218:2
243:11 256:3
258:16,21 259:17
304:7,13,17 305:3,3
305:20 306:5
348:14
chain (1)
120:13
challenged (1)
339:23
chance (7)
138:19 205:2,6
215:18 274:15,17
302:14
change (10)
63:22 74:17 189:3
208:15 225:14

237:24 293:24
319:25 320:2
336:23
**changed (2)**
35:14 137:24
**changes (18)**
17:12 105:12,15,19
110:9 125:21
133:12,13,17
188:22 190:7,13,16
190:23 192:6,16
318:6 320:2
**changing (1)**
229:15
**Chapel (5)**
1:12 2:6 6:8 34:5,11
**chapter (30)**
4:13,14 37:25 41:24
41:25 42:8,9,12
43:2,2,6,8,19 47:3
47:12 48:5,11 49:21
49:22 50:3,9,12,20
50:22 51:18 52:9
114:25 164:12
264:8 283:10
**chapters (2)**
41:18 42:25
**characteristics (1)**
249:25
**characterize (2)**
67:5 285:15
**characterizing (1)**
281:20
**charging (1)**
179:9
**chart (3)**
49:2 337:3 338:3
**chase (1)**
41:6
**chased (1)**
234:17
**chasing (1)**
232:21
**checked (4)**
13:5,7,9 233:10
**checks (1)**
250:10
**chemicals (1)**
87:10
**chemistry (2)**
30:11,12
**chewing (4)**
195:18,20,20,21
**chief (1)**
41:19
**choreographed (1)**

223:21
**chose (1)**
304:6
**chronology (1)**
64:3
**circles (1)**
319:18
**circulates (1)**
276:12
**circumstances (1)**
273:8
**citation (3)**
277:25 349:22,24
**citations (1)**
352:18
**cite (7)**
70:9 163:25 186:17
253:23 283:9
297:10 348:12
**cited (5)**
69:5 254:18 265:21
282:23 323:18
**cites (1)**
282:19
**citing (3)**
137:7 166:25 285:3
**city (1)**
30:14
**claims (2)**
166:15 295:20
**clarification (1)**
169:9
**clarified (2)**
36:13 97:9
**clarify (4)**
95:19 96:3 99:11
357:6
**Clark (3)**
346:23 347:3,11
**Class (6)**
128:9 131:9,9,15,15
131:21
**classes (2)**
30:10 131:18
**Classification (1)**
290:2
**claw (1)**
150:25
**clean (28)**
32:16 87:10,20,23
92:13 153:2,4
171:16,18,20,23,24
172:2 186:20
200:24 233:6,16,17
233:20,24 234:6,10
249:17,24 250:6

272:23 276:13
303:9
**cleaner (3)**
307:6 308:4 309:9
**cleanest (3)**
312:15 317:20 323:4
**cleaning (4)**
87:10,22 171:22
186:7
**cleansers (1)**
227:20
**clear (4)**
9:8 96:22 120:18
154:25
**clearing (1)**
317:23
**clearly (1)**
225:14
**client (2)**
65:5,7
**clients (5)**
65:15,18 89:3 229:2,3
**climb (1)**
120:12
**clinical (8)**
152:5,14,22 153:4,11
185:24 186:3
336:13
**clinician (2)**
270:8 336:16
**clinics (2)**
41:10 53:19
**cloacae (1)**
165:20
**close (4)**
49:20 73:4 180:2
199:8
**closely (2)**
101:12 170:5
**clothing (5)**
215:13,22 216:11
217:8,11
**cloud (2)**
134:8 135:5
**cluster (1)**
87:6
**clusters (1)**
175:21
**CMF (1)**
291:12
**coal-fired (3)**
28:7 32:5,13
**coauthored (1)**
16:9
**code (4)**
38:10 123:25 125:6

229:5
**codes (3)**
60:14 123:22 357:5
**cohorts (1)**
94:8
**coil (1)**
102:24
**coincide (1)**
63:22
**cold (6)**
86:7,9,17 228:5 231:2
231:5
**colder (1)**
231:8
**colleague's (1)**
182:12
**colleagues (3)**
94:25 203:22 215:12
**collect (1)**
233:7
**collected (2)**
11:21 248:2
**collection (3)**
16:12,18 23:24
**college (1)**
99:19
**colonies (3)**
272:19 273:5 305:17
**colony-forming (12)**
209:4,6 210:7 246:20
247:5 257:15
259:14 285:13
320:6,11 351:24
352:3
**color (1)**
139:25
**Colorado (1)**
29:19
**column (8)**
53:6 165:4 203:5
250:2 259:17
294:25 345:17
347:2
**combination (1)**
59:24
**combustion (2)**
32:4,5
**come (12)**
47:8 64:18,19 97:18
126:2,4 190:8
192:15 248:5
266:17 276:3
334:23
**comes (8)**
90:18 118:15 166:5
181:25 220:13

276:10 277:7 354:7
**comfort (5)**
86:14 123:10 209:20
230:2 322:5
**comfortable (2)**
230:3,9
**coming (27)**
28:15 94:11 100:12
129:10 134:5
135:20 182:4
190:24 195:8
218:15 227:18,22
230:12 231:8
244:22 269:15
278:21 283:4 321:2
323:5 331:12,19,24
335:5,9 339:6
342:22
**commensals (3)**
247:19,20 248:4
**comment (12)**
92:10 139:8 140:16
140:17,18,22 142:7
226:11 235:13
265:11 284:7
353:23
**commented (1)**
9:18
**comments (10)**
139:13,14 140:25
141:5,13,14,20
142:11 260:23
261:2
**Commission (2)**
356:20,22
**commissioning (1)**
38:23
**committee (32)**
49:11,17 74:9,12,15
74:19,23 75:8,13
94:19 116:22
119:16,20 120:7,10
120:18 121:5
125:15 129:20,25
130:11,11 131:7
137:5 154:20 155:3
163:12 188:25
217:19 225:17
318:17 332:11
**committee's (2)**
74:25 120:13
**committees (9)**
38:15 39:5 74:6
115:11 116:4,9
117:9 118:12,14
**common (6)**

173:13 187:6,8
211:24 218:6
226:13
**commonly (1)**
225:5
**companies (1)**
321:7
**company (13)**
27:23 29:2 33:21
35:14 64:4,4,12,22
182:2 286:12 321:8
321:14 329:4
**compare (2)**
215:22 294:12
**compared (4)**
216:12 284:12,16
341:8
**comparing (4)**
152:22 153:4 297:11
297:17
**comparison (1)**
257:18
**competitor (2)**
84:9 271:25
**complete (1)**
40:15
**completed (1)**
27:16
**compliance (3)**
125:11,18,23
**complicated (3)**
53:23 67:6 271:2
**comply (10)**
24:20 122:16,17
123:13,18,22,25
124:9,16 127:5
**component (1)**
327:8
**components (1)**
62:8
**compressor (1)**
266:7
**computational (2)**
134:15 324:6
**concentration (4)**
207:7,16 338:15
339:5
**concentrations (1)**
207:10
**concept (3)**
96:23 155:6 217:20
**concern (2)**
65:7 161:21
**concerned (4)**
59:8 184:9 196:21
201:12

**concerning (1)**
232:3
**concerns (2)**
82:16 113:25
**conclude (2)**
220:23 237:22
**concluded (2)**
202:17 354:19
**conclusion (14)**
202:19 208:8 238:5
238:11,22,24
248:10 253:18,20
302:22 303:2 348:2
348:3 350:24
**conclusions (5)**
202:10 323:22,22
324:6,11
**conditioner (1)**
66:10
**conditioning (2)**
38:6 256:6
**conditions (4)**
60:9 88:11 146:18
313:25
**conducted (7)**
23:12 81:10,15
118:23 246:19
288:4 306:19
**confidence (1)**
209:8
**confidential (2)**
72:3 140:3
**confirm (1)**
300:9
**confirmation (1)**
75:5
**confirms (4)**
254:10,16 259:7
300:6
**conform (1)**
357:6
**confused (1)**
280:4
**confusing (3)**
223:16 304:23 314:20
**connect (1)**
60:24
**connected (3)**
101:17,25 102:8
**connection (8)**
76:5 114:6 118:24
119:4 234:14
257:11 314:8
351:14
**cons (1)**
89:8

**Consequently (1)**
208:3
**conservation (2)**
34:14 35:5
**consider (7)**
16:14 75:15 81:19
96:19 169:21 335:4
336:14
**considered (6)**
200:22 208:3 211:6
334:25 335:3 349:4
**considering (2)**
261:17 305:23
**consistent (8)**
170:9 216:22 258:6
258:12 259:10
291:19 328:23
350:15
**consists (1)**
91:9
**construction (1)**
125:3
**consultancy (1)**
33:15
**consulted (2)**
124:8,8
**consulting (7)**
27:21 33:2,7 34:2
63:14,24 65:2
**consumption (2)**
147:13,21
**contact (4)**
21:11 54:4 55:12
194:15
**contagious (1)**
132:4
**contain (1)**
134:8
**contaminant (1)**
158:4
**contaminants (1)**
28:6
**contaminated (10)**
46:13 209:22 217:10
274:24 275:10,16
276:18,22 327:13
327:18
**contamination (11)**
181:22 182:14 183:5
200:21 201:7
202:23 205:11,16
214:6 217:12 347:5
**contemplate (1)**
26:4
**contemplates (1)**
24:18

**content (1)**
140:22
**context (9)**
82:19 91:4,6 112:22
113:11,16,25 115:7
159:18
**continue (2)**
146:12,17
**Continued (1)**
5:2
**continues (1)**
146:18
**continuing (1)**
31:17
**continuously (1)**
145:25
**contract (3)**
25:21 26:11 67:4
**contracting (1)**
312:2
**contractor (1)**
33:11
**contrast (1)**
207:19
**contribute (5)**
43:8 51:14 214:6,20
348:7
**contributed (13)**
41:17 43:10,10,24
44:12,13 47:4 50:19
79:11 125:20,25
137:19,21
**contributing (1)**
126:7
**contribution (3)**
214:18 217:12 218:3
**contributor (3)**
47:10 50:11 115:3
**contributors (7)**
42:8,22 48:4 49:22
50:4,8 114:25
**control (12)**
4:21 30:13 43:3 80:22
117:3 123:10 158:4
164:14 193:9 218:2
256:6 334:8
**controlled (2)**
152:5,22
**controlling (5)**
158:9,18,22 159:2
171:12
**Convection (1)**
5:4
**convective (3)**
134:6 220:8 343:20
**convects (1)**

276:12
**convenience (1)**
10:24
**conventional (1)**
153:5
**conventionally (1)**
202:24
**conversation (2)**
68:11,13
**conversations (4)**
66:18 82:14 105:8
117:10
**conversely (1)**
210:8
**conversion (2)**
278:8,18
**converting (1)**
304:24
**convey (1)**
125:8
**convinced (2)**
59:14 340:13
**cool (2)**
266:5 302:2
**cooler (1)**
178:5
**cooling (8)**
143:4 176:22 177:16
180:9 222:8 266:6
344:7,19
**coordinated (1)**
313:17
**copied (2)**
12:10 138:21
**copies (5)**
15:6,12,20 17:6 19:4
**copy (20)**
4:9 13:20 14:8,13,17
14:22 17:10 18:10
25:17,24 43:19
52:20 62:11 71:25
138:23 240:6,7
255:4,15 330:13
**corporate (1)**
284:19
**correct (276)**
12:24 21:14 25:19
26:12,15 27:8 29:10
30:24 31:13 36:24
40:20,21 41:11,14
47:18,19,22 48:2
50:5,6,20 52:11,18
53:7,13 55:25 58:15
61:18 62:10 64:24
65:23 69:23,23
75:18,24 76:3 79:20

80:8,15 83:12,15
88:2 96:8 97:6
101:13 102:3,25
103:12,17 119:17
120:7,8,20 121:21
121:22 127:7,18
128:2,7,12,13 129:8
129:17,18 131:3,4
131:16,25 132:2,9
135:21 136:24
137:10,20 140:19
140:20 148:21,22
151:12 156:23
157:8,22,25 158:6
160:17 161:22
162:24 164:22,25
165:5,9,13,17,21
167:9,13 170:20,21
171:13 173:23
174:8 177:12 178:6
179:2 180:2,25
181:12 183:7
185:12 186:4,5,9
187:9 188:23
190:18,25 193:14
193:18 201:8 202:2
205:13,18 206:12
206:16 207:8,21
209:10 210:22
211:6,11 215:24
216:14,15,19 217:5
218:12,17,22,25
219:5 220:19,25
221:20 222:9 223:4
224:10,11,20
225:10 227:13
228:6,10,11,18,22
229:23,24 231:13
232:7,8 236:20,23
237:2,5,18 241:2
242:14,18,22
243:12,16 244:13
244:14 245:11
246:7,10 247:11,15
247:16 248:21
251:2,6,10 252:14
253:10 258:17
259:23 261:23
262:9,12,23 263:2
265:6,9,10,17
266:17,24 267:24
268:2,5,21 271:3,16
272:25 275:2 277:8
278:18 279:4,5
281:5 282:9 283:16
284:5 286:12

287:17,20,25 290:2
290:5,9,16,19
291:12,16 293:15
293:20,21,25 294:6
294:16,20,23 295:6
295:10,17,21,24
298:17,20 299:14
299:25 301:4 302:7
302:17,18 303:3,6
303:11,15 305:4,7
305:25 306:6 309:5
309:24 312:24
316:9,23 317:2,24
319:12 321:25
328:14 332:5,6,10
334:17 337:25
341:22 345:9,10
349:17 353:2 355:7
357:7
**corrected (1)**
270:12
**correctly (13)**
46:2 149:10 184:22
190:13 202:7,25
225:22 266:12
286:18 309:20
345:8 349:14 354:4
**correlate (1)**
352:5
**correlated (3)**
319:20 347:4 351:23
**correlates (2)**
212:21 213:8
**correlation (21)**
199:22 207:25 210:10
210:16,20,22 211:4
211:19,21 212:5,9
213:22,24 217:4
285:9,15 318:18
320:10 346:23
348:13,24
**correspondence (7)**
15:2,4 21:20,22 22:2
22:4 23:18
**corresponds (1)**
337:12
**cost (9)**
90:12 93:24 94:4,6
167:8,11 168:9,9
193:17
**costs (1)**
167:5
**cotton (2)**
83:7,11
**counsel (33)**
6:13 10:23 15:21

20:21 21:5,13,21
22:3 24:11 44:6
68:21 79:19 95:18
97:7 101:5 140:4,18
146:24 150:20
156:16 159:7
213:11 232:7 296:3
303:20 310:16
314:14 315:5
323:25 324:25
327:25 332:2
355:14
**counsel's (1)**
353:24
**count (27)**
8:8 142:20,21 186:11
186:13,19 199:23
201:11,20,24,25
206:9 207:5 208:25
209:7,18 210:9
211:9,10,21 236:12
236:19,20 320:3
331:4,4 346:11
**counted (4)**
236:18 345:13,18
346:8
**counting (7)**
200:16 201:3,6
202:22 205:10
345:2 346:23
**country (2)**
109:2,7
**counts (12)**
208:2 211:5 213:23
214:17 215:15
216:16 217:5,8
272:22 298:16
299:10,13
**couple (9)**
9:12 10:19 17:16
26:23 41:18 79:7
139:4 206:20 258:2
**course (11)**
9:12 48:19 49:11
50:19 120:25 128:2
176:19 188:17
192:9 204:11
329:20
**coursework (2)**
29:13 30:3
**court (12)**
1:2 6:11 8:2,19 9:4
10:3 26:17 99:11
115:22 138:24
314:24 355:20
**Court's (1)**

24:17
**cover (6)**
4:12 13:22 42:21
101:21 102:11
261:13
**covered (4)**
68:19 78:15 114:15
128:2
**covers (2)**
91:10 127:24
**crawl (1)**
66:12
**create (3)**
231:2 276:15 306:24
**created (1)**
60:21
**creating (1)**
167:21
**credit (3)**
42:11,15 43:6
**Cristina (1)**
4:24 203:22 305:22
**critical (1)**
162:23
**criticize (1)**
75:21
**cross-referencing (1)**
337:21
**crossover (1)**
32:8
**Crowder (2)**
285:21 296:16
**crude (1)**
325:20
**cube (1)**
211:11
**cubed (4)**
284:10 346:17 348:25
349:2
**cubic (52)**
132:20 202:2 203:7
203:11,15 205:23
205:25 206:4,10,15
216:18,18 254:10
254:17 257:15,18
257:19 258:7,8,10
258:10,12,16,21,24
258:24 259:14,17
266:7,8,15,16 272:4
272:7,8 303:11,14
304:2,4,6,9,10,13
304:14,15,24,25
305:3,18,20,25
331:4
**culture (2)**
198:7,10

**cultures (1)**
327:23
**culturing (2)**
58:2,18
**Curbs (1)**
27:24
**current (9)**
17:14,18 27:2 31:4
109:6 121:2 202:20
225:7,9
**currently (3)**
66:23 284:21 326:17
**currents (1)**
228:5
**curtain (5)**
89:10,10,11,11,13
**curtains (2)**
89:6 168:17
**cut (2)**
32:22 179:16
**cut-off (3)**
203:6,10 346:17
**cylindrical (5)**
104:16,18,23 105:3
329:17

---

**D**

**D (1)**
3:20
**Dan (1)**
6:4
**Dan's (1)**
280:7
**Daniel (6)**
1:11 2:4 3:21 6:23
7:11 355:8
**data (18)**
152:14 170:8 192:17
192:21 227:3 238:4
238:10,16,23 239:4
247:14 256:9
284:21 285:24
296:13 306:14,17
340:15
**date (10)**
20:3 288:19,20,25
333:6,8,10,10,16
357:3
**David (4)**
72:25 73:5,6,7
**Davis (3)**
27:7,10,16
**day (7)**
9:13 146:9 283:2
313:24 347:13
355:17 356:11

**day-to-day (5)**
184:15,25 185:10,17
185:19
**days (12)**
32:15 34:4 35:2 68:14
75:6 81:13 108:4
112:23 113:12
115:7 198:25
208:10
**deal (1)**
39:8
**debatable (1)**
169:2
**debate (2)**
191:13,16
**debated (1)**
188:24
**debris (1)**
182:22
**decide (2)**
35:11 63:11
**decided (2)**
32:22 60:18
**decision (1)**
340:24
**decisions (1)**
340:22
**decreased (2)**
109:22 110:4,21
**dedicated (1)**
88:7
**deep (3)**
226:8 227:4 260:9
**defeat (1)**
219:19
**defectively (1)**
61:24
**defendant (2)**
3:14 61:16
**defendants (6)**
2:5 7:8 61:19 66:3
314:14 327:25
**defense (7)**
76:9 77:13 78:17
140:4 195:13 315:5
332:2
**define (2)**
59:7 123:9
**defined (5)**
186:11,19 203:8
315:19 346:19
**definitely (1)**
115:3
**definition (12)**
85:14 96:9,10,11
168:12 169:7

171:25 194:5
209:15 269:25
276:24 277:4
**degree (9)**
29:9,14 314:11 322:5
335:13 338:17
339:10 341:25
352:24
**degrees (7)**
241:5 278:5,24 279:2
279:23 280:9 282:9
**deleted (1)**
137:23
**deliver (2)**
98:13 150:13
**delivers (1)**
267:25
**delivery (1)**
8:20
**delta (1)**
293:24
**demonstrated (1)**
347:3
**demonstrations (1)**
267:4
**demonstratives (1)**
24:19
**dense (1)**
231:6
**denser (1)**
231:5
**depend (2)**
181:13 219:16
**depending (2)**
180:20 322:18
**depends (5)**
98:19 178:4 209:14
229:9 268:24
**deponent (3)**
12:20 24:14 356:3
**deposed (2)**
7:25 71:19
**deposition (29)**
1:11 2:4 4:6 6:4,7
7:12 8:12,15 10:5,6
12:22 68:8,22,25
71:15 72:11 76:10
77:23 78:2,10 79:19
80:7 284:19 285:2
285:20 296:15
354:18 355:8 357:3
**depositions (2)**
26:15 78:11
**Der (3)**
4:25 215:11 305:15
**derived (1)**

157:2
**describe (4)**
97:13 99:4 173:8
286:14
**described (2)**
134:21 326:19
**describes (1)**
157:21
**describing (2)**
151:17 159:5
**description (2)**
4:4 149:3
**design (36)**
30:20 35:17,20 36:23
37:2 41:10 52:9
53:18,22 88:25
97:15 98:16 110:9
114:25 122:7,14,14
123:9 124:20
126:15 127:21
153:25 164:7 170:4
171:19 184:14
192:5 227:14,21
317:11 322:15
325:4 332:4 334:16
334:16 336:23
**designates (1)**
72:2
**designation (2)**
39:16 131:23
**designed (15)**
56:16,21 61:24 87:25
88:10,16 166:19
172:7,9 178:9
183:12 234:5
315:25 316:13
341:21
**designer (1)**
31:12
**designing (5)**
33:9 34:21 171:21
184:8 318:11
**Despite (1)**
332:7
**detect (4)**
208:21 243:11 246:19
247:4
**detected (3)**
236:9 239:8 242:16
**determine (11)**
81:11,16 100:16
201:6 205:10
235:19 236:8
293:18 306:20
309:7 332:8
**determined (1)**

229:17
**develop (3)**
46:14 61:2 230:12
**developed (1)**
108:18
**develops (1)**
45:19
**device (37)**
30:20 56:21 83:2 84:4
84:21 106:5 160:21
161:13 169:17
171:7 179:11,25
237:23 261:6,18
274:24 279:2
292:19 297:20
314:20 315:18
316:7 317:12 321:6
321:8,13 322:10
325:4 327:22
339:21 342:18,22
344:4,8,20 350:14
350:18
**devices (22)**
5:8 24:2 56:10 84:2
106:3,19 107:2
197:16 228:5
260:18 261:5,12
266:19,23 268:3
271:19 325:6
327:17 332:4 342:2
342:14 344:7
**Dewberry (11)**
64:8,9,11,12,13,14
66:24 67:14,16,21
67:23
**diagram (6)**
47:20 151:11 264:2
264:10,16,17
**diameter (1)**
206:11
**diameters (2)**
208:3 211:6
**dictionary (1)**
187:23
**differed (1)**
105:5
**difference (27)**
7:21,23 11:18 53:14
55:11 88:19 98:14
98:21 99:5 103:8
112:4 153:6,13
157:13 168:20
187:25 233:20
252:25,25 253:3
257:23 258:15,23
273:4 290:23

299:22 338:10
**differences (2)**
284:13,17
**different (48)**
12:11 70:20,23 87:22
88:24 104:18,21,22
105:4 121:8 139:25
151:18 152:23
155:7 157:21
161:19 164:20,24
165:5 180:23
183:24 190:6
208:14 210:19
215:22 242:20
263:7 264:3,17
265:3 275:6 291:15
293:23,24 300:16
302:25 320:18
329:4 330:25
332:20 335:5 338:5
341:5,6,9,10 344:7
350:11
**differential (1)**
143:8
**differently (1)**
321:23
**difficult (1)**
254:23
**diffuser (28)**
57:15,22 59:15 89:6
90:19 91:9,19,23
97:6 98:17,22
132:19 133:14
137:9 191:8,23,25
192:5,8 227:12
231:3,8 323:6 335:7
335:8,9,17 339:6
**diffusers (14)**
89:16 90:7 91:7,8
92:15 132:23
134:10 135:12
136:23 181:12,15
227:11 252:13
270:6
**dig (1)**
260:9
**diminishing (1)**
217:20
**direct (5)**
54:3 55:12 163:3
276:17 312:12
**directed (1)**
92:14
**direction (1)**
269:18
**directly (8)**

227:11 242:10
267:23 274:25
275:11,13 276:19
276:22
**director (1)**
116:6
**dirty (1)**
326:9
**disagree (13)**
71:6 167:2 168:10
169:6 182:13 208:7
238:11 253:17,19
259:4 297:2 324:10
324:13
**disappear (1)**
277:18
**discipline (1)**
56:17
**disclosure (1)**
144:10
**discuss (6)**
52:14 112:20 115:4
121:6 228:15 246:5
**discussed (10)**
49:18 77:7 114:11
117:15 150:10
177:12 188:20
254:7 261:8 353:6
**discusses (5)**
128:5 166:4 226:6
230:2 249:24
**discussing (1)**
210:24
**discussion (13)**
115:23 166:17 187:2
187:13 188:5
189:17 203:3
224:13 232:2
237:20 247:8,17
274:21
**discussions (4)**
94:8 116:11 129:23
217:18
**disease (1)**
317:5
**diseases (4)**
4:18 80:17 119:10
120:3
**dislodge (2)**
221:20 308:10
**disperse (2)**
343:18,23
**dispute (2)**
165:24 212:4
**disputing (1)**
276:2

**disrupt (2)**
181:10 231:11
**disrupting (2)**
136:4 251:17
**disruption (1)**
265:16
**Disruptions (1)**
228:2
**disrupts (1)**
227:25
**distal (1)**
327:3
**distance (3)**
242:24 243:3,5
**distinct (1)**
218:24
**distinction (3)**
89:23 97:2 187:10
**distinguished (1)**
82:24
**distinguishing (2)**
292:6 293:12
**distribution (1)**
206:18
**DISTRICT (2)**
1:2,3
**divide (2)**
300:20,21
**divided (2)**
195:12 304:11
**divorce (2)**
8:8,10
**doctors (2)**
312:17 335:22
**document (21)**
1:8 4:17 119:10,11
120:2 121:24 125:8
141:4 147:3 157:10
260:25 261:6
286:23 287:2
288:25 296:2 311:2
311:3 332:24
345:12 348:16
**documentation (2)**
309:23 310:7
**documented (1)**
309:21
**documents (20)**
12:20 15:3,20,23
16:16 23:11,14,19
24:13 71:15,23 72:3
77:22 78:17 79:23
141:12 310:2
327:15 328:15
329:24
**dog (2)**

182:2 320:16
**doing (28)**
32:25 33:8 34:13,18
34:22 35:7,22,25
36:7,11 42:4 63:19
64:5 68:15 81:14
95:9,11 96:12
102:13 103:15
112:23 131:2
161:14 178:25
223:9 229:14
231:15 321:18
**door (2)**
9:19 199:9
**doors (2)**
221:6 228:6
**dosage (1)**
300:12
**dose (4)**
192:11 195:11 196:4
196:17
**double (3)**
319:6,8 321:24
**downflow (2)**
251:15 252:10
**downloaded (1)**
23:21
**downwards (1)**
132:18
**dozen (1)**
42:4
**dozens (1)**
42:3
**Dr (20)**
76:12 113:5 114:17
116:5 198:2,5
285:21 293:11
296:16 301:4,6,13
301:20 302:16
303:2 323:11,14
324:2,5,11
**draft (1)**
121:9
**drafted (2)**
17:12 38:16
**drain (1)**
59:5
**drape (3)**
270:20 271:6 276:10
**draped (4)**
267:18 281:9,16
282:16
**drawing (2)**
148:24 211:13
**drawings (1)**
99:9

**drawn (1)**
322:6
**draws (4)**
307:4 323:21 325:25
344:21
**drill (1)**
28:18
**drills (5)**
178:24 182:23 183:5
343:22,23
**drop (1)**
220:24
**drops (1)**
231:5
**dryer (2)**
102:23 103:5
**duct (1)**
59:13
**ductwork (7)**
57:12 59:9,17,19
60:12,15 327:12
**dug (2)**
227:3 260:10
**duly (2)**
6:24 355:12
**dumb (1)**
24:10
**duration (2)**
298:9 299:9
**Duren (6)**
78:3,4 105:8,10,11
284:20
**Duren's (1)**
77:25
**Durham (1)**
32:2
**dust (6)**
49:8 154:22 173:16
173:18,19 327:7
**Dutch (1)**
153:19
**dynamics (2)**
134:15 324:7

———————— E ————————

**E (1)**
3:20
**e-mail (1)**
114:16
**e-mails (1)**
330:3
**E1 (1)**
157:18
**earlier (17)**
26:25 54:10 83:25
114:11,15 120:5

150:11 154:14
174:23 191:10
226:2 228:20 237:4
263:17 264:4
285:25 287:16
**early (2)**
32:15 103:20
**easier (2)**
136:20 240:11
**easily (2)**
43:21 247:25
**Easy (1)**
20:25
**ed (2)**
35:18 263:6
**edge (1)**
280:23
**editor (7)**
40:25 41:13,15,19
42:25 301:21 302:6
**edits (3)**
125:20 138:3,6
**education (4)**
27:5 30:22 31:18
322:4
**effect (8)**
134:22 181:16 196:3
219:19 272:17
316:8,17 330:3
**effective (7)**
90:13 93:25 170:18
170:19 171:12
217:9 306:10
**effectiveness (2)**
152:23 228:2
**efficacy (1)**
297:11
**efficiencies (4)**
128:5 164:21 165:4
224:18
**efficiency (21)**
81:11,16 100:16
128:18,20,23 155:7
166:21 224:20
266:6 286:14
291:11,15 293:18
293:23 294:19
296:4,12 326:19
330:21 337:11
**efficient (2)**
264:14 310:24
**effort (2)**
70:19 318:9
**efforts (1)**
210:18
**eight (3)**

either (16)
16:5,6 35:20 45:2
49:6 73:23 88:16
108:14 112:3
158:16 175:12
187:22 208:2 211:5
309:3 325:12
ejected (1)
244:18
electric (4)
83:13,16 106:11
299:2
electrical (1)
56:18
electricity (3)
32:10 83:16,17
electrocautery (5)
179:23 181:22 182:4
182:14 342:18
electronic (1)
139:17
electronics (1)
266:5
element (2)
147:10 228:12
elements (3)
188:5,19 245:4
elevate (1)
322:18
elevated (1)
242:23
Elghobashi (9)
72:21 78:15 114:12
114:17 301:6
302:16 303:2 324:5
324:12
Elghobashi's (5)
301:4,13 323:11,15
324:2
Elgohbashi's (1)
222:19
eliminate (1)
172:14
elimination (1)
169:12
Elsevier (1)
232:16
emergency (2)
56:19 304:4
emitted (4)
28:6 239:11 244:12
244:16
employed (1)
66:23
employee (6)
22:24 32:23 64:7,23

67:3 246:15
enable (1)
224:23
enclosure (1)
274:25
encompassed (1)
131:17
encountered (1)
76:4
encountering (1)
239:6
endogenous (9)
44:16,23 45:15,16
46:20 54:10,13 55:2
55:12
ends (1)
292:22
energy (26)
32:2,9,25 33:8,20
34:2,6,8,13,14,22
35:4,5,7,8,15,20
36:4,6,11,23 37:2
146:17 147:21
168:9 189:7
engaged (1)
116:11
engagement (3)
17:24 18:7 19:7
engaging (1)
124:16
engineer (11)
24:10 30:24 58:5,6
75:18 124:20 199:3
227:21 270:2,4
318:21
engineering (20)
29:12,24 30:3,6,7
56:15,17 64:14
81:23 99:21 314:11
314:16,20 316:12
329:9 335:14
338:18 339:10
341:25 352:25
engineers (11)
30:8 35:16 37:13,23
38:5,6 93:4 113:10
113:23 227:15
261:17
England (1)
247:15
ensure (1)
243:21
enter (1)
16:19
entering (1)
323:7

enterobacter (1)
165:20
enterococcus (1)
165:20
entire (2)
202:12 270:5
entitled (1)
200:14
entrained (1)
241:17
entry (1)
142:20
Environ (1)
2:6
environment (16)
60:22 82:18 131:25
132:3,11 171:6
183:10 315:18,19
321:7 340:17,21
341:21 342:3,8
351:10
environmental (3)
30:5,14 123:10
EPA (2)
31:25 32:21
epidemiologist (1)
117:7
epidermis (1)
165:16
equal (2)
29:21 211:16
equally (1)
217:10
equals (2)
195:11 277:18
equate (1)
285:5
equation (10)
195:10,15,24 196:6
196:10,12 226:7
228:13 300:12
320:9
equipment (30)
46:13 56:6 61:23,25
62:7 66:15,19 94:18
95:3 107:8 159:22
159:24 160:15,17
160:20 162:9,10,18
163:4,5 167:9,12
176:15 177:5,14
180:10,13,13,16,23
equipped (1)
349:10
erratically (1)
140:24
errors (1)

357:7
especially (4)
8:21 40:24 192:11
311:4
ESQUIRE (4)
3:3,7,10,14
essentially (3)
36:22 223:11 257:22
establish (2)
253:6,13
established (4)
160:16 185:16 261:20
309:21
estimate (8)
142:24 177:25 180:14
180:15 278:15,17
278:17,20
estimated (1)
193:17
estimates (2)
254:10,16
et (3)
56:19 302:21 349:4
European (1)
233:25
Eurosurveillance.o...
264:20
evaluate (1)
103:14
evaluated (2)
201:4 208:20
evaluating (1)
208:5
evaluation (2)
200:24 202:23
event (4)
148:15 261:11 329:7
355:15
events (1)
27:4
everybody (4)
60:18 154:25 168:12
347:14
evidence (3)
192:11 339:17 342:21
evolved (2)
34:3 35:7
exact (3)
19:21 64:3 320:10
exactly (12)
49:19 82:11 96:10
116:12 128:18
142:11 146:17
153:17 154:24
281:23 303:22
319:8

EXAMINATION (4)
3:22 7:2 313:12
353:20
examine (2)
101:11 104:9
examined (2)
6:25 103:10
example (12)
46:11 132:5 139:6
143:13 177:22
212:10 216:5 321:3
327:13 337:24
339:15 341:8
exceeds (1)
250:14
exception (2)
281:11 341:15
excerpt (1)
163:18
excess (1)
193:17
exchanges (1)
114:16
exclude (2)
211:17 323:7
execution (1)
88:24
executive (5)
5:7 260:17 261:2,16
271:18
exemplar (1)
310:17
Exflow (2)
249:21 250:7
exhaust (4)
266:24,24 267:14
321:5
exhaustive (1)
16:23
exhaustively (1)
12:3
exhibit (116)
4:4,6,7,8,9,10,11,12
4:13,14,15,16,17,19
4:20,21,22,24,25
5:3,4,5,6,7,9,10,10
5:11,12,14,15,16
9:24 10:4,11 13:12
13:23,25 14:3,6
15:7 24:13 25:14,17
25:18,25 26:24
40:10 42:17,20
43:16,19 49:25 52:6
52:22,25 56:2,13
62:20,23 119:6,9
121:17,20 138:22

138:25 156:14
157:5 163:14,17
200:10,13 203:18
203:21 215:8 225:8
235:25 236:4 240:2
240:3,6 249:12,14
254:3 260:20,24
265:12 273:15
274:16 280:13,16
280:18 286:20,23
288:15 289:15,17
295:16 296:3
297:23 302:3,6
305:15 315:12
323:16 324:24
330:14 332:19
333:22 334:6 337:2
344:24 347:15
349:24 350:8,19
**exhibits (8)**
4:2 15:18 24:19 25:8
138:21 139:4
289:20 328:7
**exist (3)**
85:22 192:17 213:17
**existed (2)**
296:13 337:18
**existence (2)**
157:11 302:12
**exists (1)**
312:22
**exits (2)**
271:6 277:23
**exogenous (6)**
44:16,23 46:8,21
54:10,12
**expect (9)**
75:9 207:4 253:2
255:20 288:10
292:10 321:13
329:17 344:12
**expectation (1)**
352:10
**expecting (1)**
310:8
**expenses (3)**
20:14,15 26:19
**expensive (1)**
94:7
**experience (15)**
56:15 63:16 65:22
80:10 94:9 130:21
154:16 161:25
216:6 227:7 229:8
291:3 308:20 322:3
352:4

**experiment (7)**
23:5 118:22 119:3
237:22 240:20
242:18,21
**experimentation (2)**
23:9 100:20
**experiments (7)**
23:11 100:8,15
198:12 246:18
250:5 281:21
**expert (58)**
4:10,16 7:20 25:17
26:10 56:24 62:24
63:5,12,13,16,24
64:5 65:2,8,21
66:16 67:13,17,25
68:12 70:7 76:9
77:14 78:9,15,16
81:6,19 86:18,20,24
92:8 95:22,25 96:7
96:9,10,19 97:5
115:20 118:20
139:6 185:17,23,24
187:7,24 194:13
212:8 283:16 314:3
317:7,11,14 332:4
349:23 351:10
**expert's (1)**
78:8
**expertise (22)**
55:19 80:14,16,19,22
81:2,22 87:9,13
96:18 97:12,13
98:14,21 127:18
160:8 161:11,25
184:25 314:23
332:7 352:12
**experts (10)**
72:13,19,19 81:9
92:24 96:15 141:17
159:3 193:12
262:21
**Expires (1)**
356:20
**explain (8)**
37:11 128:15 171:6
183:10 231:4 269:3
315:17,23
**explained (1)**
315:22
**exploded (5)**
78:25 79:10,14
104:15 310:5
**exposed (1)**
134:5
**exposure (1)**

30:20
**express (1)**
304:9
**expressed (1)**
351:17
**expression (2)**
233:25 334:5
**extensively (1)**
41:4
**extent (13)**
24:17 96:2 143:23
148:11 150:22
191:17 202:9 204:8
238:14 248:22
281:20 296:7 323:6
**extra (1)**
18:10
**extraordinarily (1)**
304:17
**extrapolate (1)**
252:21
**eye (2)**
184:6 195:21
**eyeballing (1)**
259:20

_____

**F**

**F (1)**
243:18
**fabric (1)**
89:11
**face (7)**
132:22 169:25 170:11
332:23 333:6,13,22
**facilitate (1)**
265:13
**facilities (9)**
28:5 36:15 40:3
123:11 126:16,24
127:7,22 324:20
**facility (2)**
94:18 329:22
**fact (14)**
7:20 30:4 67:24 84:20
118:7 226:14 251:9
293:7 301:14 319:6
319:11 341:17
348:12,13
**factor (3)**
200:23 273:5 278:18
**factories (1)**
28:4
**factors (3)**
214:20 265:4 298:7
**factory (1)**
94:15

**facts (2)**
339:17 357:6
**failed (3)**
42:13 47:14 335:11
**failure (1)**
24:21
**fair (39)**
9:15 18:24 55:23 92:7
94:23 95:7 97:2
101:11 103:14
119:2 129:11 161:7
162:7 172:11 180:4
184:24 209:23
213:3,21 214:16
229:6 234:7,22
237:9 240:12,12
283:13,13 317:8,9
317:10 319:21
320:12 334:12
341:18 344:14
351:25 352:7,9
**Fairfax (2)**
64:15,16
**fairly (3)**
99:14 229:7 334:4
**fall (2)**
193:5,6
**falling (2)**
312:16 323:6
**false (1)**
209:2
**familiar (23)**
16:10 70:15 77:6
104:13 106:5
107:15,17 117:20
118:22 129:3
132:21 133:4
134:18 153:3
163:22 176:12
179:22 181:24
214:3 230:11
249:20 271:24
320:19
**famous (1)**
29:18
**fan (9)**
103:3,4 160:21
176:14,22,22 221:6
266:7,11
**fan-blowing (3)**
159:21 160:17 162:8
**fans (5)**
265:13,20 266:4,24
272:2
**fans/vents (1)**
266:2

**far (8)**
27:3 41:22 181:20
185:18 258:2 294:5
328:24 343:6
**Farhad (3)**
115:24 136:18,19
**Farr (1)**
286:11
**faster (2)**
155:25 231:9
**father-in-law (1)**
107:21
**faux (1)**
223:20
**favorable (1)**
62:16
**FDA (4)**
5:7 260:17 261:2
264:9
**federal (3)**
32:23 34:24 124:23
**FedEx (1)**
12:10
**feeder (1)**
307:16
**feel (13)**
76:23 144:18 145:8
259:10 278:3,23
283:7,17 285:8,11
317:17 318:17
329:12
**feeling (3)**
169:11 197:19 341:12
**fees (1)**
67:13
**feet (33)**
91:17 132:20 135:13
135:15,17,19 136:4
136:24 137:9
149:22 150:8,16
170:2,4 191:11
250:17,19 251:2,5
252:13 257:19
258:8 266:8,8,15,16
272:4,8,8 290:9,12
304:25 322:18
**fell (2)**
57:22 59:15
**fellow (1)**
125:15
**felt (5)**
69:13 71:11 102:4,7
134:4
**ferret (1)**
43:14
**fewer (1)**

153:24
**FGI (1)**
125:2
**fiberglass (3)**
59:10,13,17
**fibrous (1)**
59:25
**field (26)**
7:24 57:9 70:2 227:12
227:15,17,18
265:16 268:4,13,21
269:6,19,20,23
270:5,7,15 275:11
275:14 276:19,23
276:25 292:7
293:14,20
**Fifteen (1)**
22:8
**figure (27)**
47:6,17 92:13 109:18
144:14 145:7 188:4
188:5 193:20 195:9
218:16 219:3 222:7
229:20 254:18,20
255:25 257:12
258:20 259:7
260:14 263:8,22
265:3 303:13,20
331:2
**figures (2)**
165:24 332:11
**filter (109)**
81:11,17 84:20 103:6
103:25 104:4,8,12
104:17,20 105:3,15
105:19 128:5,10,11
128:11,12 129:11
129:13,15,25 131:8
154:23 156:19
158:17 159:2
162:23 163:3
164:20 167:10,14
167:22 168:2
169:25 170:6,10,16
177:3 224:18,19
225:21 226:4
243:21 245:7,10,18
245:19 248:9,14,15
248:20 286:11,12
286:14,17 287:8,11
289:22 290:5 291:4
291:5,25 292:6,7,11
293:14,18,19
295:17 296:18
301:15 306:9
309:19 310:14

311:5,9,16 325:13
326:13,18,24 327:2
327:10 328:16
329:16 330:21
331:18,19 332:8
333:7,8,14,20,23
337:11,14 338:6,18
339:11 340:3,5,25
341:2,3,4 350:20,25
353:25
**Filter's (1)**
287:12
**filtered (7)**
189:8 190:4 321:24
322:6 325:11,23
338:5
**filtering (3)**
166:19,23 217:22
**filters (40)**
100:17 104:14,21
105:4,20 128:25
129:5 130:23
132:10 154:15,18
158:9,21 159:5,10
162:3 166:4,18,18
167:6,20,25 168:5,8
168:25 173:20
177:6 190:20 248:2
285:22 296:5 297:3
306:15 309:24
310:17,23 311:6
329:21 340:4,7
**filtration (29)**
28:22 48:22 79:13,15
81:6,7 89:4 107:8
128:2 129:13 160:2
160:23 161:12,21
164:21 166:11,12
189:9 224:13 303:6
317:11 319:7,9
327:25 332:2
337:11 340:22
341:6,9
**filtrations (1)**
325:18
**final (9)**
129:25 290:15,24
291:2 294:15,19
326:25 327:10
340:2
**finally (1)**
316:4
**financial (1)**
317:21
**find (22)**
18:23 36:19 43:13

62:13 108:5 110:3
155:15,25 156:2
199:22 212:18
213:24 235:7
244:12,15 255:5
263:10 264:13
299:22 314:18
323:5 346:23
**finding (1)**
214:4
**findings (2)**
252:21 330:24
**fine (7)**
14:18,20 18:25 36:20
122:15 156:6 274:3
**finger (1)**
258:14
**finish (6)**
8:25 42:6 54:20 183:3
205:3 224:7
**fire (1)**
56:18
**firm (3)**
27:21 33:7 64:14
**first (43)**
6:24 8:18 11:6 12:19
21:4,10 33:21 36:7
37:6 38:17 45:14
49:7 53:5,17 63:4,5
64:10 84:18 92:12
120:14,15 128:14
142:19 158:4 168:9
188:20 204:11
211:23 232:5 246:5
259:17 260:24
266:11 280:19,25
281:2 282:10,11
290:7 306:23
313:20 330:8,16
**fishing (1)**
108:4
**five (10)**
47:25 54:8 116:25
141:5 178:11 241:6
263:17 323:21
325:23 340:4
**fix (1)**
102:23
**FL (1)**
3:12
**flat (6)**
104:6,12 286:14
311:5,5 329:19
**flexion (1)**
311:13
**flip (1)**

346:14
**floor (32)**
101:16 149:9 220:24
221:10,19 240:23
268:18 270:19,22
271:2 275:16
276:11 303:9,17
304:7 306:25 307:4
307:10,12 322:11
326:3 334:19,24
335:5,16 336:4,7,8
336:12 339:22
344:21 351:3
**floors (1)**
308:19
**flow (34)**
90:18,25 91:8,20 92:8
92:24 93:3,8,18
95:22,24,25 96:8,13
96:20,22 98:13,13
102:4,7 132:23
181:16 228:17,21
229:16,19 241:18
265:16 268:4 270:6
290:11 300:25
349:11,16
**flows (1)**
91:11
**flu (1)**
320:16
**fluid (2)**
134:15 324:6
**fluids (1)**
344:19
**fluorescence (1)**
197:22
**flush (2)**
318:7,9
**fly (2)**
317:24 349:18
**focus (5)**
30:16 78:18 218:10
218:14 261:11
**focused (2)**
182:3 261:4
**folks (2)**
22:4 23:2
**follow (3)**
123:3 274:5 294:8
**followed (1)**
114:8
**following (2)**
92:13 324:6
**follows (1)**
6:25
**font (1)**

240:13
**foot (18)**
132:20 133:10,12,15
221:10,19 241:13
258:11,21,24
303:11,14 304:2,4,6
304:9,13 305:8
**footnote (4)**
92:11,16,18,22
**footnotes (1)**
142:13
**force (3)**
35:10 36:16 221:18
**forced (4)**
1:6 6:5 236:18 298:25
**forced-air (9)**
23:15,17,19 110:20
237:23 253:8
274:23 297:12
302:22
**foregoing (1)**
355:6
**forever (2)**
146:9 220:5
**forget (1)**
128:18
**forgot (1)**
29:8
**forgotten (1)**
61:11
**form (127)**
25:20 26:10 55:4,14
55:20 58:20 61:3
62:3 65:9 84:15
86:4 91:2,14,25
95:4 97:8,22 98:24
102:18 106:20
107:3,10 110:11
113:18 122:8,20
123:15 124:5,17
126:17,25 127:8,19
131:10 133:25
135:22 136:25
146:3 152:8,15
158:11,19 161:4
162:13 166:6
169:15 170:22
172:15,22 173:24
174:17 175:4,15,22
181:2 182:16
183:19 185:4,13,20
192:24 194:10
196:23 199:25
201:13 202:3
206:23 209:11,24
210:25 212:23

214:24 219:12,21
221:12,21 222:23
228:23 230:6,15,20
233:23 234:12
235:10 237:12
238:6,14 239:2
241:19 244:4
245:12 246:22
251:18 252:4,15,23
253:21 261:24
262:10 268:14,22
269:7 285:16 288:6
291:21 296:7,21
299:16 300:2
301:17 307:22
309:10,25 312:9,20
315:3 318:24
319:23 321:9
322:12 326:20
328:5 333:25
338:21 339:16
342:4 348:15
**Fort (6)**
35:9,9,9 36:13,16,18
**forth (3)**
35:10 39:5 355:9
**forward (1)**
96:3
**found (21)**
69:11 153:5,12
165:10 167:24
172:20 201:22
207:6 211:9 216:12
216:13,16 235:8,15
239:11 244:15,17
259:22 266:4 268:3
328:13
**foundation (52)**
55:5 92:2 123:16
124:18 127:9 134:2
135:23 137:2 152:8
152:16 158:12
160:9 162:13 163:7
163:10 172:23
173:25 174:18
175:5,16,23 177:17
182:17 194:11
197:4 201:14
206:24 214:25
219:13,22 221:13
221:22 222:24
230:5,6,21 241:20
244:5 245:13 252:5
268:15,23 285:17
288:7 291:22
301:18 312:10

321:10 322:13
338:22 339:18
342:5
**four (18)**
39:8 52:16 53:2 77:13
78:16 141:4 150:2,3
190:8,13 191:2
222:4,9 258:10
310:22 323:22
325:23 340:4
**Fourteen (1)**
241:12
**fourth (2)**
15:20 56:14
**FPM (1)**
149:6
**fraction (1)**
202:6
**fractional (2)**
293:23 294:18
**fractions (2)**
348:22 349:3
**France (1)**
204:16
**Frank (7)**
47:8,9 48:15,18,20
49:2,4
**free (2)**
76:23 187:16
**French (3)**
203:9 344:25 346:19
**frequently (1)**
92:19
**fresh (2)**
318:2,4
**friend (1)**
115:12
**friends (2)**
33:11 82:9
**front (13)**
11:9 12:7 14:11 18:18
40:13 43:12 121:13
146:21 183:9
232:25 239:4 267:9
330:12
**full (3)**
7:9 144:10 280:8
**fully (3)**
53:23 340:13 351:2
**Fulton (2)**
111:17 113:5
**fun (2)**
28:12,13
**functional (1)**
351:3
**functioned (1)**

309:8
**functions (2)**
307:5 308:3
**Fungal (1)**
57:7
**Furnace (1)**
308:14
**further (15)**
132:25 165:15 184:13
248:12 250:9
313:12 348:11
349:8,9 353:19,20
354:12 355:11,13
356:3
**Furthermore (4)**
168:24 329:20 339:25
340:7
**fuzzy (1)**
88:9

--------

## G

**G-A-L (1)**
254:15
**Gabe (5)**
10:18 18:4 139:18
141:7 148:9
**Gabe's (1)**
274:6
**Gabriel (2)**
3:3 6:19
**Gaison (1)**
254:11
**Galson (9)**
254:11,13,17 255:4
256:2,19 257:8,17
304:20
**Garcia (4)**
1:24 2:7 6:12 355:20
**Garrett (1)**
22:23
**Gary (3)**
77:3 93:13,14
**gas (1)**
56:18
**gasket (5)**
310:10,11,11,12,13
**gaskets (2)**
292:23 340:10
**gather (1)**
10:12
**gathered (1)**
69:5
**gauge (2)**
290:19,21
**geeks (1)**
36:10

**Geez (1)**
277:24
**Gen (1)**
139:18
**general (21)**
22:13 70:17 88:20,25
107:20 109:16
123:6 129:6 130:4,5
153:23 154:19
179:24 203:14
230:13 242:25
262:7 303:14 304:2
304:3 319:18
**generally (8)**
109:19 186:11,19
196:17 199:14
200:22 204:20
226:8
**generate (8)**
177:15,19,23 178:21
179:5,12 180:19,24
**generated (6)**
245:10 248:6,19
314:7 318:8 323:3
**generates (1)**
180:5
**generating (1)**
272:3
**generation (1)**
247:23
**generic (3)**
154:24 234:16 334:5
**Genevieve (4)**
3:7 6:17 308:16
313:15
**gentle (1)**
181:10
**gentlemen (1)**
73:24
**gently (1)**
91:11
**Georgia (1)**
36:18
**German (2)**
181:24 319:4
**gestures (1)**
9:7
**gesturing (2)**
99:12 311:12
**getting (6)**
38:15 141:17 148:11
195:25 198:21
280:3
**give (15)**
17:17 18:23 35:3 39:7
75:3 89:7 92:4

142:24 154:5 156:5
187:4 204:3 215:18
277:25 288:9
**given (7)**
7:12 17:16 43:6
133:13 186:8 220:8
322:3
**glad (1)**
136:12
**glance (1)**
274:17
**glanced (1)**
271:23
**glancing (2)**
233:11 333:9
**glider (1)**
220:4
**go (65)**
8:16 12:17 20:18 25:6
25:7 26:9 27:16
28:17 29:2 30:9
37:10 51:20 54:19
56:12 61:5 64:2
67:14 76:23 81:12
86:5 137:24 155:17
156:13 165:7,14,19
199:13 201:22
203:4 220:20
224:18 231:9
232:13 234:19
235:21 239:25
240:19 247:22
249:23 254:20
256:13 258:2
262:18 266:25
267:14 268:20
270:20,23 271:3
273:22 277:17
278:14 293:10
311:9 314:24 315:9
334:22 338:20
339:13,19 340:3,5
347:10 348:11
349:8
**goal (3)**
102:12 123:5 124:16
**Goddard (5)**
254:12,17 255:5
256:19 257:9
**Goddard's (1)**
256:2
**goes (18)**
39:12 88:9 129:14
168:3,23 197:7
217:2 268:17,17,18
276:10 287:24

294:20 295:5
311:16 348:20
353:25 354:7
**going (92)**
8:23 9:13 11:13 14:6
18:14,21 21:19 22:3
29:23,24 33:2 36:3
37:24,25 38:9,14,21
40:8 42:12 43:25
46:22 49:15,16 54:9
54:17 67:20 71:18
72:18 74:17 79:22
82:20 90:2 95:20
109:3 124:4 127:5
130:15 133:14
137:12,17 138:24
140:5 141:2,16
143:14,23 147:23
148:11,12 150:25
154:3,5 158:24
159:8 160:5 161:2
162:12 167:14
171:11 175:25
177:19 180:14
183:8 194:22 204:4
208:24 212:3
214:19 218:5 231:9
231:17 248:20
279:17,19 281:18
284:25 296:9
313:19,24 314:6
315:12 318:2
320:17 323:5
325:10 327:9
332:18,19 336:2,25
338:23 339:22
**golf (1)**
68:15
**good (9)**
7:4 75:7 137:16
255:20 269:24
340:10,12 347:9
349:19
**Google (2)**
24:7 250:18
**Googled (1)**
234:2
**Googling (1)**
84:8
**Gordon (5)**
3:10 6:21,21 21:10
63:9
**Gormley (2)**
223:16,17
**gosh (4)**
34:17 43:9 145:8

221:5
**Goss (297)**
3:14,23,25 6:15,15
7:3,7 10:2,25 11:7
11:11 13:11,19 14:8
14:15,20,24 15:16
17:4,5 18:19,25
19:2,13 20:24 21:2
21:3 24:23 25:4,12
25:16 26:7 40:12
42:19 43:18 44:8
45:8 47:2 48:7,10
49:13 51:19 52:3,24
54:19,23 55:9,15,22
58:21 61:7 62:5,22
65:10 72:9,10 73:5
73:7,9 78:22 84:22
86:11 91:3,21 92:6
95:6,9,12 96:5,25
97:3,11 98:2 99:3
99:16 102:19
106:23 107:5,13
109:15 110:16
111:8 113:20 119:8
121:19 122:11,24
123:17,23 124:22
126:21 127:3,13,20
131:14 134:13
136:2,15 137:6,14
138:10,16 140:8,12
141:10,19,22 142:2
142:10,16,17 144:2
144:8,11,12 145:22
146:4 147:3,7
148:14,20 151:6,7
152:11,20 154:7,12
155:18 156:12,21
156:24 157:3
158:13 159:14,17
159:19 160:11,12
161:9,17 163:13,16
166:9 169:10,19
170:23 172:18,24
173:4 174:2,20
175:10,19 176:3,6
177:20 181:4
182:21 183:21
184:20,21 185:7,15
185:22 190:4,5
193:4 194:16,25
195:7 197:2,6 199:6
199:12 200:7,12
201:15 202:4,13,14
203:20 204:19,24
206:4,8 207:2
209:17 210:3 211:2

213:2,4,6,13,16
215:4,10 219:14,24
221:14,24 223:2
228:24 229:12
230:10,16,24
231:15,24 234:3,13
235:17 236:3
237:15 238:9,18
239:5,25 240:5,17
242:2 244:6 245:14
247:2 249:15,19
250:4 251:22 252:8
252:18 253:4,22
254:5 255:10
260:22 262:4,14
268:7,10,19 269:2
269:17 273:17
274:2,5,10,14
275:20 280:15
281:24 282:5,20,24
283:3,12 285:19
286:22 289:19
292:3 296:11 298:2
299:20 302:5
303:22,24 305:13
305:14 309:14
311:15,21 312:13
313:2,6 315:3
318:24 319:23
321:9,16 323:17
326:20 327:19
328:5 329:11 332:3
333:25 338:21
339:16 342:4,12
344:15 345:12
348:15 350:5 352:8
352:11 353:6,21
354:12
**gotcha (1)**
83:9
**gotten (3)**
33:4 66:8 233:11
**govern (1)**
334:15
**government (2)**
124:24,24
**grandfather (1)**
198:16
**grandfathered (1)**
60:17
**grant (1)**
34:24
**grants (1)**
35:3
**graph (2)**
211:14 287:23

**graphic (3)**
218:16 263:16 265:2
**gravity (1)**
219:20
**grease (1)**
327:7
**great (3)**
51:21 134:11 208:15
**greater (14)**
167:15,18 206:11,16
207:16,19 251:16
251:24 266:16
331:3 338:15 339:5
345:17 346:8
**greatly (2)**
172:12 255:16
**green (1)**
59:7
**grew (2)**
33:14,16
**ground (2)**
8:16 322:17
**group (8)**
38:24 39:6 42:2,2
89:19,23 153:21
300:24
**groups (1)**
272:19
**grow (1)**
60:4
**grown (2)**
272:19 273:5
**growth (1)**
59:4
**guess (37)**
13:13 33:21 39:17
41:2 43:25 44:7
45:5,7 57:23 74:24
78:7 83:4 84:9
86:25 100:6 110:15
118:9 139:18
141:10 155:5 157:2
159:7 172:5,25
174:6 175:17
192:20 200:2
226:12 239:21
256:2 281:3,4,8
284:25 291:23
349:15
**guessed (1)**
171:25
**guessing (1)**
44:9
**guide (3)**
125:2 164:7 184:14
**guideline (5)**

38:10 39:19,20,23,24
**guidelines (8)**
97:16,17 125:12,18
203:9 260:4,11
346:20
**gurus (2)**
93:2,8
**guy (18)**
22:17 42:11 47:14
66:9 76:25 93:11
109:25 110:2 115:8
117:4 162:18
168:13,18 181:24
225:2 239:17,18
280:11
**guys (7)**
92:25 94:19 96:11,15
115:20 280:5,7

---

**H**

**H (1)**
37:16
**habits (1)**
34:5
**HAI (4)**
193:14 194:7 262:23
312:2
**hair (2)**
102:22 103:5
**HAIs (4)**
53:6,9 54:3 262:25
**half (9)**
41:25 42:4 241:9
242:5,13 251:11,14
307:12,17
**halfway (3)**
165:12 274:21,22
**hallway (1)**
334:22
**Hamer (4)**
5:9 273:10,18 274:16
**hand (4)**
38:15 99:9 220:4
355:17
**handler (9)**
57:11 59:5,6 190:20
322:16 326:25
327:4 339:24 340:2
**handling (2)**
327:9 340:8
**hands (4)**
42:4 46:12 99:13
194:15
**hands-on (1)**
56:14
**handwritten (1)**

14:12
**Hanegan (6)**
43:6,23 44:12 45:2
47:4 50:11
**happen (5)**
9:11 58:6 74:22
151:23 345:23
**happy (1)**
305:12
**hard (4)**
49:18 192:4 276:15
287:23
**Hardin (5)**
44:3,12 45:2,3 47:4
**Harvard (2)**
29:19,22
**hazards (1)**
23:17
**head (5)**
178:20 180:6 277:25
278:9 279:24
**heading (1)**
53:6
**health (6)**
27:17 29:17 37:15
257:7 298:10
299:12
**healthcare (12)**
31:12 40:3 45:12
56:17 74:10 123:11
126:15,24 127:7,22
168:8 324:19
**hear (3)**
24:12 145:17 184:19
**heard (12)**
38:3 73:8 76:6 82:2
154:7 179:14,17
197:22 198:4 272:5
302:11 326:8
**heart (2)**
57:8 195:21
**heat (22)**
9:18 81:2,4,5 83:17
134:5 144:18,22
177:11,15,19,23
178:21 179:4,8,13
179:25 180:5,18,25
182:3 277:16
**heater (2)**
83:10,10
**heater/cooler (6)**
261:12 265:20 267:5
267:23 271:19
344:12
**heater/coolers (1)**
268:6

**heating (6)**
38:4,6 102:24 147:10
245:4 344:19
**heating/cooling (4)**
5:8 260:18 261:5,7
**heats (2)**
83:3,18
**height (1)**
250:14
**held (4)**
6:7 38:22 335:13
341:24
**helium (2)**
247:10 252:21
**help (5)**
76:15 96:2 179:25
214:9 346:24
**helpful (2)**
20:22 345:15
**helps (1)**
230:18
**HEPA (24)**
84:20 89:3 130:22
131:24 132:10
166:4,11,17,18
167:6,14,20,25
168:8,25 169:25
170:6,10,19 225:6
338:6,8 350:20,25
**hereof (1)**
355:10
**hereunto (1)**
355:16
**Hey (2)**
115:21 293:6
**hidden (1)**
332:21
**high (13)**
145:15 168:6,9,25
205:25 210:9 241:8
259:21 272:24
291:4 304:17
326:19 351:3
**higher (19)**
26:14 35:18 129:21
130:3 147:20
170:11 192:7
201:25 207:7,10,16
207:20 211:10
217:3,7 228:22
251:4 284:10
307:18
**highest (1)**
287:24
**highlighting (3)**
15:22 139:10 140:6

**highlights (4)**
13:17 14:12 139:12
140:13
**Hill (5)**
1:12 2:6 6:8 34:5,11
**hip (12)**
107:22,24 108:14,25
109:6,17 207:7,20
222:2 226:16
261:22 281:16
**hired (1)**
34:20
**hiring (1)**
124:19
**hit (2)**
95:10 336:8
**hits (4)**
268:18 270:22 271:2
276:11
**hmm (1)**
234:18
**hmm-hmm (1)**
9:7
**Hmm-mmm (1)**
308:5
**Ho (3)**
76:11,12 77:15
**Ho's (3)**
139:7 198:2,5
**Hockaday (5)**
68:4,7,11,16,19
**HODGES (1)**
3:4
**hold (5)**
97:5 284:7 314:10
336:10 339:10
**hole (1)**
281:12
**holes (4)**
28:19 91:10,22
275:24
**home (1)**
233:12
**homework (1)**
42:11
**honest (4)**
11:15 92:23 271:23
283:11
**honestly (8)**
69:17 71:9 74:24
104:10 130:17
223:13 289:3 305:9
**hope (5)**
91:19 178:17 321:24
322:14 342:11
**horizontal (2)**

268:18 270:24
**horizontally (7)**
268:4,12,20 269:5,16
270:16,18
**hose (16)**
102:8 239:14 240:24
241:18,24 242:9
243:11,21 244:2
267:15,25 275:22
281:4 327:21
331:19,24
**hoses (4)**
239:19 240:16 243:21
266:19
**hospital (62)**
4:21 5:16 36:4,5,10
36:15,17,23 37:13
37:14,18,22 45:12
45:18,20 59:23
61:17,20 81:17 82:8
82:18 86:23 87:5,13
89:21,25 90:10 91:4
91:6 93:20,24 97:20
107:8 113:9,23
118:9,11 122:17,19
123:12,13 125:3
127:4,12 164:13
171:7 186:8 201:10
247:15 250:10
253:10 256:5,21
302:7 303:10,15
304:2 315:20 316:8
322:16 334:7
351:11
**hospital's (1)**
58:5
**hospital-acquired (3)**
53:9 54:25 226:25
**hospital-associated ...**
53:12
**hospitals (32)**
34:15,23 35:4,17,21
36:8,12,14 37:3,4,5
38:11 39:20 41:10
53:19 82:10 99:22
124:3,7,9,15 125:12
127:11,15,17 182:8
225:5 228:21 234:5
252:12 256:9
318:20
**host (1)**
195:12
**hot (8)**
33:8 179:16 228:4
231:6 264:12
276:11 277:7

313:24
**HotDog (3)**
106:6,10,14
**hotter (1)**
231:6
**hour (12)**
26:11,15,17 133:13
137:13 180:21
188:22 190:7,17,24
194:23 229:16
**hourly (3)**
26:5,11 67:10
**hours (4)**
66:25 67:9 218:25
329:23
**house (2)**
66:10 198:22
**household (3)**
307:5 308:4 309:9
**houses (3)**
32:13 34:8,21
**Houston (1)**
3:5
**Howorth (4)**
5:5 249:21 250:7
274:25
**Hugger (154)**
1:6 6:5 22:18 23:10
23:12 24:4 69:16
70:7,16 79:2,10,15
82:2,13,17,22,25
84:3 100:7,13,16,21
100:23 101:8,14,20
102:5,8,12,17
103:10,15,19 104:2
104:14 105:16,20
105:22 108:8 112:7
112:14,21 113:7,10
113:14,14,17,22,24
114:2,4 115:22
117:15,22 144:19
144:23 145:9,10,23
146:11,22 147:6
148:24 150:12
151:10,19,23
161:22 162:3,24
171:7 176:13 177:7
177:10 180:24
226:3 228:10
229:20 232:3 235:9
239:11,13,14
241:23 242:22
244:23,24 245:23
246:20 247:5
261:18 266:17
267:13,22 268:12

269:4 275:10 277:7
278:22 279:8,13,24
282:16 283:5
284:22 290:5
292:14 293:14,19
296:5 297:19
300:24 301:14,22
303:6 306:14,18,24
307:3,10 309:8,23
310:14,19,24
311:23 312:6,23
314:16 315:18
316:7,17 325:25
326:13,18,24
327:17 329:17
330:21 331:7,15
338:19 339:12,21
340:5,12 341:2
350:4,11,17 353:25
354:7,8,9
**Hugger's (1)**
276:6
**Huggers (8)**
82:5,22 85:21,22
111:22 112:17
116:16 331:2
**human (1)**
86:19
**humidifier (3)**
59:11,25 60:19
**humidity (4)**
57:20 58:13 59:12
60:2
**hundred (1)**
282:4
**hunt (1)**
285:2
**HVAC (83)**
35:17,21 36:5,6 41:10
52:9 53:6,18,22
56:19 59:23 60:9,25
61:23 66:15,19
74:10 80:23 87:15
87:25 88:20 94:17
107:9 110:9 122:6
122:19 125:11,18
126:15 127:21
152:23 153:5,14,25
159:10,11,18
161:11,12 167:6,21
167:25 168:17
169:13 171:10,11
172:6,12 177:7
184:9 199:2 248:2,5
248:14,15,20 249:3
249:5,21 310:25

312:19 314:15,19
316:8,22 317:15,19
318:10,21 319:7,9
321:15,24 322:20
325:10,11,19
334:11 338:16
339:7 341:4,22
352:15
**hygiene (1)**
87:14
**hypothermia (1)**
85:15
**hypothesized (2)**
133:21 134:23
**hypothetical (1)**
306:4

——————— **I** ———————

**I.D (1)**
356:15
**IAQ (1)**
151:10
**idea (9)**
18:2 32:7 39:15 60:19
60:20 110:23
135:18 326:5,7
**ideal (1)**
313:25
**identification (30)**
9:25 13:24 14:2,4
25:15 40:11 42:18
43:17 50:2 52:23
62:21 119:7 121:18
156:15 163:15
200:11 203:19
215:9 236:2 240:4
249:13 254:4
260:21 273:16
280:14 286:21
289:16,18 297:24
302:4
**identify (2)**
43:21,23
**IES (1)**
35:15
**illness (1)**
132:5
**imagine (2)**
235:4 255:23
**imaging (1)**
77:7
**impact (2)**
316:6 351:18
**impinged (1)**
252:2
**implementation (1)**

35:5
**implicit (1)**
320:4
**importance (2)**
225:21 300:10
**important (11)**
38:13 123:8 133:19
218:4 230:4,4
252:20 318:15
327:5 340:21,23
**importantly (1)**
65:5
**improve (3)**
88:11,16 90:17
**improved (1)**
86:16
**improvements (1)**
94:22
**in-my-head (1)**
250:21
**inadvertently (2)**
150:23 151:3
**inch (4)**
241:10 307:12,14,17
**inches (12)**
90:21 241:10 242:6
279:9,23 280:22
290:20 291:7,9
294:4,13,16
**incidence (2)**
152:24 153:7
**incision (1)**
226:23
**inclined (1)**
36:19
**include (10)**
13:2 16:6 30:2 88:12
144:22 180:10
186:6,7 232:2 257:2
**included (6)**
16:16 17:6 19:4 23:23
195:15 233:10
**includes (1)**
167:8
**including (6)**
20:13 56:17 183:11
193:21,24 337:7
**inconsistent (1)**
330:7
**incorporate (3)**
125:16 130:22 177:2
**incorporated (2)**
27:24 136:22
**incorporates (1)**
301:14
**increase (12)**

131:8 231:12 235:8
235:15 237:25
253:8 285:4,6
298:11 302:23
316:18 347:25
**increased (9)**
60:10,25 109:22
110:21 238:3 252:9
299:10 312:2,7
**increases (2)**
284:23 295:12
**increasing (1)**
191:23
**indefinitely (1)**
220:3
**independent (2)**
67:4 183:17
**INDEX (1)**
4:2
**indicate (5)**
98:10 145:3 183:9
301:3 352:23
**indicated (1)**
80:13
**indicates (7)**
247:22,23 284:22
290:8 325:3 333:14
343:18
**indicating (3)**
87:16 311:10 327:21
**indication (1)**
256:20
**individual (2)**
62:8 110:25
**indoor (3)**
151:18 256:18 257:4
**Industries (1)**
28:10
**industry (4)**
32:6 60:18 91:8
123:19
**infection (57)**
4:21 5:16 43:3 45:17
45:19,19 46:9,14
56:25 57:6,7,14
59:22 60:6,10 61:2
80:22 108:25 109:6
109:17 117:3,6
134:23 153:7,14
164:13 183:13,15
183:16,18,23 184:2
184:11 193:9,13
194:18 195:10,11
195:23,25 201:11
214:7 217:21 218:3
218:14 226:7

228:13 238:3
261:19 262:22
302:7,24 312:7
316:2 317:8 334:7
352:6
**infections (44)**
46:19 47:21 48:2
52:11,15 53:10,12
53:21 54:11,12,25
55:2,11,12 56:3
87:7 95:3 107:16
108:17 135:9
152:24 153:24,25
193:17,22,23 194:9
194:9 196:3,20
200:23 214:19,21
226:16,22 227:2
247:19 253:9
261:22 262:6,7
263:13,18 316:14
**infectious (10)**
4:18 45:11 46:12
53:20 80:16 86:22
119:10 120:2 265:5
317:5
**inference (1)**
349:15
**inflow (2)**
132:12,14
**influence (2)**
272:21 299:13
**information (11)**
26:4 108:17 112:10
133:2 142:5,25
246:18 288:9 311:7
312:11 333:5
353:15
**informative (1)**
133:3
**infusion (1)**
240:25
**initial (5)**
290:14,23,25 294:3
294:12
**initially (1)**
22:18
**initials (1)**
11:5
**inorganic (4)**
184:3 186:12 343:3,4
**input (1)**
121:2
**insertion (1)**
45:23
**inside (14)**
42:21 57:11,14,15,16

59:4,18,20 101:22
102:17 245:10
265:14 306:17
327:22
**insides (1)**
102:14
**insight (1)**
225:16
**insignificant (2)**
284:14,17
**insist (1)**
89:3
**installation (1)**
62:7
**installed (4)**
79:17 225:22 234:5
292:23
**installing (1)**
33:10
**instantaneous (1)**
146:6
**instruct (2)**
148:12 296:10
**instructs (1)**
243:25
**instrumentation (2)**
33:24 57:19
**instruments (4)**
28:18 194:14 347:24
348:5
**insulation (1)**
57:22,25 58:17
**intake (4)**
149:8,11,14 245:7
**integrated (3)**
33:20 35:15 90:7
**intend (2)**
105:14 306:12
**intended (3)**
122:6 125:8 334:15
**intending (2)**
123:2 186:2
**intends (2)**
24:14 131:8
**intent (1)**
65:25
**intention (2)**
273:13 317:3
**intentional (1)**
92:18
**interest (2)**
144:9 234:11
**interested (6)**
63:19 82:7 127:6,17
247:3 355:15
**interesting (1)**

37:4
**interfere (1)**
56:6
**internationally (1)**
204:14
**internet (2)**
23:22 108:5
**interpret (2)**
149:9 238:12
**interpretation (1)**
238:17
**interrupt (1)**
8:24
**intervention (1)**
153:14
**interventions (1)**
152:23
**interviews (1)**
40:23
**intravenous (1)**
45:23
**introduce (2)**
6:13 275:10
**introduced (1)**
284:9
**introduces (1)**
177:11
**introduction (4)**
45:10,22 46:9 50:24
**invent (1)**
196:6
**invented (2)**
22:18 197:16
**investigate (2)**
32:11 265:19
**investigating (2)**
87:6 201:19
**investigation (3)**
86:22 302:21 349:9
**invoice (5)**
19:14,15 20:4,16
142:19
**invoiced (1)**
19:19
**invoices (5)**
19:3,9,12,16 20:22
**involve (2)**
35:20 134:15
**involved (12)**
37:6 38:13,18,19 39:4
56:25 65:17 66:20
77:9 82:15 119:24
129:22
**Ireland (1)**
36:15
**irrelevant (1)**

217:14
**isokinetic (1)**
28:21
**isolation (2)**
304:3 341:15
**isotopes (1)**
166:23
**issue (4)**
70:16 188:24 204:23
349:11
**issued (1)**
19:9
**issues (2)**
100:4 353:6
**it'll (1)**
18:17
**Italy (3)**
204:15,18 347:20
**item (4)**
15:20 21:19 22:6
297:10
**items (2)**
10:11 151:14

--- J ---

**J (2)**
1:24 2:7
**Jarvis (1)**
73:14
**Jeff (3)**
44:2,3 49:6
**Jeong (1)**
133:3
**Jim (4)**
10:18 76:12 130:15
139:7
**Jimmy (1)**
35:2
**JNE/FLN (1)**
1:9
**Joanna (1)**
53:2
**job (6)**
1:25 29:5,5 33:4
318:10 335:11
**Joe (2)**
111:17,18
**joint (1)**
178:25
**journal (5)**
5:16 143:10 255:23
302:7 330:12
**Julius (2)**
3:19 6:10
**July (4)**
74:17,18 285:23

286:2
**jump (2)**
54:21,21
**jumping (1)**
150:21
**June (7)**
1:13 2:2,10 6:8
142:19 355:18
356:21
**jury (2)**
24:15 314:25

--- K ---

**K-E-E-N (1)**
72:16
**K-O-E-H-N (1)**
72:16
**K-U-E-H-N (1)**
75:24
**Kaiser (1)**
319:25
**Kansas (1)**
61:12
**Keen (12)**
72:16 73:17,18,21,25
74:2 75:12,15,23
77:14,15 115:18
**Keen's (1)**
76:8
**Keens (1)**
73:19
**keep (9)**
14:14 33:25 73:20
90:19 224:9 231:17
320:25 323:8
347:13
**keeping (1)**
230:3
**KENNEDY (1)**
3:4
**kept (2)**
86:10 333:15
**key (3)**
16:16 188:5,19
**keyword (1)**
232:15
**keywords (1)**
233:4
**kick (1)**
92:4
**kids (2)**
113:4 198:14
**kilowatt (1)**
180:16
**kind (28)**
7:16 23:5 25:6 32:8

36:9 58:18 85:21
87:24 89:11 91:11
93:2 100:20 103:23
116:6 117:3 120:12
123:7 171:23,24,25
182:3 187:6 198:15
198:19 259:19
274:4 344:11
349:13
**kinds (3)**
28:12 121:6 208:14
**Kingdom (2)**
249:18 250:8
**Kleenex (1)**
57:20
**knee (10)**
107:21 108:14,25
109:17 207:10,17
216:2 222:3 226:17
261:22
**knew (1)**
119:21
**know (257)**
7:22 8:23 9:21 11:3
11:15 12:7 13:20
22:12,14 28:9 30:7
31:6 32:9 33:10
36:10 37:3,9 38:7,7
38:19 41:7,15,24
42:2 43:11 44:25
46:24 55:8 58:10
60:16 61:4,21 62:18
63:6 65:5,17 66:11
67:19 69:2,17 70:17
70:24,25 73:23,25
74:3,24 76:2,14
77:3,3,25 79:24
81:9 82:10 83:6,7
84:17 86:16 87:17
87:23,24 88:9 90:21
92:25 93:6 94:20
98:3 104:25 105:7
105:17 108:3,15
110:17,18 111:18
114:3 115:2,24
116:3,19,21 117:5
117:23,25 118:3,7,9
118:10 119:20
122:2 126:3 128:22
128:24 129:2 134:2
134:16 136:6,10,12
137:22 139:16,19
140:10 141:4,19
142:8,11,24 145:13
145:14 146:14
150:21 152:17,19

153:8,8,9 154:10,21
155:9,11,14 157:11
157:13 158:14,15
158:23 159:23
160:19 161:16
163:19,20,20 169:7
171:18,18 173:5,6
174:3,19,21,25
175:20 176:7,9,16
177:4,9 178:19,22
178:23 179:4 180:4
180:13 182:19,19
184:4 187:10
192:15 193:23
194:12,20 197:3,5
201:16 205:5 207:3
209:14 215:19
218:21 219:15
221:5,15,16 222:3
222:16,17 224:24
224:25 226:12,14
226:24,24 227:5
232:6 233:9,25
241:21 245:5,15
246:12,14 249:9
252:17 255:18
257:14 258:2,7
260:9 263:9,15
264:24 269:14,25
270:8 272:6 276:5,7
277:16 278:8
279:21 280:3
281:23 285:18
287:5 288:13 289:2
289:3,6,13 292:25
293:3,6,7 300:17
301:7 305:18
308:25,25 309:3
310:13,15 313:15
320:15 321:11,12
321:18 323:14
324:22 329:15,22
331:6,8,14,17
332:25 334:20
336:4,21 340:11
342:8,23 343:6
344:6,8 346:22
knowing (2)
24:24 340:20
knowledge (10)
124:25 165:24 174:10
175:12 177:3
194:19 225:16
249:11 326:12
334:16
known (5)

71:18 116:24 327:17
329:25 356:14
knows (1)
213:14
Knox (3)
35:9 36:13,16
Koehn (1)
72:16
Koenigshofer (370)
1:1,11 2:1,5 3:1,21
4:1 5:1 6:1,4,23 7:1
7:4,11 8:1 9:1 10:1
11:1 12:1 13:1 14:1
14:10 15:1 16:1
17:1 18:1 19:1 20:1
21:1 22:1 23:1 24:1
25:1 26:1 27:1 28:1
29:1 30:1 31:1 32:1
33:1 34:1 35:1 36:1
37:1 38:1 39:1 40:1
41:1 42:1 43:1 44:1
45:1 46:1 47:1 48:1
49:1 50:1 51:1 52:1
52:5 53:1 54:1 55:1
56:1 57:1 58:1 59:1
60:1 61:1 62:1 63:1
64:1 65:1 66:1 67:1
68:1 69:1 70:1 71:1
72:1 73:1 74:1 75:1
76:1 77:1 78:1 79:1
80:1 81:1 82:1 83:1
84:1 85:1 86:1 87:1
88:1 89:1 90:1 91:1
92:1 93:1 94:1 95:1
95:21 96:1 97:1
98:1 99:1 100:1
101:1 102:1 103:1
104:1 105:1 106:1
107:1 108:1 109:1
110:1 111:1 112:1
113:1 114:1 115:1
116:1 117:1 118:1
119:1 120:1 121:1
122:1 123:1 124:1
125:1 126:1 127:1
128:1 129:1 130:1
131:1 132:1 133:1
134:1 135:1 136:1
137:1 138:1,18
139:1 140:1 141:1
142:1 143:1 144:1
145:1 146:1 147:1
148:1 149:1 150:1
151:1 152:1 153:1
154:1 155:1 156:1
156:19 157:1 158:1

159:1 160:1 161:1
162:1 163:1 164:1
165:1 166:1 167:1
168:1 169:1 170:1
171:1 172:1 173:1
174:1 175:1 176:1
177:1 178:1 179:1
180:1 181:1 182:1
183:1 184:1 185:1
186:1 187:1 188:1
189:1 190:1 191:1
192:1 193:1 194:1
195:1 196:1 197:1
198:1 199:1 200:1
201:1 202:1 203:1
204:1 205:1 206:1
207:1 208:1 209:1
210:1 211:1 212:1
213:1 214:1 215:1
216:1 217:1 218:1
219:1 220:1 221:1
222:1 223:1 224:1
225:1 226:1 227:1
228:1 229:1 230:1
231:1 232:1 233:1
234:1 235:1 236:1
237:1 238:1 239:1
240:1 241:1 242:1
243:1 244:1 245:1
246:1 247:1 248:1
249:1 250:1 251:1
252:1 253:1 254:1
255:1 256:1 257:1
258:1 259:1 260:1
261:1 262:1 263:1
264:1 265:1 266:1
267:1 268:1 269:1
270:1 271:1 272:1
273:1 274:1 275:1
276:1 277:1 278:1
279:1 280:1 281:1
282:1 283:1 284:1
285:1 286:1 287:1
288:1 289:1 290:1
291:1 292:1 293:1
294:1 295:1 296:1
297:1 298:1 299:1
300:1 301:1 302:1
303:1 304:1 305:1
306:1 307:1 308:1
309:1 310:1 311:1
312:1 313:1,14
314:1 315:1 316:1
317:1 318:1 319:1
320:1 321:1 322:1
323:1 324:1 325:1

326:1 327:1 328:1
329:1 330:1 331:1
332:1 333:1 334:1
335:1 336:1 337:1
338:1 339:1 340:1
341:1 342:1 343:1
344:1 345:1 346:1
347:1 348:1 349:1
350:1 351:1 352:1
353:1 354:1 355:1,8
356:1
Kowalski (16)
5:6 163:18,19,23
164:8 168:3,23
170:9 232:12
253:24 254:6
256:13 257:11
259:13 334:7 337:3
Kowalski's (3)
258:18,19 259:6
Kuehn (5)
73:17,21 75:23 77:15
281:22
Kuehn's (3)
5:10 279:12 280:18
Kwak (1)
293:11

_____

L

lab (7)
28:25 29:3,3 58:2
116:6 328:2 329:22
label (1)
10:24
labeled (3)
6:3 14:19 280:17
laboratories (1)
35:17
laboratory (4)
292:2,7,12,24
labs (1)
37:2
lack (3)
149:3 273:4 298:7
lacking (1)
311:7
lady (1)
66:11
laminar (34)
57:15 90:18,24 91:8
91:13,20,24 92:8,15
92:19,20,24 93:3,8
93:18 95:24,25 96:8
96:13 97:19 98:13
98:22 99:7 133:14
265:16 268:4 270:6

298:8,24 299:9
300:11,25 349:11
349:16
lamps (1)
178:20
Landrin (3)
200:14,14 211:8
lapse (1)
31:8
large (5)
64:14 83:2 284:13,16
356:20
larger (2)
196:18 346:24
lasts (1)
226:17
late (3)
32:17 59:10 283:22
latest (1)
129:9
law (2)
30:14 355:12
lawyer (2)
23:6 58:3,5 61:9
lawyers (3)
8:3 21:17 313:16
lead (1)
238:2
Leading (7)
327:19 329:11 334:2
339:17 344:15
350:5 352:8
leak (2)
311:17 330:2
leakage (1)
311:10
leaked (1)
330:9
leaks (4)
167:21,24 226:4
276:7
learn (1)
84:12
leaves (1)
279:7
leaving (2)
231:3 280:8
LED (1)
178:4
LEDs (1)
178:5
left (4)
52:4 270:23 271:3
308:24
left-hand (4)
250:2 345:17 346:5

346:25
**legal (2)**
 8:7 123:24
**Legg (10)**
 5:9 235:15,18,23,24
 236:8 272:11
 273:10,18 274:16
**Legg/Cannon (1)**
 5:3
**legs (1)**
 307:10
**Lemire (1)**
 50:14
**let's (28)**
 11:12 34:17 37:10
 48:11 49:14 51:20
 56:12,13 71:20
 88:12,18 93:17
 95:12 115:19
 128:14 138:10
 139:20 142:2
 239:20 254:20
 260:2 262:18
 263:24 272:10
 339:21 343:5 346:3
 347:12
**letter (3)**
 301:20 302:6 350:25
**letting (2)**
 86:16 144:3
**level (7)**
 96:16 166:21 195:12
 214:16,17 224:8
 306:5
**levels (11)**
 214:4 216:21 217:12
 247:10 256:18
 257:3,4,6 297:17
 299:23 351:3
**LEVIN (1)**
 3:10
**liability (3)**
 1:7 6:6 65:4
**license (1)**
 26:20
**licensed (1)**
 33:11
**licenses (4)**
 30:23 31:2,5,19
**lifted (1)**
 281:12
**light (1)**
 228:3
**lighting (1)**
 178:2
**lights (7)**

177:22 178:8,10
 180:12 192:2
 343:14,18
**likelihood (1)**
 251:25
**limit (4)**
 203:8 259:17 262:16
 346:19
**limitation (2)**
 235:2 252:20
**limitations (1)**
 348:21
**limited (5)**
 34:12 87:21 238:19
 263:3 277:4
**limiting (5)**
 135:11,18 136:3,23
 193:22
**line (13)**
 42:6 138:3 211:13
 328:2 336:19 357:8
 357:10,12,14,16,18
 357:20,22
**linear (1)**
 285:14
**lined (2)**
 59:9,13
**lines (2)**
 345:16 346:6
**lining (5)**
 59:16,17,18 60:12,14
**LinkedIn (2)**
 115:18,21
**list (21)**
 10:8,11,21 12:17 15:2
 16:23 21:19,24 23:8
 30:22 40:8,14,15,19
 42:22 52:7,14
 142:12 157:20
 176:4 337:6
**listed (6)**
 164:21,24 165:25
 293:23 315:16
 328:16
**listing (8)**
 4:16 62:23 63:2,5,11
 63:15 65:20 66:7
**listings (1)**
 63:25
**lists (3)**
 165:4 256:25 290:14
**literally (2)**
 83:3 91:7
**literature (26)**
 85:17 114:6 159:4
 166:3,11 186:17

199:17,21 206:7
 213:22 216:22
 232:3,9,15 233:3
 235:6 239:7 246:3,6
 260:16 321:19
 326:22 327:20
 343:17,23,25
**litigation (7)**
 1:7 66:20 82:6 107:19
 108:13 118:24
 313:18
**little (27)**
 11:12 15:10 28:25
 31:23 33:5,6,6
 69:10 80:9 89:7
 92:4 134:7 165:15
 181:20 184:15
 188:21 204:3
 216:23 241:13
 254:23 274:21
 281:12 300:11
 307:16 321:23
 323:8 334:20
**little-known (1)**
 30:4
**live (1)**
 34:11
**lives (2)**
 96:13 115:12
**living (3)**
 27:10 332:15,17
**LMS (1)**
 328:8
**load (17)**
 142:20 143:4,9,16,20
 144:14,19,22
 145:24 177:16
 180:9,16 203:23
 205:17,21 222:8
 347:17
**loads (2)**
 207:25 211:5
**local (1)**
 115:8
**located (1)**
 161:15
**location (1)**
 282:8
**long (11)**
 23:8 26:8 32:21 33:12
 33:25 90:20 93:10
 116:24 146:18
 219:10 347:13
**longer (3)**
 214:22 299:9 300:13
**look (53)**

18:22 25:19 43:22
 58:8 61:5,14 64:22
 71:8 78:7 84:6,16
 105:10 109:8,10
 119:16 128:4
 132:17 137:15
 138:20 143:16
 144:24 145:10
 146:20 153:10
 165:3 202:15 204:4
 222:10 235:11,21
 236:7 239:20 243:8
 247:10 260:2,8
 263:24 287:22
 289:20,24 294:3
 298:3 302:19
 303:13 305:12
 321:7,14,20 324:25
 331:9 332:20 338:7
 350:8
**looked (24)**
 11:25 57:11,12,14,16
 78:25 79:12 84:10
 102:22 104:5
 106:15 107:22
 153:24 187:22
 213:12 233:14
 247:9,13 255:13
 298:19 304:22
 305:2 307:11 310:6
**looking (18)**
 28:23 36:4 102:16
 123:18,21 127:5
 142:7 155:14
 156:17 200:20
 236:17 238:23
 239:23 270:9
 287:11,11
**looks (18)**
 11:6 19:14 43:5 50:18
 63:3 75:7 83:2
 121:14 151:17
 188:9 198:24
 204:13,15 287:24
 346:15 347:19,22
 350:19
**lot (19)**
 13:3 34:11 43:10
 48:12 69:3 85:2
 109:24 127:14
 129:22 136:20
 180:22 187:2
 314:22 318:6
 319:15 330:8,9,9
 335:25
**lots (2)**

335:20,21
**love (1)**
 23:6
**low (10)**
 145:15 205:25 209:8
 209:19 210:5,7
 216:23 217:11
 237:11 259:20
**lower (7)**
 147:20,22 189:3,4
 228:22 229:23
 259:17
**lowering (1)**
 189:5
**lowest (1)**
 294:5
**Luciano (1)**
 166:25
**lunch (2)**
 138:17,19

_____
**M**
**machine (3)**
 176:25 241:4 245:10
**machines (2)**
 267:9 344:12
**magazine (1)**
 41:3
**magnitude (8)**
 20:13 206:7,21 222:6
 242:8 257:14,22,25
**main (1)**
 41:16
**maintain (1)**
 151:4
**maintenance (5)**
 79:3 184:16 185:2,10
 185:18
**majority (2)**
 108:12 179:7
**making (11)**
 89:24 130:14 140:24
 179:16 199:18
 210:19 225:21
 248:12 293:3
 340:21,24
**man's (2)**
 167:3,4
**mannequin (1)**
 281:15
**manner (3)**
 91:16 179:24 192:18
**Manning (4)**
 133:2,5,8 134:14
**manual (6)**
 41:10 52:9 53:18

114:25 145:11
244:7
**manuals (1)**
79:3
**manufacture (5)**
62:8 333:6,8,10
334:15
**manufactured (2)**
61:24 333:15
**manufacturer (17)**
23:16,20 61:25 90:5,9
94:16,17 159:24
160:15,21,24 162:8
162:22 163:3
328:16,19,20
**manufacturers (4)**
66:15,19 170:14
342:10
**manufacturing (2)**
28:5 171:17
**March (8)**
17:22 20:19,19 21:13
27:2 101:3,15
147:24
**marginal (1)**
217:20
**mark (8)**
13:12,22 14:6 143:14
156:13 240:2
246:14,18
**marked (38)**
9:24 10:4 13:23,25
14:3 16:2 25:14
40:10 42:17 43:16
49:25 52:22 62:20
69:10 119:6 121:17
138:22 156:14
157:4 163:14
200:10 203:18
215:8 225:8 235:25
240:3 249:12 254:3
260:20 273:15
280:13 286:20
289:15,17 297:23
302:3 323:16
330:14
**markedly (2)**
228:4 348:7
**marks (1)**
187:18
**marmalade (1)**
136:16
**master's (1)**
27:17
**masthead (1)**
42:25

**match (2)**
254:11,17
**matches (1)**
291:24
**material (3)**
41:22 283:8 322:19
**materials (12)**
10:13,20 12:5,6 16:14
24:14 76:24 106:7
138:20 145:9 232:6
328:23
**mathematical (1)**
97:23
**matter (9)**
6:5 8:7 25:18 123:24
126:7 314:4,25
351:15 353:11
**maximum (1)**
91:18
**mc (1)**
277:18
**McCoy (1)**
119:21
**McGovern (6)**
246:6 247:8,9,18
249:6 253:5
**MDL (1)**
1:9
**mean (50)**
8:2 11:16 17:15 35:25
36:3 58:7 67:19
69:10 78:25 79:12
83:15 92:21 96:25
98:16 108:3 122:12
133:24 137:23
172:4 192:15
204:16 205:20
210:18,19 221:9
226:14,16 229:9
231:4 234:23
236:14,20,20
242:25 248:3,22
249:9,10 250:13
259:19 270:18
275:7,24 305:24
310:4 320:13
325:17,20,21
341:14
**meaning (2)**
54:13 226:23
**means (4)**
183:23 318:8 345:18
346:8
**meant (1)**
154:25
**measure (11)**

28:15 197:9 199:15
204:22 208:16
224:19 245:22
277:10 279:22
307:20,25
**measured (7)**
149:20 205:15 271:5
271:7 279:10
286:15 299:4
**measurements (13)**
58:14 100:11,20
256:2,20 257:2
279:12 280:21
281:21 282:16
283:4,15 328:2
**measuring (1)**
304:7
**mechanical (2)**
56:18 221:18
**mechanisms (5)**
219:8 220:25 221:3
245:18 326:25
**med (1)**
56:18
**media (7)**
104:20 105:3,15,19
329:5 333:20 334:4
**medias (1)**
296:18
**medical (26)**
7:17 30:20 36:16 56:6
56:21 80:10 108:7
161:13 162:17
163:4 184:16 185:3
185:11,18 269:25
314:19 317:11
321:6,8,13 322:10
325:4,6 332:4
334:16 344:4
**medium (1)**
333:23
**Medline (1)**
232:14
**meet (4)**
21:16 124:20 143:9
272:7
**meeting (9)**
21:12 39:9 80:5 101:4
101:7 130:11
188:17 271:18,21
**meetings (19)**
21:13 37:25 38:2,14
75:9 79:24 116:10
117:11,11,14
118:15 120:18
129:20 130:16

131:5 181:25 187:3
325:9 332:18
**meets (2)**
248:15 303:10
**Memarzadeh (10)**
115:25 116:5 133:2,3
133:5,8,21 134:14
136:12 302:16
**Memarzadeh's (3)**
136:8,21 301:20
**member (12)**
37:9,17 39:2 74:16,19
74:23 75:16 120:6
120:11,22 138:2
301:6
**members (2)**
114:20 125:16
**membranes (1)**
299:6
**memorandum (1)**
250:11
**memorize (1)**
70:19
**memorized (2)**
213:12 320:10
**memory (3)**
114:24 235:22 328:14
**mention (1)**
243:19
**mentioned (14)**
39:18 40:7 58:22
62:14 82:13,23
83:25 104:12 120:5
174:23 176:25
228:20 233:16
277:6
**mentioning (1)**
73:16
**mentions (3)**
22:19 26:19 56:24
**MERV (58)**
128:11,11,15,18,22
128:24 129:4,17
154:14,17 155:5,6
156:20,25 157:4,5
157:21,25 158:8,17
158:21,25 159:5,10
164:20 165:4,9,17
168:5 169:23 170:5
224:19,24 225:3,5,9
225:17,18 275:17
275:17 286:15,17
288:11 291:11
295:23,24 301:15
319:10,10,11,12
325:12,12,13

337:10,14 338:3
340:14
**MERVs (1)**
337:21
**MESHBESHER (1)**
3:7
**met (6)**
7:6 49:17 79:18
119:21,22 346:10
**metal (1)**
91:10
**metaphor (1)**
181:19
**meteorological (1)**
30:12
**meteorology (2)**
27:7 29:10
**meter (34)**
202:2 203:7,11,15
205:23,25 206:5,10
206:15 216:18,18
242:5,13 254:11,17
257:15 258:7,12,16
258:24 259:15,18
284:9 304:14,15
305:4,8,18,20,25
331:4 346:17
348:25 349:2
**metered (1)**
211:11
**meters (8)**
250:13,14,16,18,25
257:19 304:10,24
**Meteyer (5)**
50:16 114:23 115:5,8
115:14
**method (4)**
197:9,12,14 208:5
**methodology (2)**
197:20 287:6
**methods (2)**
197:13 201:4
**metric (1)**
132:23
**Michael (8)**
50:16 73:10,25 75:11
75:15 76:8 115:18
118:23
**Michigan (1)**
117:4
**microbes (14)**
45:22 46:10 164:24
165:5 166:24
170:20 171:12
173:23 174:4,7
198:8,11 201:21

240:21
**microbial (10)**
59:4 170:3 199:24
203:23 207:25
211:5,10 243:20
256:17 347:17
**microbiological (13)**
55:18 200:16,21
201:2,7,25 202:21
202:23 205:11
208:4 345:3 347:5
352:11
**microbiologist (4)**
55:24 175:25 176:4
176:11
**microbiology (2)**
80:14 317:2
**micrometers (1)**
206:12
**micron (10)**
156:11 158:5 219:4
236:19,25 237:16
286:15,16 287:19
294:22
**microns (24)**
156:11,11 166:21
174:24 206:12,13
206:16,22,22
207:17,20 218:22
237:5,8 247:25
287:20,20,25 331:3
335:25 345:14,18
346:8,24
**microorganisms (8)**
60:3 173:15 174:12
187:16 193:12
197:10 247:18
262:21
**mid (5)**
20:19 32:19 37:23
40:4 60:15
**middle (1)**
29:6
**midway (1)**
247:17
**Mike (1)**
114:23
**military (2)**
35:8 36:12
**military's (1)**
36:10
**million (6)**
168:14,18 193:18,20
206:10 284:9
**Mills (4)**
47:8,9 48:16 49:2

**mimic (1)**
311:13
**mind (5)**
78:13 84:13 88:9
102:16 258:12
**mine (6)**
33:11 82:9 139:14
141:19 240:10
255:12
**minimal (4)**
168:8,13,15,20
**minimize (3)**
183:12 315:25 316:13
**minimizing (1)**
351:19
**minimum (18)**
122:9,13 125:9,17,22
128:5,17,20,23
129:17 131:8 161:6
169:5 202:11
224:18 291:11,14
303:10
**Minneapolis (7)**
3:8,16 20:17,18 21:12
80:6 313:17
**Minnesota (5)**
1:3 27:20 29:7 118:8
118:11
**minor (3)**
27:6 298:16,20
**minus (1)**
258:11
**minute (35)**
91:17 105:9 132:20
135:14,15,17,19
136:4,24 137:9
149:22 150:8,16
170:2,5 191:11
246:4 250:17,19
251:2,5 252:13
266:8,9,15,16 272:4
272:7,8,9 273:21
290:9,12 298:3
347:16
**minutes (9)**
194:23 218:22 219:5
220:18,19 241:6
282:8 292:10 336:3
**miscellaneous (1)**
18:12
**Mischaracterizes (1)**
348:16
**miserably (2)**
42:13 47:15
**misread (2)**
202:4 299:17

**misstates (9)**
55:5 95:5 126:18
161:4 185:21
209:12 212:24
261:25 262:11
**Mistral (11)**
23:22 24:2,3 84:4,7
84:13,24 85:5,9
105:23 350:13
**MITCHELL (1)**
3:10
**mites (1)**
49:8
**mitigate (1)**
9:20
**mixed (1)**
213:23
**mixing (4)**
314:14,21 325:21,22
**Mmm-hmm (1)**
9:16
**MN (2)**
3:8,16
**model (12)**
70:9,15 103:18
145:20 147:6,20
164:20 182:20
223:8 290:5 301:13
337:11
**modeling (3)**
30:12 116:15 301:21
**models (3)**
70:20,22 145:19
**modes (1)**
53:20
**modifications (1)**
333:19
**modify (2)**
69:13 71:12
**moist (1)**
60:21
**mold (2)**
60:3 66:11
**moment (1)**
51:18
**money (4)**
29:20 31:18 192:9
332:18
**monitoring (4)**
4:22 200:14 208:4
344:25
**monitors (2)**
176:20,25
**monkey (1)**
333:3
**month (2)**

126:5,5
**months (2)**
286:8,9
**Montrose (1)**
3:4
**Moretti's (1)**
302:21
**morning (2)**
7:4,5
**motion (1)**
220:8
**motions (1)**
343:20
**motivated (1)**
29:16
**move (10)**
25:12 29:4 33:3
176:10 268:3
270:15,18,21
278:11 283:19
**moved (1)**
27:20
**movement (2)**
180:24 265:13
**moves (3)**
222:15 223:14 268:12
**moving (10)**
92:5 96:3 98:10
221:19 222:20,22
223:7 306:22
347:13,15
**MPH (3)**
29:16 30:2 31:24
**multi-district (1)**
313:18
**multi-mill (1)**
28:11
**multi-variant (1)**
299:7
**multi-variate (1)**
298:15
**multiple (2)**
36:12 325:18
**multiplied (1)**
149:21
**multiplier (1)**
196:2
**mushroom (2)**
134:7 135:5

———— N ————

**N (1)**
3:20
**name (17)**
6:10 7:6,9 22:6 33:21
35:14 36:18 39:25

61:8 73:8 87:23
90:8 163:21 164:3
329:3 357:2,4
**names (5)**
21:24 22:22 93:6,7
329:4
**narrower (1)**
349:3
**national (1)**
38:2
**natural (1)**
48:13
**nature (5)**
15:4 53:19 68:10
191:16 237:21
**NC (1)**
30:9
**near (10)**
19:6 42:24 69:25
224:14 235:8
270:15 299:23
303:8,17 304:7
**necessarily (2)**
257:6 285:5
**necessary (1)**
166:12
**neck (3)**
269:16 276:4 279:24
**need (19)**
8:19 9:5,21 32:10
51:19 55:18 67:16
84:16 132:8 142:25
143:8 169:12 200:3
218:10,13 257:18
273:25 274:3
279:16
**needed (4)**
28:18 69:13 71:12
192:11
**neutral (1)**
247:10
**never (18)**
62:19 73:8 76:6 99:17
119:22 168:2
179:17 180:13
182:25 218:21
222:12 229:4
267:21 271:7
279:10 285:22
315:6 354:7
**new (4)**
33:4 290:2 329:21,21
**newsletter (2)**
38:9 41:2
**nice (7)**
33:4 48:8 59:25 60:3

276:13 323:7 347:6
**Nicholas (2)**
50:14,25
**night (1)**
283:9
**NIH (1)**
116:7
**nitrocellulose (1)**
299:6
**nobody's (1)**
223:9
**nonairborne (1)**
263:2
**nonlawyers (1)**
15:3
**nonsignificant (1)**
257:24
**nonterminal (1)**
87:23
**Nonviable (1)**
343:4
**nonvoting (5)**
74:16 120:6,11,22
138:2
**normal (2)**
83:11 284:11
**normally (2)**
14:5 45:22
**normothermia (8)**
85:4,9,10,14,18,24
86:2,13
**North (10)**
1:12 2:6,10 6:8 31:2
32:3 37:24 355:3
356:9,19
**Northern (1)**
28:8
**nosocomial (3)**
85:3 164:19 168:7
**Notary (3)**
2:9 355:21 356:18
**notation (3)**
51:3,6 350:19
**note (11)**
51:2 115:21 147:24
147:25 260:23
261:4 273:11
283:21 284:8,20
316:5
**notebook (7)**
15:10,13 138:22
139:2 143:12 236:5
240:7
**notebooks (1)**
138:20
**noted (4)**

53:18 59:6,24 339:25
**notes (15)**
4:9 13:16 15:6,8,17
15:22 16:21 109:11
126:11 144:4
149:16 150:22
156:17 279:16
350:2
**noteworthy (1)**
84:25
**notice (3)**
4:6 10:5 121:23
**noticed (3)**
139:5 142:18 145:3
**notorious (1)**
311:6
**November (1)**
53:3
**nozzle (1)**
240:24
**NTM (1)**
265:14
**nuances (1)**
70:20
**number (72)**
6:3 11:5 17:23 18:23
19:15 20:23 21:20
23:14 24:12 34:10
41:9 52:16 62:23
99:18,20,25 128:10
129:12 139:7
140:25 146:19
149:5 150:16,17
172:13 184:10
196:16 210:5,6
212:2,6,6 214:14
232:12 236:14
237:9,25 263:9,15
272:10,11,12
273:10 284:13,16
285:20 286:10
291:4 298:10,12
299:4,11 304:17,19
305:24 307:3
310:23 314:13
315:6,13 319:19
324:4 331:13,23
336:3 338:13,13
348:25 349:25
350:24 353:7,8
**numbered (2)**
142:13 151:14
**numbers (11)**
109:4 142:6 143:15
148:25 206:6 258:5
258:13 259:9,12

260:10 338:8
**numerous (1)**
308:2
**nurses (1)**
312:17

_____
**O**
_____
**o'clock (1)**
283:9
**object (117)**
46:22 54:18 55:4,20
58:20 61:3 62:3
65:9 84:15 86:4
91:2,14,25 95:4
97:8,22 98:24
102:18 106:20
107:3,10 110:11
113:18 122:8,20
123:15 124:4,17
126:17,25 127:8,19
131:10 133:25
135:22 143:23
146:3 152:7 154:3
158:11,19 160:5
161:3,3 162:12
166:6 169:15
170:22 172:15,22
173:24 174:17
175:4,15,22 177:17
181:2 182:16
183:19 185:4,13,20
192:24 194:10
196:23 199:25
202:3 206:23
210:25 214:24
219:12,21 221:12
221:21 222:23
228:23 230:5,15,20
233:23 234:12
235:10 237:12
238:6,13 239:2
241:19 244:4
245:12 246:22
251:18 252:4,15,23
253:21 261:24
262:10 268:14,22
269:7 285:16 288:6
291:21 296:6,7,21
301:17 307:22
309:25 312:9 315:3
318:24 321:9
322:12 326:20
328:5 338:21
**objection (36)**
16:20 24:16,22,25
55:14 123:20

136:25 152:15
159:8 161:10 163:6
163:9 173:3 201:13
204:8 209:11,24
210:13 212:23
281:19 299:16
300:2 309:10
312:20 319:23
321:16 327:19
329:11 333:25
339:16 342:4,12
344:15 348:15
350:5 352:8
**objective (5)**
298:6,14 319:3,4
320:24
**objects (2)**
223:14 228:3
**obscured (1)**
192:2
**observations (1)**
261:16
**observe (1)**
178:13
**observed (5)**
94:12 222:13 243:9
253:9 267:21
**obtain (1)**
26:20
**obtained (1)**
285:25
**obvious (3)**
49:17 65:12 320:4
**obviously (11)**
16:10 21:14,25 24:5
65:21 79:18 137:7
176:13 226:20
302:14,25
**occasion (3)**
69:9 75:20 199:3
**occlusive (3)**
215:13 216:11 217:8
**occupational (1)**
30:13
**occurred (2)**
57:14 247:24
**occurs (1)**
46:9
**ocean (1)**
320:15
**odd (1)**
325:9
**odor (1)**
123:11
**odors (1)**
318:2

**offer (16)**
58:25 59:21 60:5,8
61:22 112:10,14
158:24 160:8 185:9
186:2 314:9 316:6
316:22,25 352:19
**offered (6)**
29:20 159:17 175:7
176:2 314:3 352:23
**offering (5)**
95:21,25 156:18
187:7 317:4
**offhand (1)**
224:3
**offices (1)**
38:22
**official (2)**
120:11 355:17
**offset (1)**
321:5
**Oguz (4)**
5:15 297:11,17 300:4
**oh (23)**
10:25 34:17 35:22
43:9 63:6 72:21
83:5 104:15 149:19
164:9 185:24
198:14 207:12
217:3 221:5 224:5
226:12 256:16
280:7 282:11 330:7
333:10 342:10
**okay (333)**
8:6 9:23 10:10,19,25
11:2,7,17,23 12:18
15:11,17 18:22 20:3
20:24 21:2,12,24
22:15 23:23 25:5,11
25:23 26:2 31:25
36:2 37:12 40:22
41:17,22 42:7 43:5
43:25 44:10,17 45:7
45:9 48:22 53:14
57:25 69:19 71:14
72:9,22 73:7 75:6
76:21 77:13 79:4,18
80:9 81:15 82:23
83:5,25 85:5 87:3
88:12,14 89:13
91:22 93:4,4,4,23
94:16 95:9,11 98:12
99:17 111:12,18
115:4,24 120:17,21
121:16 122:16
125:20 126:22
128:24 132:10

133:18 135:17
136:19 137:7 138:5
139:3,15,22 140:2,8
141:6 142:2,16
143:3,6,11,19 144:2
144:8,11 145:18
146:19 147:8,12,15
147:23 148:21
149:13,19 150:2,19
151:6,22 152:3,12
152:21 153:3,22
155:16 156:7,9,12
156:21,24 157:4,13
158:24 159:16
160:11,20 161:18
162:19 163:13
166:16 167:5,18
168:3 169:11 171:5
171:20 172:3,5,11
172:19 173:7,14,21
174:7 175:11
177:21 178:5,16,19
179:10,14,19,22
180:15 181:7 182:6
182:11 183:3 184:8
186:22 187:5,21,24
189:4,14 190:11
191:19 194:6
195:19,22 197:18
198:15,23 200:8,13
205:5,7 208:12
210:17 211:25
212:12 215:20
216:4,10,24 217:2
219:7 220:7 221:8
221:18,25 222:5
223:15,23 224:5
225:4,13 229:13
231:7 232:13,18,23
233:7,16 234:4,9
235:3 236:13
237:16,20 239:6,15
239:25 241:11,13
241:16 242:3,7,9
243:7,15 244:10,19
245:3,9 248:8,15,25
249:20 250:3,5,23
251:12,13,23
252:19 254:9,14
255:4,11,13,22
256:11,16 257:5,16
258:4,9 259:16
260:5,15,16 261:4
261:11 262:5,15,18
262:25 263:7,11,20
263:21 264:21

265:2 266:3,21
267:3,13,16 269:3
269:25 270:3,9
271:9,12 272:12,18
273:14,23 275:4,16
275:21 276:14
277:15,20 278:2,25
279:6,11,15 280:6
281:17 283:6,19,20
285:14,20 286:4,6
287:7,16 288:12,20
289:6,12 290:22
292:4,13,20 293:8
294:11,17 299:3
303:18 307:15
310:7,20 314:25
315:10,11,15
338:25 345:25
346:3 349:19 351:8
354:12
**old (2)**
39:3 83:22
**Olmsted (5)**
116:19 117:17,21
119:17 284:3
**once (8)**
41:3 214:4,16 279:7
285:8 336:7 340:6
353:25
**one-man (2)**
33:7,15
**ones (12)**
40:24 72:15 104:7,16
151:2 252:16
265:21 307:11
330:8 333:4 336:7
341:14
**online (3)**
79:3 139:16 255:6
**open (4)**
9:19 66:2 330:5
341:17
**Open-heart (1)**
57:5
**opened (2)**
57:23 59:15
**opening (1)**
221:6
**operated (5)**
111:13 161:15 169:25
170:4,10
**operating (135)**
4:23 8:21 47:24 51:12
56:7 87:11 88:2
95:23 96:20 98:20
99:7 100:7 101:10

116:17 128:9 130:2
130:4,6,8 143:5
144:20 145:11
159:22 160:2,23
162:11 171:7,15
172:7,12,20 173:2,9
173:17,21 174:12
176:15 177:11,15
177:16 178:9 180:9
181:9 183:11
186:14,25 189:18
189:21 191:5 198:8
198:9 199:4,5,23
200:15,22,25 201:8
201:11,21 202:24
203:12,15,24
205:12,17,22 206:2
208:6 212:22 213:9
214:15 215:23
220:12 222:2 228:9
229:7,10,11,15,18
233:21 248:6 249:5
249:17,24 250:7,11
252:22 262:17
265:15 267:2,10
272:22 277:3
297:18 304:18
306:24 315:20,24
316:12,17,23
317:15,19 321:4
322:11,15,20 323:4
326:9 327:11 332:9
334:19,24,25
335:16,23 336:11
336:20 338:14
339:4 340:17 341:8
342:2 343:14 344:5
344:13,21 345:2
347:18 349:10
351:11,18 352:16
**operation (4)**
146:13 181:15 223:20
341:20
**operations (3)**
184:15 185:2,10,19
185:25 186:3
305:24
**operator's (1)**
244:7
**opinion (23)**
59:21 135:7 158:16
158:20,25 238:10
270:10 297:8
306:23 307:3 312:5
316:6,12 321:6
335:13,18,19 336:9

338:17 339:5,9
341:24 343:11
**opinions (40)**
16:15,18 17:7 58:25
60:5,8 61:22 62:6
68:17 69:9 79:11
84:14 105:18 119:4
144:15 159:15
162:4,22 185:9
186:3 187:8,8 204:9
270:10 273:6 300:5
300:7,8 306:22
310:22 314:10,24
316:16,22 317:4
351:17 352:19,23
353:3,15
**opportunities (1)**
218:14
**opportunity (1)**
202:12
**opposed (1)**
98:11
**opposite (1)**
132:6
**optics (1)**
30:12
**option (1)**
216:10
**order (13)**
9:19 20:13 24:18 72:2
74:22 143:8 169:13
206:7 222:6 242:8
257:14,22,25
**orders (1)**
206:20
**Oregon (1)**
29:19
**organic (1)**
186:12
**organisms (2)**
175:21 187:17
**organization (2)**
38:3,22
**organized (3)**
11:13 12:5,8
**original (4)**
14:14 138:25 139:16
264:24
**originally (1)**
166:19
**ORs (5)**
88:7,15 185:11
228:17 298:22
**orthopedic (33)**
88:8,15,21,25 89:8,9
89:19,22,23 90:2

111:4,7,10,12 112:2
112:4,5 113:6 130:8
130:22 131:2,16
178:13,19,24
179:15,17 182:23
183:6 222:13 262:6
298:17,20
**ought (1)**
332:8
**out-of-court (1)**
62:16
**outbreak (3)**
86:22 87:2,6
**outcomes (1)**
86:16
**outdoor (3)**
190:8 256:18 257:3
**outflow (2)**
91:23 132:12
**outlined (1)**
352:14
**output (1)**
144:18
**outside (15)**
46:10 57:7 59:9,11,19
60:20 68:20 75:12
101:7 112:13 160:6
190:14,24 314:23
320:25
**overall (2)**
100:6 180:8
**overcoming (1)**
135:19
**overkill (4)**
166:5,24 167:3,4
**overly (1)**
16:20
**owners (1)**
82:9

---

**P**

**P.E (5)**
1:11 2:5 3:21 6:23
355:8
**p.m (10)**
138:12,15 195:3,6
231:23 274:13
313:8,11,23 354:18
**page (103)**
3:22 4:4 18:23 19:12
19:14 26:10 42:22
44:15 47:17 48:13
48:17,24 49:7 69:21
69:22 92:11 128:7
132:15 146:21
156:7 157:17

164:17 166:16
170:24 171:2,3
183:8 184:13
186:10 187:12
188:4 195:9 203:4
218:15 224:12,14
225:20 226:6
228:12 229:25
230:25 231:25
236:14 240:19,20
243:16,18 246:7
249:23,25 253:12
253:24,25 255:2
256:14,15,24
261:13 262:18
263:25 264:15
265:3,25 270:10
274:20 280:19,25
281:2 282:10,12,13
283:24 284:7,8
288:21 292:5
293:22 303:5,23
305:21 306:23
310:23 315:14
324:3 345:16,20
346:4,14,15 347:21
349:25 350:19
353:7 355:6,10
357:8,10,12,14,16
357:18,20,22
**pages (7)**
4:16 11:4 26:23 62:24
63:5,12 65:21
**paid (1)**
67:9
**pan (1)**
59:5
**PAPANTONIO (1)**
3:10
**paper (31)**
4:25 5:6,15 49:20
98:9 133:5 134:18
137:8 215:11,16
223:25 238:20
244:21 253:23,24
254:7 255:5 272:13
272:14 274:16
282:23 283:23
284:5 288:8 297:10
297:14,16 300:4
305:16,22 311:13
**papers (3)**
16:21 114:7,9
**paragraph (14)**
43:13 49:7 53:17
56:14,23 85:23

92:12 187:15
224:14 227:9
230:25 237:21
302:20 348:18
**paragraphs (1)**
48:14
**parasols (1)**
196:19
**pardon (3)**
152:7 296:6,8
**parenthesis (2)**
346:7,10
**Park (1)**
3:8
**Parsons (1)**
119:22
**part (20)**
29:13 30:3 37:13 86:8
90:6 99:20 110:24
125:2 134:5 170:17
187:19 207:13
244:24 300:11
303:25 311:20
315:23 317:25
318:10 332:7
**partial (2)**
42:14 250:6
**participate (1)**
67:17
**participated (2)**
86:21 117:21
**participation (1)**
68:12
**particle (55)**
30:11 155:8,9 158:5
174:15 183:17
186:11,13,19
197:23 199:23
200:15 201:3,6,10
201:20,23 202:22
205:10 206:9 208:2
208:2,25 209:5,7,18
210:9 211:5,6,9,21
213:23 214:4 219:4
219:11,20 220:2,6
224:10 236:11,22
236:25 287:17
288:10 291:16
297:22 308:11
320:2 331:4 342:25
343:3 345:2,19
346:9,11
**particles (113)**
166:20 172:13,19
173:8,11,22 174:11
182:4 183:13,15,16

183:23,25 184:3,10
196:18 199:16
204:22 206:10,11
206:16,19,21,22
207:5,5,7,16,19
208:17,21,22 209:5
210:5 212:2,6,11,21
213:8 214:14
218:17,20,24
220:12,17,19 221:9
221:20 235:16,19
236:9,14,18,19
237:10,17,25
247:24,24 248:13
248:19,19 257:21
275:18 284:9,23
285:4,12 307:2,4,9
307:19 308:22,23
309:2,4 312:16
315:25 316:13,18
318:7,12,14,18,22
319:19 320:4,5,11
323:3,7 327:7 331:3
331:12,18,24
335:15,21 336:6,19
338:16 339:5,13,23
345:14,17 346:7,24
347:4 348:14,25
351:19,23
**particular (17)**
11:14 28:23 32:5
39:25 57:13 59:12
78:18,18 90:5
107:25 133:19
161:8 199:17
234:11,17 247:15
256:22
**particulate (5)**
203:23 205:16 347:17
348:22 349:2
**particulates (2)**
347:25 348:8
**parties (3)**
2:13 8:4 355:14
**partner (3)**
33:22 35:12,13
**partners (1)**
33:18
**parts (1)**
44:12
**pass (2)**
75:7 248:13
**passed (2)**
119:23 125:24
**passing (1)**
331:10

**pathogen (1)**
164:19
**pathogenic (4)**
187:16,17 197:9
259:22
**pathogens (8)**
53:20 168:7 169:3,13
169:22 337:7,13
343:8
**pathways (1)**
218:11
**patience (2)**
313:3,21
**patient (33)**
45:17 46:10,11 56:10
61:2 85:19 86:2,10
86:13 87:3 106:19
134:9 135:21 136:5
189:12,16 194:17
195:17 230:8,18
247:14 252:2
261:19 263:5
266:22 267:18
299:11 311:25,25
323:9 341:7 344:10
344:22
**patient's (7)**
45:21 60:6,10 194:18
251:17 269:16
279:24
**patient-warming (5)**
84:2 106:3,25 272:21
298:9
**patients (12)**
86:7,9 230:3,12 263:4
265:5 272:24
298:16,19,24
300:16 341:13
**pattern (1)**
91:12
**patterns (1)**
247:11
**Paul (1)**
27:20
**paycheck (1)**
67:10
**PE (1)**
26:20
**peak (3)**
146:12,15 147:13
**pen (1)**
320:16
**penetrations (1)**
170:3
**Penn (2)**
92:25 93:11

**Pensacola (1)**
3:12
**Pentair (5)**
285:22,25 296:18
297:3 329:3
**people (44)**
21:20 22:2 29:2 30:7
32:10 34:7,10 39:9
39:10 42:3 53:11
81:8 108:7 117:12
123:3 127:12
154:22 180:12,18
184:3 192:3,15,25
193:2 197:15
208:14 210:19
221:7,8,25 222:18
222:21 223:21
226:15,15 263:4
277:13 292:25
300:23 301:2
318:16 334:20
336:14 342:10
**percent (25)**
36:5 54:3,4,25 59:14
109:20 154:23
165:9,16,21 169:3
169:12,17 170:18
170:19 171:12
173:20 193:14
194:6 227:23
248:24 262:8,23,25
285:9,10,11 286:15
286:16 295:5 306:9
325:14,16 331:10
331:10,10 337:12
338:4,9,10,11,12,12
338:20 339:12
**percentage (4)**
46:20 54:12 174:11
337:11
**percentages (2)**
226:25 263:12
**perfect (6)**
169:18 275:17,18
292:23 325:21,22
**perfectly (3)**
219:6 292:18,21
**perforated (3)**
102:2 243:20,23
**perforations (1)**
245:23
**perform (1)**
298:15
**performance (6)**
166:22 170:7,12
293:13,18 309:19

**performed (3)**
200:25 287:3 297:18
**performs (2)**
329:23 340:14
**period (3)**
110:5,10,22
**Permanente (1)**
319:25
**permission (1)**
67:17
**permutations (1)**
265:4
**person (5)**
100:24 101:8 105:24
106:3 180:21
**personally (4)**
56:16 129:24 175:12
356:14
**personnel (2)**
151:12 228:6
**perspective (1)**
92:21
**persuasive (1)**
329:8
**pertinent (1)**
261:17
**Peter (3)**
3:14 6:15 7:6
**Ph.D (4)**
92:25 174:14 292:23
293:2
**Ph.Ds (1)**
96:12
**pharmacies (1)**
172:4
**Pharmacopeia (1)**
212:12
**pharmacy (1)**
212:14
**phone (2)**
61:14 187:23
**photographs (1)**
143:9
**physically (1)**
49:19
**physics (5)**
27:6 29:10 30:11
92:20 97:5
**pick (2)**
52:6 333:3
**picture (2)**
214:13 281:7
**piece (13)**
57:21 58:16 59:16
98:9 162:8 177:5
178:3,4 184:4

186:17 288:8
308:13 311:12
**pieces (2)**
176:15 177:14
**pile (1)**
279:17
**piles (1)**
12:11
**pinholes (1)**
245:22
**place (9)**
51:3 60:3 137:16
155:25 240:23
298:22 311:25
320:17 355:9
**placed (1)**
240:22
**places (2)**
88:10 264:3
**plaintiff (2)**
7:19 62:17
**plaintiff's (12)**
15:21 21:5,21 22:3
59:22 65:22 72:13
72:19,20 111:6,9
283:15
**plaintiffs (15)**
3:3 6:18,20,22 19:19
21:17 66:2 78:16
107:18 108:13,18
111:2,14 313:17
314:3
**planning (2)**
30:14 185:8
**plant (5)**
28:8,11 58:4 94:10,24
**plants (2)**
32:12,13
**plate (4)**
198:22 239:21 242:10
243:6
**plates (11)**
199:4 240:19 241:2,5
241:14 242:14,17
242:21,24 243:12
299:5
**playing (3)**
68:15 112:24 113:2
**please (5)**
6:13 7:10 56:12
166:17 273:22
**Plexiglass (8)**
89:12,13 90:4,6,11,15
93:21 168:17
**plug (2)**
83:16,23

**plugged (4)**
177:19 181:6,7 281:4
**plume (10)**
133:22,24 134:12,21
136:5 191:18,20
231:12 251:17,20
**plumes (1)**
228:4
**plus (3)**
29:20 133:15 258:11
**pneumonia (1)**
194:3
**pocket (1)**
58:10
**point (31)**
9:20 31:16 45:15
69:15 118:7 130:18
132:17 135:11
156:5 212:20
218:19 219:18
224:7 233:11
243:18 246:7
248:12 259:25
260:16 264:18
272:18 278:10
283:23 285:21
289:3,5,9 300:20
305:9 333:19
353:19
**pointed (2)**
60:11,16
**pointing (1)**
264:3
**points (3)**
44:22 84:11 273:3
**policies (2)**
32:3,14
**politically (1)**
53:13
**pollution (9)**
27:21,24 29:23,24
30:13,17 32:4,12
81:13
**polymer (2)**
297:12,19
**pony (1)**
182:2
**pop (1)**
115:17
**Porous (2)**
297:4 329:5
**portion (1)**
50:22
**portions (1)**
121:9
**pose (1)**

257:6
**posed (9)**
161:7 314:14 324:15
327:24 331:25
342:13 343:13
345:12 349:21
**position (7)**
4:17 119:9,11,25
120:2 129:19
281:23
**positive (4)**
122:4 209:2 320:20
325:5
**possibility (3)**
211:17,18 348:24
**possible (4)**
172:8 241:17,22
343:7
**possibly (3)**
265:15 317:21 336:25
**post (1)**
245:10
**postoperatively (1)**
230:3
**potential (11)**
16:23 23:16 56:6 66:8
94:4 181:10,16
218:10 263:18
314:19 337:7
**potentially (2)**
143:24 274:24
**power (5)**
28:7,8 32:12,13 56:19
**powered (1)**
179:7
**PowerPoint (1)**
188:10
**practice (1)**
99:21
**practices (13)**
80:23 87:14 122:6,15
123:19 126:15,23
127:6,18 159:25
160:22 161:6 186:8
**predict (3)**
203:23 205:11 347:17
**predicted (1)**
201:7
**predictive (3)**
201:24 211:10,12
**predominantly (1)**
247:19
**prefer (1)**
14:10
**prefilter (1)**
340:2

**prehighlighted (1)**
140:3
**preparation (7)**
12:21 68:21 71:14
76:10 77:23 80:7
119:25
**prepare (7)**
17:3 68:25 78:14,19
79:7,19,25
**prepared (4)**
39:21 160:7,8 227:20
**preparing (2)**
72:11 352:22
**prepped (1)**
281:16
**present (8)**
2:12 3:18 45:17
178:13 222:2 228:9
240:21 348:21
**presentation (4)**
182:12 188:12,14,16
**presentations (1)**
17:16
**presented (6)**
170:25 315:17,23
316:5 328:6 342:20
**presently (1)**
313:23
**president (1)**
117:4
**pressure (3)**
58:13 293:25 320:20
**pressurization (2)**
50:25 57:21
**pressurize (1)**
321:3
**presumably (3)**
214:15 245:4 250:24
**pretend (1)**
49:14
**pretty (10)**
8:9 34:3 39:8 48:20
74:11 136:17
137:16 182:9
220:14 338:13
**prevent (1)**
131:2
**preventing (1)**
135:8
**prevention (1)**
117:5
**previous (2)**
56:24 65:21
**previously (1)**
225:8
**primarily (1)**

173:11
**principles (1)**
322:9
**printed (1)**
240:10
**printing (1)**
233:12
**prior (4)**
55:6 157:14 202:8
345:9
**private (1)**
89:23
**privilege (1)**
151:4
**privileged (1)**
143:25
**probability (3)**
195:25 196:3 210:6
**probably (33)**
19:24 20:5 39:7 43:12
45:3 61:13 65:4
68:9,9 93:15,15
94:7 98:9 125:24
130:20 131:21
155:21 168:15
169:16 172:14
179:11,12 184:2
218:13 220:4
222:11 225:11
229:3 242:6 278:11
279:16 287:13
329:18
**probe (1)**
280:22
**probes (1)**
28:20
**problem (7)**
9:22 65:19 142:10
208:9 209:22
312:18,22
**problems (1)**
231:2
**procedure (6)**
45:25 146:2,13 182:5
215:24 299:25
**procedures (9)**
108:19,21 109:7
205:13 207:8,11,17
207:20 297:18
**process (1)**
313:22
**processes (1)**
187:17
**PROCTOR (1)**
3:11
**produce (1)**

347:24
**produced (4)**
150:23 151:3 237:24
348:5
**product (8)**
143:25 148:12 150:24
151:4 296:9 350:4
350:11,20
**production (1)**
348:7
**Products (2)**
1:7 6:6
**professional (8)**
2:8 30:23 314:11
316:11 319:18
329:8 335:14
352:25
**professionals (2)**
298:10 299:12
**professor (2)**
81:5 279:11
**program (8)**
29:18 30:2,6,15,16,19
34:24,25
**projects (2)**
75:12 77:10
**promise (1)**
94:25
**promote (1)**
122:6
**pronounce (2)**
37:19 136:9
**pronounces (1)**
73:18
**properly (1)**
338:5
**proportion (1)**
326:6
**proposed (1)**
189:3
**pros (1)**
89:8
**prospective (1)**
215:14
**protect (2)**
132:8 191:21
**protective (10)**
72:2 131:25 132:3,11
134:22 135:8,20
136:5 316:8 341:15
**proved (1)**
205:22
**provide (11)**
15:24 123:10 141:11
296:5 310:16
317:20,21 318:2,4,5

351:9
**provided (21)**
10:19 15:9,12 17:19
71:25 138:21 143:5
144:10 161:5 202:8
204:10 238:15
246:17 271:20
305:3 306:13
328:18,24 339:3
351:14 352:18
**provides (1)**
129:16
**providing (1)**
26:4
**proximal (1)**
335:6
**proximity (1)**
181:13
**proxy (1)**
318:23
**Ps (1)**
293:24
**pseudomonas (1)**
165:8
**public (5)**
2:9 27:17 29:17
355:21 356:18
**publications (8)**
4:11 40:7,15 52:6,7
52:13 54:7 56:2
**publish (1)**
223:25
**published (4)**
39:4 97:16 114:5
289:4
**puff (1)**
325:22
**pull (2)**
153:10 279:16
**pulled (1)**
12:8
**pulling (2)**
275:15 338:8
**pulmonary (1)**
176:19
**pump (2)**
176:19 177:2
**purpose (6)**
123:8 166:23 317:18
318:5 324:18,20
**purposes (2)**
135:8 344:7
**pursue (1)**
29:16
**pushing (1)**
319:24

**put (35)**
10:20 13:21 14:21
34:7 49:19 58:9
60:14 63:5,11 65:20
66:7 69:16 70:11
82:20 83:4,14 89:6
91:7 97:4 108:6
132:4,7 139:20
192:4 258:14 267:8
287:8 312:15
320:23 326:4
336:25 340:7 343:5
346:7,9
**puts (1)**
70:7
**putting (5)**
123:2 145:24 146:7
146:16 167:6

_____
**Q**

**quality (11)**
151:19 186:10,18
199:15,19 200:24
204:22 208:5 232:4
311:24 334:19
**quarter (1)**
313:23
**quarter-inch (1)**
292:21
**question (91)**
8:23,25 9:10,13 18:6
44:2,20 46:23,25
49:12,15 54:9,14
55:5,8,17,19 56:20
67:7 93:16 95:5
97:21 98:4,5,8,25
99:5 100:9 106:22
107:11 110:12
112:16 122:21
124:5 145:21
148:18 152:18
154:8,11 155:13
160:10,13,14 161:7
162:17 166:7
170:25 172:6
182:22 183:3,20
190:3,6 192:17
194:21 195:14
196:24 199:10
209:25 213:5
214:10,12,22 225:4
238:7,16 241:20
252:7 268:23 269:8
269:24 276:20
279:7,21 288:7
295:7 296:22,24

301:8 307:23 308:2
309:11 310:2
315:16,23 316:4
337:23 338:24
342:17 343:21
353:22
**questioning (2)**
328:3 353:24
**questions (35)**
7:7 9:6 25:10 51:17
90:23 112:8 139:4
159:9 171:9 202:10
204:5,17,19 215:3
279:19 282:4 313:2
313:19 314:7,13,15
314:15,18,22
322:22 323:10
324:15 327:24
331:25 342:13
343:13 345:4,12
349:21 353:19
**quick (1)**
137:15
**quickly (6)**
8:16 26:9 34:3,6
180:7 333:9
**quite (4)**
81:7 94:7 154:24
196:13
**quote (5)**
187:18,19 265:11
347:6 354:4
**quote/unquote (1)**
270:4
**quoted (1)**
52:18
**quoting (1)**
262:2

_____
**R**

**radioactive (2)**
166:20,22
**RAFFERTY (1)**
3:11
**rainfall (2)**
91:12 323:8
**raise (4)**
24:16,21 42:3 204:7
**raising (1)**
38:15
**RAM (1)**
12:13
**ran (1)**
34:6
**Randi (4)**
1:24 2:7 6:11 355:20

**Random (1)**
12:14
**randomized (3)**
152:5 215:13 298:25
**Randy (2)**
22:19,20
**range (10)**
19:24 71:3 109:19
126:22 174:22
259:20 266:7
294:23 295:4 353:9
**ranges (5)**
155:9 210:23 287:17
291:16 349:3
**rarely (2)**
118:15 201:4
**rate (28)**
26:5,11,14 70:22
86:18 96:23 108:24
109:6,17,22 153:14
188:20,21 189:6
192:8 202:19
220:16 226:22
228:17,21 229:16
229:19 243:9 265:2
282:6 290:8,11
316:18
**rated (1)**
168:5
**rates (4)**
164:19 168:6,25
317:8
**rating (2)**
128:20 291:11
**ratings (6)**
128:24 129:4 154:15
154:17 156:20,20
**rationale (1)**
90:14
**re-ask (1)**
44:20
**reaches (2)**
324:5,12
**read (66)**
11:22,23 38:8 46:2
69:20 70:3 77:25
78:8 85:11 86:15
106:7 109:24 110:3
114:12 152:25
153:16 157:12
166:3,14 173:6,7
175:8 184:22
197:15,25 199:10
200:6 202:6,12,25
205:2,6 215:18
220:20 226:15

233:12,13 234:19
235:5 240:11
254:23 255:9
266:12 269:9
271:22 273:12,13
273:20,21,24 278:3
280:5 286:8,18
287:23 299:19
302:14 303:25
330:18 345:8
347:10 348:18
349:6,14,19 354:14
**reader (1)**
274:4
**reading (14)**
41:20 69:7 85:3,8
202:16 205:8
207:13 226:13
235:7 243:4 274:7
288:17 296:16
349:17
**reads (1)**
204:7
**ready (1)**
215:19
**real (6)**
184:6 223:19 256:9,9
260:10 313:4
**real-time (4)**
197:10 208:17,19,22
**realize (2)**
70:18 112:4
**really (39)**
25:5 27:12 29:21 34:5
36:25 38:12 42:10
63:15 64:2 67:7
69:6 78:12 87:2
90:25 93:3,10 94:21
94:21 109:8 115:6
126:10 166:12
171:24 179:12
191:4,20,21 201:12
223:9 227:5 260:8
264:12 300:17
336:22 340:8,9,10
340:11,14
**reason (21)**
63:25 71:6 122:18
133:7 136:3 182:13
202:21 259:4 297:2
317:15 324:10,13
357:5,8,10,12,14,16
357:18,20,22
**reasonable (7)**
220:22 314:10 335:13
338:17 339:10

341:25 352:24
**recall (42)**
20:4 39:25 44:25 48:6
48:7 59:2 66:21
77:24 82:4 84:19
126:6 130:14
153:12,23 233:2
235:7 239:6,10
244:11 261:6 267:8
279:25 280:11
286:9 291:8 296:16
302:9 314:16 315:7
322:22 323:12,22
328:2 334:8 337:6
342:15,18 343:15
345:4,7,11 350:2
**received (5)**
15:21 23:15 27:5
31:24 40:8
**recess (6)**
51:24 95:15 138:13
195:4 231:21 313:9
**recirc (1)**
189:9
**recirculate (3)**
189:25 354:9,10
**recirculated (6)**
189:12,15,20 248:21
325:14,16
**recirculating (2)**
190:17,19
**recognize (1)**
345:7
**recollection (4)**
8:17 44:11,21 350:16
**recommend (2)**
243:19 287:11
**recommendation (2)**
130:13,14
**recommendations (3)**
152:4 192:19,22
**recommended (2)**
90:12 129:24
**reconcile (1)**
302:15
**record (37)**
6:14 7:10 9:5,8 24:12
37:20 51:22 52:2
95:13,17,19 96:4
99:11 120:19
121:12 138:11,14
138:23 143:23
159:9 195:2,5
231:19,22 274:7,8,9
274:11,12 281:19
303:19 311:11

313:7,10,21 354:15
357:6
**recorded (2)**
280:20 294:5
**recording (1)**
282:7
**recordings (1)**
282:7
**rectangular (7)**
104:7,13,19,22 105:4
295:17 311:13
**reduce (9)**
32:12 95:2 151:18
169:4 172:13
214:14 318:2,11,21
**reduced (3)**
170:11 214:5,17
**reduces (1)**
227:25
**reducing (1)**
184:10
**reduction (11)**
151:9 169:2,22
217:21 275:25
318:14 337:13
351:23,24 352:3,6
**reductions (1)**
331:7
**redundant (1)**
172:25
**Reed (1)**
330:16
**refer (11)**
20:25 126:11 142:22
160:24 162:9
191:10 200:3
305:10 324:23
326:8 345:15
**reference (8)**
53:2 187:4 232:24
256:19,22 257:8
264:13 301:15
**referenced (1)**
234:18
**references (6)**
16:17 232:21 257:9
280:4 325:6 329:2
**referrals (1)**
66:8
**referred (5)**
225:6 227:12,14,17
323:17
**referring (13)**
10:10 107:25 145:20
189:10 192:13
195:16 221:4

250:24 260:25
263:22 286:11,24
346:25
**refers (4)**
192:14 256:14,17
334:4
**refiltered (1)**
189:16
**refinished (1)**
308:13
**reflect (1)**
350:3
**reflected (2)**
31:20 125:21
**refresh (2)**
8:17 235:22
**refrigeration (2)**
38:4,6
**refrigerator (1)**
83:3
**refrigerators (1)**
28:10
**Reg (2)**
50:7,8
**regard (2)**
16:15 336:9
**regarding (5)**
60:8 117:22 186:3
213:22 246:18
**regardless (1)**
151:23
**Regional (1)**
36:16
**Registered (1)**
2:8
**registrations (1)**
30:23
**regroup (1)**
346:3
**Regular (1)**
83:22
**regularly (1)**
243:22
**regulation (1)**
86:19
**regulations (4)**
106:18,25 107:7
124:21
**Regus (1)**
2:6
**relate (6)**
56:3 80:23 108:8
256:21 320:9
343:19
**related (6)**
15:6 23:11 32:4 62:6

320:7 331:14
**relates (2)**
1:8 204:23
**relating (2)**
309:23 310:3
**relation (1)**
106:8
**relations (2)**
65:6,8
**relationship (4)**
53:22 67:4 201:3
285:14
**Relative (1)**
81:8
**released (1)**
91:15
**relevance (1)**
288:24
**relevant (1)**
84:14
**relied (1)**
204:12
**relies (1)**
16:22
**rely (10)**
16:17 17:7 163:4
169:23 199:18
208:24 211:19,20
211:23 212:7
**relying (1)**
259:12
**remainder (1)**
353:10
**remaining (1)**
190:16
**remains (1)**
208:4
**remember (46)**
11:4 20:10 32:6 36:17
43:9 47:5,7 51:8
61:8 62:17 70:8
71:9 76:17,19 77:16
78:9,12 90:8 93:7
93:12 94:13 103:18
103:22 104:3,4,10
105:10 109:18
120:23 126:11
130:17 138:6
144:25 153:17
196:9,14 223:14
224:3 232:18
245:15 246:23
263:19 264:3
296:24 301:19
305:9
**removal (3)**

164:19 168:6,25
**remove (3)**
297:7 336:19 338:4
**removed (2)**
53:16 225:17
**removing (4)**
187:17 296:19 297:5
297:6
**renewed (1)**
31:15
**repeating (1)**
92:24
**rephrase (2)**
9:10 122:22
**replace (6)**
14:21,22 200:16
202:21 291:7 345:3
**replacement (9)**
107:21,23,25 108:14
108:14 207:8,11,17
216:2
**replacements (4)**
108:25 109:18 178:25
226:17
**report (110)**
4:10 5:10,12 7:24
16:21,22 17:11,13
17:20 25:18,24 29:4
56:13 58:23 59:2
60:24 62:12 69:4,5
69:8,12,15,21 71:11
72:24 73:10,13 76:8
76:8 77:7 78:15,21
78:23 80:7 92:11
114:12 121:13,14
139:8 155:24 156:6
156:22 160:7
161:21 162:5
163:25 170:24
183:8 195:9 198:2,5
218:15 220:17
223:3,5 225:12
231:25 234:15
243:10,14,14,15
249:11 253:25
254:18,21 262:19
263:23 265:12,22
271:15 272:15
280:5,18 281:15
283:24 287:8
289:25 291:19
295:17,20,20 301:4
301:16 303:5,21
314:7 315:13,22
316:5 317:23
323:11,15,18,20

324:2,4 340:16
349:23 351:7,10,14
351:18 352:14,19
352:22,24 353:4,10
353:14
**reported (3)**
243:14 258:13 349:4
**reporter (14)**
2:8 6:11 8:19 9:4 10:4
99:12 138:24
145:16 169:9
184:18 189:23
190:2 199:7 355:20
**reporting (4)**
128:23 257:14 258:16
280:20
**reports (15)**
5:14 69:5 72:12 73:17
76:9 77:14 78:16
139:6 280:20
282:19,22,24
289:21 295:23
306:2
**represent (2)**
280:17 333:18
**representative (3)**
257:4 271:25 284:20
**representing (1)**
146:25
**represents (2)**
313:16 328:9
**request (2)**
202:11 319:25
**requested (3)**
15:2 108:16 328:20
**requests (2)**
10:14 12:9
**require (2)**
107:7 128:10
**required (6)**
89:4 213:11 224:9
250:15 308:10
321:7
**requirement (4)**
132:22 191:14 228:16
341:7
**requirements (6)**
107:6 123:9 131:9
291:19 341:10
352:15
**requires (1)**
251:6
**requiring (2)**
130:8 168:24
**reread (1)**
261:9

**research (23)**
48:15 77:10 84:3,12
85:10 106:13,16,18
108:24 112:11,12
112:13 117:20
134:15 180:7
181:21 182:24
183:4 211:19 214:3
220:10 277:11
348:21
**researcher (2)**
223:18,19
**resemble (1)**
170:5
**reserve (1)**
353:13
**residual (1)**
318:3
**resistance (11)**
45:21 167:15,19
290:15,15,23,24
294:4,13,15,19
**resistive (3)**
147:11 297:12,19
**resource (1)**
186:17
**respect (17)**
46:19 49:21 84:2
116:13 117:18
161:5 162:10 163:4
185:9 186:24
240:18 243:23
257:20 314:19
317:14 343:21
344:11
**respectfully (1)**
213:10
**respective (1)**
2:12
**respiratory (3)**
132:5 193:21,24
**response (3)**
10:21 192:12 353:24
**responsible (4)**
41:20 49:24 193:13
262:22
**responsive (2)**
10:13 12:9
**rest (1)**
74:25
**restrictions (1)**
317:22
**restroom (1)**
95:11
**result (5)**
45:20 55:2 62:15

108:18 327:22
**resulting (1)**
54:4 183:5
**results (16)**
202:20 207:23 208:11
211:3 237:7 247:4
256:25 272:20
273:9 287:15 290:7
293:23 299:6
331:22 333:13,22
**resume (8)**
17:10,12,19,21 26:25
31:21 56:12 62:15
**resumes (1)**
75:4
**retained (5)**
8:3 21:4 61:9 67:24
81:25
**retired (1)**
118:6
**retrospectively (1)**
247:14
**return (2)**
336:5,7
**returns (1)**
217:21
**reveal (2)**
207:24 211:3
**revealed (1)**
272:16
**review (19)**
71:15 72:15,24 73:10
73:13 76:9 223:5
232:3 233:7 235:6
238:4 239:7 244:7
246:6 253:16
260:17 271:19
274:15 321:19
**reviewed (32)**
12:20 69:4,4,8 71:22
72:12 73:17 76:7,23
77:14,19,22 78:14
79:23 85:17 114:5
116:15 119:13
164:15,16 166:10
168:5 170:8 200:17
223:3 234:21
271:17 278:4
296:15 301:4 311:2
311:4
**reviewing (4)**
71:11 114:7 142:4
345:11
**reviews (2)**
235:13 280:5
**revisit (2)**

69:9 306:12
**Reynolds (3)**
99:18,20,25
**ride (1)**
196:18
**right (270)**
8:14 9:17 11:12 12:4
  12:6,16 13:8 14:7
  14:25 15:6 17:23
  18:20 21:2 23:6
  24:5,8 26:8 27:2,10
  27:15 28:6,16 30:17
  40:18,23 41:18,19
  42:20,24 43:3 45:7
  45:14 48:14,17 49:3
  50:3,7,22 52:4
  56:23 57:2 59:11
  60:2,13,15,19,22
  62:9,24 63:17,20
  64:23 69:22 70:3,12
  71:10 73:3,23 75:25
  76:7,13 77:18,20
  78:24 83:11 87:3
  92:16 93:6,17,21,25
  96:6 98:17 102:2
  103:11 105:9
  108:11 111:16,20
  111:24 112:6
  114:11 123:3
  125:25 126:4,24
  127:24 128:4,14
  129:10 136:21
  137:8 139:24 140:9
  140:21 141:21
  142:5,14 144:21
  145:4,6 147:8,18
  148:15,23 149:5,16
  149:18,19,20 150:7
  150:15 151:20
  152:2 153:11
  157:17,20,24 158:3
  158:8 163:2 164:6,9
  164:11,12 165:3,7
  165:14,23 167:12
  167:16 168:3,23
  171:15 177:6 184:5
  184:11,24 185:8,19
  187:12 188:9,10,22
  190:9 191:5,7 193:8
  195:8 196:16
  203:21 204:25
  205:15,20 206:9,17
  210:4 211:8 212:20
  213:7,20 214:12
  215:11 216:3
  217:17 220:16

223:11 224:12,17
231:25 232:25
235:13 236:21,24
237:19 238:23
240:13,18 241:11
242:16 245:20,20
246:9 248:17
250:20 254:6,20,22
256:7,8,17 259:8
260:12 261:13
263:11 264:13,23
265:8 266:14,23
270:21,23,25 271:3
271:17 273:14
277:24 278:5,11
280:10 282:6,13
284:6 287:22 288:2
288:12 289:20
290:18 291:10
292:15 293:9,10,12
294:2,18 295:12,16
297:14 298:5
300:22 301:3 304:4
306:10 309:6
313:14 315:20
316:2,3 318:12
319:13 322:7 324:7
326:14 327:18
328:12,19,21
329:10 331:20
332:16 336:20
337:14 339:6
340:18 343:4
345:15 346:20
349:6 350:18,21,22
351:4,12,13,15,20
352:16,20 353:13
353:17
**right-hand (2)**
274:22 347:25
**rights (1)**
144:6
**rigid (2)**
329:18 340:9
**rises (1)**
231:6
**risk (21)**
60:10 61:2 95:2
  183:13,15,17,18,24
  184:11 200:23
  201:12 208:25
  214:6,18 218:4
  238:3 251:16
  302:23 312:2,7
  315:25
**risks (2)**

169:4 183:24
**Robert (3)**
7:11 285:21 296:16
**robotics (1)**
33:24
**robots (1)**
222:20
**role (4)**
28:14 56:24 212:7
  226:6
**roll (1)**
33:6
**roof (1)**
322:17
**room (134)**
9:19 47:24 50:25 56:7
  60:20 90:2 92:14
  95:23 96:20 98:17
  98:20 99:7 100:7
  103:16 116:17
  129:14 130:2,4,6
  131:2,25 132:3,12
  132:13 143:5
  144:20 151:24
  159:22 160:2,23
  162:11 171:8,15,16
  171:19,21,22,23,24
  172:2,7,12,20 173:2
  173:9,17,21 174:12
  176:15 177:11,15
  177:16 180:9 181:9
  183:11 186:14
  189:16,21 190:18
  198:8,9 199:4,5,23
  200:22 201:11,21
  203:12 206:2
  212:22 213:9
  214:15 220:12
  222:2,15 228:9
  229:10,11,15,18
  241:17 248:6
  265:15 267:2
  297:18 304:18
  312:15,24 313:24
  315:20,24 316:12
  316:17,23 317:15
  317:19,24 318:4,6,8
  319:20 320:23,24
  320:25 321:2,4
  322:11,15,20 323:4
  327:11 332:9
  334:19,24,25
  335:16,23 336:11
  336:20 338:15
  339:4 340:17 341:7
  341:8,20 342:2

343:14 344:5,21
351:11,18 352:16
354:9,11
**rooms (25)**
51:12 87:11 88:2
  101:10 128:9 130:9
  130:22 132:11,16
  178:9 184:17,20
  185:3 186:25
  189:12,13,18 191:5
  201:8 203:15 229:7
  233:22 252:22
  262:17 263:5
**roster (2)**
119:16,20
**rotating (1)**
179:12
**Rotecno (3)**
216:11,19 217:8
**roughly (5)**
20:11 70:25 133:14
  241:7 242:13
**Routes (1)**
47:21
**routine (1)**
202:22
**routinely (1)**
201:2
**RPR (2)**
1:24 355:20
**rubber (1)**
307:16
**rule (2)**
274:6 348:23
**rules (2)**
8:16 26:4
**run (6)**
115:10 146:14 232:14
  291:3,4,9
**running (3)**
167:12 221:7,9
**Russell (4)**
116:19 117:17,21
  119:17
**Ryan (1)**
22:24

---

**S**

**S170 (2)**
188:6,19
**safety (1)**
30:13
**sample (2)**
57:24 58:9
**sampler (2)**
28:3,14

**samplers (1)**
28:22
**samples (1)**
57:17
**sampling (13)**
4:22 28:21 58:18
  200:15,16 201:2
  202:22 203:23
  208:10 299:13
  344:25 345:3
  347:17
**sanded (1)**
308:17
**sanitation (2)**
87:14 299:5
**sash (2)**
39:12,14
**SASHE (4)**
39:11,13,14,16
**save (1)**
192:9
**saw (15)**
37:8 58:6 101:14,20
  115:17,19 145:8
  179:16 200:6
  239:13 264:6,7,10
  278:23 296:2
**saws (5)**
178:25 182:23 183:6
  343:22,23
**SAYETH (1)**
356:3
**saying (36)**
55:10 70:2 71:17 75:6
  94:20 113:13
  115:21 136:13,16
  170:10 197:12,13
  209:19 210:8
  213:17 214:23
  238:21 257:13,23
  258:23 259:6,9
  275:6 277:13,13,22
  278:16,20 286:7,9
  288:15 289:13
  300:14 303:16
  308:3 354:6
**says (91)**
26:11,24 45:9,10,15
  46:9 48:21 53:17
  54:2 56:16 92:12,18
  109:25 110:2
  121:14,24 128:9
  131:15 132:17,25
  147:9 150:12 158:3
  158:4,6 164:18
  166:11,18 168:19

169:25 192:10
195:10 196:17
197:8 200:20 201:9
203:6 205:19
207:15,22,23 211:7
217:3,6,7 218:16
237:21 240:20,22
243:5 249:16 250:5
250:9 253:13
256:25 260:3
261:12,14 265:13
266:4 274:22 275:3
275:7 280:22
288:18,21 289:24
290:4 291:10 293:9
298:6 299:15,18
300:12 302:16,16
302:20 303:25
304:4,20 305:23
310:9 328:18
333:10 340:15
346:6,16 347:23
348:20 350:22,25
**scale (1)**
224:20
**scalpel (1)**
348:6
**scenario (1)**
269:4
**scheduling (1)**
24:18
**Schlieren (6)**
76:25 77:6,10 269:11
269:13,14
**School (2)**
29:17 30:5
**schools (3)**
34:14,22 35:4
**schtick (1)**
162:20
**science (2)**
27:6 198:12
**scientific (6)**
51:3,6 58:8 192:11,18
192:21
**scientifically (1)**
210:15
**scientist (1)**
28:24
**scope (1)**
160:6
**Scott (5)**
22:9,9,12,16 246:15
**scratch (1)**
88:6
**scrubbers (1)**

32:13
**se (1)**
116:12
**seal (5)**
340:11 346:22 347:3
347:10 355:17
**sealed (1)**
329:18
**sealed-in (1)**
292:19
**seals (2)**
329:16 340:12
**search (5)**
232:18 233:6,8 234:9
235:18
**searches (5)**
232:9,15 233:3
234:10,17
**seat (1)**
329:16
**seating (1)**
263:6
**second (30)**
11:10 14:25 18:15
46:8 145:21 187:14
189:8 191:4 192:10
193:9 203:4 204:13
230:25 237:20
240:19 249:23
250:13,16,18,25
253:23 282:13
284:8 292:4 293:22
305:21 307:7
345:16 346:4
348:18
**secondary (1)**
325:13
**seconds (1)**
243:4
**section (13)**
48:18,21,22 49:4,24
51:11,15 132:16
137:18 193:8
196:16 232:2 266:2
**see (51)**
10:25 25:9,20 41:7
43:22 56:13 79:5
93:17 94:21,25
101:21 102:14
115:9,19,21,22
133:2 142:2,25
148:3 188:7 198:24
215:6 217:15,16
224:15 225:12
243:2 253:15
255:14 256:18,20

256:22 257:8
272:10 280:24
288:22 296:12,14
301:15,24 308:22
310:8 328:15 333:9
333:12 345:20
346:4,12 348:9
353:13
**seeing (9)**
19:16 94:24 198:5
239:10 246:24
247:3 267:8 279:25
291:8
**seen (67)**
10:7 24:22 54:7 59:3
100:23 101:8,9
104:15 105:22,23
106:2 119:2,5,11
141:9 157:10 159:4
168:4 170:13 176:3
182:11 199:21
202:17 203:25
206:6 212:17
213:18 214:7
215:16 216:9,22,25
246:3 267:3,6,7,12
277:12 279:11,14
282:15 283:8,14,17
285:24 287:7
289:21 297:16,21
301:20,23 302:9
309:22 310:3 315:7
326:3,21 327:15,20
329:2,24 330:3,6
332:22 335:20
340:15 345:8
**sell (2)**
64:19 84:10
**semiconductor (2)**
171:17,22
**send (3)**
31:18 57:25 163:8
**senior (1)**
39:2
**sense (9)**
34:9 187:6,8 211:24
215:7 218:6 226:14
276:17 287:10
**sensor (1)**
197:23
**sent (8)**
20:5 23:14 75:5
115:20 139:18
232:7,10,11
**sentence (12)**
56:15 92:12 168:11

187:14 193:10
197:7 202:6 220:21
226:8 227:9 231:2
248:3
**sentences (1)**
203:5
**Sepsis (1)**
256:6
**sequentially (1)**
240:23
**series (3)**
103:21 329:25 331:15
**serious (1)**
226:20
**serve (1)**
66:15
**served (5)**
57:12,13 118:12,20
120:6
**serves (1)**
114:24
**service (1)**
75:13
**serving (1)**
310:25
**Sessler (2)**
117:24 284:2
**set (4)**
101:15 198:22 355:9
355:16
**setting (6)**
45:12 101:12 133:8
153:20,22 278:25
**settle (7)**
199:4 218:17,22
219:4 220:18,19
336:2
**settled (2)**
7:25 306:25
**settlement (2)**
62:16,18
**Settles (5)**
77:2,4,15 93:13,14
**settling (1)**
220:11
**setup (2)**
241:16 292:12
**Seventh (1)**
3:15
**shallow (2)**
226:9 227:4
**shape (2)**
104:5,17
**shapes (1)**
104:14
**share (2)**

113:25 155:20
**Sharp (7)**
272:12,14 349:22,24
350:3,9,10
**shed (3)**
220:23 251:25 335:22
**shedding (1)**
272:24
**Shepherd (1)**
68:4
**shit (1)**
293:4
**shivering (2)**
230:11,19
**short (6)**
25:20 26:10 152:18
157:15 231:16
313:5
**shortcoming (1)**
208:16
**shortcomings (2)**
60:12,25
**shorthand (1)**
73:20
**shortly (1)**
60:17
**show (13)**
24:15 31:17 40:8
143:13 170:14
210:14 215:6 227:3
250:11 279:18
280:2 323:24
348:11
**showed (3)**
239:8 299:7 348:4
**Showing (1)**
148:23 163:17
**shown (4)**
10:3 92:13 237:8
298:11
**shows (6)**
47:24 258:20 265:3
327:16 333:23
338:3
**side (7)**
65:23 72:20 133:16
193:6 274:22 346:6
347:25
**sides (1)**
175:8
**Sidney (1)**
119:21
**sign (1)**
354:14
**signed (1)**
72:5

**significance (1)**
17:15
**significant (17)**
27:4 78:13 102:16
110:8 144:19 153:6
153:13 207:24
209:9,14,15 210:21
211:4 214:20
272:13,17 299:12
**significantly (5)**
206:20 209:21 266:15
299:10 347:4
**signs (1)**
45:19
**silica (1)**
184:4
**similar (4)**
39:20 282:17 283:14
295:16
**simple (1)**
169:2
**simpler (1)**
215:3
**simplification (2)**
196:11,14
**simplified (1)**
196:13
**simply (7)**
59:6,24 60:16 84:8
125:17 238:21
257:13 262:2
289:13
**single (3)**
175:21 197:9,11
**sir (26)**
26:13 27:9 44:5 74:14
104:24 109:5
124:12 125:10
140:15 147:17
171:3 174:5,9
184:23 190:15,21
249:8 250:21
256:12 265:23
281:2 293:16 295:3
301:25 306:7 354:3
**sit (9)**
121:5,6 138:5 307:11
320:8 325:24
326:12 343:6 344:3
**site (46)**
46:19 47:21 48:2
52:10,14 54:11 56:3
95:3 134:22 135:9
152:24 153:7
193:23 195:11,15
195:17,22 196:2,4

196:20 200:23
214:7,19,21 226:7
226:22 227:19
235:9,16 236:15
238:2,3 261:21
262:5,7 263:13,18
272:22 284:24
285:5,7 299:14,23
312:6,17 316:19
**sites (1)**
196:7
**sits (1)**
339:22
**sitting (4)**
101:16 105:9 322:10
336:22
**situ (2)**
329:10 340:13
**situation (1)**
293:13
**situations (1)**
220:5
**six (5)**
116:25 222:4,9
345:16 346:6
**size (24)**
133:13,15 155:7
158:5 174:16,21,21
206:21 210:23
218:20 220:18
229:9,10 236:22,25
237:10 245:22
247:25 287:17
294:23 295:4
307:19 308:23
349:3
**sized (1)**
347:4
**sizes (3)**
104:14 206:19 288:10
**skeptical (1)**
135:3
**skin (14)**
173:11 174:22 175:2
194:18 218:20
226:23 237:5,10
247:19,20 248:4
272:24 312:16
335:21
**skipped (1)**
207:14
**sleep (1)**
8:22
**slide (2)**
188:10 254:25
**slight (1)**

135:6
**slightly (3)**
26:14 139:25 140:24
**slime (1)**
59:7
**slow (2)**
8:21 274:4
**small (7)**
28:25 91:10 134:4
218:17,24 284:13
284:16
**smaller (4)**
191:25 192:6,8 207:5
**smoke (14)**
94:11 181:23 267:4,8
267:10 272:15
273:4 342:21,24,25
343:2,9 347:24
348:6
**so-called (1)**
92:14
**soaring (1)**
272:2
**soccer (4)**
111:19 112:24 113:2
113:4
**sociability (1)**
113:12
**social (1)**
115:6
**Society (3)**
37:12,22 38:4
**solar (6)**
32:25 33:8,25 34:6,8
34:21
**solved (1)**
312:18
**somebody (7)**
14:23 47:6 49:6 51:9
75:3 132:7 263:5
**someplace (7)**
15:13 60:13 64:3
82:12 141:7 270:21
332:21
**somewhat (4)**
8:21 9:20 109:3 121:7
**son's (1)**
112:24
**soon (1)**
48:9
**soot (5)**
244:17,19,21 245:9
327:7
**sorry (21)**
18:5 19:23 97:7
133:12 145:16

157:5 189:25 193:9
206:12 207:12
217:3 239:8 252:11
272:7 282:21
288:19 294:7,11
295:8 304:12,15
**sort (11)**
26:5 27:25 33:23
35:13 68:6 81:13
83:10 113:23
198:21 210:10
218:5
**sotto (1)**
350:7
**sought (2)**
124:9,11
**sound (4)**
70:12 216:21 250:20
276:17
**sounds (5)**
75:25 76:13 140:8
276:16 328:14
**source (8)**
45:15,16 46:8,11
59:22 194:18 245:6
261:19
**sources (19)**
44:23 45:11 46:21
47:25 54:10,13 55:3
55:13 193:11,13
194:7 214:5 218:10
262:8,20,22 263:2
263:14,18
**sourdough (1)**
198:17
**South (6)**
3:8,11,15 31:3,6,7
**space (6)**
57:12 66:12 131:23
219:18 227:10
326:10
**spaces (2)**
319:16 341:10
**spare (1)**
349:20
**speak (4)**
124:2 127:11 152:9
161:13
**speaking (2)**
161:9 227:21
**speaks (2)**
148:19 238:7
**specific (9)**
56:10 79:23 138:6
142:6 186:24 187:4
232:24 233:4 320:9

**specifically (3)**
203:7 303:16 346:18
**specification (3)**
150:12 166:20 250:12
**specifications (4)**
70:11 146:22 147:5,6
**specified (2)**
147:9 188:21
**specifies (2)**
251:10 320:10
**speculate (1)**
221:16
**speculation (1)**
318:25
**speed (7)**
91:16 150:5 251:16
252:10 265:19
266:11 271:5
**speeds (1)**
266:7
**SPENCE (1)**
3:7
**spend (1)**
11:12
**spent (2)**
78:17 85:2
**spoke (4)**
113:21,24 191:10
287:16
**spoken (15)**
22:5,8,9,20,25 68:3
93:9 110:25 111:4
111:12 113:6,9
114:13,19 115:15
**spore (1)**
257:3
**spot (2)**
154:22 300:22
**spring (1)**
63:6
**sprinklers (1)**
56:19
**squame (2)**
175:3 247:21
**squames (10)**
173:11 174:22,22
218:20,21 220:23
237:5,11 251:25
335:22
**square (4)**
132:20 133:10,12
311:16
**squared (1)**
277:18
**St (1)**
27:20

**stack (2)**
28:3,14
**stacked (1)**
83:19
**stacks (3)**
28:5,16,19
**staff (7)**
46:12 184:16 185:3
185:11,18 228:3
335:23
**stainless (1)**
292:22
**stand (4)**
128:15 240:25 326:4
353:9
**standard (56)**
4:19,20 5:13 40:2
74:12,19 81:20
116:22 121:3,10,20
121:25 123:2,6,8,14
125:21 126:14
127:5 129:4,7,8
131:6 136:22
137:20 138:3,7
155:4,20 156:4,8
157:2,7 160:16
184:14 187:13
189:11 190:7
192:19,22 212:10
217:18 224:22
225:7,9,15 228:16
240:23 250:15,23
250:24 289:25
303:9 319:4 321:14
325:3
**standards (21)**
106:18,24 107:7
122:5,10 152:4,12
159:21 160:4,25
161:6 162:3,9 163:2
199:20 204:17
248:16 303:10
314:19,20 328:9
**standpoint (1)**
329:9
**stands (8)**
37:16 78:13 117:6
128:19 148:17
290:18,20 326:5
**staph (5)**
165:15,16 337:24
338:4 339:14
**staphylococcus (1)**
173:12
**start (15)**
6:2 36:7 51:25 63:4

64:10 71:20 72:18
85:22 95:16 111:9
120:14 130:8 193:8
315:12 341:4
**started (16)**
32:25 33:6,13,20
34:13 35:13 37:24
37:25 38:14 61:14
73:16 84:18 93:17
120:15 141:2,3
**starter (1)**
198:17
**starting (2)**
294:22 324:3
**starts (4)**
11:5 295:9,9 324:4
**state (13)**
2:9 7:9 26:21 30:8,9
49:16 93:2,11
124:24 187:15
291:24 356:8,19
**stated (2)**
272:15 319:17
**statement (21)**
46:16 53:24 54:6
90:24 92:22 119:25
126:20 167:2 169:6
169:24 185:6
186:18 199:18
204:20 208:18
213:19 227:6
262:24 265:12
295:22 307:8
**statements (5)**
46:16 146:9 161:20
162:4 222:19
**states (7)**
1:2 28:8 125:5 147:5
203:11 252:12,22
**statistical (1)**
284:12
**statistically (7)**
153:6,13 207:6,15,24
210:21 211:4
**statistician (1)**
300:19
**statistics (2)**
153:18,22
**status (1)**
38:25
**stay (9)**
32:21 33:5 45:20
139:2 218:25
219:11 220:2,5,24
**stayed (3)**
64:23 109:23 110:21

**stays (1)**
91:20
**steel (1)**
292:22
**step (2)**
9:3 53:16
**sterile (20)**
45:22 69:25 227:12
227:15,17,18,19,23
227:25 265:15
270:5,7,15 284:23
285:4,6 334:25
335:3 336:15,24
**sterility (1)**
188:2
**sterilize (2)**
172:7,9
**sterilized (1)**
243:21
**stick (2)**
28:20 90:20
**stir (1)**
221:10
**stirring (1)**
306:25
**Stocks (2)**
348:12 349:4
**stole (1)**
196:15
**stood (2)**
84:13,24
**stop (1)**
137:16
**stopped (1)**
237:8
**storage (1)**
83:10
**straight (3)**
27:17 73:20 90:19
**strategies (1)**
32:2
**stream (1)**
269:22
**Street (2)**
3:11,15
**Streifel (6)**
117:25 118:5,13,16
118:20,23
**stressful (1)**
8:9
**strictly (4)**
91:5 112:22 123:24
236:11
**strike (2)**
107:14 297:9
**strongly (1)**

329:12
**stuck (1)**
102:15
**studied (4)**
203:7 346:18 348:23
350:11
**studies (10)**
89:5 213:17,19
244:15 247:4 257:2
304:22 305:2
343:19 349:13
**study (43)**
12:3 23:4 89:7 153:23
201:5,18 202:20
203:4 204:25 205:8
205:9 207:6 213:8
213:12 215:21
237:11 239:7,10
240:9 244:17 246:5
246:6 247:9 249:6,7
252:10,22 253:5,6
253:13,17 272:12
298:6,14 299:21
330:18,22 344:25
345:13 347:19
348:4 350:3,10
**stuff (26)**
10:8 12:9 13:4,6
16:10 18:13 23:21
28:24 31:18 33:24
35:6,18 38:9 44:16
48:12 49:18 51:9
77:2 78:8 93:2
116:7 140:3 192:3
224:4 269:11
277:19
**subcommittee (1)**
38:24
**subject (4)**
52:10 126:7,9 133:5
**subpoena (3)**
4:6 10:5 144:5
**subscribed (1)**
356:10
**subsequently (1)**
46:13
**subset (1)**
37:16
**substantially (3)**
251:4,16,24
**subtitle (1)**
260:3
**successful (1)**
33:23
**suck (1)**
336:6

**sucking (1)**
307:20
**sucks (1)**
307:9
**Sue (1)**
22:23
**sufficient (4)**
135:4 169:4 220:8
336:6
**sufficiently (2)**
214:5 349:12
**suggest (6)**
58:9 148:5 202:20
217:8 272:20
329:24
**suggested (5)**
130:7,10 148:2 260:3
329:7
**suggesting (3)**
217:11,25 292:8
**suggests (1)**
238:14
**suing (1)**
65:18
**Suit (1)**
215:13
**suitable (1)**
208:5
**suits (4)**
216:5,6,17 217:9
**sulfuric (1)**
28:11
**summaries (2)**
324:8,11
**summary (13)**
5:7 200:20 201:23
204:5 215:19
253:11 260:17
261:2,16 270:10
271:18 306:22
311:22
**super-deduper (1)**
87:21
**superficial (1)**
226:22
**supplement (1)**
353:14
**supplied (3)**
296:18 297:4 306:17
**supplier (1)**
333:20
**supply (7)**
34:12 91:5 98:21 99:6
99:7 142:21 321:5
**support (3)**
34:5 192:21 352:19

**supports (1)**
260:13
**suppose (4)**
34:25 176:20 251:20
354:10
**supposed (5)**
10:9 45:6 90:15,17
345:24
**supposedly (1)**
42:12
**sure (61)**
8:10,19 9:3,5 14:15
31:7 35:24 49:23
62:13 65:19 74:11
75:2 76:16 96:4
97:8 99:4 101:9
103:9 106:24 111:9
122:25 140:17,25
145:19 150:8
155:22 166:10
173:18 185:16
190:12 198:12
202:13 209:7 215:5
215:5,5 217:23
218:5 220:22
225:21 227:16
231:18 247:7
257:25 264:22
281:24 282:3 297:7
305:5,11,13 308:19
313:6 315:2 328:22
336:13 337:18
343:3,10 350:22
354:11
**surface (6)**
307:20 308:11,17,21
322:19 336:14
**surfaces (1)**
194:15
**surgeon (5)**
112:2 179:15,18
277:2 326:8
**surgeons (10)**
89:5 111:5,7,10,13
113:7 178:20,24
228:3 335:2
**surgeries (3)**
107:18 208:14 263:8
**surgery (33)**
57:2,4 88:8,21 89:2,9
89:22 128:10 131:9
131:16,16 132:16
178:14 182:23
183:6 184:6 194:19
200:24 220:23
222:13,15 262:6,16

263:4 281:16 298:9
298:17,20,22 299:9
304:3 341:18
344:13
**surgical (66)**
45:24 46:19 47:21
48:2 52:10,14 54:11
56:3 95:2 134:22
135:8 146:13
152:24 153:7
181:15 193:22
196:20 200:23
205:12 214:7,19,21
215:23 216:13
222:14 223:7
226:22 227:19
235:9,16 236:15
238:2,3 251:25
252:3 261:21 262:5
262:6 263:12,18
265:16 268:12,21
269:5,19,20,22
275:11,14 276:19
276:22,25 284:23
285:5,6 299:23
302:23 305:24
312:6,17 316:18
343:22 347:23,24
348:5,5
**surprise (3)**
178:23 179:20,21
**surprised (2)**
283:21 308:22
**surrogate (4)**
199:15 201:20 204:21
211:22
**surrounding (1)**
306:14
**susceptible (4)**
132:8 167:20 226:9
341:13
**suspect (2)**
44:6 308:16
**suspected (1)**
298:11
**suspended (3)**
220:2 224:10 240:24
**suspension (1)**
218:25
**sustain (1)**
224:9
**swabbed (1)**
239:19
**swabbing (3)**
58:17 240:15 327:21
**swabs (1)**

239:18
**sweeping (1)**
233:3
**sworn (3)**
6:24 355:12 356:10
**system (79)**
23:10,15 36:5,6 53:22
59:23 60:9,25 88:20
90:7 93:19,24 94:5
94:24 95:2 99:6,7
106:14 107:9
122:19 123:9
129:15,16 130:2
154:18 159:10,11
167:6,21,25 168:17
169:13,17 170:18
170:19 171:11,11
172:6,12 177:8,11
178:2 183:12 184:9
198:4 234:6,6 248:5
249:3,5,21 272:21
298:9,24 299:2,11
299:24 310:25
312:19 315:24
316:8,22 317:19
318:11 319:7,9
321:15,24 325:11
325:11,19 327:9
332:9 338:16 339:7
341:5,22 351:19
352:15
**systems (17)**
33:9,20 35:15,21
80:24 87:25 97:15
98:12,15 110:9
153:5 161:12
208:20 233:21
317:15 334:11
349:11

**T**

**table (44)**
48:20 68:21 83:14
121:7 128:4 129:11
129:12 130:25
131:12,24 133:15
137:25 156:8
157:18,21 164:18
164:18,25 165:11
165:25 168:4 179:8
224:17 225:18
236:13 254:10,16
256:13,25,25
257:11 258:15,18
258:19 259:7,13
267:11 294:6 326:9

336:11,15 337:3
338:15 339:4
**tables (1)**
228:4
**tabs (1)**
4:9
**take (33)**
9:21 14:6 25:8 28:21
43:14,22 48:9 49:9
51:19 58:13 61:16
95:12 102:20
103:25 104:8
137:15 138:10,25
147:18 152:2
153:10 194:25
208:10 231:16
236:7 239:20 258:6
263:24 273:21
298:3 313:4 320:24
322:16
**taken (14)**
2:5 51:24 95:15
100:11 129:19
138:13 182:7 195:4
231:21 282:16
283:15 313:9 342:7
355:9
**takes (1)**
42:6
**talk (20)**
8:20 18:4 24:6,21
68:7,16 80:9 82:8
82:10 137:8 154:23
170:24 212:11
221:8 225:20
228:12 283:23
284:2 303:5 340:16
**talked (17)**
64:5 67:23 68:20
85:18 111:20
113:16 118:16
125:14 137:18
154:22 180:22
193:10 217:19
263:16 272:10,11
325:8
**talking (16)**
52:5 90:25 93:19
94:24 97:23 113:22
135:15 154:14
176:13 198:20
215:6 227:10
294:25 303:20
336:22,23
**talks (5)**
41:4 56:14 132:16

256:24 317:23
**tangent (1)**
93:18
**tape (3)**
6:3 51:25 95:16
**taped (2)**
276:6 281:11
**target (1)**
203:14
**Tavitian (4)**
4:25 215:12 305:15
305:18
**team (4)**
215:23 222:14 223:7
252:2
**technical (4)**
74:9 75:13 85:14
250:11
**technically (1)**
323:15
**technician (1)**
292:24
**technicians (1)**
293:2
**technique (3)**
77:7,11 80:20
**Technologies (1)**
328:8
**technology (3)**
197:23 230:18 302:22
**tell (22)**
7:23 18:8 31:23 51:7
64:25 65:11 68:24
73:19 79:15 87:17
111:24 113:16
133:23 185:23
213:7 236:8 287:2
332:23 333:21
334:3 341:5 350:9
**temperature (16)**
57:20 58:12 86:19
100:12 135:3 143:8
237:24 268:25
277:11,22 278:21
278:25 279:8 282:7
282:15 283:4
**temperatures (2)**
279:12 283:18
**Ten (4)**
110:13 284:19 304:9
304:11
**term (1)**
320:19
**terminal (2)**
87:20 129:12
**terms (10)**

22:13 98:20 169:21
170:6 199:2 212:7
213:24 217:21
232:19 250:17
**test (49)**
5:11,12,12,14 23:4
148:2,5,6,21 155:10
240:15 267:4
272:16 273:4,7
285:24 286:11
287:3,6,7,9,14
288:11,14,18
289:21,25,25 290:7
290:8 291:18,25
292:6,7,11 295:20
295:20 328:8,20
329:9,22 330:8,9
332:22 333:6,11,13
333:16,22
**tested (4)**
226:3 272:19 331:2
333:4
**testified (1)**
6:25 8:6 175:24 264:4
**testify (6)**
65:15 66:2 105:14
162:15 175:7 176:2
**testifying (3)**
7:18 65:22 66:3
**testimony (29)**
8:11 55:6 65:8 95:5
125:7 126:13,18
161:4 185:21
209:12 212:24
213:5 219:25
261:25 262:11
268:11 269:21
271:20,25 275:9
276:21 284:15
296:17 297:3 312:3
317:2 339:2 345:8
351:22
**testing (10)**
81:10,16 100:19
168:2 285:22 296:4
306:19 309:17
330:20 331:18
**testings (1)**
332:21
**tests (2)**
287:17 296:14
**Texas (2)**
94:10,14
**text (1)**
16:24
**Thank (12)**

9:17 20:24 136:9
149:25 154:13,13
163:13 304:15
311:18 313:3 325:7
347:7
**Thanks (2)**
25:3 72:9
**theater (7)**
249:6,17,24 250:7,12
272:17,23
**theatre (3)**
205:12,18,22
**theatres (9)**
4:23 200:15,25
202:24 203:24
208:6 345:2 347:18
349:10
**theoretical (1)**
182:20
**theory (2)**
167:23 191:18
**thereof (1)**
355:15
**thermal (5)**
134:7 135:6 228:4
251:17,20
**thickness (1)**
310:10
**thing (29)**
12:19 14:25 23:5 26:6
61:5 69:14 109:25
110:2 113:23
115:17 126:4
137:17 184:7
198:19 202:12
246:24 255:9 261:9
264:9 273:25
274:19 281:11
286:8 288:18
292:22 327:2
329:23 340:12
346:16
**things (41)**
13:6,9,17 14:13 28:12
32:9,15 33:5,9 34:8
40:22 41:5 69:11
88:10 94:11 96:3
121:4,6,8 137:24,24
139:17 151:18,22
176:24 177:2,22
180:24 181:8,10
186:6,7 193:21,25
197:24 204:15
208:15 223:24
228:8 235:5 290:20
**think (114)**

13:11,14 14:9 16:13
18:9,11 19:8,8 20:6
20:6,7,22 21:6,10
22:17 24:4 25:23
26:25 30:8 38:17
44:17 49:8 51:9
53:13,16 58:22
62:14 63:8,10 71:3
72:23 83:25 85:11
92:10 96:25 101:24
103:20,24 104:6
105:12 109:19
111:25 112:3,5
118:8 122:18 123:7
140:6 142:18 144:5
150:10 153:11,19
154:7 155:11
157:15 164:3
168:15,20 176:21
177:6 197:25 202:5
209:13 212:2,18
219:23 220:14
221:23 228:20
230:7,23 232:11
233:5 237:4 238:24
242:4 243:7 255:8,9
260:15 261:20
263:16 264:17
267:6 269:10
275:12 293:5 300:6
305:7 309:11,21
319:15,17 323:21
323:21,25 324:24
328:6 330:13
336:16 337:12
339:20 347:13,16
347:23 348:12
349:17,24 350:12
351:22 352:9 353:6
353:8
**thinking (5)**
14:15 136:8,21
214:13 337:21
**third (5)**
47:9 191:8 193:10
226:7 305:21
**thirds (1)**
53:5
**Thirty-five (1)**
206:3
**Thirty-two (1)**
278:6
**Thomas (2)**
3:10 75:24
**thought (6)**
33:2 65:3 182:25

288:18,19 295:7
**thoughts (3)**
112:14,15 121:8
**thousand (6)**
19:25 145:4,25
147:16 237:17
272:3
**threat (1)**
257:7
**three (15)**
19:11 39:7,10 71:18
78:5 130:16 141:4
154:4 198:24
208:10,13,14 258:2
286:8 291:15
**three-dimensional (1)**
340:9
**threshold (4)**
169:20 203:8 250:15
346:19
**threw (1)**
12:11
**throwing (1)**
327:6
**thumbing (1)**
264:9
**tight (1)**
99:15
**tightly (1)**
340:11
**till (1)**
8:25
**time (47)**
7:13 8:7 9:9 11:13
14:17 17:17 25:8
26:17 27:11 28:8
29:21,22 33:4 34:19
35:12 38:18 45:17
48:9 60:13 63:24
68:15 85:2 93:10
103:11 105:5 110:5
112:25 115:9,9
131:12 136:14
154:6 161:25
167:11 178:17
195:12 197:8 204:4
204:11 208:13
220:11 228:13
275:24 285:25
300:12 349:20
355:9
**times (21)**
9:12 137:25 154:4
170:3 182:3 195:11
195:11,12 196:4,5
218:13 223:22

229:16 251:11,14
258:3 306:6 308:2
311:9 325:23 340:4
**tips (1)**
311:16
**title (5)**
47:20 151:9,16
218:16 355:10
**titled (1)**
328:7
**Titus (3)**
94:15,16,17
**today (26)**
68:8,22,25 71:15
72:12 78:14,19 79:7
79:19,25 104:21
105:19 138:6 305:5
309:22 313:20
315:7 320:8 322:22
323:16 325:24
326:13 343:7 344:3
345:9 351:22
**told (7)**
62:19 70:10 224:25
336:18
**Tom (3)**
5:10 279:11 280:18
**top (19)**
40:25 42:24 69:22
121:23 147:25
151:9 157:24
164:21 180:6 203:5
229:25 240:20
267:16,19 277:24
278:9 288:17,18
289:25
**topic (1)**
44:22
**topics (2)**
127:25,25
**total (4)**
19:18 190:13 205:21
305:23
**touch (5)**
179:16 350:4,15,20
350:22
**touching (1)**
194:15
**tough (1)**
29:5
**town (2)**
94:13,14
**Traci (5)**
43:5,10,23 49:6 50:11
**tracking (1)**
154:8

**traffic (1)**
221:10
**training (3)**
80:11 108:7 322:4
**transaction (1)**
64:19
**transcript (3)**
271:20 355:6 356:3
**transcription (2)**
355:7 357:7
**transfer (3)**
81:3,4,5
**transitioned (2)**
36:21,25
**translates (1)**
250:19
**transmission (3)**
53:21 54:5 265:5
**transmitted (2)**
54:3 55:11
**travel (3)**
175:2,13,20
**treatise (1)**
16:25
**treatises (1)**
16:9
**trial (6)**
8:12 23:4 105:14
152:14 153:12
215:14
**trials (3)**
152:6,22 153:4
**tried (5)**
99:24 102:23 154:9
245:22 255:5
**triple (1)**
251:9
**trot (1)**
264:12
**trouble (2)**
42:16 211:13
**true (17)**
74:21 84:20 92:24
99:18 127:22 135:2
158:20 168:16
172:17 225:11,24
228:25 234:8 243:2
317:13 355:7 356:2
**truly (3)**
81:8 85:21 92:20
**trust (1)**
159:3
**truth (1)**
7:23
**try (7)**
32:11 88:11 239:8

252:11 255:22
318:9 347:12
**trying (5)**
164:2 183:22 248:10
257:10 336:19
**tuberculosis (1)**
194:3
**turbulence (13)**
98:18 219:9,10,17,18
219:19 220:9,25
224:9 228:2 231:12
306:25 336:2
**turbulent (5)**
97:19 98:13,22 99:6
219:17
**turbulent-free (3)**
298:8,23 299:8
**turbulently (1)**
98:11
**turn (17)**
26:23 101:23 103:13
132:15 157:17
160:3 164:17
166:16 236:13
243:18 265:25
292:4 315:14
330:11 332:19
349:23 351:6
**turned (3)**
66:12 241:4 267:9
**turning (5)**
224:12 334:6 337:2
344:24 347:21
**Turpin (2)**
40:25 53:2
**Twenty-five (1)**
20:2
**Twenty-two (1)**
255:3
**twice (1)**
325:12
**two (42)**
11:24 12:2,11,23
13:12,15 32:15 39:9
43:13 45:11 53:5
71:17 77:19 78:5
104:20 112:20
113:2 130:16,19
133:15 141:4
178:11 183:24
187:11 201:4
208:10 215:3,3,22
232:12 240:25
241:9 251:11,14
273:3 286:8 292:10
300:11 314:21

329:4 342:17
348:22
**two-year (1)**
30:15
**TX (1)**
3:5
**type (9)**
57:4,6 91:9 97:20
153:25 154:18
299:11 310:9
336:14
**types (8)**
98:15 107:15,17
108:17 172:19
173:8 215:22
217:11
**typical (5)**
158:4 177:25 206:18
229:7 257:3
**typically (8)**
172:20 178:10 180:10
180:15 221:25
237:5 291:5 321:4
**typo (1)**
254:13
**typographical (1)**
353:5
**typos (2)**
69:11 71:13

_____
**U**

**U.S (3)**
203:16 229:8 234:4
**UC (2)**
27:7,16
**UCV (1)**
234:6
**uh-huh (25)**
9:7 30:25 33:17 43:20
93:22 103:2 112:19
148:4 165:2 179:3
205:14 206:14
207:18 215:25
216:20 224:16
241:15 273:19
278:7 290:3,13
291:13 295:15
298:21 346:13
**UK (2)**
48:15 250:24
**ultimate (1)**
24:18
**Ultimately (1)**
253:5
**Ultra (13)**
153:2,4 233:6,16,17

233:20,24 234:6,9
249:16,24 250:6
272:23
**ultrasonic (1)**
348:6
**Um-hmm (2)**
143:18 241:3
**unable (1)**
237:22
**UNC (4)**
29:18,20 30:5 31:24
**unclear (3)**
9:11 281:3,7
**undergoing (1)**
298:19
**undergone (2)**
107:19 108:13
**undergrad (2)**
27:19 29:9
**undergraduate (1)**
29:13
**underlined (1)**
346:16
**underlining (2)**
139:21,23
**underneath (2)**
336:10 339:3
**undersigned (1)**
355:5
**understand (27)**
7:21,22 9:10 24:23
46:4 81:4,7 86:6
87:19 150:9 176:5
183:22 194:13
202:17 209:19
213:13 214:23
227:16 234:25
248:11 257:10
273:20 275:7 293:5
314:2 316:21
326:17
**understanding (59)**
22:15 40:14 46:18
70:21 85:13,25
86:12 87:21 104:19
105:2 106:9 108:12
109:5,16,21 110:7
110:19 122:3
124:14 125:4 131:7
134:3 136:7 137:4
146:10 147:19
154:16,19 155:2
162:2 173:10 179:6
180:3 187:25 194:8
204:9 205:24
222:14 223:6

226:21 231:10
233:19 243:24,25
245:21,25 249:4
266:10 267:17,20
290:22 296:17
319:19 325:25
326:15 334:10,18
344:18 352:5
**understood (12)**
9:14 12:16 17:4 25:2
40:4 53:23 96:14
150:6 199:14
204:20 214:11
226:9
**undertake (1)**
94:3
**unidirectional (8)**
95:22 96:20 132:18
298:8,23 299:8
322:21,25
**unidirectionally (1)**
98:10
**unique (1)**
51:5
**unit (28)**
79:16 89:22 90:2
100:21,23 101:8,14
101:20 102:17
105:22,23 145:12
146:11,23 148:25
162:24 209:4 226:3
261:7 265:14
267:24 269:4
275:10 282:17
293:19 307:4 340:8
351:2
**United (6)**
1:2 203:11 249:17
250:8 252:12,22
**units (20)**
105:16 135:13 209:6
210:7 246:20 247:5
257:15 259:14
265:20 266:4 267:5
267:23 272:3
285:13 287:23
311:5 320:6,11
351:24 352:4
**University (2)**
118:8,10
**unreasonable (1)**
311:8
**unsafe (1)**
122:19
**updraft (3)**
134:7 135:7,20

**upstanding (1)**
75:16
**usable (1)**
32:9
**use (46)**
14:16 15:10 32:9 36:6
42:13 77:10 82:21
83:17 90:11 100:6
107:8 110:20
112:17 113:14,17
116:16 146:17
166:19 171:6
178:20,24 181:9
182:22 183:5,11
199:4 235:9 237:23
243:20 244:3 249:5
252:13 253:8
311:23 315:18,19
321:8 339:14
340:17,21 341:21
342:3 347:23 348:4
351:10 352:15
**users (1)**
244:2
**uses (8)**
83:16 111:23 112:7
160:21 179:25
286:17 322:20
350:20
**USP (1)**
212:10
**usually (2)**
266:5 291:7
**Utilizes (1)**
186:23
**utilizing (1)**
97:16

---

**V**

**V-shaped (1)**
281:12
**vacuum (4)**
307:5 308:4 309:5,9
**vacuumed (2)**
308:18 309:4
**vacuuming (1)**
308:21
**vague (1)**
180:3
**vaguely (1)**
77:8
**validates (1)**
302:21
**Validation (1)**
250:9
**value (13)**

128:20,23 129:20
150:7 201:24 203:6
205:21 211:9
230:18 291:11
295:23 305:24
346:17
**values (4)**
203:10 258:16,20
294:5
**Van (7)**
77:25 78:3,4 105:7,10
105:11 284:20
**variables (1)**
300:17
**varies (1)**
145:13
**variety (2)**
145:19 197:13
**various (7)**
28:18 60:14 123:22
131:5 187:3 257:2
337:8
**vary (1)**
320:3
**vascular (1)**
112:3
**vehicle (1)**
175:14
**vein (1)**
45:24
**velocity (35)**
91:18 100:12 132:19
132:22 133:9,19
134:10 135:12,16
135:17,18 136:3,23
149:8,12,14,21
170:2,4,11 191:8,23
192:7 241:23
250:13 251:9,15,24
252:14 290:9,12
307:17 308:7,10
336:6
**ventilated (2)**
202:24 272:23
**ventilation (17)**
38:11 39:19 40:2
48:13 123:9 126:23
127:7,21 183:12
233:17,20,21
315:24 324:19
332:9 349:11
351:19
**verbally (1)**
9:6
**verification (1)**
250:10

**verse (1)**
283:10
**version (9)**
17:14,19 38:17 40:5
121:3 138:8 157:14
164:5 289:2
**versions (1)**
141:12
**versus (21)**
46:21 54:13 85:14
88:21,25 94:4 97:19
97:19 98:13,22
104:23 153:4,25
154:17 161:6
204:16 215:13
233:21 237:17
263:14 297:19
**vertical (3)**
91:16 99:14 270:5
**viable (4)**
174:12 208:16 235:20
236:10
**video (4)**
108:2 267:3,7,8
**videographer (18)**
3:19 6:2,11 51:22,25
95:13,16 138:11,14
195:2,5 231:19,22
274:9,12 313:7,10
354:15
**videotaped (3)**
1:11 2:4 6:3
**view (5)**
79:2,10,14 84:11
310:5
**viewed (1)**
60:11
**views (1)**
104:16
**Virginia (3)**
31:3,7 64:16
**virulence (2)**
195:12 196:5
**viruses (3)**
196:18,21 337:7
**vis-a-vis (1)**
351:3
**visited (2)**
94:10,18
**visiting (1)**
94:24
**voce (1)**
350:7
**vociferous (1)**
121:7
**volume (8)**

132:22 133:9 149:24
149:25 150:4
229:11,15,17
**volunteer (2)**
41:25 42:2
**volunteered (1)**
142:23
**vote (1)**
74:25
**voting (2)**
74:19,23
**vulnerable (1)**
341:13

---

**W**

**W (1)**
61:15
**Wait (1)**
8:24
**waiting (1)**
341:7
**waiver (1)**
24:22
**walk (2)**
223:21 334:23
**walked (1)**
333:2
**wall (1)**
83:17
**walled (1)**
250:6
**want (52)**
13:11,20,21 16:19
19:11 22:5 24:10,16
24:20 25:5,6 38:13
61:14 64:6,19 65:2
67:9 79:24 80:9
96:3 98:3 109:14
122:14 123:13,25
134:10 140:17
142:7,8 156:5 171:8
183:14 192:4
209:19 227:16
228:21 229:2,3
230:8 231:16,17
235:4 273:21
294:12 296:12
298:3 303:13
305:10 313:20
324:24 329:15
350:8
**wanted (9)**
33:5 89:5,20 90:4
159:25 160:22
274:19 279:21
296:14

**wants (2)**
109:12 123:12
**warehouse (1)**
333:2
**warm (7)**
86:10 274:25 277:9
350:3,14,20,22
**warmer (4)**
82:20,24,25 240:22
**warmers (2)**
5:4 240:21
**warming (29)**
1:6 6:5 23:10,15,17
23:19 56:10 106:14
106:19 110:20
145:11 146:11,23
146:23 177:10
237:23 253:8
267:24 269:4
274:23 275:10
297:12 298:25
299:2,11,24 302:22
350:6,25
**warning (1)**
69:3
**warp (1)**
329:19
**warping (1)**
311:6
**wasn't (9)**
31:8 32:22 42:15 87:2
89:22 93:13 103:11
242:10 255:6
**watched (2)**
182:2 267:10
**water (7)**
30:11 33:8 181:17
290:18,21 294:13
294:16
**waterfall (3)**
181:11,19 227:25
**wattage (4)**
145:11 146:12 147:9
177:25
**watts (5)**
145:4,25 146:8
147:10 178:3
**way (38)**
2:6 9:7 11:14 34:19
37:19 53:5 64:4
70:17 73:20 81:12
82:12 88:17 97:4
105:13 107:20
118:4 120:12 121:4
129:6 139:20
144:13,14 154:9

Page 38

158:17 159:12
160:6 175:12
192:20 270:21
275:8,25 292:5
304:12 319:20
320:6 336:11
337:23 343:5
**ways (1)**
32:11
**we'll (11)**
13:13 14:21,22 25:12
49:9 75:7 111:9
141:24 142:15
194:25 354:13
**we're (13)**
24:5 26:8 95:21 96:21
138:24 141:16
148:11 156:18
198:19 281:20
282:11 317:25
327:6
**we've (14)**
9:18,19 78:14 116:11
137:12 176:12
180:22 194:22
261:20 282:25
292:21 309:21
325:8 346:16
**wear (4)**
215:23 334:20,21,21
**website (6)**
84:10 85:3,5 106:15
287:12,13
**websites (1)**
170:14
**week (1)**
67:2
**weeks (4)**
71:18 77:19 78:6 79:7
**weigh (1)**
121:7
**Weiss (1)**
181:25
**welcome (4)**
138:17 200:4 202:15
243:8
**Wells-Riley (1)**
196:12
**went (12)**
7:23 13:5 20:17 28:4
30:9 31:25 33:23
84:9 255:17 315:5
331:7,12
**weren't (2)**
28:19 309:4
**WG (3)**

290:15,15,18
**whatever's (1)**
83:3
**WHEREOF (1)**
355:16
**white (4)**
28:9 103:22,24 334:4
**whopping (1)**
331:23
**Wichita (1)**
61:10
**wide (1)**
127:24
**wife (1)**
33:3
**wife's (2)**
102:22 103:5
**Wikipedia (1)**
187:20
**William (1)**
73:13
**willing (1)**
34:7
**winter (1)**
29:6
**wiped (1)**
308:21
**Wisconsin (4)**
28:12 29:6,7 115:13
**withheld (1)**
144:7
**withholding (1)**
67:11
**witness (149)**
3:21 7:20,21 18:11,16
26:10 45:6 46:24
55:7,21 56:25 61:4
62:4 63:16 64:6
66:16 67:25 73:8
84:16 86:6,24 91:15
92:3 95:10 98:25
99:12,14 106:21
107:4,12 109:12
110:13 113:19
115:20 118:20
121:16 122:9,22
123:21 124:19
126:19 127:2,10
131:11 134:3
135:24 137:3
140:10 145:18
146:25 147:4
148:13,19 152:9,17
154:10 161:8,11
162:14,16 163:11
166:7 169:16

172:16 174:19
175:6,8,17 177:18
181:3 182:18 185:5
185:14,21 189:24
192:25 194:12
197:5 199:11 200:5
202:8 204:6 206:6
209:12,13 210:2
212:8 215:2 219:23
221:23 230:7,22
233:24 235:11
237:13 238:15
239:3 240:14
241:21 246:23
249:16 250:3
251:19 252:6,16,24
255:8 262:2,11,12
268:8,16,24 269:9
269:14 278:14
282:3 283:7 285:18
288:8 291:23
296:10,23 300:3
301:19 310:4
311:12,19 312:11
312:21 314:4 319:2
319:24 321:17
322:14 326:21
327:20 329:12
334:3 338:23
339:20 342:6
344:17 350:6 352:9
355:11,16 356:6
357:4
**witnessed (1)**
276:8
**Wladyslaw (1)**
163:18
**wonderful (2)**
292:23 296:23
**wondering (1)**
196:4
**wonky (2)**
311:9,20
**Woodland (1)**
27:13
**wool (2)**
83:6,11
**word (8)**
41:20 137:22 141:3
168:13 169:8
234:16 269:12
343:4
**wording (1)**
123:7
**words (13)**
48:19 49:19 63:23

122:25 125:25
129:13 137:23
183:17 190:23
211:12 242:9 245:9
354:8
**work (50)**
7:24 15:7 19:3,20
27:16,25 31:25
34:20 35:20 36:8
42:5 57:9 66:25
67:8,13 75:21 82:9
82:12 99:25 106:17
108:23 110:24
114:6,20 115:16
116:15 118:17
121:5 127:12 141:3
141:24 143:24
148:7,12 150:24
151:4 163:22 182:7
199:2,21 200:18
234:4,14 244:8
296:9 301:9,11
327:16 336:19
351:15
**worked (15)**
27:21 32:3 74:5 75:11
87:5 88:10,16 116:8
117:8,12 127:14
171:20 172:4
197:20 276:15
**working (10)**
39:19,24 58:4,8 64:5
64:10 99:22 113:13
116:12 124:15
**workload (1)**
63:23
**works (7)**
51:9 79:13,15 98:17
106:10 181:25
306:17
**world (2)**
34:10 312:15
**worry (1)**
18:21
**worse (1)**
196:8
**worth (1)**
42:15
**wouldn't (8)**
24:10 108:3 162:7
178:22 179:20
210:2 271:24 272:5
**wound (18)**
133:21,24 134:11,21
135:4 180:2 191:18
191:20 215:14

217:5,13 218:8,12
231:12 251:17
252:3 302:23
341:17
**wounds (5)**
216:13 217:10 226:8
226:10,16
**write (11)**
29:3 32:14 38:10
42:12 44:21 46:4
48:23 50:23 155:4
264:22 337:17
**written (13)**
9:5,8 16:11 43:14
44:18 46:5 56:5,9
137:4,22 148:16
249:9 338:25
**wrong (2)**
135:13 136:14
**wrote (20)**
7:24 16:12 40:19 41:8
42:7 44:15 48:18,20
48:24 49:5,7 50:24
51:8,8,11 58:23
117:24 164:4
188:14 337:18

---
**X**
---
**X (1)**
3:20
**XI (1)**
264:19

---
**Y**
---
**yada (3)**
325:21,21,22
**Yadin (1)**
72:24
**yeah (73)**
8:5 13:19 16:4 21:2
27:13 33:19 35:24
35:24 40:24 42:23
43:7,7 44:4,9 48:20
48:25 49:4 71:20
76:18,20 85:6 90:3
92:3,9 104:6 115:2
140:8 142:14 150:2
164:2,2 167:10
171:4 174:19
180:17 182:18
194:12,25 197:24
198:21 207:14,18
223:13 226:19
229:9 230:22
233:18 234:25
242:12 248:22

250:3 255:8 263:20
270:13 278:10
281:3,6,14 282:14
287:21 288:23
290:10 291:13
305:21 306:3
308:19 324:8 334:9
337:5,15,16,18
346:13
**year (10)**
20:8 27:22 32:22 39:8
84:18 130:16 146:9
193:18,18 224:3
**years (19)**
8:15 40:16 52:8 61:6
75:9 109:23 110:6
110:13 116:25
127:15 130:16,17
130:19 154:21
226:17,18,18
234:24 235:5
**yeast (1)**
198:17
**yesterday (2)**
40:9 80:4
**YouTube (2)**
107:22,24
**Yup (1)**
141:9

_____
**Z**
**zero (4)**
209:5,6,16 259:23
**Zimmerman (217)**
3:7,24 6:17,17 10:23
11:3,8 13:14 14:5,9
14:18 16:19 18:7,9
20:21 24:11 25:3
26:3 44:6 45:4
46:22 48:6,8 51:21
54:17,20 55:4,14,20
58:20 61:3 62:3
65:9 72:8 78:20
84:15 86:4 91:2,14
91:25 95:4,18 96:21
97:7,22 98:24 99:10
102:18 106:20
107:3,10 109:10
110:11,14 111:6
113:18 121:12
122:8,20 123:15,20
124:4,17 126:17,25
127:8,19 131:10
133:25 135:22
136:13,25 137:12
140:5 141:16,21,24

142:3,14 143:22
144:3,9 146:3,24
148:10 150:20
152:7,15 154:3
155:17 156:16,23
156:25 158:11,19
159:7,16,18 160:5
161:2 162:12 163:6
163:9 166:6 169:15
170:22 172:15,22
173:3,24 174:17
175:4,15,22 177:17
181:2 182:16
183:19 185:4,13,20
192:24 194:10,22
196:23 197:4 199:8
199:25 201:13
202:3,5 204:6 206:3
206:23 209:11,24
210:13,25 212:23
213:10 214:24
219:12,21 221:12
221:21 222:23
228:23 230:5,15,20
231:18 233:23
234:12 235:10
237:12 238:6,13
239:2 240:13
241:19 244:4
245:12 246:22
249:14 250:2
251:18 252:4,15,23
253:21 255:7
261:24 262:10
268:6,14,22 269:7
269:13 281:18,25
282:18,22,25 283:6
285:16 288:6
291:21 296:6,21
299:16,19 300:2
301:17 303:19
305:10 307:22
309:10,25 311:11
311:18 312:9,20
313:4,13,15 315:4
319:5 321:22
322:12 323:14,19
323:25 324:23
348:17 352:13
353:18 354:13

_____
**0**
**0.3 (1)**
286:16
**0.4 (1)**
286:15

**06 (2)**
5:11 288:21

_____
**1**

**1 (23)**
4:6 6:3 9:24 10:4
109:20 128:10
155:12 156:10,11
158:5 180:16
216:18 224:20
240:20 246:7 285:9
286:16 287:19,19
307:14 310:23
355:6 357:6
**1,000 (1)**
146:8
**1.0 (1)**
295:4
**1.5 (1)**
291:7
**1:45 (1)**
138:15
**10 (33)**
4:15 8:15 40:16 52:8
52:22,25 54:4,8
109:23 110:6
151:18 154:21
156:11 170:3
174:24 216:25
218:22 219:4
224:12 237:5,8
243:4 247:25
257:17 287:20
303:11,14,25 304:6
305:7 306:6 319:10
335:24
**10-4 (1)**
115:23
**10-micron (11)**
219:20 220:2,6,12,18
221:9,20 224:10
248:13,18 308:10
**10-year (2)**
110:10,22
**10,000 (1)**
127:12
**10:14 (1)**
51:23
**10:28 (1)**
52:2
**100 (14)**
69:16,17,24 169:12
169:17 170:18,19
171:12 173:20
227:23 248:24
294:20 295:5 353:9

**100th (1)**
285:10
**1038.2 (1)**
236:19
**1074 (1)**
240:19
**11 (6)**
4:16 24:13 62:20,23
225:20 285:20
**11:26 (1)**
95:14
**11:37 (1)**
95:17
**110-degree (1)**
146:16
**118 (1)**
290:12
**119 (2)**
4:17 164:17
**12 (9)**
4:17 21:20 119:6,9
156:7 235:24
241:10 286:10
305:19
**12:33 (1)**
138:12
**120 (2)**
258:8,11
**121 (1)**
4:19
**124 (1)**
166:16
**124784 (1)**
1:25
**13 (14)**
1:13 2:2,10 4:7,8,19
6:8 92:11 121:17,20
157:25 226:6
286:17 324:24
**13,519 (1)**
206:15
**131 (1)**
146:19
**1340 (1)**
2:6
**14 (38)**
4:9,20 21:24 22:6
128:11 129:17
130:3,16,17 132:15
156:14 157:5 158:8
158:17,21,25 159:5
165:4,9,17 169:23
225:8 228:12
275:17,17 286:15
288:11 291:11
295:24 297:10

**301:15 305:19**
319:10,11 325:13
338:4 340:14
356:21
**1400 (1)**
147:10
**1444 (1)**
20:23
**1445 (1)**
20:23
**1449 (1)**
20:23
**15 (17)**
4:21 75:9 88:18
163:14,17 170:6
193:14 227:2
229:25 230:25
262:8,23 282:8
332:19 333:3 334:6
337:2
**15-2666 (1)**
1:9
**15,000 (1)**
20:12
**1504 (1)**
143:15
**1505 (1)**
143:15
**1538 (1)**
249:25
**1543 (1)**
253:12
**1550 (1)**
147:13
**156 (1)**
4:20
**16 (20)**
4:22 20:19 21:6 22:19
63:7 147:24 157:25
170:6 190:16
200:10,13 224:24
225:9 231:25 246:7
253:25 282:8
344:24 345:24
346:2
**16,000 (1)**
20:12
**1616 (1)**
3:8
**163 (1)**
4:21
**17 (11)**
4:24 20:9 22:22
203:18,21 225:3,5
225:17 243:16
305:22 347:15

**170 (42)**
40:2 74:11,13,20
116:22 120:6,18
121:3,9 122:18
124:10,16 125:15
126:13,14 127:5,24
129:20 130:11
131:6 136:22
137:20 138:7
169:23 182:10
184:14 187:13
188:21,25 189:3,11
192:20,23 217:18
228:16 248:16
251:5 324:16,19
325:2,3 334:14
**170-2013 (2)**
4:19 121:21
**18 (12)**
4:25 23:4 90:21
192:16 215:8,11
242:6 283:24 284:8
305:15 349:25
350:19
**19 (8)**
5:3 10:11,13 23:14
192:16 235:25
236:4 284:7
**1968 (3)**
255:7,23 256:11
**1969 (1)**
27:14
**1970 (1)**
186:20
**1971 (1)**
27:7
**1977 (1)**
166:25
**1980 (1)**
35:2
**1990 (2)**
35:11 36:25
**1990s (3)**
35:19,23 36:21
**1998 (1)**
253:24
**19th (1)**
355:17
**1st (5)**
20:5,8,9 74:17,18

---
**2**
---

**2 (45)**
4:7,13 13:13,23 15:14
15:18 16:5,6,18
19:15 23:24 25:8

39:9 41:24 42:8,9
42:12,25 43:2,6,8
43:19 47:3,12 48:5
49:21 51:25 52:9
128:11 129:12
138:21 139:4 188:5
234:21 236:13
250:14 253:24
264:8 300:21,21
304:21 307:3 331:3
345:20 357:6
**2-micron (1)**
326:18
**2.3 (3)**
47:6,17 48:20
**2.5 (3)**
291:9 294:16,25
**2.8 (2)**
48:18 49:4
**2.9 (4)**
48:21,23 49:4,5
**2:58 (1)**
195:3
**20 (26)**
5:4 54:8 66:25 88:6
117:11 133:12,12
188:22 190:7,13,23
192:5 194:23
216:25 224:20
225:18 228:16
229:16 240:3,6
266:7 300:23 301:2
318:5 320:2 331:10
**200 (1)**
4:22
**2000 (4)**
37:3,5 228:17 229:6
**2000s (1)**
40:5
**2002 (3)**
133:2 134:19 272:13
**2003 (2)**
121:15 164:5
**2004 (1)**
37:8
**2005 (3)**
120:16,24 204:16
**2006 (2)**
289:10,11
**2007 (3)**
38:19 120:10 225:12
**2008 (2)**
7:15 64:12
**2010 (1)**
297:14
**201116700033 (1)**

356:22
**2012 (6)**
5:13 204:15 235:23
290:2 337:19
347:19
**2013 (5)**
53:19 138:7 235:23
273:10,18
**2014 (1)**
53:3
**2016 (5)**
21:7 142:19 285:23
286:2 328:11
**2017 (9)**
1:13 2:2,10 4:20 6:9
157:7,14 355:18
356:11
**2021 (1)**
356:21
**2025 (1)**
250:11
**203 (1)**
4:24
**21 (4)**
5:5 249:12,15 303:5
**215 (1)**
4:25
**22 (8)**
5:6 19:23,23 249:14
254:3 303:23
306:23 331:13
**23 (13)**
5:7 44:15,19,22 45:14
69:21 260:20,24
265:12 270:10
310:23 330:25
353:7
**235 (1)**
5:3
**24 (7)**
5:9 44:15,19,22 90:21
273:15 274:16
**240 (1)**
5:4
**249 (1)**
5:5
**25 (14)**
4:10 5:10,11 19:24
132:19 133:9,20
137:9 191:11 251:5
265:25 280:13,16
288:21
**250 (1)**
170:4
**2500 (1)**
19:22

**254 (1)**
5:6
**256 (1)**
236:14
**26 (6)**
5:11 47:17 286:20,23
288:15 296:3
**260 (1)**
5:7
**27 (7)**
5:12 289:15,21,24
328:7,15 333:22
**2700 (1)**
19:23
**273 (1)**
5:9
**28 (12)**
5:14 48:13,17,18
264:15 265:3
289:17,21 295:16
328:7,15 333:23
**280 (1)**
5:10
**286 (1)**
5:11
**289 (2)**
5:12,14
**29 (5)**
5:15 48:24 203:4
297:23 346:14
**297 (1)**
5:15

---
**3**
---

**3 (66)**
4:8 13:13,25 15:14,15
15:18 16:5,6,18
23:24 25:9 53:3
95:16 109:20
138:21 139:5
155:11,12,12
156:10,11,11 158:5
166:21 170:24
171:3 178:3,3 183:8
184:13 186:10
195:10 234:21
236:19 237:17
254:10,16 256:13
256:25,25 257:11
258:15,18,19 259:7
259:13,25 260:16
263:22 280:22
287:19,20,20
294:22 295:9
304:11 315:14
322:18 331:3

338:10,11,12,12,20
339:12 357:7
**3-inches (1)**
280:23
**3.6 (2)**
237:2,16
**3:12 (1)**
195:6
**30 (13)**
5:16 19:24 71:4,5
205:25 258:8 259:2
259:2 302:3,6
304:11 325:9
331:10
**30.8 (1)**
236:23
**300 (2)**
304:12 321:4
**3000 (3)**
39:9 228:18 229:7
**302 (1)**
5:16
**31 (1)**
49:7
**313 (1)**
3:24
**316 (1)**
3:11
**32 (1)**
278:5
**32502 (1)**
3:12
**32C (1)**
278:18
**33 (1)**
278:24
**35 (20)**
71:4 91:17 132:20
133:9,20 135:12,19
136:4,24 137:9
191:11,21,23
205:22 206:4 231:9
251:5 284:9 305:7
305:25
**35.3 (1)**
259:3
**350 (3)**
26:15 304:12,13
**352 (1)**
355:7
**353 (1)**
3:25
**38 (2)**
250:16,25
**3C (1)**
265:11

**3M (16)**
3:14 6:15 23:20 71:16
71:23 243:25
284:20 285:21,24
286:17 296:19
297:4 328:17,18,20
328:20

**4**

**4 (29)**
4:9 13:22 14:3,21
15:7,18 16:5,6,18
138:22,25 171:2
196:16,16 206:10
232:2 258:10,10
265:3 270:10
272:10 294:22
295:10 304:4,21
330:14 350:8 353:7
353:8
**4:03 (1)**
231:20
**4:16 (1)**
231:23
**40 (10)**
4:11 125:4 234:24
235:5 240:25 241:7
242:4 256:14,15
300:21
**400 (2)**
26:17 180:21
**400-watts (1)**
145:14
**409 (1)**
274:20
**42 (1)**
4:12
**43 (3)**
4:13 241:5 279:2
**431 (1)**
3:15
**44 (2)**
250:13,18
**4409 (1)**
3:4
**45 (1)**
157:17
**450 (4)**
149:6,22 150:8,16
**48 (7)**
70:7,12 150:13
290:11 291:12
344:5 353:8
**49 (1)**
4:14

**5**

**5 (36)**
4:10 25:14,17 128:7
155:12 187:12
193:14 201:25
203:6 206:12,16,22
206:22 207:17,20
211:11 216:17
218:16 227:2
236:22,25 237:9,16
262:8,23 272:11
305:6 315:13
345:14,18 346:8,17
346:24 347:4
349:24 350:19
**5.22 (2)**
5:13 289:25
**5:40 (1)**
274:13
**50 (15)**
69:16,20,24 70:3,5
150:10 216:25
229:21,22 257:14
262:25 266:16
270:11,12 353:9
**500 (7)**
103:20 170:2 178:3,4
193:18,20 329:23
**505 (6)**
70:18 71:5 147:20
229:23 290:5
329:25
**508 (2)**
294:4,13
**52 (11)**
4:15 129:7 154:20
155:3 163:11 289:2
289:4,7,8 291:24
337:18
**52.2 (20)**
4:20 81:20 129:8,9
156:8 157:7,14
159:3 224:22 225:7
225:17 287:4,5,8,14
288:5,13 291:20
295:21 328:9
**522 (1)**
224:22
**52s (1)**
337:22
**55.2 (1)**
287:17
**550 (1)**
70:18
**55404 (1)**
3:8

**55415 (1)**
3:16
**5b (1)**
243:15
**5F (1)**
243:18

**6**

**6 (15)**
4:11 16:8,8 40:10
41:9 52:6 56:2
188:4 262:18
272:12 279:23
305:19 322:18
347:21 349:25
**6.4 (3)**
128:5 129:11 131:24
**6:00 (1)**
283:9
**6:32 (1)**
313:8
**6:40 (1)**
313:11
**60 (1)**
331:10
**61 (1)**
324:3
**62 (1)**
4:16
**65 (1)**
36:5
**65-degree (1)**
146:15

**7**

**7 (22)**
3:23 4:12 16:8,14
42:17,20 128:11
195:9 197:8 254:18
254:20 257:12
258:20 259:7
263:25 273:10
295:4 303:13,21
319:12 325:12
347:4
**7.4 (1)**
132:16
**7:00 (1)**
313:23
**7:20 (1)**
345:23
**7:28 (2)**
354:16,18
**70 (1)**
169:2
**700 (3)**

70:18 266:8,15
**70s (4)**
32:18,19 59:10 60:15
**72 (1)**
286:15
**75 (8)**
32:20 251:2 277:13
279:23 280:9 282:9
286:16 325:14
**750 (5)**
146:23 147:6,21
229:22 331:15
**750/775 (2)**
70:11,23
**76 (2)**
32:20 33:20
**77006 (1)**
3:5
**775 (1)**
229:22
**797 (1)**
212:10

**8**

**8 (20)**
4:13,14 41:25 43:2,11
43:16,19 48:11 50:3
50:9,12,20,22 51:18
114:25 115:2
164:12 197:8
319:16 325:12
**8.2 (5)**
50:25 164:18 168:4
219:4 337:4
**8.3 (2)**
51:11,15
**80 (7)**
33:22 34:17 250:22
298:19 300:15,20
325:16
**800 (1)**
147:14
**80s (4)**
35:6,10,25 37:23
**81 (2)**
19:12,14
**82 (2)**
33:22 36:9
**84 (1)**
165:9
**85 (2)**
194:6 286:16
**86 (1)**
36:11
**87 (1)**
250:19

**88 (1)**
36:11
**89 (1)**
278:10
**89.6 (1)**
278:13

**9**

**9 (7)**
4:6,14 17:23 49:25
218:15 283:23
287:25
**9.6 (3)**
74:9 75:13 94:19
**9:12 (3)**
2:3,11 6:9
**90 (13)**
54:3,25 154:23 169:3
249:21 250:7
252:13 277:14,23
278:14,17,22 306:9
**90s (1)**
35:16
**92 (1)**
59:14
**95 (3)**
154:23 194:6 205:12
**97 (2)**
165:16 338:4
**98 (1)**
257:12
**99 (1)**
165:21
**99.1 (2)**
294:20 295:9
**99.5 (1)**
248:23
**99.9 (2)**
248:23 338:9
**99.97 (1)**
166:21