# EXHIBIT 42

1      MICHAEL WAYNE BUCK

2     UNITED STATES DISTRICT COURT

3      DISTRICT OF MINNESOTA

4 --------------------------------------------------------

5 In re Bair Hugger Forced

6 Air Warming Products

7 Liability Litigation

8        MDL No. 15-2666(JNE/FLN)

9 --------------------------------------------------------

10

11

12

13      Minneapolis, MN

14 --------------------------------------------------------

15    VIDEOTAPED DEPOSITION OF

16     MICHAEL WAYNE BUCK

17 --------------------------------------------------------

18

19

20

21

22

23

24 Job No. 124783

25 Taken June 7, 2017     By Cynthia Kirsch

## Page 2

```
 1              MICHAEL WAYNE BUCK
 2      APPEARANCES:
 3
 4      BLACKWELL BURKE
        431 South Seventh Street
 5      Minneapolis, Minnesota 55415
        By: Ms. Deborah Lewis, Esq.
 6          Ms. Charmaine Harris, Esq.
            For Defendants 3M Company and
 7          Arizant Healthcare Inc.
 8
 9
10
11
12      MESHBESHER & SPENCE
        1616 Park Avenue South
13      Minneapolis, Minnesota 55404
        By: Ms. Genevieve Zimmerman, Esq.
14          For Plaintiffs and Deponent
15
16
17
18      KENNEDY HODGES
        4409 Montrose Boulevard
19      Houston, Texas 77006
        By: Mr. Gabriel Assaad, Esq.
20          For Plaintiffs
21
22
23
24
25      ALSO PRESENT:  Kraig Hildahl, Videographer
```

## Page 3

```
 1              MICHAEL WAYNE BUCK
 2              I N D E X
 3
 4      Examination by Ms. Lewis, Page 6, 230
 5      Examination by Ms. Zimmerman, Page 215
 6
 7
 8
 9
10              INDEX OF EXHIBITS
11
12      NUMBER    DESCRIPTION
        EXHIBIT 1  Subpoena to testify at a deposition in a
13          civil case, attaching Notice of Videotaped
            Deposition of Michael Buck, Certificate of
            Service, and Exhibit A, Page 9
14
        EXHIBIT 2  Expert report of Michael W. Buck, Page 10
15
        EXHIBIT 3  Black and white photographs and Bair
16          Hugger graphs, Page 11
17      EXHIBIT 4  Michael Wayne Buck's file on testing,
            Page 11
18
        EXHIBIT 4A Collection of graphs and spreadsheets,
19          Page 100
20      EXHIBIT 5  Curriculum Vitae of Michael W. Buck,
            Page 20
21
        EXHIBIT 6  Document entitled "Exhibit C - References
22          & Documents Considered," Page 24
23      EXHIBIT 7  Pages 1073 to 1076 of article entitled
            "Convection Warmers - Not Just Hot Air,"
24          Page 125
25
```

## Page 4

```
 1              MICHAEL WAYNE BUCK
 2              INDEX OF EXHIBITS
 3                (Continued)
 4
 5      NUMBER    DESCRIPTION
 6      EXHIBIT 8  Bar graph with data from old Bair Hugger
            blanket test inside clean room and new
 7          Bair Hugger blanket test inside clean
            room, Page 183
 8
        EXHIBIT 9  Bar graph with data from old Bair Hugger
 9          blanket test inside clean room and new
            Bair Hugger blanket test inside clean
10          room, Page 198
11      EXHIBIT 10 Bar graph with data from old Bair Hugger
            blanket test inside clean room and new
12          Bair Hugger blanket test inside clean
            room, Page 199
13
14
15
16
17
18
19      QUESTION INSTRUCTED NOT TO ANSWER
20          PAGE  LINE
21          155    3
22
23
24
25
```

## Page 5

```
 1              MICHAEL WAYNE BUCK
 2      THE VIDEOTAPED DEPOSITION OF MICHAEL WAYNE BUCK is
 3      taken on this 7th day of June, 2017, at Blackwell
 4      Burke P.A., 431 South Seventh Street, Suite 2500,
 5      Minneapolis, Minnesota, commencing at 9:16 a.m.
 6
 7          THE VIDEOGRAPHER:  This is the start of
 8      tape labeled 1, the videotaped deposition of Michael
 9      Buck in the matter of In Re Bair Hugger Forced Air
10      Warming Products Liability Litigation filed in the
11      U.S. District Court for the District of Minnesota,
12      Case No. 15-2666-JNE/FLN.
13          This deposition is being held at Blackwell
14      Burke law firm in Minneapolis, Minnesota, on
15      June 7th, 2017.  The time is 9:17 a.m.  My name is
16      Kraig Hildahl.  I'm the legal video specialist from
17      TSG Reporting.  The court reporter today is Cynthia
18      Kirsch.
19          Will counsel please introduce themselves for
20      the record.
21          MS. ZIMMERMAN:  Yes.  Genevieve Zimmerman on
22      behalf of the plaintiffs in the MDL.
23          MR. ASSAAD:  Gabriel Assaad on behalf of the
24      plaintiffs in the MDL.
25          MS. LEWIS:  Deborah Lewis representing the
```

Page 6

MICHAEL WAYNE BUCK

1
2  defendants 3M and Arizant Healthcare, Inc.
3       MS. HARRIS:  Charmaine Harris also for
4  defendants 3M Company and Arizant Healthcare.
5       THE VIDEOGRAPHER:  Will the court reporter
6  please swear in the witness, and then we can proceed.
7       THE REPORTER:  Can you please raise your
8  right hand to be sworn.
9       Do you solemnly swear that the testimony
10  you're about to give in the following proceeding will
11  be the truth, the whole truth, and nothing but the
12  truth?
13       THE WITNESS:  I do.
14
15            EXAMINATION
16  BY MS. LEWIS:
17       Q    State your full name, please.
18       A    Michael Wayne Buck.
19       Q    Mr. Buck, good morning.
20       A    Good morning to you.
21       Q    My name is Deborah Lewis, and we met this
22  morning just before your deposition; correct?
23       A    That's correct.
24       Q    You understand that I represent the
25  defendants 3M and Arizant Healthcare, Inc., in this

Page 7

MICHAEL WAYNE BUCK

1
2  lawsuit?
3       A    I do.
4       Q    And I understand you have been retained as
5  an expert witness on behalf of plaintiffs; is that
6  correct?
7       A    I have, yes.
8       Q    Is this the first time you've ever given a
9  deposition?
10       A    A full deposition like this, yes.  I gave
11  a -- it was called a deposition -- to an OSHA
12  representative back in the early '90s.  It was a
13  personnel issue at the University of Minnesota in
14  relation to a filed complaint.  So -- I believe the
15  OSHA's officer's name was Sherrill Benjamin.  And I
16  sat down and -- he called it a deposition, but it
17  wasn't anything like this.
18       Q    Were you sworn under oath?
19       A    I believe I signed a piece of paper that
20  said that the information that I gave him was factual
21  and to -- the truth based on what I had -- the
22  information that I provided.
23       Q    You understand today that you are sworn and
24  under oath to be truthful; correct?
25       A    I do.

Page 8

MICHAEL WAYNE BUCK

1
2       Q    You understand that your testimony today is
3  subject to the penalties of perjury just as if you
4  were sitting in a courtroom?
5       A    I do.
6       Q    Do you understand a little bit about the
7  deposition process, that I will be asking you
8  questions, and then I am expecting an answer from
9  you; correct?
10       A    Yes.  That was explained to me by -- yes.
11       Q    By Ms. Zimmerman?
12       A    Yes.
13       Q    All right.  Are you represented by counsel
14  today?  Meaning is Ms. Zimmerman your attorney?
15       MS. ZIMMERMAN:  Yes.
16       THE WITNESS:  Yes.
17  BY MS. LEWIS:
18       Q    You have retained Ms. Zimmerman to represent
19  you today?
20       MS. ZIMMERMAN:  Counsel, this is an expert
21  deposition.  I mean, he's retained by the plaintiffs
22  to serve as an expert.  He's not here as a fact
23  witness, so he's here in his capacity as a retained
24  expert on behalf of the plaintiffs.
25  ///

Page 9

MICHAEL WAYNE BUCK

1
2  BY MS. LEWIS:
3       Q    Do you -- you understand that the questions
4  that I'm going to be asking will be based -- we'll be
5  asking you about sort of the opinions that you have
6  offered in this case; is that correct?
7       A    Yes.
8       Q    If I asked you a question and you don't
9  understand my question, will you let me know that you
10  do not understand it?
11       A    Yes, I will.
12       Q    If you need to take a break, will you let me
13  know that as well?
14       A    Yes, I will.
15       Q    Can I get an agreement from you that if you
16  answer my question that you understood my question?
17       A    Yes.
18       (Exhibit 1 was pre-marked for
19       identification.)
20  BY MS. LEWIS:
21       Q    I have put in front of you some exhibits.
22  The first one is Exhibit 1.  That is the subpoena for
23  your deposition this morning.
24       Can you take a look at that and see if that
25  is a document that you have reviewed.

## Page 10

MICHAEL WAYNE BUCK

1
2      A   Yes, it is.
3      Q   Part of that document, Exhibit 1, is an
4  Exhibit A that is attached to that subpoena.
5         And you did bring some documents in response
6  to Exhibit A today?
7      A   What would those documents be?
8      Q   Why don't you turn to Exhibit A, which is --
9  looks like the next-to-the-last page there.
10        Have you reviewed this Exhibit --
11     A   Yes --
12     Q   -- A?
13     A   -- I have.
14     Q   Do you believe that the documents that you
15  brought today are in response to Exhibit A?
16     A   Yes.
17        (Exhibit 2 was pre-marked for
18        identification.)
19  BY MS. LEWIS:
20     Q   Also in front of you is Exhibit No. 2.  Can
21  you take a look at that.
22        Exhibit 2.  Can you tell us what that is,
23  please.
24     A   This is the report that I generated as a
25  result of my work with the Bair Hugger, the testing

## Page 11

MICHAEL WAYNE BUCK

1
2  that was completed, and it also includes my summary
3  of experience and my work history.
4      Q   Is that a complete copy of your report?
5      A   Yes.
6        (Exhibit 3 was pre-marked for
7        identification.)
8  BY MS. LEWIS:
9      Q   Also in front of you is Exhibit 3.  Can you
10  tell us what Exhibit 3 is, please.
11     A   Exhibit 3 is pictures to describe the
12  testing that we did and placement of some of the
13  equipment and to validate that we were actually using
14  the model Bair Hugger that is listed in the report.
15     Q   The pictures that are in Exhibit 3 are the
16  pictures that we received from plaintiffs' counsel.
17        Are those all of the photos that you sent
18  along with your report to plaintiffs' counsel?
19     A   Yes.
20        (Exhibit 4 was pre-marked for
21        identification.)
22  BY MS. LEWIS:
23     Q   You brought a manila folder with you this
24  morning, and we have marked it as Exhibit 4.
25        Can you tell us what Exhibit 4 is, please.

## Page 12

MICHAEL WAYNE BUCK

1
2      A   Exhibit 4 is my notes from the testing that
3  was completed, and it also includes a couple of
4  articles that I looked at briefly just to see
5  comparisons and to look at the content of the
6  articles.
7        But most of the data or most of the enclosed
8  material is my notes from the testing and the data
9  that was collected as a result of the testing.
10     Q   Some of the data that is attached to some of
11  your graphs in Exhibit 4 were not attached to your
12  report that you sent to Ms. Zimmerman; is that
13  correct?
14     A   Yes, just as a matter of ease.  The data or
15  the graphs tell exactly what the data says so ...
16     Q   So the data that is now in Exhibit 4, is
17  that all of the data that you collected during your
18  testing?
19     A   Yes.
20     Q   May I see Exhibit 4.
21        Also in Exhibit 4 -- or what's not in
22  Exhibit 4 are additional photographs.
23        So is Exhibit 3 the document that contains
24  all the photographs that you took during your
25  testing?

## Page 13

MICHAEL WAYNE BUCK

1
2      A   I have additional photographs -- but they
3  are basically the same types of photographs -- that I
4  have on a flash drive.
5      Q   Is there a reason that you did not include
6  them in Exhibit 4?
7      A   No.  Just because they are the same pictures
8  over and over.  I just -- I took multiple pictures
9  just to make sure that I had a good quality picture
10  to include.
11     Q   What are the pictures that you took that
12  aren't included in Exhibit 3?
13     A   What are they?
14     Q   Yes.
15     A   They are the same items.
16     Q   Are they photos -- or additional photos of
17  the clean room, for example?
18     A   Yes, they were taken in the clean room.
19  Some, yes.
20     Q   Do they show a larger picture of the clean
21  room?  I'm just trying to understand what the other
22  photos show.
23     A   They show basically different angles or
24  maybe a -- a wider angle of this same setup or the
25  clean room, as you call it, yes.

Page 14

MICHAEL WAYNE BUCK

1
2  Q    Approximately how many other photos do you
3  have that weren't included in the photos that you
4  submitted to Ms. Zimmerman?
5  A    Probably less than 20.  Maybe somewhere
6  between 10 and 20.
7  Q    They are on a flash drive that you still
8  have and possess?
9  A    I do, yes.
10  Q    You would be able to provide those photos to
11  Ms. Zimmerman?
12  A    I would.
13  Q    One of the articles that you have in
14  Exhibit 4 is titled "A novel method of personnel
15  cooling in an operating theatre environment."
16      Was this particular article listed in the
17  materials that you considered that you attached to
18  your expert report?
19  A    No.
20  Q    When did you pick up this particular
21  article, "A novel method of personnel cooling in an
22  operating theatre environment"?
23  A    I don't recall at what part of the process I
24  obtained that article, but I didn't use any of that
25  article for the testing that I did in -- as a result

Page 15

MICHAEL WAYNE BUCK

1  of this report.
2  Q    Where did you get this article from?
3  A    I don't recall if I got that from my
4  colleague that I did the testing with or if I printed
5  it off the Internet myself.  I don't recall.
6  Q    Why is this particular article in your
7  Exhibit 4, in your notes?
8  A    Just because it was thrown in with -- as I
9  was doing the project.  Just something that was part
10  of the discussions that we had, or I found this and
11  it was just -- I just threw it in the folder.
12      I was told to provide everything that was
13  used, so I -- you know, whether we used it or not or,
14  you know, if I printed it off, I felt that I should
15  include it.
16  Q    Did you consider this article --
17  A    No.
18  Q    -- in your testing?
19  A    No, I did not.
20  Q    Did you consider this article in forming
21  your opinions?
22  A    No, I did not.
23  Q    In Exhibit 4, your notes, is one of the
24  studies by Mike Reed titled "Forced-Air Warming
25

Page 16

MICHAEL WAYNE BUCK

1  Design: Evaluation of Intake Filtration, Internal
2  Microbial Buildup, and Airborne-Contamination
3  Emissions."
4      Was this article included in the materials
5  that you considered?
6  A    No, it was not.
7  Q    Did you rely at all on this study from Mike
8  Reed in your testing or your opinions?
9  A    No, I did not.
10  Q    Why is this in your -- Exhibit 4 in your
11  notes?
12  A    The same reason as the previous article was
13  included.  Just -- it was something that either
14  myself or Mr. Streifel found, and it was included in
15  the folder just as a reference if we wanted to or as
16  part of our project, if we would -- wanted to
17  reference it or not.
18  Q    And you decided not to?
19  A    Yes.
20  Q    So you were not relying on the Mike Reed
21  study at all --
22  A    No.
23  Q    -- as the basis for your opinions?
24  A    No.
25

Page 17

MICHAEL WAYNE BUCK

1
2  Q    Okay.  Can you bring back in front of you
3  Exhibit A to Exhibit 1.  I'd like to run through
4  Exhibit A just to make sure I understand what's --
5  what you did bring, what's responsive, and what you
6  did not have.  All right.
7      No. 1 under Exhibit A asked for documents
8  that you reviewed in anticipation of or in
9  preparation for your deposition.
10      Did you bring any documents that you
11  reviewed in anticipation for your deposition today?
12  A    Yes.  They are included in Exhibit 4.
13  Q    Any other documents that you reviewed in
14  preparation for your deposition that are not
15  contained in Exhibit 4?
16  A    No.
17  Q    No. 2 asked for correspondence and documents
18  between you and non-lawyers, including but not
19  limited to notes, or investigations, test results,
20  raw data, experiments, demonstrations, photographs,
21  videos, movies, et cetera.
22      Did you bring documents responsive to
23  No. 2?
24  A    Yes, I brought all of the documents.
25  Q    All those documents are in Exhibit 4?

MICHAEL WAYNE BUCK

1
2     A   Yes.
3     Q   No. 3, of course, asked for your notes, and
4 those are contained in Exhibit 4; correct?
5     A   Yes.
6     Q   No. 4 to Exhibit A asked for documents
7 provided to you by plaintiffs' counsel in which you
8 may have made notations, highlighting, or
9 underlining.
10       Are there any documents responsive to
11 No. 4?
12     A   They are also included in Exhibit 4.
13     Q   No. 5 asked for items that you might use as
14 either demonstrations or exhibits or aids in the
15 course of your testimony at trial.
16       Beyond the documents that you have in
17 Exhibit 4, are there any other documents that are
18 responsive to No. 5?
19     A   No.
20      MS. ZIMMERMAN:   And, Counsel, I'll just
21 interject for the record that we will disclose any
22 exhibits that we may intend to offer during the
23 course of the trial, consistent with what I expect to
24 be a forthcoming scheduling order. But just to the
25 extent that we may have demonstratives or that sort

MICHAEL WAYNE BUCK

1
2 of thing --
3      MS. LEWIS:   Sure.
4      MS. ZIMMERMAN:   -- we'll disclose those.
5 BY MS. LEWIS:
6     Q   At this time have you made any additional
7 exhibits that you would want to use at trial?
8     A   No.
9     Q   No. 6 asked for a list of books that you
10 have authored or co-authored.
11       Did you bring such a list?
12     A   I believe it is included in the --
13     Q   In your --
14     A   -- CV.
15     Q   CV?
16     A   Yes.
17     Q   Okay.
18      MS. ZIMMERMAN:   And, again, just for the
19 record, his complete report, which I think that you
20 have, Counsel, does include both what I think is
21 Exhibit A and Exhibit B and also his CV --
22      MS. LEWIS:   Correct.
23      MS. ZIMMERMAN:   -- and I don't see that
24 that's marked in front of him.
25 ///

MICHAEL WAYNE BUCK

1
2 BY MS. LEWIS:
3     Q   Was that a part of the entire -- did you
4 consider that part of your report, your CV?
5     A   I was asked to provide it.
6      MS. ZIMMERMAN:   I think it's specifically
7 referenced.
8      MS. HARRIS:   It is.
9      MS. ZIMMERMAN:   Yeah.
10      MS. HARRIS:   It is.
11      MS. ZIMMERMAN:   Yup.
12      MS. HARRIS:   Exhibit A.
13      MS. LEWIS:   Okay.
14      I've got one. I'll just get you a stapled
15 one.
16      MS. ZIMMERMAN:   And if you don't want it in
17 the record -- you know, we don't have any specific
18 objection. Just want to make sure we're being
19 complete.
20      (Exhibit 5 is marked for identification.)
21 BY MS. LEWIS:
22     Q   Exhibit 5 is your CV that you attached to
23 your expert report.
24      Can you take a look and make sure that it's
25 what you provided.

MICHAEL WAYNE BUCK

1
2     A   Yes.
3     Q   Is that the most current resume or CV that
4 you have?
5     A   Yes, it is.
6     Q   Is there anything that's missing from your
7 CV that should be there?
8     A   I don't believe so, no.
9     Q   Let's go back to Exhibit 1 and Exhibit A.
10       No. 7 asked for all books or articles or
11 publications that you consider authoritative with
12 respect to your opinions.
13       And although it asks for all books -- that
14 might be too much -- but can you list for me the
15 books -- maybe I'll just ask you that.
16       Can you list for me the books that you
17 consider authoritative with respect to your opinions.
18      MS. ZIMMERMAN:   That he relied upon or?
19      MS. LEWIS:   That you relied upon -- that you
20 consider authoritative.
21      MS. ZIMMERMAN:   Well, I'll just object. I
22 think that his report references any and all books
23 and treatises and other works that he finds
24 authoritative or -- upon which he relied. And I
25 think that he didn't rely on any.

Page 22

MICHAEL WAYNE BUCK

BY MS. LEWIS:

Q   For the materials considered that was a part of your report, did you consider any of those articles or publications or studies authoritative?

MS. ZIMMERMAN:  Same objection.

You can answer if you have --

THE WITNESS:  I'm sorry.  Could you ask me that again?

MS. LEWIS:  Sure.

BY MS. LEWIS:

Q   I'm trying to understand whether the materials that you listed in your report as materials considered, did you consider any of those materials that you listed and considered authoritative?

A   The materials as in the content of the report?  I guess I don't understand where you're -- what you want me to answer.

Q   Well, you listed a lot of materials that you considered; correct?  Is that correct?

A   Yes.

Q   What I want to know is, did you consider any of those materials on that list an authority --

MS. ZIMMERMAN:  Counsel, can you be --

MS. LEWIS:  -- with respect to your

---

Page 23

MICHAEL WAYNE BUCK

opinions?

MS. ZIMMERMAN:  Can you point him to a -- to a specific list that you're asking him to look at?

MS. LEWIS:  Yeah.  Let's see if I brought it.

I will get it for you.

BY MS. LEWIS:

Q   Do you remember preparing the list of materials considered?  Do you remember preparing that list?

MS. ZIMMERMAN:  Why don't -- why don't we take a break, and you can get a copy of the list that you're asking him a question about.

MS. LEWIS:  Do you have a copy?

MS. HARRIS:  I do.  I have some writing on it, so I'll get a clean copy.

MS. LEWIS:  Okay.

MS. HARRIS:  Do you want to see --

MS. LEWIS:  No.  Go get a clean copy.

We'll keep going, and we'll come back to that question.  All right?

THE WITNESS:  Okay.

MS. LEWIS:  No.  You know what.  I had it.  Never mind.  Let me make sure I didn't write on it.

---

Page 24

MICHAEL WAYNE BUCK

(Exhibit 6 is marked for identification.)

BY MS. LEWIS:

Q   All right.  Exhibit 6.  Take a look and let me know if this is a list of the materials that you included in your expert report.

MS. ZIMMERMAN:  And to the extent it's helpful, I can say that we prepared this list as an index of everything that was sent over.  Whether it was something that you relied upon or considered is a different ...

THE WITNESS:  No, I did not rely on any of this material to complete my report.

BY MS. LEWIS:

Q   Do you rely on any of those materials in support of your opinions?

A   No, I do not.

Q   All right.  Let's go back to Exhibit A of Exhibit 1.

No. 9 asked for an engagement agreement concerning your services rendered in connection with this matter.

Do you have an engagement agreement with plaintiffs' counsel for your services?  In other words, a written agreement.  Do you have a written

---

Page 25

MICHAEL WAYNE BUCK

engagement agreement saying, you know, I've been retained, here's what I'm charging, anything like that?

A   I believe it was included in the report -- well, it's listed, what my charges were.

Q   Okay.  So there's no separate written document between you and plaintiffs' counsel that defines the relationship and your retention, et cetera?

A   I guess, unless I'm confused, no.

Q   Okay.  What I just mean is sort of like -- you can call it a contract or engagement agreement, just kind of saying, here's -- you know, we've -- we've asked you to serve as an expert witness --

A   Yes.  We had a verbal agreement.

Q   But nothing in writing?

MS. ZIMMERMAN:  That's correct, Counsel.

THE WITNESS:  Not that -- no.

BY MS. LEWIS:

Q   Okay.  No. 10 asked for an itemized list of your time, your charges, your expenses.

Is that contained in Exhibit 4?

A   It is not.  I have that.  It is in my folder.  I wrote down a list of times, dates and

MICHAEL WAYNE BUCK

times, and I forgot that in my car. So I apologize
for that. I can get that to you. I can furnish that
to counsel and it -- can provide that to you.

Q   At this point you have not provided counsel
with an invoice for services that already reflects
your time and the number of hours that you've spent
already?

A   I reviewed that with counsel yesterday. I
have received payment from counsel as a initial
payment. And I have not submitted my final hours
because I'm still doing work or proceeding with work
as a result of what they've asked me to do.

Q   So you are doing additional work beyond what
you have already provided in your expert report?

A   No. I have met with counsel to review my
report before my deposition.

Q   Although you don't have that document in
front of you, how much have you received already for
your services?

A   I've received $5,000.

Q   Was that a retainer?

A   Yes.

Q   When did you receive that?

A   It was quite a while ago. I want to say

MICHAEL WAYNE BUCK

maybe somewhere between December and January or
November and January.

Q   Did you receive it initially once you were
retained?

A   Not initially. I had done some work or we
had a couple of meetings discussing the project and
if we could complete the project for them; but
shortly after that, yes.

Q   What is your best estimate on how much time
you've spent so far?

A   I went over that with counsel yesterday.
And prior to my showing up yesterday, I had spent
46 hours.

Q   Do you charge a hourly fee after the
retainer for your services?

A   It was based on an hourly fee, and I went up
to -- when I go beyond retainer, I will send them
another bill.

Q   Right. My understanding, I think, from your
report is you charge 200 an hour; is --

A   Yes --

Q   -- that right?

A   -- that's correct.

Q   All right. So 46 hours so far at 200 per

MICHAEL WAYNE BUCK

hour; right?

A   25 hours would -- was what -- the time that
I used up the $5,000 at 25 hours, and I let them know
that I had 46 to date.

Q   Other than the time you spent yesterday
preparing for this deposition, is there any other
work that you believe you need to do for your
opinions?

A   No.

Q   You mentioned another gentleman, I think,
who was helping you with testing; is that right?

A   That's correct.

Q   Who is that?

A   Andy Streifel.

Q   Can you spell Andy's last name?

A   S-t-r-e-i-f-e-l.

Q   Who is Andy Streifel?

A   Andy Streifel is a hospital
environmentalist. He works with me at the University
of Minnesota.

Q   He's not your employee? He's not your
employee; correct?

A   We are coworkers. And our job -- he has
been my employee on a couple of consulting jobs that

MICHAEL WAYNE BUCK

we have completed together, but he is not my
employee.

Q   Your independent contractor maybe, sort
of?

A   No. We are working on this -- or we worked
on this project together.

Q   Okay. How do you know Andy?

A   I've known Andy since 1991 when I began my
employment at the University of Minnesota.

Q   In what way was Andy helping you with your
testing?

A   Andy helped me with all phases of the
testing. He initially met with counsel to discuss
the project, and he asked me to come in and to assist
and work with him to complete the testing and the
report that was written.

Q   Did Andy help prepare the report?

A   Andy reviewed my report for clarity and made
some suggestions to me. But, for the most part, I
wrote the report.

Q   Does Andy have -- you said he was a hospital
environmentalist?

A   Yes, he is presently a hospital
environmentalist.

Page 30

MICHAEL WAYNE BUCK

Q   Does he have a degree behind his name, be it Ph.D. or a master's?  Do you know?

A   He's an MPH.

Q   Okay.

A   Master of public health.

Q   I'll get more into kind of his involvement as I talk to you about your testing.

Does Andy charge you for his time?

A   No.  Andy is charging the law firm --

Q   Plaintiffs' counsel?

A   -- that we're working for.

Q   Okay.  Which law firm is that that you're working for?

A   Meshbesher Spence.

Q   Any other law firm?

MS. ZIMMERMAN:  He's --

MS. LEWIS:  I just --

MS. ZIMMERMAN:  -- been retained on behalf of the plaintiffs in the MDL.

MS. LEWIS:  Okay.

BY MS. LEWIS:

Q   No. 11 to Exhibit A -- if you'll pick that back up -- asked for documents or other materials you intend to show to the jury.

Page 31

MICHAEL WAYNE BUCK

Have you made a determination at this point on what you believe you want to show or intend to show the jury?

A   It would be the report that I completed.

Q   Any other documents beyond what you've brought here today?

A   No.

Q   No. 12 asked for your correspondence file, excluding any correspondence that you'd have with plaintiffs' counsel.

Is there any correspondence -- I didn't really notice correspondence in Exhibit 4.  Is there any correspondence you have with any other -- with any other person or entity concerning this lawsuit?

A   No.

Q   13 to Exhibit A asked for documents or photographs or other material not specifically listed above on which you rely for your opinions.

Any other documents beyond the exhibits that are on the table in front of you?

A   No.

Q   Okay.  14 asked for communications with plaintiffs' counsel that contain facts and data or assumptions provided by counsel and that you

Page 32

MICHAEL WAYNE BUCK

considered in forming your opinions in this case.

A   Those are also in -- all included or -- whatever is in Exhibit 4 is what I have.

Q   Okay.  No. 15 asked for any written communications between you and quite a few folks here.

Mark Albrecht.  Any?

A   No.

Q   What about Kumar Belani?

A   No.

Q   Robert Gauthier?

A   No.

Q   A.J. Hamer?

A   No.

Q   David Leaper?

A   No.

Q   Any communications with A.J. Legg?

A   No.

Q   Paul McGovern?

A   No.

Q   Christopher Nachtsheim?

A   No.

Q   Michael Reed?

A   No.

Page 33

MICHAEL WAYNE BUCK

Q   Gregory Stocks?

A   No.

Q   Or Dr. Darouiche?

A   No.

Q   Okay.  No. 16 asks for any communications, anything in writing, including e-mails between you and Scott Augustine.

A   No.

Q   Do you know who Scott Augustine is?

A   I have heard of the name, yes.

Q   Have you met Augustine?

A   I have not.

Q   Do you have any communications with any agent of Scott Augustine, including his attorney Randy Benham?

A   No.

Q   Do you know who Randy Benham is?

A   No, I do not.

Q   That was No. 17.

So the answer to No. 17 is you don't have any communications or e-mails between you and Randy Benham?

A   No.

Q   Or an agent of Randy Benham?

Page 34

MICHAEL WAYNE BUCK

2    A   No.
3    Q   No. 18 asks for any communications,
4  including e-mails, between you and some of Scott
5  Augustine's family members; Brent Augustine, Sue
6  Augustine, Garrett Augustine, Ryan, or any other
7  agent or employee of Augustine.
8        Any communications responsive?
9    A   No.
10   Q   19 asked for study -- any study, test,
11 trial, experiment, research or data analysis that you
12 sponsored, conducted, performed.
13       And I know what we have with respect to your
14 expert report, but beyond your expert report, do you
15 have any other study or test or experiment or
16 research that you performed on the Bair Hugger?
17   A   No.
18   Q   20 asked for any communications or documents
19 that you either sent to or received from any
20 forced-air warming manufacturer.
21       Any responsive documents?
22   A   No.
23   Q   I understand you have a B.A. in biology;
24 correct?
25   A   Yes.

Page 35

MICHAEL WAYNE BUCK

2    Q   You received that in 1989?
3    A   Yes.
4    Q   Do you have any degree beyond your Bachelor
5  of Arts?
6    A   No.
7    Q   Do you have any extra training, extra
8  courses in microbiology?
9    A   I've taken a graduate environmental
10 microbiology course from Dr. Vesley through my time
11 at the university.
12   Q   How many course hours was that one course?
13   A   It was either three or four credits, class
14 and lab.
15   Q   What did that class or lab --
16   A   Class and lab, I should say; combined.
17   Q   What did that course include?
18   A   Lecture, environmental microbiology
19 principles; and then the lab work was completing
20 designed lab exercises that were provided by the
21 instructor that were completed by students with
22 reports for each experiment or each exercise.
23   Q   Was that a part of your B.A. degree?
24   A   No.
25   Q   Afterwards?

Page 36

MICHAEL WAYNE BUCK

2    A   Yes.
3    Q   When did you take this course?
4    A   It would have been sometime in the mid-90s
5  or -- early to mid-90s.
6    Q   Do you hold yourself out as a
7  microbiologist?
8    A   No.
9    Q   You don't hold yourself out as an expert in
10 microbiology?
11   A   No.
12   Q   I don't notice from your CV that you've
13 given any presentations on microbiology or bacteria;
14 is that correct?
15   A   Yes, that's correct.
16   Q   Is it also correct you have not written any
17 articles about microbiology or bacteria; correct?
18   A   Correct.
19   Q   Do you have any special training or courses
20 in aerobiology?
21   A   I did take -- I forget the exact description
22 of the class -- but I did take Dr. Vincent's class
23 that dealt with ventilation.  And he used a book that
24 dealt with those principles.  Yes.
25   Q   One course you took?

Page 37

MICHAEL WAYNE BUCK

2    A   Yes.
3    Q   When was that?
4    A   Same time frame.
5    Q   Mid-90s?
6    A   Yes.
7    Q   Do you hold yourself out as an expert in
8  aerobiology?
9    A   No.
10   Q   Do you have any specialized training in
11 filtration?
12   A   No.
13   Q   You don't hold yourself out as an expert in
14 filtration?
15   A   No.
16   Q   Are you a member of ASHRAE?
17   A   I am not.
18   Q   Do you know what ASHRAE is?
19   A   I do.
20   Q   Have you followed any ASHRAE standards in
21 any work that you do?
22   A   Yes.  There are certain principles or
23 guidelines in ASHRAE that are followed.
24   Q   Which standards are you familiar with that
25 you might follow?

MICHAEL WAYNE BUCK

A    Some of the ASHRAE ventilation standards for specialty care environments in a hospital.

Q    Do you know which standards you're referring to?

A    Not off the top of my head, but -- I think 152 is a ventilation standard.  I'd have to look it up.

Q    Any other standards that you follow?

A    Not that I can think of off the top of my head.  No.

Q    Any specialized training or courses in heat transfer?

A    No.

Q    Do you hold yourself out as an expert in heat transfer?

A    No.

Q    Have you been involved in any clinical trials?

A    No.

Q    Any specialized training in infectious diseases?

A    No.

Q    Do you hold yourself out as an expert on infectious diseases?

MICHAEL WAYNE BUCK

A    No.

Q    Do you hold yourself out as an expert on surgical site infections?

A    No.

Q    Have you ever been involved in or consulted with a manufacturer on patient warming devices?

A    No.

Q    Before being retained in this lawsuit, have you ever contacted a device manufacturer concerning patient warming devices?

A    No.

Q    Is it true that most of the experience that you have, based on your CV, deals with asbestos, lead, and water intrusion issues?

A    I don't know if I would say "most."  My asbestos experience goes from 1989 to 1999.  From that point forward, I have been involved in indoor air quality.  Most of that work has involved water management or water damage in buildings as a result of that.

But in addition to that, I've also done work or completed work in the hospital in that regard as well, in addition to doing general routine or routine types of hospital environment checks in the

MICHAEL WAYNE BUCK

hospital.

Q    Give it -- give me an example.

A    Monitoring pressure, doing particle counts in specialty care areas, operating rooms, bone marrow transplant rooms, those types of things, checking pressure management in operating rooms with handheld devices such -- like a handheld digital pressure gauge, those types of activities.

Q    You mentioned particle counting.  For what hospitals have you been asked to do particle counting?

A    Well, the University of Minnesota, a hospital, Fairview, Fairview Riverside.  That is part of my job.  When they have a concern or an issue that comes up, they would call and ask us to evaluate a space, and we would do that.

Q    And --

A    Either Andy or myself or both of us.

Q    And they would ask you to do what with respect to the space?

A    Verify environmental conditions to make sure that the space was performing or that it was -- expectations were met as far as pressure management issues.

MICHAEL WAYNE BUCK

Q    Meaning maintaining positive pressure in a particular room compared to another room?

A    Correct.

Q    Have you been asked, with respect to Fairview, to do any particle counting in its operating room?

A    We have from time to time done particle counting and pressure checks in the operating rooms at Fairview, yes.

Q    How many times?

A    Over -- since 1999.  I couldn't come up with a number for you other than to say several.

Q    Any other hospital that has asked you to do particle counting?

A    Specifically particle counting --

Q    Yes.

A    -- or particle counting as part of my work in that hospital that I did as a result of verifying environmental conditions?

Q    What would be the difference?

A    I'm asking.

Q    I just want to -- at this point I'm talking about particle counting.

Has any other hospital asked you to come in

MICHAEL WAYNE BUCK

and do particle counting in its operating room?

A   Have they specifically asked me to do
particle counting or have they asked me -- I guess I
don't know how to answer what you're saying.

Because I've done particle counting as a
result of work that I've done in hospitals to verify
conditions.  Have they actually written me a request
saying will you particle count in our operating
rooms?  No.  I've -- but I have done particle counts
in operating rooms in other institutions, yes.

Q   Are you saying that every time you are asked
to do an evaluation of an OR, for example, you always
do a particle count?

A   I would say mostly -- most of the time, yes.

Q   What's your reason for doing a particle
count in the OR?

A   To verify environmental conditions and
verify that the concentrations of particles in the
room would be acceptable --

Q   Acceptable --

A   -- based --

Q   -- to -- to who?

A   Acceptable to the environmental conditions
or the -- what we call the inside/outside controls or

MICHAEL WAYNE BUCK

those types of things where you would expect
reduction of particles based on the filtration
efficiency in the operating room.

Q   Is there a requirement by ASHRAE for a
particular particle count number in the OR?

A   There is a -- certain guidelines that are
expressed by ASHRAE for operating rooms, yes.

Q   In terms of particle counts?

A   In terms of pressure management, yes.

Q   Well, pressure management is different from
particle counts; right?

A   Correct.

Q   So I'm asking about particle counts.

A   As far as particle counts go, I'm not aware
of any that are in the operating rooms.

Q   Before being retained in this case, had you
ever done any testing on the Bair Hugger patient
warming system?

A   No.

Q   Had you heard of the Bair Hugger patient
warming system before you were retained as an expert
in this case?

A   I had seen the Bair Hugger in some ORs that
I've been in.

MICHAEL WAYNE BUCK

Q   Explain -- what do you mean by --

A   It just --

Q   -- "seen"?

A   -- basically -- or seen it in an operating
room environment, yes.  I've walked by it, the
machine.

Q   During an actual surgery?

A   No.  No.

Q   Before being retained in this case, had you
ever written an article about the Bair Hugger patient
warming system?

A   No.

Q   Before being retained had you ever contacted
any hospital to complain about the Bair Hugger
patient warming system?

A   No.

Q   Had you ever written the FDA or the CDC
about the Bair Hugger patient warming system?

A   No.

Q   Had you ever read any articles or studies --
again, before you were retained in this lawsuit --
about the Bair Hugger patient warming system?

A   No.

Q   Before being retained in this lawsuit, had

MICHAEL WAYNE BUCK

you ever been asked to do any testing on any other
patient warming system?

A   No.

Q   Are you aware of the names of any other
patient warming systems?

A   Am I aware of -- yes, I am aware of a
product called a HotDog.  Other than that -- that's
about the only other patient warming device that I'm
aware of.

Q   Have you been asked to do any testing on the
HotDog --

A   No.

Q   -- warming system?

A   No.

Q   Have you been asked -- are you aware of a
product called WarmTouch?

A   No.

Q   Mistral Air?

A   No.

Q   So you've not been asked to do any testing
on the WarmTouch or Mistral Air?

A   No.

Q   Is that correct?

A   Yes.

MICHAEL WAYNE BUCK

Q   Have you ever conducted any testing on HEPA filters?

A   No, I don't believe I have.

As far as -- can I -- as far as, like, in a special design study?

Q   For example, has anyone retained you and said, Can you do testing on a particular HEPA filter?

A   Okay.  That's what I thought you meant.  Then no.

Q   Okay.  Before being retained in this lawsuit, have you made any public statement at all about the Bair Hugger?

A   No.

Q   Have you made any statement to or written to ASHRAE about any of its standards, complaining about any of its standards?

A   No.

Q   In particular with respect to hospital systems.

A   No.

Q   There is -- I think you wrote a chapter in a book, "Infection Prevention Manual for Construction and Renovation"; is that right?

MICHAEL WAYNE BUCK

A   Yes.

Q   According to your CV, the chapter is, I guess, titled "Air Monitoring for Quality Evaluation in Healthcare"; is that right?

A   Yes.

Q   Does that chapter talk about particle counting?

A   In terms of air sampling and things that you recover on an air sampler, it generally speaks to that, but it doesn't specifically speak to particle counting.

Q   Do you still have a copy of that Chapter 5?

A   Somewhere I do.

Q   Could you get a copy of that chapter and pass it on to Ms. Zimmerman?

A   I believe so, yes.

Could you let me know -- what year was that?

Q   You say APIC 2015.

A   Okay.  Yeah.  I can get that.

Q   Okay.  Have you written any other chapter on air monitoring other than what's listed here in your CV?

A   No.

Q   Before you were retained in this case, did

MICHAEL WAYNE BUCK

you review any scientific articles or studies about the Bair Hugger?

A   No.

Q   Have you written any articles about bacteria or particles in bacteria?

A   No.

Q   Let's talk a little bit -- you're okay, or do you need to take a break?  Are you okay?

A   I'd like one in a few minutes, if we could, please.

MS. LEWIS:  Well, why don't we take one now.

THE WITNESS:  Okay.  Thank you.

MS. ZIMMERMAN:  We've been going about an hour.

THE VIDEOGRAPHER:  Going off the record at 10:16 a.m.

(Recess.)

THE VIDEOGRAPHER:  This is Video No. 2 in the deposition of Michael Buck.  Today is June 7th, 2017.  Going back on the record at 10:23 a.m.

BY MS. LEWIS:

Q   Mr. Buck, I want to talk to you a little bit about what you do, sort of, for hospitals or your familiarity with hospitals; and in particular,

MICHAEL WAYNE BUCK

operating rooms.

Is more of your work that you do for hospitals in the operating room or other rooms?

A   I would say most of the work that I've done in hospitals has been in other areas, but I do work in operating rooms as well.

Q   Those other areas where you might do work, are they areas that you talked about, either critical care areas or --

A   Yeah --

Q   -- what other --

A   -- construction --

Q   -- areas?

A   It would be construction areas, areas under construction, putting barriers up, keeping what's in the construction area in the construction area as far as pressure management issues, those types of things.

And that happens all over the hospital, not just in operating rooms, so there's many more projects that are happening in other areas of the hospital, so that would be the majority of work that I have done.

Q   If you had to give a percentage of the amount of work that you do unique to the operating

Page 50

MICHAEL WAYNE BUCK

1
2 room, what would that percentage be?
3     A   When I do do work in the hospital, I would
4 say it would be -- this is just at the university
5 or --
6     Q   No.  Just --
7     A   -- combined?
8     Q   -- your work generally.
9     A   Generally.  I would say 70/30, 80/20,
10 80 percent/20 percent.  Outside of the OR is
11 20 percent in the ORs [sic].
12     Q   You have some familiarity with operating
13 rooms and how they are set up; correct?
14     A   Yes.
15     Q   Are you asked to work on the HVAC systems in
16 hospitals?
17     A   Work on the systems, no.
18     Q   Are you asked to do any evaluation of the
19 HVAC system in the operating room?
20     A   Yes.
21     Q   How many times have you been asked to
22 evaluate the HVAC system?
23     A   Several.
24     Q   Is this for any particular hospital?
25     A   It would be through my work at the

Page 51

MICHAEL WAYNE BUCK

1
2 university and also what's listed on my CV for work
3 that I've completed.
4     Q   When you're asked to -- and -- let me try to
5 be clear.
6         With respect to an HVAC system in an OR,
7 what are you asked to do?
8     A   Evaluate the pressure management of the
9 operating room or the OR suite in general, meaning
10 that there's positive pressure where there needs to
11 be -- and adequate positive pressure.
12         And also that the particle counts would be,
13 what we consider to be, normal, meaning that there
14 would be a reduction in particles in the OR based on
15 indoor and outdoor controls.
16     Q   Have you ever been asked to look at the
17 filter -- filters within the HVAC system in the
18 operating room?
19     A   I have done particle counting on the
20 downstream side of filters looking for gaps or leaks
21 in the filters in the housing or in the filter
22 brackets that fit in the housing, yes.
23     Q   How many times have you done that?
24     A   Several.
25     Q   The HVAC system in the hospitals where

Page 52

MICHAEL WAYNE BUCK

1
2 you've been asked to take a look or check out that
3 system, are you familiar with the type of filter
4 that's in those HVAC systems?
5     A   Typically, yeah.  It's a MERV 14 or at least
6 90 percent efficient filter.  And that's what we
7 would expect our particle counts to be in an unused
8 operating room -- that reduction -- in particles.
9     Q   So you understand that ASHRAE has a -- or
10 has a requirement for a MERV 14 filter; is that
11 right?
12     A   I believe that's true, yes.
13     Q   For any of the hospitals in which you've
14 looked at the HVAC system, did any of those systems
15 have a HEPA filter?
16     A   Yes.  Some do have HEPA filters or they
17 choose to have HEPA filters.
18     Q   Have you ever been critical of the MERV 14
19 filter?
20     A   No.  If the particle counts are correct and
21 the pressure management is good, then no.
22     Q   With respect to the OR, in addition to the
23 HVAC system, are you familiar with other equipment
24 that is usually in an OR?
25     A   Yes.  I've been in many ORs.  I -- I've seen

Page 53

MICHAEL WAYNE BUCK

1
2 the equipment that is there.
3     Q   Can you identify for me all the types of
4 equipment that are in the OR that blow air?
5     A   That blow air?
6     Q   Yes.
7     A   Well, there is a -- there's probably some
8 computers or laptops that might have a small fan in
9 them.  As far as other equipment, anything that has a
10 motor or electric motor would have a movement of some
11 sort of air in it.
12     Q   So the computer and the laptop would have --
13 that equipment would blow air into the OR; is that
14 right?
15     A   If they are in the OR, yes.
16     Q   In the ORs that you've seen, do you see
17 computers and laptops in the ORs?
18     A   Generally speaking, yes.  There are some
19 computers typically in one of the corners of an
20 operating room off to the side or at a bench where
21 somebody would be documenting or writing notes as
22 surgery was going on.  Yes.
23     Q   Have you ever noticed the anesthesia
24 machine?
25     A   The cart, yes.

Page 54

MICHAEL WAYNE BUCK

Q   Not the cart.  The anesthesia machine.

A   The anesthesia cart?

Q   You may want to call it a cart, but the machine that delivers the gasses.

A   Yes.

Q   And that has a computer on it; correct?

A   Yes, it does.

Q   So that computer would have a fan that blows air?

A   Yes, it would.

Q   What about other equipment?

A   That's what comes to mind, just general laptops, computers.  And you mentioned the anesthesia cart, yes.

Q   Do you know what the electrocautery machine is?

A   Yes.  It's a specially -- type of machine typically in a special OR.

Q   In a special OR?

A   Well, it's typically located in an OR and doesn't move from one OR to another, has been my experience.

Q   What is the electrocautery machine?

A   It's -- I'm not a doctor, so I don't -- I

Page 55

MICHAEL WAYNE BUCK

can't really get into the specifics of it.

Q   But you are aware that it is in the OR suites?

A   Yes.

Q   Does that have a fan as well?

A   I don't know for positive if it does or not. I have never worked on one of those machines, so I'm not aware that it actually has a fan.  I don't want to say it does and -- I've never taken the cover off or seen that it has a fan, so I -- I don't know.

Q   For the equipment that you've named so far, have you ever been asked to check particle counts on those machines?

MS. ZIMMERMAN:  Object to form.

You can answer if you -- if you can answer, you can answer.

THE WITNESS:  No, I've not.

BY MS. LEWIS:

Q   Do any of those machines that you described have an internal filter?

A   I'm not aware that they do.  I'm not -- I don't deal with laptops and computers as part of my job, so I'm not -- I don't know the answer to that.

Q   Have you ever asked a hospital, Hey, I need

Page 56

MICHAEL WAYNE BUCK

to check the particles that are coming out of the computer or the laptop or the other monitors that are in the room?  Have you ever asked a hospital that you should -- or said to a hospital you should do that?

A   No.

Q   What's your reason for not making that request?

A   I guess I haven't been asked to do that, No. 1.  And, No. 2, it's generally not considered part of my job when I go in and do that type of work is -- looking at individual pieces of equipment unless I've been asked to do that specifically.

I've been asked to look at other pieces of equipment, but not that particular piece of equipment that you've asked me to -- about.

Q   What other sorts of equipment have you been asked to look at and do a particle count?

A   Not a particle count.  I've been asked to evaluate pieces of equipment for contamination, specifically fungal contamination, something that might be growing fungus on it, that type of thing.

Q   But you talked before about particle counts and how it's sort of a part of your process.  You said not every single time, but it's part of your

Page 57

MICHAEL WAYNE BUCK

process when you go into an OR to do particle counting; correct?

A   Yes.

MS. ZIMMERMAN:  Object to form.

BY MS. LEWIS:

Q   So my question is:  When you go in and do particle counting for operating rooms, do you also do particle counts for all the equipment that blows air?

MS. ZIMMERMAN:  Object to form.  Maybe it would be helpful --

MS. LEWIS:  You can answer.

MS. ZIMMERMAN:  Yeah --

THE WITNESS:  Oh, I'm --

MS. ZIMMERMAN:  -- I don't --

THE WITNESS:  -- sorry.

MS. ZIMMERMAN:  -- know if it would --

THE WITNESS:  I didn't --

MS. ZIMMERMAN:  -- be helpful to describe --

MS. LEWIS:  You can --

MS. ZIMMERMAN:  -- how --

MS. LEWIS:  -- answer.

THE WITNESS:  I didn't know what I was supposed to do.

Page 58

MICHAEL WAYNE BUCK

1
2     MS. ZIMMERMAN:  That's all right.
3     THE WITNESS:  Could you repeat the question,
4  please.
5     MS. LEWIS:  Can you repeat the question for
6  me.
7     (Record read back as follows:
8        "When you go in and do particle counting for
9        operating rooms, do you also do particle
10       counts for all the equipment that blows
11       air?")
12    THE WITNESS:  No.
13 BY MS. LEWIS:
14    Q   Does the HVAC system blow air into the OR?
15    A   Yes.
16    Q   Have you done particle counting on the HVAC
17 system?
18    A   Yes.
19    Q   Does the HVAC system generate particles into
20 the OR?
21    A   There are some particles that come through,
22 yes.
23    Q   Does the computer monitor generate particles
24 in the OR?
25    A   I don't know the answer to that.  I would

Page 59

MICHAEL WAYNE BUCK

1
2  assume that they would just because it's an
3  electrical device, yes.
4     Q   That blows air?
5     A   If it has an electric motor in it or a fan, I
6  would say that it probably does.  Yes.
7     Q   So you would agree that the computer monitor
8  also blows particles in the air of the OR?
9     MS. ZIMMERMAN:  Object to form.
10    THE WITNESS:  I have never evaluated the
11 computer monitor for that, so I actually don't know
12 the answer to that question.
13 BY MS. LEWIS:
14    Q   If it blows air -- you've agreed that it
15 blows air; right?
16    A   Yes.  My -- my laptop has a little fan on
17 it, so I would assume that it blows air, yes.
18    Q   If it blows air, is it going to generate
19 particles?
20    A   It has a potential to do that, yes.
21    Q   More than potential.  Wouldn't it be
22 actual?
23    A   Yes, it could.
24    Q   What about hard drives that are in the OR?
25 Are they going to generate particles?

Page 60

MICHAEL WAYNE BUCK

1
2     A   Once again, I've never tested an actual hard
3  drive or put my particle counter next to a hard
4  drive, so I don't specifically know the answer to
5  that.
6     Q   But you believe it would?
7     A   I don't know the answer to that.  I truly
8  don't.
9     Q   If it blows air, wouldn't --
10    A   If something blows air, it has a potential
11 to have particles that are a result of that action,
12 yes.
13    Q   More than a potential, though; right?
14    A   It could, yes.
15    Q   When you do your particle counting for the
16 hospitals, do you take into account all that other
17 equipment and the particles that they generate into
18 the air?
19    A   Generally when we do particle counting in
20 the hospitals, we do around the room typically at the
21 height of the surgical table or at -- around that
22 area, waist to chest high, yes.
23    Q   You've done particle counting in empty
24 operating rooms?
25    A   Yes.

Page 61

MICHAEL WAYNE BUCK

1
2     Q   At the time you were retained in this
3  particular case, were you asked to also test particle
4  counts in -- or for other equipment that generated
5  particles in the OR?
6     A   No.
7     Q   Did you suggest that's something you should
8  do?
9     A   No.
10    Q   Do you agree -- even though you said, of
11 course, you're -- you don't consider yourself an
12 expert in microbiology, do you agree that air is not
13 sterile?
14    A   Could you elaborate on that a little
15 further, please?
16    Q   Do you understand that air is not considered
17 sterile?
18    MS. ZIMMERMAN:  Object to form.
19    THE WITNESS:  Air has particles that are in
20 the air that could potentially lead to something
21 that's not sterile, yes.
22 BY MS. LEWIS:
23    Q   Have you ever heard that you can sterilize
24 air?
25    A   Sterilize air?

MICHAEL WAYNE BUCK

1
2    Q   Yes.
3    A   No, I have not heard that term.
4    Q   So then do you agree that air is not
5  sterile?
6        MS. ZIMMERMAN:  Object to form.
7        THE WITNESS:  Yes, I guess I do if that's
8  the case.
9  BY MS. LEWIS:
10   Q   By "sterile" I mean free of bacteria.  You
11  would agree with that?
12   A   Is not sterile?
13   Q   Air is not sterile, meaning air --
14   A   Yes.
15   Q   -- is not free of bacteria?
16   A   Yes.  If that's what you mean, then yes.
17   Q   Why is that correct?
18   A   Because there are particles in the air that
19  could contain bacteria, viruses, or fungal spores.
20   Q   And there are particles everywhere.  They
21  are ubiquitous; right?
22   A   Yes.
23   Q   There are particles in this room right
24  now?
25   A   Yes, there are.

MICHAEL WAYNE BUCK

1
2    Q   How many particles are in this room right
3  now?
4    A   I cannot tell you.
5    Q   Thousands?
6    A   I honestly could not tell you without
7  running a particle counter in here.
8    Q   Millions?
9    A   I honestly could not tell you.
10   Q   Particles are in an operating room whether
11  there is a patient in the room or not; right?
12   A   Correct.
13   Q   Particles are in an operating room when the
14  room is empty --
15   A   Yes.
16   Q   -- correct?
17       Particles are in the operating room when
18  there's no patient warming unit turned on; correct?
19   A   Yes.
20   Q   Particles are in an operating room if a
21  patient warming device, like the HotDog, is -- is in
22  use?  There are particles in that OR room as well;
23  right?
24   A   Generally speaking, there are particles in
25  operating rooms, yes.

MICHAEL WAYNE BUCK

1
2    Q   Because there are particles everywhere --
3  and I know there are different sizes of particles --
4  there are even particles above the operating room
5  table during surgery; is that right?
6    A   Yes.  There are the potential to be
7  particles in the operating room environment, yes.
8    Q   Even over -- even over the operating table;
9  is that right?
10   A   Particles move based on flow of air in a
11  room, yes.
12   Q   And you mentioned that particles can come
13  from the HVAC system because it blows air into the
14  operating room; right?
15       MS. ZIMMERMAN:  Object to form.
16       THE WITNESS:  Yes.
17  BY MS. LEWIS:
18   Q   So even without a Bair Hugger warming unit
19  being turned on, there are particles that exist over
20  the operating room table; is that correct?
21   A   There could be, yes.
22   Q   Isn't it more than could be; there would
23  be?
24   A   There could or would be, yes.
25   Q   Based on a statement that you wrote in your

MICHAEL WAYNE BUCK

1
2  report, you would agree that all particles don't
3  carry bacteria; correct?
4    A   Yes.
5        Could you refer me to what I said in my
6  report that you're --
7    Q   Yes.
8    A   -- referring to?
9    Q   Yes.  Hold on.  Let me find it.
10       You said "particles can transmit pathogens."
11  Let me find where you said that.
12       Page 4 at the bottom.  Do you see the first
13  paragraph under Section A, page 4?
14   A   Yes.
15   Q   Where -- you say "Health care professionals
16  and facilities care deeply about particles as
17  particles can transmit pathogens."
18       Did I read that right?
19   A   Yes.  That's correct.
20   Q   So you agree that all particles may not
21  carry bacteria; right?
22   A   Yes.
23   Q   You even say in your report that "Particles
24  can be extremely small"; correct?
25   A   Yes.

Page 66

MICHAEL WAYNE BUCK

Q   Do you agree that particles have to be a certain size to carry bacteria?

MS. ZIMMERMAN:  Object to form.

THE WITNESS:  Yes.

BY MS. LEWIS:

Q   One of the figures in your report has the diagram about the various sizes of bacteria, is that right, Figure 1?

A   Yes.  That was a table that was included.

Q   Where did you get that figure from?

A   Pardon me?

Q   Where did you get the chart from, Figure 1?

A   I believe it was from a operating room photograph or picture that was obtained.

Q   You mentioned staph aureus on page 6 of your report, and you mentioned that staph aureus has the size of .9 microns; correct?

A   Yes.

Q   Do you also have an understanding that bacteria doesn't -- a cell of bacteria doesn't travel by itself?

MS. ZIMMERMAN:  Object to form.

THE WITNESS:  That's -- I've read that in

Page 67

MICHAEL WAYNE BUCK

certain articles, yes.

BY MS. LEWIS:

Q   Do you have a reason to disagree with it?

A   I do not.

Q   What's your understanding of how large a particle needs to be to carry bacteria?

A   I don't specifically know how large a particle has to be to carry bacteria.

Q   Have you seen sources that say particles that are capable of carrying bacteria are between 4 and 20 microns?

A   I have seen that written in literature, yes.

Q   Do you have a reason to disagree with that?

A   I do not.

Q   Based on the resource where you found that statement, and based on your Figure 2 where you list staph aureus being a -- 0.9 micron in size, you would agree that a particle the size of .3, for example, would not contain a cell of staph aureus?

A   I don't know that for sure, but based on what's included in the diagram, that would make sense.

Page 68

MICHAEL WAYNE BUCK

Q   Do you agree that all bacteria that might be in the air or on a surface might not even be viable?

A   That could be possible.  Particles in the air are viable and non-viable.

Q   Is there a way to detect whether it's viable or not viable from a particle counter?

A   The particle counter measures all the particles that come into the counter and treats them as particles counted.

Q   The particle counter doesn't make a distinction as to what that particle is; correct?

A   Correct.

Q   The particle counter doesn't say what's contained on that particle; correct?

A   Correct.  It counts the total number of particles or however the machine is set up.

Q   The particle counter doesn't differentiate whether it's a dust particle or a skin squame or some other type of particle; correct?

A   Yes, that's correct.

Q   The particle counter doesn't detect bacteria; correct?

A   The particle counter corrects particles -- it collects particles.  It doesn't detect bacteria.

Page 69

MICHAEL WAYNE BUCK

It collects particles or detects particles.  It counts particles in the air.

Q   Do you have any knowledge based on what you do for hospitals whether disinfectants, if used to wipe down a surface or is used to wipe up a floor, does that reduce the number of particles?

A   On the surface?

Q   Yes.

A   That's been cleaned?

Q   With a disinfectant.

MS. ZIMMERMAN:  Object to form.

THE WITNESS:  I've read in the literature that that is true, yes.  And we have also sampled rooms that have been cleaned or terminally cleaned, depending on the description of the cleaning service, and found that there can be a reduction based on the ability or the -- how well the room is cleaned, yes.

BY MS. LEWIS:

Q   Humans also -- we shed particles; right?

A   Yes.

Q   Or particles shed from clothes?

A   Yes.

Q   If an OR is cleaned with a disinfectant before a surgery starts and the surfaces are cleaned

Page 70

MICHAEL WAYNE BUCK

1
2  and the floor is cleaned before a surgery starts,
3  does that reduce the number of particles --
4      MS. ZIMMERMAN:  Object to --
5      MS. LEWIS:  -- in the --
6      MS. ZIMMERMAN:  -- form.
7      MS. LEWIS:  -- OR?
8      MS. ZIMMERMAN:  Sorry.  Object to form.
9      THE WITNESS:  It can depending on how well
10 and efficiently that the room has been cleaned.
11 BY MS. LEWIS:
12     Q    And by "efficiently," you just mean a person
13 does a good job of wiping down that surface or wiping
14 up that floor?
15     A    Yes.  If they are using clean materials and
16 if they are following the SOP of the infection
17 prevention program as far as how to clean the room,
18 then it should reduce, or can reduce, the number of
19 particles on horizontal surfaces, yes.
20     Q    We talked about the filters that are in many
21 hospitals that are MERV 14 filters; correct?
22     A    Yes, you mentioned that.
23     Q    And that's what ASHRAE requires in operating
24 rooms in the U.S. is a MERV 14 filter; correct?
25     MS. ZIMMERMAN:  Object to form.

Page 71

MICHAEL WAYNE BUCK

1
2      THE WITNESS:  I believe so, yes.
3  BY MS. LEWIS:
4      Q    Do you agree that a MERV 14 filter is
5  effective in capturing bacteria-carrying particles?
6      MS. ZIMMERMAN:  Object to form.
7      THE WITNESS:  It can, yes.  It's efficient
8  at, I believe, 90 percent or a little greater than
9  90 percent, yes.
10 BY MS. LEWIS:
11     Q    Do you agree that ASHRAE 52.2 is the
12 standard to test for MERV 14 filter efficiency?
13     A    I -- yeah.  If I -- I believe I -- earlier I
14 said it was 152.  It could be 52.  I don't keep those
15 numbers -- that in my head.  I would look it up.  I
16 have guidelines at my desk or available to me to look
17 at.  So if that's what it is, that's what it is,
18 yes.
19     Q    Have you done any testing pursuant to ASHRAE
20 52.2?
21     A    As far as?
22     Q    Filter efficiency.
23     A    Generally speaking, as far as testing a
24 filter for its efficiency, no.
25     Q    You don't use ASHRAE standard 52.2 to do

Page 72

MICHAEL WAYNE BUCK

1
2  filter efficiency testing?
3      A    Using the standard as far as making sure the
4  filter is up to designer specs is one thing.  Testing
5  in the usable environment or the OR environment or
6  out in the -- that is a different thing than I think
7  what you're talking about.
8      I guess -- I don't understand what you're
9  asking me.  If you're asking me if I take a filter in
10 a lab and perform ASHRAE tests on it per the way they
11 design the filter and -- I do not do that.  Do I do
12 real life sampling in an OR environment?  Yes.
13     Q    All right.  So if I'm understanding what
14 you're saying, if you do a test on a filter, you
15 don't follow ASHRAE standard 52.2; is that correct?
16     MS. ZIMMERMAN:  Object to form.  Misstates
17 the witness's testimony.
18     THE WITNESS:  I guess I don't understand
19 what you're asking me as far as -- I felt like I just
20 answered the question.  I apologize for not following
21 your train of thought.  But I -- I don't know, as far
22 as specific ASHRAE standards, if those are followed.
23     We look at filter efficiencies and look at
24 particle counts in a room based on reduction, based
25 on those efficiencies.  So if you're referring to

Page 73

MICHAEL WAYNE BUCK

1
2  that, then I guess I do use the standard as far as
3  doing my work when I go out to do work in operating
4  rooms or hospitals.
5  BY MS. LEWIS:
6      Q    I want you to finish.  Are you finished?
7      A    I'm finished, yes.
8      Q    Okay.  I understand that there's a specific
9  test for 52.2 standard, and that's what I'm asking.
10     Do you follow that test on how to test for
11 filter efficiency?
12     A    Do you have the standard in front of you?
13 Could I look at it?
14     Q    I did not bring it with me.
15     A    Okay.
16     Q    But that was -- my question is:  Do you
17 follow that standard?  Are you familiar with that
18 standard, and is that what you follow?
19     A    I'm not familiar with the standard, no.
20     Q    Okay.  We've talked a little bit about HEPA
21 filters.  I know I asked you if you had tested on
22 HEPA filters.  I'm sorry.  I don't remember what your
23 answer was, so let me ask again.
24     Have you done any testing on HEPA filters
25 for efficiency?

MICHAEL WAYNE BUCK

1
2     A    In my daily work in operating rooms that
3  have HEPA filters, I've looked at the particles or
4  counted particles in the rooms that are HEPA filtered
5  and evaluated those room [sic] based on filtration
6  efficiencies; so in that regard, yes.
7     Q    Do you agree that a HEPA filter does not
8  claim 100 percent efficiency in capturing
9  particles?
10    A    That's correct.  It's 99.9999- -- 7 at the
11 end down to .3 microns typically.
12    Q    Are you familiar with any study that has
13 shown that even with the HEPA filter, microorganisms
14 grew, on an agar plate, for example?
15    A    I'm not aware of any study that has that,
16 but ...
17    Q    One of the studies that you listed on
18 Exhibit 6, which is your references and documents
19 considered -- here -- I believe you listed a case
20 titled "Avidan."  It begins with an "A."
21    A    This one?
22    Q    Yes.
23        Did you review that?
24    A    I did not, no.
25    Q    Okay.  I'll get it at the next break, but I

MICHAEL WAYNE BUCK

1
2  want to show you -- in the Avidan study, one of the
3  products tested was the WarmTouch, which is a warming
4  device that has a HEPA filter.
5     A    Okay.
6     Q    But I'll -- at our next break, I'll go get
7  that article for you.
8        In any of the testing that you've done for
9  the HEPA filter, have you found it to be at
10 100 percent efficiency?
11    A    I have received particle counts from HEPAs
12 that have been zero at that particular time of the
13 sampling.  But generally speaking, there can be some
14 or a few particles collected based on the sampling.
15    Q    Let's talk a little bit about the Bair
16 Hugger system.  Since your retention of this
17 lawsuit -- because I think you mentioned that's the
18 first time you've heard of the Bair Hugger; am I
19 right?
20    A    Yes.
21    Q    And so even though you mentioned earlier
22 that you had seen the Bair Hugger in an OR, that's
23 been since you've been retained in this -- to be an
24 expert in this lawsuit?
25    A    I believe so, yes.

MICHAEL WAYNE BUCK

1
2     Q    Based on what you know about the Bair
3  Hugger, you understand that it is a patient warming
4  device that is to be connected to the blanket?
5     A    Yes.
6     Q    And that it's the blanket that is placed
7  over the patient during the operative procedure;
8  correct?
9     A    Yes.
10    Q    So you understand that its intended use is
11 to be for the hose to be connected to the blanket;
12 correct?
13    A    Yes.
14    Q    And you would agree that for testing to be
15 relevant to clinical outcomes in the OR that the
16 testing should be on the device as it is intended to
17 be used?
18        MS. ZIMMERMAN:  Object to form.
19        THE WITNESS:  Yes.  We were asked to
20 evaluate the Bair Hugger and to see if it generated
21 particles, so that was part of the test that we did
22 was to evaluate the particles that come out with the
23 Bair Hugger attached to the blanket.
24 BY MS. LEWIS:
25    Q    And you understand that that's the way it's

MICHAEL WAYNE BUCK

1
2  intended to be used is with the blanket attached;
3  correct?
4     A    That's my understanding, yes.
5     Q    And so for your test to have some clinical
6  relevance, the testing should be done on the device
7  as it is used in the OR; correct?
8        MS. ZIMMERMAN:  Object to form to the extent
9  that it presupposes what is relevant for the witness
10 to test.
11        THE WITNESS:  The Bair Hugger's intended use
12 is with the blanket, and that's how we tested it, I
13 guess.
14 BY MS. LEWIS:
15    Q    That's part of your testing, but you also --
16    A    Part.
17    Q    -- tested it without the blanket attached;
18 correct?
19    A    Yes.
20    Q    So my question is:  For your test result to
21 have clinical relevance, meaning a doctor can take
22 your test and apply it to patient care and/or
23 treatment, the testing that would be relevant is
24 looking at the device as it is used in the OR;
25 correct?

MICHAEL WAYNE BUCK

1
2      MS. ZIMMERMAN:  Again, object to form.
3  Clinical relevance of -- of any of the testing
4  done by --
5      THE WITNESS:  I'm not --
6      MS. ZIMMERMAN:  -- experts --
7      THE WITNESS:  -- a physician, so I don't
8  know how to respond to that, how they would think
9  about that.
10 BY MS. LEWIS:
11     Q   If your testing is not done with the device
12 as it is intended to be used, then your test would
13 not be applicable to what happens to the device when
14 it's used in actual surgery; correct?
15     MS. ZIMMERMAN:  Object, again, to form of
16 the question as to relevance to a clinician or to
17 this particular witness.
18     THE WITNESS:  I don't -- the testing that we
19 did was to test the piece of equipment, not to test
20 the equipment as it would be used by a physician.
21     We were merely testing the equipment in
22 breaking down the components of the equipment to see
23 where particles were generated and how many particles
24 were generated in the process of the equipment being
25 used.

MICHAEL WAYNE BUCK

1
2  BY MS. LEWIS:
3      Q   And your understanding is the equipment is
4  being used with the blanket attached?
5      A   That's my understanding, yes.
6      Q   Is there a standard protocol to conduct
7  particle testing?
8      A   I'm sure somebody -- somebody has written a
9  protocol for particle testing, but when we were asked
10 to look at the machine, we were asked specifically to
11 look at the particles that are in the machine, that
12 come from the machine, and that go through the
13 machine that would go out through the blanket, and
14 that's what we did.
15     Q   And being asked -- meaning being asked by
16 plaintiffs' counsel -- for -- during -- as your
17 retention as an expert?
18     A   Yes.
19     Q   So you were asked to take the Bair Hugger
20 apart, meaning take the hose apart from the blanket,
21 and test the air coming from the hose as one part of
22 your test, and the other part of your test, looking
23 at particle counts with the blanket attached; is that
24 correct?
25     A   We weren't asked specifically to do that.

MICHAEL WAYNE BUCK

1
2  That was what we came up with as a means of the step
3  process in evaluating the unit itself and the hose;
4  and then the unit itself, the hose, and the blanket
5  together.
6      Q   Why would you want to separate the hose from
7  the blanket if you understood that's not how it's
8  used in the OR?
9      A   We felt like the breakdown of the hose and
10 the blanket would tell us if particles were getting
11 through the filter media or were internal to the Bair
12 Hugger itself versus if particles were to be caught
13 in the blanket and not escape or to come through the
14 blanket.
15     So we wanted to basically see the
16 difference, if there was a difference.  We were asked
17 to evaluate it, and we thought that that would be a
18 good way to look at it.
19     Q   According to your report, you say you were
20 retained to evaluate whether the -- "whether or not
21 the Bair Hugger forced-air warming system generates
22 and/or omits particles."
23     A   That's correct.
24     Q   So why does it make a difference to you if
25 you're just looking to see if it generates or omits

MICHAEL WAYNE BUCK

1
2  particles that the blanket is separate from the hose?
3  Why would that matter to you?
4      A   We just felt like it was part of the process
5  to see -- it would give us more data and let us know
6  if there was particles that were generated in the
7  machine or the hose that were not part of the blanket
8  system.
9      Q   So the method that you came up with is not
10 based on any particular industry standard on how to
11 do particle counting; correct?
12     MS. ZIMMERMAN:  Object to form.
13     THE WITNESS:  No.  We looked at this as a
14 trial or as a means of investigating the piece of
15 equipment.
16 BY MS. LEWIS:
17     Q   Who came up with the protocol?
18     A   Myself and Andy Streifel.
19     Q   Which part did you come up with?
20     A   I think it was a mutual effort; that we both
21 came up with this and agreed to this as being a way
22 to look at or evaluate the instrument as an
23 individual and a whole basis.
24     Q   Had you done particle counting on a medical
25 device before this -- before this time?

MICHAEL WAYNE BUCK

1
2    A   Yes.  We've looked at other pieces of
3  equipment or other medical devices -- if you want to
4  call them that -- to see if they generate particles.
5    Q   What other devices?
6    A   We've looked at portable HEPA units and
7  other pieces of equipment that I'm having a little
8  bit of difficulty recalling right now, but I know
9  we've looked at other things in the OR or that we've
10 walked by and evaluated.
11   Q   By "evaluated" you mean you did a particle
12 count?
13   A   Yes.
14   Q   And you aren't able to name what other
15 medical device you've done --
16   A   I would --
17   Q   -- a particular count --
18   A   -- have to probably go back and look at some
19 of my reports to -- to see specifically what their
20 names were.
21   Q   When did you do that other testing on
22 another --
23   A   It's been --
24   Q   -- medical device?
25   A   -- done for several years.  It's -- it

MICHAEL WAYNE BUCK

1
2  wouldn't be to the extent that we did on the Bair
3  Hugger.
4       It would be as part of normal operations in
5  an operating room if I was asked to do an
6  investigation or if I was there on another matter.
7  If somebody were to just ask me to evaluate a piece
8  of equipment, I would have done it.  That's why I'm
9  having trouble recalling specifically what the piece
10 of equipment would have been.
11   Q   I thought when you talked earlier about
12 other equipment in the room -- although we weren't
13 talking about medical devices -- you mentioned that
14 you had not done particle counting on any other
15 equipment in the OR; correct?
16   A   The -- the specific equipment that we talked
17 about, yes.  The laptops and the disk drives, yes.
18   Q   What other medical equipment that is in the
19 OR were you asked to do a particle count on that --
20 on that medical equipment?
21   A   I can't recall right now.  I'd have to look
22 back.  I would be happy to look back through my old
23 reports and see -- list the specific equipment, but I
24 know I've been asked over the years to just briefly
25 or -- evaluate something as part of my work at other

MICHAEL WAYNE BUCK

1
2  institutions.
3    Q   So you can find that data and pass it on to
4  Ms. Zimmerman?
5    A   It would be probably -- not to the extent it
6  was in a report.  It would be listed as a line item
7  in a report, I think, yes.
8    Q   Whatever you have done, you think you still
9  have it recorded somewhere and that could be passed
10 on to Ms. Zimmerman?
11   A   I think I do, yes.  If I have an old
12 report -- some of my reports have not been retained
13 from many years ago.
14       MS. ZIMMERMAN:  Counsel, we're happy to work
15 with the witness to identify anything that may be
16 responsive to your requests.
17       I think the witness and his report and his
18 testimony today has demonstrated that he didn't rely
19 on any of these kinds of things; previous reports
20 that he's done, either in his capacity at the
21 University of Minnesota or his capacity as a retained
22 expert in other matters.
23       So to the extent that the witness is able to
24 recall, I guess he can provide you that testimony.
25 Other than that, I think it's outside the scope of

MICHAEL WAYNE BUCK

1
2  the subpoena.
3       MS. LEWIS:  I'd just appreciate no sidebar,
4  please.
5  BY MS. LEWIS:
6    Q   Will you agree to look for any past reports
7  or written documentation that you have that shows any
8  particle counting testing that you performed on any
9  other medical device?
10   A   I will.
11   Q   When were you first asked -- when were you
12 first retained?  What date?
13   A   I don't know if I specifically recall the
14 date that we first met or that Andy brought this up
15 to me.
16       Andy had met with counsel prior to my
17 meeting them for the first time.  I don't know if I
18 specifically recall the first date that I met with
19 counsel.  I could probably find that for you if you
20 want to know the exact date that we talked for the
21 first time.
22   Q   If I'm understanding what you're telling me,
23 it was Andy who had the initial contact with
24 plaintiffs' counsel, and then he brought you in --
25   A   Yes.

Page 86

MICHAEL WAYNE BUCK

1
2    Q   -- to assist him; correct?
3        MS. ZIMMERMAN:  Object to form.
4        THE WITNESS:  To work with me, to work
5    together, yes.
6    BY MS. LEWIS:
7    Q   What did Andy tell you?
8    A   Andy asked me if I would be interested in
9    helping him evaluate a piece of equipment for a law
10   firm.
11   Q   He gave more details, what the equipment
12   was, and why?
13   A   Not at that -- not initially.  He just asked
14   for my availability and my willingness to
15   participate, and that was the initial talk that we
16   had.
17   Q   Was he not able to do this by himself?
18   A   Correct.  He asked for assistance just with
19   the testing and the organizing of data, and I -- you
20   know, you'd have to ask Andy about his schedule, but
21   I believe he requested my help just because he felt
22   that it was more work than he could take on.
23   Q   Is it also because Andy doesn't do particle
24   count testing and that's what you do?
25   A   No.  We both do particle count testing.

Page 87

MICHAEL WAYNE BUCK

1
2    Andy is very proficient at particle count testing or
3    evaluating data.
4    Q   Were you asked to do an evaluation of
5    bacteria counting as part of your testing?
6    A   No.
7    Q   Is that something you don't know how to
8    do?
9    A   Correct.
10   Q   Is that something Andy does or does not know
11   how to do?
12   A   I don't know.  You would have to ask Andy
13   how he felt about that.
14   Q   Did you or Andy suggest that bacteria
15   counting should be done as part of your testing?
16   A   We did not.
17   Q   For the particle counter that you used, tell
18   me why you chose that particular particle counter.
19   A   It's a well-respected particle counter that
20   we've used for years, and it's one of the probably
21   leading brands on the market.
22   Q   Had you used it before?
23   A   For several years, yes.
24   Q   You're familiar with how to use it?
25   A   Yes.

Page 88

MICHAEL WAYNE BUCK

1
2    Q   Let me go back to the question that you put
3    in your report.
4        You said you were retained to evaluate
5    whether the Bair Hugger "generates and/or omits
6    particles."
7        Did you mean "omits" or "emits"?
8    A   "Generates" meaning how the particles are
9    either produced from the machine or through the
10   machine.
11   Q   Well, I'm just first starting with the word
12   "omit."
13       Did you mean "emits" or "omits"?
14   MS. ZIMMERMAN:  Emits.
15   THE WITNESS:  Emits.
16   BY MS. LEWIS:
17   Q   Emits.  Okay.
18       And then what did you mean by "generates"?
19   A   As part of the internal portions or the
20   internal workings of the Bair Hugger; the blower,
21   the -- unit that drives the air, that forced the
22   velocity of air through the hose, the other internal
23   components of the Bair Hugger.
24   Q   How did you learn about the workings of the
25   Bair Hugger?  Did you look at any document, owner's

Page 89

MICHAEL WAYNE BUCK

1
2    manual or something, or service manual?
3    A   We were given a owner's manual, I think, in
4    the box.  There might have been one in the box, I
5    believe.  Yes.
6    Q   Was there a service manual in there as
7    well?
8    A   I do not recall if there was a service
9    manual.  I believe there was, yes.
10   Q   You've got some understanding of the Bair
11   Hugger, the fact that there's the warming unit,
12   there's the hose that the blanket attaches to;
13   correct?
14   A   Yes.
15   Q   You understand that air goes into the
16   warming unit, gets warmed up, and then goes out the
17   hose into the blanket; correct?
18   A   Correct.
19   Q   That's what I'm now trying to understand,
20   what you mean by it "generates" particles.  You mean
21   it actually creates them or just -- when you mean
22   "generate," they come out of?
23   A   Both.  I think there's internal particles
24   that could be generated as a result of the electrical
25   components of the system.  And there's also other

MICHAEL WAYNE BUCK

1  
2  particles that could possibly come through the unit
3  into the hose.
4      Q   Did you do testing on things that could
5  come -- that could be generated within the unit?
6      A   That was why we put the probe inside the
7  hose to test what was coming from the unit itself.
8      Q   I understand that's what you said earlier,
9  is that the particle counter looks at the number of
10  particles and the size of particles; correct?
11      A   Correct.
12      Q   The particle counter can't differentiate
13  what type of particles are coming out; correct?
14      A   Correct.
15      Q   So you didn't do any testing, did you, on
16  types of particles that are coming out; correct?
17      MS. ZIMMERMAN:  Object to form.  Misstates
18  the testimony.
19      THE WITNESS:  Correct.
20  BY MS. LEWIS:
21      Q   I understand from your report that you did
22  three type -- tests; right?
23      A   Yes.
24      Q   You mention that you had two Bair Hugger
25  warming units.  And there was a little confusion in

MICHAEL WAYNE BUCK

1  
2  your report, so let me ask you to clarify.
3      You said you had a model 750 and a model
4  775; right?
5      A   Correct.
6      Q   Where did you get those models from?
7      A   The old one was the used one; it was
8  furnished to us by counsel.  And the new one was
9  purchased from a -- the supplier -- a supplier.
10      Q   The used one was the model 750?
11      A   Yes.
12      Q   And that's the one you got from counsel?
13      A   Yes.
14      MS. ZIMMERMAN:  And if I can clarify, both
15  of these devices were provided by counsel, a new one
16  and a used one, and the --
17      MS. LEWIS:  Okay.
18      MS. ZIMMERMAN:  -- new one was from you.
19      MS. LEWIS:  Okay.
20      MS. ZIMMERMAN:  Your folks.
21      MS. LEWIS:  All right.
22      MS. ZIMMERMAN:  I think that there is a typo
23  that we realized --
24      MS. LEWIS:  Yeah.
25      MS. ZIMMERMAN:  -- yesterday in the

MICHAEL WAYNE BUCK

1  
2  footnote --
3      MS. LEWIS:  Yeah.
4      MS. ZIMMERMAN:  -- because it says --
5      MS. LEWIS:  It says both devices are model
6  750, but --
7      MS. ZIMMERMAN:  Right.
8      THE WITNESS:  Yes.  That's --
9      MS. LEWIS:  Okay.
10      MS. ZIMMERMAN:  Both devices were provided
11  by counsel.  One's a 750.  One's a 775.
12      MS. LEWIS:  All right.
13  BY MS. LEWIS:
14      Q   So there -- you tested a 750 --
15      A   Yes.
16      Q   -- model and a 775 model?
17      A   Correct.
18      Q   Both of those models came from counsel;
19  correct?
20      A   Correct.
21      Q   For the used model, what information did you
22  learn about how it had been used?
23      A   Just that it had been used.  I don't know
24  where it had been used or how it had been used.
25  There was a brief comment from counsel that it had

MICHAEL WAYNE BUCK

1  
2  been used as a demonstration model.
3      Q   Do you know any more about its use before
4  you got it?
5      A   I do not.
6      Q   Did you think that was important?
7      A   No.  I guess it was -- we were just testing
8  the unit so -- just looked at what we were asked to
9  test.
10      Q   And the new one, because it was new, were
11  you informed that it had not been used before at
12  all?
13      A   Correct.
14      Q   Did you look at those filters before you
15  started your testing, take a physical look at them?
16      A   Yes.
17      Q   When you do particle counting generally --
18      A   Uh-huh.
19      Q   -- do you usually test -- for example, if
20  you're doing particle counting in the OR, do you do a
21  first test to see what the particle amounts are in a
22  room, and then do your testing so that you have
23  something to compare?
24      A   We use control samples inside and outside of
25  the ORs to evaluate whether or not there is a

MICHAEL WAYNE BUCK

1
2  reduction in the amount of particles that we count in
3  the air.
4      Q   But there's no prerun test to look at the
5  number of particles and then to do a subsequent
6  particle count to compare the two?
7          In other words, if you're concerned about
8  too many particles being in an OR, do you do a
9  particle count in the OR and then do whatever
10 remedial measures you need to do and then do another
11 particle count and then compare the difference?
12     A   I'm --
13         MS. ZIMMERMAN:  Object to form.
14         THE WITNESS:  Typically not, no, if I'm
15 understanding your question correctly.
16 BY MS. LEWIS:
17     Q   I'm just trying to understand how the
18 process goes; what's a typical protocol to do
19 particle counting.
20     A   Okay.
21     Q   And so I'm trying to see, do you -- in order
22 to compare something, do you have to have, you know,
23 a pre-set of data to compare to the testing data.
24     A   Typically when you're doing particle
25 counting, it's realtime.  So the particles that are

MICHAEL WAYNE BUCK

1
2  in the environment are what you count.  So as far as
3  a guideline goes, it would be at that time that you
4  were doing the counting.
5      Q   Is there a certain length of time that you
6  run the particle counter that's standard?
7      A   That's standard?  You can run the particle
8  counter in whatever set mode it has.  You can
9  count -- there's three or four settings, the volume
10 that you can collect in the particle counter.  So --
11 but as far as being a set amount, unless somebody
12 specifically "spescribed" that -- or prescribed that,
13 then no.
14     Q   Were you asked to run the particle counter
15 for any particular amount of time?
16     A   No.
17     Q   When you do particle counting, do you
18 replicate your testing?
19     A   Yes.  You can replicate testing and compare
20 those results, yes.
21     Q   When you do particle counting, do you take
22 into account things that are in the environment that
23 also generate particles or where particles can be
24 found?
25         MS. ZIMMERMAN:  Object to form.

MICHAEL WAYNE BUCK

1
2          THE WITNESS:  The particle counter counts
3  the total number of particles that are taken into the
4  machine, so that's all, I guess, considered as part
5  of the overall testing that we do.
6  BY MS. LEWIS:
7      Q   For example, if you were doing particle
8  testing in an OR -- although equipment is still in
9  the room, right, usually?
10     A   Uh-huh.
11     Q   Yes?
12     A   Yes.
13     Q   So when you're doing a particle test for
14 that OR, it is counting particles, whatever might be
15 the source of those particles; right?
16     A   Yes.  Whatever the particle counter is
17 collecting in the room, those particles, it's all --
18     Q   Whatever's there?
19     A   Yes.  At the site of the particle counter,
20 yes.
21     Q   So the particle counter is picking up
22 particles that will be coming from the HVAC system,
23 from personnel in the room, from surfaces on -- the
24 room, from whatever is blowing air; the particle
25 counter is capable of picking up any of that

MICHAEL WAYNE BUCK

1
2  depending on where the particle counter is placed --
3          MS. ZIMMERMAN:  Object to form.
4  BY MS. LEWIS:
5      Q   -- is that fair?
6      A   Yes.  The particle counter is collecting
7  particles at the site that you were collecting -- or
8  using the instrument.
9      Q   In other words, if the particle counter is
10 in the corner, chances are you're going to pick up
11 more of the particles that are in that particular
12 area of the OR at that time --
13     A   Yes.
14     Q   -- right?
15         If the particle counter is near the
16 operating table and the probe is there, you're going
17 to pick up particles predominantly in that area;
18 correct?
19     A   Correct.
20     Q   Does the -- so the particle counter can't do
21 a range of particles?  Does that make sense, the
22 question?
23     A   The particle counter collects a range of
24 particles at the site that you're collecting
25 particles typically from .3 microns up to 10, which

Page 98

MICHAEL WAYNE BUCK

1
2 is in -- the case in our particle counter.  But if
3 you're referring to the particle counter collecting
4 particles from another room and if you are in a
5 different room, then no.
6      Q    No.  Talking about in the room where you
7 are.
8      A    Okay.
9      Q    Because I understand these particle counters
10 can be handheld; right?
11      A    Yes.
12      Q    So I'm just wondering how wide of a range
13 they will pick up particles, or is it a very limited
14 range?
15           MS. ZIMMERMAN:  Object to form.
16           THE WITNESS:  I don't know exactly how far.
17 I've never seen literature as to how far the
18 assumption is that the particle counter's range is.
19 I've never seen a range in the data from a particle
20 counter or from the product, the owner's manual.
21 BY MS. LEWIS:
22      Q    So tell me about your first setup, which
23 was -- you called it your first evaluation.
24      A    Sure.
25           The first evaluation involves -- involved

Page 99

MICHAEL WAYNE BUCK

1
2 setting up the particle counter in a clean room and
3 collecting samples, particle counts, and the hose,
4 and running the particle counter through a series of
5 what we consider to be normal operations or modes
6 that the Bair Hugger has.  And we counted particles
7 during those modes to see if there was any difference
8 in the particles generated.
9      Q    By "mode" you mean the different temperature
10 settings?
11      A    Yes.
12      Q    The 775 has a different button from the 750
13 where I think you can have a faster motor, I think,
14 might be the case.
15           Did you run it in that mode as well, or do
16 you know?
17      A    The modes are listed on the report, as far
18 as -- are you referring to a low, medium, high speed
19 on the fan, or what -- what exactly are we --
20      Q    Does your data in Exhibit 4 list the
21 different modes?
22      A    Yes.
23           Yes, it does.
24      Q    So it mentions whether it was -- let's see.
25      A    The far column on the left.

Page 100

MICHAEL WAYNE BUCK

1
2      Q    I see that it shows temperatures.
3           MS. LEWIS:  Let's mark this one as 4A.
4           (Exhibit 4A is marked for identification.)
5 BY MS. LEWIS:
6      Q    For 4A -- which the first page says "Old
7 Bair Hugger 12_14_16 Inside Clean Room."  I'm looking
8 at page 2, and I'm going to give it back to you.
9      A    All right.
10      Q    You have copies now; right?  Let's do it
11 this way.
12           Page 2 and 3 --
13           MS. ZIMMERMAN:  Counsel, are you marking
14 this as a separate exhibit or just keeping it --
15           MS. LEWIS:  It's -- I'm making it 4A.
16           MS. ZIMMERMAN:  4A.  Okay.
17           MS. LEWIS:  Yes.
18           MS. ZIMMERMAN:  Thank you.
19 BY MS. LEWIS:
20      Q    Okay.  Here's what I'm trying to understand.
21 Since the first page, page 1 of 4A, says "Old Bair
22 Hugger," does that -- by "old" you mean the used --
23      A    Yes.
24      Q    -- Bair Hugger?
25           So this would be the model 750?

Page 101

MICHAEL WAYNE BUCK

1
2      A    Yes.
3      Q    For page 4 of 4A, which starts the graph, at
4 the top it says "New Bair Hugger 12_28_16 Inside
5 Clean Room."
6      A    Yes.
7      Q    That's the 775 model?
8      A    I believe so.
9      Q    Okay.  I'm looking at page 5 and 6, which
10 looks like your raw data for the model 775, and I
11 don't notice that you make a distinction on the speed
12 of the fan.
13           You do show temperatures, but not speed of
14 the fan; is that correct?
15      A    Correct.  I believe the fan was on.  I don't
16 recall what setting it was on, but it was on.  We
17 left it on for -- on the same setting.
18      Q    All right.  So you were talking about your
19 first evaluation as you described it.
20           You said you chose to do this testing in a
21 clean room; right?
22      A    Yes.
23      Q    What's the location of the clean room?
24      A    The clean room is at the University of
25 Minnesota and Boynton Health Service on the basement

MICHAEL WAYNE BUCK

1

2  floor.

3     Q   Employee Health Services you said?

4     A   Boynton Health Service.

5     Q   You said in the basement?

6     A   Yeah.  In a -- it's in a -- yeah, a basement

7  level room.

8     Q   It is considered a clean room?

9     A   It's a room within a room.

10    Q   But is it considered a clean room?

11    A   Yes.  That's how I've ever heard it been --

12  described as or called.

13    Q   What's your understanding of why it's

14  considered a clean room?

15    A   Because it was HEPA filtered and it was

16  basically a -- positively pressurized, and it had a

17  downward flow of air coming into the clean room from

18  the ceiling.

19    Q   What room number was this room?

20    A   The room that the clean room was located in

21  is called W37.

22    Q   How large is that room?

23    A   I believe it's 8-by-8-by-8 or

24  10-by-10-by-10.  I believe it's 8-by-8-by-8.

25    Q   Whatever it is is square?

MICHAEL WAYNE BUCK

1

2     A   Yes.

3     Q   Okay.  Why did you choose this room?

4     A   Because we wanted to measure only what was

5  coming from the Bair Hugger itself, and we felt that

6  that was the best environment to do that.

7     Q   What do you mean by "only coming from the

8  Bair Hugger itself"?

9     A   From inside the Bair Hugger.

10    Q   You understand that the Bair Hugger intakes

11  air; right?

12    A   Yes.

13    Q   So you're -- so the Bair Hugger is intaking

14  air, so the air that you are testing is coming from

15  inside that room; right?

16    A   Right.  Initially, yes, that would be true.

17  We considered -- we wanted to know if the Bair Hugger

18  itself generated particles like we talked about

19  earlier, and that's why we used the clean room.

20    Q   But you understand that the only way the

21  Bair Hugger can output air is to take in the air;

22  correct?

23    A   Right.

24    Q   And it takes in the air from the environment

25  where it sits; right?

MICHAEL WAYNE BUCK

1

2     A   Correct.

3     Q   So you are -- I'm trying to understand how

4  you -- did you make a determination of what particles

5  were, as you call, generated from the Bair Hugger?

6     A   We recorded particles as we went through

7  different settings, and those particles are listed on

8  the table.

9     Q   Before you -- well, not before.

10       But during your testing did you monitor the

11  particles that were at the inlet filter?

12    A   The inlet filter?

13    Q   Yes.

14    A   No, we did not.

15    Q   Why not?

16    A   Because we felt like once we zeroed the room

17  that we did not need to do that -- the clean room.

18    Q   How did you zero the room?

19    A   Turned it on and basically let it run for a

20  period of time until we got particles in the room

21  that we felt were acceptable as far as clean room

22  standards.

23    Q   Is that reflected in 4A?

24    A   So if we -- first, if you can see on the

MICHAEL WAYNE BUCK

1

2  left, we zeroed the particle counter by putting a

3  zeroing filter on it, and then we took background

4  samples without the clean room being on, then we

5  turned the clean room on and got samples -- or

6  those -- that data, and then we initiated the Bair

7  Hugger usage once we ran through five cycles of the

8  clean room counting with the particle counter --

9  using the particle counter.

10    Q   How did you zero the particle counter?

11    A   The particle counter?

12    Q   Yes.

13    A   The particle counter comes with a zeroing

14  filter.  It's a HEPA filter.  And you attach a hose

15  to a HEPA filter.  And it collects air through the

16  HEPA filter.  It runs it through the machine, the

17  particle counter.

18    Q   And that's called "zeroing the particle

19  counter"?

20    A   Yes.  That's what I refer to it as.

21    Q   And how did you do the background?

22    A   The background was just removing the zeroing

23  filter from the particle counter and collecting

24  samples at -- in the room, basically on the same

25  area -- or the same area that we were going to

Page 106

MICHAEL WAYNE BUCK

2 collect samples from the Bair Hugger hose.
3      Q   The numbers that you have in your columns,
4 the first column with .3 to .5 microns, those are the
5 particle counts that you got from the room?
6      A   Yes.
7      Q   So in this clean room the particle counter
8 picked up 179,171 particles that were in the size of
9 .3 to .5 microns?
10     A   Where are you referring to?
11         MS. ZIMMERMAN:  You want to maybe refer him
12 to the time specified, the time the sample was taken?
13 BY MS. LEWIS:
14     Q   I'm on the first column, your column for .3
15 to .5 microns.
16         Do --
17     A   Yes.
18     Q   -- you see that?
19     A   That is --
20     Q   I'm looking --
21     A   -- 760.
22     Q   I'm looking at your first "Background."
23     A   Oh.  I'm sorry.  Yes.
24     Q   All right.  So for your background, that's
25 how many particles you picked up in that size; is --

Page 107

MICHAEL WAYNE BUCK

2      A   Correct.
3      Q   -- that right?
4          Correct?
5      A   Yes.
6      Q   And the next column meaning -- there were,
7 for the particle size range .5 to 1 micron, 43,795
8 particles?
9      A   That's correct.
10     Q   And all the way through for particle size
11 1.0 to 2 microns, over 30,000 particles; correct?
12     A   Yes.
13     Q   For .2 to .5 -- not .2.
14         From 2 to 5 microns you picked up 15,752
15 particles?
16     A   Yes.
17     Q   For the particle size ranges 5 to 10
18 microns, you picked up almost 8,000 particles;
19 right?
20     A   Correct.
21     Q   And then for particle sizes beyond
22 10 microns, almost 4,500 particles; correct?
23     A   Yes.
24     Q   You ran four backgrounds, is that what
25 that's saying?

Page 108

MICHAEL WAYNE BUCK

2      A   Correct.
3      Q   And your numbers are reflected on page 2 of
4 4A?
5      A   Yes.
6      Q   Each background was one minute; is that
7 right?
8      A   Yes.
9      Q   So -- and you said the background is with
10 no -- nothing on?
11     A   Correct.
12     Q   No air?
13     A   Right.
14     Q   When you show now "clean room on," that
15 reflects doing what?
16     A   We turned the clean room on so air was
17 flowing through the HEPA filters in the ceiling.
18     Q   How long did you wait before -- it looks
19 like you didn't wait any time, you just continued
20 with the next minute; is that right?
21     A   Correct.  We wanted to show that the clean
22 room was working.
23     Q   So for the first minute with the clean room
24 on, you show for the .3 to .5 microns 760 particles;
25 right?

Page 109

MICHAEL WAYNE BUCK

2      A   Yes.
3      Q   The next minute for that same particle size,
4 120 particles; for the next minute, the particles
5 .3 to .5, for -- 100 particles; and then the next
6 minute the particles in that same size range were 30;
7 right?
8      A   Yes.
9      Q   And then the last one you say with the clean
10 room on, the particles in that .3 to .5 is 10?
11     A   Yes.
12     Q   So this particular size range of particles
13 never zeroed out?
14     A   Correct.
15     Q   Then you turned on the Bair Hugger; is that
16 correct?
17     A   Yes.
18     Q   So the first minute of the Bair Hugger being
19 on is -- it looks like at 1:57 p.m.  Is that what
20 that shows?
21     A   Yes.
22     Q   Let's look at page 1 of 4A, which is your
23 graph.  So if these times correspond on your graph to
24 the raw data we were looking at on page 2, the first
25 tall four time slots that we see on your graph, those

Page 110

MICHAEL WAYNE BUCK

1
2  are not with the Bair Hugger on?
3      A   Correct.
4      Q   So according to your graph -- excuse me --
5  the first showing with the Bair Hugger on is again
6  13:57; right?
7      A   Yes.
8      Q   All right.  And at 13:57 in, again,
9  .3 to .5 particle size, your particle counter picked
10 up 12,182?
11     A   Yes.
12     Q   Right?
13         All right.  Who ran the particle counter?
14     A   Andy ran the particle counter, and I was
15 outside the clean room running the controls.
16     Q   What controls are outside the room?
17     A   The room -- the turn -- the on/off switch
18 for the clean room is in back of the clean room to
19 turn the fan on or off.
20     Q   The picture that is at the bottom of page 8,
21 is that the clean room?
22     A   It's the clean room floor, yes.
23         MS. ZIMMERMAN:  And just to be clear, that's
24 page 8 of his report?
25         MS. LEWIS:  Yes.

Page 111

MICHAEL WAYNE BUCK

1
2         MS. ZIMMERMAN:  Okay.
3  BY MS. LEWIS:
4      Q   The photos on page 9 of your report, are
5  those photos from your first evaluation?
6      A   I don't know if they are from the first or
7  the second evaluation, but it is in -- from the clean
8  room, yes.  It's depicting where we sampled from.
9      Q   When you did the background on the clean
10 room, what was in the clean room?
11     A   All of the equipment that you see in the
12 picture.
13     Q   Was the -- it looks like a cart or
14 something that the particle counter is sitting on;
15 right?
16     A   Yes.  A stainless steel lab cart.
17     Q   Was that stainless steel lab cart wiped
18 down?
19     A   Yes.
20     Q   Before use?
21     A   Yes.
22     Q   Who wiped it down?
23     A   I did.
24     Q   With what?
25     A   I believe it was Sana-Wipe or a alcohol

Page 112

MICHAEL WAYNE BUCK

1
2  solution, quaternary-based cleaner.
3      Q   What was your reason for wiping it down?
4      A   Make it as clean as possible before we put
5  it in the clean room.
6      Q   Is there a reason you didn't include that in
7  your report, the steps that you took?
8      A   There was no reason that I did that, I
9  guess.  Just felt like it was something that you
10 would -- that I would do irregardless.  I didn't
11 think it was a special thing to include in the
12 report.
13     Q   Did you -- let's see.  You ran this first
14 evaluation on both --
15     A   Yes.
16     Q   -- models; right?
17     A   All evaluations were done on both
18 instruments in the -- using the same procedures or
19 the same format.
20     Q   In your report on page 11, you have your
21 chart, or your graph, showing the new Bair Hugger
22 inside the clean room, but you don't have a chart of
23 running tests on the old Bair Hugger.
24     A   A chart?
25     Q   Well, you've got a graph showing the data

Page 113

MICHAEL WAYNE BUCK

1
2  that you found, but you don't have, in your report,
3  the graph showing the testing that was done on the
4  used unit.
5         Does that make sense what I'm saying?
6      A   This is the --
7      Q   I'm just -- this just wasn't a part of your
8  report, so I'm saying is this now -- is page 1 of 4A,
9  of Exhibit 4A, the graph for your running the first
10 test?
11     A   Yes.  They're all -- it's the graph and then
12 the data, the graph and the data.  I guess the reason
13 why it wasn't included is just for ease of reading
14 the report and looking at the graph versus the
15 numbers.  The graph is a graph of the numbers, so
16 it's ...
17     Q   I'm just saying that there's no -- there
18 was -- the data that you ran or any data from the
19 test on the used Bair Hugger is just not -- was just
20 not a part of your report, and I'm just wondering why
21 it wasn't.
22     A   The data from the used Bair Hugger?
23     Q   Yes.  In other words, on page 11 --
24     A   Uh-huh.
25     Q   -- you show the graph from the model 775.

Page 114

MICHAEL WAYNE BUCK

A   Right.

Q   But in your report, you don't show the data and the results from the model 750.  So I don't know if it's an oversight or ...

MS. ZIMMERMAN:  Counsel, if Mr. Buck wants to amend his report to include this --

BY MS. LEWIS:

Q   We can make this part of -- we can use this now for -- that's just what I wanted --

A   Yes.

Q   -- I need to clarify now.

A   Yes.

Q   All right.

A   I'm sorry.  That's -- that's a typo or a -- it was missed.

Q   Was the filter in for this first evaluation?

A   Yes.

Q   In both models?

A   Yes.

Q   Is the same true for when you tested the 775 that you did a -- you did -- you -- zero particle counter, then you did the background, then you did the clean room on, et cetera; right?

Page 115

MICHAEL WAYNE BUCK

A   Yes.

Q   So the graph that is a part of your report on the top of page 11, those first -- those -- those first bar graphs or those first bars are not when the Bair Hugger was even turned on; right?

A   Correct.

Q   The Bair Hugger was first turned on at 9:31, which you don't exactly have on your graph in your report.  You have a 9:30 and a 9:32.

A   The column is there, just the --

Q   Okay.

A   -- it --

Q   The time.

A   -- got squeezed out probably because of the printing.

Q   All right.  So the first time the Bair Hugger was on for the 775 for the .3 to .5 particle size, the particle counter picked up 4,081 particles; right?

A   That's correct.

Q   I'll need you to do a little bit of explaining on your graph.  I'm trying to understand. I understand that the lighter blue color is for .3 to .5 micron particle size; right?

Page 116

MICHAEL WAYNE BUCK

A   Right.

Q   And then you've got corresponding colors for other categories of particle sizes.  My question is: On your graph, you're not -- your graph is not saying that, for example, at 9:31 -- this, again, is for model 775 -- you're not saying that the -- according to your data, you're not saying that you found 10,000 particles, or are you?

A   The column is the total.  So if you were to add all of the columns together, it should equal out what that column is up to on the left axis.

Q   So for 9:31 you've got that you found -- or you detected 4,081 for the smallest particle size?

A   Yes.

Q   You found 4,431, for .5 to 1.  You found -- or detected 3,441 particles for the 1 to 2?

A   Yes.

Q   Right?

From 2 to 5 microns you found 300-- you detected 370; from 5 to 10, 90; and greater than 10 microns, 60.

A   Correct.

Q   So all that comes up to -- what is that? Like, 1,500-- -- I mean --

Page 117

MICHAEL WAYNE BUCK

A   Like twelve thousand four eight --

Q   Okay.

A   -- eleven and some change.

Q   So is your graph accurate?

A   I believe so.  It's at just over 10,000, and the next value up is 100,000, so I believe it's correct.

Q   But the blue, according to your graph, looks like there are more .3 to .5 micron size, so that's what's confusing.  Looking at your graph, not your hard data.

A   Oh.

Q   Just -- we're trying to understand your graph.

A   Right.

Q   In other words, you know, did you find ...

A   It could be --

Q   7,000 --

A   -- just a distortion of the printing.  I don't know that the -- the graph should reflect the numbers in the table.

Q   And I guess because it's a logarithm, that's what makes it difficult to --

A   Yes.  I was just going to say that.  That is

Page 118

MICHAEL WAYNE BUCK

why.

Q   Yeah.

Is there a reason why you chose this logarithm as opposed to some other measurement?

A   Just so it would all fit into a graph is the only reason why.  Because there are some big numbers at the beginning in the background, so to make it all fit inside a nice -- a graph and have for comparison purposes, it's on a log scale.

Q   Did Andy stay in the room during this testing?

A   Yes, he did.

Q   Why did he stay in the room?

A   He monitored the equipment to make sure that it -- nothing happened.  Plus, when we went from one setting to another, he switched the settings on the Bair Hugger.

Q   This graph doesn't show which setting was which; right?

A   It shows the different temperature settings, and the fan was left on on one particular setting for -- the fan was on.

Q   On page 2 of Exhibit 4A, what do you mean by "on side," "Bair Hugger on side"?

Page 119

MICHAEL WAYNE BUCK

A   We turned the Bair Hugger on its side to see if that made any difference in the number of particles that we recorded.

Just because in the descriptions and some of the diagrams that were sent, the Bair Hugger can be placed on a cart, it can be placed on a shelf or on a -- hung on a pole, so we put it on its side to see if that made any difference in the number of particles that were generated.

Q   Why didn't you just put it on the cart?

A   I don't know.  We just chose to do that just to see what would happen, I guess.

Q   So you had it on the floor on its side?

A   Yes.

Q   Is there any understanding that you have that that's how the Bair Hugger is used in the OR, on its side?

A   It's not my understanding that that's how it's used.  That was just part of our testing procedure to see if it made any difference in the operation of the Bair Hugger.

Q   Were you asked to turn it on its side?

A   We were not.  That was our way of evaluating the instrument.

Page 120

MICHAEL WAYNE BUCK

Q   So the actual graph -- not your data -- but the actual graph doesn't show the difference in temperatures or whether the Bair Hugger is on its side or not?

A   The graph shows that the particle counts that were collected during these particular modes or times that are listed -- listed on the table.

Q   Anybody other than Andy in the room?

A   No.

Q   When you're using the probe inside the hose, does -- the probe is still subject to ambient air somewhat; right?

A   The tube itself when we -- when the Bair Hugger was on with the fan was -- the tube itself is under positive pressure, so the probe was only measuring what was coming from the Bair Hugger or through the Bair Hugger.

Q   And why is that?

A   Because it was located -- we put in inside of the tube, and there --

Q   And you think --

A   -- was positive pressure or air moving from the Bair Hugger through the tube the whole time that we were recording.

Page 121

MICHAEL WAYNE BUCK

Q   And so, because of that, you don't think any ambient air got diluted into the Bair Hugger hose such that the probe could have picked up ambient air?

A   I don't believe so, no.

Q   Does the manual for the particle counter explain one way or the other whether ambient air might dilute the particular air that you're testing?

A   Not to my knowledge, no.  It's only counting at the point source or at the end of the -- the hose.

Q   All right.  Anything else that you did with respect to your first evaluation?

A   No.  It was a pretty simple procedure.  We -- we tested and the data is right there either in graph form or in the table.

MS. ZIMMERMAN:  Counsel, it's, like, just after noon.  I don't know when -- we might want to take a lunch break or --

MS. LEWIS:  How are you doing?

We can certainly take a break.  If you need to take a lunch break, we can do that as well.

MR. ASSAAD:  We should do a lunch break unless you're going to be done in the next 30 to 45 minutes.

Page 122

MICHAEL WAYNE BUCK

1
2          MS. ZIMMERMAN: Which I --
3          MS. LEWIS: I won't.
4          MR. ASSAAD: I think we're all going to need
5    a lunch break.
6          MS. ZIMMERMAN: Yeah.
7          MS. LEWIS: All right. Let me see if this
8    is a good starting point. Just -- and then we can --
9          MS. ZIMMERMAN: Sure.
10         MS. LEWIS: -- take a break. All right?
11         MS. ZIMMERMAN: Yeah.
12         MS. LEWIS: Let me make sure I can just
13   finish this first evaluation, and then we can --
14         THE WITNESS: Sure.
15         MS. LEWIS: -- take a break. Let me make
16   sure.
17   BY MS. LEWIS:
18      Q   What do you know about the clean room before
19   you went into it? In other words, do you know how it
20   was maintained? What was in there beforehand,
21   et cetera?
22      A   The -- I know that the clean room has been
23   used sparingly for years by different individuals
24   from the School of Public Health.
25         I don't know about any of the specific

Page 123

MICHAEL WAYNE BUCK

1
2    activities that they've used in the clean room. I
3    know that it hasn't been used in -- in a while -- and
4    I don't know how -- exactly "a while" is, but I would
5    say it's probably at least a year or two that it
6    has -- that it's been used.
7      Q   Before you used it, what do you
8    understand -- its use?
9      A   Just by different individuals with different
10   projects or activities that they wanted to use that
11   type of facility or room to conduct either specific
12   projects or activities.
13     Q   Did you check out and investigate how this
14   room was used before you went and used it?
15     A   No.
16     Q   Does the size of the room affect the
17   particle counting?
18     A   The size of the room?
19     Q   Yes.
20     A   For our particular project that we did, I
21   don't believe that it would since we were sampling
22   inside of the hose that the Bair -- that's attached
23   to the Bair Hugger.
24     Q   Based on your graph and your data, you did
25   not replicate your testing for this first evaluation

Page 124

MICHAEL WAYNE BUCK

1
2    for either model 750 or model 775; is that right?
3      A   I'm sorry. Could you repeat that? That
4    was --
5      Q   For your first evaluation test that you
6    did --
7      A   Uh-huh.
8      Q   -- you did not replicate your testing for
9    model 750 or model 775; is that correct?
10     A   No.
11         MS. ZIMMERMAN: Object to form.
12         THE WITNESS: We replicated the steps in
13   order. We didn't perform separate procedures with
14   the steps. We performed the steps in sequential
15   order at that same time as one test. So you can see
16   where we have five to seven items that are the same,
17   so those tests were performed one right after the
18   other.
19   BY MS. LEWIS:
20     Q   In other words, the machine just stayed on?
21     A   Yes.
22     Q   You didn't do anything with the machine; you
23   just -- just ran?
24     A   Correct.
25     Q   And I'm saying -- so you did about

Page 125

MICHAEL WAYNE BUCK

1
2    43 minutes, according to your graph, for the
3    model 775; right?
4      A   During this particular test, yes.
5      Q   Right.
6          Did you run another 43 minutes on the
7    model 775?
8      A   No. As I explained, we did the steps --
9    repeated -- instead of running them separately all
10   the time and having to go through the same setup, we
11   just ran them consecutively.
12         MS. LEWIS: All right. Let's take a break.
13         THE VIDEOGRAPHER: We're going off the
14   record at 12:11 p.m.
15         (Lunch recess.)
16         (Exhibit 7 is marked for identification;
17         not referenced.)
18         THE VIDEOGRAPHER: This is Video No. 3 in
19   the deposition of Michael Buck. Today is June 7th,
20   2017. We're back on the record at 1:07 p.m.
21   BY MS. LEWIS:
22     Q   Mr. Buck, are you ready to continue?
23     A   Yes.
24     Q   Let's stick with the first evaluation a
25   little bit longer.

Page 126

MICHAEL WAYNE BUCK

1
2      You mentioned that your colleague Andy --
3  Streifel?
4      A   Yes.
5      Q   -- was in the room during the testing of --
6      A   Correct.
7      Q   -- for the first evaluation; right?
8      A   Yes.
9      Q   What was he wearing, if you remember?
10      A   I don't specifically remember what he was
11  wearing.  Pants and a shirt.
12      Q   Cap?
13      A   No.  I don't believe so.
14      Q   Did you go in the room any?
15      A   Pardon me?
16      Q   Did you go in the room any?
17      A   Not --
18      Q   During --
19      A   -- during --
20      Q   -- the testing.
21      A   -- the testing.  Not until it was completed.
22      Q   Did you go in the room during the
23  background?
24      A   I don't believe I did, no.  I was outside.
25  Once we set up everything, I was outside the entire

Page 127

MICHAEL WAYNE BUCK

1
2  time.
3      Q   Andy was in the room the entire time?
4      A   Yes.
5      Q   All right.  He was in the room the entire
6  time even through "zero particle counter" through the
7  end of the test; correct?
8      A   Correct.
9      Q   You were out of the room that entire time;
10  right?
11      A   Yes.
12      Q   So you didn't go -- all right.  So -- so he
13  did all the setup, not you at all?
14          MS. ZIMMERMAN:  Object to form.
15  BY MS. LEWIS:
16      Q   In putting the probe in, et cetera, turning
17  on the particle counter, et cetera.
18      A   I --
19      Q   He did --
20      A   -- helped --
21      Q   -- all --
22      A   -- set up, but we did all of that -- all the
23  equipment was in the room prior to doing any of the
24  zeroing or anything.  So I did help with that; like,
25  I cleaned off the cart, put it in the room.

Page 128

MICHAEL WAYNE BUCK

1
2      Q   What were you wearing then?
3      A   I -- my normal work attire.
4      Q   What is that?  Jeans?
5      A   Casual dress clothing.
6      Q   Khaki shirt?  I mean, what do you call the
7  shirt?
8      A   Probably -- I would guess an Under Armour or
9  an Oakley shirt with pants and dress shoes.
10      Q   When the clean room is turned on, that's
11  turned on by a switch?
12      A   Yes.
13      Q   How many HEPA filters supply this clean
14  room?
15      A   I know that the entire ceiling is HEPA
16  filtered, so they are interlocked together for the
17  8-by-8 ceiling that is in the room.
18      Q   Did you take a photo of the ceiling?  Is
19  that one of the photos that you might have?
20      A   I don't know if the ceiling would be caught
21  in one of the photos or not.  I -- I can't honestly
22  say.  I haven't looked at the pictures in months.
23      Q   Where is that switch on the outside?
24      A   It is in the very back of the clean room, so
25  I had to go out of 37 and back in another door of 37.

Page 129

MICHAEL WAYNE BUCK

1
2      Q   To get to the switch?
3      A   Yes.
4      Q   So the switch is inside the clean room?
5      A   No.  It is outside the clean room on an
6  electrical panel or a box.
7      Q   Did you verify the HVAC system in the clean
8  room before you started your testing?
9      A   Yes.  We did some initial particle counting
10  in there to verify that the clean room worked, and we
11  also looked at the flow of the clean room.
12      Q   Where is that data?
13      A   I don't know if we included that or not.  It
14  was basically our data just to verify that the room
15  worked so we could use it.
16      Q   If it's not a part of here, then I don't
17  have it.  It wasn't in your initial report.
18      A   Correct.  I -- I don't know that we included
19  that in our report.
20      Q   Is there a reason why?
21      A   It would be just a common procedure before
22  we use the room to ensure that the filters were
23  working.
24      Q   Wouldn't that be important for your data, to
25  show what the condition of the room was before you

Page 130

MICHAEL WAYNE BUCK

1
2 started your testing?
3     MS. ZIMMERMAN:  Object to the form of the
4 question.
5     THE WITNESS:  I guess the fact that we ran
6 the clean room as part of the test and the numbers
7 that we got, we felt like that was sufficient enough
8 to show that the clean room was working.
9 BY MS. LEWIS:
10     Q   Is it your opinion that in five minutes you
11 went to -- nearly a million particles down to 10 --
12     MS. ZIMMERMAN:  Object --
13     MS. LEWIS:  -- particles in the room?
14     MS. ZIMMERMAN:  -- to the form of the
15 question.
16     THE WITNESS:  The numbers --
17 BY MS. LEWIS:
18     Q   Is that what your data shows?
19     A   Yes.
20     Q   So it's your opinion that you can get rid of
21 99.99 -- 99.99999 particles in five minutes?
22     MS. ZIMMERMAN:  I'm going to object to the
23 form of the question as argumentative and also as
24 misstating both the witness's testimony and the facts
25 on the document that is in front of both counsel and

Page 131

MICHAEL WAYNE BUCK

1
2 the witness.
3     MS. LEWIS:  Are we -- we're not limiting
4 objections to form anymore?
5     MS. ZIMMERMAN:  You have my objection.
6     THE WITNESS:  The numbers of the reduction
7 show on the table that were recorded.
8 BY MS. LEWIS:
9     Q   Have you ever heard of a clean room going to
10 nearly zero particles?
11     A   Have I heard of that?
12     Q   (No audible response.)
13     A   A clean room is designed with HEPA
14 filtration, and it's based on reduction of particles.
15 There can still be particles present.  So I guess to
16 answer your question, I -- I don't know that I've
17 heard of that.
18     Q   Couldn't your data -- there were only
19 10 particles in the room; is that what your data
20 shows?
21     A   At -- are you referring to --
22     Q   At 13:56.  I'm on page 2.  I'm sorry.
23 Page 2 at 13:56.
24     A   That was the number that was recorded by the
25 particle counter at the sample location.

Page 132

MICHAEL WAYNE BUCK

1
2     Q   Do you think that's reliable?
3     A   I think that the room was -- it shows that
4 the room was working, that the particle counter was
5 calibrated and working as well, so I guess the answer
6 to that would be yes.
7     Q   So it's your opinion that you -- that this
8 room nearly became sterile?
9     MS. ZIMMERMAN:  Object to the form of the
10 question.
11     THE WITNESS:  I don't know how that would be
12 related.
13 BY MS. LEWIS:
14     Q   But you believe this number?
15     A   I see the number.  I believe the number,
16 yes.
17     Q   Have you seen any literature that says you
18 can nearly zero out a clean room of all particles
19 except 10 particles in five minutes?
20     MS. ZIMMERMAN:  Object to the form of the
21 question.
22     THE WITNESS:  This sample is taken at a
23 certain portion -- or area of the clean room, and the
24 sample represents the particles that were collected
25 during that sampling event.

Page 133

MICHAEL WAYNE BUCK

1
2 BY MS. LEWIS:
3     Q   Where was the probe when you turned on the
4 switch?
5     A   The probe?
6     Q   How did you -- how were you calculating
7 particles when you turned -- when it says "clean room
8 on"?
9     A   The probe was as it was, I believe, in the
10 picture or shortly adjacent to the hose.
11     Q   Do you know which?  Was the probe in the
12 hose or not?
13     A   At the time that the clean room was on, I
14 believe that the hose was off and that it was
15 counting particles in the room at that location.
16     Q   Where was the probe, though?
17     A   The probe was attached like it is to the
18 stand, and it was in the hose.  The green hose was
19 removed from the particle counter, and the machine
20 was sampling at that point.
21     Q   So the probe was inside the Bair Hugger hose
22 even though the hose was off at this point, but
23 you're saying the probe was inside the hose?
24     A   Yes.  The hose was dangling there, and the
25 particle counter was taking samples in the clean room

Page 134

MICHAEL WAYNE BUCK

1
2  at that point at that location.
3      Q   With the probe inside the Bair Hugger
4  hose?
5      A   There was another probe attached to the
6  green hose that was on the particle counter.
7      Q   There was another probe?
8      A   Yes.  The particle counter works without the
9  hose or with the hose on.  The hose is merely an
10 extension of the particle counter.
11     Q   "The hose" being the green hose you're
12 talking about here?
13     A   Yes.
14     Q   And if I'm confused, sorry.  Here's what my
15 question is.  I'm understanding that this long silver
16 thing is the actual probe; right?
17         MS. ZIMMERMAN:  Which figure are you
18 pointing to, Counsel?
19         THE WITNESS:  One of the probes, yes.
20         MS. LEWIS:  Yeah.
21     I'm on page 9 of his report.
22 BY MS. LEWIS:
23     Q   So that's the probe that's inside the Bair
24 Hugger hose; right?
25     A   Yes.  That never moved.

Page 135

MICHAEL WAYNE BUCK

1
2      Q   And the green, smaller hose is the extension
3  hose from the -- from the particle counter to the
4  probe?
5      A   Yes.
6      Q   So that you can put the probe farther away
7  from the actual particle counter; right?
8      A   Yes.
9      Q   So --
10     A   Because the part- -- the probe that is on
11 the particle counter is very small.
12     Q   Right.  So you have the extension.
13         Now, the probe, according to your photos on
14 page 9 of your report, show that the probe is inside
15 the Bair Hugger hose; right?
16     A   Yes.  Once the "clean room on" section was
17 done, then the hose was attached to the particle
18 counter and samples were then collected, as you see,
19 from the inside of the hose.
20     Q   I'm still confused.  Sorry.  Let me try
21 to -- let me try to say it and tell me if I'm right.
22         When you were doing the "clean room on," the
23 probe was still inside the Bair Hugger hose?
24     A   Yeah.  That's why you see it's clamped --
25     Q   Okay.

Page 136

MICHAEL WAYNE BUCK

1
2      A   -- there, so it didn't move.
3      Q   Okay.
4      A   We wanted it to be in the same location for
5  the entire -- but to verify that the clean room was
6  working, we wanted the particle counter to collect
7  the sample in the environment in the room.
8      Q   That, I understand.
9      A   Okay.
10     Q   But you're saying while you had the clean
11 room on, this probe was sitting -- was inside the
12 Bair Hugger hose?
13     A   Yes.
14     Q   If the probe was inside the Bair Hugger hose
15 at that time, it could still calculate the particles
16 in the clean room?
17     A   The probe that is inside the tube was not
18 used for sampling while the "clean room on" segment
19 was on.
20     Q   There was another probe --
21     A   That is --
22     Q   -- attached?
23     A   -- part of the particle counter itself.
24 The -- the hose slides on and off.
25     Q   Is --

Page 137

MICHAEL WAYNE BUCK

1
2      A   The -- the probe that is on the particle
3  counter.
4      Q   Is there a picture showing just the probe
5  that was used to detect the particles while you
6  were -- with the clean room on?
7      A   No, not in the report.
8      Q   Is it one of the photos that you have back
9  at your office on your flash drive?
10     A   I do not believe so.  I would have to check
11 and see, but I do not believe we have a picture of
12 the probe that was on the particle counter.  If you
13 request that, I would be happy to send it to you.
14     Q   Well, I am requesting all photos that you
15 have --
16     A   Yes.
17     Q   -- that you didn't include in your report.
18 If you could give those to Ms. Zimmerman.
19     A   Yes.
20     Q   Okay.  How does this particle counter know
21 which probe is counting the particles if you've got
22 two probes connected?  Because you said you didn't
23 take a -- loose -- you did not want to take apart the
24 probe --
25     A   As I --

Page 138

MICHAEL WAYNE BUCK

Q   -- that's into --

A   As I --

Q   -- the hose.

A   As I said, the hose is an extension of the probe when it's attached, so it's counting particles at the tip of the hose inside the flex tube when it's attached.

And, again, that's -- that's -- you know, Andy was in the room, I was outside the room, so that's -- you know, if you wanted to be more specific than that, you might want to ask Andy that question.

Q   Is there a window where you can see inside what Andy is doing?

A   There is a window, yes.

Q   Were you looking in the window at everything that was going on?

A   I was taking notes and looking in the window periodically.  I wasn't staring in the window for the whole time.  I was mostly collecting notes.  Some of those notes that we had -- that you see in this folder were the notes that -- I was jotting down the procedures and how long we were going to spend doing each particular mode or segment.

Q   Are there other notes that aren't a part of

Page 139

MICHAEL WAYNE BUCK

Exhibit 4?

A   No.

Q   You said you were jogging down notes [sic].  Which notes were you jogging down at the time of the testing?

A   This would be an example of it, the Bair Hugger Test 2.

What date was that?  12/14.  What's the date on that?

Q   At the top it says "1_2_17."

A   So this would probably be an example of the notes, although it doesn't have the right date on it.  I might have put the date on it for the next procedure.  I might have forgot to put the date on it, but that would be the example of the type of note that I would have jotted down.

Q   So there might be some notes missing from Exhibit 4?

A   I don't believe so.  I might have just waited to put the date on there at the next trial or the next time we sampled.

Q   I'm thinking this is not the first evaluation because in this one -- on this one, this page, it says "filter in," "filter out," and I

Page 140

MICHAEL WAYNE BUCK

understand that wasn't what you did for the first evaluation; right?

A   Yeah.  So there might be a -- additional notes that would be very similar to that.  I thought it was in here.

Q   Would you likewise look for those notes and get those to Ms. Zimmerman?

A   I can, yes.

Q   If I'm -- confuse you, you'll correct me, I'm sure, but here's my question.

The background was where you were looking at the number of particles in the room without the HVAC or the HEPA filters turned on; is that right?

A   That's correct.

MS. ZIMMERMAN:  This is page 2 of 4A?

MS. LEWIS:  Still 2 -- page 2 of 4A, although it goes to any of them, but ...

BY MS. LEWIS:

Q   Is there a reason why you did not do another background check before you turned on the Bair Hugger?

A   No.  I believe that -- and I can't speak for Andy, but knowing that we've worked together for several years, see that he saw consistency in the

Page 141

MICHAEL WAYNE BUCK

numbers and probably didn't feel there was a reason to take another sample.

Q   Consistency in what respect?  What do you mean?

A   Consistency in the size differentiation of the particles, that there was no huge outliers; or that the counts were fairly consistent, that that was the background level that we started the procedure with of particles.

Q   Did you talk to Andy about these numbers and whether he believed these numbers were accurate, in particular with this time at 1:56 where it only shows 10 particles?

Did you talk to Andy about that?

A   We had communication after I downloaded the data and we looked it over, and he was also in the room monitoring if there was any inconsistencies in the particle counter or anything, and he did not tell me that he was concerned about that number or that he felt it was not accurate.

Q   On page 3 of 4A, the last four entries where it says "BH off" -- "Bair Hugger off, clean room on."

A   Yes.

Q   You can see that your data shows zero all

Page 142

MICHAEL WAYNE BUCK

1
2  the way across; right?
3      A   That's correct.
4      Q   So is -- is it your opinion that there were
5  zero particles in this clean room?
6          MS. ZIMMERMAN:  Object to form.
7  BY MS. LEWIS:
8      Q   I mean, isn't that what you're saying this
9  data shows?
10     A   Yes.
11     Q   There were no particles whatsoever?
12     A   At the time that these sampling events
13 occurred, yes; where the sample location was taken,
14 yes.
15     Q   What's your explanation for there being zero
16 particles?
17     A   Well, it is a HEPA-filtered environment and
18 that can happen.  You can get samples like that from
19 time to time or during periods of sampling,
20 especially in that type of an environment.
21     Q   And to turn the Bair Hugger off, Andy had to
22 go -- Andy was still in the room, and he had to turn
23 it off; right?
24     A   Yes.
25     Q   Andy is moving about in the room; right?

Page 143

MICHAEL WAYNE BUCK

1
2      A   I think he probably reached down or to the
3  side and turned it off, yes.
4      Q   You agree that people shed particles all the
5  time; correct?
6          MS. ZIMMERMAN:  Object to form.
7          THE WITNESS:  Yes, people can shed
8  particles.
9  BY MS. LEWIS:
10     Q   We can shed particles from the skin;
11 correct?
12         MS. ZIMMERMAN:  Object --
13         THE WITNESS:  Yes.
14         MS. ZIMMERMAN:  -- to form.
15 BY MS. LEWIS:
16     Q   We shed -- clothes shed particles; right?
17         MS. ZIMMERMAN:  Object to form.
18         THE WITNESS:  Clothes can shed particles,
19 yes.
20 BY MS. LEWIS:
21     Q   And so while Andy is in this room moving,
22 even just to turn off the machine, there were zero
23 particles?
24     A   At the sample location point, yes.
25     Q   Where was the sample location point?

Page 144

MICHAEL WAYNE BUCK

1
2      A   The same place it is on the tray where the
3  particle counter was located.  Andy was a proximate
4  distance away from that.  I don't know exactly how
5  far.  He would know better than me.
6      Q   So there could be other particles in the
7  room that this particle counter just did not pick
8  up?
9      A   Yes.
10     Q   And that's true throughout the entire --
11 that's true throughout the entire test; right?
12     A   Yes.
13     Q   The fact that your data doesn't show
14 particles for these last four minutes from 2:18 to
15 2:21 p.m. doesn't mean that there were no particles
16 in the room; right?
17     A   Correct.
18     Q   It just means the particle counter, at its
19 location, did not detect any particles; correct?
20     A   Yes.
21     Q   The same is true back up on page 2 of
22 Exhibit 4A where we were looking at the time period
23 1:56 p.m. where it shows 10 particles at .3 to .5
24 microns.
25         Do you see that?

Page 145

MICHAEL WAYNE BUCK

1
2      A   Yes.
3      Q   And all the way across, the rest of those
4  particle categories are zero.  That doesn't mean
5  particles didn't exist, that just means at the
6  location where the probe was placed, it did not
7  detect particles; correct?
8      A   Yes.
9      Q   You would agree with me that chances are
10 particles were in the room during the time you were
11 doing this first evaluation; correct?
12         MS. ZIMMERMAN:  Object to form.
13         THE WITNESS:  Yes.
14 BY MS. LEWIS:
15     Q   The question just is -- we don't know how
16 many because the probe was not at a place where it
17 picked up any particles; correct?
18     A   Correct.
19     Q   All right.  So for both the model 750, which
20 was, as you have on your notes, the old Bair Hugger;
21 and the model 775, which, as your notes say, is the
22 new Bair Hugger; you followed the same process?
23     A   Yes.  Each procedure -- we did three
24 procedures, and each one was a mirror image or a
25 replicate of the previous one.

Page 146

MICHAEL WAYNE BUCK

Q   Let's talk about your second evaluation based on your report. I think it starts on page 11 of your report.

Can you describe what you did for your second evaluation.

A   Sure. We used the Bair Hugger, and this time we set the Bair Hugger outside the clean room and ran the hose inside the clean room.

Q   Explain that.

A   The Bair Hugger was sitting on the ground on a cement floor and the door was propped open, and the hose, the supply hose, that would run to the blanket was ran into the clean room.

Q   Why did you do that particular protocol?

A   I believe we were looking at the particles that would be generated from the Bair Hugger in a dirtier environment -- if you want to call it that -- versus a cleaner environment.

Q   What was outside the door?

A   A room, W37.

Q   What type of room is Room W37?

A   It's a room that used to have two or three smaller clean rooms, like the one we were using, and general -- some general storage, departmental

Page 147

MICHAEL WAYNE BUCK

storage.

Q   So it's a storage room?

A   It's part of the -- part of its usage was a storage room, yes.

Q   Is that comparable to an operating room?

A   It depends on the level of cleanliness of an operating room, but it was a hard surface floor. But, generally speaking, it wasn't a MERV 14-filtered room.

Q   So the Bair Hugger warming unit is sitting out in this room that doesn't have MERV 14 filtering?

A   Correct.

Q   You had it on the floor?

A   Yes.

Q   This was a storage room?

A   Yes.

Q   It was next to the clean room --

A   Yes.

Q   -- that you're calling a clean room -- and the door was propped open so that the hose could connect the warming unit to being inside now, the clean room; right?

A   Correct.

Page 148

MICHAEL WAYNE BUCK

Q   What was propping open the door?

A   I believe the door was being propped open by the -- the positive pressure from the clean room. So the air was blowing out the door from the clean room when we had the clean room on.

Q   That was keeping the door open?

A   Yes.

Q   Wouldn't the positive pressure in the clean room force the door close?

A   No. It was a positive pressure environment, so the air is coming in through the ceiling and pushing out the clean room.

Q   Out into the storage room; right?

A   Yes, through --

Q   And that --

A   -- the door.

Q   -- positive pressure in the clean room doesn't close the door?

A   No. It opens it. It has -- the air has to have a way to escape. There is a return in the room, but it's -- there is -- you're moving a lot of air inside this clean room.

It's like an environmental test chamber, so the -- I believe the amount of air equates to -- I

Page 149

MICHAEL WAYNE BUCK

think it was 81 linear feet. And there was -- I forget the number of air changes in the room, but it's a lot. So there's a lot of HEPA-filtered air coming from the ceiling and pushing out of the room.

Q   There is an exhaust for the air to exit this room, this --

A   There's --

Q   -- clean room?

A   -- a return that's also filtered that goes through the floor.

Q   So is that why the floor looks the way it does?

A   Yes, so --

Q   So that's --

A   -- air goes --

Q   -- a --

A   -- air goes down.

Q   So there's not a exhaust fil- -- not exhaust -- I think exhaust might be the way -- but just a -- a way for the air to exit; there's nothing on the side, it's -- it's all on the floor?

A   Besides the door, yes. And you can either lock the door and keep that air -- keep the room positively pressurized or you can let the door be

Page 150

MICHAEL WAYNE BUCK

unlocked and it will push the door open to a certain
extent.

Q    All right.  So you've got it set up where
the warming unit is outside, and the end of the hose
is on the inside of the clean room; right?

A    Uh-huh.

Q    Is the probe set up the same?

A    I believe so, yes.

Q    Is it on the same cart?

A    I believe so, yes.  It might have been in a
slightly different configuration, but I believe it
was on a stand.  It might have been either next to
the cart or on the cart.  I forget which.  I was not
in the clean room.  I was outside.

Q    Was this done on the same day?

A    12/20 is the date of -- are you talking
about the old Bair Hugger?

Q    Well, I'm talking about your second
evaluation, so that's what I'm asking you to walk me
through, so --

A    It was -- the first one, we did it in the
same sequence, old Bair Hugger, new Bair Hugger, and
this one was done on 12/20, I believe, and the new
Bair Hugger was done on January 2nd.

Page 151

MICHAEL WAYNE BUCK

Q    Where are the photos from 12/20?

A    The photos?  I don't think I took photos
every time.  I took the photos of the initial setup
or -- I didn't make it a point to take photos every
single time.  It was -- the setup is -- the photos
are just basically showing where we had the probe
during sampling.  It's ...

Q    No -- there are no photos in your --
attached to your report for this second evaluation
showing the setup where the warming unit is outside
the door and the hose is inside the clean room.

So do you have photos of that setup?

A    I -- I don't know for sure.  I think so.  I
believe I do.

Q    They will be included in the flash drive
that you already have; correct?

A    All the photos that I have will be included,
yes.

Q    All right.  So Andy was inside during the
entire second evaluation?

A    Yes.  We kept it the same for consistency
purposes.

Q    Okay.  Was he dressed differently for this
test?

Page 152

MICHAEL WAYNE BUCK

A    Since it was a different day, I believe he
probably had some different clothes on, but probably
the same type of clothes.

Q    Street clothes?

A    Yes.

Q    The charts or the graphs that are on page 12
of your report, are these the graphs from the second
evaluation; right?

A    Yes, they are.

Q    Okay.  So this is where you had the filter
in and filter out; right?

A    Yes.

Q    Why did you want to test the filter out?
You understood that the filter was supposed to be in
during use of the Bair Hugger; correct?

A    Yes.

Q    Why did you want the filter out?

A    We wanted to see what particles were
generated as a result of the filter being out so we
could compare it with the filter being in.

Q    How would that be a difference?

A    Just the number of particles that were
generated as a result of not having the filter in
place.

Page 153

MICHAEL WAYNE BUCK

Q    But you were talking about generated.  I
thought what you meant by "generated" is it was --

A    Either in or through the machine as a result
of the machine running.

Q    Which one was done first, the filter in or
the filter out?

A    I'd have to look at my notes.

Filter out.

Q    Okay.  Let's look at -- are we on page 8 of
4A; is that right?  Probably?

A    Yes.  Number -- I think it's page 8 -- 8 and
9.

Q    And 9.  All right.

All right.  Why for this test were there
four minutes of "zero particle counter," and when you
did the first evaluation, there was just one?

A    I couldn't honestly tell you that, other
than the fact that he basically wanted to make sure
that the particle counter was zero before we started.
Andy chose to do that.  He was in the room.

Q    Does Andy know more than you do about your
testing?

A    About this particular testing?

Q    About the testing that you did on the Bair

MICHAEL WAYNE BUCK

Hugger?

A   I'd say we know equal amounts regarding this
testing; however, Andy has many more years of
experience in hospital environment type of activities
because --

Q   Than --

A   -- he worked --

Q   -- you do?

A   Yes.

I've had different job responsibilities, and
he has -- he's in his mid to late 60s. I'm 51. So
he's worked at the university a lot longer than I
have.

Q   Did he help write the report?

A   As I said before, I wrote the report, and he
reviewed it, peer-reviewed it, and had some comments
to make; but for the most part, I wrote the report.

Q   What comments did he have to make about it?

A   I don't specifically recall what comments he
made. There was some verbiage that he corrected me
on. I might have described something in my
particular terms or views, and he might have said,
"It would be better if you wrote this" or "I think
this is better," but I don't specifically, word for

MICHAEL WAYNE BUCK

word, remember what that was.

Q   Why is it that he -- that you are -- since
you both did it, why is it that you are the expert
and not Andy?

MS. ZIMMERMAN: Object to the form. And I'm
going to instruct the witness not to answer.

MR. ASSAAD: Don't answer.

MS. LEWIS: Are you following their
instructions?

MS. ZIMMERMAN: Yeah.

THE WITNESS: Yes.

MS. ZIMMERMAN: Yeah. His attorney has
instructed him not to answer.

BY MS. LEWIS:

Q   The data that you collected, would your
answer be the same with respect to those time periods
where your chart shows zero particles, that that
reflects that the probe was placed at a point where
it was not detecting any particles?

A   Yes. At that particular time, the sampling
indicated that the particle counter did not detect
any particles.

Q   But your data is not saying that there were
no particles in the room; correct?

MICHAEL WAYNE BUCK

A   Correct.

Q   So for four minutes Andy had the filter out,
and then for six minutes he had the filter in;
right?

MS. ZIMMERMAN: Object to form.

THE WITNESS: That's correct; however, the
Bair Hugger was outside, so I took the filter in and
out.

BY MS. LEWIS:

Q   Oh, okay.

A   Okay.

Q   All right. So you did that?

A   Yes.

Q   All right. So you had it -- you had it out
for -- same, four minutes you had it out, and then
you put it in?

A   Yes.

Q   And the particle counter continued to run
for six minutes; right?

A   Yes.

Q   Okay. Page 9. What do you mean by "outside
control"?

A   When we were completely done, we took the
particle counter outside in the hallway of W37 and

MICHAEL WAYNE BUCK

collected these samples as a background sample in the
building.

Q   In the storage room?

A   Yes.

Q   Like the first evaluation, for this second
evaluation, you did not test the amount of particles
and size of particles going into the Bair Hugger
unit; correct?

A   Correct.

Q   What did you know about the cleaning of this
storage room before you started your test?

A   I do not know about the cleaning of the --
of the room.

Q   How large was this storage room?

A   I would say it's probably 15-by-60 or 80
maybe and approximately 8- to 10-foot -- or 9- to
11-foot ceilings.

Q   What all was in the room?

A   They said -- there was storage equipment in
there, some boxes, papers, some equipment that had
been stored there, miscellaneous items.

Q   Large equipment? What kind of equipment?

A   I wouldn't say any of it was large
equipment. It's smaller equipment.

Page 158

MICHAEL WAYNE BUCK

1
2    Q   Electronic type equipment?
3    A   There could have been a couple of computer
4  screens maybe or some keyboard trays, things like
5  that.
6    Q   Shelving with materials and equipment on
7  it?
8    A   The shelving -- I believe the shelving had
9  Banker Boxes and files in it, and some of the
10  equipment was maybe located at the other end of the
11  room.  Most of it was in a -- closed-door metal
12  cabinet.
13    Q   Okay.  For this chart on page 7 of 4A, you
14  still have a logarithm on your y-axis.
15    A   Yes.
16    Q   And you ran this test for how many minutes?
17  Was it 46 minutes or so, I think?  46 minutes?
18    A   Yeah, from 13:27 to 14:24.
19    Q   And as your chart shows on page 8, the
20  majority of the particles are below 2 microns; is
21  that right?
22    A   On all of page 8?
23    Q   Let's start with -- with the Bair Hugger on
24  at 13:43, you've got 27,000 that are in the size
25  range of .3 to .5.

Page 159

MICHAEL WAYNE BUCK

1
2    A   Yes.
3    Q   That's --
4    A   Oh, now I see what you're saying.
5        Yes, most of the particles are.
6    Q   Okay.
7    A   I was just confused as to where -- what you
8  were talking about.
9        Yes, that's true.
10    Q   All right.  So -- in fact, I can't do
11  percentages quickly, but I don't know, what, 80,
12  maybe 90, percent of those particles are at 2 microns
13  or below?
14    A   Yes.  I would say I'm not the best at in my
15  head either, but yes, I would say that's the -- that
16  would be a good guesstimation.
17    Q   And for all of the minutes where the Bair
18  Hugger is on -- let's start with ambient room -- is the
19  ambient air flow.  That's the case with all four of
20  those -- you ran it for five minutes, but the first
21  minute you didn't have hardly any particles; right?
22        MS. ZIMMERMAN:  Object to form.
23  BY MS. LEWIS:
24    Q   Do you see the "Ambient Bair Hugger" at
25  13:42?

Page 160

MICHAEL WAYNE BUCK

1
2    A   Yes.
3    Q   You've got zero, zero, 10, under -- at -- 10
4  at between 1 and 2 microns; 10 between 2 and 5, et
5  cetera.
6    A   Yes.
7    Q   And then the rest -- the other four minutes
8  with just the ambient air, again, what, greater than
9  90 percent of those particles are 2 or below,
10  2 microns or below?
11    A   Yes.
12    Q   Okay.  Is that also true with the Bair
13  Hugger on at 38 degrees centigrade also?
14    A   Yes, it is.
15    Q   That seems also true with the filter out and
16  the filter in; am I right?
17    A   Yes.
18    Q   Okay.  Where it says -- on page 9 of
19  Exhibit 4A where it says "Bair Hugger in clean room,"
20  is the Bair Hugger still running or not?
21    A   Yes.  The Bair Hugger was moved into the
22  clean room after the filter was put back in so we
23  could see what the difference would be.
24    Q   You had the Bair Hugger now in the clean
25  room for about five minutes; is that right?

Page 161

MICHAEL WAYNE BUCK

1
2    A   Yes.
3    Q   And, likewise, for these five minutes, over
4  90 percent of your particles are 2 microns or below?
5    A   That's correct.
6    Q   When you did this outside control that
7  you're telling me on -- at the bottom of page 9, the
8  Bair Hugger warming unit was still in the clean room;
9  right?
10    A   Yes.  The experiment had been, for the most
11  part, shut down.  The only thing that was taken
12  outside was the particle counter itself.
13    Q   All right.  Looking on page 10 of 4A.  This
14  is now the model 775; yes?
15    A   Yes.
16    Q   And did you follow the same procedure, just
17  now on the different model --
18    A   Correct.
19    Q   -- unit?  All right.
20        According to your graph, it still looks like
21  the overwhelming majority, greater than 90 percent,
22  of your particles are still .3 to .5 microns and
23  below -- 2.0 microns or below; is that right?
24    A   That's correct.
25        MS. ZIMMERMAN:  Object to form.

Page 162

MICHAEL WAYNE BUCK

1
2  BY MS. LEWIS:
3      Q   Just like in the first evaluation, the
4  second evaluation where you have separated the Bair
5  Hugger from the blanket is not the way it's used in
6  the operating room; correct?
7      A   Correct.
8      Q   With respect to understanding the clinical
9  relevance of your testing, you would agree that this
10 testing doesn't have clinical relevance to how the
11 Bair Hugger will actually be used in the operating
12 room; correct?
13     MS. ZIMMERMAN:  I'm going to object to form.
14 You're going to get to ask that question of
15 clinicians in this case, I'm sure, as to what they
16 think is clinically relevant.
17 BY MS. LEWIS:
18     Q   You can answer.
19     A   I don't -- I don't have an opinion on that.
20 I'm not a physician.
21     Q   When you ran the new Bair Hugger or the 775,
22 you also ran it for about the same amount of minutes
23 as you did the 750; correct?
24     A   I think they're all -- approximately, yes.
25     Q   One looks like 46, and the 775 looks like

Page 163

MICHAEL WAYNE BUCK

1
2  about 44?
3      A   Right.
4      Q   Did you replicate this second evaluation?
5  In other words, run it again, do another 44 minutes?
6      A   No, we did not.  We ran the same test
7  repeatedly -- like the question you asked me about
8  the first procedure, the first test -- consecutively
9  before we moved on to a different mode or a different
10 setting.
11     Q   Now let's talk about your third --
12     A   Okay.
13     Q   -- evaluation.
14     And according to your report, this third
15 evaluation was with the blanket; right?
16     A   Yes.
17     Q   The photo that's on page 13 of your report
18 and, of course, the photos on page 14 and 15, this
19 was the room where you did the testing with the
20 blanket; is that correct?
21     A   That's correct, yes.
22     Q   What room is this?
23     A   This is a simulated operating room at a
24 manufacturer in the Twin Cities.
25     Q   Who is the manufacturer?

Page 164

MICHAEL WAYNE BUCK

1
2      A   Precision Air.
3      Q   They call this a "simulated OR" you said?
4      A   I believe so.  There -- it's the room they
5  have set up to show their products or show --
6      Q   I didn't mean to cut you off.  Go ahead.
7      A   It's the room that they have for
8  demonstration purposes and to show the products that
9  they sell or that they have for sale.
10     Q   This is not a clean room; right?
11     A   No.  It's a simulated operating room.
12     Q   How large was the room?
13     A   It's a fairly large room.  Probably 20-by-20
14 or 20-by-30 maybe.  I don't know exact, but that
15 would be a fairly good guesstimate.
16     Q   What was in the room?
17     A   There was a table, a surgical table, if you
18 want to call it that, that would simulate a surgical
19 table; a stand next to it -- or at the foot of it
20 with a -- some instruments that were recording.  We
21 did not use those instruments; those are theirs.
22     And then I see a -- a shelf -- shelving unit
23 over in -- against the wall; and in the corner of the
24 room, I think there is a mannequin of -- of a torso.
25     Q   It's probably shown on the photos in 14 and

Page 165

MICHAEL WAYNE BUCK

1
2  15 of your report; right?
3      A   Yes.
4      I'm sorry.  Did I skip ahead?
5      Q   No.
6      A   Okay.
7      Q   I'm just trying to now look -- because I see
8  something in the corner of the room on -- in the
9  photo on page 15.
10     But do you have any other photo that
11 shows --
12     A   That's just a different angle.  That's
13 looking at it from a different angle.
14     Q   Correct.  But it shows a different corner --
15     A   Yes.
16     Q   -- than the photo on page 14.
17     A   Correct.
18     Q   Are there photos that show the rest of the
19 room?
20     A   There are maybe a couple of additional
21 photos.  I don't know if they show any different
22 parts of the room or not, but there are some -- a
23 couple of different photos, probably duplicates of
24 these photos.  I just picked what I thought was the
25 best one or had the steadiest camera shot.

Page 166

MICHAEL WAYNE BUCK

1
2  Q   Is there any other equipment in the room
3  that's not reflected in the photos?
4  A   Not that I recall.
5  Q   Why did you choose to go to Precision Air?
6  A   We wanted to test the Bair Hugger with the
7  blanket on in a OR type of setting or operating room
8  type of setting that would be similar to where it
9  would be used, so we contacted them and asked them if
10  we could use the room.
11  Q   Does this room have boom lights above?
12  A   I don't know if it had boom lights.  I would
13  have to check.  I don't recall.
14  Q   Did it have an anesthesia machine in there?
15  A   I don't believe so.
16  Q   Did it have an electrocautery machine in
17  there?
18  A   I don't believe so, no.
19  Q   Did it have stainless steel tables where
20  people place instruments?
21  A   I don't believe so, no.
22  Q   Have you -- well, you have been in other
23  ORs.  This room is larger than the typical OR in a
24  hospital; correct?
25  MS. ZIMMERMAN:  Object to form.

Page 167

MICHAEL WAYNE BUCK

1
2  THE WITNESS:  This room is slightly
3  larger -- or larger as you -- if you want to call it
4  that -- than a typical OR; however, modern day
5  operating rooms are getting larger and larger,
6  especially specialty ones like hybrids and those
7  types of rooms that have MRIs or other equipment in
8  them.
9  So it's smaller than older ORs that I've
10  been in in different hospitals; and it's probably the
11  same size, or maybe even smaller, than some of the
12  modern ORs that some people are building or specialty
13  ORs, so it's kind of right in between.
14  BY MS. LEWIS:
15  Q   This room looks pretty large to me.  It's --
16  A   It is -- it is pretty large.  It looks
17  bigger than it is without tons of equipment in
18  there.
19  Q   Does this room have a MERV 14 filter in it
20  for its HVAC system?
21  A   I believe so, yes.
22  Q   You believe so or --
23  A   I know --
24  Q   -- did you ask --
25  A   -- so, yes.

Page 168

MICHAEL WAYNE BUCK

1
2  Q   -- them?
3  You asked them about that?
4  A   Yes.  We had them set it up at typical
5  operating room settings.  I think it was giving us
6  20 air changes an hour.
7  Q   So this simulated room can -- has the
8  capability of having air changes --
9  A   Yes.
10  Q   -- in this room?
11  A   Yes.
12  Q   Did you get any documentation of the type of
13  filtration?  In other words, did you ask for
14  documentation that this is MERV 14?
15  A   We took them at their word.
16  Q   Did you ask them to bring in an anesthesia
17  machine to set this up so that it looked more like an
18  actual operating room?
19  A   We did not.
20  Q   So this room did not have the other
21  equipment that a typical OR, actual OR, room would
22  have with other equipment that blows air in the OR;
23  correct?
24  MS. ZIMMERMAN:  Object to form.
25  THE WITNESS:  No, it did not.

Page 169

MICHAEL WAYNE BUCK

1
2  BY MS. LEWIS:
3  Q   You would agree that this setup, even though
4  it's a simulated OR, is not the same as an actual OR?
5  A   That's correct.
6  Q   Do you know if the ACH rate affects the
7  number of particles in the room?
8  A   The more air you bring into the room, the
9  better the pressure, the more filtration is going on
10  with that air coming into the room, so it could have
11  an effect on the number of particles in the room.
12  Q   When you got to the room, you and Andy were
13  present as well?
14  A   Yes.
15  Q   Did Andy run this particle count as well?
16  A   I believe we both did at that time because
17  we were both in the room.
18  Q   Why did you choose to put -- to do this in
19  the simulated OR rather than the clean room?
20  A   Because we wanted to simulate the -- an
21  operating room because we were using the blanket at
22  the time, and we wanted to measure the particles that
23  were coming out of the blanket since we had
24  previously measured the particles that were coming in
25  and through the machine.

Page 170

MICHAEL WAYNE BUCK

Q   And the blanket is in a container; correct?

A   That's correct.

Q   Could you have not taken this container into the clean room?

A   Could have, yes.

Q   Why not do this third examination in an actual OR?

A   We discussed that, and we just didn't feel like it would be appropriate or that we would want to get permission from a hospital to do that since we had access -- or we had permission from this company to use their simulated OR.

We weren't looking at necessarily all the equipment in the OR.  We were specifically looking at what was going to come out of the blanket under operating room conditions.

Q   But the -- the blanket in the container, that's not operating room conditions; right?

A   No, it's not operating room conditions, but that allowed us to measure the particles that were coming just from the blanket.

Q   That's what I'm saying.  You could have done that in a clean room or an actual OR room; right?

A   We could have done the same thing in a clean

Page 171

MICHAEL WAYNE BUCK

room or an operating room, yes.

Q   Did you -- do you have any information on when this room was last cleaned?

A   I do not.

Q   Do you have any information on when this floor was last cleaned?

A   I do not.

Q   You put the Bair Hugger warming unit on the floor for this third evaluation; correct?

A   Correct.

Q   Where did you get the container from?

A   I believe I purchased it from Menards in --

Q   How --

A   -- Blaine.

Q   How large is it?

A   I still have the container, but -- it was the largest one that I could find.

Q   Did that mean that the blanket was not totally open?

A   Not totally, no.

Q   It was -- part of it had to be turned over or something?

A   Yes.

Q   Okay.  So I'm looking at your photo, and

Page 172

MICHAEL WAYNE BUCK

you've got the Bair Hugger hose -- you had to cut a hole into the container?

A   Yes.

Q   All right.  Did you do that, Andy did that, or someone else?

A   I did that.

Q   All right.  It looks like some sort of tape around the hole?

A   Yes.

Q   Was there any extra space around that hole in the hose?

A   No.  I taped it up to the best of my ability with some 3M surgical tape.

Q   Where actually is the probe inside the container?

A   The probe is stuck through a hole inside the container.  If you look at ...

Q   It wasn't a close-up.

A   Yeah.  It would be right where you see it on page 15.

Q   Uh-huh.

A   The probe would be sticking in that area, in the middle of the container.

Q   The hole is going through the lid of the

Page 173

MICHAEL WAYNE BUCK

container; right?

A   I believe it was just under the lid, yes.

Q   The probe is under the lid?

A   Yes.

Q   Was there a hole made into the side of the container for the probe to go through?

A   Yes.

Q   You made that hole as well?

A   I did.

Q   Did you tape up that hole?

A   Yes.  It was very -- it -- it wasn't as loose as the -- or as -- but, yes, I did.

Q   Okay.  All right.  So you've got this set up where you've got the blanket -- this is the upper blanket, the upper body blanket, as far as you know?

A   Yes.

Q   It's the more narrow one.

Okay.  So it's in the container, you've got the hose into the side of the container, and there was something that was confusing about your report.

Did you only test the blanket inside the container or also outside the container?

A   Only inside.  We were concerned about particles that would come out through the blanket.

MICHAEL WAYNE BUCK

1
2  Q   All right. So you've got it connected. Now
3  what do you do -- did you do? You've got the probe
4  in, you've got the blanket in.
5      Who put the blanket in?
6  A   Andy and I.
7  Q   And you -- both of you or --
8  A   Yes.
9  Q   Why?
10  A   I guess I was just helping. He was at one
11  end, I was at the other. We were trying to fit it as
12  best we could into the container.
13  Q   It's a little squished?
14  A   It was a little squished, yes.
15  Q   Because there wasn't enough room in the
16  container?
17  A   Correct.
18  Q   Was this a blanket that you opened up from
19  its container from the plastic wrap?
20  A   Yes.
21  Q   So this was not a blanket that had been used
22  before?
23  A   No.
24  Q   Okay. So you opened it up and got it in
25  here as best you could; right?

MICHAEL WAYNE BUCK

1
2  A   Yes.
3  Q   Did you wear any gloves or anything when you
4  put it in?
5  A   I don't believe so, no.
6  Q   All right. So it's in. Now what did you
7  do?
8  A   We went through the testing process that we
9  had laid out where we zeroed the particle counter --
10  Q   Uh-huh.
11  A   -- and then we took samples inside the room,
12  plus the box.
13  Q   Explain that. Where it says "background
14  room, plus box," what --
15  A   So --
16  Q   -- does that mean?
17  A   -- we took background samples inside the
18  room, and then we took samples inside the box. The
19  room -- we took samples inside the box in the room
20  for background. Because, ultimately, what we wanted
21  to know was when we turned the Bair Hugger on, what
22  particles came out of the blanket.
23  Q   And you can't sterilize the container;
24  right?
25  A   The container was wiped down with the same

MICHAEL WAYNE BUCK

1
2  cloth or material cleaning agent that I used to wipe
3  the carts down with in our initial experiments in the
4  clean room.
5  Q   You don't put that in your report that you
6  wiped down the container?
7  A   No. It would just be, I guess, something
8  that we would do regularly as a means of doing work,
9  this type of work.
10  Q   What did you wipe down the container with?
11  A   I believe it was a wipe. I'd have to check
12  and see. It was a standard type of cleaner wipe that
13  would be used in health care settings.
14  Q   Was it a disinfectant or just a wipe?
15  A   It was a disinfectant of some sort. I don't
16  exactly know what the claims were on the side of the
17  container. I could furnish you with that information
18  if you would like.
19  Q   Where did you get the disinfectant from?
20  A   I believe it was from our storage -- not
21  storage -- but our lab area where we have wipes where
22  we clean countertops, those types of things.
23  Q   Your lab in your -- your office?
24  A   In our building, yes.
25  Q   But you were in Precision Air, so I'm saying

MICHAEL WAYNE BUCK

1
2  you --
3  A   Took the wipes with us.
4  Q   You brought the wipes with you?
5  A   We had supplies, tape, wipes, utility knife,
6  those types of things.
7  Q   You agree that you did not sterilize the
8  box, the container; right?
9  A   I wiped it down. I did not sterilize it.
10  Q   Because you can't sterilize; correct?
11  A   I wiped it down with a -- disinfecting
12  wipes. I did not sterilize it in terms of -- I
13  don't -- I don't know exactly what you mean by
14  "sterilize."
15  Q   You didn't get rid of all the bacteria in
16  the container; correct?
17  A   No.
18  Q   You can't say how much bacteria or even
19  particles were in the container when you finished
20  wiping it out?
21  A   I cannot. We can only go by what the
22  particle counter counted during our initial testing
23  or during the phases of the testing before we turn
24  the Bair Hugger on.
25  Q   And so -- all right. And your putting in

Page 178

MICHAEL WAYNE BUCK

1
2  the blanket into the container, did that generate
3  particles?
4      A  I don't know if it did or not.
5      Q  Probably did?
6      A  We could have put particles in the container
7  as we were putting the Bair Hugger in there -- or the
8  blanket in there.  That's a possibility, yes.
9      Q  Isn't it a probability?
10     A  I -- there were particles in there when we
11 counted so that's a possibility, yes.  It could be a
12 probability, yes.
13     Q  It was probably [sic] that you added
14 particles?
15     A  I can't say for sure, but it could be since
16 we are humans and we were wearing clothes and we were
17 manipulating a blanket.
18     Q  According to your graph, you ran the test
19 for 24 minutes; is that about right?
20     A  I believe so, yes.
21     Q  Why 24 minutes?
22     A  I think because we felt that that was an
23 adequate time to complete the testing that we wanted
24 to do, which was basically see if particles came out
25 of the blanket while the Bair Hugger was running.

Page 179

MICHAEL WAYNE BUCK

1
2      Q  But since you did 44 and 46 minutes with
3  just the hose, why just 24 minutes with the
4  blanket?
5      A  There weren't as many modes or as many
6  procedures that we wanted to test.  We wanted to
7  basically test if particles came out of the blanket
8  when the Bair Hugger was running.
9      Q  So you didn't care what temperature it was
10 like you did when you were just looking at particles
11 at the hose?
12        MS. ZIMMERMAN:  Object --
13        THE WITNESS:  I --
14        MS. ZIMMERMAN:  -- to form.  Misstates the
15 witness's testimony.
16        THE WITNESS:  We basically felt like the
17 Bair Hugger was on and pushing particles out or it
18 was operating that we felt like we were testing what
19 was going to come out of the blanket.
20 BY MS. LEWIS:
21     Q  You already had an idea?
22     A  No, I did not.
23     Q  This -- the two graphs for your testing on
24 the blanket has a different y-axis --
25     A  Yes.

Page 180

MICHAEL WAYNE BUCK

1
2      Q  -- right?
3         Let's say, for -- for example, on the top of
4  page 16 of your report, which is the model 750, your
5  y-axis only goes to 14,000; correct?
6      A  Correct.
7      Q  Your other graphs you went -- for one of
8  them it went to 10 million; right?
9      A  In previous tests?
10     Q  Well, the old for the 750 outside clean
11 room, your logarithm is 10 million; right?
12     A  I -- what page are you on?
13     Q  On page 12.
14     A  Oh, okay.
15     Q  I hope I counted it right.  I think so.
16     A  One, two, three, four, five, six -- seven
17 zeros, yes.
18     Q  So that logarithm is 10 million?
19     A  Right.
20     Q  The log at the bottom of page 12 where
21 you're also doing the outside clean room, you only
22 used a logarithm at the top on the y-axis of
23 1 million; right?
24     A  Yes.
25     Q  Why didn't you use the same logarithm for

Page 181

MICHAEL WAYNE BUCK

1
2  both so that you could compare sort of apples to
3  apples?
4      A  The numbers don't go past -- except for one
5  particular value on the top graph -- go past a
6  million; so, therefore, I think the other -- the
7  chart just automatically added another value above
8  that.  But if you look, the values are all -- are the
9  same for both graphs on the y-axis.
10     Q  On the y-axis --
11     A  One --
12     Q  -- I'm saying --
13     A  -- 1; 10; 100; 1,000; 10,000 -- I mean --
14     Q  Uh-huh.  But you could have plotted your
15 lower graph on a 10 million logarithm graph so that
16 they would be the same -- so you could, again,
17 compare apples to apples.
18     A  Right.  That -- that could have been done,
19 yes.  In fact, I -- I did not manipulate that that
20 way.  That was just how the computer decided to do
21 that.  I'm assuming because of this one value in the
22 middle, but --
23     Q  Being above?
24     A  Yes.  I believe it added another segment to
25 the graph.  I did not intentionally do that.

Page 182

MICHAEL WAYNE BUCK

Q   The graphs for the blanket test, again, your logarithm is also different for both -- not your logarithm, but your y-axis --

A   Yeah --

Q   -- is --

A   -- that is not a log.  I don't believe that --

Q   No.  These --

A   --- to be a log --

Q   -- aren't logs.

A   -- scale.  Yes.

Q   It's not a log scale.  It's -- it's a linear scale, I think is what it's called, but --

A   Yes.

Q   -- again, for one graph, you know, you go to 30,000; for the other graph, you only go to 14,000.

A   Yes.  I believe that was done by the computer program as well.

Q   But you could have changed that and put it such that they would have both been on a 30,000 graph, right, so that you could, again, compare apples to apples?

A   Yes.  The -- the graph could be done the way you prescribe it or want it.  That's something that

Page 183

MICHAEL WAYNE BUCK

could be done, yes.

Q   I'm going to show you what I've done, and you can tell me if it's accurate.

That one didn't show it.  Yeah, it does.

(Exhibit 8 is marked for identification.)

MS. LEWIS:  Let me get one for you guys.  I think that's page ...

MS. ZIMMERMAN:  Counsel, are you marking this?

MS. LEWIS:  I will.  Yes.  It's Exhibit 8.

MS. ZIMMERMAN:  Thank you.

BY MS. LEWIS:

Q   Okay.  Take a look at what's marked as Exhibit 8, and you can see that on the y-axis they are both 30,000.

A   Yes.

Q   Can you look at that and tell me if the data is the same, except it's now just showing the one at the top, instead of being on a 14,000 y-axis being the top, it's now 30,000.

MS. ZIMMERMAN:  I'd just like to make a record that Exhibit 8, as I understand it, was prepared by counsel, I assume, over the lunch break, and this is not something that was prepared by or

Page 184

MICHAEL WAYNE BUCK

shown to the witness before now.

So to the extent that you have questions about it and he needs some time to review it --

MS. LEWIS:  Absolutely.

THE WITNESS:  It looks the same to me -- I mean, it looks like the numbers are represented in just a -- by keeping the numbers -- or the y-axis the same.

BY MS. LEWIS:

Q   Okay.  All right.  With the blanket in place, your particle counts went significantly down; is that -- be a fair statement?

A   They went down, yes.

Q   In a significant way; correct?

A   Can you point to me which ...

Q   Which one I can --

A   Yes.

Q   Well, all of them, but I'll give you an example.  Let's see.

Let's compare the old Bair Hugger outside clean room, filter in, filter out, page 12.

A   Oh, okay.

Q   Okay.  I just did my best ballparking --

A   Uh-huh.

Page 185

MICHAEL WAYNE BUCK

Q   -- and it's over a million, the tallest point; right?

A   Yes.

Q   Which is --

MS. ZIMMERMAN:  Page 12 -- are you referring to a graph?

MS. LEWIS:  His report.

MS. HARRIS:  His report.

MS. LEWIS:  His report.

BY MS. LEWIS:

Q   It looks like it's at 1:54, maybe somewhere in there; right?

A   Yes.

Q   Right?  Okay.

So it looks like that's the highest point, and it was over a million; right?

A   Correct.

Q   Okay.  And let's look at the old Bair Hugger, same model, with the blanket test.

A   Uh-huh.

Q   Your highest point -- and I just did my best ballpark guessing -- be about 13,000?

A   That's correct.

Q   Okay.  What's the percentage difference

Page 186

MICHAEL WAYNE BUCK

1
2 between, like, a million and 13,000?  What's the
3 percentage reduction?
4     A   It would be --
5         MS. ZIMMERMAN:  I'm just --
6         THE WITNESS:  -- a lot.
7         MS. ZIMMERMAN:  -- going to renew my
8 objection as to form --
9         MS. LEWIS:  All right.
10        MS. ZIMMERMAN:  -- given that this is --
11        THE WITNESS:  It would be --
12        MS. ZIMMERMAN:  Excuse me.  I want to finish
13 my objection.
14        I want to renew my objection that this is
15 prepared by counsel, and the witness hasn't had a
16 chance to examine it, and that the actual numbers are
17 reflected in the raw data that's been provided by the
18 witness.
19 BY MS. LEWIS:
20     Q   What's the percentage?  We're talking just
21 from the numbers.
22     A   Well --
23     Q   What's the percentage reduction from over --
24 a million to 13,000?
25     A   A lot.  It would be an order of magnitude of

Page 187

MICHAEL WAYNE BUCK

1
2 a couple.
3     Q   Like --
4     A   Two zeros.
5     Q   -- 98- --
6     A   Yes.
7     Q   98.3 percent --
8     A   Correct.
9     Q   -- reduction?
10    A   Yes.
11    Q   So there's a 98.3 percent reduction with --
12 from -- in your testing with the blanket connected?
13        MS. ZIMMERMAN:  I'm going to object again --
14        MS. LEWIS:  Is that correct?
15        MS. ZIMMERMAN:  -- to form with the same --
16 same objection.
17        THE WITNESS:  Yes.  The numbers are --
18 what -- the question that you asked, the answer is
19 yes.
20 BY MS. LEWIS:
21    Q   That's a significant reduction, wouldn't you
22 agree?
23    A   It's a large reduction, yes.
24    Q   I mean, it's nearly 100 so --
25    A   Yes.

Page 188

MICHAEL WAYNE BUCK

1
2     Q   -- you know, you can quibble with what, you
3 know, substantial means, but --
4     A   That's --
5     Q   -- 98.7 -- 98.3 percent, pretty substantial
6 and significant; right?
7     A   That's the number, yes,
8     Q   The majority of the particles that the
9 particle counter picked up are also 2 microns or
10 lower; right?  Let's look at the top of page 16, your
11 graph on the 750 blanket test, the old Bair Hugger.
12    A   The old --
13    Q   Okay.
14    A   -- Bair Hugger.
15    Q   Yeah.
16    A   Yes.
17    Q   Okay.  So -- yeah.  What -- greater than
18 90 percent of your particles are 2 microns or below;
19 right?
20    A   2 microns, yes.
21    Q   Or below.
22    A   Yes.
23    Q   And for some of the minutes you -- you had
24 no particles; is that right?
25    A   Yes.  I believe from --

Page 189

MICHAEL WAYNE BUCK

1
2     Q   For the first --
3     A   -- 10:11, there was a -- couple -- two or
4 three zeros in the columns for five sampling
5 episodes.
6     Q   Just looking at the graph alone -- not
7 looking at your hard numbers, but just looking at the
8 graph alone, that's a pretty piddly number of
9 particles that you found.
10        MS. ZIMMERMAN:  Object to form.
11 BY MS. LEWIS:
12    Q   Right?
13    A   Yes.
14    Q   Was the filter in?
15    A   Yes.
16    Q   Was the filter in for both the 750 and the
17 775?
18    A   Yes.
19    Q   When you tested the blanket connected to the
20 775, your findings were pretty similar like the 750,
21 meaning greater than 90 percent of your particles are
22 2 microns or below; right?
23    A   That's correct, yes.
24    Q   And there were some minutes where you --
25 where the particle counter detected no particles --

Page 190

MICHAEL WAYNE BUCK

1
2    A   Yes.
3    Q   -- correct?
4        MS. ZIMMERMAN:  We've been going again for
5    another hour and a half.  I don't know when a good
6    spot to take a break is, but --
7        MS. LEWIS:  Give me a few minutes, and we'll
8    take a break if you need to.
9        THE WITNESS:  Sure.
10   BY MS. LEWIS:
11   Q   You're okay with that?
12   A   Yes.
13   Q   Okay.  Were both these tests done on the
14   same day?
15   A   Yes.
16   Q   Was the same container used?
17   A   Yes.
18   Q   Did you just switch out the warming unit?
19   A   No.  The warming unit and the hose and --
20   Q   Okay.
21   A   -- the blanket.  A new blanket was used for
22   each separate test.
23   Q   Okay.  But the container was the same?
24   A   Correct.
25       MS. LEWIS:  Okay.  We can take a break if

Page 191

MICHAEL WAYNE BUCK

1
2    you need to.
3        THE VIDEOGRAPHER:  Going off the record at
4    2:38 p.m.
5        (Recess.)
6        THE VIDEOGRAPHER:  This is Video No. 4 in
7    the deposition of Michael Buck.  Today is June 7th,
8    2017.  We're going back on the record at 2:50 p.m.
9    BY MS. LEWIS:
10   Q   Mr. Buck, I apologize if I asked you this
11   question before, but here's the question.
12       Did you, for this third evaluation, test for
13   the particle size and amounts in the simulated OR
14   before you did your particle count testing on the
15   blanket?
16   A   I believe we tested the room plus the box,
17   so we did a background sample that included the room
18   and the box.
19   Q   What's -- I'm not sure I understand that.
20   Here's what I'm asking you.
21       Did you take the particle counter separate
22   from the container box and did you just measure the
23   number of particles in the room in the simulated OR?
24   A   No.  We just did it inside the room and the
25   box.  So it would be the box inside the room.  That

Page 192

MICHAEL WAYNE BUCK

1
2    was our background.
3    Q   Okay.  You remember the question I asked you
4    earlier about the particle sizes required to possibly
5    carry viable bacteria, and I was --
6        MS. ZIMMERMAN:  Object to form.
7    By MS. LEWIS:
8    Q   -- and I was saying there was a reference of
9    4 to 20 microns, and you said you remembered seeing
10   that somewhere in the literature; right?
11       MS. ZIMMERMAN:  I'm going to object to the
12   form of the question.
13       THE WITNESS:  Yes.  I believe I've read
14   that.  I can't recall when, but it sounds --
15   there's -- like some familiar verbiage that I've read
16   before, yes.
17   BY MS. LEWIS:
18   Q   And I asked you if you disagreed with that,
19   and you said no.
20       Do you remember that questioning?
21   A   Yes.
22   Q   So here's my question now.  If -- if that
23   reference is correct that particles need to be at
24   least 4 microns to possibly carry bacteria, would you
25   agree then that 4 micron -- sizes -- particles --

Page 193

MICHAEL WAYNE BUCK

1
2    particles -- particle size less than 4 microns would
3    not likely carry bacteria?
4        MS. ZIMMERMAN:  I'm going to object to the
5    form of the question.  Assuming facts not in
6    evidence.  And foundation.
7        THE WITNESS:  I don't think I'm qualified to
8    answer that question.  I'm not an aerobiologist.
9    I -- I don't know the answer to that question.
10   BY MS. LEWIS:
11   Q   Let's -- assume with me that if that
12   reference is correct that particles have to be at
13   least 4 microns in size to carry -- possibly carry
14   bacteria, then if we took away the particle sizes and
15   amounts that are below 4 microns, this graph would
16   look quite different; right?
17       MS. ZIMMERMAN:  I'm going to object again.
18   Form.  Foundation.  And an improper hypothetical.
19   BY MS. LEWIS:
20   Q   In other words --
21   A   You would cut out, you know, three columns
22   of the graph.
23   Q   Correct.
24   A   Yes.
25   Q   For example, the light blue is -- I'm --

Page 194

MICHAEL WAYNE BUCK

1
2  I'm -- I'm on page 16, okay, of your --
3     A   Yes.
4     Q   -- report.  I'm at the top with the old Bair
5  Hugger, the 750 blanket test.  It looks like the
6  lighter blue is the .3 to .5, the red is .5 to 1;
7  correct?
8     A   Yes.
9     Q   And the green is 1 to 2; right?
10    A   Correct.
11    Q   So if we removed the blue, red, and the
12 green, we would remove all those particles sizes that
13 are below 4 microns; right?
14       MS. ZIMMERMAN:  Object to form of the
15 question.  Misstates the chart and improper
16 hypothetical.
17       THE WITNESS:  That's correct.
18 BY MS. LEWIS:
19    Q   And the purple is from 2 to 5 microns;
20 right?
21    A   Yes.
22    Q   May or may not -- well, at least for the
23 5 microns -- may carry bacteria.  So even part of the
24 particles that were from 2 to 5, it's possible, based
25 on the reference that said particle sizes have to be

Page 195

MICHAEL WAYNE BUCK

1
2  at least 4 microns, there might be even more of a
3  reduction of the particles that you code in purple;
4  is that correct?
5        MS. ZIMMERMAN:  I'm going to object again to
6  the form of the question as improper hypothetical.
7  Foundation.
8        THE WITNESS:  Based on what you said, that's
9  correct.
10 BY MS. LEWIS:
11    Q   The orange in your chart is for particles
12 greater than 10 microns; right?
13    A   Correct.
14    Q   And the darker blue is from 5 to 10 microns;
15 right?
16    A   Yes.
17    Q   And there are only a very small
18 smattering -- we can look at your hard data -- of
19 particles in that -- in those two size ranges;
20 right?
21       MS. ZIMMERMAN:  Object to form.
22       THE WITNESS:  Yes.
23 BY MS. LEWIS:
24    Q   For example, I'm looking at your chart --
25 and I'll compare your hard data -- but it looks like

Page 196

MICHAEL WAYNE BUCK

1
2  there was nothing in the 10 micron range that showed
3  up until 9:40, and that's -- that's 15 minutes after
4  the Bair Hugger was turned on; is that about right?
5     A   Yes.
6        MS. ZIMMERMAN:  I'm going to object again to
7  form of the question and misstating the data
8  reflected on the charts.
9  BY MS. LEWIS:
10    Q   And let's see.
11       And then it was 20 minutes after the Bair
12 Hugger was turned on that, again, there were some
13 particles that were greater than 10 microns; right?
14       MS. ZIMMERMAN:  Again, object to form.
15 Misstates the data reflected in the chart and in the
16 witness's report.
17       THE WITNESS:  You're referring to the 200
18 number?
19 BY MS. LEWIS:
20    Q   Am I referring to the 200 number?
21    A   Where it says 200 -- oh, yes.  I'm looking
22 at one form; you're looking at another.
23    Q   I'm looking at your top graph on page 16,
24 which was, I think, 20 minutes in.  It's at 9 -- no.
25 It's at 9:45?

Page 197

MICHAEL WAYNE BUCK

1
2     A   Yes.
3     Q   Let me see if I can find it.
4        MS. ZIMMERMAN:  I think it's page 14 of
5  Exhibit 4A.
6        MS. LEWIS:  Yeah.  Let's find --
7        THE WITNESS:  That's where I got the 200.
8  It says 200 for the greater than 10.
9        MS. LEWIS:  Okay.
10 BY MS. LEWIS:
11    Q   So at 9:45 -- all right.
12       And then at 9:46 that's where you've got
13 520.  That's kind of the largest orange little
14 circle.  It looks like that was 520?
15    A   That's correct.
16    Q   And before that it was 200?
17    A   Correct.
18    Q   And then the three minutes before that it
19 was zero, and the same with respect to particle sizes
20 between 5 and 10 microns.
21       For three minutes there were no particles in
22 those size ranges; right?
23       MS. ZIMMERMAN:  Object to form.
24       THE WITNESS:  Yes.
25 ///

Page 198

MICHAEL WAYNE BUCK

BY MS. LEWIS:

Q   So if we removed from your graph those size particles where, again, based on the reference that you've got to have a particle size of 4 microns to contain bacteria, this chart would look quite different; right?

MS. ZIMMERMAN:  Object again to form. Foundation.  Misstating the witness's testimony and misstating the reports and the data underlying it.  It also misstates prior testimony from the witness.

BY MS. LEWIS:

Q   You can go ahead and answer.

A   According to what you said, the graph would look different, yes.

Q   Let me show you another graph I've done, and you can tell me if it is -- if it accurately takes out particles 2 microns and below.

MS. ZIMMERMAN:  Is this being marked too? 9?

MS. LEWIS:  That's 9.

(Exhibit 9 is marked for identification.)

MS. ZIMMERMAN:  Just for the record, I'm going to object again that Exhibit 9 is prepared by

Page 199

MICHAEL WAYNE BUCK

counsel, not by the witness.  And so to the extent the questions are being posed to the witness about this that -- he hasn't prepared this document, and it may or may not reflect the information provided in his report.

MS. LEWIS:  Yeah.  I'll represent that I prepared that.

BY MS. LEWIS:

Q   So do you still understand the question?

A   Yes, I do.

Q   Okay.

A   Yes.  That would be what the graph would look like if you take away the columns that you mentioned.

Q   Okay.  And I have one more to show you.  If we again compare apples to apples like we did for your second evaluation and we put them both on the same linear scale.

A   Okay.

Q   Let me show you that graph that I also prepared, and you can tell me if it's accurate.

(Exhibit 10 is marked for identification.)

MS. ZIMMERMAN:  And, again, for the record, I'll say that this Exhibit 10 was prepared by

Page 200

MICHAEL WAYNE BUCK

counsel, I think over lunch hour, and was not prepared by the witness and may or may not reflect the data that is in his report and the underlying hard data that he's been testifying about this morning.

BY MS. LEWIS:

Q   Does that look about right -- accurate? It's just again taking that --

A   Oh.

Q   -- upper one --

A   Okay.  So --

Q   -- and putting --

A   -- the same.

Q   -- it on a --

A   Right.

Q   -- 30,000 --

A   Yeah.

Q   -- y-axis.

A   Yes.  Based on what you said, it looks correct.

Q   After you ran this for 24 minutes for both the 750 and the 775, did you do anything else during this third evaluation?

MS. ZIMMERMAN:  Object to form.

Page 201

MICHAEL WAYNE BUCK

BY MS. LEWIS:

Q   With respect to your testing, did you do any further -- was there any other part of the test in the third evaluation that we haven't discussed?

A   No.

Q   You turned it off.  Was there anything else that you did during this third evaluation?

A   No.

Q   Was this third evaluation conducted in close proximity to a surgical site?

A   It would be -- simulated operating room table.  But an actual surgical site, no, it was -- there was no person there.

Q   Did you conduct this third evaluation with the use of an anesthesia drape?

A   No.

Q   Did you do any testing to qualify the types -- or categorize the types of particles that were coming out, other than size?

A   No.

Q   I want to talk about the conclusions that you reached on page 17.  When we were looking at Exhibit 6, I believe you testified that you weren't relying on any articles or documents listed in

Page 202

MICHAEL WAYNE BUCK

1
2  Exhibit 6; is that right?
3      A   That's correct.
4      Q   Your statement in your conclusion --
5  conclusion section on page 17 of your report says,
6  first sentence:
7          "The evaluations showed clearly the
8      Bair Huggers, through all operational modes,
9      demonstrated increased production of
10     particles from internal and/or external
11     sources."
12         What do you mean -- "increased"?  Compared
13  to what?
14     A   Increase basically -- when the machine was
15  on, it was producing particles either internally or
16  through the unit that we measured using the particle
17  counter.
18     Q   But how is it increased?  What did you
19  compare it to to say it's now increased?
20     A   I guess the increase would be from the time
21  that we started sampling or the periods of sampling
22  to the time that we finished sampling that there was
23  an increase in the particles at certain times.
24     Q   Is that what you meant?  That during your
25  test you saw an increase?  Is that what you're

Page 203

MICHAEL WAYNE BUCK

1
2  saying?
3      A   Particles were produced as a result of
4  running the machine -- or particles were measured as
5  a result of running the machine.
6      Q   Well, I understand you were measuring
7  particles.  I'm trying to understand how you can
8  conclude that your testing showed increased
9  production of particles.
10         How did you show an increase in particles?
11  Because "increase" means it's -- you're comparing it
12  to some baseline.  So what are you comparing it to to
13  say there was an increased production?
14     A   Well, when we were in the clean room, we
15  started basically at that low level and particles
16  were increased as we ran the machine.  And we also
17  started from a zero point from zeroing the machine,
18  for the particle counter, so particles were increased
19  as the machine was running.
20     Q   As the machine was running, the warming unit
21  is taking in air and particles; right?
22     A   Correct.
23     Q   So how did you reach a conclusion that there
24  was an increase?  Because you didn't measure the
25  number of particles going in; correct?

Page 204

MICHAEL WAYNE BUCK

1
2      MS. ZIMMERMAN:  Object to form.
3      THE WITNESS:  I'm sorry.  We didn't measure
4  the what?
5  BY MS. LEWIS:
6      Q   You told me you did not measure the number
7  of particles going into the warming unit; correct?
8      A   Yes.  That's correct.
9      Q   So how did you reach a conclusion that they
10  increased when you haven't taken into account the
11  number of particles that went in?
12     A   The particles that we measured were only in
13  the flex tube of the Bair Hugger, and those particles
14  were counted; so, therefore, we were -- the number
15  was increased -- or that number increased as we
16  counted or as we were running our experiments.
17     Q   But do you understand that the bottom of the
18  warming unit is taking in air, which means it's
19  taking in particles; right?
20     MS. ZIMMERMAN:  Object to form.
21     THE WITNESS:  Yes.
22  BY MS. LEWIS:
23     Q   And there was no way you made a distinction
24  as to what particles were going in compared to the
25  particles going out; correct?

Page 205

MICHAEL WAYNE BUCK

1
2      MS. ZIMMERMAN:  Object, again, to form.
3      THE WITNESS:  I guess the way you're asking
4  the question, that would be correct.
5  BY MS. LEWIS:
6      Q   Is there any other reason why you're saying
7  your testing showed an increased production of
8  particles?
9      A   Because that's what we felt that we
10  measured, was an increase in particles as a result of
11  the steps that we put the Bair Hugger through.
12     Q   But you now understand that there was air
13  coming into the warming unit that had particles in
14  it?
15     MS. ZIMMERMAN:  Object to the form of the
16  question --
17     MS. LEWIS:  Right?
18     MS. ZIMMERMAN:  -- foundation.  And
19  misstates the witness's testimony.
20     THE WITNESS:  That air was filtered, run
21  through a filter too.
22  BY MS. LEWIS:
23     Q   Correct.
24     A   Right.
25     Q   And did you take into account the particles

MICHAEL WAYNE BUCK

2  that went into the Bair Hugger warming unit?
3      A   That went into it through the filter?
4      Q   Yes.
5      A   That's what we were counting besides the
6  particles that were internal or in the unit itself as
7  part of its running.
8      Q   You admit that air was going into the
9  unit --
10     A   Yes.
11     Q   -- correct?
12         Air is going out; correct?
13     A   Yes.
14     Q   And you did not measure the particles going
15  in; correct?
16     A   Not directly in the machine.  We took
17  background samples in the room, and we also took
18  outside controls in some experiments as well.
19     Q   At the time of the testing, just before you
20  started and turned on the Bair Hugger, you did not
21  test -- or during the running of the Bair Hugger, you
22  did not test the particle count going in?
23     A   Correct.
24     Q   You also state that your findings are
25  "consistent with both published literature and

MICHAEL WAYNE BUCK

2  internal Arizant and 3M Company documents."
3         Did I read that correctly?
4      A   That's correct.
5      Q   What published literature are you referring
6  to?
7      A   I was -- it was discussed with counsel
8  that -- we went over some of the documents that they
9  had, and that's where that came from.
10     Q   What published literature are you referring
11  to?
12         MS. ZIMMERMAN:  Well, I'm going to object to
13  the extent that the question calls for work product
14  privilege communication.
15         To the extent that there are articles that
16  are contained in Exhibit 4 in the file that the
17  witness brought with him, perhaps that goes to
18  counsel's question.
19         MS. LEWIS:  I'm objecting to all the sidebar
20  conversation.
21  BY MS. LEWIS:
22     Q   What published literature are you referring
23  to in your report where you say "your findings are
24  consistent with"?
25     A   I reviewed a 3M Company document that was

MICHAEL WAYNE BUCK

2  given to me that has some information in it that
3  is --
4      Q   All right.  So you're saying you're relying
5  on a document that would have been work product from
6  plaintiffs' counsel?
7      A   Yes.
8      Q   Okay.  Did you rely on any published
9  article?
10     A   No.
11     Q   So you are not relying on a study called
12  McGovern study?
13     A   No.
14     Q   You're not relying on a study called Reed?
15     A   No.
16     Q   You're not relying on a study called
17  Albrecht that was published in 2009?
18     A   No.
19     Q   You're not relying on an Albrecht study that
20  was published in 2011?
21     A   No.
22     Q   You're not relying on a published study --
23  the first -- author's name is Belani?
24     A   No.
25     Q   Likewise, you're not relying on any studies

MICHAEL WAYNE BUCK

2  by an author whose last name is Legg, L-e-g-g?
3      A   No.
4      Q   I'm correct?
5      A   Yes.
6      Q   It sounds like you aren't able to, I guess,
7  name a particular document that you might be
8  referring to, but you're saying there was some
9  company document that you reviewed, but you can't
10  tell me what that document is?
11     A   I don't specifically know what it was
12  called, no.
13         MS. ZIMMERMAN:  And if I can interject here.
14  So the question you're asking about is "consistent"
15  versus "rely," and so perhaps that's where some of
16  the confusion is coming in.
17         His report says that there's a consistency
18  with something, but it doesn't say anything about
19  relied upon, so I guess maybe that's where the -- to
20  the extent that I'm confused about the question, that
21  may be where it's coming from.
22  BY MS. LEWIS:
23     Q   As you are sitting here today, as you
24  explained, you can't tell me one single published
25  study that your findings are consistent with;

MICHAEL WAYNE BUCK

1  right?

2     A   Correct.

3     Q   Because you did not do your testing in an
4  actual OR, all your testing showed was what was
5  coming out of either the Bair Hugger blanket or the
6  hose at the time you were doing your testing;
7  correct?

8     A   Correct.

9     Q   You weren't able to follow that particle to
10 see where the particle went; correct?

11    A   Correct.

12    Q   It would be guessing on your part to say
13 where that particle went; correct?

14    A   Correct.

15    Q   So your -- from your testing you can't say
16 that particles are in close proximity to the surgical
17 site; correct?

18    A   No, I cannot. I can say that particles were
19 generated in and through the Bair Hugger --

20    Q   And you --

21    A   -- as it --

22    Q   -- can't say that they were close -- in
23 close proximity to a surgical site; correct?

24        MS. ZIMMERMAN:  Object to form.

MICHAEL WAYNE BUCK

1        THE WITNESS:  No, I cannot.

2  BY MS. LEWIS:

3     Q   Do you have any more work that you've been
4  asked to do in this case?

5     A   No.

6     Q   Are you intending to do any more work?

7     A   Not at this time.

8     Q   With respect to the particles that came out
9  of the blanket for those larger sized particles that
10 were greater than 10 microns, because you were
11 manipulating the blanket inside the container, you
12 can't say whether those particles came from your
13 hands or not, can you?

14        MS. ZIMMERMAN:  Object to the form of the
15 question.

16        THE WITNESS:  No, I cannot say where those
17 particles came from, just that we counted them.

18 BY MS. LEWIS:

19    Q   Correct.

20        So you can't say that they actually came
21 from the hose through the blanket; correct?

22    A   That's correct.

23    Q   Since you've been retained -- it's a little
24 bit different question than before -- have you

MICHAEL WAYNE BUCK

1  contacted the FDA or written to the FDA about the
2  Bair Hugger blanket?

3     A   No, I have not.

4     Q   Have you written to ASHRAE to complain about
5  any standard with respect to MERV efficiency
6  testing?

7     A   No, I have not.

8     Q   Have you written or spoken to the CDC about
9  the Bair Hugger blanket?

10    A   No, I have not.

11    Q   Have you talked to any of the plaintiffs in
12 this case, the individuals who have brought lawsuits?

13    A   No, I have not.

14    Q   Have you talked to any of the treating
15 physicians who have treated the patients who have
16 brought lawsuits -- in this lawsuit?

17    A   No, I have not.

18    Q   Have you talked to any of the authors that I
19 listed? And I'll go through those names again.

20        Have you talked to a man named Paul
21 McGovern?

22    A   No, I have not.

23        MS. ZIMMERMAN:  I'm going to object to this
24 whole line of questioning as asked and answered.

MICHAEL WAYNE BUCK

1  BY MS. LEWIS:

2     Q   Mark Albrecht?

3     A   No, I have not.

4     Q   Kumar Belani?

5     A   No.

6     Q   Christopher Nachtsheim?

7        MS. ZIMMERMAN:  Object to form.  Same.

8        THE WITNESS:  No, I have not.

9  BY MS. LEWIS:

10    Q   Mike Reed?

11    A   No, I have not.

12    Q   Robert Gauthier?

13        MS. ZIMMERMAN:  Again, object.  Asked and
14 answered.

15        THE WITNESS:  No, I have not.

16 BY MS. LEWIS:

17    Q   Mark Litchy?

18    A   No, I have not.

19    Q   David Leaper?

20    A   No, I have not.

21    Q   I think it's Andrew, but I may be wrong.
22        A.J. Legg?

23    A   No, I have not.

24    Q   A.J. Hamer?

MICHAEL WAYNE BUCK

1
2    A   No, I have not.
3    Q   I appreciate your patience on this.
4        But K.B. Dasari?
5    A   No, I have not.
6    Q   M. Harper?
7    A   No, I have not.
8    Q   Oliver Kimberger?
9    A   No, I have not.
10   Q   Do you agree that it's bacteria that cause
11   surgical site infections, not particles?
12       MS. ZIMMERMAN:  I'm going to object to
13   foundation.
14       THE WITNESS:  I'm not a physician, so I
15   don't feel qualified to answer that question.
16   BY MS. LEWIS:
17   Q   Have you talked to any of the hospitals
18   where you provide consulting services and ask them or
19   talk to them about not using the Bair Hugger?
20   A   No, I have not.
21       MS. LEWIS:  Thank you for your time, sir.
22   Pass the witness.
23       MS. ZIMMERMAN:  I'm going to take a quick
24   break, but we've got some questions.
25       MS. LEWIS:  Okay.

MICHAEL WAYNE BUCK

1
2        THE VIDEOGRAPHER:  We're off the record at
3    3:23 p.m.
4        (Recess.)
5        THE VIDEOGRAPHER:  Back on the record at
6    3:31 p.m.
7
8               EXAMINATION
9    BY MS. ZIMMERMAN:
10   Q   Thank you.  Mr. Buck, my name is Genevieve
11   Zimmerman, and, as you know, I represent plaintiffs
12   in the multi-district litigation that's currently
13   pending here in Minnesota involving plaintiffs across
14   the country who have brought claims against 3M.
15       And I'd like to ask follow-up questions in
16   light of some of the questions that counsel for 3M
17   has asked so far today.
18   A   Okay.
19   Q   Have you -- is part of your job to evaluate
20   operating rooms?
21   A   Yes.
22   Q   And is part of that evaluation -- does that
23   involve determining a particle count?
24   A   Yes.
25   Q   And is that -- is that because particles are

MICHAEL WAYNE BUCK

1
2    important to hospitals and surgeons?
3    A   Particles are very important in an operating
4    room, yes.
5    Q   All right.  And, if you know, you know, do
6    hospitals spend a great deal of money trying to
7    reduce particle counts in operating rooms?
8    A   Yes, they do.  The -- the particles in
9    operating rooms are trying -- because of the design
10   of the room and the number of air changes and the
11   positive pressure that's typical for an operating
12   room, it's all meant to reduce the number of
13   particles that are in the room.
14   Q   Okay.  And that's why a hospital might
15   retain your services, to evaluate particles in the
16   operating room; is that right?
17   A   That's correct.
18   Q   All right.  And when hospitals do retain
19   your services in this regard, are they concerned with
20   only particles that are greater than 4 microns?
21   A   No, they are not.  Typically they are
22   concerned with all of the particles that are measured
23   using the particle counter.
24   Q   Okay.
25   A   And they like to see that there is a

MICHAEL WAYNE BUCK

1
2    significant or greater than 90 percent reduction
3    compared to control samples or 95 percent even in
4    some cases.
5    Q   Okay.  And in conducting a particle count,
6    is that something that you routinely do in your job?
7    A   Yes.
8    Q   All right.  And -- and we -- you've had some
9    questions posed to you about the Fluke sampler
10   machine.
11       Do you recall that?
12   A   Yes.  I had several questions, but I do
13   recall questions about the Fluke.
14   Q   Sure.
15       In -- in your course of conducting some
16   experiments in this -- with -- with respect to this
17   case, did you use a Fluke model 983 particle
18   counter?
19   A   Yes.
20   Q   Is that -- is that tool something that you
21   use with some frequency?
22   A   Yes.
23   Q   And is it something that you've been trained
24   to use?
25   A   Yes.

Page 218

MICHAEL WAYNE BUCK

1
2    Q   All right.  Is it something that you require
3    supervision to use?
4    A   No.
5    Q   All right.  And with respect to particle
6    count tests, is that something that you do on your
7    own from time to time?
8    A   Yes.
9    Q   All right.  And sometimes you do it with
10   others as well?
11   A   Yes, depending on if I'm working with
12   somebody or not, but yes.
13   Q   Okay.  And -- let's see.
14       And you have -- you have from time to time
15   worked with Mr. Streifel; is that correct?
16   A   Yes.
17   Q   And then also you've done particle counts
18   and experiments on your own as well; correct?
19   A   Yes.  I've done more on my own than I have
20   working with Mr. Streifel, but yes.
21   Q   Okay.  And with respect to the Fluke machine
22   we discussed, did you follow your standard protocol
23   in using that machine?
24   A   Yes.  Typically standard protocol is to zero
25   the particle counter.

Page 219

MICHAEL WAYNE BUCK

1
2    Q   What does -- what does that mean?  I'm sorry
3    to interrupt you.
4    A   The zeroing the particle counter is to place
5    a HEPA filter, a small HEPA filter -- I think it was
6    visible in one of the pictures in my report -- is to
7    place the HEPA filter on the probe and run the
8    machine to basically -- until you get zeroes in all
9    the categories or all the cut sizes of the particle
10   sizes.
11       You're basically clearing the particle
12   counter.  It is an optical particle counter, so
13   you're clearing the device of particles so when you
14   do take samples, it's reflective of the environment
15   that you're sampling in and not particles that might
16   still be --
17   Q   In existence from a previous experiment, for
18   example?
19   A   Yes.
20   Q   Okay.  And the -- the numbers -- you said
21   that the particle counter actually does optically
22   count particles in the room; is that right?
23   A   Yes.
24   Q   And is that measured per cubic foot?
25   A   Yes.  You can set it up to measure in

Page 220

MICHAEL WAYNE BUCK

1
2    different volumes, but for the purposes of this
3    report, it was measuring particles per cubic foot.
4    Q   All right.  And so you had questions posed
5    by counsel about perhaps particles in the -- you
6    know, in the entirety of a clean room or the entirety
7    of a mock OR.
8        Is -- is that what the particle counter is
9    capable of counting?
10   A   No.  It's only sampling at the tip of the
11   probe and giving results based on the volume that's
12   sampled, whatever you choose to have the results in.
13   In this case it was particles per cubic foot in each
14   of the selective five size ranges.
15   Q   All right.  And you used the same volume
16   analysis for each of the experiments you did in this
17   matter?
18   A   Yes.
19   Q   All right.  And that was cubic foot?
20   A   Yes.
21   Q   Okay.  And then you generated a report
22   confirming your findings in this case; is that
23   correct?
24   A   Yes.
25   Q   All right.  You also were asked some

Page 221

MICHAEL WAYNE BUCK

1
2    questions about air exchange rates.
3        Do you recall that?
4    A   Yes.
5    Q   All right.  Is it your understanding -- as
6    an air exchange rate goes up, would you expect a
7    particle count to go up or down?
8        MS. LEWIS:  Objection.  Foundation.
9        THE WITNESS:  As air exchange rate is
10   higher, depending on the filtration efficiency, you
11   would expect particle counts to go down.
12   BY MS. ZIMMERMAN:
13   Q   Okay.  Let's talk about positive pressure.
14   You had some questions posed to you about positive
15   pressure, both -- in the clean room.
16       What impact, if any, does a positive
17   pressure have on measuring particles in a clean
18   room?
19       MS. LEWIS:  Objection.  Foundation.
20       THE WITNESS:  The particle -- the positive
21   pressure environment is meant to push the air that's
22   in the room out so no contaminants or no particles
23   from outside are coming into the room.
24       So if you have a highly filtered
25   environment, such as a clean room or an operating

Page 222

MICHAEL WAYNE BUCK

room, that continued filtration or air that's moving
in through highly filtered -- high efficiency filters
is clean air in respect to outside.

So you want the clean air to stay in the,
shall we say, clean room or operating room versus
outside air that is not as highly filtered or might
have more particles or contaminants in it.

BY MS. ZIMMERMAN:

Q   All right.  And if you know, is the intent
behind positive pressure to essentially clear any
lingering particles from the room?

A   It's meant to basically bring in as much
highly filtered air as possible or is what's designed
for the room.

Q   Okay.  And with respect to the questions
posed to you on your third experiment, the blanket
that was inside the box -- do you recall that?

A   Yes.

Q   -- was there a -- was there positive
pressure in -- in the box in that experiment as
well?

A   Yes.  There was a significant amount of
positive pressure as a result of the air being pumped
in from the Bair Hugger into the blanket.

Page 223

MICHAEL WAYNE BUCK

Q   All right.  And what impact does the
existence of positive pressure in the box have with
respect to your opinions about particle -- particles
in the box?

A   It was bringing in filtered air into the
blanket and pushing the other air out or other air
that was in the box out, so it was continually
bringing in filtered air from the blanket.

Q   All right.

A   Or from the Bair Hugger machine into the
blanket.

Q   Okay.  And counsel posed some questions to
you about the possibility that particles from -- from
your hands in handling the blanket may have -- I'm
going to just kind of paraphrase here -- lingered in
the box.

Is that -- would that be consistent with
your experience with respect to a -- a positive
pressure in the box?

MS. LEWIS:  Objection.  Foundation.

THE WITNESS:  Typically when you have
positive pressure, the air is, shall we say,
cleaned, meaning the air inside a room, or inside a
box in this case, would be changed out or new air

Page 224

MICHAEL WAYNE BUCK

would be brought in that is from another filtered
environment.

So that air that's in that box would be
changed over in a very rapid period of time.  So for
things to linger in the box wouldn't be likely.

BY MS. ZIMMERMAN:

Q   And do any of the data points on the
measurements that you took reflect this positive
pressure inside the box?  And I guess I'll refer you
to, say, page 14 of Exhibit 4A, which I think is the
raw data from that third experiment.

A   Well, the fact that the numbers are changing
from each successive trial or each sampling event
would reflect that that number -- that box is being
changed over with air or new air is being brought
into it.

Q   Okay.  And in your opinion, then, given your
experience with the particle counter and with
positive pressure, would -- do you have an opinion
about whether it's more likely than not that air
was new air?

MS. LEWIS:  Objection.  Foundation.

THE WITNESS:  As the amount of air that was
being brought into the box and the amount of air that

Page 225

MICHAEL WAYNE BUCK

was escaping the box, it was -- it's highly likely
that the air was changed over several times so that
air would be new air as opposed to old air in the
box.

BY MS. ZIMMERMAN:

Q   And so if the -- if it's your opinion that
the air that you're sampling is more likely than not
the new air, would -- would it also be consistent
that any particles that you're measuring are also
more likely than not new particles?

MS. LEWIS:  Objection.  Foundation.

THE WITNESS:  The particles that we measured
in each successive time would more than likely be the
new particles or the new air, that is, the particles
in the air that was being brought into the box.

BY MS. ZIMMERMAN:

Q   Okay.  The particle counter -- you had some
questions posed to you by counsel about your ability
to offer an opinion about where particles might be
with respect to the surgical site.

Do you recall that line of questioning?

A   Yes, I do.

Q   Did you position the -- the Fluke particle
counting machine on the operating room table?

Page 226

MICHAEL WAYNE BUCK

1
2  A  In the -- I guess --
3  Q  In the third experiment.
4  A  Yes. It was on the table. We tried to
5  position it in the thorax area or what would be
6  considered the chest area, I guess, since the blanket
7  was a -- that type of a blanket.
8  Q  An upper body blanket?
9  A  Yes. Thank you.
10  Q  Sure.
11      So is there -- is the picture on page 15 of
12  Exhibit 2 of your report, does that show where the
13  particle counter was on the operating table?
14  A  15? Do you have it?
15  Q  I think it might be this document right
16  here.
17  A  Okay.
18  Q  Right here. That one.
19  A  14.
20      Yes.
21  Q  And so that kind of golden colored tool or
22  instrument, that's the Fluke particle counter?
23  A  Yes --
24  Q  Is that --
25  A  -- that's the one we used, yes.

Page 227

MICHAEL WAYNE BUCK

1
2  Q  Okay.
3  A  That's the 983.
4  Q  And you were measuring, then, particles that
5  were on -- essentially on top of the operating table;
6  is that right?
7  A  Yes. Inside the box, but it would be on top
8  of --
9  Q  Okay.
10  A  Yes.
11  Q  And then with respect to the particle
12  counter itself, it is this kind of golden colored
13  machine depicted on page 15 of your report; is that
14  right?
15  A  That's correct.
16  Q  And there was some questioning about a green
17  tube that connected to the particle counter.
18      Do you remember that?
19  A  Yes.
20  Q  Can you use the particle counter without the
21  green tube attached?
22  A  Yes.
23  Q  Was that what you were trying to describe
24  earlier in some of the questioning when Mr. Streifel,
25  I think, took the tube on and off; is that right?

Page 228

MICHAEL WAYNE BUCK

1
2  A  Yes. When we were doing background
3  sampling, yes.
4  Q  Okay. And so the particle counter can
5  measure particles in the air without that green tube
6  attached; is that right?
7  A  Yes.
8  Q  Does the green tube and the probe
9  essentially act as an extension of where --
10  A  Yes.
11  Q  Okay. Do you have experience, generally
12  speaking, in evaluating operating rooms and particles
13  inside those operating rooms?
14  A  Yes.
15  Q  And you've been called upon from time to
16  time to measure those particles?
17  A  Yes.
18  Q  Do you have a general familiarity about what
19  number of particles you might expect per cubic foot
20  in an operating room?
21  A  For the total number of particles?
22  Q  Yeah. Per square foot.
23  A  Okay. So typically what we look at is a --
24  Q  Cubic foot, I should say.
25  A  -- is a significant reduction, a reduction

Page 229

MICHAEL WAYNE BUCK

1
2  of, say, 95 percent or 90 to 95 percent in the
3  surgi- -- above the surgical table.
4  Q  Okay.
5  A  So when you start getting numbers 50 or
6  less, that is acceptable.
7  Q  Okay.
8  A  But you would also take into account
9  controls, either inside or outside controls, and the
10  filter -- the filters and the efficiency of the
11  filters that they are using in the OR, whether
12  they're MERV 14 or higher.
13  Q  Okay. So is it -- am I hearing you
14  correctly that -- that you would expect something
15  less than 50, at least in terms of particles per
16  cubic foot, measured essentially above an operating
17  room table?
18      MS. LEWIS: Objection --
19      THE WITNESS: Yeah --
20      MS. LEWIS: -- foundation.
21      THE WITNESS: -- if the -- there's no
22  activity in the room and it's a modern OR or an OR
23  that is designed with a laminar flow system, that
24  would be an acceptable number, yes.
25  ///

Page 230

MICHAEL WAYNE BUCK

BY MS. ZIMMERMAN:

Q   All right.  Do you have an understanding about how often air exchanges should be made in an operating room per hour?

A   Around 16 to 20 changes per hour.  20 air changes an hour is --

Q   Okay.

A   -- kind of the norm.

Q   And you also had some questions posed to you about various equipment that was -- that may be in an operating room besides the Bair Hugger.

Are you aware of any -- any device in the operating room that generates over 100,000 particles per cubic foot as you sit here today?

A   Not that I measured, no.

MS. ZIMMERMAN:  Okay.  I think that's all I've got at this point today, at least at this point.

FURTHER EXAMINATION

BY MS. ZIMMERMAN:

Q   Mr. Buck, were the particles that you measured containing tracers in the container?

A   No.

Q   Were they color coded when they came out of

---

Page 231

MICHAEL WAYNE BUCK

the blanket in the container?

A   No.

Q   Did they make a certain noise or something when they came into the container?

A   No.

Q   So you could see something that others couldn't see with particular particles in the container?

A   No.

Q   So it's pure guessing on your part on what particles may have left the container during the -- during your testing; correct?

MS. ZIMMERMAN:  Object to form of the question.

THE WITNESS:  I wouldn't call it guessing.  I would call it based on experience and my knowledge of how the pressurization of positive pressure and the filter that was in line in the Bair Hugger unit, how all that comes together; and the air that was moving, the volume of air I'm talking about, inside the box and how that air is -- is exchanged or pushed out of the box and new air continually being brought in.

///

---

Page 232

MICHAEL WAYNE BUCK

BY MS. LEWIS:

Q   And you couldn't see which particles remained in the box in the container from the start and what particles were in there at the end of your testing; correct?

A   That's correct.  I'm just merely using the pressurization that was evident in the box as a result of the testing we were conducting with the Bair Hugger.

Q   And that's the only basis for you saying you're -- you're saying because of pressure, not because you have any certainty that the particles that were in the box at the time you started were not still in the box at the end of the testing; correct?

A   Correct.  The velocity in the box was high enough that particles were continually being moved in and out of the box, so that's what I'm basing my answer on.

Q   But you can't say that some of the particles that were in there in the beginning weren't still in there; right?

A   I cannot say that.  All I can say is that there was a large volume of air in the box and that

---

Page 233

MICHAEL WAYNE BUCK

the air was being pushed out of the box as a result of the positive pressure of our test.

MS. LEWIS:  Thank you.

MS. ZIMMERMAN:  One last question.

Mr. Buck, you -- even -- even in light of counsel's questions, you've offered opinions in this case that you hold to a reasonable degree of certainty based on your education, training, and experience; is that right?

THE WITNESS:  That's correct.

MS. ZIMMERMAN:  All right.  And you stand by the report that you provided in this case?

THE WITNESS:  I do.

MS. ZIMMERMAN:  That's all I have.

MS. LEWIS:  Thank you, sir.

MR. ASSAAD:  Thank you.

THE VIDEOGRAPHER:  We're going off the record at 3:50 p.m.

(WHEREUPON, the deposition was adjourned at 3:50 p.m.)

Page 234

1          MICHAEL WAYNE BUCK
2          ERRATA SHEET
3    Page/Ln   Correction   Reason
4    _____
5    _____
6    _____
7    _____
8    _____
9    _____
10   _____
11   _____
12   _____
13   _____
14   _____
15   _____
16   _____
17   _____
18   _____
19   _____
20   _____
21   _____
22   _____
23   _____
24   _____
25   _____

Page 235

1          MICHAEL WAYNE BUCK
2    I, MICHAEL WAYNE BUCK, have read this transcript,
3    pages 1 - 233, and acknowledge herein its accuracy
4    except as noted on the errata sheet.
5
6
7
8    _____
     SIGNATURE
9
10
11
12
13
14   _____
15   NOTARY PUBLIC
16
17
18
19
20
21
22
23
24
25

Page 236

1          MICHAEL WAYNE BUCK
2    STATE OF MINNESOTA
3    COUNTY OF DAKOTA
4          CERTIFICATE
5          I, Cynthia M. Kirsch, hereby certify that I
     reported the Deposition of Michael Wayne Buck, on the
6    7th day of June, 2017, in Minneapolis, Minnesota, and
     that the witness was by me first duly sworn to tell
7    the truth and nothing but the truth concerning the
     matter in controversy aforesaid;
8
          That I was then and there a notary public in
9    and for the County of Dakota, State of Minnesota;
     that by virtue thereof I was duly authorized to
10   administer an oath;
11        That the foregoing transcript is a true and
     correct transcript of my stenographic notes in said
12   matter, transcribed under my direction and control;
13        That the cost of the original has been charged
     to the party who noticed the deposition and that all
14   parties who ordered copies have been charged at the
     same rate for such copies;
15
          That the reading and signing of the deposition
16   was not waived;
17        That I am not related to any of the parties
     hereto, nor interested in the outcome of the action
18   and have no contract with any parties, attorneys, or
     persons with an interest in the action that has a
19   substantial tendency to affect my impartiality;
20        WITNESS MY HAND AND SEAL this 19th day of
     June, 2017.
21
22
23   _____
     Cynthia Kirsch
24   Notary Public
25

**A**

**$5,000 (2)**
26:21 28:4
**A.J (4)**
32:14,18 213:23,25
**a.m (4)**
5:5,15 48:17,21
**ability (3)**
69:18 172:13 225:19
**able (6)**
14:10 82:14 84:23
86:17 209:6 210:10
**Absolutely (1)**
184:5
**acceptable (6)**
42:20,21,24 104:21
229:6,24
**access (1)**
170:12
**account (5)**
60:16 95:22 204:10
205:25 229:8
**accuracy (1)**
235:3
**accurate (6)**
117:5 141:12,21
183:4 199:22 200:8
**accurately (1)**
198:18
**ACH (1)**
169:6
**acknowledge (1)**
235:3
**act (1)**
228:9
**action (3)**
60:11 236:17,18
**activities (5)**
40:9 123:2,10,12
154:5
**activity (1)**
229:22
**actual (16)**
44:8 59:22 60:2 78:14
120:2,3 134:16
135:7 168:18,21
169:4 170:8,24
186:16 201:13
210:5
**add (1)**
116:11
**added (1)**
178:13 181:7,24
**addition (3)**
39:22,24 52:22
**additional (7)**

12:22 13:2,16 19:6
26:14 140:4 165:20
**adequate (2)**
51:11 178:23
**adjacent (1)**
133:10
**adjourned (1)**
233:20
**administer (1)**
236:10
**admit (1)**
206:8
**aerobiologist (1)**
193:8
**aerobiology (2)**
36:20 37:8
**affect (2)**
123:16 236:19
**aforesaid (1)**
236:7
**agar (1)**
74:14
**agent (1)**
33:15,25 34:7 176:2
**ago (2)**
26:25 84:13
**agree (23)**
59:7 61:10,12 62:4,11
65:2,20 66:2 67:21
68:2 71:4,11 74:7
76:14 85:6 143:4
145:9 162:9 169:3
177:7 187:22
192:25 214:10
**agreed (2)**
59:14 81:21
**agreement (7)**
9:15 24:20,23,25 25:2
25:13,16
**ahead (3)**
164:6 165:4 198:14
**aids (1)**
18:14
**air (135)**
1:6 3:23 5:9 39:19
45:19,22 47:4,9,10
47:22 53:4,5,11,13
54:10 57:10 58:11
58:14 59:4,8,14,15
59:17,18 60:9,10,18
61:12,16,19,20,24
61:25 62:4,13,13,18
64:10,13 68:3,5
69:3 79:21 88:21,22
89:15 94:3 96:24
102:17 103:11,14

103:14,21,21,24
105:15 108:12,16
120:12,23 121:3,4,7
121:8 148:5,12,20
148:22,25 149:3,4,6
149:16,18,21,24
159:19 160:8 164:2
166:5 168:6,8,22
169:8,10 176:25
203:21 204:18
205:12,20 206:8,12
216:10 221:2,6,9,21
222:2,4,5,7,14,24
223:6,7,7,9,23,24
223:25 224:4,16,16
224:21,22,24,25
225:3,4,4,4,8,9,15
225:16 228:5 230:4
230:6,7 231:20,21
231:22,23 232:25
233:2
**Airborne-Contami...**
16:3
**Albrecht (4)**
32:8 208:17,19 213:3
**alcohol (1)**
111:25
**allowed (1)**
170:21
**ambient (8)**
120:12 121:3,4,7
159:18,19,24 160:8
**amend (1)**
114:7
**amount (10)**
49:25 94:2 95:11,15
148:25 157:7
162:22 222:23
224:24,25
**amounts (4)**
93:21 154:3 191:13
193:15
**analysis (2)**
34:11 220:16
**and/or (4)**
77:22 80:22 88:5
202:10
**Andrew (1)**
213:22
**Andy (51)**
28:15,18,19 29:8,9,11
29:13,18,19,22 30:9
30:10 40:19 81:18
85:14,16,23 86:7,8
86:20,23 87:2,10,12
87:14 110:14

118:11 120:9 126:2
127:3 138:10,12,14
140:24 141:11,15
142:21,22,25
143:21 144:3
151:20 153:21,22
154:4 155:5 156:3
169:12,15 172:5
174:6
**Andy's (1)**
28:16
**anesthesia (7)**
53:23 54:2,3,14
166:14 168:16
201:16
**angle (3)**
13:24 165:12,13
**angles (1)**
13:23
**answer (31)**
4:19 8:8 9:16 22:7,18
33:21 42:5 55:16,16
55:17,24 57:13,23
58:25 59:12 60:4,7
73:23 131:16 132:5
155:7,8,14,17
162:18 187:18
193:8,9 198:14
214:15 232:20
**answered (3)**
72:20 212:25 213:15
**anticipation (2)**
17:8,11
**Anybody (1)**
120:9
**anymore (1)**
131:4
**apart (3)**
79:20,20 137:23
**APIC (1)**
47:19
**apologize (3)**
26:7 72:20 191:10
**APPEARANCES (1)**
2:2
**apples (8)**
181:2,3,17,17 182:23
182:23 199:17,17
**applicable (1)**
78:13
**apply (1)**
77:22
**appreciate (2)**
85:3 214:3
**appropriate (1)**
170:10

**approximately (3)**
14:2 157:17 162:24
**area (12)**
49:17,17 60:22 97:12
97:17 105:25,25
132:23 172:23
176:21 226:5,6
**areas (9)**
40:5 49:6,8,9,10,14
49:15,15,21
**argumentative (1)**
130:23
**Arizant (5)**
2:7 6:2,4,25 207:2
**Armour (1)**
128:8
**article (14)**
3:23 14:16,21,24,25
15:3,7,17,21 16:5
16:13 44:11 75:7
208:9
**articles (12)**
12:4,6 14:13 21:10
22:5 36:17 44:21
48:2,5 67:2 201:25
207:15
**Arts (1)**
35:5
**asbestos (2)**
39:14,17
**ASHRAE (17)**
37:16,18,20,23 38:2
43:5,8 46:17 52:9
70:23 71:11,19,25
72:10,15,22 212:5
**asked (81)**
9:8 17:7,17 18:3,6,13
19:9 20:5 21:10
24:20 25:15,21
26:13 29:15 30:24
31:9,17,23 32:5
34:10,18 40:11 41:5
41:14,25 42:3,4,12
45:2,11,16,21 50:15
50:18,21 51:4,7,16
52:2 55:13,25 56:4
56:9,13,14,16,18,19
61:3 73:21 76:19
79:9,10,15,15,19,25
80:16 83:5,19,24
85:11 86:8,13,18
87:4 93:8 95:14
119:23 163:7 166:9
168:3 187:18
191:10 192:3,18
211:5 212:25

213:14 215:17
220:25
**asking (15)**
8:7 9:4,5 23:4,14
41:22 43:14 72:9,9
72:19 73:9 150:20
191:20 205:3
209:14
**asks (3)**
21:13 33:6 34:3
**Assaad (7)**
2:19 5:23,23 121:23
122:4 155:8 233:17
**assist (2)**
29:15 86:2
**assistance (1)**
86:18
**assume (4)**
59:2,17 183:24
193:11
**assuming (2)**
181:21 193:5
**assumption (1)**
98:18
**assumptions (1)**
31:25
**attach (1)**
105:14
**attached (20)**
10:4 12:10,11 14:17
20:22 76:23 77:2,17
79:4,23 123:22
133:17 134:5
135:17 136:22
138:6,8 151:10
227:21 228:6
**attaches (1)**
89:12
**attaching (1)**
3:12
**attire (1)**
128:3
**attorney (3)**
8:14 33:15 155:13
**attorneys (1)**
236:18
**audible (1)**
131:12
**Augustine (8)**
33:8,10,12,15 34:5,6
34:6,7
**Augustine's (1)**
34:5
**aureus (4)**
66:17,18 67:20,22
**author (1)**

209:2
**author's (1)**
208:23
**authored (1)**
19:10
**authoritative (6)**
21:11,17,20,24 22:5
22:15
**authority (1)**
22:23
**authorized (1)**
236:9
**authors (1)**
212:19
**automatically (1)**
181:7
**availability (1)**
86:14
**available (1)**
71:16
**Avenue (1)**
2:12
**Avidan (2)**
74:20 75:2
**aware (11)**
43:15 45:5,7,7,10,16
55:3,9,22 74:15
230:13
**axis (1)**
116:12

_____
**B**
**B (1)**
19:21
**B.A (2)**
34:23 35:23
**Bachelor (1)**
35:4
**back (22)**
7:12 17:2 21:9 23:21
24:18 30:24 48:21
58:7 82:18 83:22,22
88:2 100:8 110:18
125:20 128:24,25
137:8 144:21
160:22 191:8 215:5
**background (22)**
105:3,21,22 106:22
106:24 108:6,9
111:9 114:24 118:8
126:23 140:12,21
141:9 157:2 175:13
175:17,20 191:17
192:2 206:17 228:2
**backgrounds (1)**
107:24

**bacteria (30)**
36:13,17 48:5,6 62:10
62:15,19 65:3,21
66:3,8,22,22 67:7,9
67:11 68:2,23,25
87:5,14 177:15,18
192:5,24 193:3,14
194:23 198:6
214:10
**bacteria-carrying (1)**
71:5
**Bair (149)**
1:5 3:15 4:6,7,8,9,11
4:12 5:9 10:25
11:14 34:16 43:18
43:21,24 44:11,15
44:19,23 46:14 48:3
64:18 75:15,18,22
76:2,20,23 77:11
79:19 80:11,21 83:2
88:5,20,23,25 89:10
90:24 99:6 100:7,21
100:24 101:4 103:5
103:8,9,10,13,17,21
104:5 105:6 106:2
109:15,18 110:2,5
112:21,23 113:19
113:22 115:6,8,17
118:18,25 119:2,6
119:17,22 120:4,14
120:17,18,24 121:3
123:22,23 133:21
134:3,23 135:15,23
136:12,14 139:7
140:21 141:23
142:21 145:20,22
146:7,8,11,17
147:11 150:18,23
150:23,25 152:16
153:25 156:8 157:8
158:23 159:17,24
160:12,19,20,21,24
161:8 162:4,11,21
166:6 171:9 172:2
175:21 177:24
178:7,25 179:8,17
184:21 185:19
188:11,14 194:4
196:4,11 202:8
204:13 205:11
206:2,20,21 210:6
210:20 212:3,10
214:19 222:25
223:11 230:12
231:19 232:10
**ballpark (1)**

185:23
**ballparking (1)**
184:24
**Banker (1)**
158:9
**bar (4)**
4:6,8,11 115:5
**barriers (1)**
49:16
**bars (1)**
115:5
**based (30)**
7:21 9:4 27:17 39:14
42:22 43:3 51:14
64:10,25 67:18,19
67:23 69:4,17 72:24
72:24 74:5 75:14
76:2 81:10 123:24
131:14 146:3
194:24 195:8 198:4
200:20 220:11
231:17 233:9
**baseline (1)**
203:12
**basement (3)**
101:25 102:5,6
**basically (18)**
13:3,23 44:5 80:15
102:16 104:19
105:24 129:14
151:7 153:19
178:24 179:7,16
202:14 203:15
219:8,11 222:13
**basing (1)**
232:19
**basis (3)**
16:24 81:23 232:11
**began (1)**
29:9
**beginning (2)**
118:8 232:22
**begins (1)**
74:20
**behalf (5)**
5:22,23 7:5 8:24
30:19
**Belani (3)**
32:10 208:23 213:5
**believe (70)**
7:14,19 10:14 19:12
21:8 25:5 28:8 31:3
46:4 47:17 52:12
60:6 66:15 71:2,8
71:13 74:19 75:25
86:21 89:5,9 101:8

101:15 102:23,24
111:25 117:6,7
121:5 123:21
126:13,24 132:14
132:15 133:9,14
137:10,11 139:20
140:23 146:16
148:3,25 150:9,11
150:12,24 151:15
152:2 158:8 164:4
166:15,18,21
167:21,22 169:16
171:13 173:3 175:5
176:11,20 178:20
181:24 182:7,18
188:25 191:16
192:13 201:24
**believed (1)**
141:12
**bench (1)**
53:20
**Benham (4)**
33:16,18,23,25
**Benjamin (1)**
7:15
**best (9)**
27:10 103:6 159:14
165:25 172:13
174:12,25 184:24
185:22
**better (4)**
144:5 154:24,25
169:9
**beyond (8)**
18:16 26:14 27:18
31:6,20 34:14 35:4
107:21
**BH (1)**
141:23
**big (1)**
118:7
**bigger (1)**
167:17
**bill (1)**
27:19
**biology (1)**
34:23
**bit (9)**
8:6 48:8,23 73:20
75:15 82:8 115:22
125:25 211:25
**Black (1)**
3:15
**Blackwell (3)**
2:4 5:3,13
**Blaine (1)**

171:15
**blanket (82)**
4:6,7,9,9,11,12 76:4,6
76:11,23 77:2,12,17
79:4,13,20,23 80:4
80:7,10,13,14 81:2
81:7 89:12,17
146:13 162:5
163:15,20 166:7
169:21,23 170:2,16
170:18,22 171:19
173:15,16,16,22,25
174:4,5,18,21
175:22 178:2,8,17
178:25 179:4,7,19
179:24 182:2
184:11 185:20
187:12 188:11
189:19 190:21,21
191:15 194:5 210:6
211:10,12,22 212:3
212:10 222:17,25
223:7,9,12,15 226:6
226:7,8 231:2
**blow (4)**
53:4,5,13 58:14
**blower (1)**
88:20
**blowing (2)**
96:24 148:5
**blows (13)**
54:9 57:9 58:10 59:4
59:8,14,15,17,18
60:9,10 64:13
168:22
**blue (6)**
115:24 117:9 193:25
194:6,11 195:14
**body (2)**
173:16 226:8
**bone (1)**
40:5
**book (2)**
36:23 46:24
**books (6)**
19:9 21:10,13,15,16
21:22
**boom (2)**
166:11,12
**bottom (5)**
65:12 110:20 161:7
180:20 204:17
**Boulevard (1)**
2:18
**box (40)**
89:4,4 129:6 175:12

175:14,18,19 177:8
191:16,18,22,25,25
222:18,21 223:3,5,8
223:17,20,25 224:4
224:6,10,15,25
225:2,5,16 227:7
231:22,23 232:4,8
232:14,15,17,19,25
233:2
**boxes (2)**
157:21 158:9
**Boynton (2)**
101:25 102:4
**brackets (1)**
51:22
**brands (1)**
87:21
**break (18)**
9:12 23:13 48:9 74:25
75:6 121:19,21,22
121:23 122:5,10,15
125:12 183:24
190:6,8,25 214:24
**breakdown (1)**
80:9
**breaking (1)**
78:22
**Brent (1)**
34:5
**brief (1)**
92:25
**briefly (2)**
12:4 83:24
**bring (10)**
10:5 17:2,5,10,22
19:11 73:14 168:16
169:8 222:13
**bringing (2)**
223:6,9
**brought (17)**
10:15 11:23 17:24
23:5 31:7 85:14,24
177:4 207:17
212:13,17 215:14
224:2,16,25 225:16
231:24
**Buck (256)**
1:1,16 2:1 3:1,13,14
3:20 4:1 5:1,2,9 6:1
6:18,19 7:1 8:1 9:1
10:1 11:1 12:1 13:1
14:1 15:1 16:1 17:1
18:1 19:1 20:1 21:1
22:1 23:1 24:1 25:1
26:1 27:1 28:1 29:1
30:1 31:1 32:1 33:1

34:1 35:1 36:1 37:1
38:1 39:1 40:1 41:1
42:1 43:1 44:1 45:1
46:1 47:1 48:1,20
48:23 49:1 50:1
51:1 52:1 53:1 54:1
55:1 56:1 57:1 58:1
59:1 60:1 61:1 62:1
63:1 64:1 65:1 66:1
67:1 68:1 69:1 70:1
71:1 72:1 73:1 74:1
75:1 76:1 77:1 78:1
79:1 80:1 81:1 82:1
83:1 84:1 85:1 86:1
87:1 88:1 89:1 90:1
91:1 92:1 93:1 94:1
95:1 96:1 97:1 98:1
99:1 100:1 101:1
102:1 103:1 104:1
105:1 106:1 107:1
108:1 109:1 110:1
111:1 112:1 113:1
114:1,6 115:1 116:1
117:1 118:1 119:1
120:1 121:1 122:1
123:1 124:1 125:1
125:19,22 126:1
127:1 128:1 129:1
130:1 131:1 132:1
133:1 134:1 135:1
136:1 137:1 138:1
139:1 140:1 141:1
142:1 143:1 144:1
145:1 146:1 147:1
148:1 149:1 150:1
151:1 152:1 153:1
154:1 155:1 156:1
157:1 158:1 159:1
160:1 161:1 162:1
163:1 164:1 165:1
166:1 167:1 168:1
169:1 170:1 171:1
172:1 173:1 174:1
175:1 176:1 177:1
178:1 179:1 180:1
181:1 182:1 183:1
184:1 185:1 186:1
187:1 188:1 189:1
190:1 191:1,7,10
192:1 193:1 194:1
195:1 196:1 197:1
198:1 199:1 200:1
201:1 202:1 203:1
204:1 205:1 206:1
207:1 208:1 209:1
210:1 211:1 212:1

213:1 214:1 215:1
215:10 216:1 217:1
218:1 219:1 220:1
221:1 222:1 223:1
224:1 225:1 226:1
227:1 228:1 229:1
230:1,22 231:1
232:1 233:1,6 234:1
235:1,2 236:1,5
**Buck's (1)**
3:17
**building (3)**
157:3 167:12 176:24
**buildings (1)**
39:20
**Buildup (1)**
16:3
**Burke (3)**
2:4 5:4,14
**button (1)**
99:12

_____

### C

**C (1)**
3:21
**cabinet (1)**
158:12
**calculate (1)**
136:15
**calculating (1)**
133:6
**calibrated (1)**
132:5
**call (14)**
13:25 25:13 40:16
42:25 54:4 82:4
104:5 128:6 146:18
164:3,18 167:3
231:16,17
**called (14)**
7:11,16 45:8,17 98:23
102:12,21 105:18
182:14 208:11,14
208:16 209:12
228:15
**calling (1)**
147:21
**calls (1)**
207:13
**camera (1)**
165:25
**Cap (1)**
126:12
**capability (1)**
168:8
**capable (3)**

67:11 96:25 220:9
**capacity (3)**
8:23 84:20,21
**capturing (2)**
71:5 74:8
**car (1)**
26:2
**care (8)**
38:3 40:5 49:10 65:15
65:16 77:22 176:13
179:9
**carry (11)**
65:3,21 66:3 67:7,9
192:5,24 193:3,13
193:13 194:23
**carrying (1)**
67:11
**cart (14)**
53:25 54:2,3,4,15
111:13,16,17 119:7
119:11 127:25
150:10,14,14
**carts (1)**
176:3
**case (23)**
3:12 5:12 9:6 32:2
43:17,23 44:10
47:25 61:3 62:8
74:19 98:2 99:14
159:19 162:15
211:5 212:13
217:17 220:13,22
223:25 233:8,13
**cases (1)**
217:4
**Casual (1)**
128:5
**categories (3)**
116:4 145:4 219:9
**categorize (1)**
201:19
**caught (2)**
80:12 128:20
**cause (1)**
214:10
**CDC (2)**
44:18 212:9
**ceiling (8)**
102:18 108:17 128:15
128:17,18,20
148:12 149:5
**ceilings (1)**
157:18
**cell (2)**
66:22 67:22
**cement (1)**

146:12
**centigrade (1)**
160:13
**certain (9)**
37:22 43:7 66:3 67:2
95:5 132:23 150:2
202:23 231:4
**certainly (1)**
121:21
**certainty (2)**
232:13 233:9
**Certificate (2)**
3:13 236:4
**certify (1)**
236:5
**cetera (7)**
17:21 25:10 114:25
122:21 127:16,17
160:5
**chamber (1)**
148:24
**chance (1)**
186:16
**chances (2)**
97:10 145:9
**change (1)**
117:4
**changed (5)**
182:20 223:25 224:5
224:16 225:3
**changes (6)**
149:3 168:6,8 216:10
230:6,7
**changing (1)**
224:13
**chapter (6)**
46:23 47:3,7,13,15,21
**charge (3)**
27:15,21 30:9
**charged (2)**
236:13,14
**charges (2)**
25:6,22
**charging (2)**
25:3 30:10
**Charmaine (2)**
2:6 6:3
**chart (13)**
66:13 112:21,22,24
155:18 158:13,19
181:7 194:15
195:11,24 196:15
198:6
**charts (2)**
152:7 196:8
**check (8)**

52:2 55:13 56:2
123:13 137:10
140:21 166:13
176:11
**checking (1)**
40:6
**checks (2)**
39:25 41:9
**chest (2)**
60:22 226:6
**choose (5)**
52:17 103:3 166:5
169:18 220:12
**chose (5)**
87:18 101:20 118:4
119:12 153:21
**Christopher (2)**
32:22 213:7
**circle (1)**
197:14
**Cities (1)**
163:24
**civil (1)**
3:12
**claim (1)**
74:8
**claims (2)**
176:16 215:14
**clamped (1)**
135:24
**clarify (3)**
91:2,14 114:12
**clarity (1)**
29:19
**class (5)**
35:13,15,16 36:22,22
**clean (118)**
4:6,7,9,9,11,12 13:17
13:18,20,25 23:17
23:20 70:15,17 99:2
100:7 101:5,21,23
101:24 102:8,10,14
102:17,20 103:19
104:17,21 105:4,5,8
106:7 108:14,16,21
108:23 109:9
110:15,18,18,21,22
111:7,9,10 112:4,5
112:22 114:25
122:18,22 123:2
128:10,13,24 129:4
129:5,7,10,11 130:6
130:8 131:9,13
132:18,23 133:7,13
133:25 135:16,22
136:5,10,16,18

137:6 141:23 142:5
146:8,9,14,24
147:19,21,24 148:4
148:5,6,9,13,18,23
149:9 150:6,15
151:12 160:19,22
160:24 161:8
164:10 169:19
170:5,24,25 176:4
176:22 180:10,21
184:22 203:14
220:6 221:15,17,25
222:4,5,6
**cleaned (12)**
69:10,15,15,18,24,25
70:2,10 127:25
171:4,7 223:24
**cleaner (3)**
112:2 146:19 176:12
**cleaning (4)**
69:16 157:11,13
176:2
**cleanliness (1)**
147:7
**clear (3)**
51:5 110:23 222:11
**clearing (2)**
219:11,13
**clearly (1)**
202:7
**clinical (7)**
38:18 76:15 77:5,21
78:3 162:8,10
**clinically (1)**
162:16
**clinician (1)**
78:16
**clinicians (1)**
162:15
**close (6)**
148:10,19 201:10
210:17,23,24
**close-up (1)**
172:19
**closed-door (1)**
158:11
**cloth (1)**
176:2
**clothes (7)**
69:22 143:16,18
152:3,4,5 178:16
**clothing (1)**
128:5
**co-authored (1)**
19:10
**code (1)**

195:3
**coded (1)**
230:25
**colleague (2)**
15:5 126:2
**collect (3)**
95:10 106:2 136:6
**collected (8)**
12:9,17 75:14 120:7
132:24 135:18
155:16 157:2
**collecting (8)**
96:17 97:6,7,24 98:3
99:3 105:23 138:20
**Collection (1)**
3:18
**collects (4)**
68:25 69:2 97:23
105:15
**color (2)**
115:24 230:25
**colored (2)**
226:21 227:12
**colors (1)**
116:3
**column (8)**
99:25 106:4,14,14
107:6 115:11
116:10,12
**columns (5)**
106:3 116:11 189:4
193:21 199:14
**combined (2)**
35:16 50:7
**come (17)**
23:21 29:15 41:12,25
58:21 64:12 68:9
76:22 79:12 80:13
81:19 89:22 90:2,5
170:16 173:25
179:19
**comes (5)**
40:16 54:13 105:13
116:24 231:20
**coming (23)**
56:2 79:21 90:7,13,16
96:22 102:17 103:5
103:7,14 120:17
148:12 149:5
169:10,23,24
170:22 201:20
205:13 209:16,21
210:6 221:23
**commencing (1)**
5:5
**comment (1)**

92:25
**comments (3)**
154:17,19,20
**common (1)**
129:21
**communication (2)**
141:16 207:14
**communications (9)**
31:23 32:6,18 33:6,14
33:22 34:3,8,18
**company (6)**
2:6 6:4 170:12 207:2
207:25 209:9
**comparable (1)**
147:6
**compare (14)**
93:23 94:6,11,22,23
95:19 152:21 181:2
181:17 182:22
184:21 195:25
199:17 202:19
**compared (4)**
41:3 202:12 204:24
217:3
**comparing (2)**
203:11,12
**comparison (1)**
118:9
**comparisons (1)**
12:5
**complain (2)**
44:15 212:5
**complaining (1)**
46:17
**complaint (1)**
7:14
**complete (7)**
11:4 19:19 20:19
24:13 27:8 29:16
178:23
**completed (8)**
11:2 12:3 29:2 31:5
35:21 39:23 51:3
126:21
**completely (1)**
156:24
**completing (1)**
35:19
**components (3)**
78:22 88:23 89:25
**computer (10)**
53:12 54:7,9 56:3
58:23 59:7,11 158:3
181:20 182:19
**computers (5)**
53:8,17,19 54:14

55:23
**concentrations (1)**
42:19
**concern (1)**
40:15
**concerned (5)**
94:7 141:20 173:24
216:19,22
**concerning (4)**
24:21 31:15 39:10
236:7
**conclude (1)**
203:8
**conclusion (4)**
202:4,5 203:23 204:9
**conclusions (1)**
201:22
**condition (1)**
129:25
**conditions (8)**
40:22 41:20 42:8,18
42:24 170:17,19,20
**conduct (3)**
79:6 123:11 201:15
**conducted (3)**
34:12 46:2 201:10
**conducting (3)**
217:5,15 232:9
**configuration (1)**
150:12
**confirming (1)**
220:22
**confuse (1)**
140:10
**confused (5)**
25:11 134:14 135:20
159:7 209:20
**confusing (2)**
117:11 173:21
**confusion (2)**
90:25 209:16
**connect (1)**
147:23
**connected (7)**
76:4,11 137:22 174:2
187:12 189:19
227:17
**connection (1)**
24:21
**consecutively (2)**
125:11 163:8
**consider (12)**
15:17,21 20:4 21:11
21:17,20 22:4,14,22
51:13 61:11 99:5
**considered (19)**

3:22 14:17 16:6 22:3
22:14,15,20 23:10
24:10 32:2 56:10
61:16 74:19 96:4
102:8,10,14 103:17
226:6
**consistency (5)**
140:25 141:4,6
151:22 209:17
**consistent (8)**
18:23 141:8 206:25
207:24 209:14,25
223:18 225:9
**construction (6)**
46:24 49:13,15,16,17
49:17
**consulted (1)**
39:6
**consulting (2)**
28:25 214:18
**contact (1)**
85:23
**contacted (4)**
39:10 44:14 166:9
212:2
**contain (4)**
31:24 62:19 67:22
198:6
**contained (5)**
17:15 18:4 25:23
68:15 207:16
**container (38)**
170:2,4,18 171:12,17
172:3,16,18,24
173:2,7,19,20,23,23
174:12,16,19
175:23,25 176:6,10
176:17 177:8,16,19
178:2,6 190:16,23
191:22 211:12
230:23 231:2,5,9,12
232:4
**containing (1)**
230:23
**contains (1)**
12:23
**contaminants (2)**
221:22 222:8
**contamination (2)**
56:20,21
**content (2)**
12:5 22:16
**continually (3)**
223:8 231:23 232:18
**continue (1)**
125:22

**continued (4)**
4:3 108:19 156:19
222:2
**contract (2)**
25:13 236:18
**contractor (1)**
29:4
**control (5)**
93:24 156:23 161:6
217:3 236:12
**controls (7)**
42:25 51:15 110:15
110:16 206:18
229:9,9
**controversy (1)**
236:7
**Convection (1)**
3:23
**conversation (1)**
207:20
**cooling (2)**
14:15,21
**copies (3)**
100:10 236:14,14
**copy (7)**
11:4 23:13,15,17,20
47:13,15
**corner (4)**
97:10 164:23 165:8
165:14
**corners (1)**
53:19
**correct (205)**
6:22,23 7:6,24 8:9 9:6
12:13 18:4 19:22
22:20,20 25:18
27:24 28:13,23
34:24 36:14,15,16
36:17,18 41:4 43:13
45:24 50:13 52:20
54:7 57:3 62:17
63:12,16,18 64:20
65:3,19,24 66:19
68:12,13,15,16,20
68:21,23 70:21,24
72:15 74:10 76:8,12
77:3,7,18,25 78:14
79:24 80:23 81:11
83:15 86:2,18 87:9
89:13,17,18 90:10
90:11,13,14,16,19
91:5 92:17,19,20
93:13 97:18,19
101:14,15 103:22
104:2 107:2,4,9,11
107:20,22 108:2,11

108:21 109:14,16
110:3 115:7,21
116:23 117:8 124:9
124:24 126:6 127:7
127:8 129:18
140:10,15 142:3
143:5,11 144:17,19
145:7,11,17,18
147:14,25 151:17
152:16 155:25
156:2,7 157:9,10
161:5,18,24 162:6,7
162:12,23 163:20
163:21 165:14,17
166:24 168:23
169:5 170:2,3
171:10,11 174:17
177:10,16 180:5,6
184:15 185:18,24
187:8,14 189:23
190:3,24 192:23
193:12,23 194:7,10
194:17 195:4,9,13
197:15,17 200:21
202:3 203:22,25
204:7,8,25 205:4,23
206:11,12,15,23
207:4 209:4 210:3,8
210:9,11,12,14,15
210:18,24 211:20
211:22,23 216:17
218:15,18 220:23
227:15 231:13
232:6,7,16,17
233:11 236:11
**corrected (1)**
154:21
**Correction (1)**
234:3
**correctly (3)**
94:15 207:3 229:14
**corrects (1)**
68:24
**correspond (1)**
109:23
**correspondence (6)**
17:17 31:9,10,12,13
31:14
**corresponding (1)**
116:3
**cost (1)**
236:13
**counsel (50)**
5:19 8:13,20 11:16,18
18:7,20 19:20 22:24
24:24 25:8,18 26:4

26:5,9,10,16 27:12
29:14 30:11 31:11
31:24,25 79:16
84:14 85:16,19,24
91:8,12,15 92:11,18
92:25 100:13 114:6
121:17 130:25
134:18 183:9,24
186:15 199:2 200:2
207:7 208:6 215:16
220:5 223:13
225:19
**counsel's (2)**
207:18 233:7
**count (26)**
42:9,14,17 43:6 56:18
56:19 82:12,17
83:19 86:24,25 87:2
94:2,6,9,11 95:2,9
169:15 191:14
206:22 215:23
217:5 218:6 219:22
221:7
**counted (9)**
68:10 74:4 99:6
177:22 178:11
180:15 204:14,16
211:18
**counter (103)**
60:3 63:7 68:7,8,9,11
68:14,18,22,24
87:17,18,19 90:9,12
95:6,8,10,14 96:2
96:16,19,21,25 97:2
97:6,9,15,20,23
98:2,3,20 99:2,4
105:2,8,9,10,11,13
105:17,19,23 106:7
110:9,13,14 111:14
114:24 115:19
121:6 127:6,17
131:25 132:4
133:19,25 134:6,8
134:10 135:3,7,11
135:18 136:6,23
137:3,12,20 141:19
144:3,7,18 153:16
153:20 155:22
156:19,25 161:12
175:9 177:22 188:9
189:25 191:21
202:17 203:18
216:23 217:18
218:25 219:4,12,12
219:21 220:8
224:19 225:18

226:13,22 227:12
227:17,20 228:4
**counter's (1)**
98:18
**counters (1)**
98:9
**countertops (1)**
176:22
**counting (45)**
40:10,12 41:6,9,15,16
41:18,24 42:2,4,6
47:8,12 51:19 57:3
57:8 58:8,16 60:15
60:19,23 81:11,24
83:14 85:8 87:5,15
93:17,20 94:19,25
95:4,17,21 96:14
105:8 121:10
123:17 129:9
133:15 137:21
138:6 206:5 220:9
225:25
**country (1)**
215:14
**counts (28)**
40:4 42:10 43:9,12,14
43:15 51:12 52:7,20
55:13 56:23 57:9
58:10 61:4 68:16
69:3 72:24 75:11
79:23 96:2 99:3
106:5 120:6 141:8
184:12 216:7
218:17 221:11
**County (2)**
236:3,9
**couple (8)**
12:3 27:7 28:25 158:3
165:20,23 187:2
189:3
**course (12)**
18:3,15,23 35:10,12
35:12,17 36:3,25
61:11 163:18
217:15
**courses (3)**
35:8 36:19 38:12
**court (4)**
1:2 5:11,17 6:5
**courtroom (1)**
8:4
**cover (1)**
55:10
**coworkers (1)**
28:24
**creates (1)**

89:21
**credits (1)**
35:13
**critical (2)**
49:9 52:18
**cubic (8)**
219:24 220:3,13,19
228:19,24 229:16
230:15
**current (1)**
21:3
**currently (1)**
215:12
**Curriculum (1)**
3:20
**cut (4)**
164:6 172:2 193:21
219:9
**CV (12)**
19:14,15,21 20:4,22
21:3,7 36:12 39:14
47:3,23 51:2
**cycles (1)**
105:7
**Cynthia (4)**
1:25 5:17 236:5,23

---
**D**

**D (1)**
3:2
**daily (1)**
74:2
**Dakota (2)**
236:3,9
**damage (1)**
39:20
**dangling (1)**
133:24
**darker (1)**
195:14
**Darouiche (1)**
33:4
**Dasari (1)**
214:4
**data (59)**
4:6,8,11 12:7,8,10,14
12:15,16,17 17:20
31:24 34:11 81:5
84:3 86:19 87:3
94:23,23 98:19
99:20 101:10 105:6
109:24 112:25
113:12,12,18,18,22
114:3 116:8 117:12
120:2 121:15
123:24 129:12,14

129:24 130:18
131:18,19 141:17
141:25 142:9
144:13 155:16,24
183:18 186:17
195:18,25 196:7,15
198:10 200:4,5
224:8,12
**date (12)**
28:5 85:12,14,18,20
139:9,9,13,14,15,21
150:17
**dates (1)**
25:25
**David (2)**
32:16 213:20
**day (7)**
5:3 150:16 152:2
167:4 190:14 236:6
236:20
**deal (2)**
55:23 216:6
**deals (1)**
39:14
**dealt (2)**
36:23,24
**Deborah (3)**
2:5 5:25 6:21
**December (1)**
27:2
**decided (2)**
16:19 181:20
**deeply (1)**
65:16
**defendants (4)**
2:6 6:2,4,25
**defines (1)**
25:9
**degree (4)**
30:2 35:4,23 233:8
**degrees (1)**
160:13
**delivers (1)**
54:5
**demonstrated (2)**
84:18 202:9
**demonstration (2)**
93:2 164:8
**demonstrations (2)**
17:20 18:14
**demonstratives (1)**
18:25
**departmental (1)**
146:25
**depending (5)**
69:16 70:9 97:2

218:11 221:10
**depends (1)**
147:7
**depicted (1)**
227:13
**depicting (1)**
111:8
**Deponent (1)**
2:14
**deposition (26)**
1:15 3:12,13 5:2,8,13
6:22 7:9,10,11,16
8:7,21 9:23 17:9,11
17:14 26:17 28:7
48:20 125:19 191:7
233:20 236:5,13,15
**describe (4)**
11:11 57:20 146:5
227:23
**described (4)**
55:20 101:19 102:12
154:22
**description (4)**
3:11 4:5 36:21 69:16
**descriptions (1)**
119:5
**design (4)**
16:2 46:6 72:11 216:9
**designed (4)**
35:20 131:13 222:14
229:23
**designer (1)**
72:4
**desk (1)**
71:16
**details (1)**
86:11
**detect (7)**
68:6,22,25 137:5
144:19 145:7
155:22
**detected (4)**
116:14,17,21 189:25
**detecting (1)**
155:20
**detects (1)**
69:2
**determination (2)**
31:2 104:4
**determining (1)**
215:23
**device (17)**
39:10 45:9 59:3 63:21
75:4 76:4,16 77:6
77:24 78:11,13
81:25 82:15,24 85:9

219:13 230:13
**devices (9)**
39:7,11 40:8 82:3,5
83:13 91:15 92:5,10
**diagram (2)**
66:8 67:24
**diagrams (1)**
119:6
**difference (13)**
41:21 80:16,16,24
94:11 99:7 119:3,9
119:21 120:3
152:22 160:23
185:25
**different (34)**
13:23 24:11 43:11
64:3 72:6 98:5 99:9
99:12,21 104:7
118:21 122:23
123:9,9 150:12
152:2,3 154:11
161:17 163:9,9
165:12,13,14,21,23
167:10 179:24
182:3 193:16 198:7
198:16 211:25
220:2
**differentiate (2)**
68:18 90:12
**differentiation (1)**
141:6
**differently (1)**
151:24
**difficult (1)**
117:24
**difficulty (1)**
82:8
**digital (1)**
40:8
**dilute (1)**
121:8
**diluted (1)**
121:3
**direction (1)**
236:12
**directly (1)**
206:16
**dirtier (1)**
146:18
**disagree (2)**
67:4,15
**disagreed (1)**
192:18
**disclose (2)**
18:21 19:4
**discuss (1)**

29:14
**discussed (4)**
170:9 201:5 207:7
218:22
**discussing (1)**
27:7
**discussions (1)**
15:11
**diseases (2)**
38:22,25
**disinfectant (5)**
69:11,24 176:14,15
176:19
**disinfectants (1)**
69:5
**disinfecting (1)**
177:11
**disk (1)**
83:17
**distance (1)**
144:4
**distinction (3)**
68:12 101:11 204:23
**distortion (1)**
117:20
**District (4)**
1:2,3 5:11,11
**doctor (2)**
54:25 77:21
**document (15)**
3:21 9:25 10:3 12:23
25:8 26:18 88:25
130:25 199:4
207:25 208:5 209:7
209:9,10 226:15
**documentation (3)**
85:7 168:12,14
**documenting (1)**
53:21
**documents (25)**
3:22 10:5,7,14 17:7
17:10,13,17,22,24
17:25 18:6,10,16,17
30:24 31:6,17,20
34:18,21 74:18
201:25 207:2,8
**doing (23)**
15:10 26:12,14 39:24
40:4 42:16 73:3
93:20 94:24 95:4
96:7,13 108:15
121:20 127:23
135:22 138:14,23
145:11 176:8
180:21 210:7 228:2
**door (16)**

128:25 146:12,20
147:22 148:2,3,5,7
148:10,17,19
149:23,24,25 150:2
151:12
**downloaded (1)**
141:16
**downstream (1)**
51:20
**downward (1)**
102:17
**Dr (3)**
33:4 35:10 36:22
**drape (1)**
201:16
**dress (2)**
128:5,9
**dressed (1)**
151:24
**drive (6)**
13:4 14:7 60:3,4
137:9 151:16
**drives (3)**
59:24 83:17 88:21
**duly (2)**
236:6,9
**duplicates (1)**
165:23
**dust (1)**
68:19

**E**

**E (1)**
3:2
**e-mails (3)**
33:7,22 34:4
**earlier (7)**
71:13 75:21 83:11
90:8 103:19 192:4
227:24
**early (2)**
7:12 36:5
**ease (2)**
12:14 113:13
**education (1)**
233:9
**effect (1)**
169:11
**effective (1)**
71:5
**efficiencies (3)**
72:23,25 74:6
**efficiency (13)**
43:4 71:12,22,24 72:2
73:11,25 74:8 75:10
212:6 221:10 222:3

229:10
**efficient (2)**
52:6 71:7
**efficiently (2)**
70:10,12
**effort (1)**
81:20
**eight (1)**
117:2
**either (18)**
16:14 18:14 34:19
35:13 40:19 49:9
84:20 88:9 121:15
123:11 124:2
149:23 150:13
153:4 159:15
202:15 210:6 229:9
**elaborate (1)**
61:14
**electric (2)**
53:10 59:5
**electrical (3)**
59:3 89:24 129:6
**electrocautery (3)**
54:16,24 166:16
**Electronic (1)**
158:2
**eleven (1)**
117:4
**Emissions (1)**
16:4
**emits (5)**
88:7,13,14,15,17
**employee (6)**
28:22,23,25 29:3 34:7
102:3
**employment (1)**
29:10
**empty (2)**
60:23 63:14
**enclosed (1)**
12:7
**engagement (4)**
24:20,23 25:2,13
**ensure (1)**
129:22
**entire (10)**
20:3 126:25 127:3,5,9
128:15 136:5
144:10,11 151:21
**entirety (2)**
220:6,6
**entitled (2)**
3:21,23
**entity (1)**
31:15

**entries (1)**
141:22
**environment (23)**
14:15,22 39:25 44:6
64:7 72:5,5,12 95:2
95:22 103:6,24
136:7 142:17,20
146:18,19 148:11
154:5 219:14
221:21,25 224:3
**environmental (7)**
35:9,18 40:22 41:20
42:18,24 148:24
**environmentalist (3)**
28:20 29:23,25
**environments (1)**
38:3
**episodes (1)**
189:5
**equal (2)**
116:11 154:3
**equates (1)**
148:25
**equipment (56)**
11:13 52:23 53:2,4,9
53:13 54:12 55:12
56:12,15,15,17,20
57:9 58:10 60:17
61:4 78:19,20,21,22
78:24 79:3 81:15
82:3,7 83:8,10,12
83:15,16,18,20,23
86:9,11 96:8 111:11
118:15 127:23
157:20,21,23,23,25
157:25 158:2,6,10
166:2 167:7,17
168:21,22 170:15
230:11
**errata (2)**
234:2 235:4
**escape (2)**
80:13 148:21
**escaping (1)**
225:2
**especially (2)**
142:20 167:6
**Esq (4)**
2:5,6,13,19
**essentially (4)**
222:11 227:5 228:9
229:16
**estimate (1)**
27:10
**et (7)**
17:21 25:9 114:25

122:21 127:16,17
160:4
**evaluate (16)**
40:16 50:22 51:8
56:20 76:20,22
80:17,20 81:22 83:7
83:25 86:9 88:4
93:25 215:19
216:15
**evaluated (4)**
59:10 74:5 82:10,11
**evaluating (4)**
80:3 87:3 119:24
228:12
**evaluation (44)**
16:2 42:13 47:4 50:18
87:4 98:23,25
101:19 111:5,7
112:14 114:18
121:13 122:13
123:25 124:5
125:24 126:7
139:24 140:3
145:11 146:2,6
150:20 151:10,21
152:9 153:17 157:6
157:7 162:3,4 163:4
163:13,15 171:10
191:12 199:18
200:24 201:5,8,10
201:15 215:22
**evaluations (2)**
112:17 202:7
**event (2)**
132:25 224:14
**events (1)**
142:12
**evidence (1)**
193:6
**evident (1)**
232:8
**exact (3)**
36:21 85:20 164:14
**exactly (8)**
12:15 98:16 99:19
115:9 123:4 144:4
176:16 177:13
**examination (6)**
3:4,5 6:15 170:7
215:8 230:20
**examine (1)**
186:16
**example (17)**
13:17 40:3 42:13 46:7
67:21 74:14 93:19
96:7 116:6 139:7,12

139:16 180:3
184:20 193:25
195:24 219:18
**exchange (3)**
221:2,6,9
**exchanged (1)**
231:22
**exchanges (1)**
230:4
**excluding (1)**
31:10
**excuse (2)**
110:4 186:12
**exercise (1)**
35:22
**exercises (1)**
35:20
**exhaust (4)**
149:6,19,20,20
**exhibit (97)**
3:12,13,14,15,17,18
3:20,21,21,23 4:6,8
4:11 9:18,22 10:3,4
10:6,8,10,15,17,20
10:22 11:6,9,10,11
11:15,20,24,25 12:2
12:11,16,20,21,22
12:23 13:6,12 14:14
15:8,24 16:11 17:3
17:3,4,7,12,15,25
18:4,6,12,17 19:21
19:21 20:12,20,22
21:9,9 24:2,4,18,19
25:23 30:23 31:13
31:17 32:4 74:18
99:20 100:4,14
113:9 118:24
125:16 139:2,19
144:22 160:19
183:6,11,15,23
197:5 198:23,25
199:23,25 201:24
202:2 207:16
224:11 226:12
**exhibits (7)**
3:9 4:2 9:21 18:14,22
19:7 31:20
**exist (2)**
64:19 145:5
**existence (2)**
219:17 223:3
**exit (2)**
149:6,21
**expect (7)**
18:23 43:2 52:7 221:6
221:11 228:19

229:14
**expectations (1)**
40:24
**expecting (1)**
8:8
**expenses (1)**
25:22
**experience (10)**
11:3 39:13,17 54:23
154:5 223:19
224:19 228:11
231:17 233:10
**experiment (9)**
34:11,15 35:22
161:10 219:17
222:17,21 224:12
226:3
**experiments (7)**
17:20 176:3 204:16
206:18 217:16
218:18 220:16
**expert (24)**
3:14 7:5 8:20,22,24
14:18 20:23 24:6
25:15 26:15 34:14
34:14 36:9 37:7,13
38:15,24 39:3 43:22
61:12 75:24 79:17
84:22 155:4
**experts (1)**
78:6
**explain (4)**
44:2 121:7 146:10
175:13
**explained (3)**
8:10 125:8 209:24
**explaining (1)**
115:23
**explanation (1)**
142:15
**expressed (1)**
43:8
**extension (5)**
134:10 135:2,12
138:5 228:9
**extent (12)**
18:25 24:7 77:8 83:2
84:5,23 150:3 184:3
199:2 207:13,15
209:20
**external (1)**
202:10
**extra (3)**
35:7,7 172:11
**extremely (1)**
65:24

| F |
| --- |
**facilities (1)**
65:16
**facility (1)**
123:11
**fact (8)**
8:22 89:11 130:5
144:13 153:19
159:10 181:19
224:13
**facts (3)**
31:24 130:24 193:5
**factual (1)**
7:20
**fair (2)**
97:5 184:13
**fairly (3)**
141:8 164:13,15
**Fairview (4)**
40:14,14 41:6,10
**familiar (8)**
37:24 52:3,23 73:17
73:19 74:12 87:24
192:15
**familiarity (3)**
48:25 50:12 228:18
**family (1)**
34:5
**fan (15)**
53:8 54:9 55:6,9,11
59:5,16 99:19
101:12,14,15
110:19 118:22,23
120:15
**far (26)**
27:11,25 40:24 43:15
46:5,5 49:17 53:9
55:12 70:17 71:21
71:23 72:3,19,21
73:2 95:2,11 98:16
98:17 99:17,25
104:21 144:5
173:16 215:17
**farther (1)**
135:6
**faster (1)**
99:13
**FDA (3)**
44:18 212:2,2
**fee (2)**
27:15,17
**feel (3)**
141:2 170:9 214:15
**feet (1)**
149:2
**felt (16)**

15:15 72:19 80:9 81:4
86:21 87:13 103:5
104:16,21 112:9
130:7 141:21
178:22 179:16,18
205:9
**figure (5)**
66:9,11,14 67:19
134:17
**figures (1)**
66:7
**fil (1)**
149:19
**file (3)**
3:17 31:9 207:16
**filed (2)**
5:10 7:14
**files (1)**
158:9
**filter (66)**
46:9 51:17,21 52:3,6
52:10,15,19 55:21
70:24 71:4,12,22,24
72:2,4,9,11,14,23
73:11 74:7,13 75:4
75:9 80:11 104:11
104:12 105:3,14,14
105:15,16,23
114:17 139:25,25
152:11,12,14,15,18
152:20,21,24 153:6
153:7,9 156:3,4,8
160:15,16,22
167:19 184:22,22
189:14,16 205:21
206:3 219:5,5,7
229:10 231:19
**filtered (12)**
74:4 102:15 128:16
149:10 205:20
221:24 222:3,7,14
223:6,9 224:2
**filtering (1)**
147:13
**filters (20)**
46:3 51:17,20,21
52:16,17 70:20,21
73:21,22,24 74:3
93:14 108:17
128:13 129:22
140:14 222:3
229:10,11
**filtration (10)**
16:2 37:11,14 43:3
74:5 131:14 168:13
169:9 221:10 222:2

**final (1)**
26:11
**find (8)**
65:9,11 84:3 85:19
117:17 171:18
197:3,6
**findings (5)**
189:20 206:24 207:23
209:25 220:22
**finds (1)**
21:23
**finish (3)**
73:6 122:13 186:12
**finished (4)**
73:6,7 177:19 202:22
**firm (5)**
5:14 30:10,13,16
86:10
**first (57)**
7:8 9:22 65:12 75:18
85:11,12,14,17,18
85:21 88:11 93:21
98:22,23,25 100:6
100:21 101:19
104:25 106:4,14,22
108:23 109:18,24
110:5 111:5,6
112:13 113:9
114:17 115:4,5,5,8
115:17 121:13
122:13 123:25
124:5 125:24 126:7
139:23 140:2
145:11 150:22
153:6,17 157:6
159:20 162:3 163:8
163:8 189:2 202:6
208:23 236:6
**fit (4)**
51:22 118:6,9 174:11
**five (11)**
105:7 124:16 130:10
130:21 132:19
159:20 160:25
161:3 180:16 189:4
220:14
**flash (2)**
13:4 14:7 137:9
151:16
**flex (2)**
138:7 204:13
**floor (14)**
69:6 70:2,14 102:2
110:22 119:14
146:12 147:8,15
149:11,12,22 171:7

171:10
flow (5)
64:10 102:17 129:11
159:19 229:23
flowing (1)
108:17
Fluke (6)
217:9,13,17 218:21
225:24 226:22
folder (5)
11:23 15:12 16:16
25:25 138:22
folks (2)
32:6 91:20
follow (9)
37:25 38:9 72:15
73:10,17,18 161:16
210:10 218:22
follow-up (1)
215:15
followed (4)
37:20,23 72:22
145:22
following (4)
6:10 70:16 72:20
155:9
follows (1)
58:7
foot (10)
164:19 219:24 220:3
220:13,19 228:19
228:22,24 229:16
230:15
footnote (1)
92:2
force (1)
148:10
forced (3)
1:5 5:9 88:21
forced-air (3)
15:25 34:20 80:21
foregoing (1)
236:11
forget (3)
36:21 149:3 150:14
forgot (2)
26:2 139:15
form (72)
55:15 57:5,11 59:9
61:18 62:6 64:15
66:4,24 69:12 70:6
70:8,25 71:6 72:16
76:18 77:8 78:2,15
81:12 86:3 90:17
94:13 95:25 97:3
98:15 121:16

124:11 127:14
130:3,14,23 131:4
132:9,20 142:6
143:6,14,17 145:12
155:6 156:6 159:22
161:25 162:13
166:25 168:24
179:14 186:8
187:15 189:10
192:6,12 193:5,18
194:14 195:6,21
196:7,14,22 197:23
198:8 200:25 204:2
204:20 205:2,15
210:25 211:15
213:8 231:14
format (1)
112:19
forming (2)
15:21 32:2
forthcoming (1)
18:24
forward (1)
39:18
found (13)
15:11 16:15 67:18
69:17 75:9 95:24
113:2 116:8,13,16
116:16,20 189:9
foundation (12)
193:6,18 195:7 198:9
205:18 214:13
221:8,19 223:21
224:23 225:12
229:20
four (13)
35:13 95:9 107:24
109:25 117:2
141:22 144:14
153:16 156:3,16
159:19 160:7
180:16
frame (1)
37:4
free (2)
62:10,15
frequency (1)
217:21
front (9)
9:21 10:20 11:9 17:2
19:24 26:19 31:21
73:12 130:25
full (2)
6:17 7:10
fungal (2)
56:21 62:19

fungus (1)
56:22
furnish (2)
26:3 176:17
furnished (1)
91:8
further (3)
61:15 201:4 230:20

_____
G
_____

Gabriel (2)
2:19 5:23
gaps (1)
51:20
Garrett (1)
34:6
gasses (1)
54:5
gauge (1)
40:9
Gauthier (2)
32:12 213:13
general (6)
39:24 51:9 54:13
146:25,25 228:18
generally (12)
47:10 50:8,9 53:18
56:10 60:19 63:24
71:23 75:13 93:17
147:9 228:11
generate (9)
58:19,23 59:18,25
60:17 82:4 89:22
95:23 178:2
generated (19)
10:24 61:4 76:20
78:23,24 81:6 89:24
90:5 99:8 103:18
104:5 119:10
146:17 152:20,24
153:2,3 210:20
220:21
generates (7)
80:21,25 88:5,8,18
89:20 230:14
Genevieve (3)
2:13 5:21 215:10
gentleman (1)
28:11
getting (3)
80:10 167:5 229:5
give (9)
6:10 40:3,3 49:24
81:5 100:8 137:18
184:19 190:7
given (6)

7:8 36:13 89:3 186:10
208:2 224:18
giving (2)
168:5 220:11
gloves (1)
175:3
go (34)
21:9 23:20 24:18
27:18 43:15 56:11
57:2,7 58:8 73:3
75:6 79:12,13 82:18
88:2 125:10 126:14
126:16,22 127:12
128:25 142:22
164:6 166:5 173:7
177:21 181:4,5
182:16,17 198:14
212:20 221:7,11
goes (12)
39:17 89:15,16 94:18
95:3 140:18 149:10
149:16,18 180:5
207:17 221:6
going (54)
9:4 23:21 48:14,16,21
53:22 59:18,25
97:10,16 100:8
105:25 117:25
121:24 122:4
125:13 130:22
131:9 138:17,23
155:7 157:8 162:13
162:14 169:9
170:16 172:25
179:19 183:3 186:7
187:13 190:4 191:3
191:8 192:11 193:4
193:17 195:5 196:6
198:25 203:25
204:7,24,25 206:8
206:12,14,22
207:12 212:24
214:12,23 223:16
233:18
golden (2)
226:21 227:12
good (10)
6:19,20 13:9 52:21
70:13 80:18 122:8
159:16 164:15
190:5
graduate (1)
35:9
graph (59)
4:6,8,11 101:3 109:23
109:23,25 110:4

112:21,25 113:3,9
113:11,12,14,15,15
113:25 115:3,9,23
116:5,5 117:5,9,11
117:15,21 118:6,9
118:19 120:2,3,6
121:16 123:24
125:2 161:20
178:18 181:5,15,15
181:25 182:16,17
182:22,24 185:7
188:11 189:6,8
193:15,22 196:23
198:3,15,17 199:13
199:21
graphs (11)
3:16,18 12:11,15
115:5 152:7,8
179:23 180:7 181:9
182:2
great (1)
216:6
greater (12)
71:8 116:21 160:8
161:21 188:17
189:21 195:12
196:13 197:8
211:11 216:20
217:2
green (10)
133:18 134:6,11
135:2 194:9,12
227:16,21 228:5,8
Gregory (1)
33:2
grew (1)
74:14
ground (1)
146:11
growing (1)
56:22
guess (30)
22:17 25:11 42:4 47:4
56:9 62:7 72:8,18
73:2 77:13 84:24
93:7 96:4 112:9
113:12 117:23
119:13 128:8 130:5
131:15 132:5
174:10 176:7
202:20 205:3 209:6
209:19 224:10
226:2,6
guessing (4)
185:23 210:13 231:11
231:16

**guesstimate (1)**
164:15
**guesstimation (1)**
159:16
**guideline (1)**
95:3
**guidelines (3)**
37:23 43:7 71:16
**guys (1)**
183:7

**H**

**half (1)**
190:5
**hallway (1)**
156:25
**Hamer (2)**
32:14 213:25
**hand (2)**
6:8 236:20
**handheld (3)**
40:7,8 98:10
**handling (1)**
223:15
**hands (2)**
211:14 223:15
**happen (2)**
119:13 142:18
**happened (1)**
118:16
**happening (1)**
49:21
**happens (2)**
49:19 78:13
**happy (3)**
83:22 84:14 137:13
**hard (9)**
59:24 60:2,3 117:12
  147:8 189:7 195:18
  195:25 200:5
**Harper (1)**
214:6
**Harris (9)**
2:6 6:3,3 20:8,10,12
  23:16,19 185:9
**head (4)**
38:6,11 71:15 159:15
**health (7)**
30:6 65:15 101:25
  102:3,4 122:24
  176:13
**Healthcare (5)**
2:7 6:2,4,25 47:5
**heard (9)**
33:11 43:21 61:23
  62:3 75:18 102:11

131:9,11,17
**hearing (1)**
229:13
**heat (2)**
38:12,16
**height (1)**
60:21
**held (1)**
5:13
**help (4)**
29:18 86:21 127:24
  154:15
**helped (2)**
29:13 127:20
**helpful (3)**
24:8 57:12,20
**helping (4)**
28:12 29:11 86:9
  174:10
**HEPA (27)**
46:2,8 52:15,16,17
  73:20,22,24 74:3,4
  74:7,13 75:4,9 82:6
  102:15 105:14,15
  105:16 108:17
  128:13,15 131:13
  140:14 219:5,5,7
**HEPA-filtered (2)**
142:17 149:4
**HEPAs (1)**
75:11
**hereto (1)**
236:17
**Hey (1)**
55:25
**high (4)**
60:22 99:18 222:3
  232:17
**higher (2)**
221:10 229:12
**highest (2)**
185:16,22
**highlighting (1)**
18:8
**highly (5)**
221:24 222:3,7,14
  225:2
**Hildahl (2)**
2:24 5:16
**history (1)**
11:3
**HODGES (1)**
2:18
**hold (9)**
36:6,9 37:7,13 38:15
  38:24 39:3 65:9

233:8
**hole (8)**
172:3,9,11,17,25
  173:6,9,11
**honestly (4)**
63:6,9 128:21 153:18
**hope (1)**
180:15
**horizontal (1)**
70:19
**hose (64)**
76:11 79:20,21 80:3,4
  80:6,9 81:2,7 88:22
  89:12,17 90:3,7
  99:3 105:14 106:2
  120:11 121:3,11
  123:22 133:10,12
  133:14,18,18,21,22
  133:23,24 134:4,6,9
  134:9,9,11,11,24
  135:2,3,15,17,19,23
  136:12,14,24 138:4
  138:5,7 146:9,13,13
  147:22 150:5
  151:12 172:2,12
  173:20 179:3,11
  190:19 210:7
  211:22
**hospital (24)**
28:19 29:22,24 38:3
  39:23,25 40:2,14
  41:14,19,25 44:15
  46:20 49:19,22 50:3
  50:24 55:25 56:4,5
  154:5 166:24
  170:11 216:14
**hospitals (19)**
40:11 42:7 48:24,25
  49:4,6 50:16 51:25
  52:13 60:16,20 69:5
  70:21 73:4 167:10
  214:17 216:2,6,18
**Hot (1)**
3:23
**HotDog (3)**
45:8,12 63:21
**hour (9)**
27:21 28:2 48:15
  168:6 190:5 200:2
  230:5,6,7
**hourly (2)**
27:15,17
**hours (7)**
26:7,11 27:14,25 28:3
  28:4 35:12
**housing (2)**

51:21,22
**Houston (1)**
2:19
**huge (1)**
141:7
**Hugger (146)**
1:5 3:16 4:6,7,8,9,11
  4:12 5:9 10:25
  11:14 34:16 43:18
  43:21,24 44:11,15
  44:19,23 46:14 48:3
  64:18 75:16,18,22
  76:3,20,23 79:19
  80:12,21 83:3 88:5
  88:20,23,25 89:11
  90:24 99:6 100:7,22
  100:24 101:4 103:5
  103:8,9,10,13,17,21
  104:5 105:7 106:2
  109:15,18 110:2,5
  112:21,23 113:19
  113:22 115:6,8,18
  118:18,25 119:2,6
  119:17,22 120:4,15
  120:17,18,24 121:3
  123:23 133:21
  134:3,24 135:15,23
  136:12,14 139:8
  140:22 141:23
  142:21 145:20,22
  146:7,8,11,17
  147:11 150:18,23
  150:23,25 152:16
  154:2 156:8 157:8
  158:23 159:18,24
  160:13,19,20,21,24
  161:8 162:5,11,21
  166:6 171:9 172:2
  175:21 177:24
  178:7,25 179:8,17
  184:21 185:20
  188:11,14 194:5
  196:4,12 204:13
  205:11 206:2,20,21
  210:6,20 212:3,10
  214:19 222:25
  223:11 230:12
  231:19 232:10
**Hugger's (1)**
77:11
**Huggers (1)**
202:8
**humans (2)**
69:20 178:16
**hung (1)**
119:8

**HVAC (17)**
50:15,19,22 51:6,17
  51:25 52:4,14,23
  58:14,16,19 64:13
  96:22 129:7 140:13
  167:20
**hybrids (1)**
167:6
**hypothetical (3)**
193:18 194:16 195:6

**I**

**idea (1)**
179:21
**identification (11)**
9:19 10:18 11:7,21
  20:20 24:2 100:4
  125:16 183:6
  198:23 199:23
**identify (2)**
53:3 84:15
**image (1)**
145:24
**impact (2)**
221:16 223:2
**impartiality (1)**
236:19
**important (4)**
93:6 129:24 216:2,3
**improper (3)**
193:18 194:15 195:6
**include (9)**
13:5,10 15:16 19:20
  35:17 112:6,11
  114:7 137:17
**included (19)**
13:12 14:3 16:5,14,15
  17:12 18:12 19:12
  24:6 25:5 32:3
  66:10 67:24 113:13
  129:13,18 151:16
  151:18 191:17
**includes (2)**
11:2 12:3
**including (4)**
17:18 33:7,15 34:4
**inconsistencies (1)**
141:18
**increase (8)**
202:14,20,23,25
  203:10,11,24
  205:10
**increased (12)**
202:9,12,18,19 203:8
  203:13,16,18
  204:10,15,15 205:7

**independent (1)**
29:4
**index (3)**
3:9 4:2 24:9
**indicated (1)**
155:22
**individual (2)**
56:12 81:23
**individuals (3)**
122:23 123:9 212:13
**indoor (2)**
39:18 51:15
**industry (1)**
81:10
**infection (2)**
46:24 70:16
**infections (2)**
39:4 214:11
**infectious (2)**
38:21,25
**information (8)**
7:20,22 92:21 171:3,6
176:17 199:5 208:2
**informed (1)**
93:11
**initial (8)**
26:10 85:23 86:15
129:9,17 151:4
176:3 177:22
**initially (5)**
27:4,6 29:14 86:13
103:16
**initiated (1)**
105:6
**inlet (2)**
104:11,12
**inside (55)**
4:6,7,9,9,11,12 90:6
93:24 100:7 101:4
103:9,15 112:22
118:9 120:11,20
123:22 129:4
133:21,23 134:3,23
135:14,19,23
136:11,14,17 138:7
138:13 146:9
147:23 148:23
150:6 151:12,20
172:15,17 173:22
173:24 175:11,17
175:18,19 191:24
191:25 211:12
222:18 223:24,24
224:10 227:7
228:13 229:9
231:21

**inside/outside (1)**
42:25
**institutions (2)**
42:11 84:2
**instruct (1)**
155:7
**instructed (2)**
4:19 155:14
**instructions (1)**
155:10
**instructor (1)**
35:21
**instrument (4)**
81:22 97:8 119:25
226:22
**instruments (4)**
112:18 164:20,21
166:20
**Intake (1)**
16:2
**intakes (1)**
103:10
**intaking (1)**
103:13
**intend (3)**
18:22 30:25 31:3
**intended (5)**
76:10,16 77:2,11
78:12
**intending (1)**
211:7
**intent (1)**
222:10
**intentionally (1)**
181:25
**interest (1)**
236:18
**interested (2)**
86:8 236:17
**interject (2)**
18:21 209:13
**interlocked (1)**
128:16
**internal (10)**
16:2 55:21 80:11
88:19,20,22 89:23
202:10 206:6 207:2
**internally (1)**
202:15
**Internet (1)**
15:6
**interrupt (1)**
219:3
**introduce (1)**
5:19
**intrusion (1)**

39:15
**investigate (1)**
123:13
**investigating (1)**
81:14
**investigation (1)**
83:6
**investigations (1)**
17:19
**invoice (1)**
26:6
**involve (1)**
215:23
**involved (5)**
38:18 39:6,18,19
98:25
**involvement (1)**
30:7
**involves (1)**
98:25
**involving (1)**
215:13
**irregardless (1)**
112:10
**issue (2)**
7:13 40:15
**issues (3)**
39:15 40:25 49:18
**item (1)**
84:6
**itemized (1)**
25:21
**items (4)**
13:15 18:13 124:16
157:22

**J**
**January (3)**
27:2,3 150:25
**Jeans (1)**
128:4
**job (9)**
1:24 28:24 40:15
55:24 56:11 70:13
154:11 215:19
217:6
**jobs (1)**
28:25
**jogging (2)**
139:4,5
**jotted (1)**
139:17
**jotting (1)**
138:22
**June (8)**
1:25 5:3,15 48:20

125:19 191:7 236:6
236:20
**jury (2)**
30:25 31:4

**K**
**K.B (1)**
214:4
**keep (4)**
23:21 71:14 149:24
149:24
**keeping (4)**
49:16 100:14 148:7
184:8
**KENNEDY (1)**
2:18
**kept (1)**
151:22
**keyboard (1)**
158:4
**Khaki (1)**
128:6
**Kimberger (1)**
214:8
**kind (9)**
25:14 30:7 157:23
167:13 197:13
223:16 226:21
227:12 230:9
**kinds (1)**
84:19
**Kirsch (4)**
1:25 5:18 236:5,23
**knife (1)**
177:5
**know (107)**
9:9,13 15:14,15 20:17
22:22 23:24 24:5
25:2,14 28:4 29:8
30:3 33:10,18 34:13
37:18 38:4 39:16
42:5 47:18 54:16
55:7,11,24 57:18,24
58:25 59:11 60:4,7
64:3 67:8,23 72:21
73:21 76:2 78:8
81:5 82:8 83:24
85:13,17,20 86:20
87:7,10,12 92:23
93:3 94:22 98:16
99:16 103:17 111:6
114:4 117:17,21
119:12 121:18
122:18,19,22,25
123:3,4 128:15,20
129:13,18 131:16

132:11 133:11
137:20 138:9,11
144:4,5 145:15
151:14 153:22
154:3 157:11,13
159:11 164:14
165:21 166:12
167:23 169:6
173:16 175:21
176:16 177:13
178:4 182:16 188:2
188:3 190:5 193:9
193:21 209:11
215:11 216:5,5
220:6 222:10
**knowing (1)**
140:24
**knowledge (3)**
69:4 121:10 231:17
**known (1)**
29:9
**Kraig (2)**
2:24 5:16
**Kumar (2)**
32:10 213:5

**L**
**L-e-g-g (1)**
209:2
**lab (10)**
35:14,15,16,19,20
72:10 111:16,17
176:21,23
**labeled (1)**
5:8
**laid (1)**
175:9
**laminar (1)**
229:23
**laptop (3)**
53:12 56:3 59:16
**laptops (5)**
53:8,17 54:14 55:23
83:17
**large (13)**
67:6,8 102:22 157:15
157:23,24 164:12
164:13 167:15,16
171:16 187:23
232:25
**larger (7)**
13:20 166:23 167:3,3
167:5,5 211:10
**largest (2)**
171:18 197:13
**late (1)**

154:12
**law (5)**
5:14 30:10,13,16 86:9
**lawsuit (9)**
7:2 31:15 39:9 44:22
44:25 46:13 75:17
75:24 212:17
**lawsuits (2)**
212:13,17
**lead (2)**
39:15 61:20
**leading (1)**
87:21
**leaks (1)**
51:20
**Leaper (2)**
32:16 213:20
**learn (2)**
88:24 92:22
**Lecture (1)**
35:18
**left (6)**
99:25 101:17 105:2
116:12 118:22
231:12
**legal (1)**
5:16
**Legg (3)**
32:18 209:2 213:23
**length (1)**
95:5
**let's (27)**
21:9 23:5 24:18 48:8
75:15 99:24 100:3
100:10 109:22
112:13 125:12,24
146:2 153:10
158:23 159:18
163:11 180:3
184:20,21 185:19
188:10 193:11
196:10 197:6
218:13 221:13
**level (4)**
102:7 141:9 147:7
203:15
**Lewis (188)**
2:5 3:4 5:25,25 6:16
6:21 8:17 9:2,20
10:19 11:8,22 19:3
19:5,22 20:2,13,21
21:19 22:2,10,11,25
23:5,8,15,18,20,24
24:3,14 25:20 30:18
30:21,22 48:12,22
55:19 57:6,13,21,23

58:5,13 59:13 61:22
62:9 64:17 66:6
67:3 69:19 70:5,7
70:11 71:3,10 73:5
76:24 77:14 78:10
79:2 81:16 85:3,5
86:6 88:16 90:20
91:17,19,21,24 92:3
92:5,9,12,13 94:16
96:6 97:4 98:21
100:3,5,15,17,19
106:13 110:25
111:3 114:8 121:20
122:3,7,10,12,15,17
124:19 125:12,21
127:15 130:9,13,17
131:3,8 132:13
133:2 134:20,22
140:17,19 142:7
143:9,15,20 145:14
155:9,15 156:10
159:23 162:2,17
167:14 169:2
179:20 183:7,11,13
184:5,10 185:8,10
185:11 186:9,19
187:14,20 189:11
190:7,10,25 191:9
192:7,17 193:10,19
194:18 195:10,23
196:9,19 197:6,9,10
198:2,13,22 199:7,9
200:7 201:2 204:5
204:22 205:5,17,22
207:19,21 209:22
211:3,19 213:2,10
213:17 214:16,21
214:25 221:8,19
223:21 224:23
225:12 229:18,20
230:21 232:2 233:4
233:16
**Liability (2)**
1:7 5:10
**lid (3)**
172:25 173:3,4
**life (1)**
72:12
**light (3)**
193:25 215:16 233:6
**lighter (2)**
115:24 194:6
**lights (2)**
166:11,12
**likewise (3)**
140:7 161:3 208:25

**limited (2)**
17:19 98:13
**limiting (1)**
131:3
**line (5)**
4:20 84:6 212:25
225:22 231:19
**linear (3)**
149:2 182:13 199:19
**linger (1)**
224:6
**lingered (1)**
223:16
**lingering (1)**
222:12
**list (16)**
19:9,11 21:14,16
22:23 23:4,9,11,13
24:5,8 25:21,25
67:19 83:23 99:20
**listed (18)**
11:14 14:16 22:13,15
22:19 25:6 31:18
47:22 51:2 74:17,19
84:6 99:17 104:7
120:8,8 201:25
212:20
**Litchy (1)**
213:18
**literature (9)**
67:13 69:13 98:17
132:17 192:10
206:25 207:5,10,22
**litigation (3)**
1:7 5:10 215:12
**little (16)**
8:6 48:8,23 59:16
61:14 71:8 73:20
75:15 82:7 90:25
115:22 125:25
174:13,14 197:13
211:24
**located (5)**
54:21 102:20 120:20
144:3 158:10
**location (10)**
101:23 131:25 133:15
134:2 136:4 142:13
143:24,25 144:19
145:6
**lock (1)**
149:24
**log (5)**
118:10 180:20 182:7
182:10,13
**logarithm (10)**

117:23 118:5 158:14
180:11,18,22,25
181:15 182:3,4
**logs (1)**
182:11
**long (3)**
108:18 134:15 138:23
**longer (2)**
125:25 154:13
**look (46)**
9:24 10:21 12:5 20:24
23:4 24:4 38:7
51:16 52:2 56:14,18
71:15,16 72:23,23
73:13 79:10,11
80:18 81:22 82:18
83:21,22 85:6 88:25
93:14,15 94:4
109:22 140:7 153:8
153:10 165:7
172:18 181:8
183:14,18 185:19
188:10 193:16
195:18 198:6,16
199:14 200:8
228:23
**looked (12)**
12:4 52:14 74:3 81:13
82:2,6,9 93:8
128:22 129:11
141:17 168:17
**looking (31)**
51:20 56:12 77:24
79:22 80:25 100:7
101:9 106:20,22
109:24 113:14
117:11 138:16,18
140:12 144:22
146:16 161:13
165:13 170:14,15
171:25 179:10
189:6,7,7 195:24
196:21,22,23
201:23
**looks (22)**
10:9 90:9 101:10
108:18 109:19
111:13 117:9
149:12 161:20
162:25,25 167:15
167:16 172:8 184:6
184:7 185:12,16
194:5 195:25
197:14 200:20
**loose (2)**
137:23 173:13

**lot (7)**
22:19 148:22 149:4,4
154:13 186:6,25
**low (2)**
99:18 203:15
**lower (2)**
181:15 188:10
**lunch (7)**
121:19,22,23 122:5
125:15 183:24
200:2

---

**M**

**M (2)**
214:6 236:5
**machine (42)**
44:7 53:24 54:2,5,16
54:18,24 68:17
79:10,11,12,13 81:7
88:9,10 96:4 105:16
124:20,22 133:19
143:22 153:4,5
166:14,16 168:17
169:25 202:14
203:4,5,16,17,19,20
206:16 217:10
218:21,23 219:8
223:11 225:25
227:13
**machines (3)**
55:8,14,20
**magnitude (1)**
186:25
**maintained (1)**
122:20
**maintaining (1)**
41:2
**majority (4)**
49:22 158:20 161:21
188:8
**making (3)**
56:7 72:3 100:15
**man (1)**
212:21
**management (8)**
39:20 40:7,24 43:10
43:11 49:18 51:8
52:21
**manila (1)**
11:23
**manipulate (1)**
181:19
**manipulating (2)**
178:17 211:12
**mannequin (1)**
164:24

164:24
**manual (8)**
46:24 89:2,2,3,6,9
98:20 121:6
**manufacturer (5)**
34:20 39:7,10 163:24
163:25
**mark (4)**
32:8 100:3 213:3,18
**marked (11)**
11:24 19:24 20:20
24:2 100:4 125:16
183:6,14 198:20,23
199:23
**market (1)**
87:21
**marking (2)**
100:13 183:9
**marrow (1)**
40:5
**Master (1)**
30:6
**master's (1)**
30:3
**material (4)**
12:8 24:13 31:18
176:2
**materials (15)**
14:17 16:5 22:3,13,13
22:14,16,19,23
23:10 24:5,15 30:24
70:15 158:6
**matter (8)**
5:9 12:14 24:22 81:3
83:6 220:17 236:7
236:12
**matters (1)**
84:22
**McGovern (3)**
32:20 208:12 212:22
**MDL (4)**
1:8 5:22,24 30:20
**mean (33)**
8:21 25:12 44:2 62:10
62:16 70:12 82:11
88:7,13,18 89:20,20
89:21 99:9 100:22
103:7 116:25
118:24 128:6 141:5
142:8 144:15 145:4
156:22 164:6
171:19 175:16
177:13 181:13
184:7 187:24
202:12 219:2
**meaning (12)**

8:14 41:2 51:9,13
62:13 77:21 79:15
79:20 88:8 107:6
189:21 223:24
**means (8)**
80:2 81:14 144:18
145:5 176:8 188:3
203:11 204:18
**meant (6)**
46:10 153:3 202:24
216:12 221:21
222:13
**measure (11)**
103:4 169:22 170:21
191:22 203:24
204:3,6 206:14
219:25 228:5,16
**measured (11)**
169:24 202:16 203:4
204:12 205:10
216:22 219:24
225:13 229:16
230:16,23
**measurement (1)**
118:5
**measurements (1)**
224:9
**measures (2)**
68:8 94:10
**measuring (6)**
120:17 203:6 220:3
221:17 225:10
227:4
**media (1)**
80:11
**medical (8)**
81:24 82:3,15,24
83:13,18,20 85:9
**medium (1)**
99:18
**meeting (1)**
85:17
**meetings (1)**
27:7
**member (1)**
37:16
**members (1)**
34:5
**Menards (1)**
171:13
**mention (1)**
90:24
**mentioned (12)**
28:11 40:10 54:14
64:12 66:17,18
70:22 75:17,21

83:13 126:2 199:15
**mentions (1)**
99:24
**merely (3)**
78:21 134:9 232:7
**MERV (13)**
52:5,10,18 70:21,24
71:4,12 147:9,12
167:19 168:14
212:6 229:12
**Meshbesher (2)**
2:12 30:15
**met (8)**
6:21 26:16 29:14
33:12 40:24 85:14
85:16,18
**metal (1)**
158:11
**method (3)**
14:14,21 81:9
**Michael (250)**
1:1,16 2:1 3:1,13,14
3:17,20 4:1 5:1,2,8
6:1,18 7:1 8:1 9:1
10:1 11:1 12:1 13:1
14:1 15:1 16:1 17:1
18:1 19:1 20:1 21:1
22:1 23:1 24:1 25:1
26:1 27:1 28:1 29:1
30:1 31:1 32:1,24
33:1 34:1 35:1 36:1
37:1 38:1 39:1 40:1
41:1 42:1 43:1 44:1
45:1 46:1 47:1 48:1
48:20 49:1 50:1
51:1 52:1 53:1 54:1
55:1 56:1 57:1 58:1
59:1 60:1 61:1 62:1
63:1 64:1 65:1 66:1
67:1 68:1 69:1 70:1
71:1 72:1 73:1 74:1
75:1 76:1 77:1 78:1
79:1 80:1 81:1 82:1
83:1 84:1 85:1 86:1
87:1 88:1 89:1 90:1
91:1 92:1 93:1 94:1
95:1 96:1 97:1 98:1
99:1 100:1 101:1
102:1 103:1 104:1
105:1 106:1 107:1
108:1 109:1 110:1
111:1 112:1 113:1
114:1 115:1 116:1
117:1 118:1 119:1
120:1 121:1 122:1
123:1 124:1 125:1

125:19 126:1 127:1
128:1 129:1 130:1
131:1 132:1 133:1
134:1 135:1 136:1
137:1 138:1 139:1
140:1 141:1 142:1
143:1 144:1 145:1
146:1 147:1 148:1
149:1 150:1 151:1
152:1 153:1 154:1
155:1 156:1 157:1
158:1 159:1 160:1
161:1 162:1 163:1
164:1 165:1 166:1
167:1 168:1 169:1
170:1 171:1 172:1
173:1 174:1 175:1
176:1 177:1 178:1
179:1 180:1 181:1
182:1 183:1 184:1
185:1 186:1 187:1
188:1 189:1 190:1
191:1,7 192:1 193:1
194:1 195:1 196:1
197:1 198:1 199:1
200:1 201:1 202:1
203:1 204:1 205:1
206:1 207:1 208:1
209:1 210:1 211:1
212:1 213:1 214:1
215:1 216:1 217:1
218:1 219:1 220:1
221:1 222:1 223:1
224:1 225:1 226:1
227:1 228:1 229:1
230:1 231:1 232:1
233:1 234:1 235:1,2
236:1,5
**Microbial (1)**
16:3
**microbiologist (1)**
36:7
**microbiology (7)**
35:8,10,18 36:10,13
36:17 61:12
**micron (6)**
67:20 107:7 115:25
117:10 192:25
196:2
**microns (43)**
66:19 67:12 74:11
97:25 106:4,9,15
107:11,14,18,22
108:24 116:20,22
144:24 158:20
159:12 160:4,10

161:4,22,23 188:9
188:18,20 189:22
192:9,24 193:2,13
193:15 194:13,19
194:23 195:2,12,14
196:13 197:20
198:5,19 211:11
216:20
**microorganisms (1)**
74:13
**mid (1)**
154:12
**mid-90s (3)**
36:4,5 37:5
**middle (2)**
172:24 181:22
**Mike (4)**
15:25 16:8,21 213:11
**million (11)**
130:11 180:8,11,18
180:23 181:6,15
185:2,17 186:2,24
**Millions (1)**
63:8
**mind (2)**
23:25 54:13
**Minneapolis (6)**
1:13 2:5,13 5:5,14
236:6
**Minnesota (16)**
1:3 2:5,13 5:5,11,14
7:13 28:21 29:10
40:13 84:21 101:25
215:13 236:2,6,9
**minute (8)**
108:6,20,23 109:3,4,6
109:18 159:21
**minutes (36)**
48:10 121:25 125:2,6
130:10,21 132:19
144:14 153:16
156:3,4,16,20
158:16,17,17
159:17,20 160:7,25
161:3 162:22 163:5
178:19,21 179:2,3
188:23 189:24
190:7 196:3,11,24
197:18,21 200:22
**mirror (1)**
145:24
**miscellaneous (1)**
157:22
**missed (1)**
114:16
**missing (2)**

21:6 139:18
**misstates (7)**
72:16 90:17 179:14
194:15 196:15
198:11 205:19
**misstating (4)**
130:24 196:7 198:9
198:10
**Mistral (2)**
45:19,22
**MN (1)**
1:13
**mock (1)**
220:7
**mode (5)**
95:8 99:9,15 138:24
163:9
**model (28)**
11:14 91:3,3,10 92:5
92:16,16,21 93:2
100:25 101:7,10
113:25 114:4 116:7
124:2,2,9,9 125:3,7
145:19,21 161:14
161:17 180:4
185:20 217:17
**models (4)**
91:6 92:18 112:16
114:20
**modern (3)**
167:4,12 229:22
**modes (7)**
99:5,7,17,21 120:7
179:5 202:8
**money (1)**
216:6
**monitor (4)**
58:23 59:7,11 104:10
**monitored (1)**
118:15
**monitoring (4)**
40:4 47:4,22 141:18
**monitors (1)**
56:3
**months (1)**
128:22
**Montrose (1)**
2:18
**morning (6)**
6:19,20,22 9:23 11:24
200:6
**motor (2)**
53:10,10 59:5 99:13
**move (3)**
54:22 64:10 136:2
**moved (4)**

134:25 160:21 163:9
232:18
**movement (1)**
53:10
**movies (1)**
17:21
**moving (6)**
120:23 142:25 143:21
148:22 222:2
231:21
**MPH (1)**
30:4
**MRIs (1)**
167:7
**multi-district (1)**
215:12
**multiple (1)**
13:8
**mutual (1)**
81:20

---

**N**

**N (1)**
3:2
**Nachtsheim (2)**
32:22 213:7
**name (12)**
5:15 6:17,21 7:15
28:16 30:2 33:11
82:14 208:23 209:2
209:7 215:10
**named (2)**
55:12 212:21
**names (3)**
45:5 82:20 212:20
**narrow (1)**
173:18
**near (1)**
97:15
**nearly (5)**
130:11 131:10 132:8
132:18 187:24
**necessarily (1)**
170:14
**need (13)**
9:12 28:8 48:9 55:25
94:10 104:17
114:12 115:22
121:21 122:4 190:8
191:2 192:23
**needs (3)**
51:10 67:7 184:4
**never (9)**
23:25 55:8,10 59:10
60:2 98:17,19
109:13 134:25

**new (24)**
4:6,9,11 91:8,15,18
93:10,10 101:4
112:21 145:22
150:23,24 162:21
190:21 223:25
224:16,22 225:4,9
225:11,15,15
231:23
**next-to-the-last (1)**
10:9
**nice (1)**
118:9
**noise (1)**
231:4
**non-lawyers (1)**
17:18
**non-viable (1)**
68:5
**noon (1)**
121:18
**norm (1)**
230:9
**normal (4)**
51:13 83:4 99:5 128:3
**notary (3)**
235:15 236:8,24
**notations (1)**
18:8
**note (1)**
139:16
**noted (1)**
235:4
**notes (23)**
12:2,8 15:8,24 16:12
17:19 18:3 53:21
138:18,20,21,22,25
139:4,5,13,18 140:5
140:7 145:20,21
153:8 236:11
**notice (4)**
3:12 31:13 36:12
101:11
**noticed (2)**
53:23 236:13
**novel (2)**
14:14,21
**November (1)**
27:3
**number (42)**
3:11 4:5 26:7 41:13
43:6 68:16 69:7
70:3,18 90:9 94:5
96:3 102:19 119:3,9
131:24 132:14,15
132:15 140:13

141:20 149:3
152:23 153:12
169:7,11 188:7
189:8 191:23
196:18,20 203:25
204:6,11,14,15
216:10,12 224:15
228:19,21 229:24
**numbers (23)**
71:15 106:3 108:3
113:15,15 117:22
118:7 130:6,16
131:6 141:2,11,12
181:4 184:7,8
186:16,21 187:17
189:7 219:20
224:13 229:5

---

**O**

**Oakley (1)**
128:9
**oath (3)**
7:18,24 236:10
**object (74)**
21:21 55:15 57:5,11
59:9 61:18 62:6
64:15 66:4,24 69:12
70:4,8,25 71:6
72:16 76:18 77:8
78:2,15 81:12 86:3
90:17 94:13 95:25
97:3 98:15 124:11
127:14 130:3,12,22
132:9,20 142:6
143:6,12,17 145:12
155:6 156:6 159:22
161:25 162:13
166:25 168:24
179:12 187:13
189:10 192:6,11
193:4,17 194:14
195:5,21 196:6,14
197:23 198:8,25
200:25 204:2,20
205:2,15 207:12
210:25 211:15
212:24 213:8,14
214:12 231:14
**objecting (1)**
207:19
**objection (13)**
20:18 22:6 131:5
186:8,13,14 187:16
221:8,19 223:21
224:23 225:12
229:18

**objections (1)**
131:4
**obtained (2)**
14:24 66:16
**occurred (1)**
142:13
**offer (2)**
18:22 225:20
**offered (2)**
9:6 233:7
**office (2)**
137:9 176:23
**officer's (1)**
7:15
**oh (9)**
57:15 106:23 117:13
156:11 159:4
180:14 184:23
196:21 200:10
**okay (108)**
17:2 19:17 20:13
23:18,23 25:7,12,21
29:8 30:5,13,21
31:23 32:5 33:6
46:10,12 47:20,21
48:8,9,13 73:8,15
73:20 74:25 75:5
88:17 91:17,19 92:9
94:20 98:8 100:16
100:20 101:9 103:3
111:2 115:12 117:3
135:25 136:3,9
137:20 151:24
152:11 153:10
156:11,12,22
158:13 159:6
160:12,18 163:12
165:6 171:25
173:14,19 174:24
180:14 183:14
184:11,23,24
185:15,19,25
188:13,17 190:11
190:13,20,23,25
192:3 194:2 197:9
199:12,16,20
200:12 208:8
214:25 215:18
216:14,24 217:5
218:13,21 219:20
220:21 221:13
222:16 223:13
224:18 225:18
226:17 227:2,9
228:4,11,23 229:4,7
229:13 230:8,17

**old (20)**
4:6,8,11 83:22 84:11
    91:7 100:6,21,22
    112:23 145:20
    150:18,23 180:10
    184:21 185:19
    188:11,12 194:4
    225:4
**older (1)**
167:9
**Oliver (1)**
214:8
**omit (1)**
88:12
**omits (5)**
80:22,25 88:5,7,13
**on/off (1)**
110:17
**once (6)**
27:4 60:2 104:16
    105:7 126:25
    135:16
**One's (2)**
92:11,11
**ones (1)**
167:6
**open (7)**
146:12 147:22 148:2
    148:3,7 150:2
    171:20
**opened (2)**
174:18,24
**opens (1)**
148:20
**operating (78)**
14:15,22 40:5,7 41:7
    41:9 42:2,9,11 43:4
    43:8,16 44:5 49:2,4
    49:7,20,25 50:12,19
    51:9,18 52:8 53:20
    57:8 58:9 60:24
    63:10,13,17,20,25
    64:4,7,8,14,20
    66:15 70:23 73:3
    74:2 83:5 97:16
    147:6,8 162:6,11
    163:23 164:11
    166:7 167:5 168:5
    168:18 169:21
    170:17,19,20 171:2
    179:18 201:12
    215:20 216:3,7,9,11
    216:16 221:25
    222:6 225:25
    226:13 227:5
    228:12,13,20

229:16 230:5,12,14
**operation (1)**
119:22
**operational (1)**
202:8
**operations (2)**
83:4 99:5
**operative (1)**
76:7
**opinion (9)**
130:10,20 132:7
    142:4 162:19
    224:18,20 225:7,20
**opinions (13)**
9:5 15:22 16:9,24
    21:12,17 23:2 24:16
    28:9 31:19 32:2
    223:4 233:7
**opposed (2)**
118:5 225:4
**optical (1)**
219:12
**optically (1)**
219:21
**orange (2)**
195:11 197:13
**order (5)**
18:24 94:21 124:13
    124:15 186:25
**ordered (1)**
236:14
**organizing (1)**
86:19
**original (1)**
236:13
**ORs (10)**
43:24 50:11 52:25
    53:16,17 93:25
    166:23 167:9,12,13
**OSHA (1)**
7:11
**OSHA's (1)**
7:15
**outcome (1)**
236:17
**outcomes (1)**
76:15
**outdoor (1)**
51:15
**outliers (1)**
141:7
**output (1)**
103:21
**outside (29)**
50:10 84:25 93:24
    110:15,16 126:24

126:25 128:23
129:5 138:10 146:8
146:20 150:5,15
151:11 156:8,22,25
161:6,12 173:23
180:10,21 184:21
206:18 221:23
222:4,7 229:9
**overall (1)**
96:5
**oversight (1)**
114:5
**overwhelming (1)**
161:21
**owner's (3)**
88:25 89:3 98:20

─────────────

**P**

**P.A (1)**
5:4
**p.m (11)**
109:19 125:14,20
    144:15,23 191:4,8
    215:3,6 233:19,21
**page (77)**
3:4,5,13,14,16,17,19
    3:20,22,24 4:7,10
    4:12,20 10:9 65:12
    65:13 66:17 100:6,8
    100:12,21,21 101:3
    101:9 108:3 109:22
    109:24 110:20,24
    111:4 112:20 113:8
    113:23 115:4
    118:24 131:22,23
    134:21 135:14
    139:25 140:16,17
    141:22 144:21
    146:3 152:7 153:10
    153:12 156:22
    158:13,19,22
    160:18 161:7,13
    163:17,18 165:9,16
    172:21 180:4,12,13
    180:20 183:8
    184:22 185:6
    188:10 194:2
    196:23 197:4
    201:3 202:5
    224:11 226:11
    227:13
**Page/Ln (1)**
234:3
**pages (2)**
3:23 235:3
**panel (1)**

129:6
**pants (2)**
126:11 128:9
**paper (1)**
7:19
**papers (1)**
157:21
**paragraph (1)**
65:13
**paraphrase (1)**
223:16
**Pardon (2)**
66:12 126:15
**Park (1)**
2:12
**part (51)**
10:3 14:23 15:10
    16:17 20:3,4 22:3
    29:20 35:23 40:14
    41:18 55:23 56:11
    56:24,25 76:21
    77:15,16 79:21,22
    81:4,7,19 83:4,25
    87:5,15 88:19 96:4
    113:7,20 114:9
    115:3 119:20
    129:16 130:6
    135:10 136:23
    138:25 147:4,4
    154:18 161:11
    171:22 194:23
    201:4 206:7 210:13
    215:19,22 231:11
**participate (1)**
86:15
**particle (219)**
40:4,10,11 41:6,8,15
    41:16,18,24 42:2,4
    42:6,9,10,14,16
    43:6,9,12,14,15
    47:7,11 51:12,19
    52:7,20 55:13 56:18
    56:19,23 57:2,8,9
    58:8,9,16 60:3,15
    60:19,23 61:3 63:7
    67:7,9,21 68:7,8,11
    68:12,14,15,18,19
    68:20,22,24 72:24
    75:11 79:7,9,23
    81:11,24 82:11
    83:14,19 85:8 86:23
    86:25 87:2,17,18,19
    90:9,12 93:17,20,21
    94:6,9,11,19,24
    95:6,7,10,14,17,21
    96:2,7,13,16,19,21

96:24 97:2,6,9,15
97:20,23 98:2,3,9
98:18,19 99:2,3,4
105:2,8,9,10,11,13
105:17,18,23 106:5
106:7 107:7,10,17
107:21 109:3 110:9
110:9,13,14 111:14
114:23 115:18,19
115:25 116:4,14
120:6 121:6 123:17
127:6,17 129:9
131:25 132:4
133:19,25 134:6,8
134:10 135:3,7,11
135:17 136:6,23
137:2,12,20 141:19
144:3,7,18 145:4
153:16,20 155:22
156:19,25 161:12
169:15 175:9
177:22 184:12
188:9 189:25
191:13,14,21 192:4
193:2,14 194:25
197:19 198:5
202:16 203:18
206:22 210:10,11
210:14 215:23
216:7,23 217:5,17
218:5,17,25 219:4,9
219:11,12,21 220:8
221:7,11,20 223:4
224:19 225:18,24
226:13,22 227:11
227:17,20 228:4
**particles (290)**
42:19 43:3 48:6 51:14
    52:8 56:2 58:19,21
    58:23 59:8,19,25
    60:11,17 61:5,19
    62:18,20,23 63:2,10
    63:13,17,20,22,24
    64:2,3,4,7,10,12,19
    65:2,10,16,17,20,23
    66:2 67:10 68:4,9
    68:10,17,24,25 69:2
    69:2,3,7,20,22 70:3
    70:19 71:5 74:3,4,9
    75:14 76:21,22
    78:23,23 79:11
    80:10,12,22 81:2,6
    82:4 88:6,8 89:20
    89:23 90:2,10,10,13
    90:16 94:2,5,8,25
    95:23,23 96:3,14,15

96:17,22 97:7,11,17
97:21,24,25 98:4,13
99:6,8 103:18 104:4
104:6,7,11,20 106:8
106:25 107:8,11,15
107:18,22 108:24
109:4,4,5,6,10,12
115:19 116:9,17
119:4,10 130:11,13
130:21 131:10,14
131:15,19 132:18
132:19,24 133:7,15
136:15 137:5,21
138:6 140:13 141:7
141:10,14 142:5,11
142:16 143:4,8,10
143:16,18,23 144:6
144:14,15,19,23
145:5,7,10,17
146:16 152:19,23
155:18,20,23,25
157:7,8 158:20
159:5,12,21 160:9
161:4,22 169:7,11
169:22,24 170:21
173:25 175:22
177:19 178:3,6,10
178:14,24 179:7,10
179:17 188:8,18,24
189:9,21,25 191:23
192:23,25 193:2,12
194:12,24 195:3,11
195:19 196:13
197:21 198:4,19
201:19 202:10,15
202:23 203:3,4,7,9
203:10,15,18,21,25
204:7,11,12,13,19
204:24,25 205:8,10
205:13,25 206:6,14
210:17,19 211:9,10
211:13,18 214:11
215:25 216:3,8,13
216:15,20,22
219:13,15,22 220:3
220:5,13 221:17,22
222:8,12 223:4,14
225:10,11,13,15,15
225:20 227:4 228:5
228:12,16,19,21
229:15 230:14,22
231:8,12 232:3,5,13
232:18,21
**particular (33)**
14:16,20 15:7 41:3
43:6 46:8,20 48:25

50:24 56:15 61:3
75:12 78:17 81:10
82:17 87:18 95:15
97:11 109:12
118:22 120:7 121:8
123:20 125:4
138:24 141:13
146:15 153:24
154:23 155:21
181:5 209:7 231:8
**parties (3)**
236:14,17,18
**parts (1)**
165:22
**party (1)**
236:13
**pass (3)**
47:16 84:3 214:22
**passed (1)**
84:9
**pathogens (2)**
65:10,17
**patience (1)**
214:3
**patient (17)**
39:7,11 43:18,21
44:11,16,19,23 45:3
45:6,9 63:11,18,21
76:3,7 77:22
**patients (1)**
212:16
**Paul (2)**
32:20 212:21
**payment (2)**
26:10,11
**peer-reviewed (1)**
154:17
**penalties (1)**
8:3
**pending (1)**
215:13
**people (4)**
143:4,7 166:20
167:12
**percent (20)**
50:10,11 52:6 71:8,9
74:8 75:10 159:12
160:9 161:4,21
187:7,11 188:5,18
189:21 217:2,3
229:2,2
**percent/20 (1)**
50:10
**percentage (6)**
49:24 50:2 185:25
186:3,20,23

**percentages (1)**
159:11
**perform (2)**
72:10 124:13
**performed (5)**
34:12,16 85:8 124:14
124:17
**performing (1)**
40:23
**period (3)**
104:20 144:22 224:5
**periodically (1)**
138:19
**periods (3)**
142:19 155:17 202:21
**perjury (1)**
8:3
**permission (2)**
170:11,12
**person (3)**
31:15 70:12 201:14
**personnel (4)**
7:13 14:14,21 96:23
**persons (1)**
236:18
**Ph.D (1)**
30:3
**phases (2)**
29:13 177:23
**photo (6)**
128:18 163:17 165:9
165:10,16 171:25
**photograph (1)**
66:16
**photographs (7)**
3:15 12:22,24 13:2,3
17:20 31:18
**photos (30)**
11:17 13:16,16,22
14:2,3,10 111:4,5
128:19,21 135:13
137:8,14 151:2,3,3
151:4,5,6,9,13,18
163:18 164:25
165:18,21,23,24
166:3
**physical (1)**
93:15
**physician (4)**
78:7,20 162:20
214:14
**physicians (1)**
212:16
**pick (6)**
14:20 30:23 97:10,17
98:13 144:7

**picked (10)**
106:8,25 107:14,18
110:9 115:19 121:4
145:17 165:24
188:9
**picking (2)**
96:21,25
**picture (9)**
13:9,20 66:16 110:20
111:12 133:10
137:4,11 226:11
**pictures (8)**
11:11,15,16 13:7,8,11
128:22 219:6
**piddly (1)**
189:8
**piece (7)**
7:19 56:15 78:19
81:14 83:7,9 86:9
**pieces (5)**
56:12,14,20 82:2,7
**place (7)**
144:2 145:16 152:25
166:20 184:12
219:4,7
**placed (6)**
76:6 97:2 119:7,7
145:6 155:19
**placement (1)**
11:12
**plaintiffs (22)**
2:14,20 5:22,24 7:5
8:21,24 11:16,18
18:7 24:24 25:8
30:11,20 31:11,24
79:16 85:24 208:6
212:12 215:11,13
**plastic (1)**
174:19
**plate (1)**
74:14
**please (11)**
5:19 6:6,7,17 10:23
11:10,25 48:11 58:4
61:15 85:4
**plotted (1)**
181:14
**plus (4)**
118:16 175:12,14
191:16
**point (21)**
23:3 26:5 31:2 39:18
41:23 121:11 122:8
133:20,22 134:2
143:24,25 151:5
155:19 184:16

185:3,16,22 203:17
230:18,18
**pointing (1)**
134:18
**points (1)**
224:8
**pole (1)**
119:8
**portable (1)**
82:6
**portion (1)**
132:23
**portions (1)**
88:19
**posed (8)**
199:3 217:9 220:4
221:14 222:17
223:13 225:19
230:10
**position (2)**
225:24 226:5
**positive (25)**
41:2 51:10,11 55:7
120:16,23 148:4,9
148:11,18 216:11
221:13,14,16,20
222:11,20,24 223:3
223:19,23 224:9,20
231:18 233:3
**positively (2)**
102:16 149:25
**possess (1)**
14:8
**possibility (3)**
178:8,11 223:14
**possible (4)**
68:4 112:4 194:24
222:14
**possibly (4)**
90:2 192:4,24 193:13
**potential (5)**
59:20,21 60:10,13
64:6
**potentially (1)**
61:20
**pre-marked (4)**
9:18 10:17 11:6,20
**pre-set (1)**
94:23
**Precision (3)**
164:2 166:5 176:25
**predominantly (1)**
97:17
**preparation (2)**
17:9,14
**prepare (1)**

29:18
**prepared (10)**
24:8 183:24,25
186:15 198:25
199:4,8,22,25 200:3
**preparing (3)**
23:9,10 28:7
**prerun (1)**
94:4
**prescribe (1)**
182:25
**prescribed (1)**
95:12
**present (3)**
2:24 131:15 169:13
**presentations (1)**
36:13
**presently (1)**
29:24
**pressure (36)**
40:4,7,8,24 41:2,9
43:10,11 49:18 51:8
51:10,11 52:21
120:16,23 148:4,9
148:11,18 169:9
216:11 221:13,15
221:17,21 222:11
222:21,24 223:3,20
223:23 224:10,20
231:18 232:12
233:3
**pressurization (2)**
231:18 232:8
**pressurized (2)**
102:16 149:25
**presupposes (1)**
77:9
**pretty (6)**
121:14 167:15,16
188:5 189:8,20
**prevention (2)**
46:24 70:17
**previous (5)**
16:13 84:19 145:25
180:9 219:17
**previously (1)**
169:24
**principles (3)**
35:19 36:24 37:22
**printed (2)**
15:5,15
**printing (2)**
115:16 117:20
**prior (4)**
27:13 85:16 127:23
198:11

**privilege (1)**
207:14
**probability (2)**
178:9,12
**probably (23)**
14:5 53:7 59:6 82:18
84:5 85:19 87:20
115:15 123:5 128:8
139:12 141:2 143:2
152:3,3 153:11
157:16 164:13,25
165:23 167:10
178:5,13
**probe (50)**
90:6 97:16 120:11,12
120:16 121:4
127:16 133:3,5,9,11
133:16,17,21,23
134:3,5,7,16,23
135:4,6,10,13,14,23
136:11,14,17,20
137:2,4,12,21,24
138:6 145:6,16
150:8 151:7 155:19
172:15,17,23 173:4
173:7 174:3 219:7
220:11 228:8
**probes (2)**
134:19 137:22
**procedure (9)**
76:7 119:21 121:14
129:21 139:15
141:9 145:23
161:16 163:8
**procedures (5)**
112:18 124:13 138:23
145:24 179:6
**proceed (1)**
6:6
**proceeding (2)**
6:10 26:12
**process (10)**
8:7 14:23 56:24 57:2
78:24 80:3 81:4
94:18 145:22 175:8
**produced (2)**
88:9 203:3
**producing (1)**
202:15
**product (5)**
45:8,17 98:20 207:13
208:5
**production (4)**
202:9 203:9,13 205:7
**products (5)**
1:6 5:10 75:3 164:5,8

**professionals (1)**
65:15
**proficient (1)**
87:2
**program (2)**
70:17 182:19
**project (7)**
15:10 16:17 27:8
29:7,15 123:20
**projects (3)**
49:21 123:10,12
**propped (3)**
146:12 147:22 148:3
**propping (1)**
148:2
**protocol (7)**
79:6,9 81:17 94:18
146:15 218:22,24
**provide (6)**
14:10 15:13 20:5 26:4
84:24 214:18
**provided (12)**
7:22 18:7 20:25 26:5
26:15 31:25 35:20
91:15 92:10 186:17
199:5 233:13
**proximate (1)**
144:3
**proximity (3)**
201:11 210:17,24
**public (6)**
30:6 46:13 122:24
235:15 236:8,24
**publications (2)**
21:11 22:5
**published (9)**
206:25 207:5,10,22
208:8,17,20,22
209:24
**pumped (1)**
222:24
**purchased (2)**
91:9 171:13
**pure (1)**
231:11
**purple (2)**
194:19 195:3
**purposes (4)**
118:10 151:23 164:8
220:2
**pursuant (1)**
71:19
**push (2)**
150:2 221:21
**pushed (2)**
231:23 233:2

**pushing (4)**
148:13 149:5 179:17
223:7
**put (24)**
9:21 60:3 88:2 90:6
112:4 119:8,11
120:20 127:25
135:6 139:14,15,21
156:17 160:22
169:18 171:9 174:5
175:4 176:5 178:6
182:20 199:18
205:11
**putting (6)**
49:16 105:2 127:16
177:25 178:7
200:13

**Q**

**qualified (2)**
193:7 214:15
**qualify (1)**
201:18
**quality (3)**
13:9 39:19 47:4
**quaternary-based (1)**
112:2
**question (55)**
4:19 9:8,9,16,16
23:14,22 57:7 58:3
58:5 59:12 72:20
73:16 77:20 78:16
88:2 94:15 97:22
116:4 130:4,15,23
131:16 132:10,21
134:15 138:12
140:11 145:15
162:14 163:7
187:18 191:11,11
192:3,12,22 193:5,8
193:9 194:15 195:6
196:7 199:10 205:4
205:16 207:13,18
209:14,20 211:16
211:25 214:15
231:15 233:5
**questioning (5)**
192:20 212:25 225:22
227:16,24
**questions (18)**
8:8 9:3 184:3 199:3
214:24 215:15,16
217:9,12,13 220:4
221:2,14 222:16
223:13 225:19
230:10 233:7

**quibble (1)**
188:2
**quick (1)**
214:23
**quickly (1)**
159:11
**quite (4)**
26:25 32:6 193:16
198:6

**R**

**raise (1)**
6:7
**ran (19)**
105:7 107:24 110:13
110:14 112:13
113:18 124:23
125:11 130:5 146:9
146:14 158:16
159:20 162:21,22
163:6 178:18
200:22 203:16
**Randy (4)**
33:16,18,22,25
**range (11)**
97:21,23 98:12,14,18
98:19 107:7 109:6
109:12 158:25
196:2
**ranges (4)**
107:17 195:19 197:22
220:14
**rapid (1)**
224:5
**rate (4)**
169:6 221:6,9 236:14
**rates (1)**
221:2
**raw (5)**
17:20 101:10 109:24
186:17 224:12
**reach (2)**
203:23 204:9
**reached (2)**
143:2 201:23
**read (9)**
44:21 58:7 65:18
66:25 69:13 192:13
192:15 207:3 235:2
**reading (2)**
113:13 236:15
**ready (1)**
125:22
**real (1)**
72:12
**realized (1)**

91:23
**really (2)**
31:13 55:2
**realtime (1)**
94:25
**reason (17)**
13:5 16:13 42:16 56:7
67:4,15 112:3,6,8
113:12 118:4,7
129:20 140:20
141:2 205:6 234:3
**reasonable (1)**
233:8
**recall (18)**
14:23 15:4,6 83:21
84:24 85:13,18 89:8
101:16 154:20
166:4,13 192:14
217:11,13 221:3
222:18 225:22
**recalling (2)**
82:8 83:9
**receive (2)**
26:24 27:4
**received (7)**
11:16 26:10,19,21
34:19 35:2 75:11
**recess (4)**
48:18 125:15 191:5
215:4
**record (17)**
5:20 18:21 19:19
20:17 48:16,21 58:7
125:14,20 183:23
191:3,8 198:24
199:24 215:2,5
233:19
**recorded (5)**
84:9 104:6 119:4
131:7,24
**recording (2)**
120:25 164:20
**recover (1)**
47:10
**red (2)**
194:6,11
**reduce (6)**
69:7 70:3,18,18 216:7
216:12
**reduction (18)**
43:3 51:14 52:8 69:17
72:24 94:2 131:6,14
186:3,23 187:9,11
187:21,23 195:3
217:2 228:25,25
**Reed (6)**

15:25 16:9,21 32:24
208:14 213:11
**refer (4)**
65:5 105:20 106:11
224:10
**reference (7)**
16:16,18 192:8,23
193:12 194:25
198:4
**referenced (2)**
20:7 125:17
**references (3)**
3:21 21:22 74:18
**referring (14)**
38:4 65:8 72:25 98:3
99:18 106:10
131:21 185:6
196:17,20 207:5,10
207:22 209:8
**reflect (5)**
117:21 199:5 200:3
224:9,15
**reflected (6)**
104:23 108:3 166:3
186:17 196:8,15
**reflective (1)**
219:14
**reflects (3)**
26:6 108:15 155:19
**regard (3)**
39:23 74:6 216:19
**regarding (1)**
154:3
**regularly (1)**
176:8
**related (2)**
132:12 236:17
**relation (1)**
7:14
**relationship (1)**
25:9
**relevance (6)**
77:6,21 78:3,16 162:9
162:10
**relevant (4)**
76:15 77:9,23 162:16
**reliable (1)**
132:2
**relied (5)**
21:18,19,24 24:10
209:19
**rely (8)**
16:8 21:25 24:12,15
31:19 84:18 208:8
209:15
**relying (9)**

16:21 201:25 208:4
208:11,14,16,19,22
208:25
**remained (1)**
232:4
**remedial (1)**
94:10
**remember (9)**
23:9,10 73:22 126:9
126:10 155:2 192:3
192:20 227:18
**remembered (1)**
192:9
**remove (1)**
194:12
**removed (3)**
133:19 194:11 198:3
**removing (1)**
105:22
**rendered (1)**
24:21
**renew (2)**
186:7,14
**Renovation (1)**
46:25
**repeat (3)**
58:3,5 124:3
**repeated (1)**
125:9
**repeatedly (1)**
163:7
**replicate (6)**
95:18,19 123:25
124:8 145:25 163:4
**replicated (1)**
124:12
**report (90)**
3:14 10:24 11:4,14,18
12:12 14:18 15:2
19:19 20:4,23 21:22
22:4,13,17 24:6,13
25:5 26:15,17 27:21
29:17,18,19,21 31:5
34:14,14 65:2,6,23
66:7,18 80:19 84:6
84:7,12,17 88:3
90:21 91:2 99:17
110:24 111:4 112:7
112:12,20 113:2,8
113:14,20 114:3,7
115:3,10 129:17,19
134:21 135:14
137:7,17 146:3,4
151:10 152:8
154:15,16,18
163:14,17 165:2

173:21 176:5 180:4
185:8,9,10 194:4
196:16 199:6 200:4
202:5 207:23
209:17 219:6 220:3
220:21 226:12
227:13 233:13
**reported (1)**
236:5
**reporter (3)**
5:17 6:5,7
**Reporting (1)**
5:17
**reports (7)**
35:22 82:19 83:23
84:12,19 85:6
198:10
**represent (4)**
6:24 8:18 199:7
215:11
**representative (1)**
7:12
**represented (2)**
8:13 184:7
**representing (1)**
5:25
**represents (1)**
132:24
**request (3)**
42:8 56:8 137:13
**requested (1)**
86:21
**requesting (1)**
137:14
**requests (1)**
84:16
**require (1)**
218:2
**required (1)**
192:4
**requirement (2)**
43:5 52:10
**requires (1)**
70:23
**research (2)**
34:11,16
**resource (1)**
67:18
**respect (26)**
21:12,17 22:25 34:13
40:21 41:5 46:20
51:6 52:22 121:13
141:4 155:17 162:8
197:19 201:3 211:9
212:6 217:16 218:5
218:21 222:4,16

223:4,19 225:21
227:11
**respond (1)**
78:8
**response (3)**
10:5,15 131:12
**responsibilities (1)**
154:11
**responsive (7)**
17:5,22 18:10,18 34:8
34:21 84:16
**rest (3)**
145:3 160:7 165:18
**result (19)**
10:25 12:9 14:25
26:13 39:20 41:19
42:7 60:11 77:20
89:24 152:20,24
153:4 203:3,5
205:10 222:24
232:9 233:2
**results (5)**
17:19 95:20 114:4
220:11,12
**resume (1)**
21:3
**retain (2)**
216:15,18
**retained (25)**
7:4 8:18,21,23 25:3
27:5 30:19 39:9
43:17,22 44:10,14
44:22,25 46:7,12
47:25 61:2 75:23
80:20 84:12,21
85:12 88:4 211:24
**retainer (3)**
26:22 27:16,18
**retention (3)**
25:9 75:16 79:17
**return (2)**
148:21 149:10
**review (4)**
26:16 48:2 74:23
184:4
**reviewed (10)**
9:25 10:10 17:8,11,13
26:9 29:19 154:17
207:25 209:9
**rid (2)**
130:20 177:15
**right (218)**
6:8 8:13 17:6 23:22
24:4,18 27:20,23,25
28:2,12 43:12 46:25
47:5 52:11 53:14

58:2 59:15 60:13
62:21,23 63:2,11,23
64:5,9,14 65:18,21
66:9 69:20 72:13
75:19 82:8 83:21
90:22 91:4,21 92:7
92:12 96:9,15 97:14
98:10 100:9,10
101:18,21 103:11
103:15,16,23,25
106:24 107:3,19
108:7,13,20,25
109:7 110:6,8,12,13
111:15 112:16
114:2,14,25 115:6
115:17,20,25 116:2
116:19 117:16
118:20 120:13
121:12,15 122:7,10
124:2,17 125:3,5,12
126:7 127:5,10,12
134:16,24 135:7,12
135:15,21 139:13
140:3,14 142:2,23
142:25 143:16
144:11,16 145:19
147:24 148:14
150:4,6 151:20
152:9,12 153:11,14
153:15 156:5,13,15
156:20 158:21
159:10,21 160:16
160:25 161:9,13,19
161:23 163:3,15
164:10 165:2
167:13 170:19,24
172:5,8,20 173:2,14
174:2,25 175:6,24
177:8,25 178:19
180:2,8,11,15,19,23
181:18 182:22
184:11 185:3,13,15
185:17 186:9 188:6
188:10,19,24
189:12,22 192:10
193:16 194:9,13,20
195:12,15,20 196:4
196:13 197:11,22
198:7 200:8,16
202:2 203:21
204:19 205:17,24
208:4 210:2 216:5
216:16,18 217:8
218:2,5,9 219:22
220:4,15,19,25
221:5 222:10 223:2

223:10 226:15,18
227:6,14,25 228:6
230:3 232:23
233:10,12
**Riverside (1)**
40:14
**Robert (2)**
32:12 213:13
**room (309)**
4:6,7,9,10,11,12
13:17,18,21,25 41:3
41:3,7 42:2,20 43:4
44:6 49:4 50:2,19
51:9,18 52:8 53:20
56:4 60:20 62:23
63:2,10,11,13,14,17
63:20,22 64:4,7,11
64:14,20 66:15
69:18 70:10,17
72:24 74:5 83:5,12
93:22 96:9,17,23,24
98:4,5,6 99:2 100:7
101:5,21,23,24
102:7,8,9,9,10,14
102:17,19,19,20,20
102:22 103:3,15,19
104:16,17,18,20,21
105:4,5,8,24 106:5
106:7 108:14,16,22
108:23 109:10
110:15,16,17,18,18
110:21,22 111:8,10
111:10 112:5,22
114:25 118:11,14
120:9 122:18,22
123:2,11,14,16,18
126:5,14,16,22
127:3,5,9,23,25
128:10,14,17,24
129:4,5,8,10,11,14
129:22,25 130:6,8
130:13 131:9,13,19
132:3,4,8,18,23
133:7,13,15,25
135:16,22 136:5,7
136:11,16,18 137:6
138:10,10 140:13
141:18,23 142:5,22
142:25 143:21
144:7,16 145:10
146:8,9,14,21,22,22
146:23 147:3,5,6,8
147:10,12,17,19,21
147:24 148:4,5,6,10
148:13,14,18,21,23
149:3,5,7,9,24

150:6,15 151:12
153:21 155:25
157:4,12,14,15,19
158:11 159:18
160:19,22,25 161:8
162:6,12 163:19,22
163:23 164:4,7,10
164:11,12,13,16,24
165:8,19,22 166:2,7
166:10,11,23 167:2
167:15,19 168:5,7
168:10,18,20,21
169:7,8,10,11,12,17
169:19,21 170:5,17
170:19,20,24,24
171:2,2,4 174:15
175:11,14,18,19,19
176:4 180:11,21
184:22 191:16,17
191:23,24,25
201:12 203:14
206:17 216:4,10,12
216:13,16 219:22
220:6 221:15,18,22
221:23,25 222:2,6,6
222:12,15 223:24
225:25 228:20
229:17,22 230:5,12
230:14
**rooms (30)**
40:5,6,7 41:9 42:10
42:11 43:8,16 49:2
49:4,7,20 50:13
57:8 58:9 60:24
63:25 69:15 70:24
73:4 74:2,4 146:24
167:5,7 215:20
216:7,9 228:12,13
**routine (2)**
39:24,24
**routinely (1)**
217:6
**run (13)**
17:3 95:6,7,14 99:15
104:19 125:6
146:13 156:19
163:5 169:15
205:20 219:7
**running (17)**
63:7 99:4 110:15
112:23 113:9 125:9
153:5 160:20
178:25 179:8 203:4
203:5,19,20 204:16
206:7,21
**runs (1)**

105:16
**Ryan (1)**
34:6

---

**S**

**S-t-r-e-i-f-e-l (1)**
28:17
**sale (1)**
164:9
**sample (11)**
106:12 131:25 132:22
132:24 136:7 141:3
142:13 143:24,25
157:2 191:17
**sampled (4)**
69:14 111:8 139:22
220:12
**sampler (2)**
47:10 217:9
**samples (17)**
93:24 99:3 105:4,5,24
106:2 133:25
135:18 142:18
157:2 175:11,17,18
175:19 206:17
217:3 219:14
**sampling (21)**
47:9 72:12 75:13,14
123:21 132:25
133:20 136:18
142:12,19 151:8
155:21 189:4
202:21,21,22
219:15 220:10
224:14 225:8 228:3
**Sana-Wipe (1)**
111:25
**sat (1)**
7:16
**saw (2)**
140:25 202:25
**saying (29)**
25:2,14 42:5,9,12
72:14 107:25 113:5
113:8,17 116:5,7,8
124:25 133:23
136:10 142:8
155:24 159:4
170:23 176:25
181:12 192:8 203:2
205:6 208:4 209:8
232:11,12
**says (18)**
12:15 92:4,5 100:6,21
101:4 132:17 133:7
139:11,25 141:23

160:18,19 175:13
196:21 197:8 202:5
209:17
**scale (5)**
118:10 182:12,13,14
199:19
**schedule (1)**
86:20
**scheduling (1)**
18:24
**School (1)**
122:24
**scientific (1)**
48:2
**scope (1)**
84:25
**Scott (4)**
33:8,10,15 34:4
**screens (1)**
158:4
**SEAL (1)**
236:20
**second (11)**
111:7 146:2,6 150:19
151:10,21 152:8
157:6 162:4 163:4
199:18
**section (3)**
65:13 135:16 202:5
**see (60)**
9:24 12:4,20 19:23
23:5,19 53:16 65:12
76:20 78:22 80:15
80:25 81:5 82:4,19
83:23 93:21 94:21
99:7,24 100:2
104:25 106:18
109:25 111:11
112:13 119:2,8,13
119:21 122:7
124:15 132:15
135:18,24 137:11
138:13,21 140:25
141:25 144:25
152:19 159:4,24
160:23 164:22
165:7 172:20
176:12 178:24
183:15 184:20
196:10 197:3
210:11 216:25
218:13 231:7,8
232:3
**seeing (1)**
192:9
**seen (12)**

43:24 44:4,5 52:25
53:16 55:11 67:10
67:13 75:22 98:17
98:19 132:17
**segment (3)**
136:18 138:24 181:24
**selective (1)**
220:14
**sell (1)**
164:9
**send (2)**
27:18 137:13
**sense (3)**
67:25 97:21 113:5
**sent (5)**
11:17 12:12 24:9
34:19 119:6
**sentence (1)**
202:6
**separate (7)**
25:7 80:6 81:2 100:14
124:13 190:22
191:21
**separated (1)**
162:4
**separately (1)**
125:9
**sequence (1)**
150:23
**sequential (1)**
124:14
**series (1)**
99:4
**serve (2)**
8:22 25:15
**service (7)**
3:13 69:16 89:2,6,8
101:25 102:4
**services (9)**
24:21,24 26:6,20
27:16 102:3 214:18
216:15,19
**set (14)**
50:13 68:17 95:8,11
126:25 127:22
146:8 150:4,8 164:5
168:4,17 173:14
219:25
**setting (9)**
99:2 101:16,17
118:17,19,22
163:10 166:7,8
**settings (7)**
95:9 99:10 104:7
118:17,21 168:5
176:13

**setup (9)**
13:24 98:22 125:10
127:13 151:4,6,11
151:13 169:3
**seven (2)**
124:16 180:16
**Seventh (2)**
2:4 5:4
**shed (8)**
69:20,22 143:4,7,10
143:16,16,18
**sheet (2)**
234:2 235:4
**shelf (2)**
119:7 164:22
**shelving (4)**
158:6,8,8 164:22
**Sherrill (1)**
7:15
**shirt (4)**
126:11 128:6,7,9
**shoes (1)**
128:9
**shortly (2)**
27:9 133:10
**shot (1)**
165:25
**show (32)**
13:20,22,23 30:25
31:3,4 75:2 101:13
108:14,21,24
113:25 114:3
118:19 120:3
129:25 130:8 131:7
135:14 144:13
164:5,5,8 165:18,21
183:3,5 198:17
199:16,21 203:10
226:12
**showed (5)**
196:2 202:7 203:8
205:7 210:5
**showing (9)**
27:13 110:5 112:21
112:25 113:3 137:4
151:7,11 183:19
**shown (3)**
74:13 164:25 184:2
**shows (16)**
85:7 100:2 109:20
118:21 120:6
130:18 131:20
132:3 141:13,25
142:9 144:23
155:18 158:19
165:11,14

**shut (1)**
161:11
**sic (4)**
50:11 74:5 139:4
178:13
**side (15)**
51:20 53:20 118:25
118:25 119:2,8,14
119:18,23 120:5
143:3 149:22 173:6
173:20 176:16
**sidebar (2)**
85:3 207:19
**SIGNATURE (1)**
235:8
**signed (1)**
7:19
**significant (6)**
184:15 187:21 188:6
217:2 222:23
228:25
**significantly (1)**
184:12
**signing (1)**
236:15
**silver (1)**
134:15
**similar (3)**
140:5 166:8 189:20
**simple (1)**
121:14
**simulate (2)**
164:18 169:20
**simulated (10)**
163:23 164:3,11
168:7 169:4,19
170:13 191:13,23
201:12
**single (3)**
56:25 151:6 209:24
**sir (2)**
214:21 233:16
**sit (1)**
230:15
**site (10)**
39:4 96:19 97:7,24
201:11,13 210:18
210:24 214:11
225:21
**sits (1)**
103:25
**sitting (6)**
8:4 111:14 136:11
146:11 147:11
209:23
**six (3)**

156:4,20 180:16
**size (33)**
66:3,19 67:20,21
90:10 106:8,25
107:7,10,17 109:3,6
109:12 110:9
115:19,25 116:14
117:10 123:16,18
141:6 157:8 158:24
167:11 191:13
193:2,13 195:19
197:22 198:3,5
201:20 220:14
**sized (1)**
211:10
**sizes (12)**
64:3 66:8 107:21
116:4 192:4,25
193:14 194:12,25
197:19 219:9,10
**skin (2)**
68:19 143:10
**skip (1)**
165:4
**slides (1)**
136:24
**slightly (2)**
150:12 167:2
**slots (1)**
109:25
**small (5)**
53:8 65:24 135:11
195:17 219:5
**smaller (5)**
135:2 146:24 157:25
167:9,11
**smallest (1)**
116:14
**smattering (1)**
195:18
**solemnly (1)**
6:9
**solution (1)**
112:2
**somebody (6)**
53:21 79:8,8 83:7
95:11 218:12
**somewhat (1)**
120:13
**SOP (1)**
70:16
**sorry (13)**
22:8 57:17 70:8 73:22
106:23 114:15
124:3 131:22
134:14 135:20

165:4 204:3 219:2
**sort (10)**
9:5 18:25 25:12 29:4
48:24 53:11 56:24
172:8 176:15 181:2
**sorts (1)**
56:17
**sounds (2)**
192:14 209:6
**source (2)**
96:15 121:11
**sources (2)**
67:10 202:11
**South (3)**
2:4,12 5:4
**space (4)**
40:17,21,23 172:11
**sparingly (1)**
122:23
**speak (2)**
47:11 140:23
**speaking (6)**
53:18 63:24 71:23
75:13 147:9 228:12
**speaks (1)**
47:10
**special (5)**
36:19 46:6 54:19,20
112:11
**specialist (1)**
5:16
**specialized (3)**
37:10 38:12,21
**specially (1)**
54:18
**specialty (21)**
38:3 40:5 167:6,12
**specific (9)**
20:17 23:4 72:22 73:8
83:16,23 122:25
123:11 138:11
**specifically (21)**
20:6 31:18 41:16 42:3
47:11 56:13,21 60:4
67:8 79:10,25 82:19
83:9 85:13,18 95:12
126:10 154:20,25
170:15 209:11
**specifics (1)**
55:2
**specified (1)**
106:12
**specs (1)**
72:4
**speed (3)**
99:18 101:11,13

99:18 101:11,13
**spell (1)**
28:16
**Spence (2)**
2:12 30:15
**spend (2)**
138:23 216:6
**spent (4)**
26:7 27:11,13 28:6
**spescribed (1)**
95:12
**spoken (1)**
212:9
**sponsored (1)**
34:12
**spores (1)**
62:19
**spot (1)**
190:6
**spreadsheets (1)**
3:18
**squame (1)**
68:19
**square (2)**
102:25 228:22
**squeezed (1)**
115:15
**squished (2)**
174:13,14
**stainless (3)**
111:16,17 166:19
**stand (4)**
133:18 150:13 164:19
233:12
**standard (19)**
38:7 71:12,25 72:3,15
73:2,9,12,17,18,19
79:6 81:10 95:6,7
176:12 212:6
218:22,24
**standards (9)**
37:20,24 38:2,4,9
46:17,18 72:22
104:22
**staph (4)**
66:17,18 67:20,22
**stapled (1)**
20:14
**staring (1)**
138:19
**start (5)**
5:7 158:23 159:18
229:5 232:4
**started (11)**
93:15 129:8 130:2
141:9 153:20

157:12 202:21
203:15,17 206:20
232:14
**starting (2)**
88:11 122:8
**starts (4)**
69:25 70:2 101:3
146:3
**state (4)**
6:17 206:24 236:2,9
**statement (6)**
46:13,16 64:25 67:19
184:13 202:4
**STATES (1)**
1:2
**stay (3)**
118:11,14 222:5
**stayed (1)**
124:20
**steadiest (1)**
165:25
**steel (3)**
111:16,17 166:19
**stenographic (1)**
236:11
**step (1)**
80:2
**steps (6)**
112:7 124:12,14,14
125:8 205:11
**sterile (8)**
61:13,17,21 62:5,10
62:12,13 132:8
**sterilize (8)**
61:23,25 175:23
177:7,9,10,12,14
**stick (1)**
125:24
**sticking (1)**
172:23
**Stocks (1)**
33:2
**storage (12)**
146:25 147:2,3,5,17
148:14 157:4,12,15
157:20 176:20,21
**stored (1)**
157:22
**Street (3)**
2:4 5:4 152:5
**Streifel (9)**
16:15 28:15,18,19
81:18 126:3 218:15
218:20 227:24
**stuck (1)**
172:17

**students (1)**
35:21
**studies (6)**
15:25 22:5 44:21 48:2
74:17 208:25
**study (16)**
16:8,22 34:10,10,15
46:6 74:12,15 75:2
208:11,12,14,16,19
208:22 209:25
**subject (2)**
8:3 120:12
**submitted (1)**
14:4 26:11
**subpoena (4)**
3:12 9:22 10:4 85:2
**subsequent (1)**
94:5
**substantial (3)**
188:3,5 236:19
**successive (2)**
224:14 225:14
**Sue (1)**
34:5
**sufficient (1)**
130:7
**suggest (2)**
61:7 87:14
**suggestions (1)**
29:20
**suite (2)**
5:4 51:9
**suites (1)**
55:4
**summary (1)**
11:2
**supervision (1)**
218:3
**supplier (2)**
91:9,9
**supplies (1)**
177:5
**supply (2)**
128:13 146:13
**support (1)**
24:16
**supposed (2)**
57:25 152:15
**sure (27)**
13:9 17:4 19:3 20:18
20:24 22:10 23:25
40:22 67:23 72:3
79:8 98:24 118:15
122:9,12,14,16
140:11 146:7
151:14 153:19

162:15 178:15
190:9 191:19
217:14 226:10
**surface (5)**
68:3 69:6,8 70:13
147:8
**surfaces (3)**
69:25 70:19 96:23
**surgeons (1)**
216:2
**surgery (6)**
44:8 53:22 64:5 69:25
70:2 78:14
**surgi (1)**
229:3
**surgical (12)**
39:4 60:21 164:17,18
172:14 201:11,13
210:17,24 214:11
225:21 229:3
**swear (2)**
6:6,9
**switch (7)**
110:17 128:11,23
129:2,4 133:4
190:18
**switched (1)**
118:17
**sworn (4)**
6:8 7:18,23 236:6
**system (28)**
43:19,22 44:12,16,19
44:23 45:3,14 50:19
50:22 51:6,17,25
52:3,14,23 58:14,17
58:19 64:13 75:16
80:21 81:8 89:25
96:22 129:7 167:20
229:23
**systems (6)**
45:6 46:21 50:15,17
52:4,14

---

**T**

**table (22)**
31:21 60:21 64:5,8,20
66:10 97:16 104:8
117:22 120:8
121:16 131:7
164:17,17,19
201:13 225:25
226:4,13 227:5
229:3,17
**tables (1)**
166:19
**take (42)**

9:12,24 10:21 20:24
23:13 24:4 36:3,21
36:22 48:9,12 52:2
60:16 72:9 77:21
79:19,20 86:22
93:15 95:21 103:21
121:19,21,22
122:10,15 125:12
128:18 137:23,23
141:3 151:5 183:14
190:6,8,25 191:21
199:14 205:25
214:23 219:14
229:8
**taken (12)**
1:25 5:3 13:18 35:9
55:10 96:3 106:12
132:22 142:13
161:11 170:4
204:10
**takes (2)**
103:24 198:18
**talk (13)**
30:8 47:7 48:8,23
75:15 86:15 141:11
141:15 146:2
163:11 201:22
214:19 221:13
**talked (13)**
49:9 56:23 70:20
73:20 83:11,16
85:20 103:18
212:12,15,19,21
214:17
**talking (12)**
41:23 72:7 83:13 98:6
101:18 134:12
150:17,19 153:2
159:8 186:20
231:21
**tall (1)**
109:25
**tallest (1)**
185:2
**tape (5)**
5:8 172:8,14 173:11
177:5
**taped (1)**
172:13
**tell (21)**
10:22 11:10,25 12:15
63:4,6,9 80:10 86:7
87:17 98:22 135:21
141:19 153:18
183:4,18 198:18
199:22 209:10,24

236:6
**telling (2)**
85:22 161:7
**temperature (3)**
99:9 118:21 179:9
**temperatures (3)**
100:2 101:13 120:4
**tendency (1)**
236:19
**term (1)**
62:3
**terminally (1)**
69:15
**terms (6)**
43:9,10 47:9 154:23
177:12 229:15
**test (66)**
4:6,7,9,9,11,12 17:19
34:10,15 61:3 71:12
72:14 73:9,10,10
76:21 77:5,10,20,22
78:12,19,19 79:21
79:22,22 90:7 93:9
93:19,21 94:4 96:13
113:10,19 124:5,15
125:4 127:7 130:6
139:8 144:11
148:24 151:25
152:14 153:15
157:7,12 158:16
163:6,8 166:6
173:22 178:18
179:6,7 182:2
185:20 188:11
190:22 191:12
194:5 201:4 202:25
206:21,22 233:3
**tested (10)**
60:2 73:21 75:3 77:12
77:17 92:14 114:22
121:15 189:19
191:16
**testified (1)**
201:24
**testify (1)**
3:12
**testifying (1)**
200:5
**testimony (12)**
6:9 8:2 18:15 72:17
84:18,24 90:18
130:24 179:15
198:9,11 205:19
**testing (102)**
3:17 10:25 11:12 12:2
12:8,9,18,25 14:25

15:5,19 16:9 28:12
29:12,14,16 30:8
43:18 45:2,11,21
46:2,8 71:19,23
72:2,4 73:24 75:8
76:14,16 77:6,15,23
78:3,11,18,21 79:7
79:9 82:21 85:8
86:19,24,25 87:2,5
87:15 90:4,15 93:7
93:15,22 94:23
95:18,19 96:5,8
101:20 103:14
104:10 113:3
118:12 119:20
121:9 123:25 124:8
126:5,20,21 129:8
130:2 139:6 153:23
153:24,25 154:4
162:9,10 163:19
175:8 177:22,23
178:23 179:18,23
187:12 191:14
201:3,18 203:8
205:7 206:19 210:4
210:5,7,16 212:7
231:13 232:6,9,15
**tests (7)**
72:10 90:22 112:23
124:17 180:9
190:13 218:6
**Texas (1)**
2:19
**Thank (9)**
48:13 100:18 183:12
214:21 215:10
226:9 233:4,16,17
**theatre (2)**
14:15,22
**theirs (1)**
164:21
**thereof (1)**
236:9
**thing (8)**
19:2 56:22 72:4,6
112:11 134:16
161:11 170:25
**things (12)**
40:6 43:2 47:9 49:18
82:9 84:19 90:4
95:22 158:4 176:22
177:6 224:6
**think (59)**
19:19,20 20:6 21:22
21:25 27:20 28:11
38:6,10 46:23 72:6

75:17 78:8 81:20
84:7,8,11,17,25
89:3,23 91:22 93:6
99:13,13 112:11
120:22 121:2 122:4
132:2,3 143:2 146:3
149:2,20 151:3,14
153:12 154:24
158:17 162:16,24
164:24 168:5
178:22 180:15
181:6 182:14 183:8
193:7 196:24 197:4
200:2 213:22 219:5
224:11 226:15
227:25 230:17
**thinking (1)**
139:23
**third (13)**
163:11,14 170:7
171:10 191:12
200:24 201:5,8,10
201:15 222:17
224:12 226:3
**thorax (1)**
226:5
**thought (7)**
46:10 72:21 80:17
83:11 140:5 153:3
165:24
**thousand (1)**
117:2
**Thousands (1)**
63:5
**three (10)**
35:13 90:22 95:9
145:23 146:23
180:16 189:4
193:21 197:18,21
**threw (1)**
15:12
**thrown (1)**
15:9
**time (76)**
5:15 7:8 19:6 25:22
26:7 27:10 28:3,6
30:9 35:10 37:4
41:8,8 42:12,15
56:25 61:2 75:12,18
81:25 85:17,21 95:3
95:5,15 97:12
104:20 106:12,12
108:19 109:25
115:14,17 120:24
124:15 125:10
127:2,3,6,9 133:13

136:15 138:20
139:5,22 141:13
142:12,19,19 143:5
144:22 145:10
146:8 151:4,6
155:17,21 169:16
169:22 178:23
184:4 202:20,22
206:19 210:7 211:8
214:21 218:7,7,14
218:14 224:5
225:14 228:15,16
232:14
**times (9)**
25:25 26:2 41:11
50:21 51:23 109:23
120:8 202:23 225:3
**tip (2)**
138:7 220:10
**titled (1)**
14:14 15:25 47:4
74:20
**today (17)**
5:17 7:23 8:2,14,19
10:6,15 17:11 31:7
48:20 84:18 125:19
191:7 209:23
215:17 230:15,18
**told (2)**
15:13 204:6
**tons (1)**
167:17
**tool (2)**
217:20 226:21
**top (15)**
38:6,10 101:4 115:4
139:11 180:3,22
181:5 183:20,21
188:10 194:4
196:23 227:5,7
**torso (1)**
164:24
**total (4)**
68:16 96:3 116:10
228:21
**totally (2)**
171:20,21
**tracers (1)**
230:23
**train (1)**
72:21
**trained (1)**
217:23
**training (6)**
35:7 36:19 37:10
38:12,21 233:9

**transcribed (1)**
236:12
**transcript (3)**
235:2 236:11,11
**transfer (2)**
38:13,16
**transmit (2)**
65:10,17
**transplant (1)**
40:6
**travel (1)**
66:22
**tray (1)**
144:2
**trays (1)**
158:4
**treated (1)**
212:16
**treating (1)**
212:15
**treatises (1)**
21:23
**treatment (1)**
77:23
**treats (1)**
68:9
**trial (7)**
18:15,23 19:7 34:11
81:14 139:21
224:14
**trials (1)**
38:19
**tried (1)**
226:4
**trouble (1)**
83:9
**true (12)**
39:13 52:12 69:14
103:16 114:22
144:10,11,21 159:9
160:12,15 236:11
**truly (1)**
60:7
**truth (6)**
6:11,11,12 7:21 236:7
236:7
**truthful (1)**
7:24
**try (3)**
51:4 135:20,21
**trying (15)**
13:21 22:12 89:19
94:17,21 100:20
104:3 115:23
117:14 165:7
174:11 203:7 216:6

216:9 227:23
**TSG (1)**
5:17
**tube (12)**
120:14,15,21,24
136:17 138:7
204:13 227:17,21
227:25 228:5,8
**turn (8)**
10:8 110:17,19
119:23 142:21,22
143:22 177:23
**turned (22)**
63:18 64:19 104:19
105:5 108:16
109:15 115:6,8
119:2 128:10,11
133:3,7 140:14,21
143:3 171:22
175:21 196:4,12
201:7 206:20
**turning (1)**
127:16
**twelve (1)**
117:2
**Twin (1)**
163:24
**two (10)**
90:24 94:6 123:5
137:22 146:23
179:23 180:16
187:4 189:3 195:19
**type (20)**
52:3 54:18 56:11,22
68:20 90:13,22
123:11 139:16
142:20 146:22
152:4 154:5 158:2
166:7,8 168:12
176:9,12 226:7
**types (13)**
13:3 39:25 40:6,9
43:2 49:18 53:3
90:16 167:7 176:22
177:6 201:19,19
**typical (6)**
94:18 166:23 167:4
168:4,21 216:11
**typically (13)**
52:5 53:19 54:19,21
60:20 74:11 94:14
94:24 97:25 216:21
218:24 223:22
228:23
**typo (2)**
91:22 114:15

**U**

**U.S (2)**
5:11 70:24
**ubiquitous (1)**
62:21
**Uh-huh (10)**
93:18 96:10 113:24
124:7 150:7 172:22
175:10 181:14
184:25 185:21
**ultimately (1)**
175:20
**underlining (1)**
18:9
**underlying (2)**
198:10 200:4
**understand (44)**
6:24 7:4,23 8:2,6 9:3
9:9,10 13:21 17:4
22:12,17 34:23 52:9
61:16 72:8,18 73:8
76:3,10,25 89:15,19
90:8,21 94:17 98:9
100:20 103:10,20
104:3 115:23,24
117:14 123:8 136:8
140:2 183:23
191:19 199:10
203:6,7 204:17
205:12
**understanding (17)**
27:20 66:21 67:6
72:13 77:4 79:3,5
85:22 89:10 94:15
102:13 119:16,19
134:15 162:8 221:5
230:3
**understood (3)**
9:16 80:7 152:15
**unique (1)**
49:25
**unit (32)**
63:18 64:18 80:3,4
88:21 89:11,16 90:2
90:5,7 93:8 113:4
147:11,23 150:5
151:11 157:9 161:8
161:19 164:22
171:9 190:18,19
202:16 203:20
204:7,18 205:13
206:2,6,9 231:19
**UNITED (1)**
1:2
**units (2)**
82:6 90:25

**university (10)**
7:13 28:20 29:10
35:11 40:13 50:4
51:2 84:21 101:24
154:13
**unlocked (1)**
150:2
**unused (1)**
52:7
**upper (4)**
173:15,16 200:11
226:8
**usable (1)**
72:5
**usage (2)**
105:7 147:4
**use (28)**
14:24 18:13 19:7
63:22 71:25 73:2
76:10 77:11 87:24
93:3,24 111:20
114:9 123:8,10
129:15,22 152:16
164:21 166:10
170:13 180:25
201:16 217:17,21
217:24 218:3
227:20
**usually (3)**
52:24 93:19 96:9
**utility (1)**
177:5

**V**

**validate (1)**
11:13
**value (4)**
117:7 181:5,7,21
**values (1)**
181:8
**various (2)**
66:8 230:11
**velocity (2)**
88:22 232:17
**ventilation (3)**
36:23 38:2,7
**verbal (1)**
25:16
**verbiage (2)**
154:21 192:15
**verify (8)**
40:22 42:7,18,19
129:7,10,14 136:5
**verifying (1)**
41:19
**versus (5)**

80:12 113:14 146:19
209:15 222:6
**Vesley (1)**
35:10
**viable (5)**
68:3,5,6,7 192:5
**video (4)**
5:16 48:19 125:18
191:6
**Videographer (12)**
2:24 5:7 6:5 48:16,19
125:13,18 191:3,6
215:2,5 233:18
**videos (1)**
17:21
**videotaped (4)**
1:15 3:12 5:2,8
**views (1)**
154:23
**Vincent's (1)**
36:22
**virtue (1)**
236:9
**viruses (1)**
62:19
**visible (1)**
219:6
**Vitae (1)**
3:20
**volume (5)**
95:9 220:11,15
231:21 232:25
**volumes (1)**
220:2

**W**

**W (2)**
3:14,20
**W37 (4)**
102:21 146:21,22
156:25
**waist (1)**
60:22
**wait (2)**
108:18,19
**waited (1)**
139:21
**waived (1)**
236:16
**walk (1)**
150:20
**walked (2)**
44:6 82:10
**wall (1)**
164:23
**want (32)**

19:7 20:16,18 22:18
22:22 23:19 26:25
31:3 41:23 48:23
54:4 55:9 73:6 75:2
80:6 82:3 85:20
106:11 121:18
137:23 138:12
146:18 152:14,18
164:18 167:3
170:10 182:25
186:12,14 201:22
222:5
**wanted (20)**
16:16,17 80:15 103:4
103:17 108:21
114:10 123:10
136:4,6 138:11
152:19 153:19
166:6 169:20,22
175:20 178:23
179:6,6
**wants (1)**
114:6
**warmed (1)**
89:16
**Warmers (1)**
3:23
**warming (38)**
1:6 5:10 15:25 34:20
39:7,11 43:19,22
44:12,16,19,23 45:3
45:6,9,14 63:18,21
64:18 75:3 76:3
80:21 89:11,16
90:25 147:11,23
150:5 151:11 161:8
171:9 190:18,19
203:20 204:7,18
205:13 206:2
**WarmTouch (3)**
45:17,22 75:3
**wasn't (11)**
7:17 113:7,13,21
129:17 138:19
140:2 147:9 172:19
173:12 174:15
**water (3)**
39:15,19,20
**way (23)**
29:11 68:6 72:10
76:25 80:18 81:21
100:11 103:20
107:10 119:24
121:7 142:2 145:3
148:21 149:12,20
149:21 162:5

181:20 182:24
184:15 204:23
205:3
**Wayne (242)**
1:1,16 2:1 3:1,17 4:1
5:1,2 6:1,18 7:1 8:1
9:1 10:1 11:1 12:1
13:1 14:1 15:1 16:1
17:1 18:1 19:1 20:1
21:1 22:1 23:1 24:1
25:1 26:1 27:1 28:1
29:1 30:1 31:1 32:1
33:1 34:1 35:1 36:1
37:1 38:1 39:1 40:1
41:1 42:1 43:1 44:1
45:1 46:1 47:1 48:1
49:1 50:1 51:1 52:1
53:1 54:1 55:1 56:1
57:1 58:1 59:1 60:1
61:1 62:1 63:1 64:1
65:1 66:1 67:1 68:1
69:1 70:1 71:1 72:1
73:1 74:1 75:1 76:1
77:1 78:1 79:1 80:1
81:1 82:1 83:1 84:1
85:1 86:1 87:1 88:1
89:1 90:1 91:1 92:1
93:1 94:1 95:1 96:1
97:1 98:1 99:1
100:1 101:1 102:1
103:1 104:1 105:1
106:1 107:1 108:1
109:1 110:1 111:1
112:1 113:1 114:1
115:1 116:1 117:1
118:1 119:1 120:1
121:1 122:1 123:1
124:1 125:1 126:1
127:1 128:1 129:1
130:1 131:1 132:1
133:1 134:1 135:1
136:1 137:1 138:1
139:1 140:1 141:1
142:1 143:1 144:1
145:1 146:1 147:1
148:1 149:1 150:1
151:1 152:1 153:1
154:1 155:1 156:1
157:1 158:1 159:1
160:1 161:1 162:1
163:1 164:1 165:1
166:1 167:1 168:1
169:1 170:1 171:1
172:1 173:1 174:1
175:1 176:1 177:1
178:1 179:1 180:1

181:1 182:1 183:1
184:1 185:1 186:1
187:1 188:1 189:1
190:1 191:1 192:1
193:1 194:1 195:1
196:1 197:1 198:1
199:1 200:1 201:1
202:1 203:1 204:1
205:1 206:1 207:1
208:1 209:1 210:1
211:1 212:1 213:1
214:1 215:1 216:1
217:1 218:1 219:1
220:1 221:1 222:1
223:1 224:1 225:1
226:1 227:1 228:1
229:1 230:1 231:1
232:1 233:1 234:1
235:1,2 236:1,5
**we'll (5)**
9:4 19:4 23:21,21
190:7
**we're (12)**
20:18 30:12 84:14
117:14 122:4
125:13,20 131:3
186:20 191:8 215:2
233:18
**we've (12)**
25:14,15 48:14 73:20
82:2,6,9,9 87:20
140:24 190:4
214:24
**wear (1)**
175:3
**wearing (4)**
126:9,11 128:2
178:16
**well-respected (1)**
87:19
**went (18)**
27:12,17 104:6
118:16 122:19
123:14 130:11
175:8 180:7,8
184:12,14 204:11
206:2,3 207:8
210:11,14
**weren't (8)**
14:3 79:25 83:12
170:14 179:5
201:24 210:10
232:22
**Whatever's (1)**
96:18
**whatsoever (1)**

142:11
**white (1)**
3:15
**wide (1)**
98:12
**wider (1)**
13:24
**willingness (1)**
86:14
**window (5)**
138:13,15,16,18,19
**wipe (7)**
69:6,6 176:2,10,11,12
176:14
**wiped (6)**
111:17,22 175:25
176:6 177:9,11
**wipes (5)**
176:21 177:3,4,5,12
**wiping (4)**
70:13,13 112:3
177:20
**witness (110)**
6:6,13 7:5 8:16,23
22:8 23:23 24:12
25:15,19 48:13
55:18 57:15,17,19
57:24 58:3,12 59:10
61:19 62:7 64:16
66:5,25 69:13 70:9
71:2,7 72:18 76:19
77:9,11 78:5,7,17
78:18 81:13 84:15
84:17,23 86:4 88:15
90:19 92:8 94:14
96:2 98:16 122:14
124:12 130:5,16
131:2,6 132:11,22
134:19 143:7,13,18
145:13 155:7,12
156:7 167:2 168:25
179:13,16 184:2,6
186:6,11,15,18
187:17 190:9
192:13 193:7
194:17 195:8,22
196:17 197:7,24
198:12 199:2,3
200:3 204:3,21
205:3,20 207:17
211:2,17 213:9,16
214:14,22 221:9,20
223:22 224:24
225:13 229:19,21
231:16 233:11,14
236:6,20

**witness's (6)**
72:17 130:24 179:15
196:16 198:9
205:19
**wondering (2)**
98:12 113:20
**word (4)**
88:11 154:25 155:2
168:15
**words (10)**
24:25 94:7 97:9
113:23 117:17
122:19 124:20
163:5 168:13
193:20
**work (43)**
10:25 11:3 26:12,12
26:14 27:6 28:8
29:16 35:19 37:21
39:19,22,23 41:18
42:7 49:3,5,7,8,22
49:25 50:3,8,15,17
50:25 51:2 56:11
73:3,3 74:2 83:25
84:14 86:4,4,22
128:3 176:8,9
207:13 208:5 211:4
211:7
**worked (8)**
29:6 55:8 129:10,15
140:24 154:8,13
218:15
**working (11)**
29:6 30:12,14 108:22
129:23 130:8 132:4
132:5 136:6 218:11
218:20
**workings (2)**
88:20,24
**works (3)**
21:23 28:20 134:8
**wouldn't (9)**
59:21 60:9 83:2
129:24 148:9
157:24 187:21
224:6 231:16
**wrap (1)**
174:19
**write (2)**
23:25 154:15
**writing (4)**
23:16 25:17 33:7
53:21
**written (18)**
24:25,25 25:7 29:17
32:5 36:16 42:8

44:11,18 46:16
47:21 48:5 67:13
79:8 85:7 212:2,5,9
**wrong (1)**
213:22
**wrote (7)**
25:25 29:21 46:23
64:25 154:16,18,24

_____
**X**

**X (1)**
3:2

_____
**Y**

**y-axis (11)**
158:14 179:24 180:5
180:22 181:9,10
182:4 183:15,20
184:8 200:19
**yeah (30)**
20:9 23:5 47:20 49:11
52:5 57:14 71:13
91:24 92:3 102:6,6
118:3 122:6,11
134:20 135:24
140:4 155:11,13
158:18 172:20
182:5 183:5 188:15
188:17 197:6 199:7
200:18 228:22
229:19
**year (2)**
47:18 123:5
**years (8)**
82:25 83:24 84:13
87:20,23 122:23
140:25 154:4
**yesterday (5)**
26:9 27:12,13 28:6
91:25
**Yup (1)**
20:11

_____
**Z**

**zero (20)**
75:12 104:18 105:10
114:23 127:6
131:10 132:18
141:25 142:5,15
143:22 145:4
153:16,20 155:18
160:3,3 197:19
203:17 218:24
**zeroed (4)**
104:16 105:2 109:13
175:9

Page 25

**zeroes (1)**
219:8
**zeroing (7)**
105:3,13,18,22
127:24 203:17
219:4
**zeros (3)**
180:17 187:4 189:4
**Zimmerman (175)**
2:13 3:5 5:21,21 8:11
8:14,15,18,20 12:12
14:4,11 18:20 19:4
19:18,23 20:6,9,11
20:16 21:18,21 22:6
22:24 23:3,12 24:7
25:18 30:17,19
47:16 48:14 55:15
57:5,11,14,16,18,20
57:22 58:2 59:9
61:18 62:6 64:15
66:4,24 69:12 70:4
70:6,8,25 71:6
72:16 76:18 77:8
78:2,6,15 81:12
84:4,10,14 86:3
88:14 90:17 91:14
91:18,20,22,25 92:4
92:7,10 94:13 95:25
97:3 98:15 100:13
100:16,18 106:11
110:23 111:2 114:6
121:17 122:2,6,9,11
124:11 127:14
130:3,12,14,22
131:5 132:9,20
134:17 137:18
140:8,16 142:6
143:6,12,14,17
145:12 155:6,11,13
156:6 159:22
161:25 162:13
166:25 168:24
179:12,14 183:9,12
183:22 185:6 186:5
186:7,10,12 187:13
187:15 189:10
190:4 192:6,11
193:4,17 194:14
195:5,21 196:6,14
197:4,23 198:8,20
198:24 199:24
200:25 204:2,20
205:2,15,18 207:12
209:13 210:25
211:15 212:24
213:8,14 214:12,23

215:9,11 221:12
222:9 224:7 225:6
225:17 230:2,17
231:14 233:5,12,15

———— **0** ————
**0.9 (1)**
67:20

———— **1** ————
**1 (24)**
3:12 5:8 9:18,22 10:3
17:3,7 21:9 24:19
56:10 66:9,14
100:21 107:7
109:22 113:8
116:16,17 160:4
180:23 181:13
194:6,9 235:3
**1,000 (1)**
181:13
**1,500 (1)**
116:25
**1.0 (1)**
107:11
**1:07 (1)**
125:20
**1:54 (1)**
185:12
**1:56 (2)**
141:3 144:23
**1:57 (1)**
109:19
**1_2_17 (1)**
139:11
**10 (33)**
3:14 4:11 14:6 25:21
97:25 107:17,22
109:10 116:21,21
130:11 131:19
132:19 141:14
144:23 160:3,3,4
161:13 180:8,11,18
181:13,15 195:12
195:14 196:2,13
197:8,20 199:23,25
211:11
**10-by-10-by-10 (1)**
102:24
**10-foot (1)**
157:17
**10,000 (3)**
116:8 117:6 181:13
**10:11 (1)**
189:3
**10:16 (1)**

48:17
**10:23 (1)**
48:21
**100 (6)**
3:19 74:8 75:10 109:5
181:13 187:24
**100,000 (2)**
117:7 230:14
**1073 (1)**
3:23
**1076 (1)**
3:23
**11 (7)**
3:16,17 30:23 112:20
113:23 115:4 146:3
**11-foot (1)**
157:18
**12 (6)**
31:9 152:7 180:13,20
184:22 185:6
**12,182 (1)**
110:10
**12/14 (1)**
139:9
**12/20 (3)**
150:17,24 151:2
**12:11 (1)**
125:14
**12_14_16 (1)**
100:7
**12_28_16 (1)**
101:4
**120 (1)**
109:4
**124783 (1)**
1:24
**125 (1)**
3:24
**13 (2)**
31:17 163:17
**13,000 (3)**
185:23 186:2,24
**13:27 (1)**
158:18
**13:42 (1)**
159:25
**13:43 (1)**
158:24
**13:56 (2)**
131:22,23
**13:57 (2)**
110:6,8
**14 (18)**
31:23 52:5,10,18
70:21,24 71:4,12
147:12 163:18

164:25 165:16
167:19 168:14
197:4 224:11
226:19 229:12
**14-filtered (1)**
147:9
**14,000 (3)**
180:5 182:17 183:20
**14:24 (1)**
158:18
**15 (9)**
32:5 163:18 165:2,9
172:21 196:3
226:11,14 227:13
**15-2666-JNE/FLN (...**
5:12
**15-2666(JNE/FLN) ...**
1:8
**15-by-60 (1)**
157:16
**15,752 (1)**
107:14
**152 (2)**
38:7 71:14
**155 (1)**
4:21
**16 (6)**
33:6 180:4 188:10
194:2 196:23 230:6
**1616 (1)**
2:12
**17 (4)**
33:20,21 201:23
202:5
**179,171 (1)**
106:8
**18 (1)**
34:3
**183 (1)**
4:7
**19 (1)**
34:10
**198 (1)**
4:10
**1989 (2)**
35:2 39:17
**199 (1)**
4:12
**1991 (1)**
29:9
**1999 (2)**
39:17 41:12
**19th (1)**
236:20

———— **2** ————

**2 (43)**
3:14 10:17,20,22
17:17,23 48:19
56:10 67:19 100:8
100:12 107:11,13
107:13,14 108:3
109:24 116:17,20
118:24 131:22,23
139:8 140:16,17,17
144:21 158:20
159:12 160:4,4,9,10
161:4 188:9,18,20
189:22 194:9,19,24
198:19 226:12
**2.0 (1)**
161:23
**2:18 (1)**
144:14
**2:21 (1)**
144:15
**2:38 (1)**
191:4
**2:50 (1)**
191:8
**20 (12)**
3:20 14:5,6 34:18
50:11 67:12 168:6
192:9 196:11,24
230:6,7
**20-by-20 (1)**
164:13
**20-by-30 (1)**
164:14
**200 (8)**
27:21,25 196:17,20
196:21 197:7,8,16
**2009 (1)**
208:17
**2011 (1)**
208:20
**2015 (1)**
47:19
**2017 (8)**
1:25 5:3,15 48:21
125:20 191:8 236:6
236:20
**215 (1)**
3:5
**230 (1)**
3:4
**233 (1)**
235:3
**24 (5)**
3:22 178:19,21 179:3
200:22
**25 (2)**

28:3,4
**2500 (1)**
5:4
**27,000 (1)**
158:24
**2nd (1)**
150:25

---

**3**

**3 (30)**
3:15 4:21 11:6,9,10
11:11,15 12:23
13:12 18:3 67:21
74:11 97:25 100:12
106:4,9,14 108:24
109:5,10 110:9
115:18,25 117:10
125:18 141:22
144:23 158:25
161:22 194:6
**3,441 (1)**
116:17
**3:23 (1)**
215:3
**3:31 (1)**
215:6
**3:50 (2)**
233:19,21
**30 (2)**
109:6 121:24
**30,000 (6)**
107:11 182:17,21
183:16,21 200:17
**300 (1)**
116:20
**37 (2)**
128:25,25
**370 (1)**
116:21
**38 (1)**
160:13
**3M (9)**
2:6 6:2,4,25 172:14
207:2,25 215:14,16

---

**4**

**4 (45)**
3:17 11:20,24,25 12:2
12:11,16,20,21,22
13:6 14:14 15:8,24
16:11 17:12,15,25
18:4,6,11,12,17
25:23 31:13 32:4
65:12,13 67:12
99:20 101:3 139:2
139:19 191:6 192:9

192:24,25 193:2,13
193:15 194:13
195:2 198:5 207:16
216:20
**4,081 (2)**
115:19 116:14
**4,431 (1)**
116:16
**4,500 (1)**
107:22
**43 (2)**
125:2,6
**43,795 (1)**
107:7
**431 (2)**
2:4 5:4
**44 (3)**
163:2,5 179:2
**4409 (1)**
2:18
**45 (1)**
121:24
**46 (7)**
27:14,25 28:5 158:17
158:17 162:25
179:2
**4A (24)**
3:18 100:3,4,6,15,16
100:21 101:3
104:23 108:4
109:22 113:8,9
118:24 140:16,17
141:22 144:22
153:11 158:13
160:19 161:13
197:5 224:11

---

**5**

**5 (35)**
3:20 18:13,18 20:20
20:22 47:13 101:9
106:4,9,15 107:7,13
107:14,17 108:24
109:5,10 110:9
115:18,25 116:16
116:20,21 117:10
144:23 158:25
160:4 161:22 194:6
194:6,19,23,24
195:14 197:20
**50 (2)**
229:5,15
**51 (1)**
154:12
**52 (1)**
71:14

**52.2 (5)**
71:11,20,25 72:15
73:9
**520 (2)**
197:13,14
**55404 (1)**
2:13
**55415 (1)**
2:5

---

**6**

**6 (10)**
3:4,21 19:9 24:2,4
66:17 74:18 101:9
201:24 202:2
**60 (1)**
116:22
**60s (1)**
154:12

---

**7**

**7 (6)**
1:25 3:23 21:10 74:10
125:16 158:13
**7,000 (1)**
117:19
**70/30 (1)**
50:9
**750 (19)**
91:3,10 92:6,11,14
99:12 100:25 114:4
124:2,9 145:19
162:23 180:4,10
188:11 189:16,20
194:5 200:23
**760 (2)**
106:21 108:24
**77006 (1)**
2:19
**775 (21)**
91:4 92:11,16 99:12
101:7,10 113:25
114:22 115:18
116:7 124:2,9 125:3
125:7 145:21
161:14 162:21,25
189:17,20 200:23
**7th (6)**
5:3,15 48:20 125:19
191:7 236:6

---

**8**

**8 (13)**
4:6 110:20,24 153:10
153:12,12 157:17
158:19,22 183:6,11

183:15,23
**8-by-8 (1)**
128:17
**8-by-8-by-8 (2)**
102:23,24
**8,000 (1)**
107:18
**80 (3)**
50:10 157:16 159:11
**80/20 (1)**
50:9
**81 (1)**
149:2

---

**9**

**9 (18)**
3:13 4:8 24:20 66:19
111:4 134:21
135:14 153:13,14
156:22 157:17
160:18 161:7
196:24 198:21,22
198:23,25
**9:16 (1)**
5:5
**9:17 (1)**
5:15
**9:30 (1)**
115:10
**9:31 (3)**
115:8 116:6,13
**9:32 (1)**
115:10
**9:40 (1)**
196:3
**9:45 (2)**
196:25 197:11
**9:46 (1)**
197:12
**90 (12)**
52:6 71:8,9 116:21
159:12 160:9 161:4
161:21 188:18
189:21 217:2 229:2
**90s (1)**
7:12
**95 (3)**
217:3 229:2,2
**98 (1)**
187:5
**98.3 (3)**
187:7,11 188:5
**98.7 (1)**
188:5
**983 (2)**
217:17 227:3

**99.99 (1)**
130:21
**99.9999 (1)**
74:10
**99.99999 (1)**
130:21