# EXHIBIT 46

**From:** Daniel Sessler [ds@or.org]
**Sent:** Wednesday, January 24, 2007 9:37 AM
**To:** Van Duren, Al
**Cc:** Hansen, Gary; Woodwick-Sides, Teri; Stender, Jana; Steve Insler
**Subject:** Re: Underbody study

Hi Al,

Understood! We regard this as a collaborative effort to put the best face on a disappointing clinical result. Rather than a "response," you can make suggestions and necessary changes right in the text of the manuscript. Change tracking is activated so we'll be able to see what you've done.

Regards, Dan.
++++++++++++++++++++++++


On 1/24/07 10:19 AM, "Van Duren, Al" <avanduren@arizant.com> wrote:

> Good morning, Dan,
>
> Thanks for your cooperation.  Just to be clear, I understand that you will not submit this paper for publication until we have had time to study it further.  If you are under any specific time pressure, would you please let me know.  We are actively working on a reply now, but I would like some more time to develop our response.
>
>
> Thanks,
>
> Al
>
> Albert Van Duren
> Director of Clinical Affairs
> Arizant Healthcare, Inc.
> 10393 West 70th St.
> Eden Prairie, MN, USA
> avanduren@arizant.com
> Mobile or SMS: +1 (952) 200.2491
> FAX: +1 (952) 918.5247
> Office: +1 (952) 947.1247
> www.arizant.com <file://www.arizant.com>