# EXHIBIT 48

| | |
|---|---|
| **From:** | Daniel Sessler |
| **Sent:** | 8/31/2011 4:58:08 PM |
| **Subject:** | Re: AW: A&A Decision for MS#: AA-D-11-00065R3 |

HI Gary,

If you haven't already, can you check the engineering details? Russ probably doesn't know enough to confirm that they are all correct (and I certainly don't). Should make a nice paper!

Thanks, Dan.

**From:** Gary Hansen <ghansen@arizant.com>
**Date:** Wed, 31 Aug 2011 14:22:53 +0000
**To:** Russ Olmsted <Privacy> Külpmann Rüdiger <ruediger.kuelpmann@hslu.ch>
**Cc:** Daniel Sessler <ds@or.org>, Russ - work <olmstedr@trinity-health.org>
**Subject:** RE: AW: A&A Decision for MS#: AA-D-11-00065R3

This looks great, Russ.  Thanks to everyone for such good work!

Gary

**From:** russell olmsted <Privacy>
**Sent:** Tuesday, August 30, 2011 9:18 PM
**To:** smitht22@ccf.org; Külpmann Rüdiger HSLU T&A
**Cc:** Daniel Sessler; Hansen, Gary; Russ - work
**Subject:** Re: AW: A&A Decision for MS#: AA-D-11-00065R3

Mission completed - thank you and job well done by all.  Here's the final proof  - should be in press going forward and I responded to the AQ1.  All set. Final product looks great in my humble opinion.  Russ

Confidential – Subject To Protective Order

3MBH01224622