# EXHIBIT DX4

TO DECLARATION OF PETER GOSS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF

JOHN ABRAHAM, PH.D.

Page 1

1           UNITED STATES DISTRICT COURT
2              DISTRICT OF MINNESOTA
3
4   In Re:  Bair Hugger Forced Air     )
    Warming Products Liability         )
5   Litigation                         )
                                       )
6   This Document Relates To:          )
                                       )
7               All Actions.           )  MDL No.
                                       )  15-2666 (JNE/FLN)
8   _____)
9
10
11
12
13
14
15
16        VIDEOTAPED DEPOSITION OF SAID ELGHOBASHI
17              Newport Beach, California
18               Thursday, June 15, 2017
19
20
21
22
23
24  Reported by:
    ELIZABETH BORRELLI, CSR No. 7844, CCRR, CLR
25  JOB NO. 124785

Page 54

1  MS. ANDREWS: Yeah, the -- Counsel, let's
2  just be clear. The new rules do not permit any --
3  and I believe that these are the rules that have
4  been in play in this case with your witnesses and
5  will be with your witnesses, that we are not -- and
6  are not required to go into background
7  conversations, drafts, communications with counsel
8  are all off limits and I will be instructing him not
9  to answer unless I hear a question that's properly
10 posed to the witness.
11 BY MR. GORDON:
12   Q. I -- I'm not asking you if your -- if the
13 attorneys you're -- you're working for typed up
14 your -- your report. I'm assuming you didn't sit
15 yourself at a -- at a keyboard and type up the
16 report.
17   MS. ANDREWS: Objection. Argumentative.
18 Calls for speculation.
19   Can you -- do you want that question back?
20   THE WITNESS: I would -- I would like to,
21 yes.
22   MS. ANDREWS: Don't answer any question
23 that you have not understood. And if I object or
24 counsel has comments about the question, be sure and
25 have it read back so it's clear in your mind before

Page 55

1  you answer it.
2    THE WITNESS: I typed this report.
3  BY MR. GORDON:
4    Q. Okay. Did you have any graduate students
5  assist you in any aspect of this report?
6    A. Yes.
7    Q. Who?
8    A. That would be Dr. Apte, A-P-T-E. He's a
9  professor.
10   Q. Is he at Stanford?
11   A. He used to be at Stanford. He's now at
12 Oregon State.
13   Q. Oregon State. Okay.
14     And what did Dr. Apte -- what were -- what
15 was Dr. Apte's contribution to the -- to your
16 report?
17   A. Running the computer program.
18   Q. The -- the code for the model?
19   A. Correct, yes.
20   Q. Okay. And, in fact, the -- the code that
21 was used is proprietary code of Dr. Apte's, correct?
22   A. Correct.
23   MS. ANDREWS: Yeah.
24 BY MR. GORDON:
25   Q. So Dr. Apte actually ran the -- the

Page 56

1  model --
2    A. Correct.
3    Q. -- correct?
4      Based on boundary conditions that you
5  provided to him, right?
6    A. Correct.
7    Q. Okay. Did Dr. Apte participate in
8  actually dev- -- developing the -- the boundary
9  conditions?
10   A. No. I did.
11   Q. Okay. Was he physically present, you
12 know, in Santa Monica when you went into that
13 operating room?
14   A. No.
15   Q. Was he physically present for any aspect
16 of this, or was this just something where he, up in
17 Oregon, ran the -- ran the code?
18   A. So we met few times.
19   Q. Where?
20   A. At APS meet- -- American Physical Society
21 meeting in Portland.
22   Q. Okay. When -- do you know when that was?
23   A. This was in November, before Thanksgiving.
24
25   Q. Now, did he charge for his work?

Page 57

1    A. Correct.
2    Q. Did he bill the plaintiffs separately for
3  that?
4    A. No. He -- only with me.
5    Q. Okay. And did -- did you then bill the
6  plaintiffs' counsel for Dr. Apte's work?
7    A. Correct.
8    Q. Okay. Let's -- we -- we're jumping around
9  a little bit because I'm just trying to put things
10 together.
11   A. Yeah.
12   Q. 9C is the -- is the third invoice that was
13 provided this morning. What -- and that -- I --
14 what -- what's the period of time that that covers?
15   A. February 17 to March 17.
16   Q. 2017, right?
17   A. Correct.
18   Q. Okay. So in those three invoices, 9A, 9B
19 and 9C, I don't see any reference to a payment for
20 Dr. Apte or any -- any other outside consultant.
21 Did I -- did I miss it or would -- would there have
22 been some other invoice?
23   A. Right. I -- I paid Dr. Apte. I paid him
24 after I get the funds from the counsel.
25   Q. Okay. But in order to get the funds from

Page 122

1  MR. GORDON: I'm going to show you
2  Exhibit 14.
3  (Whereupon Exhibit 14 was marked for
4  identification.)
5  MR. GORDON: This is the copy of an expert
6  report of Dr. Gary Settles. I assume I'm
7  pronouncing that one correctly.
8  MS. ANDREWS: I think so.
9  BY MR. GORDON:
10  Q. Now, have you seen Exhibit 14 before
11  today?
12  A. I have seen it, yes.
13  Q. Did you read it?
14  A. No.
15  Q. Did you read any of it?
16  A. Not really. I -- I've seen the pictures
17  only.
18  Q. Okay. Did you look at the videos that are
19  associated with --
20  A. No.
21  Q. -- the report?
22  A. No, no.
23  MR. ASSAAD: I would like to indicate to
24  counsel that we have yet to receive the videos of --
25  underneath Settles' report, so that's a very

Page 123

1  misleading question.
2  MR. GORDON: Oh, I honestly didn't know
3  that you hadn't. Is -- was there a technical glitch
4  on that?
5  MR. ASSAAD: They didn't come. They
6  didn't come with the --
7  MR. GORDON: Okay.
8  MS. ZIMMERMAN: It's not in the Dropbox.
9  It's not electronically provided. We didn't get a
10  hard copy of anything with a disk.
11  MR. GORDON: Oh. Well, I'll follow you on
12  that, find out what the problem is.
13  Putting that aside.
14  THE WITNESS: Okay.
15  BY MR. GORDON:
16  Q. So have you -- and do you know
17  Dr. Settles?
18  A. No.
19  Q. You ever heard of him?
20  A. No.
21  Q. Are you aware that Dr. Settles took
22  certain measurements, actual measurements of
23  temperature and airflow from the Bair Hugger?
24  A. I'm not aware. And I just, when I looked
25  at this, I saw Schlieren pictures.

Page 124

1  [Reporter requests clarification.]
2  THE WITNESS: Schlieren,
3  S-C-H-L-I-E-R-E-N. That's all.
4  BY MR. GORDON:
5  Q. And just flipping through that, you --
6  A. Yeah, that's all, yeah.
7  Q. Okay. So you have no idea whether the
8  Schlieren images that Dr. Settles took, what they
9  show?
10  A. No. No. Schlieren's visualization, it's
11  not quantitative.
12  Q. Not quantitative?
13  A. Correct.
14  Q. And by quantitative, you mean something
15  that actually measures in a -- in a particular unit
16  of measurement, right?
17  A. Correct.
18  Q. Okay. Are you aware that Dr. Settles took
19  measurements in addition to the Schlieren
20  photography?
21  A. No.
22  Q. I guess not?
23  A. No.
24  Q. So as you sit here today, I take it you
25  have no idea whether Dr. Kuehn's measurements or

Page 125

1  Dr. Settles' measurements either validate or refute
2  the boundary condi- -- any of the boundary
3  conditions that you used in your CFD?
4  A. No.
5  Q. And if they -- if the measurements differ
6  from your boundary conditions by an order of
7  magnitude, would that cause you to question the
8  validity of your CFD?
9  A. Never.
10  MS. ANDREWS: Objection. Vague and
11  ambiguous and improper hypothetical.
12  BY MR. GORDON:
13  Q. Okay. And that's because you --
14  MS. ANDREWS: The answer was?
15  MR. ASSAAD: Never.
16  MS. ANDREWS: Thank you.
17  THE WITNESS: Never.
18  BY MR. GORDON:
19  Q. And that's because you believe your CF- --
20  the CFD based on your boundary conditions based on
21  your thinking is more accurate than measurements
22  actually taken; is that right?
23  A. I repeat what I've said. My CFD is
24  accurate if you have measurements in the same
25  conditions I took, then it will be very accurate.

Page 126

1  Q. As I understand it, you provided the
2  boundary conditions to Dr. Apte?
3  A. Correct.
4  Q. And he, using his proprietary software,
5  generated the CFD, right?
6  A. Correct.
7  Q. If those boundary conditions were not
8  reflective of the real world, then the CFD may be
9  accurate based on the boundary conditions that you
10 provided, but it doesn't provide any insight into
11 the real world, right?
12 A. Disagree.
13 Q. So even if the boundary conditions are
14 significantly different than real world conditions,
15 you believe the CFD is -- is an accurate depiction
16 of the real world conditions?
17 A. The CFD produces accurate results for the
18 boundary conditions installed in the code.
19 Q. Right. But if the boundary conditions are
20 incorrect, the CFD is not going to be correct,
21 right?
22 A. If the boundary conditions -- CFD results
23 reflect boundary conditions. That's all. So --
24 Q. The boundary conditions that you --
25 A. Correct.

Page 127

1  Q. -- gave Dr. Apte to put in, right?
2  A. Correct.
3  Q. And if the boundary conditions you gave
4  Dr. Apte to put in are inaccurate, then the CFD is
5  also inaccurate, right?
6  A. I do not give inaccurate boundary
7  conditions.
8  Q. Okay. In Exhibit 9E, you list nine steps
9  for which you charged $120,000, right?
10 A. Yes.
11   MS. ANDREWS: Hold on. What's going on?
12 Hang on a second.
13   THE WITNESS: Yes.
14   MS. ANDREWS: Got it. I have it.
15   MR. GORDON: Keep that for a moment.
16 BY MR. GORDON:
17 Q. Is there anywhere in that list of nine
18 steps where you include validation?
19 A. Validation is needed only if you have a
20 new code you never used before, not validated.
21 Q. So once a code has been validated in one
22 circumstance --
23 A. Yes.
24 Q. -- it's valid for any set of
25 circumstances; is that your testimony?

Page 128

1  A. If the code was tested for far more
2  complex situation than the operating room, far more
3  complex, then it will be accurate for a -- for a
4  lower level computations.
5    (Whereupon Exhibit 15 was marked for
6    identification.)
7  BY MR. GORDON:
8  Q. Let me show you Exhibit 15.
9    I'll represent to you that that's a series
10 of screenshots, but from a -- from a much lengthier
11 presentation on "Sudden Expansion - Verification &
12 Validation."
13   You're familiar with this, aren't you?
14   MS. ANDREWS: He asked you if you're
15 familiar with it.
16   THE WITNESS: Oh, you're asking me?
17 BY MR. GORDON:
18 Q. Yes.
19 A. I thought you were talking to yourself.
20   So which page? Or what -- what you want
21 me to look?
22 Q. Well, Exhibit 15. You're -- you wrote it,
23 right?
24 A. Did I write this?
25 Q. You don't recognize it?

Page 129

1    MS. ANDREWS: You can take a few minutes
2  to look at it.
3    THE WITNESS: I -- I -- oh, yeah, this
4  is -- oh, it's good. This is the course I teach for
5  undergraduates. Yeah, correct.
6  BY MR. GORDON:
7  Q. Yeah.
8  A. I didn't realize.
9    MS. ANDREWS: I know. Go ahead.
10 BY MR. GORDON:
11 Q. On the first page there it says authors
12 Yong Wang and Said Elghobashi?
13 A. Well, I didn't read that. I'm sorry. I
14 never thought this would be on the web. How did
15 you -- okay. Good.
16 Q. Oh, it's --
17   MS. ANDREWS: Everything's on the
18 internet, right?
19   MR. GORDON: The web is a mysterious
20 place.
21   THE WITNESS: Yeah, this is an
22 undergraduate course, yeah.
23 BY MR. GORDON:
24 Q. Okay. So this is what you use to teach
25 undergraduates?

Page 130

1   A.  Absolutely.
2   Q.  Okay.  And could you read that first
3 sentence under the -- that you wrote on the -- under
4 the statement "Verification and Validation"?
5   A.  "It is very important that you take the
6 time to check the validity of sol- -- right, yes.
7   Q.  Of your solutions?
8   A.  Sure, yeah.
9   Q.  And it -- the -- the words "very
10 important" are --
11   A.  Yeah.  That's --
12   Q.  -- are in bold face, right?
13       MS. ANDREWS:  Wait, wait.  You're doing it
14 again.  Let's just --
15       THE WITNESS:  Okay.
16       MS. ANDREWS:  Question, answer.
17       THE WITNESS:  Okay.  I'll wait for you.
18       MS. ANDREWS:  If you need time to form --
19 if you need time to read something --
20       THE WITNESS:  Okay.
21       MS. ANDREWS:  -- or answer something
22 better, just tell counsel.
23       THE WITNESS:  Okay.
24       MS. ANDREWS:  But don't talk at the same
25 time.

Page 131

1       THE WITNESS:  Okay.
2 BY MR. GORDON:
3   Q.  You -- so in -- in your teaching of -- of
4 undergraduates --
5   A.  Sure.
6   Q.  -- in this material you say it is very
7 important, and you emph- -- and bold faced very
8 important --
9   A.  Yes.
10   Q.  -- that you take the time to check the
11 validity --
12   A.  Yes.
13   Q.  -- of your solution.
14       What are you -- what are you telling your
15 students when you -- when you say that?
16   A.  What's written here.
17   Q.  Okay.  What did you do to validate the
18 solution in the CFD that was created by Dr. Apte
19 with your boundary conditions?
20   A.  In the report that I submitted in March,
21 it has maybe 15 papers to validate that code over 15
22 years.
23   Q.  So is that -- was that what you tell your
24 students, that -- that if the code they're using has
25 already been validated by somebody else in some

Page 132

1 other context, they don't -- that it isn't very
2 important that they check the validity of their
3 solution?
4       MS. ANDREWS:  Argumentative.
5       You can answer.
6       THE WITNESS:  So I don't know if you are
7 aware, this is ANSYS, right?  ANSYS is the black box
8 code.  So this statement is written because they are
9 using a black box.
10 BY MR. GORDON:
11   Q.  What do you mean by a black box?
12   A.  They push buttons on it.  They have no
13 idea what's behind it.  Okay?  I never use ANSYS for
14 research.
15   Q.  Do you have access to Dr. Apte's code?
16   A.  I have many codes.
17   Q.  Do you have access to Dr. Apte's --
18   A.  Yes.
19   Q.  -- code?
20   A.  Yes.  Yes.
21       MS. ANDREWS:  Wait, wait.
22       THE WITNESS:  Yes.  So you're asking about
23 this, right?  ANSYS is not for research.  ANSYS is
24 for teaching undergraduates.
25 BY MR. GORDON:

Page 133

1   Q.  Okay.  So it's only undergraduates who
2 have to -- in your view, have to validate their
3 solutions?
4   A.  No.  I didn't say that.
5   Q.  Okay.  Help me out then.
6   A.  This is written because they are using a
7 black box, ANSYS Fluent.
8       [Reporter requests clarification.]
9       MR. ASSAAD:  Fluent.
10       THE WITNESS:  F-L-U-E-N-T.
11 BY MR. GORDON:
12   Q.  Let me show you Exhibit 16.
13       (Whereupon Exhibit 16 was marked for
14       identification.)
15 BY MR. GORDON:
16   Q.  This is a paper that you co-authored on
17 the "Numerical Solution of Laminar Flow Past a
18 Sphere with Surface Mass Transfer."
19   A.  Right.
20       [Reporter requests clarification.]
21 BY MR. GORDON:
22   Q.  This is a paper you co- -- you co-authored
23 on "Numerical Solution of Laminar Flow Past a Sphere
24 with Surface Mass Transfer," correct?
25   A.  Yes.  Yes.

Page 134

1    Q.  In the -- the abstract or the summary at
2  the top, the very last sentence is, "These
3  predictions compare well with published experimental
4  observations and other numerical results."
5       Do you see that?
6    A.  Correct, yes.
7    Q.  What -- what does that mean?
8    A.  I think it's any code you use, you have to
9  validate.
10    Q.  So the code that you used in this hadn't
11  been validated before?
12    A.  This is an undergraduate student who never
13  did -- so he wrote his own code under my
14  supervision.  And I'm telling him here, like I told
15  the others, to validate, which we do all the time.
16       I didn't know you have access to this.
17  This is amazing.  Okay.
18    Q.  So this code that's reflected in
19  Exhibit 16 was validated by the experimental
20  evidence?
21    A.  Correct.  As -- as written in the paper,
22  yes.
23    Q.  So now, for any future application
24  forevermore, it's your view that this code would not
25  need to be validated?

Page 135

1    A.  This is the laminar flow.  I would say for
2  a laminar flow, it will be fine for that student to
3  do it, yes.
4    Q.  Without any further validation?
5    A.  We always validate codes always.  This is
6  undergraduate student wrote his code under my
7  supervision, so I told him to do that.  If my own
8  code, which have been developing for 30 years, then
9  I know exactly -- it's already validated for
10  canonical flows and other things, then I know what
11  is like.  When you test an airplane, you test it for
12  many years, then you give it to the pilot to take
13  passengers.  Codes are like that.
14    Q.  Well, in fact, if you've got an airplane
15  design that's been successful for many years and you
16  change some small aspect of the design, there's
17  always some validation that that design change is
18  not going to impact its --
19    A.  I'm aware.
20    Q.  -- functionality, correct?
21       [Reporter requests clarification.]
22       MR. GORDON:  Functionality.
23       THE WITNESS:  I'm aware of.
24  BY MR. GORDON:
25    Q.  So the fact that an airplane flies under

Page 136

1  one set of conditions and under one particular
2  design doesn't mean that modifying that design or
3  modifying the conditions don't need to be checked
4  out, right?
5    A.  Correct.  If a code was validated for all
6  the ingredients, then it's valid.  If you change the
7  condition that the code will run for, you have to
8  revalidate it again.
9    Q.  Okay.  And --
10       MS. ANDREWS:  Counsel, excuse me.  The
11  charger.  Sorry.  Apologize.  It's in their lobby,
12  her charger.
13       MS. ZIMMERMAN:  Should we take a break?
14       MS. ANDREWS:  No, she's okay.  I just want
15  -- I just needed to tell somebody to go get it.  I
16  apologize.
17       MR. GORDON:  Do you want to take your
18  lunch break now?  It's 2:30.
19       MS. ANDREWS:  No, I think we're doing
20  fine.
21       MR. GORDON:  Okay.
22       MS. ANDREWS:  We appreciate it.
23  BY MR. GORDON:
24    Q.  Let me show you Exhibit 17.
25       (Whereupon Exhibit 17 was marked for

Page 137

1       identification.)
2       MS. ANDREWS:  Thank you.  That's 16, the
3  laminar flow.
4       MR. ASSAAD:  We're at 17.
5       MS. ANDREWS:  We're at 17 now.
6       MS. ZIMMERMAN:  So.
7       MR. ASSAAD:  Last one.  My mistake.
8       MS. ANDREWS:  That's okay.  Looking in my
9  stack of papers.  Sorry.
10  BY MR. GORDON:
11    Q.  This is the Saarinen paper that you cite
12  in your expert report, isn't it?
13       MR. ASSAAD:  Sorin?  Oh.
14       MS. ANDREWS:  Saarinen.
15       Okay.
16  BY MR. GORDON:
17    Q.  Is it -- is this the paper that you --
18    A.  Uh-huh.
19    Q.  -- cite in your --
20    A.  Correct.
21    Q.  And let's -- let's talk about what you
22  rely on this paper for, or cite it for.  Turn to
23  page 6 of your report, expert report, Exhibit 12.
24    A.  What page?
25       MS. ANDREWS:  Six.

Page 138

1 THE WITNESS: Yes.
2 BY MR. GORDON:
3 Q. Okay. And the paragraph towards the
4 bottom, I guess starting at line 123, "LES --
5 meaning large eddy simulation -- applied to
6 operating rooms with medical staff and other
7 instruments is still challenging, owing to the size
8 of the room and the complexity of the geometries
9 involved. At the time of the writing of this
10 report, only one LES study has been performed for an
11 operating room by Saarinen et al. (2015)."
12     Did I read that correctly?
13 A. Yes. Yes.
14     [Reporter requests clarification.]
15     THE WITNESS: Correct.
16 BY MR. GORDON:
17 Q. And that's Exhibit 16, right, or 17?
18 A. Yes.
19     MS. ANDREWS: 17.
20     MR. GORDON: 17.
21     THE WITNESS: Okay.
22 BY MR. GORDON:
23 Q. And you discuss the -- what the study
24 does, and conclude that the Saarinen study, "Showed
25 that LES can accurately predict such flows through

Page 139

1 validation with experimental observations."
2 A. Correct.
3 Q. Why did you mention anything about the
4 Saarinen paper?
5 A. It's here. It's written.
6 Q. No, I understand, but, I mean, you --
7 what -- what difference does it make that -- what
8 the Sarimen -- Saarinen study did or didn't show?
9 A. I described here what Saarinen did.
10 What -- what -- what do you want?
11 Q. Right, but you say it -- it showed that
12 LES can accurately predict such flows through
13 validation with experimental observations.
14 A. Okay.
15 Q. Your testimony is that LES is validated,
16 and so you -- you don't -- it doesn't need any
17 validation in --
18 A. Sir --
19 Q. -- other contexts, right?
20 A. Sir, let me explain to you. Code takes 15
21 to 20 years to develop. It's your code. You know
22 everything about it. I cannot take a code from here
23 (indicating) to say the -- what's quality. We just
24 are referring that there are only one paper in the
25 market for LES. That's all. I'm not saying --

Page 140

1 I'm...
2     MS. ANDREWS: Did you finish your...
3     THE WITNESS: I'm just -- I do not
4 understand your question. What do you -- what do
5 you want to read this and say -- I -- I don't
6 understand. Repeat it again.
7 BY MR. GORDON:
8 Q. Well, first of all, the -- the code that
9 Dr. Apte uses, is that your code?
10 A. It is not my code, but I have access to
11 it.
12 Q. Well, is that one you've helped develop?
13 A. No.
14 Q. So when you talk about code that you've
15 developed over --
16 A. Right.
17 Q. -- many, many years, that -- that's --
18 A. A code.
19 Q. -- that -- that wasn't the one that was
20 used?
21 A. I have other codes, yes.
22 Q. Okay. Why did you use Dr. Apte's code?
23 A. My codes are dealing something called DNS,
24 direct numerical simulation.
25     [Reporter requests clarification.]

Page 141

1     THE WITNESS: Numerical simulation.
2 BY MR. GORDON:
3 Q. So you've never developed a large eddy
4 simulation code; is that correct?
5 A. DNS code is far more than LES code. It's
6 different.
7 Q. Have you ever developed a large eddy
8 simulation code?
9 A. DNS code is like an LES code. It's just
10 you do some modification. It's the same thing.
11 Q. Why didn't you use DNS for the Bair Hugger
12 situation?
13 A. I did not have enough students to run
14 this, period.
15 Q. How many students were involved in running
16 the Bair Hugger one?
17 A. Four or five.
18 Q. All in Oregon?
19 A. Correct.
20 Q. Getting back to Saarinen, what is it about
21 Saarinen that you said that -- that it showed that
22 LES could accurately predict such flows through
23 validation with experimental observations?
24 A. As you read this paper, it -- it can
25 confirm what I wrote here. It's a summary of that

Page 190

1  clever in trying to say that what -- anything that
2  isn't rocket science -- it's kind of a colloquial
3  joke, you know, well, it ain't rocket science. I
4  wasn't -- didn't mean you any disrespect, sir.
5      A.  Okay. The same equations used for rocket
6  science are identical equation used for operating
7  room. Both same complexity, yes.
8      Q.  So an operating room CFD would be as
9  complex --
10     A.  Correct.
11     Q.  -- as rocket science?
12     A.  Because the same equations are used. It's
13 called Navier-Stokes equations.
14         [Reporter requests clarification.]
15         THE WITNESS: Navier-Stokes.
16 BY MR. GORDON:
17     Q.  Isn't Navier-Stokes an equation
18 essentially used in almost all fluid modeling?
19     A.  Correct.
20     Q.  So is there any simple system to which
21 Navier-Stokes wouldn't apply?
22     A.  Never. Fluid -- all fluid mechanics use
23 Navier-Stokes equations.
24     Q.  Okay. So is there something -- well, I'll
25 let that pass.

Page 191

1      A.  I can -- rocket science, if there's rocket
2  combustion, there would be additional equations that
3  do not -- are not needed in the operating room, but
4  Navier-Stokes would be the same in a rocket and
5  operating room. Any complexity and rocket science
6  would be additional equations: Chemical reaction,
7  compressibility, mach numbers, things like that.
8         [Reporter requests clarification.]
9         THE WITNESS: Mach number, M-A-C-H number.
10 Yeah.
11 BY MR. GORDON:
12     Q.  Thank you.
13         If you'd turn to page 10 of your report,
14 Exhibit 12.
15     A.  Yes.
16     Q.  In the Figure 3, you have a depiction --
17     A.  Yes.
18     Q.  -- of the BH blower --
19     A.  Correct.
20     Q.  -- in a box.
21         MS. ANDREWS: 10.
22 BY MR. GORDON:
23     Q.  Is -- are those dimensions that are
24 reflected on the drawing, are those intended to be
25 the entire Bair Hugger?

Page 192

1      A.  Could you repeat again.
2      Q.  Well, do you know how tall the Bair Hugger
3  is?
4      A.  Yeah.
5      Q.  How tall is it?
6      A.  I mean, the machine itself is here
7  (indicating), like that height, and then a hose and
8  then a blanket.
9      Q.  So -- well --
10     A.  Like this is a schematic. This is not
11 real.
12     Q.  No, I under- -- -- let me ask the question
13 a different way. The scale that's drawn here would
14 suggest that the height of this object that you've
15 identified as the BH blower is about .7 meters,
16 right?
17     A.  Right, that's -- yeah, yeah.
18     Q.  A little over, like --
19         [Reporter requests clarification.]
20 BY MR. GORDON:
21     Q.  A little over two feet, 2.3 feet?
22     A.  Uh-huh.
23     Q.  Is that your understanding as to how tall
24 the Bair Hugger is?
25     A.  No, the Bair Hugger is lower than that.

Page 193

1      Q.  Do you know how much lower?
2      A.  About 30 centimeters, so 30... foot
3  something, around a foot and few inches.
4      Q.  So which part of this drawing is the
5  actual Bair Hugger unit?
6      A.  Could be the lower part or something. It
7  says "schematic," so it does not -- yeah.
8      Q.  What -- well, who -- first of all, who
9  created that schematic?
10     A.  It's from the CAD that was created
11 before -- before the team -- before the simulation,
12 yeah.
13     Q.  And who did the inputs to the computer to
14 generate the CAD?
15     A.  Okay. We had a CAD from -- we had the CAD
16 from a company in Rochester for -- we added things
17 to the CAD to allow for the Bair Hugger to be in.
18 So we had a CAD before -- for a generic room, and we
19 changed the dimensions to match 3M dimensions.
20     Q.  Okay. What I'm just trying to understand
21 is, is this depiction showing the Bair Hugger on the
22 bottom with something else sitting on top of it --
23     A.  Right.
24     Q.  -- or the Bair Hugger on top sitting on
25 something else?