# EXHIBIT DX7

## TO DECLARATION OF PETER GOSS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF JOHN ABRAHAM, PH.D.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 1

```
 1                UNITED STATES DISTRICT COURT
 2                   DISTRICT OF MINNESOTA
 3   - - - - - - - - - - - - - - - - - -
 4   In Re:
 5   Bair Hugger Forced Air Warming
 6   Products Liability Litigation
 7
 8   This Document Relates To:
 9   All Actions                  MDL No. 15-2666 (JNE/FLM)
10   - - - - - - - - - - - - - - - - - -
11
12
13              DEPOSITION OF THOMAS H. KUEHN
14                 VOLUME I, PAGES 1 - 351
15                     JULY 10, 2017
16
17
18         (The following is the deposition of THOMAS
19   H. KUEHN, taken pursuant to Notice of Taking
20   Deposition, via videotape, at the offices of Ciresi
21   Conlin L.L.P., 225 South 6th Street, Suite 4600,
22   Minneapolis, Minnesota, commencing at approximately
23   9:25 o'clock a.m., July 10, 2017.)
24
25
```

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 194

1 flow and turbulent flow?
2     A.  Yes.
3     Q.  Do you hold yourself out as an expert
4 between laminar flow and turbulent flow with respect
5 to an operating room?
6     A.  As applied to an operating room, probably
7 not.
8     Q.  Okay.  Do you know whether or not you could
9 get true laminar flow in an operating room?
10     A.  I would suspect that would be highly
11 unlikely.
12     Q.  You don't hold yourself out as an expert in
13 particle flow in an operating room; correct?
14     A.  Not that I've worked in.  I've never
15 measured particle flows in an operating room, so I do
16 not consider myself to be an expert.
17     Q.  Are you able to calculate how turbulent flow
18 affects particle movement in an operating room?
19     A.  I -- I know how to do that in -- in general.
20 I would assume it would be applied to airflow in an
21 operating room also.
22     Q.  Can you do that by hand, or do you need to
23 use the Navier-Stokes equation?
24         THE REPORTER:  "...do you need to use" --
25     Q.  Can you do that by hand, or do you need to

Page 195

1 use some sort of computational modeling?
2     A.  For realistic applications that are fairly
3 complex, you would need to use some software.
4     Q.  Okay.  Such as ANSYS?
5     A.  Yes.
6     Q.  Okay.  And have you ever used ANSYS or any
7 type of computer program to determine how particles
8 move in a turbulent environment?
9     A.  Yes.
10     Q.  When?
11     A.  I gave a short course for the American
12 Association of Aerosol Research probably 20 years ago
13 which included stochastic particle modeling, effect of
14 turbulence, turbulent kinetic energy, and basically
15 using Lagrange in particle tracking.
16     Q.  And you agree with me that you have to use
17 Lagrange in particle tracking to actually track
18 particles in a turbulent environment; correct?
19     A.  It turns out that if your particles are
20 small enough and the airflow does not change direction
21 very quickly, you could actually use a streamline, the
22 time-average streamlines, and predict the most
23 probable particle trajectory in a turbulent
24 environment.
25     Q.  And when you say "small enough," usually one

Page 196

1 micron or less; correct?
2     A.  Yes.
3     Q.  Anything larger than one micron actually has
4 inertia; correct?
5     A.  As I said, it depends on the -- the
6 direction-of-flow change.  If there's no significant
7 acceleration or direction-of-flow change, then you can
8 actually use larger particles.
9     Q.  Well how large?
10     A.  Again, depends on the -- the direction-of-
11 flow change.
12     Q.  But you agree with me that even in a filter,
13 that particles larger than one micron do not follow
14 the -- the -- the airflow stream; correct?
15     A.  Because of the -- the sharp transition of
16 air -- air streamlines around the fibers of the filter
17 material.
18     Q.  And that's when you -- you -- you collect
19 particles by impaction during -- for larger particles;
20 correct?
21     A.  That's correct.
22     Q.  Because larger particles have inertia;
23 correct?
24     A.  Yes.
25     Q.  If there's a -- if there's a change in the

Page 197

1 direction of the air stream, it's no longer going to
2 follow -- the particle is no longer going to follow
3 the air stream, it has inertia and will get away from
4 the air stream; correct?
5     A.  And it depends on the ratio of the particle
6 inertia and the -- the acceleration.
7     Q.  And in fact, when you add turbulence to the
8 equation, that also affects the airflow when the
9 intensity of the turbulence increases; correct?  Or
10 particle movement.
11     A.  Yes, it definitely affects particle
12 movement.
13     Q.  Okay.  You could have a general air stream,
14 but once you add turbulence to that air stream, you
15 really can't use the -- the mean average with respect
16 to particle movement any more because you have
17 turbulence.
18     A.  That would still be the most probable
19 particle path.  The turbulence dispersion would be
20 about that streamline.
21     Q.  Okay.  Do you have any articles to support
22 that opinion?
23     A.  I'm -- I'm trying to think if -- if we
24 published something like that back in the early 1990s,
25 and I -- I'd have to go back and look at my

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN   1-800-553-1953   info@stirewalt.com

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 198

1  publication record.
2      Q.  And there has been a lot of advancement in
3  computational fluid dynamics software since the 1990s;
4  hasn't there?
5      A.  Yes.
6      Q.  More-powerful computers; correct?
7      A.  Yes.
8      Q.  The technical limitation is actually the
9  computer.
10     A.  That's probably correct.
11     Q.  Might be other limitations, but the most
12 significant limitation in performing these
13 calculations are the ability of computers to actually
14 computate all the data.
15     A.  It's -- it's the refinement of the grid
16 essentially.
17     Q.  When is the last time you constructed a grid
18 for a CFD analysis?
19     A.  Personally?
20     Q.  Yes.
21     A.  Probably -- it's been probably about 20
22 years ago.
23     Q.  You've read Elghabashi's expert report;
24 correct?
25     A.  I have.

Page 199

1      Q.  Do you agree that Elghabashi is an expert in
2  particle movement?
3      A.  I would say he probably is, yes.
4      Q.  Are you aware that --
5          You also looked at his deposition, correct,
6  Dr. Elghabashi's deposition?
7      A.  I -- I was given his deposition.  I did not
8  have a chance to read through it.
9      Q.  Are you aware that he's doing work for the
10 military with aircraft-carrier design?
11     A.  I was not aware of that.
12     Q.  Okay.  Are you aware that he has access to
13 the military supercomputer that most people don't have
14 access to?
15     A.  I was not aware of that.
16     Q.  Are you aware of the military supercomputer
17 that the military uses for aviation?
18     A.  Not specifically, no.
19     Q.  Are you familiar with the Navier-Stokes
20 equation?
21         (Discussion off the stenographic record.)
22     A.  Yes.
23     Q.  If I asked you to write the equation out,
24 could you do that today?
25     A.  I could probably give it a good -- good

Page 200

1  shot.
2      Q.  So the answer to that would be maybe, but
3  not -- you're not a hundred percent sure you could do
4  it.
5      A.  I -- I'm probably 90 percent sure I could do
6  it.
7      Q.  Could you write out the boussinesq approach
8  with -- incorporating that into the Navier-Stokes
9  equation today?
10     A.  I could probably do that.
11     Q.  Have you reviewed the videos of Dr.
12 Elghabashi regarding his CFD analysis?
13     A.  The videos, no.
14     Q.  Did you ever consider doing your
15 measurements with a PIV?
16     A.  Which -- which measurements?
17     Q.  The measurements you did for Exhibit B with
18 a --
19         Do you know what a PIV is?
20     A.  Yes.
21     Q.  What's a PIV?
22     A.  Particle Image Velocimetry.
23     Q.  And that's the most accurate way to measure
24 velocity of the air today; correct?
25     A.  It's a non-intrusive method.  It's also a

Page 201

1  very expensive piece of equipment and requires a lot
2  of data -- data analysis.
3      Q.  Did you consider using that in your
4  analysis?
5      A.  No, because of the --
6          I wasn't sure I had avail -- that type of
7  instrumentation available to me and how much effort it
8  would require to set it up and -- and reduce the data.
9      Q.  And it's very expensive.
10     A.  And it's very expensive, yes.
11     Q.  Could be in -- in -- in the millions.
12     A.  I don't think it's quite that much, but
13 certainly hundreds of thousands.
14     Q.  Okay.  Did you ever consider using ANSYS to
15 model the Bair Hugger in an operating room?
16     A.  I did not really consider that.  I really
17 have not done CFD work myself for -- for many years.
18     Q.  But you consider yourself an expert in CFD.
19     A.  I -- I know the protocol, the limitations,
20 yes.
21     Q.  What are the limitations?
22     A.  Limitations are associated with time steps,
23 with grid resolution, with the turbulent model that
24 you use if you're using a turbulent model, surface
25 conditions, any thermal bouyancy involved.  And of

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 202

1  course particle modeling adds another way of
2  complexity.
3   Q.  Do you think you're capable sitting here
4  today to perform a CFD analysis, without anyone else's
5  help, on an operating room?
6   A.  It would take me quite a while to go back
7  and review the manual and get up -- up to speed.  I
8  could probably do it, but it would take me quite a
9  while.
10   Q.  So you'll agree with me that with respect to
11  computational fluid dynamics in the present, you're
12  not an expert in it as of right now.
13   A.  In terms of actually personally performing
14  the results, --
15   Q.  Yes.
16   A.  -- no.
17   Q.  So you'll agree that you're not an expert at
18  this point in time in your career.
19   A.  In terms of analyzing other people's
20  results, I think I am.  In terms of generating my own
21  results, no.
22   Q.  Do you know the difference between a RANS
23  model and an LES model?  R-A-N-S and L-E-S.
24   A.  It's been a long time since I've thought
25  about that, but it's Reynolds Averaging Navier-Stokes

Page 203

1  versus Large Eddy Simulation.
2   Q.  When you performed CFD analysis, did you
3  ever use LES?
4   A.  I did not personally.  It was the Reynolds
5  Averaging.
6   Q.  Okay.  And -- and the purpose of the
7  boussinesq and the RANS is to reduce the computational
8  time when you use computational fluid dynamics;
9  correct?
10   A.  That's correct, using a simplified set of
11  equations.
12   Q.  Okay.  When was the first time you saw a
13  Bair Hugger?
14   A.  Probably in the -- the office, maybe in
15  March or April.
16   Q.  Okay.  And which Bair Hugger model was it?
17   A.  I believe it was the -- we may have looked
18  at both the 505 and the 750 or 755, or --
19    There was an earlier version and at least
20  one of the later versions.
21   Q.  Okay.  Going -- going back, and I might have
22  asked you this before, you haven't seen Abraham's
23  report; correct?
24   A.  I have not, yes.
25   Q.  Okay.  So you haven't seen whether or not he

Page 204

1  used R -- RANS or LES or the type of turbulent
2  modeling.
3   A.  Having not seen his report, I have no idea.
4   Q.  Would you agree that when you -- when you
5  model an operating room and you have people in it as
6  well as lights and the flow is not turbulent -- or the
7  flow is turbulent, that you should have some sort of
8  turbulent modeling in your CFD analysis?
9   A.  It depends what your ultimate objective is.
10   Q.  To follow particles.
11   A.  As I said before, if the streamlines had not
12  changed direction very rapidly and the particles are
13  small enough, they would simply follow the time-
14  average streamline without using a turbulence model.
15   Q.  Okay.  When you say they're not -- they
16  don't change direction very rapidly, what would that
17  mean?  What does that mean to you?
18   A.  I -- I go back to impactor technology where
19  you're purposely trying to extract particles from the
20  airflow by changing the direction very rapidly, and so
21  it depends on the velocity of the particle and -- and
22  the -- well basically the velocity of the particle
23  heading towards the surface, so impaction technology.
24   Q.  Are you saying the change of airflow like 90
25  degrees, or are you saying five degrees, three

Page 205

1  degrees?
2   A.  It -- it --
3    Really, it depends on the rate of change of
4  airflow, the -- the acceleration I would -- I should
5  say, perpendicular to the mean flow direction.
6   Q.  And in analyzing --
7    And in determining whether or not to use a
8  turbulent model in the CFD, how do you determine
9  whether or not you should assume that the particles
10  travel along the air streams or not?
11   A.  Again, depends on whether your flow is
12  essentially unidirectional or there's a lot of
13  accelerations associated with it, and -- and the
14  directional changes.
15   Q.  Well you agree with me that when you have
16  obstructions such as the patient, surgeon, table,
17  lights, you're going to have significant changes in
18  the airflow direction when the air hits that; correct?
19   A.  Yes.
20   Q.  Okay.  Knowing what an operating room is, do
21  you agree with me that you should have some sort of
22  turbulence modeling in an operating room if you're
23  going to have a -- a valid CFD analysis?
24    MR. GOSS:  Objection.
25   A.  I think that would be the most appropriate,