# EXHIBIT 23

| | |
|---|---|
| **Subject:** | Scott, Mark 7/28/2006 FW: Bair Hugger Customer Query/Compaint |
| **Priority:** | High |
| **Status:** | Completed |
| **Percent Complete:** | 100% |
| **Date Completed:** | Sunday, November 12, 2006 |
| **Total Work:** | 0 minutes |
| **Actual Work:** | 0 minutes |
| **Owner:** | Unknown |
| **Categories:** | @Waiting For |

Hi Mark,
Any thoughts on this question?
Regards,
Bob
Bob Buehler
+44 1924 887 401 - office
+44 7971 386 704 - mobile

_____

From: Robert Press [mailto:Robert@intermed.co.nz]
Sent: Friday, July 14, 2006 2:24 AM
To: Buehler, Bob
Cc: Van Duren, Al; Janet Jordaan; Sarah Hare
Subject: Bair Hugger Customer Query/Compaint
Importance: High
Hi Bob,
I have received a customer query/complaint regarding our Bair Huggers. Ironically this is the same individual we are also dealing with in relation to the Ranger 245.
The concern is that they have found air entering the blowing system that is bypassing the filter.
During a repair they removed the top assembly of the Bair Hugger and saw a collection of dust particles at each of the down facing holes at the rear of the assembly as well as dust over the circuit board. They feel this could be the result of the rotation of the centrifuge of the blower effectively sucking the air up through the holes, over the circuit board and then into the system.
They are concerned that this may result in contaminated air particles bypassing the filtration system and making contact with the patient.
Other units in their stock have also been checked and found to show the same result.
I look forward to your comments.
Regards
Robert
Robert Press
Field Sales Manager
InterMed Medical Ltd
www.intermed.co.nz
Mobile: 021 760189
Email: robert.press@intermed.co.nz

Confidential – Subject To Protective Order

3MBH00144055