UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MDL No.  15-2666 (JNE/FLN)

In re Bair Hugger Forced Air Warming
Products Liability Litigation

**STATEMENT INSTEAD OF REDACTED DOCUMENTS**

This Document Relates to All Actions

I certify that Plaintiffs have filed Plaintiffs' Opposition To Defendants' Motion for Summary Judgment.

The following Exhibits and/or deposition excerpts have been marked "Confidential" under the Protective Order, and redaction is impracticable:

1. Exhibit 2 is a copy of 3M internal document bearing bates range 3MBH00982867-85.

2. Exhibit 3 is a copy of 3M internal document bearing bates number 3MBH00001389.

3. Exhibit 21 is 3M internal document bearing bates range 3MBH01485746.

4. Exhibit 22 is 3M internal document bearing bates number 3MBH00556461.

5. Exhibit 23 is 3M internal document bearing bates range 3MBH00144055.

6. Exhibit 24 is 3M internal document bearing bates range 3MBH01260231.

7. Exhibit 25 is 3M internal document bearing bates range 3MBH00814685.

8. Exhibit 26 is 3M internal document bearing bates range 3MBH01975262.

9. Exhibit 34 is 3M internal document bearing bates range 3MBH01617179.

10. Exhibit 35 is 3M internal document bearing bates range 3MBH00053467.

Plaintiffs file this Statement Instead of Redacted Documents pursuant to L.R. 5.6(d)(1)(A)(ii).

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: October 3, 2017 | MESHBESHER & SPENCE LTD. |
|  | /s/ Genevieve M. Zimmerman |
|  | Genevieve M. Zimmerman (MN #330292) |
|  | 1616 Park Avenue South |
|  | Minneapolis, MN 55404 |
|  | Phone: (612) 339-9121 |
|  | Fax: (612) 339-9188 |
|  | Email: gzimmerman@meshbesher.com |
|  | ***Plaintiffs Co-Lead Counsel*** |