# EXHIBIT 1

ing Cover will gradually inflate and curl around the patient. It will take approximately two minutes for the Bair Hugger to bring the air around the patient to the desired temperature.

tion to cool down). Discard Warming Cover and place patient's sheet over the patient. Turn Bair Hugger power off, unplug unit and store in its designated area.

With regular use, the air filter should be changed every 6 months. See Owners Manual for instructions.

**WARNING:**

1. Monitor the patients temperature and vital signs regularly. Reduce the air temperature or discontinue therapy when normothermia is reached, or if vital sign instability occurs.

2. The Bair Hugger™ is equipped with a high temperature cutout. The OVER TEMPERATURE ALARM light will glow red and the unit will shutoff if the temperature exceeds the high temperature limit. Turn the POWER switch off and discontinue using the Heating Unit. Contact the Augustine Medical, Inc. service department.

3. The patient must be dry or a net cooling effect may occur initially.

4. The patient's wounds should be covered during treatment.

5. The possibility of airborne contamination should be considered if patients with infected wounds are treated with the Bair Hugger.

6. Explosion Hazard. Do not use in the presence of flammable anesthetics.

7. Electical Shock Hazard. Do not disassemble. Refer servicing to an Augustine Medical, Inc. Authorized Service Center. 1- 800-733-7775

AUGUSTINE MEDICAL, INC. 10393 West 70th Street Eden Prairie, MN 55344
Bair Hugger™ is a registered trademark of Augustine Medical, Inc.