# EXHIBIT 54

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**Page 1**

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
- - - - - - - - - - - - - - - - - -
In Re:
Bair Hugger Forced Air Warming
Products Liability Litigation

This Document Relates To:

All Actions          MDL No. 15-2666 (JNE/FLM)
- - - - - - - - - - - - - - - - - -

DEPOSITION OF DR. ANDREA KURZ
VOLUME I, PAGES 1 - 235
JANUARY 12, 2017

(The following is the deposition of DR.
ANDREA KURZ, taken pursuant to Notice of Taking
Deposition, via videotape, at the Cleveland Clinic,
E Building, Conference Room E3-40B, 9105 Cedar Avenue,
Cleveland, Ohio, commencing at approximately 10:11
o'clock a.m., January 12, 2017.)

**Page 2**

1   APPEARANCES:
2   On Behalf of the Plaintiffs:
3       Jan M. Conlin
        CIRESI CONLIN L.L.P.
4       225 South 6th Street, Suite 4600
        Minneapolis, Minnesota  55402
5
        Gabriel Assaad
6       KENNEDY HODGES
        4409 Montrose Boulevard, Suite 200
7       Houston, Texas  77006
8   On Behalf of Defendants:
9       Corey L. Gordon and Peter J. Goss
        BLACKWELL BURKE P.A.
10      432 South Seventh Street, Suite 2500
        Minneapolis, Minnesota  55415
11
        On Behalf of the Deponent:
12
        Sandra M. DiFranco
13      Cleveland Clinic Law Department
        2070 East 90th Street
14      Cleveland, Ohio  44195
15
16
17
18
19
20
21
22
23
24
25

**Page 3**

1                I N D E X
2   EXHIBITS        DESCRIPTION        PAGE MARKED
3   Ex  237 Kurz curriculum vitae              7
4       238 Article, Departmental and
5           Institutional Strategies for
6           Reducing Fraud in Clinical
7           Research, by Sessler, et al        27
8       239 E-mail string, 3MBH01534509        54
9       240 PowerPoint, LMA PerfecTemp vs.
10          Forced-air Warning          78
11      241 Article, Effects of preoperative
12          warming on the incidence of
13          wound infection after clean
14          surgery:  a randomized controlled
15          study, by Melling, et al        92
16      242 Article, PERIOPERATIVE NORMO-
17          THERMIA TO REDUCE THE INCIDENCE
18          OF SURGICAL-WOUND INFECTION AND
19          SHORTEN HOSPITALIZATION, by
20          Kurz, et al              99
21      243 Article, Intraoperative Core
22          Temperature Patterns, Transfusion
23          Requirement, and Hospital Duration
24          in Patients Warmed with Forced-
25          Air, by Sun, et al          125

**Page 4**

1       244 Article, Resistive-Polymer Versus
2           Forced-Air Warming:  Comparable
3           Efficacy in Orthopedic Patients,
4           by Brandt, et al          136
5       245 Article, Compliance with Surgical
6           Care Improvement Project for
7           Body Temperature Management
8           (SCIP Inf-10) Is Associated with
9           Improved Clinical Outcomes, by
10          Scott, et al              168
11      246 E-mail, 3MBH01138976        183
12      247 E-mail string, 3M00510095-7      230
13
14
15
16  WITNESS      EXAMINATION BY      PAGE
17  Dr. Andrea Kurz     Mr. Assaad      5
18               Mr. Gordon      189
19               Mr. Assaad      235
20
21
22
23
24
25

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Page 5

1          PROCEEDINGS
2      (Witness sworn.)
3          DR. ANDREA KURZ
4      called as a witness, being first duly sworn,
5      was examined and testified as follows:
6          ADVERSE EXAMINATION
7   BY MR. ASSAAD:
8      Q.  Good morning, Dr. Kurz.  My name's Gabriel
9   Assaad and I represent the plaintiffs in a multi-
10  district litigation that's being held in Minnesota.
11         Let us begin by if you could just state your
12  full name for the record.
13     A.  Andrea Kurz.
14     Q.  And what is your current business address?
15     A.  Actually this building, so it is 1500 Euclid
16  Avenue, Cleveland.  And I'm always getting mixed up if
17  it's 43193, I think.
18     Q.  That's fine.  We don't -- that's -- that's
19  close enough.
20         Have you ever had your deposition taken
21  before?
22     A.  No.
23     Q.  Okay.  I'm going to go through a few
24  ground -- ground rules, and first and foremost, let's
25  try to wait for each -- each person to finish their

Page 6

1   question and answer before the other one speaks so we
2   have a clear record for the court reporter.  Do you
3   understand?
4      A.  I do.
5      Q.  Okay.  Second, please, when you answer,
6   answer verbally.  "Mm-hmm" or "uh-huh" doesn't really
7   get written down well by the court reporter; it's much
8   easier for him just to have a verbal answer.  Do you
9   understand?
10     A.  Uh-huh.  Yes.
11     Q.  Finally, I'm going to ask you numerous
12  questions today.  If you don't understand my question,
13  please let me know.  Fair enough?
14     A.  Yes.  Sure.
15     Q.  If you answer my question, I will assume
16  that you understood the question.  Fair?
17     A.  Yes.
18     Q.  Any time you want to take a break, that is
19  fine, but please request a break after a question and
20  answer has been -- has been completed.  Fair enough?
21     A.  Yes.
22         MR. ASSAAD:  I'd like to mark as Exhibit
23  No. --
24         THE REPORTER:  237.
25         MR. ASSAAD:  -- 237 --

Page 7

1      (Exhibit 237 was marked for
2      identification.)
3   BY MR. ASSAAD:
4      Q.  Exhibit 237 is a copy of your curriculum
5   vitae that I -- I received through discovery from your
6   office in the past few months.  Is this a current copy
7   of your curriculum vitae?
8      A.  One second.
9          Almost, yes.
10     Q.  "Almost."  When you say "almost," what's
11  missing?
12     A.  A few publications.
13     Q.  Any currently ongoing research that is
14  missing from this curriculum vitae?
15     A.  Yes.
16     Q.  What's missing?
17     A.  Oh, there are -- I --
18         I can't tell you exactly.  I know that I
19  have over 200 papers by now, so which ones exactly the
20  ones that are missing, I don't know.
21     Q.  Well let me -- let me see if --
22         The last page is "CURRENTLY ONGOING
23  RESEARCH."
24     A.  Oh, the current.  Yeah.
25     Q.  Is there any currently ongoing research

Page 8

1   that's not on this list that you're doing for 3M at
2   this -- at this moment?
3      A.  There might be a retrospective study about
4   predictors of hypothermia which is not on there yet,
5   and then there is one study with 3M which we'll be
6   doing in China that hasn't started yet and so that is
7   not on there yet.
8      Q.  Is that the Protect?
9      A.  Yes, that's the Protect trial.  Exactly.
10     Q.  Any study that you're doing with 3M that
11  deals with hypothermia and infection rates?
12     A.  The Protect.
13     Q.  Okay.  So doctor, can you just briefly
14  describe your background, starting off -- or your
15  educational background, going with college to medical
16  school, residency.
17     A.  So I went --
18         I grew up in Vienna, Austria, so I actually
19  didn't go to college because we don't have that there.
20  After high school or gymnasium I did medical school in
21  Vienna, thereafter did a research fellowship in --
22  actually, after med school I started residency in
23  Vienna.  In the fourth or fifth year of residency,
24  started a research fellowship at the University of San
25  Francisco -- of California in San Francisco.

2  (Pages 5 to 8)

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Page 9

1      Q.   And what year was that, the research
2   fellowship?
3         You can look at your CV.
4      A.   I think it started --
5         I should know that.  It started from '93 to
6   '96.
7      Q.   Okay.
8      A.   Then I --
9      Q.   You were actually in San Francisco at that
10   time?
11      A.   Yes.
12      Q.   Okay.  I just -- I don't mean to interrupt.
13   I'll try not to do that in the future.  But according
14   to your CV, it says your education, University of
15   Vienna, 1990 to 1994.
16      A.   Yeah.
17      Q.   So your --
18      A.   That overlaps.
19      Q.   Overlaps.  Okay.
20         Continue.
21      A.   So thereafter I went back to Vienna, got my
22   professorship there.  Then --
23      Q.   And what year was that?
24      A.   '96.
25         Then in '98 or '99 -- I have to look it up

Page 10

1   almost -- I went to Washington University in St. Louis
2   as Director of the Division of Clinical Research
3   there.  Thereafter, was recruited in 2004 or '3 as the
4   chair of the Department of Anesthesia at the
5   University of Bern in Switzerland -- and now I don't
6   know when it was exactly, but I think it was '3, end
7   of '3, beginning of '4 -- and in 2007 left Switzerland
8   and joined the Department of Outcomes Research here at
9   the Cleveland Clinic.
10      Q.   So since 2007 you've been here at the
11   Cleveland Clinic?
12      A.   Yes.  And I was vice chair of the Department
13   of Outcomes Research, and in 2014 I became chair of
14   the Department of General Anesthesiology within the
15   Anesthesia Institute here.
16      Q.   Okay.  So 2014 you became chair of General
17   Anesthesia --
18      A.   General Anesthesia here.
19      Q.   That's not part of Outcomes Research;
20   correct?
21      A.   It's not part of Outcomes Research, no.
22      Q.   Do you have a clinical practice right now?
23      A.   Yes, absolutely.
24      Q.   What percentage of your time are you dealing
25   with your clinical practice as compared to dealing

Page 11

1   with your work at Outcomes Research?
2      A.   My clinical practice is 50 percent, the rest
3   is administration, and part of that is research, and
4   that's when I -- when we collaborate with Outcomes
5   Research.
6      Q.   And --
7      A.   So I can't give you a percentage exactly.
8      Q.   That's fine.
9         And -- and going back to the instructions,
10   I -- I don't want you to guess, I don't want you to
11   speculate.  If you don't know the answer, it's
12   perfectly fine --
13      A.   Uh-huh.
14      Q.   -- to say "I don't know."  Fair enough?
15      A.   Yes.
16      Q.   All right.  With respect to your clinical
17   practice, can you describe your clinical practice?
18      A.   I work in the operating rooms and
19   anesthetize patients 50 percent of my time.  When I do
20   that I usually either supervise residents or nurse
21   anesthetists.  And that's pretty much it, I think.
22      Q.   Are you in a certain -- do you --
23         Do you handle more than -- like one type of
24   surgery or the other?
25      A.   Mainly urology, but otherwise everything.

Page 12

1      Q.   When you -- okay.  When you say "mainly
2   urology," what percentage of your -- of your clinical
3   practice is anesthizing -- anes -- anesthesia
4   patients -- dealing with anesthesia patients in
5   urology?
6      A.   Approximately 60 percent.
7      Q.   Do you handle any anesthesia services for
8   orthopedic patients?
9      A.   I work there, yes.
10      Q.   So you --
11      A.   Very little.
12      Q.   Okay.  And I'm --
13         Now would that include total hip and total
14   knee arthroplasty?
15      A.   Yes.
16      Q.   Do you use forced-air warming with all your
17   patients?
18      A.   Yes.
19      Q.   And it's my understanding that Cleveland
20   Clinic has gone from the Bair Hugger to the Mistral
21   system.
22      A.   Yes.
23      Q.   Do you know when that occurred?
24      A.   Not exactly, no.
25      Q.   Can you give me a rough estimate?

3 (Pages 9 to 12)

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Page 13

1    A.  Two years ago.
2    Q.  Were you in the decision-making process to
3  change from the Bair Hugger warming unit to the
4  Mistral?
5    A.  Yes.
6    Q.  Why did -- why did Cleveland Clinic change
7  from the Bair Hugger warming unit to Mistral?
8    A.  Cost.
9    Q.  Is that the only reason?
10    A.  That was the only reason, yes.
11    Q.  How much cheaper is the Mistral to use than
12  the Bair Hugger?
13    A.  It's a few dollars.  I cannot tell you what
14  exactly it is.
15    Q.  A few dollars per blanket?
16    A.  Per blanket.
17    Q.  Okay.  Does -- does Mistral place the
18  warming units like -- like 3M does?
19    A.  Yes.
20    Q.  What role did you have in the decision-
21  making process?
22    A.  Only advisory.
23    Q.  Are you on the advisory board for the
24  37Company?
25    A.  Currently, I don't know.

Page 14

1    Q.  At any point?
2    A.  I was, yes.
3    Q.  Okay.  And did any discussion during this
4  period of time in the decision making deal with the
5  efficacy of the Mistral system as compared to the Bair
6  Hugger system?
7    A.  Yes.
8    Q.  And what was discussed?
9    A.  It was just that I believe that they are
10  both equally -- that the efficacy is the same for both
11  systems.
12    Q.  Are you aware that the Mistral system has a
13  HEPA filter?
14    A.  No.
15    Q.  Do you know what HEPA filter the Bair Hugger
16  system has?
17    A.  No.
18    Q.  Do you know what a HEPA filter is?
19    A.  No.  No, I don't.  What is it?
20    Q.  If you don't know, we don't need to go into
21  it.
22       At any time during the decision-making
23  process, did you yourself meet with any of the
24  representatives or salespeople from Stryker?
25    A.  No, I don't think so.

Page 15

1    Q.  Was there any discussion as to the benefits
2  of using the Mistral system, besides cost, compared to
3  the Bair Hugger system?
4    A.  No.
5    Q.  With respect to the change from the Bair
6  Hugger system to the Mistral system, were you in favor
7  of the change, against the change, or indifferent?
8    A.  I was fairly indifferent.
9    Q.  Did you provide any opinion with respect to
10  whether or not Cleveland Clinic should change from the
11  Bair Hugger warming system to the Mistral warming
12  system?
13    A.  No.
14    Q.  Was it when you did your fellowship in San
15  Francisco between 1993 and 1996 that you be -- that
16  you met Dr. Sessler?
17    A.  Yes.
18    Q.  Did you know Dr. Sessler before that?
19    A.  Yes, I did.
20    Q.  How?
21    A.  Oh, through a -- through my research.
22    Q.  When you were at the University of Vienna?
23    A.  Of Vienna, yes.
24    Q.  And what was your research in at the
25  University of Vienna?

Page 16

1    A.  We did the very first -- one of the first
2  Bair Hugger studies in Europe looking at whether one
3  can keep patients normothermic with the Bair Hugger as
4  opposed to not using anything, which was the standard
5  of care at that point in time.
6    Q.  Okay.  Well when you say "not using
7  anything," you'd use blankets.
8    A.  Yeah, operating room blankets, yeah.
9    Q.  Yeah.
10    A.  Yeah, yeah, yeah.
11    Q.  And what study was that?
12    A.  That should be at the very beginning of my
13  publications.  Let's see.  I think it was the first
14  one, "Forced-Air warming maintains intraoperative
15  normothermia better than circulating-water mattresses"
16  in Anesthesia & Analgesia.  Yes.
17    Q.  Okay.
18    A.  Uh-huh.
19    Q.  So you -- you compared forced-air warming
20  compared to circulating-water mattresses?
21    A.  Yes.  I guess that was the standard of care
22  at that time, yes.
23    Q.  Okay.  And how was it that you became
24  involved in this type of area of medicine on
25  normothermia?

4  (Pages 13 to 16)

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Page 17

1    A. I think by coincidence. It was just that
2  forced-air warming was introduced at the University of
3  Vienna, and whenever you -- I wanted to do research,
4  and whenever you introduce a new system, you study it
5  first, and I -- I guess it was probably one of my
6  mentors there that suggested that I would participate
7  in that study.
8    Q. Did you lead the study? Were you --
9    A. Yes.
10   Q. Okay. How was --
11     Do you recall how forced-air warming -- or
12  who introduced forced-air warming, the Bair Hugger
13  system, to the University of Vienna?
14   A. Yes, I do.
15   Q. Who?
16   A. It was a company that is called or was
17  called Gepa-Med, G-e-p-a-Med.
18   Q. Okay. And to your recollection, was that
19  the first time that forced-air warming was used
20  intraoperatively?
21   A. Yes. In Austria.
22   Q. In Austria, okay. And GepaMed or whatever
23  the name --
24   A. GepaMed.
25   Q. Where is that company from?

Page 18

1    A. Vienna.
2    Q. Vienna. Okay.
3      Did there ever come a time that you had
4  dealings with Augustine Medical?
5    A. Yes.
6    Q. When was the first time that you had any
7  type of interactions with Augustine Medical?
8    A. It --
9      I don't know exactly. It might have been
10  during that study, or after I started my fellowship in
11  San Francisco.
12   Q. And is that when you first met Scott
13  Augustine?
14   A. Yes.
15   Q. Okay. Did you meet Scott Augustine in -- in
16  Vienna or in San Francisco for the first time?
17   A. I think in San Francisco.
18   Q. Okay. That would be around 1993?
19   A. I cannot remember the year, but --
20   Q. Okay.
21   A. -- during that timeframe.
22   Q. Okay. And on your CV on page 17 --
23   A. Uh-huh.
24   Q. -- there is a -- under corporate sources of
25  funding --

Page 19

1    A. Uh-huh.
2    Q. -- on the last one there, it's "Fellowship,
3  Augustine Medical, $100,000." Do you see that?
4    A. Uh-huh.
5      THE REPORTER: Your answer?
6      MR. ASSAAD: Is that a yes?
7      MS. DIFRANCO: Yes.
8      THE WITNESS: Yes.
9    Q. Okay. What was that for?
10   A. '94. I don't exactly know. It was during
11  my fellowship, so they might have supported the
12  fellowship at the lab there. But I can't remember
13  exactly.
14   Q. Okay. Did this have anything to do with any
15  type of funding for your 1996 New England Journal of
16  Medicine study?
17   A. No.
18   Q. Well you agree that if it --
19     It was most likely for funding or sponsoring
20  research for normothermia and forced-air warming.
21   A. It was for funding research for physiology
22  in regards to normothermia.
23   Q. Was any paper published as a result of this
24  funding?
25   A. I assume that there were many papers

Page 20

1  published as a result. I published about, I can't
2  remember, 15 papers during these three years.
3    Q. And during those three years, did you have a
4  clinical practice as well?
5    A. No.
6    Q. It was pure research?
7    A. Yes.
8    Q. This hundred thousand dollars, was this
9  money that went into your pocket or went towards
10  the univer -- towards the university?
11   A. It went towards the university.
12   Q. Your New England Journal of Medicine
13  article -- Medicine article of 1996, was that funding
14  from peer-review or corporate sponsors for that
15  research, do you recall?
16   A. I don't. I don't. That must have been --
17     The study happened in Vienna, and so I
18  assume we had barely any funding for that study --
19   Q. Okay.
20   A. -- at that point in time.
21   Q. Do you know whether or not Augustine Medical
22  was involved in any way in that study?
23   A. I don't.
24   Q. And with respect to the -- your 1996 New
25  England Journal --

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN . 1-800-553-1953  info@stirewalt.com

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 21

```
 1           I'm going to call it the Kurz study of 1996.
 2      A.  That is totally fine.
 3      Q.  Huh?
 4      A.  That is fine.
 5      Q.  In your 1996 Kurz study, the Kurz study,
 6   were you the lead --
 7      A.  Yes, I was.
 8      Q.  -- researcher?
 9      A.  Uh-huh.
10      Q.  Yes?
11      A.  Yes.
12      Q.  Okay.  What role did Dr. Sessler have in the
13   1996 Kurz study?
14      A.  He was a senior researcher, so he was my
15   mentor.
16      Q.  Did he have any -- strike that.  Withdraw.
17   Going to page --
18           Well before we get there, do you currently
19   consult for 3M?
20      A.  Yes.
21      Q.  How long have you consulted for 3M?
22      A.  I don't know exactly.  Three, four years,
23   five years.
24      Q.  Have you ever consulted for Arizant Medical?
25      A.  I don't remember.  I might.
```

Page 22

```
 1      Q.  Who else do you do consulting services for
 2   or on the advisory panel for?
 3      A.  Currently, only one other company that is
 4   here in Cleveland.
 5      Q.  Mercury Biomed?
 6      A.  Yes.
 7      Q.  And it's my understanding that they're in
 8   the process of -- or negotiating a process of being
 9   purchased by another company.
10      A.  I heard about that.
11      Q.  And that's how you received documents with
12   respect -- some due diligence documents to review
13   from -- from the company that -- that was acquiring
14   Mercury Biomed.  Do you recall that?
15      A.  No, I did not.
16      Q.  It's documents that you produced to me, but
17   it's irrelevant.
18           And what technology do they have?  Do they
19   deal with warming patients?
20      A.  Yes, they do.
21      Q.  And what technology do they have?
22      A.  It's a -- it's a conductive warming system
23   by warming hands and feet; however, it also has a --
24   a -- a second physiological thing to it, it has a
25   spine warming part with the idea that warming the
```

Page 23

```
 1   spine in the neck area vasodilates the periphery
 2   and -- and therefore the periphery, meaning hands and
 3   feet, are easier to warm.
 4      Q.  Okay.  And the inventor of that technology
 5   is Dr. Diller; correct?
 6      A.  Yes.
 7      Q.  Okay.  And it's my understanding that
 8   there's already been one clinical trial that it has
 9   gone through.
10      A.  There's been one observational study, yes.
11      Q.  Okay.  And are there -- is there a plan --
12           Is there any plans for another study?
13      A.  There is a plan for a volunteer study, yes.
14      Q.  Okay.  And what were the results of the
15   first observational study?
16      A.  Unclear.
17      Q.  Why do you say "unclear?"
18      A.  Because we evaluated in patients vasomotion
19   in the per --
20           So we wanted to show in patients under
21   anesthesia whether spine warming truly causes
22   vasodilation, and under anesthesia many other things
23   have been other than warming, so it's --
24           The data at this point is very hard to
25   evaluate and that's why I say it's unclear.  It's just
```

Page 24

```
 1   that patients who are diabetic react differently,
 2   patients who need vasopressors react vaso -- react
 3   differently, so I think it's uninterpretable.
 4      Q.  Okay.  And is Dr. Sessler also on the
 5   advisory board for Mercury Biomed?
 6      A.  I believe so.
 7      Q.  Okay.  So currently my understanding is
 8   you're on the advisory board or panel for 3M and
 9   Mercury Biomed; correct?
10      A.  Yes.
11      Q.  How about in the past, who have you been on
12   the advisory board for?
13      A.  Good question.
14      Q.  Well we know 37Company is one of them;
15   correct?
16      A.  We know 37Company.  You know, I -- I don't
17   think I recall anything else.
18      Q.  VitaHEAT?
19      A.  Vital --
20      Q.  VitaHEAT.
21      A.  No.
22      Q.  Okay.
23      A.  Which company is that?
24      Q.  That's its own company, VitaHEAT.
25      A.  Okay.
```

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 25

1    Q.  What about PerfecTemp for --
2    A.  No, I don't even know.
3    Q.  Medline?
4    A.  Medline?
5    Q.  Uh-huh.
6    A.  No.
7    Q.  Okay.  So anyone else that you can think of
8    that deals with patient warming?
9    A.  No.
10   Q.  Now going back to your funded research, you
11   break it up into peer-reviewed sources and corporate
12   sources; correct?
13   A.  Uh-huh.
14   Q.  Yes?
15   A.  Yes.
16   Q.  Why do you do that?  What's the difference?
17   A.  There is --
18       First of all, it's the way how you -- or how
19   we, at least in the medical field, write our CVs.
20   There's a very different review process and
21   negotiation process with corporate and peer-reviewed
22   sources, and so I guess all the peer-reviewed ones are
23   considered to be on a higher scientific level.
24   Q.  The peer reviewed?
25   A.  Yeah.  And that's why you want to know

Page 26

1    whether an investigator has only corporate funding or
2    mainly peer-reviewed funding.
3    Q.  But I recall you wrote an article that peer-
4    reviewed funding is also the most susceptible to
5    fraud.
6    A.  Peer-reviewed funding?
7    Q.  Uh-huh.
8    A.  I don't think I said that.
9    Q.  Or -- or research, research initiated by
10   investigators as compared to -- which is more peer --
11   peer-reviewed, as compared to corporate is more
12   susceptible to fraud.  Is that true?
13   A.  I think I wouldn't phrase it that way, and I
14   would be surprised that I phrased it exactly that way.
15   Q.  And I could be misquoting and I -- I'll pull
16   up the article.
17   A.  No, you are right.  I wrote an article, but
18   it would be great if you had it because I don't think
19   I said it that way.  I think what we might -- what I
20   might have said --
21       MS. DIFRANCO:  Why don't you wait.
22       THE WITNESS:  Yeah.
23       MS. DIFRANCO:  He doesn't want to have you
24   guessing.
25       THE WITNESS:  Oh.

Page 27

1       (Discussion off the stenographic record.)
2       (Exhibit 238 was marked for
3        identification.)
4    BY MR. ASSAAD:
5    Q.  What's been marked as 238 is an article
6    written by you and Dr. Sessler entitled "Departmental
7    and Institutional Strategies for Reducing Fraud in
8    Clinical Research."
9    A.  Uh-huh.
10   Q.  Do you recall this article?
11   A.  Yes.
12   Q.  If you look at page 475, --
13   A.  I see that.
14   Q.  -- at the second column, second --
15   A.  Uh-huh.
16   Q.  -- paragraph, starts with, "The risk of
17   fraud is probably greater for investigator-initiated
18   studies than for trials conducted by corporate
19   sponsors."  Do you see that.
20   A.  Yes, I do see that.
21   Q.  What did you mean by that?
22   A.  It actually says thereafter --
23       Anyway, the -- the reason is the sponsors
24   have legal obligations to assure that the valid --
25   validity of the data is correct.  And if you read the

Page 28

1    beginning of the article, it describes our structure
2    in the Outcomes Research department here, and it does
3    say that in previous times when single people would do
4    a study completely by themselves, that they wouldn't
5    knowledgeably do fraudulent work, but they would
6    maybe -- not always -- abide to strict rules of
7    randomization, blinding, et cetera, and that's --
8    that's what's meant by that, and therefore, we at the
9    Outcomes Research department have all the structures
10   to avoid this kind of thing.
11   Q.  Whether it's --
12   A.  Whether it's --
13   Q.  -- peer investi -- or investigator or
14   corporate.
15   A.  Yes.
16   Q.  Fair enough.
17       On -- on the disclosures it says, "This
18   manuscript was handled by:  Steven L. Shafer M.D."  Do
19   you know who that is?
20   A.  Yes.  He was at that point in time the
21   editor of the journal Anesthesia & Analgesia.
22   Q.  Okay.  Is he a friend of Dr. Sessler's?
23   A.  I know that they know each other well.
24   Whether --
25   Q.  Have you met --

7  (Pages 25 to 28)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 29

1    Sorry, go ahead.
2    A. Whether they're friends, I don't know.
3    Q. Okay. And when it says, "This manuscript
4    was handled by: Steven L. Shafer," what part of it
5    was he involved in?
6    A. He is edit -- editor of Anesthesia &
7    Analgesia. He gets all articles that are submitted to
8    the journal and then either hands them on to other
9    editors or deals with them himself.
10   Q. I -- I understand that, but --
11   And maybe I just don't know. But I've seen
12   other articles in other peer-reviewed publications and
13   I've never seen anything where it says the manuscript
14   was handled by the -- like the editor in chief or the
15   main editor of -- of the -- of the publication. Why
16   is it different in this publication as compared to
17   other publications?
18   MR. GORDON: Object to the form of the
19   question.
20   MS. DIFRANCO: Go ahead, if you know.
21   A. I -- no, I don't know. I can --
22   I think it is because it's an open-mind
23   article. This is not a research paper, --
24   Q. Okay.
25   A. -- this is just an opinion.

Page 30

1    Q. Fair enough.
2    MS. DIFRANCO: And doctor, I think Mr.
3    Assaad wants to know what you know. If you don't know
4    something, you just tell him that's what --
5    THE WITNESS: Uh-huh.
6    MS. DIFRANCO: He doesn't want you to guess.
7    MR. ASSAAD: I don't want you to guess or
8    speculate.
9    THE WITNESS: Yeah.
10   Q. And -- and you said that peer-reviewed
11   research is at the highest level as compared to
12   corporate.
13   A. I consider it at a higher level, yes.
14   Q. When you say "a higher level," what do you
15   mean?
16   A. Scientifically. So I mean these are usually
17   investigator-initiated studies that have been reviewed
18   by major experts in the field, so if you get then
19   funding from an NIH, which is the highest
20   peer-reviewed funding we have, it's enormously
21   meaningful.
22   Q. And you agree that -- that corporate-funded
23   research may or may not have some commercial purpose
24   to it; correct?
25   MR. GORDON: Object to the form of the

Page 31

1    question.
2    Q. Let me rephrase. It was a bad question.
3    A. I'm not sure. Yeah.
4    Q. Is corporate-funded research -- let me ask
5    it more openly.
6    A. Uh-huh.
7    Q. Why would corporate-funded research not be
8    at such a high level as peer-reviewed research?
9    A. I said I might consider it not as high.
10   Q. In your opinion then.
11   A. In my opinion. Ideally, corporate-funded
12   research will be scientifically at the exact same
13   level as any other type of research.
14   Q. Do you agree with me that some corporate-
15   funded research is commercially motivated?
16   A. I agree.
17   Q. And in fact would you agree that most
18   corporate-funded research has some sort of commercial
19   motivation?
20   MR. GORDON: Object to the form of the
21   question, also lack of foundation.
22   MS. DIFRANCO: Go ahead and answer.
23   A. I would say some of it is. I don't want to
24   say most of it is.
25   Q. Can you sit here today and identify one

Page 32

1    company that has -- that you've received research from
2    that didn't deal with any type of product or
3    technology or anything with the -- with the company
4    business?
5    A. I don't think so.
6    Q. So you agree with me that the majority of
7    corporate-funded research has some sort of commercial
8    purpose to it.
9    A. Yes.
10   Q. Now I will assume, unless you tell me
11   otherwise, that all of your research and the
12   publications abide by kind of like the standards that
13   you've written out in the document of Exhibit 238
14   titled "Department -- Departmental and Institutional
15   Strategies for Reducing Fraud in Clinical Research."
16   A. Yes.
17   Q. Sitting here today, you -- there's nothing
18   on your CV that you would look back and say it doesn't
19   meet the current standards of -- of clinical
20   strategies outlined in your article of Exhibit 238;
21   correct?
22   A. That's not correct.
23   Q. What's -- what's not correct about that
24   statement?
25   A. The research standards have greatly changed

8 (Pages 29 to 32)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 33

1   over the past 25 years, so what was standard of care
2   in the clinical world -- what was standard of care 20
3   years ago, was absolutely correct then, might not be
4   now.
5       Q.   Okay.  But sitting here today, you stand
6   by -- you stand behind all your publications; correct?
7       A.   Absolutely.
8       Q.   Okay.  Are there any publications dealing
9   with forced -- normothermia that sitting here today --
10  withdraw that question.
11      For example, the 1996 Kurz study that was
12  done by you, would that comply with today's standards
13  with regard to departmental and institutional
14  strategies for reducing fraud in clinical research
15  outlined in Exhibit 238?
16      A.   I actually believe so.
17      Q.   You hesitated.  Why was that?  You say you
18  absolutely believe so.  Is there --
19      A.   Yeah.  Because it was done under very
20  different circumstances.
21      Q.   Okay.  In any of your research or
22  publications that were corporately -- funded by
23  corporations, do you allow those corporations to have
24  any editorial input with respect to publications?
25      A.   We allow, per contract, all the companies to

Page 34

1   read the publications and to -- before we publish it.
2   That's a Cleveland Clinic rule.
3       Q.   Do you allow them to make changes?
4       A.   In general, not.
5       Q.   But you have in the past?
6       A.   I should believe no, no.
7       Q.   Do you know whether or not Dr. Sessler has
8   allowed a corporation to make changes to publications
9   before they were published?
10      A.   I don't know.
11      Q.   Have you ever not published or submitted a
12  manuscript for publication based on the request of a
13  corporation that funded the study?
14      A.   Could you phrase -- rephrase that?  Sorry.
15      Q.   Have you ever done research or done a
16  study --
17      A.   Uh-huh?
18      Q.   -- that had unfavorable results -- results
19  for the corporate sponsor and have not published the
20  study as -- as a result of a request by the corporate
21  sponsor?
22      A.   I don't recall that.
23      Q.   Have you ever began research --
24      A.   Uh-huh.
25      Q.   -- and initially found out the results to be

Page 35

1   unfavorable for the cor -- for the -- the research
2   that was being done that was funded by a corporate
3   sponsor --
4       A.   Uh-huh.
5       Q.   -- and request the com -- and -- and stop
6   further research as a result of a request of a
7   corporate sponsor?
8       A.   That might have been.
9       Q.   Do you recall any specific instance?
10      A.   It is things that usually have been in
11  product development.  So, for example, when we worked
12  with -- with a company like Mercury, who was
13  developing a product, and we get it here, do a study,
14  and we see that it's not working because the product
15  isn't yet developed in a way, then we agree to stop,
16  get it better developed, and do the study.
17      Q.   Okay.
18      A.   So --
19      But that's more product development side.
20      Q.   Has 3M ever asked you, in any publications
21  you've ever done for them, to -- that they want to
22  make changes to the manuscript before you submit it
23  for publication?
24      A.   I believe once.
25      Q.   Can you please describe that.

Page 36

1       A.   I'm not certain that I completely remember.
2   It was a -- it was a -- in a retrospective study about
3   the effect of hypothermia on perioperative blood loss
4   where they actually suggested an additional analysis,
5   which we found to be very, very helpful.  So -- so --
6       And I assume if we would not have found it
7   helpful, that we wouldn't have done it, but it was
8   actually an excellent idea.
9       Q.   And who do you -- who do you deal with at
10  3M?
11      A.   Currently, mainly with Al Van Duren.
12      Q.   What about Michelle Hulse Stevens?
13      A.   With her as well, yes.
14      Q.   Have you had dealings with Gary Hansen?
15      A.   Yes, I have.
16      Q.   What about the former CEO, Maharaj, does
17  that sound familiar?
18      A.   It sounds familiar, but I've not dealt with
19  him much.
20      Q.   Okay.  Now going to your CV, I want you to
21  turn to page 16.
22      A.   Hmm.
23      Q.   If you go down to the sixth or seventh --
24      A.   Uh-huh.
25      Q.   -- the seventh research, it says, "A

9  (Pages 33 to 36)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 37

1  comparison study of vital HEAT (vH2) Temperature
2  Management System to upper-body forced-air warming in
3  patients undergoing open colectomy under general
4  anesthesia." Do you see that?
5  A. Yes, I do.
6  Q. And I guess the principal investigator is
7  Dr. Sessler.
8  A. Uh-huh.
9  THE REPORTER: Your answer?
10  Q. Yes?
11  A. Yes.
12  Q. And the company is LMA?
13  A. Yes.
14  Q. Do you know who LMA is, or what that stands
15  for?
16  A. I can't remember, no.
17  Q. Okay. Do you recall doing this research
18  for -- on the -- on the vital HEAT?
19  A. I do.
20  Q. Okay. And you received $250,000 to conduct
21  the research; correct?
22  A. Yes.
23  Q. And also it's in 2008 and 2009; correct?
24  A. I assume.
25  Q. Okay. What do you recall about this

Page 38

1  research?
2  A. I think this was a study -- and I would have
3  to look it up -- that was performed --
4  Vital HEAT. You know what? I have to guess
5  now, so no.
6  Q. Okay. Do you know -- do you know what the
7  vital HEAT Temperature Management System is?
8  A. I do know what it is.
9  Q. What is it?
10  A. It was an arm/hand warming system that
11  applied heat and negative pressure to an arm.
12  Q. Just one arm?
13  A. Yes.
14  Q. Okay. And what were --
15  Do you recall the results of that study?
16  A. I believe it was almost as effective as
17  forced air.
18  Q. Okay. And that didn't blow any air;
19  correct?
20  A. Hmm?
21  Q. It didn't blow any air. It wasn't forced --
22  A. No.
23  Q. Okay.
24  A. No, it was not.
25  Q. Was a paper published?

Page 39

1  A. Yes.
2  Q. Can you point to me the paper?
3  A. Yeah. Two eight nine, two eight nine.
4  Who was the first author? Yeah, number 102,
5  "...Normothermia During -- "...Maintain Normothermia
6  During Open Abdominal Surgery."
7  Q. Okay. And just to be clear, are you saying
8  that it was as effective as forced-air warming, or
9  you -- because it says "Comparably." What does that
10  mean to you?
11  A. That would mean as effective, yeah.
12  Q. Okay. Also on page 16, second one is "LMA-
13  Perfect temperature versus Forced air warming,"
14  principal investigator was Dr. Sessler, company was
15  LMA North America, you received $196,000 for that
16  study. Do you recall that study?
17  A. Not clearly.
18  Q. Okay. Do you know what year that was?
19  Because the year is missing.
20  A. They are in -- in -- in ascending order, so
21  it must have been around 2012.
22  Q. And let me ask you if it's -- if it's
23  article number 97.
24  A. I'll look.
25  No.

Page 40

1  Q. Okay.
2  A. Huh-uh.
3  Q. Oh.
4  A. Because that's too early.
5  Q. Okay. If you don't know, that's fine, we
6  can -- we can move on.
7  A. Uh-huh.
8  Q. And finally, going to page 15, I have a
9  couple -- couple of other questions. The second one
10  down is "Core temperature profiles at the Cleve -- at
11  the Cleveland Clinic," sponsored by 3M, $75,000.
12  A. Uh-huh.
13  Q. Do you recall --
14  Is that yes?
15  A. Yes.
16  Q. Do you recall that study?
17  A. Yes.
18  Q. What study is that?
19  A. That only describes, as it says, core
20  temperature profiles in something like 50,000 patients
21  that have been operated at the Cleveland Clinic over
22  the past about eight years.
23  Q. Is that research still ongoing?
24  A. No.
25  Q. Has anything been published?

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 41

1     A.  Yes, it has been published.
2     Q.  Is that the 2015 publication in
3  Anesthesiology?
4     A.  Yes.
5     Q.  Fair enough.
6     A.  Yes.
7     Q.  And if I recall correctly, it also looked at
8  blood loss.
9     A.  Yes.
10     Q.  Okay.  And I take it during the blood loss
11  you discussed Celsius hours; correct?
12     A.  Correct, yes.
13     Q.  Okay.  And I --
14         My understanding of Celsius hours is how
15  many degrees below 37 degrees multiplied by how many
16  hours are at that time period.
17     A.  Exactly.
18     Q.  Okay.  And that was predictive of the
19  risk -- the -- the risk rate of blood loss; correct?
20     A.  Not blood loss, but transfusions.
21     Q.  Transfusions.  I'm sorry, you're correct.
22         And if I recall correctly, in that study you
23  also looked at length of stay, but that -- the results
24  were not statistically significant; correct?
25     A.  That's --

Page 42

1         Yes.
2     Q.  Below that you have "Target Normothermia."
3  That's also sponsored by 3M?
4     A.  Uh-huh.  Yes.
5     Q.  You're catching on.
6         What's that study about?
7     A.  That study --
8         That actually is not a study, it's a qual --
9  it was a quality-improvement project about looking
10  at --
11         There were, if I know now, about 60
12  institutions in various different countries that
13  measured core temperature over a three-month period,
14  and then we evaluated just in an observational fashion
15  the incidence of hypothermia.
16         (Discussion off the stenographic record.)
17     Q.  I think I recall that, and that's where you
18  had a bunch of graphs with each country; correct?
19     A.  Exactly.
20     Q.  Okay.
21     A.  Yes.
22     Q.  I can't find it now, but I do recall that.
23     A.  Yes.
24     Q.  Fair enough.
25         And finally, the top one, "Pre-warming and

Page 43

1  satisfaction in patients undergoing ambulatory
2  surgery," $150,000 from 37Company.
3     A.  Yes.
4     Q.  Okay.  And has that study been published?
5     A.  Yes.
6     Q.  And what was --
7     A.  Oh, I think it is in publication.
8     Q.  Can you describe that study, please?
9     A.  In this study, patients were warmed before
10  induction of anesthesia in an ambulatory setting, with
11  the idea that patients who were warmer before surgery
12  will have better patient satisfaction afterwards.
13     Q.  So prewarming.
14     A.  Prewarming.
15     Q.  Okay.  Now with respect to your articles, do
16  you -- do you publish any particles or any articles
17  listed in areas that you have no expertise in?
18     A.  No.
19     Q.  Okay.  Would that be -- would that be sort
20  of a fraud if you published something that you have no
21  expertise in?
22         MR. GORDON:  Object to the form of the
23  question.
24         MR. ASSAAD:  He may object, --
25         MS. DIFRANCO:  Yeah, go ahead.

Page 44

1         MR. ASSAAD:  -- but you may answer.
2         MS. DIFRANCO:  I'll tell you if you
3  shouldn't.
4     A.  No, it would not, because you could still
5  have some input into a paper.  It's just that I do not
6  do that.
7     Q.  Oh.  Why don't you do it?
8     A.  Because I feel more comfortable with things
9  I know things about.
10     Q.  Have you ever published a paper or worked on
11  a paper as a favor for a corporation?
12     A.  No.
13     Q.  Why not?
14     A.  Because I -- I like doing the research
15  myself, so --
16     Q.  Okay.  Have you ever edited a paper that was
17  written by a corporation and put your name on it to
18  get it published?
19     A.  Not for publication.
20     Q.  Would you ever put your name on a paper that
21  you weren't involved in with respect to the protocols
22  with respect -- in beginning the research?
23     A.  No.
24     Q.  Why not?
25     A.  Because part of also guidelines for us are

11  (Pages 41 to 44)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 45

1  that you really have a substantial intellectual
2  contribution to a study, so --
3       Well let me rephrase that. I might put my
4  name on a paper where I have significant contribution.
5       Q. Okay. In an area that you have expertise
6  in.
7       A. Yes.
8       Q. Okay. Under your authors' ethics in doing
9  research, is it ethical to have -- to have the
10  corporation write the first draft of the manuscript in
11  corporate-sponsored funding?
12      A. In corporate -- I --
13      Under mine, I assume not.
14      Q. Why not?
15      A. Just because if -- if I do research, I -- I
16  think I want it written in my words.
17      Q. Fair enough.
18      And in any of your research or publications,
19  has there ever been an instance in which the first
20  draft of the manuscript was provided to you by the
21  corporation that sponsored the study?
22      A. I don't think so.
23      Q. Have you ever done research sponsored by a
24  corporation that the outcome was a disappointing
25  clinical result for the corporation?

Page 46

1       A. I can't recall. I might have. I can't
2  recall --
3       Q. I mean in all the --
4       A. -- a study now.
5       Q. I mean in all the studies that you've
6  performed that were corporate sponsored, has there
7  ever been a study which the result was not favorable
8  to the corporate sponsor?
9       A. Probably.
10      Q. Okay. And --
11      But you don't know one way or the other?
12      A. Correct.
13      Q. Okay. So I don't want you to guess. So
14  you --
15      A. Yeah.
16      Q. Sitting here today, you don't know.
17      A. Yeah.
18      Q. Okay. Have you reviewed any documents in
19  preparation of today's deposition?
20      A. No.
21      Q. Have you had any discussions with anyone
22  besides your attorney with regard to today's
23  deposition?
24      A. No.
25      Q. Did you have any discussions with Dr.

Page 47

1  Sessler about the deposition?
2       A. No.
3       Q. Have you had any discussions with Dr.
4  Sessler about this case?
5       A. Minimally.
6       Q. Do you know what this case is about?
7       A. Yes, I do.
8       Q. What's your understanding of -- of the
9  claims in this case?
10      A. My understanding is that 3M -- or -- or --
11  or that there is a lawsuit against 3M in regards to
12  bacterial contamination of patients undergoing
13  orthopedic surgery, I guess hip replacements, due to
14  bacteria generated and blown around by forced-air
15  warming.
16      Q. You have no expertise in -- in operating
17  room airflow; correct?
18      A. No. No.
19      Q. And you have no expertise in orthopedic
20  surgery; correct?
21      A. No.
22      Q. Do you have any expertise in periprosthetic
23  joint infections?
24      A. No.
25      Q. Do you have any expertise with respect to

Page 48

1  the causation of periprosthetic joint infections?
2       A. No.
3       Q. Do you have an understanding that
4  periprosthetic joint infections are different than
5  a -- a soft-tissue wound infection?
6       A. Yes.
7       Q. Okay. I assume you're familiar with host
8  defense --
9       A. Yes.
10      Q. -- dealing with normothermia; correct?
11      A. Uh-huh.
12      Q. Yes?
13      A. Yes.
14      Q. All right. Do you have --
15      With respect to periprosthetic joint
16  infections, do you understand that the standard of
17  care is to remove and replace the joint? Do you
18  understand that? Are you aware of that?
19      A. Yes, I am.
20      Q. Okay. And is that based on doing anesthesia
21  for revision surgeries?
22      A. Yes.
23      Q. Fair enough.
24      And do you understand the reason is that
25  because the host can't defend a -- a -- an infection

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 49

1   that has attached itself to an inanimate object such
2   as a -- as a -- a joint, an artificial joint?
3          MR. GORDON: Object to the form of the
4   question.
5          MS. DIFRANCO: Go ahead if you -- if you
6   know.
7       A. I would say yes.
8       Q. Because there's lack of blood flow to the --
9   to the joint; correct?
10      A. Correct.
11      Q. Okay. You're familiar with that; correct?
12      A. Yes, I am.
13      Q. Okay. And sitting here today, you have done
14  no studies with respect to normothermia and the
15  incidence of periprosthetic joint infection.
16      A. That's correct.
17      Q. Okay. And sitting here today, you're aware
18  of no studies conducted by you yourself or anyone in
19  the field with respect to normothermia and incidence
20  of infection in orthopedic surgeries.
21      A. I don't know studies about that, yes.
22      Q. Okay. Well you -- you're an expert in the
23  field of normothermia; correct?
24      A. Yes.
25      Q. And many of the studies are conducted

Page 50

1   probably -- like through Outcomes Research with
2   respect to normothermia.
3       A. That is correct.
4       Q. Okay. And if a study comes out that is a
5   significant study, you -- you -- you keep yourself
6   apprised of -- of the -- the -- the -- the research
7   that's being done and the publications in the field of
8   normothermia; correct?
9       A. Mostly, yes.
10      Q. Are you also aware that the number of CFUs
11  required to cause a periprosthetic joint infection is
12  much less than is required to cause a wound infection?
13         MR. GORDON: Objection to the form of the
14  question.
15      A. I -- that -- I have no --
16      Q. Is that outside your expertise?
17      A. That is outside of my expertise, yes.
18      Q. That's fine.
19         Dealing with doing anesthesia services
20  for -- for patients that undergo total knee or total
21  hip arthroplasty and -- and, you know, dealing with
22  the -- with the orthopedic surgeon, are you aware that
23  patients that undergo those procedures are more
24  susceptible to a -- an infection?
25      A. No, I'm not.

Page 51

1       Q. Are there different types of operating rooms
2   in the Cleveland Clinic?
3          MR. GORDON: Object to the form of the
4   question.
5          MS. DIFRANCO: What do you mean by
6   "different?"
7       Q. Like is there an ultraclean operating room
8   that's used for orthopedic procedures as compared to
9   other operating rooms?
10      A. It's not called ultraclean, but there might
11  be differences in airflow, yes.
12      Q. Okay. Are -- are the orthopedic procedures
13  that are, you know, total hip or total knee done in
14  certain operating rooms as compared to other
15  surgeries?
16      A. Yes, they are.
17      Q. Where are they -- where are they performed
18  at?
19      A. Oh, they are performed here in the E
20  Building and in ORs that have a laminar airflow
21  technique.
22      Q. Is it laminar or unidirectional, do you
23  know?
24      A. Oh, God. I don't know.
25      Q. That's fair enough.

Page 52

1       A. Yeah.
2       Q. Okay.
3       A. I don't know.
4       Q. Do you know why they're performed in those
5   operating rooms as compared to other operating rooms?
6       A. I actually don't, no.
7       Q. Okay. So currently you consult for 3M and
8   Mercury Biomed.
9       A. Yes.
10      Q. What -- what percentage of your income is
11  derived from consulting for 3M?
12      A. Barely anything.
13      Q. Well how much do you get paid by 3M per hour
14  for consulting?
15      A. You know, I don't know the per-hour pay.
16      Q. You receive checks from 3M?
17      A. I do when I give a talk for them.
18      Q. Okay. And you --
19         And I understand they'll pay your costs, to
20  reimburse your costs; correct?
21      A. Yes.
22      Q. They also give you money for -- for a day of
23  your time or per hour; correct?
24      A. It's per day I believe.
25      Q. Okay. And is it --

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

---

Page 53

1   A.   It could be something else.
2   Q.   Is it around $3,000 a day?
3   A.   Could be.
4   Q.   Okay.  Well around that number, give your
5   take?
6   A.   Yeah.
7   Q.   Okay.  And that's for when you give talks or
8   you have -- or when you go for meetings with the
9   advise -- advisory board; correct?
10   A.   Exactly.
11   Q.   Okay.  When is the last time you had an
12   advisory board meeting with 3M?
13   A.   I don't know exactly, but it's -- I think
14   it's more than two years ago.
15   Q.   Okay.  What about discussions with 3M over
16   the phone that's not related to research?
17   A.   Last one, half a year ago.
18   Q.   Okay.
19   A.   October, September.
20   Q.   And it's my understanding that the money
21   that you obtain from your consulting services, giving
22   talks, is paid to you and not to the Cleveland Clinic;
23   correct?
24   A.   That is correct.
25   Q.   Before I leave your CV, I have a quick

---

Page 54

1   question.  Maybe this will remind you of your current
2   research for 3M.
3        (Exhibit 239 was marked for
4        identification.)
5   BY MR. ASSAAD:
6   Q.   What's been marked as Exhibit 239 is an
7   e-mail from Daniel Sessler to Mark Morken, and you are
8   also copied on the e-mail along with Michelle Stevens,
9   and the subject is "Protocol drafts for
10   Hypothermia-MINS retrospective analysis &
11   Intraoperative Core Temperature and Infectious
12   Complications after Colorectal Surgery."
13   A.   Uh-huh, yes.
14   Q.   And this was dated March 18th, 2016.
15   A.   Yeah.
16   Q.   The second one, "Intraoperative Core
17   Temperature and Infectious Complications after
18   Colorectal Surgery," is that the -- is that the
19   Protect study?
20   A.   No, it is not.  It's a retrospective
21   analysis.
22   Q.   Okay.  Is that ongoing right now?
23   A.   I hope so.  Yes, I -- I think so.
24   Q.   Okay.  And what -- what is that study?
25   A.   That is just a retrospective study looking

---

Page 55

1   at the association between intraoperative hypothermia
2   and post-op infections, very much like the one you
3   mentioned before about blood loss.
4   Q.   Okay.  And what type of infections?
5   A.   Those are -- those are anything from
6   superficial to deep infections --
7   Q.   Okay.
8   A.   -- according to CDC criteria.
9   Q.   Okay.  And this is --
10        Are you looking at just here in the
11   Cleveland Clinic?
12   A.   Yes.
13   Q.   Okay.  So you're going through the Cleveland
14   Clinic database.
15   A.   Absolutely.
16   Q.   Okay.  And 3M is funding that?
17   A.   Yes.
18   Q.   And when you say "intraoperative
19   hypothermia," I know there's been a big discussion of
20   what actually is hypothermia, what degree.  In your
21   opinion, what is the degree --
22        What degree Celsius is considered
23   hypothermia, below what number?
24   A.   I would say everything below the normal core
25   temperature.

---

Page 56

1   Q.   Which is?
2   A.   Whatever you come in with; 36.7 maybe for
3   you, 36.8 for me, whichever is your preoperative core
4   temperature.
5   Q.   Okay.  Fair enough.  So anything below the
6   core temperature.  But when you -- when -- when you --
7        Let me ask it this way.  This is more
8   education for me.  Is -- is that why lately you've
9   been more going with this -- like in research, more of
10   the delta, the change, --
11   A.   Yes, absolutely.
12   Q.   -- as compared to a hard number?
13        Is that a yes?
14   A.   Yes.
15   Q.   Okay.  But in the 2015 study you used 37
16   degrees as the baseline and the delta C of one would
17   be 36, and below that would be considered hypothermia;
18   correct?
19   A.   Yes.
20   Q.   So you used 36 as your level --
21   A.   As a cutoff.
22   Q.   Okay.  So what -- what --
23        So I understand your definition of
24   hypothermia is anything below your core temperature,
25   but for scientific purposes as in the cutoff, what do

---

14  (Pages 53 to 56)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 57

1   you -- what's your opinion to use?
2       A. We still use 36.
3       Q. Okay.
4       A. Although arbitrary.
5       Q. And some people use 35.5, --
6       A. No.
7       Q. -- or is it 36.5?
8       A. I think internationally most people use
9   36.5.
10      Q. Okay. And when you consider mild hyp --
11  hypothermia, what's considered mild hypothermia,
12  What -- what degree level before 36?
13      A. I would say 36 -- 35.5.
14      Q. So 35.5 to 36 is mild hypothermia?
15      A. Uh-huh.
16      THE REPORTER: Your answer?
17      Q. Yes?
18      A. Yes.
19      Q. And then anything below 35.5, you consider
20  it hypothermia.
21      A. Yes.
22      Q. And my understanding is at 34.5, the body
23  vasoconstricts and usually remains at 34.5 degrees;
24  correct?
25      A. Simply said, yes.

Page 58

1       Q. What -- what's the more complex way of
2   saying it then?
3       A. 34.5 isn't exactly. It -- it -- it depends
4   on the patient's physiology and type and dose of
5   anesthesia at which the patient vasoconstricts. But
6   you are correct, 35.5 is a round, I think --
7       Q. An arbitrary number that's rounded such as
8   36 --
9       A. Yeah.
10      Q. -- degrees for --
11      A. It's not quite as arbitrary, no.
12      Q. But my point is, I mean 36 is not an exact
13  number for --
14      A. Huh-uh.
15      Q. It's a number that people use; correct?
16      A. Yes.
17      Q. And 34.5 is the number they use when people
18  say patients will vasoconstrict.
19      A. Exactly. Yes.
20      Q. Now are you familiar with the way the Bair
21  Hugger works --
22      MR. GORDON: I object to the form of the
23  question.
24      Q. -- or operates?
25      MS. DIFRANCO: Go ahead. If you know.

Page 59

1       A. Roughly, yes.
2       Q. You understand that it takes air in, heats
3   up the air, goes through a hose into a blanket, and
4   blows hot air through tiny holes over the patient.
5       A. Yes.
6       Q. Are you aware that the air that's being
7   drawn from the Bair Hugger unit is -- the intake is
8   from the bottom of the unit that's on the floor?
9       MR. GORDON: Object to the form of the
10  question.
11      MS. DIFRANCO: Go ahead if you -- if you
12  know.
13      A. I actually don't.
14      Q. Have you ever studied the Bair Hugger or
15  looked at it?
16      A. Yeah.
17      Q. Have you ever felt where the air is coming
18  in and coming out of?
19      A. No.
20      What's coming out, yes.
21      Q. Okay. So sitting here today, you're not
22  aware that for the model --
23      Do you know what the model 750 is, the blue
24  Bair Hugger?
25      A. Yes.

Page 60

1       Q. Okay. And actually, you've done testing on
2   the model 750 in some of your research; correct?
3       You used the model 750 as your forced-air
4   warming device you -- you've used in research.
5       A. I don't know which model we used.
6       Q. Okay. Fair enough. But you are familiar
7   with the 750 or the -- the model that's blue.
8       A. I believe so, yes.
9       Q. Okay. And are you aware that the intake
10  manifold of air is on the bottom of that unit?
11      A. No.
12      Q. Okay. Would that cause you any concern?
13      A. No.
14      Q. Why not?
15      A. Which difference makes -- does it make
16  whether it's at the bottom or the top?
17      Q. Is -- is the -- is the operating room floor
18  clean?
19      A. No.
20      Q. Okay. Are you concerned that the air that
21  is drawn into the Bair Hugger is -- is drawing air
22  from the operating room floor?
23      A. No.
24      Q. Why not?
25      A. Because nothing in the OR is truly clean,

15  (Pages 57 to 60)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 61

1   and I'm -- I doubt that the air changes much within
2   whatever a size of the device would be. I mean --
3        Q. You don't think the operating floor is not
4   sterile?
5        A. I know it's not sterile.
6        Q. Okay. But the sterile site is -- is
7   considered sterile, correct, where the operating
8   procedure is being performed?
9            MR. GORDON: Object to the form of the
10  question.
11       A. Yeah. Can you --
12       Q. Okay. Are you sitting here today and saying
13  to me that -- strike that.
14           Are there any parts of the operating room
15  that are considered sterile, such as the sterile
16  field?
17       A. Yes.
18       Q. Okay. And you agree with me that the goal
19  of the operating personnel is to keep the sterile
20  field as sterile as possible.
21       A. Yes.
22       Q. Okay. As a result, you -- surgeons try to
23  keep their hands above the operating room table at all
24  times; correct?
25       A. I assume.

Page 62

1        Q. Okay. You don't know one way or the other?
2        A. No.
3        Q. I don't want you to assume. If you don't
4   know, just say you don't know.
5        A. No, not -- not the way you asked. Yes. No.
6        Q. You don't know one way or the other. Okay.
7        A. Yeah.
8        Q. So sitting here today as an
9   anesthesiologist, do you have any concern of whether
10  or not any contaminants can get inside the Bair Hugger
11  unit?
12       A. I actually don't.
13       Q. Have you ever thought about it before?
14       A. Very little.
15       Q. Have you ever been in any discussions with
16  3M regarding Dr. Augustine's claims about the
17  contamination of -- of these units?
18       A. I have not.
19       Q. Okay. Have you ever been in any
20  conversations with 3M regarding Dr. Augustine's claim
21  that blowing air is risky?
22       A. I -- I personally have not.
23       Q. So you, sitting here today, you personally
24  have not sat in any advisory meeting where they
25  brought up how to -- how to defend against Dr.

Page 63

1   Augustine's claims that blowing air is risky. That's
2   your testimony today.
3        A. No.
4        Q. What is your testimony today?
5        A. I've been in advisory committees where it
6   has been discussed, but that wasn't your previous
7   question.
8        Q. So you've been in advisory meetings --
9        A. Yes.
10       Q. -- where it's been discussed. And have you
11  had any input on -- on those discussions?
12       A. No.
13           (Discussion off the stenographic record.)
14  BY MR. ASSAAD:
15       Q. So have you investigated or studied or done
16  any research on whether the Bair Hugger unit itself
17  can become internally contaminated with microbes?
18       A. No.
19       Q. Would that be, if it did become --
20           If it could become contaminated with
21  microbes, would that be of any concern to you as an
22  anesthesiologist using the device in the operating
23  room?
24       A. I believe -- I actually believe not.
25       Q. Why not?

Page 64

1        A. It's because -- I mean there are so -- there
2   are so many -- I mean --
3            I mean if you're in an operating room, there
4   are so many people in the room, there's so much
5   airflow going on with or without a device that might
6   have some bacteria in there that I would not consider
7   it clinically relevant.
8        Q. Is there any other device that you're aware
9   of that blows air that can be contaminated onto the
10  patient in the operating room?
11       A. A warming device?
12       Q. Any device.
13       A. I don't know.
14       Q. How many surgeries have you sat in on?
15       A. How many?
16       Q. How many surgeries have you done in the past
17  where you're the anesthesiologist?
18       A. Oh, many thousands.
19       Q. Thousands, correct? And you have the -- the
20  clean air coming from the top of the -- of the
21  operating room; correct?
22       A. Yes.
23       Q. Okay. Are you aware of any other device
24  that -- that blows air onto the patient besides a
25  forced-air warming device?

16  (Pages 61 to 64)

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 65

1     A.  No.
2     Q.  Okay.  So if the air is contaminated with
3  microbes, you -- would you think that would be a good
4  thing or a safe thing for the patients?
5         MR. GORDON:  Object to the form of the
6  question.
7     A.  It would --
8         MS. DIFRANCO:  Go ahead.  Yeah, you can
9  answer.
10    A.  I think it would not, but I'm not convinced
11 it is.
12    Q.  You don't think it would blow contaminants
13 onto the patient?
14    A.  I don't know whether it's as im --
15    Actually, I don't know.  I don't know.
16    Q.  So as an anesthesiologist, if -- if -- if
17 you found out or became aware that the -- the Bair
18 Hugger device being used in your surgeries has a
19 potential of having microbes in it, or contaminants,
20 that would be of no concern to you.
21       MS. DIFRANCO:  Object.  You've asked and
22 answered -- asked her three times already.
23       MR. ASSAAD:  Well she's been back and forth.
24 I want to get a final answer.
25       MR. GORDON:  Move to strike counsel's

Page 66

1  comments.
2     A.  I have no concerns in regards to that
3  question.
4     Q.  Fair enough.
5        MR. ASSAAD:  We can take a break.
6        THE REPORTER:  Off the record, please.
7        (Recess taken.)
8  BY MR. ASSAAD:
9     Q.  I'd like to show you what's been marked as
10 Exhibit 66.
11       (Discussion off the stenographic record.)
12    Q.  Exhibit 66 is an e-mail from Al Van Duren to
13 Mark Scott, Gary Hansen and Dave Westlin entitled --
14 or dated February 20, 2009.  Just please review this
15 e-mail front and back.
16    A.  Oh, I start in the back?
17    Uh-huh.
18    Q.  Okay.  If you look --
19    If you go to the back, it seems back on
20 February 20th, 2009, the Director of Materials
21 Management at Memorial Hermann Hospital in Texas took
22 a culture of a model 750 unit Bair Hugger.  Do you see
23 that --
24    A.  Uh-huh.
25    Q.  -- on the final --

Page 67

1     Yes?
2     A.  Yes.
3     Q.  And it cultured positive for Acinetobacter?
4     A.  Yes.
5     Q.  Out of curiosity, do you know whether or not
6  Cleveland Clinic cultures -- or gets random cultures
7  of their Bair Hugger units to see if there are any
8  microbes on them?
9     A.  I don't know.
10    Q.  Okay.  And -- and the title of this --
11    The subject matter of this -- of this e-mail
12 chain is called -- or exchange is "Contaminated?"
13 from where Mathieu, Rick, sends it or forwards it to
14 someone at 3M.  Do you see that?
15    A.  Yes.
16    Q.  Okay.  Were you aware that the Bair Hugger
17 blowers can become contaminated --
18       MR. GORDON:  Object to the form of the
19 question.
20    Q.  -- prior to this e-mail?
21       MR. GORDON:  Objection to the form -- form
22 of the question, also lack of foundation.
23       MS. DIFRANCO:  Go ahead.
24    A.  I --
25    Yeah.

Page 68

1     Q.  You were aware prior to this e-mail that
2  Bair Hugger units can become contaminated?
3     A.  Prior to you showing me that.
4     Q.  Yes.  Prior to today --
5     A.  Yes.
6     Q.  -- were you aware that Bair Huggers can
7  become contaminated?
8     A.  I have heard about it, yes.
9     Q.  How did you hear about it?
10    A.  Oh, I don't know.
11    Q.  Has that caused you any concern with respect
12 to the use of the Bair Hugger unit?
13    A.  No.
14    Q.  All right.  Do you see on the top of the
15 e-mail, the last e-mail, it says from Al Van Duren?
16    A.  Uh-huh.
17    Q.  And you -- you know who Al Van Duren is;
18 correct?
19    A.  Yes, I do.
20    Q.  Okay.  It says, "Remove and discard the
21 filter (in the biohazardous waste)."
22    A.  Yes, I see.
23    Q.  Okay.  Do you know -- do you know why you'd
24 want to remove and discard a filter and put it into
25 biohazardous waste?

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 69

1     MR. GORDON: Object to the form of the
2  question, and also lack of foundation.
3     A.  I -- I don't know why.  I can only make
4  assumptions.
5     Q.  Okay.  Has 3M ever mentioned or indicated to
6  you that the Bair Hugger units can become
7  contaminated?
8     A.  I don't recall.
9     Q.  Now in the e-mail it says, "Remove and
10  discard the filter (in the biohazardous waste).
11     "Clean the filter retainer and the outside
12  of the unit (including the hose) with full spectrum
13  (quaternary ammonium salt) antiseptic wipe or spray.
14     "Wipe off all surfaces and install a new
15  filter."
16     Did I read -- do you see where I read that
17  correctly?  Did I read that correctly?
18     A.  Yeah.
19     Q.  Okay.  Reading this e-mail today, you still
20  have no concern with respect to a Bair Hugger being
21  contaminated and being used in the OR in a surgery?
22     MR. GORDON: Object to the form of the
23  question.
24     A.  Reading it, I can see that it's become
25  contaminated.  I don't see yet why it should not be

Page 70

1  used in surgery.
2     Q.  But they should be cleaned be -- before it's
3  used in surgery again; correct?
4     MR. GORDON: Object to the form of the
5  question, also lack of foundation.
6     A.  That particular unit, probably yes.
7     Q.  Because it's a potential source of
8  contamination in the operating room; correct?
9     MR. GORDON: Object to the form of the
10  question, also lack of foundation.
11     MS. DIFRANCO: I'll object, counsel.  She's
12  never seen this e-mail before, so to make --
13     I mean she's a fact witness here to talk
14  about what she knows about this.  To make those -- I
15  mean she's not an expert in this case.  If --
16     But go ahead, doctor, if you know the answer
17  to his question.
18     A.  I actually don't.  I don't.
19     Q.  You agree with me that patient safety is
20  paramount in -- in the practice of medicine; correct?
21     A.  Absolutely.
22     Q.  And even you agree with me, as you being an
23  advisory to 3M and other companies that manufacture
24  medical devices, patient safety is paramount; correct?
25     A.  Correct.

Page 71

1     Q.  You don't want to create a device or do
2  anything that may put the patient at harm.
3     MR. GORDON: Object to the form of the
4  question.
5     A.  You have never proven to me that a patient
6  is at harm.
7     Q.  I didn't say prove.  I say you yourself
8  would never want to advise a company to create a
9  product or manufacture a product that may put a
10  patient at harm.
11     MR. GORDON: Object to the form of the
12  question.
13     MS. DIFRANCO: Go ahead.
14     A.  Yes, you're correct.
15     Q.  Okay.  And you yourself as an orthopedic
16  surgeon -- or as an anesthesiologist would not use a
17  device in the OR that may cause a patient harm.
18     MR. GORDON: Object to the form of the
19  question.
20     Q.  Correct?
21     A.  I would not use a device from which I am
22  convinced that it would cause harm.
23     Q.  Okay.  What evidence do you have -- well
24  strike that.
25     Based on this e-mail, are you aware that --

Page 72

1  and this is a 3M e-mail -- that the Bair Hugger can
2  become contaminated?
3     A.  Yes.
4     Q.  You're aware of that; correct?
5     A.  Correct.
6     Q.  You heard about it from before; correct?
7     A.  Yes.
8     Q.  Okay.  What evidence do you have that
9  indicates to you that the Bair Hugger doesn't blow out
10  bacteria onto the patient during use while being used
11  in the OR?
12     A.  None.
13     Q.  Okay.  Well you're looking for evidence of
14  the opposite, that it actually causes infection,
15  rather than --
16     A.  Correct.
17     Q.  -- the evidence that it actually does not
18  cause infection.
19     A.  Correct.
20     Q.  Okay.  You are aware that there was no
21  validation study of the Bair Hugger before it was put
22  into use --
23     MR. GORDON: Object to the form --
24     Q.  -- in the -- intraoperatively.
25     MR. GORDON: Object to the form of the

18  (Pages 69 to 72)

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Page 73

1 question.
2    **A. What is a validation study?**
3    Q. There was no clinical study done regarding
4 the safety of the Bair Hugger before it was put into
5 use into the market in the United States.
6    MR. GORDON: Object to the form of the
7 question.
8    **A. I'm not sure there really wasn't.**
9    Q. You're aware -- you're aware of clinical
10 studies; correct?
11    **A. Yes.**
12    Q. You're aware of 510 -- or 510(k) clearance.
13    **A. Right.**
14    Q. Okay. Are you aware that the Bair Hugger
15 unit, the 505, was a 510(k) clearance device?
16    **A. Yes.**
17    Q. Okay. So there's no clinical studies that
18 were performed with respect to the 5 -- the 505 unit;
19 correct?
20    **A. I guess yes, correct.**
21    Q. Therefore, there's no clinical studies to
22 show that the Bair Hugger was safe for use
23 intraoperatively before it went to the market.
24    MR. GORDON: Object to the form of the
25 question.

Page 74

1    **A. I really don't want to answer that because**
2 **there's no way to provide that data.**
3    Q. Well clinical studies indicate that the
4 product is safe; correct?
5    MR. GORDON: Object to the form of the
6 question.
7    **A. Clinical studies indicate that the product**
8 **improves patient outcome.**
9    Q. And it also looks at the -- risk factor;
10 correct?
11    **A. Therefore, it is safe.**
12    Q. Okay. Therefore, it's safe. And -- and
13 part of the criteria for a clinical study is safety;
14 correct?
15    **A. Yes.**
16    Q. Okay. That criteria doesn't exist for a
17 510(k); correct?
18    **A. This is correct.**
19    Q. Okay. Are you aware that the Bair Hugger
20 unit, the 505, the predicate device was a 1937 cast
21 warmer manufactured in the United -- manufactured in
22 the United States?
23    **A. No.**
24    MR. GORDON: Object to the form of the
25 question, also lack of foundation.

Page 75

1    Q. So when I say a validation study, I'm
2 talking about a clinical study that proves that the --
3 that -- that -- that shows that the Bair Hugger is --
4 is effective and safe. Are you aware of any studies
5 that have done that --
6    MR. GORDON: Same objections.
7    Q. -- prior to being put into the market?
8    MR. GORDON: Same objections.
9    **A. Yeah. I really don't understand where**
10 **you're going; that's why I have a problem.**
11    Q. Well you understand what clinical studies
12 are -- are -- are done for; correct?
13    **A. Yes.**
14    Q. Okay. If there's no predicate device, then
15 you have to do a clinical study that shows the
16 efficacy and safety of -- of the medical device;
17 correct?
18    **A. Right.**
19    Q. None was done for the Bair Hugger; correct?
20    MR. GORDON: Object to the form of the
21 question, also lack of foundation.
22    **A. Yeah, an efficacy study was done.**
23    Q. Huh?
24    **A. I mean even my own study was an efficacy**
25 **study.**

Page 76

1    Q. But it wasn't a safety study.
2    **A. No, it was not.**
3    Q. Okay. Did you have any discussions with Dr.
4 Augustine regarding his allegations regarding the
5 safety of Bair Hugger?
6    **A. No.**
7    MR. ASSAAD: Exhibit 229.
8    (Exhibit 229 handed to the witness.)
9    THE WITNESS: Thank you.
10    Q. Exhibit 229 is an e-mail from Dr. Sessler
11 with an attachment for PerfecTemp, PerfecTemp, and
12 attached to it is an article entitled "A Randomized
13 Comparison of Intraoperative PerfecTemp and Forced-Air
14 Warming During Open Abdominal Surgery." Have you seen
15 this article before?
16    **A. I can't remember.**
17    Q. Okay. The reason I want to ask you about it
18 is on your CV on page 16, talking about corporate
19 funding, you have listed "LMA-Perfect temperature
20 versus Forced air warming," and I'm wondering if this
21 article is a result of your work even though you're
22 not a named author on this subject matter.
23    **A. I can't remember. Sorry.**
24    Q. You don't remember?
25    **A. I don't.**

19 (Pages 73 to 76)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 77

1    Q. You don't remember sitting here today?
2    A. Hmm?
3    Q. You don't remember.
4    A. I don't remember.
5    Q. Okay. Are you familiar with the PerfecTemp
6    device?
7    A. The PerfecTemp. Was it the LMA, the --
8    No.
9    Q. Okay.
10   A. I mean at -- at -- at this second I can't
11   recall it.
12   Q. It's a -- it's a conductive --
13   A. I can't --
14   Q. It's a conductive warming unit that lays on
15   top of the operating room table.
16   A. Then I probably am, yes.
17   Q. Let me --
18   A. No, I -- I -- I probably am.
19   Is it like a mattress?
20   Q. Yes. And I'll give you some more in --
21   A. Yeah. No, no, I -- I probably am.
22   MR. ASSAAD: Mark this.
23   A. It's actually in here. I don't --
24   MR. ASSAAD: Did I give you two copies?
25   MS. DIFRANCO: No.

Page 78

1    (Exhibit 240 was marked for
2    identification.)
3    BY MR. ASSAAD:
4    Q. Exhibit 240 is a document I pulled off the
5    internet entitled "LMA PerfecTemp versus Forced-air
6    Warming."
7    A. Uh-huh.
8    Q. Department of Outcomes Research at the
9    Cleveland Clinic. I take it that is the department
10   you work for, you're chair of.
11   A. No, I'm not.
12   Vice chair.
13   A. I was, yes.
14   Q. Vice chair.
15   And if you go to the third page, do you see
16   a picture of the device?
17   A. Yeah, yeah.
18   Q. Do you know this device?
19   A. I've probably seen it a few times.
20   Q. Okay.
21   A. Yes. Yeah.
22   Q. This research that was done that you see
23   the -- that a -- that they paid $196,000 for, Dr.
24   Sessler was the principal investigator, was
25   that -- does that refresh your recollection of whether

Page 79

1    or not that was for this paper that's Exhibit No. 229?
2    MR. GORDON: Objection, lack of foundation.
3    A. I assume it was.
4    Q. Have you seen this PowerPoint presentation
5    before?
6    A. If the study was done in Outcomes Research,
7    probably. But I can't remember it.
8    Q. Did you create this PowerPoint presentation?
9    A. No.
10   Q. If you go to page 10 -- and I apologize for
11   the poor print job, but the printer at the hotel was
12   not satisfactory.
13   A. Yeah.
14   Q. It says "Why PerfecTemp?" and the last
15   bullet point says, "It does not blow -- It does not
16   blowing air so it's totally silent with no chance of
17   potential increase risk of contamination." Have you
18   seen that statement before?
19   A. I cannot remember it.
20   Q. Okay. Do you recall anyone discussing the
21   risk of contamination with blowing air?
22   A. In that context, no.
23   Q. Is this a document that was created by the
24   Department of Outcomes Research?
25   MR. GORDON: Objection, lack of foundation.

Page 80

1    A. It looks like it.
2    Q. Sitting here today, do you have any reason
3    to believe that this document wasn't created by
4    someone at Outcomes Research?
5    MR. GORDON: Same objection.
6    A. No.
7    Q. And as you continue on, it talks about
8    subject selection and the hypothesis --
9    A. Uh-huh.
10   Q. -- and the protocol. Do you see all that?
11   A. Yes, I do.
12   Q. Would -- would it be fair to state that
13   this -- this document was created before the study was
14   performed?
15   MR. GORDON: Object to the form of the
16   question, also lack of foundation.
17   A. Most likely, yes.
18   Q. And reading through this, do you know --
19   does it refresh your recollection whether or not you
20   were involved in the protocols -- creation of the
21   protocols for this study?
22   A. If so, only very peripherally. Otherwise --
23   Q. What do you remember?
24   A. The only thing sitting here that I remember
25   is seeing that picture.

20  (Pages 77 to 80)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 81

1  Q. Seeing this picture.
2  A. Of the device, yes.
3  Q. Okay. Which is on page three.
4  A. Yes.
5  Q. Okay. Do you remember doing any part of the
6  testing or any part of the writing of the manuscript?
7  A. I don't.
8  Q. Okay.
9  A. And I most likely didn't; otherwise, my name
10 would be on the manuscript.
11 Q. Well based on your CV, you were definitely
12 involved with respect to some sort of research done on
13 PerfecTemp.
14     MR. GORDON: Object to the form of the
15 question.
16 A. Hmm?
17 Q. Correct?
18 A. Not necessarily.
19 Q. Well under corporate sources for -- for
20 research that you've done, you put on page 16 "LMA-
21 Perfect temperature versus Forced air warming," so you
22 had some involvement in that research; correct?
23 A. I -- I should, I might, but I really don't
24 recall much about that device.
25 Q. Let's take it in the negative. Is there

Page 82

1  any --
2     I mean would you agree with me that you
3  would not put anything on your CV indicating research
4  funding that you've obtained that was not research
5  funding you obtained and did work on?
6  A. Ideally, yes.
7  Q. Okay. So you put this on your CV, so you
8  actually were involved in some sort of research with
9  PerfecTemp; correct?
10 A. I must have been, yeah.
11 Q. Okay. You're not disagreeing with that
12 statement.
13 A. I do not disagree.
14 Q. All right. And -- and the research funding
15 was $196,000.
16 A. Might have been, yes.
17 Q. Well that's what it says on your CV, --
18 A. Yes.
19 Q. -- so that's correct; correct?
20 A. That's correct then.
21 Q. Okay. And that's a significant amount of
22 funding; correct?
23     MR. GORDON: Object to the form of the
24 question.
25 A. Depends where you come from. Yes.

Page 83

1  Q. Well --
2     Have you ever used the PerfecTemp in
3  practice?
4  A. No.
5  Q. Do you recall any meetings with the -- with
6  LMA, the manufacturer of PerfecTemp?
7  A. Not nee --
8     I might have been involved in one or
9  another, but I don't really recall them.
10 Q. Do you have any ownership or stock options
11 in any medical-device company?
12 A. No.
13 Q. Going back a couple --
14     The use of Mistral by the Cleveland Clinic,
15 have you had any discussions with anyone at 3M with
16 respect to the -- with respect to the Cleveland Clinic
17 using Mistral instead of Bair Hugger?
18 A. With the Cleveland Clinic, no.
19 Q. But outside the Cleveland Clinic, during any
20 advisory meetings, telephone calls, meetings?
21 A. I only recall --
22     I can be much more specific. So we have a
23 personnel department who does all the buying, and she
24 just asked -- advised us about the efficacy, and that
25 was my involvement.

Page 84

1  Q. But after the change --
2  A. Oh, after the --
3     Yeah.
4  Q. -- did 3M approach you and question why you
5  guys changed from Bair Hugger to Mistral?
6  A. Yes, they did.
7  Q. And -- and to try to get the Cleveland
8  Clinic back to the Bair Hugger?
9  A. So far, very little.
10 Q. When they approached you, who approached
11 you?
12 A. I don't recall the name exactly. It was
13 Jay -- Jay --
14     I don't know his last name.
15 Q. Issa?
16 A. Yes.
17 Q. And do you recall that conversation?
18 A. I do.
19 Q. And what -- what was the discussion? What's
20 your -- what's your recollection of the discussion you
21 guys had?
22 A. They only wanted to know whether we think
23 that Mistral-Air is -- has the same efficacy as
24 forced-air warming -- as -- as the Bair Hugger --
25 Q. Okay.

21 (Pages 81 to 84)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 85

1  A. -- in clinical use.
2  Q. And what was your response?
3  A. At that point in time it was that I'm
4  unsure.
5  Q. And at some point later on you changed your
6  opinion?
7  A. Not yet. I'm actually --
8      We are in the process of pulling data to
9  compare the devices.
10  Q. But at the time of the changeover, you
11  thought it was as -- as efficacious as the Bair
12  Hugger.
13  A. I -- at -- the advice --
14      My advice was it is as efficacious; however,
15  after we've used it for six months, our CRNA thought
16  it wouldn't be.
17  Q. Your -- excuse me?
18  A. My providers in the room thought it wouldn't
19  be.
20  Q. Oh. And their basis was what?
21  A. Core temperature at the end of surgery.
22  Q. Is there a study being performed between the
23  efficacy of Mistral versus the efficacy of Bair
24  Hugger?
25  A. Not yet.

Page 86

1  Q. When you say "not yet," is it -- is it
2  upcoming?
3  A. I've had it planned for more than half a
4  year but just didn't get to it. So it should be
5  upcoming.
6  Q. Who is sponsoring it?
7  A. Nobody. It's a quality-improvement project
8  within our department.
9  Q. But sitting here today, there's no evidence
10  that suggests one device is more efficacious than the
11  other.
12  A. No.
13  Q. Was Dr. Sessler part of the agree -- the
14  discussion with respect to the changeover between the
15  Bair Hugger unit and the Mistral unit?
16  A. He was asked about his opinion in regard to
17  efficacy, yes.
18  Q. Okay. What was his opinion, do you recall?
19  A. Same thing --
20      Actually, very similar to mine, that he also
21  thought it would be as -- it will be very comparable
22  to the Bair Hugger --
23  Q. Okay.
24  A. -- in regards to heat transfer.
25  Q. Let's talk about your favorite subject,

Page 87

1  normothermia.
2      Prior to your 1996 study, was there any
3  evidence that normothermia reduced the incidence of
4  infections?
5  A. I don't think that there was a clinical
6  study before that.
7  Q. Now my understanding is that you're of the
8  opinion that normothermia reduces -- normothermia
9  during the intraoperative period, maintaining
10  normothermia reduces the risk of wound infection.
11  A. Yes.
12  Q. Okay. It also reduces the risk of
13  transfusion.
14  A. Yes.
15  Q. And also -- I'm not sure if this is still
16  your opinion today or not -- reduces the -- the length
17  of stay.
18  A. I would have doubts in that regard.
19  Q. Okay. So it would be fair to say that the
20  current evidence does -- does not -- the current
21  reli -- the current reliable evidence -- strike that.
22      There's not enough current reliable evidence
23  to formulate the opinion that maintaining normothermia
24  during the intraoperative period reduces the length of
25  stay for patients.

Page 88

1  A. I would agree, yes.
2  Q. Now you corrected me before with respect to
3  hypothermia causes -- we were --
4      We were talking about the 2015 article in
5  Anesthesia and I said that it reduces bleeding, you
6  said no, reduces the risk of transfusion.
7  A. Correct.
8  Q. Is there a difference?
9  A. The only difference is that bleeding is very
10  difficult to evaluate so there will be a very weak
11  outcome, but of course you are correct, if you need
12  more transfusions, you should bleed more.
13  Q. Okay. In the 1960 study -- 1996 study, did
14  you look at bleeding as well, or just --
15  A. Not in that particular study.
16  Q. Okay. And, of course, one of the benefits
17  of -- of warming a patient is patient comfort.
18  A. I would not say "of course," but it should
19  be.
20  Q. Okay. Why wouldn't you say "of course?"
21  A. I'm not aware that there are lots of studies
22  that really looked at patient comfort.
23  Q. So there's no evidence today that
24  maintaining normothermia during the intraoperative
25  period increases patient com -- comfort?

22 (Pages 85 to 88)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 89

1      A.  When?  Intraoperative, post --
2   intraoperative, in their sleep, or --
3      Q.  Let's talk intraoperatively.
4      A.  I -- I can't answer that.
5      Q.  Okay.  You can't answer that because there's
6   no evidence and no studies.
7      A.  No.  Because I can't remember it.
8      Q.  Okay.  Okay.  So you're aware -- you're
9   aware sitting here today of no studies that looked at
10  that issue.
11     A.  I'm not aware.  I'm almost sure there are
12  some.
13     Q.  Now are there any other adverse
14  complications that occur with hypothermia that you've
15  looked at besides infection rates and transfusion?
16     A.  We looked at infection, transfusion,
17  post-operative -- I think we did post-operative
18  recovery, and duration of time in the recovery room.
19  There are studies about drug metabolism, but I think I
20  wasn't involved in any one of those.
21     Q.  And this is during the intraoperative
22  period; correct?
23     A.  Yes.
24     Q.  We're look -- we're looking at the
25  intraoperative period?

Page 90

1      A.  We always look at the intraoperative period.
2      Q.  All right.  And you also looked at length of
3   stay, but the evidence today is not strong.
4      A.  Length of stay in the recovery room is
5   significant, length of stay in the hospital is
6   questionable.
7      Q.  Okay.  The recovery duration and time in the
8   operating room, what study was that?
9      A.  That was only part of the '96 paper.
10     Q.  Okay.
11     A.  Or in fact, no, there was a second -- a
12  publication from that by Lenhardt about at the same
13  time.
14     Q.  Okay.  Was it the same -- using the same
15  data?
16     A.  Using same data.
17     Q.  Okay.  So the results are the same in both
18  papers.
19     A.  I think duration of recovery was not in the
20  first paper at all.
21     Q.  Okay.  It was just length of stay in the
22  first paper.
23     A.  Uh-huh.
24     Q.  Okay.  And the duration of recovery, that
25  was for colorectal patients.

Page 91

1      A.  Exactly, yes.
2      Q.  Okay.  Are you aware of any study with
3   respect to infection rates and maintaining
4   normothermia besides your 1996 study?
5      A.  I think there was a repeti -- a second study
6   that was published, --
7      Q.  The Melling study?
8      A.  -- the Melling study, thereafter.
9      Q.  But isn't the Melling study prewarming?
10     A.  That's a difficult point.  Yeah, they -- he
11  did prewarming plus I think intraoperative warming,
12  but it's hard to tell because I think he didn't report
13  core temperatures, so --
14         But it doesn't matter.  It -- it's about
15  maintenance of normothermia during surgery because
16  that's what prewarming helps you with as well.
17     Q.  I understand that.  And there's also the new
18  area where, you know --
19     A.  Which --
20     Q.  -- you know, pre -- I'll get to it later,
21  but the prewarming for 30 minutes, --
22     A.  Oh, yeah.
23     Q.  -- you know, the extremities have a big
24  difference because of Seconal thermodynamics.
25     A.  Exactly.

Page 92

1      Q.  We'll get to that later.
2          But my question is:  Sitting here today with
3   respect to the Melling article -- and I have a copy of
4   it for you if you want to look at it --
5      A.  Huh-uh.
6      Q.  -- where is any evidence that there was any
7   intraoperative warming?  Because I heard the same
8   thing at Dr. Sessler's deposition where we read the
9   article --
10         MR. ASSAAD:  Oh, sorry, that's mine.  That's
11  your copy.
12         (Exhibit 241 was marked for
13         identification.)
14         MR. GORDON:  Are you done with your
15  question?
16         MS. DIFRANCO:  Do you want an answer to the
17  question?
18         MR. ASSAAD:  I was marking it and --
19         Yeah, I'm done with that question.
20         MR. GORDON:  I object to the form of the
21  question.
22         MS. DIFRANCO:  Could you hear his question?
23         MR. ASSAAD:  I'll re --
24         Let me withdraw the question.  I'll restate
25  it.

23  (Pages 89 to 92)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 93

1    Q.  Exhibit 241 is an article titled "Effects of
2   preoperative warming on the incidence of wound
3   infection after clean surgery:  a randomised
4   controlled trial" authored by Andrew Melling, Ba --
5   Baqar Ali, Eileen Scott and David Leaper.
6        A.  Uh-huh.
7        Q.  Are you familiar with this article?
8        A.  Yes, I am.
9        Q.  Okay.  And we were discussing this article,
10   and it's my understanding that they only looked at
11   prewarming patients and there's no mention of
12   intraoperative warming.  Do you agree with that?
13        MR. GORDON:  Object to the form of the
14   question.
15        A.  I can't remember.  I mean I can try to find
16   it here.
17        Q.  Well let me -- let me backtrack and maybe
18   this will help you remember, And maybe it goes back
19   even further.
20        You agree with me that intraoperative
21   warming is unnecessary for surgeries that last less
22   than an hour.
23        A.  I'm not sure.
24        Q.  Okay.  There's no evidence that
25   intraoperative warming is required for surgeries --

Page 94

1   or -- or is beneficial for the patient in surgeries
2   that last less than an hour.
3        A.  Most likely, yeah.
4        Q.  And even the SCIP protocols, before they
5   were retracted, only required thermal regulation for
6   surgeries lasting longer than an hour.
7        A.  I know, yeah.
8        Q.  Okay.  If you look at page three of this --
9   of article Exhibit No. 241, do you see where the
10   length of surgery -- the average length of surgery,
11   they're all less than one hour?
12        A.  Uh-huh.
13        THE REPORTER:  Your answer?
14        Q.  Do you see that?
15        A.  Yes.
16        Q.  Would that refresh your recollection of
17   whether or not intraoperative warming would have been
18   used during this time period?
19        A.  No, not at all.
20        Q.  Okay.  Are you aware, back in 2001, whether
21   or not intraoperative warming was the standard of care
22   with regard to surgeries lasting less than an hour?
23        A.  I'm not.  I would assume it was, but I -- I
24   don't know.
25        Q.  Okay.  So do you need some more time to look

Page 95

1   at the article to determine whether or not
2   intraoperative warming was used?
3        A.  Is it relevant?
4        Q.  It is relevant because we're talking about
5   intraoperative warming in this case and --
6        A.  No.  But is it relevant for your -- for your
7   upcoming questions?  Because I cannot figure it out
8   from whatever is written here.
9        Q.  Well how else would you figure it out if
10   it's not in the article?
11        A.  You can't.
12        Q.  Okay.  So you can't assume, sitting here
13   today, that intraoperative warming was used in the
14   Melling study; correct?
15        A.  So poorly written.
16        Yeah, correct.
17        Q.  Okay.  So right now the only article that --
18   that looked at intraoperative warming and infection
19   rates is your 1996 Kurz article; correct?
20        A.  Give me one second.
21        Yes, correct.
22        Q.  My question, from my last question; correct?
23        A.  Yes.
24        Q.  Okay.  Do you know David Leaper?
25        A.  No, I don't.  Huh-uh.

Page 96

1        Q.  And you're aware, if you look at the con --
2   contributors on ar -- on Exhibit No. 291, Augustine
3   Medical was -- contributed to the -- was acknowledged
4   for its consum -- provision of consumables for the
5   Bair Hugger blankets.
6        THE REPORTER:  It's Exhibit 241.
7        THE WITNESS:  Yes.
8        MR. ASSAAD:  241, I'm sorry.
9        A.  Was it?
10        Q.  Under "Acknowledgments."
11        A.  "Acknowledgments."  Yes.
12        Q.  And is it fair that Augustine Medical also
13   contributed to your 1996 study?
14        MR. GORDON:  Object -- object to the form of
15   the question.
16        A.  Most likely, yes.
17        Q.  But he wasn't involved in any way with
18   respect to the draft of the manuscript.
19        A.  No.
20        Q.  Okay.  You wouldn't allow that; correct?
21        A.  No.
22        Q.  Okay.  Now does the degree below core
23   temperature have an effect on the risk of transfusion
24   or the risk of infection?
25        A.  I assume you mean the depth of hypothermia.

24  (Pages 93 to 96)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 97

1    Q.  Yes, the depth of hyp --
2    A.  Yes, I -- I think so.
3    Q.  You think so, but there's -- there's no
4    studies at this point with respect to -- withdraw
5    that.
6        With respect to infections, there are no
7    studies on that issue; correct?
8    A.  On the specific issue of depth, no.
9    Q.  Okay.  The 2015 article looked at the depth
10   of hypothermia and the risk of -- of transfusion.
11   A.  Absolutely, yes.
12   Q.  Okay.  In this retrospective study that
13   you're going to be doing that's sponsored by 3M, are
14   you going to be looking at the depth of hypothermia
15   with respect to infection rates?
16   A.  Yes.
17   Q.  Okay.  Are you -- are you looking at all
18   surgeries, or just colorectal?
19   A.  I think it's only colorectal.
20   Q.  Why do you only look at colorectal
21   surgeries?
22   A.  Because they have the highest incidence of
23   infections after surgery and so you need a smaller
24   number of patients, and secondly, because our
25   colorectal database is the best surgical followup

Page 98

1    database where we can absolutely rely on the infection
2    data.
3    Q.  When you say "we," you're talking about the
4    Cleveland Clinic, or are you talking about nationally,
5    globally?
6    A.  We, the Cleveland Clinic.
7    Q.  Okay.  Colorectal surgeries usually take
8    roughly, on average, about four hours; correct?
9    A.  Three hours I would expect.
10   Q.  Three hours now?
11   A.  Uh-huh.
12   Q.  I think back in 1996 it was around four
13   hours.
14   A.  Oh, it was much longer, yeah.  And they were
15   all open.
16   Q.  And all --
17       And back then in 1996, around that time, a
18   lot of surgeries took a lot longer than they do today.
19       MR. GORDON:  Objection to the form of the
20   question.
21   A.  Not necessarily.
22   Q.  All right.
23   A.  It went down in a very different way.
24   Q.  For example, hip arthroplasty surgeries were
25   longer back then than they are today.

Page 99

1    A.  They were probably longer, but there are --
2    even today there are large differences where the
3    surgery is done in regards to length, so I -- I don't
4    want to say --
5    Q.  You don't want to gen --
6    A.  -- they were longer at that time.
7    Q.  Is there any other reason why you only look
8    at colorectal as compared to, say, you know, any other
9    type of surgery?
10   A.  No, there isn't.
11   Q.  It's -- it's more -- you need a lot more
12   patients looking at other -- to power --
13       To power a study of a different type of
14   surgery, you would need -- need a lot more patients.
15   A.  Yes.
16       (Discussion off the stenographic record.)
17       (Exhibit 242 was marked for
18       identification.)
19   BY MR. ASSAAD:
20   Q.  What's been marked as Exhibit 242 is an
21   article in the New England Journal of Medicine titled
22   "PERIOPERATIVE NORMOTHERMIA TO REDUCE THE INCIDENCE OF
23   SURGICAL-WOUND INFECTION AND SHORTEN HOSPITALIZATION"
24   dated May 9th, 1996, in which you're the first author.
25   A.  Yeah.

Page 100

1    Q.  You are familiar with this article; correct?
2    A.  Yes.
3    Q.  And if you look at the -- the small print in
4    the bottom left-hand corner of the first page, it
5    states, "Supported in grants -- in part by grants from
6    the National Institute of Health, by the Joseph Drown
7    and Max Kade Foundations, and by Augustine Medical
8    Incorporated."
9    A.  Uh-huh, yes.
10   Q.  So Augustine, Dr. Augustine, helped fund
11   this study.
12       MR. GORDON:  Object to the form of the
13   question.
14   A.  Most likely did, yes.
15   Q.  When you say "Supported in part by
16   grants...," grants would be money; correct?
17   A.  Absolutely.
18   Q.  Okay.  Who created the protocols for this
19   study?
20   A.  That was Dan Sessler and me.
21   Q.  Okay.  And this is when you were a fellow;
22   correct?
23   A.  Exactly.
24   Q.  Who did the majority of the analysis?
25   A.  That was also Dan and me.

25  (Pages 97 to 100)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 101

1    Q.  Okay.  And who did -- who -- who wrote
2  the --
3        Who wrote most of the manuscript?
4    A.  I want to say both of us, but he probably
5  wrote a little bit more than I did because he was my
6  senior.
7    Q.  Okay.  And who is Rainer Lenhardt?
8    A.  He was in -- a colleague at the University
9  of Vienna where this study was conducted.
10    Q.  And why was the study conducted in the
11  University of Vienna -- Vienna as compared to San
12  Francisco where you were located?
13    A.  Because this study actually happened --
14        Because Vienna was my home institution, and
15  part of admission when you do a fellowship in another
16  country is to bring knowledge back to your home
17  institution, get them involved in whatever activities
18  you were sent out to learn.
19    Q.  Uh-huh.
20    A.  And so --
21        And the second part was that usually the
22  universities, the main campus didn't have a large
23  population as opposed to -- for the patients needed --
24  needed for this study, and in Vienna we did.
25    Q.  And -- okay.  I have a couple questions.

Page 102

1  Actually, I have many questions.
2        If you look at the first paragraph, you
3  know, where it starts with "Wound...," about two-
4  thirds of the way down it says, "Mild perioperative
5  hypothermity -- hypothermia (approximately two degrees
6  Celsius below the normal core body temperature) is
7  common in colon surgery."
8    A.  Uh-huh, yes.
9    Q.  You told me before that mild hypothermia was
10  35.5 degrees Celsius, but if normal core body
11  temperature is about 36.5, why is mild hypothermia in
12  this case two degrees Celsius below instead of one?
13    A.  I guess we just called it differently more
14  than 20 years ago, because what is mild -- was
15  considered mild now was, 20 years ago when nobody was
16  warmed in the OR, somewhat different.
17    Q.  Okay.
18    A.  So a core temperature of 34 was something we
19  saw every day then, so wasn't a big deal.  If we would
20  see it today, we would say it's severe hypothermia.
21    Q.  Okay.  And did you see core temperatures of
22  34 a lot back then, or was it --
23    A.  Yes.
24    Q.  -- 34.5, thirty --
25    A.  Anywhere.  It was rare below --

Page 103

1        It went down to 33, but 34, 34.5 were very
2  common.
3    Q.  Okay.  So over time that has changed.
4    A.  Absolutely.
5    Q.  Okay.  Now it's my understanding that in
6  this study you had two groups, a control group and
7  a -- and a group that was warmed with a Bair Hugger
8  unit; correct?
9    A.  Yes, that's correct.
10    Q.  And initially you were looking to do this
11  for 400 patients, but after 200 patients you -- you --
12  you -- you had enough data to get a -- a p-value that
13  was -- that showed statistical significance so you
14  ended the study; correct?
15    A.  Yes.
16    Q.  And the control group -- well let me go
17  back.
18        Before warming was used in the University of
19  Vienna, did they use cotton blankets to keep patients
20  warm?
21    A.  We have used the oper -- the -- how do you
22  call the --
23    Q.  Drapes?
24    A.  Drapes, yeah.
25    Q.  No blankets, no convective --

Page 104

1    A.  No warmed blankets.
2    Q.  Okay.  Okay.  In your study, you decided to
3  use the Bair Hugger on for both patients, just had the
4  heating level at a different -- one was ambient and
5  one was heat; correct?
6    A.  Uh-huh.  Yes.
7    Q.  Why for the control which you decided to use
8  the ambient temperature, which takes basically
9  operating room temperature and pushes it over the
10  patient, instead of just keeping the Bair Hugger off?
11    A.  We deemed that --
12        You could have done that just as well, but
13  we deemed that the cleaner study design, because our
14  outcome was in many ways also dependent on surgeons,
15  and we wanted to be -- the surgeons -- to have the
16  surgeons and everybody in the OR blinded.
17    Q.  I understand that.  But would you agree with
18  me that taking, you know, anywhere between 18 to 22
19  degrees Celsius air that's blowing out of a Bair
20  Hugger blanket at the ambient temperature, actually
21  having cooling effect on the patient?
22        MR. GORDON:  Object to the form of the
23  question.
24    A.  I don't know.  Might have.
25    Q.  Well when you sit in front --

26  (Pages 101 to 104)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Page 105

1    When you get hot and you put a fan in front
2  of you, don't you feel cooler?
3    A.  Oh yeah, but I'm not anesthetized I hope.
4    Q.  Okay.  So you think when you're
5  anesthetized, the cooling effect of blowing air is
6  different than when you're not anesthetized?
7    A.  Absolutely.
8    Q.  Oh, okay.  So you don't think the cooling
9  air that's running over your body is going to take the
10  moisture and -- and bring any type of warmth that's
11  coming from your body away from your body.
12    A.  That's not what I said.  What you say now is
13  correct.
14    Q.  You're saying that the Bair Hugger blowing
15  at ambient temperature can have a cooling effect on a
16  patient.
17    A.  It could have, yes, depending on the
18  temp -- the ambient temperature.
19    Q.  Well what's the ambient temperature of an
20  operating room?
21    A.  It's in the paper I assume.  It should be in
22  the Table 1 --
23    Q.  Okay.
24    A.  -- or somewhere I hope.
25    Q.  21.9 degrees or 22.1, depending on the -- on

## Page 106

1  the control group; correct?
2    A.  So 22 will not have a large cooling effect.
3    Q.  Okay.
4    A.  Nineteen would.
5    Q.  Nineteen would, but 22 --
6    And what's your basis behind that?
7    A.  Oh, there are several studies that show --
8    In fact, there are studies that show when
9  the ambient temperature gets higher than 24 degrees,
10  you don't need a Bair Hugger any more.
11    Q.  Okay.  But we're not at 24 degrees, we're at
12  22.
13    A.  Yeah.  There are -- I'm --
14    I'm convinced there are volunteer studies
15  that show heat transfer with various different --
16    Q.  So if your ambient temperature is above 24
17  degrees, you don't need a Bair Hugger any more
18  according to those studies?
19    A.  There's one study that showed that, yes.
20    Q.  Okay.  And those studies --
21    Are you familiar with that study?
22    A.  Which study?
23    Q.  The one about being above 24 degrees.
24    A.  Yes.
25    Q.  Were the patients having cold air blowing on

## Page 107

1  them, or do they have --
2    A.  No.
3    Q.  -- blankets on top of them?
4    A.  Oh, I assume there are blankets on top of
5  them.
6    Q.  Okay.  So they were being warmed with
7  blankets.  Okay.  So we're kind of looking at apples
8  and oranges, putting cold air above a patient and
9  ambient temperature being 24 degrees.
10    A.  That's fine, yeah.
11    Q.  Do you agree?
12    A.  I do agree.
13    Q.  Okay.  So what other studies do you show
14  that 22 degrees of ambient air blowing over a patient
15  through a Bair Hugger blanket doesn't cause a cooling
16  effect?
17    A.  I can't recall that now.
18    Q.  Okay.  If you look at the -- at the study,
19  on Table 1 you see the "Final core temperature" for
20  the hypothermic grouping, 34.7 degrees plus or
21  minus .6 degrees; correct?
22    A.  Wait, wait, I -- I don't have it yet.  Where
23  is the core temperature?
24    You're in Table 1.
25    Q.  Table 1, two-thirds of the way down under

## Page 108

1  200 ambient temperature.
2    A.  Yes.
3    Q.  I think you're at the wrong --
4    Keep on going down.  I'm looking at
5  "Intraoperative variables," final section.
6    A.  Oh, yeah.  I was thinking -- because mine
7  made no sense here.
8    Yes, got it.
9    Q.  Okay.  Sitting here today, are you aware
10  of -- strike that.
11    You agree with me that it's a rarity now
12  that patients, whether or not they're using warming or
13  not, get down to 34.7 degrees during surgery.
14    MR. GORDON:  I'll object to the form of the
15  question.
16    A.  I actually don't agree.
17    Q.  Do you recall sending an e-mail -- or having
18  a KOL meeting with 3M down in Washington, D.C. and
19  sending an e-mail saying that the -- the
20  hypothermia -- the rates that were used back then is
21  something we rarely see nowadays of thirty --
22    A.  Yes.
23    Q.  Okay.  What did you mean by that e-mail?
24    Do you recall stating that?
25    A.  Oh, it's very simple.  That was based on our

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 109

1   retrospective study, which only included patients that
2   were warmed.
3       Q. By which method, passive warming?
4       A. No. All forced-air warming.
5       Q. And with respect to -- strike that.
6           These are surgeries that lasted three hours;
7   correct?
8       A. Yes.
9       Q. So this is three hours of no warning;
10  correct?
11      A. Yes.
12      Q. And three hours of air -- Bair Hugger being
13  on blowing ambient air over the patient; correct?
14      A. Not correct. It's three hours of active
15  warming with the Bair Hugger at 42 degrees, or three
16  hours of having the Bair Hugger's control with ambient
17  warming.
18      Q. Which is just -- which is just ambient
19  air --
20      A. Right.
21      Q. -- which is at 22 degrees.
22      A. Right.
23      Q. Okay. And let's correct that one minute.
24  It wasn't at 42 degrees for the -- for the Bair
25  Hugger, it was at 40 degrees; correct?

Page 110

1       A. Yeah. Might have been, yeah.
2       Q. Okay. Well if you look at the page before
3   that --
4       A. I trust you.
5       Q. Okay. Did you look at what the temperatures
6   were at -- strike that.
7           Under the "Discussion" period, you --
8   "Discussion" section you write, "The initial hours
9   after bacterial contamination are a decisive period
10  for the establishment of infection." Did I read that
11  correctly?
12      A. You --
13          Absolutely.
14      Q. What do you mean by that?
15      A. That a big --
16          An infection in a patient is usually
17  established during the initial hours of surgery, so
18  it's -- it's not that it happens five days after
19  surgery, it pretty much happens right away, and it's
20  exactly why we give antibiotics before surgery or --
21  right before surgery and not just in the middle or
22  whenever we think of it.
23      Q. So you're saying the -- the -- the -- the
24  contamination occurs during the perioperative period?
25      A. Yes.

Page 111

1       Q. Okay. Does that go for all surgeries or
2   just colorectal?
3       A. It's different for different surgeries and
4   patient population.
5       Q. All right. And then about the next
6   paragraph you write, on the second sentence,
7   "Perioperative hypothermia persisted for more than
8   four hours and thus included the decisive period for
9   establishing an infection."
10      A. Correct.
11      Q. I'm trying to understand this. Are -- are
12  you saying that you're more susceptible for an
13  infection when you're hypothermic as compared to when
14  you're not hypothermic?
15      A. To a certain degree, yes.
16      Q. Okay.
17      A. Actually, it's exactly what I'm saying.
18      Q. Okay. And if I understand you correctly,
19  you're saying because the hypothermia lasted for four
20  hours, because a surgery was three hours plus, that
21  that established enough time for the host defense
22  system to become weakened and therefore unable to
23  fight off a bacteria combination -- con --
24  contamination, increasing the risk of surgery.
25      A. Yes, that's part of it.

Page 112

1       Q. What's the other part?
2       A. The other part is that hypothermia causes
3   vasoconstriction, which decreases perfusion to the
4   wound, and therefore nutrients, important nutrients,
5   oxygen and other things that the wound needs for
6   healing, is not getting there.
7       Q. At what point does hypothermia cause
8   vasoconstriction?
9       A. That depends on the patient's demographic,
10  the anesthetic used, the dose of the anesthetic used.
11  So there are various different factors.
12      Q. But if you took best-case scenario, like --
13          Like what's the highest degree you saw of
14  vasoconstriction below the core temperature?
15      A. With a low dose of anesthetic you can get
16  core -- vasoconstriction within a degree.
17      Q. One degree?
18      A. Yes.
19      Q. Okay.
20      A. With usually-used doses, you probably tend
21  to go two degrees.
22      Q. Two degrees?
23      A. (Nodding.)
24      Q. Is that a yes?
25      A. Yes.

28  (Pages 109 to 112)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 113

1    Q.  Okay.  So if a patient is one de -- like at
2  35 degrees, can you sit here and tell me today what is
3  the risk -- relative risk factor of that patient
4  getting an infection?
5    A.  No.
6    Q.  What about at 35 degrees -- or I mean 34
7  degrees?  That would be this study; correct?
8    A.  Yeah.  You could calculate the number needed
9  to treat from that study.  I don't know what it is.
10   Q.  Okay.  Does hypothermia --
11       You mentioned earlier that it depends on
12  your initial core temperature; correct?  The delta.
13   A.  Yes.
14   Q.  Okay.  So, for example, if I am -- have an
15  initial core temperature of -- high, like 37.5, are
16  you going to be seeing the effects at 36.5 because
17  I'm -- I'm a degree below?
18   A.  We don't know.
19   Q.  And the infections you were looking
20  at in this case, they were -- a lot of them were
21  superficial infections; correct?
22   A.  Yes.
23   Q.  Okay.  None of them dealt with deep
24  infections; correct?
25   A.  That's not correct.  There should have been

Page 114

1  deep --
2       We used the CDC criteria for infections.
3  How many were deep I can't remember, or whether any
4  were deep I can't remember.  Let's look.  What --
5  where is it?  I don't know.
6       Most likely the majority were superficial.
7  Yeah.
8    Q.  Would you agree with me that of the 200
9  patients, the ones that got infection, they were
10  mostly superficial infections with few clinical
11  consequences?
12   A.  I would agree with that, yes.
13   Q.  Okay.  And would you agree with me today
14  that if you -- if you looked at what was considered
15  hypothermia today with colorectal surgery, you're
16  expecting, instead of a three-fold reduction in
17  infections, about 30 percent?  That would be your
18  hypothesis?
19   A.  Yeah, it might be.
20   Q.  Do you recall informing that to 3M during an
21  advisory meeting?
22   A.  I don't recall it, but it sounds as
23  something like I could have said.
24       MR. ASSAAD:  Exhibit No. 218, please.
25       (Exhibit 218 handed to the witness.)

Page 115

1  BY MR. ASSAAD:
2    Q.  All right.  If you look at -- on Exhibit No.
3  218, take a look at those Bates numbers at the bottom
4  that start with 3M.
5    A.  Uh-huh.
6    Q.  If you look at 3M that ends in 445, like
7  three pages on the back side --
8    A.  Yeah.
9    Q.  Well let me go back.  Let me just explain
10  what this document is.  This document was produced by
11  3M.  If you look at the first page, it's dated October
12  18th, 2012, "Global Patient Warming Advisory Board
13  meeting," and it's the minutes of that meeting.
14   A.  Uh-huh.
15   Q.  And you're listed as -- you and Daniel
16  Sessler and a bunch of other people are listed at that
17  meeting.
18       Do you recall being at that meeting?
19   A.  Yes, I do.
20   Q.  Okay.  Do you recall discussing the troponin
21  study proposal?
22   A.  I do.
23   Q.  Okay.  If you look back on the page, it
24  says, "Kurz 1996 SSI paper limitations:  only 200
25  patients, mostly superficial infections with few

Page 116

1  clinical consequences (we should focus on deep
2  tissue/organ SSIs)..."
3       Did I read that correctly?
4    A.  Yes, you do.
5    Q.  It says, "...the factor of 3 risk increase
6  is not plausible (30 or so is -- is more likely)."
7    A.  Yes.
8    Q.  Do you agree with that statement?
9    A.  Absolutely.
10   Q.  Okay.  So are -- are you saying that based
11  on today's knowledge, that if a patient becomes
12  hypothermic, that you're only going to see a 30-
13  percent reduction -- or -- or warming is only going to
14  reduce those patients -- strike that -- maintaining
15  normothermia in colorectal patients will only reduce
16  the infection rate by approximately 30 percent or so?
17   A.  Absolutely.  I would --
18       Yes.
19   Q.  So what is wrong with the Kurz paper then?
20  Why is -- why is three-fold incorrect today?
21   A.  It probably is a very small study.
22   Q.  Okay.  And you never looked at deep-tissue
23  infection, just general infections; correct?
24   A.  No.  Deep tissue were looked at.  It's only
25  that small sample, there probably weren't many.

29  (Pages 113 to 116)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 117

1    Q.  Okay.  Do you know how many there were?
2    A.  No, I don't.
3    Q.  Is there any way to find out?
4    A.  I doubt after 20 years.
5    Q.  Is the data still available?
6    A.  I doubt it.
7    Q.  Okay.  So if there were any, it would be
8    very few.
9    A.  Yes, absolutely.
10   Q.  Okay.  If there were any.  You're not even
11   sure there were any at all.
12   A.  I don't.
13   Q.  Okay.  So sitting here today, there is no
14   evidence for you to offer the opinion that maintaining
15   normothermia reduces the incidence of deep-tissue
16   infection.
17        MR. GORDON:  Object to the form of the
18   question, also lack of foundation.
19   A.  I wouldn't phrase it that way.
20   Q.  How would you phrase it?
21   A.  I'm not sure.  I'm not --
22        That's one I would have to think about.  I
23   don't know.
24   Q.  Well is there any evidence --
25   A.  I just don't know.

Page 118

1    Q.  Is there any evidence of any research that
2    you've done or read that indicates that maintaining
3    normothermia reduces the incidence of a deep-tissue
4    infection?
5    A.  I doubt there is, --
6    Q.  Okay.
7    A.  -- but I don't know.
8    Q.  And you agree with me that there's no
9    evidence in the literature that you're aware of that
10   indicates that maintaining normothermia reduces the
11   incidence of a periprosthetic joint infection.
12        MR. GORDON:  Object to the form of the
13   question, also lack of foundation.
14   A.  So you're saying no -- there's no evidence
15   that normothermia decreases the incidence of --
16   Q.  Maintaining normo --
17        Of periprosthetic joint infections.
18        MS. DIFRANCO:  Are you asking what she's
19   done or --
20        I mean you're getting into some expert
21   testimony here.
22        MR. ASSAAD:  Well I'm not, and I --
23        If you want me to lay more foundation, I
24   will -- I can.  Fine, I'll lay foundation.
25   Q.  You advised for 3M; correct?

Page 119

1    A.  Yes.
2    Q.  They use the Bair Hugger; correct?
3    A.  Yes.
4    Q.  They promote the Bair Hugger in orthopedic
5    surgery; correct?
6    A.  Yeah.
7    Q.  Okay.  Have you ever told them that there's
8    no evidence that 3M --
9        Or have you ever told them that there's
10   evidence that maintaining normothermia reduces the
11   incidence of periprosthetic joint infection?
12   A.  No.
13   Q.  Have you ever informed them that there is no
14   evidence that periprosthetic -- maintaining
15   normothermia reduces the incidence of periprosthetic
16   joint infection?
17   A.  Yes.
18   Q.  You have told them that?
19   A.  Yeah, of course.  My paper says at the end
20   that -- or it should say that every -- every
21   patient --
22        Advice always only applies to the patient
23   population tested.
24   Q.  I understand that.  But you --
25   A.  I can't advise anybody that it would work in

Page 120

1    eye surgery now or in orthopedic.  I don't know.
2    Q.  Well what can you advise people then, that
3    it only works in colorectal?
4    A.  Strictly spoken, yes.
5    Q.  Okay.  But you're --
6    A.  For that indication.
7    Q.  For what indication?
8    A.  Infection.
9    Q.  Okay.
10   A.  Might be different for other indications.
11   Q.  Okay.  Let's talk about infection.  So
12   you've never --
13        Have you ever advised 3M that there's no
14   study that supports -- or that -- that you can advise
15   them that forced-air warming and maintaining normo --
16   to maintain normothermia is required for
17   periprosthetic -- or for orthopedic surgeries to
18   reduce periprosthetic joint infection?
19   A.  Your question is complicated.  So I have
20   not --
21        Yeah, it's hard for me to understand the
22   question.  I think I didn't advise them to
23   specifically use it for decrease in periprosthetic
24   infections.
25   Q.  Okay.  You're aware that Bair Hugger -- or

30  (Pages 117 to 120)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 121

1    3M and Arizant have marketed the Bair Hugger for all
2    surgeries --
3        A.   Yes.
4        Q.   -- that last longer than an hour.
5        A.   Yes.
6        Q.   Okay.  And you're on the advisory panel for
7    them; correct?
8        A.   Uh-huh, yes.
9        Q.   And so is Dr. Sessler, for a longer time
10   than you have.
11       A.   Yes.
12       Q.   Okay.  And are you saying, sitting here
13   today, that the only advice that you could give is
14   that -- that -- that maintaining normothermia in
15   colorectal surgeries reduces the incidence of
16   infection?
17       A.   That's the scientific advice.
18       Q.   Okay.
19       A.   My clinical interpretation might be slightly
20   different.
21       Q.   How is it different?
22       A.   It's that -- that if it does help in a
23   certain patient population, it might -- it's also not
24   proven -- do the same thing in others, and I guess
25   that's why --

Page 122

1        Q.   It may.
2        A.   It may.
3        Q.   And it may not.
4        A.   I don't know.
5             And it may not.
6        Q.   Okay.  And unless you -- and --
7             And sitting here today, you don't understand
8    the host defense of a -- a -- a -- an individual that
9    has -- that has bacteria that lands on an implant
10   during a total knee or total hip arthroplasty;
11   correct?
12       A.   That is correct.
13            MR. GORDON:  Object to the form of the
14   question.
15       Q.   All right.  Sitting here today, do you know
16   whether or not hypothermia has any impact on the host
17   defense of an individual that -- that's implant was
18   contaminated during the perioperative period with
19   bacteria?
20       A.   I don't know.
21       Q.   You've gone around the world promoting
22   maintaining normothermia; correct?
23       A.   Yes.
24       Q.   You've gone around the world saying that all
25   patients should be warmed.

Page 123

1        A.   Yes, I did.
2        Q.   Okay.  And you're basing it off this one
3    study that was done in 1996; correct?
4        A.   No.
5        Q.   What else are you basing it on?
6        A.   Not correct.  We based it off on two -- or
7    some studies that looked at blood loss and transfusion
8    requirements back then.  We based it off on a study
9    that showed decreased myocardial injury, although a
10   very weak study --
11       Q.   Is that the Frank study?
12       A.   That was the Frank study.
13            So actually, I'm not basing it on this any
14   more, but we used to.  We base it off on studies that
15   show that drugs are metabolized differently with
16   hypothermia.  So it's not only one study --
17       Q.   Okay.
18       A.   -- we base this on.
19       Q.   But with respect to reducing infections --
20       A.   That's the only study we have.
21       Q.   Okay.  And you also looked at length of stay
22   in this -- in this -- in -- in this article; correct?
23       A.   In this particular study, yes.
24       Q.   Okay.  And after, I guess, other -- one came
25   in -- in 19 -- in 2006.  So after 19 years, the

Page 124

1    information has changed and now you cannot say from a
2    scientific statistical significance that maintaining
3    normothermia has any effect on the length of stay in
4    the hospital.
5        A.   No.  But it's all the very different
6    conditions.  So the first study, first of all,
7    patients were in the hospital forever, so it's easy to
8    see a difference.  If you look at the duration of
9    hospitalization, I think it was 12 or 14 days 25 years
10   ago, and now it's five days, so it's much harder to
11   show a difference even with hundred times as many
12   patients.  And what you actually do see in the
13   retrospective study is that if the temperature gets
14   low enough, it starts to have a difference, which
15   actually is -- doesn't contradict what we said before.
16       Q.   What do you mean when you look if the
17   temperature gets low enough?
18       A.   While in the retrospective -- and the
19   other --
20            The large thing is, of course, that
21   retrospective studies only show an association and
22   never a causal relationship.  So which study is
23   stronger, which weaker, is -- is to be discussed.  If
24   you look at the --
25            I don't have the retrospective one in front

31  (Pages 121 to 124)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 125

1    of me, but we looked, as you mentioned before, at
2    depth and duration, and if you get very deep and long,
3    I think you would see a -- a -- a relationship which
4    is core temperatures, which we nowadays don't see any
5    more, but we used to see many years ago.
6         (Discussion off the stenographic record.)
7         (Exhibit 243 was marked for
8         identification.)
9    A.   Let's see.  Should be all the way back.
10        So you have a graph on Bate page 283.  So
11   where you have the two probabilities --
12        I guess the left-hand side is the
13   transfusion data.  Is that correct?
14   Q.   Yes.
15   A.   And the right-hand side should be duration
16   of hospitalization.  So you do see that both -- the --
17   the curves are quite similar, they just happen at
18   different temperature ranges.  So if you would get low
19   enough with this one, with the right one, which is
20   something we don't see that commonly any more, you
21   would probably see an effect.
22   Q.   Well for example, let -- let's take a
23   surgery of two hours.  Not a colorectal, but a
24   two-hour surgery.
25   A.   Uh-huh.

Page 126

1    Q.   I mean what -- what do you usually see for
2    degree hours on -- on a --
3    A.   Nowadays?
4    Q.   Yeah.
5    A.   One degree.  Time --
6         I'm not sure what the time-weighted average
7    would be.  Not much.
8    Q.   Uh-huh.  Probably --
9    A.   Not much.
10   Q.   It wouldn't increase the length of stay or
11   transfusion rates.  I mean it wouldn't increase the
12   transfusion rates.
13   A.   Nowadays, I don't think so.
14   Q.   Okay.  Going to page 282, first main
15   paragraph, it states, "Intraoperative forced air did
16   not prevent redistribution hypothermia, which is
17   consistent with previous reports."
18   A.   Correct.
19   Q.   And my understanding is the redistribution
20   hypothermia is when your heat goes from your core to
21   your extremities; correct?
22   A.   Right.
23   Q.   And that's why prewarming you consider very
24   important to -- to negate that.
25   A.   I don't consider it very important, but

Page 127

1    it --
2         To negate that, yes.
3    Q.   Okay.
4    A.   Sorry.  Yes.
5    Q.   Okay.  And even here it says, "In contrast,
6    it is well established that prewarming reduces
7    redistribution hypothermia by warming peripheral
8    tissues to nearly core temperature."
9    A.   Correct.
10   Q.   "Without thermal gradient, the second Law of
11   Thermodynamics specifies that there can be no flow of
12   heat -- and thus no redistribution hypothermia."
13   A.   Uh-huh.
14   Q.   Correct?
15   A.   Yes.
16   Q.   Okay.  And just going back, that's kind of
17   what Mercury Biomed is trying to do in a way.
18   A.   Yeah.  Not only pre --
19        Yes.
20   Q.   Uh-huh.
21   A.   A little bit, yes.
22   Q.   And also to increase vasoconstriction so you
23   could have the heat flow and create heat from the
24   extremities and can bring it back to the core.
25   A.   Yes, exactly.

Page 128

1    Q.   And is it true that even with warming, any
2    type of warming, that a patient still becomes
3    hypothermic within the first hour of surgery?
4    A.   Yes.  Still is some redistribution
5    hypothermia, it's correct.
6    Q.   Okay.  Unless there's prewarming.
7    A.   Even with prewarming.  Then it's minimal.
8    Yes.
9    Q.   Okay.  And is the same -- is -- is the --
10        Is the curve the same, with regard to the
11   drop in core temperature in the first hour, the same
12   whether or not the patient is -- is warmed?
13   A.   Intraoperatively.
14   Q.   Yes.
15   A.   Yes.
16        Actually, I don't know quite, because
17   usually we only start warming intraoperatively after
18   redistribution hypothermia has happened.
19   Q.   Which is after the anesthesia is given.
20   A.   Which -- which is after induction of
21   anesthesia.
22   Q.   Okay.
23   A.   Yeah.
24   Q.   So --
25        But in patients that are not warmed, have

32   (Pages 125 to 128)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 129

1  you looked at -- at -- at their drop in -- in -- in
2  core temperature over --
3      A.  Yeah, it's about .6 to 1 degree, yes.
4      Q.  Okay.  So the first hour.
5      A.  About, yeah.
6      Q.  Okay.  And the difference, my understanding
7  is when you have warming, the core temperature begins
8  to increase, and if you have no warming, it continues
9  to decrease.
10     A.  Until it plateaus, yes.
11     Q.  So about 34.5 degrees, give or take the type
12 of patient.
13     A.  Uh-huh.
14     Q.  Okay.  Yes?
15     A.  Yes.
16     Q.  Okay.  So if a surgery is lasting one hour
17 or less, would you agree with me that maintaining
18 normothermia has no effect on the incidence of
19 infection?
20     A.  No.  I don't think --
21         I think I don't agree with your phrasing
22 because you --
23     Q.  Let -- let me --
24     A.  -- you can't not maintain normothermia.
25     Q.  Okay.  Okay.  You're right.  It was a --

Page 130

1          Would you agree with me that within --
2  within the first hour of a surgery, patient warming
3  has no effect on the incidence of infection, based on
4  your research?
5          MR. GORDON:  Object to the form of the
6  question.
7      A.  We have not studied that, so I cannot agree.
8      Q.  Okay.  But you agree with me whether or not
9  a patient is warmed or not, their temperature drops,
10 they become hypothermic in their first hour.
11     A.  To a certain degree, yes.
12     Q.  And is there any research with respect to
13 the incidence of infection with respect to surgeries
14 that last one hour or less?
15     A.  I don't know of any.
16     Q.  What about two hours or less?
17     A.  I don't know of that either.
18     Q.  Okay.
19     A.  There is very little research in that
20 regards, especially prospective research.  There might
21 be one or the other retrospective study.
22     Q.  Going to page 284, I'm looking at Table No.
23 4, and explain Table No. 4.
24         MR. GORDON:  Object to the form of the
25 question.

Page 131

1      A.  I'm not quite a statistician, but I can try.
2          So I think in the left-hand column you have
3  the area under the curve below 37 degrees core
4  temperature in what we explained before, degrees times
5  hour, and what you see, that the adjusted odds ratio
6  to receive an intraoperative transfusion with
7  increased area under 37 significantly increases, so it
8  almost doubles from 1.34 to 2.02, so it is a very,
9  very strong effect.  So the deeper and the longer the
10 hypothermia, the more transfusions.
11     Q.  And we don't have to talk about the duration
12 of hospitalization because that's statistically
13 insignificant; correct?
14     A.  Right.
15     Q.  Let me ask you a question.  The reference to
16 36 degrees as a reference point as --
17     A.  I think we used 37 here.
18     Q.  Well it's average under -- area under 37 in
19 degree hours.
20     A.  Yeah.
21     Q.  So to get to the reference of where it's
22 under one, that's --
23     A.  Thirty-six.
24     Q.  -- 36 degrees.
25     A.  Yeah.

Page 132

1      Q.  Why, when you're at thirty -- like .25
2  degree hours, okay, is your risk higher than 36
3  degrees when you're not hypothermic for a transfusion?
4      A.  It's not higher.  It's almost a linear
5  decrease.
6      Q.  But it's saying that if I have .25 degree
7  hours, my odds ratio is 1.34.
8      A.  Oh, why it's --
9          I don't know.  It should actually be
10 going --
11         Wait.  No.  Because it's -- it's probably a
12 U-shaped curve.
13     Q.  The odds ratio is a U -- U-shaped --
14     A.  Not the odds ratio, but the way -- the way
15 you would --
16         See, your reference is one, --
17     Q.  Okay.
18     A.  -- so some of those are at higher
19 temperatures versus lower.
20         I would have to read the text for this.
21     Q.  Okay.
22     A.  If you want me to do that, I can.
23     Q.  If -- if you don't know --
24         I was kind of confused about it because
25 it -- it seems that if you are above 36 degrees for a

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Page 133

1  shorter period of time, you have a higher risk of a
2  transfusion, which doesn't make any sense.
3      A.  No, it doesn't.  And that's why I think if
4  you are at the higher temp -- so you're at the lower
5  temperature --
6      I need to think about it, --
7      Q.  Okay.
8      A.  -- obviously.  But you're right.
9      Q.  So -- so in your experience doing total knee
10 and total hip implant surgeries, how long do they
11 usually last for?
12     A.  Here at the clinic, two and a half to three
13 hours outside.
14     Q.  For hip or knee, for both?
15     A.  I would say for almost both.  Hip would be
16 longer.  I think in the real world they last about
17 half an hour, 45 minutes.
18     Q.  Why do they last longer here?
19     A.  Because we are a teaching institution.
20     Q.  Okay.  All right.
21         MR. ASSAAD:  Want to take a break?  I think
22 this is a good time for a break.
23         THE REPORTER:  Off the record, please.
24         (Recess taken.)
25 BY MS. DIFRANCO:

Page 134

1      Q.  Ready to continue?
2      A.  Yes.
3      Q.  Do you have --
4      You have -- you have no expertise in -- with
5  respect to the types of ventilation used in an OR;
6  correct?  Things like laminar, unidirectional or
7  conventional?
8      A.  Oh, sorry.  No, no.
9      Q.  Okay.  Are you familiar with the Daniel
10 Sessler article of 2011, which he did a study in
11 respect to particle counts and laminar flow?
12     A.  I'm not.
13     Q.  Okay.  Did you ever have any discussions
14 with him about that study?
15     A.  No.
16     Q.  Okay.  Were you aware that he -- he did a
17 study for a favor for 3M -- or authored a study as a
18 favor for 3M back in 2011 that was published?
19     A.  I don't think so.
20     Q.  Okay.
21     A.  I -- I also don't think I was part of it.
22     Q.  I -- I understand you were not part of that.
23     A.  Yeah.  Yeah.  No, no.
24     Q.  I mean you do -- you do work together a lot;
25 correct?

Page 135

1      A.  We do work together a lot, but not on -- not
2  exactly all topics.
3      Q.  Okay.  Are you aware of any comments by the
4  CDC with respect to blowing air -- devices that blow
5  air in the operating room?
6      A.  No, I'm not.
7      Q.  Okay.  Are you familiar with any issues
8  with --
9      Do you know what a heater/cooler unit is
10 that's used in cardiac surgery?
11     A.  I assume it's something that can heat and
12 cool.
13     Q.  Yeah.  Are you familiar with that device?
14     A.  Not with that specific one, but I've seen it
15 before.
16     Q.  Are you familiar with the issues with the
17 Sorin heater/cool unit and the causing of infections
18 in the operating room?
19     A.  No.
20     Q.  Now it's -- it's my understanding that,
21 based on lectures that I've seen that you did that are
22 on YouTube, that the modality of -- of which way a
23 patient is warmed is insignificant to you, which --
24 which -- which -- what -- whatever convention it uses;
25 correct?

Page 136

1      A.  Yes.
2      Q.  And based on research that I've read, you
3  agree with me that conductive warming using maybe
4  resistive polymers is just as effective as forced-air
5  warming.
6      A.  I think I would agree, yes.
7      Q.  You think you would agree or would you
8  agree?
9      A.  I agree.  Sorry, I was thinking further.
10 I -- I agree in regards to efficiency.
11     Q.  What do you mean by "efficiency?"
12     A.  So I think heat transfer is similar.  Cost
13 for most of these devices is higher.
14     Q.  Cost.  Okay.
15         (Exhibit 244 was marked for
16         identification.)
17 BY MR. ASSAAD:
18     Q.  Dr. Kurz, what's been marked as Exhibit 244
19 is a publication in Anesthesia & Analgesia titled
20 "Resistive-Polymer Versus Forced-Air Warming:
21 Comparable Efficacy in Orthopedic Patients."  Are you
22 familiar with this article?
23     A.  I am.
24     Q.  And -- and you are a named author in this
25 article; correct?

34  (Pages 133 to 136)

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Page 137

1    A. Yes, I am.
2    Q. Okay. What was your contribution to this
3 article?
4    A. I'm just thinking. I think at that point in
5 time I was the chair of the Department of Anesthesia
6 at this -- and this is a group of my fellows who did
7 this study, so I probably corrected and had input in
8 the methods.
9    Q. And -- and you agree with the result of this
10 study?
11    A. Yeah. If my name is on there, yes.
12    Q. Okay. I just want to go over certain parts
13 of -- that's written in this. And you -- have you --
14 strike that.
15    Did you have the opportunity to edit this
16 study before it went to publication?
17    A. I'm sure I did.
18    Q. Okay. And in two thousand -- this is
19 published in 2010. During the time -- and it was
20 accepted for publication on November 8th, 2009.
21    At the time that this study came out, were
22 you on the advisory board for 3M?
23    A. I don't know.
24    Q. All right. Going to the first paragraph,
25 about the second or third sentence down, it starts,

Page 138

1 "Even mild hypothermia..." Do you see that?
2    A. Second sentence --
3    Q. Seventh line down.
4    A. "Even mild hypothermia..." Yes.
5    Q. Says, "Even mild hypothermia triples the
6 incidence of post-operative wound infection and
7 increases the hospital length of stay" --
8    A. Uh-huh.
9    Q. -- "by 20 percent, increases blood loss and
10 blood transfusion requirements, and increases the
11 incidence of cardiovascular complications and thermo
12 discomfort of patients."
13    Did I read that correctly?
14    A. Yes, you did.
15    Q. Sitting here today, would I be correct that
16 you disagree -- or your hypothesis is different with
17 respect to hypothermia reducing the incidence of
18 post-operative infection by -- or -- or triples the
19 incidence of post-operative wound infection?
20    A. The statement is correct.
21    Q. I understand that. But basing what --
22    A. Whether the effect size is the same, I
23 doubt.
24    Q. What do you mean the --
25    A. So it's exactly what you said before. The

Page 139

1 triple is correct for that particular paper or what we
2 cite here. Whether the effect size is the same
3 nowadays, I don't know.
4    Q. But would you agree with me that, as you
5 stated previously, the third -- the triple -- the
6 reduction by three times only applies to colorectal
7 surgery, that that's where the evidence is; correct?
8    A. Absolutely.
9    MR. GORDON: Object.
10    Q. But it doesn't say that here; does it?
11    A. No, but it cites the paper.
12    Q. I understand that. But a person reading
13 this, wouldn't he be misled that this applies to all
14 surgeries?
15    MR. GORDON: Object to the form of the
16 question, lack of foundation.
17    A. I don't know.
18    Q. Okay. I mean it doesn't say anywhere here
19 colorectal surgery; correct?
20    A. No, it does not.
21    Q. Okay. And in fact, nothing in this
22 paragraph, with all this data, applies to the type of
23 surgery that there's evidence that these statements
24 support; correct?
25    A. Oh, absolutely it does. It's the first --

Page 140

1    The first part applies to colorectal, the
2 second part to orthopedic, last part I cannot
3 remember.
4    Q. And the orthopedic reference is, I think,
5 Schmid or --
6    A. It's Schmid and --
7    Q. Hertz -- Kurz.
8    A. No, no, I wasn't the first author on any of
9 those. It's Schmid, and there's a second one in
10 orthopedic, Visna or -- ba ba ba ba.
11    Schmid. I guess they only had Schmid at
12 that time, yeah.
13    Q. And that -- that's an article in The Lancet
14 published in 1996; correct?
15    A. Correct.
16    Q. And actually, you put that down in -- in
17 your CV as a separate category of publications, "High
18 Profile Articles;" correct?
19    A. Correct.
20    Q. Okay. Along with the 1996 study of --
21    A. Correct.
22    Q. Okay. So you considered those articles were
23 high-profile articles.
24    A. Absolutely I do.
25    Q. Okay. And with respect to the increase of

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 141

1  the hospital length of stay by 20 percent, as we
2  discussed previously, based on recent studies, that's
3  questionable.
4      A.  Yes, it is.
5      Q.  Okay.  And increased blood loss and blood
6  transfusion requirements, we no long want -- we no
7  want -- longer want to look at blood loss because
8  that's not -- the data is not that accurate as
9  compared to blood transfusions.
10     A.  Yes.
11     Q.  Okay.
12     A.  Al -- although for these particular
13  prospective studies, blood loss is evaluated
14  differently than for retrospective studies.  So that's
15  why I said that it's unreliable for retrospective
16  studies but not so much for prospective.
17     Q.  And with all these studies regarding blood
18  loss, length of stay, transfusions, infections, the
19  depth of hypothermia is unknown to -- with -- with
20  respect to the effect that the depth of hypothermia
21  would have on -- on these complications.
22     A.  No, that's incorrect.  For all these
23  studies, the depth was very well known.  They all went
24  down to around 34.4 degrees, so they all had a very
25  large area under the curve.

Page 142

1      Q.  Okay.  So a patient that can be warmed with
2  blankets, that's at 35 degrees, 35 point -- between 35
3  and 35 degrees without active warming, we don't know
4  what the effect of hypothermia would have on those
5  patients with respect to infection rates, blood loss,
6  blood transfusions, length of stay.
7      A.  So you are asking whether a patient who has
8  a higher core temperature than 34.5 degrees would have
9  a different infection rate or fewer infections.
10     Q.  If any.
11     A.  I --
12         We don't know.
13     Q.  Okay.
14     A.  In fact, we don't know for infection.  We do
15  know for blood -- blood loss.
16     Q.  You're correct, because of the degree hours.
17     A.  Yeah.
18     Q.  Okay.
19     A.  No.  Because of a second study that was done
20  with very, very mild hypothermia in around this time
21  period.
22     Q.  And what sur -- what type of surgeries was
23  that?
24     A.  Orthopedic.
25     Q.  Okay.

Page 143

1      A.  It's the one I was looking for in here,
2  but --
3      Q.  Okay.  What type of -- what type of
4  orthopedic surgeries?
5      A.  Hip.
6      Q.  Okay.  And was that around 1996?
7      A.  Yes.
8      Q.  Okay.  Has hip arthroplasty changed over the
9  past 20 years, the way the surgery is done?
10     A.  You know what?  I'm an anesthesiologist.  I
11  guess it has.
12     Q.  Okay.  So you don't know one way or the
13  other.
14     A.  No.
15     Q.  Okay.  So sitting here today, you don't know
16  if -- if the procedure or the mechanism or -- or the
17  way they do the surgery is different in 2016 as it was
18  in 1996.
19     A.  I would hope it's different.
20     Q.  Okay.  And in fact, the number of hip
21  arthroplasties and knee arthroplasties have increased
22  significantly over the past 20 years per year.
23     A.  I agree, yeah.
24     Q.  You write here that the resistive -- on
25  the -- on the second paragraph, "This system might

Page 144

1  have" -- talking about --
2      A.  Uh-huh.
3      Q.  -- resistive polymers -- "This system might
4  have some advantages compared with a forced-air
5  warming system:  blankets are reusable, there is no
6  air flow and thus warming can be initiated immediately
7  after induction with anesthesia without waiting for
8  surgical draping to be completed..."  Did I read that
9  correctly?
10     A.  Yes, you do.
11     Q.  So is it my understanding that an advantage
12  of a resistive-polymer or conductive blanket is that
13  you could begin warming the patient sooner than with
14  forced-air warming?
15     A.  That's correct, yeah.
16     Q.  And that's better for the patient.
17     A.  I would assume.
18     Q.  Okay.  "...and its operation is silent."
19  Why is that an advantage?
20     A.  Because noise in the operating room
21  distracts.
22     Q.  Distracts the surgeons?
23     A.  Or the anesthesiologist, whoever is working
24  there.
25     Q.  Or the nurse anesthetist.

36  (Pages 141 to 144)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 145

1     Going to the next page, the paragraph says,
2  "Before induction of anesthesia, patients were
3  randomly assigned, using a computer-generated
4  randomization sequence in which the group assignment
5  was kept in sequence -- sequentially numbered opaque
6  envelope, to 1 of 2 treatments: (1) Forced-Air
7  warming with the Bair Hugger upper body warming cover
8  (model 525) connected to a model 750 warming unit set
9  to 'high' (at 43 degrees Celsius); or (2) resistive-
10  polymer warming (RP group) with 2 Hot Dog warming
11  blankets (model:  Multiposition Blanket) and the Hot
12  Dog control unit set to 'high' (at 43 degrees
13  Celsius)."
14     Did I read that correctly?
15     A.  Yes, you do.
16     MR. GORDON:  Actually it's 522, not 525.
17     MR. ASSAAD:  Oh, I'm sorry.  522.  Thank you
18  counselor.
19     Q.  So it's my understanding that the control --
20  there are two groups, one that used the Bair Hugger
21  750 model and the other one used the Hot Dog warming
22  device.
23     A.  Correct.
24     Q.  Were you present for any of the testing?
25     A.  I can't remember, but I would assume so.

Page 146

1     Q.  Okay.  And it's my understanding, if you
2  look at the next column, "The core warming rate
3  (degree Celsius over hours) was calculated from a
4  starting point 30 minutes after induction of
5  anesthesia to the end of surgery..."
6     So you took data for that period of the
7  core -- core temperature.
8     A.  Yes.
9     Q.  Okay.  And you recorded temperatures every
10  five minutes until the end of surgery.
11     A.  Correct.
12     Q.  Okay.  And you also took the environmental
13  temperature close to the patient, approximately one
14  meter distance and in the OR.  Do you see that?  It's
15  about the --
16     A.  Yeah, I see that.
17     Q.  Why was that done?
18     A.  Good question.  I can't remember.
19     Q.  Do you remember it being done?
20     A.  No, I don't, but it's for sure done if it's
21  here.  Maybe there --
22     Is there anything in the discussion that
23  explains it?
24     Q.  Yeah, we'll get -- we'll get to it in a
25  second.

Page 147

1     When it says "approximately one meter
2  distance," do you know what they're referring to?
3     A.  I would assume the area where the
4  anesthesiologist is placed.
5     Q.  Okay.  One meter from there.
6     A.  One meter --
7     Oh, sorry.  "...patients...one meter
8  distance...environment temperature close to the...
9  approximately one meter distance."  No, one me --
10     I would assume one meter distance from the
11  patient's head, which is our access, which is where we
12  are.
13     Q.  One -- one meter down or one meter up or --
14     A.  No.  One meter in our --
15     Q.  Towards the anesthesiologist?
16     A.  Good question.  I don't know.
17     Q.  Okay.  Well if you -- if you --
18     If going through this reminds you, please
19  let me know.  Okay?
20     A.  Yes.
21     Q.  Under the "Statistical Analysis" it -- it
22  states that "A sample size of 80 patients was
23  estimated to achieve a power of 90 percent to detect
24  equivalence within the specified equivalence bounds."
25  Did I read that correctly?

Page 148

1     A.  Yes, you do.
2     Q.  So a calculation was made, and to get a
3  meaningful result you needed 80 -- 80 patients.
4     A.  Yes.
5     Q.  Okay.  And under the "RESULTS" under your
6  study it states that "There were no differences in
7  demographic and morphometric characteristics, except
8  for gender with more female patients in the FA group."
9     A.  Okay.
10     Q.  Did I read that correctly?
11     A.  Yes.
12     Q.  Okay.  Having more female patients than male
13  patients, would that make -- would that have any --
14  would that have any effect on core body temperature
15  results?
16     A.  Very little under anesthesia.
17     Q.  Okay.  It says, next paragraph, "After
18  induction of anesthesia, core temperature decreased
19  similarly for a period of approximately 30 minutes in
20  both groups.  Subsequently, core temperature increased
21  at comparable rates in both groups (.33 degrees
22  Celsius per hour plus or minus .34 degrees Celsius per
23  hour and .29 degrees Celsius per hour plus or minus
24  .35 degrees Celsius per hour for groups forced-air
25  warming and resistive polymer, respectively..."

37  (Pages 145 to 148)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 149

1    Based on that statement, is it correct that
2 there was no -- there was very little or no difference
3 between the Hot Dog and the Bair Hugger units?
4    **A. That's correct.**
5    Q. Okay. "There were also no differences
6 between the 2 groups in the course of core
7 temperature, mean body temperature, and mean skin
8 temperature..." Is that a correct statement?
9    **A. Yes, it is.**
10    Q. Okay. So basically what it's saying is
11 that -- basically that they were almost identical.
12    **A. Yeah. Yes.**
13    Q. Okay.
14    **A. Uh-huh.**
15    Q. And it goes on, "We did not find significant
16 intra -- intragroup core temperature differences
17 between patients with esophageal and bladder core
18 temperature probes (results not shown)."
19    Is that -- is that the norm?
20    **A. That's what you would expect. That's --**
21    Q. Okay. And it also goes on, the next
22 paragraph, "No patient in this study needed
23 postoperative warming in the recovery room. Thirty
24 minutes after admission to the postanesthesia recovery
25 room, the patients' thermal comfort was not different

Page 150

1 between forced-air warming and resistive polymer..."
2    Did I read that correctly?
3    **A. Yes.**
4    Q. And how do you measure thermal comfort using
5 a VAS?
6    **A. I assume we used a VAS. Yeah.**
7    Q. What is a VAS?
8    **A. A visual analyst's score. So you base --**
9    Q. It's objective?
10    **A. It's objective. We look at --**
11    Q. Okay. Next paragraph, which I want to get
12 to, says, "The room temperature and the environmental
13 temperature (close proximity to the patient) were not
14 different at induction of anesthesia between
15 forced-air warming and resistive-polymer groups. In
16 contrast, the environmental temperature in close
17 proximity to the workplace of the surgical and
18 anesthesia team increased more with forced-air patient
19 warmer (at 24.4 degrees C plus or minus 5.2 degrees
20 Celsius for forced-air warming versus 22.6 degrees
21 Celsius plus or minus 1.9 degrees Celsius for
22 resistive polymer at 30 minutes..." with a p-value of
23 .01. Did I read that correctly?
24    **A. Yes.**
25    Q. Okay. So is it correct that my

Page 151

1 understanding is that the forced-air warming increased
2 the temperature around the surgical team and the
3 anesthesia team more than the conductive warming?
4    **A. Correct.**
5    Q. Would you agree with me that it's --
6    Is that because the waste heat that's coming
7 out of the forced-air warming is more than coming out
8 of the conductive warming?
9    **A. I wouldn't call it waste heat, but yes.**
10    **I -- I guess it's mainly that whatever you**
11 **get out of a convective system distributes very**
12 **differently as opposed to from a conductive system.**
13    Q. And it causes more heat around the operating
14 room table.
15    **A. Yes.**
16    Q. Okay. That's what this study states pretty
17 much; correct?
18    **A. That's what it says, yes.**
19    Q. Okay. And is that something that you were
20 aware of before using forced-air warming?
21    **A. Yes.**
22    Q. And how were you aware of it?
23    **A. Just by surgeons and nurses complaining that**
24 **it's warm.**
25    Q. So -- so surgeons and nurses complained to

Page 152

1 you that when they used forced-air warming, it was
2 warm around the operating room table?
3    **A. Yes.**
4    Q. Approximately how many times?
5    **A. I can't tell. It doesn't -- it doesn't --**
6    Q. Dozens, hundreds?
7    **A. Not hundreds. I would say dozens --**
8    Q. Okay.
9    **A. -- over 20 years.**
10    Q. Under the "DISCUSSION," about 15 lines down,
11 it says, "Some intrinsic limitations of FA..." Do you
12 see that?
13    **A. Yes, I see.**
14    Q. It says, "Some intrinsic limitations of
15 forced-air warmers include the expense of using
16 disposable blankets for each patient; the noise of the
17 fan; and the increased OR temperature in the proximity
18 of the device, resulting in thermal discomfort of the
19 surgical staff." Did I read that correctly?
20    **A. Yes.**
21    Q. Do you agree with that statement?
22    **A. Yes, I do.**
23    Q. Okay. So -- so the expense of using
24 disposable blankets is a limitation of using the Bair
25 Hugger model.

38   (Pages 149 to 152)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 153

1    A. It's always more expensive, yes.
2    Q. Than using conductive warming?
3    A. No, than using non-disposable devices.
4    Q. Okay. "Other concerns include the potential
5    contamination of the parts of the forced-air warming
6    device (the hose and blower) with bacterial
7    pathogens" --
8       Do you agree with that statement?
9    A. I guess. Otherwise, we would not have put
10   it here.
11   Q. Okay.
12      -- "which could be transferred by the
13   airstream to the surgical field and cause infections."
14   Do you agree with that statement?
15   A. To a certain extent, yes.
16   Q. You did not edit that statement out or have
17   any disagreement by putting your name --
18   A. When I --
19      No.
20   Q. Okay. And I assume as an author such as
21   yourself, and a scientist, that if you specifically
22   disagreed with a conclusion or a statement in an
23   article, that you would not allow it to be put under
24   your name.
25   A. You're absolutely correct. That's why it

Page 154

1    has the followup sentence here.
2    Q. I -- I understand that. "However, several
3    studies challenged the clinical relevance of these
4    results and found no difference in bacterial
5    dispersion with or without forced-air warming --
6    forced air;" correct?
7    A. Correct.
8    Q. Okay. Will you agree with me that it was an
9    issue with respect to the limitations of forced-air
10   warming that you addressed in this paper?
11   A. It was an issue we addressed in the
12   "DISCUSSION." We did not address it in the paper
13   because we didn't study it.
14   Q. But you address it in "DISCUSSION."
15   A. Right.
16   Q. On the next paragraph it states, "The new
17   warming device (Hot Dog) uses a different technology,
18   resistive warming of a polymer blanket. Potential
19   advantages of resistive warming compared with
20   forced-air warming include the following: all parts
21   of the system are reusable, thereby reducing costs and
22   the environmental burden..." Do you agree with that
23   statement?
24   A. I agree.
25   Q. So by the fact that the -- that the

Page 155

1    conductive blankets are reusable, it reduces cost.
2    A. Yes, I think it does.
3    Q. Okay.
4    A. Or it was true at that given point in time.
5    Q. In -- in 2009, 2010.
6    A. Yeah.
7    Q. Okay. Has the price of Bair Huggers gone
8    down, blankets, since 2010?
9    A. I believe they've gone down considerably
10   over the past 20 years. When exactly the changes
11   were, I don't know.
12   Q. Okay. So you don't know what the difference
13   was, the price of a Bair Hugger blanket, in 2010 as
14   compared to --
15   A. No.
16   Q. -- 2016.
17   A. No, I do not.
18   Q. Okay. Next statement, "...there is possibly
19   less warming of the OR environment, resulting in
20   increased thermal comfort for OR staff..." Do you
21   agree with that statement?
22   A. Yes, I do.
23   Q. Okay. Finally it says, "...and cleaning and
24   disinfection are relatively easy, thus decreasing the
25   risk of colonization with pathogens." Do you agree

Page 156

1    with that statement?
2    A. I did at that point in time. I actually
3    don't any more.
4    Q. What caused you to change your opinion?
5    A. That it turns out that cleaning and
6    disinfecting any reusable device is -- is more
7    difficult and costly than we would have ever thought.
8    Q. Okay. Based on work -- work staff?
9    A. Yeah.
10   Q. Okay.
11   A. And I'm not sure whether it was or was not
12   at that time, --
13   Q. Okay.
14   A. -- but I'm not --
15      Nowadays, I wouldn't completely agree with
16   that.
17   Q. So you don't know what the cost was back
18   then.
19   A. No, I don't. I don't.
20   Q. Okay. It could have been the same cost it
21   is now, you're just not aware.
22   A. Yes.
23   Q. Okay. Do you know what the cost of -- of
24   cleaning a -- a Bair Hugger unit is?
25   A. No, I don't.

39  (Pages 153 to 156)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 157

1    Q.  Okay.  On the next column -- or next --
2        The next column, first full paragraph says,
3    "Our study demonstrates that intraoperative warming
4    with the -- with the resistive-polymer system was as
5    effective as warming with the forced air system."  You
6    agree with that; correct?
7        A.  Yes, I do.
8        Q.  And then you continue on talking about the
9    other studies that indicated that the resistive
10   heating pad system was inferior to forced-air warming
11   in the paragraph below that.  Do you see that?
12       A.  Yes, I do.
13       Q.  Are you familiar with those studies, Russell
14   and Freeman?
15       A.  Russell and Freeman I can't remember.
16       Q.  What about Leung et al?
17       A.  Leung et al.  You know, I can't remember.
18   I'm -- I'm sure I knew them at some point, but I can't
19   remember now.
20       Q.  Regardless of whether -- I'm sorry.
21       Regardless of whether or not you remember
22   them today, would you agree with me that the
23   discussion point in this paragraph you would agree --
24   you agreed with at the time of the publication?
25       A.  I would say yes.

Page 158

1    Q.  Okay.  Do you agree that Russell and Freeman
2    had a limitation, that they used different temperature
3    settings for the heating pad as compared to the
4    forced-air warming?  Do you agree with that statement?
5        A.  I don't know.  I mean if it's -- if it's
6    here, I must have agreed, --
7        Q.  Okay.
8        A.  -- but I don't know today.
9        Q.  Okay.  But today you have no reason to
10   disagree with -- with those statements.
11       A.  No, I don't.
12       Q.  Okay.  The final paragraph, it says on that
13   paragraph, "Interestingly, the OR temperature close to
14   the patient increased significantly at 30 minutes,
15   corresponding to the end of surgery in the first
16   forced-air warming group patient.  Although this may
17   have resulted in decreased OR staff members' comfort,
18   we did not measure thermal comfort levels in this
19   study."
20       So you didn't measure the patient thermal
21   comfort levels at all.
22       A.  No.
23       Q.  Okay.  And just to be clear, I'd like to go
24   to the graph -- or the table on page three, and I just
25   want to make sure I understand it right and the ladies

Page 159

1    and gentlemen of the jury understand it right.  If
2    you -- if you go to environmental temperature at one
3    meter distance to the warming device --
4        A.  Which -- which -- which one is it?
5        Q.  -- at 30 minutes --
6        A.  That's the one down here.
7        Q.  The Table 1.
8        A.  Oh, Table 1, sorry.  Environmental
9    temperature.  Here.  Yeah, got it.
10       Q.  For the Bair Hugger forced-air warming, it
11   was 24.4 degrees plus or minus 5.2 degrees; correct?
12       A.  Yes.
13       Q.  So that means sometimes the temperature in
14   that area was all the way up to 29.6 degrees Celsius.
15       A.  Yeah.  Probably not quite, but
16   approximately, yeah.
17       Q.  Okay.  And then it could have gone down to
18   like 19.
19       A.  Yeah.
20       Q.  Okay.  And -- and that would be --
21       Is that the standard deviation?
22       A.  Yes, it is.
23       Q.  Okay.  And for the Hot Dog, it was only 22.6
24   degrees plus or minus 1.9 degrees Celsius; correct?
25       A.  Uh-huh, yes.

Page 160

1    Q.  The standard deviation is much more lower
2    for the Hot Dog than it is for the Bair Hugger;
3    correct?
4        A.  Correct.
5        Q.  Okay.  And the p-value here, which is the
6    statistical significance, is .01; correct?
7        A.  Correct.
8        Q.  Which means this data is statistically
9    significant; correct?
10       A.  Different, yes.
11       Q.  Okay.  Which means, based on this data, the
12   Bair Hugger warms the air around the surgeons and the
13   patient more than the Hot Dog; correct?
14       A.  The air is warmer, yes.
15       Q.  Okay.  And that warm air is coming from
16   underneath and around the -- the -- the -- the warming
17   devices; correct?
18       MR. GORDON:  Object to the form of the
19   question.
20       A.  I assume yes.  Yeah.
21       Q.  Where else would the warm air come from?
22       A.  I don't know.
23       Q.  Okay.  Most likely it's coming from the
24   warming devices; correct?
25       A.  Correct.

40  (Pages 157 to 160)

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Page 161

1    Q. And these were orthopedic patients; correct?
2    A. Correct.
3    Q. Do you know what types of surgery were being
4    performed?
5    A. I thought it was hips. Did we not say that?
6    Q. It --
7       I could not find it, but if you recall
8    correct -- if you recall --
9    A. It's not good that we were not more
10   specific. I -- I would have thought hips, but I'm --
11   I'm not sure.
12   Q. And -- and just to --
13      Are you done? I'm sorry.
14   A. I'm done.
15   Q. Okay.
16   A. I'm done.
17   Q. On the last page it says -- it states,
18   "Patients undergoing very long, open surgery with
19   potential large fluid shifts are at highest risk for
20   perioperative hypothermia. In our study, the mean
21   duration of surgery was 90 minutes, and the typical
22   surgery was limited to the extremities without open
23   abdomen and without massive fluid shifts." Did I read
24   that correctly?
25   A. Yes.

Page 162

1    Q. Is it my understanding that patients that
2    have some sort of abdominal or open surgery in the
3    core are much more likely to become hypothermic
4    because of fluid shifts as compared to patients that
5    undergo surgery in the extremities?
6    A. I think this is correct.
7    Q. I mean is that what this is saying pretty
8    much?
9    A. Yes.
10   Q. Okay. So for a person that has a knee
11   arthroplasty, he's less likely to become hypothermic
12   than a person over time -- if you use time as a
13   constant, okay -- than someone that's having an
14   abdominal surgery.
15   A. I believe that's true.
16   Q. Okay. Is there any studies to support that,
17   or is that just your clinical judgment?
18   A. That's my clinical judgment.
19   Q. Okay. And that is because based on the
20   fluid shifts that are occurring in an open abdominal
21   surgery as compared to an arthroplasty of a knee or
22   hip.
23   A. I wouldn't call it fluid shift. That's
24   maybe not perfectly phrased. It's -- it's -- it's
25   simply because of tissue exposed. So if you open an

Page 163

1    entire belly, you have a lot open, while if you have a
2    small incision --
3    Q. Okay.
4    A. -- there's less -- less heat loss from the
5    area. That's what it says there.
6    Q. So the incision size has an effect on the
7    temperature curve of a patient with respect to his
8    core temperature.
9    A. It might, but that's never formally been
10   studied.
11   Q. Okay. The only thing that's really been
12   studied is colorectal.
13   A. Right. And it was open at this point in
14   time.
15   Q. And under the "STUDY FUNDING" finally, this
16   was funded by Bern University Hospital?
17   A. Yes.
18   Q. Okay. And you -- you were donated
19   thermocouples by Mallenckrodt Anesthesiology
20   Products?
21   A. Yes.
22   Q. And Hot --
23      And Augustine Biomedical Products donated
24   the -- the Hot Dog device; correct?
25   A. I believe so.

Page 164

1    Q. Didn't offer any funding or anything of such
2    a nature based on --
3    A. No. Otherwise, it would be --
4    Q. Okay. And do you know whether or not
5    Augustine had any editorial say in -- in this
6    manuscript?
7    A. I -- I doubt it, but I cannot remember.
8    Q. Okay. Is Mercury Biomed the first company
9    that you've been on the advisory board that's not
10   forced-air warming?
11   A. I think so, yes.
12   Q. Going back to Exhibit No. 244, do you know
13   whether or not the operating rooms in Switzerland, in
14   Bern in the hospital were laminar flow?
15   A. I believe the orthopedic ones were.
16   Q. Okay. So this study was done in a laminar
17   flow operating room.
18   A. I believe so.
19   Q. And were you there during the time --
20      Do you recall being there during the
21   surgeries?
22   A. No.
23   Q. Okay.
24   A. I wasn't there for all surgeries, no.
25   Q. So were you -- were you aware of how the

41  (Pages 161 to 164)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 165

1    patients were draped during -- during the study?
2        A.  In general, yes, but I didn't supervise
3    everything among --
4        Q.  And what was your understanding of the
5    draping procedure used in the -- the Brandt study of
6    2010, Exhibit No. 244?
7        A.  You know what?  I'm not absolutely sure.  I
8    could only describe to you now how you usually drape a
9    hip, but whether that was absolutely done this way, I
10   don't know.
11       Q.  Do -- do the doctors in Switzerland drape
12   hips similarly to doctors in the United States?
13       A.  I would assume so.
14       Q.  Well you've practiced in Switzerland; --
15       A.  Yes.
16       Q.  -- correct?
17           During the time of your prac -- during your
18   practice as an anesthesiologist, did you attend or
19   provide anesthesia services for orthopedic patients?
20       A.  Yes, but very little.
21       Q.  Okay.  Going through this Exhibit 244, this
22   article, does it refresh your recollection where the
23   temperature sensors were to measure the environmental
24   temperature?
25       A.  Huh-uh.  The way it's --

Page 166

1            No.  The way it's written, I really can't
2    tell because it says once it's in the anesthesia
3    surgery area, so I -- I really don't know.
4        Q.  Is it possible that the one meter is just
5    one meter up from the ground?
6            MR. GORDON:  Object to the form of the
7    question, lack of foundation.
8        A.  It's possi --
9            MS. DIFRANCO:  Go ahead.
10       A.  Oh.  No, that is not possible.  I think we
11   would have always done it in -- at patient height,
12   wherever the patient is.
13       Q.  Okay.  Are you familiar with the Scott study
14   that looked at -- out of Johns Hopkins that looked at
15   the SCIP-10 protocol?
16       A.  Yes, I am.
17       Q.  Do you know Andrew Scott?
18       A.  Hmm?
19       Q.  Do you know Andrew Scott?
20       A.  Huh-uh.  Huh-uh.  I don't.
21           MS. DIFRANCO:  Is that a no?
22           THE WITNESS:  No.  Sorry.
23       Q.  Do you know any of the authors of this study
24   from Johns Hopkins?
25       A.  Frank.

Page 167

1        Q.  Steven Frank?
2        A.  Yes.
3        Q.  How do you know Steven Frank?
4        A.  I have known him for the past 20 years.
5        Q.  Is he a reputable doctor?
6        A.  Absolutely.
7        Q.  And he's done research in the field,
8    especially in -- in myocardial infarction?
9        A.  Yes.
10       Q.  All right.  Were you part of the meetings
11   with the government or Medicare with respect to the
12   SCIP protocols?
13       A.  No, I was not.
14       Q.  Do you know why they discontinued SCIP-10?
15       A.  No, I don't.
16       Q.  Do you know what SCIP-10 is?
17       A.  I do.
18       Q.  What is SCIP-10?
19       A.  The --
20           As far as I understood, it was one of our
21   performance measures in regards to temp -- core
22   temperature of patients at the end of surgeries or at
23   arrival.  So patients either had to have a core
24   temperature at the end of surgery of greater than 36,
25   or there had to be proof of active warming.

Page 168

1        Q.  Okay.  So if you -- if you active warm and
2    the patient is below 36 degrees, --
3        A.  That's fine.
4        Q.  -- you could file a SCIP-10.
5        A.  Exactly.
6        Q.  Or if it's a surgery that is short or
7    whatever, you don't -- and the patient comes out at 36
8    degrees or above, you still comply with 610 -- or
9    SCIP-10; --
10       A.  Yes.
11       Q.  -- correct?  Okay.
12           (Exhibit 245 was marked for
13           identification.)
14   BY MR. ASSAAD:
15       Q.  Dr. Kurz, what's been marked as Exhibit 245
16   is an article titled "Compliance with Surgical Care
17   Improvement Project for Body Temperature Management
18   (SCIP Inf-10) Is Associated with Improved Clinical
19   Conditions."  Are you familiar with this document?
20           MR. GORDON:  It's "Outcomes," not
21   "Conditions."
22           MR. ASSAAD:  "Outcomes," correct.
23       A.  Yes, I am.
24       Q.  Okay.  Have you looked at the data in this
25   document?

42  (Pages 165 to 168)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 169

1    A.  Yes, I did.
2    Q.  Okay.  Have you had any conversations with
3   any of the authors regarding this document?
4    A.  No, I have not.
5    Q.  Any conversations with Dr. Sessler regarding
6   this document?
7    A.  Probably, yes.
8    Q.  Okay.  If -- if you look at -- just --
9        Just to get a background of this -- of this
10  study, this was a retrospective study done at Johns
11  Hopkins; correct?
12   A.  Correct.
13   Q.  And it was regarding --
14       And they looked at 46,683 patients that
15  underwent non-cardiac surgery between January 2010 and
16  June 2014; is that correct?
17   A.  That is --
18       If I find it here, it's correct.
19   Q.  On the second page.
20   A.  Oh, you're back there.  Okay.
21   Q.  Under "Materials and Methods."
22   A.  Okay.  Yeah.
23   Q.  Okay.  And on the following column where it
24  starts with "Two groups...," it says, "Two groups were
25  created based on the SCIP-10 guideline, which was

Page 170

1   designed to be the 'SCIP compliant' and 'SCIP
2   noncompliant' groups.  If the highest of the two
3   temperatures measured during the last 30 minutes of
4   surgery and the first 15 minutes of postoperative care
5   was greater than or equal to 36 degrees, or active
6   patient warming was utilized..."
7    A.  Correct.
8    Q.  And that's what we discussed previously;
9   correct?
10   A.  Yes.
11   Q.  Okay.  Now if you look on Table 2, they
12  looked and not just colorectal surgery but over many
13  different types of surgeries; correct?
14   A.  Correct.
15   Q.  General surgery, gynecology, neurosurgery,
16  spine, orthopedics, otolaryngology, plastics,
17  pediatric surgery, thoracic, transplant, urology, and
18  vascular; correct?
19   A.  Uh-huh.  Correct.
20   Q.  Okay.  So they looked at the effect of SCIP
21  compliance or maintaining normothermia over many
22  different types of surgeries.
23   A.  Correct.
24   Q.  Okay.  And if you look at Table 4, and I
25  want to focus on wound infections because that was

Page 171

1   mainly what the infections that were discovered during
2   the 1996 Kurz study; correct?
3    A.  Yes.
4    Q.  Okay.  You agree with me that there's no
5   statistically significant difference between SCIP
6   compliance and SCIP non-compliance.
7    A.  Yes.
8    Q.  Okay.  So what this is study -- this
9   retrospective study is telling me, that in general
10  there's no statistical difference in wound infections
11  between patients that are SCIP compliant, which is
12  either active warming or -- or they maintain
13  normothermia, and SCIP non-compliant; is that correct?
14   A.  I assume it is.
15   Q.  Okay.  And you have no reason to disagree
16  with these numbers; correct?
17   A.  Other than that they're very small, no.
18   Q.  For -- for wound infection, I mean this
19  forty -- forty-three thousand patients.
20   A.  Right.  But 44 SCIP non-compliant wound
21  infections.
22   Q.  Yeah, 44 out of 44,000.
23   A.  Forty-four out of 1,200.
24   Q.  Where do you get 1,200?
25   A.  In the same --

Page 172

1    Q.  Oh, okay.
2    A.  So it's --
3        Anyway, --
4    Q.  Okay.
5    A.  -- I believe the data, but it -- it has
6   problems.
7    Q.  Do you think it's underpowered?
8    A.  I don't want to talk about power here.  I
9   would have to really reread that article because I
10  know I had some concerns about it.  I just can't
11  remember them now.
12   Q.  Okay.  Now this is not saying that, if you
13  look at the individual type of surgeries, that you're
14  not going to see a statistically significant
15  difference; correct?
16   A.  Correct.
17   Q.  You're looking at the overall trend.
18   A.  Correct.
19   Q.  Okay.  And -- and if you turn to Table 3,
20  what's -- what's interesting is the paper --
21   A.  I don't --
22   Q.  Table 3.
23   A.  Yeah.  Yeah.  This is -- yeah.  This needs
24  to be reread because why there should be a difference
25  in sepsis is unclear, because sepsis is the worst form

43  (Pages 169 to 172)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Page 173

1  of infections. So I would need to reread that.
2      Okay, Table 3.
3      Q. Okay. I'm talking about --
4      But wound infections, you agree with me that
5  there's no statistically significant difference based
6  on this data.
7      A. Yes.
8      Q. Okay. Table 3 talks about SCIP compliant
9  and SCIP non-compliant, and for SCIP non-compliant
10  means that you're not above 36 degrees and you
11  received no active warming; correct?
12      A. And/or, yes.
13      Q. Okay. So there's no active warming, and you
14  do not leave the operating room at 36 degrees,
15  according to the criteria, or within 15 minutes --
16      A. Right.
17      Q. Okay. And -- and for those patients, we're
18  seeing an end operating room temperature -- core
19  temperature of 35.1 degrees.
20      A. Yeah.
21      Q. Okay. So that that's higher than, you know,
22  the uncooled patients in your study that were 34.5
23  degrees.
24      A. That's right.
25      Q. And we're seeing patients -- the difference

## Page 174

1  between the SCIP compliant and the non-SCIP
2  compliant -- let's start with this -- withdraw.
3      The difference with the SCIP compliant and
4  the SCIP non-compliant, we're looking about -- a
5  change of temperature of about, what, 1.2 degrees on
6  average.
7      A. Yes.
8      Q. Okay. You agree with me sitting here today
9  that there's no evidence that a one-degree change of
10  temperature in the core body temperature has any
11  effect on infection rates.
12      A. I agree that there's very little evidence
13  for that, yes.
14      Q. And if you look at page six of Exhibit No.
15  218 --
16      A. Which is what?
17      Give me one second with this one here,
18  please. How did they measure that?
19      Which one?
20      Q. Exhibit 218, --
21      A. Oh.
22      Q. -- page six. Under the seventh line up it
23  says AK, DK, CL. Do you see that?
24      A. Seventh line up. Yeah.
25      Q. Okay. And AK is you; correct?

## Page 175

1      A. I assume, yeah.
2      Q. DK is probably a typo because there's no DK
3  listed here, and CL is Claude LaFlamme. Do you know
4  Claude LaFlamme?
5      A. I do.
6      Q. Okay. And this is based from a question, if
7  you go up, "why should 3M fund a study to show risk
8  associated with hypothermia when there's already broad
9  acceptance of the current evidence?" And one of your
10  responses is, "...since you've already proven out the
11  risks of 2 degrees of hypo. Worse case it would show
12  1 degree doesn't matter." Did I read that correctly?
13      A. Yeah.
14      Q. Okay. So sitting here today, you don't know
15  if one degree of hypothermia has any effect on
16  infection rates.
17      A. Yes.
18      Q. Correct?
19      A. I think I've said that several times.
20      Q. Okay. So if --
21      And that's one degree below 36 degrees;
22  correct?
23      A. I can't remember how we -- one -- one
24  degree. It's --
25      No, I would say it's one degree below core

## Page 176

1  temperature.
2      Q. Well what we --
3      I mean do you remember what you were talking
4  about here? Were you talking about core temperature
5  or --
6      A. I can't remember.
7      Q. Okay.
8      A. I cannot, no.
9      Q. Well if these studies are showing that the
10  core temperature is less than one -- one degree
11  with -- with non-compliant patients at 35.1 --
12      A. Uh-huh?
13      Q. Okay.
14      -- and there's no evidence to support active
15  warming at that point, what evidence is there to
16  support active warming and maintaining normothermia in
17  2016?
18      A. I think there is a little ev -- evidence
19  that we have from 20 years ago.
20      Q. Little evidence -- excuse me?
21      A. That the --
22      It's in fact still there, old wound-
23  infection study we did, which might not be to today's
24  standards but very much was to standards at that point
25  in time. This study doesn't prove that the opposite

44  (Pages 173 to 176)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 177

1   is true either, because don't forget, it's a
2   retrospective study and not one of the best-done
3   either. So you --
4       Q.  Based on in today's standards.
5       A.  Based on in today's standards.
6       Q.  Okay.  It might have been good standards
7   back in 1996.
8       A.  There's no discussion about it because the
9   data would not have been available in '96.
10      Q.  Okay.
11      A.  So we still only have the old data.
12      Q.  Okay.  And Dr. Sessler has mentioned in an
13  e-mail before, in today's standards and with respect
14  to reliability of studies, that he probably wouldn't
15  have published the 1996 Kurz paper.  Do you agree with
16  him?
17      A.  Absolutely.
18      Q.  Okay.
19      A.  I would not have either.
20      Q.  So without that paper meeting today's
21  standards, do you agree with me that there's no
22  scientific evidence today that active warming or
23  maintaining normothermia reduces the incidence of
24  infection?
25      A.  If -- I mean if -- if you exclude the only

Page 178

1   paper that shows that, then there is no evidence.
2       Q.  Well we discussed later there's only one
3   paper regarding infection rates; correct?
4       A.  You could --
5           You have a second one which you excluded:
6   the Melling paper.
7       Q.  Well you couldn't tell me whether or not
8   that was intraoperative warming; correct?
9           MR. GORDON:  Objection.
10      A.  It doesn't matter.
11      Q.  Okay.
12      A.  It does not matter.  We are talking about
13  maintenance of normothermia, --
14      Q.  Okay.
15      A.  -- whether you warm the patients --
16      Q.  Do you think Melling was a good study?
17      A.  It was an okay study for the time.
18      Q.  Would you agree with me that that wouldn't
19  be publishable today?
20      A.  I absolutely would agree with you.
21      Q.  Okay.  So sitting here today, what paper
22  that could -- that -- what evidence that could be
23  published today supports active warming in the -- in
24  the active warming and normothermia that reduces the
25  incidence of infection?

Page 179

1       A.  Very little.
2       Q.  None; correct?
3       A.  I'm not quite sure.  I'm -- I'm still -- I'm
4   still debating about blood loss and other studies.
5       Q.  Talking about infection.
6       A.  Yeah.
7       Q.  So I just want to get this clear for the
8   record.  You agree with me that, in today's scientific
9   community, that there's no evidence, publishable
10  evidence that supports that maintaining normothermia
11  reduces infection rates.  You agree with that
12  statement.
13      A.  Still have problems with that statement.
14      Q.  Do you want me to rephrase?
15      A.  Yeah.  Do that, please.
16      Q.  In today's scientific standards, there is no
17  reliable evidence that supports that maintaining
18  normothermia reduces the incidence of infection.
19      A.  That is correct.
20      Q.  Thank you.
21          MR. ASSAAD:  Take a break.  I need to use
22  the restroom.
23          THE REPORTER:  Off the record, please.
24          (Recess taken.)
25  BY MR. ASSAAD:

Page 180

1       Q.  Going -- going back to my last question:  In
2   fact, as early as 2012 you notified 3M that the
3   current research guidelines for reliability and that
4   the previous studies were not done -- were done with
5   much -- I'm sorry.  Rephrase.
6           Back in 2012 you notified 3M that, at the
7   KOL meeting in Washington, that the evidence for
8   hypothermia-related complications mostly does not meet
9   current research guidelines for reliability and that
10  previous studies were done with much larger
11  temperature differences than are currently allowed.
12  Do you recall saying that to 3M?
13      A.  That is correct.
14      Q.  Okay.  And are you aware since that time 3M
15  has continued to cite your paper for its marketing
16  purposes with respect to its claim that forced-air
17  warming is a way to maintain normothermia, which
18  reduces the incidence of infection?
19      A.  I agree with this.
20      Q.  You agree that you're aware that mar -- that
21  they continue their marketing.
22      A.  Yes.  And I agree that they do that.  I do
23  the same.
24      Q.  Okay.  And you've been requesting from them
25  since 2012, you and Dr. Sessler, to fund studies to --

45  (Pages 177 to 180)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 181

1    larger studies to support those claims that were made
2    or those observations or -- or results that were found
3    in the Kurz study; correct?
4       A. That's partially correct. We asked to do a
5    study, first of all, larger patient populations but
6    more importantly smaller temperature differences. And
7    the smaller temperature differences we only have
8    nowadays because all patients are warmed; otherwise,
9    we would still think my '96 paper is very relevant.
10      Q. But you're still looking at just colorectal;
11   correct?
12      A. No, we are not.
13      Q. Well on the -- on the Protect study it's
14   colorectal.
15      A. Protect study says any type of --
16      Q. Okay.
17      A. -- other than -- any type of non-cardiac
18   surgical patient population.
19      Q. And when is that study supposed to be
20   completed?
21      A. I would --
22         Well, you should never ask things like that.
23   It's three years.
24      Q. Three years from --
25      A. Three years from now.

Page 182

1       Q. Okay.
2       A. From the beginning, yeah. But it should be
3    beginning soon, should be beginning soon.
4       Q. Do you agree that not all patients need to
5    be actively warmed?
6       A. Yes, I do agree.
7       Q. Do you have any scientific evidence that
8    patients -- withdraw that.
9          What's your definition of "passive warming?"
10      A. Basically, any type of covering with
11   blankets or draping, anything that does not actively
12   transfer heat into the body. To a certain extent,
13   even a warm blanket isn't very much -- it's almost
14   passive heating.
15      Q. So a warm blanket is considered passive?
16      A. No, I think in the literature it's
17   considered active, but it transfers so few calories --
18   watts that it's not much of an active device or a
19   venue to warm.
20      Q. Do you agree that in some surgeries, passive
21   warming could be as effective as active warming?
22      A. I agree that in some surgeries active
23   warming is not needed and therefore passive warming is
24   sufficient.
25      Q. What surgeries would they be? Can you give

Page 183

1    me some examples?
2       A. Yeah. Your eye.
3       Q. Okay. What about surgeries lasting less
4    than an hour?
5       A. I --
6          With current knowledge, I probably would
7    agree that active warming might not be needed.
8          (Exhibit 246 was marked for
9          identification.)
10   BY MR. ASSAAD:
11      Q. Dr. Kurz, what has been marked as Exhibit
12   246 is an e-mail from Al Van Duren to you and Dr.
13   Sessler, at the bottom part of the e-mail, regarding
14   two drafts of temperature papers that were coming up
15   for publication in 2013. Do you recall receiving this
16   e-mail?
17      A. I don't.
18      Q. Do you know what two papers he's referring
19   to?
20      A. I don't. I assume one is the descriptive
21   temperature study, the --
22      Q. Targeting Normothermia?
23      A. No, not Targeting Normothermia. The one we
24   discussed before that included transfusions.
25      Q. Okay.

Page 184

1       A. I assume that --
2       Q. They -- they funded that study; correct?
3       A. I think they did.
4       Q. Yeah. Okay. And what was the other one?
5       A. I don't know because there's no other one
6    be -- we -- we -- we've published.
7       Q. So at the bottom of the e-mail -- or the top
8    of the e-mail it says, "Hi, Dan and Andrea," and I
9    assume that's Dan Sessler and Andrea Kurz; correct?
10      A. Right.
11      Q. At the bottom says, "Gary Hansen and I have
12   read the two drafts of the temperature papers, and I
13   was wondering if we could make some suggestions
14   concerning amplification and explanation of some of
15   the concepts. I promise that they won't be too
16   commercial." Do you see where I read that?
17      A. Yeah.
18      Q. Okay. Was there -- was there an issue with
19   3M, anyone from 3M, to try to make edits in
20   publications they funded, that they want to put some
21   commercial -- like stuff that would make the edits too
22   commercial in the past?
23      A. No.
24      Q. Do you know --
25         Do you have any reason why Al Van Duren

46  (Pages 181 to 184)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 185

1  would put that disclaimer in an e-mail to you?
2      A.  I cannot even remember which two papers
3  those were.
4      Q.  Dr. Sessler responded --
5      A.  I don't know.
6      Q.  -- to Al Van Duren, "Dear Al,
7          "We are in the process of submitting the
8  papers.  Thus, every comment would have to be
9  incorporated really quickly.  I assume, if we get your
10  suggestions by next week we can still incorporate
11  them."  Did I read it correctly?
12      A.  Yes, you did.
13      MR. GORDON:  Read the signature.  I think
14  you misspoke.
15      Q.  Oh, I'm sorry.  It was from you.  Sorry.
16  This is an e-mail from you to Al Van Duren; correct?
17      A.  Yeah.  I don't know which the second paper
18  was.  I'm sorry.
19      Q.  Well whatever paper it was, you were willing
20  to hear suggestions from Al Van Duren and incorporate
21  them into a paper.
22      A.  Obviously, yes.  Yeah.
23      Q.  Okay.  Do you know whether both papers were
24  funded by 3M?
25      A.  If I don't know which the second one was, I

Page 186

1  don't know, no.
2      Q.  Well I guess my question --
3          You have a contract.  Isn't it by contract,
4  before you submit it for publication, they have a
5  right to -- to look at it and make suggestions?
6      A.  Absolutely.
7      Q.  So why in this process you were about to
8  publish it before you get the final okay from 3M?
9      MR. GORDON:  Object to the form of the
10  question.
11      A.  I don't recall why that happened.
12      Q.  I mean you write, "We are already in the
13  process of submitting the papers."
14      A.  Yeah.
15      Q.  So it means you're in the process of
16  submitting the papers for publication; correct?
17      A.  Yeah.
18      Q.  Do you agree at this point in time that you
19  haven't received any suggestions from 3M regarding to
20  any comments or edits they want to make?
21      MR. GORDON:  Object to the form of the
22  question, and also lack of foundation.
23      A.  Yeah.
24      Q.  Have you ever had any con -- conversations
25  with Michelle Hulse Stevens about the 1996 study and

Page 187

1  that -- that it won't -- it won't hold under scrutiny
2  in the future?
3      A.  I might have.  I don't know.
4      Q.  Do you recall any conversations with
5  Michelle Hulse Stevens about informing her that the
6  1996 study is not reliable and we need -- or it's
7  not -- doesn't meet today's reliability standards and
8  that we should get funding for a new study?
9      A.  Might very well be.
10      Q.  Do you recall having a pitch or proposal
11  to -- to Michelle Hulse Stevens?
12      A.  I'm sure we had over the last few years.
13      Q.  But you don't recall anything --
14      A.  I don't recall when or why and --
15      Q.  You -- you agree that there's part of the
16  scientific community that believes that there's not
17  enough scientific evidence to support maintaining
18  normothermia during the intraoperative period.
19      MR. GORDON:  Object to the form of the
20  question.
21      A.  I actually don't believe that.
22      Q.  You've never read any articles by doctors in
23  South Carolina that talk about normothermia being --
24  being as a false idol?
25      A.  No.  Who -- who was that?

Page 188

1      MS. DIFRANCO:  Answer his questions.
2      THE WITNESS:  Yeah.  No.
3      MS. DIFRANCO:  You can't ask him questions.
4      Q.  Medicine today is -- we --
5          We practice evidence-based medicine today;
6  correct?
7      A.  We try to.
8      Q.  Okay.  And the research --
9          And it's based on research that's
10  evidence-based; correct?
11      A.  Again, we try to.
12      Q.  Okay.  In 20 years since the Kurz study, 3M
13  has been using that study to extrapolate that the
14  incidence of infection is reduced when you maintain
15  normothermia, not across just colorectal surgeries but
16  across all surgeries.  Are you aware of that?
17      A.  Yes, I am.
18      Q.  And at any time have you contacted 3M and
19  told them, "Look, colorectal, you know, is -- is an
20  open abdominal surgery, there's not enough evidence to
21  support -- to maintain those statements in any other
22  type of surgery?"
23      A.  I'm always very specific in regards to
24  patient-population studies, so I might, but I don't
25  recall it.

47  (Pages 185 to 188)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Page 189

1    Q.  So you think you may have told 3M that you
2  can't make those claims?
3    A.  I think that's all I have.
4  really -- in 20 years, I -- I don't remember that.
5    Q.  Would it have been with Dr. Augustine?
6    A.  I had very few conversations with Dr.
7  Augustine.
8    Q.  Has Dr. Augustine ever asked you to be on
9  his advisory board for Hot Dog?
10    A.  He might have many years ago.
11    MR. ASSAAD:  I think that's all I have.
12    MR. GORDON:  Yeah.  And given the doctor's
13  need to finish in a half --
14    THE WITNESS:  No, it's fine.
15    MS. DIFRANCO:  Let's keep going for --
16    Let's go off the record.
17    THE REPORTER:  Off the record, please.
18    (Discussion off the stenographic record.)
19  BY MR. GORDON:
20    Q.  Dr. Kurz, I'm Corey Gordon.  I represent 3M.
21    I want to start with asking you some
22  follow-up questions on Exhibit 245.  That's the Scott
23  paper.
24    A.  Uh-huh.
25    Q.  SCIP Inf-10.

## Page 190

1    A.  SCIP-10.  Yeah.  Where did I put that?
2    Q.  It's right there.  I -- I'm --
3    I want to clarify because I'm not sure I
4  heard you correctly.  Are you --
5    Is it your testimony that there is no
6  evidence today to support the notion that maintenance
7  of normothermia reduces infections, any kind of
8  infections?
9    MR. ASSAAD:  Objection, misstates prior
10  testimony.
11    MR. GORDON:  And it may well.  I'm -- I'm
12  just --
13    So please clarify.
14    A.  I think I can't -- it's difficult.  I don't
15  know why you -- why we talk about it in regards to
16  this.  I mean there are published papers that show
17  that under certain conditions there is an effect of
18  maintaining normothermia.
19    Q.  A -- a beneficial effect?
20    A.  It causes a beneficial effect.
21    Q.  Let's -- let me be specific on -- because it
22  was in the context of the Scott paper that -- that --
23  that this arose.  If you look at the -- the -- just
24  the re -- the front page, the results, they -- they
25  say sort of in the middle, "...SCIP compliance was

## Page 191

1  associated with a reduced incidence of hospital-
2  acquired infections...," then they go on to give the
3  numbers and the odds ratio.
4    Would you consider the Scott paper evidence
5  that maintenance of normothermia has a beneficial
6  impact by -- in -- in -- in terms of reducing the
7  incidence of hospital-acquired infection?
8    MR. ASSAAD:  Objection to form.
9    A.  I do.  I -- I do.  And that's what I
10  actually wanted to get to.  I mean only that this is a
11  retrospective study.  Wound infections are very, very
12  poorly coded; however, they did have things like
13  sepsis and other really, really important infectious
14  outcomes that were reduced.  So in the end, I don't
15  care which type of infection it is, --
16    Q.  And --
17    A.  -- that it's clear there is a positive
18  effect or a decreased infection incidence in patients
19  that were SCIP compliant.
20    Q.  And by "SCIP compliant," that -- that means
21  maintenance of normothermia.
22    A.  Either --
23    MR. ASSAAD:  Objection.
24    A.  -- greater than 36 and/or warmed
25  intraoperatively.

## Page 192

1    Q.  Okay.  And on page five they -- under
2  "Discussion" they go -- they say that "The primary
3  findings in this study were that SCIP Inf-10
4  compliance was associated with a reduced risk for
5  hospital -- hospital-acquired infection, ischemic
6  cardiovascular events, and mortality, as well as a
7  decreased length of stay."
8    Based on --
9    A.  That's the first paragraph of the
10  "Discussion," is it?  Yes.
11    Q.  The first -- first line of the discussion.
12    A.  Yeah, yeah.  Uh-huh.
13    Q.  And I'm --
14    Do you disagree with any of those --
15    A.  No, I don't.
16    Q.  -- conclusions?
17    And based on the state of evidence today in
18  January of 2017, do you think there's any --
19    Do you think this is an outlier, or do you
20  think this is consistent with the existing body of --
21  of -- of medical literature, --
22    MR. ASSAAD:  Objection to form.
23    Q.  -- including all your work?
24    A.  That's the most recent body.  There it's --
25  it's -- it's clearly consistent what we did many years

48  (Pages 189 to 192)

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Page 193

1    ago, it's under different conditions, but that's the
2    body of literature we have at the moment.
3        Q.  And in a little bit further on they go on to
4    say, "Our findings also support those of the original
5    randomized clinical trials by Kurz et al and Frank et
6    al, on which the SCIP measure was based..."
7        A.  Right.
8        Q.  So by --
9            Okay.  Right.  And I -- so are -- are --
10           Do you consider the Scott study or the Scott
11   paper to somehow call into question your original
12   paper, the 1996 paper?
13           MR. ASSAAD:  Objection to form.
14       A.  I don't, despite the fact that the -- the
15   strict wound infections don't seem to be different,
16   but I'm not taking it so seriously because those are
17   usually very hard to evaluate.  So I absolutely agree
18   with that paper.
19       Q.  And on -- with respect to that, I think
20   they -- they -- they -- I -- I'd like to direct your
21   attention to page six --
22       A.  Just one further, yeah.
23       Q.  On the -- the bottom of the first full
24   paragraph they say, "We also had a lower risk
25   population for wound infection compared with the

Page 194

1    randomized trial by Kurz et al, where all patients had
2    colorectal surgery.  This may explain why in our study
3    the composite infection outcome was significantly
4    increased but wound infection by itself was not."
5        A.  Yeah.  And I think this was what we said
6    before.  There were very few wound infections, real
7    wound infections in this particular study.
8        Q.  And in this particular study there were only
9    a total of 46 orthopedic procedures that were SCIP
10   non-compliant; right?
11       A.  Yeah.
12       Q.  And the overall rate of infection in
13   orthopedics tends -- tends to be one percent or less;
14   right?
15       A.  I would say less than one percent.
16       Q.  Even if you say it's one --
17           MR. ASSAAD:  Objection to form.
18       Q.  Even if you assume it's one percent, with a
19   population of 46 procedures, you -- you wouldn't
20   expect --
21       A.  I would be --
22       Q.  -- even to get one infection.
23       A.  Exactly, yeah.
24       Q.  So in terms of the -- the -- the pow -- the
25   ability of this study to demonstrate the absence or

Page 195

1    presence of any benefit from the maintenance of
2    normotherm -- normothermia on wound infections,
3    specifically in the context of orthopedic procedures,
4    do you -- do you believe this study has any -- has any
5    value?
6            MR. ASSAAD:  Objection to form, assumes
7    facts not in evidence.
8        Q.  That's -- that's a -- that's a poor
9    question, --
10       A.  Yeah.
11       Q.  -- poorly-phrased question.
12           MR. ASSAAD:  I interrupted.  I'm sorry.
13       Q.  Would -- would -- would you consider this
14   study evidence that maintenance of normothermia
15   confers no benefit in orthopedic surgery --
16           MR. ASSAAD:  Objection --
17       Q.  -- in terms of reducing the risk of
18   infection?
19           MR. ASSAAD:  Objection to form, assumes
20   facts not in evidence.
21       A.  Let -- let me rephrase that.
22       Q.  Please.
23       A.  I con --
24           I think in regards to orthopedic surgery and
25   wound infections, these patients, this study cannot

Page 196

1    make a statement -- not make any statements.
2        Q.  Okay.  And have -- have you -- are --
3            Have you done any research to try and find
4    if there are any, you know, studies or papers out
5    there now that address the impact of normothermia on
6    surgical-site infections in orthopedics?
7        A.  No.
8        Q.  Okay.
9        A.  No, we don't.
10       Q.  All right.  You had --
11           In your earlier testimony you had said you
12   had some concerns about the Scott paper but you -- you
13   couldn't remember what they were.
14       A.  Uh-huh.  I do now.
15       Q.  You do now?
16       A.  Yeah.
17       Q.  Please share them.
18       A.  The main concern actually was again
19   there's a -- the --
20           The SCIP non-compliant group is very, very
21   small, and I -- I -- I remember now because I -- I
22   think at some point I actually reviewed the paper, so
23   you go 44,000 patients where there's 12,000, and then
24   the -- I -- I actually like it that they make no
25   statement or basically explain the wound-infection

49  (Pages 193 to 196)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 197

1   data just because they had such low numbers of those,
2   which is very, very typical for retrospective studies.
3   It's like not in our colorectal patients we exactly
4   evaluate that every day.  These are just electronic
5   data where it's not done.
6          The other objection -- not objection, but
7   the other thing I -- I didn't agree so much was their
8   temperature data, whether SCIP compliant or
9   non-compliant, because it's not completely clear how
10  they measured that, whether it was esophageal -- I
11  think most of it was actually some type of infrared or
12  so measurement which isn't very reliable.
13         So those were my main concerns, which in the
14  end don't make -- don't matter that much because
15  temperature is -- is -- is a side effect here.
16  They -- they looked at SCIP compliant or non.  So --
17  yeah, so they should have fairly accurate temperature
18  measurements.
19      Q.  Okay.  So your -- your 1996 study, --
20      A.  Yes.
21      Q.  -- your -- you said it wouldn't -- you
22  wouldn't consider it publishable today.  What are the
23  reasons for that?
24      A.  I'm -- I --
25          Did I really say that I wouldn't consider it

Page 198

1   publishable?
2       Q.  I -- I --
3       A.  I don't think I said it in those words.
4       Q.  I --
5           Don't let me to put -- well don't let me put
6   words in your mouth.
7       A.  I think it might not be publishable as well
8   as we did it 25 -- 20 years ago.  So that 1996 study
9   was the first anesthesia outcome study in patients
10  ever, and I think that's why it was published so well.
11  It probably is --
12          What we see more in -- more now in medical
13  research is that numbers truly matter, so you do get
14  some degree of false or by-chance results if you don't
15  study very, very large numbers.  At the point in time
16  this was the largest anesthesia study ever.  Nowadays
17  we consider studies that are 5,000, 10,000, 20,000
18  patients the appropriate size.  So you can see, though
19  I -- I think I could still pub -- you could still
20  publish it nowaday, but I -- I -- I -- I guess the
21  approach to -- to patient populations and how large
22  studies are have significantly changed over the past
23  20 years.
24      Q.  So if you were to redo the study, the 1996
25  study today, you would increase the patient

Page 199

1   population; --
2       A.  Yes.
3       Q.  -- is that right?
4       A.  Yeah.
5           I couldn't redo the study, the exact study,
6   no.
7       Q.  Please explain to the jury why you couldn't
8   redo the study today.
9       A.  Because it would be considered unethical
10  nowadays not to warm a patient at all
11  intraoperatively.  No eth --
12      Q.  Fine.
13      A.  No ethics committee -- it's become --
14          Over the past 20 years, active warming has
15  become standard of care, and with no study you can
16  deviate from the standard of care.  So 20 years ago,
17  having a control group that wasn't actively warmed was
18  perfectly fine because nobody else in the world warmed
19  patients.  Nowadays it wouldn't.
20          The other thing is, of course -- and that's
21  one reason why we are looking at much larger patient
22  populations.  Due to the fact the patients are warmed,
23  we don't see the significant decrease of hypothermia
24  any more, and therefore in any study the effect size
25  wouldn't be as large as in this particular one.

Page 200

1       Q.  I under --
2           Putting aside the ethical -- your -- your
3   constraint that would prevent you from doing a study
4   without an act -- without active warming, --
5       A.  Uh-huh.
6       Q.  -- if you were to replicate the study today
7   with a larger patient population, do you believe that
8   it would show no impact of warming on infection rates?
9           MR. ASSAAD:  Objection, calls for
10  speculation.
11      A.  I think if I would replicate this study I
12  would see a significant effect, an improvement in
13  infection rate, maybe not the same effect size.
14      Q.  And earlier I think there were some
15  questions about some comments that had been about made
16  either by you or -- or Dr. Sessler that maybe the
17  effect size would be only 30 percent.  Do you recall
18  those?
19      A.  Yes, I do recall that.
20      Q.  And -- and I -- I understand that's just
21  your -- your -- your best judgment --
22      A.  Yes.
23      Q.  -- based on your expertise and -- and
24  experience.  But what -- I --
25          I want to make it clear.  You're not

50  (Pages 197 to 200)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 201

1    saying -- or are you saying that you -- you -- that
2    the evidence today no longer supports the idea that
3    act -- that maintenance of normothermia reduces the
4    risk of surgical-site infections?
5         MR. ASSAAD:  Objection to form.
6         A.  I think, if I understand you correctly, I'm
7    not saying that.  I am saying that I still believe
8    that maintenance of normothermia decreases infection
9    risk, but the effect size might be closer to 30-
10   percent reduction or so, which in effect is a
11   humongous, enormously large effect size for any
12   medical intervention.
13        Q.  And you were asked about some -- apparently
14   some doctors in South Carolina who -- who seem to
15   think that maintenance of normothermia is -- is
16   completely unimportant.  Would you -- is that
17   something with which you --
18        Are you familiar with any sizeable or, you
19   know, appreciable number of physicians or school of
20   thought that actually is -- questions the -- the value
21   of normothermia today?
22        A.  No, I'm not.  That's why I was so surprised.
23   No, I'm not.
24        Q.  In fact, have you ever heard of any doctors
25   who question normothermia as -- as a -- as a positive

Page 202

1    benefit?
2         A.  Not in the past 10 years or 15 years.
3         Q.  Okay.  You had -- and --
4         And you earlier talked about more-recent
5    studies that you -- that meet the more-modern
6    standards of evidence -- evidence-based medi --
7    medicine to support the positive impact of
8    normothermia on several other outcomes.
9         A.  Yes.
10        Q.  Okay.  We talked -- you --
11        You talked about blood transfusions.  And if
12   it reduces the need for blood transfusion,
13   does -- does that have any potential to impact the --
14   the host immunity?
15        A.  Enormously, yes.
16        Q.  Yeah.  How so?
17        A.  Because blood transfusions in itself are to
18   a certain -- are very immunosuppressive, so if --
19        There's a very large body of evidence that
20   patients who receive blood transfusions have more
21   post-operative infections, more sepsis, more cardiac
22   and pulmonary complications, so avoiding blood
23   transfusions is actually one of our main -- main
24   goals -- not avoiding, but limiting the number of
25   transfusions is one of the main goals here at the

Page 203

1    Cleveland Clinic and many other places nowadays.
2         Q.  So in terms of that, you know, evidence
3    supporting the notion that normothermia confers a
4    benefit in terms of reducing the risk of infection,
5    perhaps the evidence for the reduced transfusions is
6    not direct A-to -- A-to-B evidence but it's
7    A-to-B-to-C.
8         A.  It's a mediator.
9         MR. ASSAAD:  Objection to form.
10        Q.  I'm sorry.  You -- you said it was --
11        A.  It's almost like a mediator.  So if you
12   are -- it -- or it's -- it's a --
13        It's part of a mechanism, let's put it that
14   way.  So if you are hypothermic, you lose more blood.
15   And that's actually pretty well established, because
16   hypothermia directly affects platelet function.  If
17   you -- if you -- if you give transfusions, then you
18   get some immunosuppressive effect and -- which
19   decreases the host response which then could -- but
20   I'm extrapolating now, so --
21        But that's the clinical pathway which I
22   think that follows.
23        Q.  And the study that you're -- you and Dr.
24   Sessler are doing now in China, what -- what's the
25   primary outcome that you're -- you're looking at

Page 204

1    there?
2         A.  I think the primary outcome is myocardial
3    injury after non-cardiac surgery, but I do believe --
4    we've gone over the protocol so often that I'm getting
5    confused -- that the secondary outcome is wound
6    infection.
7         Q.  But in terms of primary infection, the
8    myocardial injury, that -- is -- is -- is the --
9    the injury that you're looking -- you're going to be
10   looking for, is that something that -- that the -- the
11   average patient would realize they've been injured?
12        MR. ASSAAD:  Object to the form,
13        A.  Yes, it is, because they either would have a
14   myocardial infarction after surgery, which they would
15   know very well, or they would have some type of injury
16   which is not quite as bad but still a bad complication
17   after surgery.  And myocardial injury after surgery
18   happens in almost 10 percent of our patients, so it's
19   a huge -- a huge, huge medical problem.
20        Q.  And -- and I'm -- I'm --
21        I apologize for completely misunderstanding
22   the purpose of the study.  Is -- I --
23        Is there some chemical that is evidence of
24   a -- a relatively mild cardiac damage --
25        A.  Yeah.

51  (Pages 201 to 204)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 205

1    Q. -- that -- that you can look for that
2    somebody might be walking around and having no idea
3    that they've had this mild mardi -- myocardial damage,
4    but it has -- but it manifests itself in a measurable
5    way with this particular chemical?
6    A. We look at what's called troponin T, so
7    that's a cardiac enzyme that's ex -- well it's
8    excreted by muscle cells when they die, and it's a
9    very, very sensitive marker, and they're a very strong
10   predictor of post-operative mortality.
11   Q. Are -- and is --
12       Are you going to be looking at troponin T?
13   A. Yes.
14   Q. Is that -- is that the primary outcome?
15   A. Yes.
16   Q. Is it --
17       So is the level of troponin T that you're --
18   you're looking for such that it would demonstrate that
19   somebody's already had enough cardiac injury that
20   they -- they ought to know about it?
21   A. It would, yes. So the higher the level, the
22   more likely that the patient has strong symptoms. The
23   problem with -- with surgery or the post-surgery
24   period is just that patients don't get the typical
25   myocardial-injury chest pain, and so most of -- of --

Page 206

1    of the myocardial injury is silent. Nevertheless,
2    about I think one in 10 patients who have an elevated
3    troponin level after surgery will be dead 30 days
4    after surgery, which is -- it is significant.
5    Q. And -- and -- and I'm -- I'm clearly not
6    asking very clear questions and I apologize. But
7    are -- is -- are any of the -- strike that.
8        At the levels of troponin that you're going
9    to be looking at as the primary outcome, do you --
10   will you include as an adverse outcome from surgery
11   troponin levels that are actually subclinical, that --
12   that have not manifested themselves --
13       MR. ASSAAD: Object to form.
14   Q. -- in overt cardiac disease?
15       MR. ASSAAD: Object to form.
16   A. There is not such a thing. So anything that
17   is considered relevant, which are troponin levels
18   greater than .03, we will include; anything that's
19   lower than that is too minimal that we won't. So
20   it's --
21       The differentiation between clinic and
22   subclinic is very hard to make here.
23   Q. Okay. And there -- there was a study that
24   had similarly looked at myocardial -- or the impact of
25   normothermia on myocardial events, a Frank study.

Page 207

1    A. Yes.
2    Q. Okay. And that --
3        Are you in effect trying to replicate that
4    aspect of the Frank study with a -- a larger
5    population and -- and --
6    A. Yeah.
7    Q. -- more --
8    A. The Frank study did not measure troponin,
9    which is a strong weakness of the study. But of
10   course, then, 20 years ago, troponin wasn't as
11   available and as established as they are nowadays.
12   Q. Twenty years from now maybe there will be
13   something else to --
14   A. I hope so.
15   Q. A more sensitive measure.
16   A. Yeah.
17   Q. Okay. If I could now direct your attention
18   to Exhibit 244, the -- the Brandt et al paper on
19   comparing the resistive polymer to forced-air warming,
20   want -- and if you want to turn to page 37, I want to
21   read you part of the discussion that we -- plaintiffs'
22   counsel asked you about. He didn't read it, so
23   I'm -- my turn to -- to read it, a portion of it.
24       MR. ASSAAD: Object to the preamble.
25   Q. "First, the blanket is stiffer and tends to

Page 208

1    wrinkle, which may reduce the surface area in contact
2    with the patient's skin, thus reducing its
3    effectiveness. Because there is no stream of warm
4    air, the efficacy of the system, similar to all
5    resistive-warming systems, is dependent on close skin
6    contact, and the blanket has to be placed on the
7    patient correctly. Incorrect placement may explain
8    the observed tendency of the rewarming curve in the FA
9    group to be steeper and the final mean core
10   temperature in the RP group to be lower. Therefore,
11   the results of our study should be extrapolated with
12   care to settings in which the risk of severe
13   intraoperative hypothermia is high, or those in which
14   hypothermic patients must be warmed quickly from very
15   low core room temperatures. Another limitation is
16   that the RP blanket has to be cleaned between cases,
17   thus requiring manpower and cleaning equipment to
18   avoid contamination with pathogens."
19       First of all, did I read that portion
20   correctly?
21   A. Yes.
22   Q. Okay. And I'm -- I'm going to actually
23   start with the -- the -- the -- last part of it
24   first and work backwards. In -- in this section
25   you're talking about limitations of the -- the

52  (Pages 205 to 208)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 209

1  resistive-polymer blanket. In this case it was the
2  Hot Dog; right?
3      A.  Yes.
4      Q.  And one of the things you're -- you're --
5  you're cautioning about is that they -- they have to
6  be cleaned in between each surgical procedure, which
7  takes manpower and cleaning equipment. And -- and --
8  and that has to be done; otherwise, there can be a
9  risk of cross-contamination of pathogens from the one
10  patient being directly placed on another -- on -- on
11  another patient; right?
12      A.  Yeah, absolutely.
13      Q.  And going back up to the top where you talk
14  about the tendency of the blanket to wrinkle, are --
15  are you aware of any impact that that tendency of it
16  to wrinkle has had on the -- on how effectively it can
17  be cleaned in between surgical procedures?
18      A.  I --
19          No, --
20          MR. ASSAAD:  Objection.
21      A.  -- I cannot -- I cannot comment on that.
22      Q.  Have you -- have you heard any concerns
23  about challenges to -- to cleaning the blankets in
24  between procedures?
25      A.  I haven't, but then I -- I know very -- I

Page 210

1  only --
2          I don't know many institutions that use
3  these types of warming.
4      Q.  And --
5          But a concern if you use one is that you --
6  you got to be sure to clean it thoroughly, including
7  all the wrinkles, all the folds, because if --
8  otherwise, you could be directly transferring
9  pathogens from one patient to another; right?
10          MR. ASSAAD:  Objection to form.
11      A.  Yeah.
12      Q.  Now you had -- I -- I --
13          I believe you had said that when you wrote
14  this, the cost -- you -- your understanding was the
15  cost of the -- the Bair Hugger blanket was higher and
16  the cost of the cleaning process for the resistive
17  blanket or the Hot Dog was -- was lower?  And --
18      A.  That I don't know.  I -- I know that the --
19  that the forced-air blankets have come down
20  significantly in price.  I -- I've -- I've never
21  really looked.  I mean that's -- that's the discussion
22  part of a paper where you can make assumptions, but I
23  haven't looked into the cleaning part.  But I do know
24  that here at the Cleveland Clinic we more -- more --
25  for many of our devices, actually moved to disposables

Page 211

1  because the cleaning process is very often tedious and
2  equally expensive at least.
3      Q.  You -- and --
4          And way earlier in your testimony this
5  morning I think you talked about the -- the switchover
6  the -- from the use of the Bair Hugger to the -- the
7  Stryker product, the Mistral unit --
8      A.  Yes.
9      Q.  -- at the Cleveland Clinic, and I -- I --
10  I --
11          You had said something about the comments of
12  your -- of the -- the nurse anesthetists and -- in --
13  in using the Mistral blanket.  What had --
14          What has been the feedback that you have
15  received from your staff about the -- the use -- about
16  the -- how the -- how the Mistral unit performs?
17      A.  I think people just had the feeling -- and
18  that's, of course, anecdotal so you must be careful --
19  that fewer patients have a core temperature greater
20  than 6 -- 36 degrees when they drop them in the
21  recovery room as opposed to before.
22      Q.  Now are those data that you collect?
23      A.  These are data that we collect.
24      Q.  And is -- so have -- are --
25          Is there any discussion about doing some

Page 212

1  sort of a -- a --
2      A.  I've already initiated this.  It's a --
3          We already are performing a data pull to
4  look into this.
5      Q.  So --
6          And what will you be looking at in that data
7  set?
8      A.  We will look at --
9          I think we started using Mistral-Air two
10  years ago, in November or so, so what we will do is we
11  will choose two similar time periods, let's say
12  February to -- February, March, April -- May, three
13  months two years ago or one and a half years or -- or
14  one and a half years ago or whatever it -- even this
15  year, and compare core temperatures to a three-month
16  period at the same time in a year -- in that year, the
17  same months, but only three years ago or four years
18  ago when we had the Bair Hugger.
19      Q.  So you would be comparing core temperatures
20  at the com -- at time of completion of the surgery on
21  arrival at PACU?
22      A.  No.  We -- we have all --
23          We have core temperatures from after
24  induction to anes -- of anesthesia to end of surgery
25  and at arrival in the PACU.

53  (Pages 209 to 212)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 213

1    Q.  So you can do the whole curve.
2    A.  So we will do the entire time-weighted
3  average below a certain core temperature.
4    Q.  Is that something you're doing just for
5  internal purposes, or do you -- would you expect to
6  publish the results?
7    A.  I probably would not publish.  It's a
8  quality-improvement project, and I usually do that to
9  see whether I -- we want to stick to the Mistral-Air
10  or go back to Bair Hugger.
11    Q.  Do you have any plans, as part of the --
12  this comparison of the Mistral to the -- to the Bair
13  Hugger, to look at any other endpoints besides core
14  temperature?
15    A.  No.  No.  Because it's -- it's probably --
16    Three months isn't a long-enough time period
17  to have enough patients to look at other outcomes.
18  It's not a bad idea, but we probably will --
19    And I think it's also different times.  So
20  if you look at data, whatever, in two thou -- 2012 and
21  2016, many things have changed in between.  It will be
22  a very unfair comparison to look at outcomes such as
23  infections or myocardial outcomes because surgical
24  technique might have changed over time, other things
25  in the OR might have changed, anesthesia management

Page 214

1  might have changed, so no, we will not look at
2  outcomes.
3    Q.  So the driver of this --
4    A.  Is temperature.
5    Q.  -- particular quality-improvement project is
6  the concern that -- the anecdotal concern that core
7  temperatures are lower -- have been lower with the
8  Mistral unit.
9    A.  Exactly.
10    Q.  Okay.  I -- I'm sorry, I --
11    If we could go back to Exhibit 244, one
12  other thing I want to ask you about:  on page 837 you
13  said, "...posterior patient-warming systems do -- do
14  have the inherent disadvantage that warming the back
15  of the patient in the supine position is suboptimal
16  because of low perfusion in this area and the danger
17  of pressure-heat injuries."
18    Could you explain what you meant by
19  "pressure-heat injuries."
20    MR. ASSAAD:  Where are you reading?  Sorry.
21    MR. GORDON:  Page 837 of -- this is Exhibit
22  244.
23    MR. ASSAAD:  Yeah, but where I mean.
24    MR. GORDON:  It's almost to the bottom of
25  the second column.

Page 215

1    A.  The bottom, "...the back of the patient..."
2  Yeah.  That just means that when you lie on the
3  surface, the vessels on -- the perfusion on your back
4  is a little bit compromised just all due to your own
5  weight because you are basically lying on -- on your
6  back, and if you apply heat to an area that has a
7  slightly decreased perfusion, it could cause burns
8  easier as opposed to if the perfusion would be
9  completely okay.
10    Q.  So are -- are you familiar with the concept
11  of, in connection with -- with resistive blankets, of
12  thermal runaway?  Does that have any meaning to you?
13    A.  That term does not.
14    Q.  Your face told me it doesn't.
15    A.  No.
16    Q.  Are you familiar with how the blanket
17  regulates the amount of wattage that is sent to it?
18    A.  It depends on which kinds.  Are we talking
19  about water blankets or resistive heating?
20    Q.  Resistive, resistive blankets.
21    A.  I think I kind of know.
22    Q.  I think --
23    Are you familiar with the concept of a -- of
24  a -- of a sensor on the -- the resistive blankets
25  that -- that basically tells the unit how much power

Page 216

1  to keep sending into the blanket?
2    A.  Yes.
3    Q.  Okay.  And are -- are you familiar with --
4  with burns that have resulted from those sensors
5  becoming covered up or un -- folded under?
6    A.  I have not used these devices since I was in
7  Switzerland.  We did a, years ago, a volunteer study
8  in St. Louis which was a study where these devices --
9  where we had the first versions of these devices and
10  we did get burns.  Since then I think they have
11  improved quite a bit so I've not really heard much
12  about burn or even pressure necrosis with those.
13    Q.  Have you ever recommended to the Cleveland
14  Clinic that it look into the possibility of switching
15  over to resistive blankets?
16    A.  No.
17    Q.  Why?
18    A.  You know what?  Not -- I always --
19    Honestly, no good reason.  I think the
20  newer -- there are very new blankets that even have
21  pressure-relief systems in them, and those -- those
22  might actually work fairly well.  They're probably
23  expensive.  We've advised --
24    I've advised the clinic to switch to or to
25  use water-based garments only because they're very

54  (Pages 213 to 216)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 217

1  hard to use and they -- they not necessarily transfer
2  enough heat. Otherwise, I don't know too much about
3  resistive. This -- I think maybe this was, I think,
4  the only study I really did with these devices.
5      Q. Do you have any safety concerns about
6  forced-air warming?
7      A. No.
8      Q. Way earlier, according to my notes, we
9  did -- you were -- you were asked some questions about
10  things in the operating room that blow air directly
11  onto patients.
12      A. Yes.
13      Q. Do you remember that line of questions?
14      Does the -- the Bair Hugger blanket blow air
15  directly onto the surgical site?
16      A. The way how we put it on, I don't believe,
17  because we actually -- we put our Bair Huggers on
18  one -- after the patient is draped. And so let's say,
19  for example, you have an upper-body cover, you have it
20  taped right here across the patient's chest, and then
21  you have all the OR drapes above it which themselves
22  are -- are -- are -- are glued more or less to -- I
23  don't know the right term any more -- to the skin. So
24  I'm -- I'm not much worried about air blowing, getting
25  out in that direction.

Page 218

1      Q. And in an arthroplasty, hip or knee, --
2      A. Uh-huh --
3      Q. -- do -- have you observed surgeons,
4  orthopedic surgeons using drills or saws?
5      A. Yeah.
6      Q. Are the drills or saws used directly at the
7  surgical site?
8      A. Of course, yeah.
9      Q. Do you know if those -- if the drills or
10  saws have any kind of internal fan, cooling fan?
11      MR. ASSAAD: Objection, lack of foundation.
12      A. I don't. I don't.
13      Q. When you -- when you've seen them used, do
14  they generate any type of movement or activity or, you
15  know, physical mechanical activity in the -- in the
16  immediate --
17      A. They're all really loud, so I assume, yes.
18  But the physical activity they generate, I don't know;
19  I mean you see water spraying all over the place, but
20  that's the only thing we see.
21      Q. Do you see --
22      A. Yeah. Because they use -- they use --
23      How do you call these things, the opposite
24  of suction? If you -- gosh, it's getting late now.
25  If you put water into a surgical area, and then of

Page 219

1  course you use a drill, then it starts splashing all
2  over the place.
3      Q. And the --
4      Is there something to suck out the water?
5      A. Yes, there is.
6      Q. And -- and all of that's happening right at
7  the surgical site.
8      A. Yes.
9      Q. Again, earlier you were asked about the --
10  you know, the -- the -- you -- you would never -- you
11  would never want to introduce something that would
12  cause harm; right?
13      A. Correct.
14      Q. Everything, pretty much, in medicine has the
15  potential to cause some harm; right?
16      A. Correct.
17      MR. ASSAAD: Objection, lack of foundation,
18  assumes facts not in evidence.
19      Q. For example, general anesthesia, there
20  are -- there are potential complications and potential
21  bad outcomes for -- for some people from getting
22  general anesthesia; right?
23      A. Rarely nowadays, but yes.
24      Q. Rarely. But for the --
25      In those rare events, that -- that's harm;

Page 220

1  right?
2      A. Absolutely.
3      Q. And because of those -- that rare occasion
4  where somebody might be harmed, would that in your
5  mind justify the i -- the -- deciding, well, we're
6  never going to use general anesthesia?
7      A. No.
8      Q. In fact, all of medicine involves a
9  balancing of -- of risks --
10      A. Yeah.
11      Q. -- and benefits.
12      A. Every drug, every device does.
13      Q. In your resume you list a book chapter, I
14  think it's your -- your -- the very first book chapter
15  you list on page 43, that's Exhibit 237, and the title
16  is "Does intraoperative core hypothermia increase the
17  incidence of surgical wound infections and prolong
18  hospitalization?" And the -- the date is 1994; is
19  that right?
20      A. I still haven't found it yet.
21      Q. Number one.
22      A. Oh, number one. Okay.
23      Q. The very first one.
24      A. Yes. Correct.
25      Q. Okay. And here's -- here's my question:

55  (Pages 217 to 220)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 221

1    Were -- there was -- you -- some earlier questions
2    about your 1996 study being the first randomized
3    controlled trial that -- that demonstrated that the
4    main -- maintenance of normothermia reduced
5    infections. In 1994 when you wrote this chapter, did
6    you have -- did you offer any answers to that -- to
7    that first question, does intraoperative core
8    hypothermia increase the incidence of surgical wound
9    infections?
10       A.  I probably had no clue then.  No.  I -- I
11   don't -- I don't know.  This is such an old chapter --
12       Q.  I -- I -- I -- I -- I -- I understand, and
13   my -- my -- my -- my -- my question, though, is do you
14   recall back in 1994 when you wrote this chapter that
15   there was some -- there were --
16       A.  Huh-uh.
17       Q.  -- there was some reason for you and your --
18   your co-authors of this chapter to be concerned about
19   the issue as -- of -- of whether intraoperative core
20   hypothermia could increase the incidence of surgical
21   wound infections?
22       A.  Yeah, because --
23           MR. ASSAAD:  Object to the form, object to
24   the preamble, lack of foundation, assumes facts not in
25   evidence.

Page 222

1        A.  I mean in '94 we were about to start our --
2    or we were in the middle, actually, of our large --
3    not "large" -- of our 200-patient study.  I -- I
4    assume what we did here is look at basic science
5    indications, so how hypothermia affects immune
6    function and other things.  But that's all I can think
7    of.  There was no other evidence at that time.
8        Q.  Earlier you -- you were asked about patients
9    that -- that -- surgeries -- surgical procedures where
10   you -- you don't think warming is necessary.  You
11   mentioned eyes.  Then you were asked about procedures
12   under an hour, and I -- I don't want to put words in
13   your mouth, but what -- what was your -- what was your
14   answer to whether procedures under an hour should have
15   active warming or not?
16       A.  I think I said it's not absolutely necessary
17   because what you get in the first hour is
18   redistribution hypothermia, and you get that due to
19   induction of anesthesia and you almost get that no
20   matter whether you warm or don't.
21       Q.  Are there circumstances where you would
22   nevertheless recommend -- recommend active warming for
23   procedures of less than an hour?
24       A.  I have to tell you that here at the
25   Cleveland Clinic we warm everybody, even the ones that

Page 223

1    are less than an hour.  But then, of course, very few
2    procedures here are less than an hour.  I am -- I'm --
3        I'm only little bit hesitant, and I was
4    before as well, only because the whole thing -- the
5    whole discussion about prewarming and redistribution
6    hypothermia has changed a little bit over the past few
7    years, so what we thought 10 years ago might not be so
8    true any more.  And redistribution isn't as much as it
9    used to be.  So it's an area that still has to be
10   researched quite a bit in my mind, and that's why I'm
11   hesitant when these questions come.  But I think at
12   this given point in time I would -- most surgeries
13   that are less than an hour, I wouldn't do much in
14   regards to active warming.
15       Q.  What -- what do you mean the "redistribution
16   isn't as much as it used to be?"
17       A.  When we did our first studies about 15, 20
18   years ago, we actually published that anesthesia
19   causes a 1- to 1.5-degree redistribution hypothermia,
20   and this is not what we see nowadays in our data.  So
21   studies in the last six, seven years actually only
22   show .5, .7, maximum .8 degrees of redistribution
23   hypothermia.
24       Q.  What -- what are the reasons for that?
25       A.  I think that patients come to surgery maybe

Page 224

1    in better conditions nowadays as opposed to 20 years
2    ago.  So 20 years ago patients didn't come from home,
3    they usually for any type of surgery will be in the
4    hospital a few days before surgery, so they would
5    already be hypervolemic and probably uncomfortable
6    and, and, and, and, so -- and all -- all these things,
7    of course, affect how induction of anesthesia pans
8    out.  And now when patients come from home, they
9    probably have a very good overall body-heat content
10   already, they aren't hyp -- they shouldn't be
11   hypothermic because they're awake.  So it's not
12   totally clear to us yet why that has changed so much,
13   but it's clear that it has changed.  It's -- it's --
14   it's obvious in many publications.
15       Q.  You remain an advocate of active warming.
16           MR. ASSAAD:  Objection to form.  Objection
17   to form.
18       Q.  Is that correct?
19       A.  Yes, I do.  I am because --
20       I mean we always talk about evidence-based
21   medicine, but we have so little evidence in any type
22   of field.  I mean we all try to get as much as we do,
23   and that's why we are now doing this -- this large
24   Protect study, because we want to get the evidence.
25   But I also believe that a little bit still in -- in

56  (Pages 221 to 224)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 225

1    medicine is art and the way you -- you understand the
2    existing data. So yes, I -- I do still believe in
3    these things.
4         Q. And are -- are you including the clinical
5    judgment applied to --
6         A. Yes, absolutely.
7         Q. -- existing data where maybe you can't
8    connect all the dots empirically but --
9         A. Yes.
10        Q. -- your clinical judgment comes into play?
11        A. Yeah. And you can also interpret data
12   in the context of the time, so what might have been
13   very true 20 years ago might not be now, and vice
14   versa, and conditions change, types of surgery change,
15   patients change, we change. So I think every
16   physician needs to put together -- look at the data
17   as -- as -- as a whole and interpret it for
18   themselves.
19        MR. GORDON: Okay. Thank you. I'm done.
20        THE WITNESS: You're welcome.
21        MR. ASSAAD: I have a few follow-up
22   questions.
23        THE WITNESS: Yeah.
24        (Discussion off the stenographic record.)
25   BY MR. ASSAAD:

Page 226

1         Q. You say to do the -- the -- the 1996 test
2    today would be unethical.
3         A. Yes.
4         Q. Okay. And that's why you're going to China
5    to do the studies, because they don't have forced-air
6    warming as a standard of care; correct?
7         A. No. Absolutely not. The -- the study --
8    even the stud --
9         First of all, the study will happen here at
10   the Cleveland Clinic as well, and the main reason of
11   the study is to look at a much lesser degree of
12   hypothermia. So while in '96 patients were normally,
13   as you said before, going down to 34.5 degrees, the
14   limit for the current study is 35.5. So absolutely
15   not.
16        Q. There are areas in the world where forced-
17   air warming or warming patients is not the standard of
18   care.
19        A. Correct.
20        Q. Okay. So if you really want to redo the
21   study, you could go to one of those countries and --
22   and -- and --
23        A. Huh-uh.
24        Q. -- do the study there.
25        A. No, I cannot.

Page 227

1         Q. Why not?
2         A. I will not be able --
3         You will not be able to publish that
4    anywhere in the western world.
5         Q. Why not?
6         A. Even if you --
7         That's just how -- that's just how it works.
8    I don't know why. Even though you're right, it might
9    not be standard of care, but even that I think is
10   considered unethical, that you just go to a country
11   that is underserved and --
12        Q. Does fluid warming, is it as effective as
13   forced-air warming?
14        A. No.
15        MR. GORDON: Object to the form of the
16   question.
17        MR. ASSAAD: Basis. Basis.
18        MR. GORDON: In -- in all contexts? In
19   what --
20        MR. ASSAAD: I'm asking in general. That's
21   not a basis.
22        Go ahead and answer.
23        A. I can answer that anyway. I believe it is
24   not because greatest part of fluid warming is not
25   considered active warming. So if you give only little

Page 228

1    bit of fluid and warm it to -- you can only warm
2    fluids to 37 degrees because that's our -- safely
3    our -- that's our body temperature. If you only give
4    a little bit of fluid and it's only half a degree
5    warmer than your core temperature, then you cannot
6    transfer any heat with it. If you give eight liters
7    in an hour, then of course you can transfer --
8    transfer heat even with fluids. But in the general
9    setting it's not considered active warming. And we
10   only do it here for very large cases like trauma or
11   liver transplants, so --
12        Q. And -- and you guys had -- you had a
13   discussion with counsel regarding hypothermia causes
14   an increase in transfusions; correct?
15        A. Causes. Yes.
16        Q. Okay. And -- and increased transfusions
17   could possibly cause an increase in infection rates.
18        A. Could be associated, yes.
19        Q. Associated.
20        A. I don't want to say "cause."
21        Q. Okay. And if you are at 35 degrees for two
22   hours, you agree with me based on the 2015 study that
23   there's no increase of blood transfusions.
24        A. No.
25        Q. What would be the increase?

57  (Pages 225 to 228)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 229

1    A.  I don't know, and I'm not sure that I can
2    calculate it here.  But if you are at 35 degrees for
3    two hours, you should be at considerable risk for
4    blood loss.
5    Q.  What about for one hour?
6    A.  Probably less.
7    Q.  Isn't it -- isn't it a 1.0 odds ratio?  If
8    you look at your paper, two degrees for one hour gives
9    an odds ratio of 1.0; correct?
10    A.  Where is the paper?  I can't remember.
11    MS. DIFRANCO:  What's the exhibit number?
12    MR. ASSAAD:  Exhibit 243.
13    A.  I'm slowly zoning out here, that's why I'm
14    not concentrating.
15    I don't know what we used as odds ratio --
16    as -- as reference.
17    Q.  You used 36 degrees at one hour.
18    A.  Yeah.  I -- I --
19    You know, honestly, I think I would have to
20    go over that with our statistician.
21    Q.  Well isn't an odds ratio the increased risk
22    of something occurring?
23    A.  It is.  But I can't see what one -- or I --
24    At least at this point in time any more I
25    don't understand exactly what the one was.  The

Page 230

1    area --
2    It's not one degree.  The area under 37
3    degrees times hour.
4    Q.  If you don't understand the study, that's
5    fine.  We can -- we can move on.
6    A.  Yes, let's move on.
7    (Exhibit 247 was marked for
8    identification.)
9    BY MR. ASSAAD:
10    Q.  What's been marked as Exhibit No. 247 is an
11    e-mail chain, and I want you to turn to the second
12    page where there's an e-mail from Dr. Sessler to
13    numerous people at 3M, and you're copied on it as
14    well, on November 20th, 2012.
15    THE WITNESS:  That's this one?
16    MS. DIFRANCO:  This one, yes.  Yes.
17    A.  Yeah.
18    Q.  Do you recall receiving this e-mail?
19    A.  I don't, but I'm on there.
20    Q.  Okay.  It says -- from Daniel Sessler.  It
21    says, "Hi Folks,
22    "One of the points Andrea and I tried to
23    make at the KOL meeting in Washington is that the
24    evidence for hypothermia-related complications mostly
25    does not meet current research guidelines for

Page 231

1    reliability and that previous studies were done with
2    much larger temperature differences than are currently
3    allowed."
4    I want to focus on the next paragraph.
5    "Others have noticed the same thing.  See,
6    for example, page 13 of the current issue of the ASA
7    newsletter which includes the following: 'The
8    normothermia measure has the weakest evidence
9    supporting its ability to improve outcomes and is a
10    complex, non-intuitive measure involving multiple
11    inclusion and exclusion criteria.'  And in a different
12    article on page 16: 'outcome measures -- such as
13    mortality and readmission -- have moved to center
14    stage, and process measures, such as antibiotic
15    timing, are less and less seen as acceptable new
16    measures of quality.'"
17    Did I read that correctly?
18    A.  Yeah.
19    Q.  So are you telling me today that your
20    testimony is you're not aware of other people -- I
21    mean I -- strike that.
22    I assume you read the ASA newsletter;
23    correct?
24    A.  Very rarely.
25    Q.  Okay.  Did you have any discussions with Dr.

Page 232

1    Sessler regarding this e-mail with respect to, "Hey,
2    what are you talking about?  Other people have issues
3    with normothermia and its weak evidence?"
4    A.  I don't recall it, but I probably have.
5    Q.  Okay.  So it shouldn't be something new
6    today when I asked you the question that other people
7    have issues with normothermia and its effect on
8    outcomes.
9    MR. GORDON:  Object to the form of the
10    question.
11    A.  They are.  It could be quite new because I'm
12    not remembering every e-mail from 2012.
13    Q.  But you'd heard something about it back in
14    2012.  You -- you got copied on this e-mail; correct?
15    A.  Yes.
16    Q.  And do you read e-mails you receive from Dr.
17    Sessler?
18    A.  Mostly.
19    Q.  Now you said that Cleveland Clinic is -- is
20    moving towards more disposables; correct?
21    A.  Yes.
22    Q.  They could --
23    They charge the patient for those
24    disposables; correct?
25    A.  I assume it's part of the patient charge.

58  (Pages 229 to 232)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 233

```
 1        Q.  Okay.  So they, for example, buy the blanket
 2   from either Stryker or Bair Hugger for whatever the
 3   cost is, and they mark it up and -- and charge it to
 4   the patient.
 5        A.  I don't know whether we directly charge
 6   every single one of that items or whether it's part --
 7   a part of an anesthesia package type of thing.  So I
 8   don't -- I don't think that, if you look at your
 9   invoice from the Cleveland Clinic, that you see
10   everything, the IV and everything in there.
11        Q.  Well you do see Bair Hugger blankets.
12        A.  I don't know.
13        Q.  Okay.
14        A.  I don't know.
15        Q.  Do you know the number of patients that --
16   or number of total hip or total -- or total knee
17   arthroplasty patients that result in some sort of
18   cardiac injury after surgery?
19        A.  I can make a very good assumption, which is
20   10 percent.
21        Q.  Ten percent have a cardiac injury.
22        A.  Ten per --
23        Eight to 10 percent will probably, and
24   especially after the big joints, yes.
25        Q.  And if those patients are warmed, what's the
```

Page 234

```
 1   reduction in cardiac injury?
 2        A.  I don't know.
 3        Q.  Okay.  You don't --
 4        If any.  You don't know.  There might be no
 5   reduction; correct?
 6        A.  There --
 7        From what I know, I assume there is some,
 8   but I don't know.  That's why we do the study.
 9        Q.  Are you currently aware that 3M has acquired
10   the exclusive right to a conductive blanket?
11        A.  I'm not.
12        Q.  No discussions with 3M?
13        A.  No.
14        MR. ASSAAD:  That's all I have.
15        MR. GORDON:  Thank you.
16        MR. ASSAAD:  Thank you.
17        MS. DIFRANCO:  All right.  We'll waive the
18   witness's signature.
19        THE REPORTER:  Off the record, please.
20        (Deposition concluded.)
21
22
23
24
25
```

Page 235

```
 1            CERTIFICATE
 2        I, Richard G. Stirewalt, hereby certify that
 3   I am qualified as a verbatim shorthand reporter, that
 4   I took in stenographic shorthand the deposition of DR.
 5   ANDREA KURZ at the time and place aforesaid, and that
 6   the foregoing transcript is a true and correct, full
 7   and complete transcription of said shorthand notes, to
 8   the best of my ability.
 9        Dated at Deerwood, Minnesota, this 19th day
10   of January, 2017.
11
12
13
14
15
16
17        RICHARD G. STIREWALT
18        Registered Professional Reporter
19        Notary Public
20
21
22
23
24
25
```

59 (Pages 233 to 235)