**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to All Actions.<br><br>**JAMES NARVAEZ-CALDERO,**<br><br>**PLAINTIFF**<br><br>_____<br><br>**VS.**<br><br>**3M COMPANY AND ARIZANT HEALTHCARE, INC.** | **NOTICE OF APPEARANCE**<br><br>Case No.: 0:17-cv-4523 |

      The undersigned attorney hereby notifies the Court and counsel that Melvin B. Wright, shall appear as counsel of record for Plaintiff, JAMES NAVAEZ-CALDERO, in this case.

Dated: <u>October 5, 2017</u>            */s/ Melvin B. Wright*
                                                Melvin B. Wright, Esq., FBN 559857
                                                Lisa Ann Thomas, Esq., FBN 123703
                                                Colling Gilbert Wright & Carter, LLC
                                                801 N. Orange Avenue, Suite 830
                                                Orlando, FL 32801
                                                Phone: (407) 712-7300
                                                Facsimile: (407) 712-7301
                                                lthomas@thefloridafirm.com
                                                mwright@thefloridafirm.com
                                                brivera@thefloridafirm.com

## CERTIFICATE OF SERVICE

This is to certify that on October 5, 2017, I served a true and accurate copy of the following: **NOTICE OF APPEARANCE; AND CERTIFICATE OF SERVICE**; electronically with the Clerk of Court via the CM/ECF system which sent electronic notification of this filing to all registered counsel of record via email.

DATED: Orlando, Florida, October 5, 2017.

>  */s/ Melvin B. Wright*
> Melvin B. Wright, Esq., FBN 559857
> Lisa Ann Thomas, Esq., FBN 123703
> Colling Gilbert Wright & Carter
> 801 N. Orange Avenue, Suite 830
> Orlando, FL 32801
> Phone: (407) 712-7300
> Facsimile: (407) 712-7301
> lthomas@thefloridafirm.com
> mwright@thefloridafirm.com
> brivera@thefloridafirm.com