# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to All Actions.<br><br>**JAMES NARVAEZ-CALDERO,**<br><br>**PLAINTIFF**<br><br>_____<br><br>**VS.**<br><br>**3M COMPANY AND ARIZANT HEALTHCARE, INC.** | **NOTICE OF APPEARANCE**<br><br>Case No.: 0:17-cv-4523 |

The undersigned attorney hereby notifies the Court and counsel that Lisa Ann Thomas, shall appear as counsel of record for Plaintiff, JAMES NAVAEZ-CALDERO, in this case.

Dated: October 5, 2017	/s/ Lisa Ann Thomas
	Lisa Ann Thomas, Esq., FBN 123703
	Melvin B. Wright, Esq., FBN 559857
	Colling Gilbert Wright & Carter, LLC
	801 N. Orange Avenue, Suite 830
	Orlando, FL 32801
	Phone: (407) 712-7300
	Facsimile: (407) 712-7301
	lthomas@thefloridafirm.com
	mwright@thefloridafirm.com
	brivera@thefloridafirm.com

1

## CERTIFICATE OF SERVICE

This is to certify that on October 5, 2017, I served a true and accurate copy of the following: **NOTICE OF APPEARANCE; AND CERTIFICATE OF SERVICE**; electronically with the Clerk of Court via the CM/ECF system which sent electronic notification of this filing to all registered counsel of record via email.

DATED: Orlando, Florida, October 5, 2017.

*/s/ Lisa Ann Thomas*
Lisa Ann Thomas, Esq., FBN 123703
Colling Gilbert Wright & Carter, LLC
801 N. Orange Avenue, Suite 830
Orlando, FL 32801
Phone: (407) 712-7300
Facsimile: (407) 712-7301
lthomas@thefloridafirm.com
mwright@thefloridafirm.com
brivera@thefloridafirm.com