## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to: *Houseman v. 3M Co.,* No. 17-cv-2615 | |

### DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

Defendants 3M Company and Arizant Healthcare Inc. respectfully move this Court for an Order dismissing this case with prejudice pursuant to Rule 12(b)(1), because the Court lacks subject matter jurisdiction. According to the recent filing of Plaintiff's counsel, Plaintiff died five months before the Short Form Complaint was filed, and her case is therefore a nullity.

This Motion is based upon the accompanying Memorandum of Law in support of the Motion, as well as the files, records, and proceedings herein.

Dated: October 10, 2017　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　<u>s/ Benjamin W. Hulse</u>
　　　　　　　　　　　　　　　　　　　　Jerry W. Blackwell (MN #186867)
　　　　　　　　　　　　　　　　　　　　Benjamin W. Hulse (MN #0390952)
　　　　　　　　　　　　　　　　　　　　Mary S. Young (MN #0392781)
　　　　　　　　　　　　　　　　　　　　BLACKWELL BURKE P.A.
　　　　　　　　　　　　　　　　　　　　431 South Seventh Street, Suite 2500
　　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55415
　　　　　　　　　　　　　　　　　　　　Phone: (612) 343-3256
　　　　　　　　　　　　　　　　　　　　Fax: (612) 343-3205
　　　　　　　　　　　　　　　　　　　　Email: blackwell@blackwellburke.com
　　　　　　　　　　　　　　　　　　　　　　　　bhulse@blackwellburke.com
　　　　　　　　　　　　　　　　　　　　　　　　myoung@blackwellburke.com

　　　　　　　　　　　　　　　　　　　　Bridget M. Ahmann (MN #016611x)
　　　　　　　　　　　　　　　　　　　　FAEGRE BAKER DANIELS LLP
　　　　　　　　　　　　　　　　　　　　2200 Wells Fargo Center
　　　　　　　　　　　　　　　　　　　　90 South Seventh Street
　　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55402
　　　　　　　　　　　　　　　　　　　　Phone: (612) 766-7000
　　　　　　　　　　　　　　　　　　　　Email: bridget.ahmann@faegrebd.com

　　　　　　　　　　　　　　　　　　　　**Counsel for Defendants 3M Company and Arizant Healthcare Inc.**