## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) **WORD COUNT COMPLIANCE** |
| This Document Relates to: *Houseman v. 3M Co.,* No. 17-cv-2615 | |

      I certify that the Defendants' Combined (1) Response to Motion to Withdraw and (2) Memorandum in Support of Their Motion to Dismiss for Lack of Subject Matter Jurisdiction complies with the length limitations set forth in LR 7.1(f), as well as the type size requirements set forth in LR 7.1(h).

      I further certify that in preparation of this memorandum, I used Microsoft® Office Word 2016, and the word processing program has an appropriate functioning word count tool applied specifically to include all text, including headings, footnotes, and quotations.

      I certify that the above-referenced memorandum contains 1,139 words.

Dated: October 10, 2017

Respectfully submitted,

s/ Benjamin W. Hulse
Jerry W. Blackwell (MN #186867)
Benjamin W. Hulse (MN #0390952)
Mary S. Young (MN #0392781)
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3256
Fax: (612) 343-3205
Email: blackwell@blackwellburke.com
    bhulse@blackwellburke.com
    myoung@blackwellburke.com

Bridget M. Ahmann (MN #016611x)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Phone: (612) 766-7000
Email: bridget.ahmann@faegrebd.com

**Counsel for Defendants 3M Company and Arizant Healthcare Inc.**