## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To:<br>ALL CASES | **DEFENDANTS' RULE 7.1(F) CERTIFICATE OF COMPLIANCE** |

I, Benjamin W. Hulse, certify that the Reply in Support of Defendants' Motion to Exclude Plaintiffs' General Causation Medical Experts ("Reply") complies with the limits of Local Rule 7.1(f), as modified for this Motion by the Court's Text-Only Entry Dkt. 861 dated September 27, and with the type-size limit of Local Rule 7.1(h).

I further certify that, in preparation of the above document, I used Microsoft Word 2016, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above-referenced Reply Memorandum contains 13,841 words, and that with Defendants' initial Memorandum of 9568 words, the two documents combined contain 23,409 words.

Dated: October 17, 2017				Respectfully submitted,

						*s/ Benjamin W. Hulse*
						Benjamin W. Hulse (MN #0390952)
						BLACKWELL BURKE P.A.
						431 South Seventh Street
						Suite 2500
						Minneapolis, MN 55415
						Phone: (612) 343-3248
						Fax: (612) 343-3205
						Email: bhulse@blackwellburke.com

						**Counsel for Defendants 3M Company
						And Arizant Healthcare Inc.**