# EXHIBIT DX25

TO SECOND DECLARATION OF BENJAMIN W.
HULSE IN SUPPORT OF DEFENDANTS'
MOTION TO EXCLUDE PLAINTIFFS' GENERAL
CAUSATION MEDICAL EXPERTS

1            UNITED STATES DISTRICT COURT

2              DISTRICT OF MINNESOTA

3

4    In re Bair Hugger Forced Air     )  MDL No. 15-2666

     Warming Products Liability       )         (JNE/FLN)

5    Litigation,                      )  VOLUME I

                                      )  PAGES 1-210

6

7

8

9

10

11

12

13      VIDEOTAPED DEPOSITION OF JONATHAN SAMET, M.D.

14              LOS ANGELES, CALIFORNIA

15              TUESDAY, JULY 11, 2017

16

17

18

19

20

21

22

23

24   Job No. 124786

25   DORIEN SAITO, CSR 12568, CLR

Page 26

1  to define what acceptable air quality standards were;
2  is that right?
3      A   Well, one issue that we took on was whether
4  such a definition was achievable.
5      Q   Did you conclude that it was?
6      A   We concluded that it was complex.  That's
7  essentially what our paper says.
8      Q   And correct me if I'm wrong.  But the focus
9  would have been on commercial buildings; is that
10  correct?
11      A   Correct.  Commercial public buildings, yes.
12      Q   Okay.  And did you -- did -- did your
13  contribution result -- strike that.
14          Did ASHRAE ultimately promulgate any
15  definitions of acceptable indoor air quality for
16  commercial buildings?
17      A   Well, I will say that one follow-up was that
18  I chaired a committee for ASHRAE on secondhand smoke
19  that was a position document that said if there were
20  smoking in buildings, that acceptable air quality
21  could not be achieved.
22      Q   Okay.  Did that subcommittee that you chaired
23  look at airborne pathogens?
24      A   No, it did not.
25      Q   Is there anything about the activities that

Page 27

1  you did in connection with ASHRAE that you believe
2  gives you expertise in engineering issues related to
3  control of airborne pathogens?
4      A   I think by sitting with a group of
5  ventilation engineers for several years I gained a
6  general background in the operation of air-handling
7  systems within buildings.
8      Q   Do you feel that you have -- that carries
9  over into giving you insight into air-handling systems
10  in ultraclean operating theaters in hospitals?
11      A   Again, I don't think -- to -- to your point
12  not specifically.  But as I said, a general
13  background.
14      Q   Let's talk about your -- your activities as
15  an epidemiologist.
16          Broadly speaking, how do you define what
17  it -- what it is that you do as an epidemiologist?
18      A   I'm sorry.  That's such a broadly speaking
19  question, I'm not sure what you're trying to ask me.
20      Q   Okay.  Well, you don't, for example, design
21  medical devices; right?
22      A   Medical --
23      Q   Medical devices.
24      A   As an epidemiologist, no.
25      Q   You don't -- well, strike that.

Page 28

1          Would you characterize your activities in the
2  field of epidemiology to be primarily focused on
3  causal relationships between the environmental
4  exposures and adverse health outcomes in pop- -- in
5  large populations?
6      A   I'm not sure I would describe what I do in
7  such a limited fashion.  There are many other aspects
8  of the work I do.
9      Q   Have you ever had been asked to consult with
10  a hospital in trying to identify or control an
11  infectious outbreak?
12      A   No, I have not.
13      Q   Have you ever studied or written anything
14  about hospital infectious outbreaks?
15      A   No, I have not.
16          MR. GORDON:  Let me -- do you have
17  exhibit stickers?
18          To speed things up, I'll just write the
19  numbers on them.
20          Dr. Samet, let me show you what's been
21  marked as Samet Exhibit 1.
22          (The aforementioned document was
23          marked Exhibit 1 for identification
24          by the reporter.)
25  ///

Page 29

1  BY MR. GORDON:
2      Q   And I will -- I want to first establish what
3  this is.  I will represent to you that I did not
4  include your CV, but I tried to include the text of
5  your report; the -- your Exhibit C, the materials
6  considered; and Exhibit D, the state of condensation.
7  So I'm not representing this is the complete report
8  that you submitted, all the -- all the materials that
9  you submitted.
10          But does this appear -- does Exhibit 1 --
11          First of all, does that contain your entire
12  expert opinion or your opinions?
13      A   As submitted, yes.
14      Q   Okay.  And so -- and that would be the first
15  twenty-four page of Exhibit 1; is that right?
16      A   Correct.
17      Q   And Exhibit C, which I believe is fourteen
18  pages, and it's entitled "Materials Considered"; is
19  that right?
20      A   That's correct.
21      Q   So I want to spend a little time on Exhibit C
22  for -- just for right now.  Exhibit C is a listing of
23  all of the materials that you considered for --
24  specifically for purposes of rendering your opinions
25  that are set forth?  There's twenty-four pages.

Page 30

1    A   Yeah.  Up to -- up to the time of March 30.
2    Q   Up to the time of March 30.  You anticipated
3  my next question.
4        Subsequent to March 30, have you reviewed any
5  other materials that have in any way impacted your
6  opinions in this matter?
7    A   I've seen one additional peer reviewed
8  publication by Augustine describing three --
9  interrupted time series studies of fecal infections in
10 three institutions with a switch from forced-air
11 warming to conductive warming.
12   Q   Had you ever seen that publication before or
13 the journal in which it was -- well, strike that.
14       You said it was a peer reviewed publication.
15 How did you determine that?
16   A   My understanding was that it was a peer
17 reviewed journal.
18   Q   Where did that understanding come from?
19   A   I guess acceptance that it was in the journal
20 that I thought was peer reviewed.
21   Q   Did you do anything to investigate whether it
22 was a peer reviewed journal?
23   A   Specifically, no.
24   Q   Did you do anything to investigate whether it
25 was --

Page 31

1        Well, did you do anything to determine
2  what -- whether the journal in which it was published
3  was one that was widely read or -- or well respected
4  in the -- in any particular medical fields?
5    A   As I -- as I recall, the paper did have both
6  a public -- sorry -- a submission and an acceptance
7  date, which would imply to me that is was, in fact,
8  peer reviewed.
9        I'm not specifically familiar with that
10 journal versus other journals in the -- in that
11 general area.
12   Q   Have you -- you published hundreds of papers,
13 haven't you?
14   A   I've published hundreds of papers.
15   Q   Have you ever had to pay to publish them?
16   A   I'm sorry?
17   Q   Have you ever had to pay to publish any of
18 your publications?
19   A   I would have to think because in today's
20 online journal world, you sometimes pay.  And whether
21 some of my papers have to be in Class One [phonetic]
22 or some of the journals where you pay.  I'd have to
23 look.  That's something that's happening in today's
24 publication world.
25   Q   As you sit here today, can you remember

Page 32

1  having yourself to pay an online publisher to publish
2  a paper you had authored co-authored?
3    A   I would have to look because I think some of
4  our recent online papers had been in such journals
5  regarding global health, but I -- I can't pull up the
6  details of that today.
7    Q   This Augustine publication that you -- that
8  you read, how did you come to learn about its
9  existence?
10   A   I actually learned about it from, uh,
11 Jan Conlin.
12   Q   Okay.  And how long ago did you read it?
13   A   Oh, initially, within the last ten days
14 probably.
15   Q   Did you -- one of the things that you
16 indicated that you reviewed prior to rendering your
17 opinions in this matter was the -- hold on.  I
18 misspoke.  I apologize.  I withdraw that.
19       Have you ever read the deposition of
20 Scott Augustine?
21   A   Well, I -- I will say that I have seen a
22 number of depositions.  Would -- in all honestly, I
23 have difficult saying this is the reliance list here
24 in terms of what I looked at.
25   Q   I -- I'm sorry.  Could you explain that.  So

Page 33

1  Exhibit C is not a comprehensive --
2    A   No.  Exhibit C is what I looked at.  I kind
3  of --
4    Q   Okay.
5    A   Yeah.
6    Q   And I assume you tried to be as comprehensive
7  as possible.
8    A   Yes.  And reviewed the materials that I had
9  in preparing this list.
10   Q   I don't see the deposition of Scott Augustine
11 included in the reliance materials.
12       Is that -- is that an oversight, or is
13 that -- is that -- is it accurate that you did not
14 read Dr. Augustine's deposition?
15   A   Well, the -- the only thing I'm saying is
16 that in preparing this list, we went through
17 everything that was on hand in my office and had been
18 sent to me.  So unless we missed it, it's on here.
19   Q   As you sit here today, do you have any
20 independent recollection of having reviewed either the
21 full Augustine transcript or any portions of his
22 actual testimony?
23   A   I -- I mean, again, I can't swear now having
24 read through or at least skimmed through it.  So many
25 of these depositions.  That one specifically.

Page 34

1    Q   Did you -- do you know if you had occasion to
2    look at any of the exhibits that were marked at the
3    Augustine deposition?
4    A   I don't know.
5    Q   Well, let me be more specific.
6        Do you recall when you saw this Augustine
7    paper that you brought up that you said you saw maybe
8    ten days ago, when you looked at it, did -- did you
9    look -- did anything trigger a thought in your mind
10   that "Gee, this looks like something I've already" --
11   "at least part of something that I've already seen
12   before"?
13   A   Not specifically, no.
14   Q   That appeared to be like brand-new material?
15   A   (Nodding head.)  Yes.
16   Q   So as you sit here today, do you have any
17   information about the background of how that Augustine
18   study came to be prepared, the underlying data, any --
19   any -- any information about it other than what was
20   represented by Dr. Augustine in the publication
21   itself?
22   A   To my -- to my memory, my -- my
23   understanding, that paper is based on reading it.
24   Q   Has that paper had any impact on your
25   opinions?

Page 35

1    A   I regard the paper as another piece of
2    observational evidence that provides an estimate of
3    risk of deep joint infection associated with the Bair
4    Hugger device versus the comparison.
5    Q   You -- ultimately, your opinion in -- the --
6    the sort of the bottom line general opinion was that
7    you concluded that the -- based on your
8    epidemiological expertise, that the Bair Hugger -- use
9    of the Bair Hugger in orthopedic surgery is a
10   substantial contributing cause to the development of
11   periprosthetic joint infection; is that right?
12   A   That's the last sentence of my report,
13   page 17.
14   Q   I want to ask about this phrase "substantial
15   contributing cause."
16       Is that a concept that's used in the field of
17   epidemiology?
18   A   Well, I think there are a number of different
19   approaches taken to describe causation, strength of
20   causation, contribution to cause.  There's -- so I --
21   it's -- it's a word that I have seen used or a phrase
22   that I've seen.
23   Q   It's not a phrase that you use, though;
24   right?
25   A   I think it would depend on the context.

Page 36

1    If -- this refers to the magnitude of excess risk.  So
2    it's a description based on the odds ratio of the
3    strength of association.
4    Q   You've written or co-authored hundreds of --
5    of papers and studies that looked at odds ratios,
6    attributable risk, and things like that, and drawn
7    causal conclusions; right?
8    A   In -- in -- in various activities and not
9    specifically in the context of my papers.  I've worked
10   on reports and other expert documents that had causal
11   conditions.
12   Q   Would it surprise you that not one of your
13   publications has ever used the phrase "substantial
14   contributing cause"?
15   A   I -- I'm not sure what the basis for your
16   statement is, but...
17   Q   Would you -- would it surprise you that if
18   you were to search everything that you've written,
19   that the phrase "substantial contributing cause," that
20   exact phrase, never appears in anything that you've
21   authored or co-authored?
22   A   I really don't -- don't -- just don't have an
23   opinion.
24   Q   Well, wouldn't you agree that -- that the
25   notion of something being a substantial contributing

Page 37

1    cause is not something that -- that you, at least in
2    your professional activities as an epidemiologist,
3    have looked at or -- or used as a reference point?
4        MS. CONLIN:  Objection as to form --
5        THE WITNESS:  Well --
6        MS. CONLIN:  -- it mischaracterizes his
7    testimony.
8        THE WITNESS:  Well, again, I think in
9    terms of the question of causation, there are
10   two -- two issues.
11       One is, Does an agent cause whatever the
12   outcome is that's being considered?
13       And the second is, What's the magnitude
14   of its contribution to causation?
15       So certainly I've written about both
16   aspects of causation; the question of Is an agent
17   causal?  And then second, What is its
18   contribution?
19   BY MR. GORDON:
20   Q   Well, what constitutes a substantial
21   contributing cause as opposed to a contributing cause
22   that isn't substantial?
23   A   Well, you know, again, I don't have strict
24   numerical criteria.
25       But here I think the basis for the

Page 38

1  calculation is the simple attributable risk of the
2  exposed which precedes the facts of the substantial
3  contributing cause.  That -- you know, that estimate
4  is 74 percent as -- as stated in the sentence on
5  page 17.
6      Q   Would an attributable risk of 10 percent be a
7  substantial contributing cause in your opinion?
8      MS. CONLIN:  Objection; it calls for
9  speculation.
10      THE WITNESS:  I mean, I -- I -- again,
11  10 percent is substantially lower than 74 percent.
12  BY MR. GORDON:
13      Q   As an epidemiologist, is there some either
14  absolute number or -- or -- or general range of
15  attributable risk that you would characterize as
16  either substantial or not substantial?
17      A   I don't -- I don't have bottom line cutoffs,
18  if that's your question.
19      Q   Well, I'm trying to -- my question is, How
20  did you determine that -- that the attributable risk
21  that you found was a substantial contributing cause as
22  opposed to simply a contributing cause?
23      A   Well, that was based on this estimate of
24  74 percent of the attributable risk of the exposed.
25      Q   And the attributable risk is derived from the

Page 39

1  relative risk; right?
2      A   It's based on the relative risk of the
3  exposed, correct.
4      Q   And that's just simply a mathematical --
5  arithmetic computation; right?
6      A   As shown here, it was a straightforward
7  calculation.
8      Q   But deriving a number for attributable risk
9  when you have a relative risk, that's just a standard
10  arithmetic calculation, RR minus -- divided by --
11      A   Correct.  That's provided in the sentence
12  before.
13      Q   So coming up with an attributable risk,
14  that's not -- that doesn't involved any -- the
15  application of any expertise once you provided
16  relative risk; right?  It doesn't involve any
17  judgment, I should say?
18      A   Well, it's a standard calculation.
19      Q   Okay.  So I -- once somebody derives a
20  relative risk and the attributable risk is calculated
21  either by you or somebody else, determining whether
22  the attributable risk is substantial or not, that's --
23  that's just a judgment call for you?  Is that --
24      A   Well, I --
25      Q   -- what you're saying?

Page 40

1      A   I mean, again, here the figure is 74 --
2  74 percent, which is, you know, the majority.  So --
3  of the risk of the exposed.  So in that case, you
4  know, the word "substantial" seemed applicable.
5      Q   You have -- and that's -- we're going to be
6  talking quite a bit today about the McGovern paper,
7  and so let's define that.
8      You -- one of the items upon which your
9  report is based was the -- a paper published in 2011
10  that is listed as Item Number 49 on your materials
11  considered list; is that correct?  McGovern, Albrecht,
12  Belani, et al.
13      A   That's right.
14      Q   "Forced-air warming and ultra-clean
15  ventilation do not mix:  An investigation of theatre
16  ventilation, patient warming and joint replacement
17  infection in orthopaedics."
18      A   Correct.
19      Q   So when I -- when I refer to the McGovern
20  study -- we could -- at some point we could mark it.
21  Probably will.
22      But is -- is that this reference, Number 49,
23  that I'm referring to, sir?
24      A   That's fine.
25      Q   Okay.  And that -- the -- the relative risk

Page 41

1  of 3.8 from which you derive attributable risk of
2  74 percent, that came out of the McGovern paper;
3  right?
4      A   That is correct.
5      Q   And you have looked at all of the underlying
6  raw data that had -- hadn't been made available to
7  anyone for that McGovern paper; right?
8      A   I did not look at the actual raw data.
9      Q   You never looked at it?
10      A   I have seen the representations of what is
11  said to be the raw data in discussions of it.  But I
12  did not directly examine, count, or compile the raw
13  data.
14      Q   I don't understand what you mean.
15      What -- what -- have you seen the -- what
16  you're characterizing as representations of what --
17      How -- how did you phrase that?
18      A   I've seen printouts of data sets that are
19  attributed to being perhaps the original data.  I
20  believe I saw that in Albrecht's report, perhaps.
21      Q   Well, let's go back to your materials
22  considered list.  I want to understand something about
23  that.
24      For the list of -- of depositions, the first
25  page of Exhibit C, you list nineteen depositions;

## Page 42

1 right?
2    A   I'm not --
3    Q   They're numbered, I think.
4    A   Sorry.  Which page is this?
5    Q   Page 1 of Exhibit --
6    MS. CONLIN:  C.
7 BY MR. GORDON:
8    Q   -- C.
9    A   Okay.
10   Q   So there are -- you list nineteen deposition
11 transcripts and exhibits.
12   A   That's correct.
13   Q   Now, for some of the transcripts, you -- you
14 identified the -- the deponent, the date, and you say
15 final deposition transcript and Exhibits 1 through
16 blank, whatever they put on those.  Like Gary Hansen
17 or Al Van Buren [phonetic], Numbers 5 and 6.
18      Is that right?
19   A   That's correct.
20   Q   But for several of these, you don't say
21 anything about exhibits.  You just say, for example,
22 Example Number 1, Kumar Belani, September 7, 2016,
23 final deposition transcript.
24   A   Yes.
25   Q   I don't want to assume anything.

## Page 43

1      Where you don't list exhibits, does that mean
2 you didn't review the exhibits if there were any or
3 that you just didn't list that?
4    A   This is a list of material -- I had materials
5 that were provided by Ciresi Conlin, and -- and this
6 is a straightforward compilation of what was on hand
7 done by my research assistant.
8    Q   So your assistant -- this was a review of
9 material by a research assistant?
10   A   Sorry.
11   Q   In reviewing the material that -- on which
12 you relied for your report, you were assisted by a
13 research assistant?
14   A   No.  I had a research assistant to organize
15 these materials and try to keep everything organized,
16 if you will.
17   Q   Okay.  Well, can -- would it be correct to
18 conclude that if there are no exhibits listed for a
19 particular deponent, such as Kumar Belani, that would
20 mean that you didn't review any exhibits, you just
21 reviewed the transcript?
22   A   That would be correct.
23   Q   Okay.
24   A   These are the materials we had.
25   Q   And I'm curious because you made reference to

## Page 44

1 Albrecht, the exhibit that you described as the
2 printout of a data set.  You're listing the two
3 deposition transcripts for Mark Albrecht.  It
4 showed -- it doesn't list any exhibits.
5    A   Yeah.  No.  These were provided as -- to me
6 as background in reviewing the reports from
7 Drs. Holford and Borak.
8    Q   So prior to rendering your opinion, you
9 hadn't seen --
10   A   That's correct.
11   Q   -- the data set?
12   A   That's correct.  It's more recently that saw
13 a thick compilation of the printout.
14   Q   Okay.
15   A   What was said to be a compilation.
16   Q   Okay.  Just so we're clear.  So when you
17 read -- or -- excuse me.
18      When you rendered your opinion on March 30th,
19 you had not looked at anything that purported to be
20 underlying raw data for the McGovern paper; is that
21 correct?
22   A   I had not.
23   Q   So -- so if a representation was made to the
24 court that you looked at all the evidence, all the
25 underlying raw data, and concluded that McGovern is an

## Page 45

1 absolutely valid study, that would be not be a correct
2 representation --
3    MS. CONLIN:  Objection --
4 BY MR. GORDON:
5    Q   -- correct?
6    MS. CONLIN:  -- as to --
7    THE WITNESS:  Again, as I -- as I said,
8 up to the time of March 30, I had not seen raw
9 data from the McGovern study.
10 BY MR. GORDON:
11   Q   And you wouldn't have analyzed it, obviously,
12 then to make a determination as of March 30 that the
13 McGovern study was an absolutely valid study; right?
14   A   Well, I -- the McGovern study was published
15 in the peer reviewed literature.  Again, reanalysis of
16 the raw data is not necessarily a requisite standard
17 for validity.
18   Q   And you didn't do any reanalysis; correct?
19   A   That's correct.
20   Q   Did you make any independent determination
21 that the McGovern paper was a valid study?
22   A   I guess I'm not sure what you mean by a
23 "valid study."
24   Q   Does the concept of a valid study versus an
25 invalid study have any meaning in the field of

Page 46

```
 1   epidemiology?
 2       A   Again, there are many, many aspects of the
 3   manuscript that one would look at to decide about what
 4   it shows.
 5       I just simply don't classify things as a
 6   valid study or an invalid study based on -- in the way
 7   I think you're using these terms.
 8       Q   Well, I'm just --
 9       Would it be fair to say that you did not
10   independently come to any conclusion regarding the
11   validity of the McGovern study?
12       A   Okay.  Again, I'm a little puzzled by the
13   word "validity" as you -- as you used it.  I have not
14   carefully read what was in the published manuscript
15   and -- and interpreted it.
16       Q   Well, I'm just -- I'm just trying to
17   understand.  Somebody represented to the court in this
18   case that you, Dr. Samet, had reviewed all the
19   underlying raw data and concluded that McGovern --
20   that McGovern was an absolutely valid study.
21       We've already established that you -- that
22   would be wrong because you didn't look at the
23   underlying data, and that would also be wrong because
24   the concept of being an absolutely valid study doesn't
25   have any -- any significance, it doesn't mean
```

Page 47

```
 1   anything; right?
 2       A   I -- I really don't understand what you're
 3   saying.  I'm not sure I know what you mean by
 4   "absolutely valid."
 5       Q   It sort of doesn't matter what I'm --
 6       Is -- is there any meaning of that phrase
 7   that you would use that would allow you to say "Well,
 8   yes, I did.  I did draw an independent conclusion that
 9   it was an absolutely valid study"?
10       A   Again, if I -- to use my words, I would look
11   for the study and the conclusion and the methodology
12   as described and the potential for there to be a
13   source and a debate about bias.
14       Q   And as of March 30 when you rendered your
15   opinions in this case, you had concluded that there
16   were no sources of bias; is that right?
17       A   There were no major sources.
18       Q   No major sources of bias.
19       Did you determine there were any minor
20   sources?
21       A   Well, I -- I think -- in epidemiology and
22   doing observational studies, there may be sources of
23   bias that are, you know, there but not well-described.
24   But here at least I did not see any major sources of
25   bias.
```

Page 48

```
 1       Q   And how would you character- --
 2       What would you characterize as a major source
 3   of bias?  I want to use the right phraseology.
 4       A   Well, I mean, the -- the issues that affect
 5   any observational study are threefold.  One is
 6   confounding, one is problems in measurement, and the
 7   third is selection bias.
 8       Q   And by "measurement," do you mean
 9   quantification or tabulation or both?
10       A   Error in measurement.
11       Q   Would tabulation error be considered a
12   measurement error?
13       A   It could be if anything was tabulated.
14       Q   And what -- what do you mean by selection
15   bias?
16       A   Selection bias is a form of bias that arises
17   from differential participation or dropout from the
18   study in a way that distorts the exposure-outcome
19   relationship.
20       Q   And going back to the first potential source
21   of major bias, confounders.
22       You concluded that there were no confounders
23   that would rise to the level of major bias in the
24   McGovern study; right?
25       A   That's correct.  I concluded that there was
```

Page 49

```
 1   no source of confounders that would have led to the
 2   estimated level of bias.
 3       Q   And the only sources of confounding that you
 4   mentioned in your report were the prophylactic
 5   antibiotic regimen and the thromboprophylaxis regimen;
 6   correct?
 7       A   Correct.
 8       Q   Did you look at any other potential
 9   confounders in the McGovern study besides antibiotics
10   and thromboprophylaxis?
11       A   Well, from the information provided -- let --
12   let me step back.
13       A confounder here would have to be something
14   that differed in the two time periods of observation,
15   the Bair Hugger period and the conductive warming
16   period.  And that in itself was a risk factor for deep
17   joint infection.
18       So that -- that is a requirement.  And from
19   the information available in the publication, there
20   was not an indication of other confounders.
21       Q   Based on what was actually in the paper?
22       A   Based on what was actually in the paper.
23       And the other comment I would make is, aside
24   from the transition period -- the two-month transition
25   period, any potential temporal confounder would have
```

1 to change rather quickly to introduce bias.
2 Q   And in order for you to have determined that
3 something is a confounder -- correct me if I'm wrong.
4 But it's your -- your expert opinion that a particular
5 risk factor has to independently achieve statistical
6 significance.  Otherwise, it -- it is disregarded, it
7 doesn't have an impact, it has no results.
8 A   It does not necessarily have to achieve
9 statistical significance to be a confounder.
10 Q   So something that isn't -- it potentially
11 impacts an outcome, but doesn't do so in a
12 statistically significant way could nevertheless
13 confound a study?
14 A   If it met the criteria of being associated
15 with the factor and was also an independent risk
16 factor on its own.
17 Q   If bias being -- when you say being
18 associated with it and an independent risk factor on
19 its own, would the association have to be
20 statistically significant in order for it to be
21 considered a --
22 A   I'm sorry.  Which association?
23 Q   Just hypothetically.  If you're looking at
24 the question of does X cause Y, and you compared two
25 groups, one that was exposed to X and one that was not

1 exposed to X, and the outcome Y.
2 That's pretty standard epidemiological study;
3 right?
4 A   Well, it might be a standard data set.
5 That's correct.
6 Q   Okay.  And -- and if --
7 THE WITNESS:  Jan.
8 (The witness handing glass to
9 Ms. Conlin.)
10 BY MR. GORDON:
11 Q   -- some of the people in one group that you
12 were comparing to also had an exposure to Z, factor Z,
13 and the people in the group to which you were
14 preparing that group had no exposure to Z, it's
15 possible that Z could be an independent risk factor
16 for outcome Y; right?
17 A   Well, that would depend on what is known
18 about Z, and is it, in fact, a predictor of a risk
19 factor for the outcome.
20 Q   Okay.  Let's -- and that's what I'm
21 talking -- I want to talk about Z.  For it to be a
22 risk factor that you would consider a confounder that
23 could give rise to concerns of major bias, does Z have
24 to be --
25 Well, first of all, it would have to be an

1 independent risk factor, right --
2 A   That's correct.
3 Q   -- because Z has an association with Y
4 independent of X; right?
5 A   I'm getting a little confused by X, Y, and Z,
6 but yes.
7 Q   Okay.  Does Z have to be associated with the
8 outcome Y independently but in a statistically
9 significant way in order for it to be considered a
10 potential confounder that would give rise to concerns
11 of substantial bias?
12 A   I'm sorry.  I think -- if you don't mind,
13 I'll try and say it better.
14 Q   Please put it in your words.
15 A   That -- that our hypothetical confounder Z --
16 if I understand, your question is, Is it requisite for
17 confounding that it be statistically significantly
18 associated with X?  Is that --
19 Q   I think the outcome was Y, but that's fine.
20 A   Y.
21 Q   Whatever --
22 A   Y.  All right.  Probably better to start
23 over.
24 Q   You know what, let's -- let's stop the
25 algebra.  I apologize that, for getting us off on

1 that.
2 One of the issues you looked at was whether
3 use of rivaroxaban as a proper prophylaxis could have
4 been a -- a confounder in your medical opinion;
5 correct?
6 A   Yes, that's right.
7 Q   Rivarox- -- rivaroxaban was used for part of
8 the Bair Hugger only period but not at all in the
9 HotDog period; right?
10 A   Correct.
11 Q   So if rivaroxaban was an independent risk --
12 risk factor for the outcome of -- of joint infections,
13 it could be a confounder to any causal determination
14 of -- of the impact of Bair Hugger versus HotDog;
15 right?
16 A   I -- in responding, I want to emphasize that
17 you said if it is a risk factor for deep joint
18 infection, which I'm not aware of that that is actually
19 established.
20 That is a high -- the requisite requirement
21 for -- for a confounder is it would be an independent
22 risk factor, which is a matter of judgment based on,
23 you know, what is known in general about the potential
24 confounder.
25 Q   And -- and -- well, specifically in the case

Page 66

1    Q   By the way, you didn't mention the
2  consideration given to that specific question by
3  Mr. Albrecht.
4        Had you read his deposition, either of the
5  transcript days, at the time you wrote this?
6    A   I -- I -- you know, again, I'm just going to
7  have to plead fuzziness on what I read and when. I
8  just simply --
9    Q   Fair enough.
10   A   -- can't tell you.
11   Q   Do you know who Mr. Albrecht was?
12   A   I heard -- I understand that he's an analyst
13  and that he had -- that -- I don't know his full
14  professional history, but I've heard a little bit
15  about him.
16   Q   Well, did you -- did --
17       Were you aware that he did the statistical
18  analysis in the McGovern paper?
19   A   I'm aware of that, yes.
20   Q   And were you aware that he worked for
21  Scott Augustine's company, Augustine Biomedical?
22   A   I'm aware that he did. I don't know his full
23  history. I -- I understand that he did. And perhaps
24  now he's not. I don't know.
25   Q   Okay. Well, do you know who --

Page 67

1    First of all, do you know who Scott Augustine
2  is in relationship to the Bair Hugger?
3    A   My -- I think I do, yes.
4    Q   What's your understanding?
5    A   My understanding is he was the original
6  developer of the Bair Hugger device.
7    Q   Okay. And what's your understanding of
8  what --
9        Is he still -- still involved with the
10  mark- -- manufacturing and marketing of the design?
11  Anything to do with -- with the Bair Hugger device?
12   A   No.
13   Q   Do you know what he does now?
14   A   I -- I believe he has his own company.
15   Q   What does it do?
16   A   I think it makes another warming device.
17   Q   Do you know what it's called?
18   A   I think it's called the HotDog or something
19  equivalent.
20   Q   That's -- and that's -- that -- that was the
21  comparatory device in the McGovern paper; right?
22   A   Correct.
23   Q   Do you know why Scott Augustine left the
24  company that he started that made Bair Hugger?
25   A   No.

Page 68

1    Q   You were never told that he was convicted of
2  Medicaid fraud by the company?
3    A   I don't know his history.
4    Q   And have you -- you haven't read his
5  deposition; right?
6    A   It's not -- it's not -- it's not listed.
7    Q   Okay. We'll talk about it then later.
8        The -- in your -- on page 12 when -- you're
9  talking about that -- your decision to set aside
10  whether the anti- -- the antibiotics and/or
11  thromboprophylaxis is truly confounding; right?
12   A   That is correct.
13   Q   Okay. You used -- again, I want to focus in
14  on that phrase "and/or."
15       You weren't just considering antibiotics
16  alone as a risk factor -- independent risk factor and
17  thromboprophylaxis alone as an independent risk
18  factor.
19       You also considered whether it was possible
20  that the combination of the antibiotic regimen and the
21  thromboprophylaxis regimen together could have been a
22  confounding factor?
23   A   I think, if I can -- I'm not sure what you're
24  asking, if you're asking is -- was I considering
25  whether there was some form of, quote, "interaction

Page 69

1  between the two."
2        Here my and/or referred to antibiotic use or
3  to thromboprophylaxis and not to particular
4  combinations of the possibilities of those two.
5    Q   You understand that in the McGovern study
6  during the Bair Hugger only period, there were two
7  different antibiotic protocols --
8    A   Yes.
9    Q   -- used versus one in the HotDog period;
10  right?
11   A   I understand that, yes.
12   Q   And you understand in the Bair Hugger period,
13  there were two different thromboprophylaxis protocols
14  used; and in the HotDog period, there was only one --
15   A   Correct.
16   Q   -- thromboprophylaxis?
17       Prior to your writing your report, were you
18  aware that there was a period in the Bair Hugger only
19  time period that was reported by McGovern, et al.,
20  where the Bair Hugger patients, the Bair Hugger
21  cohort, had the same antibiotics and
22  thromboprophylaxis as was used for all of the HotDog
23  patients?
24   A   I'm sorry. Can you say that again.
25   Q   Prior to rendering your opinion and writing

Page 78

```
 1      Q   What was the -- the recorded confidence
 2  interval for the relative risk in the McGovern paper
 3  which you would consider to be a wide confidence
 4  interval?
 5      A   Again, I'm going to refresh my memory --
 6      Q   Yeah.
 7      A   -- as to what it was.
 8      (Witness reviewing document.)
 9      THE WITNESS:  1.2 to 12.5.  I certainly
10  would not describe it as narrow.
11  BY MR. GORDON:
12      Q   Okay.  Well, do you characterize that as a
13  wide confidence interval?
14      A   I -- again, I don't have particular rules.  I
15  mean, I think it's -- it's a substantial interval
16  covered by 1.2 to 12.5.
17      Q   And the fact that it didn't dip below one,
18  that was important to you?
19      A   Well, that -- that indicates that the .05
20  level is actually this, yeah.
21      Q   Now, we were -- I'm sorry.  I got diverted.
22  We were talking about strength and association and the
23  impact that that has on whether you could conclude
24  that confounding was unlikely.
25      And you said that 3.8 moderately strong
```

Page 79

```
 1  strength of association, that allowed you to conclude
 2  that such confounding was not only unlikely but not
 3  supported by the evidence.
 4      What I want to know is, Numerically how low
 5  would it have to be before you can say "You know,
 6  that's" -- "that's in that" -- "in that zone where I'm
 7  not so sure the odds ratio for relative risk in and of
 8  itself is particularly useful one way or the other in
 9  assessing whether there's a" -- "there's an impact of
10  confounding"?
11      A   Well, there's no -- I can't say there's a
12  specific quantitative rule or principle.  It would
13  really depend on the strength or the potential
14  confounders as risk factors themselves.
15      Q   You were critical in your report and critical
16  of many publications of the efforts of the tobacco
17  industry to discredit the various observational
18  studies that initially linked to -- cigarette smoking
19  to cancer; correct?
20      A   I've commented on that, correct.
21      Q   And -- and specific -- specifically one of
22  your criticisms is the tobacco industry tried to
23  create doubt by suggesting there may be unknown
24  confounders that -- that are causing the difference in
25  the -- the odds ratios that are coming out in the
```

Page 80

```
 1  various observational studies; right?
 2      A   I've written that kind of statement, correct.
 3      Q   And the studies upon which the initial
 4  conclusions about cigarette smoking and lung cancer
 5  were drawn in the surgeon general's report, those were
 6  based on, among other things, animal studies and other
 7  things, twenty-nine different observational studies;
 8  right?
 9      A   I'm sorry.  Which report are you referring
10  to?
11      Q   The 1964 surgeon general's report.
12      A   That may be the number.  There were seven or
13  nine observation -- cohort studies and another
14  twenty-something case studies.
15      Q   And with respect to men and lung cancer in
16  moderate to heavy smokers, every single one of them
17  had a strength association with at least nine.  One
18  was high -- I believe it was somewhat higher than
19  twenty and thirty.
20      Right?
21      A   There were very strong associations, that is
22  true.
23      Q   Those were very strong associations; right?
24      A   Strong.  Yes, very strong.
25      Q   Much stronger than 3.8; right?
```

Page 81

```
 1      A   12 is bigger than 3.8.
 2      Q   Well, in terms of taking those -- those very
 3  high odds ratios across literally dozens of studies
 4  and saying "You know what, those" -- "in three
 5  different" -- "in three different countries, those" --
 6  "those odds ratios are so strong and so consistent,
 7  that that pretty much excludes the possibility of" --
 8  "of some unknown confounder that the tobacco industry
 9  was trying to suggest might be in play," that makes
10  perfect epidemiological sense, doesn't it?
11      A   It just makes perfect common sense, but yes.
12      Q   But taking one observational study that
13  concludes there's a 3.8 odds ratio and concluding that
14  that odds -- that that odds ratio was sufficient to --
15  to exclude the possibility of a confounder -- one or
16  more confounders, that -- that doesn't stand on -- in
17  the same solid scientific domain as we were just
18  talking about with respect to cigarette and lung
19  cancer studies; right?
20      MS. CONLIN:  Objection as to form.
21      THE WITNESS:  If I can comment.  The
22  tobacco situation is unique in terms of the
23  strength of association of smoking with lung
24  cancer.
25      The matter of confounding is something
```

Page 90

1    is.
2         The issue here was that women in the
3    observational studies who ended up on hormone
4    replacement therapy differed in some ways.  Their
5    report for cardiovascular risk was -- who did not.
6         It was not a matter of the general legibility
7    of the nurses, but the difference within the nurses or
8    some other studies at the time between those on HRT
9    who were not assigned randomly but who took it versus
10   those who did not.
11   Q    Well, I'm not sure I understand, and that's
12   my problem.
13        The initial observational studies showed a
14   clear benefit from HRT; right?
15   A    For cardiovascular disease.
16   Q    For cardiovascular, correct.
17   A    Right.
18   Q    But in subsequent randomized clinical trials,
19   not only was there not that, but there was a
20   detriment -- a statistically significant detriment in
21   cardiovascular disease; right?
22   A    There was an increased risk for
23   cardiovascular events, yes.
24   Q    Would you agree that there -- there -- that's
25   not an isolated example in the history of medicine

Page 91

1    where -- where an initial approach to some therapeutic
2    intervention was perceived as being either positive
3    or -- or negative based on one or more observational
4    studies that on attempts of replication and/or more
5    focused randomized clinical trials did not prove to be
6    accurate?
7    A    I think I said before that not all
8    observational studies with findings that purport to
9    show associations are replicated.
10   Q    Wouldn't you agree that a single
11   observational study is without replication generally a
12   weak basis for drawing definitive causal conclusions?
13   A    I think a -- the observational study, the
14   findings need to be interpreted in light of what is
15   known about the association with regard to coherent
16   plausibility and -- and so on.
17   Q    Well, one of the criteria that suggested that
18   was used by the surgeon general's report and that you
19   yourself discuss is consistency; right?
20   A    Yes.
21   Q    And that's important because one study may
22   not have gotten it right.  But it -- the more studies
23   you have that came -- that come to the same
24   conclusion, the more likely it is that the conclusion
25   is correct and not an outlier result of some bias, a

Page 92

1    result of some unaccounted for confounder, or
2    something like that; right?
3    A    Well, having multiple studies with similar
4    findings adds to the confidence in -- in the findings,
5    correct.
6    Q    Okay.  Well, you go on to say in this 2004
7    report that (reading):
8         "If confounders are recognized
9         and their effects measured, these
10        effects can often be statistically
11        minimized or removed by the
12        analysis of a study.  However, if a
13        confounder is poorly measured, or
14        its effects poorly characterized,
15        then its effects cannot be
16        controlled for in the analysis
17        phase of a study, resulting in a
18        causal effect that is distorted or
19        confounded by the unwanted factor.
20        The most extreme version of this
21        phenomenon occurs with unmeasured
22        confounding, causal factors that
23        are not measured at all and whose
24        effects are therefore not
25        controllable, which can result in

Page 93

1         biased estimates and underestimates
2         of uncertainty, because standard
3         analyses implicitly assume an
4         absence of confounding from all
5         unmeasured factors."
6         Did I read that right?
7    A    You did.
8    Q    And you still agree with that; right?
9    A    Yes.
10   Q    And the only potential confounders that you
11   even considered for the McGovern study in rendering
12   your opinion were antibiotics and thromboprophylaxis?
13   A    Well, again, as I said, with this interrupted
14   time series design -- excuse me -- design, there would
15   have to be other factors that were linked to a time
16   period that fit the definition of confounders.  And I
17   just don't have any basis for suggesting what they
18   might be.
19   Q    Did you do anything to try and determine if
20   there were potential confounders --
21   A    I --
22   Q    -- besides the two that you looked at?
23   A    Again, these -- my -- my judgments are based
24   on the information and the materials used.
25   Q    And you didn't do the analysis where you

Page 94

1  isolated the Bair Hugger period where the antibiotics
2  and the thromboprophylaxis were the same as in the
3  HotDog period.
4        But do you have any reason today to disagree
5  with Professor Holford, Mr. Albrecht, Dr. Reed, and
6  Dr. McGovern that when you compare those two time
7  periods completely eliminating the potential for
8  thromboprophylaxis and antibiotics to be different,
9  there is no difference in the rate of infection?
10       MS. CONLIN:  Objection; it assumes facts
11 not in evidence.
12       THE WITNESS:  Again, I think I commented
13 on this.
14       One is I'm not sure on an observational
15 basis why these two factors would be kind of
16 considered as independent risk factors.
17       And, second, yes, I have seen the Holford
18 analysis and understand what is there.
19 BY MR. GORDON:
20   Q   Let's talk about the antibiotics.
21       Do you recall what the --
22       MS. CONLIN:  We're at like 1:15.  So.
23       MR. GORDON:  Do you want to break now?
24       MS. CONLIN:  No, it's up to you.  But I
25 know he wants to eat at some point.  So I don't

Page 95

1  want you to get into --
2        THE WITNESS:  Actually, a break time
3  would be good.
4        MS. CONLIN:  Do you mind?
5        MR. GORDON:  That's fine.
6        THE VIDEOGRAPHER:  The time is 1:15 p.m.
7  We are off the record.
8        (At the hour of 1:15 p.m., a
9        luncheon recess was taken; the
10       deposition resumed at 1:50 p.m.)
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///

Page 96

1  ///
2  ///
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 97

1  LOS ANGELES, CALIFORNIA; TUESDAY, JULY 11, 2017
2        1:50 P.M.
3        -0o0-
4        ***
5        JONATHAN SAMET, M.D.,
6  having been previously administered an
7  oath in accordance with CCP 2094, was
8  examined and testified as follows:
9        ***
10       EXAMINATION (Resumed)
11       THE VIDEOGRAPHER:  We are back on the
12 record.  The time is 1:50 p.m.
13 BY MR. GORDON:
14   Q   Dr. Samet, I'd like to talk about
15 antibiotics.
16       There -- do you recall there where two
17 different antibiotic protocols during the McGovern
18 interrupted time series that we were discussing;
19 right?
20   A   Correct.  Yes.
21   Q   Do you remember what they were?
22   A   Gentamicin and gentamicin plus teicoplanin.
23   Q   Okay.  And the HotDog only cohort received
24 the gentamicin-teicoplanin combination for all the --
25 the HotDog cohort period; right?

## Page 162

1  about the surveillance time in Wansbeck, I thought it
2  started in October '08.  I just -- which is why I had
3  wondered with that -- somewhere in 2008 with the lower
4  rates earlier in the year.
5       But in any case, I mean, yes, there's some
6  variation in this moving average.
7    Q   And from a statistical standpoint, you're --
8  you think that the proper way to analyze these data is
9  to just say "Well, we'll just" -- "we're just going to
10 compare the overall average of a twenty-month period
11 that goes up and down and up to a seven-month period"?
12   A   No.  Let me say --
13      MS. CONLIN:  Well, objection -- objection
14 as to form in terms of the time.
15      THE WITNESS:  Sorry.  Forgive me.  Just
16 restate the question for me.
17      MR. GORDON:  Well, I don't think it was
18 accurate.  So, Jan, if you want to enlighten me as
19 to where I -- I misspoke I would be happy to --
20      MS. CONLIN:  Well, I --
21      MR. GORDON:  -- be educated.
22      MS. CONLIN:  -- I can't tell from -- I
23 don't want to have a speaking objection, but I
24 think --
25      MR. GORDON:  I'm inviting you.

## Page 163

1       MS. CONLIN:  All right.  The -- this
2  chart starts on September 1st, 2007, which we
3  think the record is pretty clear.  And it's an
4  inaccurate -- inaccurate data set for that.  So
5  that -- that was the issue, but I didn't want
6  to --
7       MR. GORDON:  Okay.  No.  I'm glad you --
8  and that's fine.  Let's -- I will clarify --
9  clarify my question then.  I wasn't -- that wasn't
10 what I was intending to ask.
11   Q   I'm talking about the twenty-month period
12 that is depicted in Professor Holford's Figure 2 as
13 the Bair Hugger study period.  There's a red line
14 across that corresponds to the study time period
15 reflected in the McGovern paper.  And that's a
16 seven-month period that is identified here as the
17 HotDog study.  Those are -- are the two periods I was
18 referring to.
19      And you've got twenty months of -- of data in
20 the Bair Hugger study that go to a low, as you say,
21 of, it looks like, less than 1 percent to a high of 4
22 or 5 percent during that twenty months.  And then
23 you've got -- and that's being compared to the average
24 of seven months of data from McGovern -- or from the
25 HotDog period.

## Page 164

1       Do you think from an epidemiological
2  standpoint that averaging data with that kind of
3  variability over twenty months and comparing it to a
4  seven-month period is sound epidemiological
5  methodology?
6    A   Well, yeah, let me comment from a different
7  perspective.  I've done a lot of time series analyses.
8       This data set is simply too small to do any
9  sort of formal analysis.  It's small.  It's -- I'll
10 use the word "noisy."  And probably the best way to
11 get a stable signal is to average the data that is at
12 hand.
13   Q   When you have a small and noisy series,
14 doesn't that impact the -- the weight that you can
15 give to any conclusions from it?
16   A   Well, again, as I said, the best way to try
17 to understand what the signal is, is to average all
18 the data you have and -- and use it all.
19   Q   You're saying the best way under adverse --
20 the -- the less than ideal circumstances of having a
21 small and noisy data set?
22   A   I'm simply referring to the data at hand in
23 this -- in this picture.
24   Q   In your professional work, either your
25 teaching or if you do health organization bodies like

## Page 165

1  that, would you recommend a change in practice based
2  upon a single observational study that has this
3  limited data set and is this noisy?
4       MS. CONLIN:  Objection as to form, it
5  misstates his report.
6       THE WITNESS:  Yeah.  Again, my
7  conclusions as I've -- the conclusion of my report
8  is not based solely on the McGovern data set.
9  There's extensive review of other materials.
10 BY MR. GORDON:
11   Q   Yeah, and we're going to -- and I -- and I am
12 confining my questions to McGovern.
13      So if -- if you take had the McGovern paper
14 out of your consideration, are you saying that your --
15 your opinion would remain the same, that the Bair
16 Hugger is a substantial cause of surgical site
17 infections, substantial to -- or to periprosthetic
18 infections?
19      MS. CONLIN:  It calls for speculation.
20      THE WITNESS:  I -- I -- the only comment
21 I could make is that there's now a second study,
22 the Augustine report, with another -- an est- --
23 another estimate of the risks of this too.  That's
24 I think what I can say at this point.
25 ///

Page 166

1  BY MR. GORDON:
2      Q   Okay.  But what I want to understand is when
3  you came to the opinion that you offered to the court
4  on March 30, as I read the report, it -- the McGovern
5  study is a critical element in how you arrived at your
6  conclusions.  But if I'm -- in fact, that's how I read
7  it.  That doesn't really matter.
8      A   Yeah.  That's --
9      Q   My question to you, because you keep talking
10  about it -- it's is just part of the data.  If you
11  didn't have the Mc --
12          If you hadn't had the McGovern paper at all,
13  would you have, based on all the other stuff that
14  you're talking about, arrived at the same conclusion
15  on March 30?
16      A   The McGovern paper is, at the time I wrote my
17  report, the sole paper in the peer reviewed literature
18  offering an estimate of the risk of deep joint
19  infection associated with the Bair Hugger device.
20      Q   So if you hadn't had the McGovern paper, you
21  would not have reached the conclusions that you
22  reached --
23          MS. CONLIN:  It calls for speculation.
24  BY MR. GORDON:
25      Q   -- on March 30; right?

Page 167

1          MS. CONLIN:  It calls for speculation.
2          THE WITNESS:  I -- I could only -- I
3  could only say that there would not have been
4  anybody to -- absent the McGovern paper, to
5  quantify the magnitude of this.
6  BY MR. GORDON:
7      Q   Okay.  But you would have still opined that
8  there was a risk, just you couldn't quantify it?
9      A   I just can't answer that question.
10      Q   Well, let's approach it from a different
11  standpoint.  You've mentioned now several times that
12  the McGovern paper was not the only evidence or data
13  upon which you based your conclusion.
14          Tell me what the other body of -- of data is
15  that contributed to your opinion.
16      A   Well, let me take out my report --
17      Q   Sure.
18      A   -- and -- and comment on that.  I think the
19  sections lay out the different lines of evidence that
20  were considered and perhaps --
21          Critically the idea is laid out in Figure 3
22  on page 21.
23      Q   Okay.  So table -- that table lists four
24  sentences; right?
25      A   No.  I said Figure 3 on page 21.

Page 168

1      Q   Oh, Figure 3.  I'm looking at page 3.
2  I'm sorry.  What page?
3      A   21.
4      Q   Okay.  Okay.  So you -- this is, you say,
5  "Mechanisms by Which the Bair Hugger Increases Risk
6  for Joint Infection"; is that right?
7      A   That's the title.
8      Q   And you have the first two arrows.  One goes
9  to disturbed unit or directional flow.  The other goes
10  to microbial contamination of a surgical field.
11  Right?
12      A   Correct.
13      Q   Let's talk about the bottom, microbial
14  contamination of a surgical field.
15          What do you mean by "microbial
16  contamination"?
17      A   Microorganisms.
18      Q   Okay.  And what data did you review that --
19  well, strike that.
20          Am -- am I correct in inferring from your
21  depiction here in Figure 3 that you believe there are
22  some evidence that the Bair Hugger device results in
23  increased microbial contamination of a surgical field?
24      A   Well, it is shown that -- the -- the
25  literature cited shows that -- and -- and also the

Page 169

1  computational fluid dynamics of modeling that there's
2  increased flow of particles across the surgical field.
3          I believe at least one study -- maybe it's
4  Moretti [phonetic] -- shows increased numbers of
5  microorganisms associated with the Bair Hugger
6  operating and then also the disruption of directional
7  flow.  So those contribute to increased risk of
8  infection, which is what I've laid out here in
9  Figure 3.
10      Q   You -- you referenced computational fluid
11  dynamics.
12          I take it you are referring to the
13  computational fluid dynamics analysis that was done
14  under contract to Dr. Al Garbashi [phonetic] at the
15  request of plaintiffs in this case?
16      A   That's correct.
17      Q   I noticed --
18          MR. GORDON:  Let me show you an exhibit
19  I'm up to 13.  Let me show you Exhibit 13.
20          (The aforementioned document was
21          marked Exhibit 13 for
22          identification by the reporter.)
23  BY MR. GORDON:
24      Q   I noticed in your reference materials you
25  cited to an unpublished document by Memarzadeh.

# EXHIBIT DX26

TO SECOND DECLARATION OF BENJAMIN W.
HULSE IN SUPPORT OF DEFENDANTS'
MOTION TO EXCLUDE PLAINTIFFS' GENERAL
CAUSATION MEDICAL EXPERTS

1      MICHAEL J. STONNINGTON, M.D.
2      UNITED STATES DISTRICT COURT
        DISTRICT OF MINNESOTA
3
4  In re Bair Hugger Forced-Air Warming
   Products liability Litigation
5
                        MDL NO. 15-2666 (JNE/FLN)
6
   This Document Relates To:
7  All Actions
8
9
10
   ****************************************************
11          VIDEOTAPED DEPOSITION OF
            MICHAEL J. STONNINGTON, M.D.
12 ****************************************************
13
14
                APPEARANCES NOTED HEREIN
15
16
17    TAKEN AT INSTANCE OF:  3M COMPANY AND
                ARIZANT HEALTHCARE INC.
18          DATE:  JULY 21, 2017
      PLACE:  PAGE, MANNINO, PERESICH & MCDERMOTT
19              759 HOWARD AVENUE
                BILOXI, MISSISSIPPI
20          TIME:  8:59 a.m.
21
22
   JOB NO. 124788
23 REPORTED BY:  CONNIE CHASTAIN, RMR
                CSR No. 1025
24
25 VIDEOTAPED BY:  MARCEL LANOUX

MICHAEL J. STONNINGTON, M.D.
1
2    Q.  So as I understand what you're telling me,
3    you disagree with that sentence?
4         MR. GORDON:  Objection, argumentative,
5    asked and answered.
6    A.  Ma'am, I disagree with the way you're
7    looking at that sentence.
8    MS. LEWIS:
9    Q.  I'm reading a sentence --
10   A.  And that's not --
11   Q.  -- and asking you if you agree or disagree
12   with it.
13   A.  That's not how you read a study.
14   Q.  I'm not asking you to read a study, I'm
15   saying do you agree or disagree with the statement?
16   A.  With all due respect --
17        MR. GORDON:  Object to the form.
18   A.  -- yes, you are asking me to make a
19   statement based on -- a conclusion based on one
20   sentence in a study, in a review.
21   MS. LEWIS:
22   Q.  I'm asking you do you agree with the
23   sentence.  That's like saying do you agree the sky
24   is blue, that sort of statement.  Do you agree or
25   disagree with the statement?

MICHAEL J. STONNINGTON, M.D.
1
2    So I'm asking you do you agree or disagree
3    with the sentence in this article?
4         MR. GORDON:  Objection, argumentative,
5    asked and answered three times.
6    A.  Looking at a tree does not establish the
7    forest.  Looking at that sentence does not establish
8    that air flow pattern disruptions are not a concern.
9    MS. LEWIS:
10   Q.  I'm not asking you to establish anything,
11   I'm asking you do you agree or disagree with the
12   sentence?
13        MR. GORDON:  He's answered to the best
14   of his ability.
15   A.  You're asking a hypothetical.  You're
16   asking me to take that sentence out of the review
17   and not look at all the other studies and say what I
18   think is the truth.
19   MS. LEWIS:
20   Q.  No, I'm asking you do you agree with the
21   statement or not.  You can't answer that?
22        MR. GORDON:  Asked and answered.
23   A.  I do not hang my hat on single sentences.
24   MS. LEWIS:
25   Q.  Okay.  Let's move on to the next page, Page

MICHAEL J. STONNINGTON, M.D.
1
2    124, under their conclusions.  Do you see where I
3    am?
4    A.  Yes, ma'am.
5         MR. GORDON:  Take a minute to read the
6    conclusion if you want.
7    MS. LEWIS:
8    Q.  Tell me why did you have this article in
9    your collection of articles?
10   A.  I believe I first came to this article --
11   now, this is by memory, it was sent to me by the
12   hospital.
13   Q.  And you reviewed it then?
14   A.  Yes, ma'am.
15   Q.  Why did the hospital send this to you?
16        MR. GORDON:  Objection, calls for
17   speculation.
18   A.  I believe it came from 3M because they knew
19   the hospital was considering changing out all the
20   Bair Huggers.
21   MS. LEWIS:
22   Q.  Do you know that for a fact or that's your
23   guess?
24   A.  I know for a fact that I discussed changing
25   out all the Bair Huggers with hospital OR

MICHAEL J. STONNINGTON, M.D.
1
2    administration.
3    Q.  No, my question is do you know for a fact
4    that 3M sent this article to the hospital?
5    A.  I guess I don't.  I assumed it was -- came
6    from 3M, but if you tell me otherwise I'll believe
7    you.
8    Q.  So let's look at the conclusion section.
9    It reads -- I'll tell you what, why don't you read
10   the first sentence, would you, please?
11   A.  Based on our focused schematic review of
12   the published literature, we believe there is
13   insufficient evidence to establish that the use of
14   FAW systems leads to an increase in SSIs compared to
15   other warming methods.
16   Q.  Do you agree or disagree with their
17   conclusion?
18   A.  I disagree with their conclusion.
19   Q.  The next sentence, can you read that for
20   us, please?
21   A.  Although one study, McGovern, et al,
22   presents data that suggests higher PJI rates,
23   prosthetic joint infection rates, with the use of
24   FAW, forced-air warming, compared to an alternative
25   warming method, this study has serious limitations

## Page 118

MICHAEL J. STONNINGTON, M.D.
such that its findings on PJI rates cannot be
considered conclusive.

Q.  Do you agree or disagree with that
sentence?

A.  I agree, going back again -- I know I'm
wearing this topic out.  Going back to the forest,
McGovern is a tree in the forest and it cannot be
considered authoritative on its own.  What is
authoritative is the forest.

So I believe that this review is really
making a error in hanging their hat on that study.

Q.  Do you agree that the McGovern study has
serious limitations?

A.  I believe that the McGovern study, much
like most studies, have confounding variables.  And
it is essentially impossible to create a perfect
study.

Q.  So you agree the McGovern study has some
limitations?

MR. GORDON:  Objection to form, asked
and answered, argumentative.

A.  I believe it has some confounding variables
that make it like all studies, not perfect.  And I
think it's ridiculous for anybody to assume that a

## Page 119

MICHAEL J. STONNINGTON, M.D.
study is perfect, which is why you don't call a
substudy authoritative in and of itself because in
the early days of tobacco, I'm sure we can point to
studies which were, quote, authoritative that said
tobacco did not cause lung cancer.  We know that not
to be true.

So this is why you don't make mistakes on
hanging your hat on one study.  I don't hang my hat
on McGovern.  If McGovern didn't exist I would still
be sitting here today.

MS. LEWIS:

Q.  Do you agree that the McGovern findings on
PJI rates cannot be considered conclusive?

MR. GORDON:  Objection to form.

A.  The same answer applies that you cannot
hang your hat on one study.  I think the study is
very important.  The decreased infection rate that
he found actually mirrors my own practice.  I have a
decreased infection rate without the use of Bair
Hugger.

Augustine has also said the same thing and
I believe there are -- this shows -- this is
something that's really interesting about medicine
is you read a study and you look at your own

## Page 120

MICHAEL J. STONNINGTON, M.D.
practice, your own real world practice and you say
wow, I'm seeing that in my own practice.  That also
gives you -- that gives that study credibility.

That's why you don't look at the study by
itself.  You have to put it in the context of real
world, not a piece of paper.

MS. LEWIS:

Q.  Do you agree, then, that the McGovern study
cannot be considered conclusive?

MR. GORDON:  Objection to form,
argumentative, asked and answered.

A.  I believe that it is a very important study
that has very important findings.  And I think that
it is a tree in the forest that when it is taken
into the context of other studies, clinical
practice, patient findings, that altogether there is
conclusive evidence that the Bair Hugger is a
dangerous device.

MS. LEWIS:

Q.  I didn't ask you about the Bair Hugger
being a dangerous device in all of the studies put
together, I asked about McGovern.  Do you think the
findings in McGovern cannot be considered
conclusive?

## Page 121

MICHAEL J. STONNINGTON, M.D.
MR. GORDON:  Objection, asked and
answered, argumentative.  He can answer the
question the way he sees fit, Counsel.  You
just didn't like the answer.

A.  Much like how the ECRI is stating that they
will continue to monitor, which means that they're
saying that their findings aren't conclusive because
they will continue to monitor the issue and change
and amend their findings as indicated, as necessary.
So they're being honest that they're open -- they're
leaving it open, that they could be wrong.

So this is an example of why scientists
don't like to use the word "authoritative" or
"conclusive".  That's -- those might be words that
are used by attorneys sitting around a deposition
table, but those aren't words that scientists throw
out very often because you always want to look at
other evidence, you always want to understand that
other studies are coming around the corner and you
don't want to be boxed in.

So I'm not going to say that any of those
studies are conclusive.

MS. LEWIS:

Q.  Including McGovern?

Page 122

1      MICHAEL J. STONNINGTON, M.D.
2      A.  I'm going to say that you have to put them
3  together to make a conclusive argument.  And that
4  conclusion which I believe is conclusive, the Bair
5  Hugger is dangerous.
6      Augustine -- I mean, McGovern is a very
7  important study, very important findings, increased
8  infection rate in patients with Bair Hugger, which I
9  believe to be true, which I believe his findings to
10  be true.
11      Q.  So you disagree, then, with ECRI that the
12  findings from McGovern on PJI rates cannot be
13  considered conclusive?  You disagree with that?
14      MR. GORDON:  Objection, form, asked
15  and answered, argumentative.
16      A.  I believe that you need to make me, meaning
17  me and other people, other surgeons, scientists,
18  need to be careful with using that word,
19  "conclusive", about one study.
20      And so it's very important to say that it
21  is an important study with important findings that
22  are really, really, really, really concerning.  And
23  this McGovern study does not live in a vacuum, it
24  does not live on an island, it lives on a big
25  continent of other studies, other clinical

Page 123

1      MICHAEL J. STONNINGTON, M.D.
2  practices.  And when you put that all together, the
3  conclusive argument is the Bair Hugger is dangerous.
4      So I'm not going to say that one study by
5  itself is conclusive because it doesn't -- that's
6  not how you look at a study.
7      MS. LEWIS:
8      Q.  But you have to look at that study for
9  the -- the results of that study.  The bigger
10  picture is whether something is wrong.  But you have
11  to be able to say here are the results of this
12  study, do we agree or disagree with these results.
13  And that's what you are not able to answer.
14      MR. GORDON:  Objection, argumentative.
15  Counsel is testifying, apparently.
16      A.  I believe the results of the McGovern
17  study.
18      MS. LEWIS:
19      Q.  Okay.  So that's what I'm saying.  Then you
20  disagree with the conclusion that ECRI found that
21  the PJI rates from McGovern cannot be considered
22  conclusive.  You disagree with that?
23      MR. GORDON:  Objection, argumentative
24  asked and answered.
25      A.  No, ma'am, that's not what I said.  I know

Page 124

1      MICHAEL J. STONNINGTON, M.D.
2  this is a bit of parsing words, but believing
3  something is not saying it's conclusive.  I believe
4  looking at that study that it's a good study, that
5  it shows very important findings but I did not use
6  the word "conclusive".
7      And so I believed the Legg and Hamer study
8  is accurate.  I believed the Albrecht and Leaper
9  studies are accurate.  But that is different from
10  saying each one of it by itself on an island is
11  conclusive.  That's not how I look at this.
12      And we can keep going round and round and
13  round but that's not how I look at this.  So I'm not
14  going to get boxed in to making one study more
15  important than it should be because that's not the
16  scientific methodology of looking at this work.
17  MS. LEWIS:
18      Q.  I didn't ask you whether one study was
19  conclusive for everything.  I'm asking you about one
20  study.
21      MR. GORDON:  Objection.
22  MS. LEWIS:
23      Q.  So you're not able to answer --
24      A.  No, I --
25      MR. GORDON:  Hang on.  I object to the

Page 125

1      MICHAEL J. STONNINGTON, M.D.
2  question.  I don't know what the question
3  is, honestly, but it's argumentative.
4      MS. LEWIS:  Oh, okay.
5      MR. GORDON:  He said he just asked and
6  answered --
7      MS. LEWIS:  You're objecting to a
8  question and he doesn't know a question.
9      MR. GORDON:  Object to the form
10  because I don't know what you mean, but I
11  think it's asked and answered, like, 17
12  times.
13  MS. LEWIS:
14      Q.  Dr. Stonnington, let's go on with this ECRI
15  article.  I'll read it, studies that look at
16  forced-air warming --
17      MR. GORDON:  Where are you, Deborah?
18  I'm sorry.
19      MS. LEWIS:  I'm on the next section.
20      THE WITNESS:  Under conclusions.
21      MR. GORDON:  Okay.
22  MS. LEWIS:
23      Q.  Studies that look at forced-air warming's
24  contribution to OR air contamination and/or air flow
25  disruption raise questions about the technology and

# EXHIBIT DX27

TO SECOND DECLARATION OF BENJAMIN W.
HULSE IN SUPPORT OF DEFENDANTS'
MOTION TO EXCLUDE PLAINTIFFS' GENERAL
CAUSATION MEDICAL EXPERTS



**Document Name:** bar hugger writeup draft 6.doc

EXHIBIT
11
3.31.17
Augustine

## DO FORCED AIR WARMING DEVICES INCREASE BACTERIAL CONTAMINATION OF OPERATIVE FIELD? – Simulated experiment analysis

McGovern PD, Srinivas S, Sutaria P, Bull D, Edwards-Jones V, Reed MR

**Objective:** To analyse if a forced air warming device could increase bacterial contamination of the operative field.

**Background:** Forced Air warming units have been shown to be effective in helping to maintain intraoperative normothermia but concerns have been raised that they may blow contaminants into the operative field, possibly increasing the risk of postoperative infection.

**Study design:** Controlled experiments in simulated environment

**Methods:** A series of simulated operations were set up sequentially over one day in a laminar flow operating theatre, with airborne particle and bacterial sampling performed during the experimental period.

**Results:** The experiments showed no notable increase in either ambient particle count or bacterial count in the vicinity of an operative field when a forced air warming device was used in the normal intra-operative manner. There was increase in local particle counts only when the surgeon enters the operative field, from outside the laminar flow boundary.

**Conclusions:** Use of forced air warming devices does not increase the bacterial count in the vicinity of the operative field. However it is noted that introduction of airborne particles from outside the laminar flow zone to the operative field increases the bacterial count, many of these which could be pathogens themselves, or sterile particles that form a nidus for pathogen growth. [5]

## INTRODUCTION:

The maintenance of intraoperative normothermia is an important factor in reducing the risk of perioperative complications. [1] [2] In addition to using warmed fluids for infusion and keeping the operating theatre temperature at an appropriate level, various methods exist for insulating or actively warming the patient externally.

Forced Air warming units have been shown to be effective in helping to maintain intraoperative normothermia. [3] However concerns have been raised that these devices may blow contaminants into the operative field, possibly increasing the risk of postoperative infection. [4]

There have been video demonstrations that have illustrated the convection currents that are produced during the use of forced air warming blanket. It is possible that despite laminar flow, the currents which are produced appear to flow in a direction that could contaminate an operative site. *(reference?)*

**The purpose of this study** is to investigate the effects during the use of a forced air warming unit particularly on the bacterial count in the vicinity of the operative field. The investigations were carried out in a simulated environment and we present our findings from these experiments and discuss the possible implications to surgical practice.

3616

**METHODS**

A series of simulated operations (referred to as 'experiments') were set up sequentially over one day in a laminar flow operating theatre.   One of the authors acted as a patient, and was prepared and draped for surgery, with a Bair Hugger blanket in position but turned off initially.  Airborne particle and bacterial sampling was performed at different times during the experimental period, over periods when the bair hugger unit was off and then switched on.

An active laminar flow operating theatre was used for the purposes of this experiment. The investigating team consisted of 4 members – a surgical trainee, two Foundation Year 2 doctors and a professor of microbiology.  A real-time operative environment was simulated. All members wore standard theatre scrubs, surgical caps and face masks. Entry and exit of personnel was minimised, and only permitted through the scrub room door.

Four different experiments were performed and each had variations to the sampling protocol as described below.

Airborne particles were counted throughout each experiment using a handheld particle counter *[Handilaz mini® Particle Measuring Systems Inc. Boulder USA]* .  This samples air at a constant rate and draws it through a laser array, measuring light diffraction and inferring a particle count.

Bacterial samples were taken using settle plates. (5% (v/v) Columbia Blood Agar (CBA), MRSA select, Sabauraud agar, Cysteine lactose electrolyte deficient (CLED) and *Clostridium difficile* agar) were used.

'Background,' or 'Long term' plates remained out for the duration of all 4 experiments, and were positioned at the corners of the operating theatre.  Long term plates were labelled A, B, C and D.  Shorter term plates were refreshed for each experiment, and were positioned near the corners of the operating table.  Short term plates were labelled E, F G and H.

In addition, discrete samples of air were taken for bacterial sampling during experiments. A Sarstedt® air sampler was used, placed on a trolley at the height of the operative field. Samples were collected for 5 minutes, drawing 500 litres of air over a CBA culture plate. The sampler was moved between positions $AS_L$ and $AS_R$ as shown on the diagram in between sampling periods, with a fresh plate being used for each discrete sample.

The Handilaz particle counter was programmed to count continuously during each experiment, outputting results at 1 minute intervals.  Using aseptic technique, the machine was covered with a sterile drape (save for the air inlet port) immediately after the patient had been draped.   The particle counter was set up as shown in the photograph, with the inlet 1cm from the operative field surface (See Fig xx). The bacterial sampler on its trolley (resting on a sterile drape) was moved into position only when sampling was ongoing and was removed when it was inactive. After the experiment was set up, 10 minutes were allowed to elapse for the system to equilibrate.

<u>Simulated operation:</u> Each experiment used one of the authors as a volunteer patient.  The patient wore a surgical face mask and theatre cap and was positioned supine on an operating table in the middle of the laminar flow zone.  Table height was set at **xxx** cm **(same as height of standard trolley – Paul to measure)**.  A forced air warming blanket attached to the manufacturer-recommended warming device (Bair Hugger Model 505[@] - Arizant UK) was placed over the patient's torso and arms. Two of the authors simulating the surgeons used a standard surgical scrub technique with 2% chlorhexidine for 5 minutes and wore caps, masks, sterile surgical gowns and gloves.

The surgical site measuring 10 x 10 cm was pre-marked on the anterior surface of the volunteer patient and this area was aseptically cleansed using 2% chlorhexidine and allowed to dry.  The surgical site was isolated with sterile adhesive disposable surgical drapes. The drapes covered the patient, Bair Hugger[@] blanket and the operating table. Added care was taken to ensure an airtight seal between skin and drape, to avoid airflow from the Bair Hugger blanket directly passing over the operative field.  The bottom of the surgical drapes was no more than 20cm from the floor.



**Position of sampling plates**

Laminar Flow Boundary

Drapes   Operative Field

AS$_L$

F   E

G   H

AS$_R$

Bair Hugger Blanket (under drapes)

Floor level air vent

Ceiling level air vent

Settle plates were Labelled A-G
Bacterial air sampling at positions ASL (left) and ASR (right)

3619

**Experiment Setup**

Sterile Field

Particle Counter



Settle Plate F

Sterile Field

Air Sampler
(in position AS_L)



Particle Counter
(with sterile drape)

3620

The particle counter was set up as shown, with the inlet 1cm from the operative field surface.  The bacterial sampler on its trolley (resting on a sterile drape) was moved into position only when sampling was ongoing and was removed when it was inactive.

All phases of each experiment were timed at 10 minutes, with no gap between phases.   After setup had been completed, movement in theatre was stopped to allow the system to equilibrate.  The phases were as follows:

Equilibration Phase: 10 minutes, no movement in theatre, Bair Hugger Switched off

Phase 1: 10 minutes, no movement in theatre, Bair Hugger Switched off.
Phase 2: 10 minutes, no movement in theatre, Bair Hugger Switched on
Phase 3: 10 minutes, scrubbed and gowned surgeon moved next to operative field as if to operate.

**Sampling protocols**

**Background Bacterial Settle Samples:**
Bacterial settle plates A-D, remained in position at 4 corners of theatre while all experiments were carried out

**Table Bacterial Settle samples:**
Bacterial Settle Plates E-H; placed at 4 corners of operating table before each experiment was set up.  Taken up an hour later before apparatus was deconstructed.

**Airborne Particle Sampling**
Airborne particle sampling was continuous throughout all phases, including the settle phase. The instrument was set to output particle counts at 1 minute intervals.

**Airborne Bacterial Sampling**
The Sarstedt® air sampler was used to take samples at several points during each experiment, from positions $AS_L$ and $AS_R$

Pre-prep – Sampling from $AS_L$ and $AS_R$ sequentially, before the patient entered theatre

During Preparation – Sampling from $AS_L$ only while patient was being prepped and draped

No bacterial air samples were taken during the settle phase.

Phase I – Sampled from $AS_L$ only after simulated operation had started.
Phase II – Sampled from $AS_L$ only after Bair Hugger was switched on.
Phase III – Sampled from $AS_L$ and $AS_R$ while surgeon in position and Bair Hugger switched on.

This method was repeated for the 4 experiments.  A variation in experiment 4 was that the surgeon continually touched the skin of the operative field with their gloved hand.

3621

## Results
Results – Particle counts

The figures shown represent the sum of particles counted at 0.3μm, 0.5μm and 5.0μm in size.









## Results – settle plates

Table 1 shows that there was minimal numbers of bacteria isolated from settle plates opened for 4 hrs. The settle plates from position C showed the highest numbers of bacteria. There were no fungi isolated.

**Table 1 Counts of microorganisms from settle plates within the operating theatre.**

| Position | CBA | MRSA | CLED | C. diff | SAB |
|----------|-----|------|------|---------|-----|
| A | 7cfu | 1 cfu | 8 cfu | 0 | 0 |
| B | 1cfu | 0 | 0 | 0 | 0 |
| C | 28cfu | 2 cfu | 13 cfu | 0 | 0 |
| D | 10cfu | 0 | 7 cfu | 0 | 0 |

Table 2 shows that there was minimal numbers of bacteria isolated from settle plates opened for 4 hrs. The settle plates from position C showed the highest numbers of bacteria. There were no fungi isolated

**Table 2 Counts of microorganisms from settle plates within the laminar flow hood at positions surrounding the theatre table**

| Position | CBA | MRSA | CLED | SAB | C. diff |
|----------|-----|------|------|-----|---------|
| E    Pre-sample | 0 | 0 | 0 | 0 | 0 |

3624

|   | | | | | |
|---|---|---|---|---|---|
| | Experiment 1 | 0 | 0 | 0 | 0 | 0 |
| | Experiment 2 | 0 | 0 | 0 | 0 | 0 |
| | Experiment 3 | 0 | 0 | 0 | 0 | 0 |
| | Experiment 4 | 2cfu | 0 | 1cfu | 0 | 0 |
| F | Pre-sample | 0 | 0 | 0 | 0 | 0 |
| | Experiment 1 | 0 | 0 | 0 | 0 | 0 |
| | Experiment 2 | 0 | 0 | 0 | 0 | 0 |
| | Experiment 3 | 0 | 0 | 0 | 0 | 0 |
| | Experiment 4 | 2cfu | 0 | 0 | 0 | 0 |
| G | Pre-sample | 0 | 0 | 1cfu | 0 | 0 |
| | Experiment 1 | 1cfu | 0 | 5cfu | 0 | 0 |
| | Experiment 2 | 0 | 0 | 0 | 0 | 0 |
| | Experiment 3 | 5cfu | 0 | 1cfu | 0 | 0 |
| | Experiment 4 | 1cfu | 0 | 1cfu | 0 | 0 |
| H | Pre-sample | 0 | 0 | 4cfu | 0 | 0 |
| | Experiment 1 | 1cfu | 0 | 4cfu | 0 | 0 |
| | Experiment 2 | 4cfu | 0 | 1cfu | 0 | 0 |
| | Experiment 3 | 0 | 0 | 1cfu | 0 | 0 |
| | Experiment 4 | 7cfu | 0 | 0 | 0 | 0 |

The bacteria isolated from the settle plates consisted of coagulase negative staphylococci, diphtheroids and micrococci (skin organisms). **No** coliforms, MRSA, *Staphylococcus aureus*, *Clostridium difficile*, or *candida albicans* were isolated.

**Air Sampling for Bacteria - Results**

The results of air sampling during the operating procedures are shown below.

| Phase | Position of Sampling | Experiment 1 (CFU count) | Experiment 2 (CFU count) | Experiment 3 (CFU count) | Experiment 4 (CFU count) |
|---|---|---|---|---|---|
| Pre-prep (before patient entered theatre | Table Left ($AS_L1$) | 0 | 0 | 1 | 0 |
| | Table Right ($AS_R1$) | 0 | 0 | 0 | 0 |
| During patient Preparation | Table Left ($AS_L2$) | 1 | 0 | 0 | 0 |
| Experiment running, Bair hugger turned off | Table Left ($AS_L3$) | 0 | 1 | 0 | 0 |
| Experiment running, Bair Hugger Turned on | Table Left ($AS_L4$) | 0 | 0 | 0 | 0 |
| Experiment Running, Bair | Table Left ($AS_L5$) | 0 | 0 | 0 | 0 |

3625

| Hugger on and Surgeon next to field | Table Right (AS$_R$5) | 1 | 4 | 2 | 1 |
|---|---|---|---|---|---|

The bacteria isolated from the air samples were coagulase negative staphylococci and micrococci (skin organisms). No coliforms, MRSA, *Staphylococcus aureus*, *Clostridium difficile*, or *candida albicans* were isolated.

The patient's operative field was swabbed for bacteria before and after preparation and draping. No significant contamination was discovered.

The outlet pipe of the Bair Hugger unit was swabbed after the experiments. No significant contamination was found. The warming device was switched on and vented directly onto a CBA culture plate. No microorganisms were grown.

**DISCUSSION**

Operative field isolation and aseptic skin preparation was performed to the standards used in many orthopaedic procedures ensuring a good seal between skin and adhesive drapes at the margins of the field.

The particle counts measured from the four experiments show that when the surgeon enters the vicinity of the operative field, particle count rise in that zone. This is most marked when the surgeon touches the disinfected skin. This could represent epithelial particle shedding from the patient.

However, there is no suggestion from these results that turning on the Bair Hugger makes any difference to operative field particle counts. Settle plates, airborne particle content sampling of operating theatre. Bacterial sampling from operative field and force air warming device have shown that there were very low numbers of skin bacteria found within these various areas of the operating theatre.

These experiments show no notable increase in either ambient particle count or bacterial count in the vicinity of an operative field when a forced air warming device is being used. Low bacterial counts in all experiments are reassuring – however the potential for introduction of airborne particles from outside the laminar flow zone to the operative field is of potential concern; these could be pathogens themselves, or sterile particles that form a nidus for pathogen growth. [5]

Further studies are required to ascertain if there is any relationship between the increase in particle levels seen here and a possible increase in pathogens during operative procedures.

Conclusions

There is no evidence from these data that the Bair Hugger intraoperative warming device increases bacterial contamination of an operative field in a laminar flow theatre, intraoperatively.

NOTES – haven't re-done the references yet, will do so

Results, I haven't yet swapped round experiment 2 and 4.

# EXHIBIT DX28

TO SECOND DECLARATION OF BENJAMIN W.
HULSE IN SUPPORT OF DEFENDANTS'
MOTION TO EXCLUDE PLAINTIFFS' GENERAL
CAUSATION MEDICAL EXPERTS

1             UNITED STATES DISTRICT COURT
                 DISTRICT OF MINNESOTA
2    ---------------------------------------------
3    In Re:
4    Bair Hugger Forced Air Warming
     Products Liability Litigation
5
     This Document Relates To:
6
     All Actions                      MDL No.
7                                      15-2666 (JNE/FLM)
8    ---------------------------------------------
9

                   VIDEOTAPED DEPOSITION
10
                            OF
11
                     MARK ALBRECHT
12
                       VOLUME 1
13
                 Minneapolis, Minnesota
14
                 Friday, October 7th, 2016
15
16   ---------------------------------------------
17
18
19
20
21
22
23
24   Reported by:
     Amy L. Larson, RPR
25   Job No. 112502

Page 18

ALBRECHT

1
2  startup.  You wear a lot of hats, right, and
3  so I transitioned from an R&D engineer to a
4  product marketer for a while as I was doing
5  my MBA.  And then as I got through the MBA
6  and realized that the clinical research was a
7  little more in line with what I wanted, I
8  switched over and did their clinical research
9  studies as I completed out my graduate degree
10  in statistics.  So it kind of lined up with
11  where I was at in school how things went.
12  Q.  So you were still an employee of Augustine
13  Biomedical when you were attending the
14  University of Minnesota?
15  A.  Yes.
16  Q.  For both the Carlson School of Business MBA
17  and the master's of statistics?
18  A.  Yes.
19  Q.  And so when you were -- when you were at the
20  U of M as a student, were you a full-time
21  employee of Augustine Biomedical?
22  A.  Three-quarter time.  I was listed as
23  full-time, but they were allowing me to
24  attend school full-time, so you kind of do
25  two jobs.  It's life.

Page 19

ALBRECHT

1
2  Q.  Okay.  And you were doing clinical research
3  for Augustine Biomedical --
4  A.  Yup.
5  Q.  -- during that period of time?
6  A.  I was.  A blend of clinical and engineering
7  research, we'll call it.  It was kind of
8  50/50 if you think about what's in the
9  studies.
10  Q.  When you first started Augustine Biomedical,
11  what products, if any, were already
12  developed?
13  A.  There were a number of ideas that were
14  thought of, but there wasn't a lot that was
15  developed at that time.
16  Q.  So you were essentially on the ground floor
17  of the product development?
18  A.  I was.  I was not allowed to work on anything
19  that was patient-warming related though for
20  several years, because I had a noncompete
21  with 3M.  So I had worked on an allergy
22  relief pillow for that period of time and
23  also some catheterization-type ideas.
24  Q.  Is this the pillow that has a --
25  A.  Yeah.

Page 20

ALBRECHT

1
2  Q.  -- airflow of Hepa air over it?
3  A.  Yeah, that's the one.
4  Q.  Is that on the market?
5  A.  You know, I don't think it ever got out.
6  Q.  Okay.
7  A.  It was kind of a pilot test and it never
8  went.
9  Q.  Dr. Gauthier mentioned it and --
10  A.  Yeah, it's --
11  Q.  -- I was kind of curious.
12  A.  It was a great idea, but like a lot of great
13  ideas, you know.
14  Q.  So do you recall roughly what the period of
15  your noncompete was with Arizant?
16  A.  One year.
17  Q.  Okay.  So after that one year did you start
18  working on any patient-warming devices?
19  A.  It was longer than that.  I was off on that
20  allergy pillow piece not really doing much
21  with the patient warming for several years.
22  Q.  And what was your first involvement in -- in
23  patient warming?
24  A.  You know, it's hard to recall, but it was
25  probably some stuff in the areas -- we were

Page 21

ALBRECHT

1
2  using a heating fabric for a cannulization
3  product that was related to patient warming,
4  so I did some technology development with
5  that, but it wasn't directly aimed at that.
6  So that may have been the first thing that
7  maybe crossed over, I don't know.
8  Q.  Did there ever come a point in time when you
9  did engineering research and development-type
10  work as opposed to clinical research or
11  marketing for HotDog, the HotDog product?
12       MR. B. GORDON:  Object to the
13  form.
14       THE WITNESS:  No, I don't think I
15  explicitly did that.
16  BY MR. C. GORDON:
17  Q.  Did there ever come a point in time where you
18  did any work of any kind in connection with
19  the HotDog product?
20  A.  Yeah.  Yeah, the clinical research piece is
21  directly related to that.
22  Q.  Okay.  And I guess what I'm -- obviously,
23  we're going to talk about --
24  A.  Sure.
25  Q.  -- the clinical research for the bulk of

ALBRECHT

1 a choice, he can do whatever he wants and --
2       THE WITNESS:  I will be looking at
3 this on the record.
4       MR. COREY GORDON:  That's fine.  I
5 just want to point out, you know, sauce for
6 the goose, sauce for the gander.  You've got
7 a lot of depositions of our witnesses coming
8 up, and I can tell you the one that I was
9 just recently in, documents were reviewed off
10 the record, lengthy documents.  If -- you
11 know, if the Assaad rule now is that all
12 things shall be on the record, all reviewing
13 time shall be on the record, sauce for the
14 goose, sauce for the gander.
15       THE WITNESS:  So are we off the
16 record here?  Are we taking a break?
17       MR. COREY GORDON:  You're now off.
18       THE WITNESS:  Okay.
19       THE VIDEOGRAPHER:  We're going off
20 the record at 10:30 a.m.
21       (Whereupon, a brief recess
22       was taken.)
23       THE VIDEOGRAPHER:  This is
24 volume 2, video number 2 in the deposition of

ALBRECHT

1 Mark Albrecht.  Today is November 12th, 2016.
2 We're going back on the record at 10:42 a.m.
3       THE WITNESS:  So where did we
4 leave off?
5 BY MR. COREY GORDON:
6 Q.  Okay.  Well, Exhibit 28 is a chain of e-mails
7    talking about the British Hip Society
8    presentation, and there was an attachment
9    to --
10 A.  Okay.
11 Q.  -- this chain that says, "Outline of BHS
12    presentation doc."  And Exhibit 29 is an
13    outline of BHS presentation.  I'll represent
14    to you it's my -- my understanding that from
15    the production from Professor Nachtsheim, and
16    you can see the -- the numbering that -- it's
17    something in between, but I believe the
18    printout of the attachment is Exhibit 29.
19    But, you know, feel free to look.  I just --
20    there's just a couple of questions I have
21    about these documents, so --
22 A.  All right.  Let me skim through it real quick
23    and I'll be right with you.
24       MR. ASSAAD:  Objection to the

ALBRECHT

1 preamble, I guess, assumes facts not in
2 evidence, lack of foundation.
3       THE WITNESS:  (Reviews document.)
4 Okay.  So I've read the e-mail.
5       MR. COREY GORDON:  Okay.
6       THE WITNESS:  I have no way to
7 confirm, but this seems appropriate as the
8 attachment.
9       MR. COREY GORDON:  Okay.
10 BY MR. COREY GORDON:
11 Q.  And if you -- on Exhibit 28, if you turn
12    to -- well, let's go -- let's start with
13    Exhibit 29 and we'll go back to 28.
14 A.  Okay.
15 Q.  Exhibit 29, there are a series of comment
16    boxes on the -- the right-hand side of each
17    page with initials, and I just want to get
18    confirmation.  It looks like the only sets of
19    initials are MRR and M; is that right?
20 A.  I've got MRR, M2.  (Reviews document.)  I
21    think I only see those two.
22 Q.  And MRR, that would be Michael R. Reed, or
23    Mike R. Reed, right?
24 A.  I believe so.

ALBRECHT

1 Q.  And M is you, right?
2       MR. ASSAAD:  Objection; lack of
3    foundation, assumes facts not in evidence.
4       THE WITNESS:  I don't know.
5       MR. COREY GORDON:  Okay.
6 BY MR. COREY GORDON:
7 Q.  Is there --
8       THE WITNESS:  It might be.
9 BY MR. COREY GORDON:
10 Q.  Well, is there anyone else on the list of
11    people back and forth whose -- whose comments
12    might have been offered on the BHS
13    presentation who has an M as either their
14    first or last initial?
15 A.  No, it does not appear that way.
16 Q.  Okay.
17 A.  So maybe.
18 Q.  All right.  Well, let's -- let's take a look
19    at the -- on Exhibit 29 comment M3 --
20 A.  Okay.
21 Q.  -- on the first page, bottom of the first
22    page.  So that comment is, "I suggest you add
23    this as an additional slide to focus the
24    direction of where you are going in the

Page 311

1        ALBRECHT
2    broader context that you are only looking at
3    one potential factor among many possibly
4    culprits."
5    A. Okay.
6    Q. "This makes it look impartial and hides our
7        agenda, so to speak," all right?
8    A. Okay.
9    Q. Now, if you look back at Exhibit 28 --
10   A. Okay.
11   Q. -- on page Nachtsheim_0000242, in the middle
12       there's an e-mail from you, Mark Albrecht, to
13       Paul McGovern with a cc to Mike Reed, Scott
14       Augustine, Brent Augustine and Professor
15       Nachtsheim, right?
16   A. Okay. Which one, 00 what?
17   Q. 242.
18   A. Okay. All right. I'm there.
19   Q. And in the middle of the page there in your
20       e-mail you -- say, "Much better, Paul.
21       You did a good job of hiding the," quote,
22       "agenda," close quote, "and making this look
23       much more impartial. I'll give you an update
24       infection graph and summary tomorrow." Do
25       you see that?

Page 312

1        ALBRECHT
2    A. Uh-huh.
3    Q. So --
4    A. That seems to line up, I agree.
5    Q. Okay. What was the agenda?
6    A. That's a good question. Generally, in these
7        presentations you want to have some kind of
8        strong statement that you're thinking about,
9        some conclusions, since you've looked through
10       the data in the past and you've maybe come to
11       it. So it's -- it's -- after your ability to
12       deeply study the issue, kind of what your
13       thoughts on it are, that's generally what the
14       agenda on it is.
15   Q. And why is making some look more impartial
16       important?
17   A. Because you want the reader to make their own
18       determination on this, you don't want to try
19       and have them go down your direction right
20       away. You would get a knee-jerk reaction by
21       doing so.
22   Q. Why would you want to hide your agenda?
23   A. You don't hide it. What you do is make sure
24       they are aware of all the possible items that
25       could contribute to it.

Page 313

1        ALBRECHT
2    Q. Well, in both -- in Exhibit 29 and Exhibit 28
3        you talk about hiding the agenda.
4    A. Yup. You call it an agenda to highlight to
5        the person when you're giving feedback on a
6        presentation like this to be very careful and
7        think though as someone is going to find you
8        that have an agenda, because it helps you as
9        a researcher make sure you've considered all
10       the possible factors.
11   Q. Okay. Turn to page -- the second page of
12       Exhibit 29, and comment M4 -- well, first of
13       all, read the --
14   A. Where are we at here?
15   Q. Second page. Yeah, you're there. The --
16       what -- the slide that this is apparently
17       commenting on, it simply says,
18       "Intraoperative patient warming significantly
19       improves patient outcomes." And your comment
20       is, "Drop this slide. I'd suggest moving
21       this information down to your ? mark slide,
22       and use a compound sentence to introduce the
23       idea, something like, 'Forced-air warming has
24       many established clinical benefits such as XX
25       and YY. However, the heated airflow presents

Page 314

1        ALBRECHT
2    a ventilation disruption risk, therefore, we
3    evaluated.'"
4        And then you go on to say, "As it
5    stands, this slide," meaning, Intraoperative
6    Patient Warming Significantly Improves
7    Patient Outcomes, "is simply stating facts
8    and not making an argument. To capture
9    attention an argument must be made" -- "must
10   be carried forward in every slide, we think
11   this because X and Y."
12   A. Okay.
13   Q. So you didn't want just neutral facts, you
14       wanted to make the argument -- you wanted
15       this presentation to make an argument?
16   A. I would like someone to consider all the
17       broader topics and then make an argument of
18       what their interpretation is.
19   Q. To advance the agenda that you're trying to
20       hide, right?
21   A. Not to hide --
22        MR. ASSAAD: Objection to lack of
23   foundation, misstates prior testimony.
24        THE WITNESS: Agenda is a keyword
25   to tag someone's thinking so they make sure

ALBRECHT

1 to say, Hey, I don't want to have this come
2 across like I have an agenda, so what are all
3 the things so someone can see it.  That's how
4 we talk about that in research, just to make
5 sure that you presented all the context --
6         MR. COREY GORDON:  Okay.
7         THE WITNESS:  -- that's what
8 that's about.  And it comes off very strange
9 in the way it's worded here, but that's the
10 intent of it.
11         MR. COREY GORDON:  Okay.
12 BY MR. COREY GORDON:
13 Q.  And if you drop a little bit further down to
14     the middle of the page, it says, "Our
15     clinical concern" -- the slide --
16 A.  Where are we looking?
17 Q.  It would be, I guess, the second from the
18     bottom up slide.
19 A.  Okay.
20 Q.  "Our clinical concern was that a potential
21     for hot-rising air from the forced-air system
22     to disrupt laminar airflow with possible
23     consequences for airborne pathogenic
24     contamination."  Did I read that right?  I

ALBRECHT

1 probably screwed up something.
2         MR. ASSAAD:  I wasn't paying
3 attention.
4         THE WITNESS:  I will read it.
5 "Our clinical concern was that there was a
6 potential for hot-rising air from the
7 forced-air system to disrupt laminar airflow
8 with the possible consequences for airborne
9 pathogenic contamination."
10         MR. COREY GORDON:  Okay.
11 BY MR. COREY GORDON:
12 Q.  And then Mike Reed's comment, or MRR6, is,
13     "I'm attempted to say the driver for this was
14     the need to verify the smoke DVD produced by
15     Augustine.  Remind them this DVD was posted
16     to all ortho surgeons in the UK last year,
17     assuming that is correct."
18 A.  Okay.
19 Q.  Okay.  And you -- you commented, apparently,
20     in response to that.
21 A.  Would you like me to read it?
22 Q.  Yeah, what was your comment?
23 A.  My comment here in the writing is, "I'd be
24     careful" --

ALBRECHT

1         MR. ASSAAD:  Objection; lack of
2 foundation, assumes that these are his
3 comments.  You may answer.
4         THE WITNESS:  Go ahead and read it
5 for me.
6 BY MR. COREY GORDON:
7 Q.  No why don't you read comment M7.
8 A.  I'd rather not.
9 Q.  Okay.  "I'd be careful here.  That might
10     imply a strong corporate agenda behind these
11     activities and raise questions to the
12     credibility of the result."
13 A.  Yeah.
14 Q.  Okay.  Now, so Dr. Reed was saying the driver
15     behind the study was the DVD -- the smoke DVD
16     produced by Augustine.  And you were saying
17     no, don't -- don't say that, because that
18     might imply a strong corporate agenda behind
19     these activities --
20         MR. ASSAAD:  Objection; lack --
21 BY MR. COREY GORDON:
22 Q.  -- and raise questions as to the credibility
23     of the results.
24         MR. ASSAAD:  Sorry.  Objection;

ALBRECHT

1 lack of foundation, assumes facts not in
2 evidence.
3         THE WITNESS:  So there is a
4 comment here, I presume it to be mine.
5 BY MR. COREY GORDON:
6 Q.  But the comment you specifically were saying,
7     "Let's not say that it was the Augustine
8     smoke DVDs that we were trying to verify."
9 A.  That's my opinion here, that I think you get
10     a knee-jerk reaction from people that don't
11     consider the whole piece impartially if you
12     focus it on a company being the motivating
13     reason.
14 Q.  Okay.  And when you refer to, "These
15     activities," and the -- and the, "Credibility
16     of the results," we're talking about the --
17     the McGovern paper, Exhibit 8, right?
18         MR. ASSAAD:  Objection to form.
19         THE WITNESS:  No, we are not.
20 We're talking about what's in the body of the
21 presentation.
22         MR. COREY GORDON:  Okay.
23 BY MR. COREY GORDON:
24 Q.  Well, is -- what was the presentation based

ALBRECHT

1  on other than -- if not the McGovern -- the
2  work you did for the paper that ended up
3  being Exhibit 8, what other work was this
4  based on?
5  A.  Whatever cut of that we're presenting as part
6  of this presentation.
7  Q.  Well, what -- what was -- what were the
8  activities and what were -- what the results
9  that you're presenting?
10 A.  This looks like it's a study based on the
11 airflow disruption component for the
12 presentation.
13 Q.  Did you do any other activities with Reed and
14 McGovern on airflow disruption besides the
15 work that you present in Exhibit 8?
16 A.  I believe we did a study at the University of
17 Minnesota at one point in time.
18 Q.  Was that before or after the work that you
19 did at Northumbria?
20 A.  I'm unsure.
21 Q.  And was that ever published?
22 A.  Yes, we have one of these published papers
23 here.  Sorry, it's hard to find through the
24 exhibits what we've got here.  (Reviews

ALBRECHT

1  document.)  So I see this, "Patient Warming
2  Excess Heat:  The Effects on Orthopedic
3  Operating Room Ventilation Performance, the
4  NA article.
5  Q.  That's Exhibit 7?
6  A.  Yup.
7  Q.  And that was published in 2013?
8  A.  Yup.
9  Q.  And when you were preparing this BHS Hip --
10 the British Hip Society presentation in
11 February of 2011, was that -- do you think
12 that might have been talking about the work
13 you did at University of Minnesota?
14 A.  I don't believe so.  Unless there's some note
15 on the bottom, I'm unsure.
16 Q.  It was about the stuff you were doing -- you
17 had done at Northumbria, right?
18 A.  This is a long time ago.  I'm not sure what's
19 getting rolled in here and what comments are
20 a part.  I can look through in more detail,
21 if I'd like.
22 Q.  No, let's move on.
23         (Whereupon, Exhibit 30 was
24         marked for identification.)

ALBRECHT

1  BY MR. COREY GORDON:
2  Q.  I'm going to show you Exhibit 30.
3  A.  Okay.
4  Q.  That's an e-mail from you to Professor David
5  Leaper, right?
6  A.  Okay, in 2010.
7  Q.  And Dr. Leaper's name appears as a coauthor
8  on a couple of your -- your papers, right?
9  A.  He does.
10 Q.  Okay.  And in the middle of this you say, "As
11 mentioned, we need you to be the
12 corresponding author."  Do you see that
13 sentence?
14 A.  Okay.
15 Q.  What did you mean by, "We need you to be the
16 corresponding author"?
17 A.  He's going to handle the submission details.
18 Q.  And now drop a little further down.  You say,
19 "Also, we need to be critically careful that
20 this document appears to be impartial."
21 A.  As with all research.
22 Q.  Well, why were you asking Dr. -- and then you
23 ask Dr. Leaper to, "Please reread and let me
24 know if there is" -- "are any reasons

ALBRECHT

1  suggesting that it may appear otherwise."
2  A.  That's just checking the quality of your
3  work.  You want your writing, your research,
4  things like that, to be as impartial as you
5  can, especially in the work that you present.
6  Q.  Well, you didn't say you wanted the document
7  to be impartial.  You said you wanted it to
8  appear to be impartial, right?
9  A.  That's not what I interpret that as, but I do
10 see what you're saying.
11 Q.  Okay.  And, you know, we've gone through some
12 documents now, you talked about hiding
13 agendas and appearing to be impartial.
14 A.  I am not talking about --
15         MR. ASSAAD:  There is nothing
16 about hiding agendas.
17         THE WITNESS:  My definition --
18         MR. ASSAAD:  Objection to form,
19 misstates prior testimony, lack of
20 foundation, assumes facts not in evidence, a
21 preamble and argumentative.
22         THE WITNESS:  On the record, when
23 we use the word agenda, we do so to talk
24 about what someone who is looking for

ALBRECHT

1 conflicts would think about to highlight that
2 to someone that, Hey, think about it, you may
3 have an agenda at play here, because it
4 highlights their need to think through
5 carefully and critically about what that
6 might be.
7 BY MR. COREY GORDON:
8 Q. And in Exhibit 28 you said to Paul McGovern,
9 "You did a good job of hiding the," quote,
10 "agenda," close quote, "and making this
11 document look much more impartial," right?
12 A. Yeah, he did a good job --
13 MR. ASSAAD: Objection; asked and
14 answered.
15 THE WITNESS: -- of bringing in
16 surrounding issues that could be a possible
17 contributor so people get the broad picture
18 and can make their own conclusion.
19 BY MR. COREY GORDON:
20 Q. Well, if he hadn't hidden the agenda, it
21 wouldn't have looked quite as impartial,
22 right?
23 MR. ASSAAD: Objection to form --
24 BY MR. COREY GORDON:

ALBRECHT

1 Q. Isn't that what you're saying?
2 MR. ASSAAD: Sorry.
3 THE WITNESS: No.
4 MR. ASSAAD: Sorry to cut you off,
5 Corey. Objection to form, argumentative,
6 assumes facts not in evidence, lack of
7 foundation, assumes facts -- that's it.
8 THE WITNESS: That was slang for
9 saying you made this look much more impartial
10 and did a good job bringing in the
11 surrounding elements that could be relevant.
12 MR. COREY GORDON: Okay.
13 (Whereupon, Exhibit 31 was
14 marked for identification.)
15 BY MR. COREY GORDON:
16 Q. I'm going to show you Exhibit 31.
17 A. Yeah.
18 Q. This is a -- an e-mail from you to Mike Reed,
19 Paul McGovern, carbon copies to Scott
20 Augustine, Andreas Deibel, Keith Leland,
21 R. Humble, and Christopher Nachtsheim, right?
22 It's July 9th, 2010, right?
23 A. Okay.
24 Q. And at the time of July 9th, 2010,

ALBRECHT

1 Andreas Deibel, Keith Leland, and R. Humble,
2 in addition to Scott Augustine, were all
3 employees of Augustine Biomed, right?
4 A. Yeah, Andreas, Keith, this is 2010, yeah,
5 that would be correct.
6 Q. Who is R. Humble?
7 A. He's a sales rep in Europe.
8 Q. Oh, okay. Do you know if he's still with the
9 company?
10 A. I don't presume to know.
11 Q. Okay.
12 A. In fact, I'm not ever sure he was directly
13 employed, he could have been a distributor.
14 Q. And the -- your subject line on your e-mail
15 is, "Publication factory continues," right?
16 A. Yes, it is.
17 Q. Okay. And you say to Paul and Mike, that
18 would be Paul McGovern and Mike Reed, right?
19 A. Yeah.
20 Q. And that -- those are the same two people
21 that you -- in that earlier e-mail that we
22 looked at today you refer to as "our
23 researchers," right?
24 A. In the earlier e-mail those are folks that

ALBRECHT

1 we've worked with in the past.
2 Q. Yeah. And you refer to them as, "Our
3 researchers," right?
4 MR. ASSAAD: Objection to form.
5 THE WITNESS: That was not what
6 was implied by that.
7 BY MR. COREY GORDON:
8 Q. I don't know what -- I'm not asking you what
9 was implied, I'm asking you how you referred
10 to them.
11 MR. ASSAAD: Objection to form.
12 THE WITNESS: I'm happy to read
13 that e-mail. Which exhibit? Which spot? I
14 know which one you're talking about, but I
15 want to look at that carefully if you want a
16 statement like that. (Reviews document.)
17 No, I did not refer to them as, "Our
18 researchers." "He actually sent this to the
19 doctors that do our research."
20 BY MR. COREY GORDON:
21 Q. I'm sorry, "The doctors that do our
22 research."
23 A. So that is a misstatement.
24 Q. Well, thank you for correcting me.

# EXHIBIT DX29

TO SECOND DECLARATION OF BENJAMIN W.
HULSE IN SUPPORT OF DEFENDANTS'
MOTION TO EXCLUDE PLAINTIFFS' GENERAL
CAUSATION MEDICAL EXPERTS



Christopher Nachtsheim <nacht001@umn.edu>

## Publication Factory Continues
1 message

**Mark** <malbrecht@augbiomed.com>                                       Fri, Jul 9, 2010 at 3:44 PM
To: "Reed Mike (Northumbria Health Care NHS Trust)" <mike.reed@nhs.net>, Paul McGovern
<pdmcgovern@gmail.com>
Cc: Scott Augustine <saugustine@augbiomed.com>, Andreas Deibel <adeibel@augbiomed.com>, Keith Leland
<kleland@augbiomed.com>, rhumble@augbiomed.com, Christopher Nachtsheim <nacht001@umn.edu>

Paul and Mike,

At this point in time we have 3 completed manuscripts that are ready to be submitted for publication that you are both
authors on:

### 1) An Evaluation Of Filtration Adequacy And Airborne Contamination Emissions From Next Generation Forced Air Warming Blowers. *Target Journal: British Journal of Bone and Joint Surgery*

### 2) Forced Air Warming versus Conductive Fabric Warming – An Evaluation of Conventional (non-laminar, positive pressure) Operating Room Ventilation Disruption. *Target Journal:  US Annals or Archives of Surgery*

### 3)  Forced Air Warming versus Conductive Fabric Warming – An Evaluation of Laminar Operating Room Ventilation Disruption. *Target Journal:  Undecided. This is the most complete piece of work on laminar flow disruption and should go to a top tier journal.*

I've already sent both of you articles 1 & 2; article 3 is a new one and, arguably, the best of the three.  When I'm in the
UK next week I'd like to plan a time (the week of July 19th through 26th) for us to get together, agree on reviews, and
submit these articles to 3 appropriate journals.  I'd be willing to come up to Northumbria for these purposes.

Also, Dr Andrew Legg has invited you guys to Sheffield hospital the weekend of July 17th and 18th to help with the
research effort there.  If you are interested the company would be willing to cover your hotel and expenses.  Let me
know and I'll work to book arrangements.  Also, I'm available to conduct further research in Northumbria the dates July
19th -26th.  I have the equipment available for your use on those dates.  Maybe we could brainstorm some interesting



**EXHIBIT**
31
Albrecht

Nachtsheim_0000838

research ideas.

I'll be available via e-mail this weekend.

Thanks

-Mark

P.S. Paul, I'll work to get some charts together for the 2 studies you sent to me that we can, hopefully, discuss in person.

Mark Albrecht

Augustine Biomedical & Design

6581 City West Parkway

Eden Prairie MN 55344

PH 952-465-3511

---

**3 attachments**

**Manuscript_European_7-07_tracked.doc**
526K

**Conventional_Vent_Manuscript_7-2.doc**
299K

**Manuscript_Laminar_7-9.doc**
355K

Nachtsheim_0000839

# EXHIBIT DX30

TO SECOND DECLARATION OF BENJAMIN W.

HULSE IN SUPPORT OF DEFENDANTS'

MOTION TO EXCLUDE PLAINTIFFS' GENERAL

CAUSATION MEDICAL EXPERTS

EARLY REPORT

**Early report**

# Ileal-lymphoid-nodular hyperplasia, non-specific colitis, and pervasive developmental disorder in children

A J Wakefield, S H Murch, A Anthony, J Linnell, D M Casson, M Malik, M Berelowitz, A P Dhillon, M A Thomson, P Harvey, A Valentine, S E Davies, J A Walker-Smith

## Summary

**Background** We investigated a consecutive series of children with chronic enterocolitis and regressive developmental disorder.

**Methods** 12 children (mean age 6 years [range 3–10], 11 boys) were referred to a paediatric gastroenterology unit with a history of normal development followed by loss of acquired skills, including language, together with diarrhoea and abdominal pain. Children underwent gastroenterological, neurological, and developmental assessment and review of developmental records. Ileocolonoscopy and biopsy sampling, magnetic-resonance imaging (MRI), electroencephalography (EEG), and lumbar puncture were done under sedation. Barium follow-through radiography was done where possible. Biochemical, haematological, and immunological profiles were examined.

**Findings** Onset of behavioural symptoms was associated, by the parents, with measles, mumps, and rubella vaccination in eight of the 12 children, with measles infection in one child, and otitis media in another. All 12 children had intestinal abnormalities, ranging from lymphoid nodular hyperplasia to aphthoid ulceration. Histology showed patchy chronic inflammation in the colon in 11 children and reactive ileal lymphoid hyperplasia in seven, but no granulomas. Behavioural disorders included autism (nine), disintegrative psychosis (one), and possible postviral or vaccinal encephalitis (two). There were no focal neurological abnormalities and MRI and EEG tests were normal. Abnormal laboratory results were significantly raised urinary methylmalonic acid compared with age-matched controls (p=0.003), low haemoglobin in four children, and a low serum IgA in four children.

**Interpretation** We identified associated gastrointestinal disease and developmental regression in a group of previously normal children, which was generally associated in time with possible environmental triggers.

*Lancet* 1998; **351:** 637–41

See Commentary page

**Inflammatory Bowel Disease Study Group, University Departments of Medicine and Histopathology** (A J Wakefield FRCS, A Anthony MB, J Linnell PhD, A P Dhillon MRCPath, S E Davies MRCPath) **and the University Departments of Paediatric Gastroenterology** (S H Murch MB, D M Casson MRCP, M Malik MRCP, M A Thomson FRCP, J A Walker-Smith FRCP.), **Child and Adolescent Psychiatry** (M Berelowitz FRCPsych), **Neurology** (P Harvey FRCP), **and Radiology** (A Valentine FRCR), **Royal Free Hospital and School of Medicine, London NW3 2QG, UK**

**Correspondence to:** Dr A J Wakefield

## Introduction

We saw several children who, after a period of apparent normality, lost acquired skills, including communication. They all had gastrointestinal symptoms, including abdominal pain, diarrhoea, and bloating and in some cases, food intolerance. We describe the clinical findings, and gastrointestinal features of these children.

## Patients and methods

12 children, consecutively referred to the department of paediatric gastroenterology with a history of a pervasive developmental disorder with loss of acquired skills and intestinal symptoms (diarrhoea, abdominal pain, bloating and food intolerance), were investigated. All children were admitted to the ward for 1 week, accompanied by their parents.

### Clinical investigations

We took histories including details of immunisations and exposure to infectious diseases, and assessed the children. In 11 cases the history was obtained by the senior clinician (JW-S). Neurological and psychiatric assessments were done by consultant staff (PH, MB) with HMS-4 criteria.[1] Developmental histories included a review of prospective developmental records from parents, health visitors, and general practitioners. Four children did not undergo psychiatric assessment in hospital; all had been assessed professionally elsewhere, so these assessments were used as the basis for their behavioural diagnosis.

After bowel preparation, ileocolonoscopy was performed by SHM or MAT under sedation with midazolam and pethidine. Paired frozen and formalin-fixed mucosal biopsy samples were taken from the terminal ileum; ascending, transverse, descending, and sigmoid colon, and from the rectum. The procedure was recorded by video or still images, and were compared with images of the previous seven consecutive paediatric colonoscopies (four normal colonoscopies and three on children with ulcerative colitis), in which the physician reported normal appearances in the terminal ileum. Barium follow-through radiography was possible in some cases.

Also under sedation, cerebral magnetic-resonance imaging (MRI), electroencephalography (EEG) including visual, brain stem auditory, and sensory evoked potentials (where compliance made these possible), and lumbar puncture were done.

### Laboratory investigations

Thyroid function, serum long-chain fatty acids, and cerebrospinal-fluid lactate were measured to exclude known causes of childhood neurodegenerative disease. Urinary methylmalonic acid was measured in random urine samples from eight of the 12 children and 14 age-matched and sex-matched normal controls, by a modification of a technique described previously.[2] Chromatograms were scanned digitally on computer, to analyse the methylmalonic-acid zones from cases and controls. Urinary methylmalonic-acid concentrations in patients and controls were compared by a two-sample $t$ test. Urinary creatinine was estimated by routine spectrophotometric assay.

Children were screened for antiendomyseal antibodies and boys were screened for fragile-X if this had not been done

EARLY REPORT

| Child | Age (years) | Sex | Abnormal laboratory tests | Endoscopic findings | Histological findings |
|---|---|---|---|---|---|
| 1 | 4 | M | Hb 10·8, PCV 0·36, WBC 16·6 (neutrophilia), lymphocytes 1·8, ALP 166 | Ileum not intubated; aphthoid ulcer in rectum | Acute caecal cryptitis and chronic non-specific colitis |
| 2 | 9·5 | M | Hb 10·7 | LNH of T ileum and colon; patchy loss of vascular pattern; caecal aphthoid ulcer | Acute and chronic non-specific colitis: reactive ileal lymphoid hyperplasia |
| 3 | 7 | M | MCV 74, platelets 474, eosinophils 2·68, IgE 114, IgG, 8·4 | LNH of T ileum | Acute and chronic non-specific colitis: reactive ileal and colonic lymphoid hyperplasia |
| 4 | 10 | M | IgE 69, IgG, 8·25, IgG, 1·006, ALP 474, AST 50 | LNH of T ileum; loss of vascular pattern in rectum | Acute and chronic non-specific colitis: reactive ileal and colonic lymphoid hyperplasia |
| 5 | 8 | M |  | LNH of T ileum; proctitis with loss of vascular pattern | Chronic non-specific colitis: reactive ileal lymphoid hyperplasia |
| 6 | 5 | M | Platelets 480, ALP 207 | LNH of T ileum; loss of colonic vascular pattern | Acute and chronic non-specific colitis: reactive ileal lymphoid hyperplasia |
| 7 | 3 | M | Hb 9·4, WBC 17·2 (neutrophilia), ESR 16, IgA 0·7 | LNH of T ileum | Normal |
| 8 | 3·5 | F | IgA 0·5, IgG 7 | Prominent ileal lymph nodes | Acute and chronic non-specific colitis: reactive ileal lymphoid hyperplasia |
| 9 | 6 | M |  | LNH of T ileum; patchy erythema at hepatic flexure | Chronic non-specific colitis: reactive ileal and colonic lymphoid hyperplasia |
| 10 | 4 | M | IgG, 9·0 | LNH of T ileum and colon | Chronic non-specific colitis: reactive ileal lymphoid hyperplasia |
| 11 | 6 | M | Hb 11·2, IgA 0·26, IgM 3·4 | LNH of T ileum | Chronic non-specific colitis |
| 12 | 7 | M | IgA 0·7 | LNH on barium follow-through; colonoscopy normal; ileum not intubated | Chronic non-specific colitis: reactive colonic lymphoid hyperplasia |

LNH=lymphoid nodular hyperplasia; T ileum=terminal ileum. Normal ranges and units: Hb=haemoglobin 11·5–14·5 g/dL; PCV=packed cell volume 0·37–0·45; MCV=mean cell volume 76–100 pg/dL; platelets 140–400 10⁹/L; WBC=white cell count 5·0–15·5 10⁹/L; lymphocytes 2·2–8·6 10⁹/L; eosinophils 0–0·4 10⁹/L; ESR=erythrocyte sedimentation rate 0–15 mm/h; IgG 8–18 g/L; IgG, 3·53–7·25 g/L; IgG, 0·1–0·99 g/L; IgA 0·9–4·5 g/L; IgM 0·6–2·8 g/L; IgE 0–62 g/L; ALP=alkaline phosphatase 35–130 U/L; AST=aspartate transaminase 5–40 U/L.

**Table 1: Clinical details and laboratory, endoscopic, and histological findings**

before. Stool samples were cultured for *Campylobacter* spp, *Salmonella* spp, and *Shigella* spp and assessed by microscopy for ova and parasites. Sera were screened for antibodies to *Yersinia enterocolitica*.

### Histology

Formalin-fixed biopsy samples of ileum and colon were assessed and reported by a pathologist (SED). Five ileocolonic biopsy series from age-matched and site-matched controls whose reports showed histologically normal mucosa were obtained for comparison. All tissues were assessed by three other clinical and experimental pathologists (APD, AA, AJW).

### Ethical approval and consent

Investigations were approved by the Ethical Practices Committee of the Royal Free Hospital NHS Trust, and parents gave informed consent.

### Results

Clinical details of the children are shown in tables 1 and 2. None had neurological abnormalities on clinical examination; MRI scans, EEGs, and cerebrospinal-fluid profiles were normal; and fragile X was negative. Prospective developmental records showed satisfactory achievement of early milestones in all children. The only girl (child eight) was noted to be a slow developer compared with her older sister. She was subsequently found to have coarctation of the aorta. After surgical repair of the aorta at the age of 14 months, she progressed rapidly, and learnt to talk. Speech was lost later. Child four was kept under review for the first year of life because of wide bridging of the nose. He was discharged from follow-up as developmentally normal at age 1 year.

In eight children, the onset of behavioural problems had been linked, either by the parents or by the child's physician, with measles, mumps, and rubella vaccination. Five had had an early adverse reaction to immunisation (rash, fever, delirium; and, in three cases, convulsions). In these eight children the average interval from exposure to first behavioural symptoms was 6·3 days (range 1–14). Parents were less clear about the timing of onset of abdominal symptoms because children were not toilet

trained at the time or because behavioural features made children unable to communicate symptoms.

One child (child four) had received monovalent measles vaccine at 15 months, after which his development slowed (confirmed by professional assessors). No association was made with the vaccine at that time. He received a dose of measles, mumps, and rubella vaccine at age 4·5 years, the day after which his mother described a striking deterioration in his behaviour that she did link with the immunisation. Child nine received measles, mumps, and rubella vaccine at 16 months. At 18 months he developed recurrent antibiotic-resistant otitis media and the first behavioural symptoms, including disinterest in his sibling and lack of play.

Table 2 summarises the neuropsychiatric diagnoses; the apparent precipitating events; onset of behavioural features; and age of onset of both behaviour and bowel symptoms.

### Laboratory tests

All children were antiendomyseal-antibody negative and common enteric pathogens were not identified by culture, microscopy, or serology. Urinary methylmalonic-acid excretion was significantly raised in all eight children who



**Figure 1: Urinary methylmalonic-acid excretion in patients and controls**
p=Significance of mean excretion in patients compared with controls.

| Child | Behavioural diagnosis | Exposure identified by parents or doctor | Interval from exposure to first behavioural symptom | Features associated with exposure | Age at onset of first symptom | |
|---|---|---|---|---|---|---|
| | | | | | Behaviour | Bowel |
| 1 | Autism | MMR | 1 week | Fever/delirium | 12 months | Not known |
| 2 | Autism | MMR | 2 weeks | Self injury | 13 months | 20 months |
| 3 | Autism | MMR | 48 h | Rash and fever | 14 months | Not known |
| 4 | Autism? Disintegrative disorder? | MMR | Measles vaccine at 15 months followed by slowing in development. Dramatic deterioration in behaviour immediately after MMR at 4-5 years | Repetitive behaviour, self injury, loss of self-help | 4-5 years | 18 months |
| 5 | Autism | None—MMR at 16 months | Self-injurious behaviour started at 18 months | | 4 years | |
| 6 | Autism | MMR | 1 week | Rash & convulsion; gaze avoidance & self injury | 15 months | 18 months |
| 7 | Autism | MMR | 24 h | Convulsion, gaze avoidance | 21 months | 2 years |
| 8 | Post-vaccinial encephalitis? | MMR | 2 weeks | Fever, convulsion, rash & diarrhoea | 19 months | 19 months |
| 9 | Autistic spectrum disorder | Recurrent otitis media | 1 week (MMR 2 months previously) | Disinterest; lack of play | 18 months | 2 years |
| 10 | Post-viral encephalitis? | Measles (previously vaccinated with MMR) | 24 h | Fever, rash & vomiting | 15 months | Not known |
| 11 | Autism | MMR | 1 week | Recurrent "viral pneumonia" for 8 weeks following MMR | 15 months | Not known |
| 12 | Autism | None—MMR at 15 months | Loss of speech development and deterioration in language skills noted at 16 months | | | Not known |

MMR=measles, mumps, and rubella vaccine.

Table 2: **Neuropsychiatric diagnosis**

were tested, compared with age-matched controls (p=0·003; figure 1). Abnormal laboratory tests are shown in table 1.

### Endoscopic findings

The caecum was seen in all cases, and the ileum in all but two cases. Endoscopic findings are shown in table 1. Macroscopic colonic appearances were reported as normal in four children. The remaining eight had colonic and rectal mucosal abnormalities including granularity, loss of vascular pattern, patchy erythema, lymphoid nodular hyperplasia, and in two cases aphthoid ulceration. Four cases showed the "red halo" sign around swollen caecal lymphoid follicles, an early endoscopic feature of Crohn's disease.[3] The most striking and consistent feature was lymphoid nodular hyperplasia of the terminal ileum which was seen in nine children (figure 2), and identified by barium follow-through in one other child in whom the ileum was not reached at endoscopy. The normal endoscopic appearance of the terminal ileum (figure 2) was seen in the seven children whose images were available for comparison.

### Histological findings

Histological findings are summarised in table 1.

*Terminal ileum* A reactive lymphoid follicular hyperplasia was present in ileal biopsies of seven children. In each case, more than three expanded and confluent lymphoid follicles with reactive germinal centres were identified within the tissue section (figure 3). There was no neutrophil infiltrate and granulomas were not present.

*Colon* The lamina propria was infiltrated by mononuclear cells (mainly lymphocytes and macrophages) in the colonic-biopsy samples. The extent ranged in severity from scattered focal collections of cells beneath the surface epithelium (five cases) to diffuse infiltration of the mucosa (six cases). There was no increase in intraepithelial lymphocytes, except in one case, in which numerous lymphocytes had infiltrated the surface epithelium in the proximal colonic biopsies. Lymphoid follicles in the vicinity of mononuclear-cell infiltrates showed enlarged germinal centres with reactive changes that included an excess of tingible body macrophages.

There was no clear correlation between the endoscopic appearances and the histological findings; chronic inflammatory changes were apparent histologically in endoscopically normal areas of the colon. In five cases there was focal acute inflammation with infiltration of the lamina propria by neutrophils; in three of these, neutrophils infiltrated the caecal (figure 3) and rectal-crypt epithelium. There were no crypt abscesses. Occasional bifid crypts were noted but overall crypt architecture was normal. There was no goblet-cell depletion but occasional collections of eosinophils were seen in the mucosa. There were no granulomata. Parasites and organisms were not seen. None of the changes described above were seen in any of the normal biopsy specimens.

## Discussion

We describe a pattern of colitis and ileal-lymphoid-nodular hyperplasia in children with developmental disorders. Intestinal and behavioural pathologies may have occurred together by chance, reflecting a selection bias in a self-referred group; however, the uniformity of the intestinal pathological changes and the fact that previous studies have found intestinal dysfunction in children with autistic-spectrum disorders, suggests that the connection is real and reflects a unique disease process.

Asperger first recorded the link between coeliac disease and behavioural psychoses.[4] Walker-Smith and colleagues[5] detected low concentrations of alpha-1 antitrypsin in children with typical autism, and D'Eufemia and colleagues[6] identified abnormal intestinal permeability, a feature of small intestinal enteropathy, in 43% of a group of autistic children with no gastrointestinal symptoms, but not in matched controls. These studies, together with our own, including evidence of anaemia and IgA deficiency in some children, would support the hypothesis that the consequences of an inflamed or dysfunctional intestine may play a part in behavioural changes in some children.

EARLY REPORT



**Figure 2: Endoscopic view of terminal ileum in child three and in a child with endoscopically and histologically normal ileum and colon**

Greatly enlarged lymphoid nodule in right-hand field of view. A and B=child three; C=normal ileum. Remainder of mucosal surface of terminal ileum is a carpet of enlarged lymphoid nodules.





**Figure 3: Biopsy sample from terminal ileum (top) and from colon (bottom)**

child three; lymphoid hyperplasia with extensive, confluent lymphoid follicles. B=child three; dense infiltration of the lamina propria crypt epithelium by neutrophils and mononuclear cells. Stained with haematoxylin and eosin.

The "opioid excess" theory of autism, put forward first by Panksepp and colleagues[7] and later by Reichelt and colleagues[8] and Shattock and colleagues[9] proposes that autistic disorders result from the incomplete breakdown and excessive absorption of gut-derived peptides from foods, including barley, rye, oats, and casein from milk and dairy produce. These peptides may exert central-opioid effects, directly or through the formation of ligands with peptidase enzymes required for breakdown of endogenous central-nervous-system opioids,[9] leading to disruption of normal neuroregulation and brain development by endogenous encephalins and endorphins. One aspect of impaired intestinal function that could permit increased permeability to exogenous peptides is deficiency of the phenyl-sulphur-transferase systems, as described by Waring.[10] The normally sulphated glycoprotein matrix of the gut wall acts to regulate cell and molecular trafficking.[11] Disruption of this matrix and increased intestinal permeability, both features of inflammatory bowel disease,[17] may cause both intestinal and neuropsychiatric dysfunction. Impaired enterohepatic sulphation and consequent detoxification of compounds such as the phenolic amines (dopamine, tyramine, and serotonin)[12] may also contribute. Both the presence of intestinal inflammation and absence of detectable neurological abnormality in our children are consistent with an exogenous influence upon cerebral function. Lucarelli's observation that after removal of a provocative enteric antigen children achieved symptomatic behavioural improvement, suggests a reversible element in this condition.[13]

Despite consistent gastrointestinal findings, behavioural changes in these children were more heterogeneous. In some cases the onset and course of behavioural regression was precipitous, with children losing all communication skills over a few weeks to months. This regression is consistent with a disintegrative psychosis (Heller's disease), which typically occurs when normally developing children show striking behaviour changes and developmental regression, commonly in association with some loss of coordination and bowel or bladder function.[14] Disintegrative psychosis is typically described as occurring in children after at least 2–3 years of apparently normal development.

Disintegrative psychosis is recognised as a sequel to measles encephalitis, although in most cases no cause is ever identified.[14] Viral encephalitis can give rise to autistic disorders, particularly when it occurs early in life.[15] Rubella virus is associated with autism and the combined measles, mumps, and rubella vaccine (rather than monovalent measles vaccine) has also been implicated. Fudenberg[16] noted that for 15 of 20 autistic children, the first symptoms developed within a week of vaccination. Gupta[17] commented on the striking association between measles, mumps, and rubella vaccination and the onset of behavioural symptoms in all the children that he had investigated for regressive autism. Measles virus[18,19] and measles vaccination[20] have both been implicated as risk

factors for Crohn's disease and persistent measles vaccine-strain virus infection has been found in children with autoimmune hepatitis.[21]

We did not prove an association between measles, mumps, and rubella vaccine and the syndrome described. Virological studies are underway that may help to resolve this issue.

If there is a causal link between measles, mumps, and rubella vaccine and this syndrome, a rising incidence might be anticipated after the introduction of this vaccine in the UK in 1988. Published evidence is inadequate to show whether there is a change in incidence[22] or a link with measles, mumps, and rubella vaccine.[23] A genetic predisposition to autistic-spectrum disorders is suggested by over-representation in boys and a greater concordance rate in monozygotic than in dizygotic twins.[15] In the context of susceptibility to infection, a genetic association with autism, linked to a null allele of the *complement (C) 4B* gene located in the class III region of the major-histocompatibility complex, has been recorded by Warren and colleagues.[24] *C4B*-gene products are crucial for the activation of the complement pathway and protection against infection: individuals inheriting one or two *C4B* null alleles may not handle certain viruses appropriately, possibly including attenuated strains.

Urinary methylmalonic-acid concentrations were raised in most of the children, a finding indicative of a functional vitamin B12 deficiency. Although vitamin B12 concentrations were normal, serum B12 is not a good measure of functional B12 status.[25] Urinary methylmalonic-acid excretion is increased in disorders such as Crohn's disease, in which cobalamin excreted in bile is not reabsorbed. A similar problem may have occurred in the children in our study. Vitamin B12 is essential for myelinogenesis in the developing central nervous system, a process that is not complete until around the age of 10 years. B12 deficiency may, therefore, be a contributory factor in the developmental regression.[26]

We have identified a chronic enterocolitis in children that may be related to neuropsychiatric dysfunction. In most cases, onset of symptoms was after measles, mumps, and rubella immunisation. Further investigations are needed to examine this syndrome and its possible relation to this vaccine.

**Addendum:**
Up to Jan 28, a further 40 patients have been assessed; 39 with the syndrome.

*Contributors*
A J Wakefield was the senior scientific investigator. S H Murch and M A Thomson carried out the colonoscopies. A Anthony, A P Dhillon, and S E Davies carried out the histopathology. J Linnell did the B12 studies. D M Casson and M Malik did the clinical assessment. M Berelowitz did the psychiatric assessment. P Harvey did the neurological assessment. A Valentine did the radiological assessment. JW-S was the senior clinical investigator.

*Acknowledgments*
This study was supported by the Special Trustees of Royal Free Hampstead NHS Trust and the Children's Medical Charity. We thank Francis Moll and the nursing staff of Malcolm Ward for their patience and expertise; the parents for providing the impetus for these studies; and Paula Domizo, Royal London NHS Trust, for providing control tissue samples.

## References

1 Diagnostic and Statistical Manual of Mental Disorders (DSM-IV). 4th edn. Washington DC, USA: American Psychiatric Association, 1994.

2 Bhatt HR, Green A, Linnell JC. A sensitive micromethod for the routine estimations of methylmalonic acid in body fluids and tissues using thin-layer chromatography. *Clin Chem Acta* 1982; **118:** 311–21.

3 Fujimura Y, Kamoni R, Iida M. Pathogenesis of aphthoid ulcers in Crohn's disease: correlative findings by magnifying colonoscopy, electromicroscopy, and immunohistochemistry. *Gut* 1996; **38:** 724–32.

4 Asperger H. Die Psychopathologie des coeliakakranken kindes. *Ann Paediatr* 1961; **197:** 146–51.

5 Walker-Smith JA, Andrews J. Alpha-1 antitrypsin, autism and coeliac disease. *Lancet* 1972; ii: 883–84.

6 D'Eufemia P, Celli M, Finocchiaro R, et al. Abnormal intestinal permeability in children with autism. *Acta Paediatrica* 1996; **85:** 1076–79.

7 Panksepp J. A neurochemical theory of autism. *Trends Neuros* 1979; **2:** 174–77.

8 Reichelt KL, Hole K, Hamberger A, et al. Biologically active peptide-containing fractions in schizophrenia and childhood autism. *Adv Biochem Psychopharmacol* 1981; **28:** 627.

9 Shattock P, Kennedy A, Rowell F, Berney TP. Role of neuropeptides in autism and their relationship with classical neurotransmitters. *Brain Dysfunction* 1991; **3:** 328.

10 Waring RH, Ngong JM. Sulphate metabolism in allergy induced autism: relevance to disease aetiology. Conference proceedings, biological perspectives in autism, University of Durham, NAS 35–44.

11 Murch SH, MacDonald TT, Walker-Smith JA, Levin M, Lionetti P, Klein NJ. Disruption of sulonated glycosaminoglycans in intestinal inflammation. *Lancet* 1993; **341:** 711–41.

12 Warren RP, Singh VK. Elevated serotonin levels in autism: association with the major histocompatibility complex. *Neuropsychobiology* 1996; **34:** 72–75.

13 Lucarelli S, Frediani T, Zingoni AM, et al. Food allergy and infantile autism. *Panminerva Med* 1995; **37:** 137–41.

14 Rutter M, Taylor E, Hersov L. In: Child and adolescent psychiatry. 3rd edn. London: Blackwells Scientific Publications: 581–82.

15 Wing L. The Autistic Spectrum. London: Constable, 1996: 68–71.

16 Fudenberg HH. Dialysable lymphocyte extract (DLyE) in infantile onset autism: a pilot study. *Biotherapy* 1996; **9:** 13–17.

17 Gupta S. Immunology and immunologic treatment of autism. *Proc Natl Autism Assn Chicago* 1996; 455–60.

18 Miyamoto H, Tanaka T, Kitamoto N, Fukada Y, Takashi S. Detection of immunoreactive antigen with monoclonal antibody to measles virus in tissue from patients with Crohn's disease. *J Gastroenterol* 1995; **30:** 28–33.

19 Ekbom A, Wakefield AJ, Zack M, Adami H-O. Crohn's disease following early measles exposure. *Lancet* 1994; **344:** 508–10.

20 Thompson N, Montgomery S, Pounder RE, Wakefield AJ. Is measles vaccination a risk factor for inflammatory bowel diseases? *Lancet* 1995; **345:** 1071–74.

21 Kawashima H, Mori T, Takekuma K, Hoshika A, Hata A, Nakayama T. Polymerase chain reaction detection of the haemagglutinin gene from an attenuated measles vaccines strain in the peripheral mononuclear cells of children with autoimmune hepatitis. *Arch Virol* 1996; **141:** 877–84.

22 Wing L. Autism spectrum disorders: no evidence for or against an increase in prevalence. *BMJ* 1996; **312:** 327–28.

23 Miller D, Wadsworth J, Diamond J, Ross E. Measles vaccination and neurological events. *Lancet* 1997; **349:** 730–31.

24 Warren RP, Singh VK, Cole P, et al. Increased frequency of the null allele at the complement C4B locus in autism. *Clin Exp Immunol* 1991; **83:** 438–40.

25 England JM, Linnell JC. Problems with the serum vitamin B12 assay. *Lancet* 1980; ii: 1072–74.

26 Dillon MJ, England JM, Gompertz D, et al. Mental retardation, megaloblastic anaemic, homocysteine metabolism due to an error in B12 metabolism. *Clin Sci Mol Med* 1974; **47:** 43–61.

RETRACTED

# EXHIBIT DX31

TO SECOND DECLARATION OF BENJAMIN W.
HULSE IN SUPPORT OF DEFENDANTS'
MOTION TO EXCLUDE PLAINTIFFS' GENERAL
CAUSATION MEDICAL EXPERTS

Page 233

1

2          IN THE UNITED STATES DISTRICT COURT
                    DISTRICT OF MINNESOTA

3

   - - - - - - - - - - - - - - - - - - -
4   IN THE MATTER OF                    )
                                        )
5   IN RE BAIR HUGGER FORCED AIR        )
    WARMING                             )
6   PRODUCTS LIABILITY LITIGATION       )
                                        )
7                        Plaintiff,     )
                                        )PRETRIAL ORDER NO: 7
8   v.                                  )Protective Order
                                        )MDL No. 15-2666
9   3M COMPANY AND ARIZANT              )(JNE/FLN)
    HEALTHCARE INC.                     )
10                       Defendant.     )
   - - - - - - - - - - - - - - - - - - -
11              DEPOSITION OF PAUL MCGOVERN
12                      VOLUME II
13              Thursday, January 5, 2017
14              AT:  FAEGRE BAKER DANIELS LLP
15                    Taken at:
16                 7 Pilgrim Street
                   London EC4V 6LB
17                 United Kingdom
18

19

20  Court Reporter:
21  Louise Pepper: Accredited Real-time Reporter
22  Videographer: Simon Addinsell
23

24

25  JOB NO. 117121

Page 478

DR. PAUL MCGOVERN

1
2 patient cohorts may be similar, but I don't have enough
3 evidence to draw a parallel, because the data have not been
4 analyzed together and not been presented together.
5 BY MR. C. GORDON:
6     Q. Putting aside whatever was recorded in exhibit 21,
7 based on your published paper --
8     A. Yes.
9     Q. -- the rivaroxaban period coincides with 18
10 infections; right?
11     A. During --
12         MR. SACCHET: Objection to form.
13     A. During the rivaroxaban period, if it's stated that
14 ... right, where is the rivaroxaban? Right, August 2009 to
15 February 2010, 18. That's stated as the rivaroxaban period,
16 and this reverted to tinzaparin from day one,
17 postoperatively, in February. And in that period mentioned
18 in the paper, there were 18 infections recorded for that
19 study, yes.
20 BY MR. C. GORDON:
21     Q. Okay. Now on your exhibit 16, if you turn to the
22 third page in, toward the bottom it looks like there are six
23 infections listed there, and under "BC" it says
24 "Transition". Do you see that?
25     A. Yes, yes.

Page 479

DR. PAUL MCGOVERN

1
2     Q. So those would have occurred during the period when
3 you were transitioning from Bair Hugger to Hotdog; right?
4     A. Yes.
5     Q. Is it possible that any of those transition
6 procedures were done with a Hotdog?
7         MR. SACCHET: Objection: foundation.
8     A. I do not know.
9 BY MR. C. GORDON:
10     Q. Would that data have been available to you when you
11 wrote the paper?
12         MR. SACCHET: Objection to form: foundation.
13     A. I do not know.
14 BY MR. C. GORDON:
15     Q. Okay. Is there any reason why you decided not to
16 try and figure out whether those six infections were
17 involving Hotdog patients or Bair Hugger patients?
18         MR. SACCHET: Objection: foundation,
19 argumentative.
20     A. Could you repeat the question, please?
21 BY MR. C. GORDON:
22     Q. Well I guess I missed a step here. Did you do
23 anything, when you were writing the paper, to try and see if
24 the infections that arose during the transition period
25 occurred in patients who had been warmed with the

Page 480

DR. PAUL MCGOVERN

1
2 Bair Hugger or the Hotdog?
3         MR. SACCHET: Objection to form.
4     A. So you're asking if it was documented, or if it was
5 recorded anywhere, if those patients were using Bair Huggers
6 or -- had Bair Huggers or HotDogs used for their procedures,
7 and if that data was available, and if that data was or
8 could have been put in the paper? Is that what you're
9 saying?
10 BY MR. C. GORDON:
11     Q. Right.
12     A. Right. Well, I don't know what happened; I did not
13 collate this data. But to my knowledge it's not, or wasn't,
14 routine practice to record the technology of warming used
15 during a procedure. That would not be standard practice,
16 and because this was a retrospective study, it was not known
17 at the time of the procedures that this data would be
18 looked at.
19     Q. So whether all six of those were Bair Hugger, all
20 six were Hotdog, or some combination thereof, you just don't
21 know?
22     A. And that's why they're marked clearly as
23 a transitionary period, because it's not clear whether they
24 are Hotdog or Bair Hugger procedures.
25     Q. Okay. Line 44, you indicated was a procedure that

Page 481

DR. PAUL MCGOVERN

1
2 involved the Bair Hugger; is that right?
3     A. Yes.
4         MR. SACCHET: Objection to form, foundation.
5 BY MR. C. GORDON:
6     Q. And if we go back to the front page of exhibit 16,
7 it looks like number 44 occurred on September 15, 2010; is
8 that right?
9     A. One, two, three; one, two, three. Yes.
10     Q. Why was there a procedure using Bair Hugger in
11 September 2010?
12         MR. SACCHET: Objection: foundation.
13     A. I don't know.
14 BY MR. C. GORDON:
15     Q. Right, and you didn't report that anywhere in your
16 paper, did you?
17     A. Not to my knowledge.
18     Q. In fact, if you look at exhibit 13 on internal
19 page 1343.
20     A. Exhibit 13, what page?
21     Q. 1543; I'm sorry. Bad eyes. Figure 7, which we
22 talked about a little bit yesterday.
23     A. Right.
24     Q. At the top of Figure 7, those little circles, those
25 are representations of when infections occurred; right?

Page 482

DR. PAUL MCGOVERN

1
2    A.  Right.
3    Q.  Where is the infection that's on your exhibit 16,
4  as identified as number 44, where would one find that on
5  that Figure 7?
6       MR. SACCHET:  Objection: foundation.
7    A.  Sorry, repeat that, please?
8  BY MR. C. GORDON:
9    Q.  Figure 7, at the top, shows circles reflecting
10  infections along the time axis on the bottom.
11    A.  Yes, yes.
12    Q.  And you've indicated that number 44, a September 15
13  2010 procedure, used a Bair Hugger and resulted in an
14  infection.  And I'm wondering where that particular one
15  would be reflected on that timeline?
16    A.  That would be reflected --
17       MR. SACCHET:  Objection to form.
18    A.  -- in -- well, it would be reflected in that
19  timeline in September 2010.
20  BY MR. C. GORDON:
21    Q.  Okay.  Well, looking at the Figure 7, how many
22  total infections are reflected in the conductive fabric
23  period from July 2010 to January 2011?
24       MR. SACCHET:  Objection to form.
25    A.  On Figure 7?

Page 483

DR. PAUL MCGOVERN

1
2    Q.  Yes.
3    A.  Well, I can see three, maybe four, marks.  It's not
4  clear from the copy.
5    Q.  Okay.  Well, you report three, right, in the text?
6    A.  Right, yeah.
7       MR. SACCHET:  Objection to form.
8  BY MR. C. GORDON:
9    Q.  And the dates of the three on exhibit 16 would be
10  September 1, October 18, and November 22 of 2010; right?
11    A.  October -- well, September 1, September 15 and
12  November 22, yes.
13    Q.  So what I'm trying to understand is, if there are
14  three dots in that -- in the conductive fabric box, what
15  happened to the September 15, 2010, forced-air warming?
16       MR. SACCHET:  Objection: misstates the testimony.
17  And form.
18    A.  It depends if the data was jittered.  This doesn't
19  say -- oh no, it does say the data were jittered to avoid
20  overprinting.  It is not apparent to me if the 15th and the
21  1st September data points on this graph, due to the low
22  resolution of the graph, are overlaid on each other, or if
23  that data point is not there.  I can't tell.
24  BY MR. C. GORDON:
25    Q.  If you didn't have information available to

Page 484

DR. PAUL MCGOVERN

1
2  determine which of the transition procedures involved
3  Bair Hugger versus Hotdog, how are you able to tell that the
4  September 15 procedure, which was after you had transitioned
5  to Hotdog, for some reason used a Bair Hugger?
6    A.  I don't know.
7       MR. SACCHET:  Objection to form, foundation,
8  assumes facts not in evidence.
9    A.  I don't know how you would.
10  BY MR. C. GORDON:
11    Q.  I didn't write down the exhibit number, but it's
12  your -- it was marked as the write-up of the microbiology
13  study earlier on.
14    A.  Oh, yeah.
15       MS. ZIMMERMAN:  Oh, I'm sorry.  Exhibit 6 was
16  tab 24.
17       MR. C. GORDON:  Exhibit 6?
18       MR. SACCHET:  It looks similar, probably.  Is that
19  the one that the --
20       MR. C. GORDON:  That's your copy.
21       MR. SACCHET:  Okay, yeah.
22       MR. C. GORDON:  That's the only other one I need
23  to know.
24       MR. SACCHET:  The date is June 30, 2010.  I don't
25  know the text.  Can I see?  Okay.  It's going to take me

Page 485

DR. PAUL MCGOVERN

1
2  a moment to find.
3  BY MR. C. GORDON:
4    Q.  If you look at exhibit 6 now, switch gears.  What
5  was this?
6       MR. SACCHET:  I think that's 2.
7       MR. C. GORDON:  Okay.  Have you got 6?
8    A.  It's here somewhere.  Six.
9    Q.  If you'd turn to the second page, comment PS3:  "Is
10  there any info about the sensitivity of the device, i.e." --
11    A.  Exhibit 6 doesn't have --
12       MR. SACCHET:  This isn't actually -- is this the
13  comment draft one?
14       MR. C. GORDON:  Yes, the comment one.
15       MR. SACCHET:  That's not --
16       MR. C. GORDON:  Sorry.  You know what, without
17  looking at the documents, I think I can just tee this up.
18  BY MR. C. GORDON:
19    Q.  You remember being asked questions about the
20  Handilaz capability of measuring only 0.3, 0.5, and
21  5 microns?
22    A.  Yes.
23    Q.  And your colleague -- one of your colleagues had
24  raised a question about the sensitivity of the device;
25  right?

# EXHIBIT DX32

TO SECOND DECLARATION OF BENJAMIN W.
HULSE IN SUPPORT OF DEFENDANTS'
MOTION TO EXCLUDE PLAINTIFFS' GENERAL
CAUSATION MEDICAL EXPERTS

Page 1

1                    MICHAEL R. REED

2               UNITED STATES DISTRICT COURT

                  DISTRICT OF MINNESOTA

3

4    - - - - - - - - - - - - - - - - - - - - - - - - - - -

5            In re Bair Hugger Forced

             Air Warming Products

6            Liability Litigation,

7                          MDL No. 14-2666 (JNE/FLN)

8    - - - - - - - - - - - - - - - - - - - - - - - - - - -

9    - - - - - - - - - - - - - - - - - - - - - - - - - - -

10

11              VIDEOTAPED DEPOSITION OF

12                   MICHAEL R. REED

13   - - - - - - - - - - - - - - - - - - - - - - - - - - -

14

15

16              London, United Kingdom

17

18

19

20

21

22

23

24         Taken December 4th, 2016   By Rose Kay

25   Job No. 115951

Page 22

MICHAEL R. REED

A. August 2013.

Q. Okay. So with your permission, I am going to refer to this particular study as "Reed 2013".

A. Okay.

Q. Now --

THE EXAMINER: What does it mean, that you are the first named author on this one?

A. So it means various things, actually. So the very traditional route is that the junior author, if you like, goes first.

THE EXAMINER: That is what we have heard to date.

A. Yes. And the senior author would go last. In this particular instance, I went first because I was keen to get this to, if you like, an orthopaedic community, to get the message to the orthopaedic community. So that's the basis of me going first on it.

THE EXAMINER: And what is the AANA Journal?

A. It is a nursing journal, I think. I think it's anesthesia ...

THE EXAMINER: It is in the area of anesthesia and nursing?

A. Yes. That's my recollection.

THE EXAMINER: Okay. Yes.

BY MR. GORDON:

Q. If you could turn to pages 533 through 538.

Page 23

MICHAEL R. REED

And if you could just briefly identify what this is?

A. So this is a paper which I am a sort of middle author, if you like, and it's a paper that looks at the disturbance of laminar flow with forced air warming during a simulated knee replacement.

Q. And when was this published?

A. This was published in -- actually, I can't read that on the copy. I think 2013.

MR. HOLL-ALLEN: I see --

THE EXAMINER: August 2013, at the top of page 534.

MR. HOLL-ALLEN: Accepted for publication, April 16, 2012, I see at the bottom of 533, copyright 2013.

BY MR. GORDON:

Q. And the first author on this is Belani, sir?

A. Yes.

Q. Again with your permission, I will refer to this study as "Belani 2013"; okay?

A. Okay.

Q. Then I would like you to turn to pages 540 through 547. And again, I will ask you to briefly identify this?

A. Okay, so this is a paper which looks at two things. One is the disturbance of laminar flow using forced air warming in a sort of experimental set-up, and it also has some clinical data. I would like to discuss the

Page 24

MICHAEL R. REED

clinical data with you actually. I am sure we are going to do that, anyway.

Q. I can assure you, your wish will be granted.

A. Yes, but there is something specific I want to bring to your attention. So when we get there, I will bring that to you.

Q. Okay. When -- strike that.

The first author on this is Paul McGovern?

A. Yes.

Q. And you are the last author?

A. Yes.

Q. And by convention, that makes you the senior author?

A. In this stance, yes.

Q. When was this published?

A. I think 2011.

Q. So I will again, with your permission, refer to this study as "McGovern 2011" and I will probably spend the lion's share of my examination on this study.

So you said you looked at two things; the disturbance and then some clinical data.

Did you do both things essentially simultaneously or around the same time, or was one done first and the other done with some separation of time in between?

A. So my recollection is that the sort of experiment, if

Page 25

MICHAEL R. REED

you like, the mocked-up experiment was done in the summer of 2010, which would be sort of in the middle, almost in that transition phase of when we were moving between the clinical -- you know, the two different clinical types of warming.

Q. And the clinical part of it was done later; is that correct?

A. No. So it sort of straddles it, I think is how I would describe it. Because my recollection is that, looking at the timings, the theater experiment with the warming, et cetera, was done, I think in May of that year, which would be 2010.

Q. When the McGovern study was initially conceived, did you initially plan on doing the two different components?

A. No, I don't think we did.

Q. What was the one you initially planned to do?

A. Well, you know, the theater-based, lab-based one, if you like, of those two, would be the one that we specifically set out. The other one was more opportunistic.

Q. Okay. And so the one that was, sort of, the progenitor of this study was the airflow disruption component; is that right?

A. Yes.

Page 26

MICHAEL R. REED

Q. Okay.

How did you come to be interested in that subject?

A. Okay. So I have been trying to recollect the exact
order of events; but I am pretty sure I saw a video,
which I am sure will be used in some of the evidence,
which was smoke coming out of the bottom of a draped
theater which was being shown around by Augustine, and
I think that was in 2009, perhaps at one of the
orthopaedic meetings.

I then heard David Leaper, who I think is another
one of your witnesses, speaking at a conference in 2009.
And following that, I contacted him by e-mail, actually,
and we had an e-mail discussion about his anxiety about
the fact that laminar flow was potentially disrupted by
forced air.

And then --

THE EXAMINER: Was that the topic of his talk that you
heard?

A. I did make some notes on it. I am actually not sure it
was. There must have been something in it, in all
honesty, because I did e-mail him and the conversation
went that way. I have got that e-mail. But there must
have been something in his talk that set me off with
that discussion.

Page 27

MICHAEL R. REED

And so -- and he at that point, I think, was
a consultant for Augustine.

BY MR. GORDON:

Q. Are you talking about Professor David Leaper?

A. Yes. And in late 2009, we did an experiment in our
theater, which was comparing forced air warming with
conductive fabric warming, which was the Augustine
product.

Q. Also known as the Hot Dog?

A. The Hot Dog. And that involved getting a -- essentially
sucking air in, onto culture plates, to see whether
there was an increased bacteria load in the theater.

And we did that with a microbiologist. There was
a minor celebrity microbiologist who was a bit of a TV
personality at that time who came up and did that with
us, and they went off and cultured the air, if you like,
that sucked onto these plates.

Q. What --

A. So --

Q. What were the results of that?

A. So what that showed was that there was no difference in
contamination, whether you use forced air warming or
not.

Q. Who financed that study?

Page 28

MICHAEL R. REED

A. So that was financed by Augustine. He gave our
department £5,000 for that.

Q. How did you connect with Dr. Augustine for that
financing? In other words, did he come to you, did you
go to him? Was there some other ...?

A. Yes, I am not even sure I had met him, but it was
through David Leaper. David Leaper essentially arranged
that. But I know the money was coming from Augustine.
I don't think I had met him at that point.

Q. Okay.

So Professor Leaper arranged for funding from
Augustine for you to do a microbiological study?

A. Yes. And David Leaper came as well and we did it on
a weekend in theater.

Q. I have to ask. How does a microbiologist become a TV
celebrity?

A. So my recollection is, it was something about the sort
of -- where bacteria grow and everything. She wasn't
a celebrity for that long actually, but she was
a slightly colorful character and she was good for TV,
I think.

Q. Was this done at one specific hospital?

A. Yes.

Q. Which one?

Page 29

MICHAEL R. REED

A. Wansbeck.

Q. Okay. Is Wansbeck your primary hospital or was it back
then?

A. Yes.

Q. Is it still today?

A. It is much more gray now, but it's where my office is.
But I am not sure I operate any more than I do
anywhere else.

Q. Back in that 2009 timeframe, that would have been where
you did more surgeries?

A. Yes.

Q. Did -- at that time period in 2009, did Northumbria
Hospital Trust have its own microbiology staff?

A. Yes.

Q. Did you involve any of them in this project?

A. No. I think they probably wouldn't have been too keen
because, you know, these things involve costs and hassle
for the lab techs. So they are not too keen on doing
ad hoc experiments like that in the microbiology
department.

Q. So the people involved in this were you, Professor
Leaper, this -- the celebrity microbiologist; and anyone
else?

A. Yes. There would be one or two trainees, of which

## Page 58

MICHAEL R. REED

1
2  Q.  On page 1047, 4602, that coding would indicate that this
3      was something that was done at Wansbeck General; is that
4      right?
5  MR. ASSAAD:  Objection, leading.
6  A.  Sorry, what page are you on; sorry?
7  MR. GORDON:  1047.
8  Q.  What was the cell number?
9  BY MR. GORDON:
10 Q.  Let's track 460 to -- all the way through; and I won't
11     ask a leading question.
12         What hospital was 4602 performed at?
13 A.  Well, it's a little tricky to tell, given they are
14     all -- running from the sheets.  But 4602?  I can't
15     really see it, with the quality of this print.
16 Q.  On 1047 you can't, under column B?
17 A.  Yes.  On 4602, I can't identify it.  4602.  Yes, I think
18     I can read it here.  It was Wansbeck General.  Patient
19     aged 76.  Is that right?
20 Q.  And what type of procedure was it?
21 A.  A hip replacement.
22 Q.  What was the date of the surgery?
23 A.  The --
24 THE EXAMINER:  Is yours a very poor copy?  Because mine is
25     quite clear.

## Page 59

MICHAEL R. REED

1
2  A.  I am struggling to focus, unfortunately, with the light
3      in my eyes.  It is very small.  I probably need to wear
4      glasses.  15 September, 2010, I would say.
5  BY MR. GORDON:
6  Q.  And when -- if we go back to the page that I pointed
7      out, 1051, under 4602, under the column "BF", what does
8      that tell us?
9  A.  What page are you on now?
10 Q.  1051.
11 A.  On 4602, it says: "infection Staph Epidermis".
12 Q.  Is there a date indicated there?
13 A.  Yes.  It looks like -- sorry, I can't really focus.
14 THE EXAMINER:  3rd October.
15 A.  3rd October, 2010.
16 BY MR. GORDON:
17 Q.  And what does that date refer to?
18 A.  I suspect -- I don't know.  Probably the diagnosis date.
19 Q.  What was the -- in the McGovern study, what was the time
20     period of surveillance that you included?  In other
21     words, how long after the surgery was an infection one
22     that got counted in your study?
23 A.  60 days.
24 Q.  So if the surgery -- if 4602 was performed on
25     15th September, 2010 and diagnosed on 3rd October, 2010,

## Page 60

MICHAEL R. REED

1
2      would that have been included or excluded in your count?
3  A.  When was the surgery done, sorry?
4  Q.  It was done on 15th September, 2010.
5  A.  It would be included.
6  Q.  Okay.  And what is staph epidermis?
7  MR. HOLL-ALLEN:  Epidermis.
8  A.  So yes, it is a bacteria.  It is a fairly common sort of
9      infection in a joint replacement.
10 BY MR. GORDON:
11 Q.  How was that column, the "BG" column populated?  Is it
12     before or after this has been reviewed by the
13     surveillance team?
14 A.  Well, they populate it.
15 Q.  Okay.
16 A.  They populate it.
17 Q.  So if there's a "yes" and a date and a bacteria
18     indicated, does that indicate that that has already been
19     identified and confirmed by the surveillance process?
20 A.  Yes.  I mean, that's -- they have written it.  The only
21     caveat, I would say, is that some people will be
22     ultimately removed if they are hip replacements for
23     trauma.  That is the only caveat, I would say, but ...
24 THE EXAMINER:  If there is ...?
25 A.  If it is a hip replacement that has been done for

## Page 61

MICHAEL R. REED

1
2      trauma.  So if they have fallen and broken their hip,
3      then they fall in a different classification system
4      because they are much higher risk.  So generally they
5      have got their own surveillance.  We do still measure
6      them, but they don't fall into planned joint replacement
7      territory.
8  BY MR. GORDON:
9  Q.  It appears at 1060, there is a category under "AZ" that
10     describes the -- whether it is trauma or non-trauma?
11 MR. ASSAAD:  What page?
12 MR. GORDON:  1060.
13 MR. ASSAAD:  1060.
14 A.  I am not sure that would be a reliable way of saying
15     whether it was trauma or not.  It seems to me, that's
16     the way the hospital is paid.  And it's -- I think, do
17     you have DRGs in the States?  But it's essentially --
18     it's the way they are paid.  I wouldn't necessarily rely
19     on saying that's trauma or not.
20 THE EXAMINER:  Well, every one on the page, I think, apart
21     from one, refers to a non-trauma category.  Is that
22     a fairly accurate indication?
23 A.  I mean, it might be.  But I think there are sometimes
24     operations that fall into different groups, because
25     that's a very wide group.

Page 62

MICHAEL R. REED

1               MICHAEL R. REED
2   THE EXAMINER:  Okay.
3   A.  I mean, there is an enormous amount of operations that
4     fall into those groups.  You are probably right, but
5     I don't -- I think a coder wouldn't rely on that to say
6     whether it was trauma or not.
7   BY MR. GORDON:
8   Q.  When you initially saw a printout of data for use in the
9     McGovern study, did you limit it to non-trauma, hip and
10    knee surgeries?
11  MR. ASSAAD:  Objection, misstates the prior testimony.  Lack
12    of foundation.  He never stated he saw a printout.
13  THE EXAMINER:  You can answer.
14  A.  So normally, the patients you get on here are elective.
15    So there will be some that come on, that are not
16    elective, and then they will be removed by the
17    surveillance team and put -- not actually removed, but
18    put into a different category of joint replacement.
19  BY MR. GORDON:
20  Q.  When you compiled the data for the McGovern study, did
21    you in any way try to separate the trauma and the
22    non-trauma patients?
23  MR. ASSAAD:  Objection, misstates the prior testimony.
24  THE EXAMINER:  You may answer.
25  A.  I mean, we definitely attempted to do that, because this

Page 63

MICHAEL R. REED

1               MICHAEL R. REED
2   database is meant to be just planned cases, just
3     elective cases.
4   BY MR. GORDON:
5   Q.  Okay.  And by --
6   A.  But we do know that other ones get in through coding and
7     then they will be taken out in the sort of data cleaning
8     process.
9   Q.  By this database, you mean the 788 through 1050 -- 1081?
10  A.  So you know, before we would publish, if you like, on
11    infection rates, then we would go through it, we would
12    check every case is as -- you know, every case, whether
13    the infection is trauma or not.  You might by chance end
14    up pulling one out, you might not.  I am not aware
15    whether we did with this study.
16  Q.  Okay.  The data here, on 788 through 1081, as Mr. Dyer
17    pointed out, began on 1st October, 2007.  What was your
18    reasoning for commencing the Bair Hugger only period on
19    1st July, 2008?
20  A.  So my recollection is that we got a full-time
21    surveillance team at that point.  So as I said,
22    previously in the U.K. you only have to a quarter.
23    Actually, you can choose which operation you do.  So you
24    might not have full-time surveillance prior to that.
25  THE EXAMINER:  So one operation, one quartile, per annum?

Page 64

MICHAEL R. REED

1               MICHAEL R. REED
2   A.  Correct.  That's the national standard.  But we have
3     moved to doing every operation full-time; and that's why
4     we have got that reliable data.  So there would be big
5     gaps in the period.  If you looked at 2006, you might
6     only have a quarter of the year populated, which would
7     be very unreliable data.
8   THE EXAMINER:  Yes.
9   BY MR. GORDON:
10  Q.  So I really want to drill down on the timing; and that
11    is critical.  I am going to ask you to take a look at
12    volume 2, pages 487 through 490.
13  A.  Okay.
14  Q.  Have you seen this before?
15  A.  I saw it yesterday.
16  Q.  Is that the first time you saw it?
17  A.  I'm not sure.
18  MR. ASSAAD:  I am going to object for lack of foundation for
19    any questions being asked, if he hasn't established
20    foundation.  He has written this document -- the
21    authorship of this document --
22  THE EXAMINER:  You have made your objection.  Keep
23    objections short.
24  MR. ASSAAD:  Well, I need to put all the objections for the
25    U.S. court.

Page 65

MICHAEL R. REED

1               MICHAEL R. REED
2   THE EXAMINER:  I know.
3   MR. GORDON:  They are all preserved.
4   THE EXAMINER:  I am familiar with how U.S. attorneys --
5   MR. ASSAAD:  They are --
6   MR. GORDON:  The only objection is: waives form or
7    foundation.
8   MR. ASSAAD:  I am only doing it for trial --
9   BY MR. GORDON:
10  Q.  Do you know who Julie Gillson is?
11  A.  Yes.  Julie Gillson was one of our matrons.
12  Q.  What is a matron?
13  A.  So it is a senior nurse, essentially.
14  Q.  Was she one of the SSI surveillance nurses?
15  A.  No.  So Julie is a matron, so the senior nurse within
16    surgery, if you like.  Gail Lowdon leads the surgical
17    site infection surveillance team.
18  Q.  And if you look at the front page of this document.  At
19    page 71, the very last paragraph, it says during --
20  THE EXAMINER:  Where are you?
21  BY MR. GORDON:
22  Q.  Page 71.  Oh, I am sorry.
23  THE EXAMINER:  487.
24  MR. GORDON:  487, thank you.  Page 487, the last full
25    paragraph on the page:

## Page 90

MICHAEL R. REED

1
2  the study period, where you actually lowered the
3  gentamicin further or increased the teicoplanin a little
4  ...? It doesn't matter. I am not going to --
5  A. I don't think so.
6  Q. Obviously that is beyond -- that is beyond the scope,
7     I think.
8  A. It's 3 milligrams per kilogram that we used. That's
9     what we've always used, I think.
10 Q. Okay. During the seven months of the Hot Dog only
11    period, what antibiotic regimen was used?
12 A. Gent/teic.
13 Q. So all of the Hot Dog patients, Hot Dog only patients,
14    had the combination of gentamicin and teicoplanin; is
15    that correct?
16 A. Mm-hm.
17 Q. And for eight months of the 20 months of the Bair Hugger
18    only period, Bair Hugger only patients had only
19    gentamicin; right?
20 A. I mean, I am not sure about the exact dataset in
21    evidence, but certainly there was a period when --
22    during that Bair Hugger phase, if you like, where one
23    group was on the antibiotic gent, and one was on
24    gent/teic. That is in the paper.
25 Q. Right. And there were 12 months of the Bair Hugger only

## Page 91

MICHAEL R. REED

1
2  period where the Bair Hugger patients were receiving the
3  same antibiotic regimen as the Hot Dog only patients
4  were; correct?
5  A. Sorry, say that again?
6  THE EXAMINER: What period was that?
7  BY MR. GORDON:
8  Q. From March 1st, 2009 until the end of the Bair Hugger
9     only period. That was the same gentamicin and
10    teicoplanin that continued on into the Hot Dog period?
11 A. That feels right, yes.
12 Q. So it's only the -- the first eight months of the
13    Hot Dog only period, where there was a different
14    antibiotic regimen?
15 A. Do you mean the Bair Hugger only period?
16 Q. I mean the Bair Hugger only period, yes.
17 A. Well, again, I would need a bit more time to work out
18    exactly how many months. But you're right, in
19    principle, in that there was a period in the Bair Hugger
20    group when you are on the gentamicin and a period when
21    you are on the gent/teic.
22 THE EXAMINER: Is that right? As I understand it, the
23    change to gent/teic occurred right at the end of the
24    Bair Hugger only period, but at the beginning of the
25    transition period.

## Page 92

MICHAEL R. REED

1
2  MR. GORDON: No, I think it is a year on.
3  MR. HOLL-ALLEN: Yes. The transition period was beginning
4     in 2010.
5  THE EXAMINER: Oh sorry, I apologize. I'll withdraw that.
6     Sorry, that explains my confusion.
7  BY MR. GORDON:
8  Q. In addition to the change in the antibiotics you also
9     changed the venous thromboprophylaxis regimen; right?
10 A. (Nods.)
11 Q. You need to say "yes" or "no", just to ...
12 A. Yes, yes.
13 Q. What was that change?
14 A. So again, I wouldn't be able to cite dates for you, but
15    we went for a period on rivaroxaban, which again is in
16    the McGovern paper. We have put the dates in there.
17    And yes, we had an increase in our return to theater
18    rates when we were using that, and we published that.
19 Q. And what happened? Did you continue with the
20    rivaroxaban or change to something else?
21 A. Yes, we changed to tinzaparin; something else, yes.
22 Q. What were you using before you changed to rivaroxaban?
23 A. Heparin, I think. I am not entirely sure.
24 Q. I don't want to -- I am not trying to test your memory.
25    If you go back to the paper on page 540 through 547 --

## Page 93

MICHAEL R. REED

1
2  if you --
3  THE EXAMINER: You have got about five minutes left on the
4     tape.
5  BY MR. GORDON:
6  Q. Let's see if we can at least pin down the
7     thromboprophylaxis change.
8     We have the -- before you switched to rivaroxaban,
9     you were using tinzaparin; right?
10 A. Yes.
11 Q. You switched to rivaroxaban for a seven month period;
12    right?
13 A. Yes, that feels right.
14 Q. And then back to tinzaparin; right?
15 A. Yes.
16 Q. What were the months that you switched from tinzaparin
17    to rivaroxaban?
18 A. Well, I think as you said, August 2009 to February 2010.
19    That's when we were on rivaroxaban.
20 Q. So that would be August, September, October, November,
21    December of 2009. January, February 2010. Seven months
22    of rivaroxaban; is that right?
23 A. Yes.
24 Q. And those seven months occurred solely in the Bair
25    Hugger only period; right?

Page 94

1          MICHAEL R. REED
2    A. It may be six months, but yes.
3    Q. And you switched from tinzaparin to rivaroxaban, why?
4    THE EXAMINER: Sorry, are you asking about the first switch?
5    MR. GORDON: Yes, the first switch.
6    THE EXAMINER: Okay.
7    A. I am not sure why we switched. I mean, I think it's --
8       it's an oral treatment, so you can have a tablet, rather
9       than injections. So there's an advantage for the
10      patients and maybe for compliance. That would be the
11      rationale, if you like, for switching.
12   BY MR. GORDON:
13   Q. And regardless of the rationale for switching to
14      rivaroxaban, you switched back after six or seven
15      months, because of all the complications with
16      rivaroxaban; right?
17   A. Because they were bleeding essentially, yes.
18   Q. And returning to theater; correct?
19   A. Yes.
20   Q. And --
21   THE EXAMINER: Rectal bleeding?
22   A. No, just bleeding from the wound.
23   THE EXAMINER: Oh right.
24   A. Well, and bleeding into the wound specifically. So they
25      were getting what we call hematomas. So collections of

Page 95

1          MICHAEL R. REED
2    blood that just continued to leak and cause trouble.
3    THE EXAMINER: So after six or seven months, it would have
4       been sufficient to justify a change back; that must have
5       been a fairly marked sequence of events?
6    A. Yes. I mean, well, we certainly -- we picked it up.
7       And we weren't the first. In fact, subsequently there
8       were ten other trusts, and I think you have got that
9       paper in there, that had that issue. And
10      internationally as well, since then.
11   THE EXAMINER: Shall we change the tape?
12   MR. GORDON: Yes. Let's do that.
13   THE VIDEOGRAPHER: This is the end of tape number 1, in the
14      deposition of Michael Reed. We are going off the record
15      at 2:28.
16   (2:28 p.m.)
17          (Break taken.)
18   (2:37 p.m.)
19   THE VIDEOGRAPHER: This is the beginning of tape number 2,
20      in the deposition of Michael Reed. We are going on the
21      record at 2:37.
22   THE EXAMINER: Yes.
23   BY MR. GORDON:
24   Q. Mr. Reed, I am not sure where we were. What was the
25      period of rivaroxaban; what were the months?

Page 96

1          MICHAEL R. REED
2    A. So from August 2009 to February 2010, rivaroxaban was
3       provided from Day 1 post-operatively.
4    Q. Was it at the beginning or at the end of February?
5    A. I couldn't tell you from here. I mean, we would have
6       that somewhere.
7    Q. It says "in February," but ...
8    A. Sure, I appreciate that. Based on what I have got in
9       front of me, I can't remember.
10   THE EXAMINER: "In February" suggests a change some time
11      during the month, as opposed to at the beginning or at
12      the end, doesn't it?
13   MR. GORDON: Well --
14   THE EXAMINER: Perhaps we can --
15   MR. GORDON: Let's look at another paper.
16   BY MR. GORDON:
17   Q. If you turn to page 521 through 525, that's -- is that
18      the paper you were referring to earlier, where you were
19      the co-author about the switch to rivaroxaban?
20   A. (Nods.)
21   Q. If you look on page 522, the first very full paragraph,
22      it says:
23         "Group 2 had their primary operation between
24      1 August, 2009 and 28 February, 2010."
25         Seven months.

Page 97

1          MICHAEL R. REED
2    A. (Nods.)
3    Q. So would that be the rivaroxaban only period?
4    A. On the basis of what we have here, yes, I think it
5       would, yes.
6    Q. Okay.
7         Well, I have been trying to track this now, over the
8       chart. The Bair Hugger only period went from July 2008
9       to the end of February 2010. The transition period was
10      March, April, May of 2010 and then the last seven months
11      of 2010 was the Hot Dog only.
12         Now, in the comparison between Hot Dog and
13      Bair Hugger, you didn't use the three months of the
14      crossover; right?
15   A. Correct.
16   Q. Okay.
17         So the surgical site infection rate for the
18      Bair Hugger only included eight months where you were
19      using gentamicin only; right?
20   A. Okay.
21   Q. And it included seven months where you had switched from
22      tinzaparin to rivaroxaban; right?
23   A. Okay.
24   Q. And those two periods actually didn't coincide. In
25      other words, the switch -- the antibiotics switch to

# EXHIBIT DX33

TO SECOND DECLARATION OF BENJAMIN W.
HULSE IN SUPPORT OF DEFENDANTS'
MOTION TO EXCLUDE PLAINTIFFS' GENERAL
CAUSATION MEDICAL EXPERTS



EXHIBIT

12

Albrecht

10. 7. 16

**From:** mark albrecht
**To:** Reed Mike (NORTHUMBRIA HEALTHCARE NHS FOUNDATION TRUST - NE29 8NH)
**CC:** Scott Augustine MD ;Brent Augustine ;Andreas Deibel
**Sent:** 5/27/2012 7:44:37 PM
**Subject:** Re: Further infection data

Hi Mike,

Actually, I've always "cut" the transition period out of the data and do not include that portion of data in the analysis. If I should be doing something different, let me know.

In regards to feb 1st 2010, there really isn't enough data after that time period where FAW is in use to do an analysis. Really, you have 1 month of data in the FAW group before you hit the "transition period," which is march 1st 2010. Unfortunately, I won't be able to get anything useful for an analysis with such a short time period and small data set for the FAW group. This is unless the "transition" period really wasn't really a transition period where both FAW and CFW were in concurrent use. If the transition period was FAW only, we might get something useful then because there might be enough cases in the FAW group to run an analysis. This, however, would conflict with the way we presented the data in the brJBIS article.

Please advise regarding the "transition" period and I can finish up the analysis then.

-mark

On Sun, May 27, 2012 at 5:26 AM, Reed Mike (NORTHUMBRIA HEALTHCARE NHS FOUNDATION TRUST - NE29 8NH) <mike.reed@nhs.net> wrote:
Great. Thank you.

We have always included the transition in the FAW group (I think) as FAW was being used right up to the point I took it away and we put more CFW kit in.
The issue about 1 feb 10 is that there were no sig practice changes after that so we can attribute all of that to warming method.
Does that make sense?
The FAW fact article tried to argue it was the other changes which had an effect. They could have some effect (and we said this in our paper). This could put that to bed, or help at least.

Mike

**From:** mark albrecht <albre116@gmail.com>
**Date:** Sun, 27 May 2012 00:34:29 +0100
**To:** Mike Reed <mike.reed@nhs.net>
**Cc:** Scott Augustine MD <sauguistine@augbiomed.com>, Brent Augustine <baugustine@hotdog-usa.com>, Andreas Deibel <adeibel@augbiomed.com>
**Subject:** Re: Further infection data

Well,

Albrecht_0003579

the initial data is looking real good for FAW versus CFW. I've attached the first summary plot (this plot and others will be included in a formal report). Thought you might like a sneak peak at the data.... these differences are highly significant.

Say, I do have a quick question, mike, that you can answer. You wanted to "examine whether the difference is significant comparing 1 Feb 10- 1st June 2010." However, That period was over the "transition" where both FAW and CFW were in use. Could you please re-check those dates for me? That is such a short time-window.... I'm wondering if you made a mistake in those dates??? I'll cross-reference the publication too to confirm those dates.

thanks
-Mark

On Sat, May 26, 2012 at 12:50 AM, Reed Mike (NORTHUMBRIA HEALTHCARE NHS FOUNDATION TRUST - NE29 8NH) <mike.reed@nhs.net> wrote:
Great news. Thank you very much indeed. Mike

**From:** mark albrecht <albre116@gmail.com>
**Date:** Fri, 25 May 2012 22:05:54 +0100
**To:** Scott Augustine MD <saugustine@augbiomed.com>
**Cc:** Brent Augustine <baugustine@hotdog-usa.com>, Mike Reed <mike.reed@nhs.net>, Andreas Deibel <adeibel@augbiomed.com>
**Subject:** Re: Further infection data

Ok,
I'll get on it. I'm happy to track time. I think it will take between 4 to 8 hours, depending upon data file inconsistencies and what figures make sense.

-mark

On Fri, May 25, 2012 at 3:59 PM, Scott Augustine MD <saugustine@augbiomed.com> wrote:
Hi Mark,
It doesn't look like very complicated data so I would hope that the full day estimate may be a bit generous and if it doesn't take that long we pay for the actual time spent. Let's go ahead and do some stats on this for Mike so that it can be put into letter to the editor form.
Thanks,
Scott

On 5/24/12 3:10 PM, "mark albrecht" <albre116@gmail.com> wrote:

Hi Scott,
My billable for the analysis and figure generation would be 8 hours @ $150 an hour (so project total of $1200). If you want to have me update the "letter to the editor" that would be a couple of additional hours that are not quoted here. Let me know if you are interested. I would have time to do the analysis over the weekend and into the first part of next week.

Best regards,
-Mark

Albrecht_0003580

-Mark

On Wed, May 23, 2012 at 5:30 PM, Scott Augustine MD <saugustine@augbiomed.com> wrote:

----- Forwarded Message
**From:** "Reed Mike (NORTHUMBRIA HEALTHCARE NHS FOUNDATION TRUST - NE29 8NH)" <mike.reed@nhs.net>
**Date:** Sat, 19 May 2012 07:20:49 +0100
**To:** Mark Albrecht <malbrecht@augbiomed.com>
**Cc:** Scott Augustine <saugustine@augbiomed.com>
**Conversation:** Further infection data
**Subject:** Re: Further infection data

Mark

I wonder if you could help me out with this? I am keen to know what happened since we looked at this last (old file attached in case you don't have it, and new data) , and also keen to see if we can examine whether the difference is significant comparing 1 Feb 10- 1st June 2010, and what happened since. This is a consistent period without other changes (DVT prophylaxis , antibiotics etc).

Once we have this I can send the letter to the journal...
Mike

**From:** Mike Reed <mike.reed@nhs.net>
**Date:** Tuesday, 29 November 2011 11:25
**To:** Mark Albrecht <albre116@umn.edu>
**Cc:** Christopher Nachtsheim <nacht001@umn.edu>, "kleland@augbiomed.com" <kleland@augbiomed.com>, Scott Augustine <saugustine@augbiomed.com>
**Subject:** Re: Hi mike, say the data file you sent me doesn't match the earlier one for overlapping cases...

Mark

Find attached a file that has the dates of diagnosis of infection. The original file I sent for the paper was definitely correct (I checked it multiple times at the time) so just add the ops for new dates from the attached sheet. It was 60 day follow up we used I think, we should stick with that. The question that has been asked by your local team is whether the trend persists and how it effects hips and knees  (Ideally need charts and stats).

Your help is much appreciated. I need to get back to them ASAP – but I fully appreciate you have been on it straight away and it is me that has been tardy!
BW
Mike

**From:** Mark Albrecht <albre116@umn.edu>
**Date:** Tue, 22 Nov 2011 17:11:26 +0000
**To:** Mike Reed <mike.reed@nhs.net>
**Cc:** Christopher Nachtsheim <nacht001@umn.edu>, "kleland@augbiomed.com" <kleland@augbiomed.com>, Scott Augustine <saugustine@augbiomed.com>
**Subject:** Hi mike, say the data file you sent me doesn't match the earlier one for overlapping cases...

Mike,
I've done a quick analysis of the new data and the trend does persist, but the data files are not totally consistent (in regards to the data the br-JBJS article was based

Albrecht_0003576

upon). I checked the files side-by-side over the common time periods and they do not match up for dates etc.... In fact, in the data file you sent me the infection rate during the forced air warming period was slightly lower than the previous one. Additionally, there is not a date associated with most infections (just a Yes response for about 50% of the infected cases), so clipping at 60 days cannot be done.

So, I'm giving you a graphic for the Wansbeck data, but do not distribute for it "slightly" conflicts with the study data data due to different reporting practices in your data. The relevant info supporting the figure is:
Infection ODDS Ratio (FAW,CFW)= 2.98   95%CI (1.36, 6.53)
The p-value for this odds ratio is now=0.0062   (based upon a wald-test)

I'll look at the hip and knee separately next....

--
**Mark Albrecht**
albre116@gmail.com
952-261-9903

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

This message may contain confidential information. If you are not the intended recipient please inform the sender that you have received the message in error before deleting it.
Please do not disclose, copy or distribute information in this e-mail or take any action in reliance on its contents;
to do so is strictly prohibited and may be unlawful.

Thank you for your co-operation.

NHSmail is the secure email and directory service available for all NHS staff in England and Scotland
NHSmail is approved for exchanging patient data and other sensitive information with NHSmail and GSi recipients
NHSmail provides an email address for your career in the NHS and can be accessed anywhere

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

--
**Mark Albrecht**
albre116@gmail.com
952-261-9903

Albrecht_0003577

Albrecht_0003578

************************************************************************************

This message may contain confidential information. If you are not the intended recipient please inform the
sender that you have received the message in error before deleting it.
Please do not disclose, copy or distribute information in this e-mail or take any action in reliance on its contents:
to do so is strictly prohibited and may be unlawful.

Thank you for your co-operation.

NHSmail is the secure email and directory service available for all NHS staff in England and Scotland
NHSmail is approved for exchanging patient data and other sensitive information with NHSmail and GSi recipients
NHSmail provides an email address for your career in the NHS and can be accessed anywhere

************************************************************************************

# EXHIBIT DX34

TO SECOND DECLARATION OF BENJAMIN W.
HULSE IN SUPPORT OF DEFENDANTS'
MOTION TO EXCLUDE PLAINTIFFS' GENERAL
CAUSATION MEDICAL EXPERTS

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 1

```
 1                UNITED STATES DISTRICT COURT

 2                   DISTRICT OF MINNESOTA

 3    - - - - - - - - - - - - - - - - - - - -

 4    In Re:

 5    Bair Hugger Forced Air Warming

 6    Products Liability Litigation

 7

 8    This Document Relates To:

 9    All Actions          MDL No. 15-2666 (JNE/FLM)

10    - - - - - - - - - - - - - - - - - - - -

11

12

13              DEPOSITION OF JONATHAN BORAK

14                 VOLUME I, PAGES 1 - 251

15                      JULY 20, 2017

16

17

18              (The following is the deposition of JONATHAN

19    BORAK, taken pursuant to Notice of Taking Deposition,

20    via videotape, at the Marriott Hartford Downtown, 200

21    Columbus Boulevard, Hartford, Connecticut, commencing

22    at approximately 8:09 o'clock a.m., July 20, 2017.)

23

24

25
```

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 146

1  there?
2      A.  Is it Partington?
3      Q.  No, that would be the -- well do you see --
4      I guess it would be the fourth then.  Do you
5  see the fourth author there?
6      A.  Dr. Reed.
7      Q.  Okay.  Are you aware that Dr. Reed testified
8  that this study showed no --
9      Well strike it.  Let me ask it a different
10  way.
11      Are you aware that Dr. Reed testified that
12  this study eliminates Xarelto as a confounder for
13  infection risks in knee and hip surgeries?
14      MR. GORDON:  Object to the form of the
15  question.
16      A.  I'm --
17      I don't remember that he said that, but I
18  think it's wrong.
19      Q.  Okay.  So you don't remember reading it, but
20  if he said it, he's wrong.
21      A.  I believe it does not eliminate it.  Yes,
22  that's correct.
23      Q.  Okay.  And he's somebody who has
24  investigated this issue.  You're somebody who has read
25  some articles.  Correct?

Page 147

1      MR. GORDON:  Object to the form of the
2  question.
3      Q.  You haven't done an investigation beyond
4  what you -- what you've read; correct?
5      A.  I have not directly studied the use of
6  Xarox -- Xarelto.
7      Q.  Okay.  What investigation did you do other
8  than read the couple of articles that are cited in
9  your report?
10      A.  Well I've read a lot of articles.  Only
11  those cited are the ones I specifically was relying
12  upon.  I don't want to diminish the effort that was
13  put into it, but I read the literature.
14      Q.  Okay.  With respect to this issue of Xarelto
15  being a potential confounder --
16      A.  Yes.
17      Q.  -- for the risk of infection in knee and hip
18  surgeries, what other articles do you have in mind
19  other than those that you cited in your report?
20      A.  I think at the moment those are the ones
21  specifically that I would name.
22      Q.  And to the extent that Dr. Reed, an author
23  of this study, said that this study proves that
24  Xarelto is not a confounder in knee and hip surgery,
25  you would disagree with him.

Page 148

1      A.  Did he say that here?
2      Q.  He said it in his deposition.  I'm
3  representing that to you.
4      A.  I -- I don't think that this study
5  eliminates rivaroxaban as a confounder in the McGowan
6  study.
7      Q.  Okay.  Based on what is my question.
8      A.  Based on the fact that there was a
9  significant increase -- there was a large increase, I
10  think 2.5-to-one increase in infection rates, and I
11  think this study under-ascertained cases because it
12  only had a 30-day followup.
13      Q.  Well so you relied on it but you didn't rely
14  on it?
15      A.  No, no, no, no, no.  I didn't rely upon it.
16  I said I think it did not prove that it was not a
17  confounder.  Moreover, a confounder -- whether
18  something is or is not a confounder is not dependent
19  on whether it is, on a univariate level, statistically
20  significantly associated with the outcome or whether
21  it significantly influences the relationship that it
22  confounds.
23      Q.  It has to have an association.
24      A.  That's a start but not a finish.
25      MS. CONLIN:  Okay.  So why don't you pull

Page 149

1  out, Mr. Stirewalt, what was marked yesterday as
2  Exhibit 19, because I think that is probably the pdf
3  that he's used to seeing in connection with this
4  study.
5      A.  Maybe that one.
6      (Holford Exhibit 19 handed to the witness.)
7      Q.  I've handed you what's previously been
8  marked as Holford Exhibit 19, which is, I believe, the
9  same study in a different format.  Is this the format
10  that you're used to seeing this study?
11      A.  Yes, that's correct.
12      Q.  Okay.  And did you understand this study to
13  be breaking down wound complications such as surgical
14  wound infections versus deep joint infections?
15      MR. GORDON:  Object to the form of the
16  question.
17      A.  You're asking me whether it specifically
18  differentiated different kinds of wound infections?
19      Q.  Deep joint versus a superficial wound
20  infection or the like.  Did you have that in mind when
21  you reviewed this?
22      A.  I don't recall having that particular
23  question in mind, --
24      Q.  Okay.
25      A.  -- but I will -- would again if you'd like

38 (Pages 146 to 149)

# EXHIBIT DX35

TO SECOND DECLARATION OF BENJAMIN W.
HULSE IN SUPPORT OF DEFENDANTS'
MOTION TO EXCLUDE PLAINTIFFS' GENERAL
CAUSATION MEDICAL EXPERTS

THE SURGEON 11 (2013) 20—24



Available online at www.sciencedirect.com

# The Surgeon, Journal of the Royal Colleges of Surgeons of Edinburgh and Ireland

www.thesurgeon.net



# Changing antibiotic prophylaxis for primary joint arthroplasty affects postoperative complication rates and bacterial spectrum

A. Sprowson, T. Symes, S.K. Khan*, T. Oswald, M.R. Reed

Northumbria Healthcare NHS Foundation Trust, Woodhorn Lane, Ashington, Northumberland NE63 9JJ, UK

ARTICLE INFO

Article history:
Received 21 January 2012
Received in revised form
24 February 2012
Accepted 26 February 2012
Available online 17 June 2012

Keywords:
Antibiotic prophylaxis
Bacterial spectrum
Clostridium difficile associated
diarrhoea (CDAD)

ABSTRACT

Background: The reduction of Clostridium difficile associated diarrhoea (CDAD) is a national priority. As part of the C. difficile improvement plan in our Trust, antibiotic prophylaxis for primary arthroplasty was changed from cefuroxime to gentamicin. Gentamicin was chosen following a review of the sensitivity profiles of all the organisms isolated from infected primary artholplasties.

Methods: From January 2002 to September 2007, 6094 patients (Group 1) undergoing primary hip and knee arthroplasty received three doses of Cefuroxime as prophylaxis; while from October 2007 to February 2009, 2101 patients (Group 2) received single dose Gentamicin (4.5 mg/kg). We studied the rate of CDAD as well as several other postoperative complications, including rate of return to theatre (RTT), before and after the change.

Findings: There was an insignificant fall in CDAD from 0.18% to 0% ($p = 0.08$) in Group 2, however there was a statistically significant increase in pneumonia (0.67—1.33%, $p < 0.01$), acute renal failure (ARF) requiring HDU admission (0.07—0.33%, $p < 0.01$) and RTT (1.08—1.95%, $p < 0.01$) in this group. RTT for proven infection increased from 0.66% to 1.52% ($p < 0.01$).

Conclusions: We conclude that Gentamicin 4.5 mg/kg alone should not be used as prophylaxis for primary joint arthroplasty as it does not reduce CDAD significantly but increases the risk of other postoperative complications. We have changed our prophylaxis to low dose gentamicin (3 mg/kg) combined with Teicoplanin 400 mg given once.

© 2012 Royal College of Surgeons of Edinburgh (Scottish charity number SC005317) and Royal College of Surgeons in Ireland. Published by Elsevier Ltd. All rights reserved.

## Introduction

Antibiotic prophylaxis has been demonstrated to reduce the incidence of wound infection after joint arthroplasty.[1] It is recommended by the National Institute for Health and Clinical Excellence (NICE),[2] the British Orthopaedic Association (BOA),[3] and by the National Surgical Infection Prevention Project in the United States.[4] A systematic review carried out in 2008 showed that antibiotic prophylaxis reduces the relative risk of wound infection by approximately eighty percent compared with no prophylaxis.[1] A survey of BOA members carried out in 2009 found that the hospital trusts of 88% respondents provided a protocol for the use of prophylactic antibiotics and that 58% used cefuroxime, which is in keeping

* Corresponding author. 35 Fellsdyke Court, Sheriff Hill, Gateshead NE10 9SB, United Kingdom. Tel.: +44 7775734416; fax: +44 1916600801.
  E-mail address: Sameer.khan@doctors.net.uk (S.K. Khan).

1479-666X/$ — see front matter © 2012 Royal College of Surgeons of Edinburgh (Scottish charity number SC005317) and Royal College of Surgeons in Ireland. Published by Elsevier Ltd. All rights reserved.
doi:10.1016/j.surge.2012.02.007

with Scottish Intercollegiate Guideline Network guidelines recommending multiple dosing over 24 h.[5]

Cephalosporins alter the normal gut flora and are one of the most frequently implicated group of antibiotics in the development of *C. difficile* associated diarrhoea (CDAD).[6] Voluntary reporting of 55,000 cases of CDAD in 2006 in England prompted Health Protection Agency (HPA) and Chief Medical Officer guidance and targets.[7] Cephalosporin prophylaxis in joint replacement was identified as a potential contributor to the development of CDAD.

In 2007–2008, a Trust-wide *C. difficile* improvement plan was launched. This included a revision of the hospital antibiotic guidelines (July 2007), introduction of chlorine-containing cleaning agents in patient areas (August 2007),[8] root cause analysis, education and audit programmes, proton pump inhibitor guidelines, commencement of 'Deep Clean' (January 2008)[9] and hydrogen peroxide fumigation (June 2008). In October 2007 antibiotic prophylaxis for joint replacement was changed from Cefuroxime to Gentamicin Trust-wide. Gentamicin was chosen following a review of the sensitivity profiles of all the organisms isolated from infected primary arthoplasties. We have studied the impact of this change on CDAD, and on other postoperative complications including wound infection, pneumonia, urinary tract infection (UTI) and acute renal failure (ARF). In addition we have examined the microbiological spectrum and antibiotic sensitivities of organisms isolated from any postoperative wound infections.

## Materials and methods

All patients undergoing primary total hip and knee replacement between January 2002 and February 2009 at three participating district hospitals were included in the study. Group 1 comprised patients operated on between 1 May 2002 and 30 September 2007; these all received three doses of intravenous Cefuroxime 750 mg as prophylaxis (one at induction and two postoperatively, over 24 h). All patients operated on between 1 October 2007 and 26 February 2009 received a single dose of Gentamicin 4.5 mg/kg at induction (Group 2). The dose was based on ideal body weight to ensure optimal dosing of obese or underweight patients. Gentamicin-loaded cement (0.5 g per 40 g mix) was used in both groups.[10]

Hospital episode statistics collected by all healthcare providers in the UK (including independent hospitals) on NHS patients, describe each patient episode in terms of medical diagnosis and complication codes.[11,12] Individual episode data is linked to complications which result in re-admission after a successful discharge is included. By employing the appropriate codes, complication rates following primary joint arthroplasty can be identified. (Table 1) Data was requested with regard to the incidence of CDAD, UTI and pneumonia (as defined by the HPA)[13] within 30 days of surgery. Data was collected on all patients who returned to theatre (RTT) after their primary arthroplasty up to 1 year. The medical records of these RTT patients were scrutinised to determine whether the procedure was related to their joint replacement. The microbiological records of those patients were also examined to determine if samples had been taken at the time of surgery. If

the microbiological and clinical findings fulfilled the HPA definition criteria,[14] this was recorded as RTT.

The infecting organism and sensitivity profile were recorded. Sensitivity testing was performed manually (a combination of Stokes and BSAC methods) until May 2007, after which the system was automated using the VITEK 2 system (bio-Mérieux®, Maray l'Etoile, France). The incidence of ARF was also recorded, however as a relatively small deterioration in renal function was triggering a diagnosis of ARF, only the patients who were diagnosed with ARF requiring admission to the high dependency unit (HDU) were included in our study. Gentamicin commonly causes a temporary rise in creatinine and so those patients whose renal function quickly recovered, not requiring HDU admission were not included in the figures. Admission to HDU/ITU per se was not an endpoint in this study. Data was analysed using Fishers exact test, and a *p* value of less than 0.05 was considered as statistically significant.

## Results

A total of 6094 patients were included in Group 1, while Group 2 comprised 2101 patients. The two groups were matched for patient age and for proportion of hip and knee procedures. More operations were performed per month in Group 2 (123 operations per month compared to 75 in Group 1, Table 2). This reflects the increased volume of work that the Trust agreed to perform in this period, due to service reorganization and expansion, and the implementation of a fast-track programme.[15] Of note there was a statistically significant increase in pneumonia (0.67% vs. 1.33%, *p* < 0.01) and acute renal failure requiring HDU admission (0.07% vs. 0.33%, *p* < 0.01). There was a reduction in CDAD from 0.18% to 0%, which was not statistically significant (*p* = 0.08). Finally the rate of RTT increased significantly, for all reasons (from 1.08% to 1.95%, *p* < 0.01) and for infection alone (from 0.66% to 1.52%, *p* < 0.01). These trends are depicted in Fig. 1.

Figure 2 depicts the spectra of organisms causing prosthetic joint infection in the two groups. There was no significant difference in the microbiological profile of infecting organisms between the two groups. There were statistically insignificant trends towards a higher proportion of *Methicillin-sensitive Staphylococcus aureus* (MSSA) and *streptococcus sp.*, and lower proportions of *Methicillin-resistant Staphylococcus aureus* (MRSA) and *Enterococcus* sp. in Group 2. Although there were no significant changes in the bacterial spectrum of infecting organisms, there were trends towards changing antibiotic resistance, especially an increasing resistance to Gentamicin amongst the *Coagulase negative Staphylococci* (CNS).

## Discussion

Antibiotic prophylaxis is proven to reduce wound infection after joint arthroplasty. It has been estimated that one infection is prevented for every 13 patients receiving prophylaxis. The cost of infection after joint replacement has been estimated to be between $50,000 and $100,000 (£ 32,000–64,000).[16,17] Several trials comparing prophylactic

**Table 1 — International statistical classification of diseases and related health problems [10th revision], ICD-10 codes, and surgical procedure (Office of Population, Censuses and Surveys Classification of Surgical Operations and Procedures [4th revision], OPCS-4 codes).**

| Elective procedure | Complication within 30 days | Return to theatre within 30 days |
|---|---|---|
| TKR:<br>  W40.1 Cemented<br>  W41.1 Uncemented<br>  W42.1 Unspecified<br>THR:<br>  W37.1 Cemented<br>  W38.1 Uncemented<br>  W39.1 Unspecified<br>  W93.1 Hybrid, cemented<br>  acetabular component<br>  W94.1 Hybrid, cemented<br>  femoral component<br>  W95.1 Hybrid, unspecified | A047 *C. difficile*<br>N17 Renal failure<br>J18, J22 plus Y83<br>Pneumonia<br>N390 Urinary tract infection | W80.1–3, W80.8–9<br>Open debridement and irrigation of joint<br>W81 Other open operations on joint<br>W90 Puncture of joint<br>W92 Other operations on joint<br>S47.2 Drainage of lesion of skin<br>Specifically for TKRs:<br>W87 Diagnostic endoscopic examination<br>of knee joint<br>W42.4 Attention to total prosthetic<br>replacement of knee joint NEC with Y221<br>Specifically for THRs:<br>W39.4 Attention to total prosthetic<br>replacement of hip joint NEC with Y221 |

Cephalosporins to no antibiotics have demonstrated a significantly reduced infection rate in arthroplasty surgery.[18–21] Evidence supporting systemic Gentamicin as routine prophylaxis is not well published. However the benefit of Gentamicin-impregnated cement combined with systemic antibiotics is well documented.[22–25] Antibiotic-impregnated cement has been shown in a meta-analysis to reduce infection rate by approximately 50% in primary arthroplasty.[26] The incidence of CDAD in orthopaedic patients has not been well established and will be strongly influenced by unique local factors. Kurd et al identified a rate of 0.16% in 9880 primary and revision arthroplasty patients and concluded that CDAD was associated with ASA score, hospital duration and number of antibiotics administered. The study did not distinguish between prophylactic and treatment antibiotics.[27]

Recent work by Jeavons et al. found that changing antibiotic prophylaxis for hip fracture surgery from Cefuroxime to single dose Gentamicin and Amoxicillin, significantly reduced both the length of stay (17 vs. 13 days, $p = 0.04$) and the incidence of CDAD (6–0%, $p = 0.02$).[28] Al-Obaydi et al. also found

that changing from Cefuroxime to Gentamicin and Flucloxacillin as prophylaxis for hip and knee replacement and hip fracture surgery resulted in a significant reduction in CDAD rate (3.7 vs. 1.3%, $p < 0.005$) but no change in deep wound infection rate.[29] We also found that switching from Cefuroxime to Gentamicin reduced the rate of CDAD (from 0.18% to 0%) although this was not statistically significant. It may also have been influenced by other measures introduced during this time, as part of the *C. difficile* improvement plan. Although the rate of CDAD did fall, the incidence of other postoperative complications increased. The incidence of pneumonia increased from 0.67% to 1.33% and that of ARF (requiring HDU admission) increased from 0.07% to 0.3%. Most significantly, the rate of return to theatre for infection increased from 0.66% to 1.52%. All of these results are statistically significant.

Antibiotic resistance to several antibiotics appeared to increase in Group 2. This may reflect a true increase in resistance but may also be related to a change in methods for sensitivity testing and in the use of other antibiotics for treatment of other infections. The most significant result with

**Table 2 — Complication rates in the two groups.**

|  | Group 1 | Group 2 |  |
|---|---|---|---|
|  | 1 May 2002–30<br>Sep 2007 | 1 Oct 2007–28<br>Feb 2009 |  |
| Prophylaxis | Cefuroxime | Gentamycin |  |
| No of patients | 6094 | 2101 |  |
| Mean age (years)<br>[median] | 69.2 [70] | 68.9 [70] |  |
| THR: TKR | 2769:3325 | 858:1243 |  |
| Unit 1:Unit 2:<br>Unit 3 | 2752:1378:1964 | 924:614:563 |  |
| CDAD | 11 (0.18%) | 0 (0.0%) | $P = 0.08$ |
| UTI | 90 (1.48%) | 28 (1.33%) | $P = 0.67$ |
| Pneumonia | 41 (0.67%) | 28 (1.33%) | $P < 0.01$ |
| ARF requiring<br>HDU | 4 (0.07%) | 7 (0.33%) | $P < 0.01$ |
| Total RTT for<br>infection | 40 (0.66%) | 32 (1.52%) | $P < 0.01$ |



Fig. 1 — **Complication rates compared between the two groups.**

THE SURGEON 11 (2013) 20—24



Group 1: Cefuroxime prophylaxis ▨   Group 2: Gentamycin prophylaxis ▨

**Fig. 2 — Bacterial spectrum of subsequent prosthetic joint infections compared between the two groups. MRSA, methicillin-resistant *Staphylococcus aureus*; MSSA, methicillin-sensitive *Staphylococcus aureus*; CNS, coagulase negative *Staphylococcus*.**

regard to antibiotic resistance is probably the increase in gentamicin resistance in the coagulase negative staphylococci which has been reported to be the most common cause of infection in total hip and knee replacement.[30–32] This has influenced our current prophylaxis regime.

There are potential limitations in our study. Coding of complications requires accurate documentation in the case notes. This has been subject to a separate audit confirming that our unit has extremely accurate and robust coding mechanisms.[33] There were changes to *C. difficile* and MRSA preventative protocols during the course of the study. Access to critical care beds may have changed since the early days of this study and the increased admission to HDU for ARF may reflect easier access rather than increased severity of organ failure. Gentamicin has a different spectrum cover from cefuroxime, possibly accounting for increase in pneumonia and wound infections. Gentamicin is known to be nephrotoxic, however single dose prophylaxis was deemed safe by microbiological guidance. Nonetheless the incidence of ARF increased.

Concerned about increased wound infection and ARF identified in this study, we have changed our prophylaxis to low dose gentamicin (3 mg/kg) combined with teicoplanin 400 mg given once, to cover gentamicin resistant staphylococci (mainly the coagulase negative staphylococci) as well as improved cover for streptococci and enterococci. The rate of CDAD was reduced by changing prophylaxis, however the actual number of cases of CDAD was very small in both groups and power of this calculation was low (power = 0.49). Therefore the reduction was not statistically significant. The increases in ARF, pneumonia and RTT for infection in the group given gentamicin are statistically significant with power calculations of 0.72, 0.85 and 0.92 respectively.

## Conclusions

The reduction in CDAD produced by the switch to gentamicin needs to be balanced against the increase in morbidity from increased wound infection, pneumonia and ARF. We recommend that single dose Gentamicin (4.5 mg/kg) alone is not used as prophylaxis for joint replacement.

REFERENCES

1. AlBuhairan B, Hind D, Hutchinson A. Antibiotic prophylaxis for wound infections in total joint arthroplasty. *J Bone Joint Surg [Br]* 2008:915—9. 90-B.
2. NICE guidance CG74 Surgical Site Infection. Available from: http://guidance.nice.org.uk/CG74 [accessed June 2010].
3. BOA primary total hip replacement: a guide to good practice. Available from: http://www.boa.ac.uk/ [last accessed 15 January 2010].
4. Bratzler DW, Houck PM, Surgical Infection Prevention Guidelines Writers Workgroup, American Academy of Orthopaedic Surgeons, American Association of Critical Care Nurses, American Association of Nurse Anesthetists, et al. Antimicrobial prophylaxis for surgery: an advisory statement from the National Surgical Infection Prevention Project. *Clin Infect Dis* 2004 June 15;**38**(12):1706—15.
5. Scottish Intercollegiate Guideline Network (SIGN). Antibiotic prophylaxis in surgery. No. 104; July 2008. Available from: http://www.sign.ac.uk/pdf/sign104/pdf [last accessed 15 March 2010].
6. Bartlett JG. Historical perspectives on studies of *Clostridium difficile* and *C. difficile* infection. *Clin Infect Dis* 2008;**46**:S4—11.
7. Health Protection Agency: voluntary surveillance of *Clostridium difficile* associated disease in England, Wales and Northern Ireland; 2006. Available from: http://www.hpa.org.uk/servlet/Satellite?c=Page&cid=1179745283766&pagename=HPAweb%2FPage%2FHPAwebAutoListName [last accessed 10 January 2011].
8. Health Protection Agency: Clostridium difficile infection: how to deal with the problem; 2009. Available from: http://www.hpa.org.uk/webc/HPAwebFile/HPAweb_C/1232006607827 [last accessed 10 January 2011].
9. From deep clean to keep clean: learning from the deep clean programme. DoH; 2008. Available from: www.dh.gov.uk/prod_consum_dh/groups/dh_digitalassets/dh/en/documents/digitalasset/dh_089714.pdf [last accessed 10 January 2011].
10. Palacos. Available from: http://www.palacos.com/ [last accessed 1 March 2010].
11. NHS Connecting for Health. *OPCS classification of interventions and procedures*. Version 4.5. London: TSO; 2009.
12. Brämer GR. International statistical classification of diseases and related health problems. Tenth revision. *World Health Stat Q* 1988;**41**(1):32—6.
13. Health Protection Agency. *Point prevalence survey of healthcare-associated infections and antimicrobial use in European acute care hospitals*. London: Health Protection Agency. Available from: http://www.hpa.org.uk/webc/HPAwebFile/HPAweb_C/1296687779207; July 2011 [last accessed 1 September 2011].
14. Health Protection Agency. *Protocol for the surveillance of surgical site infection*. Version 5. London: Health Protection Agency, www.hpa.org.uk/webc/HPAwebFile/HPAweb_C/1194947388966m; April 2011 [last accessed 1 September 2011].
15. Malviya A, Martin K, Harper I, Muller SD, Emmerson KP, Partington PF, et al. Enhanced recovery program for hip and knee replacement reduces death rate. *Acta Orthop* 2011;**82**(5):577—81.

16. Bozic KJ, Ries MD. The impact of infection after total hip arthroplasty on hospital and surgeon resource utilization. *J Bone Joint Surg [Am]* 2005;**87**:1746–51.

17. Sculco TP. The economic impact of infected total joint arthroplasty. *Instr Course Lect* 1993;**42**:349–51.

18. Wollinsky K, Oethinger M, Buchele M, Kluger P, Puhl W, Mehrkens H. Autotransfusion – bacterial contamination during hip arthroplasty and efficacy of cefuroxime prophylaxis. A randomized controlled study of 40 patients. *Acta Orthop Scand* 1997;**68**:225–30.

19. Gunst J, Deletang S, Rogez J, Blanloiel Y, Baron D, Dixneuf B. Prophylactic antibiotic therapy by cefamandole in total hip replacement with use of a clean air system. A randomized study. *Path Biol* 1984;**32**:567–9.

20. Doyon F, Evrard J, Mazas F. Long-term results of prophylactic cefazolin versus placebo in total hip replacement. *Lancet* 1987;**1**(8573):860.

21. Mauerhan D, Nelson C, Smith D, Fitzgerald R, Slama T, Petty R, et al. Prophylaxis against infection in total joint arthroplasty. One day of cefuroxime compared with three days of cefazolin. *J Bone Joint Surg [Am]* 1994;**76**:39–45.

22. Engesaeter LB, Lie SA, Espehaug B, Furnes O, Vollset SE, Havelin LI. Antibiotic prophylaxis in total hip arthroplasty: effects of antibiotic prophylaxis systemically and in bone cement on the revision rate of 22,170 primary hip replacements followed 0–14 years in the Norwegian Arthroplasty Register. *Acta Orthop Scand* 2003;**74**:644–51.

23. Espehaug B, Engesaeter LB, Vollset SE, Havelin LI, Langeland N. Antibiotic prophylaxis in total hip arthroplasty. Review of 10,905 primary cemented total hip replacements reported to the Norwegian Arthroplasty Register, 1987 to 1995. *J Bone Joint Surg [Br]* 1997;**79**:590–5.

24. Malchau H, Herberts P, Ahnfelt L. Prognosis of total hip replacement in Sweden. Follow up of 92,675 operations performed 1978–1990. *Acta Orthop Scand* 1993;**64**:497–506.

25. Jovosefsson G, Kolmert L. Prophylaxis with systemic antibiotics versus gentamicin bone cement in total hip arthroplasty. A ten-year survey of 1688 hips. *Clin Orthop* 1993;**44**:210–4.

26. Parvizi J, Saleh KJ, Ragland PS, Pour AE, Mont MA. Efficacy of antibiotic-impregnated cement in total hip replacement. *Acta Orthop* 2008;**79**(3):335–41.

27. Kurd MF, Pulido L, Joshi A, Purtill JJ, Parvizi J. *Clostridium difficile* infection after total joint arthroplasty: who is at risk? *J Arthroplasty* 2008;**23**(6):839–42.

28. Jeavons RP, Siddiqui B, Jettoo P, Berrington, O'Brien S. *Hip fracture antibiotic prophylaxis: 3 dose cefuroxime regime versus single dose gentamicin and amoxicillin.* Poster at British Hip Society; 2010.

29. Al-Obaydi W, Smith C, Foguet P. *The incidence of Clostridium difficicle related to two antibiotic prophylaxis regimes for metawork implantation.* Poster at British Hip Society; 2010.

30. Rafiq I, Gambhir AK, Wroblewski BM, Kay PR. The microbiology of infected hip arthroplasty. *Int Orthop* 2006;**30**(6):532–5.

31. Nickinson RS, Board TN, Gambhir AK, Porter ML, Kay PR. The microbiology of the infected knee arthroplasty. *Int Orthop* 2010;**34**(4):505–10.

32. Health Protection Agency. *Sixth report of the mandatory surveillance of surgical site infection in orthopaedic surgery, April 2004 to March 2010.* London: Health Protection Agency, http://www.hpa.org.uk/webc/HPAwebFile/HPAweb_C/1287147699571; December 2010 [last accessed 1 September 2011].

33. Jameson S, Nargol AVF. Reed MR 'payment by results for patients with fractured neck of femur in two NHS secondary care trusts'. *Ann R Coll Surg Engl (Suppl)* 2007;**89**:318–29.

# EXHIBIT DX36

TO SECOND DECLARATION OF BENJAMIN W.

HULSE IN SUPPORT OF DEFENDANTS'

MOTION TO EXCLUDE PLAINTIFFS' GENERAL

CAUSATION MEDICAL EXPERTS



## Acta Orthopaedica



ISSN: 1745-3674 (Print) 1745-3682 (Online) Journal homepage: http://www.tandfonline.com/loi/iort20

# Reduced short-term complications and mortality following Enhanced Recovery primary hip and knee arthroplasty: results from 6,000 consecutive procedures

Sameer K Khan, Ajay Malviya, Scott D Muller, Ian Carluke, Paul F Partington, Kevin P Emmerson & Mike R Reed

**To cite this article:** Sameer K Khan, Ajay Malviya, Scott D Muller, Ian Carluke, Paul F Partington, Kevin P Emmerson & Mike R Reed (2014) Reduced short-term complications and mortality following Enhanced Recovery primary hip and knee arthroplasty: results from 6,000 consecutive procedures, Acta Orthopaedica, 85:1, 26-31, DOI: 10.3109/17453674.2013.874925

**To link to this article:** http://dx.doi.org/10.3109/17453674.2013.874925

Copyright: © Nordic Orthopaedic Federation

Published online: 20 Dec 2013.

Submit your article to this journal ⤤

Article views: 1487

View related articles ⤤

View Crossmark data ⤤

Citing articles: 46 View citing articles ⤤

Full Terms & Conditions of access and use can be found at
http://www.tandfonline.com/action/journalInformation?journalCode=iort20

Download by: [67.136.171.138]    Date: 02 October 2017, At: 08:27

26                                                                                                              *Acta Orthopaedica* 2014; 85 (1): 26–31

# Reduced short-term complications and mortality following Enhanced Recovery primary hip and knee arthroplasty: results from 6,000 consecutive procedures

Sameer K Khan, Ajay Malviya, Scott D Muller, Ian Carluke, Paul F Partington, Kevin P Emmerson, and Mike R Reed

Department of Trauma and Orthopaedics, Northumbria Healthcare NHS Foundation Trust, Ashington, Northumberland, UK.
Correspondence: Sameer.khan@doctors.net.uk
Submitted 12-12-28. Accepted 13-10-17

Downloaded by [67.136.171.138] at 08:27 02 October 2017

**Background and purpose —** Enhanced Recovery (ER) is a well-established multidisciplinary strategy in lower limb arthroplasty and was introduced in our department in May 2008. This retrospective study reviews short-term outcomes in a consecutive unselected series of 3,000 procedures (the "ER" group), and compares them to a numerically comparable cohort that had been operated on previously using a traditional protocol (the "Trad" group).

**Methods —** Prospectively collected data on surgical endpoints (length of stay (LOS), return to theater (RTT), re-admission, and 30- and 90-day mortality) and medical complications (stroke, gastrointestinal bleeding, myocardial infarction, and pneumonia within 30 days; deep vein thrombosis and pulmonary embolism within 60 days) were compared.

**Results —** ER included 1,256 THR patients and 1,744 TKR patients (1,369 THRs and 1,631 TKRs in Trad). The median LOS in the ER group was reduced (3 days vs. 6 days; p = 0.01). Blood transfusion rate was also reduced (7.6% vs. 23%; p < 0.001), as was RTT rate (p = 0.05). The 30-day incidence of myocardial infarction declined (0.4% vs. 0.9%; p = 0.03) while that of stroke, gastrointestinal bleeding, pneumonia, deep vein thrombosis, and pulmonary embolism was not statistically significantly different. Mortality at 30 days and at 90 days was 0.1% and 0.5%, respectively, as compared to 0.5% and 0.8% using the traditional protocol (p = 0.03 and p = 0.1, respectively).

**Interpretation —** This is the largest study of ER arthroplasty, and provides safety data on a consecutive unselected series. The program has achieved a statistically significant reduction in LOS and in cardiac ischemic events for our patients, with a near-significant decrease in return to theater and in mortality rates.

Enhanced Recovery (ER) or fast-track total hip (THA) and total knee arthroplasty (TKA) has become well established (Malviya et al. 2011). This is a multidisciplinary strategy involving patient education, multimodal analgesia, standardized perioperative anesthesia and local anesthetic infiltration, judicious fluid administration, and early mobilization. It has been shown to reduce length of stay (LOS) without increasing re-admission rates (Husted et al. 2008, 2010b, Malviya et al. 2011). Other endpoints reportedly expedited or improved with fast-track programs include functional rehabilitation and patient outcome (Holm et al. 2010, Larsen et al. 2010). Medical complications including thromboembolism are not more frequent using ER techniques (Husted et al. 2010a).

An earlier study showed reduced early mortality in the first 1,500 procedures at our unit under a locally adapted ER programme (Malviya et al. 2011). We wanted to determine whether the beneficial effects of ER arthroplasty would persist in a larger group of patients. We now present the short-term (90-day) outcomes and safety data for the first 3,000 unselected consecutive primary hip and knee arthroplasties performed using this ER program, which we have compared to those from an unselected consecutive series of 3,000 procedures using the traditional (Trad) protocol immediately before the introduction of the ER program. Both protocols are summarized in Table 1.

## Methods

The ER program was started in May 2008 and all patients were operated on by 9 consultant surgeons at 2 sites within the same Trust. Only ASA grade-1 and -2 patients were operated on at site 1. Site 2 has a high-dependency facility, and

*Open Access–This article is distributed under the terms of the Creative Commons Attribution Noncommercial License which permits any noncommercial use, distribution, and reproduction in any medium, provided the source is credited.*
DOI 10.3109/17453674.2013.874925

CASE 0:15-md-02666-JNE-DTS   Doc. 956-1   Filed 10/17/17   Page 82 of 372

Downloaded by [67.136.171.138] at 08:27 02 October 2017

Table 1. Protocols followed during the different periods in this study. Adapted from Malviya et al. 2011

|  | Trad | ER |
|---|---|---|
| Pharmacological | General anesthesia, spinal or epidural according to anesthetist's preference and patient consent | Low-dose spinal anesthesia without any intrathecal opioids with Propofol +/- Ketamine, and Paracetamol +/- Parecoxib |
|  | Patient-controlled intravenous analgesia | Local anesthetic: intraoperative infiltration and postoperative infusion |
|  | No thrombomodulator | Tranexamic acid |
| Procedural | Intravenous fluids continuing until next day | Judicious intraoperative fluid and vasopressor administration |
|  | Perioperative urinary catheterization | Catheterization only if indicated |
|  | Mobilization next day | Same-day mobilization |
| Behavioral | Generic patient and staff education | Patient and staff education on ER principles |

patients of all ASA grades underwent procedures at this site.

The pharmacological components of the program included standardized anesthesia and pre- and postoperative analgesia. Analgesia started on the night before surgery with Gabapentin (300 mg). Low-dose spinal anesthesia was administered for each procedure, with sedation or light general anesthesia, and 1 g intravenous Paracetamol with or without 40 mg intravenous Parecoxib. Levobupivacaine (0.125%, 80 mL) was infiltrated intraoperatively in a wide and layered field including joint capsule, muscle, fat, and skin. During wound closure, an epidural catheter complete with microbiological filter was placed within the joint and tunnelled to exit away from the surgical wound. 20 mL Levobupivacaine was infused through the catheter after skin closure, and 3 postoperative boluses were delivered at 6, 14, and 24 h. THA patients received 20-mL boluses and the larger intra-articular space in TKA could accommodate 40-mL boluses (Nechleba et al. 2005). The ambIT pump (Summit Medical Products, Sandy, UT) was used to deliver the boluses in all these cases, and the scrub and ward nursing staff received regular scheduled sessions to train and maintain skills. Postoperative regular analgesia included Gabapentin (300 mg twice daily for 5 days) and Oxycontin (5–20 mg twice daily for 2 days) followed by Tramadol (50–100 mg every 4–6 h). All patients received intravenous Tranexamic acid (15 mg/kg) as a slow bolus at induction.

The procedural measures were introduced with the intention of reducing perioperative blood loss and to facilitate earlier mobilization. Drains were not used. Wound dressings were standardized (Abuzakuk et al. 2006, Clarke et al. 2009). TKAs also received a single-layered crepe bandage and a compressive cuff (AirCast Knee Cryo/Cuff; DJO UK Ltd., Guildford, Surrey, UK). Physiotherapy was started within 3–5 h of surgery. Staff nurses were trained to mobilize patients when physiotherapists were not available. Physiotherapy moved from 5 to 7 days a week as the program started, with each patient being reviewed once immediately after the surgery and twice on each subsequent day until discharge.

Behavioral changes were fundamental to the program. Patient education started with the initial outpatient consultation, at which mobilization and length-of-stay expectations were discussed and an information DVD was provided.

The message was reiterated by different team members and all patients were invited to attend a patient education class. They were counselled that pain could be expected (Jones et al. 2011). The Figure illustrates the different components in relation to the patients' progression through the ER program.

A uniform blood transfusion policy was adopted in June 2007 (during use of the traditional approach). This is based on national guidelines and has remained unchanged during ER (Department of Health 2007). The transfusion threshold at our unit is a hemoglobin (Hb) value of 80 g/L in the typical physically well patient undergoing arthroplasty. Transfusion is administered routinely at Hb levels less than 70 g/L. For patients with cardiovascular disease, or those expected to have covert cardiovascular disease (e.g. elderly patients or those with peripheral vascular disease), transfusion is considered when the Hb value is less than 90 g/L. Supplementary oral iron is prescribed with or without laxatives if Hb is between 90 and 100 g/L. Orthogeriatric rehabilitation is done on-site, and the LOS data include the rehabilitation stay for the patients who required it. Discharge refers to discharge home. The hospital's discharge criteria did not change with the implementation of the program. These included the patient (1) reasonably pain-free on regular analgesia, (2) voiding urine normally without a catheter, (3) ambulant with 2 crutches at the most, (4) confident alone on the stairs, and (5) able to move the knee 0–90°; with visits organized for district nurses to administer injections of low-molecular-weight heparin.

Certain components of the protocol did change during the implementation of the program. Thromboprophylaxis changed in accordance with evolving guidance from National Institute for Health and Care Excellence (NICE)

The department used aspirin and stockings until October 4, 2006 (midway in the traditional program) when it was changed to Tinzaparin (Innohep; LEO Pharma A/S, Ballerup, Denmark) (4,500 U subcutaneously, once daily). This was continued in the ER program until July 31, 2009. Rivaroxaban (Xarelto; Bayer Schering Pharma AG, Wuppertal, Germany) (10 mg orally, once daily) was used between August 1, 2009 and February 1, 2010, before finally reverting to Tinzaparin (Jensen et al. 2011). Preoperative Dexamethasone was part of the protocol initially but was discontinued because of concerns

*Acta Orthopaedica* 2014; 85 (1): 26–31

Downloaded by [67.136.171.138] at 08:27 02 October 2017



This schematic diagram shows the patient's progression through different components of the Enhanced Recovery program.

about potential immunosuppression. Some physical measures targeting *Clostridium difficile* and MRSA infections were introduced over the study period, including chlorine-containing cleaning agents in patient areas (August 2007) and the start of "Deep Clean" (January 2008) and hydrogen peroxide fumigation (June 2008). The antibiotic prophylaxis at the start of the traditional protocol was 3 doses of Cefuroxime (1.5 g, 750 mg, and 750 mg). This was changed in October 2007 to high-dose Gentamicin (4.5 mg/kg), which was continued in the ER program. It was finally changed to Gentamicin (3 mg/kg) and Teicoplanin (400 mg) in February 2009 (Sprowson et al. 2012). The change to Gentamicin led to concerns about renal dysfunction, and the concomitant use of non-steroidal analgesics could not be adopted as a regular feature in our ER program despite their reported benefit in improving postoperative outcomes (Aveline et al. 2009, Schroer et al. 2011). Lastly, there was a national shortage of intravenous Tranexamic acid for 18 weeks (National Electronic Library for Medicines 2010). Instead, the oral preparation was administered in 302 procedures at a dose of 25 mg/kg (maximum 2 g).

Qualified coders collected data on all patient episodes. Data on individual episodes were linked, so that complications resulting in re-admission after a successful discharge were included. By using the appropriate codes (Bramer 1988, NHS Connecting for Health 2009), complication rates after primary joint arthroplasty were identified. We report on surgical endpoints (return to theater (RTT) and re-admission) and medical complications (stroke, gastrointestinal bleeding (GIB), myocardial infarction (MI), and pneumonia within 30 days; deep

vein thrombosis (DVT) and pulmonary embolism (PE) within 60 days; and mortality at 30 and 90 days). No patients were lost to follow-up.

### Statistics

The data on LOS were non-parametric, and Mann-Whitney U test was used to analyze differences between the 2 cohorts. Prevalence of comorbidities, surgical outcomes, and incidence of complications were treated as binomial variables. These were calculated as 95% confidence intervals (CIs) and they were also compared using chi-square tests (where p-values of less than 0.05 were considered to be statistically significant).

### Results

6,000 unselected consecutive arthroplasty procedures where examined. These included 3,000 traditional procedures (in 2,639 patients) between April 2004 and April 2008 and 3,000 ER procedures (in 2,680 patients) between May 2008 and July 2011. Table 2 compares the demographics and comorbidities between patient episodes in the 2 groups. The ER group had a higher proportion of females, and more patients underwent TKAs than in the Trad group. Also, a higher proportion of ER episodes were coded with hypertension (p < 0.001), type 2 diabetes (p < 0.001), and chronic obstructive pulmonary disease (COPD) (p = 0.002).

The median LOS was reduced by 3 days in the ER group (Table 3). This reduction in hospital stay due to earlier

*Acta Orthopaedica* 2014; 85 (1): 26–31

Downloaded by [67.136.171.138] at 08:27 02 October 2017

Table 2. A comparison of demographics and comorbidities between the two cohorts

| | Trad | % (CI) | ER | % (CI) | p-value |
|---|---|---|---|---|---|
| Demographics | | | | | |
| Mean age (SD) | 69 (10) | | 68 (10) | | 0.05 |
| Male gender | 1,482 | 49.4 (46.9–51.9) | 1,390 | 46.3 (43.8–48.9) | 0.02 |
| No. of TKAs | 1,631 | 54.4 (51.8–56.9) | 1,744 | 58.1 (55.6–60.6) | 0.003 |
| Comorbidities | | | | | |
| Hypertension | 936 | 31.2 (28.9–33.6) | 1,409 | 46.9 (44.5–49.5) | < 0.001 |
| Atrial fibrillation | 143 | 4.8 (3.8–6.0) | 162 | 5.4 (4.4–6.7) | 0.3 |
| Ischemic heart disease | 213 | 7.1 (5.9–8.5) | 249 | 8.3 (7.0–9.8) | 0.09 |
| Diabetes mellitus | | | | | |
| insulin-dependent | 21 | 0.7 (0.4–1.3) | 33 | 1.1 (0.7–1.8) | 0.1 |
| non-insulin-dependent | 212 | 7.1 (5.8–8.5) | 293 | 9.7 (8.4–11.4) | < 0.001 |
| Chronic obstructive | | | | | |
| pulmonary disease | 87 | 2.9 (2.2–3.9) | 133 | 4.4 (3.5–5.6) | 0.002 |
| Alzheimer | 7 | 0.2 (0.1–0.7) | 9 | 0.3 (0.1–0.8) | 0.8 |

Table 3. A comparison of surgical endpoints and medical complications in the 2 cohorts

| | Trad | % (CI) | ER | % (CI) | p-value |
|---|---|---|---|---|---|
| LOS in days, | | | | | |
| median (range) | 6 (1–125) | | 3 (0–82) | | 0.01 |
| Blood transfusion [a] | 230/1,000 | 23   (20.5–25.7) | 228/3,000 | 7.6 (6.4–9.1) | < 0.001 |
| Re-admission | 141 | 4.7 (3.8–5.9) | 139 | 4.6 (3.7–5.8) | 1.0 |
| RTT (30-day) | 60 | 2.0 (1.4–2.8) | 40 | 1.3 (0.8–2.1) | 0.05 |
| Stroke (30-day) | 14 | 0.5 (0.2–0.9) | 7 | 0.2 (0.1–0.7) | 0.2 |
| GI bleed (30-day) | 18 | 0.6 (0.3–1.2) | 11 | 0.4 (0.2–0.9) | 0.3 |
| MI (30-day) | 26 | 0.9 (0.5–1.5) | 12 | 0.4 (0.2–0.9) | 0.03 |
| DVT (60-day) | 23 | 0.8 (0.4–1.4) | 14 | 0.5 (0.2–0.9) | 0.2 |
| PE (60-day) | 36 | 1.2 (0.7–1.9) | 32 | 1.1 (0.6–1.7) | 0.7 |
| Pneumonia (30-day) | 29 | 0.9 (1.4–2.8) | 36 | 1.2 (0.7–1.9) | 0.5 |
| Death (30-day) | 16 | 0.5 (0.2–1.1) | 5 | 0.2 (0.04–0.6) | 0.03 |
| Death (90-day) | 25 | 0.8 (0.5–1.5) | 14 | 0.5 (0.2–0.9) | 0.1 |

LOS: length of stay; RTT: return to theater; GI: gastrointestinal; MI: myocardial infarction; DVT: deep vein thrombosis; PE: pulmonary embolism.
[a] The transfusion policy changed in June 2007; thus, transfusion data are presented only for the last 1,000 traditional (Trad) arthroplasties, as compared to those for 3,000 ER procedures.

achievement of discharge criteria did not result in a higher re-admission rate. Requirement for blood transfusion was less in the ER group (p < 0.001), as was the RTT rate (p = 0.05). In the ER group there were statistically significant reductions for 30-day incidence of MI and death. There were 5 deaths within the first 30 days in the ER group, all being in hospital. The causes were perioperative cardiac arrest (day 0), myocardial infarction (day 2), multiple organ failure secondary to pneumonia (day 3), pancreatitis (day 6), and pulmonary embolism (day 8).

## Discussion

The results of this study show that adopting an ER program helped achieve substantial reduction in 4 important outcomes. Firstly, the LOS almost halved without an increase in the rates

of re-admission or RTT. Secondly, postoperative blood transfusion requirements were dramatically reduced. Thirdly, the protocol resulted in a fall in recorded 30-day cardiac ischemic events. Finally, and most importantly, both 30- and 90-day mortality declined.

LOS after ER arthroplasty remains a multifactorial issue (Husted et al. 2010a). In our experience, the coupling of procedural innovation and patient education has resulted in a consistent decline in LOS. This has been maintained well beyond the introduction period associated with high staff enthusiasm. The reduced transfusion rate most likely results from the use of Tranexamic acid, confirming its efficacy in reducing perioperative blood loss and allogenic blood transfusion in hip and knee arthroplasty (Alshryda et al. 2011, Sukeik et al. 2011). This was not accompanied by any increase in embolic complications; in fact, the incidence of stroke, DVT, and PE was recorded less often in ER. Despite the higher prevalence of

Downloaded by [67.136.171.138] at 08:27 02 October 2017

comorbidities (hypertension, ischemic heart disease, COPD, and type-2 diabetes), ER patients suffered fewer cardiac ischemic events.

The cost of consumables per procedure is modest (e.g. Tranexamic acid €3.67 per gram, Levobupivacaine €28.4, catheter €9.5, ambIT pump €35.5, Cryo/Cuff €47). 7-day rather than 5-day availability of physiotherapy costs €35.5 per procedure. This means an additional unit cost of €112 for THAs and €160 for TKAs. The ER group had 11,400 bed days less than the traditional group. A conservative estimate for the cost of an elective orthopaedic bed was €320 a day in 2008 (Jones 2008). Thus, there was effectively €3.5 million of savings with this cohort of ER patients. These released bed days increased the effectivity of the unit, as evidenced by the shorter period of time to complete 3,000 procedures with the ER program than with the traditional protocol (37 months as opposed to 49 months). Reduced transfusion also has cost implications, at €145–€166 per unit (NHS Blood and Transplant 2012). The reduced medical complications with the associated physical, social, and financial implications further justify an ER protocol.

This study had some limitations. The 2 cohorts were not concurrent. The ER patients and staff looking after them benefitted from educational measures to help reduce LOS. These were both unselected cohorts, and the higher proportions of females and of TKAs during the ER period were incidental. There were changes in DVT prophylaxis regimen during both periods, but these reflected changes in NICE guidance (NICE 2007, 2011). The changes in antibiotic prophylaxis mentioned above may also have had a confounding influence on medical complications. Also, the ER cohort was more recent, and would have intuitively benefitted from advances in diagnostic and therapeutic modalities. Nevertheless, this is the largest series of consecutive and unselected primary hip and knee arthroplasties reported to date, and confirms that Enhanced Recovery is practical, safe for patients, and cost-effective.

SK and MR designed the study. SK and AM collected the data. KE, IC, MR, and PP implemented the protocol. SK, AM, SM, and MR prepared the manuscript. All the authors reviewed the manuscript.

We gratefully acknowledge the help of all the contributing surgeons, anesthetists, theater practitioners, nursing staff, physiotherapists, occupational therapists, business managers, and information managers working at Northumbria Healthcare NHS Trust.

No competing interests declared.

Abuzakuk T M, Coward P, Shenava Y, Kumar V S, Skinner J A. The management of wounds following primary lower limb arthroplasty: a prospective, randomized study comparing hydrofibre and central pad dressings. Int Wound J 2006; 3 (2): 133-7.

Alshryda S, Sarda P, Sukeik M, Nargol A, Blenkinsopp J, Mason J M. Tranexamic acid in total knee replacement: a systematic review and meta-analysis. J Bone Joint Surg (Br) 2011; 93 (12): 1577-85.

Aveline C, Leroux A, Vautier P, Cognet F, Le Hetet H, Bonnet F. Risk factors for renal dysfunction after total hip arthroplasty. Ann Fr Anesth Reanim 2009; 28 (9): 728-34.

Brämer G R. International statistical classification of diseases and related health problems. Tenth revision. World Health Stat Q 1988; 41 (1): 32-6.

Clarke J V, Deakin A H, Dillon J M, Emmerson S, Kinninmonth A W. A prospective clinical audit of a new dressing design for lower limb arthroplasty wounds. J Wound Care 2009; 18 (1): 5-8, 10-1.

Department of Health. Health Service Circular HSC 2007/001. Better blood transfusion– Safe and appropriate use of blood. London; 2007.

Holm B, Kristensen M T, Bencke J, Husted H, Kehlet H, Bandholm T. Loss of knee-extension strength is related to knee swelling after total knee arthroplasty. Arch Phys Med Rehabil 2010; 91: 1770-6.

Husted H, Holm G, Jacobsen S. Predictors of length of stay and patient satisfaction after hip and knee replacement surgery: fast-track experience in 712 patients. Acta Orthop 2008; 79 (2): 168-73.

Husted H, Hansen H C, Holm G, Bach-Dal C, Rud K, Andersen K L, Kehlet H. What determines length of stay after total hip and knee arthroplasty? A nationwide study in Denmark. Arch Orthop Trauma Surg 2010a; 130 (2): 263-8.

Husted H, Otte K S, Kristensen B B, Orsnes T, Kehlet H. Readmissions after fast-track hip and knee arthroplasty. Arch Orthop Trauma Surg 2010b; 130 (9): 1185-91.

Husted H, Otte K S, Kristensen B B, Ørsnes T, Wong C, Kehlet H. Low risk of thromboembolic complications after fast-track hip and knee arthroplasty. Acta Orthop 2010c; 81 (5): 599-605.

Jensen C D, Steval A, Partington P F, Reed M R, Muller S D. Return to theatre following total hip and knee replacement, before and after the introduction of rivaroxaban: a retrospective cohort study. J Bone Joint Surg (Br) 2011; 93 (1): 91-5.

Jones R. Costing orthopaedic interventions. Br J Healthcare Management 2008; 14 (12): 539-47.

Jones S, Alnaib M, Kokkinakis M, Wilkinson M, St Clair Gibson A, Kader D. Pre-operative patient education reduces length of stay after knee joint arthroplasty. Ann R Coll Surg Engl 2011; 93 (1): 71-5.

Larsen K, Hansen T B, Søballe K, Kehlet H. Patient-reported outcome after fast-track hip arthroplasty: a prospective study. Health Qual Life Outcomes 2010; 8: 144.

Malviya A, Martin K, Harper I, Muller S D, Emmerson K P, Partington P F, Reed M R. Enhanced recovery program for hip and knee replacement reduces death rate. Acta Orthop 2011; 82 (5): 577-81.

National Electronic Library for Medicines. London and South East Regional Medicines Information Service. 25 January 2010. http://www.nelm.nhs.uk/en/NeLM-Area/Other-Lib-Updates/Drug-Discontinuation-And-Shortage/Shortage-of-tranexamic-acid-injection-Cyclokapron-injection/. Accessed 20 February 2013.

National Institute for Health and Care Excellence. Venous thromboembolism: reducing the risk of venous thromboembolism (deep vein thrombosis and pulmonary embolism) in inpatients undergoing surgery. (Clinical guideline CG46) 2007. http://www.nice.org.uk/CG046. Accessed 15 May 2013.

National Institute for Health and Care Excellence. Venous thromboembolism: reducing the risk. Clinical guideline CG92 2011. http://www.nice.org.uk/CG092. Accessed 15 May 2013.

Nechleba J, Rogers V, Cortina G, Cooney T. Continuous intra-articular infusion of bupivacaine for postoperative pain following total knee arthroplasty. J Knee Surg 2005; 18 (3): 197-202.

NHS Blood and Transplant. Strategic Plan 2012 – 2017. http://www.nhsbt.nhs.uk/strategicplan/blood_components/ (date last accessed 10 Aug 2012).

NHS Connecting for Health. OPCS Classification of Interventions and Procedures. Version 4.5. London: TSO, 2009.

CASE 0:15-md-02666-JNE-DTS   Doc. 956-1   Filed 10/17/17   Page 86 of 372

Schroer W C, Diesfeld P J, LeMarr A R, Reedy M E. Benefits of prolonged postoperative cyclooxygenase-2 inhibitor administration on total knee arthroplasty recovery: a double-blind, placebo-controlled study. J Arthroplasty (6 Suppl) 2011; 26: 2-7.

Sprowson A, Symes T, Khan S K, Oswald T, Reed M R. Changing antibiotic prophylaxis for primary joint arthroplasty affects postoperative complication rates and bacterial spectrum. Surgeon 2012 Jun 16. Epub ahead of print.

Sukeik M, Alshryda S, Haddad F S, Mason J M. Systematic review and meta-analysis of the use of tranexamic acid in total hip replacement. J Bone Joint Surg (Br) 2011; 93 (1): 39-46.

Downloaded by [67.136.171.138] at 08:27 02 October 2017

# EXHIBIT DX37

TO SECOND DECLARATION OF BENJAMIN W.

HULSE IN SUPPORT OF DEFENDANTS'

MOTION TO EXCLUDE PLAINTIFFS' GENERAL

CAUSATION MEDICAL EXPERTS

# FAEGRE BAKER DANIELS

IN THE HIGH COURT OF
JUSTICE

CLAIM NO: CR 2016-520

QUEENS BENCH DIVISION

IN THE MATTER OF
THE EVIDENCE (PROCEEDINGS IN OTHER JURISDICTIONS) ACT 1975

AND

IN THE MATTER OF CPR PART 34

AND

IN THE MATTER OF A CIVIL MATTER NOW PROCEEDINGS BEFORE THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF MINNESOTA ENTITLED AS FOLLOWS:

### IN RE: BAIR HUGGER FORCED AIR WARMING

MDL NO. 15-2666(JNE/FLN)

## PRODUCTS LIABILITY LITIGATION

Plaintiffs

–v–

## 3M COMPANY AND ARIZANT HEALTHCARE INC.

Defendants

### DOCUMENTS PROVIDED
### BY DR PAUL MCGOVERN
### VOLUME 5

### PAGES 1987 - 2528



EXHIBIT
M. Govern 7A
2 AN 4. 17. LP
PENGAD 800-631-6989

7 PILGRIM STREET  ▾  LONDON EC4V 6LB  ▾  FaegreBD.com

UK  ▾  USA  ▾  CHINA

**Document Name:** Manuscript_Reed_1.pdf

# Forced Air Warming and Ultra-Clean Ventilation Do Not Mix:  The effect of excess vented heat on clean-airflow patterns.

**1. Mike Reed, MD**
   **Title:** Consultant Orthopaedic Surgeon
   **Affiliation:** Wansbeck General Hospital, Ashington, Northumberland, UK
   **Email:** mike.reed@nhs.net
   **Role:** This author helped design the study, conduct the study, analyze the data, and write the manuscript
   **Conflicts:** Mike Reed reported no conflicts of interest

**2. Paul D McGovern, BSc MBBS**
   **Title:** Specialty Registrar in Trauma and Orthopaedics
   **Affiliation:** Wansbeck General Hospital, Ashington, Northumberland, UK
   **Email:** pdmcgovern@gmail.com
   **Role:** This author helped design the study, conduct the study, analyze the data, and write the manuscript
   **Conflicts:** Paul D McGovern reported no conflicts of interest

**3. Mark Albrecht, MBA**
   **Title:** Student in Masters Program
   **Affiliation:** School of Statistics, University of Minnesota, Minneapolis, Minnesota, USA
   **Email:** albre116@umn.edu
   **Role:** This author helped design the study, conduct the study, analyze the data, and write the manuscript
   **Conflicts:** Mark Albrecht worked for Augustine Biomedical + Design and received research funding from Augustine Biomedical + Design

**4. Christopher Nachtsheim, PhD**
   **Title:** Frank A. Donaldson Chair of Operations Management
   **Affiliation:** Carlson School of Management, University of Minnesota, Minneapolis, Minnesota, USA
   **Email:** nacht001@umn.edu
   **Role:** This author helped analyze the data and write the manuscript
   **Conflicts:** Christopher Nachtsheim consulted for Augustine Biomedical + Design

Correspondence to:   Mark Albrecht; albre116@umn.edu

Key words: surgical site infection, forced air warming, laminar air flow, operating room environmental contamination, operating room ventilation

## Abstract

**Introduction:** Ultra-clean ventilation is designed to protect the surgical site from airborne pathogens. However, ventilation performance is fragile and depends critically on airflow volumes and temperature gradients. Patient warming systems represent a disruption risk via the excess heat they release. Therefore, we compared the effects of two patient warming systems – (1) conductive fabric and (2) forced air – on clean-airflow patterns over the surgical site during orthopedic and spinal implant procedures.

**Methods:** A mannequin was draped for (1) a hip prosthesis and (2) a lower lumbar spinal implant in a partial-walled ultra-clean theater. Neutral buoyancy detergent bubbles were released under the anaesthesia drape and at floor level to visualize air-currents and assess the mobilization of resident air into the clean-airflow over the surgical site. For the hip prosthesis, a randomized design assessed the effects upperbody warming system and anesthesia drape height on bubbles reaching the surgical site. For the spinal, the effect of lowerbody warming system was assessed with time-lapsed-photography of bubbles. Lastly, joint sepsis rates were tracked for a 2 year period over which a change from forced air to conductive fabric was implemented.

**Results:** For the hip prosthesis, bubble counts were significantly higher for forced air than conductive fabric for laid-down (3 versus 0; p=0.010) and half-height (68 versus 0; p<0.001) anesthesia draping; differences for full-height draping were insignificant (1 versus 0; p=0.283). For the spinal, time-lapsed-photography showed forced air to establish upwards convection currents that transported floor air into the surgical site; this convection current was not present with conductive fabric. Joint sepsis infection rates were reduced after the implementation of conductive fabric warming (0% for n=161) versus prior rates with forced air (3.0% for n=936).

**Conclusion:** Excess heat from forced air warming disrupted clean-airflow patterns over the surgical site and generated upward convection currents, which transported non-sterile air from the floor and the anaesthesia side of the drape into the surgical site; conductive fabric warming had no such effects. Observation of joint sepsis rates suggests an empirical reduction in infection with conductive fabric warming in orthopedics.

**Number of words**: 339

## Introduction

Although most famously remembered for pioneering the hip arthroplasty, Sir John Charnley was among the first to recognize the critical role of operating theater (OT) ventilation in preventing joint sepsis. Charnley postulated that the "surgical implant might provide a nidus for the growth of airborne bacteria which ordinarily are accepted as non-pathogenic.[1]" Research efforts confirmed Charnley's insights through animal studies and a national clinical trial involving over 8000 operations that demonstrated the efficacy of clean air for the reduction of arthroplasty infection rates.[3] As such, ultra-clean ventilation became the standard for orthopedic procedures. Ultra-clean ventilation protects the surgical site from airborne contamination through the constant delivery of a downward uniform velocity (0.3 to 0.5 m/s) highly filtered (>99.997%) airflow.[4] However, the performance of ultra-clean ventilation depends critically on air-flow volumes and proper temperature gradients,[6] the latter of which may be disrupted by excess heat released from patient warming devices.

The vented airflow from forced air warming is released at 43°C, which is often 20°C above ambient OT conditions. The release of such thermal energy has the potential to establish temperature gradients that impede the downward velocity of the OT ventilation airflows. Further, reductions in downward flow velocity have been shown to increase contaminant entrainment into the surgical site. Moreover, the release of excess heat may generate convection currents that rise against the downward airflows and mobilize non-sterile floor-level air into the surgical site.

Air-free alternatives, such as conductive fabric warming, have been developed that are comparably effective to forced air for the prevention of surgical hypothermia. These alternatives have much higher thermal efficiencies than forced air warming and, therefore, release only a fraction of the excess heat. As such, there is a need to critically assess the impact of forced air warming versus air-free alternatives on ultra-clean ventilation performance. Specifically, we compared the effects of (1) conductive fabric and (2) forced air warming on clean-airflow patterns over the surgical site in a partial-walled ultra-clean OT during two procedures representing the variety of implantable

operations typically encountered:  1) a hip arthroplasty with upper-body warming, and 2) a lower lumbar spinal with lower-body warming.  Ventilation airflow patterns were visualized using neutrally bouyant detergent bubbles and observational data on joint sepsis rates were compared for the period each warming device was in clinical use.

## Methods

**Ultra-Clean Operating Theater Characteristics:**

Experiments were carried out in a partial-walled ultra-clean OT (ExFlow 90, Howorth, United Kingdom) used for orthopedic and spinal surgery at Wansbeck Hospital (Ashington, United Kingdom).  Validation and verification checks per HTM 2025 showed the OT airflows to be within specification and having a mean velocity of 0.44 m/s two-meters off the floor, which is above the threshold required by the standards (0.38 m/s).  However, a slight airflow imbalance was detected during validation testing due to the location of the theater prep room that affected the results of a single particle entrainment test; entrainment values were 12% at that location, which marginally exceeded the recommended threshold of 10%.  This slight descrepency was unlikely to have any effect on the results of the study.  Further, smoke testing detected normal airflow patterns under the canopy and the OT passed microbial contamination testing.

**Airflow Visualization Procedures:**

High intensity lighting was used to illuminate neutrally buoyant detergend bubbles having a 4 mm average diameter (referred to herein as "bubbles").  "Bubbles" were produced by a bubble generator (Sage Action, Ithaca, NY), which utilized a helium-mixed air supply, detergent, and centripetal bubble size classification filter.  The bubble generator is specifically designed and validated for the visualization of air currents.[10]  For photography, a digital camera (D300, Nikon, Melville, NY) was employed and shutter exposure time was set to ¼ of a second for time-lapsed-photography.

**Experimental Setup:  Hip Arthoplasty**

A mannequin was laid in the supine position on an operating table (Table Mfgr ???) and draped with a 3-piece orthopedic kit (Molnlycke Health Care) in accordance with standard protocols (**Fig 1**).  A surgeon, dressed in occlusive clothing with head gear (MFGR xxx), and an anaesthesiologist stood motionless in front of the surgical site and behind the anaesthesia screen.  At the head of the operating table, the surgical drape was either: 1) clipped to the ceiling to create a barrier between the surgical site and anesthesia area (full-drape); 2) clipped to IV poles and raised 0.75 meters above the operating table

(half-drape); or 3) laid-down over the mannequin's head (laid-down). The experimental upper-body warming treatment was introduced under the drape and was either: 1) a torso forced air blanket (Bair Hugger Model 540, Arizant Healthcare, Eden Prairie, MN); or 2) a torso conductive fabric blanket (Hot Dog Model B110, Augustine Biomedical + Design, Eden Prairie, MN). The blankets were powered by standard controllers (conductive fabric - Model WC02, Augustine Biomedical + Design; forced air - Model 750, Arizant Healthcare). "Bubbles" were introduced at the neck of the mannequin to track under-drape resident air movements in the region where the excess patient warming heat was being released.

**Experimental Setup: Lower lumbar spinal**

The same mannequin was laid in the prone position on the operating table and four drapes were arranged in a "square" configuration (MFGR???) with the anaesthesia screen at full-height in accordance with standard protocols (**Fig 2**). A single surgeon stood motionless next to the surgical site for all experiments. The experimental lower-body warming treatment was introduced under the drape and was either: 1) a lower-body forced air blanket (Bair Hugger Model 525, Arizant Healthcare); or 2) a lower-body conductive fabric blanket (Hot Dog Model B103, Augustine Biomedical + Design). The blankets were powered by the same controllers as listed above. "Bubbles" were introduced at floor level between the surgeon's body and the operating room table in the region where the patient warming excess heat was being released.

**Sampling Procedures**

*Hip Arthroplasty*: Bubble counts over the surgical site were measured for each experimental treatment using a sequence of 5 photographs taken at 10 second intervals. The number of bubbles reaching the surgical site was determined by counting the number of bubbles in a 0.5 by 0.5 meter region over the surgical site in each photograph (**Fig 3**). *Lower Lumbar Spinal*: Time-lapsed-photography was chosen over the use of bubble counts to show differences in ventilation performance between patient warming systems given the significant change in observed surgical site airflow patterns (see **Results**).

**Experimental Design**

*Hip Arthroplasty:* A replicated (n=2) $3^1 2^1$ full factorial design was employed to assess changes in bubble counts over the surgical site. The experimental factors considered were: 1) anaesthesia screen: laid-down, half-screen, or full-screen; and 2) patient warming device: conductive fabric or forced air.

*Lower Lumbar Spinal:* No design was employed or necessary to demonstrate the difference in ventilation performance between forced air and conductive fabric patient warming systems (see **Results**).

**Statistical Analysis**

A poisson regression model was fitted to the hip arthroplasty data having the sum of bubble counts for each experimental run (5 pictures) as the response and the two factors identified in the experimental design as predictors (including interaction). Reported values are predicted means (± standard error of the mean) for experimental factor combinations based upon maximum likelihood estimates. Wald tests were used for significance.

**Joint Sepsis Data**

Joint sepsis data was collected for all orthopedic operations performed at the hospital during the 2-year period prior to the study, with dates comprising 9/1/2008 to 9/1/2010. A trasition in patient warming systems from forced air to conductive fabric was made in all four orthopedic theaters starting 3/1/2010 and ending 6/1/2010.

**2206**

## Results

### Hip Arthoplasty:

The number of bubbles reaching the surgical site measured the degree to which patient warming excess heat mobilized resident under-drape air over the anaesthesia screen and into the surgical site. Bubble counts per photograph (**Fig 4**) suggest that forced air warming generated sufficient excess heat to mobilize resident under-drape air over the anaesthesia screen. In contrast, conductive fabric warming did not generate sufficient excess heat to have the same mobilizing effect. Further, surgical drape position appeared to have a large effect on resident under-drape air mobilization into the surgical site for forced air warming, with the half-drape configuration resulting in the largest degree of resident-air mobilization.

Differences in the sum of bubble counts for each experimental run (**Fig 5**) were significant between conductive fabric and forced air warming for the drape configurations of half-drape (0 versus 68, p<0.001) and laid-down (0 versus 3, p=0.010); differences for full-drape (0 versus 1, p=0.283) were insignificant. It was necessary to model the sum of bubble counts for statistical inference, otherwise observations would not be independent.

### Lower Lumbar Spinal:

Time-lapsed-photography showed forced air warming excess heat to generate hot-air convection currents that transported large quanties of floor-level resident air upwards and into the surgical site (**Fig 6**). These convection currents appeared to form in the space between the surgeon's body and the operating room table. In contrast, conductive fabric warming did not generate sufficient excess heat to establish such convection currents. Instead, with conductive fabric warming ventilation airflow patterns followed the intended path - downwards and away form the surgical site.

### Joint Sepsis Rates:

A 2-year observation of orthopedic infections revealed a reduction in joint sepsis rates for the period conductive fabric warming was in clinical use versus forced air warming, with

average infection rates of 0.0% (n=161) versus 3.0% (n=936), respectively (**Fig 7**). There was a 3 month transition period where both patient warming devices were used in the orthopedic theaters.

## Discussion

This study compared the effects of two patient warming systems, forced air and conductive fabric, on ventilation performance in an ultra-clean operating theater during spinal and orthopedic procedures. Forced air warming excess heat was found to generate convection currents that disrupted clean-airflow patterns over the surgical site during both procedures. In contrast, conductive fabric warming released minimal excess heat and was shown to have no effect on ventilation performance in either procedure. The results also showed forced air warming excess heat to mobilize resident air from typically non-sterile areas (floor & under the anaesthesia drape) into the surgical site, a finding that may have implications regarding surgical site sterility.

Perhaps the most striking finding within this study was the detection of hot-air convection currents originating from where the "mass-flow" of hot air exhausted the forced air warming blanket: for the hip arthroplasty with upper-body warming, this occurred under the anaesthesia drape by the mannequin's head; for the spinal implant with lower-body warming, this happened along the lower drape edge by the surgeon's feet. Further, the effects of these hot-air convection currents

This study compared the effects of excess waste heat released by two patient warming systems, CFW and FAW, on laminar OT ventilation performance during a mock knee

**2208**

replacement surgery. FAW was found to release sufficient excess waste heat on the back-side of the surgical drape to elevate drape temperatures on the surgeon's side, which under certain clinical conditions created upward convection currents that compromised the laminar airflow protecting the surgical site from airborne contaminants. In contrast, CFW had no effect on drape temperatures or ventilation performance versus controls. Further, FAW waste heat established convection currents were shown to mobilize resident air from high pathogenic risk areas near the surgeon's feet into the surgical site, a finding that may have implications pertaining to SSI risks.

Perhaps the most striking finding within this study was the demonstrated sensitivity of the downward laminar airflow to even small changes in the OT environment. Placements of lights, personnel, or the surgical drape were all found to have profound effects on the pattern of air currents. In agreement with previous research observations,[10] "bubbles" depicted a large recirculation zone extending approximately a meter downstream from the surgical lights. Contaminants reaching this zone tended to remain suspended in a vortex for some period of time. The ability of this vortex to entrain contaminants was found to be further magnified when a clipped up drape was added to the system, since the drape created a "still zone" adjacent to this vortex by blocking the natural passage of the air out of the ventilation environment. Lastly, the addition of a surgeon near this "still zone" created a situation where even the slightest movements, ones that would not normally cause ventilation disruption, adversely affected the natural ventilation patterns.

As such, the detection of buoyancy driven convection currents in the "still zone" due to even moderate heating of the surgical drape's back side is neither surprising nor theoretically unsupported. With FAW and the drape clipped up, drape temperatures were found to be elevated (~5°C) in the "still zone" and, therefore, led to heating the quiescent air. "Bubbles" showed this heated quiescent air to move upwards along the drape edge facing the surgeon and in the process draw resident air from below the operative table upwards. This convection current system explains the 1000-fold increase in particle entrainment at the surgical site versus controls. Further, this phenomenon illustrates a mechanism that could, conceivably, result in the transport of large quantities

of resident floor level air into the surgical site. In contrast, CFW was not observed to elevate drape temperatures and, thus, had no effect on ventilation performance versus controls.

Interestingly, the effects of patient warming waste heat were found to be insignificant on ventilation performance when the drape was laid down. Dropping the drape created a new airflow channel that appeared to sweep the waste heat directly out of the ventilation environment over the patients head. However, this new airflow channel created added turbulence that lead to slight increases in particle entrainment within the surgical site when comparing control conditions. Further, removal of the drape may not be desirable for the drape is often applied to create a barrier between the surgical site and contaminants released from anesthesia related activities.

Nevertheless, the clinical relevance of this research relates to the possibility that excess patient warming waste heat either: 1) prevents the evacuation of airborne contaminants from the surgical site; and/or 2) mobilizes contaminant laden air from high risk areas, such as near the floor, into the surgical site. In terms of the former, this study was motivated, in part, by pilot research that detected longer contaminant residence times in the surgical site when FAW was used versus control. The results of this study confirm the rationale for such observations through the detection of a vortex over the surgical site. In terms of the latter (contaminant mobilization), free floating bacteria have a similar size distribution[11] (0.5 to 5.0μm) to that of the tracer employed in this study and, thus, the detection of floor level tracer in the surgical site suggests that waste heat generated convection currents could mobilize such pathogens. However, the ability of waste heat generated convection currents to mobilize larger fomites, such as shed skin cells[12] (typically larger than 5μm), is presently unknown. Thus, future research should be carried out to assess not only the movements of larger fomites, but also replicate the present study methods over a range of OT environments and surgical procedures to identify situations having a sensitivity to ventilation disruption.

The benefits of preventing surgical hypothermia are well established and form a critical component of a multi-faceted strategy to lessen the risks of surgical site infection[13,14] and improve surgical outcomes.[15,16] However, until the risks of waste heat contaminant mobilization can be fully evaluated, air-free patient warming systems are recommended as alternatives to FAW for contamination sensitive surgeries. Further, such air-free patient warming systems have been shown to be comparably effective to forced air warming in clinical trials.[17-24] Lastly, we are concerned with the results of a recent computational airflow study that fails to demonstrate the disruptive effects of waste heat on ventilation performance.[25] Studies of this methodology often employ overly simplistic models that do not represent the complexities of real surgical conditions and, therefore, will generally understate the seriousness of the risks.



Figure 1:  Hip arthroplasty setup with upper-body warming, showing: surgical drape positions of laid-down (A), half-drape (B), and full-drape (C) and surgical site location (D)



Figure 2:  Lower lumbar spinal implant setup with lower-body warming and full-drape, showing: surgical site location (A).



Figure 3:  Definition of region where bubble counts were performed over the surgical site for hip arthroplasty with upper-body warming.  Pictures shows bubbles (white steaks) appearing in the photograph for the experimental setup of forced air warming and half-drape.



Figure 4: Bubble counts over the surgical site for each photograph. 5 photographs were taken for each experimental run. Abbreviations: FAW, Forced Air Warming; CFW, Conductive Fabric Warming.



Figure 5:  Average bubble count for experimental runs when the bubble counts are summed over the 5 photographs (±Standard Error of the Mean).



Figure 6:  Time-lapsed-photography of bubbles depicting airflow patterns for lower lumbar spinal implant procedure with:  (A & B) Forced air warming with resulting convection currents annotated and (C) conductive fabric warming.



Figure 7: Infection data for n=1290 joint replacement cases with the outcome plotted on the right hand axis (data is jittered to avoid overprinting). A moving average of infection rate was plotted on the left hand axis. The change from forced air to conductive fabric patient warming in the orthopedic theaters is identified along with the transition period where both systems were used.

**References**

**Document Name:** Manuscript_Reed_1 (1).pdf

**Forced Air Warming and Ultra-Clean Ventilation Do Not Mix:  The effect of excess vented heat on clean-airflow patterns.**

1. **Mike Reed, MD**
   **Title:** Consultant Orthopaedic Surgeon
   **Affiliation:** Wansbeck General Hospital, Ashington, Northumberland, UK
   **Email:** mike.reed@nhs.net
   **Role:** This author helped design the study, conduct the study, analyze the data, and write the manuscript
   **Conflicts:** Mike Reed reported no conflicts of interest

2. **Paul D McGovern, BSc MBBS**
   **Title:** Specialty Registrar in Trauma and Orthopaedics
   **Affiliation:** Wansbeck General Hospital, Ashington, Northumberland, UK
   **Email:** pdmcgovern@gmail.com
   **Role:** This author helped design the study, conduct the study, analyze the data, and write the manuscript
   **Conflicts:** Paul D McGovern reported no conflicts of interest

3. **Mark Albrecht, MBA, BSME**
   **Title:** Student in Masters Program
   **Affiliation:** School of Statistics, University of Minnesota, Minneapolis, Minnesota, USA
   **Email:** albre116@umn.edu
   **Role:** This author helped design the study, conduct the study, analyze the data, and write the manuscript
   **Conflicts:** Mark Albrecht worked for Augustine Biomedical + Design and received research funding from Augustine Biomedical + Design

4. **Christopher Nachtsheim, PhD**
   **Title:** Frank A. Donaldson Chair of Operations Management
   **Affiliation:** Carlson School of Management, University of Minnesota, Minneapolis, Minnesota, USA
   **Email:** nacht001@umn.edu
   **Role:** This author helped analyze the data and write the manuscript
   **Conflicts:** Christopher Nachtsheim consulted for Augustine Biomedical + Design

Correspondence to:   Mark Albrecht; albre116@umn.edu

Key words: surgical site infection, forced air warming, laminar air flow, operating room environmental contamination, operating room ventilation

2221

## Abstract

**Introduction:** Ultra-clean ventilation is designed to protect the surgical site from airborne pathogens. However, ventilation performance is fragile and depends critically on airflow volumes and temperature gradients. Patient warming systems represent a disruption risk via the excess heat they release. Therefore, we compared the effects of two patient warming systems – (1) conductive fabric and (2) forced air – on clean-airflow patterns over the surgical site during orthopedic and spinal implant procedures.

**Methods:** A mannequin was draped for (1) a hip prosthesis and (2) a lower lumbar spinal implant in a partial-walled ultra-clean theater. Neutral buoyancy detergent bubbles were released under the anesthesia drape and at floor level to visualize air-currents and assess the mobilization of resident air into the clean-airflow over the surgical site. For the hip prosthesis, a randomized design assessed the effects upper-body warming system and anesthesia drape height on bubbles reaching the surgical site. For the spinal, the effect of lower-body warming system was assessed with time-lapsed-photography of bubbles. Lastly, joint sepsis rates were tracked for a 2 year period over which a change from forced air to conductive fabric was implemented.

**Results:** For the hip prosthesis, bubble counts were significantly higher for forced air than conductive fabric for laid-down (3 versus 0; p=0.010) and half-height (68 versus 0; p<0.001) anesthesia draping; differences for full-height draping were insignificant (1 versus 0; p=0.283). For the spinal, time-lapsed-photography showed forced air to establish upwards convection currents that transported floor air into the surgical site; this convection current was not present with conductive fabric. Joint sepsis infection rates were reduced after the implementation of conductive fabric warming (0% for n=161) versus prior rates with forced air (3.0% for n=936).

**Conclusion:** Excess heat from forced air warming disrupted clean-airflow patterns over the surgical site and generated upward convection currents, which transported non-sterile air from the floor and the anesthesia side of the drape into the surgical site; conductive fabric warming had no such effects. Observation of joint sepsis rates suggests an empirical reduction in infection with conductive fabric warming in orthopedics.

**Number of words:** 339

## Introduction

Although most famously remembered for pioneering the hip arthroplasty, Sir John Charnley was among the first to recognize the critical role of operating theater (OT) ventilation in preventing joint sepsis. Charnley postulated that the "surgical implant might provide a nidus for the growth of airborne bacteria which ordinarily are accepted as non-pathogenic." Research efforts confirmed Charnley's insights through animal studies and a national clinical trial involving over 8000 operations that demonstrated the efficacy of clean air for the reduction of arthroplasty infection rates. As such, ultra-clean ventilation became the standard for orthopedic procedures. Ultra-clean ventilation protects the surgical site from airborne contamination through the constant delivery of a downward uniform velocity (0.3 to 0.5 m/s) highly filtered (>99.997%) airflow. However, the performance of ultra-clean ventilation depends critically on air-flow volumes and proper temperature gradients, the latter of which may be disrupted by excess heat released from patient warming devices.

The vented airflow from forced air warming is released at 43°C, which is often 20°C above ambient OT conditions. The release of such thermal energy has the potential to establish temperature gradients that impede the downward velocity of the OT ventilation airflows. Further, reductions in downward flow velocity have been shown to increase contaminant entrainment into the surgical site. Moreover, the release of excess heat may generate convection currents that rise against the downward airflows and mobilize non-sterile floor-level air into the surgical site.

Air-free alternatives, such as conductive fabric warming, have been developed that are comparably effective to forced air for the prevention of surgical hypothermia. These alternatives have much higher thermal efficiencies than forced air warming and, therefore, release only a fraction of the excess heat. As such, there is a need to critically assess the impact of forced air warming versus air-free alternatives on ultra-clean ventilation performance. Specifically, we compared the effects of (1) conductive fabric and (2) forced air warming on clean-airflow patterns over the surgical site in a partial-walled ultra-clean OT during two procedures representing the variety of implantable

operations typically encountered:  1) a hip arthroplasty with upper-body warming, and 2) a lower lumbar spinal with lower-body warming.  Ventilation airflow patterns were visualized using neutrally buoyant detergent bubbles and observational data on joint sepsis rates were compared for the period each warming device was in clinical use.

Methods

**Ultra-Clean Operating Theater Characteristics:**

Experiments were carried out in a partial-walled ultra-clean OT (ExFlow 90, Howorth, United Kingdom) used for orthopedic and spinal surgery at Wansbeck Hospital (Ashington, United Kingdom). Validation and verification checks per HTM 2025 showed the OT airflows to be within specification and having a mean velocity of 0.44 m/s two-meters off the floor, which is above the threshold required by the standards (0.38 m/s). However, a slight airflow imbalance was detected during validation testing due to the location of the theater prep room that affected the results of a single particle entrainment test; entrainment values were 12% at that location, which marginally exceeded the recommended threshold of 10%. This slight discrepancy was unlikely to have any effect on the results of the study. Further, smoke testing detected normal airflow patterns under the canopy and the OT passed microbial contamination testing.

**Airflow Visualization Procedures:**

High intensity lighting was used to illuminate neutrally buoyant detergent bubbles having a 4 mm average diameter (referred to herein as "bubbles"). "Bubbles" were produced by a bubble generator (Sage Action, Ithaca, NY), which utilized a helium-mixed air supply, detergent, and centripetal bubble size classification filter. The bubble generator is specifically designed and validated for the visualization of air currents. For photography, a digital camera (D300, Nikon, Melville, NY) was employed and shutter exposure time was set to ¼ of a second for time-lapsed-photography.

**Experimental Setup: Hip Arthroplasty**

A mannequin was laid in the supine position on an operating table (Table Mfgr) and draped with a 3-piece orthopedic kit (Molnlycke Health Care) in accordance with standard protocols (**Fig 1**). A surgeon, dressed in occlusive clothing with head gear (MFGR), and an anesthesiologist stood motionless in front of the surgical site and behind the anesthesia screen. At the head of the operating table, the surgical drape was either: 1) clipped to the ceiling to create a barrier between the surgical site and anesthesia area (full-drape); 2) clipped to IV poles and raised 0.75 meters above the operating table (half-

drape); or 3) laid-down over the mannequin's head (laid-down). The experimental upper-body warming treatment was introduced under the drape and was either: 1) a torso forced air blanket (Bair Hugger Model 540, Arizant Healthcare, Eden Prairie, MN); or 2) a torso conductive fabric blanket (Hot Dog Model B110, Augustine Biomedical + Design, Eden Prairie, MN). The blankets were powered by standard controllers (conductive fabric - Model WC02, Augustine Biomedical + Design; forced air - Model 750, Arizant Healthcare). "Bubbles" were introduced at the neck of the mannequin to track under-drape resident air movements in the region where the excess patient warming heat was being released.

**Experimental Setup: Lower lumbar spinal**

The same mannequin was laid in the prone position on the operating table and four drapes were arranged in a "square" configuration (MFGR) with the anesthesia screen at full-height in accordance with standard protocols (**Fig 2**). A single surgeon stood motionless next to the surgical site for all experiments. The experimental lower-body warming treatment was introduced under the drape and was either: 1) a lower-body forced air blanket (Bair Hugger Model 525, Arizant Healthcare); or 2) a lower-body conductive fabric blanket (Hot Dog Model B103, Augustine Biomedical + Design). The blankets were powered by the same controllers as listed above. "Bubbles" were introduced at floor level between the surgeon's body and the operating room table in the region where the patient warming excess heat was being released.

**Sampling Procedures**

*Hip Arthroplasty*: Bubble counts over the surgical site were measured for each experimental treatment using a sequence of 5 photographs taken at 10 second intervals. The number of bubbles reaching the surgical site was determined by counting the number of bubbles in a 0.5 by 0.5 meter region over the surgical site in each photograph (**Fig 3**). *Lower Lumbar Spinal*: Time-lapsed-photography was chosen over the use of bubble counts to show differences in ventilation performance between patient warming systems given the significant change in observed surgical site airflow patterns (see **Results**).

**Experimental Design**

*Hip Arthroplasty:* A replicated (n=2) $3^1 2^1$ full factorial design was employed to assess changes in bubble counts over the surgical site. The experimental factors considered were: 1) anesthesia screen: laid-down, half-screen, or full-screen; and 2) patient warming device: conductive fabric or forced air.

*Lower Lumbar Spinal:* No design was employed or necessary to demonstrate the difference in ventilation performance between forced air and conductive fabric patient warming systems (see **Results**).

**Statistical Analysis**

A Poisson regression model was fitted to the hip arthroplasty data having the sum of bubble counts for each experimental run (5 pictures) as the response and the two factors identified in the experimental design as predictors (including interaction). Reported values are predicted means ($\pm$ standard error of the mean) for experimental factor combinations based upon maximum likelihood estimates. Wald tests were used for significance.

**Joint Sepsis Data**

Joint sepsis data was collected for all orthopedic operations performed at the hospital during the 2-year period prior to the study, with dates comprising 9/1/2008 to 9/1/2010. A transition in patient warming systems from forced air to conductive fabric was made in all four orthopedic theaters starting 3/1/2010 and ending 6/1/2010.

2227

## Results

### Hip Arthroplasty:

The number of bubbles reaching the surgical site measured the degree to which patient warming excess heat mobilized resident under-drape air over the anesthesia screen and into the surgical site.  Bubble counts per photograph (**Fig 4**) suggest that forced air warming generated sufficient excess heat to mobilize resident under-drape air over the anesthesia screen.  In contrast, conductive fabric warming did not generate sufficient excess heat to have the same mobilizing effect.  Further, surgical drape position appeared to have a large effect on resident under-drape air mobilization into the surgical site for forced air warming, with the half-drape configuration resulting in the largest degree of resident-air mobilization.

Differences in the sum of bubble counts for each experimental run (**Fig 5**) were significant between conductive fabric and forced air warming for the drape configurations of half-drape (0 versus 68, $p<0.001$) and laid-down (0 versus 3, $p=0.010$); differences for full-drape (0 versus 1, $p=0.283$) were insignificant.  It was necessary to model the sum of bubble counts for statistical inference; otherwise observations would not be independent.

### Lower Lumbar Spinal:

Time-lapsed-photography showed forced air warming excess heat to generate hot-air convection currents that transported large quantities of floor-level resident air upwards and into the surgical site (**Fig 6**).  These convection currents appeared to form in the space between the surgeon's body and the operating room table.  In contrast, conductive fabric warming did not generate sufficient excess heat to establish such convection currents.  Instead, with conductive fabric warming ventilation airflow patterns followed the intended path - downwards and away from the surgical site.

### Joint Sepsis Rates:

A 2-year observation of orthopedic infections revealed a reduction in joint sepsis rates for the period conductive fabric warming was in clinical use versus forced air warming, with

average infection rates of 0.0% (n=161) versus 3.0% (n=936), respectively (**Fig 7**). There was a 3 month transition period where both patient warming devices were used in the orthopedic theaters.

## Discussion

This study compared the effects of two patient warming systems, forced air and conductive fabric, on ventilation performance in an ultra-clean operating theater during spinal and orthopedic procedures.  Forced air warming excess heat was found to generate convection currents that disrupted clean-airflow patterns over the surgical site during both procedures.  In contrast, conductive fabric warming released minimal excess heat and was shown to have no effect on ventilation performance in either procedure.  The results also showed forced air warming excess heat to mobilize resident air from typically non-sterile areas (floor & under the anesthesia drape) into the surgical site, a finding that may have implications regarding surgical site sterility.

Perhaps the most striking finding was the detection of hot-air convection currents originating from where the "mass-flow" of hot air exhausted the forced air warming blanket:  for the hip arthroplasty with upper-body warming, convection currents formed near the mannequin's head; for the spinal implant with lower-body warming, convection currents formed along the lower drape edge by the surgeon's legs.  The formation of such convection currents may, at first, appear to be theoretically unsupported since forced air warming exhausts a heated airflow of only 40 cubic feet per minute into a ventilation environment having an airflow of 6000 cubic feet per minute.  However, one must also consider the effects of surgical lighting, drapes, and personnel on ventilation performance, all of which create localized airflow disturbances that aid in convection current formation.

Prior research in ultra-clean ventilation theaters has shown surgical lighting to be a significant source of ventilation disruption through the downstream wake and associated recirculation zone.  In our study, the use of "bubbles" allowed us to visualize this recirculation zone, which was found to extend about 1 meter below the body of each

surgical light. "Bubbles" and, thus, resident air reaching this zone tended to remain suspended in this vortex for some time. The presence of a raised anesthesia drape was shown to further magnify the size and effect of this vortex, for the drape blocked the natural passage of air out of the ventilation field and created a "still zone" adjacent to the vortex. Lastly, the presence of a surgeon or anesthesiologist near this "still zone" created an additional ventilation flow blockage resulting in a situation where even the slightest movements, ones that would not normally cause ventilation disruption, adversely impacted the natural airflow patterns over the surgical site.

Under these fragile conditions, the "mass-flow" of hot forced air warming exhaust was sufficiently buoyant to push upwards within these locally compromised ventilation regions. For the hip arthroplasty, the compromised region was along the backside of the anesthesia drape. For the lower lumbar spinal implant, the compromised region was the channel between the surgeon's body and operating table. Both compromised regions resulted from a combination of lights, drapes, and personnel forming a pocket having the following characteristics: the pocket 1) was sheltered from the downward ventilation airflows; 2) extended into the region where the "mass-flow" of forced air warming exhaust was being vented; and, 3) formed a path that terminated near the surgical site. Due to the reduced ventilation velocity within the pocket, hot-air convection currents were able to form and resulted in the transport of floor-level and under-drape air into the surgical site.

The clinical concern regarding the formation of such convection currents is two-fold. First, these currents oppose the natural clean-airflow patterns that are intended to sweep contaminants down and away from the surgical site. Thus, contaminants released in the vicinity of the surgical site are less likely to be cleared. Second, the upward mobilization of floor-level and under-drape air could potentially compromise the sterility of the surgical site, since resident air from these locations is typically laden with pathogens shed from the surgical staff. Further, even small elevations in contaminant exposure could be of clinical significance given that airborne derived infection risks are exponentially magnified with implantable procedures. Empirical support for the concept that observed

convection currents resulted in increased surgical site contaminant exposure can be found in the observed reduction in hospital arthroplasty infection rates when a switch from forced air to conductive fabric warming was implemented. However, this infection data is observational in nature and does not prove that such a relationship exists since we were unable to control for other infection reduction measures instituted by the hospital over the 2-year period.

Further, the present study is somewhat limited in that we assessed the movements of "bubbles" as a surrogate for the movement of pathogenic contaminants. Thus, the clinical relevance of our findings depend on two assumptions: 1) that floor-level and under-drape air is non-sterile; and 2) that airborne contaminant concentrations from these locations represent a significant infection risk relative to other contamination sources. Moreover, the entire field of prior research assessing forced air warming excess heat and changes in airborne pathogen levels during implantable procedures is limited to a single orthopedic study, in which forced air warming resulted in elevated microbial counts over the surgical site. However, the contamination increase was deemed to be far less than that resulting from personnel movements and such increases did not exceed recommended bacterial levels. Yet, it is unknown how these results translate over the range of implantable procedures. Even minor differences in factors such as surgical draping, procedural practices, and theater dress are likely to have large effects on both floor-level and under-drape contaminant levels and the dynamics of convection current formation.

Until the effects of forced air warming excess heat on ventilation disruption can be fully evaluated in regards to affecting the sterility of the surgical site, the use of air-free patient warming alternatives might be recommended for implant procedures carried out in ultra-clean theaters.



Figure 1:  Hip arthroplasty setup with upper-body warming, showing: surgical drape positions of laid-down (A), half-drape (B), and full-drape (C) and surgical site location (D)



Figure 2: Lower lumbar spinal implant setup with lower-body warming and full-drape, showing: surgical site location (A).



Figure 3: Definition of region where bubble counts were performed over the surgical site for hip arthroplasty with upper-body warming. A picture shows bubbles (white steaks) appearing in the photograph for the experimental setup of forced air warming and half-drape.



Figure 4: Bubble counts over the surgical site for each photograph. 5 photographs were taken for each experimental run. Abbreviations: FAW, Forced Air Warming; CFW, Conductive Fabric Warming.



Figure 5: Average bubble count for experimental runs when the bubble counts are summed over the 5 photographs (±Standard Error of the Mean).



Figure 6:  Time-lapsed-photography of bubbles depicting airflow patterns for lower lumbar spinal implant procedure with:  (A & B) Forced air warming with resulting convection currents annotated and (C) conductive fabric warming.



Figure 7:  Infection data for n=1290 joint replacement cases with the outcome plotted on the right hand axis (data is jittered to avoid overprinting).  A moving average of infection rate was plotted on the left hand axis.  The change from forced air to conductive fabric patient warming in the orthopedic theaters is identified along with the transition period where both systems were used.

**References**

**Document Name:** Manuscript_Reed_3.pdf

## Abstract

**Introduction:** Ultra-clean ventilation is designed to protect the surgical site from airborne pathogens. However, ventilation performance is fragile and depends critically on airflow volumes and temperature gradients. Patient warming systems represent a disruption risk via the excess heat they release. Therefore, we compared the effects of two patient warming systems – (1) conductive fabric and (2) forced air – on clean-airflow patterns over the surgical site during orthopedic and spinal implant procedures.

**Methods:** A mannequin was draped for (1) a hip prosthesis and (2) a lower lumbar spinal implant in a partial-walled ultra-clean theater. Neutral buoyancy detergent bubbles were released under the anesthesia drape and at floor level to visualize air-currents and assess the mobilization of resident air into the clean-airflow over the surgical site. For the hip prosthesis, a randomized design assessed the effects upper-body warming system and anesthesia drape height on bubbles reaching the surgical site. For the spinal, the effect of lower-body warming system was assessed with time-lapsed-photography of bubbles. Lastly, joint sepsis rates were tracked for a 2 year period over which a change from forced air to conductive fabric was implemented.

**Results:** For the hip prosthesis, bubble counts were significantly higher for forced air than conductive fabric for laid-down (3 versus 0; p=0.010) and half-height (68 versus 0; p<0.001) anesthesia draping; differences for full-height draping were insignificant (1 versus 0; p=0.283). For the spinal, time-lapsed-photography showed forced air to establish upwards convection currents that transported floor air into the surgical site; this convection current was not present with conductive fabric. Joint sepsis infection rates were reduced after the implementation of conductive fabric warming (0% for n=161) versus prior rates with forced air (3.0% for n=936).

**Conclusion:** Excess heat from forced air warming disrupted clean-airflow patterns over the surgical site and generated upward convection currents, which transported non-sterile air from the floor and the anesthesia side of the drape into the surgical site; conductive fabric warming had no such effects. Observation of joint sepsis rates suggests an empirical reduction in infection with conductive fabric warming in orthopedics.

**Number of words**: 339

# Forced Air Warming and Ultra-Clean Ventilation Do Not Mix: The effect of excess vented heat on clean-airflow patterns.

1. **Mike Reed, MD**
   **Title:** Consultant Orthopaedic Surgeon
   **Affiliation:** Wansbeck General Hospital, Ashington, Northumberland, UK
   **Email:** mike.reed@nhs.net
   **Role:** This author helped design the study, conduct the study, analyze the data, and write the manuscript
   **Conflicts:** Mike Reed reported no conflicts of interest

2. **Paul D McGovern, BSc MBBS**
   **Title:** Specialty Registrar in Trauma and Orthopaedics
   **Affiliation:** Wansbeck General Hospital, Ashington, Northumberland, UK
   **Email:** pdmcgovern@gmail.com
   **Role:** This author helped design the study, conduct the study, analyze the data, and write the manuscript
   **Conflicts:** Paul D McGovern reported no conflicts of interest

3. **Mark Albrecht, MBA, BSME**
   **Title:** Student in Masters Program
   **Affiliation:** School of Statistics, University of Minnesota, Minneapolis, Minnesota, USA
   **Email:** albre116@umn.edu
   **Role:** This author helped design the study, conduct the study, analyze the data, and write the manuscript
   **Conflicts:** Mark Albrecht worked for Augustine Biomedical + Design and received research funding from Augustine Biomedical + Design

4. **Christopher Nachtsheim, PhD**
   **Title:** Frank A. Donaldson Chair of Operations Management
   **Affiliation:** Carlson School of Management, University of Minnesota, Minneapolis, Minnesota, USA
   **Email:** nacht001@umn.edu
   **Role:** This author helped analyze the data and write the manuscript
   **Conflicts:** Christopher Nachtsheim consulted for Augustine Biomedical + Design

Correspondence to:  Mark Albrecht; albre116@umn.edu

Key words: surgical site infection, forced air warming, laminar air flow, operating room environmental contamination, operating room ventilation

**Document Name:**  Manuscript_Reed_3.pdf

# Forced Air Warming and Ultra-Clean Ventilation Do Not Mix: The effect of excess vented heat on clean-airflow patterns.

1. **Mike Reed, MD**
   **Title:** Consultant Orthopaedic Surgeon
   **Affiliation:** Wansbeck General Hospital, Ashington, Northumberland, UK
   **Email:** mike.reed@nhs.net
   **Role:** This author helped design the study, conduct the study, analyze the data, and write the manuscript
   **Conflicts:** Mike Reed reported no conflicts of interest

2. **Paul D McGovern, BSc MBBS**
   **Title:** Specialty Registrar in Trauma and Orthopaedics
   **Affiliation:** Wansbeck General Hospital, Ashington, Northumberland, UK
   **Email:** pdmcgovern@gmail.com
   **Role:** This author helped design the study, conduct the study, analyze the data, and write the manuscript
   **Conflicts:** Paul D McGovern reported no conflicts of interest

3. **Mark Albrecht, MBA, BSME**
   **Title:** Student in Masters Program
   **Affiliation:** School of Statistics, University of Minnesota, Minneapolis, Minnesota, USA
   **Email:** albre116@umn.edu
   **Role:** This author helped design the study, conduct the study, analyze the data, and write the manuscript
   **Conflicts:** Mark Albrecht worked for Augustine Biomedical + Design and received research funding from Augustine Biomedical + Design

4. **Christopher Nachtsheim, PhD**
   **Title:** Frank A. Donaldson Chair of Operations Management
   **Affiliation:** Carlson School of Management, University of Minnesota, Minneapolis, Minnesota, USA
   **Email:** nacht001@umn.edu
   **Role:** This author helped analyze the data and write the manuscript
   **Conflicts:** Christopher Nachtsheim consulted for Augustine Biomedical + Design

Correspondence to:   Mark Albrecht; albre116@umn.edu

Key words: surgical site infection, forced air warming, laminar air flow, operating room environmental contamination, operating room ventilation

## Abstract

**Introduction:** Ultra-clean ventilation is designed to protect the surgical site from airborne pathogens. However, ventilation performance is fragile and depends critically on airflow volumes and temperature gradients. Patient warming systems represent a disruption risk via the excess heat they release. Therefore, we compared the effects of two patient warming systems – (1) conductive fabric and (2) forced air – on clean-airflow patterns over the surgical site during orthopedic and spinal implant procedures.

**Methods:** A mannequin was draped for (1) a hip prosthesis and (2) a lower lumbar spinal implant in a partial-walled ultra-clean theater. Neutral buoyancy detergent bubbles were released under the anesthesia drape and at floor level to visualize air-currents and assess the mobilization of resident air into the clean-airflow over the surgical site. For the hip prosthesis, a randomized design assessed the effects upper-body warming system and anesthesia drape height on bubbles reaching the surgical site. For the spinal, the effect of lower-body warming system was assessed with time-lapsed-photography of bubbles. Lastly, joint sepsis rates were tracked for a 2 year period over which a change from forced air to conductive fabric was implemented.

**Results:** For the hip prosthesis, bubble counts were significantly higher for forced air than conductive fabric for laid-down (3 versus 0; p=0.010) and half-height (68 versus 0; p<0.001) anesthesia draping; differences for full-height draping were insignificant (1 versus 0; p=0.283). For the spinal, time-lapsed-photography showed forced air to establish upwards convection currents that transported floor air into the surgical site; this convection current was not present with conductive fabric. Joint sepsis infection rates were reduced after the implementation of conductive fabric warming (0% for n=161) versus prior rates with forced air (3.0% for n=936).

**Conclusion:** Excess heat from forced air warming disrupted clean-airflow patterns over the surgical site and generated upward convection currents, which transported non-sterile air from the floor and the anesthesia side of the drape into the surgical site; conductive fabric warming had no such effects. Observation of joint sepsis rates suggests an empirical reduction in infection with conductive fabric warming in orthopedics.

**Number of words:** 339

## Introduction

Although most famously remembered for pioneering the hip arthroplasty, Sir John Charnley was among the first to recognize the critical role of operating theater (OT) ventilation in preventing joint sepsis. Charnley postulated that the "surgical implant might provide a nidus for the growth of airborne bacteria which ordinarily are accepted as non-pathogenic." Research efforts confirmed Charnley's insights through animal studies and a national clinical trial involving over 8000 operations that demonstrated the efficacy of clean air for the reduction of arthroplasty infection rates. As such, ultra-clean ventilation became the standard for orthopedic procedures. Ultra-clean ventilation protects the surgical site from airborne contamination through the constant delivery of a downward uniform velocity (0.3 to 0.5 m/s) highly filtered (>99.997%) airflow. However, the performance of ultra-clean ventilation depends critically on air-flow volumes and proper temperature gradients, the latter of which may be disrupted by excess heat released from patient warming devices.

The vented airflow from forced air warming is released at 43°C, which is often 20°C above ambient OT conditions. The release of such thermal energy has the potential to establish temperature gradients that impede the downward velocity of the OT ventilation airflows. Further, reductions in downward flow velocity have been shown to increase contaminant entrainment into the surgical site. Moreover, the release of excess heat may generate convection currents that rise against the downward airflows and mobilize non-sterile floor-level air into the surgical site.

Air-free alternatives, such as conductive fabric warming, have been developed that are comparably effective to forced air for the prevention of surgical hypothermia. These alternatives have much higher thermal efficiencies than forced air warming and, therefore, release only a fraction of the excess heat. As such, there is a need to critically assess the impact of forced air warming versus air-free alternatives on ultra-clean ventilation performance. Specifically, we compared the effects of (1) conductive fabric and (2) forced air warming on clean-airflow patterns over the surgical site in a partial-walled ultra-clean OT during two procedures representing the variety of implantable

2246

operations typically encountered: 1) a hip arthroplasty with upper-body warming, and 2) a lower lumbar spinal with lower-body warming. Ventilation airflow patterns were visualized using neutrally buoyant detergent bubbles and observational data on joint sepsis rates were compared for the period each warming device was in clinical use.

## Methods

### Ultra-Clean Operating Theater Characteristics:

Experiments were carried out in a partial-walled ultra-clean OT (ExFlow 90, Howorth, United Kingdom) used for orthopedic and spinal surgery at Wansbeck Hospital (Ashington, United Kingdom). Validation and verification checks per HTM 2025 showed the OT airflows to be within specification and having a mean velocity of 0.44 m/s two-meters off the floor, which is above the threshold required by the standards (0.38 m/s). However, a slight airflow imbalance was detected during validation testing due to the location of the theater prep room that affected the results of a single particle entrainment test; entrainment values were 12% at that location, which marginally exceeded the recommended threshold of 10%. This slight discrepancy was unlikely to have any effect on the results of the study. Further, smoke testing detected normal airflow patterns under the canopy and the OT passed microbial contamination testing.

### Airflow Visualization Procedures:

High intensity lighting was used to illuminate neutrally buoyant detergent bubbles having a 4 mm average diameter (referred to herein as "bubbles"). "Bubbles" were produced by a bubble generator (Sage Action, Ithaca, NY), which utilized a helium-mixed air supply, detergent, and centripetal bubble size classification filter. The bubble generator is specifically designed and validated for the visualization of air currents. For photography, a digital camera (D300, Nikon, Melville, NY) was employed and shutter exposure time was set to ¼ of a second for time-lapsed-photography.

### Experimental Setup: Hip Arthroplasty

A mannequin was laid in the supine position on an operating table (Table Mfgr) and draped with a 3-piece orthopedic kit (Molnlycke Health Care) in accordance with standard protocols (**Fig 1**). A surgeon, dressed in occlusive clothing with head gear (MFGR), and an anesthesiologist stood motionless in front of the surgical site and behind the anesthesia screen. At the head of the operating table, the surgical drape was either: 1) clipped to the ceiling to create a barrier between the surgical site and anesthesia area (full-drape); 2) clipped to IV poles and raised 0.75 meters above the operating table (half-

drape); or 3) laid-down over the mannequin's head (laid-down). The experimental upper-body warming treatment was introduced under the drape and was either: 1) a torso forced air blanket (Bair Hugger Model 540, Arizant Healthcare, Eden Prairie, MN); or 2) a torso conductive fabric blanket (Hot Dog Model B110, Augustine Biomedical + Design, Eden Prairie, MN). The blankets were powered by standard controllers (conductive fabric - Model WC02, Augustine Biomedical + Design; forced air - Model 750, Arizant Healthcare). "Bubbles" were introduced at the neck of the mannequin to track under-drape resident air movements in the region where the excess patient warming heat was being released.

### Experimental Setup:  Lower lumbar spinal

The same mannequin was laid in the prone position on the operating table and four drapes were arranged in a "square" configuration (MFGR) with the anesthesia screen at full-height in accordance with standard protocols (**Fig 2**). A single surgeon stood motionless next to the surgical site for all experiments. The experimental lower-body warming treatment was introduced under the drape and was either: 1) a lower-body forced air blanket (Bair Hugger Model 525, Arizant Healthcare); or 2) a lower-body conductive fabric blanket (Hot Dog Model B103, Augustine Biomedical + Design). The blankets were powered by the same controllers as listed above. "Bubbles" were introduced at floor level between the surgeon's body and the operating room table in the region where the patient warming excess heat was being released.

### Sampling Procedures

*Hip Arthroplasty*: Bubble counts over the surgical site were measured for each experimental treatment using a sequence of 5 photographs taken at 10 second intervals. The number of bubbles reaching the surgical site was determined by counting the number of bubbles in a 0.5 by 0.5 meter region over the surgical site in each photograph (**Fig 3**). *Lower Lumbar Spinal*: Time-lapsed-photography was chosen over the use of bubble counts to show differences in ventilation performance between patient warming systems given the significant change in observed surgical site airflow patterns (see **Results**).

**Experimental Design**

*Hip Arthroplasty:* A replicated (n=2) $3^1 2^1$ full factorial design was employed to assess changes in bubble counts over the surgical site. The experimental factors considered were: 1) anesthesia screen: laid-down, half-screen, or full-screen; and 2) patient warming device: conductive fabric or forced air.

*Lower Lumbar Spinal:* No design was employed or necessary to demonstrate the difference in ventilation performance between forced air and conductive fabric patient warming systems (see **Results**).

**Joint Sepsis Data**

Joint sepsis data was collected for all orthopedic operations performed at the hospital during the 2-year period prior to the study, with dates comprising 9/1/2008 to 9/1/2010. A transition in patient warming systems from forced air to conductive fabric was made in all four orthopedic theaters starting 3/1/2010 and ending 6/1/2010.

**Statistical Analysis**

A Poisson regression model was fitted to the hip arthroplasty data having the sum of bubble counts for each experimental run (5 pictures) as the response and the two factors identified in the experimental design as predictors (including interaction). Reported values are predicted means (± standard error of the mean) for experimental factor combinations. Wald tests were used for significance.

A logistic regression model was fitted to the joint sepsis data having infection as the response and the period (forced air, transition, and conductive fabric warming) as predictors. Reported values are predicted mean infection rates (± standard error of the mean) for each period. Wald tests were used for significance.

## Results

### Hip Arthroplasty:

The number of bubbles reaching the surgical site measured the degree to which patient warming excess heat mobilized resident under-drape air over the anesthesia screen and into the surgical site. Bubble counts per photograph (**Fig 4**) suggest that forced air warming generated sufficient excess heat to mobilize resident under-drape air over the anesthesia screen. In contrast, conductive fabric warming did not generate sufficient excess heat to have the same mobilizing effect. Further, surgical drape position appeared to have a large effect on resident under-drape air mobilization into the surgical site for forced air warming, with the half-drape configuration resulting in the largest degree of resident-air mobilization.

Differences in the sum of bubble counts for each experimental run (**Fig 5**) were significant between conductive fabric and forced air warming for the drape configurations of half-drape (0 versus 68, p<0.001) and laid-down (0 versus 3, p=0.010); differences for full-drape (0 versus 1, p=0.283) were insignificant. It was necessary to model the sum of bubble counts for statistical inference; otherwise observations would not be independent.

### Lower Lumbar Spinal:

Time-lapsed-photography showed forced air warming excess heat to generate hot-air convection currents that transported large quantities of floor-level resident air upwards and into the surgical site (**Fig 6**). These convection currents appeared to form in the space between the surgeon's body and the operating room table. In contrast, conductive fabric warming did not generate sufficient excess heat to establish such convection currents. Instead, with conductive fabric warming ventilation airflow patterns followed the intended path - downwards and away from the surgical site.

### Joint Sepsis Rates:

A 2-year observation of orthopedic infections revealed a significant reduction in joint sepsis rates for the period conductive fabric warming was in clinical use versus forced air

warming, with average infection rates of 0.0% (n=165) versus 3.0% (n=965), respectively (**Fig 7**). An exact p-value cannot be calculated for this comparison given that there were no infections during the conductive fabric warming period. There was a 3 month transition period where both patient warming devices were used in the orthopedic theaters having an infection rate of 3.7% (n=160), which was not significantly different from the infection rate of 3.0% during the forced air warming period (p=0.62).

## Discussion

This study compared the effects of two patient warming systems, forced air and conductive fabric, on ventilation performance in an ultra-clean operating theater during spinal and orthopedic procedures. Forced air warming excess heat was found to generate convection currents that disrupted clean-airflow patterns over the surgical site during both procedures. In contrast, conductive fabric warming released minimal excess heat and was shown to have no effect on ventilation performance in either procedure. The results also showed forced air warming excess heat to mobilize resident air from typically non-sterile areas (floor & under the anesthesia drape) into the surgical site, a finding that may have implications regarding surgical site sterility.

Perhaps the most striking finding was the detection of hot-air convection currents originating from where the "mass-flow" of hot air exhausted the forced air warming blanket: for the hip arthroplasty with upper-body warming, convection currents formed near the mannequin's head; for the spinal implant with lower-body warming, convection currents formed along the lower drape edge by the surgeon's legs. The formation of such convection currents may, at first, appear to be theoretically unsupported since forced air warming exhausts a heated airflow of only 40 cubic feet per minute into a ventilation environment having an airflow of 6000 cubic feet per minute. However, one must also consider the effects of surgical lighting, drapes, and personnel on ventilation performance, all of which create localized airflow disturbances that aid in convection current formation.

Prior research in ultra-clean ventilation theaters has shown surgical lighting to be a significant source of ventilation disruption through the downstream wake and associated recirculation zone. In our study, the use of "bubbles" allowed us to visualize this recirculation zone, which was found to extend about 1 meter below the body of each surgical light. "Bubbles" and, thus, resident air reaching this zone tended to remain suspended in this vortex for some time. The presence of a raised anesthesia drape was shown to further magnify the size and effect of this vortex, for the drape blocked the natural passage of air out of the ventilation field and created a "still zone" adjacent to the vortex. Lastly, the presence of a surgeon or anesthesiologist near this "still zone" created an additional ventilation flow blockage resulting in a situation where even the slightest movements, ones that would not normally cause ventilation disruption, adversely impacted the natural airflow patterns over the surgical site.

Under these fragile conditions, the "mass-flow" of hot forced air warming exhaust was sufficiently buoyant to push upwards within these locally compromised ventilation regions. For the hip arthroplasty, the compromised region was along the backside of the anesthesia drape. For the lower lumbar spinal implant, the compromised region was the channel between the surgeon's body and operating table. Both compromised regions resulted from a combination of lights, drapes, and personnel forming a pocket having the following characteristics: the pocket 1) was sheltered from the downward ventilation airflows; 2) extended into the region where the "mass-flow" of forced air warming exhaust was being vented; and, 3) formed a path that terminated near the surgical site. Due to the reduced ventilation velocity within the pocket, hot-air convection currents were able to form and resulted in the transport of floor-level and under-drape air into the surgical site.

The clinical concern regarding the formation of such convection currents is two-fold. First, these currents oppose the natural clean-airflow patterns that are intended to sweep contaminants down and away from the surgical site. Thus, contaminants released in the vicinity of the surgical site are less likely to be cleared. Second, the upward mobilization of floor-level and under-drape air could potentially compromise the sterility of the

surgical site, since resident air from these locations is typically laden with pathogens shed from the surgical staff.  Further, even small elevations in contaminant exposure could be of clinical significance given that airborne derived infection risks are exponentially magnified with implantable procedures.  Empirical support for the concept that observed convection currents resulted in increased surgical site contaminant exposure can be found in the observed reduction in hospital arthroplasty infection rates when a switch from forced air to conductive fabric warming was implemented.  However, this infection data is observational in nature and does not prove that such a relationship exists since we were unable to control for other infection reduction measures instituted by the hospital over the 2-year period.

Further, the present study is somewhat limited in that we assessed the movements of "bubbles" as a surrogate for the movement of pathogenic contaminants.  Thus, the clinical relevance of our findings depend on two assumptions:  1) that floor-level and under-drape air is non-sterile; and 2) that airborne contaminant concentrations from these locations represent a significant infection risk relative to other contamination sources.  Moreover, the entire field of prior research assessing forced air warming excess heat and changes in airborne pathogen levels during implantable procedures is limited to a single orthopedic study, in which forced air warming resulted in elevated microbial counts over the surgical site.  However, the contamination increase was deemed to be far less than that resulting from personnel movements and such increases did not exceed recommended bacterial levels.  Yet, it is unknown how these results translate over the range of implantable procedures.  Even minor differences in factors such as surgical draping, procedural practices, and theater dress are likely to have large effects on both floor-level and under-drape contaminant levels and the dynamics of convection current formation.

Until the effects of forced air warming excess heat on ventilation disruption can be fully evaluated in regards to affecting the sterility of the surgical site, the use of air-free patient warming alternatives might be recommended for implant procedures carried out in ultra-clean theaters.

2254



Figure 1:  Hip arthroplasty setup with upper-body warming, showing: surgical drape positions of laid-down (A), half-drape (B), and full-drape (C) and surgical site location (D)



Figure 2:  Lower lumbar spinal implant setup with lower-body warming and full-drape, showing: surgical site location (A).



Figure 3:  Definition of region where bubble counts were performed over the surgical site for hip arthroplasty with upper-body warming.  A picture shows bubbles (white steaks) appearing in the photograph for the experimental setup of forced air warming and half-drape.



Figure 4: Bubble counts over the surgical site for each photograph (data is jittered to avoid overprinting). 5 photographs were taken for each experimental run.
Abbreviations: FAW, Forced Air Warming; CFW, Conductive Fabric Warming.



Figure 5: Average bubble count for experimental runs when the bubble counts are summed over the 5 photographs (±Standard Error of the Mean).



Figure 6:  Time-lapsed-photography of bubbles depicting airflow patterns for lower lumbar spinal implant procedure with:  (A & B) Forced air warming with resulting convection currents annotated and (C) conductive fabric warming.



Figure 7:  Infection data for n=1290 joint replacement cases with the outcome plotted on the right hand axis (data is jittered to avoid overprinting).  Average infection rates for each period (Forced air, Transition, or Conductive Fabric) are plotted on the left hand axis.  Standard error of the mean was estimated using logistic regression.

# References

**Document Name:** Manuscript_Reed_3_low_resolution.docx

# Forced Air Warming and Ultra-Clean Ventilation Do Not Mix:  The effect of excess vented heat on clean-airflow patterns.

1. **Mike Reed, MD**
   **Title:** Consultant Orthopaedic Surgeon
   **Affiliation:** Wansbeck General Hospital, Ashington, Northumberland, UK
   **Email:** mike.reed@nhs.net
   **Role:** This author helped design the study, conduct the study, analyze the data, and write the manuscript
   **Conflicts:** Mike Reed reported no conflicts of interest

2. **Paul D McGovern, BSc MBBS**
   **Title:** Specialty Registrar in Trauma and Orthopaedics
   **Affiliation:** Wansbeck General Hospital, Ashington, Northumberland, UK
   **Email:** pdmcgovern@gmail.com
   **Role:** This author helped design the study, conduct the study, analyze the data, and write the manuscript
   **Conflicts:** Paul D McGovern reported no conflicts of interest

3. **Mark Albrecht, MBA, BSME**
   **Title:** Student in Masters Program
   **Affiliation:** School of Statistics, University of Minnesota, Minneapolis, Minnesota, USA
   **Email:** albre116@umn.edu
   **Role:** This author helped design the study, conduct the study, analyze the data, and write the manuscript
   **Conflicts:** Mark Albrecht worked for Augustine Temperature Management and received research funding from Augustine Temperature Management

4. **Christopher Nachtsheim, PhD**
   **Title:** Frank A. Donaldson Chair of Operations Management
   **Affiliation:** Carlson School of Management, University of Minnesota, Minneapolis, Minnesota, USA
   **Email:** nacht001@umn.edu
   **Role:** This author helped analyze the data and write the manuscript
   **Conflicts:** Christopher Nachtsheim consulted for Augustine Temperature Management

Correspondence to:   Mark Albrecht; albre116@umn.edu

Key words: surgical site infection, forced air warming, laminar air flow, operating room environmental contamination, operating room ventilation

## Abstract

**Introduction:** Ultra-clean ventilation is designed to protect the surgical site from airborne pathogens. However, ventilation performance is fragile and depends critically on airflow volumes and temperature gradients. Patient warming systems represent a disruption risk via the excess heat they release. Therefore, we compared the effects of two patient warming systems – (1) conductive fabric and (2) forced air – on clean-airflow patterns over the surgical site during orthopedic and spinal implant procedures.

**Methods:** A mannequin was draped for (1) a hip prosthesis and (2) a lower lumbar spinal implant in a partial-walled ultra-clean theater. Neutral buoyancy detergent bubbles were released under the anesthesia drape and at floor level to visualize air-currents and assess the mobilization of resident air into the clean-airflow over the surgical site. For the hip prosthesis, a randomized design assessed the effects upper-body warming system and anesthesia drape height on bubbles reaching the surgical site. For the spinal, the effect of lower-body warming system was assessed with time-lapsed-photography of bubbles. Lastly, joint sepsis rates were tracked for a 2 year period over which a change from forced air to conductive fabric was implemented.

**Results:** For the hip prosthesis, bubble counts were significantly higher for forced air than conductive fabric for laid-down (3 versus 0; p=0.010) and half-height (68 versus 0; p<0.001) anesthesia draping; differences for full-height draping were insignificant (1 versus 0; p=0.283). For the spinal, time-lapsed-photography showed forced air to establish upwards convection currents that transported floor air into the surgical site; this convection current was not present with conductive fabric. Joint sepsis infection rates were reduced after the implementation of conductive fabric warming (0% for n=161) versus prior rates with forced air (3.0% for n=936).

**Conclusion:** Excess heat from forced air warming disrupted clean-airflow patterns over the surgical site and generated upward convection currents, which transported non-sterile air from the floor and the anesthesia side of the drape into the surgical site; conductive fabric warming had no such effects. Observation of joint sepsis rates suggests an empirical reduction in infection with conductive fabric warming in orthopedics.

**Number of words**: 339

## Introduction

Although most famously remembered for pioneering the hip arthroplasty, Sir John Charnley was among the first to recognize the critical role of operating theater (OT) ventilation in preventing joint sepsis. Charnley postulated that the "surgical implant might provide a nidus for the growth of airborne bacteria which ordinarily are accepted as non-pathogenic." Research efforts confirmed Charnley's insights through animal studies and a national clinical trial involving over 8000 operations that demonstrated the efficacy of clean air for the reduction of arthroplasty infection rates. As such, ultra-clean ventilation became the standard for orthopedic procedures. Ultra-clean ventilation protects the surgical site from airborne contamination through the constant delivery of a downward uniform velocity (0.3 to 0.5 m/s) highly filtered (>99.997%) airflow. However, the performance of ultra-clean ventilation depends critically on air-flow volumes and proper temperature gradients, the latter of which may be disrupted by excess heat released from patient warming devices.

The vented airflow from forced air warming is released at 43°C, which is often 20°C above ambient OT conditions. The release of such thermal energy has the potential to establish temperature gradients that impede the downward velocity of the OT ventilation airflows. Further, reductions in downward flow velocity have been shown to increase contaminant entrainment into the surgical site. Moreover, the release of excess heat may generate convection currents that rise against the downward airflows and mobilize non-sterile floor-level air into the surgical site.

Air-free alternatives, such as conductive fabric warming, have been developed that are comparably effective to forced air for the prevention of surgical hypothermia. These alternatives have much higher thermal efficiencies than forced air warming and, therefore, release only a fraction of the excess heat. As such, there is a need to critically assess the impact of forced air warming versus air-free alternatives on ultra-clean ventilation performance. Specifically, we compared the effects of (1) conductive fabric and (2) forced air warming on clean-airflow patterns over the surgical site in a partial-walled ultra-clean OT during two procedures representing the variety of implantable

operations typically encountered:  1) a hip arthroplasty with upper-body warming, and 2) a lower lumbar spinal with lower-body warming.  Ventilation airflow patterns were visualized using neutrally buoyant detergent bubbles and observational data on joint sepsis rates were compared for the period each warming device was in clinical use.

## Methods

**Ultra-Clean Operating Theater Characteristics:**

Experiments were carried out in a partial-walled ultra-clean OT (ExFlow 90, Howorth, United Kingdom) used for orthopedic and spinal surgery at Wansbeck Hospital (Ashington, United Kingdom). Validation and verification checks per HTM 2025 showed the OT airflows to be within specification and having a mean velocity of 0.44 m/s two-meters off the floor, which is above the threshold required by the standards (0.38 m/s). However, a slight airflow imbalance was detected during validation testing due to the location of the theater prep room that affected the results of a single particle entrainment test; entrainment values were 12% at that location, which marginally exceeded the recommended threshold of 10%. This slight discrepancy was unlikely to have any effect on the results of the study. Further, smoke testing detected normal airflow patterns under the canopy and the OT passed microbial contamination testing.

**Airflow Visualization Procedures:**

High intensity lighting was used to illuminate neutrally buoyant detergent bubbles having a 4 mm average diameter (referred to herein as "bubbles"). "Bubbles" were produced by a bubble generator (Sage Action, Ithaca, NY), which utilized a helium-mixed air supply, detergent, and centripetal bubble size classification filter. The bubble generator is specifically designed and validated for the visualization of air currents. For photography, a digital camera (D300, Nikon, Melville, NY) was employed and shutter exposure time was set to ¼ of a second for time-lapsed-photography.

**Experimental Setup: Hip Arthroplasty**

A mannequin was laid in the supine position on an operating table (Table Mfgr) and draped with a 3-piece orthopedic kit (Molnlycke Health Care) in accordance with standard protocols (**Fig 1**). A surgeon, dressed in occlusive clothing with head gear (MFGR), and an anesthesiologist stood motionless in front of the surgical site and behind the anesthesia screen. At the head of the operating table, the surgical drape was either: 1) clipped to the ceiling to create a barrier between the surgical site and anesthesia area (full-drape); 2) clipped to IV poles and raised 0.75 meters above the operating table (half-

drape); or 3) laid-down over the mannequin's head (laid-down). The experimental upper-body warming treatment was introduced under the drape and was either: 1) a torso forced air blanket (Bair Hugger Model 540, Arizant Healthcare, Eden Prairie, MN); or 2) a torso conductive fabric blanket (Hot Dog Model B110, Augustine Temperature Management, Eden Prairie, MN). The blankets were powered by standard controllers (conductive fabric - Model WC02, Augustine Temperature Management; forced air - Model 750, Arizant Healthcare). "Bubbles" were introduced at the neck of the mannequin to track under-drape resident air movements in the region where the excess patient warming heat was being released.

**Experimental Setup: Lower lumbar spinal**

The same mannequin was laid in the prone position on the operating table and four drapes were arranged in a "square" configuration (MFGR) with the anesthesia screen at full-height in accordance with standard protocols (**Fig 2**). A single surgeon stood motionless next to the surgical site for all experiments. The experimental lower-body warming treatment was introduced under the drape and was either: 1) a lower-body forced air blanket (Bair Hugger Model 525, Arizant Healthcare); or 2) a lower-body conductive fabric blanket (Hot Dog Model B103, Augustine Temperature Management). The blankets were powered by the same controllers as listed above. "Bubbles" were introduced at floor level between the surgeon's body and the operating room table in the region where the patient warming excess heat was being released.

**Sampling Procedures**

*Hip Arthroplasty*: Bubble counts over the surgical site were measured for each experimental treatment using a sequence of 5 photographs taken at 10 second intervals. The number of bubbles reaching the surgical site was determined by counting the number of bubbles in a 0.5 by 0.5 meter region over the surgical site in each photograph (**Fig 3**). *Lower Lumbar Spinal*: Time-lapsed-photography was chosen over the use of bubble counts to show differences in ventilation performance between patient warming systems given the significant change in observed surgical site airflow patterns (see **Results**).

**Experimental Design**

*Hip Arthroplasty:* A replicated (n=2) $3^1 2^1$ full factorial design was employed to assess changes in bubble counts over the surgical site. The experimental factors considered were: 1) anesthesia screen: laid-down, half-screen, or full-screen; and 2) patient warming device: conductive fabric or forced air.

*Lower Lumbar Spinal:* No design was employed or necessary to demonstrate the difference in ventilation performance between forced air and conductive fabric patient warming systems (see **Results**).

**Joint Sepsis Data**

Joint sepsis data was collected for all orthopedic operations performed at the hospital during the 2-year period prior to the study, with dates comprising 9/1/2008 to 9/1/2010. A transition in patient warming systems from forced air to conductive fabric was made in all four orthopedic theaters starting 3/1/2010 and ending 6/1/2010.

**Statistical Analysis**

A Poisson regression model was fitted to the hip arthroplasty data having the sum of bubble counts for each experimental run (5 pictures) as the response and the two factors identified in the experimental design as predictors (including interaction). Reported values are predicted means (± standard error of the mean) for experimental factor combinations. Wald tests were used for significance.

A logistic regression model was fitted to the joint sepsis data having infection as the response and the period (forced air, transition, and conductive fabric warming) as predictors. Reported values are predicted mean infection rates (± standard error of the mean) for each period. Wald tests were used for significance.

## Results

### Hip Arthroplasty:

The number of bubbles reaching the surgical site measured the degree to which patient warming excess heat mobilized resident under-drape air over the anesthesia screen and into the surgical site. Bubble counts per photograph (**Fig 4**) suggest that forced air warming generated sufficient excess heat to mobilize resident under-drape air over the anesthesia screen. In contrast, conductive fabric warming did not generate sufficient excess heat to have the same mobilizing effect. Further, surgical drape position appeared to have a large effect on resident under-drape air mobilization into the surgical site for forced air warming, with the half-drape configuration resulting in the largest degree of resident-air mobilization.

Differences in the sum of bubble counts for each experimental run (**Fig 5**) were significant between conductive fabric and forced air warming for the drape configurations of half-drape (0 versus 68, p<0.001) and laid-down (0 versus 3, p=0.010); differences for full-drape (0 versus 1, p=0.283) were insignificant. It was necessary to model the sum of bubble counts for statistical inference; otherwise observations would not be independent.

### Lower Lumbar Spinal:

Time-lapsed-photography showed forced air warming excess heat to generate hot-air convection currents that transported large quantities of floor-level resident air upwards and into the surgical site (**Fig 6**). These convection currents appeared to form in the space between the surgeon's body and the operating room table. In contrast, conductive fabric warming did not generate sufficient excess heat to establish such convection currents. Instead, with conductive fabric warming ventilation airflow patterns followed the intended path - downwards and away from the surgical site.

### Joint Sepsis Rates:

A 2-year observation of orthopedic infections revealed a significant reduction in joint sepsis rates for the period conductive fabric warming was in clinical use versus forced air

warming, with average infection rates of 0.0% (n=165) versus 3.0% (n=965), respectively (**Fig 7**). An exact p-value cannot be calculated for this comparison given that there were no infections during the conductive fabric warming period. There was a 3 month transition period where both patient warming devices were used in the orthopedic theaters having an infection rate of 3.7% (n=160), which was not significantly different from the infection rate of 3.0% during the forced air warming period (p=0.62).

## Discussion

This study compared the effects of two patient warming systems, forced air and conductive fabric, on ventilation performance in an ultra-clean operating theater during spinal and orthopedic procedures. Forced air warming excess heat was found to generate convection currents that disrupted clean-airflow patterns over the surgical site during both procedures. In contrast, conductive fabric warming released minimal excess heat and was shown to have no effect on ventilation performance in either procedure. The results also showed forced air warming excess heat to mobilize resident air from typically non-sterile areas (floor & under the anesthesia drape) into the surgical site, a finding that may have implications regarding surgical site sterility.

Perhaps the most striking finding was the detection of hot-air convection currents originating from where the "mass-flow" of hot air exhausted the forced air warming blanket: for the hip arthroplasty with upper-body warming, convection currents formed near the mannequin's head; for the spinal implant with lower-body warming, convection currents formed along the lower drape edge by the surgeon's legs. The formation of such convection currents may, at first, appear to be theoretically unsupported since forced air warming exhausts a heated airflow of only 40 cubic feet per minute into a ventilation environment having an airflow of 6000 cubic feet per minute. However, one must also consider the effects of surgical lighting, drapes, and personnel on ventilation performance, all of which create localized airflow disturbances that aid in convection current formation.

Prior research in ultra-clean ventilation theaters has shown surgical lighting to be a significant source of ventilation disruption through the downstream wake and associated recirculation zone. In our study, the use of "bubbles" allowed us to visualize this recirculation zone, which was found to extend about 1 meter below the body of each surgical light. "Bubbles" and, thus, resident air reaching this zone tended to remain suspended in this vortex for some time. The presence of a raised anesthesia drape was shown to further magnify the size and effect of this vortex, for the drape blocked the natural passage of air out of the ventilation field and created a "still zone" adjacent to the vortex. Lastly, the presence of a surgeon or anesthesiologist near this "still zone" created an additional ventilation flow blockage resulting in a situation where even the slightest movements, ones that would not normally cause ventilation disruption, adversely impacted the natural airflow patterns over the surgical site.

Under these fragile conditions, the "mass-flow" of hot forced air warming exhaust was sufficiently buoyant to push upwards within these locally compromised ventilation regions. For the hip arthroplasty, the compromised region was along the backside of the anesthesia drape. For the lower lumbar spinal implant, the compromised region was the channel between the surgeon's body and operating table. Both compromised regions resulted from a combination of lights, drapes, and personnel forming a pocket having the following characteristics: the pocket 1) was sheltered from the downward ventilation airflows; 2) extended into the region where the "mass-flow" of forced air warming exhaust was being vented; and, 3) formed a path that terminated near the surgical site. Due to the reduced ventilation velocity within the pocket, hot-air convection currents were able to form and resulted in the transport of floor-level and under-drape air into the surgical site.

The clinical concern regarding the formation of such convection currents is two-fold. First, these currents oppose the natural clean-airflow patterns that are intended to sweep contaminants down and away from the surgical site. Thus, contaminants released in the vicinity of the surgical site are less likely to be cleared. Second, the upward mobilization of floor-level and under-drape air could potentially compromise the sterility of the

surgical site, since resident air from these locations is typically laden with pathogens shed from the surgical staff. Further, even small elevations in contaminant exposure could be of clinical significance given that airborne derived infection risks are exponentially magnified with implantable procedures. Empirical support for the concept that observed convection currents resulted in increased surgical site contaminant exposure can be found in the observed reduction in hospital arthroplasty infection rates when a switch from forced air to conductive fabric warming was implemented. However, this infection data is observational in nature and does not prove that such a relationship exists since we were unable to control for other infection reduction measures instituted by the hospital over the 2-year period.

Further, the present study is somewhat limited in that we assessed the movements of "bubbles" as a surrogate for the movement of pathogenic contaminants. Thus, the clinical relevance of our findings depend on two assumptions: 1) that floor-level and under-drape air is non-sterile; and 2) that airborne contaminant concentrations from these locations represent a significant infection risk relative to other contamination sources. Moreover, the entire field of prior research assessing forced air warming excess heat and changes in airborne pathogen levels during implantable procedures is limited to a single orthopedic study, in which forced air warming resulted in elevated microbial counts over the surgical site. However, the contamination increase was deemed to be far less than that resulting from personnel movements and such increases did not exceed recommended bacterial levels. Yet, it is unknown how these results translate over the range of implantable procedures. Even minor differences in factors such as surgical draping, procedural practices, and theater dress are likely to have large effects on both floor-level and under-drape contaminant levels and the dynamics of convection current formation.

Until the effects of forced air warming excess heat on ventilation disruption can be fully evaluated in regards to affecting the sterility of the surgical site, the use of air-free patient warming alternatives might be recommended for implant procedures carried out in ultra-clean theaters.



Figure 1: Hip arthroplasty setup with upper-body warming, showing: surgical drape positions of laid-down (A), half-drape (B), and full-drape (C) and surgical site location (D)



Figure 2:  Lower lumbar spinal implant setup with lower-body warming and full-drape, showing: surgical site location (A).



Figure 3:  Definition of region where bubble counts were performed over the surgical site for hip arthroplasty with upper-body warming.  A picture shows bubbles (white steaks) appearing in the photograph for the experimental setup of forced air warming and half-drape.



Figure 4: Bubble counts over the surgical site for each photograph (data is jittered to avoid overprinting). 5 photographs were taken for each experimental run.
Abbreviations: FAW, Forced Air Warming; CFW, Conductive Fabric Warming.



Figure 5:  Average bubble count for experimental runs when the bubble counts are summed over the 5 photographs (±Standard Error of the Mean).



Figure 6: Time-lapsed-photography of bubbles depicting airflow patterns for lower lumbar spinal implant procedure with: (A & B) Forced air warming with resulting convection currents annotated and (C) conductive fabric warming.



Figure 7:  Infection data for n=1290 joint replacement cases with the outcome plotted on the right hand axis (data is jittered to avoid overprinting).  Average infection rates for each period (Forced air, Transition, or Conductive Fabric) are plotted on the left hand axis.  Standard error of the mean was estimated using logistic regression.

# References

**Document Name:** Manuscript_Reed_3_low_resolution - McGovern comments.docx

# Forced Air Warming and Ultra-Clean Ventilation Do Not Mix:  The effect of excess vented heat on clean-airflow patterns.

1. **Mike Reed, MD**
   **Title:** Consultant Orthopaedic Surgeon
   **Affiliation:** Wansbeck General Hospital, Ashington, Northumberland, UK
   **Email:** mike.reed@nhs.net
   **Role:** This author helped design the study, conduct the study, analyze the data, and write the manuscript
   **Conflicts:** Mike Reed reported no conflicts of interest

2. **Paul D McGovern, BSc MBBS**
   **Title:** Specialty Registrar in Trauma and Orthopaedics
   **Affiliation:** Wansbeck General Hospital, Ashington, Northumberland, UK
   **Email:** pdmcgovern@gmail.com
   **Role:** This author helped design the study, conduct the study, analyze the data, and write the manuscript
   **Conflicts:** Paul D McGovern reported no conflicts of interest

3. **Mark Albrecht, MBA, BSME**
   **Title:** Student in Masters Program
   **Affiliation:** School of Statistics, University of Minnesota, Minneapolis, Minnesota, USA
   **Email:** albre116@umn.edu
   **Role:** This author helped design the study, conduct the study, analyze the data, and write the manuscript
   **Conflicts:** Mark Albrecht worked for Augustine Temperature Management and received research funding from Augustine Temperature Management

4. **Christopher Nachtsheim, PhD**
   **Title:** Frank A. Donaldson Chair of Operations Management
   **Affiliation:** Carlson School of Management, University of Minnesota, Minneapolis, Minnesota, USA
   **Email:** nacht001@umn.edu
   **Role:** This author helped analyze the data and write the manuscript
   **Conflicts:** Christopher Nachtsheim consulted for Augustine Temperature Management

Correspondence to:   Mark Albrecht; albre116@umn.edu

Key words: surgical site infection, forced air warming, laminar air flow, operating room environmental contamination, operating room ventilation

## Abstract

**Introduction:** Ultra-clean ventilation is designed to protect the surgical site from airborne pathogens. However, ventilation performance is fragile and depends critically on airflow volumes and temperature gradients. Patient warming systems represent a disruption risk via the excess heat they release. Therefore, we compared the effects of two patient warming systems – (1) conductive fabric and (2) forced air – on clean-airflow patterns over the surgical site during orthopedic and spinal implant procedures.

**Methods:** A mannequin was draped for (1) a hip prosthesis and (2) a lower lumbar spinal implant in a partial-walled ultra-clean theater. Neutral buoyancy detergent bubbles were released under the anesthesia drape and at floor level to visualize air-currents and assess the mobilization of resident air into the clean-airflow over the surgical site. For the hip prosthesis, a randomized design assessed the effects upper-body warming system and anesthesia drape height on bubbles reaching the surgical site. For the spinal, the effect of lower-body warming system was assessed with time-lapsed-photography of bubbles. Lastly, joint sepsis rates were tracked for a 2 year period over which a change from forced air to conductive fabric was implemented.

**Results:** For the hip prosthesis, bubble counts were significantly higher for forced air than conductive fabric for laid-down (3 versus 0; p=0.010) and half-height (68 versus 0; p<0.001) anesthesia draping; differences for full-height draping were insignificant (1 versus 0; p=0.283). For the spinal, time-lapsed-photography showed forced air to establish upwards convection currents that transported floor air into the surgical site; this convection current was not present with conductive fabric. Joint sepsis infection rates were reduced after the implementation of conductive fabric warming (0% for n=161) versus prior rates with forced air (3.0% for n=936).

**Conclusion:** Excess heat from forced air warming disrupted clean-airflow patterns over the surgical site and generated upward convection currents, which transported non-sterile air from the floor and the anesthesia side of the drape into the surgical site; conductive fabric warming had no such effects. Observation of joint sepsis rates suggests an empirical reduction in infection with conductive fabric warming in orthopedics.

**Number of words:** 339

## Introduction

Although most famously remembered for pioneering the hip arthroplasty, Sir John Charnley was among the first to recognize the critical role of operating theater (OT) ventilation in preventing joint sepsis. Charnley postulated that the "surgical implant might provide a nidus for the growth of airborne bacteria which ordinarily are accepted as non-pathogenic." Research efforts confirmed Charnley's insights through animal studies and a national clinical trial involving over 8000 operations that demonstrated the efficacy of clean air for the reduction of arthroplasty infection rates. As such, ultra-clean ventilation became the standard for orthopedic procedures. Ultra-clean ventilation protects the surgical site from airborne contamination through the constant delivery of a downward uniform velocity (0.3 to 0.5 m/s) highly filtered (>99.997%) airflow. However, the performance of ultra-clean ventilation depends critically on air-flow volumes and proper temperature gradients, the latter of which may be disrupted by excess heat released from patient warming devices.

The vented airflow from forced air warming is released at 43°C, which is often 20°C above ambient OT conditions. The release of such thermal energy has the potential to establish temperature gradients that impede the downward velocity of the OT ventilation airflows. Further, reductions in downward flow velocity have been shown to increase contaminant entrainment into the surgical site. Moreover, the release of excess heat may generate convection currents that rise against the downward airflows and mobilize non-sterile floor-level air into the surgical site.

Air-free alternatives, such as conductive fabric warming, have been developed that are comparably effective to forced air for the prevention of surgical hypothermia. These alternatives have much higher thermal efficiencies than forced air warming and, therefore, release only a fraction of the excess heat. As such, there is a need to critically assess the impact of forced air warming versus air-free alternatives on ultra-clean ventilation performance. Specifically, we compared the effects of (1) conductive fabric and (2) forced air warming on clean-airflow patterns over the surgical site in a partial-walled ultra-clean OT during two procedures representing the variety of implantable

operations typically encountered: 1) a hip arthroplasty with upper-body warming, and 2) a lower lumbar spinal with lower-body warming. Ventilation airflow patterns were visualized using neutrally buoyant detergent bubbles and observational data on joint sepsis rates were compared for the period each warming device was in clinical use.

Methods

**Ultra-Clean Operating Theater Characteristics:**

Experiments were carried out in a partial-walled ultra-clean OT (ExFlow 90, Howorth, United Kingdom) used for orthopedic and spinal surgery at Wansbeck Hospital (Ashington, United Kingdom). Validation and verification checks per HTM 2025 showed the OT airflows to be within specification and having a mean velocity of 0.44 m/s two-meters off the floor, which is above the threshold required by the standards (0.38 m/s). However, a slight airflow imbalance was detected during validation testing due to the location of the theater prep room that affected the results of a single particle entrainment test: entrainment values were 12% at that location, which marginally exceeded the recommended threshold of 10%. This slight discrepancy was unlikely to have any effect on the results of the study. Further, smoke testing detected normal airflow patterns under the canopy and the OT passed microbial contamination testing.

**Airflow Visualization Procedures:**

High intensity lighting was used to illuminate neutrally buoyant detergent bubbles having a 4 mm average diameter (referred to herein as "bubbles"). "Bubbles" were produced by a bubble generator (Sage Action, Ithaca, NY), which utilized a helium-mixed air supply, detergent, and centripetal bubble size classification filter. The bubble generator is specifically designed and validated for the visualization of air currents. For photography, a digital camera (500D, Canon, Surrey, UK) was employed and shutter exposure time          Deleted: D300, Nikon, Melville, NY
was set to ¼ of a second for time-lapsed-photography.

**Experimental Setup: Hip Arthroplasty**

A mannequin was laid in the supine position on an operating table (Table Mfgr) and draped with a 3-piece orthopedic kit (Molnlycke Health Care) in accordance with standard protocols (**Fig 1**). A surgeon, dressed in occlusive clothing with head gear (MFGR), and an anesthesiologist stood motionless in front of the surgical site and behind the anesthesia screen. At the head of the operating table, the surgical drape was either: 1) clipped to the ceiling to create a barrier between the surgical site and anesthesia area (full-drape); 2) clipped to IV poles and raised 0.75 meters above the operating table (half-

drape); or 3) laid-down over the mannequin's head (laid-down). The experimental upper-body warming treatment was introduced under the drape and was either: 1) a torso forced air blanket (Bair Hugger Model 540, Arizant Healthcare, Eden Prairie, MN); or 2) a torso conductive fabric blanket (Hot Dog Model B110, Augustine Temperature Management, Eden Prairie, MN). The blankets were powered by standard controllers (conductive fabric - Model WC02, Augustine Temperature Management; forced air - Model 750, Arizant Healthcare). "Bubbles" were introduced at the neck of the mannequin to track under-drape resident air movements in the region where the excess patient warming heat was being released.

### Experimental Setup: Lower lumbar spinal

The same mannequin was laid in the prone position on the operating table and four drapes were arranged in a "square" configuration (MFGR) with the anesthesia screen at full-height in accordance with standard protocols (**Fig 2**). A single surgeon stood motionless next to the surgical site for all experiments. The experimental lower-body warming treatment was introduced under the drape and was either: 1) a lower-body forced air blanket (Bair Hugger Model 525, Arizant Healthcare); or 2) a lower-body conductive fabric blanket (Hot Dog Model B103, Augustine Temperature Management). The blankets were powered by the same controllers as listed above. "Bubbles" were introduced at floor level between the surgeon's body and the operating room table in the region where the patient warming excess heat was being released.

### Sampling Procedures

*Hip Arthroplasty*: Bubble counts over the surgical site were measured for each experimental treatment using a sequence of 5 photographs taken at 10 second intervals. The number of bubbles reaching the surgical site was determined by counting the number of bubbles in a 0.5 by 0.5 meter region over the surgical site in each photograph (**Fig 3**). *Lower Lumbar Spinal*: Time-lapsed-photography was chosen over the use of bubble counts to show differences in ventilation performance between patient warming systems given the significant change in observed surgical site airflow patterns (see **Results**).

**Experimental Design**

*Hip Arthroplasty:* A replicated (n=2) $3^1 2^1$ full factorial design was employed to assess changes in bubble counts over the surgical site. The experimental factors considered were: 1) anesthesia screen: laid-down, half-screen, or full-screen; and 2) patient warming device: conductive fabric or forced air.

*Lower Lumbar Spinal:* No design was employed or necessary to demonstrate the difference in ventilation performance between forced air and conductive fabric patient warming systems (see **Results**).

**Joint Sepsis Data**

Joint sepsis data was collected for all orthopedic operations performed at the hospital during the 2-year period prior to the study, with dates comprising 9/1/2008 to 9/1/2010. A transition in patient warming systems from forced air to conductive fabric was made in all four orthopedic theaters starting 3/1/2010 and ending 6/1/2010.

**Statistical Analysis**

A Poisson regression model was fitted to the hip arthroplasty data having the sum of bubble counts for each experimental run (5 pictures) as the response and the two factors identified in the experimental design as predictors (including interaction). Reported values are predicted means (± standard error of the mean) for experimental factor combinations. Wald tests were used for significance.

A logistic regression model was fitted to the joint sepsis data having infection as the response and the period (forced air, transition, and conductive fabric warming) as predictors. Reported values are predicted mean infection rates (± standard error of the mean) for each period. Wald tests were used for significance.

## Results

### Hip Arthroplasty:

The number of bubbles reaching the surgical site measured the degree to which patient warming excess heat mobilized resident under-drape air over the anesthesia screen and into the surgical site. Bubble counts per photograph (**Fig 4**) suggest that forced air warming generated sufficient excess heat to mobilize resident under-drape air over the anesthesia screen. In contrast, conductive fabric warming did not generate sufficient excess heat to have the same mobilizing effect. Further, surgical drape position appeared to have a large effect on resident under-drape air mobilization into the surgical site for forced air warming, with the half-drape configuration resulting in the largest degree of resident-air mobilization.

Differences in the sum of bubble counts for each experimental run (**Fig 5**) were significant between conductive fabric and forced air warming for the drape configurations of half-drape (0 versus 68, $p<0.001$) and laid-down (0 versus 3, $p=0.010$); differences for full-drape (0 versus 1, $p=0.283$) were insignificant. It was necessary to model the sum of bubble counts for statistical inference; otherwise observations would not be independent.

### Lower Lumbar Spinal:

Time-lapsed-photography showed forced air warming excess heat to generate hot-air convection currents that transported large quantities of floor-level resident air upwards and into the surgical site (**Fig 6**). These convection currents appeared to form in the space between the surgeon's body and the operating room table. In contrast, conductive fabric warming did not generate sufficient excess heat to establish such convection currents. Instead, with conductive fabric warming ventilation airflow patterns followed the intended path - downwards and away from the surgical site.

### Joint Sepsis Rates:

A 2-year observation of orthopedic infections revealed a significant reduction in joint sepsis rates for the period conductive fabric warming was in clinical use versus forced air

warming, with average infection rates of 0.0% (n=165) versus 3.0% (n=965), respectively (**Fig 7**). An exact p-value cannot be calculated for this comparison given that there were no infections during the conductive fabric warming period. There was a 3 month transition period where both patient warming devices were used in the orthopedic theaters having an infection rate of 3.7% (n=160), which was not significantly different from the infection rate of 3.0% during the forced air warming period (p=0.62).

## Discussion

This study compared the effects of two patient warming systems, forced air and conductive fabric, on ventilation performance in an ultra-clean operating theater during spinal and orthopedic procedures. Forced air warming excess heat was found to generate convection currents that disrupted clean-airflow patterns over the surgical site during both procedures. In contrast, conductive fabric warming released minimal excess heat and was shown to have no effect on ventilation performance in either procedure. The results also showed forced air warming excess heat to mobilize resident air from typically non-sterile areas (floor & under the anesthesia drape) into the surgical site, a finding that may have implications regarding surgical site sterility.

Perhaps the most striking finding was the detection of hot-air convection currents originating from where the "mass-flow" of hot air exhausted the forced air warming blanket: for the hip arthroplasty with upper-body warming, convection currents formed near the mannequin's head; for the spinal implant with lower-body warming, convection currents formed along the lower drape edge by the surgeon's legs. The formation of such convection currents may, at first, appear to be theoretically unsupported since forced air warming exhausts a heated airflow of only 40 cubic feet per minute into a ventilation environment having an airflow of 6000 cubic feet per minute. However, one must also consider the effects of surgical lighting, drapes, and personnel on ventilation performance, all of which create localized airflow disturbances that aid in convection current formation.

Deleted: ¶

Prior research in ultra-clean ventilation theaters has shown surgical lighting to be a significant source of ventilation disruption through the downstream wake and associated recirculation zone. In our study, the use of "bubbles" allowed us to visualize this recirculation zone, which was found to extend about 1 meter below the body of each surgical light. "Bubbles" and, thus, resident air reaching this zone tended to remain suspended in this vortex for some time. The presence of a raised anesthesia drape was shown to further magnify the size and effect of this vortex, for the drape blocked the natural passage of air out of the ventilation field and created a "still zone" adjacent to the vortex. Lastly, the presence of a surgeon or anesthesiologist near this "still zone" created an additional ventilation flow blockage resulting in a situation where even the slightest movements, ones that would not normally cause ventilation disruption, adversely impacted the natural airflow patterns over the surgical site.

Under these fragile conditions, the "mass-flow" of hot forced air warming exhaust was sufficiently buoyant to push upwards within these locally compromised ventilation regions. For the hip arthroplasty, the compromised region was along the backside of the anesthesia drape. For the lower lumbar spinal implant, the compromised region was the channel between the surgeon's body and operating table. Both compromised regions resulted from a combination of lights, drapes, and personnel forming a pocket having the following characteristics: the pocket 1) was sheltered from the downward ventilation airflows; 2) extended into the region where the "mass-flow" of forced air warming exhaust was being vented; and, 3) formed a path that terminated near the surgical site. Due to the reduced ventilation velocity within the pocket, hot-air convection currents were able to form and resulted in the transport of floor-level and under-drape air into the surgical site.

The clinical concern regarding the formation of such convection currents is two-fold. First, these currents oppose the natural clean-airflow patterns that are intended to sweep contaminants down and away from the surgical site. Thus, contaminants released in the vicinity of the surgical site are less likely to be cleared. Second, the upward mobilization of floor-level and under-drape air could potentially compromise the sterility of the

surgical site, since resident air from these locations is typically laden with pathogens shed from the surgical staff. Further, even small elevations in contaminant exposure could be of clinical significance given that airborne derived infection risks are exponentially magnified with implantable procedures. Empirical support for the concept that observed convection currents resulted in increased surgical site contaminant exposure can be found in the observed reduction in hospital arthroplasty infection rates when a switch from forced air to conductive fabric warming was implemented. However, this infection data is observational in nature and does not prove that such a relationship exists since we were unable to control for other infection reduction measures instituted by the hospital over the 2-year period.

Further, the present study is somewhat limited in that we assessed the movements of "bubbles" as a surrogate for the movement of pathogenic contaminants. Thus, the clinical relevance of our findings depend on two assumptions: 1) that floor-level and under-drape air is non-sterile; and 2) that airborne contaminant concentrations from these locations represent a significant infection risk relative to other contamination sources. Moreover, the entire field of prior research assessing forced air warming excess heat and changes in airborne pathogen levels during implantable procedures is limited to a single orthopedic study, in which forced air warming resulted in elevated microbial counts over the surgical site. However, the contamination increase was deemed to be far less than that resulting from personnel movements and such increases did not exceed recommended bacterial levels. Yet, it is unknown how these results translate over the range of implantable procedures. Even minor differences in factors such as surgical draping, procedural practices, and theater dress are likely to have large effects on both floor-level and under-drape contaminant levels and the dynamics of convection current formation.

Until the effects of forced air warming excess heat on ventilation disruption can be fully evaluated in regards to affecting the sterility of the surgical site, the use of air-free patient warming alternatives might be recommended for implant procedures carried out in ultra-clean theaters.



Figure 1:  Hip arthroplasty setup with upper-body warming, showing: surgical drape positions of laid-down (A), half-drape (B), and full-drape (C) and surgical site location (D)



Figure 2: Lower lumbar spinal implant setup with lower-body warming and full-drape, showing: surgical site location (A).



Figure 3: Definition of region where bubble counts were performed over the surgical site for hip arthroplasty with upper-body warming. A picture shows bubbles (white steaks) appearing in the photograph for the experimental setup of forced air warming and half-drape.



Figure 4: Bubble counts over the surgical site for each photograph (data is jittered to avoid overprinting). 5 photographs were taken for each experimental run.
Abbreviations: FAW, Forced Air Warming; CFW, Conductive Fabric Warming.



Figure 5:  Average bubble count for experimental runs when the bubble counts are summed over the 5 photographs (±Standard Error of the Mean).



Figure 6: Time-lapsed-photography of bubbles depicting airflow patterns for lower lumbar spinal implant procedure with: (A & B) Forced air warming with resulting convection currents annotated and (C) conductive fabric warming.

In © I'm standing further away from the table. I'm sure we saw the effect when I wasn't as far away, it could be argued that the effect is different because of surgeon proximity to table? Small point I know



Figure 7:  Infection data for n=1290 joint replacement cases with the outcome plotted on the right hand axis (data is jittered to avoid overprinting).  Average infection rates for each period (Forced air, Transition, or Conductive Fabric) are plotted on the left hand axis.  Standard error of the mean was estimated using logistic regression.

References

**Document Name:** Manuscript_Reed_5.docx

# Forced Air Warming and Ultra-Clean Ventilation Do Not Mix: The effect of excess vented heat on clean-airflow patterns.

**1. Mike Reed, MD**
   **Title:** Consultant Orthopaedic Surgeon
   **Affiliation:** Wansbeck General Hospital, Ashington, Northumberland, UK
   **Email:** mike.reed@nhs.net
   **Role:** This author helped design the study, conduct the study, analyze the data, and write the manuscript
   **Conflicts:** Mike Reed reported no conflicts of interest

**2. Paul D McGovern, BSc MBBS**
   **Title:** Specialty Registrar in Trauma and Orthopaedics
   **Affiliation:** Wansbeck General Hospital, Ashington, Northumberland, UK
   **Email:** pdmcgovern@gmail.com
   **Role:** This author helped design the study, conduct the study, analyze the data, and write the manuscript
   **Conflicts:** Paul D McGovern reported no conflicts of interest

**3. Kumar Belani, MBBS, MS**
   **Title:** Anaesthesiologist
   **Affiliation:** University of Minnesota
   **Email:** belan001@umn.edu
   **Role:** This author helped analyze the data and write the manuscript
   **Conflicts:** Kumar Belani reported no conflicts of interest

**4. Mark Albrecht, MBA, BSME**
   **Title:** Student in Masters Program
   **Affiliation:** School of Statistics, University of Minnesota, Minneapolis, Minnesota, USA
   **Email:** albre116@umn.edu
   **Role:** This author helped design the study, conduct the study, analyze the data, and write the manuscript
   **Conflicts:** Mark Albrecht worked for Augustine Temperature Management and received research funding from Augustine Temperature Management

**5. Christopher Nachtsheim, PhD**
   **Title:** Frank A. Donaldson Chair of Operations Management
   **Affiliation:** Carlson School of Management, University of Minnesota, Minneapolis, Minnesota, USA
   **Email:** nacht001@umn.edu
   **Role:** This author helped analyze the data and write the manuscript
   **Conflicts:** Christopher Nachtsheim consulted for Augustine Temperature Management

Correspondence to:   Mark Albrecht; albre116@umn.edu

Key words: surgical site infection, forced air warming, laminar air flow, ultra clean ventilation, operating room environmental contamination, operating room ventilation, patient warming.

## Abstract

**Introduction:** Ultra-clean ventilation is designed to protect the surgical site from airborne pathogens. However, ventilation performance is fragile and depends critically on airflow volumes and temperature gradients. Patient warming systems represent a disruption risk via the excess heat they release. Therefore, we compared the effects of two patient warming systems – (1) conductive fabric and (2) forced air – on clean-airflow patterns over the surgical site during orthopedic and spinal implant procedures.

**Methods:** A mannequin was draped for (1) a hip prosthesis and (2) a lower lumbar spinal implant in a partial-walled ultra-clean theater. Neutral buoyancy detergent bubbles were released under the anesthesia drape and at floor level to visualize air-currents and assess the mobilization of resident air into the clean-airflow over the surgical site. For the hip prosthesis, a randomized design assessed the effects upper-body warming system and anesthesia drape height on bubbles reaching the surgical site. For the spinal, the effect of lower-body warming system was assessed with time-lapsed-photography of bubbles. Lastly, joint sepsis rates were tracked for a 2 year period over which a change from forced air to conductive fabric was implemented.

**Results:** For the hip prosthesis, bubble counts were significantly higher for forced air than conductive fabric for laid-down (3 versus 0; p=0.010) and half-height (68 versus 0; p<0.001) anesthesia draping; differences for full-height draping were insignificant (1 versus 0; p=0.283). For the spinal, time-lapsed-photography showed forced air to establish upwards convection currents that transported floor air into the surgical site; this convection current was not present with conductive fabric. Joint sepsis infection rates were reduced after the implementation of conductive fabric warming (0% for n=161) versus prior rates with forced air (3.0% for n=936).

**Conclusion:** Excess heat from forced air warming disrupted clean-airflow patterns over the surgical site and generated upward convection currents, which transported non-sterile air from the floor and the anesthesia side of the drape into the surgical site; conductive fabric warming had no such effects. Observation of joint sepsis rates suggests an empirical reduction in infection with conductive fabric warming in orthopedics.

**Number of words**: 339

## Introduction

Although most famously remembered for pioneering the hip arthroplasty, Sir John Charnley was among the first to recognize the critical role of operating theater (OT) ventilation in preventing joint sepsis. Charnley postulated that the "surgical implant might provide a nidus for the growth of airborne bacteria which ordinarily are accepted as non-pathogenic."[1] Research efforts confirmed Charnley's insights through animal studies[2] and a national clinical trial involving over 8000 operations that demonstrated the efficacy of clean air for the reduction of arthroplasty infection rates.[3] As such, ultra-clean ventilation became the standard for orthopedic procedures. Ultra-clean ventilation protects the surgical site from airborne contamination through the constant delivery of a downward uniform velocity (0.3 to 0.5 m/s) highly filtered (>99.997%) airflow.[4] However, the performance of ultra-clean ventilation depends critically on air-flow volumes and proper temperature gradients, the latter of which may be disrupted by excess heat released from patient warming devices.

The vented airflow from forced air warming is released at 43°C, which is often 20°C above ambient OT conditions.[5,6] The release of such thermal energy has the potential to establish temperature gradients that impede the downward velocity of the OT ventilation airflows. Further, reductions in downward flow velocity have been shown to increase contaminant entrainment into the surgical site.[7] Moreover, the release of excess heat may generate convection currents that rise against the downward airflows and mobilize non-sterile floor-level air into the surgical site.

Air-free alternatives, such as conductive fabric warming, have been developed that are comparably effective to forced air for the prevention of surgical hypothermia.[8-14] These alternatives have much higher thermal efficiencies than forced air warming and, therefore, release only a fraction of the excess heat.[6] As such, there is a need to critically assess the impact of forced air warming versus air-free alternatives on ultra-clean ventilation performance. Specifically, we compared the effects of (1) conductive fabric and (2) forced air warming on clean-airflow patterns over the surgical site in a partial-walled ultra-clean OT during two procedures representing the variety of implantable

operations typically encountered:  1) a hip arthroplasty with upper-body warming, and 2) a lower lumbar spinal with lower-body warming.  Ventilation airflow patterns were visualized using neutrally buoyant detergent bubbles and observational data on joint sepsis rates were compared for the period each warming device was in clinical use.

## Methods

### Ultra-Clean Operating Theater Characteristics:

Experiments were carried out in a partial-walled ultra-clean OT (ExFlow 90, Howorth, United Kingdom) used for orthopedic and spinal surgery at Wansbeck Hospital (Ashington, United Kingdom). Validation and verification checks per HTM 2025 showed the OT airflows to be within specification and having a mean velocity of 0.44 m/s two-meters off the floor, which is above the threshold required by the standards (0.38 m/s). However, a slight airflow imbalance was detected during validation testing due to the location of the theater prep room that affected the results of a single particle entrainment test; entrainment values were 12% at that location, which marginally exceeded the recommended threshold of 10%. This slight discrepancy was unlikely to have any effect on the results of the study. Further, smoke testing detected normal airflow patterns under the canopy and the OT passed microbial contamination testing.

### Airflow Visualization Procedures:

High intensity lighting was used to illuminate neutrally buoyant detergent bubbles having a 4 mm average diameter (referred to herein as "bubbles"). "Bubbles" were produced by a bubble generator (Sage Action, Ithaca, NY), which utilized a helium-mixed air supply, detergent, and centripetal bubble size classification filter. The bubble generator is specifically designed and validated for the visualization of air currents.[15] For photography, a digital camera (500D, Canon, Surrey, UK) was employed and shutter exposure time was set to ¼ of a second for time-lapsed-photography.

### Experimental Setup: Hip Arthroplasty

A mannequin was laid in the supine position on an operating table and draped with a 3-piece orthopedic kit (Molnlycke Health Care, Manchester, UK) in accordance with standard protocols (**Fig 1**). A surgeon, dressed in occlusive clothing with head gear (T4, Stryker, Kalamazoo, MI), and an anesthesiologist stood motionless in front of the surgical site and behind the anesthesia screen. At the head of the operating table, the surgical drape was either: 1) clipped to the ceiling to create a barrier between the surgical site and anesthesia area (full-drape); 2) clipped to IV poles and raised 0.75 meters above

the operating table (half-drape); or 3) laid-down over the mannequin's head (laid-down). The experimental upper-body warming treatment was introduced under the drape and was either: 1) a torso forced air blanket (Bair Hugger Model 540, Arizant Healthcare, Eden Prairie, MN); or 2) a torso conductive fabric blanket (Hot Dog Model B110, Augustine Temperature Management, Eden Prairie, MN). The blankets were powered by standard controllers (conductive fabric - Model WC02, Augustine Temperature Management; forced air - Model 750, Arizant Healthcare). "Bubbles" were introduced at the neck of the mannequin to track under-drape resident air movements in the region where the excess patient warming heat was being released.

**Experimental Setup:  Lower lumbar spinal**

The same mannequin was laid in the prone position on the operating table and four drapes were arranged in a "square" configuration (Molnlycke Health Care) with the anesthesia screen at full-height in accordance with standard protocols (**Fig 2**). A single surgeon stood motionless next to the surgical site for all experiments. The experimental lower-body warming treatment was introduced under the drape and was either: 1) a lower-body forced air blanket (Bair Hugger Model 525, Arizant Healthcare); or 2) a lower-body conductive fabric blanket (Hot Dog Model B103, Augustine Temperature Management). The blankets were powered by the same controllers as listed above. "Bubbles" were introduced at floor level between the surgeon's body and the operating room table in the region where the patient warming excess heat was being released.

**Sampling Procedures**

*Hip Arthroplasty*:  Bubble counts over the surgical site were measured for each experimental treatment using a sequence of 5 photographs taken at 10 second intervals. The number of bubbles reaching the surgical site was determined by counting the number of bubbles in a 0.5 by 0.5 meter region over the surgical site in each photograph (**Fig 3**). *Lower Lumbar Spinal*:  Time-lapsed-photography was chosen over the use of bubble counts to show differences in ventilation performance between patient warming systems given the significant change in observed surgical site airflow patterns (see **Results**).

**Experimental Design**

*Hip Arthroplasty:* A replicated (n=2) $3^1 2^1$ full factorial design was employed to assess changes in bubble counts over the surgical site. The experimental factors considered were: 1) anesthesia screen: laid-down, half-screen, or full-screen; and 2) patient warming device: conductive fabric or forced air.

*Lower Lumbar Spinal:* No design was employed or necessary to demonstrate the difference in ventilation performance between forced air and conductive fabric patient warming systems (see **Results**).

**Joint Sepsis Data**

Joint sepsis data was collected for all orthopedic operations performed at the hospital during the 2-year period prior to the study, with dates comprising 9/1/2008 to 9/1/2010. A transition in patient warming systems from forced air to conductive fabric was made in all four orthopedic theaters starting 3/1/2010 and ending 6/1/2010.

**Statistical Analysis**

A Poisson regression model was fitted to the hip arthroplasty data having the sum of bubble counts for each experimental run (5 pictures) as the response and the two factors identified in the experimental design as predictors (including interaction). Reported values are predicted means (± standard error of the mean) for experimental factor combinations. Wald tests were used for significance.

A logistic regression model was fitted to the joint sepsis data having infection as the response and the period (forced air, transition, and conductive fabric warming) as predictors. Reported values are predicted mean infection rates (± standard error of the mean) for each period. Wald tests were used for significance.

## Results

### Hip Arthroplasty:

The number of bubbles reaching the surgical site measured the degree to which patient warming excess heat mobilized resident under-drape air over the anesthesia screen and into the surgical site. Bubble counts per photograph (**Fig 4**) suggest that forced air warming generated sufficient excess heat to mobilize resident under-drape air over the anesthesia screen. In contrast, conductive fabric warming did not generate sufficient excess heat to have the same mobilizing effect. Further, surgical drape position appeared to have a large effect on resident under-drape air mobilization into the surgical site for forced air warming, with the half-drape configuration resulting in the largest degree of resident-air mobilization.

Differences in the sum of bubble counts for each experimental run (**Fig 5**) were significant between conductive fabric and forced air warming for the drape configurations of half-drape (0 versus 68, p<0.001) and laid-down (0 versus 3, p=0.010); differences for full-drape (0 versus 1, p=0.283) were insignificant. It was necessary to model the sum of bubble counts for statistical inference; otherwise observations would not be independent.

### Lower Lumbar Spinal:

Time-lapsed-photography showed forced air warming excess heat to generate hot-air convection currents that transported large quantities of floor-level resident air upwards and into the surgical site (**Fig 6**). These convection currents appeared to form in the space between the surgeon's body and the operating room table. In contrast, conductive fabric warming did not generate sufficient excess heat to establish such convection currents. Instead, with conductive fabric warming ventilation airflow patterns followed the intended path - downwards and away from the surgical site.

### Joint Sepsis Rates:

A 2-year observation of orthopedic infections revealed a significant reduction (p=0.007) in joint sepsis rates for the period conductive fabric warming was in clinical use versus

forced air warming, with average infection rates of 0.0% (n=165) versus 3.0% (n=965), respectively (**Fig 7**). The reported p-value is the probability of observing 0 infections in 165 cases given a 3.0% infection rate and a binomial distribution, since model asymptotics are unstable in the region where p≈0. There was a 3 month transition period where both patient warming devices were used in the orthopedic theaters having an infection rate of 3.7% (n=160), which was not significantly different from the infection rate of 3.0% during the forced air warming period (p=0.62).

## Discussion

This study compared the effects of two patient warming systems, forced air and conductive fabric, on ventilation performance in an ultra-clean operating theater during spinal and orthopedic procedures. Forced air warming excess heat was found to generate convection currents that disrupted clean-airflow patterns over the surgical site during both procedures. In contrast, conductive fabric warming released minimal excess heat and was shown to have no effect on ventilation performance in either procedure. The results also showed forced air warming excess heat to mobilize resident air from typically non-sterile areas (floor & under the anesthesia drape) into the surgical site, a finding that may have implications regarding surgical site sterility.

Perhaps the most striking finding was the detection of hot-air convection currents originating from where the "mass-flow" of hot air exhausted the forced air warming blanket: for the hip arthroplasty with upper-body warming, convection currents formed near the mannequin's head; for the spinal implant with lower-body warming, convection currents formed along the lower drape edge by the surgeon's legs. The formation of such convection currents may, at first, appear to be theoretically unsupported since forced air warming exhausts a heated airflow of only 40 cubic feet per minute into a ventilation environment having an airflow of 6000 cubic feet per minute.[16] However, one must also consider the effects of surgical lighting, drapes, and personnel on ventilation performance, all of which create localized airflow disturbances that aid in convection current formation.

Prior research in ultra-clean ventilation theaters has shown surgical lighting to be a significant source of ventilation disruption through the downstream wake and associated recirculation zone.[15] In our study, the use of "bubbles" allowed us to visualize this recirculation zone, which was found to extend about 1 meter below the body of each surgical light. "Bubbles" and, thus, resident air reaching this zone tended to remain suspended in this vortex for some time. The presence of a raised anesthesia drape was shown to further magnify the size and effect of this vortex, for the drape blocked the natural passage of air out of the ventilation field and created a "still zone" adjacent to the vortex. Lastly, the presence of a surgeon or anesthesiologist near this "still zone" created an additional ventilation flow blockage[17] resulting in a situation where even the slightest movements, ones that would not normally cause ventilation disruption, adversely impacted the natural airflow patterns over the surgical site.

Under these fragile conditions, the "mass-flow" of hot forced air warming exhaust was sufficiently buoyant to push upwards within these locally compromised ventilation regions. For the hip arthroplasty, the compromised region was along the backside of the anesthesia drape. For the lower lumbar spinal implant, the compromised region was the channel between the surgeon's body and operating table. Both compromised regions resulted from a combination of lights, drapes, and personnel forming a pocket having the following characteristics: the pocket 1) was sheltered from the downward ventilation airflows; 2) extended into the region where the "mass-flow" of forced air warming exhaust was being vented; and, 3) formed a path that terminated near the surgical site. Due to the reduced ventilation velocity within the pocket, hot-air convection currents were able to form and resulted in the transport of floor-level and under-drape air into the surgical site.

The clinical concern regarding the formation of such convection currents is two-fold. First, these currents oppose the natural clean-airflow patterns that are intended to sweep contaminants down and away from the surgical site.[18] Thus, contaminants released in the vicinity of the surgical site are less likely to be cleared. Second, the upward mobilization of floor-level and under-drape air could potentially compromise the sterility of the

surgical site, since resident air from these locations is typically laden with pathogens shed from the surgical staff.[19] Further, even small elevations in contaminant exposure could be of clinical significance given that airborne derived infection risks are exponentially magnified with implantable procedures.[20] Empirical support for the concept that observed convection currents resulted in increased surgical site contaminant exposure can be found in the observed reduction in hospital arthroplasty infection rates when a switch from forced air to conductive fabric warming was implemented. However, this infection data is observational in nature and does not prove that such a relationship exists since we were unable to control for other infection reduction measures instituted by the hospital over the 2-year period.

Further, the present study is somewhat limited in that we assessed the movements of "bubbles" as a surrogate for the movement of pathogenic contaminants. Thus, the clinical relevance of our findings depend on two assumptions: 1) that floor-level and under-drape air is non-sterile; and 2) that airborne contaminant concentrations from these locations represent a significant infection risk relative to other contamination sources. Moreover, the entire field of prior research assessing forced air warming excess heat and changes in airborne pathogen levels during implantable procedures is limited to a single orthopedic study, in which forced air warming resulted in elevated microbial counts over the surgical site.[21] However, the contamination increase was deemed to be far less than that resulting from personnel movements and such increases did not exceed recommended bacterial levels. Yet, it is unknown how these results translate over the range of implantable procedures. Even minor differences in factors such as surgical draping, procedural practices, and theater dress are likely to have large effects on both floor-level and under-drape contaminant levels and the dynamics of convection current formation.

Until the effects of forced air warming excess heat on ventilation disruption can be fully evaluated in regards to affecting the sterility of the surgical site, the use of air-free patient warming alternatives might be recommended for implant procedures carried out in ultra-clean theaters.



Figure 1:  Hip arthroplasty setup with upper-body warming, showing: surgical drape positions of laid-down (A), half-drape (B), and full-drape (C) and surgical site location (D)



Figure 2:  Lower lumbar spinal implant setup with lower-body warming and full-drape, showing: surgical site location (A).



Figure 3:  Definition of region where bubble counts were performed over the surgical site for hip arthroplasty with upper-body warming.  A picture shows bubbles (white steaks) appearing in the photograph for the experimental setup of forced air warming and half-drape.



Figure 4: Bubble counts over the surgical site for each photograph (data is jittered to avoid overprinting). 5 photographs were taken for each experimental run.
Abbreviations: FAW, Forced Air Warming; CFW, Conductive Fabric Warming.



Figure 5: Average bubble count for experimental runs when the bubble counts are summed over the 5 photographs (±Standard Error of the Mean).



Figure 6:  Time-lapsed-photography of bubbles depicting airflow patterns for lower lumbar spinal implant procedure with:  (A & B) Forced air warming with resulting convection currents annotated and (C) conductive fabric warming.



Figure 7:  Infection data for n=1290 joint replacement cases with the outcome plotted on the right hand axis (data is jittered to avoid overprinting).  Average infection rates for each period (Forced air, Transition, or Conductive Fabric) are plotted on the left hand axis.  Standard error of the mean was estimated using logistic regression.

# References

1. Lidwell OM. Clean air at operation and subsequent sepsis in the joint. Clin. Orthop. Relat. Res. 1986 Oct;(211):91-102.

2. Petty W, Spanier S, Shuster JJ, Silverthorne C. The influence of skeletal implants on incidence of infection. Experiments in a canine model. J Bone Joint Surg Am. 1985 Oct;67(8):1236-1244.

3. Lidwell OM, Elson RA, Lowbury EJ, Whyte W, Blowers R, Stanley SJ, et al. Ultraclean air and antibiotics for prevention of postoperative infection. A multicenter study of 8,052 joint replacement operations. Acta Orthop Scand. 1987 Feb;58(1):4-13.

4. Mangram AJ, Horan TC, Pearson ML, Silver LC, Jarvis WR. Guideline for Prevention of Surgical Site Infection, 1999. Centers for Disease Control and Prevention (CDC) Hospital Infection Control Practices Advisory Committee. Am J Infect Control. 1999 Apr;27(2):97-132; quiz 133-134; discussion 96.

5. Bair Hugger® Therapy - Warming Units & Accessories [Internet]. [cited 2011 Jan 13];Available from: http://www.arizant.com/us/bairhuggertherapy/warmingunits

6. Bayazit Y, Sparrow EM. Energy efficiency comparison of forced-air versus resistance heating devices for perioperative hypothermia management. Energy. 2010 Mar;35(3):1211-1215.

7. Chow TT, Yang XY. Ventilation performance in the operating theatre against airborne infection: numerical study on an ultra-clean system. J. Hosp. Infect. 2005 Feb;59(2):138-147.

8. Wong PF, Kumar S, Leaper DJ. Systemic warming as an adjunct to resuscitation in peritonitis: a pilot, randomized controlled trial. Surg Infect (Larchmt). 2007 Jun;8(3):387-395.

9. Wong PF, Kumar S, Bohra A, Whetter D, Leaper DJ. Randomized clinical trial of perioperative systemic warming in major elective abdominal surgery. Br J Surg. 2007 Apr;94(4):421-426.

10. Ng V, Lai A, Ho V. Comparison of forced-air warming and electric heating pad for maintenance of body temperature during total knee replacement. Anaesthesia. 2006 Nov;61(11):1100-1104.

11. Janke EL, Pilkington SN, Smith DC. Evaluation of two warming systems after cardiopulmonary bypass. Br J Anaesth. 1996 Aug;77(2):268-270.

12. Kimberger O, Held C, Stadelmann K, Mayer N, Hunkeler C, Sessler DI, et al.

Resistive polymer versus forced-air warming: comparable heat transfer and core rewarming rates in volunteers. Anesth. Analg. 2008 Nov;107(5):1621-1626.

13. Negishi C, Hasegawa K, Mukai S, Nakagawa F, Ozaki M, Sessler DI. Resistive-heating and forced-air warming are comparably effective. Anesth. Analg. 2003 Jun;96(6):1683-1687, table of contents.

14. Matsuzaki Y, Matsukawa T, Ohki K, Yamamoto Y, Nakamura M, Oshibuchi T. Warming by resistive heating maintains perioperative normothermia as well as forced air heating. Br J Anaesth. 2003 May;90(5):689-691.

15. Whyte W, Shaw BH. The effect of obstructions and thermals in laminar-flow systems. J Hyg (Lond). 1974 Jun;72(3):415-423.

16. Friberg B. Ultraclean Laminar Airflow ORs. AORN. 1998 Apr;67(4):841-851.

17. Brohus H, Balling KD, Jeppesen D. Influence of movements on contaminant transport in an operating room. Indoor Air. 2006 Oct;16(5):356-372.

18. Chow TT, Yang XY. Ventilation performance in operating theatres against airborne infection: review of research activities and practical guidance. J. Hosp. Infect. 2004 Feb;56(2):85-92.

19. Whyte W, Vesley D, Hodgson R. Bacterial dispersion in relation to operating room clothing. J Hyg (Lond). 1976 Jun;76(3):367-378.

20. Lidwell OM. Air, antibiotics and sepsis in replacement joints. J. Hosp. Infect. 1988 May;11 Suppl C:18-40.

21. Tumia N, Ashcroft GP. Convection warmers--a possible source of contamination in laminar airflow operating theatres? J. Hosp. Infect. 2002 Nov;52(3):171-174.

**Document Name:** Manuscript_Reed_6.docx

# Forced Air Warming and Ultra-Clean Ventilation Do Not Mix:  The effect of excess vented heat on clean-airflow patterns.

1. **Paul D McGovern, BSc MBBS**
   **Title:** Specialty Registrar in Trauma and Orthopaedics
   **Affiliation:** Wansbeck General Hospital, Ashington, Northumberland, UK
   **Email:** pdmcgovern@gmail.com
   **Role:** This author helped design the study, conduct the study, analyze the data, and write the manuscript
   **Conflicts:** Paul D McGovern reported no conflicts of interest

2. **Mark Albrecht, MBA, BSME**
   **Title:** Student in Masters Program
   **Affiliation:** School of Statistics, University of Minnesota, Minneapolis, Minnesota, USA
   **Email:** albre116@umn.edu
   **Role:** This author helped design the study, conduct the study, analyze the data, and write the manuscript
   **Conflicts:** Mark Albrecht received research funding from Augustine Temperature Management

3. **Kumar Belani, MBBS, MS**
   **Title:** Anaesthesiologist
   **Affiliation:** University of Minnesota
   **Email:** belan001@umn.edu
   **Role:** This author helped analyze the data and write the manuscript
   **Conflicts:** Kumar Belani reported no conflicts of interest

4. **Christopher Nachtsheim, PhD**
   **Title:** Frank A. Donaldson Chair of Operations Management
   **Affiliation:** Carlson School of Management, University of Minnesota, Minneapolis, Minnesota, USA
   **Email:** nacht001@umn.edu
   **Role:** This author helped analyze the data and write the manuscript
   **Conflicts:** Christopher Nachtsheim consulted for Augustine Temperature Management

5. **Mike Reed, MD FRCS (T+O)**
   **Title:** Consultant Orthopaedic Surgeon
   **Affiliation:** Wansbeck General Hospital, Ashington, Northumberland, NE63 9JJ, UK
   **Email:** mike.reed@nhs.net
   **Role:** This author helped design the study, conduct the study, analyze the data, and

write the manuscript
**Conflicts:** Mike Reed reported no conflicts of interest

Correspondence to:   Mark Albrecht; albre116@umn.edu

Key words: surgical site infection, forced air warming, laminar air flow, ultra clean ventilation, operating room environmental contamination, operating room ventilation, patient warming, hip replacement, knee replacement, arthroplasty.

## Abstract

**Introduction:** Ultra-clean ventilation is designed to protect the surgical site from airborne pathogens. However, ventilation performance is fragile and depends critically on airflow volumes and temperature gradients. Patient warming systems represent a disruption risk via the excess heat they release. Therefore, we compared the effects of two patient warming systems – (1) conductive fabric and (2) forced air – on clean-airflow patterns over the surgical site during simulated hip replacement and spinal procedures.

**Methods:** A mannequin was draped for (1) a hip replacement and (2) a lumbar spinal implant in a partial-walled ultra-clean theatre. Neutral buoyancy detergent bubbles were released under the anaesthesia drape and at floor level to visualize air-currents and assess the mobilization of resident air into the clean-airflow over the surgical site. For the hip replacement, a randomized design assessed the effects upper-body warming system and anaesthesia drape height on bubbles reaching the surgical site. For the spinal surgery, the effect of the lower-body warming system was assessed with time-lapsed-photography of bubbles. Lastly, joint sepsis rates were tracked for a 2 year period over which a change from forced air to conductive fabric was implemented.

**Results:** For the hip replacement, bubble counts were significantly higher for forced air than conductive fabric for laid-down (3 versus 0; p=0.010) and half-height (68 versus 0; p<0.001) anaesthesia draping; differences for full-height draping were insignificant (1 versus 0; p=0.283). For the spinal surgery, time-lapsed-photography showed forced air to establish upwards convection currents that transported floor air into the surgical site; this convection current was not present with conductive fabric. Joint sepsis infection rates were reduced after the implementation of conductive fabric warming (0% for n=161) versus prior rates with forced air (3.0% for n=936).

**Conclusion:** Excess heat from forced air warming disrupted clean-airflow patterns over the surgical site and generated upward convection currents, which transported non-sterile air from the floor and the anaesthesia side of the drape into the surgical site; conductive fabric warming had no such effects. Observation of joint sepsis rates suggests an empirical reduction in infection with conductive fabric warming in orthopaedics.

**Number of words:** 339

## Introduction

Although most famously remembered for pioneering the hip arthroplasty, Sir John Charnley was among the first to recognize the critical role of operating theatre (OT) ventilation in preventing joint sepsis. Charnley postulated that the "surgical implant might provide a nidus for the growth of airborne bacteria which ordinarily are accepted as non-pathogenic."[1]  Research efforts confirmed Charnley's insights through animal studies[2] and a national clinical trial involving over 8000 operations demonstrating the efficacy of clean air for the reduction of arthroplasty infection rates.[3]  As such, ultra-clean ventilation became the standard for orthopaedic procedures.  Ultra-clean ventilation protects the surgical site from airborne contamination through the constant delivery of a downward uniform velocity (0.3 to 0.5 m/s) highly filtered (>99.997%) airflow.[4] However, the performance of ultra-clean ventilation depends critically on air-flow volumes and proper temperature gradients, the latter of which may be disrupted by excess heat released from patient warming devices.

The vented airflow from forced air warming is released at 43°C, which is often 20°C above ambient OT conditions.[5,6]  The release of such thermal energy has the potential to establish temperature gradients that impede the downward velocity of the OT ventilation airflows.  Further, reductions in downward flow velocity have been shown to increase contaminant entrainment into the surgical site.[7]  Moreover, the release of excess heat may generate convection currents that rise against the downward airflows and mobilize non-sterile floor-level air into the surgical site.

Air-free alternatives, such as conductive fabric warming, have been developed that are comparably effective to forced air for the prevention of surgical hypothermia.[8-14]  These alternatives have much higher thermal efficiencies than forced air warming and, therefore, release only a fraction of the excess heat.[6]  As such, there is a need to critically assess the impact of forced air warming versus air-free alternatives on ultra-clean ventilation performance.  Specifically, we compared the effects of (1) conductive fabric and (2) forced air warming on clean-airflow patterns over the surgical site in a partial-walled ultra-clean OT during two procedures representing the variety of implantable

operations typically encountered:  1) a hip replacement with upper-body warming, and 2) a lumbar spinal surgery with lower-body warming.  Ventilation airflow patterns were visualized using neutrally buoyant detergent bubbles and observational data on joint sepsis rates were compared for the period each warming device was in clinical use.

Methods

**Ultra-Clean Operating Theatre Characteristics:**

Experiments were carried out in a partial-walled ultra-clean OT (ExFlow 90, Howorth, United Kingdom) used for orthopaedic and spinal surgery in the United Kingdom. Validation and verification checks per HTM 2025 showed the OT airflows to be within specification and having a mean velocity of 0.44 m/s two-meters off the floor, which is above the threshold required by the standards (0.38 m/s). However, a slight airflow imbalance was detected during validation testing due to the location of the theatre prep room that affected the results of a single particle entrainment test; entrainment values were 12% at that location, which marginally exceeded the recommended threshold of 10%. This slight discrepancy was unlikely to have any effect on the results of the study. Further, smoke testing detected normal airflow patterns under the canopy and the OT passed microbial contamination testing.

**Airflow Visualization Procedures:**

High intensity lighting was used to illuminate neutrally buoyant detergent bubbles having a 4 mm average diameter (referred to herein as "bubbles"). "Bubbles" were produced by a bubble generator (Sage Action, Ithaca, NY), which utilized a helium-mixed air supply, detergent, and centripetal bubble size classification filter. The bubble generator is specifically designed and validated for the visualization of air currents.[15] For photography, a digital camera (500D, Canon, Surrey, UK) was employed and shutter exposure time was set to ¼ of a second for time-lapsed-photography.

**Experimental Setup:  Hip Replacement**

A mannequin was laid in the lateral position on an operating table and draped with a 3-piece orthopaedic kit (Molnlycke Health Care, Manchester, UK) in accordance with standard protocols (**Fig 1**). A surgeon, dressed in occlusive clothing with head gear (T4, Stryker, Kalamazoo, MI), and an anaesthesiologist stood motionless in front of the surgical site and behind the anaesthesia screen. At the head of the operating table, the surgical drape was either: 1) clipped to the ceiling to create a barrier between the surgical site and anaesthesia area (full-drape); 2) clipped to IV poles and raised 0.75 meters above

the operating table (half-drape); or 3) laid-down over the mannequin's head (laid-down). The experimental upper-body warming treatment was introduced under the drape and was either: 1) a torso forced air blanket (Bair Hugger Model 540, Arizant Healthcare, Eden Prairie, MN); or 2) a torso conductive fabric blanket (Hot Dog Model B110, Augustine Temperature Management, Eden Prairie, MN). The blankets were powered by standard controllers set to 43°C (conductive fabric - Model WC02, Augustine Temperature Management; forced air - Model 750, Arizant Healthcare). "Bubbles" were introduced at the neck of the mannequin to track under-drape resident air movements in the region where the excess patient warming heat was being released.

### Experimental Setup: Lumbar Spinal Procedure

The same mannequin was laid in the prone position on the operating table and four drapes were arranged in a "square" configuration (Molnlycke Health Care) with the anaesthesia screen at full-height in accordance with standard protocols (**Fig 2**). A single surgeon stood motionless next to the surgical site for all experiments. The experimental lower-body warming treatment was introduced under the drape and was either: 1) a lower-body forced air blanket (Bair Hugger Model 525, Arizant Healthcare); or 2) a lower-body conductive fabric blanket (Hot Dog Model B103, Augustine Temperature Management). The blankets were powered by the same controllers as listed above set to 43°C. "Bubbles" were introduced at floor level between the surgeon's body and the operating room table in the region where the patient warming excess heat was being released.

### Sampling Procedures

*Hip Replacement*: Bubble counts over the surgical site were measured for each experimental treatment using a sequence of 5 photographs taken at 10 second intervals. The number of bubbles reaching the surgical site was determined by counting the number of bubbles in a 0.5 by 0.5 meter region over the surgical site in each photograph (**Fig 3**). *Lumbar Spinal Procedure*: Time-lapsed-photography was chosen over the use of bubble counts to show differences in ventilation performance between patient warming systems given the significant change in observed surgical site airflow patterns (see **Results**).

**Experimental Design**

*Hip Arthroplasty:* A replicated (n=2) $3^12^1$ full factorial design was employed to assess changes in bubble counts over the surgical site. The experimental factors considered were: 1) anaesthesia screen: laid-down, half-screen, or full-screen; and 2) patient warming device: conductive fabric or forced air.

*Lumbar Spinal Procedure:* No design was employed or necessary to demonstrate the difference in ventilation performance between forced air and conductive fabric patient warming systems (see **Results**).

**Joint Sepsis Data**

Joint sepsis data was collected for primary hip and knee replacement procedures performed at the hospital during the 2-year period prior to the study, with dates comprising 9/1/2008 to 9/1/2010. Infection was diagnosed by full time surgical site infection nurses according to UK health protection agency criteria for deep surgical site infection.[16] A transition in patient warming systems from forced air to conductive fabric was made in all four orthopaedic theatres starting 3/1/2010 and ending 6/1/2010.

**Statistical Analysis**

A Poisson regression model was fitted to the hip replacement data having the sum of bubble counts for each experimental run (5 pictures) as the response and the two factors identified in the experimental design as predictors (including interaction). Reported values are predicted means ($\pm$ standard error of the mean) for experimental factor combinations. Wald tests were used for significance.

A logistic regression model was fitted to the joint sepsis data having infection as the response and the period (forced air, transition, and conductive fabric warming) as predictors. Reported values are predicted mean infection rates ($\pm$ standard error of the mean) for each period. Wald tests were used for significance.

## Results

### Hip Replacement:

The number of bubbles reaching the surgical site measured the degree to which patient warming excess heat mobilized resident under-drape air over the anaesthesia screen and into the surgical site. Bubble counts per photograph (**Fig 4**) suggest that forced air warming generated sufficient excess heat to mobilize resident under-drape air over the anaesthesia screen. In contrast, conductive fabric warming did not generate sufficient excess heat to have the same mobilizing effect. Further, surgical drape position appeared to have a large effect on resident under-drape air mobilization into the surgical site for forced air warming, with the half-drape configuration resulting in the largest degree of resident-air mobilization.

Differences in the sum of bubble counts for each experimental run (**Fig 5**) were significant between conductive fabric and forced air warming for the drape configurations of half-drape (0 versus 68, p<0.001) and laid-down (0 versus 3, p=0.010); differences for full-drape (0 versus 1, p=0.283) were insignificant. It was necessary to model the sum of bubble counts for statistical inference; otherwise observations would not be independent.

### Lumbar Spinal Procedure:

Time-lapsed-photography showed forced air warming excess heat to generate hot-air convection currents that transported large quantities of floor-level resident air upwards and into the surgical site (**Fig 6**). These convection currents appeared to form in the space between the surgeon's body and the operating room table. In contrast, conductive fabric warming did not generate sufficient excess heat to establish such convection currents. Instead, with conductive fabric warming ventilation airflow patterns followed the intended path - downwards and away from the surgical site.

### Joint Sepsis Rates:

A 2-year observation of deep infection in joint replacement revealed a significant reduction (p=0.007) in joint sepsis rates for the period conductive fabric warming was in

clinical use versus forced air warming, with average infection rates of 0.0% (n=165) versus 3.0% (n=965), respectively (**Fig 7**). The reported p-value is the probability of observing 0 infections in 165 cases given a 3.0% infection rate and a binomial distribution, since model asymptotics are unstable in the region where p≈0. There was a 3 month transition period where both patient warming devices were used in the orthopaedic theatres having an infection rate of 3.7% (n=160), which was not significantly different from the infection rate of 3.0% during the forced air warming period (p=0.62). It should be noted that changes to both antibiotic regimes and thromboprophylaxis were made over this period and, thus, may be confounding factors.[17]

## Discussion

This study compared the effects of two patient warming systems, forced air and conductive fabric, on ventilation performance in an ultra-clean operating theatre during hip replacement and spinal procedures. Forced air warming excess heat was found to generate convection currents that disrupted clean-airflow patterns over the surgical site during both procedures. In contrast, conductive fabric warming released minimal excess heat and was shown to have no effect on ventilation performance in either procedure. The results also showed forced air warming excess heat to mobilize resident air from typically non-sterile areas (floor & under the anaesthesia drape) into the surgical site, a finding that may have implications regarding surgical site sterility.

Perhaps the most striking finding was the detection of hot-air convection currents originating from where the "mass-flow" of hot air exhausted the forced air warming blanket: for the hip replacement with upper-body warming, convection currents formed near the mannequin's head; for the spinal implant with lower-body warming, convection currents formed along the lower drape edge by the surgeon's legs. The formation of such convection currents may, at first, appear to be theoretically unsupported since forced air warming exhausts a heated airflow of only 40 cubic feet per minute into a ventilation environment having an airflow of 6000 cubic feet per minute.[18] However, one must also consider the effects of surgical lighting, drapes, and personnel on ventilation

performance, all of which create localized airflow disturbances that aid in convection current formation.

Prior research in ultra-clean ventilation theatres has shown surgical lighting to be a significant source of ventilation disruption through the downstream wake and associated recirculation zone.[15] In our study, the use of "bubbles" allowed us to visualize this recirculation zone, which was found to extend about 1 meter below the body of each surgical light.  "Bubbles" and, thus, resident air reaching this zone tended to remain suspended in this vortex for some time.  The presence of a raised anaesthesia drape was shown to further magnify the size and effect of this vortex, for the drape blocked the natural passage of air out of the ventilation field and created a "still zone" adjacent to the vortex.  Lastly, the presence of a surgeon or anesthaestist near this "still zone" created an additional ventilation flow blockage[19] resulting in a situation where even the slightest movements adversely impacted the natural airflow patterns over the surgical site.  Under such fragile conditions, the "mass-flow" of hot forced air warming exhaust was sufficiently buoyant to push upwards and into this locally compromised ventilation region.

The clinical concern regarding the formation of such convection currents is two-fold. First, these currents oppose the natural clean-airflow patterns that are intended to sweep contaminants down and away from the surgical site.[20]  Thus, contaminants released in the vicinity of the surgical site are less likely to be cleared.  Second, the upward mobilization of floor-level and under-drape air could potentially compromise the sterility of the surgical site, since resident air from these locations is typically laden with pathogens shed from the surgical staff.[21]  Even small elevations in contaminant exposure could be of clinical significance given that airborne derived infection risks are exponentially magnified with implantable procedures.[22]  Empirical support for the concept that observed convection currents resulted in increased surgical site contaminant exposure can be found in the observed reduction in hospital hip and knee joint replacement infection rates when a switch from forced air to conductive fabric warming was implemented. However, this infection data is observational in nature and does not prove that such a

relationship exists since we were unable to control for other measures instituted by the hospital over the 2-year period.

Further, the present study is somewhat limited in that we assessed the movements of "bubbles" as a surrogate for the movement of pathogenic contaminants. Thus, the clinical relevance of our findings depend on two assumptions: 1) that floor-level and under-drape air is non-sterile; and 2) that airborne contaminant concentrations from these locations represent a significant infection risk relative to other contamination sources. Moreover, the entire field of prior research assessing forced air warming excess heat and changes in airborne pathogen levels during implantable procedures is limited to a single orthopaedic study, in which forced air warming resulted in elevated microbial counts over the surgical site.[23] However, the contamination increase was deemed to be far less than that resulting from personnel movements and such increases did not exceed recommended bacterial levels. Yet, it is unknown how these results translate over the range of implantable procedures. Even minor differences in factors such as surgical draping, procedural practices, and theatre dress are likely to have large effects on both floor-level and under-drape contaminant levels and the dynamics of convection current formation.

National studies on the benefits of ultra-clean ventilation may provide a better indication as to the impact of forced air warming on contaminant mobilization for they take into account the full range of surgical draping, procedural practices, and theater dress. Over the past 10 years, these studies have shown either a trend towards[24] or significantly higher[25,26] infection rates. The mobilization of non-sterile air with forced air warming may be the explanatory factor, since historical studies[1-3] on laminar flow ventilation conducted before the introduction of forced air warming showed clear infection reduction benefits.

Until the effects of forced air warming excess heat on ventilation disruption can be fully evaluated in regards to affecting the sterility of the surgical site, the use of air-free patient

warming alternatives might be recommended for implant procedures carried out in ultra-clean theatres.



Figure 1: Hip replacement setup with upper-body warming, showing: surgical drape positions of laid-down (A), half-drape (B), and full-drape (C) and surgical site location (D)



Figure 2:  Lumbar spinal setup with lower-body warming and full-drape, showing: surgical site location (A).



Figure 3: Definition of region where bubble counts were performed over the surgical site for hip replacement with upper-body warming. A picture shows bubbles (white steaks) appearing in the photograph for the experimental setup of forced air warming and half-drape.



Figure 4: Bubble counts over the surgical site for each photograph (data is jittered to avoid overprinting). 5 photographs were taken for each experimental run. Abbreviations: FAW, Forced Air Warming; CFW, Conductive Fabric Warming.



Figure 5: Average bubble count for experimental runs when the bubble counts are summed over the 5 photographs (±Standard Error of the Mean).



Figure 6: Time-lapsed-photography of bubbles depicting airflow patterns for lower lumbar spinal implant procedure with: (A & B) Forced air warming with resulting convection currents annotated and (C) conductive fabric warming.



Figure 7: Infection data for n=1290 joint replacement cases with the outcome plotted on the right hand axis (data is jittered to avoid overprinting). Average infection rates for each period (Forced air, Transition, or Conductive Fabric) are plotted on the left hand axis. Standard error of the mean was estimated using logistic regression.

# References

1. Lidwell OM. Clean air at operation and subsequent sepsis in the joint. Clin. Orthop. Relat. Res. 1986 Oct;(211):91-102.

2. Petty W, Spanier S, Shuster JJ, Silverthorne C. The influence of skeletal implants on incidence of infection. Experiments in a canine model. J Bone Joint Surg Am. 1985 Oct;67(8):1236-1244.

3. Lidwell OM, Elson RA, Lowbury EJ, Whyte W, Blowers R, Stanley SJ, et al. Ultraclean air and antibiotics for prevention of postoperative infection. A multicenter study of 8,052 joint replacement operations. Acta Orthop Scand. 1987 Feb;58(1):4-13.

4. Mangram AJ, Horan TC, Pearson ML, Silver LC, Jarvis WR. Guideline for Prevention of Surgical Site Infection, 1999. Centers for Disease Control and Prevention (CDC) Hospital Infection Control Practices Advisory Committee. Am J Infect Control. 1999 Apr;27(2):97-132; quiz 133-134; discussion 96.

5. Bair Hugger® Therapy - Warming Units & Accessories [Internet]. [cited 2011 Jan 13];Available from: http://www.arizant.com/us/bairhuggertherapy/warmingunits

6. Bayazit Y, Sparrow EM. Energy efficiency comparison of forced-air versus resistance heating devices for perioperative hypothermia management. Energy. 2010 Mar;35(3):1211-1215.

7. Chow TT, Yang XY. Ventilation performance in the operating theatre against airborne infection: numerical study on an ultra-clean system. J. Hosp. Infect. 2005 Feb;59(2):138-147.

8. Wong PF, Kumar S, Leaper DJ. Systemic warming as an adjunct to resuscitation in peritonitis: a pilot, randomized controlled trial. Surg Infect (Larchmt). 2007 Jun;8(3):387-395.

9. Wong PF, Kumar S, Bohra A, Whetter D, Leaper DJ. Randomized clinical trial of perioperative systemic warming in major elective abdominal surgery. Br J Surg. 2007 Apr;94(4):421-426.

10. Ng V, Lai A, Ho V. Comparison of forced-air warming and electric heating pad for maintenance of body temperature during total knee replacement. Anaesthesia. 2006 Nov;61(11):1100-1104.

11. Janke EL, Pilkington SN, Smith DC. Evaluation of two warming systems after cardiopulmonary bypass. Br J Anaesth. 1996 Aug;77(2):268-270.

12. Kimberger O, Held C, Stadelmann K, Mayer N, Hunkeler C, Sessler DI, et al.

Resistive polymer versus forced-air warming: comparable heat transfer and core rewarming rates in volunteers. Anesth. Analg. 2008 Nov;107(5):1621-1626.

13. Negishi C, Hasegawa K, Mukai S, Nakagawa F, Ozaki M, Sessler DI. Resistive-heating and forced-air warming are comparably effective. Anesth. Analg. 2003 Jun;96(6):1683-1687, table of contents.

14. Matsuzaki Y, Matsukawa T, Ohki K, Yamamoto Y, Nakamura M, Oshibuchi T. Warming by resistive heating maintains perioperative normothermia as well as forced air heating. Br J Anaesth. 2003 May;90(5):689-691.

15. Whyte W, Shaw BH. The effect of obstructions and thermals in laminar-flow systems. J Hyg (Lond). 1974 Jun;72(3):415-423.

16. Horan TC, Gaynes RP, Martone WJ, Jarvis WR, Emori TG. CDC definitions of nosocomial surgical site infections, 1992: a modification of CDC definitions of surgical wound infections. Infect Control Hosp Epidemiol. 1992 Oct;13(10):606-608.

17. Unlisted to prevent unblinding.  Will be provided upon acceptance for publication or request.

18. Friberg B. Ultraclean Laminar Airflow ORs. AORN. 1998 Apr;67(4):841-851.

19. Brohus H, Balling KD, Jeppesen D. Influence of movements on contaminant transport in an operating room. Indoor Air. 2006 Oct;16(5):356-372.

20. Chow TT, Yang XY. Ventilation performance in operating theatres against airborne infection: review of research activities and practical guidance. J. Hosp. Infect. 2004 Feb;56(2):85-92.

21. Whyte W, Vesley D, Hodgson R. Bacterial dispersion in relation to operating room clothing. J Hyg (Lond). 1976 Jun;76(3):367-378.

22. Lidwell OM. Air, antibiotics and sepsis in replacement joints. J. Hosp. Infect. 1988 May;11 Suppl C:18-40.

23. Tumia N, Ashcroft GP. Convection warmers--a possible source of contamination in laminar airflow operating theatres? J. Hosp. Infect. 2002 Nov;52(3):171-174.

24. Miner AL, Losina E, Katz JN, Fossel AH, Platt R. Deep infection after total knee replacement: impact of laminar airflow systems and body exhaust suits in the modern operating room. Infect Control Hosp Epidemiol. 2007 Feb;28(2):222-226.

25. Hooper GJ, Rothwell AG, Frampton C, Wyatt MC. Does the use of laminar flow and space suits reduce early deep infection after total hip and knee replacement?: THE TEN-YEAR RESULTS OF THE NEW ZEALAND JOINT REGISTRY. J Bone

Joint Surg Br. 2011 Jan;93(1):85-90.

26. Brandt C, Hott U, Sohr D, Daschner F, Gastmeier P, Rüden H. Operating room
    ventilation with laminar airflow shows no protective effect on the surgical site
    infection rate in orthopedic and abdominal surgery. Ann. Surg. 2008
    Nov;248(5):695-700.

**Document Name:** Manuscript_Reed_7.docx

# Forced Air Warming and Ultra-Clean Ventilation Do Not Mix: The effect of excess vented heat on clean-airflow patterns.

1. **Paul D McGovern, BSc MBBS**
   **Title:** Specialty Registrar in Trauma and Orthopaedics
   **Affiliation:** Wansbeck General Hospital, Ashington, Northumberland, UK
   **Email:** pdmcgovern@gmail.com
   **Role:** This author helped design the study, conduct the study, analyze the data, and write the manuscript
   **Conflicts:** Paul D McGovern reported no conflicts of interest

2. **Mark Albrecht, MBA, BSME**
   **Title:** Student in Masters Program
   **Affiliation:** School of Statistics, University of Minnesota, Minneapolis, Minnesota, USA
   **Email:** albre116@umn.edu
   **Role:** This author helped design the study, conduct the study, analyze the data, and write the manuscript
   **Conflicts:** Mark Albrecht received research funding from Augustine Temperature Management

3. **Kumar Belani, MBBS, MS**
   **Title:** Anaesthesiologist
   **Affiliation:** University of Minnesota
   **Email:** belan001@umn.edu
   **Role:** This author helped analyze the data and write the manuscript
   **Conflicts:** Kumar Belani reported no conflicts of interest

4. **Christopher Nachtsheim, PhD**
   **Title:** Frank A. Donaldson Chair of Operations Management
   **Affiliation:** Carlson School of Management, University of Minnesota, Minneapolis, Minnesota, USA
   **Email:** nacht001@umn.edu
   **Role:** This author helped analyze the data and write the manuscript
   **Conflicts:** Christopher Nachtsheim consulted for Augustine Temperature Management

5. **Mike Reed, MD FRCS (T+O)**
   **Title:** Consultant Orthopaedic Surgeon
   **Affiliation:** Wansbeck General Hospital, Ashington, Northumberland, NE63 9JJ, UK
   **Email:** mike.reed@nhs.net
   **Role:** This author helped design the study, conduct the study, analyze the data, and

write the manuscript
**Conflicts:** Mike Reed reported no conflicts of interest

Correspondence to:   Mark Albrecht; albre116@umn.edu

Key words: surgical site infection, forced air warming, laminar air flow, ultra clean ventilation, operating room environmental contamination, operating room ventilation, patient warming, hip replacement, knee replacement, arthroplasty.

## Abstract

**Introduction:** Ultra-clean ventilation is designed to protect the surgical site from airborne pathogens. However, ventilation performance is fragile and depends critically on airflow volumes and temperature gradients. Patient warming systems represent a disruption risk via the excess heat they release. Therefore, we compared the effects of two patient warming systems – (1) conductive fabric and (2) forced air – on clean-airflow patterns over the surgical site during simulated hip replacement and spinal procedures.

**Methods:** A mannequin was draped for (1) a hip replacement and (2) a lumbar spinal implant in a partial-walled ultra-clean theatre. Neutral buoyancy detergent bubbles were released under the anaesthesia drape and at floor level to visualize air-currents and assess the mobilization of resident air into the clean-airflow over the surgical site. For the hip replacement, a randomized design assessed the effects upper-body warming system and anaesthesia drape height on bubbles reaching the surgical site. For the spinal surgery, the effect of the lower-body warming system was assessed with time-lapsed-photography of bubbles. Lastly, joint sepsis rates were tracked for a 2 year period over which a change from forced air to conductive fabric was implemented.

**Results:** For the hip replacement, bubble counts were significantly higher for forced air than conductive fabric for laid-down (3 versus 0; p=0.010) and half-height (68 versus 0; p<0.001) anaesthesia draping; differences for full-height draping were insignificant (1 versus 0; p=0.283). For the spinal surgery, time-lapsed-photography showed forced air to establish upwards convection currents that transported floor air into the surgical site; this convection current was not present with conductive fabric. Joint sepsis infection rates were reduced after the implementation of conductive fabric warming (0% for n=161) versus prior rates with forced air (3.0% for n=936).

**Conclusion:** Excess heat from forced air warming disrupted clean-airflow patterns over the surgical site and generated upward convection currents, which transported non-sterile air from the floor and the anaesthesia side of the drape into the surgical site; conductive fabric warming had no such effects. Observation of joint sepsis rates suggests an empirical reduction in infection with conductive fabric warming in orthopaedics.

**Number of words**: 339

## Introduction

Although most famously remembered for pioneering the hip arthroplasty, Sir John Charnley was among the first to recognize the critical role of operating theatre (OT) ventilation in preventing joint sepsis. Charnley postulated that the "surgical implant might provide a nidus for the growth of airborne bacteria which ordinarily are accepted as non-pathogenic."[1] Research efforts confirmed Charnley's insights through animal studies[2] and a national clinical trial involving over 8000 operations demonstrating the efficacy of clean air for the reduction of arthroplasty infection rates.[3] As such, ultra-clean ventilation became the standard for orthopaedic procedures. Ultra-clean ventilation protects the surgical site from airborne contamination through the constant delivery of a downward uniform velocity (0.3 to 0.5 m/s) highly filtered (>99.997%) airflow.[4] However, the performance of ultra-clean ventilation depends critically on air-flow volumes and proper temperature gradients, the latter of which may be disrupted by excess heat released from patient warming devices.

The vented airflow from forced air warming is released at 43°C, which is often 20°C above ambient OT conditions.[5,6] The release of such thermal energy has the potential to establish temperature gradients that impede the downward velocity of the OT ventilation airflows. Further, reductions in downward flow velocity have been shown to increase contaminant entrainment into the surgical site.[7] Moreover, the release of excess heat may generate convection currents that rise against the downward airflows and mobilize non-sterile floor-level air into the surgical site.

Air-free alternatives, such as conductive fabric warming, have been developed that are comparably effective to forced air for the prevention of surgical hypothermia.[8-14] These alternatives have much higher thermal efficiencies than forced air warming and, therefore, release only a fraction of the excess heat.[6] As such, there is a need to critically assess the impact of forced air warming versus air-free alternatives on ultra-clean ventilation performance. Specifically, we compared the effects of (1) conductive fabric and (2) forced air warming on clean-airflow patterns over the surgical site in a partial-walled ultra-clean OT during two procedures representing the variety of implantable

operations typically encountered: 1) a hip replacement with upper-body warming, and 2) a lumbar spinal surgery with lower-body warming. Ventilation airflow patterns were visualized using neutrally buoyant detergent bubbles and observational data on joint sepsis rates were compared for the period each warming device was in clinical use.

Methods

**Ultra-Clean Operating Theatre Characteristics:**

Experiments were carried out in a partial-walled ultra-clean OT (ExFlow 90, Howorth, United Kingdom) used for orthopaedic and spinal surgery in the United Kingdom. Validation and verification checks per HTM 2025 showed the OT airflows to be within specification and having a mean velocity of 0.44 m/s two-meters off the floor, which is above the threshold required by the standards (0.38 m/s). However, a slight airflow imbalance was detected during validation testing due to the location of the theatre prep room that affected the results of a single particle entrainment test; entrainment values were 12% at that location, which marginally exceeded the recommended threshold of 10%. This slight discrepancy was unlikely to have any effect on the results of the study. Further, smoke testing detected normal airflow patterns under the canopy and the OT passed microbial contamination testing.

**Airflow Visualization Procedures:**

High intensity lighting was used to illuminate neutrally buoyant detergent bubbles having a 4 mm average diameter (referred to herein as "bubbles"). "Bubbles" were produced by a bubble generator (Sage Action, Ithaca, NY), which utilized a helium-mixed air supply, detergent, and centripetal bubble size classification filter. The bubble generator is specifically designed and validated for the visualization of air currents.[15]  For photography, a digital camera (500D, Canon, Surrey, UK) was employed and shutter exposure time was set to ¼ of a second for time-lapsed-photography.

**Experimental Setup:  Hip Replacement**

A mannequin was laid in the lateral position on an operating table and draped with a 3-piece orthopaedic kit (Molnlycke Health Care, Manchester, UK) in accordance with standard protocols (**Fig 1**). A surgeon, dressed in occlusive clothing with head gear (T4, Stryker, Kalamazoo, MI), and an anaesthesiologist stood motionless in front of the surgical site and behind the anaesthesia screen.  At the head of the operating table, the surgical drape was either: 1) clipped to the ceiling to create a barrier between the surgical site and anaesthesia area (full-drape); 2) clipped to IV poles and raised 0.75 meters above

the operating table (half-drape); or 3) laid-down over the mannequin's head (laid-down). The experimental upper-body warming treatment was introduced under the drape and was either: 1) a torso forced air blanket (Bair Hugger Model 540, Arizant Healthcare, Eden Prairie, MN); or 2) a torso conductive fabric blanket (Hot Dog Model B110, Augustine Temperature Management, Eden Prairie, MN). The blankets were powered by standard controllers set to 43°C (conductive fabric - Model WC02, Augustine Temperature Management; forced air - Model 750, Arizant Healthcare). "Bubbles" were introduced at the neck of the mannequin to track under-drape resident air movements in the region where the excess patient warming heat was being released.

**Experimental Setup: Lumbar Spinal Procedure**

The same mannequin was laid in the prone position on the operating table and four drapes were arranged in a "square" configuration (Molnlycke Health Care) with the anaesthesia screen at full-height in accordance with standard protocols (**Fig 2**). A single surgeon stood motionless next to the surgical site for all experiments. The experimental lower-body warming treatment was introduced under the drape and was either: 1) a lower-body forced air blanket (Bair Hugger Model 525, Arizant Healthcare); or 2) a lower-body conductive fabric blanket (Hot Dog Model B103, Augustine Temperature Management). The blankets were powered by the same controllers as listed above set to 43°C. "Bubbles" were introduced at floor level between the surgeon's body and the operating room table in the region where the patient warming excess heat was being released.

**Sampling Procedures**

*Hip Replacement*: Bubble counts over the surgical site were measured for each experimental treatment using a sequence of 5 photographs taken at 10 second intervals. The number of bubbles reaching the surgical site was determined by counting the number of bubbles in a 0.5 by 0.5 meter region over the surgical site in each photograph (**Fig 3**). *Lumbar Spinal Procedure*: Time-lapsed-photography was chosen over the use of bubble counts to show differences in ventilation performance between patient warming systems given the significant change in observed surgical site airflow patterns (see **Results**).

**Experimental Design**

*Hip Arthroplasty:* A replicated (n=2) $3^1 2^1$ full factorial design was employed to assess changes in bubble counts over the surgical site. The experimental factors considered were: 1) anaesthesia screen: laid-down, half-screen, or full-screen; and 2) patient warming device: conductive fabric or forced air.

*Lumbar Spinal Procedure:* No design was employed or necessary to demonstrate the difference in ventilation performance between forced air and conductive fabric patient warming systems (see **Results**).

**Joint Sepsis Data**

Joint sepsis data was collected for primary hip and knee replacement procedures performed at the hospital during the 2-year period prior to the study, with dates comprising 9/1/2008 to 9/1/2010. Infection was diagnosed by full time surgical site infection nurses according to UK health protection agency criteria for deep surgical site infection.[16] A transition in patient warming systems from forced air to conductive fabric was made in all four orthopaedic theatres starting 3/1/2010 and ending 6/1/2010.

**Statistical Analysis**

A Poisson regression model was fitted to the hip replacement data having the sum of bubble counts for each experimental run (5 pictures) as the response and the two factors identified in the experimental design as predictors (including interaction). Reported values are predicted means (± standard error of the mean) for experimental factor combinations. Wald tests were used for significance.

A logistic regression model was fitted to the joint sepsis data having infection as the response and the period (forced air, transition, and conductive fabric warming) as predictors. Reported values are predicted mean infection rates (± standard error of the mean) for each period. Wald tests were used for significance.

## Results

**Hip Replacement:**

The number of bubbles reaching the surgical site measured the degree to which patient warming excess heat mobilized resident under-drape air over the anaesthesia screen and into the surgical site. Bubble counts per photograph (**Fig 4**) suggest that forced air warming generated sufficient excess heat to mobilize resident under-drape air over the anaesthesia screen. In contrast, conductive fabric warming did not generate sufficient excess heat to have the same mobilizing effect. Further, surgical drape position appeared to have a large effect on resident under-drape air mobilization into the surgical site for forced air warming, with the half-drape configuration resulting in the largest degree of resident-air mobilization.

Differences in the sum of bubble counts for each experimental run (**Fig 5**) were significant between conductive fabric and forced air warming for the drape configurations of half-drape (0 versus 68, p<0.001) and laid-down (0 versus 3, p=0.010); differences for full-drape (0 versus 1, p=0.283) were insignificant. It was necessary to model the sum of bubble counts for statistical inference; otherwise observations would not be independent.

**Lumbar Spinal Procedure:**

Time-lapsed-photography showed forced air warming excess heat to generate hot-air convection currents that transported large quantities of floor-level resident air upwards and into the surgical site (**Fig 6**). These convection currents appeared to form in the space between the surgeon's body and the operating room table. In contrast, conductive fabric warming did not generate sufficient excess heat to establish such convection currents. Instead, with conductive fabric warming ventilation airflow patterns followed the intended path - downwards and away from the surgical site.

**Joint Sepsis Rates:**

A 2-year observation of deep infection in joint replacement revealed a significant reduction (p=0.007) in joint sepsis rates for the period conductive fabric warming was in

clinical use versus forced air warming, with average infection rates of 0.0% (n=165) versus 3.0% (n=965), respectively (**Fig 7**). The reported p-value is the probability of observing 0 infections in 165 cases given a 3.0% infection rate and a binomial distribution, since model asymptotics are unstable in the region where p≈0. There was a 3 month transition period where both patient warming devices were used in the orthopaedic theatres having an infection rate of 3.7% (n=160), which was not significantly different from the infection rate of 3.0% during the forced air warming period (p=0.62). It should be noted that changes to both antibiotic regimes and thromboprophylaxis were made over this period and, thus, may be confounding factors.[17]

## Discussion

This study compared the effects of two patient warming systems, forced air and conductive fabric, on ventilation performance in an ultra-clean operating theatre during hip replacement and spinal procedures. Forced air warming excess heat was found to generate convection currents that disrupted clean-airflow patterns over the surgical site during both procedures. In contrast, conductive fabric warming released minimal excess heat and was shown to have no effect on ventilation performance in either procedure. The results also showed forced air warming excess heat to mobilize resident air from typically non-sterile areas (floor & under the anaesthesia drape) into the surgical site, a finding that may have implications regarding surgical site sterility.

Perhaps the most striking finding was the detection of hot-air convection currents originating from where the "mass-flow" of hot air exhausted the forced air warming blanket: for the hip replacement with upper-body warming, convection currents formed near the mannequin's head; for the spinal implant with lower-body warming, convection currents formed along the lower drape edge by the surgeon's legs. The formation of such convection currents may, at first, appear to be theoretically unsupported since forced air warming exhausts a heated airflow of only 40 cubic feet per minute into a ventilation environment having an airflow of 6000 cubic feet per minute.[18] However, one must also consider the effects of surgical lighting, drapes, and personnel on ventilation

performance, all of which create localized airflow disturbances that aid in convection current formation.

Prior research in ultra-clean ventilation theatres has shown surgical lighting to be a significant source of ventilation disruption through the downstream wake and associated recirculation zone.[15] In our study, the use of "bubbles" allowed us to visualize this recirculation zone, which was found to extend about 1 meter below the body of each surgical light. "Bubbles" and, thus, resident air reaching this zone tended to remain suspended in this vortex for some time. The presence of a raised anaesthesia drape was shown to further magnify the size and effect of this vortex, for the drape blocked the natural passage of air out of the ventilation field and created a "still zone" adjacent to the vortex. Lastly, the presence of a surgeon or anesthaestist near this "still zone" created an additional ventilation flow blockage[19] resulting in a situation where even the slightest movements adversely impacted the natural airflow patterns over the surgical site. Under such fragile conditions, the "mass-flow" of hot forced air warming exhaust was sufficiently buoyant to push upwards and into this locally compromised ventilation region.

The clinical concern regarding the formation of such convection currents is two-fold. First, these currents oppose the natural clean-airflow patterns that are intended to sweep contaminants down and away from the surgical site.[20] Thus, contaminants released in the vicinity of the surgical site are less likely to be cleared. Second, the upward mobilization of floor-level and under-drape air could potentially compromise the sterility of the surgical site, since resident air from these locations is typically laden with pathogens shed from the surgical staff.[21] Even small elevations in contaminant exposure could be of clinical significance given that airborne derived infection risks are exponentially magnified with implantable procedures.[22] Empirical support for the concept that observed convection currents resulted in increased surgical site contaminant exposure can be found in the observed reduction in hospital hip and knee joint replacement infection rates when a switch from forced air to conductive fabric warming was implemented. However, this infection data is observational in nature and does not prove that such a

relationship exists since we were unable to control for other measures instituted by the hospital over the 2-year period.

Further, the present study is somewhat limited in that we assessed the movements of "bubbles" as a surrogate for the movement of pathogenic contaminants. Thus, the clinical relevance of our findings depend on two assumptions: 1) that floor-level and under-drape air is non-sterile; and 2) that airborne contaminant concentrations from these locations represent a significant infection risk relative to other contamination sources. Moreover, the bulk of prior research on the risks of forced air warming has either investigated ventilation disruption due to excess heat in conventional OTs[23,24] unsuitable for orthopaedic operations or evaluated microbial contamination buildup and emission issues.[25-29] Relevant research in ultra-clean OTs is limited to a single orthopaedic study in which forced air warming resulted in elevated microbial counts over the surgical site.[30] However, the contamination increase was deemed to be far less than that resulting from personnel movements and such increases did not exceed recommended bacterial levels. Yet, it is unknown how these results translate over the range of implantable procedures performed in ultra-clean OTs. Even minor differences in factors such as surgical draping, procedural practices, and theatre dress are likely to have large effects on both floor-level and under-drape contaminant levels and the dynamics of convection current formation.

National studies on the benefits of ultra-clean ventilation may provide a better indication as to the impact of forced air warming on contaminant mobilization for they take into account the full range of surgical draping, procedural practices, and theater dress. Over the past 10 years, these studies have shown either a trend towards[31] or significantly higher[32,33] infection rates. The mobilization of non-sterile air with forced air warming may be the explanatory factor, since historical studies[1,3] on laminar flow ventilation conducted before the introduction of forced air warming showed clear infection reduction benefits.

Until the effects of forced air warming excess heat on ventilation disruption can be fully evaluated in regards to affecting the sterility of the surgical site, the use of air-free patient

warming alternatives might be recommended for implant procedures carried out in ultra-clean theatres.



Figure 1:  Hip replacement setup with upper-body warming, showing: surgical drape positions of laid-down (A), half-drape (B), and full-drape (C) and surgical site location (D)



Figure 2:  Lumbar spinal setup with lower-body warming and full-drape, showing: surgical site location (A).



Figure 3: Definition of region where bubble counts were performed over the surgical site for hip replacement with upper-body warming. A picture shows bubbles (white steaks) appearing in the photograph for the experimental setup of forced air warming and half-drape.



Figure 4:  Bubble counts over the surgical site for each photograph (data is jittered to avoid overprinting).  5 photographs were taken for each experimental run.
Abbreviations:  FAW, Forced Air Warming; CFW, Conductive Fabric Warming.



Figure 5:  Average bubble count for experimental runs when the bubble counts are summed over the 5 photographs (±Standard Error of the Mean).



Figure 6: Time-lapsed-photography of bubbles depicting airflow patterns for lower lumbar spinal implant procedure with: (A & B) Forced air warming with resulting convection currents annotated and (C) conductive fabric warming.



Figure 7: Infection data for n=1290 joint replacement cases with the outcome plotted on the right hand axis (data is jittered to avoid overprinting). Average infection rates for each period (Forced air, Transition, or Conductive Fabric) are plotted on the left hand axis. Standard error of the mean was estimated using logistic regression.

# References

1. Lidwell OM. Clean air at operation and subsequent sepsis in the joint. Clin. Orthop. Relat. Res. 1986 Oct;(211):91-102.

2. Petty W, Spanier S, Shuster JJ, Silverthorne C. The influence of skeletal implants on incidence of infection. Experiments in a canine model. J Bone Joint Surg Am. 1985 Oct;67(8):1236-1244.

3. Lidwell OM, Elson RA, Lowbury EJ, Whyte W, Blowers R, Stanley SJ, et al. Ultraclean air and antibiotics for prevention of postoperative infection. A multicenter study of 8,052 joint replacement operations. Acta Orthop Scand. 1987 Feb;58(1):4-13.

4. Mangram AJ, Horan TC, Pearson ML, Silver LC, Jarvis WR. Guideline for Prevention of Surgical Site Infection, 1999. Centers for Disease Control and Prevention (CDC) Hospital Infection Control Practices Advisory Committee. Am J Infect Control. 1999 Apr;27(2):97-132; quiz 133-134; discussion 96.

5. Bair Hugger® Therapy - Warming Units & Accessories [Internet]. [cited 2011 Jan 13]:Available from: http://www.arizant.com/us/bairhuggertherapy/warmingunits

6. Bayazit Y, Sparrow EM. Energy efficiency comparison of forced-air versus resistance heating devices for perioperative hypothermia management. Energy. 2010 Mar;35(3):1211-1215.

7. Chow TT, Yang XY. Ventilation performance in the operating theatre against airborne infection: numerical study on an ultra-clean system. J. Hosp. Infect. 2005 Feb;59(2):138-147.

8. Wong PF, Kumar S, Leaper DJ. Systemic warming as an adjunct to resuscitation in peritonitis: a pilot, randomized controlled trial. Surg Infect (Larchmt). 2007 Jun;8(3):387-395.

9. Wong PF, Kumar S, Bohra A, Whetter D, Leaper DJ. Randomized clinical trial of perioperative systemic warming in major elective abdominal surgery. Br J Surg. 2007 Apr;94(4):421-426.

10. Ng V, Lai A, Ho V. Comparison of forced-air warming and electric heating pad for maintenance of body temperature during total knee replacement. Anaesthesia. 2006 Nov;61(11):1100-1104.

11. Janke EL, Pilkington SN, Smith DC. Evaluation of two warming systems after cardiopulmonary bypass. Br J Anaesth. 1996 Aug;77(2):268-270.

12. Kimberger O, Held C, Stadelmann K, Mayer N, Hunkeler C, Sessler DI, et al.

Resistive polymer versus forced-air warming: comparable heat transfer and core rewarming rates in volunteers. Anesth. Analg. 2008 Nov;107(5):1621-1626.

13. Negishi C, Hasegawa K, Mukai S, Nakagawa F, Ozaki M, Sessler DI. Resistive-heating and forced-air warming are comparably effective. Anesth. Analg. 2003 Jun;96(6):1683-1687, table of contents.

14. Matsuzaki Y, Matsukawa T, Ohki K, Yamamoto Y, Nakamura M, Oshibuchi T. Warming by resistive heating maintains perioperative normothermia as well as forced air heating. Br J Anaesth. 2003 May;90(5):689-691.

15. Whyte W, Shaw BH. The effect of obstructions and thermals in laminar-flow systems. J Hyg (Lond). 1974 Jun;72(3):415-423.

16. Horan TC, Gaynes RP, Martone WJ, Jarvis WR, Emori TG. CDC definitions of nosocomial surgical site infections, 1992: a modification of CDC definitions of surgical wound infections. Infect Control Hosp Epidemiol. 1992 Oct;13(10):606-608.

17. Unlisted to prevent unblinding. Will be provided upon acceptance for publication or request.

18. Friberg B. Ultraclean Laminar Airflow ORs. AORN. 1998 Apr;67(4):841-851.

19. Brohus H, Balling KD, Jeppesen D. Influence of movements on contaminant transport in an operating room. Indoor Air. 2006 Oct;16(5):356-372.

20. Chow TT, Yang XY. Ventilation performance in operating theatres against airborne infection: review of research activities and practical guidance. J. Hosp. Infect. 2004 Feb;56(2):85-92.

21. Whyte W, Vesley D, Hodgson R. Bacterial dispersion in relation to operating room clothing. J Hyg (Lond). 1976 Jun;76(3):367-378.

22. Lidwell OM. Air, antibiotics and sepsis in replacement joints. J. Hosp. Infect. 1988 May;11 Suppl C:18-40.

23. Zink RS, Iaizzo PA. Convective warming therapy does not increase the risk of wound contamination in the operating room. Anesth. Analg. 1993 Jan;76(1):50-53.

24. Huang JKC, Shah EF, Vinodkumar N, Hegarty MA, Greatorex RA. The Bair Hugger patient warming system in prolonged vascular surgery: an infection risk? Crit Care. 2003 Jun;7(3):R13-16.

25. Albrecht M, Gauthier RL, Belani K, Litchy M, Leaper D. Forced-air warming blowers: An evaluation of filtration adequacy and airborne contamination emissions in the operating room. Am J Infect Control [Internet]. 2010 Nov 20 [cited 2011 Jan

20];Available from: http://www.ncbi.nlm.nih.gov/pubmed/21095041

26. Leaper D, Albrecht M, Gauthier R. Forced-air warming: a source of airborne contamination in the operating room? Orthop Rev (Pavia). 2009 Dec 3;1(2):e28.

27. Avidan MS, Jones N, Ing R, Khoosal M, Lundgren C, Morrell DF. Convection warmers--not just hot air. Anaesthesia. 1997 Nov;52(11):1073-1076.

28. Baker N, King D, Smith EG. Infection control hazards of intraoperative forced air warming. J. Hosp. Infect. 2002 Jun;51(2):153-154.

29. Bernards AT, Harinck HIJ, Dijkshoorn L, van der Reijden TJK, van den Broek PJ. Persistent Acinetobacter baumannii? Look inside your medical equipment. Infect Control Hosp Epidemiol. 2004 Nov;25(11):1002-1004.

30. Tumia N, Ashcroft GP. Convection warmers--a possible source of contamination in laminar airflow operating theatres? J. Hosp. Infect. 2002 Nov;52(3):171-174.

31. Miner AL, Losina E, Katz JN, Fossel AH, Platt R. Deep infection after total knee replacement: impact of laminar airflow systems and body exhaust suits in the modern operating room. Infect Control Hosp Epidemiol. 2007 Feb;28(2):222-226.

32. Hooper GJ, Rothwell AG, Frampton C, Wyatt MC. Does the use of laminar flow and space suits reduce early deep infection after total hip and knee replacement?: THE TEN-YEAR RESULTS OF THE NEW ZEALAND JOINT REGISTRY. J Bone Joint Surg Br. 2011 Jan;93(1):85-90.

33. Brandt C, Hott U, Sohr D, Daschner F, Gastmeier P, Rüden H. Operating room ventilation with laminar airflow shows no protective effect on the surgical site infection rate in orthopedic and abdominal surgery. Ann. Surg. 2008 Nov;248(5):695-700.



**Document Name:** Manuscript_Reed_8.docx

# Forced Air Warming and Ultra-Clean Ventilation Do Not Mix: The effect of excess vented heat on clean-airflow patterns.

1. **Paul D McGovern, BSc MBBS**
   **Title:** Specialty Registrar in Trauma and Orthopaedics
   **Affiliation:** Wansbeck General Hospital, Ashington, Northumberland, UK
   **Email:** pdmcgovern@gmail.com
   **Role:** This author helped design the study, conduct the study, analyze the data, and write the manuscript
   **Conflicts:** Paul D McGovern reported no conflicts of interest

2. **Mark Albrecht, MBA, BSME**
   **Title:** Student in Masters Program
   **Affiliation:** School of Statistics, University of Minnesota, Minneapolis, Minnesota, USA
   **Email:** albre116@umn.edu
   **Role:** This author helped design the study, conduct the study, analyze the data, and write the manuscript
   **Conflicts:** Mark Albrecht received research funding from Augustine Temperature Management

3. **Kumar G. Belani, MBBS, MS**
   **Title:** Anaesthesiologist
   **Affiliation:** University of Minnesota
   **Email:** kumarbelani@gmail.com
   **Role:** This author helped analyze the data and write the manuscript
   **Conflicts:** Kumar Belani reported no conflicts of interest

4. **Christopher Nachtsheim, PhD**
   **Title:** Frank A. Donaldson Chair of Operations Management
   **Affiliation:** Carlson School of Management, University of Minnesota, Minneapolis, Minnesota, USA
   **Email:** nacht001@umn.edu
   **Role:** This author helped analyze the data and write the manuscript
   **Conflicts:** Christopher Nachtsheim consulted for Augustine Temperature Management

5. **Mike Reed, MD FRCS (T+O)**
   **Title:** Consultant Orthopaedic Surgeon
   **Affiliation:** Wansbeck General Hospital, Ashington, Northumberland, NE63 9JJ, UK
   **Email:** mike.reed@nhs.net
   **Role:** This author helped design the study, conduct the study, analyze the data, and

Deleted: belan001@umn.edu

**2377**

write the manuscript

**Conflicts:** Mike Reed reported no conflicts of interest

Correspondence to:   Mark Albrecht; albre116@umn.edu

Key words: surgical site infection, forced air warming, laminar air flow, ultra clean ventilation, operating room environmental contamination, operating room ventilation, patient warming, hip replacement, knee replacement, arthroplasty.

## Abstract

**Introduction:** Ultra-clean ventilation is designed to protect the surgical site from airborne pathogens. However, ventilation performance is fragile and depends critically on airflow volumes and temperature gradients. Patient warming systems represent a disruption risk via the excess heat they release. Therefore, we compared the effects of two patient warming systems – (1) conductive fabric and (2) forced air – on clean-airflow patterns over the surgical site during simulated hip replacement and spinal procedures.

**Methods:** A mannequin was draped for (1) a hip replacement and (2) a lumbar spinal implant in a partial-walled ultra-clean theatre. Neutral buoyancy detergent bubbles were released under the anaesthesia drape and at floor level to visualize air-currents and assess the mobilization of resident air into the clean-airflow over the surgical site. For the hip replacement, a randomized design assessed the effects of upper-body warming system and anaesthesia drape height on bubbles reaching the surgical site. For the spinal surgery, the effect of the lower-body warming system was assessed with time-lapsed-photography of bubbles. Lastly, joint sepsis rates were tracked for a 2-year period over which a change from forced air to conductive fabric was implemented.

**Results:** For the hip replacement, bubble counts were significantly higher for forced air than conductive fabric for laid-down (3 versus 0; $p = 0.010$) and half-height (68 versus 0; $p < 0.001$) anaesthesia draping; differences for full-height draping were insignificant (1 versus 0; $p = 0.283$). For the spinal surgery, time-lapsed-photography showed forced air to establish upwards convection currents that transported floor air into the surgical site; this convection current was not present with conductive fabric. Joint sepsis infection rates were reduced after the implementation of conductive fabric warming (0% for n=161) versus prior rates with forced air (3.0% for n=936).

**Conclusion:** Excess heat from forced air warming disrupted clean-airflow patterns over the surgical site and generated upward convection currents, which transported non-sterile air from the floor and the anaesthesia side of the drape into the surgical site; conductive fabric warming had no such effects. Observation of joint sepsis rates suggests an empirical reduction in infection with conductive fabric warming in orthopaedics.

**Number of words**: 339

## Introduction

Although most famously remembered for pioneering hip arthroplasty, Sir John Charnley was among the first to recognize the critical role of operating theatre (OT) ventilation in preventing joint sepsis. Charnley postulated that the "surgical implant might provide a nidus for the growth of airborne bacteria which ordinarily are accepted as non-pathogenic."[1] Research efforts confirmed Charnley's insights through animal studies[2] and a national clinical trial involving over 8000 operations demonstrated the efficacy of clean air for the reduction of arthroplasty infection rates.[3] As such, ultra-clean ventilation became the standard for orthopaedic procedures. Ultra-clean ventilation protects the surgical site from airborne contamination through the constant delivery of a downward uniform velocity (0.3 to 0.5 m/s) highly filtered (>99.997%) airflow.[4] However, the performance of ultra-clean ventilation depends critically on air-flow volumes and proper temperature gradients, the latter of which may be disrupted by excess heat released from patient warming devices.

Forced air warming is commonly used in operating theatres (OTs) to ensure patient normothermia. The vented airflow from forced air warming is released at 43°C, which is often 20°C above ambient OT conditions.[5,6] The release of such thermal energy has the potential to establish temperature gradients that impede the downward velocity of the OT ventilation airflows. Additionally, reductions in downward flow velocity have been shown to increase contaminant entrainment into the surgical site.[7] Moreover, the release of excess heat may generate convection currents that rise against the downward airflows and mobilize non-sterile floor-level air into the surgical site.

Air-free alternatives, such as conductive fabric warming, have been developed that are comparably effective to forced air for the prevention of surgical hypothermia.[8-14] These alternatives have much higher thermal efficiencies than forced air warming and, therefore, release only a fraction of the excess heat.[6] As such, there is a need to critically assess the impact of forced air warming versus air-free alternatives on ultra-clean ventilation performance. Specifically, we compared the effects of (1) conductive fabric and (2) forced air warming on clean-airflow patterns over the surgical site in a partial-

**Deleted:** the

**Deleted:** demonstrating

**Deleted:** Further

walled ultra-clean OT during two procedures representing the variety of implantable operations typically encountered: 1) a hip replacement with upper-body warming, and 2) a lumbar spinal surgery with lower-body warming. Ventilation airflow patterns were visualized using neutrally buoyant detergent bubbles and observational data on joint sepsis rates were compared for the period each warming device was in clinical use.

Methods

**Ultra-Clean Operating Theatre Characteristics:**

Experiments were carried out in a partial-walled ultra-clean OT (ExFlow 90, Howorth, United Kingdom) used for orthopaedic and spinal surgery in the United Kingdom. Validation and verification checks per HTM 2025 showed the OT airflows to be within specification and having a mean velocity of 0.44 m/s two-meters off the floor, which is above the threshold required by the standards (0.38 m/s). However, an insignificant airflow imbalance was detected during validation testing due to the location of the theatre prep room that affected the results of a single particle entrainment test; entrainment values were 12% at that location, which marginally exceeded the recommended threshold of 10%. This marginal discrepancy was unlikely to have any effect on the results of the study because smoke testing detected normal airflow patterns under the canopy and the OT passed microbial contamination testing.

Deleted: a slight

Deleted: slight

Deleted: . Further.

**Airflow Visualization Procedures:**

High intensity lighting was used to illuminate neutrally buoyant detergent bubbles having a 4 mm average diameter (referred to herein as "bubbles"). "Bubbles" were produced by a bubble generator (Sage Action, Ithaca, NY), which utilized a helium-mixed air supply, detergent, and centripetal bubble size classification filter. The bubble generator is specifically designed and validated for the visualization of air currents.[15] For photography, a digital camera (500D, Canon, Surrey, UK) was employed and shutter exposure time was set to ¼ of a second for time-lapsed-photography.

**Experimental Setup: Hip Replacement**

A mannequin was laid in the lateral position on an operating table and draped with a 3-piece orthopaedic kit (Molnlycke Health Care, Manchester, UK) in accordance with standard protocols (**Fig 1**). A surgeon, dressed in occlusive clothing with head gear (T4, Stryker, Kalamazoo, MI), and an anaesthesiologist stood motionless in front of the surgical site and behind the anaesthesia screen. At the head of the operating table, the surgical drape was either: 1) clipped to the ceiling to create a barrier between the surgical site and anaesthesia area (full-drape); 2) clipped to IV poles and raised 0.75 meters above

the operating table (half-drape); or 3) laid-down over the mannequin's head (laid-down).
The experimental upper-body warming treatment was introduced under the drape and
was either: 1) a torso forced air blanket (Bair Hugger Model 540, Arizant Healthcare,
Eden Prairie, MN); or 2) a torso conductive fabric blanket (Hot Dog Model B110,
Augustine Temperature Management, Eden Prairie, MN). The blankets were powered by
standard controllers set to 43°C (conductive fabric - Model WC02, Augustine
Temperature Management; forced air - Model 750, Arizant Healthcare). "Bubbles" were
introduced at the neck of the mannequin to track under-drape resident air movements in
the region where the excess patient warming heat was being released.

**Experimental Setup:  Lumbar Spinal Procedure**

The same mannequin was laid in the prone position on the operating table and four
drapes were arranged in a "square" configuration (Molnlycke Health Care) with the
anaesthesia screen at full-height in accordance with standard protocols (**Fig 2**). A single
surgeon stood motionless next to the surgical site for all experiments. The experimental
lower-body warming treatment was introduced under the drape and was either: 1) a
lower-body forced air blanket (Bair Hugger Model 525, Arizant Healthcare); or 2) a
lower-body conductive fabric blanket (Hot Dog Model B103, Augustine Temperature
Management). The blankets were powered by the same controllers as listed above set to
43°C. "Bubbles" were introduced at floor level between the surgeon's body and the
operating room table in the region where the patient warming excess heat was being
released.

**Sampling Procedures**

*Hip Replacement*: Bubble counts over the surgical site were measured for each
experimental treatment using a sequence of 5 photographs taken at 10 second intervals.
The number of bubbles reaching the surgical site was determined by counting the number
of bubbles in a 0.5 by 0.5 meter region over the surgical site in each photograph (**Fig 3**).
*Lumbar Spinal Procedure*: Time-lapsed-photography was chosen over the use of bubble
counts to show differences in ventilation performance between patient warming systems
given the significant change in observed surgical site airflow patterns (see **Results**).

**Experimental Design**

*Hip Arthroplasty:* A replicated (n=2) $3^1 2^1$ full factorial design was employed to assess changes in bubble counts over the surgical site. The experimental factors considered were: 1) anaesthesia screen: laid-down, half-screen, or full-screen; and 2) patient warming device: conductive fabric or forced air.

*Lumbar Spinal Procedure:* No design was employed or necessary to demonstrate the difference in ventilation performance between forced air and conductive fabric patient warming systems (see **Results**).

**Joint Sepsis Data**

Joint sepsis data was collected for primary hip and knee replacement procedures performed at the hospital during the 2-year period prior to the study, with dates comprising 9/1/2008 to 9/1/2010. Infection was diagnosed by full time surgical site infection nurses according to UK health protection agency criteria for deep surgical site infection.[16] A transition in patient warming systems from forced air to conductive fabric was made in all four orthopaedic theatres starting 3/1/2010 and ending 6/1/2010.

**Statistical Analysis**

A Poisson regression model was fitted to the hip replacement data having the sum of bubble counts for each experimental run (5 pictures) as the response and the two factors identified in the experimental design as predictors (including interaction). Reported values are predicted means (± standard error of the mean) for experimental factor combinations. Wald tests were used for significance $(p < 0.05)$.

A logistic regression model was fitted to the joint sepsis data having infection as the response and the period (forced air, transition, and conductive fabric warming) as predictors. Reported values are predicted mean infection rates (± standard error of the mean) for each period. Wald tests were used for significance $(p < 0.05)$.

Deleted: .

2384

## Results

### Hip Replacement:

The number of bubbles reaching the surgical site measured the degree to which patient warming excess heat mobilized resident under-drape air over the anaesthesia screen and into the surgical site. Bubble counts per photograph (**Fig 4**) suggest that forced air warming generated sufficient excess heat to mobilize resident under-drape air over the anaesthesia screen. In contrast, conductive fabric warming did not generate sufficient excess heat to have the same mobilizing effect. Further, surgical drape position appeared to have a large effect on resident under-drape air mobilization into the surgical site for forced air warming, with the half-drape configuration resulting in the largest degree of resident-air mobilization.

Differences in the sum of bubble counts for each experimental run (**Fig 5**) were significant between conductive fabric and forced air warming for the drape configurations of half-drape (0 versus 68, $p<0.001$) and laid-down (0 versus 3, $p=0.010$); differences for full-drape (0 versus 1, $p=0.283$) were insignificant. It was necessary to model the sum of bubble counts for statistical inference; otherwise observations would not be independent.

**Formatted:** Font: Italic
**Formatted:** Font: Italic
**Formatted:** Font: Italic

### Lumbar Spinal Procedure:

Time-lapsed-photography showed forced air warming excess heat to generate hot-air convection currents that transported large quantities of floor-level resident air upwards and into the surgical site (**Fig 6**). These convection currents appeared to form in the space between the surgeon's body and the operating room table. In contrast, conductive fabric warming did not generate sufficient excess heat to establish such convection currents. Instead, with conductive fabric warming ventilation airflow patterns followed the intended path - downwards and away from the surgical site.

### Joint Sepsis Rates:

A 2-year observation of deep infection in joint replacement revealed a significant reduction ($p=0.007$) in joint sepsis rates for the period conductive fabric warming was in

**Formatted:** Font: Italic

clinical use versus forced air warming, with average infection rates of 0.0% (n=165) versus 3.0% (n=965), respectively (**Fig 7**).  The reported $p$-value is the probability of observing 0 infections in 165 cases given a 3.0% infection rate and a binomial distribution, since model asymptotics are unstable in the region where p≈0.  There was a 3-month transition period where both patient warming devices were used in the orthopaedic theatres having an infection rate of 3.7% (n=160), which was not significantly different from the infection rate of 3.0% during the forced air warming period ($p$=0.62).  It should be noted that during this time period there were changes in the antibiotic regimen used and thromboprophylaxis protocol employed. Thus, these may be confounding factors.[17]

*Formatted: Font: Italic*

*Deleted:*

*Deleted:*

*Formatted: Font: Italic*

*Deleted: to both*

*Deleted: regimes*

*Deleted: were made over this period and, thus.*

## Discussion

This study compared the effects of two patient warming systems, forced air and conductive fabric, on ventilation performance in an ultra-clean operating theatre during hip replacement and spinal procedures.  Forced air warming excess heat was found to generate convection currents that disrupted clean-airflow patterns over the surgical site during both procedures.  In contrast, conductive fabric warming released minimal excess heat and was shown to have no effect on ventilation performance in either procedure.  The results also showed forced air warming excess heat to mobilize resident air from typically non-sterile areas (floor & under the anaesthesia drape) into the surgical site, a finding that may have implications regarding surgical site sterility.

Perhaps the most striking finding was the detection of hot-air convection currents originating from where the "mass-flow" of hot air exhausted the forced air warming blanket: for the hip replacement with upper-body warming, convection currents formed near the mannequin's head; for the spinal implant with lower-body warming, convection currents formed along the lower drape edge by the surgeon's legs.  The formation of such convection currents may, at first, appear to be theoretically unsupported since forced air warming exhausts a heated airflow of only 40 cubic feet per minute into a ventilation environment having an airflow of 6000 cubic feet per minute.[18]  However, one must also consider the effects of surgical lighting, drapes, and personnel on ventilation

performance, all of which create localized airflow disturbances that aid in convection current formation.

Prior research in ultra-clean ventilation theatres has shown surgical lighting to be a significant source of ventilation disruption through the downstream wake and associated recirculation zone.[15]  In our study, the use of "bubbles" allowed us to visualize this recirculation zone, which was found to extend about 1 meter below the body of each surgical light.   "Bubbles" and, thus, resident air reaching this zone tended to remain suspended in this vortex for some time.  The presence of a raised anaesthesia drape was shown to further magnify the size and effect of this vortex, for the drape blocked the natural passage of air out of the ventilation field and created a "still zone" adjacent to the vortex.  Lastly, the presence of a surgeon or anesthaestist near this "still zone" created an additional ventilation flow blockage[19] resulting in a situation where even the slightest movements adversely impacted the natural airflow patterns over the surgical site.  Under such fragile conditions, the "mass-flow" of hot forced air warming exhaust was sufficiently buoyant to push upwards and into this locally compromised ventilation region.

The clinical concern regarding the formation of such convection currents is two-fold.  First, these currents oppose the natural clean-airflow patterns that are intended to sweep contaminants down and away from the surgical site.[20]  Thus, contaminants released in the vicinity of the surgical site are less likely to be cleared.  Second, the upward mobilization of floor-level and under-drape air could potentially compromise the sterility of the surgical site, since resident air from these locations is typically laden with pathogens shed from the surgical staff.[21]  Even small elevations in contaminant exposure could be of clinical significance given that airborne derived infection risks are exponentially magnified with implantable procedures.[22]  Empirical support for the concept that observed convection currents resulted in increased surgical site contaminant exposure can be found in the observed reduction in hospital hip and knee joint replacement infection rates when a switch from forced air to conductive fabric warming was implemented.  However, this infection data is observational in nature and does not

prove that such a relationship exists since we were unable to control for other measures instituted by the hospital over the 2-year period.

Further, the present study is somewhat limited in that we assessed the movements of "bubbles" as a surrogate for the movement of pathogenic contaminants. Thus, the clinical relevance of our findings depend on two assumptions: 1) that floor-level and under-drape air is non-sterile; and 2) that airborne contaminant concentrations from these locations represent a significant infection risk relative to other contamination sources. Moreover, the bulk of prior research on the risks of forced air warming has either investigated ventilation disruption due to excess heat in conventional OTs[23,24] unsuitable for orthopaedic operations or evaluated microbial contamination buildup and emission issues.[25-29] Relevant research in ultra-clean OTs is limited to a single orthopaedic study in which forced air warming resulted in elevated microbial counts over the surgical site.[30] However, the contamination increase was deemed to be far less than that resulting from personnel movements and such increases did not exceed recommended bacterial levels. Yet, it is unknown how these results translate over the range of implantable procedures performed in ultra-clean OTs. Even minor differences in factors such as surgical draping, procedural practices, and theatre dress are likely to have large effects on both floor-level and under-drape contaminant levels and the dynamics of convection current formation.

National studies on the benefits of ultra-clean ventilation may provide a better indication as to the impact of forced air warming on contaminant mobilization for they take into account the full range of surgical draping, procedural practices, and theater dress. Over the past 10 years, these studies have shown either a trend towards[31] or significantly higher[32,33] infection rates. The mobilization of non-sterile air with forced air warming may be the explanatory factor, since historical studies[1,3] on laminar flow ventilation conducted before the introduction of forced air warming showed clear infection reduction benefits.

Until the effects of forced air warming excess heat on ventilation disruption can be fully evaluated in regards to affecting the sterility of the surgical site, the use of air-free patient

warming alternatives might be recommended for implant procedures carried out in ultra-clean theatres.

 

Figure 1:  Hip replacement setup with upper-body warming, showing: surgical drape
positions of laid-down (A), half-drape (B), and full-drape (C) and surgical site location
(D)



Figure 2:  Lumbar spinal setup with lower-body warming and full-drape, showing: surgical site location (A).



Figure 3: Definition of region where bubble counts were performed over the surgical site for hip replacement with upper-body warming. A picture shows bubbles (white steaks) appearing in the photograph for the experimental setup of forced air warming and half-drape.



Figure 4:  Bubble counts over the surgical site for each photograph (data is jittered to avoid overprinting).  5 photographs were taken for each experimental run. Abbreviations:  FAW, Forced Air Warming; CFW, Conductive Fabric Warming.



Figure 5: Average bubble count for experimental runs when the bubble counts are summed over the 5 photographs (±Standard Error of the Mean).



Figure 6:  Time-lapsed-photography of bubbles depicting airflow patterns for lower lumbar spinal implant procedure with:  (A & B) Forced air warming with resulting convection currents annotated and (C) conductive fabric warming.



Figure 7:  Infection data for n=1290 joint replacement cases with the outcome plotted on the right hand axis (data is jittered to avoid overprinting).  Average infection rates for each period (Forced air, Transition, or Conductive Fabric) are plotted on the left hand axis.  Standard error of the mean was estimated using logistic regression.

# References

1. Lidwell OM. Clean air at operation and subsequent sepsis in the joint. Clin. Orthop. Relat. Res. 1986 Oct;(211):91-102.

2. Petty W, Spanier S, Shuster JJ, Silverthorne C. The influence of skeletal implants on incidence of infection. Experiments in a canine model. J Bone Joint Surg Am. 1985 Oct;67(8):1236-1244.

3. Lidwell OM, Elson RA, Lowbury EJ, Whyte W, Blowers R, Stanley SJ, et al. Ultraclean air and antibiotics for prevention of postoperative infection. A multicenter study of 8,052 joint replacement operations. Acta Orthop Scand. 1987 Feb;58(1):4-13.

4. Mangram AJ, Horan TC, Pearson ML, Silver LC, Jarvis WR. Guideline for Prevention of Surgical Site Infection, 1999. Centers for Disease Control and Prevention (CDC) Hospital Infection Control Practices Advisory Committee. Am J Infect Control. 1999 Apr;27(2):97-132: quiz 133-134: discussion 96.

5. Bair Hugger® Therapy - Warming Units & Accessories [Internet]. [cited 2011 Jan 13];Available from: http://www.arizant.com/us/bairhuggertherapy/warmingunits

6. Bayazit Y, Sparrow EM. Energy efficiency comparison of forced-air versus resistance heating devices for perioperative hypothermia management. Energy. 2010 Mar;35(3):1211-1215.

7. Chow TT, Yang XY. Ventilation performance in the operating theatre against airborne infection: numerical study on an ultra-clean system. J. Hosp. Infect. 2005 Feb;59(2):138-147.

8. Wong PF, Kumar S, Leaper DJ. Systemic warming as an adjunct to resuscitation in peritonitis: a pilot, randomized controlled trial. Surg Infect (Larchmt). 2007 Jun;8(3):387-395.

9. Wong PF, Kumar S, Bohra A, Whetter D, Leaper DJ. Randomized clinical trial of perioperative systemic warming in major elective abdominal surgery. Br J Surg. 2007 Apr;94(4):421-426.

10. Ng V, Lai A, Ho V. Comparison of forced-air warming and electric heating pad for maintenance of body temperature during total knee replacement. Anaesthesia. 2006 Nov;61(11):1100-1104.

11. Janke EL, Pilkington SN, Smith DC. Evaluation of two warming systems after cardiopulmonary bypass. Br J Anaesth. 1996 Aug;77(2):268-270.

12. Kimberger O, Held C, Stadelmann K, Mayer N, Hunkeler C, Sessler DI, et al.

Resistive polymer versus forced-air warming: comparable heat transfer and core rewarming rates in volunteers. Anesth. Analg. 2008 Nov;107(5):1621-1626.

13. Negishi C, Hasegawa K, Mukai S, Nakagawa F, Ozaki M, Sessler DI. Resistive-heating and forced-air warming are comparably effective. Anesth. Analg. 2003 Jun;96(6):1683-1687, table of contents.

14. Matsuzaki Y, Matsukawa T, Ohki K, Yamamoto Y, Nakamura M, Oshibuchi T. Warming by resistive heating maintains perioperative normothermia as well as forced air heating. Br J Anaesth. 2003 May;90(5):689-691.

15. Whyte W, Shaw BH. The effect of obstructions and thermals in laminar-flow systems. J Hyg (Lond). 1974 Jun;72(3):415-423.

16. Horan TC, Gaynes RP, Martone WJ, Jarvis WR, Emori TG. CDC definitions of nosocomial surgical site infections, 1992: a modification of CDC definitions of surgical wound infections. Infect Control Hosp Epidemiol. 1992 Oct;13(10):606-608.

17. Unlisted to prevent unblinding.  Will be provided upon acceptance for publication or request.

18. Friberg B. Ultraclean Laminar Airflow ORs. AORN. 1998 Apr;67(4):841-851.

19. Brohus H, Balling KD, Jeppesen D. Influence of movements on contaminant transport in an operating room. Indoor Air. 2006 Oct;16(5):356-372.

20. Chow TT, Yang XY. Ventilation performance in operating theatres against airborne infection: review of research activities and practical guidance. J. Hosp. Infect. 2004 Feb;56(2):85-92.

21. Whyte W, Vesley D, Hodgson R. Bacterial dispersion in relation to operating room clothing. J Hyg (Lond). 1976 Jun;76(3):367-378.

22. Lidwell OM. Air, antibiotics and sepsis in replacement joints. J. Hosp. Infect. 1988 May;11 Suppl C:18-40.

23. Zink RS, Iaizzo PA. Convective warming therapy does not increase the risk of wound contamination in the operating room. Anesth. Analg. 1993 Jan;76(1):50-53.

24. Huang JKC, Shah EF, Vinodkumar N, Hegarty MA, Greatorex RA. The Bair Hugger patient warming system in prolonged vascular surgery: an infection risk? Crit Care. 2003 Jun;7(3):R13-16.

25. Albrecht M, Gauthier RL, Belani K, Litchy M, Leaper D. Forced-air warming blowers: An evaluation of filtration adequacy and airborne contamination emissions in the operating room. Am J Infect Control [Internet]. 2010 Nov 20 [cited 2011 Jan

20];Available from: http://www.ncbi.nlm.nih.gov/pubmed/21095041

26. Leaper D, Albrecht M, Gauthier R. Forced-air warming: a source of airborne contamination in the operating room? Orthop Rev (Pavia). 2009 Dec 3;1(2):e28.

27. Avidan MS, Jones N, Ing R, Khoosal M, Landgren C, Morrell DF. Convection warmers--not just hot air. Anaesthesia. 1997 Nov;52(11):1073-1076.

28. Baker N, King D, Smith EG. Infection control hazards of intraoperative forced air warming. J. Hosp. Infect. 2002 Jun;51(2):153-154.

29. Bernards AT, Harinck HIJ, Dijkshoorn L, van der Reijden TJK, van den Broek PJ. Persistent Acinetobacter baumannii? Look inside your medical equipment. Infect Control Hosp Epidemiol. 2004 Nov;25(11):1002-1004.

30. Tumia N, Ashcroft GP. Convection warmers--a possible source of contamination in laminar airflow operating theatres? J. Hosp. Infect. 2002 Nov;52(3):171-174.

31. Miner AL, Losina E, Katz JN, Fossel AH, Platt R. Deep infection after total knee replacement: impact of laminar airflow systems and body exhaust suits in the modern operating room. Infect Control Hosp Epidemiol. 2007 Feb;28(2):222-226.

32. Hooper GJ, Rothwell AG, Frampton C, Wyatt MC. Does the use of laminar flow and space suits reduce early deep infection after total hip and knee replacement?: THE TEN-YEAR RESULTS OF THE NEW ZEALAND JOINT REGISTRY. J Bone Joint Surg Br. 2011 Jan;93(1):85-90.

33. Brandt C, Hott U, Sohr D, Daschner F, Gastmeier P, Rüden H. Operating room ventilation with laminar airflow shows no protective effect on the surgical site infection rate in orthopedic and abdominal surgery. Ann. Surg. 2008 Nov;248(5):695-700.

**Document Name:** Manuscript_Reed_10.docx

# Forced Air Warming and Ultra-Clean Ventilation Do Not Mix:  The effect of excess vented heat on clean-airflow patterns.

1. **Paul D McGovern, BSc MBBS**
   **Title:** Specialty Registrar in Trauma and Orthopaedics
   **Affiliation:** Wansbeck General Hospital, Ashington, Northumberland, UK
   **Email:** pdmcgovern@gmail.com
   **Role:** This author helped design the study, conduct the study, analyze the data, and write the manuscript
   **Conflicts:** Paul D McGovern reported no conflicts of interest

2. **Mark Albrecht, MBA, BSME**
   **Title:** Student in Masters Program
   **Affiliation:** School of Statistics, University of Minnesota, Minneapolis, Minnesota, USA
   **Email:** albre116@umn.edu
   **Role:** This author helped design the study, conduct the study, analyze the data, and write the manuscript
   **Conflicts:** Mark Albrecht received research funding from Augustine Temperature Management

3. **Kumar G. Belani, MBBS, MS**
   **Title:** Anaesthesiologist
   **Affiliation:** University of Minnesota
   **Email:** kumarbelani@gmail.com
   **Role:** This author helped analyze the data and write the manuscript
   **Conflicts:** Kumar Belani reported no conflicts of interest

4. **Christopher Nachtsheim, PhD**
   **Title:** Frank A. Donaldson Chair of Operations Management
   **Affiliation:** Carlson School of Management, University of Minnesota, Minneapolis, Minnesota, USA
   **Email:** nacht001@umn.edu
   **Role:** This author helped analyze the data and write the manuscript
   **Conflicts:** Christopher Nachtsheim consulted for Augustine Temperature Management

5. **Mike Reed, MD FRCS (T+O)**
   **Title:** Consultant Orthopaedic Surgeon
   **Affiliation:** Wansbeck General Hospital, Ashington, Northumberland, NE63 9JJ, UK
   **Email:** mike.reed@nhs.net
   **Role:** This author helped design the study, conduct the study, analyze the data, and

write the manuscript
**Conflicts:** Mike Reed reported no conflicts of interest

Correspondence to:   Mark Albrecht; albre116@umn.edu

Key words: surgical site infection, forced air warming, laminar air flow, ultra clean ventilation, operating room environmental contamination, operating room ventilation, patient warming, hip replacement, knee replacement, arthroplasty.

## Abstract

**Introduction:** Ultra-clean ventilation is designed to protect the surgical site from airborne pathogens. However, ventilation performance is fragile and depends critically on airflow volumes and temperature gradients. Patient warming systems represent a disruption risk via the excess heat they release. Therefore, we compared the effects of two patient warming systems – (1) conductive fabric and (2) forced air – on clean-airflow patterns over the surgical site during simulated hip replacement and spinal procedures.

**Methods:** A mannequin was draped for (1) a hip replacement and (2) a lumbar spinal implant in a partial-walled ultra-clean theatre. Neutral buoyancy detergent bubbles were released under the anaesthesia drape and at floor level to visualize air-currents and assess the mobilization of resident air into the clean-airflow over the surgical site. For the hip replacement, a randomized experimental design assessed the effects of upper-body warming system and anaesthesia drape height on bubbles reaching the surgical site. For the spinal surgery, the effect of the lower-body warming system was assessed with time-lapsed-photography of bubbles. Lastly, joint sepsis rates were tracked for a two-year period over which a change from forced air to conductive fabric was implemented.

**Results:** For the hip replacement, bubble counts were significantly higher for forced air than conductive fabric for laid-down (3 versus 0; $p = 0.010$) and half-height (68 versus 0; $p < 0.001$) anaesthesia draping; differences for full-height draping were insignificant (1 versus 0; $p = 0.283$). For the spinal surgery, time-lapsed-photography showed forced air to establish upwards convection currents that transported floor air into the surgical site; this convection current was not present with conductive fabric. Joint sepsis infection rates were reduced after the implementation of conductive fabric warming (0% for n=161) versus prior rates with forced air (3.0% for n=936).

**Conclusion:** Excess heat from forced air warming disrupted clean-airflow patterns over the surgical site and generated upward convection currents, which transported non-sterile air from the floor and the anaesthesia side of the drape into the surgical site; conductive fabric warming had no such effects. Observation of joint sepsis rates suggests an empirical reduction in infection with conductive fabric warming in orthopaedics.

**Number of words**: 339

## Introduction

Although most famously remembered for pioneering the hip arthroplasty, Sir John Charnley was among the first to recognize the critical role of operating theatre (OT) ventilation in preventing joint sepsis. Charnley postulated that the "surgical implant might provide a nidus for the growth of airborne bacteria which ordinarily are accepted as non-pathogenic."[1] Research efforts confirmed Charnley's insights through animal studies[2] and a national clinical trial involving over 8000 operations demonstrating the efficacy of clean air for the reduction of arthroplasty infection rates.[3] As such, ultra-clean ventilation became the standard for orthopaedic procedures. Ultra-clean ventilation protects the surgical site from airborne contamination through the constant delivery of a downward uniform velocity (0.3 to 0.5 m/s) highly filtered (>99.997%) airflow.[4] However, the performance of ultra-clean ventilation depends critically on air-flow volumes and proper temperature gradients, the latter of which may be disrupted by excess heat released from patient warming devices.

Forced air warming is commonly used in OTs to ensure patient normothermia. The vented airflow from forced air warming is released at 43°C, which is often 20°C above ambient OT conditions.[5,6] The release of such thermal energy has the potential to establish temperature gradients that impede the downward velocity of the OT ventilation airflows. Additionally, reductions in downward flow velocity have been shown to increase contaminant entrainment into the surgical site.[7] Moreover, the release of excess heat may generate convection currents that rise against the downward airflows and mobilize non-sterile floor-level air into the surgical site.

Air-free alternatives, such as conductive fabric warming, have been developed that are comparably effective to forced air for the prevention of surgical hypothermia.[8-14] These alternatives have much higher thermal efficiencies than forced air warming and, therefore, release only a fraction of the excess heat.[6] As such, there is a need to critically assess the impact of forced air warming versus air-free alternatives on ultra-clean ventilation performance. Specifically, we compared the effects of (1) conductive fabric and (2) forced air warming on clean-airflow patterns over the surgical site in a partial-

walled ultra-clean OT during two procedures representing the variety of implantable operations typically encountered:  1) a hip replacement with upper-body warming, and 2) a lumbar spinal surgery with lower-body warming.  Ventilation airflow patterns were visualized using neutrally buoyant detergent bubbles and observational data on joint sepsis rates were compared for the period each warming device was in clinical use.

## Methods

**Ultra-Clean Operating Theatre Characteristics:**

Experiments were carried out in a partial-walled ultra-clean OT (ExFlow 90, Howorth, United Kingdom) used for orthopaedic and spinal surgery in the United Kingdom. Validation and verification checks per HTM 2025 showed the OT airflows to be within specification and having a mean velocity of 0.44 m/s two-meters off the floor, which is above the threshold required by the standards (0.38 m/s). However, an insignificant airflow imbalance was detected during validation testing due to the location of the theatre prep room that affected the results of a single particle entrainment test; entrainment values were 12% at that location, which marginally exceeded the recommended threshold of 10%. This marginal discrepancy was unlikely to have any effect on the results of the study because smoke testing detected normal airflow patterns under the canopy and the OT passed microbial contamination testing.

**Airflow Visualization Procedures:**

High intensity lighting was used to illuminate neutrally buoyant detergent bubbles having a 4 mm average diameter (referred to herein as "bubbles"). "Bubbles" were produced by a bubble generator (Sage Action, Ithaca, NY), which utilized a helium-mixed air supply, detergent, and centripetal bubble size classification filter. The bubble generator is specifically designed and validated for the visualization of air currents.[15] For photography, a digital camera (500D, Canon, Surrey, UK) was employed and shutter exposure time was set to ¼ of a second for time-lapsed-photography.

**Experimental Setup:  Hip Replacement**

A mannequin was laid in the lateral position on an operating table and draped with a 3-piece orthopaedic kit (Molnlycke Health Care, Manchester, UK) in accordance with standard protocols (**Fig 1**). A surgeon, dressed in occlusive clothing with head gear (T4, Stryker, Kalamazoo, MI), and an anaesthesiologist stood motionless in front of the surgical site and behind the anaesthesia screen. At the head of the operating table, the surgical drape was either: 1) clipped to the ceiling to create a barrier between the surgical site and anaesthesia area (full-drape); 2) clipped to IV poles and raised 0.75 meters above

the operating table (half-drape); or 3) laid-down over the mannequin's head (laid-down). The experimental upper-body warming treatment was introduced under the drape and was either: 1) a torso forced air blanket (Bair Hugger Model 540, Arizant Healthcare, Eden Prairie, MN); or 2) a torso conductive fabric blanket (Hot Dog Model B110, Augustine Temperature Management, Eden Prairie, MN). The blankets were powered by standard controllers set to 43°C (conductive fabric - Model WC02, Augustine Temperature Management; forced air - Model 750, Arizant Healthcare). "Bubbles" were introduced at the neck of the mannequin to track under-drape resident air movements in the region where the excess patient warming heat was being released.

**Experimental Setup: Lumbar Spinal Procedure**

The same mannequin was laid in the prone position on the operating table and four drapes were arranged in a "square" configuration (Molnlycke Health Care) with the anaesthesia screen at full-height in accordance with standard protocols (**Fig 2**). A single surgeon stood motionless next to the surgical site for all experiments. The experimental lower-body warming treatment was introduced under the drape and was either: 1) a lower-body forced air blanket (Bair Hugger Model 525, Arizant Healthcare); or 2) a lower-body conductive fabric blanket (Hot Dog Model B103, Augustine Temperature Management). The blankets were powered by the same controllers as listed above set to 43°C. "Bubbles" were introduced at floor level between the surgeon's body and the operating room table in the region where the patient warming excess heat was being released.

**Sampling Procedures**

*Hip Replacement*: Bubble counts over the surgical site were measured for each experimental treatment using a sequence of five photographs taken at ten-second intervals. The number of bubbles reaching the surgical site was determined by counting the number of bubbles in a 0.5 by 0.5 meter region over the surgical site in each photograph (**Fig 3**).

*Lumbar Spinal Procedure*: Time-lapsed-photography was chosen over the use of bubble counts to show differences in ventilation performance between patient warming systems given the significant change in observed surgical site airflow patterns (see **Results**).

**Experimental Design**

*Hip Arthroplasty:* A replicated (n=2) $3^1 2^1$ full factorial design was employed to assess changes in bubble counts over the surgical site. The experimental factors considered were: 1) anaesthesia screen: laid-down, half-screen, or full-screen; and 2) patient warming device: conductive fabric or forced air.

*Lumbar Spinal Procedure:* No design was employed or necessary to demonstrate the difference in ventilation performance between forced air and conductive fabric patient warming systems (see **Results**).

**Joint Sepsis Data**

Joint sepsis data was collected for primary hip and knee replacement procedures performed at the hospital during the 2.5-year period prior to the study, with dates comprising 7/1/2008 to 1/1/2011. Infection was diagnosed by full time surgical site infection nurses according to UK health protection agency criteria for deep surgical site infection.[16] A transition in patient warming systems from forced air to conductive fabric was made in all four orthopaedic theatres starting 3/1/2010 and ending 6/1/2010.

**Statistical Analysis**

A Poisson regression model was fitted to the hip replacement data having the sum of bubble counts for each experimental run (5 pictures) as the response and the two factors identified in the experimental design as predictors (including interaction). Reported values are predicted means (± standard error of the mean) for experimental factor combinations.

A logistic regression model was fitted to the joint sepsis data having infection as the response and the period (forced air, transition, and conductive fabric warming) as predictors. Reported values are predicted mean infection rates (± standard error of the mean) for each period.

For both models, Wald tests were conducted at the $\alpha = 0.05$ level of statistical significance .

## Results

### Hip Replacement:

The number of bubbles reaching the surgical site measured the degree to which patient warming excess heat mobilized resident under-drape air over the anaesthesia screen and into the surgical site. Bubble counts per photograph (**Fig 4**) suggest that forced air warming generated sufficient excess heat to mobilize resident under-drape air over the anaesthesia screen. In contrast, conductive fabric warming did not generate sufficient excess heat to have the same mobilizing effect. Further, surgical drape position appeared to have a large effect on resident under-drape air mobilization into the surgical site for forced air warming, with the half-drape configuration resulting in the largest degree of resident-air mobilization.

Differences in the sum of bubble counts for each experimental run (**Fig 5**) were significant between conductive fabric and forced air warming for the drape configurations of half-drape (0 versus 68, $p<0.001$) and laid-down (0 versus 3, $p=0.010$); differences for full-drape (0 versus 1, $p=0.283$) were insignificant. It was necessary to model the sum of bubble counts for statistical inference; otherwise observations would not be independent.

### Lumbar Spinal Procedure:

Time-lapsed-photography showed that excess heat from forced air warming generated hot-air convection currents that transported large quantities of floor-level resident air upwards and into the surgical site (**Fig 6**). These convection currents appeared to form in the space between the surgeon's body and the operating room table. In contrast, conductive fabric warming did not generate sufficient excess heat to establish such convection currents. Instead, with conductive fabric warming ventilation airflow patterns followed the intended path - downwards and away from the surgical site.

### Joint Sepsis Rates:

A 2.5-year observational study of deep infection in joint replacement revealed a significant reduction ($p=0.043$) in joint sepsis rates for the period conductive fabric

warming was in clinical use versus forced air warming, with average infection rates of 1.08% (n=372) versus 3.10% (n=1065), respectively (**Fig 7**). There was a 3-month transition period where both patient warming devices were used in the orthopaedic theatres having an infection rate of 3.75% (n=160), which was not significantly different from the infection rate of 3.0% during the forced air warming period ($p$=0.662). It should be noted that during this time period there were changes in the antibiotic regimen used and thromboprophylaxis protocol employed.[17] Thus, these may be confounding factors.

## Discussion

This study compared the effects of two patient warming systems, forced air and conductive fabric, on ventilation performance in an ultra-clean operating theatre during hip replacement and spinal procedures. Forced air warming excess heat was found to generate convection currents that disrupted clean-airflow patterns over the surgical site during both procedures. In contrast, conductive fabric warming released minimal excess heat and was shown to have no effect on ventilation performance in either procedure. The results also showed forced air warming excess heat to mobilize resident air from typically non-sterile areas (floor & under the anaesthesia drape) into the surgical site, a finding that may have implications regarding surgical site sterility.

Perhaps the most striking finding was the detection of hot-air convection currents originating from where the "mass-flow" of hot air exhausted the forced air warming blanket: for the hip replacement with upper-body warming, convection currents formed near the mannequin's head; for the spinal implant with lower-body warming, convection currents formed along the lower drape edge by the surgeon's legs. The formation of such convection currents may, at first, appear to be theoretically unsupported since forced air warming exhausts a heated airflow of only 40 cubic feet per minute into a ventilation environment having an airflow of 6000 cubic feet per minute.[18] However, one must also consider the effects of surgical lighting, drapes, and personnel on ventilation performance, all of which create localized airflow disturbances that aid in convection current formation.

Prior research in ultra-clean ventilation theatres has shown surgical lighting to be a significant source of ventilation disruption through the downstream wake and associated recirculation zone.[15]  In our study, the use of "bubbles" allowed us to visualize this recirculation zone, which was found to extend about 1 meter below the body of each surgical light.  "Bubbles" and, thus, resident air reaching this zone tended to remain suspended in this vortex for some time.  The presence of a raised anaesthesia drape was shown to further magnify the size and effect of this vortex, for the drape blocked the natural passage of air out of the ventilation field and created a "still zone" adjacent to the vortex.  Lastly, the presence of a surgeon or anaesthetist near this "still zone" created an additional ventilation flow blockage[19] resulting in a situation where even the slightest movements adversely impacted the natural airflow patterns over the surgical site.  Under such fragile conditions, the "mass-flow" of hot forced air warming exhaust was sufficiently buoyant to push upwards and into this locally compromised ventilation region.

The clinical concern regarding the formation of such convection currents is two-fold.  First, these currents oppose the natural clean-airflow patterns that are intended to sweep contaminants down and away from the surgical site.[20]  Thus, contaminants released in the vicinity of the surgical site are less likely to be cleared.  Second, the upward mobilization of floor-level and under-drape air could potentially compromise the sterility of the surgical site, since resident air from these locations is typically laden with pathogens shed from the surgical staff.[21]  Even small elevations in contaminant exposure could be of clinical significance given that airborne derived infection risks are exponentially magnified with implantable procedures.[22]  Empirical support for the concept that observed convection currents resulted in increased surgical site contaminant exposure can be found in the observed reduction in hospital hip and knee joint replacement infection rates when a switch from forced air to conductive fabric warming was implemented.  However, this infection data is observational in nature and does not prove that such a relationship exists since we were unable to control for other measures instituted by the hospital over the 2-year period.

Further, the present study is somewhat limited in that we assessed the movements of "bubbles" as a surrogate for the movement of pathogenic contaminants. Thus, the clinical relevance of our findings depend on two assumptions: 1) that floor-level and under-drape air is non-sterile; and 2) that airborne contaminant concentrations from these locations represent a significant infection risk relative to other contamination sources. Moreover, the bulk of prior research on the risks of forced air warming has either investigated ventilation disruption due to excess heat in conventional OTs[23,24] unsuitable for orthopaedic operations or evaluated microbial contamination buildup and emission issues.[25-29] Relevant research in ultra-clean OTs is limited to a single orthopaedic study in which forced air warming resulted in elevated microbial counts over the surgical site.[30] However, the contamination increase was deemed to be far less than that resulting from personnel movements and such increases did not exceed recommended bacterial levels. Yet, it is unknown how these results translate over the range of implantable procedures performed in ultra-clean OTs. Even minor differences in factors such as surgical draping, procedural practices, and theatre dress are likely to have large effects on both floor-level and under-drape contaminant levels and the dynamics of convection current formation.

National studies on the benefits of ultra-clean ventilation may provide a better indication as to the impact of forced air warming on contaminant mobilization for they take into account the full range of surgical draping, procedural practices, and theater dress. Over the past 10 years, these studies have shown either a trend towards[31] or significantly higher[32,33] infection rates. The mobilization of non-sterile air with forced air warming may be the explanatory factor, since historical studies[1-3] on laminar flow ventilation conducted before the introduction of forced air warming showed clear infection reduction benefits.

Until the effects of forced air warming excess heat on ventilation disruption can be fully evaluated in regards to affecting the sterility of the surgical site, the use of air-free patient warming alternatives might be recommended for implant procedures carried out in ultra-clean theatres.



Figure 1:  Hip replacement setup with upper-body warming, showing: surgical drape positions of laid-down (A), half-drape (B), and full-drape (C) and surgical site location (D)



Figure 2:  Lumbar spinal setup with lower-body warming and full-drape, showing: surgical site location (A).



Figure 3: Definition of region where bubble counts were performed over the surgical site for hip replacement with upper-body warming. A picture shows bubbles (white steaks) appearing in the photograph for the experimental setup of forced air warming and half-drape.



Figure 4: Bubble counts over the surgical site for each photograph (data is jittered to avoid overprinting). 5 photographs were taken for each experimental run.
Abbreviations: FAW, Forced Air Warming; CFW, Conductive Fabric Warming.



Figure 5: Average bubble count for experimental runs when the bubble counts are summed over the 5 photographs (±Standard Error of the Mean).



Figure 6:  Time-lapsed-photography of bubbles depicting airflow patterns for lower lumbar spinal implant procedure with:  (A & B) Forced air warming with resulting convection currents annotated and (C) conductive fabric warming.



Figure 7: Infection data for n=1597 joint replacement cases with the outcome plotted on the right hand axis (data is jittered to avoid overprinting). Average infection rates for each period (Forced air, Transition, or Conductive Fabric) are plotted on the left hand axis. Standard error for the average infection rate was estimated using logistic regression.

# References

1.  Lidwell OM. Clean air at operation and subsequent sepsis in the joint. Clin. Orthop. Relat. Res. 1986 Oct;(211):91-102.

2.  Petty W, Spanier S, Shuster JJ, Silverthorne C. The influence of skeletal implants on incidence of infection. Experiments in a canine model. J Bone Joint Surg Am. 1985 Oct;67(8):1236-1244.

3.  Lidwell OM, Elson RA, Lowbury EJ, Whyte W, Blowers R, Stanley SJ, et al. Ultraclean air and antibiotics for prevention of postoperative infection. A multicenter study of 8,052 joint replacement operations. Acta Orthop Scand. 1987 Feb;58(1):4-13.

4.  Mangram AJ, Horan TC, Pearson ML, Silver LC, Jarvis WR. Guideline for Prevention of Surgical Site Infection, 1999. Centers for Disease Control and Prevention (CDC) Hospital Infection Control Practices Advisory Committee. Am J Infect Control. 1999 Apr;27(2):97-132; quiz 133-134; discussion 96.

5.  Bair Hugger® Therapy - Warming Units & Accessories [Internet]. [cited 2011 Jan 13];Available from: http://www.arizant.com/us/bairhuggertherapy/warmingunits

6.  Bayazit Y, Sparrow EM. Energy efficiency comparison of forced-air versus resistance heating devices for perioperative hypothermia management. Energy. 2010 Mar;35(3):1211-1215.

7.  Chow TT, Yang XY. Ventilation performance in the operating theatre against airborne infection: numerical study on an ultra-clean system. J. Hosp. Infect. 2005 Feb;59(2):138-147.

8.  Wong PF, Kumar S, Leaper DJ. Systemic warming as an adjunct to resuscitation in peritonitis: a pilot, randomized controlled trial. Surg Infect (Larchmt). 2007 Jun;8(3):387-395.

9.  Wong PF, Kumar S, Bohra A, Whetter D, Leaper DJ. Randomized clinical trial of perioperative systemic warming in major elective abdominal surgery. Br J Surg. 2007 Apr;94(4):421-426.

10. Ng V, Lai A, Ho V. Comparison of forced-air warming and electric heating pad for maintenance of body temperature during total knee replacement. Anaesthesia. 2006 Nov;61(11):1100-1104.

11. Janke EL, Pilkington SN, Smith DC. Evaluation of two warming systems after cardiopulmonary bypass. Br J Anaesth. 1996 Aug;77(2):268-270.

12. Kimberger O, Held C, Stadelmann K, Mayer N, Hunkeler C, Sessler DI, et al.

Resistive polymer versus forced-air warming: comparable heat transfer and core rewarming rates in volunteers. Anesth. Analg. 2008 Nov;107(5):1621-1626.

13. Negishi C, Hasegawa K, Mukai S, Nakagawa F, Ozaki M, Sessler DI. Resistive-heating and forced-air warming are comparably effective. Anesth. Analg. 2003 Jun;96(6):1683-1687, table of contents.

14. Matsuzaki Y, Matsukawa T, Ohki K, Yamamoto Y, Nakamura M, Oshibuchi T. Warming by resistive heating maintains perioperative normothermia as well as forced air heating. Br J Anaesth. 2003 May;90(5):689-691.

15. Whyte W, Shaw BH. The effect of obstructions and thermals in laminar-flow systems. J Hyg (Lond). 1974 Jun;72(3):415-423.

16. Horan TC, Gaynes RP, Martone WJ, Jarvis WR, Emori TG. CDC definitions of nosocomial surgical site infections, 1992: a modification of CDC definitions of surgical wound infections. Infect Control Hosp Epidemiol. 1992 Oct;13(10):606-608.

17. Unlisted to prevent unblinding.  Will be provided upon acceptance for publication or request.

18. Friberg B. Ultraclean Laminar Airflow ORs. AORN. 1998 Apr;67(4):841-851.

19. Brohus H, Balling KD, Jeppesen D. Influence of movements on contaminant transport in an operating room. Indoor Air. 2006 Oct;16(5):356-372.

20. Chow TT, Yang XY. Ventilation performance in operating theatres against airborne infection: review of research activities and practical guidance. J. Hosp. Infect. 2004 Feb;56(2):85-92.

21. Whyte W, Vesley D, Hodgson R. Bacterial dispersion in relation to operating room clothing. J Hyg (Lond). 1976 Jun;76(3):367-378.

22. Lidwell OM. Air, antibiotics and sepsis in replacement joints. J. Hosp. Infect. 1988 May;11 Suppl C:18-40.

23. Zink RS, Iaizzo PA. Convective warming therapy does not increase the risk of wound contamination in the operating room. Anesth. Analg. 1993 Jan;76(1):50-53.

24. Huang JKC, Shah EF, Vinodkumar N, Hegarty MA, Greatorex RA. The Bair Hugger patient warming system in prolonged vascular surgery: an infection risk? Crit Care. 2003 Jun;7(3):R13-16.

25. Albrecht M, Gauthier RL, Belani K, Litchy M, Leaper D. Forced-air warming blowers: An evaluation of filtration adequacy and airborne contamination emissions in the operating room. Am J Infect Control [Internet]. 2010 Nov 20 [cited 2011 Jan

20];Available from: http://www.ncbi.nlm.nih.gov/pubmed/21095041

26. Leaper D, Albrecht M, Gauthier R. Forced-air warming: a source of airborne contamination in the operating room? Orthop Rev (Pavia). 2009 Dec 3;1(2):e28.

27. Avidan MS, Jones N, Ing R, Khoosal M, Lundgren C, Morrell DF. Convection warmers--not just hot air. Anaesthesia. 1997 Nov;52(11):1073-1076.

28. Baker N, King D, Smith EG. Infection control hazards of intraoperative forced air warming. J. Hosp. Infect. 2002 Jun;51(2):153-154.

29. Bernards AT, Harinck HIJ, Dijkshoorn L, van der Reijden TJK, van den Broek PJ. Persistent Acinetobacter baumannii? Look inside your medical equipment. Infect Control Hosp Epidemiol. 2004 Nov;25(11):1002-1004.

30. Tumia N, Ashcroft GP. Convection warmers--a possible source of contamination in laminar airflow operating theatres? J. Hosp. Infect. 2002 Nov;52(3):171-174.

31. Miner AL, Losina E, Katz JN, Fossel AH, Platt R. Deep infection after total knee replacement: impact of laminar airflow systems and body exhaust suits in the modern operating room. Infect Control Hosp Epidemiol. 2007 Feb;28(2):222-226.

32. Hooper GJ, Rothwell AG, Frampton C, Wyatt MC. Does the use of laminar flow and space suits reduce early deep infection after total hip and knee replacement?: THE TEN-YEAR RESULTS OF THE NEW ZEALAND JOINT REGISTRY. J Bone Joint Surg Br. 2011 Jan;93(1):85-90.

33. Brandt C, Hott U, Sohr D, Daschner F, Gastmeier P, Rüden H. Operating room ventilation with laminar airflow shows no protective effect on the surgical site infection rate in orthopedic and abdominal surgery. Ann. Surg. 2008 Nov;248(5):695-700.

# EXHIBIT DX38

TO SECOND DECLARATION OF BENJAMIN W.
HULSE IN SUPPORT OF DEFENDANTS'
MOTION TO EXCLUDE PLAINTIFFS' GENERAL
CAUSATION MEDICAL EXPERTS

University of Minnesota Mail - British Hip Society presentation                                   9/15/16, 6:04 PM



Christopher Nachtsheim <nacht001@umn.edu>

## British Hip Society presentation
11 messages

**Paul McGovern** <pdmcgovern@gmail.com>                              Wed, Feb 16, 2011 at 1:50 PM
To: malbrecht@augbiomed.com, Mike Reed Cons Wansbeck <mike.reed@nhs.net>
Cc: Scott Augustine <saugustine@augbiomed.com>, Brent Augustine <baugustine@augbiomed.com>,
nacht001@umn.edu

Mark,

Sorry I've been quiet, had quite a few deadlines.  Have had a quick look at the writeup, looks great, will review and get
back to you this week

I have attached an outline script for the BHS presentation, image placeholders on left, script on right...notes and
queries in yellow - comments gratefully received...
Mike, is it best to leave some stuff for the discussion or get everything out in the main body?

I wonder if it needs more on results/discussion.  I think the videos will produce a good effect in the room.

Anyone coming to this in addition to Mike and myself out of interest?

cheers
Paul

--
Paul McGovern

 **Outline of BHS presentation.docx**
835K

**Mark Albrecht** <malbrecht@augbiomed.com>                           Wed, Feb 16, 2011 at 4:50 PM
To: Paul McGovern <pdmcgovern@gmail.com>, Mike Reed Cons Wansbeck <mike.reed@nhs.net>
Cc: Scott Augustine <saugustine@augbiomed.com>, Brent Augustine <baugustine@augbiomed.com>,
nacht001@umn.edu

Paul,

I will certainly review this tomorrow morning first thing.


Thanks

-mark

**EXHIBIT**
28
Albrecht

**From:** Paul McGovern [mailto:pdmcgovern@gmail.com]

Nachtsheim_0000238

**Sent:** Wednesday, February 16, 2011 1:51 PM
**To:** malbrecht@augbiomed.com; Mike Reed Cons Wansbeck
**Cc:** Scott Augustine; Brent Augustine; nacht001@umn.edu
**Subject:** British Hip Society presentation

[Quoted text hidden]

---

**Reed Mike (NORTHUMBRIA HEALTHCARE NHS FOUNDATION TRUST - NE29 8NH)**       Wed, Feb 16, 2011 at 4:58
<mike.reed@nhs.net>                                                                                                     PM
To: Paul McGovern <pdmcgovern@gmail.com>, "malbrecht@augbiomed.com" <malbrecht@augbiomed.com>
Cc: Scott Augustine <saugustine@augbiomed.com>, Brent Augustine <baugustine@augbiomed.com>,
"nacht001@umn.edu" <nacht001@umn.edu>

Comments attached. Paul – are you very clear how to save videos within ppt. Don't want any upsets on the day!

Mike

---

**From:** Paul McGovern [mailto:pdmcgovern@gmail.com]
**Sent:** 16 February 2011 19:51
**To:** malbrecht@augbiomed.com; Reed Mike (NORTHUMBRIA HEALTHCARE NHS FOUNDATION TRUST - NE29 8NH)
**Cc:** Scott Augustine; Brent Augustine; nacht001@umn.edu
**Subject:** British Hip Society presentation

Mark,

[Quoted text hidden]

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

This message may contain confidential information. If you are not the intended
recipient please inform the
sender that you have received the message in error before deleting it.
Please do not disclose, copy or distribute information in this e-mail or take any
action in reliance on its contents:
to do so is strictly prohibited and may be unlawful.

Thank you for your co-operation.

NHSmail is the secure email and directory service available for all NHS staff in
England and Scotland
NHSmail is approved for exchanging patient data and other sensitive information with
NHSmail and GSi recipients
NHSmail provides an email address for your career in the NHS and can be accessed
anywhere
For more information and to find out how you can switch, visit www.connectingforhealth.nhs.
uk/nhsmail

Nachtsheim_0000239

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**Outline of BHS presentation FAW vv CFW.doc**
871K

**Mark Albrecht** <malbrecht@augbiomed.com>                                          Thu, Feb 17, 2011 at 12:07 PM
To: "Reed Mike (NORTHUMBRIA HEALTHCARE NHS FOUNDATION TRUST - NE29 8NH)" <mike.reed@nhs.net>, Paul
McGovern <pdmcgovern@gmail.com>
Cc: Scott Augustine <saugustine@augbiomed.com>, Brent Augustine <baugustine@augbiomed.com>,
nacht001@umn.edu

Paul and Mike,

I've included some suggestions. I might also suggest shortening this a bit, it looks too long for a 10 minute spot
right now. Little too heavy on the background info I think. I'll get you the product picture and infection data
chart

-Mark

**From:** Reed Mike (NORTHUMBRIA HEALTHCARE NHS FOUNDATION TRUST - NE29 8NH) [mailto:mike.reed@nhs.net]
**Sent:** Wednesday, February 16, 2011 4:59 PM
**To:** Paul McGovern; malbrecht@augbiomed.com
**Cc:** Scott Augustine; Brent Augustine; nacht001@umn.edu
**Subject:** RE: British Hip Society presentation

[Quoted text hidden]

**Outline of BHS presentation FAW vv CFW.doc**
875K

**Mark Albrecht** <malbrecht@augbiomed.com>                                            Thu, Feb 17, 2011 at 1:33 PM
To: "Reed Mike (NORTHUMBRIA HEALTHCARE NHS FOUNDATION TRUST - NE29 8NH)" <mike.reed@nhs.net>, Paul
McGovern <pdmcgovern@gmail.com>
Cc: Scott Augustine <saugustine@augbiomed.com>, Brent Augustine <baugustine@augbiomed.com>,
nacht001@umn.edu

Graph attached and r-code for it.

Nachtsheim_0000240

University of Minnesota Mail - British Hip Society presentation                                                    9/15/16, 6:04 PM

References in order presented on the chart are:

1.      Lidwell OM. Clean air at operation and subsequent sepsis in the joint. Clin. Orthop. Relat. Res. 1986 Oct;(211):91-102.

2.      Lidwell OM, Elson RA, Lowbury EJ, Whyte W, Blowers R, Stanley SJ, et al. Ultraclean air and antibiotics for prevention of postoperative infection. A multicenter study of 8,052 joint replacement operations. Acta Orthop Scand. 1987 Feb;58(1):4-13.

3.      Brandt C, Hott U, Sohr D, Daschner F, Gastmeier P, Rüden H. Operating room ventilation with laminar airflow shows no protective effect on the surgical site infection rate in orthopedic and abdominal surgery. Ann. Surg. 2008 Nov;248(5):695-700.

4.      Hooper GJ, Rothwell AG, Frampton C, Wyatt MC. Does the use of laminar flow and space suits reduce early deep infection after total hip and knee replacement?: THE TEN-YEAR RESULTS OF THE NEW ZEALAND JOINT REGISTRY. J Bone Joint Surg Br. 2011 Jan;93(1):85-90.

---

**From:** Reed Mike (NORTHUMBRIA HEALTHCARE NHS FOUNDATION TRUST - NE29 8NH) [mailto:mike.reed@nhs.net]
**Sent:** Wednesday, February 16, 2011 4:59 PM
**To:** Paul McGovern; malbrecht@augbiomed.com
**Cc:** Scott Augustine; Brent Augustine; nacht001@umn.edu
**Subject:** RE: British Hip Society presentation

Comments attached. Paul – are you very clear how to save videos within ppt. Don't want any upsets on the day!

[Quoted text hidden]

**2 attachments**



**graph redone.tiff**
1813K

Nachtsheim_0000241

📄 **paul_graph.r**
3K

---

**Paul McGovern** <pdmcgovern@gmail.com>                                    Sat, Feb 19, 2011 at 7:37 AM
To: Mark Albrecht <malbrecht@augbiomed.com>
Cc: "Reed Mike (NORTHUMBRIA HEALTHCARE NHS FOUNDATION TRUST - NE29 8NH)" <mike.reed@nhs.net>, Scott
Augustine <saugustine@augbiomed.com>, Brent Augustine <baugustine@augbiomed.com>, nacht001@umn.edu

Next version of presentation. Have re-jigged the order a bit. It's too long but I have that under control, I will tighten
the language after the content.

Cheers

Paul
[Quoted text hidden]
--
Paul McGovern

📄 **Outline of BHS presentation PDM version 2.docx**
1535K

---

**Mark Albrecht** <malbrecht@augbiomed.com>                                  Mon, Feb 21, 2011 at 9:27 AM
To: Paul McGovern <pdmcgovern@gmail.com>
Cc: "Reed Mike (NORTHUMBRIA HEALTHCARE NHS FOUNDATION TRUST - NE29 8NH)" <mike.reed@nhs.net>, Scott
Augustine <saugustine@augbiomed.com>, Brent Augustine <baugustine@augbiomed.com>, nacht001@umn.edu

Much better Paul,

You did a good job of hiding the "agenda" and making this look much more impartial. I'll give you an updated
infection graph and summary tomorrow.

-Mark

**From:** Paul McGovern [mailto:pdmcgovern@gmail.com]
**Sent:** Saturday, February 19, 2011 7:38 AM
**To:** Mark Albrecht
**Cc:** Reed Mike (NORTHUMBRIA HEALTHCARE NHS FOUNDATION TRUST - NE29 8NH); Scott Augustine; Brent
Augustine; nacht001@umn.edu
**Subject:** Re: British Hip Society presentation

[Quoted text hidden]

---

**Brent Augustine** <baugustine@augbiomed.com>                               Tue, Feb 22, 2011 at 12:55 PM
To: Mark <malbrecht@augbiomed.com>, Paul McGovern <pdmcgovern@gmail.com>
Cc: "Reed Mike (NORTHUMBRIA HEALTHCARE NHS FOUNDATION TRUST - NE29 8NH)" <mike.reed@nhs.net>, Scott
Augustine <saugustine@augbiomed.com>, nacht001@umn.edu

I think it looks great. Mark and Paul, do you guys still need some images from me? I still have a short list of
graphics that we penciled into the PowerPoint that haven't been finished. Let me know. Dr. Reed, it was nice to
see you in San Diego, the research was extremely well received by those that saw it. As one Orthopod said,

Nachtsheim_0000242

"It's nice to see people doing research on practical things that have a big impact on patient outcomes."

Brent
[Quoted text hidden]
[Quoted text hidden]

---

**Mark Albrecht** <malbrecht@augbiomed.com>                    Tue, Feb 22, 2011 at 12:58 PM
To: Brent Augustine <baugustine@augbiomed.com>, Paul McGovern <pdmcgovern@gmail.com>
Cc: "Reed Mike (NORTHUMBRIA HEALTHCARE NHS FOUNDATION TRUST - NE29 8NH)" <mike.reed@nhs.net>, Scott
Augustine <saugustine@augbiomed.com>, nacht001@umn.edu

Brent,

I'm putting together the poster today and I'll need a little help in a couple of areas.  I'll come see you when I get
the draft pics together.


Thanks

-Mark


**From:** Brent Augustine [mailto:baugustine@augbiomed.com]
**Sent:** Tuesday, February 22, 2011 12:55 PM
**To:** Mark; 'Paul McGovern'
**Cc:** 'Reed Mike (NORTHUMBRIA HEALTHCARE NHS FOUNDATION TRUST - NE29 8NH)'; Scott Augustine;
nacht001@umn.edu

[Quoted text hidden]

[Quoted text hidden]

---

**Paul McGovern** <pdmcgovern@gmail.com>                    Tue, Feb 22, 2011 at 1:10 PM
To: Mark Albrecht <malbrecht@augbiomed.com>
Cc: Brent Augustine <baugustine@augbiomed.com>, "Reed Mike (NORTHUMBRIA HEALTHCARE NHS FOUNDATION
TRUST - NE29 8NH)" <mike.reed@nhs.net>, Scott Augustine <saugustine@augbiomed.com>, nacht001@umn.edu

Hi Brent,

Would it be possible to alter that animation of the operation setup so the uppermost leg is outside the drape, as per
the photo in the subsequent slide?  It's not a big problem if it's not there as I could explain it, but someone might pick
up on it.  If it's easier it would be fine to have the animation frames as separate images, I could then sequence them
and transition them in the slideshow. Either way is fine for me.

I personally don't need any more images for the presentation, unless you would prefer a different bair hugger pic, I
was going to use one of the following rather than the image of the blower unit

http://www.puls-norge.no/ImageVault/Images/id_19278/scope_128/webSafe_1/ImageVaultHandler.aspx?~19278~
http://www.puls-norge.no/ImageVault/Images/id_19110/scope_128/webSafe_1/ImageVaultHandler.aspx?~19110~

but if there is one that's more appropriate I can use that instead.

Nachtsheim_0000243

cheers
Paul


[Quoted text hidden]
--
Paul McGovern

---

**Mark Albrecht** <malbrecht@augbiomed.com>                    Tue, Feb 22, 2011 at 3:26 PM
To: Paul McGovern <pdmcgovern@gmail.com>
Cc: Brent Augustine <baugustine@augbiomed.com>, "Reed Mike (NORTHUMBRIA HEALTHCARE NHS FOUNDATION
TRUST - NE29 8NH)" <mike.reed@nhs.net>, Scott Augustine <saugustine@augbiomed.com>, nacht001@umn.edu

Guys,

Here is a rough outline of the poster to let you know that I'm working on it.  I'm making the graphs as we
speak.  Should be done in reasonably short order.

-m


**From:** Paul McGovern [mailto:pdmcgovern@gmail.com]
**Sent:** Tuesday, February 22, 2011 1:10 PM
**To:** Mark Albrecht
**Cc:** Brent Augustine; Reed Mike (NORTHUMBRIA HEALTHCARE NHS FOUNDATION TRUST - NE29 8NH); Scott
Augustine; nacht001@umn.edu

[Quoted text hidden]

[Quoted text hidden]

---

📄 **text_1.pdf**
1839K

Nachtsheim_0000244

# EXHIBIT DX39

TO SECOND DECLARATION OF BENJAMIN W.

HULSE IN SUPPORT OF DEFENDANTS'

MOTION TO EXCLUDE PLAINTIFFS' GENERAL

CAUSATION MEDICAL EXPERTS

Outline of BHS presentation

---

| Intro/title slide |
|---|

*Introduce self*
- Paul McGovern, ortho reg etc.
- Senior author Mike Reed, ortho consultant etc.
- Study Conducted at Wansbeck Hospital in Northumberland in 2010

*Background to study*

This study investigated the effect forced air warming blankets have on laminar flow in an operating theatre



*Laminar Flow*
Laminar flow is commonly employed in orthopaedic operating theatres with the specific aim of reducing infection rates by minimising contamination of the operative field by airborne pathogens

[Quote study demonstrating reduction in infection rates (need references)]

*Why Has Laminar Ventilation Failed us?*
-Go through the infection trends over the last 50 years highlighting the failure, as of late, to provide infection reduction benefits. [Quote 4 studies demonstrating reduction in infection rates (need references)]

Laminar flow theatres vary in design and specification, but generally employ a HEPA filter and a laminar flow system capable of providing a consistent downward stream of highly filtered air in the area of surgery

*What might be responsible?*
-changes in infection reporting
-changes in surgical practices
-rise in drug resistant pathogens
-Lastly, the adoption of forced air warming

**Comment [MRR1]:** Mark has a great slide that he made that shows how the effect of laminar flow has changed over the last few years – starting with Charnley. If the recent N2 registry paper could be added to that slide (please Mork) then that is a great intro to the topic.

**Comment [m2]:** I agree with mike, I'll give you the updated graph. Really, the question is "Why has laminar flow failed us as of late?" We must try to investigate this question.

**Formatted:** Font: Italic

**Comment [m3]:** I suggest you add this as an additional slide to focus the direction of where you are going in the broader context, that you are only looking at one potential factor among many possible culprits. This makes it look impartial and hides our agenda, so to speak...

*Patient Warming*

---

| Benefits of warming slide |
|---|



EXHIBIT
29
Albrecht

Intraoperative patient warming significantly improves patient outcomes [reference]



Comment [m4]: Drop this slide, I'd suggest moving this information down to your ? mark slide and use a compound statement to introduce the idea, something like: Forced air warming has many established clinical benefits such as XX, and YY... However, the heated airflow presents a ventilation disruption risk....
Therefore, we evaluated...

As it stands, this slide is simply stating facts and not making an argument. To capture attention, an argument must be carried forward in every slide. We think this because X and Y etc...



Forced air warming is the most commonly used intraoperative patient warming technique. The patient is covered with a specifically designed semiporous blanket, which is attached by an air hose to a blower unit. This blows heated air over the patient to produce the warming effect

Comment [MRR5]: Is the picture the same model as the one we used?



? slide

Our clinical concern was that there was a potential for hot rising air from the forced air system to disrupt laminar airflow, with possible consequences for airborne pathogenic contamination.

Our study evaluated the effect forced air warming has on laminar airflow in a simulated operation set up in a working orthopaedic operating theatre.

Time - 1.5

Comment [MRR6]: I'm tempted to say the driver for this was the need to verify the smoke DVD produced by Augustine – remind them that this DVD was posted to all orthosurgeons in UK last year (assuming that is correct)

Comment [m7]: I'd be careful here. That might imply a strong corporate agenda behind these activities and raise questions as to the credibility of the results.



We compared forced air warming with a conductive fabric warming blanket, a different technology which uses conductive polymers to produce heat when powered with a specifically designed controller unit

Forced air warming vents up to 800 watts of excess heat, whereas conductive fabric warming releases up to 100 watts of excess heat.

Comment [MRR8]: Are there any pictures of this in use with models? Ideally an attractive one!

Comment [m9]: I know the exact picture mike wants... I'll get it to you.

Comment [MRR10]: Need to mention the improved efficiency. Watts spend etc. Mark will have figures in comparison to FAW

Nachtsheim_0000252



A simulated operation was set up in a laminar flow operating theatre using a mannequin as a patient.
The patient was placed in the lateral position and the warming blanket placed over them.
They were then draped as standard for a modified Hardinge-approach hip replacement.

**Comment [MRR11]:** The picture needs to be changed a little so that one leg is above the drape.



Airflow was measured using neutral density soap bubbles. These hover suspended in still air, and their movement can be used to visualise flows within air currents. This is the bubble generating equipment...

**Comment [MRR12]:** Mention the helium bit



And here is the outlet emitting the neutral density bubbles



This is how the setup looked in the operating theatre.
The height of the anaesthesia screen was varied between experiments – I will detail the variations in setup in a moment



In this reverse angle shot you can see the bubble generator outlet



Within this setup, we were aiming to see if bubbles from the patient's head mobilised to the vicinity of the operative field, and whether any mobilisation was

**Comment [MRR13]:** Where the anaesthetist works...



Nachtsheim_0000253

altered by using forced air warming or conductive fabric warming. We also assessed whether the height of the anaesthesia screen altered this mobilisation.

The variables we altered then were:
Anaesthesia screen high, low or absent
Warming with Forced Air or Conductive fabric, the control was the conductive fabric blanket turned off

Time – 3:00

We randomised the experiment between these variables with separate set ups for each. Time was allowed between each experiment to allow things to cool down, and 5 minutes warm up was allowed at the beginning of each experimental run.

Comment [m14]: I'd ignore the statistical details of the experimental design. Those can be found in the paper and just add information that is not really relevant to the main story line. I'd stick to "layman" language where ever possible.



Results were taken by running the bubble generator as shown, and taking a digital photograph in the region of the operative field at 10 second intervals for one minute

Bubbles were counted in this region of the images for each setup. Any bubbles present in this zone had mobilised from the air surrounding the patient's head



Results:
The bubble counts were affected by the anaesthesia drape setting, with the half drape setup showing the largest effect.

Comment [MRR15]: Paul – very critical here that you take the trouble to explain exactly what this chart means. Put it in by language and assume nothing. Start by describing each axis.

Setups using forced air warming showed more bubbles mobilised to the operative site than with conductive fabric warming.

The increase in bubbles with forced air warming was significant with the ether screen at half height and laid down; the increase was not significant with the full height ether screen

Comment [MRR16]: anaesthetic

? more elaboration on results – might be good to put a raw data table up
? more discussion about statistical model

Comment [m17]: Don't go into the statistics, really not needed and will take up too much time. That is for the paper.

This effect is quite striking when viewed in real time:

Video – half ether screen with bubbler running. Live narration

| | |
|---|---|
| Video – CFW v FAW – abbreviated version of video on orthopodresearch blog comparing upward mobilisation of air from FAW with none from CFW | This video compares the warming technologies |

| | |
|---|---|
| Video – reverse angle lights and laminar flow | One last video clip, demonstrating the lack of laminar air flow under operating lights |

Discussion

There are several points of interest.

Firstly, laminar flow may already be compromised, even in a highly performing operating theatre

**Comment [MRR18]:** highly performing?

Second, the high volume of heated air from forced air warming blankets is more than enough to overcome the overall downward effect of laminar flow

Third, placing a high anaesthesia screen protected against this phenomenon encountered when FAW was used, but using a half height screen potentiated it.

Nachtsheim_0000255

Using conductive fabric warming did not produce any detrimental effect, as it did not mobilise any air from the non sterile zone near the patient's head to the region of the operative field

Recommendations

We are conducting further studies to establish whether this effect is seen in different environments and with different operative setups.

This study prompted a change in Orthopaedic practice in ~~wasbeck Northumbria~~ – now all intraoperative patient warming is done with conductive fabric warming, and all ~~ether~~ anaethetic screens are at full height. This is being rolled out right across the Trust in all specialties but this is on a cost improvement programme basis.

Notes - ?for discussion, or to fit into main body
- 800+Watts of waste heat from FAW
- Mention spinal data, UofM study
- Mention infection data from Northumbria
- Mention filtration study

**Comment [MRR19]:** Nope only if asked

**Comment [MRR20]:** Suggest you hold this as the very last slide, - one that is placed after your thank you slide at the end. If you are lucky you can steer a question into exposing it. Normally work a treat and can be introduced with "I thought you might ask that..."

**Comment [MRR21]:** Nope.. I think Sheffield are presenting particle counter stuff.

Nachtsheim_0000256

# EXHIBIT DX40

TO SECOND DECLARATION OF BENJAMIN W.
HULSE IN SUPPORT OF DEFENDANTS'
MOTION TO EXCLUDE PLAINTIFFS' GENERAL
CAUSATION MEDICAL EXPERTS

| | |
|---|---|
| **From:** | Mark <malbrecht@augbiomed.com> |
| **To:** | 'Prof David Leaper' <profdavidleaper@doctors.org.uk> |
| **CC:** | 'Scott Augustine' <saugustine@augbiomed.com>;'Mark Litchy' <mark@ctassociatesinc.com>;'Kumar Belani' <kumarbelani@gmail.com>;'Josh Waldman' <jwaldman@purezone.com> |
| **Sent:** | 1/23/2010 12:00:49 AM |
| **Subject:** | Article nearly ready for submission |
| **Attachments:** | Figures_US.doc; Manuscript_US_rev_6.doc; Tables_US_manuscript.doc |

David,

I'm just finishing the references (couple to go, will be done on Monday). You wanted to see the changes so here they are. Let me know if there are any other ways to improve this document. Expect a final copy early next week. As mentioned, we need you to be the corresponding author. Go ahead and make an account at the journal of american infection control. Provide me with the password-login and I'll begin the document upload (I have the native high-res figures here). Once I've done my part I'll have you finish the submission. Also, we need to be critically careful that this document appears to be impartial. Please re-read and let me know if there are any reasons suggesting that it may appear otherwise. If at all so, we should work to correct that before submission.

Thanks
-m


Also, Kumar I need you edits/suggestions. Please let me know what those may be. You can modify the updated document and figures.


Mark Albrecht
Augustine Biomedical & Design
6581 City West Parkway
Eden Prairie MN 55344

PH 952-465-3511



EXHIBIT
30
Albrecht

Litchy_0000002

# EXHIBIT DX41

TO SECOND DECLARATION OF BENJAMIN W.
HULSE IN SUPPORT OF DEFENDANTS'
MOTION TO EXCLUDE PLAINTIFFS' GENERAL
CAUSATION MEDICAL EXPERTS

Home Inspections, Compliance, Enforcement, and Criminal Investigations Compliance Actions and
Activities Warning Letters 2012

## Inspections, Compliance, Enforcement, and Criminal Investigations

## Augustine Biomedical & Design, LLC 7/24/12



**Department of Health and Human Services**

Public Health Service
Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993

JUL 24, 2012

### WARNING LETTER

Via United Parcel Service

Scott Augustine, M.D.
Chief Executive Officer
Augustine Biomedical & Design, LLC
6581 City West Parkway
Eden Prairie, Minnesota 55344

Refer to CPT1 200003 when replying to this letter.

Dear Dr. Augustine:

The Food and Drug Administration (FDA) has learned that your firm is marketing the Hot Dog
Patient Warming System in the United States. The product is a device within the meaning of
section 201(h) of the Federal Food, Drug and Cosmetic Act (the Act), 21 U.S.C.§ 321 (h), because
it is intended for use in the diagnosis of disease or other conditions or in cure, mitigation,
treatment, or prevention of disease, or to affect the structure or any function of the body. As
explained below, this device is being marketed without the required clearance or approval in
violation of the Act.

Your firm obtained the following clearances for this system under section 510(k) of the Act, 21
U.S.C. § 360(k): the Hot Dog Patient Warming System (K052392), the Hot Dog Patient Warming
Mattress System (K092807), the Hot Dog Multifunction Controller (K094056), and the Hot Dog
Patient Warming System (K112488), each of which is " intended to prevent or treat hypothermia
and to provide warmth to patients," and is " intended primarily for use in hospitals and surgical
centers including, without limitation, operating, recovery and emergency rooms and on
medical/surgical floors." The Hot Dog Patient Warming System was most recently cleared in
K112488 for use with adult and pediatric patients.

The Office of Compliance in FDA's Center for Devices and Radiological Health, reviewed your firm's
website, www.hotdog-usa.com on May 24, 2012. Although none of your firm's 510(k)s for the Hot
Dog Patient Warming System are cleared to reduce infection rates, your firm's web site includes
several claims of infection reduction from use of this device during surgical procedures. For
example, a page on your firm's website, www.hotdog-usa.com/guarantee.php, titled "REFUND
GUARANTEE," contains statements about air-free Hot Dog warming being associated with infection
reduction. On this page, your firm states that, " unlike forced-air, air-free HotDog warming doesn't
generate waste heat that can contaminate the sterile field (even with laminar flow ventilation).
Hospitals that have switched to HotDog report significant reduction in deep joint SSIs. For

example, a # 1 rated hospital in Minnesota experienced an 81% reduction after switching to air-free warming." The claim of reduced infection is a clinical claim; submission of clinical data would be needed to support such a claim.

On your web site there is another page, www.hotdog-usa.com/safer.php, titled "HOTDOG IS SAFER." Below that caption is a summary of an article from the November 2011 issue of the Journal of Bone and Joint Surgery Br. Your firm's web page summarizes the article as concluding, "74% reduction in implant infections: Orthopedic surgeons reduced infections after switching to air-free Hot Dog patient warming (1437 patients over 2.5 years). Bair Hugger contaminates sterile field: Waste hot air convection currents transport contaminated air into the surgical site. Air-free warming has no such effect. Researchers concluded: 'Airfree warming, therefore, is recommended over forced-air warming for orthopedic procedures.'"

Statements such as the ones cited above represent a major change or modification in the intended use of your firm's device, which requires a new premarket notification. 21 CFR 807.81(a)(3)(ii). Therefore, the Hot Dog Patient Warming System is adulterated under section 501(f)(1)(B) of the Act, 21 U.S.C. § 351(f)(1)(B), because your firm does not have an approved application for premarket approval (PMA) in effect pursuant to section 515(a) of the Act, 21 U.S.C. § 360(e)(a), or an approved application for an investigational device exemption (IDE) under section 520(b) of the Act, 21 U.S.C. § 360j (g). The Hot Dog Patient Warming System is also misbranded under section 502(o) of the Act, 21 U.S.C. § 352(o), because your firm did not notify the agency of its intent to introduce the device into commercial distribution for infection reduction, as required by section 510 (k) of the Act, 21 U.S.C. § 360(k). For a device requiring premarket approval, the notification required by section 510(k) of the Act, 21 U.S.C. § 360(k), is deemed satisfied when a PMA is pending before the agency. 21 CFR 807.81(b). The kind of information that your firm needs to submit in order to obtain approval or clearance for its device is described on the Internet at http://www.fda.gov/cdrh/devadvice/3122.html.

The FDA will evaluate the information you submit and decide whether your product may be legally marketed.

Please notify this office in writing within fifteen business days from the date you receive this letter of the specific steps that your firm has taken to correct the noted violations, as well as an explanation of how your firm plans to prevent these violations, or similar violations, from occurring again. Include documentation of the corrections and/or corrective actions (including any systemic corrective actions) that your firm has taken. If your firm's planned corrections and/or corrective actions will occur over time, please include a timetable for implementation of those activities. If corrections and/or corrective actions cannot be completed within fifteen business days, state the reason for the delay and the time within which these activities will be completed. Your firm's response should be comprehensive and address all violations included in this Warning Letter.

Your firm 's response should be sent to:

Damia Jackson
Food and Drug Administration
Center for Devices and Radiological Health
Office of Compliance
10903 New Hampshire A venue
W066-3500
Silver Spring, MD 20993

Finally, you should know that the violations discussed in this letter do not necessarily constitute and exhaustive list. It is your firm's responsibility to ensure compliance with each applicable requirement of the Act and FDA implementing regulations.

Sincerely,

/S/

Steven D. Silverman
Director
Office of Compliance

Center for Devices and
Radiological Health

Page Last Updated: 08/20/2012
Note: If you need help accessing information in different file formats, see Instructions for
Downloading Viewers and Players.

Accessibility Contact FDA Careers FDA Basics FOIA No FEAR Act Site Map Transparency
Website Policies

U.S. Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993
Ph. 1-888-INFO-FDA (1-888-463-6332)
Contact FDA



For Government For Press

Combination Products Advisory Committees Science & Research Regulatory Information Safety
Emergency Preparedness International Programs News & Events Training and Continuing
Education Inspections/Compliance State & Local Officials Consumers Industry Health
Professionals FDA Archive

 U.S. Department of **Health & Human Services**

**Links on this page:**

# EXHIBIT DX42

TO SECOND DECLARATION OF BENJAMIN W.
HULSE IN SUPPORT OF DEFENDANTS'
MOTION TO EXCLUDE PLAINTIFFS' GENERAL
CAUSATION MEDICAL EXPERTS



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Public Health Service

---

Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993

DEC 10 2012

Scott Augustine, M.D.
Chief Executive Officer
Augustine Biomedical & Design, LLC
6581 City West Parkway
Eden Prairie, Minnesota  55344

Dear Dr. Augustine:

The United States Food and Drug Administration (FDA) completed an evaluation of Augustine Biomedical & Design, LLC's (Augustine's) corrections and corrective actions in response to our Warning Letter (#311738) issued July 24, 2012.  We address your August 12, 2012 response below, in relation to each of the noted violations.  These violations, previously cited include the following:

1. The Hot Dog Patient Warming System is adulterated under section 501(f)(1)(B) of the Act, 21 U.S.C. § 351(f)(1)(B), because your firm does not have an approved application for premarket approval (PMA) for infection reduction in effect pursuant to section 515(a) of the Act, 21 U.S.C. § 360(e)(a), or an approved application for an investigational device exemption (IDE) under section 520(b) of the Act, 21 U.S.C. § 360j(g).

2. The Hot Dog Patient Warming System is misbranded under section 502(o) of the Act, 21 U.S.C. § 352(o) because your firm did not notify the agency of its intent to introduce the device into commercial distribution for infection reduction, as required by section 510(k) of the Act, 21 U.S.C. § 360(k). For a device requiring premarket approval, the notification required by section 510(k) of the Act, 21 U.S.C. § 360(k), is deemed satisfied when a PMA is pending before the agency.

We reviewed your firm's response to our Warning Letter and conclude that it is not adequate. Your firm continues to make inappropriate claims related to infection rates with respect to the use of the Hot Dog Patient Warming System and/or the Bair Hugger Patient Warming System. The evidence provided in support of such clinical claims does not satisfy the requirement for a premarket submission for a cleared intended use for the Hot Dog Patient Warming System or provide conclusive evidence of a causal relationship between the use of forced air warming and higher infection rates. Nor does it demonstrate a clinically relevant comparison between the use of the Hot Dog System and forced air warming in general or the Bair Hugger system in particular. Prospective, well controlled, well designed studies are needed to provide the evidence needed to support a reduced infection rate claim and a comparative claim. The proposed changes to the language on the website and marketing materials are unacceptable, including the statement regarding the Office of Compliance evaluating the risk associated with forced air warming systems. Please provide any information or evidence you have indicating that FDA is aware of research being conducted and is evaluating the matter.

125.319v1.04; 10/16/12

1

CONFIDENTIAL

AUGUSTINES_0000015

Please be advised that it is Augustine's responsibility to assure compliance with the Federal Food, Drug, and Cosmetic Act and its implementing regulations or with other relevant legal authority.

Your firm's additional response should be sent to: Damia Jackson, Food and Drug Administration, Center for Devices and Radiological Health, Office of Compliance, White Oak Building 66, Rm 3500, 10903 New Hampshire Ave, Silver Spring, Maryland 20993. Refer to CMS case #311738 when replying.

If you have any questions about the contents of this letter, please contact: Ms. Jackson at (301) 796-5770.

Sincerely yours,

Steven D. Silverman       for
Director
Office of Compliance
Center for Devices and Radiological Health

125.319v1.04; 10/16/12

CONFIDENTIAL

AUGUSTINES_0000016

# EXHIBIT DX43

TO SECOND DECLARATION OF BENJAMIN W.
HULSE IN SUPPORT OF DEFENDANTS'
MOTION TO EXCLUDE PLAINTIFFS' GENERAL
CAUSATION MEDICAL EXPERTS

1              UNITED STATES DISTRICT COURT

2                 DISTRICT OF MINNESOTA

3

4    In Re:  Bair Hugger Forced )

     Air Warming Products       )

5    Liability Litigation:      )

                                )

6                               ) MDL No.:  15-2666

                                )              (JNE/FLN)

7    This Document Relates To:  )

                                )

8          All Actions.         )

     _____)

9

10

11

12

13

14

15

16    VIDEOTAPED DEPOSITION OF WILLIAM R. JARVIS, M.D.

17              San Francisco, California

18              Tuesday, July 25, 2017

19

20

21

22

23   BY:  HEIDI BELTON, CSR, RPR, CRR, CCRR, CLR

24   CSR LICENSE NO. 12885

25   JOB NO. 124789

Page 26

1    A.  No.
2    Q.  Do you have any estimate as to how much
3  time you took in preparing your report?
4    A.  Not offhand.
5      (Exhibit 3 marked.)
6  BY MR. C. GORDON:
7    Q.  This morning your lawyer Mr. Gordon --
8  Mr. Ben Gordon -- handed me a document I've marked
9  as Exhibit 3 entitled "Jarvis Additional Materials
10  Reviewed."  Do you see that?
11    A.  Yes, sir.
12    Q.  Is that -- is it something you prepared?
13    A.  Yes.
14    Q.  And just looking at the list of expert
15  reports that start on the second page, it would
16  appear that this includes at least some materials
17  that did not exist at the time you did your initial
18  report; is that right?
19    A.  That would be correct.
20    Q.  So when it refers to "Additional Materials
21  Reviewed," when were these additional materials
22  reviewed by you?
23    A.  Some of these probably -- some of these
24  definitely were reviewed before I drafted my report;
25  they just weren't referenced in that report.  And

Page 27

1  you -- you were requesting all information in your
2  subpoena that I looked at.  So some of it is
3  reflective of that and others are articles that I've
4  found and/or read since I wrote that report.
5    Q.  Okay.  Well, obviously something that you
6  hadn't reviewed prior to your report you couldn't
7  have referenced.  But if something is on Exhibit 3
8  that you reviewed prior to your report but didn't
9  include in your references, what -- what should we
10  take away from that, that you reviewed it but
11  considered it not relevant to your report or --
12    MR. B. GORDON:  Object to the form.
13  BY MR. C. GORDON:
14    Q.  Tell me how -- tell me what the
15  distinction you made between --
16    A.  Well, there's --
17    Q.  -- what you listed as references and what
18  you listed as materials reviewed.
19    A.  I would say the references in the report
20  are peer-reviewed articles primarily that
21  substantiate or describe or support various points
22  that I'm making in the report.  So if I read
23  something that might have scientific interest and be
24  relevant but I didn't refer to it in my report, then
25  I wouldn't reference it.

Page 28

1    Q.  I want to ask you something about your
2  report in -- that's Exhibit 1.  On page 25 in the
3  summary section you say, "In summary, having applied
4  the methodological 'gold standard' approach which I
5  used in my work for the CDC, I have come to the
6  conclusion that" and then you go on to enumerate the
7  details of your opinion; correct?
8    A.  Correct.
9    Q.  What is the methodological gold standard
10  approach that you used in your work for the CDC that
11  you applied to coming up with your expert report?
12    A.  Well, some of that is described on page 3
13  of that report and involves investigation of
14  outbreaks, and other parts are described in other
15  parts of the report that refer to extensive critical
16  review of the literature that is involved in
17  development of guideline recommendations when I was
18  at CDC.
19    Q.  Okay.  I'm a little confused here.  On
20  Exhibit 1 -- excuse me.  On page 3 of Exhibit 1, when
21  you're talking about outbreak investigations that
22  you did in the CDC, did you do anything similar to
23  any outbreak investigations you did at the CDC in
24  connection with the Bair Hugger litigation?
25    A.  Well, some of it.  Some of it talking

Page 29

1  about a systematic review to do things.
2    Q.  A systematic review of literature?
3    A.  Correct.
4    Q.  I understand that and I want to talk about
5  it.  I just want to -- again, I'm -- I just want to
6  make sure you -- you didn't do any independent
7  outbreak investigation --
8    MR. B. GORDON:  Object to the form --
9  BY MR. C. GORDON:
10    Q.  -- did you?
11    MR. B. GORDON:  -- and counsel's
12  characterization.
13    THE WITNESS:  If you're talking about did
14  I go on-site to a variety of hospitals, review
15  medical records of parties that either had an
16  exposure or did not have an exposure to the Bair
17  Hugger, that would be correct.
18  BY MR. C. GORDON:
19    Q.  I'm just trying to understand what -- I
20  mean, when you were at the CDC, you did outbreak
21  investigations; right?  You talk about that on page
22  3.
23    A.  Correct.
24    Q.  And that -- and I think you were just
25  saying now that when you refer to the CDC

8 (Pages 26 to 29)

1  in your report so that's what I'm trying to
2  understand.  I mean, we went -- we talked about the
3  Cristina study.  That's also on your "Additional
4  Materials Reviewed."  But that's -- you know, you
5  rejected that study as something you need to
6  consider; right?
7      MR. B. GORDON:  Object to the form.
8  Mischaracterizes his testimony.
9      THE WITNESS:  Right.  I didn't say I
10  rejected it.  I read it and there were concerns I
11  had in that particular study.
12  BY MR. C. GORDON:
13      Q.  Did you have any concerns about
14  Augustine's study, Exhibit 15?
15      A.  Well, from reading it, it seemed like it
16  was kind of following some of the same methodology
17  as the Albrecht study.  So, you know, seemed pretty
18  straightforward.
19      Q.  So unlike Cristina, you didn't have any
20  concerns with Exhibit 15; is that right?
21      MR. B. GORDON:  Object to the form.
22  Argumentative.
23      THE WITNESS:  Well, as I say, it provided
24  data from three hospitals.  Those hospitals
25  collected the data.  It seemed like Dr. Augustine

1  was pretty much as concatenating the information and
2  had somebody that he paid, it sounds like, to do the
3  statistics on it.  So he was basically just kind of
4  coordinating it.
5  BY MR. C. GORDON:
6      Q.  Do you -- did you read Dr. Augustine's
7  deposition?
8      A.  I don't believe so.
9      Q.  How did you -- how were the depositions
10  you did read selected?
11      A.  You would have to ask counsel that
12  question.
13      Q.  So you didn't ask for any specific
14  witnesses?
15      A.  Correct.
16      Q.  And I think in your December billing
17  statement you listed the -- several depositions that
18  you had read.  Hansen, Maharaj, Reed, Hannenberg,
19  Albrecht, Bergstrom, Hamer, and Sessler.
20      A.  Correct.
21      Q.  And then on your "Additional Materials
22  Reviewed," Exhibit 3, there's some additional
23  depositions listed.  So would those have been
24  depositions that you read after your expert report?
25  There's some overlap, I know that.

1      A.  Yeah, some would be, some wouldn't be.  As
2  you say, there's some overlap.  There's Albrecht,
3  Reed, Bergstrom, Hamer, Sessler, Kurtz are all --
4  Hansen, Maharaj -- are all there.  I think Lampotang
5  was long time ago.
6      Q.  Okay.  McGovern?
7      A.  McGovern also is --
8      Q.  Go ahead.
9      A.  I think the McGovern was probably done
10  December-ish of last year.
11      Q.  Yeah.  It was actually early January of
12  this year.
13      A.  So definitely Stonington was after.
14      Q.  It would have been --
15      A.  Koenigshofer would be after.
16      (Reporter asks for repetition.)
17      Koenigshofer would be after.
18      Q.  McGovern was originally scheduled for
19  December but I got campylobacter.
20      (Reporter asks for repetition.)
21      MR. C. GORDON:  Campylobacter.
22      MR. ASSAAD:  Got sick.  Bacteria.  Got to
23  wash those hands.
24      MR. C. GORDON:  People that prepared my
25  food needed to wash their hands.

1      MR. B. GORDON:  British food.  Sorry.
2  BY MR. C. GORDON:
3      Q.  So you read McGovern before you wrote your
4  report; is that your recollection?
5      A.  I can't say for sure on that.  I certainly
6  read the paper.  I can't say about the deposition.
7      Q.  And when you -- well, okay.  When you read
8  the deposition -- when you refer to depositions, did
9  you also get the exhibits that were part of the
10  depositions or did you just get the transcript?
11      A.  On that specific one I don't remember.
12      Q.  On any of them.
13      A.  I think on some I got exhibits; others I
14  didn't.
15      Q.  I don't see Legg on any of these lists.
16  So you didn't read Dr. Legg's deposition?
17      A.  I don't believe so.
18      Q.  And it lists Albrecht.  There's actually
19  two volumes of Albrecht.  Do you know if you read
20  both of them?
21      A.  I believe I've read one of the two.
22      Q.  But not the second one?
23      A.  No.  I think I read the second one and not
24  the first.  I think.
25      Q.  So I'm still trying to understand what

Page 146

1  relevance Exhibit 15, the Augustine study, has to
2  your opinions.  It's now on your "Additional
3  Materials Reviewed" list, but I don't know if that
4  means using something that you consider a reliable
5  piece of medical literature that you're going to
6  base your opinions on or it's --
7       A.  Well, I think it's --
8       MR. B. GORDON:  Whoa, whoa, whoa, let him
9  finish.  Because I want to object.
10       Are you done, Corey?
11  BY MR. C. GORDON:
12       Q.  Or --
13       Yeah.
14       Or it's something you're not taking into
15  consideration.
16       MR. B. GORDON:  Object to the form,
17  counsel's characterization.
18       Go ahead.
19       THE WITNESS:  Well, obviously since it's
20  on my list everything on my list I take into
21  consideration.  I think that it is an additional
22  piece of the puzzle, every one of these studies is
23  further dated to support my belief that the Bair
24  Hugger is a device that withdraws air that's not
25  sterile, it's contaminated coming out of the device,

Page 147

1  it increases particle counts over the operative
2  field.  And I think is causative for surgical site
3  infections, particularly with patients with
4  prosthetic joint infections.
5       And I think this is another piece of
6  information or data from a peer-reviewed journal
7  that supports that belief.  And the three different
8  hospitals using what looks like pretty similar
9  methodologies found an increase in prosthetic joint
10  infections when they were using the Bair Hugger.
11  BY MR. C. GORDON:
12       Q.  So you believe that supports your opinion;
13  right?
14       A.  Correct.
15       Q.  And you're relying on the scientific
16  integrity of this Exhibit 15; right?
17       MR. B. GORDON:  Object to the form.  And
18  the use of the word "relying."
19       THE WITNESS:  Yeah, I don't know that I'm
20  relying on it.  It's a peer-reviewed journal that at
21  least from looking at the data submission and the
22  date of acceptance and publication and looking
23  actually at the journal's website, that it's like
24  any other peer-reviewed journal.  So it's gone out
25  for peer review.

Page 148

1  BY MR. C. GORDON:
2       Q.  Why did you look at the website?
3       A.  Because I'm not familiar with that
4  specific journal.  I don't tend to read orthopedic
5  papers.  I had not heard of it before so I looked at
6  it to see what it was all about.
7       Q.  So did you see the fee that they charge
8  for publishing papers?
9       A.  I did see -- well, it's not as you
10  describe.  You don't pay them and then they publish
11  your paper as they point out in the -- on the site,
12  they don't require any money when you submit the
13  paper.  It's only when it's accepted for
14  publication.  And that's no different than the
15  journal that Dr. Wenzel's an editor on.  New England
16  Journal charges page charges.  Lancet charges page
17  charges --
18       THE REPORTER:  I'm sorry.  "And that's
19  something the"?
20       THE WITNESS:  New England Journal of
21  Medicine charges page charges.  Lancet charges page
22  charges.  Every -- American Society for Microbiology
23  Journal charges page charges.  So that's a very
24  common practice.  And particularly journals that
25  have online availability to virtually everyone.

Page 149

1  They -- virtually all charge page charges.  So I
2  don't think that's anything unusual.
3  BY MR. C. GORDON:
4       Q.  Does New England Journal require authors
5  to identify two peer reviewers?
6       A.  Actually, I've had quite a few articles
7  published in the New England Journal and submitted
8  in the New England Journal.  And on every single one
9  I've submitted we've given recommendations for
10  reviewers.  And I can tell you having been an editor
11  of the journal, that is very helpful.  Otherwise
12  you're going into your database and just picking
13  somebody at random.  And I might pick you to do a
14  review of a paper on which you know nothing.  So
15  it's actually much more useful if the authors can
16  provide the names -- and preferably more than two --
17  of people who have expertise in the area.
18       Q.  Move to strike as nonresponsive.  Let me
19  emphasize my -- the part of my question that I --
20  I -- you may not have heard.
21       Does the New England Journal require
22  authors to submit two peer-re- -- names of two peer
23  reviewers?
24       MR. B. GORDON:  Objection to form.  Asked
25  and answered.

# EXHIBIT DX44

TO SECOND DECLARATION OF BENJAMIN W.

HULSE IN SUPPORT OF DEFENDANTS'

MOTION TO EXCLUDE PLAINTIFFS' GENERAL

CAUSATION MEDICAL EXPERTS

International Journal of Technology Assessment in Health Care, 19:4 (2003), 613–623.
Copyright © 2004 Cambridge University Press. Printed in the U.S.A.

# INTERRUPTED TIME SERIES DESIGNS IN HEALTH TECHNOLOGY ASSESSMENT: LESSONS FROM TWO SYSTEMATIC REVIEWS OF BEHAVIOR CHANGE STRATEGIES

**Craig R. Ramsay**
*University of Aberdeen*

**Lloyd Matowe**
*Kuwait University*

**Roberto Grilli**
*Agenzia Sanitaria Regionale*

**Jeremy M. Grimshaw**
*University of Ottawa*

**Ruth E. Thomas**
*University of Aberdeen*

Abstract

**Objectives:** In an interrupted time series (ITS) design, data are collected at multiple instances over time before and after an intervention to detect whether the intervention has an effect significantly greater than the underlying secular trend. We critically reviewed the methodological quality of ITS designs using studies included in two systematic reviews (a review of mass media interventions and a review of guideline dissemination and implementation strategies).
**Methods:** Quality criteria were developed, and data were abstracted from each study. If the primary study analyzed the ITS design inappropriately, we reanalyzed the results by using time series regression.
**Results:** Twenty mass media studies and thirty-eight guideline studies were included. A total of 66% of ITS studies did not rule out the threat that another event could have occurred at the point of intervention. Thirty-three studies were reanalyzed, of which eight had significant preintervention trends. All of the studies were considered "effective" in the original report, but approximately half of the reanalyzed studies showed no statistically significant differences.
**Conclusions:** We demonstrated that ITS designs are often analyzed inappropriately, underpowered, and poorly reported in implementation research. We have illustrated a framework for appraising ITS designs, and more widespread adoption of this framework would strengthen reviews that use ITS designs.

**Keywords:** Professional practice, Cross-sectional studies, Regression analysis, Time factors

The Health Services Research Unit is funded by the Chief Scientist Office of the Scottish Executive Health Department. The guidelines dissemination and implementation review was funded by the UK NHS R&D Health Technology Assessment Programme. However, the views expressed are those of the authors and not necessarily those of the funding body.

Downloaded from https://www.cambridge.org/core. Reprints Desk, on 22 Sep 2017 at 15:52:05, subject to the Cambridge Core terms of use, available at https://www.cambridge.org/core/terms. https://doi.org/10.1017/S0266462303000576

Ramsay et al.

Reliable and valid information on the effectiveness and cost-effectiveness of different interventions is required if policy makers are to make decisions based on these interventions. Rigorous research can help provide such information for policy makers; however, many existing studies are of poor quality (6).

The randomized controlled trial (RCT) is seen as the criterion standard methodology for the evaluation of health care interventions (17). However, there are many interventions for which it is impossible or impractical to use RCTs. For national interventions such as mass media campaigns (35) or within local contexts, the policy makers may wish to assess the impact of specific policies such as the dissemination of clinical guidelines (49). Thus, there is increasing interest in the use of quasi-experimental designs (18).

A common quasi-experimental design used to evaluate such interventions is a before-and-after study design. That is, some measure of compliance or outcome is taken before the intervention and then the same measure is taken after the intervention has occurred. Any changes are then inferred to have occurred because of the intervention. For example, the Working Party of the Royal College of Radiologists undertook a before-and-after study evaluating the impact on general practice of disseminating the Royal College of Radiologists booklet *Making the Best Use of a Department of Radiology* to general practitioners (58). The booklet provided guidelines for radiological investigations and was introduced on January 1, 1990. In the study, the number and type of referrals were measured for the year before and the year after the introduction of the guidelines. There was a reduction in radiological requests after the guidelines were introduced, and it was concluded that the guidelines had changed practice. Several questions remained unanswered. Was the number of referrals already decreasing before the intervention? Did the major National Health Service reforms introduced during 1989–90 impact upon the number of referrals (23;60)? Did the referrals stay at this lower level throughout 1990, or did they begin to return to the original level? These questions demonstrate the potential weaknesses of the before-and-after design (49).

Interrupted time series (ITS) designs can be used to strengthen before-and-after designs (15). In an ITS design, data are collected at multiple instances over time before and after an intervention (interruption) is introduced to detect whether the intervention has an effect significantly greater than the underlying secular trend. There are many examples of the use of this design for the evaluation of health care interventions (16;22;45;67).

An advantage of an ITS design is that it allows for the statistical investigation of potential biases in the estimate of the effect of the intervention. These potential biases include:

- **Secular trend** – the outcome may be increasing or decreasing with time. For example, the observations might be increasing before the intervention; hence, one could have wrongly attributed the observed effect to the intervention if a before-and-after study was performed.

- **Cyclical or seasonal effects** – there may be cyclical patterns in the outcome that occur over time.

- **Duration of the intervention** – the intervention might have an effect for the first three months only after it was introduced; data collected yearly would not have identified this effect.

- **Random fluctuations** – these are short fluctuations with no discernible pattern that can bias intervention effect estimates.

- **Autocorrelation** – this is the extent to which data collected close together in time are correlated with each other. The autocorrelation ranges between $-1$ and 1. A negative autocorrelation suggests that outcomes taken close together in time are likely to be dissimilar. For example, a high outcome is followed by a low outcome that is then followed by a high outcome and so on. In contrast, a positive autocorrelation suggests that outcomes measured close together in time are similar to each other. For example, a high outcome is followed by another high outcome. Ignoring autocorrelation can lead to spuriously significant effects (18).

Downloaded from https://www.cambridge.org/core. Reprints Desk, on 22 Sep 2017 at 15:52:05, subject to the Cambridge Core terms of use, available at https://www.cambridge.org/core/terms. https://doi.org/10.1017/S0266462303000576

To investigate such biases, researchers need to use appropriate statistical methods. For example, time series regression techniques (25) or autoregressive integrated moving average models (ARIMA) (10).

Studies using ITS designs are increasingly being considered for inclusion in systematic reviews (7); however, there has been no published research to assess the methodological quality of ITS studies. We, therefore, undertook a critical review of the methodological quality of ITS studies included in two systematic reviews. The first review evaluated the effectiveness of mass media interventions targeted at improving the utilization of health services (35) and the second review evaluated the effectiveness of different clinical guideline dissemination and implementation strategies (36).

## METHODS

### Inclusion Criteria

All ITS studies in the mass media review were included. One study from the guideline review was excluded, because it was also in the mass media review (48). Both reviews used the Effective Practice and Organisation of Care (EPOC) Cochrane Group definition of an ITS design (7): (i) there were at least three time points before and after the intervention, irrespective of the statistical analysis used; (ii) the intervention occurred at a clearly defined point in time; (iii) the study measured provider performance or patient outcome objectively.

### Data Abstraction

Quality criteria were developed from two sources; from the EPOC data collection checklist (5), and from the classification of threats to validity identified by Campbell and Stanley (15). These quality criteria were agreed by consensus among all the authors in the study and are displayed in Box 1. At least two reviewers independently abstracted the data from each study.

### Data Analysis

Descriptive statistics for each review were tabulated. If studies had not performed any statistical analysis or had used inappropriate statistical methods, we reanalyzed the results (where possible). For the purpose of reanalysis, data on individual observations over time were derived from tables of results or graphs presented in the original study. Data from graphs was obtained by scanning the graph as a digital image and reading the corresponding values from the images (35).

### Statistical Method for Reanalysis of Primary Studies

Time series regression was used to reanalyze the results from each study. The best fit preintervention and postintervention lines were estimated by using linear regression, and autocorrelation was adjusted for by using the maximum likelihood methods where appropriate (25). First-order autocorrelation was tested for statistically by using the Durbin-Watson statistic, and higher-order autocorrelations were investigated by using the autocorrelation and partial autocorrelation function.

Two effect sizes were estimated (see Figure 1). First, a change in the level of outcome at the first point after the introduction of the intervention was estimated. This strategy was performed by extrapolating the preintervention regression line to the first point postintervention. The difference between this extrapolated point and the postintervention regression estimate for the same point estimated the change in level. Further mathematical details are available from the authors on request. Second, a change in the slopes of the regression lines was estimated (calculated as postintervention minus preintervention slope). We

Downloaded from https://www.cambridge.org/core. Reprints Desk, on 22 Sep 2017 at 15:52:05, subject to the Cambridge Core terms of use, available at https://www.cambridge.org/core/terms. https://doi.org/10.1017/S0266462303000576

Ramsay et al.

---

**Box 1. Quality Criteria for ITS Designs**

**1. Intervention occurred independently of other changes over time**

| | |
|---|---|
| DONE | The intervention occurred independently of other changes over time |
| NOT CLEAR | Not specified (will be treated as NOT DONE if information cannot be obtained from the authors) |
| NOT DONE | Reported that intervention was not independent of other changes in time |

**2. Intervention was unlikely to affect data collection**

| | |
|---|---|
| DONE | Reported that intervention itself was unlikely to affect data collection (for example, sources and methods of data collection were the same before and after the intervention |
| NOT CLEAR | Not specified (treated as NOT DONE if information cannot be obtained from the authors) |
| NOT DONE | Intervention itself was likely to affect data collection (for example, any change in source or method of data collection reported) |

**3. The primary outcome was assessed blindly or was measured objectively**

| | |
|---|---|
| DONE | Stated explicitly that primary outcome variables were assessed blindly *or* outcome variables are objective e.g., length of hospital stay, drug levels assessed by a standardized test |
| NOT CLEAR | Not specified (treated as NOT DONE if information cannot be obtained from the authors) |
| NOT DONE | Outcomes were not assessed blindly |

**4. The primary outcome was reliable or was measured objectively**

| | |
|---|---|
| DONE | Two or more raters with agreement $\geq$90% or kappa $\geq$0.8 *or* outcome assessment is objective, e.g., length of hospital stay, drug levels assessed by a standardized test |
| NOT CLEAR | Reliability not reported for outcome measures obtained by chart extraction or collected by an Individual (will be treated as NOT DONE if information cannot be obtained from the authors) |
| NOT DONE | Two or more raters with agreement <90% or kappa <0.8 |

**5. The composition of the data set at each time point covered at least 80% of the total number of participants in the study**

| | |
|---|---|
| DONE | Data set covers 80–100% of total number of participants or episodes of care in the study |
| NOT CLEAR | Not specified (will be treated as NOT DONE if information cannot be obtained from the authors) |
| NOT DONE | Data set covers less than 80% of the total number of participants or episodes of care in the study |

**6. The shape of the intervention effect was prespecified**

| | |
|---|---|
| DONE | A rational explanation for the shape of intervention effect was given by the author(s) |
| NOT CLEAR | Not specified |
| NOT DONE | Any of the conditions above are not met |

**7. A rationale for the number and spacing of data points was described**

| | |
|---|---|
| DONE | Rationale for the number of points stated (e.g., monthly data for 12 months postintervention was used because the anticipated effect was expected to decay) *or* sample size calculation performed |
| NOT CLEAR | Not specified |
| NOT DONE | Any of the conditions above are not met |

**8. The study was analyzed appropriately using time series techniques**

| | |
|---|---|
| DONE | ARIMA models were used *or* time series regression models were used to analyze the data and serial correlation was adjusted/tested for |
| NOT CLEAR | Not specified |
| NOT DONE | Any of the conditions above are not met |

ITS, interrupted time series; ARIMA, autoregressive integrated moving average.

---

classified each study intervention as "significant" if either of these effect sizes were statistically significant.

## RESULTS

Twenty ITS studies were included from the mass media review (8;9;11;18;24;27;39–42;46–48;51;53;55;61;64;69;71), and thirty-eight ITS studies were included from the guidelines

Downloaded from https://www.cambridge.org/core. Reprints Desk, on 22 Sep 2017 at 15:52:05, subject to the Cambridge Core terms of use, available at https://www.cambridge.org/core/terms. https://doi.org/10.1017/S0266462303000576

Reviewing interrupted time series designs



**Figure 1.** The effect sizes estimated by time series regression analysis of an interrupted time series design.

review (1–4;12–14;16;22;26;28–33;37;38;43–45;50;52;54;56;57;59;62;63;65–68;70; 72–75). Eighteen studies were published before 1990 and forty studies after 1990. The characteristics of the ITS studies are displayed in Table 1. Both reviews had similar numbers of preintervention data points; however, the average ratio of postintervention points to preintervention points indicated that the guideline studies tended to collect more postintervention points than preintervention points within each study. The time interval between data points varied, with "monthly" the most common in both reviews.

The quality criteria for the ITS studies are shown in Table 2. Thirty-eight (66%) studies did not rule out the threat that another event could have occurred at the same time as the intervention. Reporting of factors related to data collection, the primary outcome, and completeness of the data set were generally done in both reviews. No study provided a justification for the number of data points used or a rationale for the shape of the intervention effect.

**Table 1.** Characteristics of Included Interrupted Time Series Studies

|  | Mass media review | Guidelines review |
|---|---|---|
| Number of included studies | 20 | 38 |
| Median number of preintervention points | 9 | 10 |
| Median number of postintervention points | 6 | 12 |
| Ratio of postintervention points to preintervention points – mean (SD) | 0.9 (0.8) | 1.9 (2.0) |
| *Time interval between points* |  |  |
| 5 days | 0 | 1 |
| 1 week | 3 | 3 |
| 1 month | 9 | 25 |
| 2 months | 3 | 0 |
| 3 months | 1 | 5 |
| 1 year | 4 | 4 |

Downloaded from https://www.cambridge.org/core. Reprints Desk, on 22 Sep 2017 at 15:52:05, subject to the Cambridge Core terms of use, available at https://www.cambridge.org/core/terms. https://doi.org/10.1017/S0266462303000576

Ramsay et al.

**Table 2.** Quality Criteria for ITS Studies

| Threat to validity | Mass media review (n = 20) | Guidelines review (n = 38) |
|---|:---:|:---:|
| *Intervention independent of other changes* | | |
| Done | 7 | 13 |
| Not clear | 11 | 24 |
| Not done | 2 | 1 |
| *Intervention unlikely to affect data collection* | | |
| Done | 19 | 35 |
| Not clear | 1 | 3 |
| Not done | 0 | 0 |
| *Blinded assessment of primary outcome* | | |
| Done | 17 | 23 |
| Not clear | 3 | 15 |
| Not done | 0 | 0 |
| *Reliable primary outcome measure* | | |
| Done | 18 | 24 |
| Not clear | 2 | 14 |
| Not done | 0 | 0 |
| *Completeness of data set* | | |
| Done | 16 | 37 |
| Not clear | 4 | 0 |
| Not done | 0 | 1 |
| *Shape of intervention effect specified* | | |
| Done | 0 | 0 |
| Not clear | 20 | 38 |
| Not done | 0 | 0 |
| *Rationale for sample size* | | |
| Done | 0 | 0 |
| Not clear | 0 | 0 |
| Not done | 20 | 38 |
| *Data analyzed appropriately* | | |
| Done | 5 | 16 |
| Not clear | 0 | 0 |
| Not done | 15 | 22 |

Thirty-seven of the ITS studies in the reviews were analyzed inappropriately, of which thirty-three could be reanalyzed. Four "inappropriately analyzed" studies could not be reanalyzed because of the poor quality of the graphs in the primary papers. The results of the reanalyzed studies are shown in Table 3. Eight of the studies had statistically significant preintervention trends (3;11;21;30;52;57;61;75). The mean autocorrelations in the reanalyzed ITS studies were small. All of the interventions in each of the reanalyzed studies were termed "effective" in their original reports, but approximately half of these studies showed no statistically significant differences in slope and level when reanalyzed.

**Table 3.** Characteristics of Reanalyzed Studies

| | Mass media review | Guidelines review |
|---|:---:|:---:|
| Number of reanalyzed studies | 15 | 18 |
| Significant preintervention trend | 3 (20%) | 5 (28%) |
| Autocorrelation coefficient, mean (SD) | −0.18 (0.32) | 0.06 (0.40) |
| Original result significant | 15 (100%) | 19 (100%) |
| Original result overturned | 7 (47%) | 8 (44%) |

Downloaded from https://www.cambridge.org/core. Reprints Desk, on 22 Sep 2017 at 15:52:05, subject to the Cambridge Core terms of use, available at https://www.cambridge.org/core/terms. https://doi.org/10.1017/S0266462303000576

## DISCUSSION

We have demonstrated that ITS designs are being increasingly used to evaluate health care behavior change interventions. Many of these studies had apparent threats to their internal validity that made interpretation of the results unreliable. The design of the studies was often poorly reported and analyzed inappropriately leading to misleading conclusions in the published reports of these studies.

There were no substantial differences between the characteristics of the studies in the two reviews. The mass media studies tended to have smaller postintervention phases. Most of the studies in both reviews had short time series. Short time series suggest that model fitting is performed with less confidence, standard errors are increased, type I error is increased, power is reduced, and hence, failure to detect autocorrelation or secular trends.

Over 65% of the studies were analyzed inappropriately. Most of these studies performed a $t$-test of the preintervention points versus postintervention points. The $t$-test would give incorrect effect sizes if preintervention trends were present and would decrease the standard error if positive autocorrelation were present (19;49). The $t$-test, therefore, should not be used to analyze results from an ITS design.

Many of the studies were underpowered. It is difficult to derive a formula for the sample size (34). As a rule of thumb, if one collects ten pre- and ten post-data points, then the study would have at least 80% power to detect a change in level of five *standard deviations* (of the pre-data) only if the autocorrelation is greater than 0.4 (20). This score is a large effect, and the results from the two reviews suggested that the autocorrelation was around the order of 0.1; therefore, a study with ten pre- and post-data points was likely to be underpowered. In addition, it is beneficial to have a long preintervention phase thereby increasing power to detect secular trends.

This study showed that many ITS studies had analytical shortfalls. In such instances, reviewers may need to consider reanalyzing. The data may be obtained directly from the authors, but if this is not possible, the reviewers can often scan the graphs from the original paper onto a computer as described in the methods section. We recommend reviewers use time series regression techniques for reanalyzing ITS studies. The main advantages of this technique is, first, that it can be performed using most standard statistical packages and, second, that it can estimate the effect sizes more precisely than other time series techniques when the series are short (20;34).

The lack of a randomized control group in an ITS design requires the investigators to be critical of the internal validity of the study. With this in mind, we developed a checklist for reviewers of such designs. This checklist encompassed the major threats to validity of ITS designs as proposed by Campbell and Stanley (15). Generally, the greatest threat to validity is that an event other than the control of the researchers occurred at the same time as the intervention, thereby making causal inferences impossible. It was disappointing, therefore, to note that this threat was not ruled out explicitly in 66% of the studies.

### Implications for Researchers

ITS designs may appear superficially simple; however, we have demonstrated that they are often analyzed inappropriately, underpowered, and poorly reported in the implementation research field. To improve the quality of analysis and reporting, we suggest that researchers consider the list of quality criteria described in Box 1.

### Implications for Systematic Reviewers

ITS designs are a useful and pragmatic evaluative tool when RCTs are not feasible. It is possible to consider this often neglected study design in systematic reviews and in so doing draw both qualitative and quantitative results on intervention effects. In this study, we have

Downloaded from https://www.cambridge.org/core. Reprints Desk, on 22 Sep 2017 at 15:52:05, subject to the Cambridge Core terms of use, available at https://www.cambridge.org/core/terms. https://doi.org/10.1017/S0266462303000576

Ramsay et al.

illustrated the usefulness of a framework for appraising ITS designs, and more widespread adoption of such a framework would strengthen reviews that use ITS designs.

## Implications for Policy Makers

Policy makers may find ITS designs a useful way to assess the impact of specific policies that could remain unassessable otherwise. In addition, these designs can often be performed inexpensively from routine data collection.

### REFERENCES

1. Avorn J, Soumerai SB, Taylor W, et al. Reduction of incorrect antibiotic dosing through a structured educational order form. *Arch Intern Med*. 1988;148:1720-1724.
2. Bareford D, Hayling A. Inappropriate use of laboratory services: Long term combined approach to modify request patterns. *BMJ*. 1990;301:1305-1307.
3. Barnett GO, Winickoff R, Dorsey JL, Morgan MM, Lurie RS. Quality assurance through automated monitoring and concurrent feedback using a computer-based medical information system. *Med Care*. 1978;16:962-970.
4. Berbatis CG, Maher MJ, Plumridge RJ, Stoelwinder JU, Zubrick SR. Impact of a drug bulletin on prescribing oral analgesics in a teaching hospital. *Am J Hosp Pharm*. 1982;39:98-100.
5. Bero L, Freemantle N, Grilli R, et al. Checklist for data abstraction in EPOC reviews. Aberdeen: EPOC(mimeo); 1997.
6. Bero L, Grilli R, Grimshaw JM, et al. Closing the gap between research and practice: An overview of systematic reviews of interventions to promote implementation findings by health care professionals. *BMJ*. 1998;317:465-468.
7. Bero L, Grilli R, Grimshaw JM, et al. The Cochrane Effective Practice and Organisation of care Group (EPOC) Module. In: *The Cochrane Library*. Oxford: Update Software, 2002 Issue 1.
8. Blohm M, Herlitz J, Hartford M, et al. Consequences of a media campaign focusing on delay in acute myocardial infarction. *Am J Cardiol*. 1992;69:411-413.
9. Bonerandi JJ, Grob JJ, Cnudde N, Enel P, Gouvernet J. Campaign of early detection of melanoma in the Provence-Alpes-Cote-d'Azur area 1989. Lessons of an experience. *Ann Dermatol Venereol*. 1992;119:105-109.
10. Box EP, Jenkins GM. *Time series analysis*. London: Holden-Day; 1976.
11. Brasca A, Pigliacampo J, Pollastri E, et al. An awareness campaign on the diagnosis and prevention of colon and rectal cancer. Planning and evaluation of its results. *Acta Gastroenterol Latinoam*. 1987;17:325-329.
12. Brook RH, Williams KN. Effect of medical care review on the use of injections: A study of the New Mexico Experimental Medical Care Review Organization. *Ann Intern Med*. 1976;85:509-515.
13. Brooks RJ. Implementing guidelines for eye care of diabetic patients: Results from an HMO intervention study. *Am J Managed Care*. 1996;2:365-369.
14. Brufsky JW, Ross-Degnan D, Calabrese D, Gao X, Soumerai SB. Shifting physician prescribing to a preferred histamine-2-receptor antagonist. Effects of a multifactorial intervention in a mixed-model health maintenance organization. *Med. Care* 1998;36:321-332.
15. Campbell DT, Stanley JC. *Experimental and quasi-experimental designs for research*. Chicago: Rand McNally; 1966.
16. Clarke JA, Adams JE. The application of clinical guidelines for skull radiography in the accident and emergency department: Theory and practice. *Clin Radiol*. 1990;41:152-5.
17. Cochrane AL. Effectiveness and efficiency: Random reflections on health services. London: British Medical Journal for Nuffield Provincial Health Trust; 1989.
18. Cook TD, Campbell DT. *Quasi-experimentation: Design and analysis issues for field settings*. Boston: Houghton Mifflin Company; 1979.
19. Crosbie J. Interrupted time-series analysis with brief single-subject data. *J Consult Clin Psychol*. 1993;61:966-974.
20. Crosbie J. Interrupted time-series analysis with short series; why it is problematic; how it can be improved. In: Gottman JM, ed. *The analysis of change*, New Jersey: Lawrence Erlbaum Associates; 1995.

Downloaded from https://www.cambridge.org/core. Reprints Desk, on 22 Sep 2017 at 15:52:05, subject to the Cambridge Core terms of use, available at https://www.cambridge.org/core/terms. https://doi.org/10.1017/S0266462303000576

21. Del Mar CB, Green AC, Battistutta D. Do public media campaigns designed to increase skin cancer awareness result in increased skin excision rates? *Aust N Z J Public Health*. 1997;21:751-754.

22. Dempsey CL. Nursing home-acquired pneumonia: Outcomes from a clinical process improvement program. *Pharmacotherapy*. 1995;15:33S-38S.

23. Department of Health and the Welsh Office. *General practice in the National Health Service: A new contract*. London: HMSO; 1989.

24. Domenighetti G, Luraschi P, Casabianca A, et al. Effect of information campaign by the mass media on hysterectomy rates. *Lancet*. 1988;2:1470-1473.

25. Draper N, Smith H. *Applied regression analysis*. New York: Wiley; 1981.

26. Elam K, Taylor V, Ciol MA, Franklin GM, Deyo RA. Impact of a worker's compensation practice guideline on lumbar spine fusion in Washington State. *Med Care*. 1997;35:417-424.

27. Eppler E, Eisenberg MS, Schaeffer S, Meischke H, Larson MP. 911 and emergency department use for chest pain: Results of a media campaign. *Ann Emerg Med*. 1994;24:202-208.

28. Everitt DE, Soumerai SB, Avorn J, Klapholz H, Wessels M. Changing surgical antimicrobial prophylaxis practices through education targeted at senior department leaders. *Infect Control Hosp Epidemiol*. 1990;11:578-583.

29. Fowkes FG, Evans RC, Williams LA, et al. Implementation of guidelines for the use of skull radiographs in patients with head injuries. *Lancet*. 1984;2:795-796.

30. Fowkes FG, Hall R, Jones JH, et al. Trial of strategy for reducing the use of laboratory tests. *BMJ Clin Res Ed*. 1986;292:883-885.

31. Fraser GL, Wennberg DE, Dickens JD Jr, Lambrew CT. Changing physician behavior in ordering digoxin assays. *Ann Pharmacother* 1996;30:449-454.

32. Gama R, Nightingale PG, Ratcliffe JG. Effect of educational feedback on clinicians' requesting of cardiac enzymes. *Ann Clin Biochem*. 1992;29:224-225.

33. Gortmaker SL, Bickford AF, Mathewson HO, Dumbaugh K, Tirrell PC. A successful experiment to reduce unnecessary laboratory use in a community hospital. *Med Care*. 1988;26:631-642.

34. Gottman JM. Time series analysis: A comprehensive introduction for social scientists. Cambridge, England: Cambridge University Press; 1981.

35. Grilli R, Ramsay CR, Minozzi S. Mass media interventions: Effects on health services utilisation. In: *The Cochrane Library*. Oxford: Update Software, 2002 Issue 1.

36. Grimshaw JM, Thomas RE, MacLennan G, et al. Effectiveness and efficiency of guideline dissemination and implementation strategies. *Health Technol Assess* (in press).

37. Gurwitz JH, Noonan JP, Soumerai SB. Reducing the use of H2-receptor antagonists in the long-term-care setting. *J Am Geriatr Soc*. 1992;40:359-364.

38. Hammond KW, Snowden M, Risse SC, Adkins TG, O'Brien JJ. An effective computer-based tardive dyskinesia monitoring system. *Am J Med Qual*. 1995;10:133-137.

39. Harris DW, Karandikar DS, Spencer MG, et al. Returned-medicines campaign in Birmingham, 1977. *Lancet*. 1979;1:599-601.

40. Healsmith MF, Graham-Brown RA, Osborne JE, London SP, Fletcher A. Further experience of public education for the early diagnosis of malignant melanoma in Leicestershire. *Clin Exp Dermatol*. 1993;18:396-400.

41. Herd RM, Cooper EJ, Hunter JA, et al. Cutaneous malignant melanoma. Publicity, screening clinics and survival – the Edinburgh experience 1982-90. *Br J Dermatol*. 1995;132:563-570.

42. Joshi UY, Cameron SO, Sommerville JM, Sommerville RG. HIV testing in Glasgow Genito-Urinary Medicine Clinics 1985-1987. *Scott Med J*. 1988;33:294-295.

43. Kong KM, Johnson WF, Anderson PO, Sato LA, Simonian RI. Effect of a pharmacy-based cost-containment program on cimetidine costs and use. *Am J Hosp Pharm*. 1987;44:2068-2073.

44. Legorreta AP, Hasan MM, Peters AL, Pelletier KR, Leung KM. An intervention for enhancing compliance with screening recommendations for diabetic retinopathy. A bicoastal experience. *Diabetes Care* 1997;20:520-523.

45. Lomas J, Anderson GM, Domnick-Pierre K, et al. Do practice guidelines guide practice? The effect of a consensus statement on the practice of physicians. *N Engl J Med*. 1989;321:1306-1311.

Downloaded from https://www.cambridge.org/core. Reprints Desk, on 22 Sep 2017 at 15:52:05, subject to the Cambridge Core terms of use, available at https://www.cambridge.org/core/terms. https://doi.org/10.1017/S0266462303000576

Ramsay et al.

46. Lowe JB, Balanda KP, Del Mar CB, Purdie D, Hilsdon AM. General practitioner and patient response during a public education program to encourage skin examinations. *Med J Aust*. 1994;161:195-198.

47. Macdonald H, Roder D. The planning, implementation and evaluation of an immunization promotion campaign in South Australia. *Hygie*. 1985;4:13-17.

48. Maclure M, Dormuth C, Naumann T, et al. Influences of educational interventions and adverse news about calcium-channel blockers on first-line prescribing of antihypertensive drugs to elderly people in British Columbia. *Lancet*. 1998;352:943-948.

49. Matowe L, Ramsay CR, Grimshaw JM, Gilbert FI, Macleod MJ, Needham G. Effects of mailed dissemination of the Royal College of Radiologists' guidelines on general practitioner referrals for radiography: A time series analysis. *Clin Radiol*. 2002;57:575-578.

50. Morrison JC, Sumrall DD, Chevalier SP, et al. The effect of provider education on blood utilization practices. *Am J Obstet Gynecol* 1993;169:1240-1245.

51. Nattinger AB, Hoffmann RG, Howell-Pelz A, Goodwin JS. Effect of Nancy Reagan's mastectomy on choice of surgery for breast cancer by US women. *JAMA*. 1998;279:762-766.

52. Novich M, Gillis L, Tauber AI. The laboratory test justified. An effective means to reduce routine laboratory testing. *Am J Clin Pathol*. 1985;84:756-759.

53. Paunio M, Virtanen M, Peltola H, et al. Increase of vaccination coverage by mass media and individual approach: Intensified measles, mumps, and rubella prevention program in Finland. *Am J Epidemiol*. 1991;133:1152-1160.

54. Pearce MJ, Begg EJ. Encouraging consensus cost effective drug therapy: Five years experience with a hospital drug utilisation review programme. *N Z Med J*. 1997;110:92-95.

55. Pehamberger H, Binder M, Knollmayer S, Wolff K. Immediate effects of a public education campaign on prognostic features of melanoma. *J Am Acad Dermatol*. 1993;29:106-109.

56. Poma PA. Effect of departmental policies on cesarean delivery rates: A community hospital experience. *Obstet Gynecol* 1998;91:1013-1018.

57. Ratnaike S, Hunt D, Eilermann LJ, Hazen R, Deam D. The investigation of chest pain: Audit and intervention. *Med J Aust*. 1993;159:666-671.

58. Royal College of Radiologists Working Party. Influence of Royal College of Radiologists' guidelines on referral from general practice. *BMJ*. 1993;306:110-111.

59. Santerre RE. The effect of the ACOG guideline on vaginal births after cesarean. *Med Care Res Rev*. 1996;53:315-329.

60. Secretaries of State for Social Services WNIaS. *Working for patients*. London: HMSO; 1989.

61. Shelley JM, Irwig LM, Simpson JM, Makaskill P. Evaluation of a mass-media-led campaign to increase Pap smear screening. *Health Educ Res*. 1991;6:267-277.

62. Sherman CR, Potosky AL, Weis KA, Ferguson JH. The Consensus Development Program. Detecting changes in medical practice following a consensus conference on the treatment of prostate cancer. *Int J Technol Assess Health Care*. 1992;8:683-693.

63. Shorr RI, Fought RL, Ray WA. Changes in antipsychotic drug use in nursing homes during implementation of the OBRA-87 regulations. *JAMA*. 1994;271:358-362.

64. Soumerai SB, Ross-Degnan D, Kahn JS. Effects of professional and media warnings about the association between aspirin use in children and Reye's syndrome. *Milbank Q*. 1992;70:155-182.

65. Soumerai SB, Avorn J, Gortmaker S, Hawley S. Effect of government and commercial warnings on reducing prescription misuse: The case of propoxyphene. *Am J Public Health*. 1987;77:1518-1523.

66. Stuart ME, Macuiba J, Heidrich F, et al. Successful implementation of an evidence-based clinical practice guideline: Acute dysuria/urgency in adult women. *HMO Pract*. 1997;11:150-157.

67. Studnicki J, Remmel R, Campbell R, Werner DC. The impact of legislatively imposed practice guidelines on cesarean section rates: The Florida experience. *Am J Med Qual*. 1997;12:62-68.

68. Suwangool P, Moola-Or P, Waiwatana A, et al. Effect of a selective restriction policy on antibiotic expenditure and use: An institutional model. *J Med Assoc Thai*. 1991;74:272-275.

69. Tesoriero JM, Sorin MD. The effect of 'Magic' Johnson's HIV disclosure on anonymous HIV counselling and testing services in New York State. *AIDS Public Policy J*. 1992;7:216-224.

Downloaded from https://www.cambridge.org/core. Reprints Desk, on 22 Sep 2017 at 15:52:05, subject to the Cambridge Core terms of use, available at https://www.cambridge.org/core/terms. https://doi.org/10.1017/S0266462303000576

70. Thamer M, Ray NF, Henderson SC, et al. Influence of the NIH Consensus Conference on Helicobacter pylori on physician prescribing among a Medicaid population. *Med Care*. 1998;36:646-660.

71. Turner GC, Mutton KJ. HIV testing: Changing trends. *BMJ*. 1987;295:502.

72. van Walraven C, Goel V, Chan B. Effect of population-based interventions on laboratory utilization: A time-series analysis. *JAMA*. 1998;280:2028-2033.

73. Vincent EC, Hardin PA, Norman LA, Lester EA, Stinton SH. The effects of a computer-assisted reminder system on patient compliance with recommended health maintenance procedures. *Proc Ann Symp Comput Appl Med Care*. 1995;656-660.

74. Wong ET, McCarron MM, Shaw ST Jr. Ordering of laboratory tests in a teaching hospital. Can it be improved? *JAMA*. 1983;249:3076-3080.

75. Zehr KJ, Dawson PB, Yang SC, Heitmiller RF. Standardized clinical care pathways for major thoracic cases reduce hospital costs. *Ann Thorac Surg*. 1998;66:914-919.

Downloaded from https://www.cambridge.org/core. Reprints Desk, on 22 Sep 2017 at 15:52:05, subject to the Cambridge Core terms of use, available at https://www.cambridge.org/core/terms. https://doi.org/10.1017/S0266462303000576

# EXHIBIT DX45

TO SECOND DECLARATION OF BENJAMIN W.
HULSE IN SUPPORT OF DEFENDANTS'
MOTION TO EXCLUDE PLAINTIFFS' GENERAL
CAUSATION MEDICAL EXPERTS

Report Prepared for Blackwell Burke

*In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*

Richard P. Wenzel, MD, MSc.

Emeritus Professor and Former Chairman

Department of Internal Medicine

Virginia Commonwealth University Health

Richmond, Virginia

obesity, incontinence and fitness for surgery.  They also ignored multiple other factors known to affect infection risk.

Other shortcomings include the following.

- Intraoperative temperatures were not measured, thus a key risk factor was not examined.
- The surveillance systems – case finding methods – were not mentioned, and there are no data on validity of surveillance or in completeness of case finding after patients were discharged. This is especially important in non-contemporaneous comparisons, where observation bias can be introduced.
- There were no data to show that perioperative antibiotics were appropriately timed relative to the incision in the two time periods.
- With the large number of *S aureus* isolates recovered during the forced air period (N=11) vs none (N=0) for the conductive fabric warming, one needs to know what workup was done to rule out an epidemic caused by a single clone.  No fingerprinting of isolates was noted.
- One of the coauthors, Mr. Albrecht, worked for the company competing with the Bair Hugger and has a substantial conflict of interest.

 An important point with respect to controlling for such confounding factors is that the odds ratio reported is a univariate funding, not corrected for the known confounders of infection.  It was not a multivariate analysis but instead a crude examination of incomplete data.

Even more serious flaws involve bias (systematic errors) in the study, which – unlike confounders – cannot be corrected.  Bias in a study is a fatal flaw. There were multiple biases in the study, each one of which favored the Hot Dog:

1) Rivaroxaban (Xarelto) anticlotting drug – linked to wound hematomas – was used for part of the Bair Hugger period but <u>never during the Hot Dog use period</u>; (See Professor Holford's analysis).

2) Gentamicin perioperative prophylaxis alone was used for much of the Bair Hugger period yet <u>two antibiotics – gentamicin plus Teicoplanin</u> – <u>were used always during the Hot Dog period</u>.  Gentamicin would be expected to have no or little activity for MRSA and for coagulase negative staphylococci.  Dr. Reed and co-authors from the Northumbria Healthcare NHS Foundation Trust wrote that "gentamicin 4.5 mg/kg alone should not be used as prophylaxis for primary joint arthroplasty as it…increases the risk of other postoperative complications" increase in pneumonia..acute renal failure requiring HDU admission..and rate of return to theatre."  The authors noted trends of increasing resistance to gentamicin among the coagulase negative s*taphylococci*.  In conclusion, they say "we have changed our prophylaxis to low dose gentamicin (3mg/kg) combined with Teicoplanin 400 mg given once."

Sprowson A et al.  Changing antibiotic prophylaxis for primary joint arthroplasty affects postoperative complication rates and bacterial spectrum. *The Surgeon* 2013; II: 20 – 24.

# EXHIBIT DX46

TO SECOND DECLARATION OF BENJAMIN W.
HULSE IN SUPPORT OF DEFENDANTS'
MOTION TO EXCLUDE PLAINTIFFS' GENERAL
CAUSATION MEDICAL EXPERTS

● Volume 03 / Issue 03 / September 2015 ● boa.ac.uk

Page 50

## JTO Peer-Reviewed Articles

# Prevention of Periprosthetic Joint Infection

**Ramsay Refaie, Simon Jameson and Mike Reed**

Periprosthetic joint infection (PJI) can be a catastrophic complication following joint replacement surgery.  The financial costs and morbidity associated with PJI are well established[1-3] with evidence now emerging that PJI is an independent risk factor for mortality[4].  Prevention is better than cure and whilst an exhaustive list is beyond the scope of this article we will discuss some offbeat tactics to consider in practice.

### The Basis of the Problem

When Charnley wrote about prosthetic joint infection in 1969 he stated there was "still uncertainty as to how often a wound is infected in the operating room and how often at a later date during the healing of the wound"[5].  This same uncertainty still persists to this day.  Contaminants may arise from the patient's skin, from the surgical personnel or from the surgical instrumentation itself [6, 7].  It is likely that almost all surgical wounds are contaminated because skin preparation at the time of surgery will only decontaminate the skin surface and bacteria will remain in deeper layers of the skin[8].  Whilst it is also possible for infection to seed to the implant in haematogenous spread or so called "metastatic infection"[9] this occurs less frequently.  Gram-positive organisms are the most commonly reported with *Staphylococcus aureus* accounting for over a third of reported PJIs in England and Wales[10].

Broadly speaking prevention strategies target modifiable patient factors and peri-operative factors; these are summarised in Table 1.  Many of these tactics are presented at open events with The Quality Improvement in Surgical Teams initiative[11].


Ramsay Refaie


Simon Jameson


Mike Reed

● Volume 03 / Issue 03 / September 2015  ● boa.ac.uk

Page 51

© 2015 British Orthopaedic Association

Journal of Trauma and Orthopaedics: Volume 03, Issue 03, pages 50-52
Title: Prevention of Periprosthetic Joint Infection
Authors: Ramsay Refaie, Simon Jameson and Mike Reed

| Risk Factor | Management |
|---|---|
| **Patient factors** | |
| Inflammatory arthritis | • Disease-modifying anti-rheumatic drugs (DMARDs) including methotrexate should be discussed with the prescriber<br>• Peri-operative steroids are generally not required<br>• Balance the risks and benefits of stopping anti-TNF – stop at 3-5 half-lives pre-operatively, restart after wound healing and no evidence of infection |
| Obesity | • Dietician input to encourage weight loss<br>• Adjust peri-operative antibiotic doses appropriately<br>• In super-obese consider bariatric surgery prior to joint replacement surgery |
| Smoking | • Consider a smoking cessation programme |
| Methicillin Resistant and Methicillin Sensitive Staphylococcus aureus carriage (MRSA and MSSA) | • Screening based on local guidelines, and decolonise prior to surgery |
| **Peri-operative factors** | |
| Patient preparation | • Shower on day of surgery<br>• If hair removal required, use electric clippers on day of surgery<br>• Avoid oil-based skin moisturisers |
| Antibiotics | • Prophylactic antibiotics should be given as early as possible in the anaesthetic room<br>• If cementation is required, antibiotic-impregnated cement should be used<br>• There is little consensus or evidence for which antibiotic prophylaxis |
| Theatre | • Use laminar flow where possible<br>• Keep theatre door opening to a minimum |
| Personnel | • Hand wash with antiseptic surgical solution, using a single-use brush or pick for the nails<br>• Before subsequent operations hands should be washed with either an alcoholic hand rub or an antiseptic surgical solution<br>• Use scrub staff assisted glove donning<br>• Double glove and change gloves regularly |
| Skin preparation | • Use an alcohol pre-wash followed by a 2% chlorhexidine-alcohol scrub solution, or alcoholic betadine. Beware of fires |
| Anaesthetic | • Maintain normothermia<br>• Maintain normovolaemia<br>• A higher inspired oxygen concentration peri-operatively and for 6 hours post-operative may be of benefit |

**Table 1:** Summary table of common prevention tactics

## Proven strategies and some food for thought

### MSSA screening and decontamination

Methicillin Resistant *Staphylococcus aureus* (MRSA) is the emotive "superbug" that every patient seems to fear. Indeed MRSA infections have been shown to have significantly higher treatment costs than other causal organisms of PJI[12]. MRSA screening is now well established across the NHS with positive results prompting decolonisation prior to surgery. However, nasal carriage of Methicillin sensitive organisms (MSSA) also confers an increased risk of PJI. Carriage is common (~20%)[13] and decolonisation presents us with an easy "high yield" strategy in the fight against PJI. A large, randomised, placebo controlled multi-centre trial published in the New England Journal of Medicine in 2010 showed that decolonisation of MSSA carriers with mupirocin nasal ointment and chlorhexidine soap prior to orthopaedic and cardiothoracic surgery reduced their risk of MSSA SSI by almost 60% from 7.7% to 3.4%[13]. This strategy has also been shown to be cost effective[14]. Despite this, many centres still do not routinely screen for MSSA. After MSSA screening and decolonisation was introduced in one NHS joint replacement unit, MSSA infections reduced from 0.84% to 0.26% - the caveat being there were other infection prevention methods implemented during the time period[15].

### Smoking cessation

Smokers are at increased risk of wound complications and infections[16]. A randomised controlled trial from Denmark, published in the Lancet, has shown that cessation or at least 50% reduction in smoking decreased wound complications from 31% to

5% (p<0.001) in patients undergoing hip and knee arthroplasty[17]. Smoking cessation should be considered for all patients.

### Patient warming

Pre warming of patients before theatre is a proven strategy for preventing hypothermia intra-operatively and in recovery[18, 19]. A large RCT from the UK published in the Lancet showed that pre warming reduced the risk of infection by around 65% in clean surgery[20]. Despite this pre warming is still not widely adopted in UK centres.

Intra-operative warming is widely performed but the method of intra-operative patient warming may also alter the risk of infection during clean air surgery[21]. Randomised studies have demonstrated that the popular forced air warming devices interact with laminar air flow currents in such a way that non-filtered air can be drawn from outside the clean air canopy into the wound area[22, 23]. Our own switch to the alternative conductive fabric warming led to a significant decrease in deep infection rates[22]. These concepts are best demonstrated in high definition video *(www.youtube.com/user/orthopodresearch)*.

### Laminar flow and lights

Historical evidence has shown that laminar flow in combination with antibiotic prophylaxis reduces infection rates in joint arthroplasty[24]. Recently however, the benefit of laminar flow has come into question[10, 25, 26].

Given the fragile nature of laminar air flow, we wanted to investigate the impact of popular suspended theatre lights. In a series of experiments using neutrally buoyant helium bubbles to assess the efficacy of laminar flow at clearing particles from the operative field looking specifically at the impact of lights. These experiments

>>

● Volume 03 / Issue 03 / September 2015 ● boa.ac.uk

Page 52

# JTO Peer-Reviewed Articles

are best viewed in high definition video (*www.youtube.com/user/ orthopodresearch*). Perhaps unsurprisingly we found that placing lights directly above the operative field impairs the ability of the system to clear airborne particles. Figure 1 shows the rate at which particles were cleared from the operative field after one minute of filling with bubbles. No lights, a single light and two lights over a mannequin knee (Figure 2) were evaluated. This provides further evidence for the intuitive interactions between laminar air flow currents and objects within it. Based on this the lead author has joined several others who operate without suspended theatre lights for knee replacement. Hugh Howorth and Sir John Charnley worked closely to develop the optimal operating environment. The original greenhouse used by Charnley contained two banks of lights to illuminate the operative field[27]. Subsequent Howorth/ Charnley theatre designs contained banks of lights outside the laminar flow canopy. The theatre picture of Wrightington Hospital (Figure 3) clearly shows a bank of lights outside the laminar flow enclosure. Whilst this approach is not for everyone, an awareness of the potential interactions with laminar flow and attempts to minimise these should be encouraged.

## Targeted antibiotic prophylaxis

The benefits of prophylactic antibiotics are widely accepted across most surgical specialties[28, 29]. Prophylaxis is however not without risks and the potential reduction in SSIs must be balanced against the adverse effects of antibiotics. Cephalosporins, once a panacea in our prophylactic armamentarium, have fallen out of favour in the UK largely due to their association with Clostridium difficile associated diarrhoea (CDAD), despite this representing a relatively minor complication



**Figure 1:** Rate of bubble clearance



**Figure 2:** Knee mannequin with bubbles being introduced



**Figure 3:** Old Theatre 1 at Wrightington Hospital

in elective orthopaedic surgery (1.7 per 1000)[30]. A systematic review reported that there is insufficient evidence of a significant difference between cephalosporins, teicoplanin or penicillin derivatives[31]. In practice, most prophylactic regimens are now based on dual therapy yet these are frequently associated

with higher incidence of acute kidney injury and no change in rates of PJI[32-35]. Elsewhere, gentamicin alone has also been shown to offer no benefit in terms of reducing CDAD[36]. With all this confusion a large randomised trial is required to best protect our patients undergoing primary joint replacement.

## Summary

PJI is catastrophic and every feasible step should be taken to prevent this. Whilst this article is not exhaustive it may encourage achievable strategies to reduce the incidence of PJI. ■

*Ramsay Refaie is a Specialty Trainee in the Northern Deanery. He is currently on an out of program experience for research at Newcastle University and is looking at novel diagnostic biomarkers in Prosthetic joint infection.*

*Simon Jameson is currently Robin Ling Hip Fellow at the Princess Elizabeth Orthopaedic Centre in Exeter. He trained on the Northern and Glasgow Orthopaedic rotations. He is a past NJR research fellow with an MD thesis focused on outcomes after primary hip replacement.*

*Mike Reed is an orthopaedic surgeon for Northumbria Healthcare and a Senior Lecturer with Newcastle University. He Chairs the Trust's Surgical Site Infection Prevention Programme.*

### Correspondence

Email: *ramsay2000@gmail.com*
Email: *simonjameson@doctors.org.uk*
Email: *mike.reed@nhs.net*

### References

References can be found online at *www.boa.ac.uk/publications/JTO* or by scanning the QR Code.



 

# References

1. Darouiche, R.O., *Treatment of infections associated with surgical implants.* N Engl J Med, 2004. **350**(14): p. 1422-9.
2. Edwards, C., et al., *Early infection after hip fracture surgery: risk factors, costs and outcome.* J Bone Joint Surg Br, 2008. **90**(6): p. 770-7.
3. Bozic, K.J. and M.D. Ries, *The impact of infection after total hip arthroplasty on hospital and surgeon resource utilization.* J Bone Joint Surg Am, 2005. **87**(8): p. 1746-51.
4. Zmistowski, B., et al., *Periprosthetic joint infection increases the risk of one-year mortality.* J Bone Joint Surg Am, 2013. **95**(24): p. 2177-84.
5. Charnley, J. and N. Eftekhar, *Postoperative infection in total prosthetic replacement arthroplasty of the hip-joint. With special reference to the bacterial content of the air of the operating room.* Br J Surg, 1969. **56**(9): p. 641-9.
6. Albrich, W.C. and S. Harbarth, *Health-care workers: source, vector, or victim of MRSA?* Lancet Infect Dis, 2008. **8**(5): p. 289-301.
7. Hughes, S.P. and F.M. Anderson, *Infection in the operating room.* J Bone Joint Surg Br, 1999. **81**(5): p. 754-5.
8. Charnley, J., *Postoperative infection after total hip replacement with special reference to air contamination in the operating room.* Clin Orthop Relat Res, 1972. **87**: p. 167-87.
9. Hunter, G. and D. Dandy, *The natural history of the patient with an infected total hip replacement.* J Bone Joint Surg Br, 1977. **59**(3): p. 293-7.
10. Brandt, C., et al., *Operating room ventilation with laminar airflow shows no protective effect on the surgical site infection rate in orthopedic and abdominal surgery.* Ann Surg, 2008. **248**(5): p. 695-700.
11. *Quality Improvement in Surgical Teams Initiative*.  [cited 2015 1st June]; Available from: [http://www.qist.co.uk](http://www.qist.co.uk).
12. Parvizi, J., et al., *Periprosthetic joint infection: the economic impact of methicillin-resistant infections.* J Arthroplasty, 2010. **25**(6 Suppl): p. 103-7.
13. Bode, L.G., et al., *Preventing surgical-site infections in nasal carriers of Staphylococcus aureus.* N Engl J Med, 2010. **362**(1): p. 9-17.
14. van Rijen, M.M., et al., *Reduced costs for Staphylococcus aureus carriers treated prophylactically with mupirocin and chlorhexidine in cardiothoracic and orthopaedic surgery.* PLoS One, 2012. **7**(8): p. e43065.
15. Malviya, A., *Email to Ramsay Refaie re. infection rates at Northumbria Healthcare following introduction of MSSA decolonisation.* 2015.
16. Kwiatkowski, T.C., E.N. Hanley, Jr., and W.K. Ramp, *Cigarette smoking and its orthopedic consequences.* Am J Orthop (Belle Mead NJ), 1996. **25**(9): p. 590-7.
17. Moller, A.M., et al., *Effect of preoperative smoking intervention on postoperative complications: a randomised clinical trial.* Lancet, 2002. **359**(9301): p. 114-7.
18. van der Horst, M., et al., *Preoperative warming reduces the incidence of hypothermia in total hip- and knee replacement surgery under spinal anesthesia: 1AP1–2.* European Journal of Anaesthesiology (EJA), 2010. **27**(47): p. 7.
19. Just, B., et al., *Prevention of intraoperative hypothermia by preoperative skin-surface warming.* Anesthesiology, 1993. **79**(2): p. 214-8.
20. Melling, A.C., et al., *Effects of preoperative warming on the incidence of wound infection after clean surgery: a randomised controlled trial.* Lancet, 2001. **358**(9285): p. 876-80.
21. Wood, A.M., et al., *Infection control hazards associated with the use of forced-air warming in operating theatres.* J Hosp Infect, 2014. **88**(3): p. 132-40.
22. McGovern, P.D., et al., *Forced-air warming and ultra-clean ventilation do not mix: an investigation of theatre ventilation, patient warming and joint replacement infection in orthopaedics.* J Bone Joint Surg Br, 2011. **93**(11): p. 1537-44.

23.    Legg, A.J. and A.J. Hamer, *Forced-air patient warming blankets disrupt unidirectional airflow.* Bone Joint J, 2013. **95-B**(3): p. 407-10.

24.    Lidwell, O.M., et al., *Ultraclean air and antibiotics for prevention of postoperative infection. A multicenter study of 8,052 joint replacement operations.* Acta Orthop Scand, 1987. **58**(1): p. 4-13.

25.    Hooper, G.J., et al., *Does the use of laminar flow and space suits reduce early deep infection after total hip and knee replacement?: the ten-year results of the New Zealand Joint Registry.* J Bone Joint Surg Br, 2011. **93**(1): p. 85-90.

26.    Zheng, H., et al., *Control strategies to prevent total hip replacement-related infections: a systematic review and mixed treatment comparison.* BMJ Open, 2014. **4**(3): p. e003978.

27.    Parkin, A., *Pioneer Surgeon Drove Ultra Clean Technology.* Health Estate, 2013. **1**.

28.    Classen, D.C., et al., *The timing of prophylactic administration of antibiotics and the risk of surgical-wound infection.* N Engl J Med, 1992. **326**(5): p. 281-6.

29.    Prokuski, L., et al., *Prophylactic antibiotics in orthopaedic surgery.* Instr Course Lect, 2011. **60**: p. 545-55.

30.    Jenkins, P.J., et al., *Clostridium difficile in patients undergoing primary hip and knee replacement.* J Bone Joint Surg Br, 2010. **92**(7): p. 994-8.

31.    AlBuhairan, B., D. Hind, and A. Hutchinson, *Antibiotic prophylaxis for wound infections in total joint arthroplasty: a systematic review.* J Bone Joint Surg Br, 2008. **90**(7): p. 915-9.

32.    Challagundla, S.R., et al., *Renal impairment after high-dose flucloxacillin and single-dose gentamicin prophylaxis in patients undergoing elective hip and knee replacement.* Nephrol Dial Transplant, 2013. **28**(3): p. 612-9.

33.    Ross, A.D., et al., *Peri-operative renal morbidity secondary to gentamicin and flucloxacillin chemoprophylaxis for hip and knee arthroplasty.* Scott Med J, 2013. **58**(4): p. 209-12.

34.    Bailey, O., et al., *Antibiotic-related acute kidney injury in patients undergoing elective joint replacement.* Bone Joint J, 2014. **96-B**(3): p. 395-8.

35.    Craxford, S., E. Bayley, and M. Needoff, *Antibiotic-associated complications following lower limb arthroplasty: a comparison of two prophylactic regimes.* Eur J Orthop Surg Traumatol, 2014. **24**(4): p. 539-43.

36.    Sprowson, A., et al., *Changing antibiotic prophylaxis for primary joint arthroplasty affects postoperative complication rates and bacterial spectrum.* Surgeon, 2013. **11**(1): p. 20-4.

# EXHIBIT DX47

TO SECOND DECLARATION OF BENJAMIN W.
HULSE IN SUPPORT OF DEFENDANTS'
MOTION TO EXCLUDE PLAINTIFFS' GENERAL
CAUSATION MEDICAL EXPERTS



# Forced-air warming discontinued: periprosthetic joint infection rates drop

Scott D. Augustine

**Augustine Temperature Management LLC, Eden Prairie, MN, USA**

## Abstract

Several studies have shown that the waste heat from forced-air warming (FAW) escapes near the floor and warms the contaminated air resident near the floor. The waste heat then forms into convection currents that rise up and contaminate the sterile field above the surgical table. It has been shown that a single airborne bacterium can cause a periprosthetic joint infection (PJI) following joint replacement surgery. We retrospectively compared PJI rates during a period of FAW to a period of air-free conductive fabric electric warming (CFW) at three hospitals. Surgical and antibiotic protocols were held constant. The pooled multicenter data showed a decreased PJI rate of 78% following the discontinuation of FAW and a switch to air-free CFW (n=2034; P=0.002). The 78% reduction in joint implant infections observed when FAW was discontinued suggests that there is a link between the waste FAW heat and PJIs.

## Introduction

It is now generally recognized that in the absence of active warming, most surgical patients will become clinically hypothermic. It has also been shown that mild perioperative hypothermia is detrimental to a variety of outcomes including increased soft tissue infections (SSI),[1,2] increased bleeding and transfusion requirements,[3,4] increased risk of morbid cardiac events,[5] prolonged recovery and prolonged hospital stays.[1] As a result of these studies and others like them, FAW has become a Standard of Care for most surgical procedures.[6]

In 2009, we reported the results of our laboratory research showing that the waste air from FAW is not simply benign waste air, but is also approximately 1000 watts of waste heat (www.Heat-rises.blogspot.com). In some circumstances, the waste heat and air escapes from under the surgical drape near the floor, where it warms the contaminated air normally resident near the floor.

The contaminated warm air forms into convection currents that rise along the sides of the surgical table, mobilizing the floor bacteria into the sterile surgical field above the patient. In other circumstances, the waste heat radiates through the surgical drape, inducing a tornado-like vortex near the anesthesia screen. This tornado-like vortex has been shown to vacuum contaminants from the floor and deposit them into the sterile surgical field.

The fact that waste FAW heat causes contamination of the sterile surgical field has been corroborated by seven peer-reviewed, published studies.[7-13] One study by Legg et al., for example, showed that there are 2000 times more contaminating particles above the surgical site when FAW is used than with air-free CFW.[7]

It has been shown that the concentration of contaminants in the air of the sterile surgical field correlates positively with the risk of PJI during total joint replacement surgery.[14-20] It is also known that in contrast to soft tissue SSIs, which require an inoculum of more than 1 million bacteria,[21] a single bacterium can cause a catastrophic PJI, and that the bacterium is usually an airborne contaminant.[16-18] Therefore, it is only logical to suspect that the contamination from the rising waste FAW heat could increase the risk of PJIs.

A large retrospective outcome study by McGovern et al. showed a correlation between the rising waste FAW heat and the majority of deep joint infections in total joint replacement surgery.[8] The investigators reported a 74% reduction in PJIs when they discontinued the use of FAW. The lower infection rates were achieved using air-free CFW warming: *[FAW] Patient warming ventilation disruption was associated with a significant increase in deep joint infections…*[8]

Similarly, airborne contamination has recently been linked to heart valve infections.[22] The FDA and the chain of infection (CDC) have both issued warnings about Nontuberculous *Mycobacterium* (NTM) infections associated with heater-cooler devices (HCD) used during cardiac surgery.[23,24] Heart valve infections were genetically linked to *Mycobacteria chimaera* growing in the water bath of the HCD machines, which are then aerosolized into the air of the operating room by the cooling fan of the HCD. The contamination and infections from both HCD and FAW share the following traits: biofilm-forming organisms are growing within the inaccessible parts of the devices that cannot be disinfected or cleaned (FAW also mobilizes skin bacteria shed from the surgical staff, which has settled to the floor); the organisms are

Correspondence: Scott D. Augustine, Augustine Temperature Management, 6581 City West Parkway, Eden Prairie, MN, 55344, USA.
Tel: +1.952.465.3502 - Fax: +1.952.465.3501.
E-mail: saugustine@augbiomed.com

Key words: Infection; Wound; Surgical site infection; Nosocomial infections; Health care associated infections.

Contributions: SDA gathered the data and wrote the paper.

Conflict of interest: SDA is the founder, CEO and holds equity in Augustine Temperature Management, LLC, the manufacturer of HotDog® CFW.

Received for publication: 6 December 2016.
Accepted for publication: 15 January 2017.

This work is licensed under a Creative Commons Attribution NonCommercial 4.0 License (CC BY-NC 4.0).

©Copyright S.D. Augustine, 2017
Licensee PAGEPress, Italy
Orthopedic Reviews 2017;9:6998
doi:10.4081/or.2017.6998

aerosolized by high-velocity warm air blown into the operating room by the HCD and FAW equipment; the warm air forms into convection currents and rises as all warm air does; the rising convection currents of warm air easily penetrate the protective downward airflow of the ultraclean ventilation system; the airborne bacterium settles on the implanted foreign material (cardiac valve or hip/knee replacement) that is highly susceptible to infection; the bacterium protects itself in a biofilm coating and sprouts into an infection up to a year later.

FAW is a far worse offender than HCD: more waste heat (1000 watts), as much or more blowing air (40-50 cfm), and exhaustion of the waste heat and air inside the ventilation flow field. The McGovern study suggests that up to 74% of the 20,000 hip and knee implant infections that occur annually in the US may be caused by FAW. This is a very significant, but easily solvable, public health problem.

## Materials and Methods

This study is designed to investigate periprosthetic joint infection (PJI) rates while using FAW (Bair Hugger®, 3M, St. Paul, MN, USA) compared with air-free CFW (HotDog®, Augustine Temperature





Management, Eden Prairie, MN, USA). The measured outcome in each of these studies is PJI. This multicenter retrospective outcome study consists of data reported by three hospitals.

Each hospital report shares a study design similar to the McGovern study. In each study, a baseline PJI rate was determined for the FAW control group over a one-year period of time ($t_{FAW}$). FAW was then discontinued, and the hospital switched to air-free CFW warming. Any infections occurring during the first two months after the switch in warming technologies were disregarded. Given that PJIs do not necessarily occur in the immediate postoperative period, it would be impossible to know if an infection occurring during the *washout period* came from the FAW or CFW time period. Starting with month three of the CFW period, the PJI rate was determined for the following 6-24 months of data collection ($t_{CFW}$). The changes in PJI rates from $t_{FAW}$ to $t_{CFW}$ were then determined.

Only hospitals reporting that no other significant changes were made to their surgical and antibiotic prophylaxis protocols during the study period qualified to be part of this study. No effort was made to standardize surgical protocols, the assumption being that the averaging of the multicenter data would offset minor variations in protocols. No effort was made to control for demographic variables, with the assumption being that the average patient population using a given hospital for total joint replacement surgery does not change appreciably from year to year.

Model selection and parameter significance tests were performed by comparing differences in model deviance to the expectation value under the $c^2$ distribution (likelihood ratio test), 0.5 was added to each cell using Haldane correction for sparse observations. A paid, independent statistician performed statistical calculations.

## Results

As shown in Table 1, each of the three hospitals reported in this study showed significant decreases in the PJI rates (81, 100 and 34%) when FAW was discontinued in orthopedic surgery. In each case, the lower PJI rate was achieved while using air-free CFW. The three hospitals reported in this study were the first three that the authors contacted. No other hospitals were omitted from the study for any reason.

Center #1 is a medium-sized independent regional healthcare network. Their PJI rate while using FAW was 1.55%, which decreased to 0.29% with CFW, a decrease of 81%. Center #2 is an independent orthopedic and sports institute. Their PJI rate while using FAW was 2.28%, which decreased to 0.0% with CFW, a decrease of 100%. Center #3 is a medium-sized community hospital. Their PJI rate while using FAW was 1.57%, which decreased to 1.03%

**Table 1. Periprosthetic joint infection results.**

| Patient warming device | Developing infection, n (%) | Not developing infection, n (%) | Odds ratio (95% confidence interval) | P |
|---|---|---|---|---|
| Center #1 | | | | |
| Conductive fabric | 2 (0.3) | 675 (99.7) | 1.0 | 0.029§ |
| Forced air | 6 (1.5) | 382 (98.5) | 4.59 (1.06, 19.85) | |
| Center #2 | | | | |
| Conductive fabric | 0 (0.0) | 218 (100) | 1.0 | 0.031§ |
| Forced air | 4 (2.3) | 171 (97.7) | 11.47 (0.61, 214.43) | |
| Center #3 | | | | |
| Conductive fabric | 2 (1.0) | 192 (99.0) | 1.0 | 0.70§ |
| Forced air | 6 (1.6) | 376 (98.4) | 1.33 (0.31, 5.78) | |
| Multicenter pooled results | | | | |
| Conductive fabric | 4 (0.4) | 1085 (99.6) | 1.0 | 0.002§ |
| Forced air | 16 (1.7) | 929 (98.3) | 4.28 (1.50, 12.19) | |

**Table 2. Chain of infection analysis.**

| Chain of infection methodology | HCD | FAW |
|---|---|---|
| 1. Infectious agent | Biofilm producing *Mycobacterium chimaera* | Biofilm producing skin bacteria, especially *Staphylococcus* |
| 2. Reservoir | The inaccessible internal water-flow pathway of the HCD | i) The inaccessible internal airflow pathway of the FAW blower; ii) the skin of the surgical staff |
| 3. Portal of exit | Aerosolized into and exhausted with the heated cooling air | i) Aerosolized into and exhausted with the heated air; ii) skin cells and bacteria shed into the air of the OR from the surgical staff |
| 4. Mode of transmission | i) Waste heat rises outside the ventilation flow field and is then entrained into the downward ventilation airflow; ii) The waste heat from the HCD is blown inside the ventilation flow field near floor. Much like the waste heat from FAW, it then rises | The waste FAW hot air escapes from under the lower edge of the surgical drape near the floor inside the ventilation flow field. It warms the contaminated air that is normally resident near the floor. The waste heat and the warmed contaminated floor air then rise alongside the surgical table and end up in the sterile surgical field above the patient |
| 5. Portal of entry | Cardiac surgery | Orthopedic surgery |
| 6. Susceptible host | The surgical patient receiving implanted foreign materials | The surgical patient receiving implanted foreign materials |

HCD, heater-cooler device; FAW, forced-air warming.





with CFW, a decrease of 34%. The pooled multicenter data showed a PJI rate of 1.69%, which decreased 78 to 0.37% following the discontinuation of FAW and a switch to air-free CFW (n=2034; P=0.002).

## Discussion

This is a multicenter observational outcome study investigating the possible relationship between FAW and PJI in hip and knee total joint replacement surgery. The data were collected retrospectively at three hospitals. The switch from FAW to air-free conductive fabric warming is the only independent variable identified during the study period. It is axiomatic that warming by convection is inefficient; resulting in the release of waste heat.[25] The most common brand of FAW was used by all three hospitals in this study. However, it must be noted that all other brands of FAW also release approximately the same amount of waste heat, thereby causing the same surgical contamination risks. The pooled multicenter data from the three hospitals reported in this study showed a decreased PJI rate of 78% following the discontinuation of FAW and a switch to air-free CFW. This pooled result corroborates the findings of the McGovern study, which reported a 74% decrease in PJI rates when FAW was discontinued and CFW was initiated.[8] Assuming that there were no other unreported significant changes in the surgical or antibiotic protocols during the study period, the significant drop in the PJI rates must be attributed to the discontinuation of FAW until proven otherwise.

The suggestion that FAW could simultaneously be causing PJIs and reducing soft tissue SSIs seems to be contradictory. However, this apparent contradiction is explained by the presence or absence of biofilm.[26] Biofilm is a coating of exopolysaccharide material that protects the bacterium from antibodies and antibiotics, effectively allowing it to hibernate for up to one year before sprouting into a full infection. Many bacteria can form biofilm coatings in the presence of implanted foreign materials, but cannot form effective biofilm in soft tissue.[26] The result is that the infectious process is fundamentally different in joint replacement surgery, where a single bacterium can cause an infection, compared to soft tissue surgery, where an inoculum of more than one million bacteria is usually required to cause an infection.[16-18] Patients receiving implants, especially orthopedic implants, are especially susceptible to infection because bacteria can form biofilm on the implant.

The often-referenced studies showing that FAW reduces SSIs were investigating soft tissue surgery (colon, breast and hernia), where effective biofilm cannot be formed.[1,2] With soft tissue surgery, maintaining normothermia by any means of active warming seems to lower the infection rate. Even heavily contaminated air cannot introduce the inoculum of more than one million bacteria into a wound, the quantity required for a soft tissue infection. In contrast, the results of this study suggest that FAW should not be used during joint replacement surgery, where a single bacterium is adequate to cause the PJI.[16-18]

There is a striking similarity between the waste heat and air from HCD causing heart valve infections and the waste heat and air from FAW causing PJIs after hip and knee replacement surgery. Using the CDC's *chain of infection* methodology, the similarities between HCD infections and FAW infections can be appreciated (Table 2).

The similarity between these infections and the equipment causing them supports the CDC's broad recommendation to not use any equipment that blows air in the operating room. *Nothing that blows air should be in an operating theater, if possible* and *...it is important not to blow air in the operating theater.*[24]

In summary, seven published studies have documented the contamination of the sterile surgical field by the rising waste FAW heat.[7-13] Now, there are two retrospective outcome studies investigating the linkage between the rising waste FAW heat and deep PJI in joint replacement surgery. Both of these studies show significant decreases in PJI rates when the use of FAW is discontinued. Discontinuing the use of FAW in this multicenter retrospective trial resulted in a reduction of the PJI rates of 78%, which is consistent with the 74% decrease reported by McGovern *et al.*[8] In both of these studies, the lower infection rates were achieved while using air-free CFW.

According to the American Academy of Orthopedic Surgeons, the incidence of periprosthetic joint infection after primary hip or knee arthroplasty is over 2% among the Medicare population.[29] Therefore, the approximately one million of these procedures performed annually in the US should result in 20,000 PJIs per year. 20,000 catastrophic, permanently disabling PJI infections per year would seem to qualify as a public health crisis if they have a common etiology. This study suggests that more than 15,000 of these infections (78%) may be caused by FAW and are thus preventable.

Given the current FAW contamination and infection research and the CDC's recent admonition against blowing air in the oper-

ating room, it may be that a randomized controlled trial (RCT) would be unethical at this point. Therefore, retrospective outcome studies are the most robust clinical information that is likely to be available on this topic, and additional studies should be encouraged.

## Conclusions

Based on these data it seems prudent that hospitals and clinicians avoid using forced-air warming on patients during surgeries involving implanted materials, especially joint replacements, until it is proven to be safe.

## References

1. Kurz A, Sessler DI, Lenhardt R. Perioperative normothermia to reduce the incidence of surgical-wound infection and shorten hospitalization. Study of wound infection and Temperature Group. New Engl J Med 1996;334:1209-15.
2. Melling AC, Ali B, Scott EM, Leaper DJ. Effects of preoperative warming on the incidence of wound infection after clean surgery: a randomized controlled trial. Lancet 2001;358:876-80.
3. Rajagopalan S, Mascha E, Na J, Sessler DI. The effects of mild perioperative hypothermia on blood loss and transfusion requirement. Anesthesiology 2008;108:71-7.
4. Schmied H, Kurz A, Sessler DI, et al. Mild hypothermia increases blood loss and transfusion requirements during total hip arthroplasty. Lancet 1995;347:289-92.
5. Frank S, Fleisher LA, Breslow MJ, et al. Perioperative maintenance of normothermia reduces the incidence of morbid cardiac events: a randomized clinical trial. J Am Med Assoc 1997;277:1127-34.
6. Forbes SS, Eskicioglu C, Nathens AB, et al. Evidence-based guidelines for prevention of perioperative hypothermia. J Am Coll Surg 2009;209:492-503.
7. Legg AJ, Hamer AJ. Forced-air patient warming blankets disrupt unidirectional airflow. Bone Joint J 2013;95:407-10.
8. McGovern PD, Albrecht M, Nachtsheim C, et al. Forced air warming and ultra-clean ventilation do not mix. J Bone Joint Surg Brit 2011;93:1537-44.
9. Belani K, Albrecht M, McGovern PD,




et al. Patient warming excess heat: effects on orthopedic operating room ventilation performance. Anesth Analg 2013;117:406-11.

10. Dasari KB, Albrecht M, Harper M. Effect of forced-air warming on the performance of theatre laminar flow ventilation. Anaesthesia 2012;67:244-9.

11. Legg AJ, Cannon T, Hammer AJ. Do forced air patient warming devices disrupt unidirectional downward airflow? J Bone Joint Surg Brit 2012;94:244-56.

12. Moretti B, Larocca AMV, Napoli C, et al. Active warming systems to maintain perioperative normothermia in hip replacement surgery: a therapeutic aid or a vector of infections? J Hosp Infect 2009;73:58-63.

13. Scherrer M. Hygiene and room climate in the operating room. Minim Invasive Ther Allied Technol 2003;12:293-9.

14. Lidwell OM. Clean air at operation and subsequent sepsis in the joint. Clin Orthop Relat Res 1986;211:91-102.

15. Lidwell OM, Lowbury EJ, Whyte W. Effect of ultra-clean air in operating rooms on deep sepsis in the joint after total hip or knee replacement. Brit Med J 1982;285:10-14.

16. Lidwell OM, Lowbury EJ, Whyte W, et al. Bacteria isolated from deep joint sepsis after operation for total hip or knee replacement and the sources of the infections with Staphylococcus aureus. J Hosp Infect 1983;4:19-29.

17. Whyte W, Hodgson R, Tinkler J. The importance of airborne bacterial contamination of wounds. J Hosp Infect 1982;3:123-35.

18. Petty W, Spanier S, Shuster JJ. The influence of skeletal implants on incidence of infection. J Bone Joint Surg 1985;67:1236-44.

19. Lidwell OM. Airborne contamination of wounds in joint replacement operations: the relationship to sepsis rates. J Hosp Infect 1983;4:111.

20. Gosden PE, Macgowan AP, Bannister G. Importance of air quality and related factors in the prevention of infection in orthopaedic implant surgery. J Hosp Infect 1998;39:173-80.

21. Elek SD, Cohen PE. The virulence of Staphylococcus pyogenes for man. A study of the problem of wound infection. Brit J Exp Pathol 1957;38:573-86.

22. Sommerstein R, Ruegg C, Kohler P, et al. Transmission of Mycobacterium chimaera from heater-cooler units during cardiac surgery despite an ultraclean air ventilation system. Emerging Infectious Diseases (CDC) 2016;22:1008-13.

23. Food and Drug Administration. Nontuberculous mycobacterium (NTM) infections associated with heater-cooler devices (HCD) during cardiothoracic surgery: FDA executive summary prepared for the Circulatory Devices Panel of the Medical Devices Advisory Committee (June 2-3, 2016). Available from: http://www.fda.gov/ downloads/AdvisoryCommittees/CommitteesMeetingMaterials/MedicalDevices/MedicalDevicesAdvisoryCommittee/CirculatorySystemDevicesPanel/UCM503716.pdf

24. Perz J, Bell M. Nontuberculous mycobacterium infections associated with heater-cooler devices. Atlanta, GA, USA: CDC Healthcare Infection Control Practices Advisory Committee meeting minutes; 2015. Available from: http://www.cdc.gov/hicpac/pdf/mm/November%205-6%202015HICPAC-Meeting_Summary_Final-508.pdf

25. Bayazit Y, Sparrow EM. Energy efficiency comparison of forced-air versus resistance heating devices for perioperative hypothermia management. Energy 2010;35:1211-5.

26. Galanakos SP, Monteiro FJ, Ferraz MP. Biofilm and orthopaedic practice: the world of microbes in a world of implants. J Ortho Trauma 2009;23:175-9.



# EXHIBIT DX48

TO SECOND DECLARATION OF BENJAMIN W.
HULSE IN SUPPORT OF DEFENDANTS'
MOTION TO EXCLUDE PLAINTIFFS' GENERAL
CAUSATION MEDICAL EXPERTS

UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

_____x          AFFIDAVIT

In re:  Bair Hugger Forced Air Warming Products

_____x

JONATHAN SINGER, MD, being duly sworn deposes and states upon information and belief the
following:

1.  I am a medical doctor licensed to practice medicine in the State of New York and have been the
    Clinical Chair of the Department of Anesthesiology at South Nassau Communities Hospital in
    New York since March 2010.

2.  In September 2014 I was asked by Mr. Garrett Augustine of Augustine Medical to provide data
    on infection rates of patients who underwent hip and knee replacement surgery at South
    Nassau Communities Hospital post November 2013 and pre September 2013.

3.  Mr. Garrett Augustine was known to me as the sales representative for the Hot Dog medical
    warming device which was purchased by South Nassau Communities Hospital for use in the
    Operating Rooms commencing in the second week of October 2013.

4.  In September 2013 I provided Mr. Garrett Augustine with publicly reported data by month on
    the number of infections patients at South Nassau Communities Hospital had after total hip
    surgery from January 2013 through June 2014.  I did not provide data on the number of
    infections for patients with total knee replacement surgery.

5.  At no time did Mr. Garrett Augustine inform me that he was going to use the data provided in
    any article or written publication nor did he ask my permission to do so.

6.  After providing Mr. Garrett Augustine with our total hip replacement infection data he provided
    me with two tables of our data (see attachment A) reflecting our change in infection rate using
    forced air and air free data with two interpretation options.  Neither of these tables was relied
    upon by South Nassau Communities Hospital for any purpose.

7.  At no time did Mr. Garrett Augustine ask if any changes were made in Operating Room practices or antibiotic use post November 2013 and pre September 2013 that may have had any impact on the rate of surgical infections in total hip replacement surgeries.

8.  Between January 2013 and  June 2014 multiple initiatives were being implemented in South Nassau Communities Hospital to decrease the rate of infections in total joint procedures including but not limited to standardizing the cleansing of the patient's skin pre-operatively; education to Operating Room staff on how to clean patient skin pre-operatively;  re-education to staff on proper draping practices in the Operating Room; humidity control in the Operating Rooms; standardizing post-operative dressing changes; new wound care instructions given to patients post-operatively and education to local in-patient Rehab facilities where several of our patients sought care after discharge from the Hospital on proper wound care management.

9.  Upon reading the article authored by Scott D. Augustine entitled *Forced-air warming discontinued: periprosthetic joint infection rates drop*  I found multiple errors were  in the information reported in the article that were attributed to South Nassau Communities Hospital. Some of the errors include but are not limited to the following:

- In the Material and Methods section of the article  the author incorrectly states that the data was designed to investigate the periprosthetic infection rates while using the **3M** Bair Hugger forced air warming (FAW) device compared with the Augustine Hot Dog conductive fabric electric warming (CFW) device.  The author used South Nassau Communities Hospital data in the article to support the conclusion however; South Nassau Communities Hospital never owned nor used the **3M** Bair Hugger forced air warming device on any patient.

- The article indicates that a baseline periprosthetic joint infection rate for patients on whom a FAW device was used was established over a one year

period. South Nassau did not provide the author with one year's worth of data when FAW was used. It provided 9 months of data prior to the Augustine Hot Dog device being fully implemented and in two of the months of data that were provided (July and October) both the FAW and the CFW device were used.

- The author stated that only hospitals reporting that no other significant changes were made to their surgical and antibiotic prophylaxis protocols during the study qualified to be part of the study. Again, South Nassau Communities Hospital was not aware nor did we knowingly participate in any "study"; we did not seek IRB approval before releasing the data as to our knowledge we were not participating in a study; we were not asked about any variables in practice that occurred during the dates in question and as stated above, multiple protocols were changed during the timeframe when data was provided to Mr. Garrett Augustine.

Jonathan Singer, MD

Sworn to before me on this 29th day of September, 2017.

Nancy China

NANCY CHINA
**Notary** Public, State of New York
No. 01CH6058327
**Qualified** in Nassau County
**Commission** Expires May 7, 2019

ATTACHMENT A

## Data Interpretation A -- Wash-out Nov/Dec-13

| | | | |
|---|---|---|---|
| Forced-air | Jan-13 | 29 | 0 |
| | Feb-13 | 37 | 0 |
| | Mar-13 | 39 | 1 |
| | Apr-13 | 41 | 1 |
| | May-13 | 35 | 0 |
| | Jun-13 | 43 | 1 |
| | Jul-13 | 39 | 1 |
| | Aug-13 | 35 | 0 |
| | Sep-13 | 34 | 0 |
| | Oct-13 | 50 | 2 |
| Wash-out period | Nov-13 | 33 | 1 |
| | Dec-13 | 35 | 0 |
| Air-free | Jan-14 | 19 | 1 |
| | Feb-14 | 27 | 0 |
| | Mar-14 | 27 | 0 |
| | Apr-14 | 54 | 0 |
| | May-14 | 29 | 0 |
| | Jun-14 | 38 | 1 |

| | Cases | Infections | Prevalence |
|---|---|---|---|
| Forced-air | 382 | 6 | 1.57% |
| Air-free | 194 | 2 | 1.03% |
| % Change | | | -34.36% |

## Data Interpretation B -- Wash-out Oct/Nov-13

| | | | |
|---|---|---|---|
| Forced-air | Jan-13 | 29 | 0 |
| | Feb-13 | 37 | 0 |
| | Mar-13 | 39 | 1 |
| | Apr-13 | 41 | 1 |
| | May-13 | 35 | 0 |
| | Jun-13 | 43 | 1 |
| | Jul-13 | 39 | 1 |
| | Aug-13 | 35 | 0 |
| | Sep-13 | 34 | 0 |
| Wash-out period | Oct-13 | 50 | 2 |
| | Nov-13 | 33 | 1 |
| Air-free | Dec-13 | 35 | 0 |
| | Jan-14 | 19 | 1 |
| | Feb-14 | 27 | 0 |
| | Mar-14 | 27 | 0 |
| | Apr-14 | 54 | 0 |
| | May-14 | 29 | 0 |
| | Jun-14 | 38 | 1 |

| | Cases | Infections | Prevalence |
|---|---|---|---|
| Forced-air | 332 | 4 | 1.20% |
| Air-free | 229 | 2 | 0.87% |
| % Change | | | -27.51% |