# EXHIBIT DX76

TO DECLARATION OF PETER J GOSS IN

SUPPORT OF REPLY TO DEFENDANTS'

MOTION TO EXCLUDE OPINIONS AND

TESTIMONY OF PLAINTIFFS' PLAINTIFFS'

ENGINEERING EXPERTS

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 1

1              UNITED STATES DISTRICT COURT

2                   DISTRICT OF MINNESOTA

3    - - - - - - - - - - - - - - - - - - - -

4    In Re:

5    Bair Hugger Forced Air Warming

6    Products Liability Litigation

7

8    This Document Relates To:

9    All Actions          MDL No. 15-2666 (JNE/FLM)

10   - - - - - - - - - - - - - - - - - - - -

11

12

13          DEPOSITION OF ROBERT O. CROWDER

14               VOLUME I, PAGES 1 - 95

15                  MARCH 16, 2017

16

17

18          (The following is the deposition of ROBERT

19   O. CROWDER, taken pursuant to Notice of Taking

20   Deposition pursuant to Rule 30(b)(6) of the Federal

21   Rules of Civil Procedure, via videotape, at the

22   offices of Ciresi Conlin L.L.P., 225 South 6th Street,

23   Suite 4600, Minneapolis, Minnesota, commencing at

24   approximately 9:09 o'clock a.m., March 16, 2017.)

25

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 2

```
1  APPEARANCES:
2    On Behalf of the Deponent:
3      Scott A. Neilson
       HENSON & EFRON, P.A.
4      220 South Sixth Street, Suite 1800
       Minneapolis, Minnesota  55402-4503
5
     On Behalf of the Plaintiffs:
6
       Mark D. Bankston
7      KASTER, LYNCH, FARRAR & BALL LLP
       1010 Lamar, Suite 1600
8      Houston, Texas  77002
9      Genevieve M. Zimmerman
       MESHBESHER & SPENCE, LTD.
10     1616 Park Avenue
       Minneapolis, Minnesota  55404
11
     On Behalf of Defendants:
12
       Peter J. Goss
13     BLACKWELL BURKE P.A.
       432 South Seventh Street, Suite 2500
14     Minneapolis, Minnesota  55415
15 ALSO APPEARING:
16     Ronald M. Huber, Videographer
17
18
19
20
21
22
23
24
25
```

Page 3

```
1              I N D E X
2  EXHIBITS     DESCRIPTION      PAGE MARKED
3  Ex  372 Memo dated 3/15/99, Zgoda to
4        Lastovich, 3MBH01735994        11
5      373 E-mail string, 3MBH00024857       14
6      374 Filter testing graphs,
7        3MBH00022367-70              25
8      375 E-mail string, 3MBH00026515-6     31
9      376 E-mail, 3MBH00026490        38
10     377 E-mail string, 3MBH01929391-2     41
11     378 Letter dated August 7th, 2013,
12       Shaffer to Arizant Healthcare,
13       Inc., with attachment,
14       3MBH00125235-7             61
15     379 E-mail string, 3MBH01922062-4     62
16     380 E-mail string, 3MBH02109276-9     70
17     381 Pentair Modified 505 Filter spec
18       sheet, 3MBH01922948        88
19
20
21 WITNESS          EXAMINATION BY       PAGE
22 Robert O. Crowder     Mr. Bankston       4
23             Mr. Goss      91
24
25
```

Page 4

```
1              P R O C E E D I N G S
2  (Witness sworn.)
3              ROBERT O. CROWDER
4  called as a witness, being first duly sworn,
5  was examined and testified as follows:
6              EXAMINATION
7  BY MR. BANKSTON:
8      Q.  All right.  Let's start with your name for
9  the record.
10     A.  Robert Orvin Crowder.
11     Q.  Okay.  And you have a doctorate; don't you,
12 sir?
13     A.  Yes.
14     Q.  Okay.  Do you go by Dr. Crowder?
15     A.  Sometimes.
16     Q.  Okay.  That's -- that's what I'm going to
17 use today to -- to refer to you as, "Dr. Crowder."
18         Can you tell me who you're employed by?
19     A.  Pentair.
20     Q.  Okay.  What do you do for Pentair?
21     A.  I'm a technology manager.  I oversee our
22 automation, our engineering, and our R&D groups.
23     Q.  Okay.  Can you walk me a little bit through
24 your educational background before you came to work
25 with Pentair.
```

Page 5

```
1      A.  Okay.  I have an undergraduate degree in
2  chemical engineering from the University of Colorado,
3  I graduated in 1991; I then went on to the University
4  of Minnesota where I got a Ph.D. in chemical
5  engineering in 1996.
6      Q.  Okay.  And you have some work in the
7  published literature; correct?
8      A.  Correct.
9      Q.  Okay.  I found a couple things just looking
10 in the Journal of Membrane Science.  You've done some
11 work with mass transfer resistances, things like that.
12     A.  Yes.
13     Q.  Okay.  When did you first come to work for
14 Porous Media?
15     A.  After I received my Ph.D. in late 1996, they
16 began funding a post-doctoral fellowship for me where
17 I was doing some research into some areas they were
18 interested in, and that went on for maybe nine months,
19 and they decided at that point to hire me.
20     Q.  Okay.  Now at one point --
21         I'm going to try to understand how the
22 corporate forms work, and I understand that there was
23 a company called Porous Media --
24     A.  Correct.
25     Q.  -- but now your employer is known as
```

2 (Pages 2 to 5)

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 6

1  Pentair.
2     A.  Correct.
3     Q.  Was that a -- an acquisition situation, a
4  name change, how did that come about?
5        MR. NEILSON:  Objection, foundation.
6        Go ahead.
7     A.  We were purchased by Pentair.
8     Q.  Okay.  And then once you were purchased by
9  Pentair, did the -- your job responsibilities change
10  in any meaningful way?
11     A.  No.
12     Q.  Okay.  Now do you --
13        You understand that I've asked you to come
14  here today because Pentair is a supplier of a part for
15  the Bair Hugger device; correct?
16     A.  I understand.
17     Q.  Okay.  Do you know when Porous Media first
18  became a supplier for Bair Hugger products?
19     A.  I believe it was in the 1990s.  I don't know
20  the exact date.
21     Q.  Okay.  And up 'til the present day Pentair
22  remains a supplier for the Bair Hugger products?
23     A.  Correct.
24     Q.  Okay.  When I say Bair Hugger 505 versus
25  Bair Hugger 750, do you know what I'm talking about?

Page 7

1     A.  Yes, I do.
2     Q.  Okay.  And I kind of want to confine our
3  discussion today to those products, the -- the newer
4  Bair Hugger models, but before we move on to that,
5  I -- I just want to understand:  Do you know, sitting
6  here today, what all models that Pentair has supplied
7  parts for the Bair Hugger?
8     A.  I know of three filters that we currently
9  provide that I believe are used for the Bair Hugger
10  line.  I know there were others in the past.
11     Q.  Okay.  For instance, I know that there are
12  some Bair Hugger units in the past for which Porous
13  Media supplied a -- I believe it was a 10-micron
14  filter; is that correct?
15     A.  Correct.
16        MR. GOSS:  Object to form.
17     Q.  Okay.  The units for the Bair Hugger 505 and
18  750, those filters are distinct from the 10-micron
19  filter used on the earlier units?
20     A.  The 505 was, to my understanding, originally
21  manufactured with what we would call our M10 media.
22     Q.  Okay.  Let's talk a little bit about, before
23  we jump too deep into all of this:  When it comes to
24  what Pentair supplies for Bair Hugger products, is
25  that limited to just the filter?  Is there anything

Page 8

1  else that's being supplied?
2     A.  No.
3     Q.  Okay.  So let's talk just a little bit about
4  how a filter works.  The filters that are used in the
5  Bair Hugger, what are they made of?
6        MR. NEILSON:  Objection, vague.
7     A.  Are you asking about the filter media or the
8  frame --
9     Q.  Well let's -- let's --
10     A.  -- or --
11     Q.  Yeah.  Let's start, first, upper level.  I
12  take it when you have a filter, there's -- there's
13  some sort of housing or frame to it; correct?
14     A.  Correct.
15     Q.  Okay.  And what is that made out of?
16     A.  It depends on the filter.
17     Q.  Okay.  For the -- for the Bair Hugger 500
18  and 750 models, do they have the same frames, do you
19  know?
20     A.  They do not.
21     Q.  Okay.  So those two filters would have
22  different shapes and sizes.
23     A.  Correct.
24     Q.  Okay.  Now I imagine another part of the
25  filter would be the media inside the filter; correct?

Page 9

1     A.  Correct.
2     Q.  Okay.  What is that made of in those
3  filters, do you know?
4        MR. NEILSON:  Objection, vague as to time.
5     A.  We use a support layer in addi -- in
6  addition to tighter filter media.  The support layer I
7  believe is polyester and the filter media is a
8  borosilicate glass fiber with a binder.
9     Q.  Okay.  In -- in general, I was wondering if
10  you could describe to us in sort of layman's terms how
11  a filter takes particles out of the air.  What
12  is -- what is the means by which it does that?
13     A.  When filtering particles from air, there are
14  several different means of capturing the particle:
15  one would be a simple sieve mechanism where the
16  particle is too large to fit through the pores in the
17  filter media; another one would be interception where
18  at some point in the flow the particle touches one of
19  the fibers in the -- in the glass fiber media and
20  becomes bound to the media; another mechanism is
21  interception with inertial effects where the particle,
22  because it weighs more than the air that's moving
23  through the media, may follow a different path than
24  the bulk of the air and impacts the -- the filter
25  media; and then there's also some other mechanisms

3 (Pages 6 to 9)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 10

1   like charge that can allow particles to become
2   attracted to the media; and for very small particles
3   there's Brownian motion in which the particle starts
4   to interact with individual molecules in the air and
5   follows a more random path than the -- the bulk of the
6   airflow would show.
7       Q.  Okay.  The filters that are used in the Bair
8   Hugger 505 and 750, do they utilize all of those
9   mechanisms of capture, or just some of those?
10      A.  They would likely utilize all those
11  mechanisms.
12      Q.  Okay.  When I'm thinking in my mind about
13  what a filter looks like down on the small level, and
14  you had -- you had mentioned the terms, I believe,
15  "fibers," am I correct to assume that the filter media
16  is -- is a series of interlocking fibers that have
17  holes in it?  And for the record, I'll put my hands
18  like a Tic-Tac-Toe board.  Is that -- is that an
19  accurate way to talk about the shape of the media of
20  the filter?
21      A.  In -- in these particular filters it is, to
22  my understanding, a random laying of glass fibers.
23      Q.  Okay.  And filters can be designed with
24  different levels of density; correct?
25      A.  Correct.

Page 11

1           MR. GOSS:  Object to form.
2       Q.  Okay.  So if a --
3           A filter that is more dense, all things
4   being equal, will capture more particles than a filter
5   that is less dense; is that correct?
6           MR. GOSS:  Object to form.
7       A.  Not necessarily.
8       Q.  Okay.  What other factors besides density
9   are you thinking of right now that affect how a filter
10  performs in terms of efficiency?
11      A.  Density would imply how much of the filter
12  media is taken up by solid glass fibers in this case,
13  and having a larger portion of it taken up by glass
14  fibers doesn't necessarily mean that the pores are
15  smaller.  Also, of course, how many particles are
16  captured depends on the particle size in question.
17      Q.  Okay.  Okay.
18          (Exhibit 372 was marked for
19          identification.)
20  BY MR. BANKSTON:
21      Q.  Dr. Crowder, I've put in front of you
22  Exhibit 372, which is a 1999 memorandum from Augustine
23  Medical to Porous Media.  Have you seen this document
24  before?
25      A.  I saw it in preparation for this meeting.

Page 12

1       Q.  Okay.  This is --
2           You'll see in this document a communication
3   to Wendy Lastovich.  Do you know Ms. Lastovich?
4       A.  Yes, I do.
5       Q.  Okay.  And was she a contact person for
6   Porous Media dealing with Bair Hugger products?
7       A.  Yes.
8       Q.  Okay.  And are you familiar with Karl Zgoda?
9       A.  I probably met him.  I don't know him.
10      Q.  Okay.  This -- this memorandum is talking
11  about blower curves for the next-generation warming
12  unit, and so I want to just use this document as a
13  chance to talk about some terminology here we might
14  use today, and the first of that is "blower curves."
15  Can you tell us what that means?
16      A.  I believe they're referring to an output of
17  a blower dependent on the resistance of the circuit.
18      Q.  Okay.  In --
19          Later in this paragraph it talks about they
20  are looking for a performance in the 40- to 45-cubic-
21  feet-per-minute range in 1.1 inches of water.  When it
22  talks about the measurement in inches of water, do you
23  know what that measurement refers to?
24      A.  Yes.
25      Q.  Okay.  Is that a pressure-drop measurement?

Page 13

1       A.  Yes.
2       Q.  Okay.  Can you explain to us what "pressure
3   drop" means in the context of filters.
4       A.  In the context of filters, the pressure drop
5   would be the difference in pressure from upstream of
6   the filter to downstream of the filter.
7       Q.  Okay.  When it says here that -- a range of
8   1.1 inches of water, how would that be measured?
9           MR. NEILSON:  Objection.  It does not say "a
10  range."
11      Q.  Excuse me.  Let me -- let me change that
12  question.
13          When it says here in -- in the sentence "at
14  1.1 inches of water," how would you go about measuring
15  that?
16      A.  It could be measured with a pressure gauge,
17  a differential pressure gauge, it could be measured by
18  using two pressure gauges, could be used by --
19  measured by literally using a water column.
20      Q.  Okay.  One of the -- one of the parameters,
21  it says, on -- the number-one parameter is the
22  "Current 505 geometry," and we had talked about the
23  fact that Porous Media had supplied a filter for the
24  model 505 unit.  That media is known as the M10 media;
25  is that correct?

4 (Pages 10 to 13)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 14

1    A.  In this period it was the M10 media.
2    Q.  Okay.  The final sentence of this document
3  talks about not wanting to go to a material that is
4  less efficient at these higher flows than the current
5  filter is at its lower flows, and it gives a figure of
6  95 percent.  When in --
7        When talking about the M10 media, is that 95
8  percent figure meaningful to you?
9    A.  No.
10    Q.  Okay.  When -- when talking about the
11  efficiency of a filter, if I just threw out a
12  percentage and said this filter is 50 percent
13  efficient or 75 percent efficient, it's true that that
14  doesn't mean much until I start putting a size of a
15  particle to it; correct?
16    A.  Until you put a size and other test
17  parameters, correct.
18    Q.  Okay.  When 95 percent is being described
19  here in this document, do you know, sitting here
20  today, what particle size is being referenced for that
21  efficiency?
22    A.  No.
23    Q.  Okay.
24      (Exhibit 373 was marked for
25      identification.)

Page 15

1  BY MR. BANKSTON:
2    Q.  All right, Dr. Crowder, this is a -- another
3  document that I had provided in advance of deposition.
4  Did you get a chance to look at this before the
5  deposition?
6    A.  Yes, I did.
7    Q.  Okay.  I wanted to ask you a few questions
8  about this document.  I have shown you a -- an August
9  of 2010 e-mail between a Craig Cuta and a Gary Hansen.
10  Do you know who Craig Cuta is?
11    A.  Yes, I do.
12    Q.  Okay.  What does he do?
13    A.  He was an engineering manager for Pentair.
14    Q.  Okay.  And have you met Gary Hansen before?
15    A.  Not that I know of.
16    Q.  Okay.  Were you familiar with him through
17  your work at all?
18    A.  No.
19    Q.  Okay.  There's some discussion in this
20  e-mail about using the term "highly efficient" for a
21  filter, and I wanted to ask you about this statement
22  in the third paragraph where it states, "If someone
23  stated that a filter is highly efficient because it
24  removes 40 percent of one-micron particles at 20 cubic
25  feet per minute air flow, then there would be

Page 16

1  questions about using the description that it's highly
2  efficient."  Do you see that statement?
3    A.  Yes, I do.
4    Q.  Do you agree with the -- the content of that
5  statement?
6    A.  Not necessarily.
7    Q.  Okay.  If -- if I had, representing to the
8  public, that I had a -- in this case a one-micron
9  filter and it was removing 40 percent of the particles
10  at that size, is it -- is it fair to call that a
11  high-efficiency filter?
12    A.  It could be.
13    Q.  What does the term "highly efficient" mean
14  to you?
15    A.  I'm not aware of a technical definition for
16  "highly efficient."  I would, myself, interpret it to
17  be media that's capable of removing very small
18  particulates from airflow.
19    Q.  Okay.  Were you aware --
20        Let's talk first about the -- the M10 media.
21  Were you aware that Arizant and later 3M were
22  representing to the public that that filter was termed
23  a .2-micron, high-efficiency filter?
24        MR. NEILSON:  Objection, vague as to time.
25    A.  I have heard it referred to as high

Page 17

1  efficiency.
2    Q.  Did you -- did you know that it was being
3  marketed as a .2-micron filter?
4    A.  No.
5    Q.  Okay.  The M10 filter, do you know sitting
6  here today what its efficiency was at .2 microns?
7    A.  No.
8    Q.  Okay.  Another statement that's made in the
9  third paragraph of this e-mail is that "A window
10  screen could be described as being highly efficient.
11  This is until you start putting a size to the
12  contaminants that you want that screen to contain."
13        Do you agree with that sentiment?
14    A.  I think it is difficult to understand
15  efficiency without understanding a -- a challenge
16  that's being put to it, both in terms of particle size
17  and flow and the fluid that's being filtered.
18    Q.  In other words, when a filter is used in an
19  application, it's -- it's used with the goal of
20  removing certain kinds of particles; correct?
21    A.  Correct.
22    Q.  And -- and for --
23        Depending on the application, the target
24  size and nature of those particles could differ from
25  application to application.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 18

1      A.   Correct.
2      Q.   Okay.  When supplying filters for 3M and for
3   Arizant, was there ever any discussion with Pentair or
4   Porous Media regarding what the target size or nature
5   of the particles being sought to exclude was in this
6   particular application?
7      A.   Not that I know of.
8      Q.   Okay.  And like to bring that into sort of
9   to layman's terms, using again this definition of a
10   window screen, if I had an application where I wanted
11   to stop tennis balls from coming through a filter,
12   something even as less dense as a window screen would
13   serve that purpose; correct?
14         MR. GOSS:  Object to form.
15      A.   Seems likely.
16      Q.   Okay.  Or, for instance, there --
17         Have you ever seen mosquito netting before?
18      A.   Yes.
19      Q.   And -- and mosquito netting being something
20   that can filter out a mosquito, of that size.  Is --
21   is that -- is --
22         In your range of how you work in filtration,
23   do -- do your type of filters that you've worked on in
24   your career go up to that size, or are you only
25   working in small particulate size?

Page 19

1      A.   I've worked across a range of particulate
2   sizes.
3      Q.   Okay.  So when we get up to those upper
4   sizes, something that might be able to stop, for
5   instance, something the size of a mosquito may not be
6   able to stop something the size of bacteria; correct?
7      A.   I guess, depending on the flow and the
8   liquid or gas that's being filtered.
9      Q.   Okay.  When you talk about the flow rate and
10   how that might affect filtration, am I correct to
11   assume that at higher flow rates, the -- the filter
12   has a more difficult time capturing particles?
13      A.   Not necessarily.  Going back to the
14   discussion I had earlier about capture mechanisms,
15   some of those mechanisms are more efficient at higher
16   flow.
17      Q.   So the --
18         It's not simply a question of inertia in
19   other wise -- in other words.
20      A.   Well in the case of inertial capture it is a
21   question of inertia.  In higher flows, particles have
22   greater inertia and are more likely to follow a
23   straight path and be captured rather than follow the
24   fluid flow through the media.
25      Q.   Okay.  When Pentair typically makes a filter

Page 20

1   for a medical device company, is Pentair typically
2   involved in the designing for the clinical needs of
3   that product, or are you simply designing for the
4   mechanical specifications that you're asked to do?
5         MR. NEILSON:  Objection, foundation.
6      A.   It depends on the situation.
7      Q.   Okay.  And let's talk about Pentair's work
8   with the Bair Hugger 750 and 505 models.  Has there
9   been any kind of discussions with Pentair that you
10   would classify as being more clinical than
11   engineering?
12      A.   No.
13      Q.   Okay.  For instance, when integrating a
14   filter into an appliance, some sort of device, and in
15   this case we'll talk a medical device, that may
16   involve something like consideration of the
17   environment it's going to be used in; correct?
18      A.   Correct.
19      Q.   That consideration, did that happen on your
20   end at Pentair or on Arizant and 3M's end?
21      A.   To my understanding, it did not happen on
22   our end in this case.
23      Q.   Okay.  For instance, the -- the -- the
24   clinical needs, the environment of use of a device,
25   are -- are likely to have some impact on what filter

Page 21

1   is most appropriate for that device.  Would you agree
2   with that?
3      A.   I would imagine.
4      Q.   Okay.  In terms of determining what filter
5   was appropriate for the Bair Hugger, is that something
6   Pentair ever did?
7      A.   Not to my knowledge.
8      Q.   Okay.  In other words, in this situation it
9   was your reliance on your customer who made medical
10   devices to identify and -- and select what its needs
11   were in terms of a filter.
12      A.   Correct.
13      Q.   Okay.
14         (Discussion off the stenographic record.)
15   BY MR. BANKSTON:
16      Q.   Dr. Crowder, I'm going to show you what's
17   been previously marked as Exhibit 173.  This is
18   another document that you were able to review before
19   your deposition today; correct?
20      A.   Correct.
21      Q.   Okay.  In this document, again, we have a --
22   an e-mail from Ms. Lastovich to -- to Arizant, and it
23   talks about DOP efficiency.  Can you tell me what that
24   term means?
25      A.   That is an efficiency for media.

6 (Pages 18 to 21)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 22

1   Traditionally, it was measured with dioctyl phthalate,
2   which is where the DOP comes from. In some cases they
3   now use other media for measuring that efficiency.
4       Q.  Okay.  When it talks here about finding --
5   excuse me.  Let me start over.
6           When Ms. Lastovich says "...please find the
7   media efficiencies (prior to pleating and filter
8   assembly)," firstly, can you tell me what they mean by
9   "pleating?"
10      A.  Pleating is a process of taking a flat piece
11  of media and folding it in what could be called an
12  accordian shape in order to be able to put a larger
13  amount of filter media into a given volume.
14      Q.  Does that pleating process, does that expose
15  more surface area of the filter in that same space?
16  Is that the idea?
17      A.  In a given volume, you can have a lot more
18  filter media than if you use simply a flat sheet.
19      Q.  Okay.  Now when Ms. Lastovich talks about
20  DOP efficiencies in these three models of filter
21  media, you're familiar with all three of those filter
22  media?
23      A.  Yes.
24      Q.  Okay.  So she has a statement that the
25  efficiency is being tested at .3 micron at 10.5 feet

Page 23

1   per minute; correct?
2       A.  Correct.
3       Q.  Is that pretty much the -- the standard DOP
4   testing parameters, or was there something special
5   about this test?
6       A.  Those appear to be standard from what I've
7   seen.
8       Q.  Okay.  When it talks about the M03 media, it
9   gives an efficiency of 99.97 percent at .3 microns;
10  correct?
11      A.  Correct.
12      Q.  Is that consistent with a HEPA rating?
13      A.  That would be the definition of a HEPA
14  rating.
15      Q.  Okay.  Now the next filter is the M10 media,
16  which is labeled here as 90 percent at .3 microns;
17  correct?
18      A.  Correct.
19      Q.  Now that is the filter that Pentair was
20  initially providing to the company for use in the Bair
21  Hugger; correct?
22      MR. GOSS:  Object to form.
23      A.  My understanding is that was in some of the
24  filters initially, but the 750 or 775 did not have
25  that media.

Page 24

1       Q.  Okay.  And in fact the media that those
2   units had was the M20, listed here last; correct?
3       A.  Correct.
4       Q.  Okay.  And that media is shown here as 58
5   percent at three microns; correct?
6       A.  It is shown as 58.
7       Q.  Okay.  And have you reviewed any testing
8   yourself that reflects these numbers?
9       A.  We have data sheets from the media
10  manufacturers that provide a penetration value, and
11  I've seen those.
12      Q.  In your opinion, more likely than not, is
13  this an accurate reflection of the efficiency of this
14  filter media?
15      MR. GOSS:  Object to form.
16      A.  I believe these are lower values than was
17  demonstrated by the data sheets from the media
18  supplier.
19      Q.  Okay.
20      MR. GOSS:  This has been marked before;
21  hasn't it?
22      MR. BANKSTON:  It sure has, and I don't know
23  the number so I'm going to dup it.
24      MR. GOSS:  All right.
25      MR. BANKSTON:  I'm unfortunately going to

Page 25

1   have a few of those today.
2       (Exhibit 374 was marked for
3       identification.)
4   BY MR. BANKSTON:
5       Q.  Dr. Crowder, I've handed you Exhibit 374,
6   which appears to be some filter testing.  Have you
7   ever seen this before?
8       A.  I was shown this earlier this week as part
9   of the preparation.  I had not seen it before then.
10      Q.  Okay.  If we look at the bottom of this
11  chart, do you see that there is a -- a line graph of
12  filter efficiency?
13      A.  I see what appears to be a couple lines.
14      Q.  Okay.  And I'm looking --
15          Do you see how, along the bottom of the
16  chart, there are particle sizes?
17      A.  Yes, I see that.
18      Q.  And then on the -- the Y axis of the chart
19  there's some efficiency percentages?
20      A.  Yes, I see that.
21      Q.  So we can look at this chart if we want to
22  and see what it is indicating at three microns.  Do
23  you see where the three-micron line is?
24      A.  The three micron?
25      Q.  Correct.

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 26

1          MR. GOSS:  Object to form.
2          MR. BANKSTON:  Oh, excuse me.
3          MR. GOSS:  Point three?
4          MR. BANKSTON:  I'm -- you're absolutely
5     right.  Peter already knows what I was trying to get
6     at here.
7          Q.  I'm actually directing you, can you look for
8     us at .3 microns.
9          A.  Yes, I see .3 microns.
10         Q.  Okay.  And would you agree with me that in
11    this testing, that at .3 microns the filter is
12    performing right at close to 58 percent efficiency?
13         A.  At .3 micron --
14         MR. GOSS:  Object to form.
15         A.  -- it seems to show somewhere in the range
16    of 55 to 60, depending on which line.  Maybe even a
17    little above.  It's hard to tell for sure.
18         Q.  Okay.  In other words, the results from this
19    filter testing that's in front of you is reasonably
20    similar to the results that we viewed in Ms.
21    Lastovich's e-mail in the previous exhibit; correct?
22         MR. GOSS:  Object to form, foundation.
23         MR. NEILSON:  Objection, misstates his
24    testimony.
25         A.  Are you asking if the percentage number

Page 27

1     given previously is similar to the percentage shown
2     here?
3          Q.  Correct, as respects to .3 microns.
4          A.  It seems to be a similar number.
5          Q.  Okay.  Do you know who Camfil Farr is?  Have
6     you heard that name before?
7          A.  No.
8          Q.  Okay.  And then if you can check on to the
9     second page for me, do you see at the top right corner
10    there's an editor's name that is S. Eggert?  Do you
11    happen to know who that individual is?
12         A.  No, I don't.
13         Q.  Okay.  From --
14         While working at Pentair, have you ever seen
15    an efficiency test that matched this format before?
16         A.  No.
17         Q.  Okay.  Do you have an opinion sitting here
18    today about whether this testing was conducted by
19    Pentair or at Pentair's request?
20         A.  I did not find any test reports like this in
21    our files, --
22         Q.  Okay.
23         A.  -- so I have no reason to believe it was
24    done by us.
25         Q.  On this graph on the first page, can you see

Page 28

1     where the indicator is for .2 micron?
2          A.  Yes, I can.
3          Q.  Okay.  And here we are seeing that at .2
4     micron, this filter is somewhere at or below 50
5     percent; correct?
6          MR. GOSS:  Object to form, foundation.
7          A.  It appears in this data to be around 50
8     percent.
9          Q.  We had discussed, with respect to the M10
10    filter, that you were aware that it had been marketed
11    to the public or represented to the public as a .2-
12    micron filter, and I'm wondering with respect to the
13    M20, were you aware of what its public designation
14    was?
15         MR. GOSS:  Object to form.
16         MR. NEILSON:  Objection, misstates his
17    testimony as far as when in time he was aware.  He
18    reviewed documents in preparation for the deposition
19    and he saw the .2, --
20         MR. BANKSTON:  Excellent.  Okay.  Let's --
21         MR. NEILSON:  -- so that's -- that's why I
22    objected earlier because --
23         MR. BANKSTON:  Absolutely.
24         MR. NEILSON:  -- it wasn't clear what --
25         MR. BANKSTON:  Let's get that clear on the

Page 29

1     record really quick.
2          Q.  When it comes to how Arizant, Augustine
3     Medical or 3M publicly described their filter, was
4     that information that you had before you prepared for
5     this deposition?
6          A.  No.
7          Q.  Okay.  In other words, the first time that
8     you became aware that the filter was being described
9     publicly as a .2-micron filter was when you began to
10    prepare for this deposition.
11         A.  Correct.
12         Q.  Okay.  Does Pentair/Porous Media have a way
13    that it describes the fil -- the M10 or M20 filter
14    besides simply M10 and M20?  Is there a nomenclature
15    that's used?
16         A.  The M10 or M20 would be how we would
17    describe that media.
18         Q.  Okay.  Now have you heard of filters being
19    described with -- with -- with particulate size as the
20    reference of how it's described; for instance, a one-
21    micron filter, a .5-micron filter, et cetera?
22         A.  Yes, I have heard of that.
23         Q.  Okay.  With respect to the M10 media, which
24    we saw from some results earlier was being shown by
25    Ms. Lastovich to filter out 90 percent of particles at

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 30

1  .2 microns, that filter -- you would agree with me
2  it's appropriate to call that filter a .2-micron
3  filter?
4      A.  I am not aware of a technical definition for
5  when a filter could be called a -- for instance, a .2-
6  micron filter or when it would not be.  That is, from
7  what I've seen, a marketing approach.  A scientific
8  approach would be to describe a particular efficiency
9  of removal at a -- under a particular set of
10  conditions.
11     Q.  Okay.  When you at Pentair market filters,
12  do you ever market them as -- by -- by their
13  particulate-size rating?
14         MR. NEILSON:  Objection, foundation.
15     A.  It's possible that we have done that as
16  well.
17     Q.  If Pentair was going to market or
18  communicate about a filter and refer to it as a .2-
19  micron filter, would I be correct in assuming that
20  that designation would only be used if that filter was
21  capable of at least filtering out a majority of
22  particles at .2 microns?
23         MR. NEILSON:  Objection, foundation.
24     A.  That goes back to a -- a marketing approach.
25  A .2-micron particle is extremely small, and so we

Page 31

1  could very well sell a filter as a .2-micron filter if
2  it removed even less than 50 percent, depending on the
3  needs and the application.
4      Q.  Okay.  And you, giving that testimony today,
5  you're giving it without an understanding of the
6  clinical needs for that particular application;
7  correct?
8          MR. GOSS:  Object to form.
9      A.  Correct.
10     Q.  Okay.
11         (Exhibit 375 was marked for
12          identification.)
13  BY MR. BANKSTON:
14     Q.  All right, Dr. Crowder, I have handed you
15  Exhibit 375, which is an e-mail from 2008, again
16  e-mails between Porous Media and Arizant, and the
17  subject here is the "Arizant Filtration Project."  Do
18  you know what it means when it says "Arizant
19  Filtration Project?"
20     A.  I would assume it was related to one of the
21  filters that we developed for Arizant.  That seems
22  very vague.
23     Q.  Okay.  Now I want to talk a little bit about
24  Ms. Lastovich's e-mail which is at the bottom of this
25  page, and it talks about the Porous Media M10 grade,

Page 32

1  and this is a discussion of that grade, which is used
2  on these following part numbers.  Are you familiar --
3      Q.  Have you seen those part numbers before?
4      A.  Yes, I have.
5      Q.  Okay.  And those correspond to various Bair
6  Hugger models; correct?
7      A.  Yes, I believe they do.
8      Q.  Okay.  In this e-mail Ms. Lastovich says
9  that the media is rated 93 percent efficient at .2
10  microns.  Do you know where she got that information
11  from?
12     A.  I do not.
13     Q.  Okay.  Next it discusses the M20 grade and
14  says, "We do not have a published efficiency at .2
15  micron with this media..."
16         Do you know if she's correct there, if the
17  company at that time did not have any published
18  efficiency?
19     A.  I am not aware of one.
20     Q.  Okay.  In the top e-mail from Mr. Zgoda it
21  states that, in the middle paragraph, "It may pay to
22  have some 750094 filter samples made using the M10
23  media if we can."
24         Do you know if filter samples with the M10
25  media were ever tried for the 75099 -- excuse me --

Page 33

1  the 750094 part?
2      A.  I sometimes get confused on all the
3  different part numbers used over the years.  Is the
4  750094 the same as the 505?
5      Q.  No.  Actually, I think it will be helpful
6  for this deposition, and if -- if it may refresh your
7  memory, that the first three numbers of the part
8  reflect the model number of the part.  So, for
9  instance, on this page we saw for -- for parts that
10  began with 500 or 502 or 200, those refer to those
11  parts, 750 being the 750.
12         And if that representation is accurate, do
13  you know sitting here today whether M10 filter media
14  was ever prototyped and -- and samples provided for
15  the 750 device?
16     A.  Yes, it was.
17     Q.  Okay.  Did the company ever implement an M10
18  media and start purchasing that from Pentair for use
19  in the 750?
20         MR. NEILSON:  Objection, vague as to
21  "company."
22     Q.  Sure.  Let me rephrase that.
23         At any point did Augustine Medical, Arizant
24  or 3M ever purchase from Pentair M10 media grade for
25  use in the model 750?

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 34

1  A.  If they did, it would have been on a
2 prototype scale.  I'm not aware of a changeover or a
3 large-scale production.
4  Q.  Okay.  Now there have been times when
5 Arizant or 3M have approached Porous Media or Pentair
6 about improving the efficiency of the Bair Hugger
7 filter.
8  A.  There have been times they've asked about
9 other medias.
10  Q.  Well there have been, in fact, times when
11 Porous Media has worked with Arizant, 3M and other
12 outside vendors on filter projects and the creation of
13 prototypes; correct?
14  A.  Correct.
15  Q.  Okay.  And Porous Media knew at that time
16 and Pent -- or Pentair, depending on what time period
17 we're talking about --
18      In fact, let's separate it out.  There have
19 been numerous attempts over the years in which
20 discussions have been had between the makers of the
21 Bair Hugger and your company with regard to improving
22 filtration efficiency.
23      MR. GOSS:  Object to form.
24  A.  There have been numerous conversations
25 around changing filter efficiency.

Page 35

1      MR. NEILSON:  And Mark, can I interject just
2 for a second --
3      MR. BANKSTON:  Uh-huh.
4      MR. NEILSON:  -- just for consistency?
5 Because sometimes you say "Pentair," sometimes you
6 say -- say "Porous Media," --
7      MR. BANKSTON:  Media, right.
8      MR. NEILSON:  -- sometimes you say "Pentair
9 or Porous Media," and, you know, perhaps for the
10 purpose of the deposition you can just say "Porous
11 Media."  That way we don't need to worry about at what
12 point did Pentair own Porous Media.
13      MR. BANKSTON:  I agree.
14      MR. NEILSON:  I've -- I've tried not to
15 object because I know --
16      MR. BANKSTON:  Yeah, I know.  Absolutely.
17      MR. NEILSON:  -- it's not what you're
18 getting at, I don't want to be obtrusive, but at least
19 that way the record's more clear.
20      MR. BANKSTON:  Yeah.  If --
21  Q.  In fact, let me put it on the record for
22 you, doctor.
23      When I say "Porous Media," can we agree that
24 I'm talking about the entity that has always provided
25 those Bair Hugger filters regardless of whatever

Page 36

1 entity owns it or has purchased it?  Does that make
2 sense to you?
3  A.  Yes, it does.
4  Q.  Okay.  So, for instance, there may be times
5 that we're going to talk in this deposition about
6 things that happened in the 2013-2016 time period, and
7 I understand it's not typical to refer to your company
8 as Porous Media during those time periods.
9  A.  Correct.
10  Q.  Okay.  But for the purpose of this
11 deposition, can we just say "Porous Media?"  Is that
12 going to be fine?
13  A.  Yes.
14  Q.  Okay.
15  A.  That's fine.
16      MR. NEILSON:  And I will also for the
17 record, from what I understand, the company was still
18 referred to as Porous Media even after Pentair
19 purchased it.
20      MR. BANKSTON:  Okay.
21      MR. NEILSON:  It was simply a -- a brand
22 change, so to speak, at some later period where it was
23 now Pentair, but it was -- internally they consider
24 themselves Porous Media.
25      MR. BANKSTON:  Right.  Right.

Page 37

1      MR. NEILSON:  So --
2      MR. BANKSTON:  We have similar situations on
3 both sides here on -- with that.  We've dealt with
4 that issue before here in this case.
5  Q.  All right.  So for simplicity sake, we're
6 just going to talk about Porous Media from here on
7 out.
8  A.  Sure.
9  Q.  And the first --
10      First of all, I want to ask you:  You
11 understand that there was a Bair Hugger model 505 in
12 the period of the '90s that Porous Media was providing
13 a filter for.
14  A.  Correct.
15  Q.  And then we looked at a document regarding
16 what was referred to as the next-generation warming
17 unit, and that was what eventually became the 750,
18 another prod -- product that Porous Media provided a
19 filter for.
20  A.  Okay.
21  Q.  Okay?  When -- when the 750 was being
22 developed back in the '90s, do you have any
23 knowledge -- does Pentair know if there was ever an
24 attempt to use a HEPA filter for that device?
25  A.  I don't know of an attempt at the HEPA -- at

10 (Pages 34 to 37)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 38

1  HEPA filter efficiency for that filter at that time.
2      Q.  Okay.  I want to move forward, then, to the
3  date of some of the documents we've been looking at
4  today, which is the 2008-2009 time period.
5          Are you familiar during that time period of
6  Arizant reaching out to Porous Media regarding a
7  filtration-improvement project?
8      A.  Yes.
9      Q.  Okay.  Do you remember or do -- does Porous
10  Media know what the goals of that filtration project
11  were?
12      A.  No.
13      Q.  Okay.
14          (Exhibit 376 was marked for
15          identification.)
16  BY MR. BANKSTON:
17      Q.  All right, Dr. Crowder, I've handed you an
18  e-mail from Karl Zgoda to Wendy Lastovich at Porous
19  Media from July of 2008, and in this e-mail there is a
20  discussion of the filtration project that Arizant was
21  interested in at the time, and I want to go through a
22  couple of the sentences here and -- and talk about
23  what you may have been able to figure out about some
24  of this stuff.
25          The first is:  When Mr. Zgoda in the first

Page 39

1  paragraph, second line, says, "I have a newfound,
2  urgent interest in what we discussed and like to see
3  if we can get together very soon to discuss some
4  filtration topics with you and your technical
5  experts," Pentair today does not know what that
6  newfound, urgent interest was.
7      A.  Today, or at that time period?
8      Q.  Well let's -- let's do them both really
9  quick and let's do it -- have you --
10          Have you had a chance to speak with Ms.
11  Lastovich in preparation for this deposition?
12      A.  No.
13      Q.  Okay.  So -- and you were --
14          Were you personally involved in the
15  discussion that's being talked about in this e-mail?
16      A.  I became involved in this project somewhere
17  around the August timeframe, just after this.
18      Q.  Okay.  So if you were going to find out
19  anything about what was being discussed in this
20  e-mail, it would have to either be through Ms.
21  Lastovich or perhaps some sort of corporate record at
22  Pentair; correct?
23      A.  I did meet with Arizant in August, we went
24  over to visit them, and so I had some personal
25  interactions at that time.  Most of the communication

Page 40

1  was handled through Wendy Lastovich.
2      Q.  Okay.  So in other words, while you may have
3  some interaction later in that year, in terms of
4  what -- the conversation being discussed in this
5  e-mail and what the -- what Mr. Zgoda's newfound,
6  urgent interest is, Porous Media can't speak with
7  authority as to what that was.
8      A.  Correct.
9      Q.  Okay.  Now the second paragraph discusses
10  investigating adding filtration at the end of Bair
11  Hugger hoses after the warming unit, right before the
12  air enters the disposable blanket.  Has --
13          Did Porous Media ever develop a prototype
14  along those lines?
15      A.  We --
16          MR. NEILSON:  Objection, foundation as to
17  Porous Media developing the prototype.
18          MR. BANKSTON:  Okay.
19          MR. NEILSON:  I don't think that's what he
20  meant.
21      A.  We built a number of filters around that
22  time.  To my understanding, all of them were in our
23  traditional panel-filter configuration.  We did
24  theoretical calculations for other options.
25      Q.  Okay.  For -- for lack of a better way to --

Page 41

1  to say this, when it -- when it comes to HEPA
2  filtration during this project, could you get it to
3  work?
4          MR. GOSS:  Object to form.
5      A.  We built a number of prototypes with HEPA
6  media in the flat-panel configuration.  We had a great
7  deal of difficulty getting filters that would test at
8  HEPA filtration with that media.
9      Q.  Okay.  In those investigations, were -- I --
10  I take it you were limited by the existing design
11  dimensions of the Bair Hugger and how it integrated
12  its filter; is that correct?
13          MR. GOSS:  Object -- object to form.
14      A.  We built filters in a couple of the
15  established configurations.  We discussed other
16  configurations.
17      Q.  Okay.  When you make the distinction between
18  having built some but only discussed others, am I
19  taking it that when you're talking about new
20  configuration sizes and dimensions for the filter,
21  none of those were carried forward into a prototype
22  stage?
23      A.  Correct.
24      Q.  Okay.
25          (Exhibit 377 was marked for

11 (Pages 38 to 41)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 42

1        identification.)
2  BY MR. BANKSTON:
3        Q.  Dr. Crowder, I've shown you Exhibit 377,
4  which is another communication between Porous Media
5  and Arizant Healthcare regarding the filter
6  prototypes, and I'd like to start first with the
7  bottom e-mail on this page from Mr. Barrows at
8  Arizant, and the very first thing on these pages is a
9  discussion of a prototype deeper M03, and when he
10  talks about a deeper M03, can you tell me what that
11  means?
12        A.  I believe he's talking about a greater pleat
13  height so that the filter has a greater depth.
14        Q.  Now Mr. Barrows in this e-mail talks about
15  two design targets right off the bat, the first design
16  target being match the pressure drop of the current
17  M20 using M03 media.  Do you see that?
18        A.  Yes.
19        Q.  Okay.  And the second design target being
20  use the same footprint, which he describes as 4.9 by
21  6.9, and to make it deeper as needed.
22        In the next e-mail, do you see where Ms.
23  Lastovich discusses those two design targets?
24        A.  Yes.
25        Q.  Okay.  And she describes them as mutually

Page 43

1  exclusive.  Can you tell us what she means by that?
2        A.  I'm not certain what she meant by that.
3        Q.  Okay.  This e-mail then references some
4  involvement that you had getting involved in this
5  project, and that was on some testing with some
6  laboratories.  Do you know what it was that you were
7  going to have tested for Arizant at that point?
8        A.  Yes.
9        Q.  Okay.  What was it that you were having
10  tested?
11        A.  We were testing the filtration efficiency of
12  the 775 or 750 filter.
13        Q.  Okay.  This was at this -- and when you say
14  the 7 --
15        You mean the one that was currently being
16  used on the device?
17        A.  We tested both the current product and a
18  number of variation prototypes.
19        Q.  Okay.  Now am I correct in the conclusion
20  that the integration of a HEPA filter on the device in
21  order to achieve the pressure drop that Arizant wanted
22  for the device, it would have required a redesign of
23  the device in order to make a HEPA filter work?
24        MR. GOSS:  I'm going to object to form.  I'm
25  not sure that we're talking about filters for the

Page 44

1  device versus filters for the in-line hose.
2        Q.  Okay.  Let's -- let's -- in fact, let's have
3  this discussion away from this document, from -- just
4  apart from this document.  If you -- if --
5        If, as a result of Porous Media's
6  investigations in the 2008-2009 time period, would it
7  be correct to say that you could not integrate a HEPA
8  filter and achieve the same pressure drop without some
9  kind of a redesign of the device?
10        A.  Yes.
11        Q.  Okay.  Has 3M/Arizant, have they ever
12  expressed any interest to Porous Media about
13  redesigning the device so that it could accommodate a
14  HEPA filter?
15        MR. GOSS:  Object to form.
16        A.  They asked us about a number of different
17  filter configurations.  I don't know about the design
18  of their device.
19        Q.  Okay.  Okay.  With respect to the M10 filter
20  media, that filter media has undergone a change
21  approximately in the 2009 time period; is that right?
22        A.  Correct.
23        Q.  Okay.  The -- the new version is still known
24  as the M10 filter media?
25        A.  Correct.

Page 45

1        Q.  But they have different performance
2  characteristics; correct?
3        A.  Slightly, yes.
4        Q.  Okay.  In other words, one of the things
5  that is different about the M10 filter manufactured up
6  until 2008-2009 and the M10 filter manufactured after
7  is that the one that was manufactured after resulted
8  in a greater amount of pressure drop on the Bair
9  Hugger unit.
10        A.  My --
11        MR. NEILSON:  Objection, vague as to time,
12  because you make the suggestion that Porous Media was
13  selling the M10 with the greater pressure drop after
14  2009.
15        MR. BANKSTON:  Gotcha.  Yeah.  Yeah.
16        Q.  Let's back it up and take this as one piece
17  at a time.  There was a time in which Porous Media was
18  selling the M10 filter for the Bair Hugger 505 unit
19  between the late '90s to 2008-2009.
20        A.  Correct.
21        Q.  Okay.  And you're familiar with that filter
22  and its characteristics.
23        A.  Correct.
24        Q.  Okay.  At a later date, 2 -- into 2008-2009,
25  there was a change in the formulation or the

12 (Pages 42 to 45)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 46

1  configuration for the filter media of the M10 media.
2      A.  Yes.
3      Q.  Okay.  After that change had occurred,
4  Porous Media provided samples of that new media to
5  Arizant Healthcare.
6      A.  Correct.
7      Q.  And Porous Media became aware that when
8  Arizant tried to use those samples in the 505 device,
9  it caused a greater amount of pressure drop in that
10  device.
11      A.  Correct.
12      Q.  And Arizant let Porous Media know that they
13  found that pressure drop to be unacceptable for use in
14  the device; correct?
15      A.  Correct.
16      Q.  Okay.  Can you describe to me how the M10
17  filter changed?  What was it that actually changed
18  about it?
19      A.  My understanding is that the media that we
20  had been using up to that point was discontinued --
21      Q.  Okay.
22      A.  -- and we had to find one that was
23  equivalent.
24      Q.  Now when you talk about the media being
25  discontinued, the media is not something that's

Page 47

1  manufactured in-house at Porous Media?
2      A.  Correct.
3      Q.  Okay.  When you --
4          When the company informed Porous Media that
5  the M10 -- new M10 filter media was unacceptable for
6  use in the Bair Hugger, did Porous Media have any
7  specific --
8          MR. NEILSON:  Objection, vague as to
9  "company."
10          MR. BANKSTON:  Ahh, let's -- I keep doing
11  that.  Yup.  Let's -- let's start -- do it this way.
12      Q.  When -- when Arizant let Porous Media know
13  that that M10 filter was producing an unacceptable
14  level of pressure drop, did Porous Media have any
15  recommendations about alternative medias or solutions
16  to that problem?
17      A.  Not that I know of.
18      Q.  Okay.  Now after that filter change in the
19  M10 media, Arizant began to purchase the M20 media for
20  use in that product, the 505 unit.
21      A.  Correct.
22      Q.  Okay.  And in fact Arizant had already been
23  purchasing that M20 media for use in the 750 for
24  several years.
25      A.  Correct.

Page 48

1      Q.  Okay.  Ultimately, it was Arizant itself who
2  requested the changeover to the M20 media.
3      A.  Correct.
4      Q.  Okay.  Did Porous Media ever make any
5  representation about the effect or lack thereof of the
6  change of the media on the safety of the device
7  clinically speaking?
8      A.  Not that I know of.
9      Q.  Okay.  In terms of the differences between
10  the M10 and M20 media, of how they -- how airflow
11  flows through them, do those filters have a different
12  density to them?
13          MR. GOSS:  Object to form.
14      A.  I don't know if the density is different.
15      Q.  Okay.  In other words, the -- there's a way
16  in which the M10 performs differently than the M20.
17  You understand that.
18      A.  Correct.
19      Q.  Do you know structurally or from an
20  engineering standpoint what it is that is different
21  about the filters that makes them perform differently?
22      A.  Yes.
23      Q.  Okay.  Can you explain that to us.
24      A.  The M10 media would have a mean flow pore
25  size of approximately 10 microns, the M20 would have a

Page 49

1  mean flow pore size of approximately 20 microns.
2      Q.  Okay.  Is that --
3          And I take it that's where the designation
4  M10 and M20 come from.
5      A.  Yes.
6      Q.  Okay.  Now I want to talk to you about --
7          You understand what I mean when I say the
8  words "bacterial contamination?"  Do you understand
9  what that means?
10      A.  I guess.
11          MR. GOSS:  Object to form, foundation.
12      Q.  Has Arizant or 3M had any conversations with
13  Porous Media with regards to bacterial contamination?
14          MR. NEILSON:  Objection, foundation.
15      A.  In searching through the e-mails, I found
16  where Wendy had talked about bacterial capture of
17  filter media.
18      Q.  Okay.  Do you know what context she was
19  speaking of that?  And by that I mean do you know what
20  time period and reason she was talking about those
21  topics?
22      A.  I believe it was in the 2008-2009 period,
23  but I'm not certain, and I don't know the context.
24      Q.  Okay.
25          MR. BANKSTON:  There we go.  This one's

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 50

1  premarked.  All right.
2  BY MR. BANKSTON:
3      Q.  All right, Dr. Crowder, I've shown you
4  what's been previously marked as Exhibit 176, and
5  these are a list of filtration topics produced
6  internally at Arizant, and I'd like to ask you about a
7  couple of these.
8      The first that I see on this list that
9  mentions Porous Media, do you see that on the second
10 bullet point?
11     A.  Yes.
12     Q.  Okay.  That line reads, "Porous Media's
13 experience dealing with filtration of bacteria in
14 non-ventilator type systems."
15     Do you know if Porous Media ever had
16 discussions with Arizant or 3M about this topic?
17     A.  The e-mail that Wendy sent was in relation
18 to bacteria in a non --
19     Oh.  That was a ventilator application.  So
20 no, I don't know.
21     Q.  Okay.  Do you know sitting here today,
22 can -- can you give us any kind of description of what
23 Porous Media's experience in dealing with the
24 filtration of bacteria generally is?
25     A.  Most of our experience in dealing with

Page 51

1  filtration of bacteria is in breathing circuit
2  filters.
3      Q.  Okay.  And breathing circuit filters, can
4  you kind of explain to us what that is?
5      A.  That would be a filter used with a
6  respirator, possibly both inhalation and exhalation of
7  a patient.  In some cases it would be used with an
8  oxygen concentrator to supply oxygen-enriched air to a
9  patient.
10     Q.  Okay.  In those sorts of breathing devices,
11 is there a particular grade or configuration of filter
12 that Porous Media uses in those devices for bacterial
13 capture?
14     A.  In most cases we would use the M03 for
15 breathing circuits, but there may be some other
16 filtration grades we've used.  I know we've used also
17 some membranes for filtration, so I can't say for
18 certain.
19     Q.  Okay.  Do you know if Pentair/Porous --
20 excuse me.  I should keep calling it Porous Media.
21     Do you know if Porous Media has ever used
22 the M20-grade filter media in a product for the
23 express purpose of filtering bacteria?
24     MR. NEILSON:  Objection, foundation.
25     A.  Not that I know of.

Page 52

1      Q.  Okay.  The next bullet point on this Exhibit
2  176 discusses the size of typical airborne bacteria.
3  Does -- does Porous Media have any knowledge relating
4  to that?
5      A.  We have some.
6      Q.  Okay.  Do you know the typical size of
7  airborne bacteria?
8      A.  My understanding is that bacteria, in order
9  to survive, needs to be in water, needs to be kept
10 wet, so my experience with testing for removal of
11 bacteria in airflows has been to remove droplets of --
12 of water with bacteria in them.
13     Q.  Okay.  So in terms of, say, what size staph
14 bacteria can be free-floating in air in an operating
15 room, that's not something Porous Media has direct
16 knowledge about.
17     A.  No.
18     Q.  Okay.  On the next question it talks about
19 how much bacteria can be allowed to pass through and
20 how much is dangerous.  Do you know if these questions
21 were ever asked of Porous Media?
22     A.  I am not aware of them being asked.
23     Q.  Okay.  Is Porous Media even in a position to
24 be able to answer those questions with any sort of
25 clinical authority?

Page 53

1      MR. NEILSON:  Objection, foundation.  Porous
2  Media is not being put forth as an expert.  It has not
3  been asked to opine on those topics --
4      MR. BANKSTON:  Correct.
5      MR. NEILSON:  -- for the deposition.
6      A.  I don't know.
7      Q.  Okay.  If 3M came to you today, in the
8  filter relationship that you have where you're
9  supplying the filter, and came and asked those
10 questions, does Porous Media today have an answer, or
11 is that something that is more in the wheelhouse of a
12 medical-products maker?
13     A.  I would not know.
14     Q.  Okay.  The next bullet point talks about the
15 "Pressure drop across filters capable of filtering
16 bacteria versus pressure drop across the current
17 Arizant media."  Do you know if Porous Media has done
18 any testing to determine the difference between those
19 two things?
20     A.  I don't understand the question.
21     Q.  Sure.  Okay.  So in the --
22     In this bullet point two things are being
23 compared, which is the pressure drop across filters
24 capable of filtering bacteria and the pressure drop
25 across current Arizant media.  Was there any testing

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 54

1    done in terms of pressure drop versus these two types
2    of filters?
3            MR. GOSS:  Objection, form.
4        A.  My understanding is that both of the filter
5    medias or -- that we have supplied would be capable of
6    removing bacteria.
7        Q.  Does --
8            Is it Porous Media's position that the
9    filters supplied are capable of removing 100 percent
10   of bacteria from the airstream?
11       A.  I'm not aware of any filter capable of
12   removing a hundred percent --
13       Q.  Okay.
14       A.  -- of a challenge.
15       Q.  Okay.  For instance, when we talk about HEPA
16   filtration, --
17       A.  Yes.
18       Q.  -- we -- we were talking about at .3 microns
19   that it's 99.97 percent; correct?
20       A.  Correct.
21       Q.  So what we can see there is -- is -- I guess
22   that's 300ths of a percent particles can travel
23   through that filter at .3-micron size.
24       A.  Correct.
25       Q.  Okay.  As that filter goes higher in

Page 55

1    particle sizes, as we approach one- and two- and
2    three-micron particle sizes, would you agree with me
3    that a -- that a HEPA filter is, for all intents and
4    purposes, 100 percent effective at filtering out
5    one-to-three-micron particles?
6        A.  I would say that it is highly efficient, it
7    is very good at removing; I would not use the phrase
8    "100 percent."
9        Q.  Okay.
10       A.  It's not something we would use in relation
11   to our medical filters.
12       Q.  Okay.  So is it -- is it your testimony that
13   any -- any filter efficiency that's represented as a
14   hundred percent is not ever going to be truly 100
15   percent?
16       A.  Yes.  I would be uncomfortable with stating
17   100 percent.
18       Q.  Okay.  Do you have any understanding sitting
19   here today about the percentage of common airborne
20   bacteria that can be filtered out by the various
21   filters that are used in Bair Hugger units?
22       A.  No.
23       Q.  Okay.  One of --
24           The last bullet point here on Exhibit 176
25   is, "Is Porous Media familiar with any bacter -- OR

Page 56

1    bacteria standards?"
2            Even up to the present, is Porous Media
3    familiar with any such standards?
4        A.  No.
5        Q.  Okay.  Now when it comes to the relationship
6    between Porous Media and 3M, does Porous Media have
7    any responsibilities at all for maintaining clinical
8    effectiveness and safety of that Bair Hugger unit?
9            MR. GOSS:  Objection.
10       A.  We have a responsibility to supply filters
11   that meet the specifications discussed between 3M and
12   Porous Media --
13       Q.  Sure.
14       A.  -- or Pentair.
15       Q.  Let me put it this way:  Is it -- is it part
16   of the responsibilities and things set out in y'all's
17   relationship, would -- in that -- in that agreement is
18   there ever times in which Porous Media is expected to
19   question or doubt 3M's judgment or selection of
20   products for their device?
21       A.  No.
22           MR. GOSS:  Objection.
23           MR. BANKSTON:  All right.  I guess can we
24   take a short break.
25           THE REPORTER:  Off the record, please.

Page 57

1            (Recess taken.)
2    BY MR. BANKSTON:
3        Q.  All right, Dr. Crowder, before we took a
4    break we were talking about the 2008-2009 time period
5    in which there was some investigations being done on
6    the filters for the Bair Hugger product, and I kind of
7    want to summarize how that -- how that ended.
8            I understand that there were investigations
9    into various configurations of filters with higher
10   efficiencies for the Bair Hugger; correct?
11       A.  Correct.
12       Q.  But I believe that we -- we were able to
13   establish that the integration of a HEPA filter would
14   likely require a redesign of the device.  Do you
15   remember that testimony?
16       A.  It seems likely.  I don't know what would be
17   required for their device.
18       Q.  Okay.  And during this filter project,
19   Pentair understood from that filter project that 3M --
20   excuse me.  Let me start that over because of the time
21   period.
22           Porous Media knew during the course of that
23   filter project or had received information from
24   Arizant that indicated that Arizant did have a concern
25   in this project about bacterial contamination.

15 (Pages 54 to 57)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 58

1    MR. GOSS:  Object to form, foundation.
2    A.  I don't know that we did.
3    Q.  Okay.  Certainly, we understand that
4  bacterial contamination was an issue discussed in the
5  context of this filter project.
6    MR. NEILSON:  Objection, vague as to whom it
7  was discussed between.
8    MR. BANKSTON:  Okay.
9    Q.  We -- we do understand that, in the course
10  of Pentair -- excuse me -- in the course of Porous
11  Media's work with Arizant in this 2008-2009 filter
12  project, there were employees of Porous Media who were
13  in some context discussing bacterial contamination.
14    A.  Correct.
15    Q.  Okay.  The final result of this project, was
16  there any actions taken at Porous Media with regard to
17  the parts that it supplied for the Bair Hugger?
18    A.  No.
19    Q.  Okay.
20    MR. NEILSON:  Objection, vague.  Also
21  misstates the testimony.
22    Q.  Following the 2009 filter project, did
23  Porous Media continue to provide the same M20 filter
24  for use in the Bair Hugger unit?
25    A.  Correct.

Page 59

1    Q.  Okay.  In -- in the deposition notice that
2  you received there were some topics, obviously, that
3  we were going to talk about today, and one of the
4  entities mentioned in those topics is an entity called
5  IDEO.  Do you remember seeing that?
6    A.  Yes, I do.
7    Q.  Okay.  In -- in preparing for this
8  deposition, did you come to find out if Porous Media
9  has ever had any communications with IDEO about the
10  Bair Hugger products?
11    A.  We did.
12    Q.  Okay.  Can you describe to me what that was?
13    A.  We searched through our files and we found
14  several e-mail chains of communications between then
15  Porous Media and IDEO.
16    Q.  Okay.  Can you summarize the basic subject
17  matter of the communications with IDEO?
18    A.  They seemed to be around options for
19  different filter design.
20    Q.  Okay.  Do you know the -- the time period of
21  the conversations with IDEO?
22    A.  I don't without looking at those again.
23    Q.  Yeah.  We might need to -- to check on that.
24    MR. BANKSTON:  Before I break this out, is
25  this something that I -- was provided y'all before the

Page 60

1  deposition?  I'm not sure if I did.
2    MR. NEILSON:  (Shaking head.)
3    MR. BANKSTON:  Okay.  I don't need to go
4  into this.  That's all right.
5    MR. NEILSON:  We will stipulate we've never
6  heard of Project Ducky.
7    MR. BANKSTON:  Okay.  That's -- yeah,
8  Another one --
9    Let me go ahead and get that on the record
10  real quick.
11    Q.  One of the topics in your deposition notice
12  of the topics that we had planned to discuss here
13  today was communications between Porous Media and
14  Arizant or 3M relating to something called Project
15  Ducky.  Do you remember seeing that topic?
16    A.  Yes, I saw that.
17    Q.  Okay.  Does Porous Media today have any
18  knowledge or understanding about what Project Ducky
19  is?
20    A.  No.
21    Q.  Okay.  I want to move forward just a little
22  bit.  Let me ask it this way:  After the 2009 filter
23  discussions between the companies regarding possible
24  filtration improvements, were there any other
25  occasions that Porous Media knows of in which Porous

Page 61

1  Media and Arizant or 3M engaged in discussions or
2  projects aimed at a potential improvement of
3  filtration efficiency?
4    MR. GOSS:  Object to form.
5    A.  There was apparently an offer of a HEPA
6  media that I saw in preparation for this, if that's
7  what you mean by "improvement of filtration."
8    Q.  Let's talk a little bit about that.  When
9  you say "an offer of HEPA media," who was making the
10  offer?
11    A.  There was a price quote from Pentair to 3M.
12    MR. BANKSTON:  Okay.  Let's take a look at
13  that real quick.
14    (Exhibit 378 was marked for
15    identification.)
16  BY MR. BANKSTON:
17    Q.  Dr. Crowder, I've put in front of you
18  Exhibit 378, which is an August 7th, 2013 price quote.
19  Is this the document you were referring to?
20    A.  Yes.
21    Q.  Okay.  In this time in -- in 2013, do you
22  know what -- beyond this quote, if there was any sort
23  of projects or working together with the companies in
24  terms of trying to create a HEPA media for the device?
25    A.  I did not know about this until the

16 (Pages 58 to 61)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 62

1  preparation.  I couldn't --
2       When I examined our engineering files I did
3  not see anything in this time period relating to this,
4  so I don't know where this came from.
5       Q.  Okay.  In this quote in that top paragraph,
6  the last two sentences read, "Please note, with this
7  new media, we want to raise potential performance
8  changes in regards to the existing specifications.
9  Most notably, we want to point out the pressure drop
10  changes."  Do you see where it says that?
11      A.  Yes, I see that.
12      Q.  Okay.  Was this problem that's being pointed
13  out, was this the same issue that was trying to be
14  dealt with in 2008-2009?
15          MR. GOSS:  Object to form.
16      A.  I would imagine this is related to the fact
17  that HEPA-grade media is likely to have a much higher
18  pressure drop in the same filter configuration than
19  the M20 media.
20      Q.  Okay.  Did 3M ever start buying HEPA media
21  from Pentair/Porous Media?
22      A.  Not that I know of.
23      Q.  Okay.
24          (Exhibit 379 was marked for
25          identification.)

Page 63

1  BY MR. BANKSTON:
2       Q.  All right, Dr. Crowder, I've put in front of
3  you Exhibit 379, and this is a series of e-mails
4  between Porous Media and 3M, and I'd like to go
5  through these.  And so because it's in chronological
6  order, we'll kind of start at the bottom, the last
7  page, and do you see the last page is just a
8  signature, so we'll move on a little bit up from
9  there, and we see in this bottom e-mail there is
10  a -- this is an e-mail directed to Craig Cuta and Marc
11  Shaffer.
12          Is Marc Shaffer another employee at Porous
13  Media?
14      A.  He was, yes.
15      Q.  Okay.  So both Mr. Cuta and Mr. Shaffer are
16  both former employees of Porous Media.
17      A.  Correct.
18      Q.  Okay.  And in this e-mail he -- he asks
19  would we have any updates on the filter discussion
20  that we had on April 10th, and you see that the date
21  of this e-mail is 2015; correct?
22      A.  Correct.
23      Q.  Okay.  The last exhibit we saw was from 2013
24  where a HEPA quote was provided.  Do you know what if
25  anything was done between 2013 and the times of these

Page 64

1  e-mails in terms of investigating HEPA media for the
2  Bair Hugger device?
3       A.  I'm not aware of anything going on.
4       Q.  Okay.  Now in --
5           The next e-mail of this chain is from Mr.
6  Cuta.  In his first line he talks about "...we've been
7  making/testing some different design concepts to see
8  where pressure drop and efficiency would be in the
9  area of 45 cubic feet per minute air flow."
10          When he's talking about making and testing
11  some different design concepts, can you explain to us
12  what that would entail?
13      A.  I don't know what he's referring to, if it's
14  back to previous time or something he was engaging in
15  at that time.
16      Q.  Okay.  And I think if --
17          Maybe we can put some context on this.  Do
18  you see that there was discussion in the previous
19  e-mail of a filter discussion on April 10th?  Correct?
20      A.  Correct.
21      Q.  And then Mr. Cuta's e-mail says that that
22  testing has been occurring since our call; correct?
23      A.  Correct.
24      Q.  So from this Porous Media e-mail, it -- it
25  seems apparent that sometime in the 2015 time period,

Page 65

1  after April 10th, there was some testing or some sort
2  of design concepts being looked at at Porous Media.
3       A.  I am not aware of any, but it sounds like
4  he's referring to something.
5       Q.  Okay.  In the middle of the -- sort of the
6  third line of this paragraph there's a sentence that
7  begins, "Our efforts...," and that sentence reads,
8  "Our efforts have been around the HEPA grade media
9  because this will dictate the filter size since
10  resistance will be much higher compared to the media
11  we're currently using in the panel filter 3M purchases
12  us -- purchases from us now."
13          Am I correct that this statement is talking
14  about a comparison between the HEPA media and the M20
15  media?
16      A.  That seems likely.
17      Q.  Okay.  When it talks about that the HEPA-
18  grade media will dictate the filter size, can you
19  explain what that means?
20      A.  If you need to achieve the same pressure
21  drop and flow, and we're looking at HEPA-grade media
22  as opposed to M20, it would likely require a
23  significantly larger filter element.
24      Q.  Okay.  Now in terms of what kind of filter
25  element can be designed for the 750 as it sits today,

17 (Pages 62 to 65)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 66

1  the actual size of the enclosure for the filter
2  somewhat dictates the -- the size of the filter that
3  can be used on that device; correct?
4      A.  I --
5          MR. GOSS:  I'm going to object, assert the
6  objection.  I'm not sure this is talking about the
7  750.
8      Q.  Okay.  Irrespective of this document, if you
9  were going to try to --
10         When you're talking about HEPA affecting the
11 size of the filter, that size is constrained somewhat
12 by the actual physical design of the device and its
13 filter housing.
14     A.  I would imagine.
15     Q.  Okay.  It also states in this paragraph that
16 when it comes to HEPA, "...the cost of the filter will
17 be more than what you're paying for your current
18 production filter."  Do you agree with that statement?
19     A.  Yes, I would agree with that.
20     Q.  Okay.  And in other words, the HEPA media
21 itself is more expensive than the media that is
22 currently being used in the Bair Hugger device.
23         MR. GOSS:  Object to form.
24     A.  There are a number of factors in making a
25 filter, determining the cost, one of which would be

Page 67

1  the filter media.  But making a HEPA filter, if you
2  want to achieve HEPA filtration, is a lot more
3  complicated than simply sourcing HEPA media.
4      Q.  Can you explain to us what you mean by that?
5      A.  HEPA media in and of itself may achieve HEPA
6  sep -- separation of particles flowing through it, but
7  if it is pleated, care needs to be taken that the
8  media is not damaged, when it is made into a filter,
9  it needs to be potted into the filter and sealed in a
10 way that there isn't bypass around the media, and then
11 the filter needs to seal into the device to actually
12 achieve HEPA filtration.
13     Q.  Okay.  And -- and these are things that are
14 unique design challenges when trying to integrate HEPA
15 media?
16     A.  Those would be design challenges depending
17 on the -- on the media used, yes, and they would be
18 more so for HEPA than the M20.
19     Q.  Okay.  The last line of Mr. Cuta's e-mail
20 states that "Please let us know your thoughts on
21 whether a HEPA filter design is required and we can
22 continue investigating a design."
23         Am I correct that -- from this statement
24 that Porous Media did not have an opinion about
25 whether a HEPA media was required on the Bair Hugger

Page 68

1  for safety and effectiveness?
2      A.  Correct.
3      Q.  The next e-mail is from a gentleman named
4  Winston Tan.  Do you happen to know Mr. Tan or Dr.
5  Tan?
6      A.  I e-mailed back and forth with him.
7      Q.  Okay.  Dr. Tan's e-mail on April 23rd of
8  2015 instructs the company to "...please continue with
9  this path."  And "If you can let us know a rough size
10 estimate and cost...please let me know."
11         When he's talking about a rough size
12 estimate and cost, is this going to be different than
13 what we saw in the 2013 quote for HEPA media?
14     A.  I'm somewhat confused because around this
15 time we began discussions on a new product for 3M, so
16 I'm not certain whether this is in relation to simply
17 HEPA media in existing products or the new product
18 design.
19     Q.  Okay.  And I'll have to see.  We might have
20 something that addresses that, but I hear what you're
21 saying there.
22         So basically, from the face of this document
23 you're unable to tell if these 2015 discussions relate
24 or not to a currently existing warming unit or perhaps
25 a unit that will be designed for the future.

Page 69

1      A.  Correct.
2      Q.  Okay.  Now going back to what we had talked
3  about with Mr. Tan's e-mail about asking for a rough
4  size estimate and cost, that kind of estimate, is
5  that -- would that be the same kind of estimate that
6  was provided in 2013 where you provide a quote for the
7  filter media, or do you take this as something
8  different is being asked for?
9      A.  It could be the same, it could be different.
10 I'm not sure what he was asking for.
11     Q.  Okay.  In the following e-mail there is a --
12 the statement from Dr. Tan to Mr. Cuta that the
13 project is changing in scope, and it talks about
14 "Management would rather have us look into how we can
15 take costs out of the current rectangular filter."
16         Do you know what things could be done to
17 reduce the costs in the current rectangular filter?
18         MR. NEILSON:  Objection, vague as to which
19 product you're talking about.
20     Q.  Sure.  Okay.  Let's -- let's do it with --
21 with the current 750.
22         If you wanted to bring down the cost of the
23 current rectangular filter in the 750, what would be
24 your options?
25     A.  That would be challenging without a -- say

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 70

1  an increase in the automation of the production.  That
2  would be my first call.
3      Q.  Let's talk about the final e-mail in this
4  chain, which is on the front page, and there's an
5  e-mail from a gentleman named Daniel Doran, who is an
6  engineer with 3M.  In writing to Mr. Cuta, he says
7  that he's taking over the filter selection for our
8  warming units from Winston.
9          Have you ever had any conversations with Mr.
10 Doran?
11     A.  I don't know of any.
12     Q.  Okay.  This e-mail also discusses the
13 cylindrical filter currently used in the Bair Hugger
14 505, and there's some discussion about reducing costs
15 in that type of filter.  Would your answer with regard
16 to how to cut costs be the same for the cylindrical
17 filter in the 505?
18     A.  The new product we're developing is closely
19 related to the 505, so I'm not sure, once again, what
20 this is questioning.
21         (Exhibit 380 was marked for
22             identification.)
23 BY MR. BANKSTON:
24     Q.  All right.  Dr. Crowder, this is another
25 document that you've been able to review before the

Page 71

1  deposition today; correct?
2      A.  Correct.
3      Q.  Okay.  This is kind of a long document, so I
4  want to go through it chronologically again.  So if we
5  can go to the end here, and the first e-mail on this
6  chain is an e-mail from Dr. Tan at 3M, and in this
7  case he's -- he's writing to you as well as another
8  Porous Media employee.
9      A.  Correct.
10     Q.  Okay.  Now he's talking about the feedback
11 that he received from everyone at Friday's meeting,
12 and this is a -- an e-mail from last summer, in July
13 of 2016.  Do you know what meeting he's referencing?
14     A.  No.
15     Q.  Okay.  When he talks about attaching the
16 revised CS document for Pentair MD 775 filter, do you
17 know what he means by "CS document?"
18     A.  Yes.
19     Q.  Okay.  Tell me --
20         Tell us what a CS document is.
21     A.  That is a document relating to the purchase
22 of a product with descriptions around the product in
23 it.
24     Q.  Okay.  Now he lists some changes to the CS
25 document.  When it talks about adding a sample size

Page 72

1  table, do you know what he means there?
2      A.  Yes.
3      Q.  Okay.  And what is that?
4      A.  At this time they -- 3M was creating a CS
5  document around this particular part number, we had
6  not had one previously, and he was trying to get the
7  requirements for sample size into that document.
8      Q.  When we talk about sample size, what are we
9  talking about?
10     A.  3M was asking us to engage in lot testing
11 for the production of our filters.
12     Q.  Okay.  And so that lot testing would have
13 had various samples of various sizes.  Is that how
14 that works?
15         MR. GOSS:  Objection.
16     A.  Correct.  Correct.  Depending on the size of
17 the production lot, the table requested a different
18 number of samples to be pulled from the production lot
19 for testing.
20     Q.  Okay.  Now again we're going to be talking
21 through some -- some language here that I'm just going
22 to need you help definitions on, and that is in the
23 second point under "Changes" it says that it
24 "Differentiated between Lot Release testing and
25 Quarterly testing."  What's -- what is lot release

Page 73

1  testing and quarterly testing?
2      A.  3M has asked us to do both lot release
3  testing, where parts are pulled from a production lot
4  and tested prior to shipment, and they've also asked
5  us to engage in quarterly testing of the production
6  parts.
7      Q.  Okay.  Had --
8          Before this time in 2016, had 3M ever asked
9  Porous Media to engage in lot testing or quarterly
10 testing?
11     A.  No.
12     Q.  Okay.  Did you inquire as to why this change
13 was being made?
14     A.  No.
15     Q.  Did Porous Media know at this time that 3M
16 had been sued by hundreds of plaintiffs alleging
17 surgical-site infections?
18     A.  No.
19     Q.  When did Porous Media learn of that fact?
20     A.  I --
21         MR. NEILSON:  Objection, foundation.
22     A.  -- learned of it in discussions with our
23 attorney.
24     Q.  Okay.  And that's -- that's limited to
25 what -- what you personally came to know; right?

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 74

1    A.  Correct.
2    Q.  In other words, there were some topics you
3  were asked to prepare for in terms of -- of you could
4  speak with the voice of the company, Pentair.
5    A.  Correct.
6    Q.  One of those was not when did you become
7  familiar with the litigation; correct?
8    A.  Correct.
9    Q.  In other words, there might be somebody in
10  Pentair who may have known about the litigation before
11  that you just don't know about.
12    A.  Possibly.
13    Q.  Okay.  But at least in your conversations
14  that you were having personally with Dr. Tan, the
15  subject of litigation did not come up.
16    A.  Correct.
17    Q.  Okay.  And the next e-mail is an e-mail
18  from -- from you at your Pentair address, and first of
19  all generally, before we dive into this, I -- I see
20  that there is some charts here with what appear to be
21  testing results.  Is this a result of the lot testing?
22    A.  This is some data that 3M provided to us on
23  tests they had conducted on our parts.
24    Q.  Okay.  In other words, this -- this chart
25  here comes from data that was generated by a third-

Page 75

1  party company.
2    A.  I believe it was third-party testing.
3    Q.  Okay.  In other words, what you can say is
4  that this is not the result of Pentair/Porous Media
5  testing.
6    A.  Correct.
7    Q.  Okay.  Now you write Dr. Tan, and I want to
8  try to understand what's some of being said here in
9  this first paragraph, and the first thing you say is
10  "...you have listed the acceptance number as zero
11  defects for our lot testing."  What does that mean?
12  And I guess let --
13      Actually, there's several things here that
14  could mean something in that sense, so let's break
15  them down individually.  What is an acceptance number?
16    A.  A number that would be acceptable for the
17  lot of product.
18    Q.  Okay.  And so the acceptance number for this
19  lot had been made as zero defects; correct?
20    A.  Correct.
21    Q.  Okay.  Now it then says, "In the 30 data
22  points that you sent on your testing, two of the
23  filters pass at 76 efficiency for the .3 to one-micron
24  size...;" correct?
25    A.  Correct.

Page 76

1    Q.  Okay.  So would it be accurate to say that
2  of particles of that size, .3 to one micron, that as
3  much as almost 25 percent of those particles would
4  pass through that filter?
5      MR. GOSS:  Object to form.
6    A.  Under those flow conditions, 24 percent of
7  those particles pass through those filters.
8    Q.  Okay.  When we talk about the flow
9  conditions, was that matched to the actual flow of the
10  Bair Hugger unit?
11      MR. GOSS:  Object to foundation.
12    A.  I don't know.
13    Q.  Okay.  All right.  So it talks about that
14  two of the filters passed at 76 percent efficiency for
15  that size, it says, "where the criteria that you wish
16  to set is 75 percent."  And then the following
17  sentence states, "Using your data, the Cpk is less
18  than one."
19      Do you know what that sentence is meant to
20  say?
21    A.  The Cpk is a means of estimating how capable
22  a process is.
23    Q.  In other words, is it a statistical measure?
24    A.  Yes.
25    Q.  Okay.  And when you say it's less than one,

Page 77

1  does that imply that there may be a reliability issue?
2      MR. GOSS:  Object to form.
3    A.  It means that there is less than three
4  standard deviations between the mean and the limit
5  being set.
6    Q.  To someone like me to who that statement was
7  pretty much Greek, what -- what implications or
8  importance does that have to you as an engineer?
9    A.  There is a possibility that there will be a
10  part that does not meet that specification.
11    Q.  Okay.  And in fact that --
12      And what the following sentence says, "This
13  suggests at some point, we may have one of your
14  filters fall below the specification."  When
15  "specification" is being used there, is that talk
16  about the 75 percent efficiency at .3 to one micron?
17    A.  Correct.
18    Q.  Okay.  So what this sentence is saying is
19  that there is a chance that there are filters that
20  would allow even more than 25 percent of particles at
21  .3 to one micron to pass through the filter at the
22  flow rates tested.
23      MR. GOSS:  Object to form.
24    A.  There is a possibility.
25    Q.  Okay.  The next statement says, "What would

20 (Pages 74 to 77)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 78

1 be the expectation from 3M if this were to happen?"
2     What kind of expectations are you
3 contemplating here?
4     A.  The question relates to lot testing before
5 shipment, so I was trying to understand what the
6 expectations were from 3M if, down the road, one of
7 our samples pulled for testing fell below the 75
8 percent removal at that range.
9     Q.  Okay.  And what kind of steps could be taken
10 in that situation that you were contemplating at that
11 point?
12     A.  There are a number of different steps that
13 could be taken.  I was trying to understand what 3M's
14 expectation was.
15     Q.  Okay.  In the following sentence it states
16 that "...the initial filtration efficiency according
17 to 52.2-2012 will likely be the lowest efficiency for
18 a filter."  What does that number refer to?
19     A.  The 52.2 is an ASHRAE standard for measuring
20 particle efficiency for a filter, and it can either be
21 done as an initial test or a full test with particle
22 loading.
23     Q.  Okay.  And what's the difference between
24 those two?
25     A.  In the case of the full test, the filter is

Page 79

1 loaded up with particulate deliberately and the
2 filtration efficiency at each range is monitored over
3 that dirt loading to simulate the -- a full life of a
4 filter.
5     Q.  Okay.  Now I want to look down at these --
6 these charts on the next page, and as I see, these
7 are -- there are lot numbers assigned to each of this
8 series of tests; correct?
9     A.  Correct.
10     Q.  Am I to assume that there are -- that these
11 lots are randomly selected out of -- out of inventory?
12     A.  This was testing conducted by 3M.  I don't
13 know how they determined which parts to test.
14     Q.  Okay.  Now I notice that we basically, if --
15 if --
16     The way I'm trying to read these charts is
17 that I'm seeing three separate ranges of particle
18 sizes; correct?
19     A.  Correct.
20     Q.  Okay.  And so we have .3 to one micron, one
21 micron to three microns, and three microns to 10
22 microns; correct?
23     A.  Correct.
24     Q.  Okay.  And then I see numbers across the
25 top, one -- one through 10, and I -- I -- from what

Page 80

1 you're reading on these filters, are -- I mean --
2 excuse me.
3     From what you're reading of this testing,
4 are there simply different filters that were tested in
5 this test?
6     A.  My understanding is those were different
7 filters tested in this test.
8     Q.  Okay.  And the numbers that we see in the
9 chart, is it your understanding that those are
10 filtration-efficiency percentages?
11     A.  Yes.
12     Q.  Okay.  So I want to look --
13     For instance, in the -- in the first lot
14 that we see, in looking at the .3 to one-micron range
15 size, we have the filter performing a few percentage
16 points above 80 percent; correct?
17     A.  They appear to range between 83 and 84, yes.
18     Q.  Okay.  And then in the bottom lot we see
19 some numbers that are approaching 76, and that was
20 what was being referenced in the prior paragraph to
21 this; correct?
22     A.  Correct.
23     Q.  Okay.  And then I notice, for instance in
24 that lot there, the final lot, that at the one- to
25 three-micron size, that you were having numbers

Page 81

1 between 93 and 96 percent; correct?
2     A.  Correct.
3     Q.  And so what --
4     Again, what that could mean according to
5 this test is that at the tested flow rate, as much as
6 six percent of the particles one- to three-micron size
7 would be able to pass through this filter.
8     MR. GOSS:  Object to form.
9     A.  Correct.
10     Q.  Okay.  Another thing I wanted to talk to you
11 about is you see that there are a number of spots on
12 this testing where the filtration efficiency is
13 indicated at 100 percent; correct?
14     A.  Correct.
15     Q.  Consistent with what we talked about
16 earlier, is it your testimony today that when you see
17 testing of this nature, that those 100-percent figures
18 cannot truly be considered an absolute 100 percent?
19     A.  I would assume not.
20     Q.  Okay.
21     A.  I don't know.
22     Q.  Okay.  But certainly when we're talking
23 about numbers that fall into the 90s, what that
24 indicates to you is that those units are not
25 absolutely efficient at preventing those particle

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 82

1  sizes; correct?
2     MR. GOSS:  Object to form.
3     A.  I would understand that numbers in the 90s
4  mean that something less than 100 percent is blocked.
5     Q.  Okay.  All right.  So after these charts
6  there's the discussion to be made -- you -- you offer
7  some discussion about some possibilities, and I want
8  to talk about each of those, and the first is that --
9  to dispose of an entire lot of 1800 filters.  Is this
10 because of that Cpk figure we talked about?
11    A.  This is discussion around lot testing and
12 the potential that one of the samples pulled for lot
13 testing were to not meet their MERV 14 requirement.
14    Q.  So the idea being that if there was a
15 lot pulled and it didn't meet the 75 percent at .3 to
16 one micron, one possibility would be to simply dispose
17 of the entire lot.
18    A.  Correct.
19    Q.  Okay.  The second possibility is that those
20 filters could be provided to Porous Media, who could
21 then test them and attempt to determine why they are
22 not performing at that level; correct?
23    A.  That was one of the options I discussed with
24 Dr. Tan.
25    Q.  Okay.  And then the third option you

Page 83

1  discussed with Dr. Tan is the possibility of a third
2  party testing the filters; correct?
3     A.  That is something I suggested as a third
4  option, not understanding the full MERV test at the
5  time.
6     Q.  Okay.  When you say "not understanding the
7  full MERV test," what do you mean by that?
8     A.  Dr. Tan explained to me that they take the
9  lowest value at any point in the product life as the
10 MERV value.
11    Q.  Okay.  The next statement I'm going to need
12 a little bit of help with, and it -- here we have
13 "Finally, according to 5 -- 52.2-2012..."
14        So the first part of that, that's the ASHRAE
15 standard we talked about earlier; right?
16    A.  Correct.
17    Q.  Okay.  So I'm just going to kind of
18 substitute that in the language so we can read this a
19 little bit easier.  "Finally, according to the
20 standard, MERV 14 has an upper limit for E1 of 85
21 percent."
22        E1, is that the particle-range size?
23    A.  Correct.
24    Q.  That's .3 to one micron?
25    A.  Yes.

Page 84

1     Q.  Okay.  And here there was some discussion
2  about whether there is an upper limit or not for MERV
3  14 in that category; correct?
4     A.  Correct.
5     Q.  You've come to understand since that there
6  isn't an upper limit; is that correct?
7     A.  Dr. Tan pointed out to me that there was a
8  later addendum or modification of that standard in
9  2015, I believe, that removes that upper limit.
10    Q.  Okay.  All right.  I want to talk about Dr.
11 Tan's next e-mail, and some of that is discussed
12 there, but what I really want to draw your attention
13 to is point two, and let's read that together there
14 where Dr. Tan states, "The reason for the Lot# being
15 on the low end of MERV 14 is because of non-uniformity
16 of hot melt adhesive - 'a special cause here.'"
17        What does he mean by "the non-uniformity of
18 hot melt adhesive?"
19    A.  I don't know.
20    Q.  Okay.  Do you know, while we're talking
21 about the subject of MERV, what -- what does --
22        What does MERV mean as a standard?  Do you
23 know what that means?
24    A.  What does it stand for?
25    Q.  Let's start with there, yeah.  Do you know

Page 85

1  what "MERV" stands for?
2     A.  It's --
3        I believe it stands for Minimum Efficiency
4  Reporting Value.
5     Q.  Okay.  Does -- does --
6        When we use terms like "HEPA," does -- is
7  HEPA a -- a term within the MERV system, or does it
8  have an equivalent MERV rating, or how does that --
9  how do they relate to each other?
10    A.  HEPA goes back to like the 1950s, I believe,
11 and is a separate standard from this ASHRAE standard.
12    Q.  Okay.  In other words, is -- is a --
13        A MERV 14 filter, can that be a HEPA filter?
14    A.  A filter might be able to meet both HEPA and
15 at least MERV 14.
16    Q.  In fact, a HEPA filter might be higher on
17 the MERV scale.
18    A.  It may be.
19    Q.  Okay.  Have you --
20        Do you know if Porous Media has ever talked
21 with 3M about improving the filter, not from the
22 current filter to a HEPA media, but from a MERV 14 to
23 a MERV 15 filter?
24    A.  I'm not aware of discussions around MERV 15.
25    Q.  Okay.  All right.  So let's move on to your

22 (Pages 82 to 85)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 86

1  next e-mail, which will be on the first page of this
2  document, and there are five points in your e-mail
3  that I want -- we'll talk about some of those, and the
4  first one is point number two that I want to talk to
5  you about, and it discusses how it appears that a lot
6  that was tested "...demonstrated consistently lower
7  test values than the other two lots, with every single
8  element showing lower efficiency than every single
9  element of the other two lots at E1."
10        Can you tell me, as from an engineering
11  standpoint, is that finding significant to you, and
12  why?
13     A.  I found it notable enough to bring up with
14  Dr. Tan.
15     Q.  Okay.  And what importance does -- does that
16  have to you?
17        In fact, let me withdraw that question
18  because I think what I need to be asking you is about
19  something you said in that point.  And do you see how
20  on the following line after that statement you state,
21  "Can you return those elements to us for
22  investigation?"  What is it that you were hoping to
23  investigate there?
24     A.  There seemed to be a lower efficiency on
25  that production lot than the others, and Winston

Page 87

1  brought up a concern about the potting, so I asked
2  that the filters be returned for investigation.
3     Q.  Okay.  All right.  So let's talk about point
4  five, and point five corresponds with Dr. Tan's point
5  five of asking you for a quote on testing of the
6  filters, and you state that you were working on this
7  quote.
8        What I want to ask you about is this next
9  couple of statements here, and so let's read these
10  together.  You state in your e-mail, "Before being
11  able to quote it however, we still haven't addressed
12  my fundamental question of what happens if an element
13  fails testing.  I believe that we need to address this
14  before being able to quote, as it affects risk."
15        How does the question of how 3M will react
16  if a lot is -- is non-conforming, how does that affect
17  the quote for the testing that you were talking about
18  at that time?
19     A.  In producing a quote for a filter with this
20  required testing added on, I wanted to understand all
21  of our anticipated costs in production, one of which
22  is what happens if a lot fails testing.
23     Q.  Okay.  Because if -- if --
24        Depending on the action taken, that could
25  incur costs to Porous Media.

Page 88

1     A.  Exactly.
2     Q.  Okay.  All right.  Do you know if those
3  filters from that lot testing that were non-
4  conforming, do you know or -- I'm not -- how -- how is
5  the best way --
6        In other words, there was a -- there was a
7  lot involved in the testing that you wanted to
8  investigate; correct?
9     A.  There were some parts that they tested from
10  one production lot that I asked for them to return to
11  our quality department for investigation.
12     Q.  Okay.  Did that happen?
13     A.  I don't know.
14     Q.  Okay.  So sitting here today, you don't know
15  if -- if -- if any reason or -- or explanation was
16  ever discovered for what we see in this testing.
17     A.  Correct.
18        MR. BANKSTON:  Okay.  All right.  Just a
19  little housekeeping I think.  Let's see.
20        (Exhibit 381 was marked for
21        identification.)
22  BY MR. BANKSTON:
23     Q.  And I've handed you Exhibit 381.  You
24  recognize this document?
25     A.  Yes.

Page 89

1     Q.  This -- this appears to me from its title to
2  be a schematic or diagram of the filter that Pentair/
3  Porous Media supplies for the model 505 unit.
4        MR. GOSS:  Object to form.
5     A.  My understanding is this is a drawing of --
6  of a potential new filter for 3M, --
7     Q.  Okay.
8     A.  -- part of the project we currently have
9  underway.
10     Q.  Currently underway.
11     A.  Correct.
12     Q.  Okay.  So this is a -- is it --
13        Is it fair to say that this current project
14  uses as its starting point the 505's filter --
15     A.  Correct.
16     Q.  -- as sort of a --
17        In other words, the initial design is going
18  to be modified based upon that initial design.
19     A.  There were significant changes to that
20  design, yes, but that was the starting point for the
21  discussion.
22     Q.  Okay.  When you talk about being involved in
23  a project for a new filter, do you know if this is a
24  filter for a patient warming device?
25     A.  My understanding is that it is.

23 (Pages 86 to 89)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 90

1    Q.  Okay.  Do you know if it is for a Bair
2  Hugger patient warming device?
3    A.  I don't know.
4    Q.  Okay.  During the discussions about this
5  newer filter, let's --
6      Hold on.  Let me back up.
7      When it comes to working with 3M to develop
8  a new kind of filter for their devices, when did that
9  project first begin?
10    A.  It seemed to come out of those discussions
11  in 2015.
12    Q.  Okay.  During those discussions to the
13  present, when talking about this new type of filter
14  unit, has there been any discussion of bacterial
15  contamination or airborne contamination?
16    A.  No.
17      MR. BANKSTON:  Okay.  All right.  I think
18  that's all I'm going to have for you today, Dr.
19  Crowder.
20      THE WITNESS:  Okay.
21      MR. BANKSTON:  I appreciate your time coming
22  down here and talking to us.  Appreciate you teaching
23  us a few things, too, during the process.  So again,
24  thank you for coming today.
25      THE WITNESS:  Sure.

Page 91

1      MR. BANKSTON:  And I believe Mr. Goss may
2  have some questions for you.
3      THE REPORTER:  Let's go off the record,
4  please.
5      (Recess taken.)
6  BY MR. GOSS:
7    Q.  Dr. Crowder, my name is Peter Goss.  I'm a
8  lawyer for 3M and I just a couple of questions for
9  you.
10      Am I right that all filters that Porous/
11  Pentair makes for 3M today use the M20 filter media?
12    A.  All filters that I understand for the
13  patient warming application.
14    Q.  Thank you for that clarification.
15      So all Bair Hugger filters, as we refer to
16  them, use the M20 media?
17    A.  Correct.
18    Q.  Okay.  And that's -- that's been true at
19  least since 2009 to your knowledge?
20    A.  Correct.
21    Q.  Okay.  And have you seen test data
22  establishing a particular MERV rating for that M20
23  media in the specific filters that Porous/Pentair
24  makes for 3M?
25    A.  Yes.

Page 92

1    Q.  And what MERV rating is that?
2    A.  Fourteen.
3    Q.  Would it be fair to say that a MERV 14
4  filter is highly efficient at filtering small
5  particles?
6    A.  Yes.
7    Q.  Does Porous/Pentair have an understanding as
8  to whether MERV 14 filters are commonly used to
9  control airborne bacteria?
10    A.  No.
11    Q.  So you do not have an understanding of the
12  use of MERV 14 to control airborne bacteria; is that
13  right?
14    A.  Correct.
15    Q.  Okay.  Am I right that Porous has never told
16  3M that it should use a higher-efficiency media in its
17  Bair Hugger filters?
18    A.  Not that I know of.
19    Q.  You testified about, with respect to the
20  Exhibit 380, some of the testing that -- that -- of
21  the lot testing that Porous now does for 3M with
22  respect to the Bair Hugger filters.  You recall that
23  testimony?
24    A.  Yes.
25    Q.  Does the addition of that testing

Page 93

1  requirement, does that increase the cost to 3M of the
2  filters that Porous provides?
3    A.  Yes.
4    Q.  Okay.  Do you know how much it increases the
5  cost?
6    A.  I don't remember exactly.
7      MR. GOSS:  That's all the questions I have
8  for you, sir.  Thank you.
9      THE WITNESS:  You're welcome.
10      MR. BANKSTON:  All done.
11      THE REPORTER:  Off the record, please.
12      (Deposition concluded.)
13
14
15
16
17
18
19
20
21
22
23
24
25

24 (Pages 90 to 93)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 94

```
 1          C E R T I F I C A T E
 2          I, Richard G. Stirewalt, hereby certify that
 3   I am qualified as a verbatim shorthand reporter, that
 4   I took in stenographic shorthand the deposition of
 5   ROBERT O. CROWDER at the time and place aforesaid, and
 6   that the foregoing transcript is a true and correct,
 7   full and complete transcription of said shorthand
 8   notes, to the best of my ability.
 9          Dated at Deerwood, Minnesota, this 22nd day
10   of March, 2017.
11
12
13
14
15
16
17          RICHARD G. STIREWALT
18          Registered Professional Reporter
19          Notary Public
20
21
22
23
24
25
```

Page 95

```
 1          C E R T I F I C A T E
 2          I, ROBERT O. CROWDER, hereby certify that I
 3   have carefully read the foregoing transcript, and that
 4   the same is a true and complete, full and correct
 5   transcription of my deposition, except:
 6   PAGE/LINE        CHANGE        REASON
 7
 8
 9
10
11
12
13
14
15
16
17          ROBERT O. CROWDER
18          Deponent
19
20      Signed and sworn to before me this _____ day of
21   April, 2017.
22
23          _____
24          Notary Public
25
```

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com