# EXHIBIT DX77

## TO DECLARATION OF PETER J GOSS IN SUPPORT OF REPLY TO DEFENDANTS' MOTION TO EXCLUDE OPINIONS AND TESTIMONY OF PLAINTIFFS' PLAINTIFFS' ENGINEERING EXPERTS



Old Bair Hugger Blanket Test Inside Clean Room



New Bair Hugger Blanket Test Inside Clean Room

16

EXHIBIT

9

BUCK 6·7·17

PENGAD 800-631-6989