## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To:<br>All Actions | **ORDER** |

Although the October 19 status conference is cancelled, if any disputes are identified to the Court pursuant to Pretrial Order No. 14 ¶ 7, those disputes will be deemed "addressed to the Court" notwithstanding the fact that there will be no in-court conference this month.

IT IS SO ORDERED.

Dated: October 17, 2017

       s/ Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge