UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 2666 (JNE/FLN) |
| This Document Relates to **ALL ACTIONS** | **WORD COUNT COMPLIANCE** |

I certify that the **Reply Memorandum in Support of Defendants' Motion to Exclude Plaintiffs' Expert Dr. Yadin David** complies with Local Rules 7.1(f) and 7.1(h).

I further certify that in preparation of this memorandum, I used Microsoft® Office Word 2010, and the word processing program has an appropriate functioning word count tool applied specifically to include all text, including headings, footnotes, and quotations.

I further certify that the above referenced memorandum contains 3,569 words.

Dated: October 17, 2017                    Respectfully submitted,

*s/Bridget M. Ahmann*
Bridget M. Ahmann
MN Atty ID No. 016611x
M. Joseph Winebrenner
MN Atty ID No. 0387889
**Attorneys for Defendants 3M Company and Arizant Healthcare Inc.**
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
T: (612) 766-7000    F: (612) 766-1600
bridget.ahmann@faegrebd.com
joe.winebrenner@faegrebd.com

2

        Jerry W. Blackwell
        MN Atty ID No. 0186867
        Benjamin W. Hulse
        MN Atty ID No. 0390952
        Mary S. Young
        MN Atty ID No. 0392781
        **Attorneys for Defendants 3M Company and Arizant Healthcare Inc.**
        BLACKWELL BURKE P.A.
        431 South Seventh Street, Suite 2500
        Minneapolis, MN  55415
        T: (612) 343-3200    F: (612) 343-3205
        blackwell@blackwellburke.com
        bhulse@blackwellburke.com
        myoung@blackwellburke.com

US.114654344