UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To: ALL CASES | **DEFENDANTS' RULE 7.1(F) CERTIFICATE OF COMPLIANCE** |

I, Benjamin W. Hulse, certify that Defendants' Reply ("Reply Memorandum") in Support of Motion for Summary Judgment with Respect to General Causation complies with the limits of Local Rule 7.1(f) and with the type-size limit of Local Rule 7.1(h).

I further certify that, in preparation of the above document, I used Microsoft Word 2016, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above-referenced Reply Memorandum contains 5093 words, and that with Defendants' initial Memorandum of 5603 words, the two documents combined contain 10,696 words.

Dated: October 17, 2017				Respectfully submitted,

*s/ Benjamin W. Hulse*
Benjamin W. Hulse (MN #0390952)
BLACKWELL BURKE P.A.
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3248
Fax: (612) 343-3205
Email: bhulse@blackwellburke.com

**Counsel for Defendants 3M Company
And Arizant Healthcare Inc.**

2