UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MDL No. 15-2666 (JNE/FLN)

In re Bair Hugger Forced Air Warming
Products Liability Litigation

**LR 7.1(f) CERTIFICATE OF COMPLIANCE**

This Document Relates to All Actions

I, Genevieve M. Zimmerman, certify that the Reply Memorandum titled Plaintiffs' Reply In Support of Plaintiffs' Motion to Exclude Opinions and Testimony of Samsun Lampotang, Ph.D. complies with Local Rule 7.1(f).

I further certify that, in preparation of the above document, I used Microsoft Word 2013 and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above document contains 2,096 words and that the cumulative total of the supporting memorandum and the reply memorandum is 7,759 words.

Respectfully submitted,

Dated: October 17, 2017

MESHBESHER & SPENCE LTD.

/s/ Genevieve M. Zimmerman
Genevieve M. Zimmerman (MN #330292)
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
Email: gzimmerman@meshbesher.com

*Plaintiffs Co-Lead Counsel*