UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MDL No. 15-2666 (JNE/FLN)

In re Bair Hugger Forced Air Warming
Products Liability Litigation

**L.R. 7.1(f) CERTIFICATE OF COMPLIANCE**

This Document Relates to All Actions

    I, Genevieve M. Zimmerman, certify that the Memorandum titled Plaintiffs' Reply in Support of Motions to Exclude the Testimony of Theodore Holford and Jonathan Borak, complies with Local Rule 7.1(f).

    I further certify that, in preparation of the above document, I used Microsoft Word 2013 and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

    Finally, I certify that the aforementioned document contains 8,709 words, which is less than the total number of words that Plaintiffs were permitted to use if they had submitted individual reply briefs in support of their motions to exclude Holford and Borak.

Dated: October 17, 2017        MESHBESHER & SPENCE LTD.

/s/ Genevieve M. Zimmerman
Genevieve M. Zimmerman (MN #330292)
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
Email: gzimmerman@meshbesher.com

*Plaintiffs' Co-Lead Counsel*