UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to All Actions | |

## DECLARATION OF GENEVIEVE M. ZIMMERMAN

1. My name is Genevieve M. Zimmerman and I am a partner with the Meshbesher & Spence Ltd. law firm. I am a member of the Court appointed Co-Lead Counsel in the above entitled matter.

2. Attached hereto as Exhibit EE is a true and correct copy of deposition excerpts of Michael Reed, M.D., which occurred in London, United Kingdom on December 4, 2016.

3. Attached hereto as Exhibit FF is a true and correct copy of the deposition excerpts of Paul McGovern, M.B.B.S., M.R.C.S., which occurred in London, United Kingdom on January 5, 2017.

Dated: October 17, 2017        /s/ Genevieve M. Zimmerman

Genevieve M. Zimmerman (MN#330292)
MESHBESHER & SPENCE, LTD.
1616 Park Avenue
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
Email: gzimmerman@meshbesher.com

*Plaintiffs' Co-Lead Counsel*

1