# EXHIBIT EE

1
2                IN THE UNITED STATES DISTRICT COURT
                       DISTRICT OF MINNESOTA
3
      - - - - - - - - - - - - - - - - - - - -
4     IN THE MATTER OF                        )
                                              )
5     IN RE BAIR HUGGER FORCED AIR            )
      WARMING                                 )
6     PRODUCTS LIABILITY LITIGATION           )
                                              )
7                         Plaintiff,          )
                                              )PRETRIAL ORDER NO: 7
8     v.                                      )Protective Order
                                              )MDL No. 15-2666
9     3M COMPANY AND ARIZANT                  )(JNE/FLN)
      HEALTHCARE INC.                         )
10                        Defendant.          )
      - - - - - - - - - - - - - - - - - - - -
11                    DEPOSITION OF PAUL MCGOVERN
12                            VOLUME II
13                    Thursday, January 5, 2017
14                  AT:  FAEGRE BAKER DANIELS LLP
15                          Taken at:
16                       7 Pilgrim Street
                         London EC4V 6LB
17                        United Kingdom
18
19
20    Court Reporter:
21    Louise Pepper: Accredited Real-time Reporter
22    Videographer: Simon Addinsell
23
24
25    JOB NO. 117121

Page 234

```
 1
 2              APPEARANCES
 3   Appearing for the Plaintiff:
 4        MR. MICHAEL SACCHET
          CIRESI CONLIN
 5        225 South 6th Street
          Minneapolis, MN 55402
 6
 7
 8
          GENEVIEVE ZIMMERMAN
 9        MESHBESHER & SPENCE
          1616 Park Avenue
10        Minneapolis, MN 55404
11
12
     Appearing for the Defendant:
13
          MR. COREY GORDON
14        BLACKWELL BURKE
          431 South Seventh Street
15        Minneapolis, MN 55415
16
17
18        MS. KATHERINE NEWMAN
          FAEGRE BAKER DANIELS
19        7 Pilgrim Street, London EC4V 6LB
20
21
22   Appearing for the Witness:
23        MR. ANDREW HEAD
          MR. BRYAN SHACKLADY
24        FORSTERS
          31 Hill Street
25        London W1J 5LS
```

Page 235

```
 1
 2              WITNESS INDEX
 3   Examination by MR. SACCHET  ...........239
 4   Examination by MR. C. GORDON ..........459
 5              EXHIBIT INDEX
 6   Exhibit 1 Email chain between P. .........263
        McGovern and M. Albrecht,
 7      Bates stamped Albrecht_0016487
 8   Exhibit 2 Email chain between Mark ........287
        Albrecht, Paul McGovern, Mike
 9      Reed and others, dated 30 June
        to 3 July, 2010
10
     Exhibit 3 Forced Air Warming ..............289
11      Demonstration DVD
12   Exhibit 4 CDC document entitled ...........298
        "Healthcare Infection Control
13      Practices Advisory Committee
        Record of the Proceedings",
14      dated November 5-6, 2015,
        previously marked as Exhibit
15      208, Bates stamped
        3MBH01344612-01344685
16
     Exhibit 5 Document entitled ...............306
17      "Forced Air Warming (FAW) and
        Surgical Site Contamination
18      First Draft" dated 27/9/09
19   Exhibit 6 Document entitled "Do ...........308
        Forced Air Warming Devices
20      Increase Bacterial
        Contamination of Operative
21      Field? - Simulated
        experimental analysis".
22
     Exhibit 7 Email chain dated 8-11 ..........309
23      November, 2009, subject line:
        "FAW"
24
     Exhibit 8 Document Bates stamped ..........316
25      3MBH00107863-00107870
```

Page 236

```
 1
 2   Exhibit 9 Document entitled "Do ...........324
        Forced Air Warming Devices
 3      Increase Bacterial
        Contamination of Operative
 4      Field? - Simulated experiment
        analysis".
 5
     Exhibit 10 Email chain between ............336
 6      Paul McGovern and Val
        Edwards-Jones "Re Saturday",
 7      dated 26 November - 20
        December 2009
 8
     Exhibit 11 Email chain between ............337
 9      Paul McGovern, David Leaper,
        Andrew Sprowson and Thomas
10      Symes, "Prof David Leaper
        Visit", dated 10 September - 2
11      December 2009
     Exhibit 12 Email chain between ............342
12      Paul McGovern and Mike Reed,
        dated 21 February 2010,
13      "Laminar flow tests".
14
     Exhibit 13 Article co-published by ........347
15      Paul McGovern and others,
        entitled "Forced-air warming
16      and ultra-clean ventilation do
        not mix." Bates stamped
17      Belani_000190-000197
18   Exhibit 14 Article entitled ...............353
        "Patient Warming Excess Heat:
19      The Effects on Orthopedic
        Operating Room Ventilatio
20      Performance", Bates stamped
        Belani_000040-000045
21
     Exhibit 15 Email chain between ............359
22      Mark Albrecht, Paul McGovern
        and others, dated 1 February
23      2011, "Manuscript with updated
        joint infection data covering
24      an additional 200 or so".
     Exhibit 16 Excel spreadsheet with .........365
25      data analysis
```

Page 237

```
 1
 2
     Exhibit 17 Email chain between ............372
 3      Mark Albrecht, Mike Reed, Paul
        McGovern and others, dated 18
 4      February - 1 March 2011,
        "Signatures on Transmittal
 5      Letter".
 6   Exhibit 18 Email chain between ............373
        Paul McGovern and Mark
 7      Albrecht, dated 19 May - 23
        May, 2011, "Fwd: JBJS [BR] log
 8      No. 27124 - Invitation to
        resubmit
 9
     Exhibit 19 Email chain "Re ................382
10      McGovern" between Robin
        Humble, Scott Augustine, Paul
11      McGovern and others plus
        attachment entitled "Observed
12      reduction in periprosthetic
        joint infections: Antibiotics
13      or warming technique?", dated
        25 March - 17 June 2016.
14
     Exhibit 20 Journal of Bone and ............391
15      Joint Surgery document
        entitled "Wound Complications
16      Following Rivaroxaban
        Administration".
17
     Exhibit 21 Paper entitled "Return .........396
18      to theatre following total hip
        and knee replacement, before
19      and after the introduction of
        rivaroxaban".
20
     Exhibit 22 Journal of .....................403
21      Tissueviability paper entitled
        "A prospective randomised
22      study comparing the jubilee
        dressing method to a standard
23      adhesive dressing for total
        hip and knee replacements",
24      authored by Neil G. Burke and
        others.
25
```

```
                                                              Page 238
 1   Exhibit 23 Email chain between .................410
 2            Mark Albrecht and Mike Reed,
              "Full workup of stats you
 3            requested", dated 29 November,
              2011.
 4
     Exhibit 24 Email from Mark ........................416
 5            Albrecht to Scott Augustine,
              with attachment, dated
 6            11/22/2015, Bates stamped
              Albrecht_0002079-0002086
 7
     Exhibit 25 Anesthesia & Analgesia ..................445
 8            document entitled "Patient
              Warming Excess Heat: Effects
 9            on OR Ventilation Performance
              During Total Knee
10            Replacement", Bates stamped
              Belani_000002-000039
11
     Exhibit 26 Email from Mark ........................454
12            Albrecht to Paul McGovern and
              others, "Fwd: A&A Decision for
13            MS#: AA-D-11-01334", dated 25
              October 2011
14
     Exhibit 27 Email chain between ....................455
15            Mark ALbrecht, Mike Reed and
              others, "Fwd: A&A DEcision for
16            MS#: AA-D-11-01334R1", dated
              11 January 2012.
17
     Exhibit 28 Spreadsheet, Bates .....................461
18            stamped
              AUGUSTINE_0005193-0005487
19
     Exhibit 29 Printout of spreadsheet ................463
20            data
     Exhibit 30 Screenshots of FAW v ...................500
21            CWB YouTube video
22
23
24
25
```

```
                                                              Page 239
 1              DR. PAUL MCGOVERN
 2                P R O C E E D I N G S
 3          THE VIDEOGRAPHER:  This is Day 2 of the deposition
 4   of Dr. Paul McGovern.  The deposition started yesterday
 5   4 January, today is 5 January 2017, and it is 9:24 a.m.
 6   This is the beginning of DVD 1 in volume 2 of Dr. McGovern's
 7   deposition.  Everybody who was in the room yesterday is here
 8   today.
 9          Can I remind the witness he was sworn in
10   yesterday and is still under oath.  Can you --
11          THE WITNESS:  Yes.
12          THE VIDEOGRAPHER:  You're on the record, counsel.
13   It is 25 past 9.
14   EXAMINATION BY MR. SACCHET:
15   BY MR. SACCHET:
16       Q.  Good morning, Dr. McGovern.
17       A.  Good morning.
18       Q.  As I mentioned yesterday, my name is Mr. Sacchet,
19   and I represent the plaintiffs 3M.  Yesterday my learned
20   friend on the other side reviewed some of the ground rules
21   for the deposition.  I'm going to go through few more today,
22   just to make sure we're on the same page with respect to the
23   procedures for our conversation.  As you know, I'll be
24   asking you questions under oath and you'll be responding to
25   them.  If at any time you don't understand a question or if
```

```
                                                              Page 240
 1              DR. PAUL MCGOVERN
 2   you don't hear the question, please let me know, okay?
 3       A.  Yes.
 4       Q.  As was mentioned yesterday, it's best for the
 5   record and the court reporter, if I ask a question, that you
 6   let me finish asking the question before you answer, and
 7   I'll do the same with respect to you in refraining from
 8   asking a question before you've finished your answer.
 9   Please provide audible "Yes" or "No" answers with respect to
10   the questions as opposed to a nodding or shaking of the
11   head.  Is that agreeable?
12       A.  Yes.
13       Q.  And if at any time you need a break, just let me
14   know, and I'll find an appropriate spot to pause.
15       A.  Sure.
16       Q.  Before we jump into your background, with respect
17   to your educational and professional history, just a few
18   preliminary items.  You've never met me before, have you?
19       A.  Not before yesterday, no.
20       Q.  And prior to yesterday, you'd never spoken to me
21   before, be it via e-mail or phone?
22       A.  That is correct.
23       Q.  You've never spoken to any members of the
24   plaintiff's counsel in this matter, have you?
25       A.  That is correct.
```

```
                                                              Page 241
 1              DR. PAUL MCGOVERN
 2       Q.  Have you ever spoken to anyone on the side of the
 3   defense, prior to yesterday?
 4       A.  I'd received communications from various people on
 5   the side of the defense.  I have only communicated with them
 6   through my lawyers.
 7       Q.  Okay.  Do you recall who those individuals were
 8   that attended the --
 9       A.  Stephen Llewellyn, from Faeger Baker Daniels.
10   I received a Linkedin message from a lawyer in the United
11   States, but I don't remember their name.
12       Q.  Do you recall the content of the message?
13       A.  It was similar to the initial contact from Stephen
14   Llewellyn, saying that 3M would like to depose me, and
15   asking me to get back in touch to arrange that.
16       Q.  And did you get back in touch to arrange that?
17       A.  I did not reply to the Linkedin message at all, and
18   I replied to Stephen Llewellyn through my lawyers when
19   I arranged legal representation.
20       Q.  Okay.  So other than contact via your attorney,
21   you've had no personal contact with anyone on the other
22   side?
23       A.  That is correct.
24       Q.  I know you spoke a little bit yesterday about your
25   background as well, and I'm going to review some of that
```

```
                                                    Page 354                                                     Page 355
 1            DR. PAUL MCGOVERN                                     1            DR. PAUL MCGOVERN
 2       Q.  If you could please turn to internal page 409, the     2       Q.  It was published in Anesthesia & Analgesia;
 3  last paragraph.  The last full paragraph, I should say, in      3  correct?
 4  the right-hand column.  The sentence states:                    4       A.  Analgesia, yes.
 5            "These concerns are most relevant for smaller         5       Q.  So had this statement been of great concern to the
 6  airborne particles, less than or equal to 10 microns,           6  editors, they would have asked for a revision of that
 7  such as free-floating bacteria and skin cell fragments,         7  statement; correct?
 8  having similar airborne characteristics to the                  8       A.  I think that would probably -- (overspeaking) --
 9  neutrally buoyant detergent bubbles studied ..."                9            (Reporter clarification.)
10       Do you see that?                                          10       MR. C. GORDON:  The objection again?  Both form
11       A.  I do see that.                                        11  and lack of foundation.
12       Q.  This paper was authored by you and others; correct?   12       A.  Could you just repeat the question, please?
13       A.  Correct.                                              13  BY MR. SACCHET:
14       Q.  Do you stand by that statement?                       14       Q.  Sure.  Had there been a great issue with this
15       A.  That statement is reasonable me.  It does not have    15  particular statement, the editors may have required you to
16  a reference for the relationship between free-floating         16  alter it in some way; correct?
17  bacteria, skin cell fragments and helium bubbles having        17       A.  The action of the editors would be their decision,
18  similar airborne characteristics.  I believe that to be the    18  but I would expect that a statement which, were I reviewing
19  case, but it would be preferable, in my opinion, for that      19  a paper, if I had identified a statement which I felt to be
20  statement to be referenced to a peer-reviewed paper.  And      20  questionable, I would have challenged it and expected it to
21  although I believe that to be the case, I could not say that   21  be justified or removed.
22  that is fact without further evidence.                         22       Q.  And in other papers you have co-authored and
23       Q.  This paper, namely Patient Warming Excess Heat by     23  participated in the peer-review process, editors have asked
24  you and Mr. Belani and others, was peer-reviewed; correct?     24  for revisions of particular sentences?
25       A.  It was peer-reviewed, yes.                            25       A.  Yes, that's absolutely true.

                                                    Page 356                                                     Page 357
 1            DR. PAUL MCGOVERN                                     1            DR. PAUL MCGOVERN
 2       Q.  And this particular sentence was published in final    2  entities at this time, had no influence on your
 3  form, as it says in this paper?                                 3  participation in this study?
 4       A.  This sentence, as part of this paper, was              4       A.  It had no influence on my participation in this
 5  peer-reviewed and approved for publication.                     5  study.
 6       Q.  Do you have any reason to doubt the bubble count       6       Q.  Let's now move to the observational aspect of the
 7  results of the McGovern paper?                                  7  study.  Were you involved in the collection of any of the
 8       A.  I do not.                                              8  data with respect to the observational information present
 9       Q.  You did not receive any compensation from Augustine    9  in this study?
10  Biomedical & Design, or any of its predecessor entities,       10       A.  I was not.
11  with respect to conducting this study?                         11       Q.  Were you aware that other co-authors of this study,
12       A.  No.                                                   12  such as Mr. Reed, made great efforts to collect as much data
13       Q.  In fact, it cost you a sum of money to conduct this   13  as possible before publishing the paper?
14  study?                                                         14       A.  Yes.
15       A.  Overall, this study -- the conducting of this study   15       MR. C. GORDON:  Object to the form of the
16  involved me working at weekends in my own hours, traveling     16  question.
17  to and from the hospital on my own time, and at my own         17  BY MR. SACCHET:
18  expense.  There were -- some equipment was purchased, and at   18       Q.  For example, in prior manuscripts of this study,
19  the time, I received expenses for that equipment to be         19  one of which you looked at yesterday, the period of time in
20  purchased, I did -- but I received that from the healthcare    20  which infection rates were analyzed was from September 2008
21  trust that I worked for.  I did not receive any money          21  to September 2010, a two-year period; correct?
22  directly from Augustine at this time for this paper, to my     22       A.  Yes.
23  knowledge.                                                     23       Q.  Whereas the published paper, as shown in figure 7
24       Q.  The fact that Mr. Albrecht may have been employed     24  of the study, the date range was July 2008 to January 2011;
25  by Augustine Biomedical & Design, or any of its predecessor    25  correct?
```