UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 2666 (JNE/FLN) |
| This Document Relates to **ALL ACTIONS** | **MOTION FOR FURTHER CONSIDERATION OF ORDER ON JOINT MOTION REGARDING CONTINUED SEALING** |

Pursuant to L. R. D. Minn. 5.6, Defendants respectfully move the Court for further consideration of its September 20, 2017 Order on the joint motion regarding continued sealing (ECF No. 854). Defendants' motion arises from the fact that the Order requires Plaintiffs' Proposed Second Amended Master Long Form Complaint (ECF No. 308) and Memorandum in Support of the Motion for Leave to Amend (ECF No. 311) to be fully unsealed, but those documents refer to and/or quote from documents that the Court determined should remain under seal. Defendants thus request that the portions of ECF No. 308 and ECF No. 311 that refer to such confidential material be redacted from any public filing.

Defendants rely on the accompanying memorandum of law in support of their motion, as well as all prior proceedings and pleadings herein.

Dated: October 18, 2017    Respectfully submitted,

*s/Benjamin W. Hulse*
Jerry W. Blackwell (MN #186867)
Benjamin W. Hulse (MN #0390952)
Mary S. Young (MN #0392781)
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3200
Fax: (612) 343-3205
Email: blackwell@blackwellburke.com
bhulse@blackwellburke.com
myoung@blackwellburke.com

Bridget M. Ahmann (MN #016611x)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Phone: (612) 766-7000
Email: bridget.ahmann@faegrebd.com

***Counsel for Defendants 3M Company and Arizant Healthcare Inc.***