# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 2666 (JNE/FLN) |
| This Document Relates to **ALL ACTIONS** | **MEET AND CONFER STATEMENT FOR DEFENDANTS' MOTION FOR FURTHER CONSIDERATION OF ORDER ON JOINT MOTION REGARDING CONTINUED SEALING** |

I, Benjamin W. Hulse, representing Defendants, certify that I attempted to meet and confer by email with Plaintiffs' counsel, Genevieve Zimmerman, on October 17, 2017 to address this Motion for Further Consideration of Order on Joint Motion Regarding Continued Sealing. I attached a copy of the supporting Memorandum and asked whether Plaintiffs would consent to the relief requested.

As of the time of this filing, I have not received a response to my communication. Should the parties be able to resolve any part of this Motion, Defendants will file a supplemental Meet and Confer Statement.

Dated: October 18, 2017       Respectfully submitted,

*s/ Benjamin W. Hulse*
Benjamin W. Hulse (MN #0390952)
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3200
Fax: (612) 343-3205
Email: bhulse@blackwellburke.com

***Counsel for Defendants 3M Company and Arizant Healthcare Inc.***