# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 2666 (JNE/FLN) |
| This Document Relates to **ALL ACTIONS** | **[PROPOSED] ORDER ON MOTION FOR FURTHER CONSIDERATION OF ORDER ON JOINT MOTION REGARDING CONTINUED SEALING** |

This matter is before the Court pursuant to Defendants' Motion for Further Consideration of Order On Joint Motion Regarding Continued Sealing under L. R. D. Minn. 5.6.

The Court, having considered the Motion, the arguments of counsel, and the files, records, and proceedings herein states that:

**IT IS HEREBY ORDERED** that Defendants' Motion for Further Consideration of Order on Joint Motion Regarding Continued Sealing is GRANTED.

**IT IS FURTHER ORDERED** that Plaintiffs shall redact and file Plaintiffs' Proposed Second Amended Master Long Form Complaint (ECF No. 308) and Memorandum in Support of the Motion for Leave to Amend (ECF No. 311) in accordance with the following chart:

| ECF No. | Description | Quoted or described in Plaintiffs' proposed Master Complaint | Quoted or described in Plaintiffs' Memorandum |
|---|---|---|---|
| 316 | Plaintiffs' Exhibit A (Report of Yadin David): Refers to/summarizes other documents that are confidential, under seal, or not part of the record | N/A | Page 11, beginning at "As explained by Dr. Yadin David" and continuing onto page 12 through "per minute of the Model 505." <br><br> Page 13, beginning at "In this case, the Defendant[s]" and continuing through the sentence ending "those devices well." |
| 329 | Plaintiffs' Exhibit 12 (3MBH01031246): Notes of an internal Arizant meeting to discuss regulatory issues relating to the Bair Paws and Polar Air products. | Paragraph 215 | Page 12, beginning at the last sentence on page 12 starting "In the email, Defendants' Director" and continuing onto page 13 through the first sentence ending "is necessary." |
| 337 | Plaintiffs' Exhibit 21 (3MBH0022625): Notes of an internal Arizant meeting to discuss regulatory issues relating to the Bair Paws and Polar Air products. Neither product is at issue in this litigation. | Paragraphs 226-227, 229, 231-233 | Page 16, beginning at "Indeed, in Project" and continuing through "antimicrobial agents" on the same page. <br> Page 16, beginning at "Despite degrading" and continuing onto the top of page 17 through "at the blower outlet" |

|   |   |   | Page 18, first full paragraph beginning at "Following these tests" |
|---|---|---|---|
| 340 | Plaintiffs' Exhibit 24 (3MBH01617179): 3M document reflecting internal scientific and technical discussions. | Paragraph 234 | Page 18, entire paragraph beginning at "Possible design changes began anew" |
| 342 | Plaintiffs' Exhibit 26 (3MBH0054396): Internal 3M email chain discussing ideas for design changes to the Bair Hugger system. | N/A | Page 19, entire paragraph beginning at "At the same time" |
| 343 | Plaintiffs' Exhibit 27 (3MBH00630074): Internal 3M presentation summarizing engineers' "ideation" (that is, brainstorming) of ideas for potential design changes to the Bair Hugger system. | N/A | Page 19, beginning at "Although none" and continuing through the end of page 22. |
| 344 | Plaintiffs' Exhibit 28 (3MBH01922062): Exchange between 3M engineers and an engineer from 3rd party Pentair; there is a Confidentiality Agreement between 3M and Pentair that prohibits 3M from disclosing the type of information contained in this document. | N/A | Page 23, beginning at "As a result, Dr. Tan" and continuing through the end of the first full paragraph to "current rectangular filter." |

| 347 | Plaintiffs' Exhibit 40 (3MBH00001336): Internal draft of talking points for Arizant sales representatives from 2010. | N/A | Page 29, sentence beginning "After all, Defendants" |
|---|---|---|---|
| 377 | Plaintiffs' Exhibit 69 (3MBH00053467): notes of 3M employees from a strategic planning discussion. | Paragraph 262 | Page 40, beginning at "During a strategy" and continuing through the end of the paragraph to "contamination issues." |
| 382 | Plaintiffs' Exhibit 74 (3MBH00005744): Internal Arizant strategic planning document. | Paragraph 265, final sentence only | Page 43, sentence starting "Nonetheless, after repeated" |
| 385 | Plaintiffs' Exhibit 77 (3MBH00544754): This document, entitled "Competitive Outline_v1.pptx," reflects internal correspondence among 3M employees relating to strategic planning. | N/A | Page 43, starting at "Yet Defendants immediately" and continuing through the end of that paragraph to "own testing." |

Dated:_____, 2017.    _____
                                  United States District Magistrate Judge