# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## TELECONFERENCE
CHAMBERS 9W - Minneapolis

### COURT MINUTES
Case Number: 15-md-2666 JNE/FLN

IN RE: Bair Hugger Forced Air Warming Devices
Products Liability Litigation

Date: October 19, 2017
Court Reporter:     n/a
Time Commenced:     11:01 a.m.
Time Concluded:     11:14 p.m.
Time in Court:      13  Minutes

Parties discussed their proposed Bellwether trial schedules. The Court will issue an order on the matter by the end of this week.

APPEARANCES:

  For Plaintiff:    Genevieve  Zimmerman and Ben Gordon

  For Defendants: Benjamin Hulse and Monica Davies


     _s/Franklin L. Noel_
     U. S. Magistrate Judge