| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |

**ORDER**

_____

Ben Hulse and Monica Davies, for Defendants.
Ben Gordon and Genevieve Zimmerman, for Plaintiffs.

_____

**THIS MATTER** came before the undersigned United States Magistrate Judge on October 19, 2017, on the parties' proposed Bellwether schedules for *Skaar, et al. v. 3M Co., et al.*, 16-cv-2969 (JNE/FLN), and *Gareis v. 3M Co., et al.*, 16-cv-4187 (JNE/FLN). Based upon all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the following schedule shall govern *Skaar, et al. v. 3M Co., et al.*, 16-cv-2969 (JNE/FLN), and *Gareis v. 3M Co., et al.*, 16-cv-4187 (JNE/FLN):

1. Case specific discovery commenced on September 26, 2017;
2. Case specific discovery shall be completed by December 8, 2017;
3. Initial expert reports and disclosures shall be exchanged by November 24, 2017;
4. Rebuttal expert reports and disclosures shall be exchanged by December 15, 2017;
5. Depositions of expert witnesses shall be completed by January 30, 2018;
6. Case specific dispositive motions shall be filed by February 6, 2018;
7. This matter shall be ready for trial on and after April 30, 2018, at which time it shall be placed on the Court's calendar.

DATED: October 20, 2017

*s/Franklin L. Noel*

FRANKLIN L. NOEL
United States Magistrate Judge