# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA AND
## MINNESOTA STATE COURT SECOND JUDICIAL DISTRICT

# CIVIL MOTIONS HEARING

| | |
|---|---|
| In Re: Bair Hugger Forced Air Warming Devices Products Liability Litigation | **COURT MINUTES**<br>BEFORE: JOAN N. ERICKSEN<br>U.S. District Judge<br>FRANKLIN L. NOEL<br>U.S. Magistrate Judge<br>WILLIAM H. LEARY, III<br>Ramsey County District Court Judge |

| | |
|---|---|
| Case No: | 15-md-2666 (JNE/FLN) |
| Date: | October 24, 2017 |
| Deputy: | Catherine B. Cusack |
| Court Reporter: | Maria V. Weinbeck |
| Courthouse: | Minneapolis |
| Courtroom: | 12W |
| Time Commenced: | 9:04 AM |
| Time Concluded: | 4:26 PM |
| Time in Court: | 6 Hours & 7 Minutes |

Hearing on: **Defendants' and Plaintiffs' Motions to Exclude Medical Experts**

APPEARANCES:

   Plaintiffs:  Michael V. Ciresi, Jan M. Conlin, Michael A. Sacchet, Genevieve M. Zimmerman, Gabriel A. Assaad, Ben W. Gordon, Jr., Behram V. Parekh, Sean T. Higgins, Anne Andrews, Kyle W. Farrar, David W. Hodges, Noah C. Lauricella

   Defendants:  Jerry W. Blackwell, Benjamin W. Hulse, Peter J. Goss, Corey L. Gordon, Mary S. Young, Monica L. Davies, Bridget M. Ahmann, Deborah E. Lewis, M. Joseph Winebrenner

PROCEEDINGS:

- ☒ Opening statements.
- ☒ Motions argued:  Defendants' Motion to Exclude Samet, Jarvis and Stonnington [Docket No. 745] and Plaintiffs' Motion to Exclude Holford [Docket No. 801].
- ☒ Motions Hearing continued to Wednesday, October 25, 2017, at 9:00 AM

                                                                    s/Catherine B. Cusack
                                                                    Courtroom Deputy