# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA AND
## MINNESOTA STATE COURT SECOND JUDICIAL DISTRICT

## CIVIL MOTIONS HEARING

| | |
|---|---|
| In Re: Bair Hugger Forced Air Warming Devices Products Liability Litigation | **COURT MINUTES**<br>BEFORE: JOAN N. ERICKSEN<br>U.S. District Judge<br>FRANKLIN L. NOEL<br>U.S. Magistrate Judge<br>WILLIAM H. LEARY, III<br>Ramsey County District Court Judge |

| | |
|---|---|
| Case No: | 15-md-2666 (JNE/FLN) |
| Date: | October 25, 2017 |
| Deputy: | Catherine B. Cusack |
| Court Reporter: | Maria V. Weinbeck |
| Courthouse: | Minneapolis |
| Courtroom: | 12W |
| Time Commenced: | 9:07 AM |
| Time Concluded: | 4:30 PM |
| Time in Court: | 7 Hours & 16 Minutes |

Hearing on: **Defendants' and Plaintiffs' Motions to Exclude Medical Experts**

APPEARANCES:

   Plaintiffs:  Michael V. Ciresi, Jan M. Conlin, Michael A. Sacchet, Genevieve M. Zimmerman, Gabriel A. Assaad, Ben W. Gordon, Jr., Behram V. Parekh, Sean T. Higgins, Anne Andrews, Kyle W. Farrar, David W. Hodges, Noah C. Lauricella, Mark Bankston

   Defendants:  Jerry W. Blackwell, Benjamin W. Hulse, Peter J. Goss, Corey L. Gordon, Mary S. Young, Monica L. Davies, Bridget M. Ahmann, Deborah E. Lewis, M. Joseph Winebrenner

PROCEEDINGS:

- ☒ Motions argued:  Plaintiffs' Motions to Exclude Borak [Dkt. No. 778]; Mont [Dkt. No. 796]; Wenzel [Dkt. No. 812]; Hannenberg [Dkt. No. 727]; Abraham [Dkt. No. 821]; Ho [Dkt. No. 733]; Lampotang [Dkt. No. 743]; and Defendants' Motions to Exclude Elghobashi, Buck, Koenigshofer and David's EngineeringTestimony [Dkt. No. 794]

- ☒ Plaintiffs' Motion to Exclude Hughes [Dkt. No. 826] will be considered on the papers.

- ☒ Motions Hearing continued to Thursday, October 26, 2017, at 9:30 AM.