# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA AND
## MINNESOTA STATE COURT SECOND JUDICIAL DISTRICT

# CIVIL MOTIONS HEARING

| | |
|---|---|
| In Re: Bair Hugger Forced Air Warming Devices Products Liability Litigation | **COURT MINUTES**<br>BEFORE: JOAN N. ERICKSEN<br>U.S. District Judge<br>FRANKLIN L. NOEL<br>U.S. Magistrate Judge<br>WILLIAM H. LEARY, III<br>Ramsey County District Court Judge |

| | |
|---|---|
| Case No: | 15-md-2666 (JNE/FLN) |
| Date: | October 26, 2017 |
| Deputy: | Catherine B. Cusack |
| Court Reporter: | Maria V. Weinbeck |
| Courthouse: | Minneapolis |
| Courtroom: | 12W |
| Time Commenced: | 9:39 AM |
| Time Concluded: | 1:26 PM |
| Time in Court: | 3 Hours & 29 Minutes |

Hearing on: **Defendants' and Plaintiffs' Motions to Exclude Medical Experts and Defendants' Motion for Summary Judgment on General Causation**

APPEARANCES:

   Plaintiffs:  Michael V. Ciresi, Jan M. Conlin, Michael A. Sacchet, Genevieve M. Zimmerman, Gabriel A. Assaad, Behram V. Parekh, Sean T. Higgins, Anne Andrews, Kyle W. Farrar, David W. Hodges, Noah C. Lauricella, Mark Bankston

   Defendants:  Jerry W. Blackwell, Benjamin W. Hulse, Peter J. Goss, Corey L. Gordon, Mary S. Young, Monica L. Davies, Bridget M. Ahmann, Deborah E. Lewis, M. Joseph Winebrenner

PROCEEDINGS:

- ☒ Motions argued:  Plaintiffs' Motion to Exclude Ulatowski [Dkt. No. 755]; and Defendants' Motion to Exclude David [Dkt. No. 758] and Motion for Summary Judgment on General Causation [Dkt. No. 759]
- ☒ Plaintiffs' Motions to Exclude Settles [Dkt. No. 832]; Keen [Dkt. No. 738]; Kuehn [Docket No. 787]  will be considered on the papers.
- ☒ The Motions have been argued/submitted and are under advisement.