# IN THE UNITED STATES DISTRICT COURT
## OF MINNESOTA

| | |
|---|---|
| **IN RE: Bair Hugger Forced Air Warming Products Liability Litigation** | **MDL No. 15-2666 (JNE/FLN)** |
| **This Document Relates to:** | Judge Joan N. Ericksen |
| | Case No. 0:16-cv-02589 |
| **JACK TEMPLETON** | |
| Plaintiff, | **MOTION FOR SUBSTITUTION OF PLAINTIFF** |
| v. | |
| **3M COMPANY AND ARIZANT HEALTHCARE, INC.** | |
| Defendants. | |

Now comes Plaintiff Jack Templeton, deceased, by and through his counsel, pursuant to Federal Rules of Civil Procedure 15, hereby files this Motion to Substitute Parties to the correct Plaintiff party in this matter and correct proper case caption for this deceased Plaintiff, respectfully showing the Court as follows:

Plaintiff Jack Templeton, passed away December 4, 2016, as reported in the Suggestion of Death filed December 23, 2016. The 19th Judicial Court Parish of East Baton Rouge State of Louisiana appointed Thomas B. Templeton as executor of the Estate of Jack Templeton Probate Case no. 102796 Section 26.  Plaintiff moves pursuant to Federal Rule of Civil Procedur25 (a)(1) to substitute Thomas Templeton, as the Executor of the Estate of Jack Templeton as the named party in place of Jack Templeton.

.

Wherefore, Plaintiff prays that this Motion to Substitute Plaintiff be granted and direct the Clerk to correct the caption to reflect the proper party name, or as an alternative, grant leave to file an amended complaint to correct the proper party.

    Respectively submitted,

    s/ Melissa E. Mielke
    Melissa E. Mielke (CA SBN 284560)
    SKIKOS, CRAWFORD, SKIKOS & JOSEPH, LLP
    One Sansome Street, Suite 2830
    San Francisco, CA 94104
    (415) 546-7300 Telephone
    (415) 546-7301 Facsimile
    mmielke@skikoscrawford.com

    **ATTORNEYS FOR PLAINTIFF JACK TEMPLETON**

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2017, a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

DATED: 10/31/17

    s/ Melissa Mielke
    Melissa E. Mielke (CA SBN 284560)
    SKIKOS, CRAWFORD, SKIKOS & JOSEPH, LLP
    One Sansome Street, Suite 2830
    San Francisco, CA 94104
    (415) 546-7300 Telephone
    (415) 546-7301 Facsimile
    mmielke@skikoscrawford.com

    **ATTORNEYS FOR PLAINTFF JACK TEMPLETON**