IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:  BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABLITY LITIGATION | MDL No. 15-md-2666(JNE/FLN) |

This document relates to:

NICHOLAS J. MORRIS

    Plaintiff,

| | |
|---|---|
| vs. | Civil Action No.  15-cv-4491-JNW/FLN |

3M COMPANY,
a Delaware corporation, and
ARIZANT HEALTHCARE, INC.,
a Delaware corporation,

    Defendants.

___

## SUGGESTION OF DEATH

    Plaintiff, by and through undersigned counsel and pursuant to Rule 25 of the Federal Rules of Civil Procedure, hereby inform this Court of the death of Plaintiff Nicholas J. Morris, which occurred on or about September 18, 2017.  Plaintiff respectfully informs this Court that a Motion for Substitution of Parties and an Amended Complaint will be filed by the appropriate representative of Nicholas J. Morris' estate within the appropriate time period.

                            Respectfully submitted,

                             /s/Richard S. Lewis
                             BY:

Richard S. Lewis
Washington DC Bar No.: 414261
HAUSFELD, LLP
1700 K Street, N.W., Suite 650
Washington, DC 20006
Phone:  (202) 540-7200
Facsimile: (202) 540-7201
rlewis@hausfeld.com

and

Leslie W. O'Leary, OSB No. 990908
JOHNSON JOHNSON LUCUS & MIDDLETON, P.C.
975 Oak Street., Suite 1050
Eugene, OR 97401
Phone: (541) 484-2434
Facsimile: (541) 484-0882
loleary@justicelawyers.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on November 1, 2017, the forgoing Suggestion of Death was filed electronically

by using the CM\ECF system which will deliver the document to all counsel of record.

/s/Richard S. Lewis
Richard S. Lewis

2