UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to All Actions.<br><br>**PLAINTIFF(S)**<br><br>**Thomas Brabec**<br><br>**VS.**<br><br>**3M COMPANY AND ARIZANT HEALTHCARE, INC.** | **FIRST AMENDED MASTER SHORT FORM COMPLAINT AND JURY TRIAL DEMAND** |

1. Plaintiff, Thomas Brabec, states and brings this civil action in MDL No. 15-2666, entitled *In Re: Bair Hugger Forced Air Warming Products Liability Litigation*. Plaintiff(s) [is/are] filing this Short Form Complaint as permitted by Pretrial Order #8 of this Court.

## PARTIES, JURISDICTION AND VENUE

2. Plaintiff, Thomas Brabec, is a resident and citizen of the State of Wisconsin and claims damages as set forth below.

3. Plaintiff's Spouse, Paula Jean Brabec, is a resident and citizen of the State of Wisconsin, and claims damages as set forth below. *[Cross out Spousal Claim if not applicable.]*

4. Jurisdiction is proper based upon diversity of Citizenship.

5. Proper Venue: The District Court in which remand trial is proper and where

1

this Complaint would have been filed absent the direct filing order by this Court is <u>Eastern District of Wisconsin</u>.

6. Plaintiff brings this action *[check the applicable designation]*:

<u>X   </u>  On behalf of [himself/herself];

_____    In a representative capacity as the _____ of the _____ having been duly appointed as the _____ by the _____ Court of _____. A copy of the Letters of Administration for a wrongful death claim is annexed hereto if such letters are required for the commencement of such a claim by the Probate, Surrogate or other appropriate court of the jurisdiction of the decedent.

*[Cross out if not applicable.]*

## FACTUAL ALLEGATIONS

7. On or about <u>April 29, 2014</u>, Plaintiff underwent surgery during which the Bair Hugger Forced Air Warming system (hereinafter "Bair Hugger") was used during the course and scope of [his/her] surgery at the <u>Aspirus Wausau Hospital, 333 Pine Ridge Blvd,</u> in <u>Wausau, Wisconsin</u> by Dr. <u>Daniel M. Seybold</u>.

8. Contaminants introduced into Plaintiff's open surgical wound as a direct and proximate result of use of the Bair Hugger during the subject surgery resulted in Plaintiff developing a periprosthetic joint infection ("PJI"), also known as a deep joint infection ("DJI"). Plaintiffs' medical records indicate _____[insert name of pathogen, if known]_____ was discovered.

9. As a result of Plaintiff's infection caused by the Bair Hugger, Plaintiff has

undergone <u>IV antibiotics for infections, irrigation and debridement with poly exchange</u> [Describe treatment(s) received, e.g., revision arthroplasty, wound vac treatment, multiple staged procedures, etc.] on or about <u>May 2014, May 2017, July 2017</u>, at <u>Aspirus Awusau Hospital, 333 Pine Ridge Blvd, Wausau, WI; UW Health The American Center 4602 East Park Blvd, Madison, WI</u> [medical center(s) and address(es)] by Dr(s). <u>Daniel M. Seybold, Dr. Abuzzahad, Joseph M. Nessler</u>.   [*Cross out if not applicable.*]

## ALLEGATIONS AS TO INJURIES

10. (a) Plaintiff claims damages as a result of (check all that are applicable):

<u>  X  </u>     INJURY TO HERSELF/HIMSELF

_____     INJURY TO THE PERSON REPRESENTED

_____     WRONGFUL DEATH

_____     SURVIVORSHIP ACTION

_____     ECONOMIC LOSS

(b) Plaintiff's spouse claims damages as a result of (check all that are applicable):   [*Cross out if not applicable.*]

<u>  X  </u>     LOSS OF SERVICES

<u>  X  </u>     LOSS OF CONSORTIUM

11. Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff(s).

## DEFENDANT-SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY

12. The following claims and allegations are asserted by Plaintiff(s) and are herein adopted by reference (check all that are applicable):

<u>  X  </u>     FIRST CAUSE OF ACTION - NEGLIGENCE;

X\_\_\_\_        SECOND CAUSE OF ACTION - STRICT LIABILITY;

        _____        FAILURE TO WARN

        _____        DEFECTIVE DESIGN AND MANUFACTURE

X\_\_\_\_        THIRD CAUSE OF ACTION – BREACH OF EXPRESS WARRANTY;

_____        FOURTH CAUSE OF ACTION- BREACH OF IMPLIED WARRANTY OF MERCHANTBILITY LAW OF THE STATE OF _____, _____§§_____;

_____        FIFTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA PREVENTION OF CONSUMER FRAUD ACT;

_____        SIXTH CAUSE OF ACTION – VIOLATION OF THE MINNESOTA DECEPTIVE TRADE PRACTICES ACT;

_____        SEVENTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA UNLAWFUL TRADE PRACTICES ACT;

_____        EIGHTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA FALSE ADVERTISING ACT;

X\_\_\_\_        NINTH CAUSE OF ACTION- CONSUMER FRAUD AND/OR UNFAIR AND DECEPTIVE TRADE PRACTICES UNDER LAW OF THE STATE OF _____, _____§§_____ ;

X\_\_\_\_        TENTH CAUSE OF ACTION – NEGLIGENT MISREPRESENTATION;

X\_\_\_\_        ELEVENTH CAUSE OF ACTION- FRAUDULENT MISREPRESENTATION;

_____        TWELFTH CAUSE OF ACTION – FRAUDULENT CONCEALMENT;

_____        THIRTEENTH CAUSE OF ACTION – LOSS OF CONSORTIUM; and

X\_\_\_\_        FOURTEENTH CAUSE OF ACTION – UNJUST ENRICHMENT.

4

In addition to the above, Plaintiff(s) assert the following additional causes of action under applicable state law:

N/A_____

_____

_____.

*[Cross out if not applicable.]*

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff(s) pray for judgment against Defendants as follows:

1. For compensatory damages;

2. Pre-judgment and post-judgment interest;

3. Statutory damages and relief of the state whose laws will govern this action;

4. Costs and expenses of this litigation;

5. Reasonable attorneys' fees and costs as provided by law;

6. Equitable relief in the nature of disgorgement;

7. Restitution of remedy Defendants' unjust enrichment; and

8. All other relief as the Court deems necessary, just and proper.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff(s) hereby demand(s) a trial by jury as to all claims in Complaint so triable.

Dated:   November 1, 2017

                                        Respectfully submitted,

                                        Daniel S. Haltiwanger, Esq.
                                        Richardson, Patrick, Westbrook & Brickman, LLC
                                        P.O. Box 1368

Barnwell, SC   29812
Telephone:   803-541-7850
Facsimile:   803-541-9625
dhaltiwanger@rpwb.com