# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

IN RE: Bair Hugger Forced Air Warming
Products Liability Litigation

Eugene Colin and
Maureen Healy

**NOTICE OF APPEARANCE**

    Plaintiff(s)

Case No:   0:17-cv-00200-JNE-FLN

v.

3M COMPANY and
ARIZANT HEALTHCARE, INC.

    Defendant(s)

The undersigned attorney hereby notifies the Court and counsel that Kate A. Messinger, shall appear as additional counsel for Plaintiff, Eugene Colin and Maureen Healy in this case.

Dated: 11-2-17

Kate A. Messinger, Esq.
BBO # 691468
Swartz & Swartz, P.C.
10 Marshall Street
Boston, MA 02108
(617) 742-190

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

IN RE: Bair Hugger Forced Air Warming
Products Liability Litigation

Ralph Laundry and
Georgiana Laundry

        Plaintiff(s)

v.

3M COMPANY and
ARIZANT HEALTHCARE, INC.

        Defendant(s)

**NOTICE OF APPEARANCE**

Case No:     0:17-cv-03765-JNE-FLN

The undersigned attorney hereby notifies the Court and counsel that Kate A. Messinger, shall appear as additional counsel for Plaintiff, Ralph and Georgiana Laundry in this case.

Dated: 11-2-17

Kate A. Messinger, Esq.
BBO # 691468
Swartz & Swartz, P.C.
10 Marshall Street
Boston, MA 02108
(617) 742-190

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

IN RE: Bair Hugger Forced Air Warming
Products Liability Litigation

Richard Riendeau and
Cynthia Riendeau

**NOTICE OF APPEARANCE**

      Plaintiff(s)

Case No:   0:17-cv-04253-JNE-FLN

v.

3M COMPANY and
ARIZANT HEALTHCARE, INC.

      Defendant(s)

The undersigned attorney hereby notifies the Court and counsel that Kate A. Messinger, shall appear as additional counsel for Plaintiff, Richard and Cynthia Riendeau in this case.

Dated: 11-2-17

Kate A. Messinger, Esq.
BBO # 691468
Swartz & Swartz, P.C.
10 Marshall Street
Boston, MA 02108
(617) 742-190

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

IN RE: Bair Hugger Forced Air Warming
Products Liability Litigation

David St. Pierre and
Kathy St. Pierre

**NOTICE OF APPEARANCE**

Plaintiff(s)   Case No:   0:17-cv-00747-JNE-FLN

v.

3M COMPANY and
ARIZANT HEALTHCARE, INC.

Defendant(s)

The undersigned attorney hereby notifies the Court and counsel that Kate A. Messinger, shall appear as additional counsel for Plaintiff, David and Kathy St. Pierre in this case.

Dated: 11-2-17

Kate A. Messinger, Esq.
BBO # 691468
Swartz & Swartz, P.C.
10 Marshall Street
Boston, MA 02108
(617) 742-190