UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 2666 (JNE/FLN) |
| This Document Relates to All Actions | **JOINT MOTION REGARDING CONTINUED SEALING** |

Documents have been filed under temporary seal in connection with the following motion:

> *Plaintiffs' Motion for Exclude the Testimony of Dr. Richard P. Wenzel*     *(Doc. No. 812)*

Pursuant to LR 5.6, the parties submit this Joint Motion Regarding Continued Sealing.

| DKT. NO. | DESCRIPTION OF DOCUMENT | MARK "X" IN APPLICABLE COLUMN | | | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED[i] |
|---|---|---|---|---|---|---|
| | | Parties Agree Doc. Should Remain Sealed | Parties Agree Doc. Should Be Unsealed | Parties Disagree | | |
| 814 | Exhibit B to the Declaration of Genevieve M. Zimmerman: Redacted Report of Richard P. Wenzel, MD, MSc. | | X | | Augustine | |

Dated: November 7, 2017                             Respectfully submitted,

Jerry W. Blackwell (MN #186867)  
Benjamin W. Hulse (MN #390952)  
Mary S. Young (MN #0392781)  
BLACKWELL BURKE P.A.  
431 South Seventh Street  
Suite 2500  
Minneapolis, MN 55415  
Phone: (612) 343-3256  
Fax: (612) 343-3205  
Email: blackwell@blackwellburke.com  
myoung@blackwellburke.com  
bhulse@blackwellburke.com  

Bridget M. Ahmann (MN #016611x)  
FAEGRE BAKER DANIELS LLP  
2200 Wells Fargo Center  
90 South Seventh Street  
Minneapolis, MN 55402  
(612) 766-7000  
Email: bridget.ahmann@faegrebd.com  

**Counsel for Defendants 3M Company and Arizant Healthcare, Inc.**

Michael V. Ciresi (MN #0016949)  
Jan M. Conlin (MN #0192697)  
CIRESI CONLIN LLP  
225 S. 6th St., Suite 4600  
Minneapolis, MN 55402  
Phone: 612.361.8202  
Email: MVC@CiresiConlin.com  
JMC@CiresiConlin.com  

Ben W. Gordon, Jr. (*Pro Hac Vice*)  
LEVIN, PAPANTONIO, THOMAS, MITCHELL,  
RAFFERTY & PROCTOR, P.A.  
316 South Baylen Street, Suite 600  
Pensacola, FL 32502-5996  
Phone: (850) 435-7091  
Fax: (850) 435-7020  
Email: bgordon@levinlaw.com  

Genevieve M. Zimmerman (MN #330292)  
MESHBESHER & SPENCE, LTD.  
1616 Park Avenue South  
Minneapolis, MN 55404  
Phone: (612) 339-9121  
Fax: (612) 339-9188  
Email: gzimmerman@meshbesher.com  
**Co-Lead Counsel for Plaintiffs**

---

[i] This explanation should be very brief.  For example:

1. contains information designated as confidential by a nonparty
2. contains information designated as confidential under a non-disclosure agreement between plaintiff and nonparty
3. contains information designated as confidential under a protective order issued in this case [MDL 2666 Docket No. 39]
4. discovery materials filed in connection with a motion under Fed R. Civ. P. 37
5. reveals trade secrets of defendant

6. reveals proprietary business methods of plaintiff
7. confidential financial records
8. confidential medical records
9. contains termination information regarding former employees of defendant
10. reveals information regarding a minor
11. contains information ordered sealed by the court on DATE [Docket No. XX]