UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 2666 (JNE/FLN) |
| This Document Relates to All Actions | **JOINT MOTION REGARDING CONTINUED SEALING** |

Documents have been filed under temporary seal in connection with the following motion:

*Plaintiffs' Motion to Exclude the Opinions and Testimony of Thomas Kuehn, Ph.D.*   *(Doc. No. 787)*

Pursuant to LR 5.6, the parties submit this Joint Motion Regarding Continued Sealing.

| DKT. NO. | DESCRIPTION OF DOCUMENT | MARK "X" IN APPLICABLE COLUMN | | | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED[i] |
|---|---|---|---|---|---|---|
| | | Parties Agree Doc. Should Remain Sealed | Parties Agree Doc. Should Be Unsealed | Parties Disagree | | |
| 789 | Exhibit C to the Declaration of Genevieve M. Zimmerman, Expert Report of Yadin David (sealed version at Dkt. No. 789, redacted version at Dkt. No. 790). | | | X | Not Applicable. | **Plaintiffs' position.** The Plaintiffs respectfully maintain there is a strong public interest afforded by both the First Amendment and common law in accessing court proceedings and records. *See, e.g., Ass. Press v. District Court*, 705 F.2d 1143, 1145 (9th Cir. 1983); *NBC Subsidiary (KNBC-TV), Inc., v. Superior Court*, 980 P.2d 337, 358 (Cal. 1999); *Mokhiber v. Davis*, 537 A.2d 1100, 1107 n.4 (D.C. 1988). As the party attempting to seek restrictions on public right of access to court proceedings, Defendants bear the burden of showing good cause support access restrictions. *See Pansy v. Borough of Stroudsburg*, 23 F.3d 772, 785-86 (3d Cir. 1994)(noting good cause requires showing disclosure will cause a clearly defined and serious injury, which must be demonstrated with specificity)(quotations omitted). One of the relevant factors in considering whether to deny public access is whether confidentiality is being sought over information important to public health and safety. *See Glenmede Trust Co., v. Thompson*, 56 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | F.3d 476, 483 (3d Cir. 1995).<br><br>Defendants made no attempt to seal the proceedings, and have failed to demonstrate with specificity any clearly defined and serious injury that satisfies good cause requirement for sealing the Court proceedings and files. As the Defendants are aware, the press was present and taking notes throughout the duration of the three-day hearing.<br><br>**Defendants' position.** Dr. David's expert report should remain redacted in accordance with the form in which it was filed at Dkt. No. 790. ***The Court previously ordered that the unredacted version of this document should remain under seal when it was filed at Dkt. No. 316. (See Order, Dkt. No. 854.)***  Dr. David's report contains discussions and/or depictions of internal testing, research, and development of Defendants.  This information would likely cause competitive harm if released publicly |

Dated: November 7, 2017                           Respectfully submitted,

| | |
|---|---|
| Jerry W. Blackwell (MN #186867) | Michael V. Ciresi (MN #0016949) |
| Benjamin W. Hulse (MN #390952) | Jan M. Conlin (MN #0192697) |
| Mary S. Young (MN #0392781) | CIRESI CONLIN LLP |
| BLACKWELL BURKE P.A. | 225 S. 6th St., Suite 4600 |
| 431 South Seventh Street | Minneapolis, MN 55402 |
| Suite 2500 | Phone: 612.361.8202 |
| Minneapolis, MN 55415 | Email:  MVC@CiresiConlin.com |
| Phone: (612) 343-3256 |              JMC@CiresiConlin.com |
| Fax: (612) 343-3205 | |
| Email:  blackwell@blackwellburke.com | Ben W. Gordon, Jr. (*Pro Hac Vice*) |
|         myoung@blackwellburke.com | LEVIN, PAPANTONIO, THOMAS, MITCHELL, |
|         bhulse@blackwellburke.com | RAFFERTY & PROCTOR, P.A. |
| | 316 South Baylen Street, Suite 600 |
| Bridget M. Ahmann (MN #016611x) | Pensacola, FL 32502-5996 |
| FAEGRE BAKER DANIELS LLP | Phone: (850) 435-7091 |
| 2200 Wells Fargo Center | Fax: (850) 435-7020 |
| 90 South Seventh Street | Email:  bgordon@levinlaw.com |
| Minneapolis, MN 55402 | |
| (612) 766-7000 | Genevieve M. Zimmerman (MN #330292) |
| Email:  bridget.ahmann@faegrebd.com | MESHBESHER & SPENCE, LTD. |
| | 1616 Park Avenue South |
| **Counsel for Defendants 3M Company and Arizant Healthcare, Inc.** | Minneapolis, MN 55404 |
| | Phone: (612) 339-9121 |
| | Fax: (612) 339-9188 |
| | Email:  gzimmerman@meshbesher.com |
| | **Co-Lead Counsel for Plaintiffs** |

---

[i] This explanation should be very brief.  For example:

1. contains information designated as confidential by a nonparty
2. contains information designated as confidential under a non-disclosure agreement between plaintiff and nonparty
3. contains information designated as confidential under a protective order issued in this case [MDL 2666 Docket No. 39]
4. discovery materials filed in connection with a motion under Fed R. Civ. P. 37
5. reveals trade secrets of defendant

6. reveals proprietary business methods of plaintiff
7. confidential financial records
8. confidential medical records
9. contains termination information regarding former employees of defendant
10. reveals information regarding a minor
11. contains information ordered sealed by the court on DATE [Docket No. XX]