## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) <br> Honorable Joan N. Ericksen |
| *This document relates to:* <br><br> Plaintiff Robert McMullen <br> (Court File 16-cv-01035) | **NOTICE OF SUGGESTION OF DEATH** |

### RULE 25(a) NOTICE

Pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, the undersigned attorney for Plaintiff Robert McMullen hereby suggests upon the record that Plaintiff Robert McMullen died on December 30, 2016.

Dated: November 14, 2017      **LOCKRIDGE GRINDAL NAUEN P.L.L.P.**

s/ Yvonne M. Flaherty
Yvonne M. Flaherty, #267600
100 Washington Avenue South, Suite 2200
Minneapolis, Minnesota 55401
Tel:   (612) 339-6900
ymflaherty@locklaw.com

522170.1