## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) <br> Honorable Joan N. Ericksen |
| *This document relates to:* <br><br> Plaintiff Conrad Malloy <br> (Court File 16-cv-02538) | **NOTICE OF SUGGESTION OF DEATH** |

**RULE 25(a) NOTICE**

Pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, the undersigned attorney for Plaintiff Conrad Malloy hereby suggests upon the record that Plaintiff Conrad Malloy died on December 3, 2016.

Dated: November 14, 2017          **LOCKRIDGE GRINDAL NAUEN P.L.L.P.**

s/ Yvonne M. Flaherty
Yvonne M. Flaherty, #267600
100 Washington Avenue South, Suite 2200
Minneapolis, Minnesota  55401
Tel:   (612) 339-6900
ymflaherty@locklaw.com

522169.1