UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAIR HUGGER FORCED AIR
WARMING DEVICES PRODUCTS
LIABILITY LITIGATION

MDL No. 15-2666 (JNE/FLN)

**ORDER**

---

Benjamin Hulse and Bridget Ahmann, for Defendants.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on October 18, 2017, on Defendants' motion for further consideration pursuant to Local Rule 5.6 (ECF No. 978). In the instant motion, Defendants ask that the Court further consider its September 20, 2017, Order, which sealed a number of docket entries and unsealed a number of docket entries, including docket entries 308 and 311. *See* Order, ECF No. 854. Plaintiffs have not responded to the instant motion and the time to do so has now passed. *See* L. R. D. Minn. 5.6(3); 7.1(b).

Defendants request "that the Court maintain [Plaintiffs'] Proposed Second Amended Master Long Form Complaint [(ECF No. 308)] and Plaintiffs' Memorandum [in Support of their Motion for Leave to Amend [(ECF No. 311)] under seal, and direct Plaintiffs to file public versions of docket entries 308 and 311 that redact the quotations . . . of the under-seal" content. ECF No. 929 at 1–2. Defendants state that material in docket entries 308 and 311 reference docket entries that have been sealed by the Court pursuant to its September 20, 2017, Order. *See id.*

After reviewing Defendants' request, the Court agrees. The Court will maintain docket entries 308 and 311 under seal and orders Plaintiffs to file public versions of both docket entries and redact quotations and paraphrases from the under-seal materials. The Court incorporates Defendants' chart identifying the portions of docket entries 308 and 311 that should be redacted as represented

in their motion for reconsideration. *See* ECF No. 979 at 2–4.

Based upon all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendants' motion for further consideration (ECF No. 978) is **GRANTED**. Docket entries 308 and 311, identified in the motion for further consideration, will be sealed. Plaintiffs are ordered to file redacted versions of docket entries 308 and 311, redacting the material identified in Defendants' chart attached to their memorandum filed in support of the instant motion. *See* ECF No. 979 at 2–4.

DATED: November 20, 2017         *s/Franklin L. Noel*
                                 FRANKLIN L. NOEL
                                 United States Magistrate Judge