UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to:<br>Case Nos.:<br>17-cv-286 *(Charles v. 3M Co., et al.)*<br>17-cv-1441 *(Morgan v. 3M Co., et al.)*<br>17-cv-2395 *(Hecht v. 3M Co., et al.)* | NOTICE OF HEARING ON DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 14 |

PLEASE TAKE NOTICE that on December 21, 2017 at 9:30 a.m., before the Honorable Joan N. Ericksen, United States District Court, 12W U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, Defendants 3M Company and Arizant Healthcare, Inc. will respectfully move the Court to enter an order dismissing the following Plaintiffs' cases for failure to comply with the Court's Pretrial Order No. 14, entered September 27, 2016:

| Case Number | Plaintiff | Firm Name |
|---|---|---|
| 0:17-cv-00286-JNE-FLN | Charles | Law Offices of Travis Walker |
| 0:16-cv-01441-JNE-FLN | Morgan | Bernstein Liebhard LLP |
| 0:16-cv-02395-JNE-FLN | Hecht | Kirtland & Packard LLP |

2

Dated: December 7, 2017						Respectfully submitted,

								s/ Benjamin W. Hulse
								Benjamin W. Hulse (MN #0390952)
								***Attorney for Defendants 3M Company and Arizant Healthcare Inc.***
								BLACKWELL BURKE P.A.
								431 South Seventh Street
								Suite 2500
								Minneapolis, MN 55415
								Phone: (612) 343-3256
								Fax: (612) 343-3205
								Email: bhulse@blackwellburke.com