# EXHIBIT A



# BLACKWELL BURKE P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

August 14, 2017

**VIA EMAIL AND U.S. MAIL**
Travis R. Walker
The Law offices of Travis R. Walker, P.A.
1235 SE Indian Street, Suite 101
Stuart, Florida 34997
traviswalker@traviswalkerlaw.com

  Re: *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
    MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
    *Charles v. 3M Company et al.* Case No.: 0:17-cv-00286-JNE-FLN

Dear Counsel:

We are in receipt of the amended Plaintiff Fact Sheet (PFS) for the above-captioned matter. The PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Charles_Kimberly_15-2666JNEFLN_1_Charles_Kimberly-15-cv-2666JNEFLN_1"

Charles_Kimberly_15-2666JNEFLN_1_Charles_Kimberly-15-cv-2666JNEFLN_1

PLAINTIFFS' LAST NAME - Charles
PLAINTIFFS' FIRST NAME - Kimberly
CASE NO. - 15-2666(JNE/FLN)
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 08
SECTION III  (SURGERY INFORMATION) - Incomplete
SECTION III - INCOMPLETE QUESTIONS - 03
SECTION IV - 1 (VITAL STATISTICS) -
SECTION IV - 10   (DRUG/ALCOHOL) -
SECTION IV - 3 (HEALTHCARE PROVIDERS) -
SECTION IV - 7   (PHARMACIES/DRUGSTORES) -
SECTION IV - 8   (DENTAL PROCEDURES) - Incomplete
SECTION IV - 9   (TOBACCO) -
SECTION IX - 1   (CONSORTIUM NAME ETC.) -
SECTION IX - 3   (RESIDENCES) -
SECTION IX - 4   (MARRIED) -
SECTION V - 5   (DISABILITY CLAIMS) -
SECTION V - 6   (LAWSUITS) -
SECTION V - 7   (BANKRUPTCY) -
SECTION VI - 1   (PHYSICAL INJURY) -
SECTION VI - 3   (EMOTIONAL DISTRESS) -
SECTION VI - 6   (WARNINGS) -
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) -
SECTION VI - 8   (3M/ARIZANT WARRANTY) -
SECTION VI - 9   (AUGUSTINE) -
SECTION VII - 1   (LOST PAST WAGES) - Incomplete
SECTION VII - 2   (LOST FUTURE WAGES) -
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) -
X.01 - SIGNED AUTHORIZATION -
X.02.D - DOCUMENTS - SIGNED VERIFICATION -
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Travis R. Walker
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - traviswalker@traviswalkerlaw.com

# EXHIBIT B

**From:** Ben Hulse
**Sent:** Friday, October 13, 2017 4:45 PM
**To:** 'JoanEricksen_Chambers@mnd.uscourts.gov' <JoanEricksen_Chambers@mnd.uscourts.gov>; 'Noel_Chambers@mnd.uscourts.gov' <Noel_Chambers@mnd.uscourts.gov>
**Cc:** Jerry Blackwell <blackwell@blackwellburke.com>; Bridget Ahmann <Bridget.Ahmann@FaegreBD.com>; 'gzimmerman@meshbesher.com' <gzimmerman@meshbesher.com>; 'bgordon@levinlaw.com' <bgordon@levinlaw.com>; 'MVC@ciresiconlin.com' <MVC@ciresiconlin.com>; 'JMC@CiresiConlin.com' <JMC@CiresiConlin.com>; David J. Szerlag <david@pritzkerlaw.com>; Wendy Thayer <wendy@pritzkerlaw.com>
**Subject:** Bair Hugger, MDL 2666 -- Defendants' lists of PFS disputes for October 2017

Dear Judge Ericksen,

Even though this month's status conference has been cancelled, Defendants would still like to list cases with Plaintiff Fact Sheet disputes, as provided by PTO 14, paragraph 7, Dkt. No. 117.

When the Court cancelled the March 2017 status conference, it issued an order stating that the PFS disputes on the lists submitted by Defendants were "deemed 'addressed to the Court' notwithstanding the fact that there will be no in-court conference this month." Dkt. No. 270. Defendants respectfully request that the Court do the same this month, and deem the disputes on these lists "addressed to the Court."

Best regards,
Ben Hulse
Counsel for Defendants

Benjamin W. Hulse
Blackwell Burke P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Direct (612) 343-3256
Fax (612) 343-3205

This message and any attachments may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient or are not authorized to receive for the recipient, you are hereby notified that dissemination, distribution or copying of this message and any attachments is strictly prohibited. If you have received this message in error, please immediately advise the sender by reply e-mail and delete the message and any attachments. Thank you.

**Defendants' PFS List 1: Overdue Plaintiff Fact Sheets**
(As of October 13, 2017)

| Case Number | Title | Date Filed | Due Date | Comments | Prior Listing | Firm Name |
|---|---|---|---|---|---|---|
| 0:17-cv-01441-JNE-FLN | Morgan v. 3M Company et al | 5/1/2017 | 7/30/2017 | | 8/10/2017 9/07/2017 | Bernstein Liebhard LLP |
| 0:17-cv-01640-JNE-FLN | Cardwell-Lily v. 3M Company et al. | 5/18/2017 | 8/16/2017 | | 8/10/2017 9/07/2017 | Bernstein Liebhard LLP |
| 0:17-cv-01784-JNE-FLN | Fitts v. 3M Company et al | 5/26/2017 | 8/24/2017 | | 8/10/2017 9/07/2017 | Kirtland & Packard LLP |
| 0:17-cv-01886-JNE-FLN | Paris v. 3M Company et al | 6/2/2017 | 8/31/2017 | | 8/10/2017 9/07/2017 | Kirtland & Packard LLP |
| 0:17-cv-03008-JNE-FLN | Toland v. 3M Company et al | 7/17/2017 | 8/8/2017 8/14/2017; 9/13/2017 | Defendants granted Plaintiff's counsel two extensions. | | Brown and Crouppen, P.C |
| 0:17-cv-02182-JNE-FLN | Bond v. 3M Company et al | 6/22/2017 | 9/20/2017 | | | Brown and Crouppen, P.C |
| 0:17-cv-02183-JNE-FLN | Gaver v. 3M Company et al | 6/22/2017 | 9/20/2017 | | | Brown and Crouppen, P.C |
| 0:17-cv-02395-JNE-FLN | Hecht, Theodore v. 3M Company et al | 6/29/2017 | 9/27/2017 | | | Kirtland & Packard LLP |
| 0:17-cv-02394-JNE-FLN | Mucci v. 3M Company et al | 6/29/2017 | 9/27/2017 | | | Kirtland & Packard LLP |
| 0:17-cv-02434-JNE-FLN | Engel v. 3M Company et al | 6/30/2017 | 9/28/2017 | | | Kennedy Hodges, L.L.P. |
| 0:17-cv-02453-JNE-FLN | Hughes, et al v. 3M Company | 7/3/2017 | 10/1/2017 | | | The Miller Firm, LLC |
| 0:17-cv-02503-JNE-FLN | Wagner v. 3M Company et al | 7/5/2017 | 10/3/2017 | | | Kennedy Hodges, L.L.P. |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).

**Defendants' PFS List 2: Plaintiffs Who Have Not Responded to Defendants' Deficiency Notices**
(As of October 13, 2017)

| Case Number | Title | 1st Deficiency Notice Sent | Response Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:16-cv-04381-JNE-FLN | Manzanares v. 3M Company et al | 8/8/2017 | 8/24/2017 | | Bernstein Liebhard LLP |
| 0:17-cv-02090-JNE-FLN | Robertson v. 3M Company et al | 8/30/2017 | 9/20/2017 | | The Law offices of Travis R. Walker, P.A |
| 0:17-cv-00887-JNE-FLN | Morris et al v. 3M Company et al | 9/8/2017 | 9/29/2017 | | McGlynn, Glisson & Mouton |

| Case Number | Title | 2nd Deficiency Notice Sent | Response Due Date | | Firm Name |
|---|---|---|---|---|---|
| 0:17-cv-00588-JNE-FLN | Laguna v. 3M Company et al | 8/10/2017 | 8/31/2017 | 9/7/2017 | The Law offices of Travis R. Walker, P.A |
| 0:17-cv-00286-JNE-FLN | Charles v. 3M Company et al. | 8/14/2017 | 9/4/2017 | 9/7/2017 | The Law offices of Travis R. Walker, P.A |

| Case Number | Title | 3rd Deficiency Notice Sent | Response Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:15-cv-03736-JNE-FLN | Printup v. 3M Company et al | 6/28/2017 | 7/19/2017 | 9/7/2017 | Gustafson Gluek PLLC |

CASE 0:15-md-02666-JNE-DTS   Doc. 1021-1   Filed 12/07/17   Page 8 of 15

**Defendants' PFS List 3: Core Deficiencies Remained Following Notice and Response**
(As of October 13, 2017)

| Case Number | Title | 3rd Deficiency Sent | Prior Listing | Firm Name |
|---|---|---|---|---|
| 0:15-cv-03951-JNE-FLN | Hernandez v. 3M Company et al | 4/11/2017 | 6/9/2017<br>7/14/2017<br>8/11/2017<br>9/07/2017 | The Law offices of Travis R. Walker, P.A. |
| 0:15-cv-04493-JNE-FLN | Ciappa et al v. 3M Company et al | 4/11/2017 | 6/9/2017<br>7/14/2017<br>8/11/2017<br>9/07/2017 | Parker Waichman |
| 0:16-cv-02054-JNE-FLN | Trainer v. 3M Company et al | 4/10/2017 | 6/9/2017<br>07/14/2017<br>08/11/2017<br>09/07/2017 | Pendley, Baudin & Coffin, LLP |
| 0:16-cv-02663-JNE-FLN | McKevitt et al v. 3M Company Inc et al | 4/5/2017 | 6/9/2017<br>07/14/2017<br>08/11/2017<br>09/07/2017 | Brown & Crouppen, PC |
| 0:16-cv-03279-JNE-FLN | McGlothlin et al v. 3M Company et al | 4/24/2017 | 6/9/2017<br>07/14/2017<br>08/11/2017<br>09/07/2017 | DeGaris & Rogers, LLC |
| 0:16-cv-03329-JNE-FLN | Gray v. 3M Company et al | 4/20/2017 | 6/9/2017<br>07/14/2017 | Kirtland & Packard LLP |
| 0:16-cv-03618-JNE-FLN | Messner-Katzer v. 3M Company et al | 5/16/2017 | 6/9/2017<br>07/14/2017<br>08/11/2017<br>09/07/2017 | Capretz & Associates |
| 0:17-cv-01030-JNE-FLN | Woolard v. 3M Company et al | 10/2/2017 |  | Law Offices of James S. Rogers |
| 0:17-cv-01134-JNE-FLN | Newman v. 3M Company et al | 7/13/2017 | 7/14/2017<br>8/11/2017<br>09/07/2017 | McGlynn, Glisson and Mouton |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).

# EXHIBIT C

**From:** Ben Hulse
**Sent:** Tuesday, November 14, 2017 4:12 PM
**To:** 'JoanEricksen_Chambers@mnd.uscourts.gov' <JoanEricksen_Chambers@mnd.uscourts.gov>; 'Noel_Chambers@mnd.uscourts.gov' <Noel_Chambers@mnd.uscourts.gov>
**Cc:** Jerry Blackwell <blackwell@blackwellburke.com>; Bridget Ahmann <Bridget.Ahmann@FaegreBD.com>; 'gzimmerman@meshbesher.com' <gzimmerman@meshbesher.com>; 'bgordon@levinlaw.com' <bgordon@levinlaw.com>; 'MVC@ciresiconlin.com' <MVC@ciresiconlin.com>; 'JMC@CiresiConlin.com' <JMC@CiresiConlin.com>; 'David J. Szerlag' <david@pritzkerlaw.com>; 'Wendy Thayer' <wendy@pritzkerlaw.com>
**Subject:** Bair Hugger, MDL 2666 -- Defendants' lists of PFS disputes for November 2017

Dear Judge Ericksen,

Even though this month's status conference has been cancelled, Defendants would still like to list cases with Plaintiff Fact Sheet disputes, as provided by PTO 14, paragraph 7, Dkt. No. 117.

In October, the Court ordered that PFS disputes were deemed "addressed to the Court" notwithstanding the cancellation of the in-court conference. (Dkt. No. 959.) Defendants request the same for this month.

Best regards,
Ben Hulse
Counsel for Defendants

Benjamin W. Hulse
Blackwell Burke P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Direct (612) 343-3256
Fax (612) 343-3205

This message and any attachments may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient or are not authorized to receive for the recipient, you are hereby notified that dissemination, distribution or copying of this message and any attachments is strictly prohibited. If you have received this message in error, please immediately advise the sender by reply e-mail and delete the message and any attachments. Thank you.

**Defendants' PFS List 1:  Overdue Plaintiff Fact Sheets**
(Created November 14, 2017)

| Case Number | Title | Date Filed | Due Date | Comments | Prior Listing | Firm Name |
|---|---|---|---|---|---|---|
| 0:17-cv-01441-JNE-FLN | Morgan v. 3M Company et al | 5/1/2017 | 7/30/2017 | | 8/10/2017 9/07/2017 10/13/2017 | Bernstein Liebhard LLP |
| 0:17-cv-03008-JNE-FLN | Toland v. 3M Company et al | 7/17/2017 | 8/8/2017 8/14/2017; 9/13/2017 | Defendants granted Plaintiff two extensions. | 10/13/2017 | Brown & Crouppen, PC |
| 0:17-cv-02395-JNE-FLN | Hecht, Theodore v. 3M Company et al | 6/29/2017 | 9/27/2017 | | 10/13/2017 | Kirtland & Packard LLP |
| 0:17-cv-02394-JNE-FLN | Mucci v. 3M Company et al | 6/29/2017 | 9/27/2017 | | 10/13/2017 | Kirtland & Packard LLP |
| 0:17-cv-02685-JNE-FLN | Daniels et al v. 3M Company et al | 7/10/2017 | 10/8/2017 | | | Brown & Crouppen, PC |
| 0:17-cv-02747-JNE-FLN | Graves v. 3M Company et al | 7/11/2017 | 10/9/2017 | | | The Olinde Firm, LLC |
| 0:17-cv-02738-JNE-FLN | Allen v. 3M Company et al | 7/11/2017 | 10/9/2017 | | | The Olinde Firm, LLC |
| 0:17-cv-02755-JNE-FLN | Morris v. 3M Company et al | 7/11/2017 | 10/9/2017 | | | Kennedy Hodges, LLP |
| 0:17-cv-02881-JNE-FLN | Prince v. 3M Company et al | 7/13/2017 | 10/11/2017 | | | Bernstein Liebhard LLP |
| 0:17-cv-02853-JNE-FLN | Wallis v. 3M Company et al | 7/13/2017 | 10/11/2017 | | | Bernstein Liebhard LLP |
| 0:17-cv-02892-JNE-FLN | Saylor v. 3M Company et al | 7/14/2017 | 10/12/2017 | | | The Olinde Firm, LLC |
| 0:17-cv-03037-JNE-FLN | Flowers v. 3M Company et al | 7/18/2017 | 10/16/2017 | | | Kennedy Hodges, LLP |
| 0:17-cv-03038-JNE-FLN | Schapansky v. 3M Company et al | 7/18/2017 | 10/16/2017 | | | Kennedy Hodges, LLP |
| 0:17-cv-03112-JNE-FLN | Depew v. 3M Company et al | 7/19/2017 | 10/17/2017 | | | Kirtland & Packard LLP |
| 0:17-cv-03078-JNE-FLN | Torres v. 3M Company et al | 7/19/2017 | 10/17/2017 | | | Kennedy Hodges, LLP |
| 0:17-cv-03556-JNE-FLN | Clausen et al v. 3M Company et al | 8/4/2017 | 11/2/2017 | | | Hare, Wynn, Newell & Newton |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).

**Defendants' PFS List 2: Plaintiffs Who Have Not Responded to Defendants' Deficiency Notices**
(Created November 14, 2017)

| Case Number | Title | 1st Deficiency Notice Sent | Response Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:17-cv-01706-JNE-FLN | Price et al v. 3M Company et al | 9/18/2017 | 10/09/207 | | Walters Law Firm, LLC |
| 0:17-cv-01879-JNE-FLN | Sellers v. 3M Company et al | 9/28/2017 | 10/19/2017 | | Kennedy Hodges, LLP |
| 0:17-cv-01493-JNE-FLN | Grussing v. 3M Company et al | 10/11/2017 | 11/1/2017 | | Hendrickson Law |
| 0:17-cv-01027-JNE-FLN | Warren v. 3M Company et al | 10/12/2017 | 11/2/2017 | | Bernstein Liebhard LLP |
| 0:17-cv-01494-JNE-FLN | Six v. 3M Company et al | 10/12/2017 | 11/2/2017 | | Hendrickson Law |
| 0:17-cv-02099-JNE-FLN | Osborne v. 3M Company et al | 10/12/2017 | 11/2/2017 | | Kennedy Hodges, LLP |

| Case Number | Title | 2nd Deficiency Notice Sent | Response Due Date | | Firm Name |
|---|---|---|---|---|---|
| 0:17-cv-00286-JNE-FLN | Charles v. 3M Company et al. | 8/14/2017 | 9/4/2017 | 9/7/2017 10/13/2017 | The Law offices of Travis R. Walker, PA |
| 0:17-cv-01082-JNE-FLN | Petrakis v. 3M Company et al | 9/18/2017 | 10/9/2017 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-01330-JNE-FLN | Yarbrough v. 3M Company | 9/27/2017 | 10/18/207 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |

| Case Number | Title | 3rd Deficiency Notice Sent | Response Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:17-cv-00288-JNE-FLN | Bradford v. 3M Company et al | 9/29/2017 | 10/20/2017 | | The Law offices of Travis R. Walker, PA |

Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response
(Created November 14, 2017)

| Case Number | Title | 3rd Deficiency Sent | Prior Listing | Firm Name |
|---|---|---|---|---|
| 0:15-cv-03951-JNE-FLN | Hernandez v. 3M Company et al | 4/11/2017 | 6/9/2017<br>07/14/2017<br>08/11/2017<br>09/07/2017<br>10/13/2017 | The Law offices of Travis R. Walker, PA |
| 0:15-cv-04004-JNE-FLN | Peterson v. 3M Company | 4/4/2017 | 4/14/2017;<br>6/09/2017<br>7/14/2017<br>10/13/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:16-cv-01153-JNE-FLN | Surgeon v. 3M Company | 4/20/2017 | 6/9/2017<br>07/14/2017<br>10/13/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:16-cv-01155-JNE-FLN | Sutter v. 3M Company | 4/21/2017 | 6/9/2017<br>07/14/2017<br>10/13/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:16-cv-02663-JNE-FLN | McKevitt et al v. 3M Company Inc et al | 4/4/2017 | 06/09/2017<br>07/14/2017<br>08/11/2017<br>09/07/2017<br>10/13/2017 | Brown & Crouppen, PC |
| 0:16-cv-03329-JNE-FLN | Gray v. 3M Company et al | 5/4/2017 | 06/09/2017<br>07/14/2017<br>10/13/2017 | Kirtland & Packard LLP |
| 0:16-cv-03618-JNE-FLN | Messner-Katzer v. 3M Company et al | 5/16/2017 | 06/09/2017<br>07/14/2017<br>08/11/2017<br>09/07/2017<br>10/13/2017 | jcapretz@capretz.com |
| 0:16-cv-04154-JNE-FLN | Pavlovic v. 3M Company | 6/29/2017 | 6/9/2017<br>07/14/2017<br>10/13/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:17-cv-01134-JNE-FLN | Newman v. 3M Company et al | 7/13/2017 | 07/14/2017<br>08/11/2017<br>09/07/2017<br>10/13/2017 | Brown & Crouppen, PC |
| 0:16-cv-01364-JNE-FLN | Vernal v. 3M Company | 4/18/2017 | | Langdon & Emison |
| 0:16-cv-02298-JNE-FLN | Dandrea et al v. 3M Company et al | 4/19/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:16-cv-02428-JNE-FLN | King v. 3M Company et al | 4/19/2017 | | Kennedy Hodges, LLP |
| 0:16-cv-02957-JNE-FLN | Zivanovich v. 3M Company | 4/24/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Created November 14, 2017)

| Case Number | Case Name | Date | Response Date | Law Firm |
|---|---|---|---|---|
| 0:16-cv-04038-JNE-FLN | Bell-Young v. 3M Company et al | 6/20/2017 | | Kirtland & Packard LLP |
| 0:16-cv-04161-JNE-FLN | Bond v. 3M Company | 6/30/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:17-cv-00343-JNE-FLN | Grooms v. 3M Company | 8/24/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:17-cv-00570-JNE-FLN | Harrison v. 3M Company | 9/1/2017 | 10/13/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:17-cv-00640-JNE-FLN | Johnson v. 3M Company et al | 10/3/2017 | | Brown & Crouppen, PC |
| 0:17-cv-00711-JNE-FLN | Garcia v. 3M Company | 10/16/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:17-cv-00998-JNE-FLN | Gruetzmacher v. 3M Company | 10/16/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:17-cv-01017-JNE-FLN | Guzman v. 3M Company | 10/16/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:17-cv-01389-JNE-FLN | Cooper et al v. 3M Company et al | 10/11/2017 | | Brown & Crouppen, PC |
| 0:17-cv-02194-JNE-FLN | Schriewer et al v. 3M Company et al | 10/12/2017 | | Brown & Crouppen, PC |
| 0:17-cv-02212-JNE-FLN | Smith, Leonard | 10/12/2017 | | Brown & Crouppen, PC |
| 0:17-cv-02254-JNE-FLN | Snider et al v. 3M Company et al | 10/12/2017 | | Brown & Crouppen, PC |
| 0:17-cv-02296-JNE-FLN | Weiner-Tuskes et al v. 3M Company et al | 10/12/2017 | | Brown & Crouppen, PC |
| 0:17-cv-02300-JNE-FLN | Young v. 3M Company et al | 10/12/2017 | | Brown & Crouppen, PC |
| 0:17-cv-02301-JNE-FLN | Stokes v. 3M Company et al | 10/12/2017 | | Brown & Crouppen, PC |
| 0:17-cv-02305-JNE-FLN | Wooden et al v. 3M Company et al | 10/12/2017 | | Brown & Crouppen, PC |
| 0:17-cv-02309-JNE-FLN | Smith et al v. 3M Company et al | 10/12/2017 | | Brown & Crouppen, PC |