## **CERTIFICATE OF SERVICE**

    I, Daniel Burke, hereby certify that on December 14, 2017, the foregoing documents were filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                                                     */s/ Daniel C. Burke*
                                                     Daniel C. Burke