# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

|  |  |
|---|---|
| | **COURT MINUTES** |
| | BEFORE: Joan N. Ericksen |
| | U.S. District Judge and |
| | Franklin L. Noel |
| | U.S. Magistrate Judge |
| IN RE: Bair Hugger Forced Air Warming Devices Product Liability Litigation | Case No:  0:15-md-02666-JNE-FLN |
| | Date:  12/21/17 |
| | Deputy:  Catherine B. Cusack |
| | Court Reporter:  Maria V. Weinbeck |
| | Courthouse:  Minneapolis |
| | Courtroom:  12W |
| | Time in Court:  9:45 AM - 10:48 AM |
| | Time in Chambers:  10:49 AM - 11:13 AM |
| | Time in Court:  1 Hour & 27 Minutes |

# STATUS CONFERENCE

APPEARANCES:

   Plaintiff:   Genevieve M. Zimmerman, Gabriel A. Assaad, Michael A. Sacchet, David W. Hodges, Behram V. Parekh, Kyle W. Farrar

   Defendant:   Jerry W. Blackwell, Benjamin W. Hulse, Deborah E. Lewis, Bridget M. Ahmann, Corey L. Gordon, Mary S. Young

   Please see attached list of telephone participants.

PROCEEDINGS:

   ☒ Status Conference held.
   ☒ Appearances made on the record.

1) The next status conference is scheduled for Thursday, January 18, 2018, 9:30 AM in Minneapolis Courtroom 12W.

2) The December 19, 2017 Judgment against Theodore Hecht, 17-cv-2395, Dkt. No. 8, is set aside. Defendants do not oppose.

3) For *Houseman v. 3M Company et al.*, 17-cv-2615, the Court will decide Defendants' Motion to Dismiss, Dkt. No. 8, on the papers.

4) For *Gareis v. 3M Company et al.*, 16-cv-4187:

   a. Depositions of expert witnesses shall be completed by Tuesday, February 13, 2018;

   b. Case specific dispositive motions shall be filed by Tuesday, February 20, 2018;

   c. This matter shall be ready for trial on Monday, May 14, 2018, 9:30 AM in Minneapolis Courtroom 12W..