| NAME | FIRM NAME | PARTICIPATING IN CONFERENCE CALL |
|---|---|---|
| Anne Andrews | Andrew & Thornton | x |
| John C. Thornton | Andrew & Thornton | x |
| Lauren Davis | Andrew & Thornton | x |
| Justin Jenson | Bailey Peavy Bailey Cowan Heckaman, PLLC | x |
| Matthew Munson | Beasley, Allen, Crow, Methvin, Portis & Miles, PC | x |
| Renee Lindsey | Beasley, Allen, Crow, Methvin, Portis & Miles, PC | x |
| Megan Robinson | Beasley, Allen, Crow, Methvin, Portis & Miles, PC | x |
| Paula Bliss | Bernhaim Dolinsky Kelly | x |
| Dae Y. Lee | Bernstein Liebhard, LLP | x |
| Miyoshi Rivers | Brent Coon and Associates | x |
| Carrie Brous | Brous Law | x |
| Abby Cordray | Brown & Crouppen, PC | x |
| Don Ledgard | Capretz & Associates | x |
| Lia Ann Thomas | Colling Gilbert Wright & Carter, LLC | x |
| Melvin Wirght | Colling Gilbert Wright & Carter, LLC | x |
| Martin D. Crump | Davis & Crump | x |
| Robert Cain | Davis & Crump | x |
| Wes Stevenson | Davis & Crump | x |
| Annesley DeGaris | DeGaris Law Group, LLC | x |
| Wayne Rogers, Jr. | DeGaris Law Group, LLC | x |
| Kevin Fitzgerald | Fitzgerald Law Group, LLC | x |
| Meyer H Gertler | Gertler Law Firm | x |
| Lisa Joyce | Goza & Honnold, LLC | x |
| Emily DeVuono | Grossman & Moore, PLLC | x |
| Jennifer Moore | Grossman & Moore, PLLC | x |
| Don McKenna | Hare Wynn Newell & Newton | x |
| Lynne Reed | Hare Wynn Newell & Newton | x |
| Peggy Little | Hare Wynn Newell & Newton | x |
| Scott Hollis | Hollis Legal Solutions, PPLC | x |
| Monica Vaughan | Houssier, Durant & Houssier, LLP | x |
| Randall A. Kauffman | Houssier, Durant & Houssier, LLP | x |
| Shirley Strom-Blanchard | Houssier, Durant & Houssier, LLP | x |
| Brian Holmes | Hurley McKenna & Mertz | x |
| Michael Mertz | Hurley McKenna & Mertz | x |
| Molly Condon | Hurley McKenna & Mertz | x |
| Rolf T. Fiebiger | Johnson Becker, PLLC | x |
| Brett Emison | Langdon & Emison | x |
| Rachel Ahmann (Assistant) | Langdon & Emison | x |
| Lauren Niendick | Langdon & Emison | x |
| Annaliese Abbey | Law Office of James S. Rogers | x |
| Elizabeth J. McLafferty | Law Office of James S. Rogers | x |
| James S. Rogers | Law Office of James S. Rogers | x |
| Marci Umatum | Law Office of James S. Rogers | x |
| Thomas Keilty, III | Law Office of Peter G. Angelos, PC | x |
| Ben W. Gordon | Levin Papantonio, PA | x |
| Daniel A. Nigh | Levin Papantonio, PA | x |
| Pete Lewis | Lewis & Caplan | x |
| Sarah Delahoussaye Call | Lewis & Caplan | x |
| Amy C. Webster | Lewis & Caplan | x |
| William Hymes | Loncar & Associates | x |
| John L. Coveney | Loncar & Associates | x |
| Priscilla Lord | Lord & Associates Law Office | x |

December 21, 2017
In Re Bair Hugger Status Conference

| Name | Firm | |
|---|---|---|
| Melissa Schmid | McEwen Law Firm LTD | x |
| Holly Sternquist | Meshbesher & Spence, LTD | x |
| Bryan A. Pfleeger | Michael Hingle & Associates | x |
| Julie M. Jochum | Michael Hingle & Associates | x |
| Heather Cullen | Morgan & Morgan Complex Litigation Group | x |
| Joseph T. Waechter | Morgan & Morgan Complex Litigation Group | x |
| Michael Goetz | Morgan & Morgan Complex Litigation Group | x |
| Caroline W. Thomas | Murray Law Firm | x |
| Amanda Cryderman | Nash & Franciskato Law Firm | x |
| Brain S. Franciskato | Nash & Franciskato Law Firm | x |
| Neal R. Elliott, Jr | Neal R. Elliott | x |
| Lauren E. Bronson | Newman Bronson & Wallis | x |
| Michael S. Werner | Parker Waichman, LLP | x |
| Nicole Eisner | Parker Waichman, LLP | x |
| David J. Szerlag | Pritzker Hageman, PA | x |
| Wendy Thayer | Pritzker Hageman, PA | x |
| Jeffery L. Raizner | Raizner Slania LLP | x |
| Rica Rinosa | Raizner Slania LLP | x |
| Carrie Hancock | Randall J. Trost, P.C. | x |
| Pam Rodriguez | Randall J. Trost, P.C. | x |
| Randall T Trost | Randall J. Trost, P.C. | x |
| Jeremiah Mosley | Riley & Jackson, PC | x |
| Keith Jackson | Riley & Jackson, PC | x |
| Mary Malea Sellers | Riley & Jackson, PC | x |
| Randi A. Kassan | Sanders Phillips Grossman | x |
| Rob Shelton | Shelton Law Group | x |
| Julie Tucci | Skikos Crawford Skikos & Joseph | x |
| Melissa Mielke | Skikos Crawford Skikos & Joseph | x |
| Mark Tate | Tate Law Group | x |
| Mary Nichols | Tate Law Group | x |
| Jim Shipley | Tate Law Group | x |
| Felissa McHardy | The Law Office of Travis R. Walker, PA | x |
| Travis R. Walker | The Law Office of Travis R. Walker, PA | x |
| Julie Treacy | The Law Office of Travis R. Walker, PA | x |
| Tayjes M. Shah | The Miller Firm, LLC | x |
| Alfred Olinde, Jr | The Olinde Firm, LLC | x |
| Wesley G. Barr | The Olinde Firm, LLC | x |
| Steven C. Ruth | The Ruth Team | x |
| Chelsie Garza | The Webster Law Firm | x |
| Anna Katherine Higgins | The Whitehead Law Firm, LLC | x |
| C. Mark Whitehead III | The Whitehead Law Firm, LLC | x |
| Eric Mausner | The Whitehead Law Firm, LLC | x |