# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to:<br>Case Nos.:<br>17-cv-00343 *(Grooms v. 3M Co., et al.)*<br>17-cv-00640 *(Johnson v. 3M Co., et al.)*<br>17-cv-00711 *(Garcia v. 3M Co., et al.)*<br>17-cv-00988 *(Gruetzmacher v. 3M Co., et al.)*<br>17-cv-01017 *(Guzman v. 3M Co., et al.)*<br>17-cv-01027 *(Warren v. 3M Co., et al.)*<br>17-cv-01082 *(Petrakis v. 3M Co., et al.)*<br>17-cv-01879 *(Sellers v. 3M Co., et al.)*<br>17-cv-02738 *(Allen v. 3M Co., et al.)*<br>17-cv-02747 *(Graves v. 3M Co., et al.)*<br>17-cv-02755 *(Morris v. 3M Co., et al.)*<br>17-cv-02763 *(Maxheimer v. 3M Co., et al.)*<br>17-cv-02881 *(Prince v. 3M Co., et al.)*<br>17-cv-02892 *(Saylor v. 3M Co., et al.)*<br>17-cv-03038 *(Schapansky v. 3M Co., et al.)* | **NOTICE OF HEARING ON DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 14** |

PLEASE TAKE NOTICE that on January 18, 2018 at 9:30 a.m., before the Honorable Joan N. Ericksen, United States District Court, 12W U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, Defendants 3M Company and Arizant Healthcare, Inc. will respectfully move the Court to enter an order dismissing the following Plaintiffs' cases for failure to comply with the Court's Pretrial Order No. 14, entered September 27, 2016:

| Case Number | Plaintiff | Firm Name |
|---|---|---|
| 0:17-cv-00343-JNE-FLN | Grooms | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-00640-JNE-FLN | Johnson | Brown & Crouppen, P.C. |
| 0:17-cv-00711-JNE-FLN | Garcia | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-00988-JNE-FLN | Gruetzmacher | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01017-JNE-FLN | Guzman | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01027-JNE-FLN | Warren | Bernstein Liebhard L.L.P. |
| 0:17-cv-01082-JNE-FLN | Petrakis | Kennedy Hodges, L.L.P. |
| 0:17-cv-01879-JNE-FLN | Sellers | Kennedy Hodges, L.L.P. |
| 0:17-cv-02738-JNE-FLN | Allen | The Olinde Firm, L.L.C. |
| 0:17-cv-02747-JNE-FLN | Graves | The Olinde Firm, L.L.C. |
| 0:17-cv-02755-JNE-FLN | Morris | Kennedy Hodges, L.L.P. |
| 0:17-cv-02763-JNE-FLN | Maxheimer | Kennedy Hodges, L.L.P. |
| 0:17-cv-02881-JNE-FLN | Prince | Bernstein Liebhard L.L.P. |
| 0:17-cv-02892-JNE-FLN | Saylor | The Olinde Firm, L.L.C. |
| 0:17-cv-03038-JNE-FLN | Schapansky | Kennedy Hodges, L.L.P. |

Dated: January 4, 2018

Respectfully submitted,

*s/*Benjamin W. Hulse

Benjamin W. Hulse (#0390952)
*Attorney for Defendants 3M Company and Arizant Healthcare Inc.*
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN  55415
T: (612) 343-3200    F:  (612) 343-3205
bhulse@blackwellburke.com