UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) <br><br> **(PROPOSED) ORDER GRANTING DEFENDANT 3M COMPANY'S MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 14** |

This came before the Court on Defendants 3M Company's and Arizant Healthcare, Inc.'s (collectively, "Defendants") Motion to Dismiss for Failure to Comply with Pretrial Order No. 14.

Based on the files, records, and proceedings herein,

IT IS HEREBY ORDERED that Defendants' motion is GRANTED. The following actions are dismissed with prejudice:

| Case Number | Plaintiff | Firm Name |
|---|---|---|
| 0:17-cv-00343-JNE-FLN | Grooms | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-00640-JNE-FLN | Johnson | Brown & Crouppen, P.C. |
| 0:17-cv-00711-JNE-FLN | Garcia | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |

| | | |
|---|---|---|
| 0:17-cv-00988-JNE-FLN | Gruetzmacher | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01017-JNE-FLN | Guzman | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01027-JNE-FLN | Warren | Bernstein Liebhard L.L.P. |
| 0:17-cv-01082-JNE-FLN | Petrakis | Kennedy Hodges, L.L.P. |
| 0:17-cv-01879-JNE-FLN | Sellers | Kennedy Hodges, L.L.P. |
| 0:17-cv-02738-JNE-FLN | Allen | The Olinde Firm, L.L.C. |
| 0:17-cv-02747-JNE-FLN | Graves | The Olinde Firm, L.L.C. |
| 0:17-cv-02755-JNE-FLN | Morris | Kennedy Hodges, L.L.P. |
| 0:17-cv-02763-JNE-FLN | Maxheimer | Kennedy Hodges, L.L.P. |
| 0:17-cv-02881-JNE-FLN | Prince | Bernstein Liebhard L.L.P. |
| 0:17-cv-02892-JNE-FLN | Saylor | The Olinde Firm, L.L.C. |
| 0:17-cv-03038-JNE-FLN | Schapansky | Kennedy Hodges, L.L.P. |

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date: _____             BY THE COURT

 

                                                             _____
                                                             JUDGE, U.S. DISTRICT COURT