# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| LARRY YOUNG | **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |
| Plaintiff(s)     Case No: | 0:15-md-02666-JNE-FLN |

v.

3M COMPANY and ARIZANT HEALTHCARE, INC.

Defendant(s)

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Plaintiff LARRY YOUNG has retained by ALBERT BROOKS FRIEDMAN, LTD. to substitute as counsel for RAJESH KANURU in this case.

Dated: 12/18/2017          s/ALBERT BROOKS FRIEDMAN
                          [Signature block of New Attorney]

Dated: 12/18/2017          s/RAJESH KANURU
                          [Signature block of withdrawing attorney]