## <u>LOCAL RULE 7.1(f)</u>
## <u>WORD COUNT COMPLIANCE CERTIFICATE</u>

I hereby certify that the foregoing Response to Defendants' Motion to Dismiss complies with the word count limits set forth in Local Rule 7.1(f) and type-size limit of 7.1(h) and contains <u>270 words</u> as determined using the word count function of Microsoft Office and includes all text, including headings, footnotes and quotations.

/s/ *Wesley G. Barr*_____
Wesley G. Barr