## **LOCAL RULE 7.1(f)**
## **WORD COUNT COMPLIANCE CERTIFICATE**

      I hereby certify that the foregoing Response to Defendants' Motion to Dismiss complies with the word count limits set forth in Local Rule 7.1(f) and type-size limit of 7.1(h) and contains <u>333 words</u> as determined using the word count function of Microsoft Office and includes all text, including headings, footnotes and quotations.

                                   /s/ *Wesley G. Barr*_____
                                       Wesley G. Barr