## LOCAL RULE 7.1(f)
## WORD COUNT COMPLIANCE CERTIFICATE

      I hereby certify that the foregoing Response to Defendants' Motion to Dismiss complies with the word count limits set forth in Local Rule 7.1(f) and type-size limit of 7.1(h) and contains <u>275 words</u> as determined using the word count function of Microsoft Office and includes all text, including headings, footnotes and quotations.

                                       <u>/s/ *Wesley G. Barr*_____</u>
                                           Wesley G. Barr