UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| THIS DOCUMENT RELATES TO:<br><br>Nadine Prince (0:17-cv-02881-JNE-FLN) | |

### PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

COMES NOW Plaintiff for the above-captioned action hereby opposes the motion to dismiss of Defendants 3M Company and Arizant Healthcare, Inc. ("Defendants" collectively). The motion to dismiss and accompanying brief in support are Docs. 1030 and 1032 ("Motion" collectively).

Defendants have asked the Court to dismiss the above-captioned action with prejudice for failure to comply with the Court's Pretrial Order No. 14 ("PTO 14"), which requires a plaintiff to serve a completed and signed Plaintiff Fact Sheet ("PFS"), medical authorization, and supporting documents.

### PLAINTIFF'S ACTION SHOULD NOT BE DISMISSED WITH PREJUDICE

Plaintiff has yet to return the documents set forth by this Court's PTO 14. Plaintiff is aware of the obligations regarding completing and serving PFS, medical authorization, and supporting documents, pursuant to PTO 14. However, to be precise, the undersigned counsel is without any knowledge of circumstances that may preclude Plaintiff from responding to the counsel's contact attempts and efforts or completing the

Court mandated PFS and medical authorization.   The undersigned counsel attempted to reach Plaintiff numerous times including but not limited to the following:

- July 28, 2017 – Mailed a PFS package to Ms. Prince.

- August 9, 2017 – PFS mail returned, left a voicemail, found alternative contact information via Westlaw People Search.

- August 10, 2017 – PFS sent via email.

- September 19, 2017 – Left a voicemail advising Ms. Prince that it is her obligation to produce the PFS.

- October 10, 2017 – Discussed with Ms. Prince her obligation to comply with PTO No. 14.

- October 11, 2017 – Mailed another PFS.

- October 17, 2017 – Again, discussed with Ms. Prince her obligation to comply with PTO No. 14.

- October 24, 2017 – Left a voicemail.  Advised Ms. Prince that Defendants will likely move to dismiss her case.

- October 25, 2017 – Again, discussed with Ms. Prince her obligation to comply with PTO No. 14.

- November 9, 2017 – Left a voicemail re: PFS.

- November 17, 2017 – Left a voicemail re: PFS.

- November 20, 2017 – Again, discussed with Ms. Prince her obligation to comply with PTO No. 14.

- December 18, 2017 – Left a voicemail re: PFS.

- January 5, 2018 – Left a voicemail informing Ms. Prince that Defendants filed a motion to dismiss.

In light of the foregoing, the undersigned counsel respectfully seeks a 120-day extension on PTO 14. Nevertheless, if the Court deems dismissal of Plaintiff's action to be proper, then it should be dismissed without prejudice granting an opportunity for Plaintiff to reinstate her action.

DATED: January 11, 2018						Respectfully submitted,

						**BERNSTEIN LIEBHARD LLP**


						By: /s/ *Daniel C. Burke*
						Daniel C. Burke
						10 E. 40th Street
						New York, NY   10016
						Telephone:   (212) 779-1414
						Facsimile: (212) 779-3218
						Email: dburke@bernlieb.com
						Email: dlee@bernlieb.com

						*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of January, 2018, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all counsel of record.

/s/ *Daniel C. Burke*
Daniel C. Burke