

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

**VIA ECF**

January 11, 2018

The Honorable Joan N. Ericksen
United States District Court Judge
United States District Court, District of Minnesota
12W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

RE: *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
MDL No. 15-2666-JNE-FLN/*Warren v. 3M Company* (No. 17-cv-01027-JNE-FLN) and *Maria Garcia (Guzman) v. 3M Company* (No. 17-cv-01017-JNE-FLN)

Dear Judge Ericksen:

I am writing to update the Court on Defendants' most recent motion seeking dismissal of several cases for failing to comply with the Court's Pretrial Order No. 14 concerning Plaintiff Fact Sheets [Dkt. No. 1030, filed January 4, 2018].

Based upon the submission of the Plaintiff Fact Sheet ("PFS") and supporting documents in *Warren* (17-cv-01027) shortly after the filing of the motion, Defendants will not seek dismissal of that case at this time.

In addition, I want to clarify something about our pending motion as it relates to Case No. 17-cv-1017. Our motion refers to this case as the "Guzman" case because, according to the PFS, the plaintiff's surname is Guzman. But the surname given for the same individual on the Short Form Complaint, and therefore on the docket, is Garcia.

Sincerely,

s/Benjamin W. Hulse

Benjamin W. Hulse

---