UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To: All Actions | **DEFENDANTS' MOTION TO COMPEL THIRD PARTY DR. SCOTT AUGUSTINE TO PRODUCE DOCUMENTS IN RESPONSE TO SUBPOENAS** |

Pursuant to Federal Rule of Civil Procedure 37(b)(2)(A)(vii) and Local Rules 7.1 and 37.1, Defendants 3M Company and Arizant Healthcare Inc. (collectively "Defendants") respectfully move the Court to compel Dr. Scott Augustine to produce (1) all versions of the litigation guide, and (2) all emails sent to or from the Gmail account discussed in Defendants' memorandum in support of this Motion.

Dated: January 12, 2018

Respectfully submitted,

/s/Monica L. Davies
Jerry W. Blackwell (MN #186867)
Mary S. Young (MN #0392781)
Benjamin W. Hulse (MN #0390952)
Monica L. Davies (MN #0315023)
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3256
Fax: (612) 343-3205
Email: blackwell@blackwellburke.com
myoung@blackwellburke.com
bhulse@blackwellburke.com
mdavies@blackwellburke.com

2

Bridget M. Ahmann (MN #016611x)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Phone: (612) 766-7000
Email: bridget.ahmann@faegrebd.com

**Counsel for Defendants 3M Company And Arizant Healthcare Inc.**

2