## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To: All Actions | **NOTICE OF HEARING ON DEFENDANTS' MOTION TO COMPEL THIRD PARTY DR. SCOTT AUGUSTINE TO PRODUCE DOCUMENTS IN RESPONSE TO SUBPOENAS** |

PLEASE TAKE NOTICE that on January 26, 2018 at 10:30 a.m., before the Honorable Franklin L. Noel, United States District Court, 9W U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, Defendants 3M Company and Arizant Healthcare Inc. will respectfully move the Court to compel to compel Dr. Scott Augustine to produce (1) all versions of the litigation guide, and (2) all emails sent to or from the Gmail account discussed in Defendants' memorandum in support of their Motion.

Dated: January 12, 2018

Respectfully submitted,

/s/Monica L. Davies
Jerry W. Blackwell (MN #186867)
Mary S. Young (MN #0392781)
Benjamin W. Hulse (MN #0390952)
Monica L. Davies (MN #0315023)
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3256
Fax: (612) 343-3205
Email: blackwell@blackwellburke.com
myoung@blackwellburke.com
bhulse@blackwellburke.com
mdavies@blackwellburke.com

2

Bridget M. Ahmann (MN #016611x)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Phone: (612) 766-7000
Email: bridget.ahmann@faegrebd.com

**Counsel for Defendants 3M Company And Arizant Healthcare Inc.**

2