UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation<br><br>This Document Relates To:<br>All Actions | MDL No. 15-2666 (JNE/FLN)<br><br>**MEET AND CONFER STATEMENT REGARDING DEFENDANTS' MOTION TO COMPEL THIRD PARTY DR. SCOTT AUGUSTINE TO PRODUCE DOCUMENTS IN RESPONSE TO SUBPOENAS** |

The undersigned counsel for Defendants 3M Company and Arizant Healthcare Inc. ("Defendants") certifies that counsel for Defendants met and conferred with counsel for Dr. Scott Augustine as follows:

1.  Defendants' counsel conferred with counsel for Dr. Augustine on several occasions via email between March 14, 2017 and May 1, 2017 and, most recently, on January 8, 2017. The parties were unable to reach agreement, as Dr. Augustine maintains that he (1) does not have access to the emails in question, and (2) does not believe the "full" version of the litigation guide to be encompassed by the Court's prior orders.

As such, Counsel for Defendants and Dr. Augustine have not been able to resolve any portion of Defendants' Motion at this time.

2

Dated: January 12, 2018                     Respectfully submitted,

/s/Monica L. Davies
Monica L. Davies (MN #0315023)
BLACKWELL BURKE P.A.
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3248
Email: mdavies@blackwellburke.com

**Counsel for Defendants 3M Company and Arizant Healthcare Inc.**