**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To: All Actions | **[PROPOSED] ORDER ON DEFENDANTS' MOTION TO COMPEL THIRD PARTY DR. SCOTT AUGUSTINE TO PRODUCE DOCUMENTS IN RESPONSE TO SUBPOENAS** |

This matter came before the Court on Defendants 3M Company's and Arizant Healthcare Inc.'s Motion to Compel Third Party Dr. Scott Augustine to Produce Documents in Response to Subpoenas.

Based upon the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that Dr. Scott Augustine shall produce (1) all versions of the litigation guide, and (2) all emails sent to or from the Gmail account discussed in Defendants' memorandum in support of this Motion, within seven days of the date of this Order.

Dated: _____, 2017

BY THE COURT

_____
The Honorable Franklin L. Noel
United States Magistrate Judge
District of Minnesota