UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To:<br>All Actions | **CERTIFICATE OF SERVICE** |

I hereby certify that on January 12, 2018, I caused the following documents:

- Motion to Compel Third Party Dr. Scott Augustine to Produce Documents in Response to Subpoenas;
- Notice of Hearing;
- Memorandum in Support, with Word Count Compliance;
- Declaration of Monica L. Davies;
- Meet and Confer Statement; and
- Proposed Order on Motion

to be served on the following non-ECF participant to this action at the address listed via email and U.S. Mail:

J. Randall Benham
General Counsel
Augustine Temperature Management LLC
6581 City West Parkway
Eden Prairie, MN  55344
rbenham@augbiomed.com

2

Dated: January 12, 2018            Respectfully submitted,

/s/Monica L. Davies
Jerry W. Blackwell (MN #186867)
Mary S. Young (MN #0392781)
Benjamin W. Hulse (MN #0390952)
Monica L. Davies (MN #0315023)
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3256
Fax: (612) 343-3205
Email: blackwell@blackwellburke.com
myoung@blackwellburke.com
bhulse@blackwellburke.com
mdavies@blackwellburke.com

Bridget M. Ahmann (MN #016611x)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Phone: (612) 766-7000
Email: bridget.ahmann@faegrebd.com

**Counsel for Defendants 3M Company And Arizant Healthcare Inc.**