# BERNSTEIN LIEBHARD LLP

### ATTORNEYS AT LAW

10 EAST 40TH STREET
NEW YORK, NEW YORK 10016

(212) 779-1414
FAX: (212) 779-3218
WWW.BERNLIEB.COM

January 12, 2018

**VIA ECF**
The Honorable Joan N. Ericksen
United States District Court Judge
United States District Court, District of Minnesota
12W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re:     *In re Bair Hugger Forced Air Warming Devices Product Liability Litigation*
MDL No. 15-2666-JNE-FLN/*Prince v. 3M Company* (No. 17-cv-02881-JNE-FLN)

Dear Judge Ericksen:

I am writing to update the Court on Plaintiff's most recent response to Defendants' motion seeking dismissal of the above-referenced matter [Dkt. No. 1044, filed January 11, 2018].

Plaintiff inadvertently retained two different law firms. At this time, Plaintiff is only represented by our office. Nevertheless, Plaintiff provided the Plaintiff Fact Sheet to the other counsel without our knowledge.

After submitting the Plaintiff's response to the motion, we received her Plaintiff Fact Sheet from the other counsel. We have notified Defendants earlier today that we will be serving the Plaintiff Fact Sheet by January 16, 2018.

Given the situation, Plaintiff requests the Court to deny Defendants' motion to dismiss.

Sincerely,

Daniel C. Burke