UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION

MDL No 15-2666 (JNE/FLN)

AFFIDAVIT OF DAN GREWE

This Document Relates to:
All Actions

1. My name is Dan Grewe, and I am an employee of Augustine Temperature Management LLC ("ATM").

2. The facts contained herein are within my personal knowledge and are true and correct.

3. During a brief period more than four years ago, I was allowed by Kennedy Hodges to have access to an email account owned by Kennedy Hodges.

4. I have not interacted with the email account since that time. I do not possess copies of any emails sent to or from the account.

5. I do not know the password that would allow access to the email account. Again, the account does not belong to me or to ATM.

FURTHER AFFIANT SAYETH NOT

Dan Grewe
Date: 1/16/18