**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No 15-2666 (JNE/FLN) |
| This Document Relates to: All Actions | LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE |

---

I certify that Augustine's Memorandum in Opposition to Motion to Compel conforms to the requirements of LR 7.1(f) and LR 7.1(h) for a memorandum produced with a proportional font. The length of this memorandum is 893 words. The memorandum was prepared using Microsoft Word, and the word-count function of the software has been applied specifically to include all text, including headings, footnotes, and quotations for word count purposes.

Respectfully submitted,

s/ J. Randall Benham

J. Randall Benham

MN Bar No. 0154726
6581 City West Parkway
Eden Prairie, MN 55127