# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

|  |  |
|---|---|
|  | **COURT MINUTES** |
|  | BEFORE: Joan N. Ericksen |
|  | U.S. District Judge and |
|  | Franklin L. Noel |
|  | U.S. Magistrate Judge |
| IN RE: Bair Hugger Forced Air Warming Devices Product Liability Litigation | Case No: 0:15-md-02666 (JNE/FLN) |
|  | Date: January 18, 2018 |
|  | Deputy: Catherine B. Cusack |
|  | Court Reporter: Maria V. Weinbeck |
|  | Courthouse: Minneapolis |
|  | Courtroom: 12W |
|  | Time in Court: 9:55 AM - 10:16 AM |
|  | Time in Chambers: 10:20 AM - 11:55 AM |
|  | Time in Court: 1 Hour & 56 Minutes |

# STATUS CONFERENCE

APPEARANCES:

    Plaintiff:    Genevieve M. Zimmerman, Gabriel A. Assaad, Michael A. Sacchet, David W. Hodges

    Defendant:    Mary S. Young, Benjamin W. Hulse, Bridget M. Ahmann, Peter J. Goss, Corey L. Gordon

Please see attached list of telephone participants.

PROCEEDINGS:

☒ Status Conference held.
☒ Appearances made on the record.

1) The next status conference is scheduled for Thursday, February 15, 2018, 9:30 AM in Minneapolis Courtroom 12W.