15-md-2666 (JNE/FLN) In Re: Bair Hugger
January 18, 2018 Status Conference

| NAME | FIRM NAME | PARTICIPATING IN CONFERENCE CALL |
|---|---|---|
| Albert B. Friedman | Albert Brooks Friedman, LTD | x |
| Kelly Lopez | Albert Brooks Friedman, LTD | x |
| Anne Andrews | Andrew & Thornton | x |
| John C. Thornton | Andrew & Thornton | x |
| Lauren Davis | Andrew & Thornton | x |
| Lila Razmara | Andrew & Thornton | x |
| Marco Galindez | Andrew & Thornton | x |
| Todd Rudometkin | Andrew & Thornton | x |
| Justin Jenson | Bailey Peavy Bailey Cowan Heckama | x |
| Renee Lindsey | Beasley, Allen, Crow, Methvin, Portis & N | x |
| Megan Robinson | Beasley, Allen, Crow, Methvin, Portis & N | x |
| Dae Y. Lee | Bernstein Liebhard, LLP | x |
| Abby Cordray | Brown & Crouppen, PC | x |
| Don Ledgard | Capretz & Associates | x |
| Lisa Ann Thomas | Colling Gilbert Wright & Carter, LLC | x |
| Melvin Wirght | Colling Gilbert Wright & Carter, LLC | x |
| Martin D. Crump | Davis & Crump | x |
| Robert Cain | Davis & Crump | x |
| Wes Stevenson | Davis & Crump | x |
| Annesley DeGaris | DeGaris Law Group, LLC | x |
| Kevin Fitzgerald | Fitzgerald Law Group, LLC | x |
| Lisa R. Joyce | Goza & Honnold, LLC | x |
| Emily DeVuono | Grossman & Moore, PLLC | x |
| Elizabeth Coulter | Grossman & Moore, PLLC | x |
| Jennifer Moore | Grossman & Moore, PLLC | x |
| Mary Oost | Grossman & Moore, PLLC | x |
| Don McKenna | Hare Wynn Newell & Newton | x |
| Lynne Reed | Hare Wynn Newell & Newton | x |
| Peggy Little | Hare Wynn Newell & Newton | x |
| Scott Hollis | Hollis Legal Solutions, PPLC | x |
| Monica Vaughan | Houssier, Durant & Houssier, LLP | x |
| Randall A. Kauffman | Houssier, Durant & Houssier, LLP | x |
| Shirley Strom-Blanchard | Houssier, Durant & Houssier, LLP | x |
| Rolf T. Fiebiger | Johnson Becker, PLLC | x |
| Leslie O'Leary | Johnson Johnson & Schaller PC | x |
| Brenda Steinle | Johnson Johnson & Schaller PC | x |
| Brett Emison | Langdon & Emison | x |
| Rachel Ahmann (Assistant) | Langdon & Emison | x |
| Tricia Campbell | Langdon & Emison | x |
| Lauren Niendick | Langdon & Emison | x |
| Annaliese Abbey | Law Office of James S. Rogers | x |
| BJ Bennett | Law Office of James S. Rogers | x |
| James S. Rogers | Law Office of James S. Rogers | x |
| Heather Cover | Law Office of James S. Rogers | x |
| Felissa McHardy | Law Office of Travis R. Walker, PA | x |
| Travis R. Walker | Law Office of Travis R. Walker, PA | x |
| Rebecka Strum | Law Office of Travis R. Walker, PA | x |
| Julie Treacy | Law Office of Travis R. Walker, PA | x |
| Ben W. Gordon | Levin Papantonio, PA | x |
| Amy C. Webster | Lewis & Caplan | x |
| Yvonne M. Flaherty | Lockridge Grindal Nauen, PLLP | x |
| Elizabeth Peterson | Lockridge Grindal Nauen, PLLP | x |

| | | |
|---|---|---|
| William Hymes | Loncar & Associates | x |
| John L. Coveney | Loncar & Associates | x |
| Priscilla Lord | Lord & Associates Law Office | x |
| Rosemarie Bogdan | Martin Harding & Mazzotti LLP | x |
| Melissa Schmid | McEwen Law Firm LTD | x |
| Holly Sternquist | Meshbesher & Spence, LTD | x |
| Heather Cullen | Morgan & Morgan Complex Litigation | x |
| Joseph T. Waechter | Morgan & Morgan Complex Litigation | x |
| Michael Goetz | Morgan & Morgan Complex Litigation | x |
| Caroline W. Thomas | Murray Law Firm | x |
| Amanda Cryderman | Nash & Franciskato Law Firm | x |
| Brain S. Franciskato | Nash & Franciskato Law Firm | x |
| Neal R. Elliott, Jr | Neal R. Elliott | x |
| Michael S. Werner | Parker Waichman, LLP | x |
| Nicole Eisner | Parker Waichman, LLP | x |
| Giselle Grant | Parker Waichman, LLP | x |
| Brian E. Tadtman | Peterson & Associates, P.C. | x |
| David J. Szerlag | Pritzker Hageman, PA | x |
| Wendy Thayer | Pritzker Hageman, PA | x |
| Erin Stracener | Raizner Slania LLP | x |
| Jeffery L. Raizner | Raizner Slania LLP | x |
| Amy Hargis | Raizner Slania LLP | x |
| Kriten Gorombol | Raizner Slania LLP | x |
| Rica Rinosa | Raizner Slania LLP | x |
| Deborah Bueno | Reiders Travis Humphrey Waters & Dohr | x |
| Dan Haltiwanger | Richardson, Patrick, Westbrook & Brickman, LLC | x |
| Missi Cruz | Richardson, Patrick, Westbrook & Brickman, LLC | x |
| Jeremiah Mosley | Riley & Jackson, PC | x |
| Keith Jackson | Riley & Jackson, PC | x |
| Mary Malea Sellers | Riley & Jackson, PC | x |
| Randi A. Kassan | Sanders Phillips Grossman | x |
| Matt Skikos | Skikos Crawford Skikos & Joseph | x |
| Darilyn Simon | Skikos Crawford Skikos & Joseph | x |
| Dylan Jensen | Skikos Crawford Skikos & Joseph | x |
| Julie Tucci | Skikos Crawford Skikos & Joseph | x |
| Mark Tate | Tate Law Group | x |
| Nikki Jackson | Tate Law Group | x |
| Tayjes M. Shah | The Miller Firm, LLC | x |
| Alfred Olinde, Jr | The Olinde Firm, LLC | x |
| Wesley G. Barr | The Olinde Firm, LLC | x |
| Austin Grinder | The Ruth Team | x |
| Steven C. Ruth | The Ruth Team | x |
| Chelsie Garza | The Webster Law Firm | x |
| Anna Katherine Higgins | The Whitehead Law Firm, LLC | x |
| C. Mark Whitehead III | The Whitehead Law Firm, LLC | x |
| Eric Mausner | The Whitehead Law Firm, LLC | x |