UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION

MDL No. 15-2666 (JNE/FLN)

This Document Relates to All Actions

Exhibit A: One hundred member Cases, per Pretrial Order No. 24 ¶ 1.

| | | |
|---|---|---|
| 1 | 0:15-cv-04265-JNE-FLN | Mayne v. 3M Company |
| 2 | 0:15-cv-04361-JNE-FLN | Edwards v. 3M Company et al |
| 3 | 0:16-cv-00214-JNE-FLN | Taylor v. 3M Company |
| 4 | 0:16-cv-00610-JNE-FLN | Weimer v. 3M Company |
| 5 | 0:16-cv-01201-JNE-FLN | Storckman v. 3M Company |
| 6 | 0:16-cv-01261-JNE-FLN | Wolfe v. 3M Company et al |
| 7 | 0:16-cv-02054-JNE-FLN | Trainer v. 3M Company et al |
| 8 | 0:16-cv-02123-JNE-FLN | Trice v. 3M Company and Arizant Healthcare, Inc. |
| 9 | 0:16-cv-02144-JNE-FLN | Partlow v. 3M Company et al |
| 10 | 0:16-cv-02279-JNE-FLN | Bullington v. 3M Company et al |
| 11 | 0:16-cv-02323-JNE-FLN | Acosta et al v. 3M Company et al |
| 12 | 0:16-cv-02369-JNE-FLN | Lesch et al v. 3M Company et al |
| 13 | 0:16-cv-02457-JNE-FLN | Deardurff et al v. 3M Company et al |
| 14 | 0:16-cv-02480-JNE-FLN | Lowry v. 3M Company et al |
| 15 | 0:16-cv-02482-JNE-FLN | Parks v. 3M Company et al |
| 16 | 0:16-cv-02665-JNE-FLN | Fergeson v. 3M Company et al |
| 17 | 0:16-cv-02679-JNE-FLN | Davis v. 3M Company |
| 18 | 0:16-cv-02723-JNE-FLN | Tucker v. 3M Company et al |
| 19 | 0:16-cv-02798-JNE-FLN | Arcotta v. 3M Company et al |
| 20 | 0:16-cv-03266-JNE-FLN | Wilson et al v. 3M Company et al |
| 21 | 0:16-cv-03370-JNE-FLN | Weinhold et al v. 3M Company et al |
| 22 | 0:16-cv-03428-JNE-FLN | McReynolds v. 3M Company et al |
| 23 | 0:16-cv-03917-JNE-FLN | Hicks v. 3M Company et al |
| 24 | 0:16-cv-03957-JNE-FLN | Riggan et al v. 3M Company et al |
| 25 | 0:16-cv-04159-JNE-FLN | Trombley v. 3M Company |
| 26 | 0:16-cv-04190-JNE-FLN | Johns v. 3M Company et al |
| 27 | 0:16-cv-04296-JNE-FLN | Duncan et al v. 3M Company |
| 28 | 0:17-cv-00101-JNE-FLN | Anderson v. 3M Company et al |
| 29 | 0:17-cv-00112-JNE-FLN | Peterson et al v. 3M Company et al |
| 30 | 0:17-cv-00338-JNE-FLN | Blythe v. 3M Company et al |
| 31 | 0:17-cv-00365-JNE-FLN | Geiogamah v. 3M Company et al |

| | | |
|---|---|---|
| 32 | 0:17-cv-00413-JNE-FLN | Swank et al v. 3M Company et al |
| 33 | 0:17-cv-00459-JNE-FLN | Arnold v. 3M Company |
| 34 | 0:17-cv-00511-JNE-FLN | Axline v. 3M Company et al |
| 35 | 0:17-cv-00575-JNE-FLN | Tolson v. 3M Company et al |
| 36 | 0:17-cv-00581-JNE-FLN | Smith et al v. 3M Company et al |
| 37 | 0:17-cv-00665-JNE-FLN | Grazier v. 3M Company et al |
| 38 | 0:17-cv-00727-JNE-FLN | Beene v. 3M Company et al |
| 39 | 0:17-cv-00732-JNE-FLN | Parks v. 3M Company et al |
| 40 | 0:17-cv-00869-JNE-FLN | Koffarnus v. 3M Company et al |
| 41 | 0:17-cv-01074-JNE-FLN | Cushman v. 3M Company et al |
| 42 | 0:17-cv-01078-JNE-FLN | Ramirez et al v. 3M Company et al |
| 43 | 0:17-cv-01206-JNE-FLN | Lopez v. 3M Company et al |
| 44 | 0:17-cv-01286-JNE-FLN | Griffin v. 3M Company |
| 45 | 0:17-cv-01520-JNE-FLN | Griffin v. 3M Company |
| 46 | 0:17-cv-01696-JNE-FLN | Hives v. 3M Company et al |
| 47 | 0:17-cv-01748-JNE-FLN | Criswell v. 3M Company et al |
| 48 | 0:17-cv-01760-JNE-FLN | Dillard v. 3M Company et al |
| 49 | 0:17-cv-01784-JNE-FLN | Fitts v. 3M Company et al |
| 50 | 0:17-cv-01801-JNE-FLN | Payne v. 3M Company et al |
| 51 | 0:17-cv-01830-JNE-FLN | Onkotz v. 3M Company et al |
| 52 | 0:17-cv-01833-JNE-FLN | Narcho v. 3M Company et al |
| 53 | 0:17-cv-01835-JNE-FLN | Henry v. 3M Company |
| 54 | 0:17-cv-01872-JNE-FLN | Regennitter et al v. 3M Company et al |
| 55 | 0:17-cv-01908-JNE-FLN | Squire v. 3M Company et al |
| 56 | 0:17-cv-01922-JNE-FLN | Moore v. 3M Company et al |
| 57 | 0:17-cv-01928-JNE-FLN | Anderson et al v. 3M Company et al |
| 58 | 0:17-cv-01945-JNE-FLN | Potter et al v. 3M Company et al |
| 59 | 0:17-cv-02007-JNE-FLN | Kitchens v. 3M Company et al |
| 60 | 0:17-cv-02105-JNE-FLN | Hoxworth et al v. 3M Company et al |
| 61 | 0:17-cv-02141-JNE-FLN | Reynolds et al v. 3M Company et al |
| 62 | 0:17-cv-02160-JNE-FLN | Hooper et al v. 3M Company et al |
| 63 | 0:17-cv-02171-JNE-FLN | Honick, Jr. v. 3M Company |
| 64 | 0:17-cv-02184-JNE-FLN | Gunter v. 3M Company et al |
| 65 | 0:17-cv-02350-JNE-FLN | Gibson v. 3M Company et al |
| 66 | 0:17-cv-02360-JNE-FLN | Fania v. 3M Company et al |
| 67 | 0:17-cv-02373-JNE-FLN | Thorne v. 3M Company et al |
| 68 | 0:17-cv-02382-JNE-FLN | O'Neal et al v. 3M Company et al |
| 69 | 0:17-cv-02447-JNE-FLN | Spreitler v. 3M Company et al |
| 70 | 0:17-cv-02570-JNE-FLN | Randell v. 3M Company et al |
| 71 | 0:17-cv-02574-JNE-FLN | Glaze v. 3M Company et al |
| 72 | 0:17-cv-02649-JNE-FLN | Kudrako v. 3M Company et al |

| | | |
|---|---|---|
| 73 | 0:17-cv-02684-JNE-FLN | Mackey v. 3M Company et al |
| 74 | 0:17-cv-02718-JNE-FLN | Allen v. 3M Company et al |
| 75 | 0:17-cv-02734-JNE-FLN | Hughes v. 3M Company et al |
| 76 | 0:17-cv-02745-JNE-FLN | Devries v. 3M Company et al |
| 77 | 0:17-cv-02839-JNE-FLN | Hollie v. 3M Company et al |
| 78 | 0:17-cv-02931-JNE-FLN | Scott v. 3M Company et al |
| 79 | 0:17-cv-03056-JNE-FLN | Goodpaster et al v. 3M Company et al |
| 80 | 0:17-cv-03068-JNE-FLN | Henderson v. 3M Company et al |
| 81 | 0:17-cv-03108-JNE-FLN | Dukleth v. 3M Company et al |
| 82 | 0:17-cv-03289-JNE-FLN | Ribail et al v. 3M Company et al |
| 83 | 0:17-cv-03294-JNE-FLN | Hawkins v. 3M Company et al |
| 84 | 0:17-cv-03363-JNE-FLN | Hulse v. 3M Company et al |
| 85 | 0:17-cv-03425-JNE-FLN | Bowman et al v. 3M Company et al |
| 86 | 0:17-cv-03434-JNE-FLN | Sturdivant v. 3M Company et al |
| 87 | 0:17-cv-03476-JNE-FLN | Platine v. 3M Company |
| 88 | 0:17-cv-03517-JNE-FLN | McLeod v. 3M Company et al |
| 89 | 0:17-cv-03621-JNE-FLN | Davis v. 3M Company et al |
| 90 | 0:17-cv-03692-JNE-FLN | Prendergast v. 3M Company et al |
| 91 | 0:17-cv-03738-JNE-FLN | Schakel v. 3M Company |
| 92 | 0:17-cv-03763-JNE-FLN | Washington v. 3M Company et al |
| 93 | 0:17-cv-03811-JNE-FLN | Pope v. 3M Company et al |
| 94 | 0:17-cv-04013-JNE-FLN | Giroux v. 3M Company et al |
| 95 | 0:17-cv-04020-JNE-FLN | Banet v. 3M Company et al |
| 96 | 0:17-cv-04249-JNE-FLN | Gee v. 3M Company et al |
| 97 | 0:17-cv-04258-JNE-FLN | Haynes v. 3M Company et al |
| 98 | 0:17-cv-04451-JNE-FLN | Jackson v. 3M Company et al |
| 99 | 0:17-cv-04470-JNE-FLN | Ingram v. 3M Company et al |
| 100 | 0:17-cv-04502-JNE-FLN | Parker v. 3M Company et al |