```
 1                    UNITED STATES DISTRICT COURT

 2                       DISTRICT OF MINNESOTA

 3   ------------------------------------------------------------
                                    )
 4                                  )
     In Re: Bair Hugger Forced Air  )  File No. 15-MD-2666
 5   Warming Devices Products        )  (JNE/FLN)
     Liability Litigation            )
 6                                  )  January 18, 2018
                                    )  Minneapolis, Minnesota
 7                                  )  Courtroom 12W
                                    )  9:30 a.m.
 8                                  )
                                    )
 9   ------------------------------------------------------------

10            BEFORE THE HONORABLE JOAN N. ERICKSEN
               UNITED STATES DISTRICT COURT JUDGE

11

12              THE HONORABLE FRANKLIN L. NOEL
               UNITED STATES MAGISTRATE JUDGE

13

14                     (STATUS CONFERENCE)

15   APPEARANCES

16   FOR THE PLAINTIFFS:
                              MESHBESHER & SPENCE
17                            Genevieve M. Zimmerman
                              1616 Park Avenue
18                            Minneapolis, MN  55404

19
                              CIRESI CONLIN
20                            Michael Sacchet
                              225 South 6th Street
21                            Suite 4600
                              Minneapolis, MN
22

23                            KENNEDY HODGES, LLP
                              Gabriel Assaad
24                            4409 Montrose Blvd
                              Suite 200
25                            Houston, TX 77006
```

```
 1     FOR THE PLAINTIFFS (cont'd):

 2                              KENNEDY HODGES, LLP
                                David W. Hodges
 3                              711 W. Alabama Street
                                Houston, TX 77006
 4
       FOR THE PLAINTIFFS (APPEARING BY PHONE:)
 5

 6                              PRITZKER HAGEMAN, P.A.
                                David J. Szerlag
 7                              Wendy Thayer
                                45 South 7th Street, #2950
 8                              Minneapolis, MN  55402-1652

 9                              GROSSMAN & MOORE, PLLC
                                Emily A. DeVuono
10                              Jennifer Moore
                                Elizabeth Coulter
11                              Mary Oost
                                401 W. Main Street
12                              Suite 1810
                                Louisville, KY  40202
13

14                              HARE WYNN NEWELL & NEWTON
                                Don McKenna
15                              Peggy Little
                                Lynne Reed
16                              Massey Building
                                2025 Third Avenue North
17                              Suite 800
                                Birmingham, AL  35203
18

19                              MCEWEN LAW FIRM, LTD
                                Melissa Schmid
20                              5850 Blackshire Path
                                Inver Grove Heights, MN  55076
21

22                              MORGAN & MORGAN, PA
                                Heather Cullen
23                              Joseph T. Waechter
                                Michael Goetz
24                              201 N. Franklin St 7th Floor
                                Tampa, FL  33602
25
```

```
 1      FOR THE PLAINTIFFS(appearing by phone):

 2                                  RAIZNER SLANIA, LLP
                                    Jeffrey L. Raizner
 3                                  Rica Rinosa
                                    Erin Stracener
 4                                  Amy Hargis
                                    Kriten Gorombol
 5                                  2402 Dunlavy Street
                                    Houston, TX  77006
 6
                                    LONCAR & ASSOCIATES
 7                                  William Hymes
                                    John L. Coveney
 8                                  424 S. Cesar Chavez Blvd
                                    Dallas, TX  75201
 9
                                    CAPRETZ & ASSOCIATES
10                                  Don K. Ledgard
                                    5000 Birch St, Suite 2500
11                                  Newport Beach, ca  92660

12
                                    DAVIS & CRUMP, PC
13                                  Martin D. Crump
                                    Robert D. Cain, Jr.
14                                  Wes Stevenson
                                    2601 Fourteenth Street
15                                  Gulfpost, MS 39507

16                                  LEWIS & CAPLAN
                                    Amy Webster
17                                  3631 Canal Street
                                    New Orleans, LA  70119
18
                                    THE RUTH TEAM
19                                  Steven C. Ruth
                                    Austin Grinder
20                                  842 Ramond Avenue
                                    Suite 200
21                                  Saint Paul, MN  33733-5157

22                                  LAW OFFICES OF TRAVIS R. WALKER
                                    Travis R. Walker
23                                  Julie Treacy
                                    Felissa McHardy
24                                  Rebecca Strum
                                    1235 SE Indian Street
25                                  Suite 101
                                    Stuart, FL  34997
```

```
 1      FOR THE PLAINTIFFS(appearing by phone):

 2                              ANDREWS & THORNTON
                                Anne Andrews
 3                              John Thornton
                                Lauren Davis
 4                              Lila Razmara
                                Marco Galindez
 5                              Todd Rudometkin
                                2 Corporate Park, Suite 110
 6                              Irvine, CA 92606

 7
                                JOHNSON BECKER PLLC
 8                              Rolf T. Fiebiger
                                444 Cedar Street
 9                              Suite 1800
                                Saint Paul, MN  55101
10

11                              LORD & ASSOCIATES
                                Priscilla Lord
12                              309 Clifton Avenue
                                Minneapolis, MN 55403
13
                                MURRAY LAW FIRM
14                              Caroline Whitney Thomas
                                650 Poydras Street
15                              Suite 2150
                                New Orleans, LA  70130
16
                                BROWN & CROUPPEN, PC
17                              Abby Cordray
                                211 North Broadway, Suite 1600
18                              St. Louis, MO  63102

19                              BEASLEY ALLEN
                                Megan Robinson
20                              Renee Lindsey
                                Matthew Munson
21                              218 Commerce Street
                                Montgomery, AL  36104
22
                                HOLLIS LEGAL SOLUTIONS, PPLC
23                              Scott Hollis
                                6814 Crumpler Boulevard,
24                              Suite 101
                                Olive Branch, MS  38654
25
```

```
 1
         FOR THE PLAINTIFFS(appearing by phone):
 2
                              FITZGERALD LAW GROUP, LLC
 3                            Kevin Fitzgerald
                              120 Exchange Street
 4                            Suite 200
                              Portland, ME  04101
 5
                              MESHBESHER & SPENCE, LTD
 6                            Holly Sternquist
                              1616 Park Avenue
 7                            Minneapolis, MN  55404

 8                            PARKER WAICHMAN, LLP
                              Nicole Eisner
 9                            Michael S. Werner
                              Giselle Grant
10                            59 Maiden Lane
                              6th Floor
11                            New York, NY  10038

12                            NEAL R. ELLIOTT, JR.
                              P.O. Box 80136
13                            Baton Rouge, LA  70898

14                            NASH & FRANCISKATO LAW FIRM
                              Brian Franciskato
15                            Amanda Cryderman
                              2300 Main Street, #170
16                            Kansas City, MO  64108

17                            BAILEY PEAVY BAILEY COWAN
                              HECKAMAN, PLLC
18                            Justin Jenson
                              The Lyric Centre
19                            440 Louisiana Street
                              Suite 2100
20                            Houston, TX  77002

21
                              LANGDON & EMISON
22                            Brett Emison
                              Rachel Ahmann
23                            Lauren Niendick
                              Tricia Campbell
24                            911 Main Street
                              Lexington, MO  64067
25
```

```
 1      FOR THE PLAINTIFFS(appearing by phone):
                                THE WEBSTER LAW FIRM
 2                              Chelsie Garza
                                6200 Savoy Suite 150
 3                              Houston, TX  77036

 4                              LAW OFFICES OF JAMES S. ROGERS
                                James S. Rogers
 5                              BJ Bennett
                                Annaliese Abbey
 6                              Heather Cover
                                1500 4th Avenue #500
 7                              Seattle, WA  98101

 8                              LEVIN PAPANTONIO
                                Ben Gordon
 9                              316 S. Baylen Street
                                Suite 600
10                              Pensacola, FL 32502

11                              THE OLINDE FIRM, LLC
                                Wesley G. Barr
12                              Alfred Olinde, Jr.
                                400 Poydras Street
13                              Suite 1980
                                New Orleans, LA  70130
14
                                SANDERS PHILLIPS GROSSMAN
15                              Randi Kassan
                                100 Garden City Plaza
16                              Suite 500
                                Garden City, NY 11530
17
                                BERNSTEIN LIEBHARD LLP
18                              Dae Lee
                                10 East 40th Street
19                              New York, NY  10016

20                              DEGARIS LAW GROUP, LLC
                                Annesley DeGaris
21                              2 North 20th Street
                                Suite 1030
22                              Birmingham, AL  35223

23                              HOUSSIERE DURANT & HOUSSIERE
                                Randall A. Kauffman
24                              Monica Vaughan
                                Shirley Strom-Blanchard
25                              1990 Post Oak Blvd Suite 800
                                Houston, TX  77056
```

```
 1     FOR THE PLAINTIFFS (appearing by phone):
                            GOZA & HONNOLD, LLC
 2                          Lisa Joyce
                            11181 Overbrook Road, Suite 200
 3                          Leawood, KS  66211

 4                          COLLING GILBERT WRIGHT &
                            CARTER, LLC
 5                          Lisa Thomas
                            Melvin Wright
 6                          The Florida Firm
                            801 N. Orange Avenue
 7                          Suite 830
                            Orlando, FL  32801
 8
                            RILEY & JACKSON, P.C.
 9                          Jeremiah Mosley
                            Keith Jackson
10                          Mary Malea Sellers
                            3530 Independence Drive
11                          Birmingham, AL  35209

12                          SKIKOS CRAWFORD SKIKOS&
                               JOSEPH, LLP
13                          Matt Skikos
                            Julie Tucci
14                          Darilyn Simon
                            Dylan Jensen
15                          One Sansome Street, Suite 2830
                            San Francisco, CA  94104
16
                            THE WHITEHEAD LAW FIRM, LLC
17                          Anna Higgins
                            C. Mark Whitehead, III
18                          Eric Mausner
                            Petroleum Tower, Suite 303
19                          3639 Ambassador Caffery Pkwy
                            Lafayette, LA  70503
20
                            TATE LAW GROUP, LLC
21                          Mark Tate
                            Nikki Jackson
22                          2 East Bryan Street
                            Suite 600
23                          Savannah, GA  31328

24                          THE MILLER FIRM, LLC
                            Tayjes Shah
25                          108 Railroad Avenue
                            Orange, VA  22960
```

```
 1      FOR THE PLAINTIFFS (appearing by phone):

 2                              JOHNSON JOHNSON & SCHALLER PC
                                Leslie O'Leary
 3                              Brenda Steinle
                                975 Oak Street
 4                              Citizens Building, Suite 1050
                                Eugene, OR  97401

 5

 6                              MARTIN HARDING & MAZZOTI, LLP
                                Rosemarie Bogdan
 7                              1222 Troy-Schenectady Road
                                P.O. Box 15141
 8                              Albany, NY  12212-5141

 9                              RICHARDSON PATRICK WESTBROOK &
                                BRICKMAN, LLC
10                              Daniel Haltiwanger
                                Missi Cruz
11                              PO. Box 1368
                                Barnwell, SC  29812
12
                                RIEDERS TRAVIS HUMPHREY WATERS
13                              & DOHRMANN
                                Deborah Bueno
14                              161 West Third Street
                                Williamsport, PA  17701
15
                                PETERSON & ASSOCIATES, P.C.
16                              Brian Emerson Tadtman
                                801 W. 47th Street, Suite 107
17                              Kansas City, MO  64112

18                              LOCKRIDGE GRINDAL NAUEN PLLP
                                Yvonne Flaherty
19                              Elizabeth Peterson
                                100 South Washington Avenue
20                              Suite 200
                                Minneapolis, MN  55401
21
                                ALBERT BROOKS FRIEDMAN LTD
22                              Albert B. Friedman
                                Kelly Lopez
23                              161 N. Clark Street
                                Suite 2575
24                              Chicago, IL  60601

25
```

1    FOR THE DEFENDANTS 3M:

2                                    BLACKWELL BURKE P.A.
                                     Ben Hulse
3                                    Corey Gordon
                                     Mary Young
4                                    Peter Goss
                                     431 South Seventh Street
5                                    Suite 2500
                                     Minneapolis, MN  55415
6

7                                    FAEGRE BAKER DANIELS
                                     Bridget M. Ahmann
8                                    90 South Seventh Street
                                     Suite 2200
9                                    Minneapolis, MN  55402

10

11   Court Reporter:                 MARIA V. WEINBECK, RMR-FCRR
                                     1005 U.S. Courthouse
12                                   300 South Fourth Street
                                     Minneapolis, Minnesota 55415

13

14           Proceedings recorded by mechanical stenography;
     transcript produced by computer.

15

16

17

18

19

20

21

22

23

24

25

```
 1                    P R O C E E D I N G S

 2                       (9:55 a.m.)

 3            THE COURT:  Good morning.  Please be seated.

 4            Judge Leary is unable to join us today because of

 5       a legal problem.  He no longer has any business here.

 6            Do we have our people on the phone?  Let's see.

 7       Would someone on the phone say something?

 8            UNIDENTIFIED SPEAKER:  Good morning, Your Honor.

 9            THE COURT:  Thank you very much.  We've been

10       discussing the bellwether back and forth, and it struck us

11       that it might be best to go through the non-bellwether

12       matters that are on the agenda for today.  And then,

13       counsel, if you would come back and then we can have an

14       informal discussion about what's the best way to proceed on

15       the bellwether process.  So that's what we've been doing and

16       that's how we will proceed.

17            So let's just turn right to the joint agenda.  And

18       skipping over the bellwethers, we come to the motions to

19       dismiss.  Mr. Hulse, do you want to take the lead on that?

20            MR. HULSE:  I will, Your Honor.  Thank you.

21            THE COURT:  I'll tell you what I've got drafted up

22       here.  And then maybe you can let me know how that...

23            MR. HULSE:  Very good.  And good morning.

24            THE COURT:  And good morning to you.  We're

25       missing some people.  Okay, where is your colleague?
```

```
 1              MR. HULSE:  Mr. Blackwell is in trial.

 2              THE COURT:  Is he up with that Starkey thing I've

 3      about reading about?

 4              MR. HULSE:  No, it's a California trial.  L.A.

 5      Superior Court.

 6              THE COURT:  Is this the one where he got called in

 7      at the last minute?

 8              MR. HULSE:  They all fit that bill.

 9              MAGISTRATE JUDGE NOEL:  I think this is one where

10      it's warmer in California than it is in Minnesota, and so

11      should I go to the status conference in Minnesota or the

12      trial in California?

13              MR. HULSE:  He does have impeccable timing in his

14      trial assignments when it comes to the weather.  This one

15      Your Honors may know that with L.A. Superior Court, you

16      don't know what courthouse you're going to be in until

17      you're actually called for trial.  So you just have to sort

18      of book a centrally located hotel and hope it's close.

19              THE COURT:  Sounds like a good idea if you want to

20      torture the jury.  Okay.  So that's him.  Ms. Zimmerman?

21              MS. ZIMMERMAN:  Thank you, Your Honors.  You may

22      notice we have fewer people here as well.  Mr. Gordon is a

23      victim of the snowstorm through Atlanta, which has basically

24      shut down that airport.  And Ms. Conlin is covering a

25      deposition for one of here partners whose wife unexpectedly
```

1    had their baby early, so she sends her regrets her as well,

2    but she's taking a deposition that she is hopefully now

3    prepared for in New York.

4              MAGISTRATE JUDGE NOEL:  Okay, thank you.

5              THE COURT:  All right.  So I have a draft order

6    here with respect to Grooms, Johnson, Gilbert Garcia,

7    Gruetzmacher, Maria Garcia, Petrakis, Sellers, Allen Graves,

8    Morris, Maxheimer, Saylor, and Schapansky.  That excludes

9    Prince, so my thought was we find out whether the issue with

10   the lawyer switch, whether they ever heard -- whether Prince

11   is going to go forward separately.

12             But on the others, I have a plan here to deny the

13   motions to dismiss as moot with respect to Morris and

14   Schapansky on the grounds that I think those are taken care

15   of without court intervention.

16             MR. HULSE:  That's correct, Your Honor.

17             THE COURT:  And then denying without prejudice to

18   renew on Gruetzmacher and Maria Garcia and that has to do

19   with the identification.  Maria Garcia is identified as

20   Guzman, and Gruetzmacher's case is listed as 17CV00988, even

21   though it's 998.

22             MR. HULSE:  Right, that is a typo.

23             THE COURT:  So I just thought we would deny it for

24   now and give you a chance to fix it up and make sure that we

25   still want to do that.  And then dismiss with prejudice

```
 1   Grooms, Johnson.  That's 17CV640.  Grooms was 343.  Gilbert
 2   Garcia, that's 711.  Petrakis is 1082.  Sellers is 17CV1879.
 3   Allen, 2738.  Graves, 2747.  Maxheimer, 2763.  And Saylor,
 4   2892.  That's my proposal.  I don't know if that saves you
 5   any time.
 6           MR. HULSE:  You've left me with nothing to say,
 7   Your Honor.
 8           THE COURT:  Okay.  So, Ms. Zimmerman, I guess I'm
 9   to you.  This is my draft here.  Do you have any problems
10   with that?
11           MS. ZIMMERMAN:  I think that given Your Honor has
12   clarified that the motions are denied on Morris and
13   Schapansky and that they have the opportunity to fix the
14   typos on Maria Garcia, and is it Gruetzmacher?  I think that
15   that is the remainder of consistent with what we've heard.
16           I know that the responses that were filed in
17   response to the Defendant's motion to dismiss were only by
18   three firms.  One was the Prince matter.  I don't know if
19   Bernstein Liebhard is on the phone.  It's my understanding
20   anyways though that a PFS has been served now and that that
21   issue I think is off the table.
22           THE COURT:  Okay.  So I've unmuted the phone.  Can
23   we hear from counsel representing the plaintiff in the
24   Prince matter?  Okay, somebody, even if you don't represent
25   them, can you say something so that I'm sure the reason I'm
```

14

 1   not hearing anything is that the lawyer is not there as

 2   opposed to there being some technological issue.

 3            MS. THOMAS:  Yes, Your Honor.  Lisa Thomas from

 4   Colling Gilbert Wright & Carter.  Can you hear me?

 5            THE COURT:  Okay, I hear something so thank you.

 6            MS. ZIMMERMAN:  And my understanding, Your Honor,

 7   then is that the Bernstein Liebhard firm did respond to the

 8   motion to dismiss and indicated that the fact sheet was

 9   served on January 12 of this year.  I think that there was

10   at least some issue with respect to the client retaining two

11   firms, and my understanding anyways is that the Bernstein

12   Liebhard firm response asks that the case not be dismissed.

13            If the other responses that were filed all

14   indicated that the plaintiffs, despite the plaintiffs' firms

15   best efforts were nonresponsive, and I know that there was

16   one firm or one case that the Kennedy Hodges firm represents

17   the plaintiffs is Sellers, and they have requested in their

18   response a 60-day extension to get the plaintiff fact sheet

19   completed, and to the extent that they have anything to add

20   to that I'm sure that they will.

21            THE COURT:  Okay, and is that 1879?

22            MS. ZIMMERMAN:  Yes, that's 1879, Your Honor.

23            MR. ASSAAD:  Your Honor, we have nothing to add.

24   We have been unable to reach the client.  We would ask for

25   60 days.

```
 1                 THE COURT:  Very well.  Well, then this morning I
 2     will sign this order that we've got.
 3                 MR. HULSE:  Thank you, Your Honor.
 4                 THE COURT:  Okay.  Thank you, Mr. Hulse.
 5                 Okay, now, update on the number and status of
 6     cases?
 7                 MS. YOUNG:  Nothing to add there from the
 8     defendants.
 9                 MS. ZIMMERMAN:  And, Your Honor, from the
10     plaintiffs' perspective, I was provided this updated number
11     from the David Szerlag at the Pritzker firm.  As of
12     yesterday, there are 4,466 active federal Bair Hugger cases
13     pending in this MDL.  So about another 260 or so odd cases
14     since this report went in.
15                 THE COURT:  All right.  And overview of related
16     state proceedings other than the Minnesota one?  We do miss
17     Judge Leary I must say.
18                 MS. AHMANN:  Your Honor, I don't think we have
19     anything to add other than what is in the papers.  The
20     Rodriguez case is still on for trial, but we're going to be
21     working with the parties and the Court to get that moved.
22                 THE COURT:  Let me know if you need any help.
23                 MS. AHMANN:  We'll keep that in mind.
24                 MS. ZIMMERMAN:  And, Your Honor, the plaintiffs
25     have nothing to add other than we intend to appeal but.
```

```
 1              THE COURT:  And nothing to add on the other state

 2       cases?

 3              MS. ZIMMERMAN:  Correct.

 4              THE COURT:  Is that true of Canada as well?

 5              MS. YOUNG:  Yes, Your Honor, nothing to add.

 6              MS. ZIMMERMAN:  Yes, Your Honor.

 7              THE COURT:  Item Number 6, pretrial orders, I

 8       don't have anything.

 9              MS. ZIMMERMAN:  The only proposals, Your Honor,

10       with the competing proposals on the bellwether repopulation,

11       and we'll discuss that with Your Honors.

12              THE COURT:  Yes.  Is there anything else that we

13       should discuss while we're all here together?

14              MR. GOSS:  Hello, Your Honor.  Peter Goss here.

15       We have an issue with respect to Dr. Elgobashi.

16              MAGISTRATE JUDGE NOEL:  Can I just interrupt for a

17       second?  Either speak into the microphone on the table or

18       come up to the podium because the folks on the phone I think

19       are not hearing you.

20              MR. GOSS:  Thank you.  So the parties have worked

21       out the deposition date with respect to Dr. Elgobashi.  It

22       looks like we're going to forward on Saturday, February

23       10th.  And then Dr. Abraham, who is the defense fluid

24       dynamic expert, he can go on the 15th.  So we've got the

25       deposition dates set.
```

1    The bigger issue is that Dr. Elgobashi is working

2    on a new CFD, and this one will be tailored to the Model

3    505.  His first CFD that we reviewed in the Daubert hearings

4    involve the Model 750.  The Model 505 has appreciably lower

5    air flow.  So we've been informed that he's working on a new

6    CFD, that there is going to be a supplemental report.  We

7    don't know when we're going to get it.

8         THE COURT:  If I remember, Dr. Elgobashi's report

9    from before, it takes a long time to put these together.

10        MR. GOSS:  Right, it does, and knowing that it was

11   going to take a long time, it's our position that while they

12   knew that they ere going to have some 505 cases, and they

13   should have done this earlier, the reports were due on

14   November 27th, we put in our rebuttal reports on

15   December 16th.  If we get a new CFD, we're going to need

16   some time for our expert to look at it, rebut it, and we're

17   very concerned that we're just not going to be able to hold

18   to the May 14th trial date if that happens.  So our position

19   is that new CFD is untimely and ought not to be supplemented

20   for the Gareis case.

21        THE COURT:  Is Gareis a 505?

22        MR. GOSS:  Yes, Your Honor.

23        THE COURT:  Oh, no.  All right, we'll talk more

24   about that when we're talking about the bellwethers, shall

25   we?

```
1              MR. GOSS:  That sounds great, Your Honor.  Thank

2      you.

3              MS. ZIMMERMAN:  Your Honor, may we respond at

4      least briefly?

5              THE COURT:  Yes.

6              MS. ZIMMERMAN:  So with respect to Dr. Elgobashi's

7      CFD, Your Honors have heard much evidence and argument about

8      the admissibility and reliability and relevance of his

9      reports.  I will say that Dr. Elgobashi's report initially

10     on general causation addressed generally and principally the

11     750, but his report also addressed the 505.  What was

12     actually put through the super computer was the 750.

13             And I will also update the Court that as of

14     January 9th, his paper was accepted for peer review

15     publication in the International Journal On Numerical

16     Methods in Biomedical Engineering, so his report is now a

17     peer reviewed publication as of last week.

18             THE COURT:  Well, we'll deny summary judgment

19     then.

20             MS. ZIMMERMAN:  Thank you.  So at any rate, he did

21     serve his original general causation report.  And just to

22     kind of recite the basic schedule or time frame to remind

23     the Court, the Gareis scheduling order came out on the 20th

24     of October.  We then had a three-day hearing the next week,

25     and there was some argument about whether we might be able
```

1    to put additional numbers into this super computer.  And so

2    given the argument and the questions from the Court,

3    Dr. Elgobashi started in early November putting all of the

4    same kind of numbers into the super computer to do the same

5    calculations for this LES CFD modelling.

6              As the Court is aware, it certainly takes a great

7    deal of time and the super computer, as I understand it, you

8    have to petition for time on these big machines.  And from

9    the scientific community standpoint, you also have to

10   explain why your project merits use on these super

11   computers.  His project is considered to have already been

12   solved because of the initial project on the 750.  But so he

13   now is using a different super computer.  It's slightly

14   slower.  He has some preliminary reports back, and we expect

15   that the final modelling with the videos will be available

16   sometime in February, and he will supplement his report as

17   soon as he's able.

18             But the report that he did serve on November 27th

19   timely under the Court's scheduling order addressed the

20   calculations that he made and his opinion with respect to

21   the 505.

22             MAGISTRATE JUDGE NOEL:  Is there any difference in

23   methodology or anything that he's doing in this report or is

24   it just different numbers.

25             MS. ZIMMERMAN:  It's just different inputs, that's

1    it.  That's the only thing that's different.  And he has

2    provided a six-page report, I believe, with respect -- that

3    includes calculations.  I'm sorry, it's a four-page report

4    with a cover page, so five pages, detailing the calculations

5    and essentially the boundary conditions and the inputs for

6    the 505, and what his professional opinion is with respect

7    to the 505 for Mr. Gareis' case.  So that was provided in a

8    timely manner.  The defendants certainly will be able to

9    depose him on that when it comes up.  And if and when they

10   decide to bring a motion when he has a supplemental report

11   where they need to take an additional deposition, I presume

12   that that will be before the Court if and when they decide

13   to bring that motion.  But we don't have a motion before us

14   right now.

15          I will add that they have submitted supplemental

16   expert reports on at least four or five of their experts as

17   well, particularly with respect to this FDA letter that Your

18   Honor has heard quite a bit about at the hearing in October.

19          THE COURT:  It's a different super computer

20   though, so it's not just different numbers.  It's different

21   numbers arrived at by a different --

22          MS. ZIMMERMAN:  Technically, Your Honor, you're

23   right.  But it would be kind of like if I used my Mac or if

24   I, you know, went and used one of your law clerk's computers

25   right now, it's still really accessing essentially Microsoft

1    Word.

2           THE COURT:  Right, except that the information

3    we've had from him before talked a lot about that particular

4    super computer, and so what you're telling me now is that

5    that's not the one that he's using -- did you want to say

6    something?

7           MR. ASSAAD:  Your Honor, I'm going to --

8           MS. ZIMMERMAN:  So he was using the new numbers

9    but the same exact equations that have been provided and

10   disclosed in that they were run on a different computer, but

11   the calculations are still being done in the same exact

12   fashion, just by a different computer.

13          THE COURT:  Okay.

14          MAGISTRATE JUDGE NOEL:  Is it the plaintiffs'

15   intent to call Dr. Elgobashi live at the Gareis trial or to

16   offer deposition or video or something?

17          MS. ZIMMERMAN:  We intend to call him live, Your

18   Honor.

19          THE COURT:  Mr. Assaad, did you want to say

20   something about that?  You seem very exercised about it, so

21   I want to be able to give you a chance to --

22          MR. ASSAAD:  Well, just from a technical

23   standpoint, Your Honor, the super computer only solves the

24   problems.  It's not different equations.  It's not different

25   algorithms.  The only thing that's changing to the 750 and

1    the 505 is one number, just one number, which is the flow

2    rate.  It's a slower flow rate.  Everything else is

3    identical, and the preliminary results so far are identical.

4    The only difference is instead of taking 26 seconds, it's at

5    40 seconds.  The only change.

6              MS. ZIMMERMAN:  We did bring copies of

7    Dr. Elgobashi's published peer review article, if the Court

8    would like to receive one.  I have one for defense counsel

9    as well.  I don't know if they've seen it yet, I'd be happy

10   to offer those to them.

11             THE COURT:  I don't need it right now.

12             MR. GOSS:  Could I have just one response?

13             THE COURT:  Yes.

14             MR. GOSS:  So just to be clear on what

15   Dr. Elgobashi said in his November 27th report, he expressed

16   that the result with the 505 will be the same, that it will

17   just take more time.  And I understand that that's what he

18   expects.  People, odds makers expect the Vikings to win in

19   Philadelphia on Sunday, I hope, but that's why we play the

20   game, and so we don't know what's going to happen until we

21   see it happen and that's what we want to see.

22             And the basis for our motion is not going to be a

23   rehash of what's wrong with the inputs with respect to the

24   temperature, velocity, it's actually going to be specific to

25   the Gareis OR, which had some very unique air flow features,

1    and we're hearing for the first time that those aren't

2    accounted for in this model.  We're going to need time to

3    explore this with him in order to bring our case specific

4    Daubert motion.  And, again, I'm concerned that if we get a

5    report in mid-February, then we bring a Daubert motion, you

6    know, as soon as we can after that, it's still going to

7    effect our trial date of May 14th.

8              THE COURT:  Nothing else for us to say about that

9    right now, I don't think.

10             All right.  We will then conclude the hearing and

11   that frees up the folks who are on the phone.  And, counsel,

12   please come back to chambers so that we can make a plan for

13   the bellwether repopulation.  We're in recess.

14                  (Court adjourned at 10:16 a.m.)

15

16                          *     *     *

17

18             I, Maria V. Weinbeck, certify that the foregoing is

19   a correct transcript from the record of proceedings in the

20   above-entitled matter.

21

22             Certified by:  *s/ Maria V. Weinbeck*

23                            Maria V. Weinbeck, RMR-FCRR

24

25