Michael Louis Kelly, Bar No. 82063
mlk@kirtlandpackard.com
Behram V. Parekh - State Bar No. 180361
bvp@kirtlandpackard.com
Ruth Rizkalla - State Bar No. 224973
rr@kirtlandpackard.com
KIRTLAND & PACKARD LLP
1638 South Pacific Coast Highway
Redondo Beach, CA 90277
Telephone: (310) 536-1000
Facsimile: (310) 536-1001

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **IN RE: Bair Hugger Forced Air Warming Products Liability Litigation**<br><br>**This Document relates to:**<br> **All Actions** | **MDL No.: 15-2666 (JNE/FLN)**<br><br>**NOTICE OF CHANGE OF ADDRESS (KIRTLAND & PACKARD LLP)** |

1

NOTICE OF CHANGE OF ADDRESS

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective immediately, Kirtland & Packard LLP has relocated its Los Angeles office as follows:

    1638 South Pacific Coast Highway

    Redondo Beach, CA 90277

Kirtland & Packard's telephone number, facsimile number and email addresses remain the same.

DATED: January 24, 2018    Respectfully submitted,

    KIRTLAND & PACKARD LLP

    By: /s/ Behram Parekh
      MICHAEL L. KELLY
      BEHRAM V. PAREKH
      RUTH RIZKALLA

    *Counsel for Plaintiffs*