# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

IN RE: Bair Hugger Forced Air Warming Devices Products Liability Litigation

**COURT MINUTES**
BEFORE: Franklin L. Noel
U.S. Magistrate Judge, Courtroom 9W

| | |
|---|---|
| MDL No.: | 15-2666 (JNE/FLN) |
| Date: | January 26, 2018 |
| Court Reporter: | Staci Heichert |
| Time Commenced: | 10:43 a.m. |
| Time Concluded: | 11:26 a.m. |
| Time in Court: | 43 minutes |

APPEARANCES:

For Plaintiffs: Genevieve Zimmerman
For Defendants: Ben Hulse and Monica Davies
For Respondent: J. Randall Benham

Defendants' motion to compel (ECF No. 1048) was taken under advisement at the hearing.

☒ ORDER TO BE ISSUED   ☐ NO ORDER TO BE ISSUED   ☐ R&R TO BE ISSUED   ☒ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court   ☐ Exhibits returned to counsel

                                                        s/CJP
                                           Signature of Law Clerk