UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to:<br>Case Nos.:<br>17-cv-00998 *(Gruetzmacher v. 3M Company)*<br>17-cv-01017 *(Garcia v. 3M Company)*<br>17-cv-01139 *(Husman v. 3M Company)*<br>17-cv-01215 *(Pickens v. 3M Company)*<br>17-cv-01250 *(Sparks v. 3M Company)*<br>17-cv-01323 *(Peters v. 3M Company)*<br>17-cv-01407 *(Jadwin v. 3M Co., et al.)*<br>17-cv-02099 *(Osborne v. 3M Co., et al.)*<br>17-cv-02231 *(Nunn v. 3M Co., et al.)*<br>17-cv-02319 *(Taylor v. 3M Co., et al.)*<br>17-cv-02383 *(Blancett v. 3M Co., et al.)*<br>17-cv-02415 *(Pickett v. 3M Co., et al.)*<br>17-cv-02452 *(Suchan v. 3M Co., et al.)*<br>17-cv-02589 *(Rashad v. 3M Co., et al.)*<br>17-cv-02726 *(McCall v. 3M Co., et al.)*<br>17-cv-03103 *(Ghidella v. 3M Co., et al.)*<br>17-cv-03187 *(Gawthorp v. 3M Co., et al.)*<br>17-cv-03233 *(McLaughlin v. 3M Co., et al.)*<br>17-cv-03819 *(Mazer v. 3M Co., et al.)*<br>17-cv-03823 *(Miller v. 3M Co., et al.)*<br>17-cv-03895 *(Loving v. 3M Co., et al.)*<br>17-cv-03948 *(Gilliam v. 3M Co., et al.)*<br>17-cv-03954 *(Rietz v. 3M Co., et al.)*<br>17-cv-03956 *(Reeves v. 3M Co., et al.)*<br>17-cv-04094 *(O'Connell v. 3M Co., et al.)*<br>17-cv-04177 *(Butler v. 3M Co., et al.)* | **NOTICE OF HEARING ON DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 14** |

PLEASE TAKE NOTICE that on February 15, 2018 at 9:30 a.m., before the Honorable Joan N. Ericksen, United States District Court, 12W U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, Defendants 3M Company and Arizant

Healthcare, Inc. will respectfully move the Court to enter an order dismissing the following Plaintiffs' cases for failure to comply with the Court's Pretrial Order No. 14, entered September 27, 2016:

| Case Number | Plaintiff | Firm Name |
| --- | --- | --- |
| 0:17-cv-00998-JNE-FLN | Gruetzmacher | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01017-JNE-FLN | Garcia | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01139-JNE-FLN | Husman | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01215-JNE-FLN | Pickens | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01250-JNE-FLN | Sparks | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01323-JNE-FLN | Peters | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01407-JNE-FLN | Jadwin | Brown & Crouppen, P.C. |
| 0:17-cv-02099-JNE-FLN | Osborne | Kennedy Hodges, L.L.P. |
| 0:17-cv-02231-JNE-FLN | Nunn | Kennedy Hodges, L.L.P. |
| 0:17-cv-02319-JNE-FLN | Taylor | Kennedy Hodges, L.L.P. |
| 0:17-cv-02383-JNE-FLN | Blancett | Kennedy Hodges, L.L.P. |
| 0:17-cv-02415-JNE-FLN | Pickett | Kennedy Hodges, L.L.P. |
| 0:17-cv-02452-JNE-FLN | Suchan | Kennedy Hodges, L.L.P. |
| 0:17-cv-02589-JNE-FLN | Rashad | Kennedy Hodges, L.L.P. |
| 0:17-cv-02726-JNE-FLN | McCall | Kennedy Hodges, L.L.P. |
| 0:17-cv-03103-JNE-FLN | Ghidella | Kennedy Hodges, L.L.P. |
| 0:17-cv-03187-JNE-FLN | Gawthorp | Kennedy Hodges, L.L.P. |
| 0:17-cv-03233-JNE-FLN | McLaughlin | Kennedy Hodges, L.L.P. |
| 0:17-cv-03819-JNE-FLN | Mazer | Hollis Legal Solutions, PLLC |
| 0:17-cv-03823-JNE-FLN | Miller | Bernstein Liebhard LLP |
| 0:17-cv-03895-JNE-FLN | Loving | Kennedy Hodges, L.L.P. |
| 0:17-cv-03948-JNE-FLN | Gilliam | Brent Coon & Associates |
| 0:17-cv-03954-JNE-FLN | Rietz | Brent Coon & Associates |
| 0:17-cv-03956-JNE-FLN | Reeves | Kennedy Hodges, L.L.P. |
| 0:17-cv-04094-JNE-FLN | O'Connell | Bachus & Schanker LLC |
| 0:17-cv-04177-JNE-FLN | Butler | Kennedy Hodges, L.L.P. |

Dated: February 1, 2018         Respectfully submitted,

                s/ Benjamin W. Hulse
                Benjamin W. Hulse (MN #0390952)
                ***Attorney for Defendants 3M Company***
                ***and Arizant Healthcare Inc.***
                BLACKWELL BURKE P.A.
                431 South Seventh Street
                Suite 2500
                Minneapolis, MN 55415
                Phone: (612) 343-3256
                Fax: (612) 343-3205
                Email: bhulse@blackwellburke.com