# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| | **DEFENDANTS' RULE 7.1(F) CERTIFICATE OF COMPLIANCE REGARDING DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 14** |

I, Benjamin W. Hulse, certify that Defendants' Memorandum in Support of Defendants' Motion to Dismiss for Failure to Comply with Pretrial Order No. 14 ("Memorandum") complies with limits Local Rule 7.1(f) and with the type-size limit of Local Rule 7.1(h).

I further certify that, in preparation of the above document, I used Microsoft Word 2010, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the Memorandum (including Addendum 1 & 2) contains 7,305 words.

Dated:  February 1, 2018				Respectfully submitted,

                 *s*/Benjamin W. Hulse
                 Jerry W. Blackwell (#186867)
                 Mary S. Young (#0392781)
                 Benjamin W. Hulse (#0390952)
                 BLACKWELL BURKE P.A.
                 431 South Seventh Street
                 Suite 2500
                 Minneapolis, MN  55415
                 Phone: (612) 343-3256
                 Fax:  (612) 343-3205
                 blackwell@blackwellburke.com
                 myoung@blackwellburke.com
                 bhulse@blackwellburke.com

                 Bridget M. Ahmann (#016611x)
                 FAEGRE BAKER DANIELS LLP
                 2200 Wells Fargo Center
                 90 South Seventh Street
                 Minneapolis, MN 55402
                 T: (612) 766-7000     F: (612) 766-1600
                 bridget.ahmann@faegrebd.com

                 ***Counsel for Defendants 3M Company and Arizant Healthcare Inc.***