# Exhibit A



BLACKWELL
BURKE P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

October 12, 2017

**VIA EMAIL AND U.S. MAIL**
David W. Hodges
Kennedy Hodges, L.L.P.
4409 Montrose Blvd, Ste 200
Houston, TX, 77006
mtg@kennedyhodges.com

> Re:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
>        MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
>        *Osborne v. 3M Company et al et al* Case No.: 0:17-cv-02099-JNE-FLN

Dear Counsel:

We are in receipt of the Plaintiff Fact Sheet (PFS) for the above-captioned matter. The PFS has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Osborne_Vanessa_17-cv-2099_1_Osborne_Vanessa_17-cv-2099_1"

Osborne_Vanessa_17-cv-2099_1_Osborne_Vanessa_17-cv-2099_1

PLAINTIFFS' LAST NAME - Osborne
PLAINTIFFS' FIRST NAME - Vanessa
CASE NO. - 17-cv-2099
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 01, 02, 03, 06, 08, 09, 10, 11, 12
SECTION III   (SURGERY INFORMATION) - Incomplete
SECTION III - INCOMPLETE QUESTIONS - 03
SECTION IV - 1 (VITAL STATISTICS) - Incomplete
SECTION IV - 10   (DRUG/ALCOHOL) - Incomplete
SECTION IV - 3 (HEALTHCARE PROVIDERS) - Incomplete
SECTION IV - 7   (PHARMACIES/DRUGSTORES) - Incomplete
SECTION IV - 8   (DENTAL PROCEDURES) - Incomplete
SECTION IV - 9   (TOBACCO) - Incomplete
SECTION IX - 1   (CONSORTIUM NAME ETC.) - Incomplete
SECTION IX - 3   (RESIDENCES) - Incomplete
SECTION IX - 4   (MARRIED) - Incomplete
SECTION V - 5   (DISABILITY CLAIMS) - Incomplete
SECTION V - 6   (LAWSUITS) - Incomplete
SECTION V - 7   (BANKRUPTCY) - Incomplete
SECTION VI - 1   (PHYSICAL INJURY) - Incomplete
SECTION VI - 3   (EMOTIONAL DISTRESS) - Incomplete
SECTION VI - 6   (WARNINGS) - Incomplete
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) - Incomplete
SECTION VI - 8   (3M/ARIZANT WARRANTY) - Incomplete
SECTION VI - 9   (AUGUSTINE) - Incomplete
SECTION VII - 1   (LOST PAST WAGES) - Incomplete
SECTION VII - 2   (LOST FUTURE WAGES) - Incomplete
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) - Incomplete
X.01 - SIGNED AUTHORIZATION - Incomplete
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Kennedy Hodges
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - mtg@kennedyhodges.com



BLACKWELL
BURKE P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

October 18, 2017

**VIA EMAIL AND U.S. MAIL**
David W. Hodges
Kennedy Hodges, L.L.P.
4409 Montrose Blvd, Ste 200
Houston, TX, 77006
mtg@kennedyhodges.com

Re:    *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
       MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
       *Nunn v. 3M Company et al et al* Case No.: 0:17-cv-02231-JNE-FLN

Dear Counsel:

We are in receipt of the Plaintiff Fact Sheet (PFS) for the above-captioned matter.  The PFS has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations."  Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'"  In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured.  When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Nunn_Kenneth_17-cv-2231_1_Nunn_Kenneth_17-cv-2231_1"

Nunn_Kenneth_17-
cv-
2231_1_Nunn_Kennet
h_17-cv-2231_1

PLAINTIFFS' LAST NAME - Nunn
PLAINTIFFS' FIRST NAME - Kenneth
CASE NO. - 17-cv-2231
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 02, 03, 06, 08, 09, 10, 11, 12, 13
SECTION III   (SURGERY INFORMATION) - Incomplete
SECTION III - INCOMPLETE QUESTIONS - 03
SECTION IV - 1 (VITAL STATISTICS) - Incomplete
SECTION IV - 10   (DRUG/ALCOHOL) - Incomplete
SECTION IV - 3 (HEALTHCARE PROVIDERS) - Incomplete
SECTION IV - 7   (PHARMACIES/DRUGSTORES) - Incomplete
SECTION IV - 8   (DENTAL PROCEDURES) - Incomplete
SECTION IV - 9   (TOBACCO) - Incomplete
SECTION IX - 1   (CONSORTIUM NAME ETC.) - Incomplete
SECTION IX - 3   (RESIDENCES) - Incomplete
SECTION IX - 4   (MARRIED) - Incomplete
SECTION V - 5   (DISABILITY CLAIMS) - Incomplete
SECTION V - 6   (LAWSUITS) - Incomplete
SECTION V - 7   (BANKRUPTCY) - Incomplete
SECTION VI - 1   (PHYSICAL INJURY) - Incomplete
SECTION VI - 3   (EMOTIONAL DISTRESS) - Incomplete
SECTION VI - 6   (WARNINGS) - Incomplete
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) - Incomplete
SECTION VI - 8   (3M/ARIZANT WARRANTY) - Incomplete
SECTION VI - 9   (AUGUSTINE) - Incomplete
SECTION VII - 1   (LOST PAST WAGES) - Incomplete
SECTION VII - 2   (LOST FUTURE WAGES) - Incomplete
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) - Incomplete
X.01 - SIGNED AUTHORIZATION - Incomplete
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Kennedy Hodges
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - mtg@kennedyhodges.com



**BLACKWELL BURKE** P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

October 24, 2017

**VIA EMAIL AND U.S. MAIL**
David W. Hodges
Kennedy Hodges, L.L.P.
4409 Montrose Blvd, Ste 200
Houston, TX, 77006
mtg@kennedyhodges.com

Re:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
*Taylor v. 3M Company et al* Case No.: 0:17-cv-02319-JNE-FLN

Dear Counsel:

We are in receipt of the Plaintiff Fact Sheet (PFS) for the above-captioned matter. The PFS has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Taylor_Mary_17-cv-2319_1_Taylor_Mary_17-cv-2319_1"

**Taylor_Mary_17-cv-2319_1_Taylor_Mary_1 7-cv-2319_1**

PLAINTIFFS' LAST NAME - Taylor
PLAINTIFFS' FIRST NAME - Mary
CASE NO. - 17-cv-2319
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 01, 02, 03, 06, 08, 09, 10, 11, 12, 13, 14, 15, 16
SECTION III  (SURGERY INFORMATION) -
SECTION IV - 1 (VITAL STATISTICS) - Incomplete
SECTION IV - 10   (DRUG/ALCOHOL) - Incomplete
SECTION IV - 3 (HEALTHCARE PROVIDERS) -
SECTION IV - 7  (PHARMACIES/DRUGSTORES) - Incomplete
SECTION IV - 8  (DENTAL PROCEDURES) - Incomplete
SECTION IV - 9  (TOBACCO) - Incomplete
SECTION IX - 1  (CONSORTIUM NAME ETC.) - Incomplete
SECTION IX - 3  (RESIDENCES) - Incomplete
SECTION IX - 4  (MARRIED) - Incomplete
SECTION V - 5  (DISABILITY CLAIMS) - Incomplete
SECTION V - 6  (LAWSUITS) - Incomplete
SECTION V - 7  (BANKRUPTCY) - Incomplete
SECTION VI - 1  (PHYSICAL INJURY) - Incomplete
SECTION VI - 3  (EMOTIONAL DISTRESS) - Incomplete
SECTION VI - 6  (WARNINGS) - Incomplete
SECTION VI - 7  (3M/ARIZANT COMMUNICATIONS) - Incomplete
SECTION VI - 8  (3M/ARIZANT WARRANTY) - Incomplete
SECTION VI - 9  (AUGUSTINE) - Incomplete
SECTION VII - 1   (LOST PAST WAGES) - Incomplete
SECTION VII - 2   (LOST FUTURE WAGES) - Incomplete
SECTION VIII - 2  (VERBAL/WRITTEN STATEMENT) - Incomplete
X.01 - SIGNED AUTHORIZATION - Incomplete
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Kennedy Hodges
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - mtg@kennedyhodges.com



**BLACKWELL**
**BURKE** P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

October 25, 2017

**VIA EMAIL AND U.S. MAIL**
David W. Hodges
Kennedy Hodges, L.L.P
4409 Montrose Blvd, Ste 200
Houston, TX, 77006
mtg@kennedyhodges.com

> Re:     *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
>         MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
>         *Blancett v. 3M Company et al* Case No.: 0:17-cv-02383-JNE-FLN

Dear Counsel:

We are in receipt of the Plaintiff Fact Sheet (PFS) for the above-captioned matter. The PFS has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Blancett_Constance _017-cv-02383_1_Blancett_Constance _017-cv-02383_1"     **Blancett_Constance _017-cv-02383_1_Blancett_Constance _017-cv-02383_1**

PLAINTIFFS' LAST NAME - Blancett
PLAINTIFFS' FIRST NAME - Constance
CASE NO. - 0:17-cv-02383
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 01, 02, 03, 06, 07, 08, 09, 10, 11, 12, 13, 14, 15, 16
SECTION III  (SURGERY INFORMATION) -
SECTION IV - 1 (VITAL STATISTICS) - Incomplete
SECTION IV - 10  (DRUG/ALCOHOL) -
SECTION IV - 3 (HEALTHCARE PROVIDERS) -
SECTION IV - 7  (PHARMACIES/DRUGSTORES) - Incomplete
SECTION IV - 8  (DENTAL PROCEDURES) - Incomplete
SECTION IV - 9  (TOBACCO) -
SECTION IX - 1  (CONSORTIUM NAME ETC.) - Incomplete
SECTION IX - 3  (RESIDENCES) - Incomplete
SECTION IX - 4  (MARRIED) - Incomplete
SECTION V - 5  (DISABILITY CLAIMS) - Incomplete
SECTION V - 6  (LAWSUITS) - Incomplete
SECTION V - 7  (BANKRUPTCY) - Incomplete
SECTION VI - 1  (PHYSICAL INJURY) - Incomplete
SECTION VI - 3  (EMOTIONAL DISTRESS) - Incomplete
SECTION VI - 6  (WARNINGS) -
SECTION VI - 7  (3M/ARIZANT COMMUNICATIONS) -
SECTION VI - 8  (3M/ARIZANT WARRANTY) -
SECTION VI - 9  (AUGUSTINE) -
SECTION VII - 1   (LOST PAST WAGES) - Incomplete
SECTION VII - 2  (LOST FUTURE WAGES) - Incomplete
SECTION VIII - 2  (VERBAL/WRITTEN STATEMENT) -
X.01 - SIGNED AUTHORIZATION - Incomplete
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Kennedy Hodges
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - mtg@kennedyhodges.com



Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

October 25, 2017

**VIA EMAIL AND U.S. MAIL**
David W. Hodges
Kennedy Hodges, L.L.P.
4409 Montrose Blvd, Ste 200
Houston, TX, 77006
mtg@kennedyhodges.com

> Re:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
> MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
> *Pickett v. 3M Company et al* Case No.: 0:17-cv-02415-JNE-FLN

Dear Counsel:

We are in receipt of the Plaintiff Fact Sheet (PFS) for the above-captioned matter. The PFS has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

---

Title "Pickett_Paul_17-cv-2415_1_Pickett_Paul_17-cv-2415_1"

Pickett_Paul_17-cv-2415_1_Pickett_Paul_17-cv-2415_1

PLAINTIFFS' LAST NAME - Pickett
PLAINTIFFS' FIRST NAME - Paul
CASE NO. - 17-cv-2415
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 01, 02, 03, 05, 06, 08, 09, 10, 11, 12, 13, 14, 15, 16
SECTION III   (SURGERY INFORMATION) -
SECTION IV - 1 (VITAL STATISTICS) - Incomplete
SECTION IV - 10   (DRUG/ALCOHOL) - Incomplete
SECTION IV - 3 (HEALTHCARE PROVIDERS) - Incomplete
SECTION IV - 7   (PHARMACIES/DRUGSTORES) - Incomplete
SECTION IV - 8   (DENTAL PROCEDURES) - Incomplete
SECTION IV - 9   (TOBACCO) - Incomplete
SECTION IX - 1   (CONSORTIUM NAME ETC.) - Incomplete
SECTION IX - 3   (RESIDENCES) - Incomplete
SECTION IX - 4   (MARRIED) - Incomplete
SECTION V - 5   (DISABILITY CLAIMS) - Incomplete
SECTION V - 6   (LAWSUITS) - Incomplete
SECTION V - 7   (BANKRUPTCY) - Incomplete
SECTION VI - 1   (PHYSICAL INJURY) - Incomplete
SECTION VI - 3   (EMOTIONAL DISTRESS) - Incomplete
SECTION VI - 6   (WARNINGS) - Incomplete
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) - Incomplete
SECTION VI - 8   (3M/ARIZANT WARRANTY) - Incomplete
SECTION VI - 9   (AUGUSTINE) - Incomplete
SECTION VII - 1   (LOST PAST WAGES) - Incomplete
SECTION VII - 2   (LOST FUTURE WAGES) - Incomplete
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) - Incomplete
X.01 - SIGNED AUTHORIZATION - Incomplete
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Kennedy Hodges
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - mtg@kennedyhodges.com



BLACKWELL
BURKE P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

October 25, 2017

**VIA EMAIL AND U.S. MAIL**
David W. Hodges
Kennedy Hodges, L.L.P.
4409 Montrose Blvd, Ste 200
Houston, TX, 77006
mtg@kennedyhodges.com

    Re:    *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
        MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
        *Suchan v. 3M Company et al* Case No.: 0:17-cv-02452-JNE-FLN

Dear Counsel:

We are in receipt of the Plaintiff Fact Sheet (PFS) for the above-captioned matter. The PFS has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Suchan_John_17-cv-2452_1_Suchan_John_17-cv-2452_1"

Suchan_John_17-cv-2452_1_Suchan_John_17-cv-2452_1

PLAINTIFFS' LAST NAME - Suchan
PLAINTIFFS' FIRST NAME - John
CASE NO. - 17-cv-2452
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 01, 02, 03, 06, 08, 09, 10, 11, 12, 13, 14, 15, 16
SECTION III   (SURGERY INFORMATION) -
SECTION IV - 1 (VITAL STATISTICS) - Incomplete
SECTION IV - 10   (DRUG/ALCOHOL) - Incomplete
SECTION IV - 3 (HEALTHCARE PROVIDERS) - Incomplete
SECTION IV - 7   (PHARMACIES/DRUGSTORES) - Incomplete
SECTION IV - 8   (DENTAL PROCEDURES) - Incomplete
SECTION IV - 9   (TOBACCO) - Incomplete
SECTION IX - 1   (CONSORTIUM NAME ETC.) - Incomplete
SECTION IX - 3   (RESIDENCES) - Incomplete
SECTION IX - 4   (MARRIED) - Incomplete
SECTION V - 5   (DISABILITY CLAIMS) - Incomplete
SECTION V - 6   (LAWSUITS) - Incomplete
SECTION V - 7   (BANKRUPTCY) - Incomplete
SECTION VI - 1   (PHYSICAL INJURY) - Incomplete
SECTION VI - 3   (EMOTIONAL DISTRESS) - Incomplete
SECTION VI - 6   (WARNINGS) - Incomplete
SECTION VI - 7 (3M/ARIZANT COMMUNICATIONS) - Incomplete
SECTION VI - 8   (3M/ARIZANT WARRANTY) - Incomplete
SECTION VI - 9   (AUGUSTINE) - Incomplete
SECTION VII - 1   (LOST PAST WAGES) - Incomplete
SECTION VII - 2   (LOST FUTURE WAGES) - Incomplete
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) - Incomplete
X.01 - SIGNED AUTHORIZATION - Incomplete
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Kennedy Hodges
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - mtg@kennedyhodges.com



Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

October 31, 2017

**VIA EMAIL AND U.S. MAIL**
David W. Hodges
Kennedy Hodges, L.L.P.
4409 Montrose Blvd, Ste 200
Houston, TX, 77006
mtg@kennedyhodges.com

      Re:    *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
             MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
             *Rashad v. 3M Company et al* Case No.: 0:17-cv-02589-JNE-FLN

Dear Counsel:

We are in receipt of the Plaintiff Fact Sheet (PFS) for the above-captioned matter.  The PFS has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations."  Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'"  In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured.  When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Rashad_Kevin_17-cv-2589_1_Rashad_Kevin_17-cv-2589_1"                    **Rashad_Kevin_17-cv-2589_1_Rashad_Kevin_17-cv-2589_1**

PLAINTIFFS' LAST NAME - Rashad
PLAINTIFFS' FIRST NAME - Audrey
CASE NO. - 0:17-cv-02589
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS -- 01, 02, 03, 06, 08, 09, 10, 11, 12, 13, 14, 15, 16
SECTION III   (SURGERY INFORMATION) -
SECTION IV - 1 (VITAL STATISTICS) - Incomplete
SECTION IV - 10   (DRUG/ALCOHOL) - Incomplete
SECTION IV - 3 (HEALTHCARE PROVIDERS) -
SECTION IV - 7   (PHARMACIES/DRUGSTORES) - Incomplete
SECTION IV - 8   (DENTAL PROCEDURES) - Incomplete
SECTION IV - 9   (TOBACCO) - Incomplete
SECTION IX - 1   (CONSORTIUM NAME ETC.) -
SECTION IX - 3   (RESIDENCES) -
SECTION IX - 4   (MARRIED) -
SECTION V - 5   (DISABILITY CLAIMS) - Incomplete
SECTION V - 6   (LAWSUITS) - Incomplete
SECTION V - 7   (BANKRUPTCY) - Incomplete
SECTION VI - 1   (PHYSICAL INJURY) - Incomplete
SECTION VI - 3   (EMOTIONAL DISTRESS) - Incomplete
SECTION VI - 6   (WARNINGS) - Incomplete
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) - Incomplete
SECTION VI - 8   (3M/ARIZANT WARRANTY) - Incomplete
SECTION VI - 9   (AUGUSTINE) - Incomplete
SECTION VII - 1   (LOST PAST WAGES) - Incomplete
SECTION VII - 2   (LOST FUTURE WAGES) - Incomplete
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) - Incomplete
X.01 - SIGNED AUTHORIZATION - Incomplete
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Kennedy Hodges
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - mtg@kennedyhodges.com



Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

November 6, 2017

**VIA EMAIL AND U.S. MAIL**
David W. Hodges
Kennedy Hodges, L.L.P.
4409 Montrose Blvd, Ste 200
Houston, TX, 77006
mtg@kennedyhodges.com

Re:  *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
*McCall v. 3M Company et al et al* Case No.: 0:17-cv-02726-JNE-FLN

Dear Counsel:

We are in receipt of the Plaintiff Fact Sheet (PFS) for the above-captioned matter.  The PFS has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations."  Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'"  In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured.  When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Corbett_Terry _017-cv-02726_1_Corbett_Terry _017-cv-02726_1

PLAINTIFFS' LAST NAME - Corbett
PLAINTIFFS' FIRST NAME - Terry
CASE NO. - 17-cv-2726
SECTION I (CASE INFORMATION) - Incomplete
SECTION II (PERSONAL INFORMATION) -
SECTION III (SURGERY INFORMATION) – Incomplete
SECTION III - INCOMPLETE QUESTIONS - 03
SECTION IV - 1 (VITAL STATISTICS) - Incomplete
SECTION IV - 10 (DRUG/ALCOHOL) -
SECTION IV - 3 (HEALTHCARE PROVIDERS) -
SECTION IV - 7 (PHARMACIES/DRUGSTORES) - Incomplete
SECTION IV - 8 (DENTAL PROCEDURES) -
SECTION IV - 9 (TOBACCO) -
SECTION IX - 1 (CONSORTIUM NAME ETC.) -
SECTION IX - 3 (RESIDENCES) -
SECTION IX - 4 (MARRIED) -
SECTION V - 5 (DISABILITY CLAIMS) -
SECTION V - 6 (LAWSUITS) -
SECTION V - 7 (BANKRUPTCY) -
SECTION VI - 1 (PHYSICAL INJURY) -
SECTION VI - 3 (EMOTIONAL DISTRESS) -
SECTION VI - 6 (WARNINGS) -
SECTION VI - 7 (3M/ARIZANT COMMUNICATIONS) -
SECTION VI - 8 (3M/ARIZANT WARRANTY) -
SECTION VI - 9 (AUGUSTINE) -
SECTION VII - 1 (LOST PAST WAGES) -
SECTION VII - 2 (LOST FUTURE WAGES) -
SECTION VIII - 2 (VERBAL/WRITTEN STATEMENT) -
X.01 - SIGNED AUTHORIZATION - Incomplete
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Kennedy Hodges
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - mtg@kennedyhodges.com



**BLACKWELL BURKE** P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

November 17, 2017

**VIA EMAIL AND U.S. MAIL**
David W. Hodges
Kennedy Hodges, L.L.P.
4409 Montrose Blvd, Ste 200
Houston, TX, 77006
mtg@kennedyhodges.com

Re:     *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
        MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
        *McLaughlin v. 3M Company et al* Case No.: 0:17-cv-03233-JNE-FLN

Dear Counsel:

We are in receipt of the Plaintiff Fact Sheet (PFS) for the above-captioned matter.  The PFS has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations."  Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'"  In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured.  When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "McLaughlin_Robert_17-cv-3233_1_McLaughlin_Robert_17-cv-3233_1"         McLaughlin_Robert_1
7-cv-
3233_1_McLaughlin_R
obert_17-cv-3233_1

PLAINTIFFS' LAST NAME - McLaughlin
PLAINTIFFS' FIRST NAME - Robert
CASE NO. - 17-cv-3233
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 01, 02, 03, 05, 06, 07, 08, 09, 10, 11, 12, 13, 14, 15, 16
SECTION III   (SURGERY INFORMATION) -
SECTION IV - 1 (VITAL STATISTICS) - Incomplete
SECTION IV - 10   (DRUG/ALCOHOL) - Incomplete
SECTION IV - 3 (HEALTHCARE PROVIDERS) -
SECTION IV - 7   (PHARMACIES/DRUGSTORES) - Incomplete
SECTION IV - 8   (DENTAL PROCEDURES) - Incomplete
SECTION IV - 9   (TOBACCO) - Incomplete
SECTION IX - 1   (CONSORTIUM NAME ETC.) - Incomplete
SECTION IX - 3   (RESIDENCES) - Incomplete
SECTION IX - 4   (MARRIED) - Incomplete
SECTION V - 5   (DISABILITY CLAIMS) - Incomplete
SECTION V - 6   (LAWSUITS) - Incomplete
SECTION V - 7   (BANKRUPTCY) - Incomplete
SECTION VI - 1   (PHYSICAL INJURY) - Incomplete
SECTION VI - 3   (EMOTIONAL DISTRESS) - Incomplete
SECTION VI - 6   (WARNINGS) - Incomplete
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) - Incomplete
SECTION VI - 8   (3M/ARIZANT WARRANTY) - Incomplete
SECTION VI - 9   (AUGUSTINE) - Incomplete
SECTION VII - 1   (LOST PAST WAGES) - Incomplete
SECTION VII - 2   (LOST FUTURE WAGES) - Incomplete
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) - Incomplete
X.01 - SIGNED AUTHORIZATION - Incomplete
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Kennedy Hodges, L.L.P.
I.03.D2 – PLAINTIFFS' COUNSEL'S FAX   - 713-523-1116

# Exhibit B



BLACKWELL
BURKE P.A.

October 12, 2017

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

**VIA EMAIL AND U.S. MAIL**
Daniel A. Nigh
Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A.
316 South Baylen St. Suite 400
Pensacola, Florida 32502
dnigh@levinlaw.com

> Re:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
>       MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
>       *Gruetzmacher v. 3M Company* Case No.: 0:17-cv-00998-JNE-FLN

Dear Counsel:

We are in receipt of the second amended Plaintiff Fact Sheet (PFS) for the above-captioned matter. The second amended PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original and/or any amended PFS. An updated verification is required, however, to be served along with the amended PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Gruetzmacher_Laura _017-cv-00998_1_Gruetzmacher_Laura _017-cv-00998_1"

Gruetzmacher_Laura _017-cv-00998_1_Gruetzmacher_Laura _017-cv-00998_1

PLAINTIFFS' LAST NAME - Gruetzmacher
PLAINTIFFS' FIRST NAME - Laura
CASE NO. - 0:17-cv-00998
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 01, 02, 03, 07, 08, 09
SECTION III   (SURGERY INFORMATION) -
SECTION IV - 1 (VITAL STATISTICS) -
SECTION IV - 10   (DRUG/ALCOHOL) -
SECTION IV - 3 (HEALTHCARE PROVIDERS) -
SECTION IV - 7   (PHARMACIES/DRUGSTORES) - Incomplete
SECTION IV - 8   (DENTAL PROCEDURES) -
SECTION IV - 9   (TOBACCO) -
SECTION IX - 1   (CONSORTIUM NAME ETC.) -
SECTION IX - 3   (RESIDENCES) -
SECTION IX - 4   (MARRIED) -
SECTION V - 5   (DISABILITY CLAIMS) -
SECTION V - 6   (LAWSUITS) -
SECTION V - 7   (BANKRUPTCY) -
SECTION VI - 1   (PHYSICAL INJURY) - Incomplete
SECTION VI - 3   (EMOTIONAL DISTRESS) -
SECTION VI - 6   (WARNINGS) -
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) -
SECTION VI - 8   (3M/ARIZANT WARRANTY) -
SECTION VI - 9   (AUGUSTINE) -
SECTION VII - 1   (LOST PAST WAGES) -
SECTION VII - 2   (LOST FUTURE WAGES) - Incomplete
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) -
X.01 - SIGNED AUTHORIZATION - Incomplete
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A.
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - dnigh@levinlaw.com



**BLACKWELL BURKE** P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

October 12, 2017

**VIA EMAIL AND U.S. MAIL**
Daniel A. Nigh
Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A.
316 South Baylen St. Suite 400
Pensacola, Florida 32502
dnigh@levinlaw.com

> Re:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
> MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
> *Guzman v. 3M Company* Case No.: 0:17-cv-01017-JNE-FLN

Dear Counsel:

We are in receipt of the second amended Plaintiff Fact Sheet (PFS) for the above-captioned matter. The second amended PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original and/or any amended PFS. An updated verification is required, however, to be served along with the amended PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Guzman_Maria_017-cv-01017_1_Guzman_Maria_017-cv-01017_1"

**Guzman_Maria_017-cv-01017_1_Guzman_Maria_017-cv-01017_1**

PLAINTIFFS' LAST NAME - Guzman
PLAINTIFFS' FIRST NAME - Maria
CASE NO. - 0:17-cv-01017
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 01, 02, 03, 05, 06, 09, 10
SECTION III   (SURGERY INFORMATION) -
SECTION IV - 1 (VITAL STATISTICS) -
SECTION IV - 10   (DRUG/ALCOHOL) -
SECTION IV - 3 (HEALTHCARE PROVIDERS) -
SECTION IV - 7   (PHARMACIES/DRUGSTORES) -
SECTION IV - 8   (DENTAL PROCEDURES) -
SECTION IV - 9   (TOBACCO) -
SECTION IX - 1   (CONSORTIUM NAME ETC.) -
SECTION IX - 3   (RESIDENCES) -
SECTION IX - 4   (MARRIED) -
SECTION V - 5   (DISABILITY CLAIMS) -
SECTION V - 6   (LAWSUITS) -
SECTION V - 7   (BANKRUPTCY) -
SECTION VI - 1   (PHYSICAL INJURY) - Incomplete
SECTION VI - 3   (EMOTIONAL DISTRESS) -
SECTION VI - 6   (WARNINGS) -
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) -
SECTION VI - 8   (3M/ARIZANT WARRANTY) -
SECTION VI - 9   (AUGUSTINE) -
SECTION VII - 1   (LOST PAST WAGES) -
SECTION VII - 2   (LOST FUTURE WAGES) -
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) -
X.01 - SIGNED AUTHORIZATION - Incomplete
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A.
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - dnigh@levinlaw.com



**BLACKWELL**
**BURKE** P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

November 01, 2017

**VIA EMAIL AND U.S. MAIL**
Daniel A. Nigh
Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A.
316 South Baylen St. Suite 400
Pensacola, Florida 32502
dnigh@levinlaw.com

> Re:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
> MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
> *Husman v. 3M Company* Case No.: 0:17-cv-01139-JNE-FLN

Dear Counsel:

We are in receipt of the second amended Plaintiff Fact Sheet (PFS) for the above-captioned matter. The second amended PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original and/or any amended PFS. An updated verification is required, however, to be served along with the amended PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Husman_Raymond_017-cv-01139_1_Husman_Raymond_017-cv-01139_1"          Husman_Raymond_01
                                                                             7-cv-
                                                                             01139_1_Husman_Ray
                                                                             mond_017-cv-01139_1

PLAINTIFFS' LAST NAME - Husman
PLAINTIFFS' FIRST NAME - Raymond
CASE NO. - 0:17-cv-01139
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 01, 02, 03, 05, 06, 07, 08, 09, 10, 11, 12, 13
SECTION III   (SURGERY INFORMATION) - Incomplete
SECTION III - INCOMPLETE QUESTIONS - 04, 05
SECTION IV - 1 (VITAL STATISTICS) - Incomplete
SECTION IV - 10   (DRUG/ALCOHOL) - Incomplete
SECTION IV - 3 (HEALTHCARE PROVIDERS) -
SECTION IV - 7   (PHARMACIES/DRUGSTORES) - Incomplete
SECTION IV - 8   (DENTAL PROCEDURES) - Incomplete
SECTION IV - 9   (TOBACCO) - Incomplete
SECTION IX - 1   (CONSORTIUM NAME ETC.) - Incomplete
SECTION IX - 3   (RESIDENCES) - Incomplete
SECTION IX - 4   (MARRIED) - Incomplete
SECTION V - 5   (DISABILITY CLAIMS) - Incomplete
SECTION V - 6   (LAWSUITS) - Incomplete
SECTION V - 7   (BANKRUPTCY) - Incomplete
SECTION VI - 1   (PHYSICAL INJURY) - Incomplete
SECTION VI - 3   (EMOTIONAL DISTRESS) - Incomplete
SECTION VI - 6   (WARNINGS) - Incomplete
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) - Incomplete
SECTION VI - 8   (3M/ARIZANT WARRANTY) - Incomplete
SECTION VI - 9   (AUGUSTINE) -
SECTION VII - 1   (LOST PAST WAGES) - Incomplete
SECTION VII - 2   (LOST FUTURE WAGES) - Incomplete
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) -
X.01 - SIGNED AUTHORIZATION - Incomplete
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A.
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - dnigh@levinlaw.com



**BLACKWELL BURKE** P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

November 13, 2017

**VIA EMAIL AND U.S. MAIL**
Daniel A. Nigh
Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA
316 South Baylen St. Suite 400
Pensacola, Florida 32502
dnigh@levinlaw.com

> Re:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
> MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
> *Pickens v. 3M Company* Case No.: 0:17-cv-01215-JNE-FLN

Dear Counsel:

We are in receipt of the second amended Plaintiff Fact Sheet (PFS) for the above-captioned matter. The second amended PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original and/or any amended PFS. An updated verification is required, however, to be served along with the amended PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Pickens_Michael_017-cv-01215_1_Pickens_Michael_017-cv-01215_1"

Pickens_Michael_017-cv-01215_1_Pickens_Mich
ael_017-cv-01215_1

PLAINTIFFS' LAST NAME - Pickens
PLAINTIFFS' FIRST NAME - Michael
CASE NO. - 0:17-cv-01215
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 02, 03, 06, 08, 09, 10, 11, 12, 13
SECTION III   (SURGERY INFORMATION) - Incomplete
SECTION III - INCOMPLETE QUESTIONS - 03
SECTION IV - 1 (VITAL STATISTICS) - Incomplete
SECTION IV - 10   (DRUG/ALCOHOL) - Incomplete
SECTION IV - 3 (HEALTHCARE PROVIDERS) -
SECTION IV - 7   (PHARMACIES/DRUGSTORES) -
SECTION IV - 8   (DENTAL PROCEDURES) -
SECTION IV - 9   (TOBACCO) - Incomplete
SECTION IX - 1   (CONSORTIUM NAME ETC.) -
SECTION IX - 3   (RESIDENCES) -
SECTION IX - 4   (MARRIED) -
SECTION V - 5   (DISABILITY CLAIMS) - Incomplete
SECTION V - 6   (LAWSUITS) - Incomplete
SECTION V - 7   (BANKRUPTCY) - Incomplete
SECTION VI - 1   (PHYSICAL INJURY) - Incomplete
SECTION VI - 3   (EMOTIONAL DISTRESS) - Incomplete
SECTION VI - 6   (WARNINGS) -
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) -
SECTION VI - 8   (3M/ARIZANT WARRANTY) -
SECTION VI - 9   (AUGUSTINE) -
SECTION VII - 1   (LOST PAST WAGES) - Incomplete
SECTION VII - 2   (LOST FUTURE WAGES) - Incomplete
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) - Incomplete
X.01 - SIGNED AUTHORIZATION - Incomplete
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Levin, Papantonio
I.03.D2 – PLAINTIFFS' COUNSEL'S FAX   - (850)435-7020



Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

November 13, 2017

**VIA EMAIL AND U.S. MAIL**
Daniel A. Nigh
Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A
316 South Baylen St. Suite 400
Pensacola, Florida 32502
dnigh@levinlaw.com

> Re:    *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
>          MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
>          *Sparks v. 3M Company* Case No.: 0:17-cv-01250-JNE-FLN

Dear Counsel:

We are in receipt of the second amended Plaintiff Fact Sheet (PFS) for the above-captioned matter. The second amended PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original and/or any amended PFS. An updated verification is required, however, to be served along with the amended PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Sparks_Mildred_017-cv-01250_1_Sparks_Mildred_017-cv-01250_1"                    **Sparks_Mildred_017-cv-01250_1_Sparks_Mildred_017-cv-01250_1**

PLAINTIFFS' LAST NAME - Sparks
PLAINTIFFS' FIRST NAME - Mildred
CASE NO. - 0:17-cv-01250
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) -
SECTION III   (SURGERY INFORMATION) -
SECTION IV - 1 (VITAL STATISTICS) -
SECTION IV - 10   (DRUG/ALCOHOL) -
SECTION IV - 3 (HEALTHCARE PROVIDERS) - Incomplete
SECTION IV - 7   (PHARMACIES/DRUGSTORES) - Incomplete
SECTION IV - 8   (DENTAL PROCEDURES) - Incomplete
SECTION IV - 9   (TOBACCO) -
SECTION IX - 1   (CONSORTIUM NAME ETC.) -
SECTION IX - 3   (RESIDENCES) -
SECTION IX - 4   (MARRIED) -
SECTION V - 5   (DISABILITY CLAIMS) -
SECTION V - 6   (LAWSUITS) -
SECTION V - 7   (BANKRUPTCY) -
SECTION VI - 1   (PHYSICAL INJURY) -
SECTION VI - 3   (EMOTIONAL DISTRESS) -
SECTION VI - 6   (WARNINGS) -
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) -
SECTION VI - 8   (3M/ARIZANT WARRANTY) -
SECTION VI - 9   (AUGUSTINE) -
SECTION VII - 1   (LOST PAST WAGES) -
SECTION VII - 2   (LOST FUTURE WAGES) -
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) -
X.01 - SIGNED AUTHORIZATION - Incomplete
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A.
I.03.D2 – PLAINTIFFS' COUNSEL'S FAX   - (850)435-7020


**BLACKWELL BURKE** P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

November 13, 2017

**VIA EMAIL AND U.S. MAIL**
Daniel A. Nigh
Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A
316 South Baylen St. Suite 400
Pensacola, Florida 32502
dnigh@levinlaw.com

Re:     *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
        MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
        *Peters v. 3M Company* Case No.: 0:17-cv-01323-JNE-FLN

Dear Counsel:

We are in receipt of the second amended Plaintiff Fact Sheet (PFS) for the above-captioned matter. The second amended PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original and/or any amended PFS. An updated verification is required, however, to be served along with the amended PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Peters_Christopher_017-cv-01323_1_Peters_Christopher_017-cv-01323_1"            Peters_Christopher_0
17-cv-
01323_1_Peters_Christ
opher_017-cv-01323_1

PLAINTIFFS' LAST NAME - Peters
PLAINTIFFS' FIRST NAME - Christopher
CASE NO. - 0:17-cv-01323
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 01, 02, 03, 05, 06, 08, 09, 10, 11, 12, 13, 14, 15, 16
SECTION III   (SURGERY INFORMATION) - Incomplete
SECTION III - INCOMPLETE QUESTIONS - 01, 02, 03, 04, 05
SECTION IV - 1 (VITAL STATISTICS) - Incomplete
SECTION IV - 10   (DRUG/ALCOHOL) - Incomplete
SECTION IV - 3 (HEALTHCARE PROVIDERS) - Incomplete
SECTION IV - 7   (PHARMACIES/DRUGSTORES) - Incomplete
SECTION IV - 8   (DENTAL PROCEDURES) - Incomplete
SECTION IV - 9   (TOBACCO) - Incomplete
SECTION IX - 1   (CONSORTIUM NAME ETC.) - Incomplete
SECTION IX - 3   (RESIDENCES) - Incomplete
SECTION IX - 4   (MARRIED) - Incomplete
SECTION V - 5   (DISABILITY CLAIMS) - Incomplete
SECTION V - 6   (LAWSUITS) - Incomplete
SECTION V - 7   (BANKRUPTCY) - Incomplete
SECTION VI - 1   (PHYSICAL INJURY) - Incomplete
SECTION VI - 3   (EMOTIONAL DISTRESS) - Incomplete
SECTION VI - 6   (WARNINGS) - Incomplete
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) - Incomplete
SECTION VI - 8   (3M/ARIZANT WARRANTY) - Incomplete
SECTION VI - 9   (AUGUSTINE) - Incomplete
SECTION VII - 1   (LOST PAST WAGES) - Incomplete
SECTION VII - 2   (LOST FUTURE WAGES) - Incomplete
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) - Incomplete
X.01 - SIGNED AUTHORIZATION - Incomplete
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A.
I.03.D2 – PLAINTIFFS' COUNSEL'S FAX   - (850)435-7020



BLACKWELL BURKE P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

November 8, 2017

**VIA EMAIL AND U.S. MAIL**
Seth Webb
Brown and Crouppen, P.C.
211 N. Broadway, Suite 1600
St. Louis, MO 63102
sethw@getbc.com

Re:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
*Jadwin et al v. 3M Company et al* Case No.: 0:17-cv-01407-JNE-FLN

Dear Counsel:

We are in receipt of the second amended Plaintiff Fact Sheet (PFS) for the above-captioned matter. The second amended PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original and/or any amended PFS. An updated verification is required, however, to be served along with the amended PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Jadwin_Patti_017-cv-1407_1_Jadwin_Patti_017-cv-1407_1"

Jadwin_Patti_017-cv-
1407_1_Jadwin_Patti_0
17-cv-1407_1

PLAINTIFFS' LAST NAME - Jadwin
PLAINTIFFS' FIRST NAME - Patti
CASE NO. - 0:17-cv-1407
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 01, 02, 03, 06, 08, 09, 10, 11, 12, 13, 14, 15, 16
SECTION III   (SURGERY INFORMATION) - Incomplete
SECTION III - INCOMPLETE QUESTIONS - 01, 03, 04, 05
SECTION IV - 1 (VITAL STATISTICS) - Incomplete
SECTION IV - 10   (DRUG/ALCOHOL) - Incomplete
SECTION IV - 3 (HEALTHCARE PROVIDERS) - Incomplete
SECTION IV - 7   (PHARMACIES/DRUGSTORES) - Incomplete
SECTION IV - 8   (DENTAL PROCEDURES) - Incomplete
SECTION IV - 9   (TOBACCO) - Incomplete
SECTION IX - 1   (CONSORTIUM NAME ETC.) - Incomplete
SECTION IX - 3   (RESIDENCES) - Incomplete
SECTION IX - 4   (MARRIED) - Incomplete
SECTION V - 5   (DISABILITY CLAIMS) - Incomplete
SECTION V - 6   (LAWSUITS) - Incomplete
SECTION V - 7   (BANKRUPTCY) - Incomplete
SECTION VI - 1   (PHYSICAL INJURY) - Incomplete
SECTION VI - 3   (EMOTIONAL DISTRESS) - Incomplete
SECTION VI - 6   (WARNINGS) - Incomplete
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) - Incomplete
SECTION VI - 8   (3M/ARIZANT WARRANTY) - Incomplete
SECTION VI - 9   (AUGUSTINE) - Incomplete
SECTION VII - 1   (LOST PAST WAGES) - Incomplete
SECTION VII - 2   (LOST FUTURE WAGES) - Incomplete
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) - Incomplete
X.01 - SIGNED AUTHORIZATION - Incomplete
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Brown & Crouppen
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - sethw@getbc.com

# Exhibit C

**From:** Ben Hulse
**Sent:** Monday, December 18, 2017 2:20 PM
**To:** 'JoanEricksen_Chambers@mnd.uscourts.gov' <JoanEricksen_Chambers@mnd.uscourts.gov>;
'Noel_Chambers@mnd.uscourts.gov' <Noel_Chambers@mnd.uscourts.gov>; 'Leary, William (Judge)'
<William.Leary@courts.state.mn.us>
**Cc:** Jerry Blackwell <blackwell@blackwellburke.com>; 'Ahmann, Bridget M.'
<Bridget.Ahmann@FaegreBD.com>; 'gzimmerman@meshbesher.com'
<gzimmerman@meshbesher.com>; 'bgordon@levinlaw.com' <bgordon@levinlaw.com>;
'MVC@ciresiconlin.com' <MVC@ciresiconlin.com>; 'JMC@CiresiConlin.com' <JMC@CiresiConlin.com>;
Mary Young <myoung@blackwellburke.com>
**Subject:** Joint Agenda and Status Report for December 21 Status Conference (MDL No. 15-2666
(JNE/FLN))

Dear Judge Ericksen and Judge Noel,

In accordance with Pretrial Order No. 3, the parties submit this Joint Agenda and Status Conference
Report in preparation for the status conference scheduled for Thursday, December 21, at 9:30 a.m.  We
apologize for the delay in make this submission.

Defendants' three lists related to the Plaintiff Fact Sheets, as discussed in Section 2 of the Joint Agenda,
are also attached to this email.   Defendants' proposed pretrial order concerning the process for
substitutions for deceased plaintiffs, referenced in Section 6, is also attached.  As noted in the Joint
Agenda, Plaintiffs will oppose entry of that proposed order.

We have copied Judge Leary here as well.

Best regards,
Ben Hulse

Benjamin W. Hulse
Blackwell Burke P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN  55415
Direct (612) 343-3256
Fax (612) 343-3205

This message and any attachments may contain information that is privileged, confidential, and exempt from disclosure under applicable
law. If you are not the intended recipient or are not authorized to receive for the recipient, you are hereby notified that dissemination,
distribution or copying of this message and any attachments is strictly prohibited. If you have received this message in error, please
immediately advise the sender by reply e-mail and delete the message and any attachments. Thank you.

**Defendants' PFS List 1:  Overdue Plaintiff Fact Sheets**
(Updated December 15, 2017)

| Case Number | Title | Date Filed | Due Date | Comments | Prior Listing | Firm Name |
|---|---|---|---|---|---|---|
| 0:17-cv-01441-JNE-FLN | Morgan v. 3M Company et al | 5/1/2017 | 7/30/2017 | | 8/10/2017 9/07/2017 10/13/2017 11/07/2017 | Bernstein Liebhard LLP |
| 0:17-cv-02747-JNE-FLN | Graves v. 3M Company et al | 7/11/2017 | 10/9/2017 | | 11/7/2017 | The Olinde Firm, LLC |
| 0:17-cv-02738-JNE-FLN | Allen v. 3M Company et al | 7/11/2017 | 10/9/2017 | | 11/7/2017 | The Olinde Firm, LLC |
| 0:17-cv-02755-JNE-FLN | Morris v. 3M Company et al | 7/11/2017 | 10/9/2017 | | 11/7/2017 | Kennedy Hodges, L.L.P |
| 0:17-cv-02763-JNE-FLN | Maxheimer v. 3M Company et al | 7/11/2017 | 10/9/2017 | | 11/7/2017 | Kennedy Hodges, L.L.P |
| 0:17-cv-02881-JNE-FLN | Prince v. 3M Company et al | 7/13/2017 | 10/11/2017 | | 11/7/2017 | Bernstein Liebhard LLP |
| 0:17-cv-02853-JNE-FLN | Wallis v. 3M Company et al | 7/13/2017 | 10/11/2017 | | 11/7/2017 | Bernstein Liebhard LLP |
| 0:17-cv-02892-JNE-FLN | Saylor v. 3M Company et al | 7/14/2017 | 10/12/2017 | | 11/7/2017 | The Olinde Firm, LLC |
| 0:17-cv-03038-JNE-FLN | Schapansky v. 3M Company et al | 7/18/2017 | 10/16/2017 | | 11/7/2017 | Kennedy Hodges, L.L.P |
| 0:17-cv-03103-JNE-FLN | Ghidella v. 3M Company et al | 7/19/2017 | 10/17/2017 | | | Kennedy Hodges, L.L.P |
| 0:17-cv-03187-JNE-FLN | Gawthorp v. 3M Company et al | 7/21/2017 | 10/19/2017 | | | Kennedy Hodges, L.L.P |
| 0:17-cv-03252-JNE-FLN | Gorbett v. 3M Company et al | 7/23/2017 | 10/21/2017 | | | Bernstein Liebhard LLP |
| 0:17-cv-03380-JNE-FLN | Rowan v. 3M Company et al | 7/27/2017 | 10/24/2017 | | | Bernstein Liebhard LLP |
| 0:17-cv-03414-JNE-FLN | Towsley v. 3M Company et al | 7/27/2017 | 10/25/2017 | | | Sexton & Shelor |
| 0:17-cv-03413-JNE-FLN | Williams, Wanda v. 3M Company, et al | 7/28/2017 | 10/26/2017 | | | Sexton & Shelor |
| 0:17-cv-03441-JNE-FLN | Landers v. 3M Company et al | 7/28/2017 | 10/26/2017 | | | Kirtland and Packard LLP |
| 0:17-cv-03440-JNE-FLN | Williams v. 3M Company et al | 7/31/2017 | 10/29/2017 | | | Kirtland and Packard LLP |
| 0:17-cv-03573-JNE-FLN | Parker v. 3M Company et al | 8/4/2017 | 11/2/2017 | | | Bernstein Liebhard LLP |
| 0:17-cv-03658-JNE-FLN | Beach v. 3M Company et al | 8/9/2017 | 11/7/2017 | | | Bernstein Liebhard LLP |
| 0:17-cv-03679-JNE-FLN | Elliott, Steve v. 3M Company et al | 8/11/2017 | 11/9/2017 | | | Bernstein Liebhard LLP |
| 0:17-cv-03811-JNE-FLN | Pope v. 3M Company et al | 8/17/2017 | 11/15/2017 | | | Kirtland and Packard LLP |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).

**Defendants' PFS List 1:  Overdue Plaintiff Fact Sheets**
(Updated December 15, 2017)

| Case Number | Title | Date Filed | Due Date | Comments | Prior Listing | Firm Name |
|---|---|---|---|---|---|---|
| 0:17-cv-03819-JNE-FLN | Mazer v. 3M Company et al | 8/18/2017 | 11/15/2017 | | | Hollis Legal Solutions, PLLC |
| 0:17-cv-03823-JNE-FLN | Miller, Carol v. 3M Company et al | 8/18/2017 | 11/15/2017 | | | Bernstein Liebhard LLP |
| 0:17-cv-03868-JNE-FLN | Montgomery, Harold et al v. 3M Company et al | 8/22/2017 | 11/19/2017 | | | Schlichter Bogard & Denton, LLP |
| 0:17-cv-03895-JNE-FLN | Loving v. 3M Company et al | 8/23/2017 | 11/20/2017 | | | Kennedy Hodges |
| 0:17-cv-03937-JNE-FLN | Siegel v. 3M Company et al | 8/24/2017 | 11/21/2017 | | | Bernstein Liebhard LLP |
| 0:17-cv-03948-JNE-FLN | Gilliam et al v. 3M Company et al | 8/25/2017 | 11/23/2017 | | | Brent Coon & Associates |
| 0:17-cv-03950-JNE-FLN | Jacks et al v. 3M Company et al | 8/25/2017 | 11/23/2017 | | | Brent Coon & Associates |
| 0:17-cv-03952-JNE-FLN | Pratt et al v. 3M Company et al | 8/25/2017 | 11/23/2017 | | | Brent Coon & Associates |
| 0:17-cv-03956-JNE-FLN | Reeves v. 3M Company et al | 8/25/2017 | 11/23/2017 | | | Kennedy Hodges |
| 0:17-cv-03954-JNE-FLN | Rietz et al v. 3M Company et al | 8/25/2017 | 11/23/2017 | | | Brent Coon & Associates |
| 0:17-cv-03962-JNE-FLN | Sale et al v. 3M Company et al | 8/25/2017 | 11/23/2017 | | | Brent Coon & Associates |
| 0:17-cv-03964-JNE-FLN | Taylor, Whitney and Pat et al v. 3M Company et al | 8/25/2017 | 11/23/2017 | | | Brent Coon & Associates |
| 0:17-cv-03994-JNE-FLN | Cook, Delores v. 3M Company et al | 8/25/2017 | 11/23/2017 | | | Bernstein Liebhard LLP |
| 0:17-cv-03997-JNE-FLN | Keith, Wesley v. 3M Company et al | 8/28/2017 | 11/25/2017 | | | The Miller Firm, LLC |
| 0:17-cv-04005-JNE-FLN | Salazar v. 3M Company et al | 8/28/2017 | 11/25/2017 | | | Kirtland and Packard LLP |
| 0:17-cv-04028-JNE-FLN | Allagas v. Arizant Healthcare, Inc. et al | 8/29/2017 | 11/26/2017 | | | Kirtland and Packard LLP |
| 0:17-cv-04009-JNE-FLN | Rude v. 3M Company et al | 8/30/2017 | 11/27/2017 | | | Bernstein Liebhard LLP |
| 0:17-cv-04043-JNE-FLN | Ground v. 3M Company et al | 8/30/2017 | 11/27/2017 | | | Bernstein Liebhard LLP |
| 0:17-cv-04094-JNE-FLN | O'Connell v. 3M Company et al | 8/31/2017 | 11/28/2017 | | | Bachus & Schanker, LLC |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).

**Defendants' PFS List 1:  Overdue Plaintiff Fact Sheets**
(Updated December 15, 2017)

| Case Number | Title | Date Filed | Due Date | Comments | Prior Listing | Firm Name |
|---|---|---|---|---|---|---|
| 0:17-cv-04084-JNE-FLN | Pemberton, Debora  v. 3M Company et al | 8/31/2017 | 11/28/2017 | | | Bernstein Liebhard LLP |
| 0:17-cv-04065-JNE-FLN | Smigla v. 3M Company et al | 8/31/2017 | 11/28/2017 | | | Bernstein Liebhard LLP |
| 0:17-cv-04143-JNE-FLN | Gregovich v. 3M Company et al | 9/5/2017 | 12/4/2017 | | | Kirtland and Packard LLP |
| 0:17-cv-04145-JNE-FLN | Harper v. 3M Company et al | 9/5/2017 | 12/4/2017 | | | Kirtland and Packard LLP |
| 0:17-cv-04148-JNE-FLN | Thomas, Collin et al v. 3M Company et al | 9/6/2017 | 12/5/2017 | | | Bachus & Schanker, LLC |
| 0:17-cv-04158-JNE-FLN | Young, Debra v. 3M Company et al | 9/7/2017 | 12/6/2017 | | | Kirtland and Packard LLP |
| 0:17-cv-04177-JNE-FLN | Butler, James v. 3M Company et al | 9/7/2017 | 12/6/2017 | | | Kennedy Hodges |
| 0:17-cv-04182-JNE-FLN | Roberts, Carol v. 3M Company et al | 9/7/2017 | 12/6/2017 | | | Kirtland and Packard LLP |
| 0:17-cv-04230-JNE-FLN | Metivier v. 3M Company et al | 9/12/2017 | 12/11/2017 | | | Kirtland and Packard LLP |
| 0:17-cv-03941-JNE-FLN | Martinez v. 3M Company et al | 8/24/2017 | 11/29/2017 | | | DeGaris & Rogers, LLC |
| 0:17-cv-03925-JNE-FLN | Smith, June  v. 3M Company et al | 8/24/2017 | 11/29/2017 | | | DeGaris & Rogers, LLC |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).

**Defendants' PFS List 2:  Plaintiffs Who Have Not Responded to Defendants' Deficiency Notices**
(Updated December 15, 2017)

| Case Number | Title | 1st Deficiency Notice Sent | Response Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:17-cv-01879-JNE-FLN | Sellers v. 3M Company et al | 9/28/2017 | 10/19/2017 | 11/7/2017 | Kennedy Hodges, L.L.P. |
| 0:17-cv-01027-JNE-FLN | Warren v. 3M Company et al | 10/12/2017 | 11/2/2017 | 11/7/2017 | Bernstein Liebhard LLP |
| 0:17-cv-02099-JNE-FLN | Osborne v. 3M Company et al | 10/12/2017 | 11/2/2017 | 11/7/2017 | Kennedy Hodges, L.L.P. |
| 0:17-cv-02231-JNE-FLN | Nunn v. 3M Company et al | 10/18/2017 | 11/8/2017 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-02319-JNE-FLN | Taylor, Mary v. 3M Company et al | 10/24/2017 | 11/15/2017 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-02383-JNE-FLN | Blancett v. 3M Company et al | 10/25/2017 | 11/16/2017 | | Kennedy Hodges, L.L.P |
| 0:17-cv-02415-JNE-FLN | Pickett v. 3M Company et al | 10/25/2017 | 11/16/2017 | | Kennedy Hodges, L.L.P |
| 0:17-cv-02452-JNE-FLN | Suchan v. 3M Company et al | 10/25/2017 | 11/16/2017 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-02589-JNE-FLN | Rashad v. 3M Company et al | 10/31/2017 | 11/21/2017 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-02642-JNE-FLN | Richey v. 3M Company et al | 11/2/2017 | 11/23/2017 | | Kennedy Hodges, L.L.P |
| 0:17-cv-02726-JNE-FLN | McCall v. 3M Company et al | 11/7/2017 | 11/28/2017 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-02745-JNE-FLN | Devries v. 3M Company et al | 11/6/2017 | 11/27/2017 | | The Olinde Firm, LLC |
| 0:17-cv-03795-JNE-FLN | Winston v. 3M Company et al | 11/8/2017 | 11/29/2017 | | Bachus & Schanker, LLC |
| 0:17-cv-03101-JNE-FLN | Perry v. 3M Company et al | 11/14/2017 | 12/5/2017 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-03233-JNE-FLN | McLaughlin v. 3M Company et al | 11/17/2017 | 12/8/2017 | | Kennedy Hodges, L.L.P. |
| Case Number | Title | 2nd Deficiency Notice Sent | Response Due Date | | Firm Name |
| 0:17-cv-00286-JNE-FLN | Charles v. 3M Company et al. | 8/14/2017 | 9/4/2017 | 9/7/2017 10/13/2017 11/07/2017 | The Law offices of Travis R. Walker, P.A |
| 0:17-cv-01082-JNE-FLN | Petrakis v. 3M Company et al | 9/18/2017 | 10/9/2017 | 11/7/2017 | Kennedy Hodges, L.L.P. |
| 0:17-cv-01122-JNE-FLN | Griggs v. 3M Company et al | 10/25/2017 | 11/15/2017 | | The Olinde Firm, LLC |
| 0:17-cv-01731-JNE-FLN | Ethelbah v. 3M Company et al | 11/14/2017 | 12/5/2017 | | Lockridge, Grindal Nauen P.L.L.P. |
| 0:16-cv-04381-JNE-FLN | Manzanares v. 3M Company et al | 11/20/2017 | 12/11/2017 | | Bernstein Liebhard LLP |

**Defendants' PFS List 2:  Plaintiffs Who Have Not Responded to Defendants' Deficiency Notices**
(Updated December 15, 2017)

| Case Number | Title | 3rd Deficiency Notice Sent | Response Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:17-cv-00288-JNE-FLN | Bradford v. 3M Company et al | 9/29/2017 | 10/20/2017 | 11/7/2017 | The Law offices of Travis R. Walker, P.A. |
| 0:15-cv-03736-JNE-FLN | Printup v. 3M Company et al | 6/28/2017 | 7/19/2017 | | Gustafson Gluek PLLC |

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated December 15, 2017)

| Case Number | Title | 3rd Deficiency Sent | Prior Listing | Firm Name |
|---|---|---|---|---|
| 0:16-cv-03618-JNE-FLN | Messner-Katzer v. 3M Company et al | 5/16/2017 | 06/09/2017 07/14/2017 08/11/2017 09/07/2017 10/13/2017 | Capretz & Associates |
| 0:17-cv-00343-JNE-FLN | Grooms v. 3M Company | 8/24/2017 | 11/7/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-00570-JNE-FLN | Harrison v. 3M Company | 9/1/2017 | 10/13/2017 11/7/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-00640-JNE-FLN | Johnson v. 3M Company et al | 10/3/2017 | 11/7/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-00711-JNE-FLN | Garcia v. 3M Company | 10/16/2017 | 11/7/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-00998-JNE-FLN | Gruetzmacher v. 3M Company | 10/16/2017 | 11/7/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01017-JNE-FLN | Guzman v. 3M Company | 10/16/2017 | 11/7/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-02212-JNE-FLN | Smith, Leonard | 10/12/2017 | 11/7/2017 | Brown & Crouppen, PC |
| 0:16-cv-03991-JNE-FLN | Overko v. 3M Company | 6/30/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01139-JNE-FLN | Husman v. 3M Company | 11/1/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01407-JNE-FLN | Jadwin et al v. 3M Company et al | 11/8/2017 | | Brown and Crouppen, P.C. |
| 0:17-cv-01323-JNE-FLN | Peters v. 3M Company | 11/13/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:17-cv-01215-JNE-FLN | Pickens v. 3M Company | 11/13/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:17-cv-01250-JNE-FLN | Sparks v. 3M Company | 11/13/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |

# Exhibit D

**From:** Ben Hulse
**Sent:** Friday, January 12, 2018 9:36 PM
**To:** Genevieve Zimmerman <gzimmerman@meshbesher.com>;
JoanEricksen_Chambers@mnd.uscourts.gov; noel_chambers@mnd.uscourts.gov
**Cc:** Jerry Blackwell <blackwell@blackwellburke.com>; Mary Young
<myoung@blackwellburke.com>; Jan Conlin <JMC@ciresiconlin.com>; Ben Gordon
<bgordon@levinlaw.com>; David Szerlag <david@pritzkerlaw.com>
**Subject:** RE: MDL 2666 - Bair Hugger - Joint Status Report and Suggested Agenda for Status
Conference

Dear Judge Ericksen and Judge Noel,

Defendants' three lists related to the Plaintiff Fact Sheets, as discussed in Section 2 of the Joint
Status Report, are attached to this email.

Best regards,
Ben Hulse

Benjamin W. Hulse
Blackwell Burke P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN  55415
Direct (612) 343-3256
Fax (612) 343-3205

This message and any attachments may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient or are not authorized to receive for the recipient, you are hereby notified that dissemination, distribution or copying of this message and any attachments is strictly prohibited. If you have received this message in error, please immediately advise the sender by reply e-mail and delete the message and any attachments. Thank you.

**From:** Genevieve Zimmerman [mailto:gzimmerman@meshbesher.com]
**Sent:** Friday, January 12, 2018 6:08 PM
**To:** JoanEricksen_Chambers@mnd.uscourts.gov; noel_chambers@mnd.uscourts.gov
**Cc:** Jerry Blackwell <blackwell@blackwellburke.com>; Mary Young
<myoung@blackwellburke.com>; Ben Hulse <BHulse@blackwellburke.com>; Jan Conlin
<JMC@ciresiconlin.com>; Ben Gordon <bgordon@levinlaw.com>; David Szerlag
<david@pritzkerlaw.com>
**Subject:** MDL 2666 - Bair Hugger - Joint Status Report and Suggested Agenda for Status
Conference

Dear Judge Ericksen and Judge Noel,

Attached please find the parties' Joint Status Report and Suggested Agenda for the MDL status
conference next week. This is being submitted jointly.

Additionally please find Plaintiffs' Proposed Order concerning repopulating the bellwether pool. The
Defendants submitted their requested order earlier this week.

Please feel free to contact us with questions.

Respectfully submitted,

Genevieve Zimmerman

Genevieve M. Zimmerman
Meshbesher & Spence Ltd.
1616 Park Avenue
Minneapolis, MN 55404
(612) 339-9121 (office)
(612) 339-9188 (fax)
(651) 208-8357 (cell)

**Defendants' PFS List 1:  Overdue Plaintiff Fact Sheets**
(Updated January 12, 2018)

| Case Number | Title | Date Filed | Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:17-cv-02738-JNE-FLN | Allen, Janet v. 3M Company et al | 7/11/2017 | 10/9/2017 | 11/7/2017 12/15/2017 | The Olinde Firm, LLC |
| 0:17-cv-02747-JNE-FLN | Graves, Elizabeth v. 3M Company et al | 7/11/2017 | 10/9/2017 | 11/7/2017 12/15/2017 | The Olinde Firm, LLC |
| 0:17-cv-02755-JNE-FLN | Morris, Kathlynn v. 3M Company et al | 7/11/2017 | 10/9/2017 | 11/7/2017 12/15/2017 | Kennedy Hodges, LLP |
| 0:17-cv-02763-JNE-FLN | Maxheimer v. 3M Company et al | 7/11/2017 | 10/9/2017 | 11/7/2017 12/15/2017 | Kennedy Hodges, LLP |
| 0:17-cv-02881-JNE-FLN | Prince, Nadine v. 3M Company et al | 7/13/2017 | 10/11/2017 | 11/7/2017 12/15/2017 | Bernstein Liebhard LLP |
| 0:17-cv-02892-JNE-FLN | Saylor, Lee v. 3M Company et al | 7/14/2017 | 10/12/2017 | 11/7/2017 12/15/2017 | The Olinde Firm, LLC |
| 0:17-cv-03038-JNE-FLN | Schapansky, Ray v. 3M Company et al | 7/18/2017 | 10/16/2017 | 11/7/2017 12/15/2017 | Kennedy Hodges, LLP |
| 0:17-cv-03103-JNE-FLN | Ghidella v. 3M Company et al | 7/19/2017 | 10/17/2017 | 12/15/2017 | Kennedy Hodges, LLP |
| 0:17-cv-03187-JNE-FLN | Gawthorp v. 3M Company et al | 7/21/2017 | 10/19/2017 | 12/15/2017 | Kennedy Hodges, LLP |
| 0:17-cv-03819-JNE-FLN | Mazer, Marc v. 3M Company et al | 8/18/2017 | 11/15/2017 | 12/15/2017 | Hollis Legal Solutions, PLLC |
| 0:17-cv-03823-JNE-FLN | Miller, Carol v. 3M Company et al | 8/18/2017 | 11/15/2017 | 12/15/2017 | Bernstein Liebhard LLP |
| 0:17-cv-03895-JNE-FLN | Loving, Dorothy v. 3M Company et al | 8/23/2017 | 11/20/2017 | 12/15/2017 | Kennedy Hodges, LLP |
| 0:17-cv-03948-JNE-FLN | Gilliam, Lisette et al v. 3M Company et al | 8/25/2017 | 11/23/2017 | 12/15/2017 | Brent Coon & Associates |
| 0:17-cv-03954-JNE-FLN | Rietz, Mary et al v. 3M Company et al | 8/25/2017 | 11/23/2017 | 12/15/2017 | Brent Coon & Associates |
| 0:17-cv-03956-JNE-FLN | Reeves, William v. 3M Company et al | 8/25/2017 | 11/23/2017 | 12/15/2017 | Kennedy Hodges, LLP |
| 0:17-cv-04005-JNE-FLN | Salazar, Antonio v. 3M Company et al | 8/28/2017 | 11/25/2017 | 12/15/2017 | Kirtland and Packard LLP |

**Defendants' PFS List 1:  Overdue Plaintiff Fact Sheets**
(Updated January 12, 2018)

| Case Number | Title | Date Filed | Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:17-cv-04028-JNE-FLN | Allagas, Victoria v. Arizant Healthcare, Inc. et al | 8/29/2017 | 11/26/2017 | 12/15/2017 | Kirtland and Packard LLP |
| 0:17-cv-04094-JNE-FLN | O'Connell, Karen v. 3M Company et al | 8/31/2017 | 11/28/2017 | 12/15/2017 | Bachus & Schanker, LLC |
| 0:17-cv-04148-JNE-FLN | Thomas, Collin et al v. 3M Company et al | 9/6/2017 | 12/5/2017 | 12/15/2017 | Bachus & Schanker, LLC |
| 0:17-cv-04158-JNE-FLN | Young, Debra v. 3M Company et al | 9/7/2017 | 12/6/2017 | 12/15/2017 | Kirtland and Packard LLP |
| 0:17-cv-04177-JNE-FLN | Butler, James v. 3M Company et al | 9/7/2017 | 12/6/2017 | 12/15/2017 | Kennedy Hodges |
| 0:17-cv-04182-JNE-FLN | Roberts, Carol v. 3M Company et al | 9/7/2017 | 12/6/2017 | 12/15/2017 | Kirtland and Packard LLP |
| 0:17-cv-04230-JNE-FLN | Metivier, Gwendylen v. 3M Company et al | 9/12/2017 | 12/11/2017 | 12/15/2017 | Kirtland and Packard LLP |
| 0:17-cv-04229-JNE-FLN | Wager, Geraldine v. 3M Company et al | 9/13/2017 | 12/12/2017 | | Kirtland & Packard LLP |
| 0:17-cv-04272-JNE-FLN | Moody, Virginia v. 3M Company et al | 9/14/2017 | 12/13/2017 | | Kirtland & Packard LLP |
| 0:17-cv-04283-JNE-FLN | Stancil, Rickie et al v. 3M Company et al | 9/15/2017 | 12/14/2017 | | Schlichter, Bogard & Denton, LLP |
| 0:17-cv-04293-JNE-FLN | Mason, Kenneth v. 3M Company et al | 9/18/2017 | 12/17/2017 | | Davis & Crump, P.C. |
| 0:17-cv-04294-JNE-FLN | Washington, Vinetta v. 3M Company et al | 9/18/2017 | 12/17/2017 | | Bachus & Schanker, LLC |
| 0:17-cv-04298-JNE-FLN | Colby, Charles Gilbert v. 3M Company et al | 9/18/2017 | 12/17/2017 | | Pro se |
| 0:17-cv-04313-JNE-FLN | McNease, Janet v. 3M Company et al | 9/19/2017 | 12/18/2017 | | Kirtland and Packard LLP |
| 0:17-cv-04314-JNE-FLN | Sherrod, Leroy v. 3M Company et al | 9/19/2017 | 12/18/2017 | | Kirtland and Packard LLP |
| 0:17-cv-04366-JNE-FLN | Thames, Gregory v. 3M Company et al | 9/22/2017 | 12/21/2017 | | Schlichter Bogard & Denton, LLP |

**Defendants' PFS List 1:  Overdue Plaintiff Fact Sheets**
(Updated January 12, 2018)

| Case Number | Title | Date Filed | Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:17-cv-04375-JNE-FLN | Baker, David  v. 3M Company et al | 9/25/2017 | 12/24/2017 | | Bernstein Liebhard LLP |
| 0:17-cv-04406-JNE-FLN | Davis, Ida  v. 3M Company et al | 9/27/2017 | 12/26/2017 | | Kirtland and Packard LLP |
| 0:17-cv-04429-JNE-FLN | Holcomb, April v. 3M Company et al | 9/27/2017 | 12/26/2017 | | DeGaris & Rogers, LLC |
| 0:17-cv-04431-JNE-FLN | Slaughter,Shirley v. 3M Company et al | 9/27/2017 | 12/26/2017 | | Kirtland and Packard LLP |
| 0:17-cv-04467-JNE-FLN | Adams, Artis v. 3M Company et al | 9/28/2017 | 12/27/2017 | | Gustafson Gluek PLLC |
| 0:17-cv-04470-JNE-FLN | Ingram, Virginia v. 3M Company et al | 9/28/2017 | 12/27/2017 | | Bernstein Liebhard LLP |
| 0:17-cv-04476-JNE-FLN | Holstine, Rachel  v. 3M Company et al | 9/28/2017 | 12/27/2017 | | Bernstein Liebhard LLP |
| 0:17-cv-04485-JNE-FLN | Pollard, Douglas  et al v. 3M Company et al | 9/28/2017 | 12/27/2017 | | Pendley, Baudin & Coffin L.L.P. |
| 0:17-cv-04494-JNE-FLN | Dresser, Christopher  v. 3M Company et al | 9/28/2017 | 12/27/2017 | | Skikos Crawford Skikos & Joseph |
| 0:17-cv-04500-JNE-FLN | Hammel-Fogleboch v. 3M Company et al | 9/28/2017 | 12/27/2017 | | Kennedy Hodges |
| 0:17-cv-04512-JNE-FLN | Cunningham, Mary  v. 3M Company et al | 10/3/2017 | 1/1/2018 | | Bernstein Liebhard LLP |
| 0:17-cv-04518-JNE-FLN | Robertson, Douglas  v. 3M Company et al | 10/3/2017 | 1/1/2018 | | Meshbesher & Spence, LTD |
| 0:17-cv-04515-JNE-FLN | Horn, Warren v. 3M Company et al | 10/3/2017 | 1/1/2018 | | Bernstein Liebhard LLP |
| 0:17-cv-04517-JNE-FLN | Henderson, Stephanie v. 3M Company et al | 10/3/2017 | 1/1/2018 | | Bernstein Liebhard LLP |
| 0:17-cv-04519-JNE-FLN | Williams, Janice  v. 3M Company et al | 10/3/2017 | 1/1/2018 | | Bernstein Liebhard LLP |
| 0:17-cv-04528-JNE-FLN | Sims, Ashlee v. 3M Company et al | 10/4/2017 | 1/2/2018 | | Johnson Becker PLLC |

**Defendants' PFS List 1:  Overdue Plaintiff Fact Sheets**
(Updated January 12, 2018)

| Case Number | Title | Date Filed | Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:17-cv-04549-JNE-FLN | Salcido, Diego v. 3M Company et al | 10/5/2017 | 1/3/2018 | | Davis & Crump, P.C. |
| 0:17-cv-04556-JNE-FLN | Blair, Bridget v. 3M Company et al | 10/5/2017 | 1/3/2018 | | Kirtland and Packard LLP |
| 0:17-cv-04628-JNE-FLN | Grace, Emily v. 3M Company et al | 10/10/2017 | 1/8/2018 | | Kirtland and Packard LLP |

Yellow highlighting indicates that the case was previously listed on one or two status conference agendas per PTO 14 (D.E. 270).
Pink highlighting indicates that the case is subject to Defendants' Pending Motion to Dismiss.

**Defendants' PFS List 2:  Plaintiffs Who Have Not Responded to Defendants' Deficiency Notices**
(Updated January 12, 2018)

| Case Number | Title | 1st Deficiency Notice Sent | Response Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:17-cv-01879-JNE-FLN | Sellers v. 3M Company et al | 9/28/2017 | 10/19/2017 | 11/07/2017 12/18/2017 | Kennedy Hodges, L.L.P. |
| 0:17-cv-02099-JNE-FLN | Osborne v. 3M Company et al | 10/12/2017 | 11/2/2017 | 11/07/2017 12/18/2017 | Kennedy Hodges, L.L.P. |
| 0:17-cv-02231-JNE-FLN | Nunn v. 3M Company et al | 10/18/2017 | 11/8/2017 | 12/18/2017 | Kennedy Hodges, L.L.P. |
| 0:17-cv-02319-JNE-FLN | Taylor, Mary v. 3M Company et al | 10/24/2017 | 11/15/2017 | 12/18/2017 | Kennedy Hodges, L.L.P. |
| 0:17-cv-02383-JNE-FLN | Blancett v. 3M Company et al | 10/25/2017 | 11/16/2017 | 12/18/2017 | Kennedy Hodges, L.L.P. |
| 0:17-cv-02415-JNE-FLN | Pickett v. 3M Company et al | 10/25/2017 | 11/16/2017 | 12/18/2017 | Kennedy Hodges, L.L.P. |
| 0:17-cv-02452-JNE-FLN | Suchan v. 3M Company et al | 10/25/2017 | 11/16/2017 | 12/18/2017 | Kennedy Hodges, L.L.P. |
| 0:17-cv-02589-JNE-FLN | Rashad v. 3M Company et al | 10/25/2017 | 11/16/2017 | 12/18/2017 | Kennedy Hodges, L.L.P. |
| 0:17-cv-02726-JNE-FLN | McCall v. 3M Company et al | 11/7/2017 | 11/28/2017 | 12/18/2017 | Kennedy Hodges, L.L.P. |
| 0:17-cv-02745-JNE-FLN | Devries v. 3M Company et al | 11/6/2017 | 11/27/2017 | 12/18/2017 | The Olinde Firm, LLC |
| 0:17-cv-03233-JNE-FLN | McLaughlin v. 3M Company et al | 11/17/2017 | 12/8/2017 | 12/18/2017 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03311-JNE-FLN | McDaniel v. 3M Company et al | 11/21/2017 | 12/12/2017 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-03445-JNE-FLN | Quinan v. 3M Company et al | 11/21/2017 | 12/12/2017 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-03502-JNE-FLN | Pledger v. 3M Company et al | 11/28/2017 | 12/19/2017 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-03547-JNE-FLN | Sundquist v. 3M Company et al | 11/29/2017 | 12/20/2017 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-03666-JNE-FLN | Gallo v. 3M Company et al | 12/5/2017 | 12/26/2017 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-03721-JNE-FLN | Ramirez v. 3M Company et al | 12/5/2017 | 12/26/2017 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-03809-JNE-FLN | Miller v. 3M Company et al | 12/12/2017 | 1/2/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-03834-JNE-FLN | Thornton v. 3M Company et al | 12/13/2017 | 1/3/2018 | | Kennedy Hodges, L.L.P. |
| Case Number | Title | 2nd Deficiency Notice Sent | Response Due Date | Prior Listing | Firm Name |
| 0:17-cv-01082-JNE-FLN | Petrakis v. 3M Company et al | 9/18/2017 | 10/9/2017 | 11/07/2017 12/18/2017 | Kennedy Hodges, L.L.P. |
| 0:17-cv-01122-JNE-FLN | Griggs v. 3M Company et al | 10/25/2017 | 11/15/2017 | 12/18/2017 | The Olinde Firm, LLC |
| 0:16-cv-04381-JNE-FLN | Manzanares v. 3M Company et al | 11/20/2017 | 12/11/2017 | 12/18/2017 | Bernstein Liebhard LLP |

**Defendants' PFS List 2:  Plaintiffs Who Have Not Responded to Defendants' Deficiency Notices**
(Updated January 12, 2018)

| Case Number | Title | 3rd Deficiency Notice Sent | Response Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:17-cv-01978-JNE-FLN | Strain v. 3M Company et al | 11/27/2017 | 12/18/2017 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-02230-JNE-FLN | Johnson v. 3M Company et al | 12/4/2017 | 12/25/2017 | | Capretz & Associates |
| 0:17-cv-02251-JNE-FLN | Brewer v. 3M Company et al | 12/5/2017 | 12/26/2017 | | Capretz & Associates |
| 0:17-cv-02372-JNE-FLN | Hufford v. 3M Company et al | 12/6/2017 | 12/27/2017 | | Gustafson Gluek PLLC |
| 0:17-cv-02581-JNE-FLN | Key v. 3M Company et al | 12/18/2017 | 1/8/2018 | | Kennedy Hodges, L.L.P. |
| 0:15-cv-03736-JNE-FLN | Printup v. 3M Company et al | 6/28/2017 | 7/19/2017 | 11/07/2017 12/18/2017 | Gustafson Gluek PLLC |
| 0:17-cv-00288-JNE-FLN | Bradford v. 3M Company et al | 9/29/2017 | 10/20/2017 | 11/07/2017 12/18/2017 | The Law offices of Travis R. Walker, P.A. |
| 0:17-cv-03215-JNE-FLN | Johnson v. 3M Company et al | 12/11/2017 | 1/1/2018 | | Brown and Crouppen, P.C |

Yellow highlighting indicates that the case was previously listed on one or two status conference agendas per PTO 14 (D.E. 270).

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated January 12, 2018)

| Case Number | Title | 3rd Deficiency Sent | Prior Listing | Firm Name |
|---|---|---|---|---|
| 0:16-cv-03991-JNE-FLN | Overko v. 3M Company | 6/30/2017 | 12/15/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. |
| 0:17-cv-00343-JNE-FLN | Grooms v. 3M Company | 8/24/2017 | 11/7/2017 12/15/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-00640-JNE-FLN | Johnson v. 3M Company et al | 10/3/2017 | 11/7/2017 12/15/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-00711-JNE-FLN | Garcia v. 3M Company | 10/16/2017 | 11/7/2017 12/15/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-00998-JNE-FLN | Gruetzmacher v. 3M Company | 10/16/2017 | 11/7/2017 12/15/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01017-JNE-FLN | Guzman/Garcia v. 3M Company | 10/16/2017 | 11/7/2017 12/15/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01139-JNE-FLN | Husman v. 3M Company | 11/1/2017 | 12/15/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:17-cv-01215-JNE-FLN | Pickens v. 3M Company | 11/13/2017 | 12/15/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:17-cv-01250-JNE-FLN | Sparks v. 3M Company | 11/13/2017 | 12/15/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor, P.A |
| 0:17-cv-01323-JNE-FLN | Peters v. 3M Company | 11/13/2017 | 12/15/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor, P.A |
| 0:17-cv-01407-JNE-FLN | Jadwin et al v. 3M Company et al | 11/8/2017 | 12/15/2017 | Brown & Crouppen, P.C. |
| 0:17-cv-01476-JNE-FLN | Behney v. 3M Company et al | 12/6/2017 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-01534-JNE-FLN | Dedmon v. 3M Company | 12/11/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:17-cv-01554-JNE-FLN | Dorsey v. 3M Company | 11/29/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:17-cv-01565-JNE-FLN | Little v. 3M Company | 11/29/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:17-cv-01574-JNE-FLN | Barnett v. 3M Company | 12/11/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:17-cv-02350-JNE-FLN | Gibson v. 3M Company et al | 11/21/2017 | | Brown & Crouppen, P.C. |
| 0:17-cv-02480-JNE-FLN | Brown v. 3M Company et al | 12/5/2017 | | Brown & Crouppen, P.C. |
| 0:17-cv-02487-JNE-FLN | Cooley v. 3M Company et al | 12/11/2017 | | Brown & Crouppen, P.C. |
| 0:17-cv-02596-JNE-FLN | Dailey v. 3M Company et al | 12/11/2017 | | Brown & Crouppen, P.C. |
| 0:17-cv-02597-JNE-FLN | Davis v. 3M Company et al | 12/11/2017 | | Brown & Crouppen, P.C. |
| 0:17-cv-02603-JNE-FLN | Frantz v. 3M Company et al | 12/11/2017 | | Brown & Crouppen, P.C. |
| 0:17-cv-02604-JNE-FLN | Friedberg v. 3M Company et al | 12/11/2017 | | Brown & Crouppen, P.C. |
| 0:17-cv-02606-JNE-FLN | Gartrell v. 3M Company et al | 12/11/2017 | | Brown & Crouppen, P.C. |
| 0:17-cv-02611-JNE-FLN | Hemphill v. 3M Company et al | 12/11/2017 | | Brown & Crouppen, P.C. |
| 0:17-cv-02615-JNE-FLN | Houseman v. 3M Company et al | 12/11/2017 | | Brown & Crouppen, P.C. |
| 0:17-cv-02663-JNE-FLN | Martin v. 3M Company et al | 12/11/2017 | | Brown & Crouppen, P.C. |
| 0:17-cv-02673-JNE-FLN | McMillian v. 3M Company et al | 12/4/2017 | | Brown & Crouppen, P.C |
| 0:17-cv-02677-JNE-FLN | Ossei v. 3M Company et al | 12/4/2017 | | Brown & Crouppen, P.C |
| 0:17-cv-02719-JNE-FLN | Smith v. 3M Company et al | 12/4/2017 | | Brown & Crouppen, P.C. |

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated January 12, 2018)

| 0:17-cv-02721-JNE-FLN | Smith v. 3M Company et al | 12/4/2017 | | Brown & Crouppen, P.C. |
|---|---|---|---|---|
| 0:17-cv-02727-JNE-FLN | Temple v. 3M Company et al | 12/11/2017 | | Brown & Crouppen, P.C. |
| 0:17-cv-02728-JNE-FLN | Tillman v. 3M Company et al | 12/4/2017 | | Brown & Crouppen, P.C |
| 0:17-cv-02729-JNE-FLN | Tracey v. 3M Company et al | 12/11/2017 | | Brown & Crouppen, P.C |
| 0:17-cv-02732-JNE-FLN | Walter v. 3M Company et al | 12/4/2017 | | Brown & Crouppen, P.C |
| 0:17-cv-02733-JNE-FLN | Wilkins v. 3M Company et al | 12/4/2017 | | Brown & Crouppen, P.C |
| 0:17-cv-02909-JNE-FLN | Bonnett v. 3M Company et al | 12/4/2017 | | Brown & Crouppen, P.C |
| 0:17-cv-02917-JNE-FLN | Branch. v. 3M Company et al | 12/11/2017 | | Brown & Crouppen, P.C. |
| 0:17-cv-02919-JNE-FLN | Campbell v. 3M Company et al | 12/11/2017 | | Brown & Crouppen, P.C. |
| 0:17-cv-02924-JNE-FLN | Coleman v. 3M Company et al | 12/11/2017 | | Brown & Crouppen, P.C. |
| 0:17-cv-02949-JNE-FLN | Jelks v. 3M Company et al | 12/11/2017 | | Brown & Crouppen, P.C. |
| 0:17-cv-02959-JNE-FLN | Josephs v. 3M Company et al | 12/11/2017 | | Brown & Crouppen, P.C. |
| 0:17-cv-02960-JNE-FLN | Kaveh v. 3M Company et al | 12/11/2017 | | Brown & Crouppen, P.C. |
| 0:17-cv-02963-JNE-FLN | Leigh v. 3M Company et al | 12/11/2017 | | Brown & Crouppen, P.C. |
| 0:17-cv-02965-JNE-FLN | McElveen v. 3M Company et al | 12/11/2017 | | Brown & Crouppen, P.C. |
| 0:17-cv-02967-JNE-FLN | McGruder v. 3M Company et al | 12/11/2017 | | Brown & Crouppen, P.C. |
| 0:17-cv-02970-JNE-FLN | Moore v. 3M Company et al | 12/4/2017 | | Brown & Crouppen, P.C |
| 0:17-cv-03003-JNE-FLN | Sanchez v. 3M Company et al | 11/27/2017 | | Brown & Crouppen, P.C |
| 0:17-cv-03010-JNE-FLN | Turner v. 3M Company et al | 12/4/2017 | | Brown & Crouppen, P.C |
| 0:17-cv-03012-JNE-FLN | Wick v. 3M Company et al | 12/4/2017 | | Brown & Crouppen, P.C |
| 0:17-cv-03118-JNE-FLN | Horgan v. 3M Company et al | 12/11/2017 | | Brown & Crouppen, P.C. |
| 0:17-cv-03213-JNE-FLN | Jenkins v. 3M Company et al | 12/11/2017 | | Brown & Crouppen, P.C. |
| 0:17-cv-03216-JNE-FLN | Lafferty v. 3M Company et al | 12/11/2017 | | Brown & Crouppen, P.C. |
| 0:17-cv-03219-JNE-FLN | Lewis v. 3M Company et al | 12/11/2017 | | Brown & Crouppen, P.C. |
| 0:17-cv-03229-JNE-FLN | Price v. 3M Company et al | 12/4/2017 | | Brown & Crouppen, P.C |
| 0:17-cv-03235-JNE-FLN | Rice v. 3M Company et al | 12/4/2017 | | Brown & Crouppen, P.C |
| 0:17-cv-03245-JNE-FLN | Wells, John | 12/11/2017 | | Brown & Crouppen, P.C. |
| 0:17-cv-03251-JNE-FLN | Young v. 3M Company et al | 12/4/2017 | | Brown & Crouppen, P.C. |

Yellow highlighting indicates that the case was previously listed on one or two status conference agendas per PTO 14 (D.E. 270).
Pink highlighting indicates that the case is subject to Defendants' Pending Motion to Dismiss.

# Exhibit E



KIMBERLY LAMBERT ADAMS
BRIAN H. BARR
MICHAEL C. BIXBY
M. ROBERT BLANCHARD
BRANDON L. BOGLE
W. TROY BOUK
WESLEY A. BOWDEN
VIRGINIA M. BUCHANAN
WILLIAM F. CASH III
JEFF GADDY
RACHAEL R. GILMER
FREDRIC G. LEVIN
MARTIN H. LEVIN

STEPHEN A. LUONGO
M. JUSTIN LUSKO
NEIL E. McWILLIAMS, JR.
CLAY MITCHELL
PETER J. MOUGEY
DANIEL A. NIGH
TIMOTHY M. O'BRIEN
MIKE PAPANTONIO
CHRISTOPHER G. PAULOS
EMMIE J. PAULOS
A. RENEE PRESTON
ROBERT E. PRICE
MARK J. PROCTOR

TROY A. RAFFERTY
MATTHEW D. SCHULTZ
W. CAMERON STEPHENSON
THOMAS A. TAYLOR
LEO A. THOMAS
BRETT VIGODSKY

MALLORY J. MANGOLD
*(LICENSED ONLY IN ALABAMA
AND MISSISSIPPI)*

OF COUNSEL:
LAURA S. DUNNING
*(LICENSED ONLY IN ALABAMA)*

BEN W. GORDON, JR.
ARCHIE C. LAMB, JR.
 *(LICENSED IN ALABAMA AND FLORIDA)*
ROBERT M. LOEHR
PAGE A. POERSCHKE
 *(LICENSED ONLY IN ALABAMA)*

LEFFERTS L. MABIE, JR. (1925-1996)
D.L. MIDDLEBROOKS (1926-1997)
DAVID H. LEVIN (1928-2002)
STANLEY B. LEVIN (1938-2009)



November 1, 2017

**VIA FEDEX**

Benjamin W. Hulse
Blackwell Burke P.A
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415
bhulse@blackwellburke.com

> Re:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
>       MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
>       *Laura Gruetzmacher v. 3M Company, Case No. 0:17-cv-00998-JNE-FLN*

Dear Counsel:

Pursuant to paragraph 6 of PTO 14, please see attached documentation to cure deficiencies for the above captioned case.

Sincerely,

Daniel A. Nigh

DAN/ec
Enclosure

Response to Deficiencies

*Laura Gruetzmacher v. 3M Company,* Case No. 0:17-cv-00998-JNE-FLN

**Deficiencies cannot be cured at this time as we have not been able to contact client but will continue to make a diligent effort to do so.**



**LEVIN • PAPANTONIO**
**THOMAS • MITCHELL**
**RAFFERTY & PROCTOR • P.A.**
PROFESSIONAL CORPORATION          ATTORNEYS AT LAW

KIMBERLY LAMBERT ADAMS
BRIAN H. BARR
MICHAEL C. BIXBY
M. ROBERT BLANCHARD
BRANDON L. BOGLE
W. TROY BOUK
WESLEY A. BOWDEN
VIRGINIA M. BUCHANAN
WILLIAM F. CASH III
JEFF GADDY
RACHAEL R. GILMER
FREDRIC G. LEVIN
MARTIN H. LEVIN

STEPHEN A. LUONGO
M. JUSTIN LUSKO
NEIL E. McWILLIAMS, JR.
CLAY MITCHELL
PETER J. MOUGEY
DANIEL A. NIGH
TIMOTHY M. O'BRIEN
MIKE PAPANTONIO
CHRISTOPHER G. PAULOS
EMMIE J. PAULOS
A. RENEE PRESTON
ROBERT E. PRICE
MARK J. PROCTOR

TROY A. RAFFERTY
MATTHEW D. SCHULTZ
W. CAMERON STEPHENSON
THOMAS A. TAYLOR
LEO A. THOMAS
BRETT VIGODSKY

MALLORY J. MANGOLD
(LICENSED ONLY IN ALABAMA
AND MISSISSIPPI)

OF COUNSEL:
LAURA S. DUNNING
(LICENSED ONLY IN ALABAMA)

BEN W. GORDON, JR.
ARCHIE C. LAMB, JR.
(LICENSED IN ALABAMA AND FLORIDA)
ROBERT M. LOEHR
PAGE A. POERSCHKE
(LICENSED ONLY IN ALABAMA)

LEFFERTS L. MABIE, JR. (1925-1996)
D.L. MIDDLEBROOKS (1926-1997)
DAVID H. LEVIN (1928-2002)
STANLEY B. LEVIN (1938-2009)



November 1, 2017

**VIA FEDEX**

Benjamin W. Hulse
Blackwell Burke P.A
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415
bhulse@blackwellburke.com

      Re:    *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
           MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
           *Maria Guzman v. 3M Company,* Case No. 0:17-cv-01017-JNE-FLN

Dear Counsel:

    Pursuant to paragraph 6 of PTO 14, please see attached documentation to cure deficiencies for the above captioned case.

                Sincerely,

                Daniel A. Nigh

DAN/ec
Enclosure

Response to Deficiencies

*Maria Guzman v. 3M Company,* Case No. 0:17-cv-01017-JNE-FLN

**Deficiencies cannot be cured at this time as we have not been able to contact client but will continue to make a diligent effort to do so.**



**LEVIN • PAPANTONIO**
**THOMAS • MITCHELL**
**RAFFERTY & PROCTOR • P.A.**
PROFESSIONAL CORPORATION       ATTORNEYS AT LAW

KIMBERLY LAMBERT ADAMS
BRIAN H. BARR
MICHAEL C. BIXBY
M. ROBERT BLANCHARD
BRANDON L. BOGLE
W. TROY BOUK
WESLEY A. BOWDEN
VIRGINIA M. BUCHANAN
WILLIAM F. CASH III
JEFF GADDY
RACHAEL R. GILMER
FREDRIC G. LEVIN
MARTIN H. LEVIN

STEPHEN A. LUONGO
M. JUSTIN LUSKO
NEIL E. McWILLIAMS, JR.
CLAY MITCHELL
PETER J. MOUGEY
DANIEL A. NIGH
TIMOTHY M. O'BRIEN
MIKE PAPANTONIO
CHRISTOPHER G. PAULOS
EMMIE J. PAULOS
A. RENEE PRESTON
ROBERT E. PRICE
MARK J. PROCTOR

TROY A. RAFFERTY
MATTHEW D. SCHULTZ
W. CAMERON STEPHENSON
THOMAS A. TAYLOR
LEO A. THOMAS
BRETT VIGODSKY

MALLORY J. MANGOLD
*(LICENSED ONLY IN ALABAMA AND MISSISSIPPI)*

OF COUNSEL:
LAURA S. DUNNING
*(LICENSED ONLY IN ALABAMA)*

BEN W. GORDON, JR.
ARCHIE C. LAMB, JR.
*(LICENSED IN ALABAMA AND FLORIDA)*
ROBERT M. LOEHR
PAGE A. POERSCHKE
*(LICENSED ONLY IN ALABAMA)*

LEFFERTS L. MABIE, JR. (1925-1996)
D.L. MIDDLEBROOKS (1926-1997)
DAVID H. LEVIN (1928-2002)
STANLEY B. LEVIN (1938-2009)



November 16, 2017

**VIA FEDEX**

Benjamin W. Hulse
Blackwell Burke P.A
431 South Seventh Street.
Suite 2500
Minneapolis, MN 55415
bhulse@blackwellburke.com

Re:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
      MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
      *Raymond Husman v. 3M Company,* Case No.: 0:17-cv-01139-JNE-FLN

Dear Counsel:

Pursuant to paragraph 6 of PTO 14, please see the attached documentation to cure deficiencies for the above captioned matter.

Sincerely,

Daniel A. Nigh

DAN/aw

Enclosure

Response to Deficiencies

*Raymond Husman v. 3M Company*, Case No.: 0:17-cv-01139-JNE-FLN

**Deficiencies cannot be cured at this time as we have not been able to contact client but will continue to make a diligent effort to do so**



| | | | |
|---|---|---|---|
| KIMBERLY LAMBERT ADAMS | STEPHEN A. LUONGO | TROY A. RAFFERTY | BEN W. GORDON, JR. |
| BRIAN H. BARR | M. JUSTIN LUSKO | MATTHEW D. SCHULTZ | ARCHIE C. LAMB, JR. |
| MICHAEL C. BIXBY | NEIL E. McWILLIAMS, JR. | W. CAMERON STEPHENSON | *(LICENSED IN ALABAMA AND FLORIDA)* |
| M. ROBERT BLANCHARD | CLAY MITCHELL | THOMAS A. TAYLOR | ROBERT M. LOEHR |
| BRANDON L. BOGLE | PETER J. MOUGEY | LEO A. THOMAS | PAGE A. POERSCHKE |
| W. TROY BOUK | DANIEL A. NIGH | BRETT VIGODSKY | *(LICENSED ONLY IN ALABAMA)* |
| WESLEY A. BOWDEN | TIMOTHY M. O'BRIEN | | |
| VIRGINIA M. BUCHANAN | MIKE PAPANTONIO | MALLORY J. MANGOLD | LEFFERTS L. MABIE, JR. (1925-1996) |
| WILLIAM F. CASH III | CHRISTOPHER G. PAULOS | *(LICENSED ONLY IN ALABAMA* | D.L. MIDDLEBROOKS (1926-1997) |
| JEFF GADDY | EMMIE J. PAULOS | *AND MISSISSIPPI)* | DAVID H. LEVIN (1928-2002) |
| RACHAEL R. GILMER | A. RENEE PRESTON | | STANLEY B. LEVIN (1938-2009) |
| FREDRIC G. LEVIN | ROBERT E. PRICE | OF COUNSEL: | |
| MARTIN H. LEVIN | MARK J. PROCTOR | LAURA S. DUNNING | |
| | | *(LICENSED ONLY IN ALABAMA)* | |

November 30, 2017

**VIA FEDEX**

Benjamin W. Hulse
Blackwell Burke P.A
431 South Seventh Street.
Suite 2500
Minneapolis, MN 55415
bhulse@blackwellburke.com

> Re:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
> MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
> *Michael Pickens v. 3M Company*, Case No.: 0:17-cv-01215-JNE-FLN

Dear Counsel:

Pursuant to paragraph 6 of PTO 14, please see the attached documentation to cure deficiencies for the above captioned matter.

Sincerely,

Daniel A. Nigh

DAN/aw

Enclosure

Response to Deficiencies

*Michael Pickens v. 3M Company*, Case No.: 0:17-cv-01215-JNE-FLN

**Deficiencies cannot be cured at this time as we have not been able to contact client but will continue to make a diligent effort to do so.**



| | | | |
|---|---|---|---|
| KIMBERLY LAMBERT ADAMS | STEPHEN A. LUONGO | TROY A. RAFFERTY | BEN W. GORDON, JR. |
| BRIAN H. BARR | M. JUSTIN LUSKO | MATTHEW D. SCHULTZ | ARCHIE C. LAMB, JR. |
| MICHAEL C. BIXBY | NEIL E. McWILLIAMS, JR. | W. CAMERON STEPHENSON | *(LICENSED IN ALABAMA AND FLORIDA)* |
| M. ROBERT BLANCHARD | CLAY MITCHELL | THOMAS A. TAYLOR | ROBERT M. LOEHR |
| BRANDON L. BOGLE | PETER J. MOUGEY | LEO A. THOMAS | PAGE A. POERSCHKE |
| W. TROY BOUK | DANIEL A. NIGH | BRETT VIGODSKY | *(LICENSED ONLY IN ALABAMA)* |
| WESLEY A. BOWDEN | TIMOTHY M. O'BRIEN | | |
| VIRGINIA M. BUCHANAN | MIKE PAPANTONIO | MALLORY J. MANGOLD | LEFFERTS L. MABIE, JR. (1925-1996) |
| WILLIAM F. CASH III | CHRISTOPHER G. PAULOS | *(LICENSED ONLY IN ALABAMA* | D.L. MIDDLEBROOKS (1926-1997) |
| JEFF GADDY | EMMIE J. PAULOS | *AND MISSISSIPPI)* | DAVID H. LEVIN (1928-2002) |
| RACHAEL R. GILMER | A. RENEE PRESTON | | STANLEY B. LEVIN (1938-2009) |
| FREDRIC G. LEVIN | ROBERT E. PRICE | OF COUNSEL: | |
| MARTIN H. LEVIN | MARK J. PROCTOR | LAURA S. DUNNING | |
| | | *(LICENSED ONLY IN ALABAMA)* | |

**LEVIN ◦ PAPANTONIO THOMAS ◦ MITCHELL RAFFERTY & PROCTOR ◦ P.A.**
PROFESSIONAL CORPORATION        ATTORNEYS AT LAW

November 30, 2017

*CK*

**VIA FEDEX**

Benjamin W. Hulse
Blackwell Burke P.A
431 South Seventh Street.
Suite 2500
Minneapolis, MN 55415
bhulse@blackwellburke.com

Re:     *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
*Mildred Sparks v. 3M Company*, Case No.: 0:17-cv-01250-JNE-FLN

Dear Counsel:

Pursuant to paragraph 6 of PTO 14, please see the attached documentation to cure deficiencies for the above captioned matter.

Sincerely,

Daniel A. Nigh

DAN/aw

Enclosure

Response to Deficiencies

*Mildred Sparks v. 3M Company*, Case No.: 0:17-cv-01250-JNE-FLN

**Deficiencies cannot be cured at this time as we have not been able to contact client but will continue to make a diligent effort to do so.**



**LEVIN • PAPANTONIO**
**THOMAS • MITCHELL**
**RAFFERTY & PROCTOR • P.A.**
PROFESSIONAL CORPORATION        ATTORNEYS AT LAW

| | | | |
|---|---|---|---|
| KIMBERLY LAMBERT ADAMS | STEPHEN A. LUONGO | TROY A. RAFFERTY | BEN W. GORDON, JR. |
| BRIAN H. BARR | M. JUSTIN LUSKO | MATTHEW D. SCHULTZ | ARCHIE C. LAMB, JR. |
| MICHAEL C. BIXBY | NEIL E. McWILLIAMS, JR. | W. CAMERON STEPHENSON | *(LICENSED IN ALABAMA AND FLORIDA)* |
| M. ROBERT BLANCHARD | CLAY MITCHELL | THOMAS A. TAYLOR | ROBERT M. LOEHR |
| BRANDON L. BOGLE | PETER J. MOUGEY | LEO A. THOMAS | PAGE A. POERSCHKE |
| W. TROY BOUK | DANIEL A. NIGH | BRETT VIGODSKY | *(LICENSED ONLY IN ALABAMA)* |
| WESLEY A. BOWDEN | TIMOTHY M. O'BRIEN | | |
| VIRGINIA M. BUCHANAN | MIKE PAPANTONIO | MALLORY J. MANGOLD | LEFFERTS L. MABIE, JR. (1925-1996) |
| WILLIAM F. CASH III | CHRISTOPHER G. PAULOS | *(LICENSED ONLY IN ALABAMA* | D.L. MIDDLEBROOKS (1926-1997) |
| JEFF GADDY | EMMIE J. PAULOS | *AND MISSISSIPPI)* | DAVID H. LEVIN (1928-2002) |
| RACHAEL R. GILMER | A. RENEE PRESTON | | STANLEY B. LEVIN (1938-2009) |
| FREDRIC G. LEVIN | ROBERT E. PRICE | OF COUNSEL: | |
| MARTIN H. LEVIN | MARK J. PROCTOR | LAURA S. DUNNING | |
| | | *(LICENSED ONLY IN ALABAMA)* | |

November 30, 2017

**VIA FEDEX**

Benjamin W. Hulse
Blackwell Burke P.A
431 South Seventh Street.
Suite 2500
Minneapolis, MN 55415
bhulse@blackwellburke.com

> Re:  *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
> MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
> *Christopher Peters v. 3M Company*, Case No.: 0:17-cv-01323-JNE-FLN

Dear Counsel:

Pursuant to paragraph 6 of PTO 14, please see the attached documentation to cure deficiencies for the above captioned matter.

Sincerely,

Daniel A. Nigh

DAN/aw

Enclosure

Response to Deficiencies

*Christopher Peters v. 3M Company*, Case No.: 0:17-cv-01323-JNE-FLN

**Deficiencies cannot be cured at this time as we have not been able to contact client but will continue to make a diligent effort to do so.**