IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| IN RE: BAIR HUGGER FORCED AIR WARMING PRODUCT LIABILITY LITIGATION | MDL No.: 15-md-02666 (JNE/FLN) |
| This Document Relates To: VANESSA OSBORNE, Plaintiff, | Civil Action No.: 17-CV-02099-JNE-FLN |

---

**L.R. 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE REGARDING PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

This brief complies with the work limitation of LR 7.1(f) because this brief contains 338 words, including all text, headings, footnotes, and quotations, other than the parts of the brief exempted by LR 7.1(f).  This brief was prepared using Microsoft Office Word 2013.

This brief complies with the type size requirements of LR 7.1 (h) because this brief has been prepared using at least font size 13, is double-spaced (except for headings, footnotes and quotations that exceed two lines) and is submitted on $8^{1/2}$" by 11" paper with at least one inch of margins on all four sides.

Dated: February 8, 2018

                                                                                                KENNEDY HODGES, LLP

                                                                                                 By: /s/ David W. Hodges  
                                                                                                 David W. Hodges  
                                                                                                 dhodges@kennedyhodges.com  
                                                                                                 Gabriel A. Assaad  
                                                                                                 gassaad@kennedyhodges.com  
                                                                                                 4409 Montrose Blvd. Ste 200  
                                                                                                 Houston, TX 77006  
                                                                                                 Telephone: (713) 523-0001  
                                                                                                 Facsimile: (713) 523-1116

                                                                                              ATTORNEYS FOR PLAINTIFF