UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAIR HUGGER FORCED AIR　　　　　　MDL No. 15-2666 (JNE/FLN)
WARMING DEVICES PRODUCTS
LIABILITY LITIGATION

**ORDER**

_____

Ben Hulse, for Defendants.
J. Randall Benham, for Respondent Scott Augustine.
_____

**THIS MATTER** came before the undersigned United States Magistrate Judge on February 5, 2018, on Defendants' Letter (ECF No. 1075) seeking clarification of the Court's January 30, 2018, Order (ECF No. 1067). In the instant Letter, Defendants request that Respondent Scott Augustine produce all responsive discovery related to the email account referenced in the Court's January 30, 2018, Order, by February 13, 2018. Respondent has notified the Court that he is able to produce the entirety of responsive discovery by Defendants' requested February 13, 2018, deadline, but, if possible, he would like another couple of days to comply with the Court's Order. Accordingly, the Court will set **February 14, 2018**, as the deadline for compliance with the Court's January 30, 2018, Order (ECF No. 1067).

DATED: February 8, 2018

　　　　　　　　　　　　　　　　　　　　　　　　*S/Franklin L. Noel*
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　FRANKLIN L. NOEL
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge