# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

|  |  |
|---|---|
|  | **COURT MINUTES** |
|  | BEFORE: Joan N. Ericksen |
|  | U.S. District Judge and |
|  | Franklin L. Noel |
|  | U.S. Magistrate Judge |
| IN RE: Bair Hugger Forced Air Warming Devices Product Liability Litigation | Case No:  0:15-md-02666 (JNE/FLN) |
|  | Date:  February 15, 2018 |
|  | Deputy:  Catherine B. Cusack |
|  | Court Reporter:  Maria V. Weinbeck |
|  | Courthouse:  Minneapolis |
|  | Courtroom:  12W |
|  | Time in Court:  9:48 AM - 10:27 AM |
|  | Time in Court:  39 Minutes |

# STATUS CONFERENCE

APPEARANCES:

  Plaintiff:    Genevieve M. Zimmerman,  Jan M. Conlin, Ben W. Gordon, Jr.

  Defendant:   Benjamin W. Hulse,  Mary S. Young,  Bridget M. Ahmann

  Please see attached list of telephone participants.

PROCEEDINGS:

  ☒ Status Conference held.
  ☒ Appearances made on the record.

1) The next status conference is scheduled for Thursday, March 15, 2018, 9:30 AM in Minneapolis Courtroom 12W.