February 15, 2018
Status Conference

| NAME | FIRM NAME | PARTICIPATING IN CONFERENCE CALL |
|---|---|---|
| Albert B. Friedman | Albert Brooks Friedman, LTD | x |
| Kelly Lopez | Albert Brooks Friedman, LTD | x |
| Anne Andrews | Andrew & Thornton | x |
| John C. Thornton | Andrew & Thornton | x |
| Lauren Davis | Andrew & Thornton | x |
| Justin Jenson | Bailey Peavy Bailey Cowan Heckaman, PLLC | x |
| Renee Lindsey | Beasley, Allen, Crow, Methvin, Portis & Miles, PC | x |
| Megan Robinson | Beasley, Allen, Crow, Methvin, Portis & Miles, PC | x |
| Paula Bliss | Bernhaim Dolinsky Kelly | x |
| Christina Shuman | Bernhaim Dolinsky Kelly | x |
| Dae Y. Lee | Bernstein Liebhard, LLP | x |
| Daniel C. Burke | Bernstein Liebhard, LLP | x |
| Jessica Keller | Bernstein Liebhard, LLP | x |
| Abby Cordray | Brown & Crouppen, PC | x |
| Seth S. Webb | Brown & Crouppen, PC | x |
| Vanessa Mixco | Brown & Crouppen, PC | x |
| Don Ledgard | Capretz & Associates | x |
| Lia Ann Thomas | Colling Gilbert Wright & Carter, LLC | x |
| Melvin Wirght | Colling Gilbert Wright & Carter, LLC | x |
| Martin D. Crump | Davis & Crump | x |
| Robert Cain | Davis & Crump | x |
| Wes Stevenson | Davis & Crump | x |
| Kevin Fitzgerald | Fitzgerald Law Group, LLC | x |
| Bradley D. Honnold | Goza & Honnold, LLC | x |
| Kirk J. Goza | Goza & Honnold, LLC | x |
| Lisa R. Joyce | Goza & Honnold, LLC | x |
| Emily DeVuono | Grossman & Moore, PLLC | x |
| Jennifer Moore | Grossman & Moore, PLLC | x |
| Asthon R. Smith | Grossman & Moore, PLLC | x |
| Eilizabeth Coulter | Grossman & Moore, PLLC | x |
| Don McKenna | Hare Wynn Newell & Newton | x |
| Lynne Reed | Hare Wynn Newell & Newton | x |
| Peggy Little | Hare Wynn Newell & Newton | x |
| Monica Vaughan | Houssier, Durant & Houssier, LLP | x |
| Randall A. Kauffman | Houssier, Durant & Houssier, LLP | x |
| Shirley Strom-Blanchard | Houssier, Durant & Houssier, LLP | x |
| Amber M. Pang Parra | Justinian & Associates PLLC | x |
| Rachel Ahmann (Assistant) | Langdon & Emison | x |
| Lauren Niendick | Langdon & Emison | x |
| Heather Cover | Law Office of James S. Rogers | x |
| Travis R. Walker | Law Office of Travis R. Walker, PA | x |
| Julie Treacy | Law Office of Travis R. Walker, PA | x |
| Pete Lewis | Lewis & Caplan | x |
| Sarah Delahoussaye Call | Lewis & Caplan | x |
| Amy C. Webster | Lewis & Caplan | x |
| William Hymes | Loncar & Associates | x |
| John L. Coveney | Loncar & Associates | x |
| Melissa Marie Heinlein | Lord & Associates Law Office | x |
| Priscilla Lord | Lord & Associates Law Office | x |
| Rosemarie Bogdan | Martin Harding & Mazzotti LLP | x |
| Holly Sternquist | Meshbesher & Spence, LTD | x |
| Joseph Klenofsky | Meyerkord & Meyerkord, LLC | x |

| Name | Firm | |
|---|---|---|
| Heather Cullen | Morgan & Morgan Complex Litigation Group | x |
| Joseph T. Waechter | Morgan & Morgan Complex Litigation Group | x |
| Michael Goetz | Morgan & Morgan Complex Litigation Group | x |
| Caroline W. Thomas | Murray Law Firm | x |
| Neal R. Elliott, Jr | Neal R. Elliott | x |
| Lauren E. Bronson | Newman Bronson & Wallis | x |
| Michael S. Werner | Parker Waichman, LLP | x |
| Nicole Eisner | Parker Waichman, LLP | x |
| Giselle Grant | Parker Waichman, LLP | x |
| Brian E. Tadtman | Peterson & Associates, P.C. | x |
| Wendy Thayer | Pritzker Hageman, PA | x |
| Charles G. Colby | Pro-Per | x |
| Jeffery L. Raizner | Raizner Slania LLP | x |
| Rica Rinosa | Raizner Slania LLP | x |
| Erin Stracerner | Raizner Slania LLP | x |
| Carrie Hancock | Randall J. Trost, P.C. | x |
| Pam Rodriguez | Randall J. Trost, P.C. | x |
| Randall T Trost | Randall J. Trost, P.C. | x |
| Deborah Bueno | Reiders Travis Humphrey Waters & Dohrmann | x |
| Melissa Barnum | Reiders Travis Humphrey Waters & Dohrmann | x |
| Dan Haltiwanger | Richardson, Patrick, Westbrook & Brickman, LLC | x |
| Missi Cruz | Richardson, Patrick, Westbrook & Brickman, LLC | x |
| Clifford A. Rieders | Reiders Travis Humphrey Waters & Dohrmann | x |
| Randi A. Kassan | Sanders Phillips Grossman | x |
| Michael Nathan | Sanders Phillips Grossman | x |
| Scott Haider | Schneider, Schneider & Schneider | x |
| Rob Shelton | Shelton Law Group | x |
| Elizabeth Whitley | Showard Law Firm PC | x |
| Sarah J. Showard | Showard Law Firm PC | x |
| Julie Tucci | Skikos Crawford Skikos & Joseph | x |
| Matt Skikos | Skikos Crawford Skikos & Joseph | x |
| Darilyn Simon | Skikos Crawford Skikos & Joseph | x |
| Nikki Jackson | Tate Law Group | x |
| Tayjes M. Shah | The Miller Firm, LLC | x |
| Alfred Olinde, Jr | The Olinde Firm, LLC | x |
| Steven C. Ruth | The Ruth Team | x |
| Chelsie Garza | The Webster Law Firm | x |
| Mark D. Chappell Jr. | Chappell, Smith & Arden P.A. | x |
| Graham L. Newman | Chappell, Smith & Arden P.A. | x |
| Bonnie Sluce | Chappell, Smith & Arden P.A. | x |