# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

|  |  |
|---|---|
| | **AMENDED COURT MINUTES** |
| | BEFORE: Joan N. Ericksen |
| | U.S. District Judge and |
| | Franklin L. Noel |
| | U.S. Magistrate Judge |
| IN RE: Bair Hugger Forced Air Warming Devices Product Liability Litigation | |
| | Case No: 0:15-md-02666 (JNE/FLN) |
| | Date: February 15, 2018 |
| | Deputy: Catherine B. Cusack |
| | Court Reporter: Maria V. Weinbeck |
| | Courthouse: Minneapolis |
| | Courtroom: 12W |
| | Time in Court: 9:48 AM - 10:27 AM |
| | Time in Court: 39 Minutes |

# STATUS CONFERENCE

APPEARANCES:

    Plaintiff:    Genevieve M. Zimmerman, Jan M. Conlin, Ben W. Gordon, Jr., David Szerlag, David W. Hodges

    Defendant:    Benjamin W. Hulse, Mary S. Young, Bridget M. Ahmann

    Please see attached list of telephone participants.

PROCEEDINGS:

    ☒ Status Conference held.
    ☒ Appearances made on the record.

1) The next status conference is scheduled for Thursday, March 15, 2018, 9:30 AM in Minneapolis Courtroom 12W.