```
 1                  UNITED STATES DISTRICT COURT

 2                    DISTRICT OF MINNESOTA

 3     -----------------------------------------------------------
                                    )
 4                                  )
        In Re: Bair Hugger Forced Air )  File No. 15-MD-2666
 5      Warming Devices Products     )  (JNE/FLN)
        Liability Litigation         )
 6                                   )  February 15, 2018
                                     )  Minneapolis, Minnesota
 7                                   )  Courtroom 12W
                                     )  9:48 a.m.
 8                                   )
                                     )
 9     -----------------------------------------------------------

10            BEFORE THE HONORABLE JOAN N. ERICKSEN
                UNITED STATES DISTRICT COURT JUDGE
11

12            THE HONORABLE FRANKLIN L. NOEL
                UNITED STATES MAGISTRATE JUDGE
13

14                     (STATUS CONFERENCE)

15     APPEARANCES

16     FOR THE PLAINTIFFS:
                                MESHBESHER & SPENCE
17                              Genevieve M. Zimmerman
                                1616 Park Avenue
18                              Minneapolis, MN  55404

19
                                CIRESI CONLIN
20                              Jan Conlin
                                225 South 6th Street
21                              Suite 4600
                                Minneapolis, MN
22

23                              KENNEDY HODGES, LLP
                                David W. Hodges
24                              711 W. Alabama Street
                                Houston, TX 77006
25
```

```
 1     FOR THE PLAINTIFFS (cont'd):

 2                              LEVIN PAPANTONIO
                               Ben W. Gordon, Jr.
 3                             316 S. Baylen Street
                               Suite 600
 4                             Pensacola, FL 32502

 5                             PRITZKER HAGEMAN, P.A.
                               David J. Szerlag
 6                             45 South 7th Street, #2950
                               Minneapolis, MN  55402-1652
 7
       FOR THE PLAINTIFFS (APPEARING BY PHONE:)
 8
                               PRITZKER HAGEMAN, P.A.
 9                             Wendy Thayer
                               45 South 7th Street, #2950
10                             Minneapolis, MN  55402-1652

11                             GROSSMAN & MOORE, PLLC
                               Emily A. DeVuono
12                             Jennifer Moore
                               Elizabeth Coulter
13                             Ashton Smith
                               401 W. Main Street
14                             Suite 1810
                               Louisville, KY  40202
15

16                             HARE WYNN NEWELL & NEWTON
                               Don McKenna
17                             Peggy Little
                               Lynne Reed
18                             Massey Building
                               2025 Third Avenue North
19                             Suite 800
                               Birmingham, AL  35203
20

21                             MORGAN & MORGAN, PA
                               Heather Cullen
22                             Joseph T. Waechter
                               Michael Goetz
23                             201 N. Franklin St 7th Floor
                               Tampa, FL  33602
24

25
```

```
1        FOR THE PLAINTIFFS(appearing by phone):

2                                    RAIZNER SLANIA, LLP
                                     Jeffrey L. Raizner
3                                    Rica Rinosa
                                     Erin Stracener
4                                    2402 Dunlavy Street
                                     Houston, TX  77006
5
                                     LONCAR & ASSOCIATES
6                                    William Hymes
                                     John L. Coveney
7                                    424 S. Cesar Chavez Blvd
                                     Dallas, TX  75201
8
                                     CAPRETZ & ASSOCIATES
9                                    Don K. Ledgard
                                     5000 Birch St, Suite 2500
10                                   Newport Beach, ca  92660

11                                   DAVIS & CRUMP, PC
                                     Martin D. Crump
12                                   Robert D. Cain, Jr.
                                     Wes Stevenson
13                                   2601 Fourteenth Street
                                     Gulfport, MS 39507
14
                                     LEWIS & CAPLAN
15                                   Amy Webster
                                     Sarah Delahoussaye Call
16                                   Pete Lewis
                                     3631 Canal Street
17                                   New Orleans, LA  70119

18                                   THE RUTH TEAM
                                     Steven C. Ruth
19                                   Austin Grinder
                                     842 Ramond Avenue
20                                   Suite 200
                                     Saint Paul, MN  33733-5157
21
                                     LAW OFFICES OF TRAVIS R. WALKER
22                                   Travis R. Walker
                                     Julie Treacy
23                                   1235 SE Indian Street
                                     Suite 101
24                                   Stuart, FL  34997

25
```

```
 1      FOR THE PLAINTIFFS(appearing by phone):

 2                              ANDREWS & THORNTON
                                Anne Andrews
 3                              John Thornton
                                Lauren Davis
 4                              2 Corporate Park, Suite 110
                                Irvine, CA 92606
 5
                                LORD & ASSOCIATES
 6                              Priscilla Lord
                                Melissa Heinlein
 7                              309 Clifton Avenue
                                Minneapolis, MN 55403
 8
                                MURRAY LAW FIRM
 9                              Caroline Whitney Thomas
                                650 Poydras Street
10                              Suite 2150
                                New Orleans, LA  70130
11
                                BROWN & CROUPPEN, PC
12                              Abby Cordray
                                Seth S. Webb
13                              Vanessa Mixco
                                211 North Broadway, Suite 1600
14                              St. Louis, MO  63102

15                              BEASLEY ALLEN
                                Megan Robinson
16                              Renee Lindsey
                                218 Commerce Street
17                              Montgomery, AL  36104

18                              FITZGERALD LAW GROUP, LLC
                                Kevin Fitzgerald
19                              120 Exchange Street
                                Suite 200
20                              Portland, ME  04101

21                              MESHBESHER & SPENCE, LTD
                                Holly Sternquist
22                              1616 Park Avenue
                                Minneapolis, MN  55404
23
                                NEAL R. ELLIOTT, JR.
24                              P.O. Box 80136
                                Baton Rouge, LA  70898
25
```

```
 1      FOR THE PLAINTIFFS(appearing by phone):

 2                              PARKER WAICHMAN, LLP
                                Nicole Eisner
 3                              Michael S. Werner
                                Giselle Grant
 4                              59 Maiden Lane
                                6th Floor
 5                              New York, NY  10038

 6                              BAILEY PEAVY BAILEY COWAN
                                HECKAMAN, PLLC
 7                              Justin Jenson
                                The Lyric Centre
 8                              440 Louisiana Street
                                Suite 2100
 9                              Houston, TX  77002

10                              LANGDON & EMISON
                                Rachel Ahmann
11                              Lauren Niendick
                                911 Main Street
12                              Lexington, MO  64067

13                              THE WEBSTER LAW FIRM
                                Chelsie Garza
14                              6200 Savoy Suite 150
                                Houston, TX  77036
15
                                LAW OFFICES OF JAMES S. ROGERS
16                              Heather Cover
                                1500 4th Avenue #500
17                              Seattle, WA  98101

18
                                THE OLINDE FIRM, LLC
19                              Alfred Olinde, Jr.
                                400 Poydras Street
20                              Suite 1980
                                New Orleans, LA  70130
21
                                SANDERS PHILLIPS GROSSMAN
22                              Randi Kassan
                                Michael Nathan
23                              100 Garden City Plaza
                                Suite 500
24                              Garden City, NY 11530

25
```

```
 1      FOR THE PLAINTIFFS(appearing by phone):

 2                              BERNSTEIN LIEBHARD LLP
                                Dae Lee
 3                              Daniel C. Burke
                                Jessica Keller
 4                              10 East 40th Street
                                New York, NY  10016
 5
                                HOUSSIERE DURANT & HOUSSIERE
 6                              Randall A. Kauffman
                                Monica Vaughan
 7                              Shirley Strom-Blanchard
                                1990 Post Oak Blvd Suite 800
 8                              Houston, TX  77056

 9                              GOZA & HONNOLD, LLC
                                Lisa Joyce
10                              Kirk Goza
                                Bradley Honnold
11                              11181 Overbrook Road, Suite 200
                                Leawood, KS  66211
12
                                COLLING GILBERT WRIGHT &
13                              CARTER, LLC
                                Lia Ann Thomas
14                              Melvin Wright
                                The Florida Firm
15                              801 N. Orange Avenue
                                Suite 830
16                              Orlando, FL  32801

17                              SKIKOS CRAWFORD SKIKOS&
                                    JOSEPH, LLP
18                              Matt Skikos
                                Julie Tucci
19                              Darilyn Simon
                                One Sansome Street, Suite 2830
20                              San Francisco, CA  94104

21                              TATE LAW GROUP, LLC
                                Nikki Jackson
22                              2 East Bryan Street
                                Suite 600
23                              Savannah, GA  31328

24                              THE MILLER FIRM, LLC
                                Tayjes Shah
25                              108 Railroad Avenue
                                Orange, VA  22960
```

```
 1    FOR THE PLAINTIFFS (appearing by phone):

 2                              MARTIN HARDING & MAZZOTI, LLP
                                Rosemarie Bogdan
 3                              1222 Troy-Schenectady Road
                                P.O. Box 15141
 4                              Albany, NY  12212-5141

 5                              RICHARDSON PATRICK WESTBROOK &
                                BRICKMAN, LLC
 6                              Daniel Haltiwanger
                                Missi Cruz
 7                              PO. Box 1368
                                Barnwell, SC  29812
 8
                                RIEDERS TRAVIS HUMPHREY WATERS
 9                              & DOHRMANN
                                Deborah Bueno
10                              Melissa Barnum
                                Clifford A. Rieders
11                              161 West Third Street
                                Williamsport, PA  17701
12
                                PETERSON & ASSOCIATES, P.C.
13                              Brian Emerson Tadtman
                                801 W. 47th Street, Suite 107
14                              Kansas City, MO  64112

15                              ALBERT BROOKS FRIEDMAN LTD
                                Albert B. Friedman
16                              Kelly Lopez
                                161 N. Clark Street
17                              Suite 2575
                                Chicago, IL  60601
18

19                              PARKER WAICHMAN, LLP
                                Nicole Eisner
20                              Michael S. Werner
                                Giselle Grant
21                              59 Maiden Lane
                                6th Floor
22                              New York, NY  10038

23                              RANDALL J. TROST, P.C.
                                Carrie Hancock
24                              Pam Rodriguez
                                Randall T. Trost
25                              801 Main Street
                                Lynchburg, VA  24504
```

```
 1
        FOR THE PLAINTIFFS (appearing by phone):
 2
                               SCHNEIDER SCHNEIDER & SCHNEIDER
 3                             Scott Haider
                               815 Third Avenue South
 4                             Fargo, ND  58103

 5                             BERNHEIM DOLINSKY KELLEY, LLC
                               Walter Kelley
 6                             Paula Bliss
                               4 Court Street
 7                             Plymouth, MA  02360

 8                             JUSTINIAN & ASSOCIATES PLLC
                               Amber Pang Parra
 9                             6228 Bandera Road
                               San Antonio, TX  78238
10
                               MEYERKORD & MEYERKORD LLC
11                             Joseph Klenofsky
                               1717 Park Avenue
12                             St. Louis, MO  63104

13                             NEWMAN BRONSON & WALLIS
                               Lauren Bronson
14                             2300 West Port Plaza Drive
                               Saint Louis, MO  63146
15
                               SHELTON LAW GROUP
16                             Rob Shelton
                               9300 Shelbyville Road
17                             Suite 215
                               Louisville, KY  40222
18
                               SHOWARD LAW FIRM PC
19                             Elizabeth Whitley
                               Sarah J. Showard
20                             4703 E Camp Lowell Drive
                               Suite 253
21                             Tucson, AZ  85712

22                             CHAPPELL SMITH & ARDEN PA
                               Mark D. Chappell Jr
23                             Graham Newman
                               Bonnie Sluce
24                             15150 Calhoun Street
                               Columbia, SC 29201
25
```

```
 1    FOR THE DEFENDANTS 3M:

 2                                    BLACKWELL BURKE P.A.
                                      Ben Hulse
 3                                    Mary Young
                                      431 South Seventh Street
 4                                    Suite 2500
                                      Minneapolis, MN  55415
 5

 6                                    FAEGRE BAKER DANIELS
                                      Bridget M. Ahmann
 7                                    90 South Seventh Street
                                      Suite 2200
 8                                    Minneapolis, MN  55402

 9

10    Court Reporter:                 MARIA V. WEINBECK, RMR-FCRR
                                      1005 U.S. Courthouse
11                                    300 South Fourth Street
                                      Minneapolis, Minnesota 55415
12

13            Proceedings recorded by mechanical stenography;
      transcript produced by computer.
14

15

16

17

18

19

20

21

22

23

24

25
```

1                    **P R O C E E D I N G S**

2                         **(9:48 a.m.)**

3              THE COURT:  Good morning.  Please be seated.  I

4      know we've kept you waiting a little bit, but we were

5      talking about your case, so I don't know if that's good news

6      or bad news.  But welcome anyway and also welcome to the

7      people who are on the phone.

8              And as we have done before, I'll unmute you for a

9      moment and would somebody on the phone please say something

10     just so I know that you can -- I guess so I know you're

11     there.  Somebody took a breath there.

12             MR. FRIEDMAN:  My name is Albert Friedman from

13     Chicago.  I'm here.

14             THE COURT:  Okay.  Good enough.  Thanks.  I'll

15     mute you.  And we will continue.  Let's have appearances of

16     counsel who are present.

17             MS. ZIMMERMAN:  Good morning, Your Honors.

18     Genevieve Zimmerman for plaintiffs.

19             MS. CONLIN:  Good morning, Your Honors.  Jan

20     Conlin on behalf of plaintiffs.

21             MR. GORDON:  Good morning.  Ben Gordon for

22     plaintiffs.

23             MR. HODGES:  David Hodges for plaintiffs.

24             MR. SZERLAG:  David Szerlag --

25             THE COURT:  Okay, good morning.  Who are you

1   again?  Next to Mr. Hodges, who is that next to you?

2            (Laughter.)

3            MR. GORDON:  I'm glad to be back, Your Honor.

4            THE COURT:  We had an e-mail -- before you

5   introduce yourself again, we had a chambers e-mail from

6   Mr. Blackwell saying that he is still in trial, I think.

7   Anyway that's what he said, and he said something like he

8   has not forsaken the Court.

9            MR. HULSE:  They had closings yesterday, submitted

10  to the jury last night, but I can't speak to whether the

11  closing went a little extra long, spent a little more time

12  in L.A., but we do expect him back next week.  Ben Hulse for

13  defendants.

14           MS. YOUNG:  Good morning, Your Honors.  Mary Young

15  for defendants.

16           MS. AHMANN:  Bridget Ahmann for defendants.

17           THE COURT:  Welcome to all of you.  I issued -- I

18  signed some orders yesterday.  I don't know, actually I'm

19  not a hundred percent certain whether they've been filed or

20  not.

21           MR. HULSE:  We saw the Houseman Order this

22  morning, the subject matter jurisdiction, but I don't think

23  any others.

24           THE COURT:  Okay.  What about Gruetzmacher,

25  Garcia, et al?

1          MR. HULSE:  The PFS issues, we haven't seen them

2    yet.

3          THE COURT:  Right, just a second.  Were they

4    filed?  I signed them but they weren't filed?

5          THE CLERK:  No.

6          THE COURT:  Aha, that just proves that you didn't

7    sneak into my office and see what I signed.

8          All right.  Well, let's turn our attention then to

9    the joint agenda.  The first matter on the agenda is the

10   Gareis bellwether scheduled, and we have a pretrial

11   conference scheduled for the first Friday of May.  It says

12   here depositions are to be completed by two days ago.  And

13   there's an agreement to take depositions on today and

14   tomorrow.  And case specific dispositives then will be filed

15   the 20th.  What's that, next Monday or?

16          MR. HULSE:  Tuesday.

17          THE COURT:  Tuesday, okay.  And then trial begins

18   on May 14th.  Okay, so should you not all be in deposition

19   then?  Isn't today the 15th?

20          MS. ZIMMERMAN:  Yes, Your Honor, and actually with

21   the Court's indulgence, to the extent that we might touch on

22   some of the expert updates, which I think is the last item

23   on the agenda, I might see if the Court would allow us to do

24   that first.  I'm actually helping with the deposition that

25   has started, and I would like to sneak out, with the Court's

1    indulgence.

2             THE COURT:  All right.  That's very doable.

3             Ms. Zimmerman, why don't I hear from you first

4    about any issues that remain.  I'm hoping that some of this

5    back and forth has been worked out since the joint agenda

6    was submitted.  It seemed like the kind of thing that might

7    be susceptible to being worked out, but I'd like to hear

8    from you first.

9             MS. ZIMMERMAN:  Absolutely, Your Honor.

10            With respect to the payments issue for the expert

11   witnesses, I believe that that issued has been resolved.  We

12   have received payment for the outstanding expert witness

13   invoices by hand delivery yesterday afternoon, and we expect

14   that that is no longer an issue that requires the Court's

15   attention.

16            So that's the first thing on the case specific

17   expert deposition update on page five.  And I think actually

18   that deals with the first two paragraphs.  And then really

19   the last issue that I was here to address is to the extent

20   that defendants have placed on the agenda an update with

21   respect to what they call an untimely production from

22   Dr. Elgobashi related to his CFD.  I have copies of the

23   subpoenas if the Court would like to see them.

24            Defendants issued a subpoena to Dr. Elgobashi

25   requesting various documents that were to be produced by

1       February 10th at noon.  We did offer them actually on a

2       flash drive a day early.  Defense counsel declined to accept

3       that, but they were produced in a timely manner pursuant to

4       the subpoena at noon on Saturday at his deposition.  And,

5       again, those, none of the documents that have been produced

6       change any of the opinions that Dr. Elgobashi has offered in

7       a timely way in connection with his opinion in Gareis, which

8       was produced November 27th of 2017.

9              Rather, what the files do, they have, they are

10      recently completed CFD that essentially shows the math

11      supporting the opinions, and it shows with precision.  So in

12      his expert report provided in November, he said that the

13      same impact would happen with the 505.  He gave a time range

14      of I believe 20 to 60 seconds for the 505 device, and what

15      the device or what the files we produced last week showed,

16      the new CFD showed with precision that it is inside that

17      range of I believe its 43 seconds.

18             So to the extent that the defendants have anything

19      to say with respect to Dr. Elgobashi's production,

20      plaintiffs have also said -- would inform the Court that we

21      have also prepared subpoenas to each of the defense

22      witnesses in this case, and we have received either no

23      productions, late productions or insufficient productions

24      along the way, and we're not going to raise motions to

25      exclude these experts based on those productions.

1           But we will say that, for example, we received an

2    external hard drive from Dr. Abraham, who is presently being

3    deposed, but we received the hard drive for him just this

4    past Friday, despite the fact that that subpoena production

5    was due on the 22nd of January so.

6           THE COURT:  But you're not making a motion about

7    that.

8           MS. ZIMMERMAN:  We are not.

9           THE COURT:  Okay.  Mr. Hulse, first of all, or

10   Ms. Young?  The payment matter is all worked out, is it?

11          MS. YOUNG:  It is, Your Honor, and we certainly

12   strenuously object to the accusations that were made that

13   Blackwell Burke has mishandled funds or acted

14   unprofessionally and --

15          THE COURT:  I'm sure you haven't mishandled the

16   funds, and I'm sure you haven't done anything wrong, and I

17   didn't gather that you were being even accused of that.  So

18   I just for the moment want to make sure that there's nothing

19   for us to decide or do on that.

20          MS. YOUNG:  There is not.

21          THE COURT:  Okay.  And then if we're talking about

22   the deposition matters, then I'm going to --

23          MS. YOUNG:  With respect to Doctor -- oh, excuse

24   me, Your Honor.

25          MAGISTRATE JUDGE NOEL:  Go ahead.

1          THE COURT:  I was going to handle the Keen --

2          MAGISTRATE JUDGE NOEL:  I'm in charge, but it's

3     your turn to talk.

4          THE COURT:  Since it's Elgobashi, then Judge Noel

5     is going to take the lead on this one.

6          MAGISTRATE JUDGE NOEL:  Go ahead.

7          MS. YOUNG:  With respect to the Elgobashi CFD,

8     it's defendant's position that that additional CFD on the

9     model 505 was due at the end of November.  We previewed this

10    issue with the Court last time.  We understand that there is

11    no motion before the Court and decided not to tee that up

12    today.  To the extent we have a motion to exclude either

13    because of the timeliness of that production or the

14    substance of the late CFD, we intend to bring that by motion

15    and just simply reserved our rights today and wanted the

16    deposition of Dr. Abraham to proceed, and the defendants

17    will make a decision as to whether the Court intervention is

18    required on that issue.

19         MAGISTRATE JUDGE NOEL:  So neither side is asking

20    the Court to do anything today with regard to either of

21    those depositions?

22         MS. YOUNG:  Correct.

23         MAGISTRATE JUDGE NOEL:  And are these folks going

24    to be called live at the Gareis trial or are these

25    depositions, if they go forward, would be the testimony that

1    would be offered?

2              MS. YOUNG:  So when you're talking about these

3    depositions, we have Dr. Abraham today.  Dr. Elgobashi's

4    deposition was last Saturday in Los Angeles, and so that is

5    concluded then.  They haven't yet decided whether we have a

6    motion to reopen that deposition based on the disclosure,

7    but those experts I believe are intended to be called live

8    at trial.

9              MAGISTRATE JUDGE NOEL:  So they're not being

10   videotaped as we speak or they were videotaped or will be

11   today or?

12             MS. YOUNG:  I actually wasn't --

13             MS. ZIMMERMAN:  Both, Your Honor.  They were

14   videotaped last Saturday.  Dr. Abraham is being videotaped

15   presently.  Dr. Elgobashi will be here live to provide

16   testimony at trial in May, and I think they can speak to

17   Dr. Abraham.

18             MAGISTRATE JUDGE NOEL:  Okay.  Thank you.  I took

19   the lead, and it appears we don't have to do anything.

20             THE COURT:  Good job.

21             MS. YOUNG:  So, Your Honors, there is nothing

22   before the Court on these issues.  Thank you.

23             THE COURT:  All right.  Ms. Zimmerman, does that

24   conclude --

25             MS. ZIMMERMAN:  With the Court's indulgence, I

 1    would exclude myself.

 2            THE COURT:  Thank you.  Nice to see you.

 3            All right.  Repopulating the bellwether pool.

 4    You're working on that?

 5            MS. CONLIN:  Correct.

 6            THE COURT:  Do you anticipate any problems or is

 7    there anything productive that we can discuss today,

 8    Ms. Conlin?

 9            MS. CONLIN:  No, Your Honor.

10            THE COURT:  I can't hear you.

11            MS. CONLIN:  We've provided proof of use on the

12    one hundred bellwether selections, and we're just waiting

13    for any objections by 3M, which I think are due early next

14    week.

15            MAGISTRATE JUDGE NOEL:  And are there any issues

16    left with regard to the *Lexecon* waiver thing that defendants

17    wanted early and you were opposing that, and I picked some

18    date and said this is the date by which --

19            MS. CONLIN:  Yeah, and we've sent out a

20    communication to all the lawyers that have cases in that one

21    hundred pool and told them that this is the date.  We expect

22    people to comply with it.

23            MAGISTRATE JUDGE NOEL:  And do you anticipate as I

24    recall from last time around there was some one percent or

25    two percent of the folks didn't want to waive.  Do we know,

```
 1    do we have a sense of?
 2              MS. CONLIN:  We have had no communications with
 3    any of the individual lawyers other than sending them a
 4    letter saying here's the Court's Order and here's the date.
 5    I'm not in a position to tell you where people are at.
 6    We've not had any individual conversations with those folks.
 7              MAGISTRATE JUDGE NOEL:  Okay.  Thank you.
 8              THE COURT:  And defense, you, I imagine, have
 9    nothing to say on this?
10              MS. AHMANN:  No.
11              MR. HULSE:  And no, Your Honors.
12              THE COURT:  Okay.  So the PFS issue.
13              MS. CONLIN:  Say, Your Honor?  Mr. Szerlag, just
14    so that in complete candor, he did tell me that we have
15    received a couple e-mails from lawyers representing
16    plaintiffs at this point in time who have indicated that
17    they're not going to waive.
18              The intent of my comments was to say we haven't
19    had affirmative conversations with anyone other than sending
20    out.  We have gotten a couple e-mails in from people saying
21    that they're not waiving.  I don't even know who those folks
22    are, but I want to make sure that the Court is aware of
23    that.
24              MAGISTRATE JUDGE NOEL:  But that hasn't been
25    communicated to defendants yet?
```

1        MS. CONLIN:  No, I think the date for that is

2    early next week.  And we thought we would do it all as one

3    submission, Your Honor.

4        THE COURT:  Mr. Szerlag, any sense of how many of

5    those e-mails you've gotten or e-mails concerning how many

6    cases?

7        MR. SZERLAG:  There have not been that many.  I

8    would think at this point I received about ten.  Some people

9    had questions about the waiver.  Some people said that they

10   would waive, that they would get written waivers from their

11   clients.  My recollection is there were two or three people

12   at this point that indicated that they probably would not

13   waive *Lexecon*.

14       THE COURT:  Okay.  All right.  Thank you very

15   much.  I appreciate it.

16       And, Mr. Szerlag, as long as you're up, should we

17   just take a parenthetical time-out so that you can give your

18   update?

19       MR. SZERLAG:  Okay.  Thank you, Your Honor.  The

20   number of cases now pending as of last night 4,520 cases in

21   the MDL.  The number in the State Court obviously has not

22   changed.  And as the Court is aware, those cases are under

23   an order from Judge Leary.  My understanding is that there

24   will be an appeal of Judge Leary's decision on the State

25   Court cases in Ramsey County.  I don't have any update other

 1   than what is in the status report as far as the other State

 2   Court cases that are pending there.

 3                   THE COURT:  What's the -- you might not know this,

 4   and I can't remember what the timing deadline is for State

 5   Court appeals, but if the motion for reconsideration was

 6   denied on the 31st of January, I don't know, has the notice

 7   of it been --

 8                   MR. SZERLAG:  Well, I don't even think there's a

 9   formal motion, but my understanding is it's 60 days from the

10   order entered, and the order was entered I believe on the

11   26th of January.

12                   THE COURT:  Right, right.  Judgment was entered on

13   the 26th.  Okay.  Thank you, Mr. Szerlag.  I appreciate it.

14                   MS. CONLIN:  I have a note here that --

15                   THE COURT:  Just hold on, one at a time.

16   Mr. Szerlag, are you done with everything else?

17                   MR. SZERLAG:  The only other thing I have to

18   address perhaps is the PFS issue, but we can wait on that,

19   if you'd like.  I know Mr. Hulse is probably --

20                   THE COURT:  Ms. Conlin?

21                   MS. CONLIN:  I just wanted to confirm that it's my

22   understanding that the notice of appeal needs to be filed by

23   March 26th.

24                   THE COURT:  Okay.  All right.  Mr. Szerlag, on the

25   PFS issue, did you want to be heard?

1          MR. SZERLAG:  Well, I think Mr. Hulse would be

2     heard first, and then I will -- I may or may not have some

3     comments depending on what he has to say.

4          MR. HULSE:  If the motion has been resolved, I'm

5     not sure whether I have anything to add.

6          THE COURT:  Would you give us a moment?  Hold on.

7               (Off the record discussion.)

8               (IN OPEN COURT)

9          THE COURT:  All right.  Let me -- let's do it this

10    way.  Why don't I tell you what I am tentatively planning on

11    ordering, but the order doesn't have any effect because it

12    has not been filed as of this moment.  So I'm just going to

13    give you a preview so that it might save some of your

14    breath, but I'm not stating this as information with respect

15    to something that's already been ordered.

16          MR. HULSE:  Understood.  Thank you, Your Honor.

17          THE COURT:  So the Gruetzmacher, Garcia, Husman,

18    Pickens group, I guess I'll name all of them.  Sparks,

19    Peters, Jadwin, Osborne, Nunn, Taylor, Blancett 17CV2383,

20    Pickett, Suchan, Rashad, McCall, Ghidella, Gawthorp,

21    McLaughlin, Mazer, Miller, Loving, Gilliam, Rietz, Reeves,

22    O'Connell and Butler is granted.  Those are -- that includes

23    16 plaintiffs who have not responded, and seven plaintiffs

24    who stopped communicating with counsel and have not disputed

25    the merits of the motion.

1        Those seven -- that would be Blancett, Mazer,

2   McLaughlin, Miller, Osborne, Pickett, and Rashad.

3        MR. HULSE:  Your Honor, I actually fell behind a

4   little bit.  May I ask were Butler, Taylor and Suchan on

5   that list?

6        THE COURT:  Nope, they're going to be on another

7   list.

8        MR. HULSE:  Okay, I wanted to make sure that the

9   Court was aware of the suggestions of death, which put them

10   into the PTO23 process.

11        THE COURT:  That's a different deal.

12        MR. HULSE:  All right.

13        THE COURT:  Okay, so that's those.  Those are

14   dismissed with prejudice and that is for failing to comply

15   with PTO14 and failing to prosecute.

16        So now to the three death cases, that's Butler,

17   Suchan and Taylor.  Those cases were filed after death in

18   Federal Court, and the Court lacks subject matter

19   jurisdiction in those cases, and so those I am planning to

20   dismiss with prejudice.

21        MR. HULSE:  You know and, Your Honor, we may have

22   simply missed the date of death, and our thought was that

23   they were filed after death but that because a suggestion of

24   death was filed, it went into PTO23.  But to be honest here

25   today, I can't say that I checked to see whether they were

1    filed before or after the plaintiff died.

2              THE COURT:  Here's what I've got with respect to

3    Butler, that the Complaint was filed in September of 2017,

4    and the death occurred in February of 2016.

5              MR. HULSE:  Okay.  Well, that's --

6              THE COURT:  So that would be dismissed.  With

7    respect to Suchan, I've got that the Complaint was filed in

8    July of 2017, and the death occurred in August of 2016.  So

9    the Court has no jurisdiction there.

10             And then with respect to Taylor, the Complaint was

11   filed in June of 2017, and the death occurred in April of

12   2017.  So about three months before the Complaint was filed.

13             MR. HULSE:  That seems clear cut.  And as the

14   Court knows, we often are not aware that the plaintiff has

15   died or the date of the death until there's a response to

16   one of these PFS motions.

17             THE COURT:  Right, right.  So that's that.

18             MR. HULSE:  Agreed.

19             THE COURT:  Does anyone have anything to say about

20   that?  I may have missed somebody, but I just double

21   checked, and I don't think so.  So all in all, we've talked

22   about --

23             MR. HULSE:  And, Your Honor, there were five cases

24   that were dismissed by stipulation of dismissal.

25             THE COURT:  Okay.  Just a second, I just counted.

1    I've got 26 there.  But I think that those stipulations, I

2    think those are all included in this list somewhere, aren't

3    they?

4              MR. HULSE:  That's where I have to confess that I

5    fell a little bit behind the Court when you were listing off

6    the cases.

7              THE COURT:  Well, that's my fault because -- just

8    because everything is my fault.  Okay, so --

9              MR. HULSE:  So I can name --

10             THE COURT:  Just a second, are the five that

11   you're talking about, are they Gawthorp, Ghidella, Loving,

12   Nunn and Reeves?

13             MR. HULSE:  Those are the cases, yes.

14             THE COURT:  Okay, I think I have those in here but

15   let's just double check.  Gawthorp, that's 3187.  Yes.

16             MR. HULSE:  Yes.

17             THE COURT:  Ghidella, I'm pretty sure I remember

18   reading that because I didn't know how to pronounce it,

19   3103, yes.

20             Loving, I remember reading that because of obvious

21   reasons.  3895, yes.

22             Nunn, 2231, yes.

23             And, finally, Reeves, I think I remember that one

24   also.  Yes, 3956, yes.  So they're all included.

25             MR. HULSE:  Great.  Thank you, Your Honor.

1          MR. HODGES:  Your Honor, may I be heard on one of

2     them?  One of the cases?

3          THE COURT:  All right.

4          MR. HODGES:  David Hodges appearing on behalf of

5     Robert McLaughlin.  Your Honor, this one I think is a little

6     bit different from the others that were on the dismissal

7     docket today in that we've heard from Mr. McLaughlin, and he

8     has confirmed that he's been having ongoing medical issues

9     which was preventing him from communicating with us.  We've

10    asked for an additional 60 days in order to get a good PFS

11    on file for him, and I've asked the Court's indulgence to

12    grant us that in light of the fact that he's been sick.

13         THE COURT:  And you filed that?

14         MR. HODGES:  Yes, Your Honor.  Are you talking

15    about the response to the motion to dismiss?

16         THE COURT:  Yes.

17         MR. HODGES:  Yes, Your Honor, and it's supported

18    by the declaration of Donald Green, one of my associates,

19    about the medical issues.

20         THE COURT:  Was there any -- so that's -- has

21    McLaughlin made any attempt to contact counsel since the

22    December report of the ongoing medical issues?  I'm looking

23    for some substantial --

24         MR. HODGES:  We did speak to him on December 20th

25    of 2017 and during that phone call is when he informed us

1     that he had been sick and unable to comply with our request.

2              THE COURT:  Okay, so, but that's a while ago.

3              MR. HODGES:  Well, less than two months ago.

4              THE COURT:  And did he give you any medical

5     records or did he give you anything to substantiate the

6     reasons for his --

7              MR. HODGES:  No, Your Honor.

8              THE COURT:  All right.  The Defendant's motion is

9     granted with respect to McLaughlin.

10             MR. HODGES:  Thank you, Your Honor.

11             THE COURT:  Okay.  Item Number 6 -- I'm sorry,

12    Item Number 7.  The Augustine discovery, the joint agenda

13    says that on January 31st, the Court granted Defendant's

14    motion to compel.  On February 8th, the Court set

15    February 14th, which is yesterday the deadline for

16    compliance, with the January 30th order.

17             It says defendants anticipate that the continued

18    deposition of Dr. Augustine, the depositions of Randall

19    Benham and Brent Augustine will be conducted in March.

20    Plaintiffs note their desire and intention to participate in

21    the questioning of each of these witnesses.  Anything more

22    to be said?

23             MS. CONLIN:  Just briefly, Your Honor.  The only

24    reason we flagged that in the status report is that at the

25    last deposition of Dr. Augustine, the entire seven hours was

1    taken by defendants, so I had an opportunity for maybe two

2    minutes at the end of the deposition.  But we've actually

3    not had a chance to depose him.  We've got some questions we

4    want to ask of these individuals, and I just don't, I'm

5    flagging for the Court in the event that they run the seven

6    hours, and we haven't had an opportunity to ask the

7    questions that we've been wanting to ask.

8                MAGISTRATE JUDGE NOEL:  How long do you anticipate

9    needing to get your questions done?

10               MS. CONLIN:  I would say probably three to four

11   hours.  Now it's possible that some of it is covered during

12   the defense questioning of Dr. Augustine, but I just want to

13   flag for the Court that we haven't had an opportunity to

14   depose any of these folks under oath yet.

15               MAGISTRATE JUDGE NOEL:  What, if anything, have

16   the witnesses themselves said about the timing?  Have they

17   said, hey, seven hours are up, we're out of here.

18               MS. CONLIN:  If I recall, Your Honor, I think last

19   time Dr. Augustine got to the seven hours and said that, you

20   know, he was represented by counsel, and they said your

21   seven hours is up.  And I requested indulgence because there

22   were a couple of questions that I thought were important

23   that they get answered including the fact that he's not

24   involved in this case, and so they let me do that for a

25   couple of minutes.  But I do have questions for

1    Dr. Augustine, and I want to make sure I get a chance to ask

2    them.

3                MAGISTRATE JUDGE NOEL:  Mr. Hulse?

4                MR. HULSE:  Well, this is a real problem for us,

5    Your Honor.  This deposition is going to be taken pursuant

6    to the Court's Order granting us the additional time that we

7    demonstrated that we needed to finish what we needed to do.

8    Five hours I believe is what we recorded, so if we're

9    looking at three or four hours from the plaintiffs, that's

10   wiping out most of it.

11               We would have appreciated if they would have

12   joined us in that motion for additional time to depose him

13   and then maybe we could have gone and gotten more time seven

14   or eight hours, but right now the time that has been granted

15   has been time for us to complete our examination of

16   Dr. Augustine.

17               So clearly there's no motion before the Court

18   today.  We'll certainly talk with plaintiffs' counsel and

19   see if we can resolve this, but if that's the kind of time

20   they need, then we may need to revisit this issue with the

21   court.

22               MAGISTRATE JUDGE NOEL:  Again, my thought would be

23   that both counsel should chat with each other and loop in

24   Mr. Benham because, obviously, he has a dog in the fight

25   too.

 1          MR. HULSE:  Indeed, he does.  Indeed he does.

 2     We'll confer with counsel.  And we did get Mr. Benham's

 3     production yesterday.  We're looking through it.  I can't

 4     say it's the end of the story at this point.  Maybe it is,

 5     maybe it isn't, but we do intend to proceed with noticing of

 6     the depositions.  Thank you.

 7          MAGISTRATE JUDGE NOEL:  Thank you.  Anything else,

 8     Ms. Conlin?  There is no motion right here before us,

 9     correct?

10          MS. CONLIN:  There isn't, but I don't have the

11     motion papers in front of me, the briefing on this, but I do

12     believe previously we've indicated to Your Honor that we

13     want some time to depose him as well.

14          MAGISTRATE JUDGE NOEL:  So just be sure to talk to

15     Mr. Hulse and Mr. Benham to see if you can't work it out.

16     And if not, let us know.  We can schedule a hearing as

17     needed if we need to.

18          MS. CONLIN:  Thank you, Your Honor.

19          THE COURT:  Are there any matters that I have

20     missed that were on the joint agenda?

21          And failing that, are there any matters other than

22     what's contained in the joint agenda that would be

23     productive to discuss today?

24          MS. CONLIN:  Not on behalf of the plaintiffs, Your

25     Honor.

1            MS. YOUNG:   Nothing on behalf of defendants.

2            THE COURT:   All right.   The March 15th status

3      conference will be conducted by Judge Noel.

4            MAGISTRATE JUDGE NOEL:   With your permission, I

5      would just keep it here so as not to inconvenience

6      everybody, and whatever the phone call people are would

7      still be the same.

8            THE COURT:   Right.   I was assuming that would be

9      but thanks for making that clear.   The reason I am unable to

10     participate in this management conference is that I will be

11     in Washington D.C. at a conference about managing MDLs.   So

12     there.

13           And then I am personally not available on April

14     19th.   Judge Noel is available then.   That is right on the

15     eve, close to being right on the eve of the Gareis trial.

16     And so on March 15th, maybe you can think about whether you

17     need that April 19th status conference.   We'll leave it on.

18     It might be even more important to have it then, but bear in

19     mind that I am unable to be here on April 19th.

20

21           MR. HULSE:   And, Your Honor, we do have April 13th

22     set aside for the case specific Daubert and summary

23     judgment, so maybe we could all do a status as part of that

24     day too.

25           THE COURT:   You have that set aside for a hearing?

 1              MR. HULSE:  Yes, Your Honor.

 2              THE COURT:  It says, "loading, please wait."

 3      Friday.  Friday the 13th.  Are you sure you want to do that?

 4              MS. CONLIN:  We're unaware of the April 13th

 5      hearing date.  I was just wondering if the Court can

 6      inquire.

 7              MR. HULSE:  Ms. Zimmerman and I talked to Cathy at

 8      the last status and set it then.  It was after discussion

 9      with your colleagues on their availability.

10              THE COURT:  Okay.  Mr. Szerlag?

11              MR. SZERLAG:  Yes, I just have one question about

12      the, and I apologize I didn't bring it up earlier about the

13      *Lexecon* waivers.  We have had some inquiry from the --

14              MAGISTRATE JUDGE NOEL:  Let me interrupt for a

15      second.  You need to use the microphones on the podium so

16      the folks on the phone who might have an interest in this,

17      if they're some of the folks you're talking about.

18              MR. SZERLAG:  Okay, thank you.  We've had some

19      inquiry from the attorneys on the repopulation and on the

20      *Lexecon* waivers and where or if they should be filed in the

21      Court file itself.  And for sake of clarity or if you have a

22      preference that they'd be filed or a formal waiver be filed

23      in the individual file or can we do one filing?  We hope to

24      have everyone's answer by the due date, which I believe is

25      next week, and we can do it that way as well.  Whatever the

1    Court prefers.

2            THE COURT:  One filing is fine.

3            MR. SZERLAG:  One filing?  Great.  Thank you.

4            THE COURT:  Yeah.  Good question.

5        Anything from anyone on the phone?  I have you

6    unmuted now.

7        Anything from anybody on the phone?  I have you

8    unmuted.

9            (No response.)

10            THE COURT:  Hearing nothing, we will be in recess.

11                (Court adjourned at 10:27 a.m.)

12

13                        *      *      *

14

15        I, Maria V. Weinbeck, certify that the foregoing is

16    a correct transcript from the record of proceedings in the

17    above-entitled matter.

18            Certified by:  *s/ Maria V. Weinbeck*

19                        Maria V. Weinbeck, RMR-FCRR

20

21

22

23

24

25