UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To: Case Nos.: 17-cv-2319 (*Taylor v. 3M Co.*) 17-cv-2452 (*Suchan v. 3M Co.*) 17-cv-4177 (*Butler v. 3M Co.*) | ORDER |

On its own motion, the Court ruled that it did not have subject-matter jurisdiction over the above-captioned cases. *See* Fed. R. Civ. P. 12(h)(3). By its February 15, 2018 Order in the *Bair Hugger* MDL (15-md-2666), the Court identified jurisdictional defects as to Plaintiffs James A. Butler (17-cv-4177), John Suchan (17-cv-2452) and Mary Taylor (17-cv-2319) and dismissed their cases *without prejudice*. The Court now DIRECTS the Clerk's Office to enter judgment in these cases.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 15, 2018
                                                 s/ Joan N. Ericksen
                                                JOAN N. ERICKSEN
                                                United States District Judge