UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To:<br>Case Nos.:  17-cv-998 (*Gruetzmacher v. 3M Co.*)<br>17-cv-1017 (*Garcia v. 3M Co.*)<br>17-cv-1139 (*Husman v. 3M Co.*)<br>17-cv-1215 (*Pickens v. 3M Co.*)<br>17-cv-1250 (*Sparks v. 3M Co.*)<br>17-cv-1323 (*Peters v. 3M Co.*)<br>17-cv-1407 (*Jadwin v. 3M Co.*)<br>17-cv-2099 (*Osborne v. 3M Co.*)<br>17-cv-2231 (*Nunn v. 3M Co.*)<br>17-cv-2383 (*Blancett v. 3M Co.*)<br>17-cv-2415 (*Pickett v. 3M Co.*)<br>17-cv-2589 (*Rashad v. 3M Co.*)<br>17-cv-2726 (*McCall v. 3M Co.*)<br>17-cv-3103 (*Ghidella v. 3M Co.*)<br>17-cv-3187 (*Gawthorp v. 3M Co.*)<br>17-cv-3233 (*McLaughlin v. 3M Co.*)<br>17-cv-3819 (*Mazer v. 3M Co.*)<br>17-cv-3823 (*Miller v. 3M Co.*)<br>17-cv-3895 (*Loving v. 3M Co.*)<br>17-cv-3948 (*Gilliam v. 3M Co.*)<br>17-cv-3954 (*Rietz v. 3M Co.*)<br>17-cv-3956 (*Reeves v. 3M Co.*)<br>17-cv-4094 (*O'Connell v. 3M Co.*) | ORDER |

Defendants 3M Company and Arizant Healthcare Inc. moved to dismiss the above-captioned actions and others for Plaintiffs' failure to comply with Pretrial Order No. 14. Mot., 15-md-2666 Dkt. No. 1068. By its February 15, 2018 Order in the *Bair Hugger* MDL (15-md-2666), the Court granted the Motion as to Plaintiffs Constance Blancett (17-cv-2383), Maria Garcia (17-cv-1017), Dawn Gawthorp (17-cv-3187),

Michael Ghidella (17-cv-3103), Lisette & Melvin, Sr., Gilliam (17-cv-3948), Laura Gruetzmacher (17-cv-998), Raymond Husman (17-cv-1139), Patti & Todd Jadwin (17-cv-1407), Dorothy Loving (17-cv-3895), Marc Mazer (17-cv-3819), Stormy McCall (17-cv-2726), Robert McLaughlin (17-cv-3233), Carol Miller (17-cv-3823), Kenneth Nunn (17-cv-2231), Karen L. O'Connell (17-cv-4094), Vanessa Osborne (17-cv-2099), Christopher Peters (17-cv-1323), Michael Pickens (17-cv-1215), Paul Pickett (17-cv-2415), Kevin Rashad (17-cv-2589) Mary & Paul, III, Rietz (17-cv-3954), and Mildred Sparks (17-cv-1250) and dismissed their cases *with prejudice*. The Court now DIRECTS the Clerk's Office to enter judgment in these cases.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 15, 2018   s/ Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge