UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MDL No.  15-2666 (JNE/FLN)

In re Bair Hugger Forced Air Warming
Products Liability Litigation

This Document Relates to All Actions

**PLAINTIFFS' NOTICE OF MOTION TO COMPEL DEFENDANTS' TO PRODUCE DOCUMENTS SUPPORTING ANY CHALLENGES TO PLAINTIFFS' PROOF OF USE OF BAIR HUGGER USE FOR BELLWETHER REPOPULATION**

**PLEASE TAKE NOTICE** that the undersigned hereby bring Plaintiffs' Motion to Compel Defendants' to Produce Documents Supporting Any Challenges to Plaintiffs' Proof of Use of Bair Hugger Use for Bellwether Repopulation.  The Motion is supported by Plaintiffs Memorandum of Law attached thereto.

Respectfully submitted,

Dated: February 20, 2018

CIRESI CONLIN L.L.P.

/s/Michael V. Ciresi_____
Michael V. Ciresi (MN #0016949)
Jan M. Conlin (MN #0192697)
Ciresi Conlin LLP
225 S. 6th St., Suite 4600
Minneapolis, MN 55402
Phone: 612.361.8202
Email: MVC@CiresiConlin.com
            JMC@CiresiConlin.com

MESHBESHER & SPENCE LTD.

/s/ Genevieve M. Zimmerman
Genevieve M. Zimmerman (MN #330292)
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
Email: gzimmerman@meshbesher.com

1

LEVIN PAPANTONIO, P.A.

/s/ Ben W. Gordon, Jr.
Ben W. Gordon (FL # 882836) – *Pro Hac Vice*
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
Phone: (850) 435-7090
Fax: (850) 436-6090
Email: bgordon@levinlaw.com


*Plaintiffs Co-Lead Counsel*