UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MDL No. 15-2666 (JNE/FLN)

In re Bair Hugger Forced Air Warming
Products Liability Litigation

This Document Relates to All Actions

**LR 7.1(f) CERTIFICATE OF COMPLIANCE**

I, Genevieve M. Zimmerman, certify that the Memorandum titled Plaintiffs' Motion to Compel Defendants' to Produce Documents Supporting Any Challenges to Plaintiffs' Proof of Use of Bair Hugger Use for Bellwether Repopulation complies with Local Rule 7.1(f).

I further certify that, in preparation of the above document, I used Microsoft Word 2013 and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above document contains 6,308 words.

Respectfully submitted,

Dated: February 20, 2018

MESHBESHER & SPENCE LTD.

/s/ Genevieve M. Zimmerman
Genevieve M. Zimmerman (MN #330292)
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
Email: gzimmerman@meshbesher.com

*Plaintiffs Co-Lead Counsel*