UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MDL No. 15-2666 (JNE/FLN)

In re Bair Hugger Forced Air Warming
Products Liability Litigation

This Document Relates to All Actions

**PLAINTIFFS' MEET AND CONFER STATEMENT REGARDING MOTION TO COMPEL DEFENDANTS' TO PRODUCE DOCUMENTS SUPPORTING ANY CHALLENGES TO PLAINTIFFS' PROOF OF USE OF BAIR HUGGER USE FOR BELLWETHER REPOPULATION**

Counsel for Plaintiffs' certifies that they met and conferred with counsel for Defendants' on February 20, 2018, regarding Plaintiffs' Motion to Compel Documents Supporting Any Challenges to Plaintiffs' Proof of Use of Bair Hugger Use for Bellwether Repopulation. Counsel for Plaintiffs and Defendants do not agree on the resolution of Plaintiffs' Motion.

Dated: February 20, 2018

MESHBESHER & SPENCE LTD.

/s/ Genevieve M. Zimmerman
Genevieve M. Zimmerman (MN #330292)
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
Email: gzimmerman@meshbesher.com

*Plaintiffs Co-Lead Counsel*

1