UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MDL No. 15-2666 (JNE/FLN)

In re Bair Hugger Forced Air Warming
Products Liability Litigation

This Document Relates to All Actions

**PLAINTIFFS' NOTICE OF HEARING ON MOTION TO COMPEL DEFENDANTS' TO PRODUCE DOCUMENTS SUPPORTING ANY CHALLENGES TO PLAINTIFFS PROOF OF USE OF BAIR HUGGER USE FOR BELLWETHER REPOPULATION**

**PLEASE TAKE NOTICE** that Plaintiffs' Motion to Compel Defendants' to Produce Documents Supporting any Challenges to Plaintiffs' Proof of Use of Bair Hugger Use for Bellwether Repopulation is scheduled for hearing before the Honorable Franklin L. Noel, at a date and time yet to be determined.

Respectfully submitted,

Dated: February 20, 2018

| CIRESI CONLIN L.L.P. | MESHBESHER & SPENCE LTD. |
|---|---|
| /s/Michael V. Ciresi_____ | /s/ Genevieve M. Zimmerman |
| Michael V. Ciresi (MN #0016949) | Genevieve M. Zimmerman (MN #330292) |
| Jan M. Conlin (MN #0192697) | 1616 Park Avenue South |
| Ciresi Conlin LLP | Minneapolis, MN 55404 |
| 225 S. 6th St., Suite 4600 | Phone: (612) 339-9121 |
| Minneapolis, MN 55402 | Fax: (612) 339-9188 |
| Phone: 612.361.8202 | Email: gzimmerman@meshbesher.com |
| Email: MVC@CiresiConlin.com | |
|            JMC@CiresiConlin.com | |

1

LEVIN PAPANTONIO, P.A.

<u>/s/ Ben W. Gordon, Jr.</u>
Ben W. Gordon (FL # 882836) – *Pro Hac Vice*
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
Phone: (850) 435-7090
Fax: (850) 436-6090
Email: bgordon@levinlaw.com


*Plaintiffs Co-Lead Counsel*