IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| IN RE: BAIR HUGGER FORCED AIR WARMING PRODUCT LIABILITY LITIGATION | MDL No.: 15-md-02666 (JNE/FLN) |
| This Document Relates To: | |
| EVERLENE TUCKER,<br><br>      Plaintiff,<br>vs.<br><br>3M COMPANY, a Delaware corporation, and ARIZANT HEALTHCARE, INC.,<br><br>      Defendants. | Civil Action No.:  16-cv-02723-JNE-FLN |

_____

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed with prejudice, each party to bear its own costs.

IT IS SO STIPULATED:

| | |
|---|---|
| DATED: February 23, 2018 | **GOZA & HONNOLD, LLC** |
| | /s/ Kirk J. Goza |
| | Kirk J. Goza KS # 22330 |
| | **GOZA & HONNOLD, LLC** |
| | 11181 Overbrook Road, Suite 200 |
| | Leawood, KS 66211 |
| | (913) 451-3433 Telephone |
| | kgoza@gohonlaw.com |
| | |
| | *Attorneys for Plaintiff* |
| | |
| DATED: February 23, 2018 | **BLACKWELL BURKE P.A.** |
| | /s/ Benjamin W. Hulse |
| | Jerry W. Blackwell (#186867) |
| | Benjamin W. Hulse (#0390952) |
| | Mary S. Young (#0392781) |
| | **BLACKWELL BURKE P.A.** |
| | 431 South Seventh Street, Suite 2500 |
| | Minneapolis, MN 55415 |
| | (612) 343-3200 |
| | blackwell@blackwellburke.com |
| | bhulse@blackwellburke.com |
| | myoung@blackwellburke.com |
| | |
| | *Attorneys for Defendants 3M Company and Arizant Healthcare, Inc.* |