IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| IN RE: BAIR HUGGER FORCED AIR WARMING PRODUCT LIABILITY LITIGATION | MDL No.: 15-md-02666 (JNE/FLN) |
| This Document Relates To: MICHAEL WHITE,     Plaintiff, vs. 3M COMPANY, a Delaware corporation, and ARIZANT HEALTHCARE, INC.,     Defendants. | Civil Action No.: 16-cv-04413-JNE-FLN |

_____

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed with prejudice, each party to bear its own costs.

IT IS SO STIPULATED:

DATED: February 23, 2018                    **GOZA & HONNOLD, LLC**

/s/ Kirk J. Goza
Kirk J. Goza KS # 22330
**GOZA & HONNOLD, LLC**
11181 Overbrook Road, Suite 200
Leawood, KS 66211
(913) 451-3433 Telephone
kgoza@gohonlaw.com

*Attorneys for Plaintiff*

DATED: February 23, 2018                    **BLACKWELL BURKE P.A.**

/s/ Benjamin W. Hulse
Jerry W. Blackwell (#186867)
Benjamin W. Hulse (#0390952)
Mary S. Young (#0392781)
**BLACKWELL BURKE P.A.**
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
(612) 343-3200
blackwell@blackwellburke.com
bhulse@blackwellburke.com
myoung@blackwellburke.com

*Attorneys for Defendants 3M Company and Arizant Healthcare, Inc.*