# EXHIBIT A

| | | |
|---|---|---|
| 1 | Arcotta, Karen | 0:16-cv-02798-JNE-FLN |
| 2 | Acosta, Jeffery & Virgis | 0:16-cv-02323-JNE-FLN |
| 3 | Allen Jr, Jesse | 0:17-cv-02718-JNE-FLN |
| 4 | Anderson, Dale & Sue | 0:17-cv-01928-JNE-FLN |
| 5 | Anderson, Garry | 0:17-cv-00101-JNE-FLN |
| 6 | Arnold, Terry | 0:17-cv-00459-JNE-FLN |
| 7 | Axline, Nancy | 0:17-cv-00511-JNE-FLN |
| 8 | Banet, Margaret | 0:17-cv-04020-JNE-FLN |
| 9 | Bullington, David | 0:16-cv-02279-JNE-FLN |
| 10 | Davis, James A. | 0:17-cv-03621-JNE-FLN |
| 11 | Davis, Shirrel | 0:16-cv-02679-JNE-FLN |
| 12 | Deardruff, Annette & Stephen | 0:16-cv-02457-JNE-FLN |
| 13 | Devries, Susan | 0:17-cv-02745-JNE-FLN |
| 14 | Dillard, Linda | 0:17-cv-01760-JNE-FLN |
| 15 | Dukleth, Brian | 0:17-cv-03108-JNE-FLN |
| 16 | Fania, George | 0:17-cv-02360-JNE-FLN |
| 17 | Fitts, Girard | 0:17-cv-01784-JNE-FLN |
| 18 | Gee, Corliss | 0:17-cv-04249-JNE-FLN |
| 19 | Geiogamah, Margie | 0:17-cv-00365-JNE-FLN |
| 20 | Gibson, Kimberly | 0:17-cv-02350-JNE-FLN |
| 21 | Giroux, Ray L. | 0:17-cv-04013-JNE-FLN |
| 22 | Glaze, James | 0:17-cv-02574-JNE-FLN |
| 23 | Goodpaster, Ruth & Douglas | 0:17-cv-03056-JNE-FLN |
| 24 | Griffin, Carol | 0:17-cv-01520-JNE-FLN |
| 25 | Griffin, Kent | 0:17-cv-01286-JNE-FLN |
| 26 | Gunter, Julie | 0:17-cv-02184-JNE-FLN |
| 27 | Hawkins, William | 0:17-cv-03294-JNE-FLN |
| 28 | Henderson, David | 0:17-cv-03068-JNE-FLN |
| 29 | Henry, Neville | 0:17-cv-01835-JNE-FLN |
| 30 | Hicks, Cora | 0:16-cv-03917-JNE-FLN |
| 31 | Hives, Laura | 0:17-cv-01696-JNE-FLN |
| 32 | Hollie, Lianette | 0:17-cv-02839-JNE-FLN |
| 33 | Honick, Jr., Robert | 0:17-cv-02171-JNE-FLN |
| 34 | Hooper, Michael & Mary | 0:17-cv-02160-JNE-FLN |
| 35 | Hoxworth, Richard & Karin | 0:17-cv-02105-JNE-FLN |
| 36 | Hulse, Connie | 0:17-cv-03363-JNE-FLN |
| 37 | Ingram, Virginia | 0:17-cv-04470-JNE-FLN |
| 38 | Jackson, Barbara | 0:17-cv-04451-JNE-FLN |
| 39 | Kitchens, Darletha | 0:17-cv-02007-JNE-FLN |
| 40 | Koffarnus, Todd . | 0:17-cv-00869-JNE-FLN |

| 41 | Kudrako, James | 0:17-cv-02649-JNE-FLN |
|----|---|---|
| 42 | Lesch, Patricia & Harald | 0:16-cv-02369-JNE-FLN |
| 43 | Lowry, Matthew Scott | 0:16-cv-02480-JNE-FLN |
| 44 | Mayne, Judy | 0:15-cv-04265-JNE-FLN |
| 45 | McLeod, Byron | 0:17-cv-03517-JNE-FLN |
| 46 | McReynolds, Rebecca | 0:16-cv-03428-JNE-FLN |
| 47 | Narcho, Debra | 0:17-cv-01833-JNE-FLN |
| 48 | Onkotz, Steve P. | 0:17-cv-01830-JNE-FLN |
| 49 | Parks, Estil | 0:16-cv-02482-JNE-FLN |
| 50 | Parks, Kathy | 0:17-cv-00732-JNE-FLN |
| 51 | Partlow, Pearlie | 0:16-cv-02144-JNE-FLN |
| 52 | Payne, Bradley | 0:17-cv-01801-JNE-FLN |
| 53 | Platine, Ralph | 0:17-cv-03476-JNE-FLN |
| 54 | Pope, Jerry | 0:17-cv-03811-JNE-FLN |
| 55 | Prendergast, Jeffrey | 0:17-cv-03692-JNE-FLN |
| 56 | Ramirez, Julio & Maria | 0:17-cv-01078-JNE-FLN |
| 57 | Regennitter, Kevin & Angela | 0:17-cv-01872-JNE-FLN |
| 58 | Ribail, Richard & Guadalupe Arenas Gonzalez | 0:17-cv-03289-JNE-FLN |
| 59 | Riggan, Ronald & Carol | 0:16-cv-03957-JNE-FLN |
| 60 | Schakel, Donna | 0:17-cv-03738-JNE-FLN |
| 61 | Scott, Tommy | 0:17-cv-02931-JNE-FLN |
| 62 | Squire, Debra | 0:17-cv-01908-JNE-FLN |
| 63 | Storkman, Lee | 0:16-cv-01201-JNE-FLN |
| 64 | Sturdivant, Cennie | 0:17-cv-03434-JNE-FLN |
| 65 | Swank, Karen & David | 0:17-cv-00413-JNE-FLN |
| 66 | Taylor, Richard | 0:16-cv-00214-JNE-FLN |
| 67 | Trombley, Ada | 0:16-cv-04159-JNE-FLN |
| 68 | Weimer, Rose | 0:16-cv-00610-JNE-FLN |
| 69 | Weinhold, Michelle | 0:16-cv-03370-JNE-FLN |
| 70 | Wilson, Thomas P. | 0:16-cv-03266-JNE-FLN |