# EXHIBIT B

| 1  | Beene Jr., Robert        | 0:17-cv-00727-JNE-FLN |
|----|--------------------------|-----------------------|
| 2  | Blythe, Julia            | 0:17-cv-00338-JNE-FLN |
| 3  | Bowman, Mary & Henry     | 0:17-cv-03425-JNE-FLN |
| 4  | Criswell, Leon           | 0:17-cv-01748-JNE-FLN |
| 5  | Cushman, Ramesha         | 0:17-cv-01074-JNE-FLN |
| 6  | Duncan, Geore & Dora     | 0:16-cv-04296-JNE-FLN |
| 7  | Edwards, Donna           | 0:15-cv-04361-JNE-FLN |
| 8  | Fergeson, Leonard        | 0:16-cv-02665-JNE-FLN |
| 9  | Grazier, Carolyn J.      | 0:17-cv-00665-JNE-FLN |
| 10 | Haynes, Adelayde         | 0:17-cv-04258-JNE-FLN |
| 11 | Hughes, James            | 0:17-cv-02734-JNE-FLN |
| 12 | Johns, James             | 0:16-cv-04190-JNE-FLN |
| 13 | Lopez, San Juana         | 0:17-cv-01206-JNE-FLN |
| 14 | Mackey, Barbara A.       | 0:17-cv-02684-JNE-FLN |
| 15 | Moore, Douglas           | 0:17-cv-01922-JNE-FLN |
| 16 | O'Neal, James & Beverly  | 0:17-cv-02382-JNE-FLN |
| 17 | Parker, Iris             | 0:17-cv-04502-JNE-FLN |
| 18 | Peterson, Laura & Lawrence | 0:17-cv-00112-JNE-FLN |
| 19 | Potter, Barbara & Bennie | 0:17-cv-01945-JNE-FLN |
| 20 | Randell, Don             | 0:17-cv-02570-JNE-FLN |
| 21 | Reynolds, Lloyd & BeaAnn | 0:17-cv-02141-JNE-FLN |
| 22 | Smith, Claude & Darlene  | 0:17-cv-00581-JNE-FLN |
| 23 | Spreitler, Thomas        | 0:17-cv-02447-JNE-FLN |
| 24 | Thorne, John E.          | 0:17-cv-02373-JNE-FLN |
| 25 | Tolson, Duane            | 0:17-cv-00575-JNE-FLN |
| 26 | Trainer, Paul            | 0:16-cv-02054-JNE-FLN |
| 27 | Trice, Roma              | 0:16-cv-02123-JNE-FLN |
| 28 | Washington, Edna         | 0:17-cv-03763-JNE-FLN |
| 29 | Wolfe, Patsy             | 0:16-cv-01261-JNE-FLN |