UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To:<br>All Actions | **MOTION FOR PROTECTIVE ORDER CONCERNING PLAINTIFFS' SUBPOENA TO W.J. MINKOWYCZ, Ph.D.** |

Pursuant to Federal Rule of Civil Procedure 16(b) and Local Rule 16.3, Defendants 3M Company and Arizant Healthcare Inc. (collectively "Defendants") respectfully move the Court for a protective order requiring Plaintiffs to withdraw their belated and improper subpoena to W.J. Minkowycz, Ph.D.  To the extent Dr. Minkowycz has been forced to spend time preparing to respond to Plaintiffs' subpoena, Plaintiffs should be ordered to compensate him for his time.

Defendants rely in support of this motion on the accompanying memorandum of law and the Declaration of Monica L. Davies, together with all prior proceedings and pleadings heretofore had herein.

2

Dated: February 26, 2018                                Respectfully submitted,


                                                        *s/ Monica L. Davies*
                                                        Jerry W. Blackwell (MN #186867)
                                                        Mary S. Young (MN #0392781)
                                                        Benjamin W. Hulse (MN #0390952)
                                                        Monica L. Davies (MN #0315023)
                                                        BLACKWELL BURKE P.A.
                                                        431 South Seventh Street, Suite 2500
                                                        Minneapolis, MN 55415
                                                        Phone: (612) 343-3200
                                                        Fax: (612) 343-3205
                                                        Email: blackwell@blackwellburke.com
                                                                   myoung@blackwellburke.com
                                                                   bhulse@blackwellburke.com
                                                                   mdavies@blackwellburke.com

                                                        Bridget M. Ahmann (MN #016611x)
                                                        FAEGRE BAKER DANIELS LLP
                                                        2200 Wells Fargo Center
                                                        90 South Seventh Street
                                                        Minneapolis, MN 55402
                                                        Phone: (612) 766-7000
                                                        Email: bridget.ahmann@faegrebd.com

                                                        **Counsel for Defendants 3M Company
                                                        And Arizant Healthcare Inc.**