# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To: All Actions | **NOTICE OF HEARING ON MOTION FOR PROTECTIVE ORDER CONCERNING PLAINTIFFS' SUBPOENA TO W.J. MINKOWYCZ, Ph.D.** |

PLEASE TAKE NOTICE that on March 12, 2018 at 10:30 a.m., before the Honorable Franklin L. Noel, United States District Court, 9W U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, Defendants 3M Company and Arizant Healthcare Inc. will respectfully move the Court to enter a protective order requiring Plaintiffs to withdraw their belated and improper subpoena to Dr. Minkowycz.

Dated: February 26, 2018

Respectfully submitted,

*s/ Monica L. Davies*
Jerry W. Blackwell (MN #186867)
Mary S. Young (MN #0392781)
Benjamin W. Hulse (MN #0390952)
Monica L. Davies (MN #0315023)
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3200
Fax: (612) 343-3205
Email: blackwell@blackwellburke.com
myoung@blackwellburke.com
bhulse@blackwellburke.com
mdavies@blackwellburke.com

2

Bridget M. Ahmann (MN #016611x)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Phone: (612) 766-7000
Email: bridget.ahmann@faegrebd.com

**Counsel for Defendants 3M Company
And Arizant Healthcare Inc.**

2