## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To:<br>All Actions | **WORD COUNT COMPLIANCE** |

I certify that the Memorandum in Support of Defendants' Motion for Protective Order Concerning Plaintiffs' Subpoena to W.J. Minkowycz, Ph.D. complies with the length limitations set forth in LR 7.1(f), as well as the type size requirements set forth in LR 7.1(h).

I further certify that in preparation of this memorandum, I used Microsoft® Office Word 2010, and the word processing program has an appropriate functioning word count tool applied specifically to include all text, including headings, footnotes, and quotations.

I certify that the above-referenced memorandum contains 1318 words.

2

Dated: February 26, 2018						Respectfully submitted,

*s/ Monica L. Davies*
Jerry W. Blackwell (MN #186867)
Mary S. Young (MN #0392781)
Benjamin W. Hulse (MN #0390952)
Monica L. Davies (MN #0315023)
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3200
Fax: (612) 343-3205
Email: blackwell@blackwellburke.com
         myoung@blackwellburke.com
         bhulse@blackwellburke.com
         mdavies@blackwellburke.com

Bridget M. Ahmann (MN #016611x)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Phone: (612) 766-7000
Email: bridget.ahmann@faegrebd.com

**Counsel for Defendants 3M Company And Arizant Healthcare Inc.**