# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To:<br>All Actions | **DECLARATION OF MONICA L. DAVIES IN SUPPORT OF MOTION FOR PROTECTIVE ORDER CONCERNING PLAINTIFFS' SUBPOENA TO W.J. MINKOWYCZ, Ph.D.** |

Monica L. Davies, being first duly sworn, deposes and declares:

1. I am one of the attorneys representing Defendants in connection with the above-referenced matter. I make this declaration in support of Defendants' Motion for Protective Order Concerning Plaintiffs' Subpoena to W.J. Minkowycz, Ph.D.

2. Attached hereto as Exhibit 1 is a true and correct copy of the subpoena served by Plaintiffs on Dr. Minkowycz.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the February 10, 2018 deposition of Dr. Said Elghobashi in connection with the *Gareis* matter (File No. 16-v-4187).

Executed in Minneapolis, Minnesota, this 26th day of February, 2018.

*s/ Monica L. Davies*
Monica L. Davies