## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| | **MEET AND CONFER STATEMENT REGARDING MOTION FOR PROTECTIVE ORDER CONCERNING PLAINTIFFS' SUBPOENA TO W.J. MINKOWYCZ, Ph.D.** |
| This Document Relates To: All Actions | |

The undersigned counsel for Defendants 3M Company and Arizant Healthcare Inc. ("Defendants") certifies that counsel for Defendants met and conferred with counsel for Plaintiffs via email on February 20, 2018.  The parties were not able to reach agreement regarding the propriety of Plaintiffs' subpoena to Dr. Minkowycz, nor have they been able to resolve any portion of Defendants' motion at this time.

Dated: February 26, 2018                    Respectfully submitted,


                                            *s/ Monica L. Davies*
                                            Jerry W. Blackwell (MN #186867)
                                            Mary S. Young (MN #0392781)
                                            Benjamin W. Hulse (MN #0390952)
                                            Monica L. Davies (MN #0315023)
                                            BLACKWELL BURKE P.A.
                                            431 South Seventh Street, Suite 2500
                                            Minneapolis, MN 55415
                                            Phone: (612) 343-3200
                                            Fax: (612) 343-3205
                                            Email: blackwell@blackwellburke.com
                                                   myoung@blackwellburke.com
                                                   bhulse@blackwellburke.com
                                                   mdavies@blackwellburke.com

                                            **Counsel for Defendants 3M Company
                                            And Arizant Healthcare Inc.**