# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To: All Actions | **[PROPOSED] ORDER ON MOTION FOR PROTECTIVE ORDER CONCERNING PLAINTIFFS' SUBPOENA TO W.J. MINKOWYCZ, Ph.D.** |

This matter came before the Court on Defendants 3M Company's and Arizant Healthcare Inc.'s Motion for Protective Order Concerning Plaintiffs' Subpoena to W.J. Minkowycz, Ph.D.

Based upon the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that Defendants' motion is granted.  Plaintiffs must withdraw their subpoena to third-party W.J. Minkowycz, Ph.D.

Dated: _____, 2018                **BY THE COURT**

The Honorable Franklin L. Noel
United States Magistrate Judge
District of Minnesota