UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MDL No. 15-2666 (JNE/FLN)

In re Bair Hugger Forced Air Warming
Products Liability Litigation

This Document Relates to All Actions

**PLAINTIFFS' AMENDED NOTICE OF HEARING ON MOTION TO COMPEL DEFENDANTS' TO PRODUCE DOCUMENTS SUPPORTING ANY CHALLENGES TO PLAINTIFFS PROOF OF USE OF BAIR HUGGER USE FOR BELLWETHER REPOPULATION**

**PLEASE TAKE NOTICE** that Plaintiffs' Motion to Compel Defendants' to Produce Documents Supporting any Challenges to Plaintiffs' Proof of Use of Bair Hugger Use for Bellwether Repopulation is scheduled for hearing before the Honorable Franklin L. Noel, on March 12, 2018, at 10:30 a.m., or as soon thereafter as counsel may be heard.

Respectfully submitted,

Dated: February 26, 2018

| | |
|---|---|
| CIRESI CONLIN L.L.P. | MESHBESHER & SPENCE LTD. |
| /s/Michael V. Ciresi | /s/ Genevieve M. Zimmerman |
| Michael V. Ciresi (MN #0016949) | Genevieve M. Zimmerman (MN #330292) |
| Jan M. Conlin (MN #0192697) | 1616 Park Avenue South |
| 225 S. 6th St., Suite 4600 | Minneapolis, MN 55404 |
| Minneapolis, MN 55402 | Phone: (612) 339-9121 |
| Phone: 612.361.8202 | Fax: (612) 339-9188 |
| Email: MVC@CiresiConlin.com | Email: gzimmerman@meshbesher.com |
| JMC@CiresiConlin.com | |

1

LEVIN PAPANTONIO, P.A.

/s/ Ben W. Gordon, Jr.
Ben W. Gordon (FL # 882836) – *Pro Hac Vice*
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
Phone: (850) 435-7090
Fax: (850) 436-6090
Email: bgordon@levinlaw.com


*Plaintiffs Co-Lead Counsel*