# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To:<br><br>All Actions | **WORD COUNT COMPLIANCE CERTIFICATE** |

    I certify that Defendants' Response to Plaintiffs' Motion to Compel Defendants to Produce Documents Supporting Any Challenges to Plaintiffs' Proof of Bair Hugger Use in Bellwether Repopulation complies with the length limitations set forth in LR 7.1(f), as well as the type size requirements set forth in LR 7.1(h).

    I further certify that in preparation of this memorandum, I used Microsoft® Office Word 2016, and the word processing program has an appropriate functioning word count tool applied specifically to include all text, including headings, footnotes, and quotations.

    I certify that the above-referenced memorandum contains 1606 words.

Dated: February 27, 2018

Respectfully submitted,

*s/ Mary S. Young*
Jerry W. Blackwell (MN #186867)
Mary S. Young (MN #0392781)
Benjamin W. Hulse (MN #0390952)
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3200
Fax: (612) 343-3205
Email: blackwell@blackwellburke.com
           myoung@blackwellburke.com
           bhulse@blackwellburke.com

Bridget M. Ahmann (MN #016611x)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Phone: (612) 766-7000
Email: bridget.ahmann@faegrebd.com

***Counsel for Defendants 3M Company and Arizant Healthcare Inc.***