## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To: All Actions | **DECLARATION OF MARY S. YOUNG IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO COMPEL DEFENDANTS TO PRODUCE DOCUMENTS SUPPORTING ANY CHALLENGES TO PLAINTIFFS' PROOF OF BAIR HUGGER USE IN BELLWETHER REPOPULATION** |

Mary S. Young, being first duly sworn, deposes and declares:

I am an attorney at the law firm of Blackwell Burke P.A., and one of the attorneys representing 3M Company and Arizant Healthcare Inc. (together, "Defendants") in this litigation. I submit this declaration in support of Defendants' Response to Plaintiffs' Motion to Compel Defendants to Produce Documents Supporting Any Challenges to Plaintiffs' Proof of Bair Hugger Use in Bellwether Repopulation. Unless otherwise stated, the facts set forth herein are based upon my personal knowledge, information, and belief.

1. Attached as Defendants' Exhibit 1 is a true and correct copy of an excerpt from the transcript of the 12/21/2017 Status Conference Hearing before the Hon. Joan N. Ericksen and the Hon. Franklin L. Noel.

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Minneapolis, Minnesota, this 27th day of February, 2018.

*s/Mary S. Young*
Mary S. Young
