UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To: All Actions | **CERTIFICATE OF SERVICE** |

I hereby certify that on February 27, 2018, I caused the following documents:

1. Motion for Protective Order Concerning Plaintiffs' Subpoena to W.J. Minkowycz, Ph.D.;

2. Notice of Hearing on Motion for Protective Order Concerning Plaintiffs' Subpoena to W.J. Minkowycz, Ph.D.;

3. Memorandum in Support of Motion for Protective Order Concerning Plaintiffs' Subpoena to W.J. Minkowycz, Ph.D., with Word Count Compliance Certificate;

4. Declaration of Monica L. Davies in Support of Motion for Protective Order Concerning Plaintiffs' Subpoena to W.J. Minkowycz, Ph.D., with Exhibits 1-2;

5. Meet and Confer Statement Regarding Motion for Protective Order Concerning Plaintiffs' Subpoena to W.J. Minkowycz, Ph.D.; and

6. Proposed Order

to be served on the following non-ECF participant to this action at the address listed via overnight delivery service:

> W.J. Minkowycz, Ph.D.
> UIC Department of Mechanical & Industrial Engineering (M/C 251)
> 2049 ERF
> 842 W. Taylor Street
> Chicago, IL 60607


2

Dated: February 27, 2018                                    Respectfully submitted,

*s/Monica L. Davies*
Jerry W. Blackwell (MN #186867)
Mary S. Young (MN #0392781)
Benjamin W. Hulse (MN #0390952)
Monica L. Davies (MN #0315023)
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3256
Fax: (612) 343-3205
Email: blackwell@blackwellburke.com
myoung@blackwellburke.com
bhulse@blackwellburke.com
mdavies@blackwellburke.com

Bridget M. Ahmann (MN #016611x)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Phone: (612) 766-7000
Email: bridget.ahmann@faegrebd.com

**Counsel for Defendants 3M Company And Arizant Healthcare Inc.**