# EXHIBIT A



**BLACKWELL BURKE** P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

December 04, 2017

**VIA EMAIL AND U.S. MAIL**
David W. Hodges
Kennedy Hodges, L.L.P.
4409 Montrose Blvd, Ste 200
Houston, TX, 77006
mtg@kennedyhodges.com

> Re:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
> MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
> *Strain v. 3M Company et al* Case No.: 0;:17-cv-01978-JNE-FLN

Dear Counsel:

We are in receipt of the amended Plaintiff Fact Sheet (PFS) for the above-captioned matter.  The PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations."  Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'"  In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured.  When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

Title "Strain_Michael_17-cv-1978_1_Strain_Michael_17-cv-1978_1"

Strain_Michael_17-cv-1978_1_Strain_Michael_17-cv-1978_1

PLAINTIFFS' LAST NAME - Strain
PLAINTIFFS' FIRST NAME - Michael
CASE NO. - 17-cv-1978
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 01, 02, 03, 06, 08, 09, 10, 11, 12, 13
SECTION III   (SURGERY INFORMATION) -
SECTION IV - 1 (VITAL STATISTICS) - Incomplete
SECTION IV - 10   (DRUG/ALCOHOL) - Incomplete
SECTION IV - 3 (HEALTHCARE PROVIDERS) -
SECTION IV - 7   (PHARMACIES/DRUGSTORES) - Incomplete
SECTION IV - 8   (DENTAL PROCEDURES) - Incomplete
SECTION IV - 9   (TOBACCO) -
SECTION IX - 1   (CONSORTIUM NAME ETC.) -
SECTION IX - 3   (RESIDENCES) -
SECTION IX - 4   (MARRIED) -
SECTION V - 5   (DISABILITY CLAIMS) - Incomplete
SECTION V - 6   (LAWSUITS) - Incomplete
SECTION V - 7   (BANKRUPTCY) - Incomplete
SECTION VI - 1   (PHYSICAL INJURY) - Incomplete
SECTION VI - 3   (EMOTIONAL DISTRESS) - Incomplete
SECTION VI - 6   (WARNINGS) -
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) -
SECTION VI - 8   (3M/ARIZANT WARRANTY) -
SECTION VI - 9   (AUGUSTINE) -
SECTION VII - 1   (LOST PAST WAGES) - Incomplete
SECTION VII - 2   (LOST FUTURE WAGES) - Incomplete
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) -
X.01 - SIGNED AUTHORIZATION - Incomplete
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Kennedy Hodges
I.03.D2 – PLAINTIFFS' COUNSEL'S FAX   - 713-523-1116



BLACKWELL
BURKE P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

December 7, 2017

**VIA EMAIL AND U.S. MAIL**
Amanda M. Williams
Gustafson Gluek PLLC
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
awilliams@gustafsongluek.com

    Re:    *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
          MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
          *Hufford v. 3M Company et al* Case No.: 0:17-cv-02372-JNE-FLN

Dear Counsel:

We are in receipt of the amended Plaintiff Fact Sheet (PFS) for the above-captioned matter. The PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Hufford_Shannon_17-cv-2372_1_Hufford_Shannon_17-cv-2372_1"

**Hufford_Shannon_17
-cv-
2372_1_Hufford_Shan
non_17-cv-2372_1**

PLAINTIFFS' LAST NAME - Hufford
PLAINTIFFS' FIRST NAME - Shannon
CASE NO. - 17-cv-2372
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) -
SECTION III   (SURGERY INFORMATION) -
SECTION IV - 1 (VITAL STATISTICS) -
SECTION IV - 10   (DRUG/ALCOHOL) -
SECTION IV - 3 (HEALTHCARE PROVIDERS) -
SECTION IV - 7   (PHARMACIES/DRUGSTORES) -
SECTION IV - 8   (DENTAL PROCEDURES) -
SECTION IV - 9   (TOBACCO) -
SECTION IX - 1   (CONSORTIUM NAME ETC.) - Incomplete
SECTION IX - 3   (RESIDENCES) -
SECTION IX - 4   (MARRIED) -
SECTION V - 5   (DISABILITY CLAIMS) -
SECTION V - 6   (LAWSUITS) - Incomplete
SECTION V - 7   (BANKRUPTCY) -
SECTION VI - 1   (PHYSICAL INJURY) -
SECTION VI - 3   (EMOTIONAL DISTRESS) -
SECTION VI - 6   (WARNINGS) -
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) -
SECTION VI - 8   (3M/ARIZANT WARRANTY) -
SECTION VI - 9   (AUGUSTINE) -
SECTION VII - 1   (LOST PAST WAGES) -
SECTION VII - 2   (LOST FUTURE WAGES) -
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) -
X.01 - SIGNED AUTHORIZATION -
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Gustafson Gluek
I.03.D2 – PLAINTIFFS' COUNSEL'S FAX   - 612-339-6622



BLACKWELL
BURKE P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

December 18, 2017

**<u>VIA EMAIL AND U.S. MAIL</u>**
David W. Hodges
Kennedy Hodges, L.L.P.
4409 Montrose Blvd, Ste 200
Houston, TX, 77006
mtg@kennedyhodges.com

> Re:    *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
> MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
> *Key v. 3M Company et al* Case No.: 0:17-cv-02581-JNE-FLN

Dear Counsel:

We are in receipt of the amended Plaintiff Fact Sheet (PFS) for the above-captioned matter. The PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Key_William _17-cv-2581_1_Key_William _17-cv-2581_1"

Key_William _17-cv-2581_1_Key_William _17-cv-2581_1

PLAINTIFFS' LAST NAME - Key
PLAINTIFFS' FIRST NAME - William
CASE NO. - 17-cv-2581
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 02, 07, 08, 09, 10
SECTION III   (SURGERY INFORMATION) -
SECTION IV - 1 (VITAL STATISTICS) -
SECTION IV - 10   (DRUG/ALCOHOL) - Incomplete
SECTION IV - 3 (HEALTHCARE PROVIDERS) -
SECTION IV - 7   (PHARMACIES/DRUGSTORES) - Incomplete
SECTION IV - 8   (DENTAL PROCEDURES) - Incomplete
SECTION IV - 9   (TOBACCO) - Incomplete
SECTION IX - 1   (CONSORTIUM NAME ETC.) -
SECTION IX - 3   (RESIDENCES) -
SECTION IX - 4   (MARRIED) -
SECTION V - 5   (DISABILITY CLAIMS) - Incomplete
SECTION V - 6   (LAWSUITS) - Incomplete
SECTION V - 7   (BANKRUPTCY) - Incomplete
SECTION VI - 1   (PHYSICAL INJURY) - Incomplete
SECTION VI - 3   (EMOTIONAL DISTRESS) - Incomplete
SECTION VI - 6   (WARNINGS) -
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) -
SECTION VI - 8   (3M/ARIZANT WARRANTY) -
SECTION VI - 9   (AUGUSTINE) -
SECTION VII - 1   (LOST PAST WAGES) -
SECTION VII - 2   (LOST FUTURE WAGES) -
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) - Incomplete
X.01 - SIGNED AUTHORIZATION - Incomplete
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Kennedy Hodges
I.03.D2 – PLAINTIFFS' COUNSEL'S FAX   - 713-523-1116



**BLACKWELL BURKE** P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

November 21, 2017

**<u>VIA EMAIL AND U.S. MAIL</u>**
David W. Hodges
Kennedy Hodges, L.L.P.
4409 Montrose Blvd, Ste 200
Houston, TX, 77006
mtg@kennedyhodges.com

Re:    *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
*McDaniel v. 3M Company et al* Case No.: 0:17-cv-03311-JNE-FLN

Dear Counsel:

We are in receipt of the Plaintiff Fact Sheet (PFS) for the above-captioned matter.   The PFS has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations."   Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'"   In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured.   When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "McDaniel_Michael_17-cv-3311_1_McDaniel_Michael_17-cv-3311_1"

McDaniel_Michael_17-
cv-
3311_1_McDaniel_Mic
hael_17-cv-3311_1

PLAINTIFFS' LAST NAME - McDaniel
PLAINTIFFS' FIRST NAME - Michael
CASE NO. - 17-cv-3311
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 01, 02, 03, 05, 06, 07, 08, 09, 10, 11, 12, 13, 14, 15, 16
SECTION III   (SURGERY INFORMATION) - Incomplete
SECTION III - INCOMPLETE QUESTIONS - 03
SECTION IV - 1 (VITAL STATISTICS) - Incomplete
SECTION IV - 10   (DRUG/ALCOHOL) - Incomplete
SECTION IV - 3 (HEALTHCARE PROVIDERS) - Incomplete
SECTION IV - 7   (PHARMACIES/DRUGSTORES) - Incomplete
SECTION IV - 8   (DENTAL PROCEDURES) - Incomplete
SECTION IV - 9   (TOBACCO) - Incomplete
SECTION IX - 1   (CONSORTIUM NAME ETC.) - Incomplete
SECTION IX - 3   (RESIDENCES) - Incomplete
SECTION IX - 4   (MARRIED) - Incomplete
SECTION V - 5   (DISABILITY CLAIMS) - Incomplete
SECTION V - 6   (LAWSUITS) - Incomplete
SECTION V - 7   (BANKRUPTCY) - Incomplete
SECTION VI - 1   (PHYSICAL INJURY) - Incomplete
SECTION VI - 3   (EMOTIONAL DISTRESS) - Incomplete
SECTION VI - 6   (WARNINGS) - Incomplete
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) - Incomplete
SECTION VI - 8   (3M/ARIZANT WARRANTY) - Incomplete
SECTION VI - 9   (AUGUSTINE) - Incomplete
SECTION VII - 1   (LOST PAST WAGES) - Incomplete
SECTION VII - 2   (LOST FUTURE WAGES) - Incomplete
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) - Incomplete
X.01 - SIGNED AUTHORIZATION - Incomplete
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete
I.03.B -- PLAINTIFFS' COUNSEL'S FIRM - Kennedy Hodges
I.03.D2 -- PLAINTIFFS' COUNSEL'S FAX   - 713-523-1116



BLACKWELL
BURKE P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

November 24, 2017

**VIA EMAIL AND U.S. MAIL**
David W. Hodges
Kennedy Hodges, L.L.P.
4409 Montrose Blvd, Ste 200
Houston, TX, 77006
mtg@kennedyhodges.com

> Re:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
>        MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
>        *Quinan v. 3M Company et al* Case No.: 0:17-cv-03445-JNE-FLN

Dear Counsel:

We are in receipt of the Plaintiff Fact Sheet (PFS) for the above-captioned matter. The PFS has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Quinan_William_17-cv-3445_1_Quinan_William_17-cv-3445_1"

Quinan_William_17-
cv-
3445_1_Quinan_Willia
m_17-cv-3445_1

PLAINTIFFS' LAST NAME - Quinan
PLAINTIFFS' FIRST NAME - Williamv
CASE NO. - 17-cv-3445
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 01, 02, 03, 05, 06, 08, 09, 10, 11, 12, 13, 14, 15, 16
SECTION III   (SURGERY INFORMATION) - Incomplete
SECTION III - INCOMPLETE QUESTIONS - 03
SECTION IV - 1 (VITAL STATISTICS) - Incomplete
SECTION IV - 10   (DRUG/ALCOHOL) - Incomplete
SECTION IV - 3 (HEALTHCARE PROVIDERS) -
SECTION IV - 7   (PHARMACIES/DRUGSTORES) - Incomplete
SECTION IV - 8   (DENTAL PROCEDURES) - Incomplete
SECTION IV - 9   (TOBACCO) - Incomplete
SECTION IX - 1   (CONSORTIUM NAME ETC.) - Incomplete
SECTION IX - 3   (RESIDENCES) - Incomplete
SECTION IX - 4   (MARRIED) - Incomplete
SECTION V - 5   (DISABILITY CLAIMS) - Incomplete
SECTION V - 6   (LAWSUITS) - Incomplete
SECTION V - 7   (BANKRUPTCY) - Incomplete
SECTION VI - 1   (PHYSICAL INJURY) - Incomplete
SECTION VI - 3   (EMOTIONAL DISTRESS) - Incomplete
SECTION VI - 6   (WARNINGS) - Incomplete
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) - Incomplete
SECTION VI - 8   (3M/ARIZANT WARRANTY) - Incomplete
SECTION VI - 9   (AUGUSTINE) - Incomplete
SECTION VII - 1   (LOST PAST WAGES) - Incomplete
SECTION VII - 2   (LOST FUTURE WAGES) - Incomplete
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) - Incomplete
X.01 - SIGNED AUTHORIZATION - Incomplete
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Kennedy Hodges, L.L.P.
I.03.D2 – PLAINTIFFS' COUNSEL'S FAX   - 713-523-1116



**BLACKWELL BURKE** P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

November 29, 2017

**VIA EMAIL AND U.S. MAIL**
David W. Hodges
Kennedy Hodges, L.L.P.
4409 Montrose Blvd, Ste 200
Houston, TX, 77006
mtg@kennedyhodges.com

  Re: *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
    MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
    *Sundquist v. 3M Company et al* Case No.: 0:17-cv-03547-JNE-FLN

Dear Counsel:

We are in receipt of the Plaintiff Fact Sheet (PFS) for the above-captioned matter. The PFS has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Sundquist_Leroy_17-cv-3547_1_Sundquist_Leroy_17-cv-3547_1"

Sundquist_Leroy_17-
cv-
3547_1_Sundquist_Le
roy_17-cv-3547_1

PLAINTIFFS' LAST NAME - Sundquist
PLAINTIFFS' FIRST NAME - Leroy
CASE NO. - 17-cv-3547
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 01, 02, 03, 05, 06, 08, 09, 10, 11, 12, 13, 14, 15, 16
SECTION III   (SURGERY INFORMATION) -
SECTION IV - 1 (VITAL STATISTICS) - Incomplete
SECTION IV - 10   (DRUG/ALCOHOL) - Incomplete
SECTION IV - 3 (HEALTHCARE PROVIDERS) -
SECTION IV - 7   (PHARMACIES/DRUGSTORES) - Incomplete
SECTION IV - 8   (DENTAL PROCEDURES) - Incomplete
SECTION IV - 9   (TOBACCO) - Incomplete
SECTION IX - 1   (CONSORTIUM NAME ETC.) - Incomplete
SECTION IX - 3   (RESIDENCES) - Incomplete
SECTION IX - 4   (MARRIED) - Incomplete
SECTION V - 5   (DISABILITY CLAIMS) - Incomplete
SECTION V - 6   (LAWSUITS) - Incomplete
SECTION V - 7   (BANKRUPTCY) - Incomplete
SECTION VI - 1   (PHYSICAL INJURY) - Incomplete
SECTION VI - 3   (EMOTIONAL DISTRESS) - Incomplete
SECTION VI - 6   (WARNINGS) - Incomplete
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) - Incomplete
SECTION VI - 8   (3M/ARIZANT WARRANTY) - Incomplete
SECTION VI - 9   (AUGUSTINE) - Incomplete
SECTION VII - 1   (LOST PAST WAGES) - Incomplete
SECTION VII - 2   (LOST FUTURE WAGES) - Incomplete
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) - Incomplete
X.01 - SIGNED AUTHORIZATION - Incomplete
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Kennedy Hodges
I.03.D2 -- PLAINTIFFS' COUNSEL'S FAX   - 713-523-1116



BLACKWELL
BURKE P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

December 5, 2017

**VIA EMAIL AND U.S. MAIL**
David W. Hodges
Kennedy Hodges, L.L.P.
4409 Montrose Blvd, Ste 200
Houston, TX, 77006
mtg.kennedyhodges.com

> Re:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
> MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
> *Gallo v. 3M Company et al* Case No.: 0:17-cv-03666-JNE-FLN

Dear Counsel:

We are in receipt of the Plaintiff Fact Sheet (PFS) for the above-captioned matter. The PFS has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Gallo_Paul_17-cv-3666_1_Gallo_Paul_17-cv-3666_1"                **Gallo_Paul_17-cv-3666_1_Gallo_Paul_17-cv-3666_1**

PLAINTIFFS' LAST NAME – Gallo
PLAINTIFFS' FIRST NAME – Paul M.
CASE NO. - 17-cv-3666
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 02, 08, 09, 10, 11, 12, 13, 14, 15, 16
SECTION III   (SURGERY INFORMATION) -
SECTION IV - 1 (VITAL STATISTICS) -
SECTION IV - 10   (DRUG/ALCOHOL) - Incomplete
SECTION IV - 3 (HEALTHCARE PROVIDERS) -
SECTION IV - 7   (PHARMACIES/DRUGSTORES) - Incomplete
SECTION IV - 8   (DENTAL PROCEDURES) - Incomplete
SECTION IV - 9   (TOBACCO) - Incomplete
SECTION IX - 1   (CONSORTIUM NAME ETC.) - Incomplete
SECTION IX - 3   (RESIDENCES) - Incomplete
SECTION IX - 4   (MARRIED) - Incomplete
SECTION V - 5   (DISABILITY CLAIMS) - Incomplete
SECTION V - 6   (LAWSUITS) - Incomplete
SECTION V - 7   (BANKRUPTCY) - Incomplete
SECTION VI - 1   (PHYSICAL INJURY) - Incomplete
SECTION VI - 3   (EMOTIONAL DISTRESS) - Incomplete
SECTION VI - 6   (WARNINGS) -
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) -
SECTION VI - 8   (3M/ARIZANT WARRANTY) -
SECTION VI - 9   (AUGUSTINE) -
SECTION VII - 1   (LOST PAST WAGES) - Incomplete
SECTION VII - 2   (LOST FUTURE WAGES) - Incomplete
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) - Incomplete
X.01 - SIGNED AUTHORIZATION - Incomplete
X.02.D - DOCUMENTS – SIGNED VERIFICATION - Incomplete
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Kennedy H
I.03.D2 – PLAINTIFFS' COUNSEL'S FAX   - 713-523-1116



**BLACKWELL BURKE** P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

December 5, 2017

**VIA EMAIL AND U.S. MAIL**
David W. Hodges
Kennedy Hodges, L.L.P.
4409 Montrose Blvd, Ste 200
Houston, TX, 77006
mtg.kennedyhodges.com

> Re:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
>        MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
>        *Ramirez v. 3M Company et al* Case No.: 0:17-cv-03721-JNE-FLN

Dear Counsel:

We are in receipt of the Plaintiff Fact Sheet (PFS) for the above-captioned matter. The PFS has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

---

Title "Ramriez_Eva_17-cv-3721_1_Ramriez_Eva_17-cv-3721_1"

Ramriez_Eva_17-cv-
3721_1_Ramriez_Eva_
17-cv-3721_1

PLAINTIFFS' LAST NAME - Ramirez
PLAINTIFFS' FIRST NAME - Eva
CASE NO. - 17-cv-3721
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 01, 02, 03, 05, 06, 09, 10, 11, 12, 13, 14, 15, 16
SECTION III   (SURGERY INFORMATION) - Incomplete
SECTION III - INCOMPLETE QUESTIONS - 03
SECTION IV - 1 (VITAL STATISTICS) - Incomplete
SECTION IV - 10   (DRUG/ALCOHOL) - Incomplete
SECTION IV - 3 (HEALTHCARE PROVIDERS) -
SECTION IV - 7   (PHARMACIES/DRUGSTORES) - Incomplete
SECTION IV - 8   (DENTAL PROCEDURES) - Incomplete
SECTION IV - 9   (TOBACCO) - Incomplete
SECTION IX - 1   (CONSORTIUM NAME ETC.) - Incomplete
SECTION IX - 3   (RESIDENCES) - Incomplete
SECTION IX - 4   (MARRIED) - Incomplete
SECTION V - 5   (DISABILITY CLAIMS) - Incomplete
SECTION V - 6   (LAWSUITS) - Incomplete
SECTION V - 7   (BANKRUPTCY) - Incomplete
SECTION VI - 1   (PHYSICAL INJURY) - Incomplete
SECTION VI - 3   (EMOTIONAL DISTRESS) - Incomplete
SECTION VI - 6   (WARNINGS) - Incomplete
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) - Incomplete
SECTION VI - 8   (3M/ARIZANT WARRANTY) - Incomplete
SECTION VI - 9   (AUGUSTINE) - Incomplete
SECTION VII - 1   (LOST PAST WAGES) - Incomplete
SECTION VII - 2   (LOST FUTURE WAGES) - Incomplete
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) - Incomplete
X.01 - SIGNED AUTHORIZATION - Incomplete
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Kennedy Hodges, L.L.P.
I.03.D2 -- PLAINTIFFS' COUNSEL'S FAX   - 713-523-1116


# BLACKWELL
# BURKE P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

December 12, 2017

**VIA EMAIL AND U.S. MAIL**
David W. Hodges
Kennedy Hodges, L.L.P.
4409 Montrose Blvd, Ste 200
Houston, TX, 77006
mtg.kennedyhodges.com

> Re:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
> MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
> *Miller v. 3M Company et al* Case No.: 0:17-cv-03809-JNE-FLN

Dear Counsel:

We are in receipt of the Plaintiff Fact Sheet (PFS) for the above-captioned matter. The PFS has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Miller_Mary_17-cv-3809_1_Miller_Mary_17-cv-3809_1"

**Miller_Mary_17-cv-3809_1_Miller_Mary_17-cv-3809_1**

PLAINTIFFS' LAST NAME - Miller
PLAINTIFFS' FIRST NAME - Mary
CASE NO. - 17-cv-3809
SECTION I (CASE INFORMATION) – Incomplete
SECTION I - INCOMPLETE QUESTIONS - 04
SECTION II (PERSONAL INFORMATION) – Incomplete
SECTION II - INCOMPLETE QUESTIONS - 01, 02, 03, 05, 06, 08, 09, 10, 11, 12, 13, 14, 15, 16
SECTION III   (SURGERY INFORMATION) - Incomplete
SECTION III - INCOMPLETE QUESTIONS - 03
SECTION IV - 1 (VITAL STATISTICS) -
SECTION IV - 10   (DRUG/ALCOHOL) – Incomplete
SECTION IV - 3 (HEALTHCARE PROVIDERS) -
SECTION IV - 7   (PHARMACIES/DRUGSTORES) - Incomplete
SECTION IV - 8   (DENTAL PROCEDURES) - Incomplete
SECTION IV - 9   (TOBACCO) - Incomplete
SECTION IX - 1   (CONSORTIUM NAME ETC.) - Incomplete
SECTION IX - 3   (RESIDENCES) - Incomplete
SECTION IX - 4   (MARRIED) - Incomplete
SECTION V - 5   (DISABILITY CLAIMS) - Incomplete
SECTION V - 6   (LAWSUITS) - Incomplete
SECTION V - 7   (BANKRUPTCY) - Incomplete
SECTION VI - 1   (PHYSICAL INJURY) - Incomplete
SECTION VI - 3   (EMOTIONAL DISTRESS) - Incomplete
SECTION VI - 6   (WARNINGS) - Incomplete
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) - Incomplete
SECTION VI - 8   (3M/ARIZANT WARRANTY) - Incomplete
SECTION VI - 9   (AUGUSTINE) - Incomplete
SECTION VII - 1   (LOST PAST WAGES) - Incomplete
SECTION VII - 2   (LOST FUTURE WAGES) - Incomplete
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) - Incomplete
X.01 - SIGNED AUTHORIZATION - Incomplete
X.02.D – DOCUMENTS – SIGNED VERIFICATION – Incomplete
I.03.B – PLAINTIFFS' COUNSEL'S FIRM - Kennedy Hodges
I.03.D2 – PLAINTIFFS' COUNSEL'S FAX   - 713-523-1116



**BLACKWELL BURKE** P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

December 13, 2017

**VIA EMAIL AND U.S. MAIL**
David W. Hodges
Kennedy Hodges, L.L.P.
4409 Montrose Blvd, Ste 200
Houston, TX, 77006
mtg.kennedyhodges.com

Re:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
*Thornton v. 3M Company et al* Case No.: 0:17-cv-03834-JNE-FLN

Dear Counsel:

We are in receipt of the Plaintiff Fact Sheet (PFS) for the above-captioned matter. The PFS has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Thornton_lla_17-cv-3834_1_Thornton_lla_17-cv-3834_1"

Thornton_lla_17-cv-
3834_1_Thornton_lla_
17-cv-3834_1

PLAINTIFFS' LAST NAME - Thornton
PLAINTIFFS' FIRST NAME - lla
CASE NO. - 17-cv-3834
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) -
SECTION III   (SURGERY INFORMATION) - Incomplete
SECTION III - INCOMPLETE QUESTIONS - 03
SECTION IV - 1 (VITAL STATISTICS) -
SECTION IV - 10   (DRUG/ALCOHOL) -
SECTION IV - 3 (HEALTHCARE PROVIDERS) - Incomplete
SECTION IV - 7   (PHARMACIES/DRUGSTORES) -
SECTION IV - 8   (DENTAL PROCEDURES) -
SECTION IV - 9   (TOBACCO) -
SECTION IX - 1   (CONSORTIUM NAME ETC.) -
SECTION IX - 3   (RESIDENCES) -
SECTION IX - 4   (MARRIED) -
SECTION V - 5   (DISABILITY CLAIMS) -
SECTION V - 6   (LAWSUITS) -
SECTION V - 7   (BANKRUPTCY) -
SECTION VI - 1   (PHYSICAL INJURY) - Incomplete
SECTION VI - 3   (EMOTIONAL DISTRESS) -
SECTION VI - 6   (WARNINGS) -
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) -
SECTION VI - 8   (3M/ARIZANT WARRANTY) -
SECTION VI - 9   (AUGUSTINE) -
SECTION VII - 1   (LOST PAST WAGES) -
SECTION VII - 2   (LOST FUTURE WAGES) -
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) -
X.01 - SIGNED AUTHORIZATION -
X.02.D - DOCUMENTS - SIGNED VERIFICATION -
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Kennedy Hodges
I.03.D2 – PLAINTIFFS' COUNSEL'S FAX   - 713-523-1116

# EXHIBIT B



## BLACKWELL BURKE P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

December 11, 2017

**VIA EMAIL AND U.S. MAIL**
Seth Webb
Brown and Crouppen, P.C.
211 N. Broadway, Suite 1600
St. Louis, MO 63102
sethw@getbc.com

> Re: *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
> MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
> *Campbell v. 3M Company et al* Case No.: 0:17-cv-02919-JNE-FLN

Dear Counsel:

We are in receipt of the second amended Plaintiff Fact Sheet (PFS) for the above-captioned matter. The second amended PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original and/or any amended PFS. An updated verification is required, however, to be served along with the amended PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Campbell_Gerald_017-cv-2919_1_Campbell_Gerald_017-cv-2919_1"

Campbell_Gerald_017-cv-2919_1_Campbell_Gerald_017-cv-2919_1

PLAINTIFFS' LAST NAME - Campbell
PLAINTIFFS' FIRST NAME - Gerald R
CASE NO. - 0:17-cv-2919
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 06, 07, 08, 09
SECTION III   (SURGERY INFORMATION) - Incomplete
SECTION III - INCOMPLETE QUESTIONS - 03
SECTION IV - 1 (VITAL STATISTICS) -
SECTION IV - 10   (DRUG/ALCOHOL) -
SECTION IV - 3 (HEALTHCARE PROVIDERS) - Incomplete
SECTION IV - 7  (PHARMACIES/DRUGSTORES) -
SECTION IV - 8  (DENTAL PROCEDURES) -
SECTION IV - 9  (TOBACCO) -
SECTION IX - 1  (CONSORTIUM NAME ETC.) -
SECTION IX - 3  (RESIDENCES) -
SECTION IX - 4  (MARRIED) -
SECTION V - 5  (DISABILITY CLAIMS) -
SECTION V - 6  (LAWSUITS) -
SECTION V - 7  (BANKRUPTCY) -
SECTION VI - 1  (PHYSICAL INJURY) - Incomplete
SECTION VI - 3  (EMOTIONAL DISTRESS) -
SECTION VI - 6  (WARNINGS) -
SECTION VI - 7  (3M/ARIZANT COMMUNICATIONS) -
SECTION VI - 8  (3M/ARIZANT WARRANTY) -
SECTION VI - 9  (AUGUSTINE) -
SECTION VII - 1  (LOST PAST WAGES) -
SECTION VII - 2  (LOST FUTURE WAGES) -
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) -
X.01 - SIGNED AUTHORIZATION -
X.02.D - DOCUMENTS - SIGNED VERIFICATION -
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Brown & Crouppen
I.03.D2 – PLAINTIFFS' COUNSEL'S FAX   - 314-421-0359



Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

December 11, 2017

**VIA EMAIL AND U.S. MAIL**
Seth Webb
Brown and Crouppen, P.C.
211 N. Broadway, Suite 1600
St. Louis, MO 63102
sethw@getbc.com

> Re:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
>        MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
>        *Jelks v. 3M Company et al* Case No.: 0:17-cv-02949-JNE-FLN

Dear Counsel:

We are in receipt of the second amended Plaintiff Fact Sheet (PFS) for the above-captioned matter. The second amended PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original and/or any amended PFS. An updated verification is required, however, to be served along with the amended PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Jelks_Venice_017-cv-2949_1_Jelks_Venice_017-cv-2949_1"

Jelks_Venice_017-cv-2949_1_Jelks_Venice_017-cv-2949_1

PLAINTIFFS' LAST NAME - Jelks
PLAINTIFFS' FIRST NAME - Venice
CASE NO. - 0:17-cv-2949
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) -
SECTION III   (SURGERY INFORMATION) - Incomplete
SECTION III - INCOMPLETE QUESTIONS - 03
SECTION IV - 1 (VITAL STATISTICS) -
SECTION IV - 10   (DRUG/ALCOHOL) -
SECTION IV - 3 (HEALTHCARE PROVIDERS) - Incomplete
SECTION IV - 7   (PHARMACIES/DRUGSTORES) - Incomplete
SECTION IV - 8   (DENTAL PROCEDURES) -
SECTION IV - 9   (TOBACCO) -
SECTION IX - 1   (CONSORTIUM NAME ETC.) -
SECTION IX - 3   (RESIDENCES) -
SECTION IX - 4   (MARRIED) -
SECTION V - 5   (DISABILITY CLAIMS) -
SECTION V - 6   (LAWSUITS) -
SECTION V - 7   (BANKRUPTCY) -
SECTION VI - 1   (PHYSICAL INJURY) - Incomplete
SECTION VI - 3   (EMOTIONAL DISTRESS) -
SECTION VI - 6   (WARNINGS) -
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) -
SECTION VI - 8   (3M/ARIZANT WARRANTY) -
SECTION VI - 9   (AUGUSTINE) -
SECTION VII - 1   (LOST PAST WAGES) -
SECTION VII - 2   (LOST FUTURE WAGES) -
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) -
X.01 - SIGNED AUTHORIZATION -
X.02.D - DOCUMENTS - SIGNED VERIFICATION -
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Brown & Crouppen
I.03.D2 – PLAINTIFFS' COUNSEL'S FAX   - 314-421-0359

# EXHIBIT C

**From:** Ben Hulse
**Sent:** Friday, January 12, 2018 9:36 PM
**To:** Genevieve Zimmerman <gzimmerman@meshbesher.com>;
JoanEricksen_Chambers@mnd.uscourts.gov; noel_chambers@mnd.uscourts.gov
**Cc:** Jerry Blackwell <blackwell@blackwellburke.com>; Mary Young <myoung@blackwellburke.com>; Jan
Conlin <JMC@ciresiconlin.com>; Ben Gordon <bgordon@levinlaw.com>; David Szerlag
<david@pritzkerlaw.com>
**Subject:** RE: MDL 2666 - Bair Hugger - Joint Status Report and Suggested Agenda for Status Conference

Dear Judge Ericksen and Judge Noel,

Defendants' three lists related to the Plaintiff Fact Sheets, as discussed in Section 2 of the Joint Status
Report, are attached to this email.

Best regards,
Ben Hulse

Benjamin W. Hulse
Blackwell Burke P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN  55415
Direct (612) 343-3256
Fax (612) 343-3205

This message and any attachments may contain information that is privileged, confidential, and exempt from disclosure under applicable
law. If you are not the intended recipient or are not authorized to receive for the recipient, you are hereby notified that dissemination,
distribution or copying of this message and any attachments is strictly prohibited. If you have received this message in error, please
immediately advise the sender by reply e-mail and delete the message and any attachments. Thank you.

**From:** Genevieve Zimmerman [mailto:gzimmerman@meshbesher.com]
**Sent:** Friday, January 12, 2018 6:08 PM
**To:** JoanEricksen_Chambers@mnd.uscourts.gov; noel_chambers@mnd.uscourts.gov
**Cc:** Jerry Blackwell <blackwell@blackwellburke.com>; Mary Young <myoung@blackwellburke.com>; Ben
Hulse <BHulse@blackwellburke.com>; Jan Conlin <JMC@ciresiconlin.com>; Ben Gordon
<bgordon@levinlaw.com>; David Szerlag <david@pritzkerlaw.com>
**Subject:** MDL 2666 - Bair Hugger - Joint Status Report and Suggested Agenda for Status Conference

Dear Judge Ericksen and Judge Noel,

Attached please find the parties' Joint Status Report and Suggested Agenda for the MDL status conference
next week. This is being submitted jointly.

Additionally please find Plaintiffs' Proposed Order concerning repopulating the bellwether pool. The
Defendants submitted their requested order earlier this week.

Please feel free to contact us with questions.

Respectfully submitted,

Genevieve Zimmerman

Genevieve M. Zimmerman
Meshbesher & Spence Ltd.
1616 Park Avenue
Minneapolis, MN 55404
(612) 339-9121 (office)
(612) 339-9188 (fax)
(651) 208-8357 (cell)

**Defendants' PFS List 1:  Overdue Plaintiff Fact Sheets**
(Updated January 12, 2018)

| Case Number | Title | Date Filed | Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:17-cv-02738-JNE-FLN | Allen, Janet v. 3M Company et al | 7/11/2017 | 10/9/2017 | 11/7/2017 12/15/2017 | The Olinde Firm, LLC |
| 0:17-cv-02747-JNE-FLN | Graves, Elizabeth v. 3M Company et al | 7/11/2017 | 10/9/2017 | 11/7/2017 12/15/2017 | The Olinde Firm, LLC |
| 0:17-cv-02755-JNE-FLN | Morris, Kathlynn v. 3M Company et al | 7/11/2017 | 10/9/2017 | 11/7/2017 12/15/2017 | Kennedy Hodges, LLP |
| 0:17-cv-02763-JNE-FLN | Maxheimer v. 3M Company et al | 7/11/2017 | 10/9/2017 | 11/7/2017 12/15/2017 | Kennedy Hodges, LLP |
| 0:17-cv-02881-JNE-FLN | Prince, Nadine v. 3M Company et al | 7/13/2017 | 10/11/2017 | 11/7/2017 12/15/2017 | Bernstein Liebhard LLP |
| 0:17-cv-02892-JNE-FLN | Saylor, Lee v. 3M Company et al | 7/14/2017 | 10/12/2017 | 11/7/2017 12/15/2017 | The Olinde Firm, LLC |
| 0:17-cv-03038-JNE-FLN | Schapansky, Ray v. 3M Company et al | 7/18/2017 | 10/16/2017 | 11/7/2017 12/15/2017 | Kennedy Hodges, LLP |
| 0:17-cv-03103-JNE-FLN | Ghidella v. 3M Company et al | 7/19/2017 | 10/17/2017 | 12/15/2017 | Kennedy Hodges, LLP |
| 0:17-cv-03187-JNE-FLN | Gawthorp v. 3M Company et al | 7/21/2017 | 10/19/2017 | 12/15/2017 | Kennedy Hodges, LLP |
| 0:17-cv-03819-JNE-FLN | Mazer, Marc v. 3M Company et al | 8/18/2017 | 11/15/2017 | 12/15/2017 | Hollis Legal Solutions, PLLC |
| 0:17-cv-03823-JNE-FLN | Miller, Carol v. 3M Company et al | 8/18/2017 | 11/15/2017 | 12/15/2017 | Bernstein Liebhard LLP |
| 0:17-cv-03895-JNE-FLN | Loving, Dorothy v. 3M Company et al | 8/23/2017 | 11/20/2017 | 12/15/2017 | Kennedy Hodges, LLP |
| 0:17-cv-03948-JNE-FLN | Gilliam, Lisette et al v. 3M Company et al | 8/25/2017 | 11/23/2017 | 12/15/2017 | Brent Coon & Associates |
| 0:17-cv-03954-JNE-FLN | Rietz, Mary et al v. 3M Company et al | 8/25/2017 | 11/23/2017 | 12/15/2017 | Brent Coon & Associates |
| 0:17-cv-03956-JNE-FLN | Reeves, William v. 3M Company et al | 8/25/2017 | 11/23/2017 | 12/15/2017 | Kennedy Hodges, LLP |
| 0:17-cv-04005-JNE-FLN | Salazar, Antonio v. 3M Company et al | 8/28/2017 | 11/25/2017 | 12/15/2017 | Kirtland and Packard LLP |

**Defendants' PFS List 1:  Overdue Plaintiff Fact Sheets**
(Updated January 12, 2018)

| Case Number | Title | Date Filed | Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:17-cv-04028-JNE-FLN | Allagas, Victoria v. Arizant Healthcare, Inc. et al | 8/29/2017 | 11/26/2017 | 12/15/2017 | Kirtland and Packard LLP |
| 0:17-cv-04094-JNE-FLN | O'Connell, Karen v. 3M Company et al | 8/31/2017 | 11/28/2017 | 12/15/2017 | Bachus & Schanker, LLC |
| 0:17-cv-04148-JNE-FLN | Thomas, Collin et al v. 3M Company et al | 9/6/2017 | 12/5/2017 | 12/15/2017 | Bachus & Schanker, LLC |
| 0:17-cv-04158-JNE-FLN | Young, Debra v. 3M Company et al | 9/7/2017 | 12/6/2017 | 12/15/2017 | Kirtland and Packard LLP |
| 0:17-cv-04177-JNE-FLN | Butler, James v. 3M Company et al | 9/7/2017 | 12/6/2017 | 12/15/2017 | Kennedy Hodges |
| 0:17-cv-04182-JNE-FLN | Roberts, Carol v. 3M Company et al | 9/7/2017 | 12/6/2017 | 12/15/2017 | Kirtland and Packard LLP |
| 0:17-cv-04230-JNE-FLN | Metivier, Gwendylen v. 3M Company et al | 9/12/2017 | 12/11/2017 | 12/15/2017 | Kirtland and Packard LLP |
| 0:17-cv-04229-JNE-FLN | Wager, Geraldine v. 3M Company et al | 9/13/2017 | 12/12/2017 | | Kirtland & Packard LLP |
| 0:17-cv-04272-JNE-FLN | Moody, Virginia v. 3M Company et al | 9/14/2017 | 12/13/2017 | | Kirtland & Packard LLP |
| 0:17-cv-04283-JNE-FLN | Stancil, Rickie et al v. 3M Company et al | 9/15/2017 | 12/14/2017 | | Schlichter, Bogard & Denton, LLP |
| 0:17-cv-04293-JNE-FLN | Mason, Kenneth v. 3M Company et al | 9/18/2017 | 12/17/2017 | | Davis & Crump, P.C. |
| 0:17-cv-04294-JNE-FLN | Washington, Vinetta v. 3M Company et al | 9/18/2017 | 12/17/2017 | | Bachus & Schanker, LLC |
| 0:17-cv-04298-JNE-FLN | Colby, Charles Gilbert v. 3M Company et al | 9/18/2017 | 12/17/2017 | | Pro se |
| 0:17-cv-04313-JNE-FLN | McNease, Janet v. 3M Company et al | 9/19/2017 | 12/18/2017 | | Kirtland and Packard LLP |
| 0:17-cv-04314-JNE-FLN | Sherrod, Leroy v. 3M Company et al | 9/19/2017 | 12/18/2017 | | Kirtland and Packard LLP |
| 0:17-cv-04366-JNE-FLN | Thames, Gregory v. 3M Company et al | 9/22/2017 | 12/21/2017 | | Schlichter Bogard & Denton, LLP |

**Defendants' PFS List 1:  Overdue Plaintiff Fact Sheets**
(Updated January 12, 2018)

| Case Number | Title | Date Filed | Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:17-cv-04375-JNE-FLN | Baker, David v. 3M Company et al | 9/25/2017 | 12/24/2017 | | Bernstein Liebhard LLP |
| 0:17-cv-04406-JNE-FLN | Davis, Ida v. 3M Company et al | 9/27/2017 | 12/26/2017 | | Kirtland and Packard LLP |
| 0:17-cv-04429-JNE-FLN | Holcomb, April v. 3M Company et al | 9/27/2017 | 12/26/2017 | | DeGaris & Rogers, LLC |
| 0:17-cv-04431-JNE-FLN | Slaughter,Shirley v. 3M Company et al | 9/27/2017 | 12/26/2017 | | Kirtland and Packard LLP |
| 0:17-cv-04467-JNE-FLN | Adams, Artis v. 3M Company et al | 9/28/2017 | 12/27/2017 | | Gustafson Gluek PLLC |
| 0:17-cv-04470-JNE-FLN | Ingram, Virginia v. 3M Company et al | 9/28/2017 | 12/27/2017 | | Bernstein Liebhard LLP |
| 0:17-cv-04476-JNE-FLN | Holstine, Rachel v. 3M Company et al | 9/28/2017 | 12/27/2017 | | Bernstein Liebhard LLP |
| 0:17-cv-04485-JNE-FLN | Pollard, Douglas  et al v. 3M Company et al | 9/28/2017 | 12/27/2017 | | Pendley, Baudin & Coffin L.L.P. |
| 0:17-cv-04494-JNE-FLN | Dresser, Christopher v. 3M Company et al | 9/28/2017 | 12/27/2017 | | Skikos Crawford Skikos & Joseph |
| 0:17-cv-04500-JNE-FLN | Hammel-Fogleboch v. 3M Company et al | 9/28/2017 | 12/27/2017 | | Kennedy Hodges |
| 0:17-cv-04512-JNE-FLN | Cunningham, Mary v. 3M Company et al | 10/3/2017 | 1/1/2018 | | Bernstein Liebhard LLP |
| 0:17-cv-04518-JNE-FLN | Robertson, Douglas v. 3M Company et al | 10/3/2017 | 1/1/2018 | | Meshbesher & Spence, LTD |
| 0:17-cv-04515-JNE-FLN | Horn, Warren v. 3M Company et al | 10/3/2017 | 1/1/2018 | | Bernstein Liebhard LLP |
| 0:17-cv-04517-JNE-FLN | Henderson, Stephanie v. 3M Company et al | 10/3/2017 | 1/1/2018 | | Bernstein Liebhard LLP |
| 0:17-cv-04519-JNE-FLN | Williams, Janice v. 3M Company et al | 10/3/2017 | 1/1/2018 | | Bernstein Liebhard LLP |
| 0:17-cv-04528-JNE-FLN | Sims, Ashlee v. 3M Company et al | 10/4/2017 | 1/2/2018 | | Johnson Becker PLLC |

**Defendants' PFS List 1:  Overdue Plaintiff Fact Sheets**
(Updated January 12, 2018)

| Case Number | Title | Date Filed | Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:17-cv-04549-JNE-FLN | Salcido, Diego v. 3M Company et al | 10/5/2017 | 1/3/2018 | | Davis & Crump, P.C. |
| 0:17-cv-04556-JNE-FLN | Blair, Bridget v. 3M Company et al | 10/5/2017 | 1/3/2018 | | Kirtland and Packard LLP |
| 0:17-cv-04628-JNE-FLN | Grace, Emily v. 3M Company et al | 10/10/2017 | 1/8/2018 | | Kirtland and Packard LLP |

Yellow highlighting indicates that the case was previously listed on one or two status conference agendas per PTO 14 (D.E. 270).
Pink highlighting indicates that the case is subject to Defendants' Pending Motion to Dismiss.

**Defendants' PFS List 2:  Plaintiffs Who Have Not Responded to Defendants' Deficiency Notices**
(Updated January 12, 2018)

| Case Number | Title | 1st Deficiency Notice Sent | Response Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:17-cv-01879-JNE-FLN | Sellers v. 3M Company et al | 9/28/2017 | 10/19/2017 | 11/07/2017 12/18/2017 | Kennedy Hodges, L.L.P. |
| 0:17-cv-02099-JNE-FLN | Osborne v. 3M Company et al | 10/12/2017 | 11/2/2017 | 11/07/2017 12/18/2017 | Kennedy Hodges, L.L.P. |
| 0:17-cv-02231-JNE-FLN | Nunn v. 3M Company et al | 10/18/2017 | 11/8/2017 | 12/18/2017 | Kennedy Hodges, L.L.P. |
| 0:17-cv-02319-JNE-FLN | Taylor, Mary v. 3M Company et al | 10/24/2017 | 11/15/2017 | 12/18/2017 | Kennedy Hodges, L.L.P. |
| 0:17-cv-02383-JNE-FLN | Blancett v. 3M Company et al | 10/25/2017 | 11/16/2017 | 12/18/2017 | Kennedy Hodges, L.L.P. |
| 0:17-cv-02415-JNE-FLN | Pickett v. 3M Company et al | 10/25/2017 | 11/16/2017 | 12/18/2017 | Kennedy Hodges, L.L.P. |
| 0:17-cv-02452-JNE-FLN | Suchan v. 3M Company et al | 10/25/2017 | 11/16/2017 | 12/18/2017 | Kennedy Hodges, L.L.P. |
| 0:17-cv-02589-JNE-FLN | Rashad v. 3M Company et al | 10/25/2017 | 11/16/2017 | 12/18/2017 | Kennedy Hodges, L.L.P. |
| 0:17-cv-02726-JNE-FLN | McCall v. 3M Company et al | 11/7/2017 | 11/28/2017 | 12/18/2017 | Kennedy Hodges, L.L.P. |
| 0:17-cv-02745-JNE-FLN | Devries v. 3M Company et al | 11/6/2017 | 11/27/2017 | 12/18/2017 | The Olinde Firm, LLC |
| 0:17-cv-03233-JNE-FLN | McLaughlin v. 3M Company et al | 11/17/2017 | 12/8/2017 | 12/18/2017 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03311-JNE-FLN | McDaniel v. 3M Company et al | 11/21/2017 | 12/12/2017 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-03445-JNE-FLN | Quinan v. 3M Company et al | 11/21/2017 | 12/12/2017 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-03502-JNE-FLN | Pledger v. 3M Company et al | 11/28/2017 | 12/19/2017 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-03547-JNE-FLN | Sundquist v. 3M Company et al | 11/29/2017 | 12/20/2017 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-03666-JNE-FLN | Gallo v. 3M Company et al | 12/5/2017 | 12/26/2017 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-03721-JNE-FLN | Ramirez v. 3M Company et al | 12/5/2017 | 12/26/2017 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-03809-JNE-FLN | Miller v. 3M Company et al | 12/12/2017 | 1/2/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-03834-JNE-FLN | Thornton v. 3M Company et al | 12/13/2017 | 1/3/2018 | | Kennedy Hodges, L.L.P. |
| Case Number | Title | 2nd Deficiency Notice Sent | Response Due Date | Prior Listing | Firm Name |
| 0:17-cv-01082-JNE-FLN | Petrakis v. 3M Company et al | 9/18/2017 | 10/9/2017 | 11/07/2017 12/18/2017 | Kennedy Hodges, L.L.P. |
| 0:17-cv-01122-JNE-FLN | Griggs v. 3M Company et al | 10/25/2017 | 11/15/2017 | 12/18/2017 | The Olinde Firm, LLC |
| 0:16-cv-04381-JNE-FLN | Manzanares v. 3M Company et al | 11/20/2017 | 12/11/2017 | 12/18/2017 | Bernstein Liebhard LLP |

**Defendants' PFS List 2:  Plaintiffs Who Have Not Responded to Defendants' Deficiency Notices**
(Updated January 12, 2018)

| Case Number | Title | 3rd Deficiency Notice Sent | Response Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:17-cv-01978-JNE-FLN | Strain v. 3M Company et al | 11/27/2017 | 12/18/2017 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-02230-JNE-FLN | Johnson v. 3M Company et al | 12/4/2017 | 12/25/2017 | | Capretz & Associates |
| 0:17-cv-02251-JNE-FLN | Brewer v. 3M Company et al | 12/5/2017 | 12/26/2017 | | Capretz & Associates |
| 0:17-cv-02372-JNE-FLN | Hufford v. 3M Company et al | 12/6/2017 | 12/27/2017 | | Gustafson Gluek PLLC |
| 0:17-cv-02581-JNE-FLN | Key v. 3M Company et al | 12/18/2017 | 1/8/2018 | | Kennedy Hodges, L.L.P. |
| Case Number | Title | 3rd Deficiency Notice Sent | Response Due Date | Prior Listing | Firm Name |
| 0:15-cv-03736-JNE-FLN | Printup v. 3M Company et al | 6/28/2017 | 7/19/2017 | 11/07/2017 12/18/2017 | Gustafson Gluek PLLC |
| 0:17-cv-00288-JNE-FLN | Bradford v. 3M Company et al | 9/29/2017 | 10/20/2017 | 11/07/2017 12/18/2017 | The Law offices of Travis R. Walker, P.A. |
| 0:17-cv-03215-JNE-FLN | Johnson v. 3M Company et al | 12/11/2017 | 1/1/2018 | | Brown and Crouppen, P.C |

Yellow highlighting indicates that the case was previously listed on one or two status conference agendas per PTO 14 (D.E. 270).

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated January 12, 2018)

| Case Number | Title | 3rd Deficiency Sent | Prior Listing | Firm Name |
|---|---|---|---|---|
| 0:16-cv-03991-JNE-FLN | Overko v. 3M Company | 6/30/2017 | 12/15/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. |
| 0:17-cv-00343-JNE-FLN | Grooms v. 3M Company | 8/24/2017 | 11/7/2017 12/15/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-00640-JNE-FLN | Johnson v. 3M Company et al | 10/3/2017 | 11/7/2017 12/15/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-00711-JNE-FLN | Garcia v. 3M Company | 10/16/2017 | 11/7/2017 12/15/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-00998-JNE-FLN | Gruetzmacher v. 3M Company | 10/16/2017 | 11/7/2017 12/15/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01017-JNE-FLN | Guzman/Garcia v. 3M Company | 10/16/2017 | 11/7/2017 12/15/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01139-JNE-FLN | Husman v. 3M Company | 11/1/2017 | 12/15/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:17-cv-01215-JNE-FLN | Pickens v. 3M Company | 11/13/2017 | 12/15/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:17-cv-01250-JNE-FLN | Sparks v. 3M Company | 11/13/2017 | 12/15/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. |
| 0:17-cv-01323-JNE-FLN | Peters v. 3M Company | 11/13/2017 | 12/15/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:17-cv-01407-JNE-FLN | Jadwin et al v. 3M Company et al | 11/8/2017 | 12/15/2017 | Brown & Crouppen, P.C. |
| 0:17-cv-01476-JNE-FLN | Behney v. 3M Company et al | 12/6/2017 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-01534-JNE-FLN | Dedmon v. 3M Company | 12/11/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:17-cv-01554-JNE-FLN | Dorsey v. 3M Company | 11/29/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:17-cv-01565-JNE-FLN | Little v. 3M Company | 11/29/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:17-cv-01574-JNE-FLN | Barnett v. 3M Company | 12/11/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:17-cv-02350-JNE-FLN | Gibson v. 3M Company et al | 11/21/2017 | | Brown & Crouppen, P.C. |
| 0:17-cv-02480-JNE-FLN | Brown v. 3M Company et al | 12/5/2017 | | Brown & Crouppen, P.C. |
| 0:17-cv-02487-JNE-FLN | Cooley v. 3M Company et al | 12/11/2017 | | Brown & Crouppen, P.C. |
| 0:17-cv-02596-JNE-FLN | Dailey v. 3M Company et al | 12/11/2017 | | Brown & Crouppen, P.C. |
| 0:17-cv-02597-JNE-FLN | Davis v. 3M Company et al | 12/11/2017 | | Brown & Crouppen, P.C. |
| 0:17-cv-02603-JNE-FLN | Frantz v. 3M Company et al | 12/11/2017 | | Brown & Crouppen, P.C. |
| 0:17-cv-02604-JNE-FLN | Friedberg v. 3M Company et al | 12/11/2017 | | Brown & Crouppen, P.C. |
| 0:17-cv-02606-JNE-FLN | Gartrell v. 3M Company et al | 12/11/2017 | | Brown & Crouppen, P.C. |
| 0:17-cv-02611-JNE-FLN | Hemphill v. 3M Company et al | 12/11/2017 | | Brown & Crouppen, P.C. |
| 0:17-cv-02615-JNE-FLN | Houseman v. 3M Company et al | 12/11/2017 | | Brown & Crouppen, P.C. |
| 0:17-cv-02663-JNE-FLN | Martin v. 3M Company et al | 12/11/2017 | | Brown & Crouppen, P.C. |
| 0:17-cv-02673-JNE-FLN | McMillian v. 3M Company et al | 12/4/2017 | | Brown & Crouppen, P.C |
| 0:17-cv-02677-JNE-FLN | Ossei v. 3M Company et al | 12/4/2017 | | Brown & Crouppen, P.C |
| 0:17-cv-02719-JNE-FLN | Smith v. 3M Company et al | 12/4/2017 | | Brown & Crouppen, P.C. |

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated January 12, 2018)

| | | | | |
|---|---|---|---|---|
| 0:17-cv-02721-JNE-FLN | Smith v. 3M Company et al | 12/4/2017 | | Brown & Crouppen, P.C. |
| 0:17-cv-02727-JNE-FLN | Temple v. 3M Company et al | 12/11/2017 | | Brown & Crouppen, P.C. |
| 0:17-cv-02728-JNE-FLN | Tillman v. 3M Company et al | 12/4/2017 | | Brown & Crouppen, P.C |
| 0:17-cv-02729-JNE-FLN | Tracey v. 3M Company et al | 12/11/2017 | | Brown & Crouppen, P.C |
| 0:17-cv-02732-JNE-FLN | Walter v. 3M Company et al | 12/4/2017 | | Brown & Crouppen, P.C |
| 0:17-cv-02733-JNE-FLN | Wilkins v. 3M Company et al | 12/4/2017 | | Brown & Crouppen, P.C |
| 0:17-cv-02909-JNE-FLN | Bonnett v. 3M Company et al | 12/4/2017 | | Brown & Crouppen, P.C |
| 0:17-cv-02917-JNE-FLN | Branch v. 3M Company et al | 12/11/2017 | | Brown & Crouppen, P.C. |
| 0:17-cv-02919-JNE-FLN | Campbell v. 3M Company et al | 12/11/2017 | | Brown & Crouppen, P.C. |
| 0:17-cv-02924-JNE-FLN | Coleman v. 3M Company et al | 12/11/2017 | | Brown & Crouppen, P.C. |
| 0:17-cv-02949-JNE-FLN | Jelks v. 3M Company et al | 12/11/2017 | | Brown & Crouppen, P.C. |
| 0:17-cv-02959-JNE-FLN | Josephs v. 3M Company et al | 12/11/2017 | | Brown & Crouppen, P.C. |
| 0:17-cv-02960-JNE-FLN | Kaveh v. 3M Company et al | 12/11/2017 | | Brown & Crouppen, P.C. |
| 0:17-cv-02963-JNE-FLN | Leigh v. 3M Company et al | 12/11/2017 | | Brown & Crouppen, P.C. |
| 0:17-cv-02965-JNE-FLN | McElveen v. 3M Company et al | 12/11/2017 | | Brown & Crouppen, P.C. |
| 0:17-cv-02967-JNE-FLN | McGruder v. 3M Company et al | 12/11/2017 | | Brown & Crouppen, P.C. |
| 0:17-cv-02970-JNE-FLN | Moore v. 3M Company et al | 12/4/2017 | | Brown & Crouppen, P.C |
| 0:17-cv-03003-JNE-FLN | Sanchez v. 3M Company et al | 11/27/2017 | | Brown & Crouppen, P.C |
| 0:17-cv-03010-JNE-FLN | Turner v. 3M Company et al | 12/4/2017 | | Brown & Crouppen, P.C |
| 0:17-cv-03012-JNE-FLN | Wick v. 3M Company et al | 12/4/2017 | | Brown & Crouppen, P.C |
| 0:17-cv-03118-JNE-FLN | Horgan v. 3M Company et al | 12/11/2017 | | Brown & Crouppen, P.C. |
| 0:17-cv-03213-JNE-FLN | Jenkins v. 3M Company et al | 12/11/2017 | | Brown & Crouppen, P.C. |
| 0:17-cv-03216-JNE-FLN | Lafferty v. 3M Company et al | 12/11/2017 | | Brown & Crouppen, P.C. |
| 0:17-cv-03219-JNE-FLN | Lewis v. 3M Company et al | 12/11/2017 | | Brown & Crouppen, P.C. |
| 0:17-cv-03229-JNE-FLN | Price v. 3M Company et al | 12/4/2017 | | Brown & Crouppen, P.C |
| 0:17-cv-03235-JNE-FLN | Rice v. 3M Company et al | 12/4/2017 | | Brown & Crouppen, P.C |
| 0:17-cv-03245-JNE-FLN | Wells, John | 12/11/2017 | | Brown & Crouppen, P.C |
| 0:17-cv-03251-JNE-FLN | Young v. 3M Company et al | 12/4/2017 | | Brown & Crouppen, P.C. |

Yellow highlighting indicates that the case was previously listed on one or two status conference agendas per PTO 14 (D.E. 270).
Pink highlighting indicates that the case is subject to Defendants' Pending Motion to Dismiss.

# EXHIBIT D

**From:** Mary Young
**Sent:** Friday, February 09, 2018 5:28 PM
**To:** JoanEricksen_Chambers@mnd.uscourts.gov; noel_chambers@mnd.uscourts.gov
**Cc:** Jerry Blackwell <blackwell@blackwellburke.com>; Ben Hulse <BHulse@blackwellburke.com>; Jan Conlin <JMC@ciresiconlin.com>; Ben Gordon <bgordon@levinlaw.com>; David Szerlag <david@pritzkerlaw.com>; Genevieve Zimmerman <gzimmerman@meshbesher.com>; Bridget Ahmann <Bridget.Ahmann@FaegreBD.com>
**Subject:** MDL 2666 - Bair Hugger - Defendants' Lists re: PFS Disputes

Dear Judge Ericksen and Judge Noel,

Attached are Defendants' three lists related to Plaintiff Fact Sheets, which are discussed in Section 2 of the parties' forthcoming Joint Status Report.

Due to technical difficulties being experienced this afternoon by Plaintiffs' counsel, the parties respectfully request until Monday to submit the Joint Status Report.

Sincerely,
Mary Young

**Defendants' PFS List 1:  Overdue Plaintiff Fact Sheets**
(Updated February 09, 2018)

| Case Number | Title | Date Filed | Due Date | Comments | Prior Listing | Firm Name |
|---|---|---|---|---|---|---|
| 0:17-cv-03103-JNE-FLN | Ghidella, Michael v. 3M Company et al | 7/19/2017 | 10/17/2017 | Active | 12/15/2017 01/08/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03187-JNE-FLN | Gawthorp, Dawn v. 3M Company et al | 7/21/2017 | 10/19/2017 | Active | 12/15/2017 01/08/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03823-JNE-FLN | Miller, Carol v. 3M Company et al | 8/18/2017 | 11/15/2017 | Active | 12/15/2017 01/08/2018 | Bernstein Liebhard LLP |
| 0:17-cv-03819-JNE-FLN | Mazer, Marc v. 3M Company et al | 8/18/2017 | 11/15/2017 | Active | 12/15/2017 01/08/2018 | Hollis Legal Solutions |
| 0:17-cv-03895-JNE-FLN | Loving, Dorothy v. 3M Company et al | 8/23/2017 | 11/20/2017 | Active | 12/15/2017 01/08/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03948-JNE-FLN | Gilliam, Lisette et al v. 3M Company et al | 8/25/2017 | 11/23/2017 | Active | 12/15/2017 01/08/2018 | Brent Coon & Associates |
| 0:17-cv-03956-JNE-FLN | Reeves, William v. 3M Company et al | 8/25/2017 | 11/23/2017 | Active | 12/15/2017 01/08/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03954-JNE-FLN | Rietz, Mary et al v. 3M Company et al | 8/25/2017 | 11/23/2017 | Active | 12/15/2017 01/08/2018 | Brent Coon & Associates |
| 0:17-cv-04298-JNE-FLN | Colby, Charles Gilbert v. 3M Company et al | 9/18/2017 | 12/17/2017 | Active | 12/15/2017 01/08/2018 | Pro se |
| 0:17-cv-04294-JNE-FLN | Washington, Vinetta v. 3M Company et al | 9/18/2017 | 12/17/2017 | Active | 12/15/2017 01/08/2018 | Bachus & Schanker, LLC |
| 0:17-cv-04293-JNE-FLN | Mason, Kenneth v. 3M Company et al | 9/18/2017 | 12/17/2017 | Active | 12/15/2017 01/08/2018 | Davis & Crump, P.C. |
| 0:17-cv-04431-JNE-FLN | Slaughter, Shirley v. 3M Company et al | 9/27/2017 | 12/26/2017 | Active | 12/15/2017 01/08/2018 | Kirtland and Packard LLP |
| 0:17-cv-04470-JNE-FLN | Ingram, Virginia v. 3M Company et al | 9/28/2017 | 12/27/2017 | Active | 1/8/2018 | Bernstein Liebhard LLP |
| 0:17-cv-04500-JNE-FLN | Hammel-Fogleboch v. 3M Company et al | 9/29/2017 | 12/28/2017 | Active | 1/8/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-04515-JNE-FLN | Horn, Warren v. 3M Company et al | 10/3/2017 | 1/1/2018 | Active | 1/8/2018 | Bernstein Liebhard LLP |
| 0:17-cv-04517-JNE-FLN | Henderson, Stephanie v. 3M Company et al | 10/3/2017 | 1/1/2018 | Active | 1/8/2018 | Bernstein Liebhard LLP |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).

**Defendants' PFS List 1:  Overdue Plaintiff Fact Sheets**
(Updated February 09, 2018)

| Case Number | Title | Date Filed | Due Date | Comments | Prior Listing | Firm Name |
|---|---|---|---|---|---|---|
| 0:17-cv-04519-JNE-FLN | Williams, Janice v. 3M Company et al | 10/3/2017 | 1/1/2018 | Active | 1/8/2018 | Bernstein Liebhard LLP |
| 0:17-cv-04556-JNE-FLN | Blair, Bridget v. 3M Company et al | 10/5/2018 | 1/3/2018 | Active | 1/8/2018 | Kirtland and Packard LLP |
| 0:17-cv-04628-JNE-FLN | Grace, Emily v. 3M Company et al | 10/10/2017 | 1/8/2018 | Active | 1/8/2018 | Kirtland and Packard LLP |
| 0:17-cv-04651-JNE-FLN | Knight, Kyle v. 3M Company et al | 10/11/2017 | 1/9/2018 | Active | | Kirtland & Packard LLP |
| 0:17-cv-04652-JNE-FLN | Leaf, Loretta v. 3M Company et al | 10/11/2017 | 1/9/2018 | Active | | Kirtland & Packard LLP |
| 0:17-cv-04637-JNE-FLN | Mackey, Carolyn v. 3M Company et al | 10/11/2017 | 1/9/2018 | Active | | Bernstein Liebhard LLP |
| 0:17-cv-04642-JNE-FLN | Smith, Diana et al v. 3M Company et al | 10/11/2017 | 1/9/2018 | Active | | The Miller Firm, LLC |
| 0:17-cv-04696-JNE-FLN | Campbell, Kimberly v. 3M Company et al | 10/13/2017 | 1/11/2018 | Active | | Kirtland and Packard LLP |
| 0:17-cv-04708-JNE-FLN | Rhone, Tareya v. 3M Company et al | 10/16/2017 | 1/14/2018 | Active | | Hare, Wynn, Newell & Newton |
| 0:17-cv-04716-JNE-FLN | Bewley, Kenneth v. 3M Company et al | 10/17/2017 | 1/15/2018 | Active | | Kirtland and Packard LLP |
| 0:17-cv-04731-JNE-FLN | Taylor, Rosie v. 3M Company et al | 10/18/2017 | 1/16/2018 | Active | | Kirtland and Packard LLP |
| 0:17-cv-04763-JNE-FLN | Rodriguez, Alice v. 3M Company et al | 10/20/2017 | 1/18/2018 | Active | | Kirtland and Packard LLP |
| 0:17-cv-04764-JNE-FLN | Bewley, Macil v. 3M Company et al | 10/20/2017 | 1/18/2018 | Active | | Kirtland and Packard LLP |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).

**Defendants' PFS List 1:  Overdue Plaintiff Fact Sheets**
(Updated February 09, 2018)

| Case Number | Title | Date Filed | Due Date | Comments | Prior Listing | Firm Name |
|---|---|---|---|---|---|---|
| 0:17-cv-04775-JNE-FLN | Reinhardt, Rhonda v. 3M Company et al | 10/23/2017 | 1/21/2018 | Active | | Bernstein Liebhard LLP |
| 0:17-cv-04777-JNE-FLN | Pine, Randy v. 3M Company et al. | 10/23/2017 | 1/21/2018 | Active | | Bernstein Liebhard LLP |
| 0:17-cv-04778-JNE-FLN | Brown, Ina v. 3M Company et al. | 10/23/2017 | 1/21/2018 | Active | | Bernstein Liebhard LLP |
| 0:17-cv-04845-JNE-FLN | Murray, Dan v. 3M Company et al | 10/25/2018 | 1/23/2018 | Active | | Kirtland and Packard LLP |
| 0:17-cv-04896-JNE-FLN | Pew, Richard v. 3M Company et al | 10/26/2017 | 1/24/2018 | Active | | Kirtland and Packard LLP |
| 0:17-cv-04857-JNE-FLN | Murphy, Bennie v 3M et al | 10/26/2017 | 1/24/2018 | Active | | Bernstein Liebhard LLP |
| 0:17-cv-04872-JNE-FLN | Grimsley, Daniel v. 3M Company et al. | 10/26/2017 | 1/24/2018 | Suggestion of Death 01/22/2018 Doc # 7  DUE 04/22/2018 | | Bernstein Liebhard LLP |
| 0:17-cv-04881-JNE-FLN | Potter, Karen v. 3M Company et al | 10/26/2017 | 1/24/2018 | Active | | Bernstein Liebhard LLP |
| 0:17-cv-04885-JNE-FLN | McEvoy, Mark v. 3M Company et al | 10/26/2017 | 1/24/2018 | Active | | Bernstein Liebhard LLP |
| 0:17-cv-04889-JNE-FLN | Thornton, Mildred v. 3M Company et al | 10/26/2017 | 1/24/2018 | Active | | Bernstein Liebhard LLP |
| 0:17-cv-04891-JNE-FLN | Edwards, Renate v. 3M Company et al | 10/26/2017 | 1/24/2018 | Active | | Bernstein Liebhard LLP |
| 0:17-cv-04984-JNE-FLN | Cheney, Jay v. 3M Company et al | 11/1/2017 | 1/30/2018 | Active | | Kirtland & Packard LLP |
| 0:17-cv-05021-JNE-FLN | Fair, Randy v. 3M Company et al | 11/3/2017 | 2/1/2018 | Active | | Kirtland & Packard LLP |
| 0:17-cv-05005-JNE-FLN | Gurzick, Margaret v. 3M Company et al | 11/3/2017 | 2/1/2018 | Active | | Peterson & Associates, P.C. |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).

**Defendants' PFS List 1:  Overdue Plaintiff Fact Sheets**
(Updated February 09, 2018)

| Case Number | Title | Date Filed | Due Date | Comments | Prior Listing | Firm Name |
|---|---|---|---|---|---|---|
| 0:17-cv-05006-JNE-FLN | Thomas, Michael  v. 3M Company et al | 11/3/2017 | 2/1/2018 | Active | | Peterson & Associates, P.C. |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).

**Defendants' PFS List 2:  Plaintiffs Who Have Not Responded to Defendants' Deficiency Notices**
(Updated February 09, 2018)

| Case Number | Title | 1st Deficiency Notice Sent | Response Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:17-cv-02099-JNE-FLN | Osborne v. 3M Company et al | 10/12/2017 | 11/2/2017 | 11/07/2017 12/18/2017 01/10/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-02231-JNE-FLN | Nunn v. 3M Company et al | 10/18/2017 | 11/8/2017 | 12/18/2017 01/10/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-02383-JNE-FLN | Blancett v. 3M Company et al | 10/25/2017 | 11/16/2017 | 12/18/2017 01/10/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-02415-JNE-FLN | Pickett v. 3M Company et al | 10/25/2017 | 11/16/2017 | 12/18/2017 01/10/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-02589-JNE-FLN | Rashad v. 3M Company et al | 10/31/2017 | 11/21/2017 | 12/18/2017 01/10/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-02726-JNE-FLN | McCall v. 3M Company et al | 11/7/2017 | 11/28/2017 | 12/18/2017 01/10/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03233-JNE-FLN | McLaughlin v. 3M Company et al | 11/17/2017 | 12/8/2017 | 12/18/2017 01/10/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03311-JNE-FLN | McDaniel v. 3M Company et al | 11/21/2017 | 12/12/2017 | 1/10/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03445-JNE-FLN | Quinan v. 3M Company et al | 11/21/2017 | 12/12/2017 | 1/10/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03547-JNE-FLN | Sundquist v. 3M Company et al | 11/29/2017 | 12/20/2017 | 1/10/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03666-JNE-FLN | Gallo v. 3M Company et al | 12/5/2017 | 12/26/2017 | 1/10/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03721-JNE-FLN | Ramirez v. 3M Company et al | 12/5/2017 | 12/26/2017 | 1/10/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03809-JNE-FLN | Miller v. 3M Company et al | 12/12/2017 | 1/2/2018 | 1/10/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03834-JNE-FLN | Thornton, Ila v. 3M Company et al | 12/13/2017 | 1/3/2018 | 1/10/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03912-JNE-FLN | Kellett v. 3M Company et al | 12/18/2017 | 1/8/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-03915-JNE-FLN | Raney v. 3M Company et al | 12/18/2017 | 1/8/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-04068-JNE-FLN | Johnson, Barbara v. 3M Company et al | 12/27/2017 | 1/17/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-04257-JNE-FLN | Coggins, Mark v. 3M Company et al | 1/10/2018 | 1/30/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-04285-JNE-FLN | Nickell, Vernon et al v. 3M Company et al | 1/11/2018 | 1/31/2018 | | Gustafson Gluek PLLC |
| 0:17-cv-03573-JNE-FLN | Parker, Lloyd v. 3M Company et al | 1/16/2018 | 2/2/2018 | | Bernstein Liebhard LLP |
| 0:17-cv-03994-JNE-FLN | Cook, Delores v. 3M Company et al | 1/16/2018 | 2/2/2018 | | Bernstein Liebhard LLP |
| 0:17-cv-04009-JNE-FLN | Rude, Lynas v. 3M Company et al | 1/16/2018 | 2/2/2018 | | Bernstein Liebhard LLP |
| 0:17-cv-03252-JNE-FLN | Gorbett, Jamie v. 3M Company et al | 1/16/2018 | 2/2/2018 | | Bernstein Liebhard LLP |

**Defendants' PFS List 2:  Plaintiffs Who Have Not Responded to Defendants' Deficiency Notices**
(Updated February 09, 2018)

| Case Number | Title | 2nd Deficiency Notice Sent | Response Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:17-cv-03380-JNE-FLN | Rowan, Charlotte v. 3M Company et al | 1/16/2018 | 2/2/2018 | | Bernstein Liebhard LLP |
| 0:17-cv-01978-JNE-FLN | Strain v. 3M Company et al | 11/27/2017 | 12/18/2017 | 1/10/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-02581-JNE-FLN | Key v. 3M Company et al | 12/18/2017 | 1/8/2018 | 1/10/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03088-JNE-FLN | Arnold et al v. 3M Company et al | 11/29/2017 | 12/20/2017 | 1/10/2018 | Brown and Crouppen, P.C |
| 0:17-cv-02372-JNE-FLN | Hufford v. 3M Company et al | 12/6/2017 | 12/27/2017 | 1/10/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-02758-JNE-FLN | Jones v. 3M Company et al | 12/6/2017 | 12/27/2017 | 1/10/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-02794-JNE-FLN | Toliver v. 3M Company et al | 12/6/2017 | 12/27/2017 | 1/10/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-02994-JNE-FLN | Ingold v. 3M Company et al | 12/29/2017 | 1/19/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-03014-JNE-FLN | Jenkins obo Gwendolyn Jensen v. 3M Company et al | 12/29/2017 | 1/19/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-03162-JNE-FLN | Zamora v. 3M Company et al | 1/3/2018 | 1/24/2018 | | Brown and Crouppen, P.C |
| 0:17-cv-03191-JNE-FLN | Hoskins v. 3M Company et al | 1/4/2018 | 1/25/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-03464-JNE-FLN | Witt v. 3M Company et al | 1/12/2018 | 2/2/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-03501-JNE-FLN | Smith v. 3M Company et al | 1/16/2018 | 2/6/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-03541-JNE-FLN | Chille v. 3M Company et al | 1/16/2018 | 2/6/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-03543-JNE-FLN | Hughes, James v. 3M Company et al | 1/16/2018 | 2/6/2018 | | Kennedy Hodges, L.L.P. |

| Case Number | Title | 3rd Deficiency Notice Sent | Response Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:17-cv-01968-JNE-FLN | Jordan v. 3M Company et al | 1/9/2018 | 1/30/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-02010-JNE-FLN | Ewing, Tanya  v. 3M Company et al | 1/12/2018 | 2/2/2018 | | Kennedy Hodges, L.L.P. |

Yellow highlighting indicates that the case was previously listed on one or two status conference agendas per PTO 14 (D.E. 270).
Pink highlighting indicates that the case is subject to Defendants' Pending Motion to Dismiss.

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated February 09, 2018)

| Case Number | Title | 3rd Deficiency Sent | Prior Listing | Firm Name |
|---|---|---|---|---|
| 0:17-cv-00998-JNE-FLN | Gruetzmacher v. 3M Company | 10/16/2017 | 11/7/17 12/15/2017 1/10/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01017-JNE-FLN | Guzman v. 3M Company | 10/16/2017 | 11/7/17 12/15/2017 1/10/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:17-cv-01139-JNE-FLN | Husman v. 3M Company | 11/1/2017 | 12/15/2017 1/10/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:17-cv-01407-JNE-FLN | Jadwin et al v. 3M Company et al | 11/8/2017 | 12/15/2017 1/10/2018 | Brown and Crouppen, P.C. |
| 0:17-cv-01215-JNE-FLN | Pickens v. 3M Company | 11/13/2017 | 12/15/2017 1/10/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:17-cv-01250-JNE-FLN | Sparks v. 3M Company | 11/13/2017 | 12/15/2017 1/10/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:17-cv-01323-JNE-FLN | Peters v. 3M Company | 11/13/2017 | 12/15/2017 1/10/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:17-cv-02959-JNE-FLN | Josephs, Robert v. 3M Company et al | 1/18/2016 | 1/10/2018 | Brown and Crouppen, P.C. |
| 0:17-cv-02732-JNE-FLN | Walter v. 3M Company et al | 1/16/2018 | 1/10/2018 | Brown and Crouppen, P.C |
| 0:17-cv-03012-JNE-FLN | Wick v. 3M Company et al | 1/16/2018 | 1/10/2018 | Brown and Crouppen, P.C |
| 0:17-cv-03251-JNE-FLN | Young, Allen v. 3M Company et al | 1/17/2018 | 1/10/2018 | Brown and Crouppen, P.C. |
| 0:17-cv-02611-JNE-FLN | Hemphill v. 3M Company et al | 1/17/2018 | 1/10/2018 | Brown and Crouppen, P.C. |
| 0:17-cv-02924-JNE-FLN | Coleman v. 3M Company et al | 1/17/2018 | 1/10/2018 | Brown and Crouppen, P.C. |
| 0:17-cv-02949-JNE-FLN | Jelks v. 3M Company et al | 1/17/2018 | 1/10/2018 | Brown and Crouppen, P.C. |
| 0:17-cv-02967-JNE-FLN | McGruder, Markelia v. 3M Company et al | 1/17/2018 | 1/10/2018 | Brown and Crouppen, P.C. |
| 0:17-cv-02727-JNE-FLN | Temple, Kathleen v. 3M Company et al | 1/17/2018 | 1/10/2018 | Brown and Crouppen, P.C. |
| 0:17-cv-02615-JNE-FLN | Houseman v. 3M Company et al | 1/17/2018 | 1/10/2018 | Brown and Crouppen, P.C. |
| 0:17-cv-02919-JNE-FLN | Campbell v. 3M Company et al | 1/17/2018 | 1/10/2018 | Brown and Crouppen, P.C. |
| 0:17-cv-03118-JNE-FLN | Horgan, Michael v. 3M Company et al | 1/17/2108 | 1/10/2018 | Brown and Crouppen, P.C. |

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated February 09, 2018)

| | | | | |
|---|---|---|---|---|
| 0:17-cv-02937-JNE-FLN | Fegan v. 3M Company et al | 12/11/2017 | | Brown and Crouppen, P.C. |
| 0:17-cv-02966-JNE-FLN | McGhee v. 3M Company et al | 12/11/2017 | | Brown and Crouppen, P.C. |
| 0:17-cv-03113-JNE-FLN | Gathright v. 3M Company et al | 12/11/2017 | | Brown and Crouppen, P.C. |
| 0:17-cv-02737-JNE-FLN | Witherspoon, Richard v. 3M Company et al | 1/16/2018 | | Brown and Crouppen, P.C |
| 0:17-cv-00288-JNE-FLN | Bradford, Linda  v. 3M Company et al | 9/29/2017 | | The Law offices of Travis R. Walker, P.A. |
| 0:17-cv-03213-JNE-FLN | Jenkins v. 3M Company et al | 12/11/2017 | | Brown and Crouppen, P.C. |
| 0:17-cv-01554-JNE-FLN | Dorsey v. 3M Company | 11/29/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:17-cv-01565-JNE-FLN | Little v. 3M Company | 11/29/2017 | | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:17-cv-02675-JNE-FLN | Morris v. 3M Company et al | 12/4/2017 | | Brown and Crouppen, P.C |
| 0:17-cv-02713-JNE-FLN | Shearin v. 3M Company et al | 12/4/2017 | | Brown and Crouppen, P.C |
| 0:17-cv-02717-JNE-FLN | Shields v. 3M Company et al | 12/4/2017 | | Brown and Crouppen, P.C |
| 0:17-cv-02723-JNE-FLN | Stephenson v. 3M Company et al | 12/4/2017 | | Brown and Crouppen, P.C |
| 0:17-cv-02724-JNE-FLN | Stidam v. 3M Company et al | 12/4/2017 | | Brown and Crouppen, P.C |
| 0:17-cv-03086-JNE-FLN | Baldwin, Cheryl v. 3M Company et al | 12/4/2017 | | Brown and Crouppen, P.C |
| 0:17-cv-03089-JNE-FLN | Boles-Johnson v. 3M Company et al | 12/4/2017 | | Brown and Crouppen, P.C. |
| 0:17-cv-03242-JNE-FLN | Sturgis v. 3M Company et al | 12/4/2017 | | Brown and Crouppen, P.C |
| 0:17-cv-03243-JNE-FLN | Sweeney v. 3M Company et al | 12/4/2017 | | Brown and Crouppen, P.C |
| 0:17-cv-02916-JNE-FLN | Bourne v. 3M Company et al | 12/5/2017 | | Brown and Crouppen, P.C |
| 0:17-cv-01476-JNE-FLN | Behney v. 3M Company et al | 12/6/2017 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-01093-JNE-FLN | Galbreath et al v. 3M Company et al | 12/11/2017 | | Seth Webb |
| 0:17-cv-01574-JNE-FLN | Barnett v. 3M Company | 12/11/2017 | | Daniel A. Nigh |
| 0:17-cv-02471-JNE-FLN | Blankenship-Whittaker v. 3M Company et al | 12/11/2017 | | Brown and Crouppen, P.C. |

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated February 09, 2018)

| | | | | |
|---|---|---|---|---|
| 0:17-cv-02665-JNE-FLN | Massey v. 3M Company et al | 12/11/2017 | | Brown and Crouppen, P.C. |
| 0:17-cv-01493-JNE-FLN | Grussing, Leslie v. 3M Company et al | 1/19/2018 | | Hendrickson Law |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).
Pink highlighting indicates that the case is subject to Defendants' Pending Motion to Dismiss.