UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To: All Actions | MDL No. 15-2666 (JNE/FLN)<br><br>**PLAINTIFFS' MOTION SEEKING *IN CAMERA* REVIEW OF TEN DOCUMENTS WITHHELD UNDER CLAIMS OF PRIVILEGE** |

**PLEASE TAKE NOTICE** of the filing of Plaintiffs' Motion Seeking *In Camera* Review of Ten Documents Withheld Under Claims of Privilege. Plaintiffs seek an Order compelling Defendants to produce the challenged documents which Defendants have withheld under claims of attorney-client and/or work product privilege, to Magistrate Judge Noel for *in camera* review. The Motion is supported by Plaintiffs Memorandum of Law, Plaintiffs' Meet & Confer Statement, and all exhibits attached hereto.

Dated: March 2, 2018

| CIRESI CONLIN L.L.P. | MESHBESHER & SPENCE LTD. |
|---|---|
| /s/ Michael V. Ciresi_____<br>Michael V. Ciresi (MN #0016949)<br>Jan M. Conlin (MN #0192697)<br>225 S. 6th St., Suite 4600<br>Minneapolis, MN 55402<br>Phone: 612.361.8202<br>Email: MVC@CiresiConlin.com<br>        JMC@CiresiConlin.com | /s/ Genevieve M. Zimmerman<br>Genevieve M. Zimmerman (MN #330292)<br>1616 Park Avenue South<br>Minneapolis, MN 55404<br>Phone: (612) 339-9121<br>Fax: (612) 339-9188<br>Email: gzimmerman@meshbesher.com |

LEVIN PAPANTONIO, P.A.

/s/ Ben W. Gordon, Jr.
Ben W. Gordon (FL # 882836) – Pro Hac Vice
J. Michael Papantonio (FL # 335924)
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
Phone: (850) 435-7090
Fax: (850) 436-6090
Email: bgordon@levinlaw.com

**Plaintiffs' Co-Lead Counsel**