UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MDL No.  15-2666 (JNE/FLN)

In re Bair Hugger Forced Air Warming
Products Liability Litigation

**LR 7.1(f) CERTIFICATE OF COMPLIANCE**

This Document Relates to All Actions

I, Genevieve M. Zimmerman, certify that the Memorandum titled Plaintiffs' Motion Seeking *In Camera* Review of Ten Documents Withheld Under Claims of Privilege complies with Local Rule 7.1(f).

I further certify that, in preparation of the above document, I used Microsoft Word 2013 and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above document contains 2,276 words.

Respectfully submitted,

Dated: March 2, 2018

MESHBESHER & SPENCE LTD.

/s/ Genevieve M. Zimmerman
Genevieve M. Zimmerman (MN #330292)
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
Email: gzimmerman@meshbesher.com

*Plaintiffs Co-Lead Counsel*