UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re Bair Hugger Forced Air Warming
Products Liability Litigation

MDL No.  15-2666 (JNE/FLN)

This Document Relates to All Actions

## DECLARATION OF GENEVIEVE M. ZIMMERMAN

1. My name is Genevieve M. Zimmerman and I am a Partner with the Meshbesher & Spence Ltd. law firm.  I am a member of the Court appointed Co-Lead Counsel in the above entitled matter.  The following documents are hereby attached, and submitted in support of Plaintiffs' Motion for *In Camera* Review:

2. Exhibit 1, which is a true and correct copy of the challenged documents that were identified on three of Defendants' Privilege Logs: March 2, 2017, March 7, 2017, and March 31 2017.

3. Exhibit 2, which is a true and correct copy of the deposition of John P. Abraham, Ph.D.

Dated:  March 2, 2018

/s/ Genevieve M. Zimmerman
Genevieve M. Zimmerman (MN#330292)
MESHBESHER & SPENCE, LTD.
1616 Park Avenue
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
Email: gzimmerman@meshbesher.com

**Plaintiffs Co-Lead Counsel**

1