# EXHIBIT A

| Privilege - ID Begin | Privilege - ID End | Privilege - Description (Reason for Privilege) | Privilege File Name | Privilege Subject | Privilege Type | Privilege - Author | Privilege - From | Privilege - To | Privilege - CC | Privilege - BCC | Privilege - SENT DATE | Privilege - RECEIVED DATE | Privilege Create Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DEFTS 03.02.17 PRIVILEGE LOG** | | | | | | | | | | | | | |
| 3MPRIV00055445 | 3MPRIV00055445 | Email string with confidential communication between client and legal counsel providing information relevant to legal advice to be rendered regarding forced air warming products. | | RE: URGENT, PRIVILEGED Questions re Bair Hugger Model 750 | Privilege - ACP | EXCHANGELABS Jay Issa RECIPIENTS | EXCHANGELABS Jay Issa RECIPIENTS | **Andy (Andrew) Chen** awchen EXCHANGELABS Janell Pepper jmpepper | maharms Maureen Harms mmm | | 4/26/2016 | 4/26/2016 | 4/26/2016 |
| **DEFTS 03.07.17 (CORRECTED) PRIVILEGE LOG** | | | | | | | | | | | | | |
| 3MPRIV00057295 | 3MPRIV00057302 | Email string with confidential communications between clients and legal counsels reflecting information provided to counsels relevant to legal advice to be rendered regarding present litigation over claims concerning the safety of forced air warming. | | RE: PRIVILIEGED & CONFIDENTIAL | Privilege - ACP & AWP | **Andrew Chen** EXCHANGELABS RECIPIENTS | **Andrew Chen** EXCHANGELABS RECIPIENTS | cklindell Colleen Lindell fowlerst gtlaw Jennifer Yi jenniferyi maharms Maureen Harms mhstevens Michelle Stevens | Dave Eaton mmm wdeaton1 | | 10/6/2015 | 10/6/2015 | 10/6/2015 |
| 3MPRIV00057304 | 3MPRIV00057306 | Email string with confidential communications between client and legal counsels reflecting information provided to outside counsel (S Fowler - Greenberg Traurig) relevant to legal advice to be rendered to client concerning prosecution of present litigation over claims concerning the safety of forced air warming. | | RE: Privileged | Privilege - ACP & AWP | Colleen Lindell EXCHANGELABS RECIPIENTS | Colleen Lindell EXCHANGELABS RECIPIENTS | **Andrew Chen** awchen fowlerst gtlaw maharms Maureen Harms mmm | Dave Eaton Jim Endle jpendle mhstevens Michelle Stevens mmm wdeaton1 | | 10/14/2015 | 10/14/2015 | 10/14/2015 |
| 3MPRIV00057307 | 3MPRIV00057309 | Email string with confidential communications between client and legal counsels reflecting information provided to outside counsel (S Fowler - Greenberg Traurig) relevant to legal advice to be rendered to client concerning prosecution of present litigation over claims concerning the safety of forced air warming. | | RE: Privileged | Privilege - ACP & AWP | **Andrew Chen** EXCHANGELABS RECIPIENTS | **Andrew Chen** EXCHANGELABS RECIPIENTS | fowlerst gtlaw maharms Maureen Harms mmm | cklindell Colleen Lindell Dave Eaton Jim Endle jpendle mhstevens Michelle Stevens mmm wdeaton1 | | 10/14/2015 | 10/14/2015 | 10/14/2015 |
| 3MPRIV00057310 | 3MPRIV00057313 | Email string with confidential communications between clients, outside legal counsel and legal counsel reflecting information provided to legal counsel (M. Harms - 3M) and outside legal counsel (S. Fowler - Greenberg Traurig) relevant to legal advice to be rendered regarding litigation claims over forced air warming. | | REDACTED Attorney/Client Communication and Attorney Work Product | Privilege - ACP & AWP | EXCHANGELABS Jennifer Yi RECIPIENTS | EXCHANGELABS Jennifer Yi RECIPIENTS | **Andrew Chen** awchen cklindell Colleen Lindell fowlerst gtlaw maharms Maureen Harms mmm | Dave Eaton Ellen Anderson Manz emandersonmanz1 Jim Endle jpendle Melissa Bailey mhstevens Michelle Stevens mlbailey mmm wdeaton1 | | 10/14/2015 | 10/14/2015 | 10/14/2015 |
| 3MPRIV00057314 | 3MPRIV00057317 | Email string with confidential communications between clients, outside legal counsel and legal counsel reflecting information provided to legal counsel (M. Harms - 3M) and outside legal counsel (S. Fowler - Greenberg Traurig) relevant to legal advice to be rendered regarding litigation claims over forced air warming. | | REDACTED Attorney/Client Communication and Attorney Work Product | Privilege - ACP & AWP | Dave Eaton EXCHANGELABS RECIPIENTS | Dave Eaton EXCHANGELABS RECIPIENTS | **Andrew Chen** awchen cklindell Colleen Lindell fowlerst gtlaw Jennifer Yi jenniferyi maharms Maureen Harms | Ellen Anderson Manz emandersonmanz1 Jim Endle jpendle Melissa Bailey mhstevens Michelle Stevens mlbailey mmm | | 10/14/2015 | 10/14/2015 | 10/14/2015 |

| Bates Begin | Bates End | Description | | Subject / Title | Privilege | To | From | CC | BCC | | Date Sent | Date Received | Date Created |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3MPRIV00057318 | 3MPRIV00057320 | Email string with confidential communications between clients, outside legal counsel and legal counsel reflecting information provided to legal counsel (M. Harms - 3M) and outside legal counsel (S. Fowler - Greenberg Traurig) relevant to legal advice to be rendered regarding litigation claims over forced air warming. | | REDACTED Attorney/Client Communication and Attorney Work Product | Privilege - ACP & AWP | **Andrew Chen** EXCHANGELABS RECIPIENTS | **Andrew Chen** EXCHANGELABS RECIPIENTS | cklindell Colleen Lindell fowlerst gtlaw Jennifer Yi jenniferyi maharms Maureen Harms mmm | Dave Eaton Ellen Anderson Manz emandersonmanz1 Jim Endle jpendle Melissa Bailey mhstevens Michelle Stevens mlbailey mmm | | 10/14/2015 | 10/14/2015 | 10/14/2015 |
| 3MPRIV00057321 | 3MPRIV00057323 | Email string with confidential communications between client and legal counsels reflecting information provided to outside counsel (S Fowler - Greenberg Traurig) relevant to legal advice to be rendered to client concerning prosecution of present litigation over claims concerning the safety of forced air warming. | | RE: Privileged | Privilege - ACP & AWP | EXCHANGELABS Jim Endle RECIPIENTS | EXCHANGELABS Jim Endle RECIPIENTS | **Andrew Chen** awchen cklindell Colleen Lindell EXCHANGELABS fowlerst gtlaw maharms Maureen Harms mmm | Dave Eaton mhstevens Michelle Stevens mmm wdeaton1 | | 10/16/2015 | 10/16/2015 | 10/16/2015 |
| 3MPRIV00057324 | 3MPRIV00057326 | Email string with confidential communications between client and legal counsels reflecting information provided to outside counsel (S Fowler - Greenberg Traurig) relevant to legal advice to be rendered to client concerning prosecution of present litigation over claims concerning the safety of forced air warming. | | RE: Privileged | Privilege - ACP & AWP | EXCHANGELABS Michelle Stevens RECIPIENTS | EXCHANGELABS Michelle Stevens RECIPIENTS | **Andrew Chen** awchen cklindell Colleen Lindell fowlerst gtlaw Jennifer Yi jenniferyi maharms Maureen Harms mmm | Dave Eaton mmm wdeaton1 | | 10/19/2015 | 10/19/2015 | 10/19/2015 |
| **DEFTS 03.31.17 PRIVILEGE LOG** | | | | | | | | | | | | | |
| 3MPRIV00071047 | 3MPRIV00071051 | Email and attachments with confidential communication between client and legal counsel reflecting scientific information provided to counsel relevant to legal advice to be provided to client in anticipation of present litigation over the safety of forced air warming. | | REDACTED Attorney/Client Communication and Attorney Work Product | Privilege - ACP & AWP | **Andrew Chen** EXCHANGELABS RECIPIENTS | **Andrew Chen** EXCHANGELABS RECIPIENTS | aflage Alexander Flage cklindell Colleen Lindell Dave Eaton EXCHANGELABS Jennifer Yi jenniferyi maharms Maureen Harms mhstevens Michelle Stevens mmm | | | 9/23/2015 | 9/23/2015 | 9/23/2015 |