UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To: All Actions | MDL No. 15-2666 (JNE/FLN)<br><br>**PLAINTIFFS' MEET AND CONFER STATEMENT IN SUPPORT OF MOTION SEEKING *IN CAMERA* REVIEW OF TEN DOCUMENTS WITHHELD UNDER CLAIMS OF PRIVILEGE** |

Counsel for Plaintiffs certify that pursuant to Federal Rule of Civil Procedure 37(a)(1), counsel met and conferred in good faith with counsel for Defendants regarding Plaintiffs' Motion Seeking *In Camera* Review of Ten Documents Withheld Under Claims of Privilege. The meet and confer attempts among counsel are described below:

1.     On October 3, 2017, Plaintiffs sent correspondence to Defendants' counsel addressing the reasons that Plaintiffs challenged ten documents from Defendants' March, 2017 privilege logs involving 3M's employee, Andrew Chen, a Mechanical Engineer who worked in 3M's Engineering System and Technologies department. *See* Exhibit A.

2.     On October 17, 2017, Defendants' counsel sent correspondence to Plaintiffs' counsel advising that Defendants disagreed with each challenge made by Plaintiffs to these documents. *See* Exhibit B.

3.     Subsequently, on February 19, 2018, Plaintiffs' counsel raised again the same challenges made in their October correspondence. *See* Exhibit C.

4.     In response to Plaintiffs' February 19th correspondence, counsel for Plaintiffs, Genevieve Zimmerman, Ben Gordon, Gabriel Assaad, and Kristine Kraft and counsel for 3M, Deborah Lewis, discussed the issues related to Plaintiffs' challenges during a telephone

conference held on February 22, 2018.  The parties did not reach an agreement regarding the challenged documents.

5.      Thereafter, on February 26, 2018, Defendants' counsel sent correspondence to Plaintiffs' counsel confirming that Defendants do not agree with producing any of the ten documents at issue.  *See* Exhibit D.

6.      The parties have satisfied their obligations to meet and confer pursuant to the Federal Rules of Civil Procedure and pursuant to Pretrial Order No. 11.

Dated: March 2, 2018

CIRESI CONLIN L.L.P.

/s/ Michael V. Ciresi_____
Michael V. Ciresi (MN #0016949)
Jan M. Conlin (MN #0192697)
225 S. 6th St., Suite 4600
Minneapolis, MN 55402
Phone: 612.361.8202
Email: MVC@CiresiConlin.com
       JMC@CiresiConlin.com

LEVIN PAPANTONIO, P.A.

/s/ Ben W. Gordon, Jr.
Ben W. Gordon (FL # 882836) – Pro Hac Vice
J. Michael Papantonio (FL # 335924)
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
Phone: (850) 435-7090
Fax: (850) 436-6090
Email: bgordon@levinlaw.com

MESHBESHER & SPENCE LTD.

/s/ Genevieve M. Zimmerman
Genevieve M. Zimmerman (MN #330292)
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
Email: gzimmerman@meshbesher.com

**Plaintiffs' Co-Lead Counsel**