## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

In re: BAIR HUGGER FORCED AIR                    MDL No. 15-2666 (JNE/FLN)
WARMING DEVICES PRODUCTS
LIABILITY LITIGATION

This Document Relates To:                         **(PROPOSED) ORDER GRANTING**
All Actions                                       **PLAINTIFFS' MOTION SEEKING**
                                                  ***IN CAMERA* REVIEW**

Before the Court is Plaintiffs' Motion for *In Camera* Review of Ten Documents

Withheld Under Claims of Privilege.

Based on the motion papers, exhibits, and argument presented,

IT IS HEREBY ORDERED that Plaintiffs' motion is GRANTED. Defendants are

Ordered to produce the documents listed on Exhibit A for *in camera* review.


Date: _____                           BY THE COURT


                                                  _____
                                                  HON. FRANKLIN L. NOEL