UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MDL No. 15-2666 (JNE/FLN)

In re Bair Hugger Forced Air Warming
Products Liability Litigation

This Document Relates to All Actions

**PLAINTIFFS' AMENDED NOTICE OF HEARING ON MOTION SEEKING *IN CAMERA* REVIEW**

**PLEASE TAKE NOTICE** that Plaintiffs Motion Seeking *In Camera* Review is scheduled for hearing before the Honorable Franklin L. Noel on March 19, 2018 at 10:00 a.m. or as soon thereafter as counsel may be heard. Plaintiffs are seeking an Order for *In Camera* Review of Ten Documents Withheld Under Claims of Privilege.

Respectfully submitted,

Dated: March 5, 2018

| | |
|---|---|
| CIRESI CONLIN L.L.P. | MESHBESHER & SPENCE LTD. |
| /s/Michael V. Ciresi_____ | /s/ Genevieve M. Zimmerman |
| Michael V. Ciresi (MN #0016949) | Genevieve M. Zimmerman (MN #330292) |
| Jan M. Conlin (MN #0192697) | 1616 Park Avenue South |
| Michael Sacchet (MN # 395817) | Minneapolis, MN 55404 |
| Ciresi Conlin LLP | Phone: (612) 339-9121 |
| 225 S. 6th St., Suite 4600 | Fax: (612) 339-9188 |
| Minneapolis, MN 55402 | Email: gzimmerman@meshbesher.com |
| Phone: 612.361.8202 | |
| Email: MVC@CiresiConlin.com | |
|       JMC@CiresiConlin.com | |
|       MAS@ciresiconlin.com | |

LEVIN PAPANTONIO, P.A.

/s/ Ben W. Gordon, Jr.
Ben W. Gordon (FL # 882836) – *Pro Hac Vice*
J. Michael Papantonio (FL # 335924)
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
Phone: (850) 435-7090
Fax: (850) 436-6090
Email: bgordon@levinlaw.com

***Plaintiffs Co-Lead Counsel***