

Journal

# Numerical Heat Transfer, Part A: Applications ›
## An International Journal of Computation and Methodology

This journal

# Instructions for authors

Thank you for choosing to submit your paper to us. These instructions will ensure we have everything required so your paper can move through peer review, production and publication smoothly. Please take the time to read and follow them as closely as possible, as doing so will ensure your paper matches the journal's requirements. For general guidance on the publication process at Taylor & Francis please visit our Author Services website.



## About the journal

*Numerical Heat Transfer, Part A: Applications* is an international, peer-reviewed journal publishing high-quality, original research. Please see the journal's Aims & Scope for information about its focus and peer-review policy.

## Peer review

Taylor & Francis is committed to peer-review integrity and upholding the highest standards of review. Once your paper has been assessed for suitability by the editor, it will then be double blind peer-reviewed by expert referees.  Find out more about what to expect during peer review and read our guidance on publishing ethics.

# Preparing your paper

## Submission types

*Numerical Heat Transfer, Part A: Applications* accepts the following types of submissions: contributed papers, technical notes, invited papers, letters to the editor, and book reviews, the latter by invitation of the editor. Manuscripts should not normally exceed approximately 40 pages with each individual figure number page being counted as one page of text.

## Structure

Your paper should be compiled in the following order: title page; abstract; keywords; nomenclature; main text introduction, main body; acknowledgments; declaration of interest statement; appendices (as appropriate); references; table(s) with caption(s) (on individual pages); figure captions (as a list); figures.

## Formatting and templates

Papers may be submitted in any standard file format, including Word and LaTeX. Figures should be saved separately from the text. The main document should be double-spaced, with one-inch margins on all sides, and all pages should be numbered consecutively. Text should appear in 12-point Times New Roman or other common 12-point font.

## Style guidelines

*Merriam-Webster's Collegiate Dictionary* (11th ed.) should be consulted for spelling.

## References

References to cited literature should be identified in the text in square brackets and grouped at the end of the paper in numerical order of appearance. Double-spaced typing must be used throughout. References should be styled and punctuated according to the following examples:

- E. R. G. Eckert, H. Sakamoto, and T. W. Simon, The Heat=Mass Transfer Analogy, Nu=Sh, for Boundary Layers on Turbine Blade Profiles, Int. J. Heat Mass Transfer, vol. 44, pp. 1223–1233, 2001. (Journal Article)

- A. Bejan, Convection Heat Transfer, 2nd ed., Wiley, New York, 1995. (Book)
- D. Getachew, Non-Newtonian Convection in a Porous Matrix: Constitutive Equations and an Application, Ph.D. thesis, The University of Illinois, Chicago, Illinois, 1994. (Thesis)
- J. E. Welch, F. H. Harlow, J. P. Shannon, and B. J. Daly, The MAC Method, Los Alamos Scientific Lab. Rept. LA-3425, Los Alamos, New Mexico, 1966. (Report)
- V. P. Carey, Modeling of Microscale Transport in Multiphase Systems, Heat Transfer 1998, Proc. 11th Int. Heat Transfer Conf., Kyongju, Korea, vol. 1, pp. 23–10, 1998. (Proceedings)
- D. W. Pepper and J. M. Lombardo, High-Performance Computing for Fluid Flow and Heat Transfer, in W. J. Minkowycz and E. M. Sparrow (eds.), Advances in Numerical Heat Transfer, vol. II, chap. 1, Taylor & Francis, New York, 2000. (Edited Book)

Always give inclusive page numbers for references to journal articles and a page range or chapter number for edited books. Each reference must be cited in the text.

## *Checklist: what to include*

1. **Author details**. Please include all authors' full names, affiliations, postal addresses, and email addresses on the cover page. Where appropriate, please also include ORCiDs and social media handles (Facebook, Twitter or LinkedIn). One author will need to be identified as the corresponding author, with their email address normally displayed in the published article. Authors' affiliations are the affiliations where the research was conducted. If any of the named co-authors moves affiliation during the peer-review process, the new affiliation can be given as a footnote. Please note that authorship may not be changed after acceptance. Also, no changes to affiliation can be made after your paper is accepted. Read more on authorship here.

2. **Abstract.** This summary of your article is normally no longer than 100 words. Read tips on writing your abstract.

3. **Keywords.** Keywords are the terms that are most important to the article and should be terms readers may use to search. Authors should provide 3 to 5 keywords. Please read our page about making your article more discoverable for recommendations on title choice and search engine optimization.

4. **Funding details**. Please supply all details required by your funding and grant-awarding bodies as follows:

*For single agency grants*

This work was supported by the <Funding Agency> under Grant <number xxxx>.

*For multiple agency grants*

This work was supported by the <Funding Agency #1> under Grant <number xxxx>; <Funding Agency #2> under Grant <number xxxx>; and <Funding Agency #3> under Grant <number xxxx>.

5. **Disclosure statement**. With a disclosure statement you acknowledge any financial interest or benefit that has arisen from the direct applications of your research. Further guidance, please see our page on what is a conflict of interest and how to disclose it.

6. **Supplemental online material.** Supplemental material can be a video, dataset, fileset, sound file, or anything else which supports (and is pertinent to) your paper. Supplemental material must be submitted for review upon paper submission. Additional text sections are normally not considered supplemental material. We publish supplemental material online via Figshare.

7. **Figures.** Figures should be high quality (600 dpi for black & white art and 300 dpi for color). Figures should be saved as TIFF, PostScript or EPS files. Figures embedded in your text may not be able to be used in final production.

8. **Tables.** Please supply editable table files. We recommend including simple tables at the end of your manuscript, or submitting a separate file with tables.

9. **Equations**. If you are submitting your manuscript as a Word document, please ensure that equations are editable. Please see our page on mathematical symbols and equations for more information.

10. **Nomenclature.** A separate nomenclature section should appear at end of the main document and should be identified by a heading. Items in the nomenclature list should be ordered as follows: (a) alphabetically listed terms, (b) Greek symbols, and (c) subscripts and

superscripts. Terms, symbols, and scripts should be listed in a column on the left with a description of each provided on the right.

11.  **SI Units.** Authors should report data in SI units. If reporting both English and SI units is necessary, SI units should be given first and English units should appear afterwards in parentheses.

## Author agreement / Use of third-party material

Authors are responsible for obtaining permission to reproduce copyrighted material from other sources and are required to sign an agreement for the transfer of copyright to the publisher. As an author you are required to secure permission if you want to reproduce any figure, table or extract text from any other source. This applies to direct reproduction as well as "derivative reproduction" (for which you have created a new figure or table which derives substantially from a copyrighted source). Please see our page on requesting permission to reproduce work(s) under copyright for more guidance. Authors are required to sign an agreement for the transfer of copyright to the publisher. All accepted manuscripts, artwork, and photographs become property of the publisher.

## Submitting your paper

All manuscripts for *Numerical Heat Transfer, Part A: Applications* must be submitted to the Editor-in-Chief:

Professor W. J. Minkowycz

Department of Mechanical Engineering (MC 251)

The University of Illinois at Chicago

842 West Taylor Street, Room 2049

Chicago, IL 60607-7022

Three copies of the manuscript in final form should be sent with a cover. Authors will be asked to submit the final accepted manuscript on a disk. The disk should be clearly labeled with the authors' names, file name, and software program. Two hardcopy printouts that exactly match the disk must be supplied. Authors are strongly encouraged to submit their manuscripts electronically in Word format or LaTeX format with a PDF. Your manuscript must also be accompanied by a statement that it has not been published elsewhere and that it has not been submitted simultaneously for publication elsewhere.

We recommend that if your manuscript is accepted for publication, you keep a copy of your accepted manuscript. For possible uses of your accepted manuscript, please see our page on sharing your work.

## CrossRef Similarity Check

Please note that *Numerical Heat Transfer, Part A: Applications* uses CrossRef Similarity Check™ (Powered by iThenticate) to screen papers for unoriginal material. By submitting your paper to the journal you are agreeing to originality checks during the peer-review and production processes.

**Color Reproduction**

Color art will be reproduced in color in the online publication at no additional cost to the author. Color illustrations will also be considered for print publication; however, the author will be required to bear the full cost involved in color art reproduction. Please note that color reprints can only be ordered if print reproduction costs are paid. Print Rates:  $400 per figure for the first four figures; $75 per figure for five or more figures.Art not supplied at a minimum of 300 dpi will not be considered for print. Please ensure that color figures and images submitted for publication will render clearly in a black and white conversion for print.

## Complying with funding agencies

We will deposit all National Institutes of Health or Wellcome Trust-funded papers into PubMedCentral on behalf of authors, meeting the requirements of their respective open access (OA) policies. If this applies to you, please ensure that you have included the

appropriate funding bodies in your submission's funding details section. You can check various funders' OA policy mandates here and find out more about sharing your work here.

## Open access

This journal gives authors the option to publish open access via our Open Select publishing program, making it free to access online immediately on publication. Many funders mandate publishing your research open access; you can check open access funder policies and mandates here.

Taylor & Francis Open Select gives you, your institution or funder the option of paying an article publishing charge (APC) to make an article open access. The APC fees for *Numerical Heat Transfer, Part A: Applications* are $2,950, £1,788, €2,150.

## Proofs

Page proofs are sent to the corresponding author using Taylor & Francis' Central Article Tracking System (CATS). They should be carefully checked and returned within 48 hours.

## Reprints

Authors for whom we receive a valid e-mail address will be provided an opportunity to purchase reprints of individual articles, or copies of the complete print issue. These authors will also be given complimentary access to their final article on Taylor & Francis Online.

For enquiries about reprints, please contact the Taylor & Francis Author Services team at reprints@tandf.co.uk. To order a copy of the issue containing your article, please contact our Customer Services team at Customer.Service@taylorandfrancis.com.

## My Authored Works

On publication, you will be able to view, download and check your article's metrics (downloads, citations and Altmetric data) via My Authored Works on Taylor & Francis Online. We are committed to promoting and increasing the visibility of your article. Here are some tips and ideas on how you can work with us to promote your research.





## Information for

Authors

Editors

Librarians

Societies

## Open access

Overview

Open journals

Open Select

Cogent OA

## Help and info

Help

FAQs

Press releases

Contact us

Commercial services

## Connect with Taylor & Francis

  

 

Copyright © 2017 Informa UK Limited    Privacy policy & cookies    Terms & conditions    Accessibility

Registered in England & Wales No. 3099067
5 Howick Place | London | SW1P 1WG