# EXHIBIT 1

1

1              UNITED STATES DISTRICT COURT

2               DISTRICT OF MINNESOTA

3     - - - - - - - - - - - - - - - - - - - - - - - - - -

4     In Re:

5     Bair Hugger Forced Air Warming

6     Products Liability Litigation

7                         MDL No. 15-2666 (JNE/FLN)

8     This Document Relates To:

9     Gareis v 3M Co., et al

10    - - - - - - - - - - - - - - - - - - - - - - - - - -

11

12          DEPOSITION OF JOHN P. ABRAHAM, Ph.D.

13             VOLUME I, PAGES 1 - 290

14               FEBRUARY 15, 2018

15

16

17          (The following is the deposition of JOHN P.

18    ABRAHAM, Ph.D., taken pursuant to Notice of Taking

19    Deposition, via videotape, at the offices of Ciresi

20    Conlin L.L.P., 225 South 6th Street, Suite 4600, in

21    the City of Minneapolis, State of Minnesota,

22    commencing at approximately 9:05 o'clock a.m.,

23    February 15, 2018.)

24

25

**Page 1**

```
 1                 UNITED STATES DISTRICT COURT

 2                    DISTRICT OF MINNESOTA

 3     - - - - - - - - - - - - - - - - - - - - - - - -

 4     In Re:

 5     Bair Hugger Forced Air Warming

 6     Products Liability Litigation

 7                           MDL No. 15-2666 (JNE/FLN)

 8     This Document Relates To:

 9     Gareis v 3M Co., et al

10     - - - - - - - - - - - - - - - - - - - - - - - -

11

12           DEPOSITION OF JOHN P. ABRAHAM, Ph.D.

13              VOLUME I, PAGES 1 - 290

14                   FEBRUARY 15, 2018

15

16

17

18           (The following is the deposition of JOHN P.

18     ABRAHAM, Ph.D., taken pursuant to Notice of Taking

19     Deposition, via videotape, at the offices of Ciresi

20     Conlin L.L.P., 225 South 6th Street, Suite 4600, in

21     the City of Minneapolis, State of Minnesota,

22     commencing at approximately 9:05 o'clock a.m.,

23     February 15, 2018.)

24

25

                    STIREWALT & ASSOCIATES
             1-800-553-1953  info@stirewalt.com
```

**Page 2**

```
 1     APPEARANCES:
 2       On Behalf of the Plaintiffs:
 3         Gabriel Assaad
           KENNEDY HODGES
 4         4409 Montrose Boulevard
           Suite 200
 5         Houston, Texas   77006

 6         Genevieve M. Zimmerman
           MESHBESHER & SPENCE, LTD.
 7         1616 Park Avenue
           Minneapolis, Minnesota   55404
 8
         On Behalf of the Defendants:
 9
           Peter J. Goss
10         Micah M. Hines
           BLACKWELL BURKE P.A.
11         431 South Seventh Street
           Suite 2500
12         Minneapolis, Minnesota   55415

13     ALSO PRESENT:

14       Ryan M. Stirewalt, Videographer

15
                    EXAMINATION INDEX
16     WITNESS          EXAMINED BY          PAGE
       Dr. Abraham       Mr. Assaad            5
17
                      EXHIBIT INDEX
18     EXHIBIT       DESCRIPTION              PAGE
       Abraham
19     1     Case-Specific Report in Gareis v.   29
             3M and Response to Supplemental
20           Report of Dr. Said Elgobashi, Dec.
             18, 2017
21     2     Invoice, Dr. John P. Abraham,       54
             4/7/2017
22     3     Article, "Comprehensive review and  82
             study of the buoyant air flow
23           within positive-pressure hospital
             operating rooms," Abraham, et al,
24           Numerical Heat Transfer, Part A:
             Applications, 2017
25     4     Deposition transcript, John P.      83
```

```
                    STIREWALT & ASSOCIATES
             1-800-553-1953  info@stirewalt.com
```

**Page 3**

```
 1           Abraham, Ph.D., July 20, 2017
 5     5     Website printout, "Avoiding       104
 2           unethical authorship on your
             journal," Taylor & Francis Editor
 3           Resources, Feb. 10, 2016
       6     CV, John P. Abraham               107
 4     7     Letter, Minkowycz to Abraham, May 126
             31, 2017
 5     8     Letter, Abraham to Minkowycz,     130
             undated
 6     9     Website printout, "Instructions for 134
             authors," Numerical Heat Transfer,
 7           Part A: Applications
       10    Website printout, "Ethical        138
 8           considerations when assigning
             independent reviewers," Taylor &
 9           Francis Editor Resources, Feb. 2,
             2016
10     11    Handwritten equations by Dr.      142
             Abraham
11     12    email, Minkowycz to Abraham, June 148
             1, 2017
12     13    Chapter One, "Validation of       167
             Turbulence Models for Numerical
13           Simulation of Fluid Flow and
             Convective Heat Transfer," Sparrow,
14           et al,
       14    Printout, "Timestepping           170
15           Information"
       15    Article, "Effects of Forced Air   195
16           Warming on Airflow around the
             Operating Table," Shirozu, et al,
17           Anesthesiology, Jan. 2018
       16    printout, "Courant Number.txt"    222
18     17    printout, "Release 17.1"          231
       18    Excerpt, ANSYS, Inc., Release 18.2,233
19           12.3.1 to 12.3.1.3
       19    colored diagram, "Time on below   238
20           table partiles"
       20    colored diagram, "Time on below   240
21           table particles"
       21    colored diagram                   242
22     22    colored diagram                   243
       23    mesh diagram                      244
23     24    colored diagram, "Time Value =    246
             5.07[s]
24     25    colored diagram, "Temperature     251
             Difference Plane 2"
25     26    colored diagram, "Temperature     253
```

```
                    STIREWALT & ASSOCIATES
             1-800-553-1953  info@stirewalt.com
```

**Page 4**

```
 1           Difference Plane 2"

       27    colored diagram, "Temperature     256

 2           Difference Plane 2"

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                    STIREWALT & ASSOCIATES
             1-800-553-1953  info@stirewalt.com
```

5

```
          1              P R O C E E D I N G S
09:05:09  2   (Witness sworn.)
          3              JOHN P. ABRAHAM, Ph.D.,
          4   Called as a witness, being first
          5   duly sworn, was examined and
          6   testified as follows:
          7              EXAMINATION
          8  BY MR. ASSAAD:
09:05:24  9   Q.   Good morning.
09:05:24 10   A.   Good morning.
09:05:26 11   Q.   Please state your name.
09:05:27 12   A.   John Patrick Abraham.
09:05:32 13   Q.   And are you still a professor at St. Thomas?
09:05:34 14   A.   Yes.
09:05:35 15   Q.   Has anything changed with respect to your
09:05:38 16  employment at St. Thomas since the last time we took
09:05:41 17  your deposition?
09:05:42 18   A.   No.
09:05:47 19   Q.   I'm going to go over the instructions again.
09:05:49 20  I'm sure you've heard it before, but just going to do
09:05:52 21  it for the record.
09:05:53 22              I'm going to ask you numerous questions
09:05:55 23  today.  If you don't understand my question, please
09:05:56 24  let me know.  Is that fair?
09:05:58 25   A.   Yes.
```

6

```
09:05:59  1   Q.   If you answer the question that I have
09:06:00  2  asked, I will assume that you understood the question.
09:06:03  3  Fair enough?
09:06:03  4   A.   Yes.
09:06:04  5   Q.   If at any time you want to take a break, I
09:06:06  6  just ask that you answer a pending question before you
09:06:10  7  ask for a break.  Fair enough?
09:06:12  8   A.   Yes.
09:06:20  9   Q.   Furthermore, I would like all your opinions
09:06:24 10  to be within a reasonable degree of engineering
09:06:27 11  certainty, therefore I don't -- if -- I want to try to
09:06:32 12  avoid any guessing or any type of speculation.  Do you
09:06:34 13  understand?
09:06:34 14   A.   Yes.
09:06:36 15   Q.   And if you are going to guess or offer an
09:06:38 16  estimate, just let us know beforehand that that's an
09:06:40 17  approximation or an estimate and not an answer within
09:06:44 18  a reasonable degree of engineering certainty.  Fair
09:06:45 19  enough?
09:06:46 20   A.   Yes.
09:06:47 21   Q.   Since our last deposition, have you been
09:06:50 22  involved in any other depositions?
09:06:52 23   A.   Yes.
09:06:54 24   Q.   How many?
09:06:56 25   A.   One.
```

7

```
09:06:57  1   Q.   And what was that pertaining to?
09:07:00  2   A.   It was pertaining to an International Trade
09:07:03  3  Commission case related to a patent dispute.
09:07:11  4   Q.   And who were the parties?
09:07:15  5   A.   The complainant is iRobot.  The respondents
09:07:21  6  involved multiple parties, including Black & Decker,
09:07:26  7  Hoover, Bissell, B-I-S-S-E-L-L, I think, and other --
09:07:34  8  there were other respondents as well.
09:07:36  9   Q.   And who were you retained by?
09:07:38 10   A.   Pillsbury.  I believe it's Pillsbury Shaw
09:07:41 11  Whitman out of Washington, D.C.
09:07:47 12   Q.   And who did they represent?
09:07:47 13   A.   They represented the respondents.
09:07:49 14   Q.   All of them?
09:07:51 15   A.   I don't believe so.
09:07:53 16   Q.   Which ones, if you know?
09:07:54 17   A.   The ones I mentioned.  But there were
09:07:57 18  multiple respondents, and I -- there were others that
09:08:00 19  I -- I don't recall the names of.
09:08:02 20   Q.   And what was your role in the case?
09:08:05 21   A.   I was an --
09:08:06 22              I am an expert witness on the topic of
09:08:10 23  patent infringement.
09:08:18 24   Q.   Was your focus on any part of -- Well wha --
09:08:22 25  Strike that.
```

8

```
09:08:22  1              What was the device or the patent that was
09:08:24  2  allegedly to be infringed?
09:08:26  3   A.   Vacuum cleaners.
09:08:29  4   Q.   When we talk about the iRobot, are you
09:08:30  5  talking about those vacuums that just go along the
09:08:33  6  floor automatically?
09:08:34  7   A.   Yes.
09:08:35  8   Q.   Okay.  And did you focus on any particular
09:08:38  9  aspect or patent in this litigation?
09:08:41 10   A.   Yes.
09:08:42 11   Q.   What was the patent regarding?
09:08:45 12   A.   The patent was regarding the -- mainly the
09:08:49 13  construction and components of the robots.  The last
09:08:54 14  numbers of the patents, the last three numbers are
09:08:57 15  '090 and '233.  I don't remember the full numbers of
09:09:01 16  the patents.
09:09:02 17   Q.   And when was your deposition in this case --
09:09:05 18  in that case?
09:09:06 19   A.   December 2017.
09:09:09 20   Q.   And was it here locally?
09:09:11 21   A.   No.
09:09:11 22   Q.   Was it in Washington, D.C.?
09:09:13 23   A.   Yes.
09:09:33 24   Q.   Is there anything in your field or in your
09:09:35 25  expertise that was specific to the patent of -- that
```

09:09:42  1   involved the iRobot?

09:09:44  2        A.   Yes.

09:09:44  3        Q.   What?

09:09:46  4        A.   The whole field of mechanical engineering,

09:09:49  5   which involves many disci -- subdisciplines, including

09:09:55  6   the manufacture, assembly and construction of the

09:10:00  7   robots, the sensors used by the robots, and the

09:10:06  8   airflow and particle accumulation performed by the

09:10:13  9   robots.

09:10:14  10       Q.   Did you do any calculations with respect to

09:10:18  11  the airflow or to the particle accumulation with

09:10:20  12  respect to iRobot?

09:10:21  13       A.   I did not.

09:10:23  14       Q.   Did you perform any type of CFD analysis?

09:10:25  15       A.   I did not.

09:10:36  16       Q.   Do any of the patents deal with fluid

09:10:41  17  dynamics?

09:10:42  18       A.   Yes.

09:10:43  19       Q.   Which one, the '090, '233, or both?

09:10:47  20       A.   Both.

09:10:56  21       Q.   Did you offer any opinions in those cases

09:10:59  22  with respe -- or in that case with respect to particle

09:11:03  23  accumulation?

09:11:04  24       A.   No.

09:11:05  25       Q.   What about with respect to airflow?

09:11:07  1        A.   No.

09:11:14  2        Q.   Any other depositions between the last time

09:11:17  3   you and I met and today?

09:11:19  4        A.   No.

09:11:21  5        Q.   Are you involved in any other cases as an

09:11:23  6   expert witness that is not listed on your CV?

09:11:32  7        A.   I don't believe so.  I don't know how

09:11:33  8   current that CV is, if -- but I don't believe there

09:11:37  9   are any others.

09:11:40  10       Q.   Are you still a consultant for 3M?

09:11:44  11       A.   I'm not a consultant for 3M.

09:11:50  12       Q.   Well on -- on your CV you state from 2015 to

09:11:55  13  2017, under the title "CONSULTANTSHIPS" you have "3M."

09:12:01  14       A.   Right.  And that is no longer -- I'm no

09:12:03  15  longer a consultant for 3M.

09:12:05  16       Q.   When did that terminate?

09:12:06  17       A.   According to the -- my CV, that was finished

09:12:10  18  in 2017.

09:12:11  19       Q.   At what point in 2017?

09:12:15  20       A.   I would estimate around June or -- June.

09:12:19  21       Q.   Okay.  And what type of consulting were you

09:12:22  22  doing for 3M up till June?

09:12:24  23       A.   It was related to the grants associated with

09:12:28  24  the simulation for this case.

09:12:30  25       Q.   Okay.  And we're talking about the two

09:12:38  1   grants, the one for $12,000 and other for $14,000;

09:12:41  2   correct?

09:12:42  3        A.   That's correct.

09:12:59  4        Q.   Are you involved in any other cases that

09:13:01  5   deal with -- when I say "cases," litigation cases --

09:13:07  6   that deal with fluid dynamics or computational fluid

09:13:13  7   dynamics?

09:13:20  8        A.   No cases that deal with computational fluid

09:13:23  9   dynamics.

09:13:24  10       Q.   Okay.  What about with just fluid dynamics?

09:13:28  11       A.   Well insofar as I'm involved in some cases

09:13:31  12  related to burn injuries that involve spills of hot

09:13:33  13  liquids, then yes.

09:13:36  14       Q.   Okay.  You understand that you've been

09:13:44  15  designated as an expert witness on behalf of 3M in the

09:13:49  16  Gareis case.

09:13:51  17       A.   Yes.

09:13:51  18       Q.   And you understand, as an expert witness,

09:13:54  19  you should be objective.

09:13:56  20       A.   Yes.

09:13:57  21       Q.   You should not be an advocate for either

09:14:00  22  side; correct?

09:14:01  23       A.   Yes.

09:14:16  24       Q.   You understand, as a professor of

09:14:17  25  engineering as well as an expert, that providing false

09:14:21  1   data or results would be considered fraudulent.

09:14:26  2        A.   Yes.

09:14:29  3        Q.   And providing false data or results in any

09:14:33  4   type of report or publication would be considered

09:14:38  5   research fraud.

09:14:40  6        MR. GOSS:  Object to form.

09:14:42  7        Q.   Do you agree with that?

09:14:44  8        A.   Usually research fraud is used in the

09:14:46  9   context of scholarly work, published work.  So unless

09:14:53  10  there's a specific definition of research fraud that

09:14:53  11  you'd like to give, I don't know if I can answer that.

09:14:59  12       Q.   How would you define "research fraud"?

09:15:02  13       A.   Well I would define it through example.  If

09:15:08  14  you fabricated results and then published those

09:15:10  15  results as a scholarly article, I would call that

09:15:14  16  research fraud.

09:15:22  17       Q.   Would you consider leaving results that do

09:15:27  18  not support your position out of the paper, research

09:15:30  19  fraud?

09:15:34  20       A.   If they were contrary to your conclusion,

09:15:39  21  then yes.

09:15:49  22       Q.   You understand that you're under oath today;

09:15:51  23  correct?

09:15:52  24       A.   Yes.

09:15:52  25       Q.   And that's under a penal --

13

| | |
|---|---|
| 09:15:54 | **1** When you're under oath you're under a |
| 09:15:56 | **2** penalty of perjury.  Do you understand that? |
| 09:15:59 | **3** A.  Yes. |
| 09:16:04 | **4** Q.  And you understand that my goal here today |
| 09:16:06 | **5** is to understand the full scope of your opinions. |
| 09:16:09 | **6** A.  Yes. |
| 09:16:12 | **7** MR. GOSS:  In the Gareis case; correct? |
| 09:16:15 | **8** The opinions he will offer at trial on the Gareis |
| 09:16:19 | **9** matter. |
| 09:16:19 | **10** MR. ASSAAD:  Yes. |
| 09:16:19 | **11** MR. GOSS:  Okay. |
| 09:16:21 | **12** Q.  And to understand all the methodologies on |
| 09:16:24 | **13** how you reached your opinions.  Do you understand |
| 09:16:25 | **14** that?  That's one of the goals here today. |
| 09:16:28 | **15** A.  Yes. |
| 09:16:45 | **16** Q.  Would it be accurate to summarize your |
| 09:16:50 | **17** entire opinion as saying that it is your opinion that |
| 09:16:53 | **18** the Bair Hugger 505 does not disrupt the |
| 09:16:57 | **19** unidirectional airflow? |
| 09:16:58 | **20** MR. GOSS:  Object to form. |
| 09:17:00 | **21** A.  That is one opinion. |
| 09:17:09 | **22** Q.  In forming your conclusions or your |
| 09:17:12 | **23** opinions, you relied on -- on data that is reliable; |
| 09:17:17 | **24** correct? |
| 09:17:23 | **25** A.  That's a cumbersome question, but I would |

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

14

| | |
|---|---|
| 09:17:25 | **1** say this.  I believe my data are reliable.  My opinion |
| 09:17:28 | **2** is my data's reliable. |
| 09:17:30 | **3** Q.  Okay.  I mean, your opinion is based on |
| 09:17:33 | **4** reliable data; correct? |
| 09:17:35 | **5** A.  Anything that went into forming my opinion, |
| 09:17:38 | **6** I understand to be reliable. |
| 09:17:39 | **7** Q.  You would not rely on unreliable data in |
| 09:17:43 | **8** formulating your opinion; correct? |
| 09:17:44 | **9** A.  Correct. |
| 09:17:45 | **10** Q.  And you wouldn't refer to a article or to |
| 09:17:51 | **11** data that you believed was unreliable. |
| 09:17:55 | **12** A.  What does "referred" mean? |
| 09:17:58 | **13** Q.  In a citation, for example, in your paper, |
| 09:18:01 | **14** or to data in your expert report. |
| 09:18:03 | **15** A.  That's not true. |
| 09:18:05 | **16** Q.  You would refer to unreliable data? |
| 09:18:08 | **17** A.  If someone else has an alternative |
| 09:18:14 | **18** explanation which I disagree with, I would reference |
| 09:18:17 | **19** it, and it's my obligation to say why I disagree with |
| 09:18:21 | **20** it. |
| 09:18:22 | **21** Q.  I understand that. |
| 09:18:23 | **22** Maybe I should ask the question this way: |
| 09:18:25 | **23** You wouldn't refer to unreliable data to support your |
| 09:18:30 | **24** opinion or your conclusions. |
| 09:18:36 | **25** A.  If I had unreliable data that didn't support |

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

15

| | |
|---|---|
| 09:18:40 | **1** my opinion or conclusions, I would try to explain why |
| 09:18:46 | **2** I think it's unreliable.  I wouldn't ignore anything |
| 09:18:50 | **3** that I felt was unreliable. |
| 09:18:53 | **4** Q.  I think you misunderstood my question a |
| 09:18:54 | **5** little bit, and maybe it was not a articulate |
| 09:18:57 | **6** question. |
| 09:18:57 | **7** You wouldn't rely on data to support your |
| 09:19:04 | **8** opinions if you know that the data is unreliable. |
| 09:19:13 | **9** A.  I mean, it depends.  It depends on what do |
| 09:19:18 | **10** you mean by "unreliable"?  Is unreliable something |
| 09:19:23 | **11** that I -- isn't validated?  Is the data part of a |
| 09:19:29 | **12** broader collection of data and I'm... |
| 09:19:31 | **13** When you look at a result and -- or you have |
| 09:19:36 | **14** a conclusion you look for other evidence that supports |
| 09:19:42 | **15** or refutes your opinions.  And that supporting |
| 09:19:50 | **16** information may come from all kinds of places; some of |
| 09:19:53 | **17** it may be reliable, some of it may not be reliable.  I |
| 09:19:59 | **18** think it's important to distinguish the two and not -- |
| 09:20:04 | **19** I wouldn't throw away data that is unreliable just |
| 09:20:09 | **20** because it's unreliable. |
| 09:20:16 | **21** Q.  For example, if you were doing research and |
| 09:20:25 | **22** the data that you rely -- were relying upon; say, for |
| 09:20:29 | **23** example, airflow data, and it was discovered that the |
| 09:20:35 | **24** instrument to collect that airflow data was not |
| 09:20:39 | **25** calibrated properly, would you agree with me that you |

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

16

| | |
|---|---|
| 09:20:43 | **1** would not use that data or refer to that data to |
| 09:20:47 | **2** support your research? |
| 09:20:49 | **3** A.  I disagree. |
| 09:20:50 | **4** What I would do, if I used data that was |
| 09:20:54 | **5** collected by a non-calibrated instrument, for |
| 09:20:59 | **6** instance, and if I relied on that data, I would |
| 09:21:02 | **7** acknowledge that there's some uncertainty in the |
| 09:21:05 | **8** input, and that da -- and the uncertainty is the data |
| 09:21:08 | **9** was collected by a non-calibrated instrument. |
| 09:21:10 | **10** But we have many instances, in fact it's |
| 09:21:12 | **11** more likely than not that a non-calibrated |
| 09:21:16 | **12** instrument's still going to give you the right |
| 09:21:18 | **13** results.  But it's important to acknowledge |
| 09:21:20 | **14** uncertainty.  You don't just throw things away because |
| 09:21:24 | **15** an instrument's uncalibrated.  It goes to the weight |
| 09:21:26 | **16** that you give that information. |
| 09:21:28 | **17** Q.  But you would definitely acknowledge the |
| 09:21:31 | **18** limitation or the uncertainty. |
| 09:21:32 | **19** A.  If there was a limitation or an uncertainty |
| 09:21:39 | **20** that was important to the conclusion, so I'm talking |
| 09:21:43 | **21** about something that's nonnegligible, then yes. |
| 09:21:48 | **22** Q.  Yes, you would acknowledge it. |
| 09:21:50 | **23** A.  Yes. |
| 09:22:01 | **24** Q.  You reviewed your report for accuracy before |
| 09:22:05 | **25** today's deposition? |

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

17

09:22:04  1      A.   Yes.

09:22:05  2      Q.   Any changes you'd like to make to your

09:22:07  3   report before we begin?

09:22:09  4      A.   Not at this time.

09:22:12  5      Q.   At any time?

09:22:12  6      A.   Well if -- if I discover something today

09:22:15  7   that's not correct, then I'll make changes.  But

09:22:18  8   there's no changes that I -- There's no errors in the

09:22:21  9   report that I'm aware of now.

09:22:23 10      Q.   Have you received Dr. Elghobashi's report?

09:22:28 11      A.   Yes.

09:22:29 12      Q.   Have you received his data and his

09:22:33 13   PowerPoint, which include the graphs and the videos?

09:22:36 14      A.   I have not received his data.  I have

09:22:38 15   received a PowerPoint.

09:22:39 16      Q.   Okay.  And the Power -- What about his

09:22:44 17   calculations -- Strike that.

09:22:50 18           What have you received recently from Dr.

09:22:56 19   Elghobashi?

09:22:58 20      A.   Via counsel I have received some

09:23:02 21   PowerPoints, there were some OR photos which I think I

09:23:07 22   had already seen, and there was a report.  And that's

09:23:11 23   all I can recall right now.

09:23:14 24      Q.   The report --

09:23:15 25           His original report, or was it a supplement

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

18

09:23:17  1   to his report?

09:23:18  2      A.   The report related to the Gareis case.

09:23:21  3      Q.   Okay.  And when did you see -- receive the

09:23:25  4   PowerPoint?

09:23:27  5      A.   I don't recall the date.  I mean, it was

09:23:29  6   recent, but I don't recall.

09:23:30  7      Q.   Have you reviewed them?

09:23:31  8      A.   Yes.

09:23:32  9      Q.   And did the PowerPoint contain graphs that

09:23:36 10   discussed squame cell deposits in certain areas of the

09:23:41 11   operating room?

09:23:42 12      A.   I be --

09:23:42 13           If I recall correctly, yes, there were --

09:23:44 14   was a graph or graphs.

09:23:46 15      Q.   And did it also contain the videos of

09:23:49 16   particles moving in the operating room?

09:23:53 17      A.   You know, I don't recall if there was a

09:23:54 18   video of part...

09:23:55 19           I don't recall if that video was embedded.

09:23:59 20      Q.   Were there videos?

09:24:00 21      A.   Yes.

09:24:00 22      Q.   Okay.  And you've had a chance to review

09:24:06 23   those documents; correct?

09:24:07 24      A.   Yes.

09:24:07 25      Q.   Are you ready to discuss them today?

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

19

09:24:09  1      A.   Yes.

09:24:10  2      Q.   Is there anything else that you would need

09:24:13  3   or is missing from Dr. Elghobashi to discuss today?

09:24:18  4      A.   Well for a complete discussion, yes, there

09:24:20  5   is.

09:24:21  6      Q.   What --

09:24:21  7      A.   I can dis --

09:24:22  8           What I am prepared to discuss is the

09:24:25  9   information that he provided in his PowerPoint and in

09:24:27 10   his supplemental report, but none of the data was

09:24:31 11   actually ever provided, nor was the code provided.

09:24:36 12      Q.   To you.

09:24:36 13      A.   That's correct.

09:24:37 14      Q.   Okay.  Based on the review of Dr.

09:24:58 15   Elghobashi's report and the PowerPoint that contains

09:25:00 16   the graph and videos, are there any changes that you

09:25:03 17   would like to make to your report?

09:25:05 18      A.   None.

09:25:32 19      Q.   You stand by your report?

09:25:34 20      A.   Yes.

09:25:36 21           MR. GOSS:  We're talking about the Gareis

09:25:38 22   report?

09:25:38 23           MR. ASSAAD:  Yes.

09:25:40 24           MR. GOSS:  I mean, or -- or both reports.

09:25:41 25           MR. ASSAAD:  I'll address that.

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

20

09:25:41  1   BY MR. ASSAAD:

09:25:43  2      Q.   Have you changed your position on your

09:25:44  3   general causation report?

09:25:46  4      A.   No.

09:25:47  5      Q.   Okay.

09:25:48  6           MR. GOSS:  Just to be clear.

09:26:02  7      Q.   Are there any other opinions that you would

09:26:03  8   like to add to your report before we begin?

09:26:14  9      A.   Yes.

09:26:14 10      Q.   What?

09:26:19 11      A.   I believe Elghobashi stated at his

09:26:24 12   deposition that the elevated return vent on the wall

09:26:31 13   in the Providence OR -- and I'm using the term

09:26:34 14   "Providence OR" because I think it was the Providence

09:26:40 15   Hospital -- he opined that that would make it more

09:26:42 16   likely Bair Hugger air would intrude into the

09:26:47 17   operating theater, and I disagree with that.

09:26:54 18      Q.   Anything else?

09:27:16 19      A.   Not at this...  No.

09:27:22 20           Hmm.  Yes.

09:27:24 21      Q.   Hold on one second, please, while I write

09:27:26 22   this down.

09:27:36 23           Before you get to that opinion.  Are you

09:27:38 24   saying that you disagree that the Bair Hugger would

09:27:40 25   allow more particles into the operating theater, or

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

21

```
09:27:44  1   over the sterile field, or both?
09:27:52  2       A.   Let me just restate it.  Maybe I can make it
09:27:55  3   clearer.
09:27:55  4            It's my --
09:27:58  5       Q.   You really going to make me cross out what I
09:28:00  6   just wrote down?
09:28:01  7       A.   I might.
09:28:01  8       Q.   Fair enough.
09:28:02  9       A.   It is my understanding, at his deposition,
09:28:06 10   that Dr. Elghobashi gave an opinion that the elevated
09:28:13 11   exhaust vent in the Providence OR would make it easier
09:28:18 12   for Bair Hugger air to get over the operating table.
09:28:24 13   Now operating theater/surgical site, I'll lump those
09:28:29 14   together as above the operating table.
09:28:31 15       Q.   Okay.
09:28:31 16       A.   I disagree with that opinion.
09:28:34 17       Q.   Fair enough.
09:28:34 18            That's what I wanted to clarify, because you
09:28:37 19   mentioned "operating theater," and I don't think Dr.
09:28:42 20   Elghobashi opined that the Bair Hugger actually
09:28:45 21   creates more particles out of nothing, it was where
09:28:50 22   the particles would go.  So you're saying over the
09:28:52 23   operating table.
09:28:52 24       A.   Well I'm not --
09:28:54 25            I don't know if I used the word particles in
```

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

22

```
09:28:55  1   my answer.  I'm talking about the airflow.
09:28:58  2       Q.   Okay.
09:29:01  3       A.   In summary, he thinks the elevated vent
09:29:05  4   would make it easier for Bair Hugger air to travel,
09:29:08  5   and I disagree.
09:29:10  6       Q.   Okay.  And what is your other opinion?
09:29:14  7       A.   I think my other opinion was actually in my
09:29:17  8   sup -- my report, so I don't need to make a
09:29:19  9   modification.
09:29:20 10       Q.   And which opinion is that referring to?
09:29:22 11       A.   It was related to the positioning of the
09:29:25 12   ceiling vents in the Providence OR.
09:29:36 13       Q.   You consider yourself ethical; correct?
09:29:39 14       A.   Yes.
09:29:41 15       Q.   As an engineer; correct?
09:29:42 16       A.   I am an engineer and I consider myself
09:29:44 17   ethical.
09:29:45 18       Q.   An ethical engineer?
09:29:46 19       A.   Well I am ethical, and I am an engineer, so
09:29:49 20   yes, an ethical engineer.
09:29:51 21       Q.   Do you consider yourself an ethical author
09:29:53 22   of publications?
09:29:54 23       A.   Yes.
09:29:55 24       Q.   Do you consider yourself an ethical
09:29:57 25   scientist?
```

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

23

```
09:29:59  1       A.   Yes.
09:30:15  2       Q.   Are you a reviewer for any journals?
09:30:19  3       A.   Yes.
09:30:19  4       Q.   What journals?
09:30:21  5       A.   Too many to count.  I mean, many.  I get
09:30:24  6   review requests weekly.
09:30:27  7       Q.   Any --
09:30:28  8            Can you just give me a list of the main
09:30:32  9   journals?
09:30:38 10       A.   I don't think I can.  I mean, there's so
09:30:39 11   many.  I have probably reviewed for over a hundred
09:30:42 12   journals, so.  I got a review request today for a,
09:30:50 13   like a mathematical and applied physics journal paper
09:30:54 14   today.
09:30:55 15            I don't list review activities in my CV
09:30:58 16   because they are trivial, and they're a service, not a
09:31:03 17   publica -- not a -- they're not scholarly
09:31:11 18   productivity.  I consider them a service.
09:31:14 19       Q.   Fair enough.
09:31:32 20            For example, do you review for Atmospheric
09:31:36 21   and Oceanic Science Letters?
09:31:38 22       A.   I think I have, but I can't say for sure.
09:31:43 23       Q.   What about the Journal of Biomedical Science
09:31:45 24   and Engineering?
09:31:46 25       A.   I believe I have reviewed for that journal.
```

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

24

```
09:31:49  1       Q.   What about Numerical Heat Transfer?
09:31:53  2       A.   I don't know if I've reviewed for that
09:31:54  3   journal.
09:31:57  4       Q.   And would that include Part A?
09:31:59  5       A.   Correct.
09:32:03  6       Q.   What about the International Journal of Heat
09:32:05  7   and Mass Transfer?
09:32:06  8       A.   I have reviewed for that journal.
09:32:11  9       Q.   What about for the Journal of Medical
09:32:13 10   Devices?
09:32:15 11       A.   I don't recall.
09:32:28 12       Q.   What about the journal for -- of
09:32:30 13   International Communications in Heat and Mass
09:32:33 14   Transfer?
09:32:33 15       A.   I believe I have reviewed for that journal.
09:32:36 16       Q.   What about Frontiers in Heat Transfer?
09:32:40 17       A.   I don't recall reviewing for that journal.
09:32:58 18       Q.   Now when you perform research or act as a
09:33:01 19   consultant you expect others to -- you put out a
09:33:04 20   product; correct?  A paper -- A paper or some -- or a
09:33:09 21   memo, depending on the type of job you're doing;
09:33:12 22   correct?
09:33:12 23       A.   Typically, yes.
09:33:14 24       Q.   And you expect others to review the work
09:33:18 25   that you put out; correct?
```

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

25

09:33:21 1    A.   Will I expect others to read it, if it's an
09:33:24 2  article or a -- a memo?  So insofar as if it's a memo,
09:33:31 3  let's say, that goes to a company, then I would expect
09:33:34 4  someone to read it.  Whether you call that a review, I
09:33:36 5  don't -- I don't know if I would call that a review.
09:33:38 6    Q.   That's what I meant by "review," like read
09:33:40 7  it, look at it.
09:33:41 8    A.   I would expect my product -- my -- whatever
09:33:43 9  I produce is reviewed.
09:33:44 10    Q.   And when you act as a consultant, the
09:33:47 11  companies that you consult for rely on your data or
09:33:53 12  work product.
09:33:54 13    A.   That is true.
09:33:56 14    Q.   And they rely on your conclusions; correct?
09:33:58 15    MR. GOSS:  Object to form, foundation.
09:34:01 16    A.   That may be true.
09:34:03 17    Q.   And in some cases your results -- your
09:34:06 18  results or your research is used to market products.
09:34:11 19    A.   Yes.
09:34:14 20    Q.   For example, 3M uses your work in this case
09:34:19 21  to market the Bair Hugger and discuss their perception
09:34:27 22  of the safety of Bair Hugger.
09:34:29 23    A.   I don't --
09:34:30 24    MR. GOSS:  Object to form.
09:34:31 25    I don't know if that's true.

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

26

09:34:32 1    Q.   Do you understand that your streamline
09:34:36 2  videos are on 3M websites?
09:34:38 3    A.   I don't know that.
09:34:42 4    Q.   Have you ever typed your name into Google
09:34:44 5  and type in "John Abraham" and "Bair Hugger"?
09:34:48 6    A.   I don't recall ever typing in John Abraham
09:34:50 7  and Bair Hugger.
09:34:59 8    Q.   Have you reviewed any depositions in
09:35:02 9  preparation of your deposition today?
09:35:04 10    A.   Yes.
09:35:05 11    Q.   Besides Dr. Elghobashi, any others?
09:35:07 12    A.   Yes.
09:35:08 13    Q.   What depositions?
09:35:10 14    A.   Rauch, R-A-U-C-H, is the last name.
09:35:14 15    Q.   Umm-hmm.  Any others?
09:35:16 16    A.   No.
09:35:19 17    Q.   Have you reviewed any expert reports in
09:35:22 18  preparation of your opinions in this case?
09:35:24 19    A.   Yes.
09:35:25 20    Q.   What expert reports?
09:35:28 21    A.   The expert report from Elghobashi.
09:35:31 22    Q.   Any others?
09:35:33 23    A.   No.
09:35:34 24    Q.   Have you reviewed the expert report of Dr.
09:35:37 25  Stonnington?

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

27

09:35:38 1    A.   No.
09:35:38 2    Q.   Have you read the deposition of Dr.
09:35:40 3  Stonnington?
09:35:41 4    A.   No.
09:35:44 5    Q.   Have you read the expert report of Dr.
09:35:48 6  Jarvis?
09:35:49 7    A.   No.
09:35:51 8    Q.   Have you read the deposition of Dr. Jarvis?
09:35:53 9    A.   No.
09:35:56 10    Q.   With respect to defendant's experts, have
09:35:59 11  you reviewed the expert report of Mr. Keen?
09:36:03 12    A.   No.
09:36:04 13    Q.   Have you read the deposition of Mr. Keen?
09:36:06 14    A.   No.
09:36:07 15    Q.   Have you reviewed the expert report of Dr.
09:36:10 16  Wenzel?
09:36:11 17    A.   No.
09:36:12 18    Q.   Have you seen his deposi --
09:36:16 19    Have you reviewed his deposition, Dr.
09:36:16 20  Wenzel's?
09:36:18 21    A.   No.
09:36:22 22    Q.   Have you been provided the report of Dr.
09:36:25 23  Mont?
09:36:26 24    A.   No.
09:36:28 25    Q.   Have you reviewed his -- the deposition of

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

28

09:36:30 1  Dr. Mont?
09:36:31 2    A.   No.
09:36:49 3    Q.   Have you reviewed the deposition -- Or
09:36:51 4  strike that.
09:36:52 5    Have you been provided the report of Dr.
09:36:55 6  Borak?
09:36:56 7    A.   No.
09:36:57 8    Q.   Have you reviewed the deposition of Dr.
09:36:58 9  Borak?
09:36:59 10    A.   No.
09:37:00 11    Q.   Have you been provided the report of Dr. --
09:37:03 12  strike that -- of Ms. Hughes?
09:37:06 13    A.   No.
09:37:07 14    Q.   Have you read the deposition of Ms. Hughes?
09:37:09 15    A.   No.
09:37:12 16    MR. GOSS:  You almost got him there.
09:37:50 17    Q.   Have you performed any experiments with
09:37:54 18  respect to the Gareis case?
09:37:56 19    A.   No.
09:38:00 20    Q.   Are you preparing or submitting any
09:38:02 21  manuscripts with respect to the Gareis case?
09:38:05 22    A.   No.
09:38:05 23    Q.   Are you submitting any manuscripts with
09:38:07 24  respect to the 505?
09:38:10 25    A.   No.

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

29

09:38:11 1      Q.   When I say "505" you understand it to mean
09:38:13 2 the Bair Hugger Model 505.
09:38:15 3      A.   Yes.
09:38:15 4           (Abraham Exhibit 1 marked for
09:38:15 5           identification.)
09:38:40 6 BY MR. ASSAAD:
09:38:40 7      Q.   What's been marked as Exhibit 1 is titled
09:38:44 8 "Case-Specific Report in Gareis versus 3M and Response
09:38:48 9 to Supplemental Report of Dr. Said Elghobashi," dated
09:38:53 10 December 18th, 2017.
09:38:56 11          Do you recognize this -- this document,
09:39:00 12 Exhibit 1?
09:39:02 13     A.   Yes, I do.
09:39:03 14     Q.   Is this a complete copy of your expert
09:39:07 15 report submitted in this case?
09:39:10 16     A.   Yes, it is.
09:39:18 17     Q.   And it's my understanding that this report
09:39:20 18 deals with the Bair Hugger Model 505; correct?
09:39:27 19     A.   That's correct.
09:39:28 20     Q.   And this is the result of a grant provided
09:39:32 21 to you for the amount of $14,000 by 3M; correct?
09:39:37 22     A.   Correct.
09:39:46 23     Q.   And it's my understanding that you ran the
09:39:56 24 model for the 505 until you've obtained quasi-steady
09:40:01 25 results; correct?

30

09:40:02 1      A.   Yes.
09:40:03 2      Q.   What is your definition of "quasi-steady"?
09:40:07 3      A.   When the flow patterns are not meaningfully
09:40:11 4 changing over time.
09:40:18 5      Q.   And when you say flow -- Well strike that.
09:40:20 6           How do you define the word "meaningfully"?
09:40:24 7      A.   Enough to affect the conclusions.
09:40:27 8      Q.   Is there a percentage that you're looking
09:40:28 9 at?
09:40:29 10     A.   No.
09:40:31 11     Q.   So when you say "affect the conclusions,"
09:40:35 12 what do you mean "affect the conclusions"?
09:40:37 13     A.   Well in this case I looked at the flow
09:40:43 14 patterns --
09:40:43 15     Q.   I don't mean to stop you.  I don't -- I'm
09:40:46 16 talking about generally.  I don't want to --
09:40:49 17          I'm trying to get the definition generally,
09:40:51 18 not with respect to this case.  Is that fair enough?
09:40:53 19 You understand?
09:40:54 20     A.   Okay.  Yes.
09:40:57 21     Q.   So how would you define a meaningful -- a
09:41:04 22 non-meaningful change that does not affect the
09:41:06 23 conclusions?
09:41:14 24     A.   If a change would affect the conclusions,
09:41:16 25 that would be a meaningful change.

31

09:41:37 1      Q.   With respect to computational fluid
09:41:40 2 dynamics, when you use the term quasi-steady and
09:41:42 3 you're looking for a meaningful change, what are you
09:41:45 4 looking at exactly; what data?
09:41:49 5      A.   Well what I was looking at was the pattern
09:41:51 6 of airflow, which I represent by the streamlines.  So
09:41:57 7 what I did was something very similar to what Said
09:42:00 8 Elghobashi did.  He used the term steady-state plumes,
09:42:07 9 and that's equivalent to -- he may have used the term
09:42:10 10 just steady state, and that is when the flow patterns
09:42:17 11 are not meaningfully changing over time.
09:42:23 12     Q.   So you're looking at the streamlines.
09:42:25 13     A.   Yes.
09:42:26 14     Q.   Are you looking at temperature?
09:42:33 15     A.   I used the streamlines to demonstrate
09:42:37 16 quasi-steady flow.
09:42:39 17     Q.   I understand that.  Did you look at --
09:42:42 18          Do you look at temperature as well to
09:42:43 19 determine quasi-steady?
09:42:45 20     A.   I looked at temperature, but I used the
09:42:47 21 streamlines to determine quasi-steady.
09:42:50 22     Q.   Okay.  So just so I understand you, in your
09:43:03 23 505 report you only looked at streamlines to determine
09:43:09 24 whether or not the results were quasi-steady.
09:43:13 25     A.   That is correct.

32

09:43:16 1      Q.   To determine quasi-steady you did not look
09:43:19 2 at the temperature; correct?
09:43:20 3      A.   Correct.
09:43:21 4      Q.   To determine quasi-steady you did not look
09:43:24 5 at the velocity of the air; correct?
09:43:30 6      A.   Incorrect.
09:43:30 7           MR. GOSS:  Object to form.
09:43:31 8      Q.   You looked at the vel -- the actual velocity
09:43:33 9 -- not the vector, but the velocity.
09:43:35 10     A.   Well insofar as the streamlines are made
09:43:38 11 from the vectors, from the velocity, yes, I did use
09:43:41 12 the velocity.
09:43:42 13     Q.   Okay.  Did you look at turbulence -- Strike
09:44:00 14 that.
09:44:00 15          To determine quasi-steady flow you did not
09:44:05 16 look at turbulence intensity; correct?
09:44:07 17     A.   Correct.
09:44:20 18     Q.   And over what period of time do you look for
09:44:29 19 a change?
09:44:33 20     A.   I -- I think I used 60 seconds.  So the
09:44:40 21 patterns of flow for 60 seconds.
09:44:49 22     Q.   Is that somewhere in your report?
09:44:51 23     A.   No.  I don't think I listed that in my
09:44:53 24 report.
09:45:15 25     Q.   And I assume that the 60 seconds was based

33

09:45:20 1  off the TRN file labeled 2540.TRN?

09:45:30 2    A.   No.

09:45:30 3    Q.   What was it off of?

09:45:31 4    A.   I used 60 seconds because I believe that is

09:45:34 5  what Elghobashi had claimed.  He opined that within

09:45:39 6  approximately 60 seconds particles would be deposited

09:45:45 7  in the surgical site.

09:45:47 8    Q.   Okay.  So --

09:45:48 9    A.   I wanted to know, is that true.

09:45:50 10   Q.   My question is:  Sixty seconds of streamline

09:45:58 11 time, or 60 seconds of simulation time?

09:46:04 12   A.   The 60 seconds refers to the period that I'm

09:46:09 13 tracking the airflow, so I'm tracking the airflow for

09:46:12 14 60 seconds.  It is not simulation time.

09:46:16 15   Q.   Okay.  So you're tracking the streamline for

09:46:18 16 60 seconds.

09:46:19 17   A.   That's right.

09:46:20 18   Q.   It is not 60 seconds of simulation time.

09:46:23 19   A.   That is correct.

09:46:24 20   Q.   And the 60 seconds of streamline tracking,

09:46:27 21 is that based off the results in the 2540 TRN file?

09:46:34 22   A.   Yes.

09:46:35 23   Q.   No other TRN file was used to determine your

09:46:39 24 quasi-steady?

09:46:40 25   A.   No, that's not true.

STIREWALT & ASSOCIATES
1-800-553-1953 info@stirewalt.com

34

09:46:41 1    Q.   You used other TRN files?

09:46:43 2    A.   Yes.

09:46:44 3    Q.   Which ones?

09:46:45 4    A.   Well I used many, and the whole point is to

09:46:49 5  show that they don't meaningfully change over time.

09:46:52 6  And then once you show that you've reached

09:46:53 7  quasi-steady you show the results.  And it doesn't

09:46:57 8  matter which one you pick as long as you are

09:46:59 9  quasi-steady.

09:47:44 10          MR. ASSAAD:  Let's take a break.

09:47:47 11          THE REPORTER:  Off the record, please.

09:47:49 12          (Recess taken from 9:47 to 9:54 a.m.)

09:54:46 13 BY MR. ASSAAD:

09:54:56 14   Q.   We were talking about quasi-steady and that

09:54:57 15 you only looked at streamlines to determine

09:55:01 16 quasi-steady flow; correct?

09:55:03 17   A.   Correct.

09:55:03 18   Q.   And you mentioned that you looked at it for

09:55:05 19 60 seconds; correct?

09:55:06 20   A.   Correct.

09:55:07 21   Q.   Why only 60 seconds?

09:55:09 22   A.   Because I recalled that was the time period

09:55:13 23 Elghobashi used in his report.  He opined that within

09:55:16 24 60 seconds or so the Bair Hugger particles, as he

09:55:21 25 described them, would reach the surgical site.

STIREWALT & ASSOCIATES
1-800-553-1953 info@stirewalt.com

35

09:55:25 1    Q.   Okay.  But you also used -- Did you --

09:55:32 2  Strike that.

09:55:32 3          Did you use 60 seconds with respect to your

09:55:35 4  general causation report?

09:55:39 5    A.   I don't recall what I used with respect to

09:55:41 6  my general causation report.

09:55:43 7    Q.   Okay.  You agree that temperature can affect

09:55:59 8  airflow; correct?

09:56:01 9    A.   Temperature can affect airflow.

09:56:03 10   Q.   You agree that turbulence can affect

09:56:05 11 airflow; correct?

09:56:07 12   A.   I agree turbulence can affect airflow.

09:56:18 13   Q.   Now how do you determine that there is --

09:56:22 14 when you're looking at the streamlines, that there's

09:56:25 15 no meaningful change?

09:56:29 16   A.   Well what I do is I look to see if the

09:56:32 17 streamlines from underneath the table or the Bair

09:56:36 18 Hugger came anywhere near the operating theater or the

09:56:38 19 surgical site, and if they haven't come anywhere near,

09:56:44 20 and if any changes still don't bring them anywhere

09:56:46 21 near, then it's not meaningful change.

09:56:49 22   Q.   Okay.  So your definition of quasi-steady

09:56:54 23 state in this case is that you do not see any

09:56:58 24 streamlines going over the operating room table.

09:57:08 25          MR. GOSS:  Object to form.

STIREWALT & ASSOCIATES
1-800-553-1953 info@stirewalt.com

36

09:57:09 1    A.   No.  That's not what I said my definition

09:57:12 2  was.

09:57:30 3    Q.   So my understanding is when you look at

09:57:32 4  streamlines to determine whether or not there is any

09:57:36 5  meaningful change to determine quasi-steady, you're

09:57:42 6  looking at the streamlines from underneath the table

09:57:44 7  or the Bair Hugger and whether they come near the

09:57:50 8  operating theater or the surgical site.  Is that

09:57:52 9  correct?

09:57:54 10   A.   I don't think that was my full answer.

09:58:02 11          Maybe I could just answer it again and make

09:58:04 12 it clearer.

09:58:05 13   Q.   Maybe.  That's a good...

09:58:07 14          So when you're looking at the streamlines to

09:58:09 15 determine whether or not there is quasi-steady, hence

09:58:12 16 there's no meaningful change, what are you looking at?

09:58:19 17   A.   I'm looking to see are the streamlines

09:58:25 18 changing in time in a way that will bring them to --

09:58:31 19 well are they changing meaningfully in time.  And

09:58:35 20 since the report that I wrote, and I believe in

09:58:40 21 Elghobashi's supplemental report he opined 60 seconds,

09:58:47 22 up to 60 seconds would be needed, and it's my

09:58:50 23 understanding that, maybe it was at his deposition or

09:58:54 24 -- I recall now 43 seconds, so he shortened his time

09:58:58 25 period.

STIREWALT & ASSOCIATES
1-800-553-1953 info@stirewalt.com

37

09:58:59  1      So if I were to do this again I would track
09:59:02  2  streamlines for 43 seconds and I would look at them
09:59:07  3  and I would see are they changing meaningfully, and
09:59:11  4  are they near the surgical site.
09:59:16  5      Q.   Okay.  From a CFD technical standpoint, what
10:00:01  6  is the process that you do to determine whether or not
10:00:07  7  the streamlines are changing meaningfully?
10:00:12  8      A.   It's what I just described.  You consider --
10:00:16  9  You look at the patterns of the streamlines, so for in
10:00:19 10  this -- It comes down to what question you're trying
10:00:22 11  to answer.  The question I'm trying to answer is does
10:00:25 12  the Bair Hugger bring air, its -- does its air travel
10:00:30 13  to the surgical site and is Elghobashi correct.
10:00:35 14  Elghobashi reports that within 43 seconds the air gets
10:00:38 15  there.  Okay.  Now I didn't have that information of
10:00:43 16  43 seconds when I wrote this, so I went extra, I went
10:00:46 17  60 seconds.
10:00:47 18      But my answer is:  Within 43 seconds are the
10:00:51 19  patterns of streamlines, A, close to the surgical
10:00:55 20  site; B, are they changing in a way that will bring
10:00:59 21  them to the surgical site.  And the answer to both of
10:01:02 22  those were no -- was -- is no.
10:01:05 23      Q.   Now when you say "the air from the Bair
10:01:10 24  Hugger," are you talking about the exhaust air out of
10:01:13 25  the blanket?

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

38

10:01:14  1      A.   In my case I actually modeled two different
10:01:18  2  airstreams, because there's some conflicting
10:01:22  3  accusations about whether it's air from the Bair
10:01:25  4  Hugger or whether it's Bair Hugger heat might take air
10:01:30  5  from beneath the table and bring that to the surgical
10:01:33  6  site.  So those are two conflicting propositions.  I
10:01:38  7  investigated both.  I looked at air from beneath the
10:01:43  8  surgical table and air from the Bair Hugger itself.
10:01:46  9      Q.   Okay.  So the two scenarios you looked at
10:01:49 10  was from air from the Bair Hugger, and that would be
10:01:53 11  the exhaust air from the Bair Hugger; correct?
10:01:54 12      A.   That is correct.
10:01:55 13      Q.   Okay.  And the second one you looked at was
10:02:04 14  from just air underneath the operating room table.
10:02:06 15      A.   That is correct.
10:02:07 16      Q.   Any specific point underneath the operating
10:02:09 17  room table?
10:02:10 18      A.   I recall it was a -- a region, and I think
10:02:14 19  it was a meter in diameter but I can't recall the
10:02:17 20  actual si -- I can't recall the specific size, but it
10:02:21 21  was a -- it was a zone underneath the table.
10:02:23 22      Q.   Was it underneath the head or the -- or
10:02:25 23  the --
10:02:25 24      A.   It was near the center --
10:02:26 25      Well it would have -- couldn't have just

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

39

10:02:28  1  been underneath the head because it was larger than
10:02:31  2  the head.  I don't recall exactly where that sphere
10:02:34  3  was, but it was a large sphere.
10:02:36  4      Q.   Okay.  So you have the operating room table
10:02:38  5  and you have the post or the stand that raises it from
10:02:42  6  the floor; correct?
10:02:44  7      A.   Correct.
10:02:44  8      Q.   Okay.  Was it towards -- that zone towards
10:02:50  9  the head, from that point towards the head of -- of
10:02:53 10  the patient, or from that post to behind to the feet
10:02:59 11  of the patient?
10:03:00 12      A.   I don't recall it being predisposed either
10:03:02 13  toward the head or the feet.  It was probably more
10:03:05 14  centrally located, but I just don't recall the exact
10:03:08 15  location sitting here.
10:03:09 16      Q.   Was the zone that you created, was it a zone
10:03:15 17  in the -- if the Y axis is height, was it within the Y
10:03:20 18  axis or was it within the X and Z axis?
10:03:23 19      A.   It would have been all three.
10:03:23 20      Q.   All three.
10:03:25 21      A.   It would have been a three-dimensional zone.
10:03:28 22      Q.   Three-dimensional zone.
10:03:29 23      And would that zone be somewhere on your
10:03:35 24  2540 TRN file?
10:03:39 25      A.   I don't know.

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

40

10:03:50  1      Q.   And when you create these streamlines, how
10:03:52  2  do you create them in ANSYS?  Which is the software
10:03:58  3  you used; correct?
10:03:59  4      A.   Correct.
10:04:02  5      You create them by identifying a starting
10:04:05  6  location, where they begin, and a track duration.
10:04:19  7      Q.   A starting location and a track duration.
10:04:21  8      A.   Right.  So how long do you track them.
10:04:23  9      Q.   And in this case that's 60 seconds.
10:04:25 10      A.   Yes.
10:04:33 11      Q.   So would it be fair and accurate to state
10:04:37 12  that you only looked at the first 60 seconds of a
10:04:46 13  streamline; correct?
10:04:51 14      A.   Well beyond -- I mean -- These --
10:04:55 15      These software programs are not indefinitely
10:04:58 16  predictive, okay.  So you can only use them to predict
10:05:03 17  flow for a certain time period.  I used 60 seconds
10:05:07 18  because that was what was opined by Elghobashi as the
10:05:12 19  time it took.
10:05:13 20      Now it turns out he revised that expectation
10:05:16 21  and I believe his new time period is 43 seconds.  So
10:05:21 22  if I were to do it again I would track the flow for 43
10:05:25 23  seconds.
10:05:26 24      Q.   So the purpose of your report was to prove
10:05:31 25  that Dr. Elghobashi was incorrect.

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

41

10:05:34 1    A.  No.

10:05:35 2    MR. GOSS:  Object to form.

10:05:36 3    A.  I disagree.

10:05:37 4    Q.  Then why not use two minutes, or three

10:05:39 5  minutes, or some other time?

10:05:44 6    A.  Because C -- CFD is like weather prediction.

10:05:50 7  It's valid for a certain time period, but you can't

10:05:53 8  extend it indefinitely.  Weather predictions are good

10:06:00 9  for about seven days, but weather predictions are not

10:06:04 10  good a year from now.

10:06:05 11    So you cannot project a result beyond the

10:06:10 12  capacity of the solution, and that's why I wouldn't

10:06:16 13  want to use longer time periods.

10:06:20 14    What I wanted to do is say, well here's an

10:06:22 15  idea that these particles get here in 60 seconds.  Is

10:06:28 16  that true or not?  My purpose was not to show he was

10:06:31 17  incorrect, my purpose was to see if he was correct.

10:06:38 18    Q.  And it's your opinion that Dr. Elghobashi

10:06:41 19  was not correct.

10:06:42 20    A.  I --

10:06:43 21    It's my opinion he is incorrect.

10:06:45 22    Q.  Okay.  So would it be fair to say that when

10:07:04 23  you performed your CFD analysis that your null

10:07:08 24  hypothesis was that Dr. Elghobashi was correct?

10:07:14 25    MR. GOSS:  Are we saying for the 2540 --

STIREWALT & ASSOCIATES
1-800-553-1953 info@stirewalt.com

42

10:07:16 1    MR. ASSAAD:  Yes.

10:07:17 2    MR. GOSS:  -- 505?

10:07:21 3    A.  I was agnostic about whether he is correct

10:07:24 4  or incorrect.  Now --

10:07:27 5    Q.  What was your --

10:07:29 6    Sorry.  Go ahead.

10:07:29 7    A.  That was it.

10:07:30 8    Q.  I was going to ask you what was your null

10:07:32 9  hypothesis, if you had one?

10:07:34 10    A.  I did not have one.

10:07:36 11    Q.  Okay.  Now it is my understanding that the

10:07:56 12  2540.TRN file was created prior to your first

10:08:01 13  deposition; correct?

10:08:03 14    A.  That is correct.

10:08:04 15    Q.  Okay.  When you created your report in this

10:08:07 16  case did you go back to the file and do more -- create

10:08:14 17  more streamlines?

10:08:16 18    A.  I went back to the file and created more

10:08:18 19  streamlines, and I don't know if it was before or

10:08:20 20  after this report.

10:08:23 21    Q.  Okay.  You do agree that when Dr. Elghobashi

10:08:27 22  came up with his report that said that the particles

10:08:30 23  will get there between 25 to 60 seconds, that was

10:08:34 24  after you created your 2540.TRN file.

10:08:39 25    A.  That is correct.

STIREWALT & ASSOCIATES
1-800-553-1953 info@stirewalt.com

43

10:08:39 1    (Ms. Zimmerman joined the proceedings.)

10:08:40 2    Q.  Okay.  So did you use the 60 seconds of

10:08:42 3  streamlines prior to Dr. Elghobashi's report, or after

10:08:50 4  Dr. Elghobashi's report in this case?

10:08:54 5    A.  I don't re --

10:08:55 6    I don't know for sure.  It may well have

10:08:57 7  been after.  I don't -- I don't recall when.

10:09:10 8    Q.  Okay.  Looking at Exhibit 1, Figure 3, page

10:09:36 9  4.  We see three sets of streamlines there; correct?

10:09:45 10    A.  Correct.

10:09:46 11    Q.  Do you know the time that each picture is?

10:09:55 12    A.  So this is one of those times, you gave me

10:09:58 13  instructions initially to let you know if I was

10:10:01 14  estimating.

10:10:02 15    Q.  Yes.

10:10:02 16    A.  I don't know for sure.  I wouldn't say that

10:10:05 17  I know with a reasonable degree of engineering

10:10:08 18  certainty, but I think they were one -- No, I don't --

10:10:12 19  I don't know for sure, but they were -- I don't know.

10:10:15 20    Q.  Okay.  The last one on the bottom, would

10:10:17 21  that be the 60-second streamline?

10:10:20 22    A.  No.

10:10:22 23    Q.  Okay.  Would it be less than 60 seconds?

10:10:24 24    A.  Yes.

10:10:31 25    Q.  Are there any diagrams or figures that show

STIREWALT & ASSOCIATES
1-800-553-1953 info@stirewalt.com

44

10:10:37 1  the streamlines at 60 seconds -- that ran for 60

10:10:40 2  seconds, in your report?

10:10:45 3    A.  I don't believe they are in my report.

10:10:46 4    Q.  Okay.

10:10:47 5    A.  We have Figures 6 and 8, and I don't recall

10:10:49 6  how long those streamlines are tracked.

10:11:36 7    Q.  With respect to the determination of

10:11:39 8  quasi-steady, when you talk about a change in

10:11:44 9  streamlines are you comparing the streamlines between

10:11:58 10  different TRN files?

10:12:06 11    A.  Yes.

10:12:08 12    Q.  And you did that in this case.

10:12:09 13    A.  Yes.

10:12:14 14    Q.  And it's your opinion that none of the

10:12:16 15  streamlines ended up over the operating room table;

10:12:25 16  correct?

10:12:30 17    A.  It is my opinion --

10:12:33 18    So I -- I tracked the streamlines for 60

10:12:35 19  seconds, because that was the longest period that

10:12:39 20  Elghobashi stated in his supplemental report, and I

10:12:43 21  found no evidence that any -- at any time period any

10:12:49 22  of those streamlines would be at the surgical site.

10:12:54 23    Q.  So it's your opinion that the Bair Hugger

10:12:58 24  does not change airflow to cause any streamlines from

10:13:04 25  the exhaust of the Bair Hugger or underneath the

STIREWALT & ASSOCIATES
1-800-553-1953 info@stirewalt.com

45

10:13:08 1  operating room table to go over the surgical site.
10:13:12 2          MR. GOSS:  Object to form.
10:13:15 3          MR. ASSAAD:  Basis?
10:13:16 4          MR. GOSS:  I think the basis is that
10:13:19 5  mischaracterizes his testimony, because he gave a
10:13:22 6  timeframe.
10:13:24 7     Q.    In 60 seconds.
10:13:26 8          MR. GOSS:  There you go.
10:13:26 9     A.    Yes.
10:13:28 10         Actually could we read the question back?
10:13:30 11 Just -- I want to make sure what I said "yes" to.
10:13:32 12    Q.    Let me break it apart.
10:13:41 13         It is your opinion that the Bair Hugger does
10:13:44 14 not change airflow to cause any streamlines from the
10:13:48 15 exhaust of the Bair Hugger to go over the surgical
10:13:53 16 site within 60 seconds.
10:13:55 17    A.    Correct.
10:13:56 18    Q.    It is also your opinion that the Bair Hugger
10:13:59 19 does not change airflow to cause any streamlines from
10:14:04 20 underneath the operating room table to go over the
10:14:07 21 surgical site within 60 seconds.
10:14:08 22    A.    Correct.
10:14:17 23    Q.    Now you mentioned earlier with respect to
10:14:22 24 the predictability of CFD is only for a certain period
10:14:27 25 of time.

46

10:14:28 1     A.    Yes.
10:14:28 2     Q.    And you mentioned, for example, weather
10:14:31 3  predictions are only good for seven days.
10:14:34 4     A.    Yes.
10:14:40 5     Q.    In this case, in this CFD, how long can you
10:14:41 6  run the CFD before the result -- before the -- before
10:14:45 7  it's no longer predictable?
10:14:49 8     A.    I don't know the answer to that, and I don't
10:14:51 9  think anyone does.
10:14:51 10    Q.    Okay.
10:14:52 11    A.    In fact no one knows the answer to that.
10:14:55 12    Q.    Okay.  So you're not saying that if you ran
10:14:57 13 it for a hundred seconds of simulation time that the
10:15:17 14 results would be incorrect, or non-predictable.
10:15:24 15    A.    You used two negatives in that.  Could you
10:15:27 16 rephrase that question?
10:15:28 17    Q.    You're right, it was a bad question.
10:15:30 18         Your 2540 TRN file was a simulation time of
10:15:40 19 5.2 seconds; correct?
10:15:43 20    A.    I don't believe that's correct.
10:15:44 21    Q.    How much --
10:15:45 22         What simulation time do you think it is?
10:15:47 23    A.    I think it was 5.07.
10:15:49 24    Q.    You are right, it was 5.07.  Correct.
10:15:53 25    A.    Were you trying to trick me?

47

10:15:54 1     Q.    No.
10:15:55 2          (Laughter.)
10:16:06 3     Q.    And you believe within -- at 5.07 seconds
10:16:10 4  that the CFD simulation is predictive of what would
10:16:16 5  happen.
10:16:17 6     A.    The TRN file which I provided, which is
10:16:21 7  associated with 5.0 seconds of calculation time as
10:16:24 8  we've talked about, I believe is predictive, is able
10:16:27 9  to predict the pattern of flow through 60 seconds.
10:16:30 10    Q.    Okay.  What about if you ran the CFD for 10
10:16:34 11 seconds of simulation time, would it also -- would it
10:16:37 12 also predict the pattern of flow of 60 seconds of
10:16:41 13 streamline time?
10:16:42 14    A.    I would expect it would.
10:16:43 15    Q.    What about 50 seconds?
10:16:47 16    A.    I expect it would.
10:16:52 17    Q.    What about 75 seconds?
10:16:55 18    A.    I expect it would.
10:16:57 19    Q.    Well what would be the upper limit then?
10:17:00 20    A.    Of simulation time?
10:17:01 21    Q.    Yeah.  To pre --
10:17:02 22    A.    You could run it forever.
10:17:04 23    Q.    But you said after you run it for such a
10:17:06 24 long time it's no longer predictive.
10:17:06 25    A.    Oh --

48

10:17:08 1     Q.    Or did I misunderstand you?
10:17:10 2     A.    Yeah, you misunderstand.  You're confusing
10:17:13 3  two different times.  You're confusing simulation time
10:17:13 4  with time on the streamline.
10:17:16 5     Q.    Okay.  Okay.  So when you're talking about
10:17:20 6  whether or not it can predict airflow, you're talking
10:17:24 7  about the streamlines.
10:17:24 8     A.    That is correct.
10:17:25 9     Q.    Not about simulation time.
10:17:27 10    A.    Well I'm using both.  We're using both times
10:17:29 11 in our -- in our conversation here, so we need to be
10:17:32 12 clear about which time we're actually talking about.
10:17:34 13    Q.    Yes.
10:17:35 14         And I'm talking about simulation time, how
10:17:37 15 -- how long you run the CFD.
10:17:41 16         You're not saying that the longer you run it
10:17:43 17 there's a certain limit where it's no longer
10:17:46 18 predictive.
10:17:47 19    A.    I am not saying that.
10:17:49 20    Q.    Okay.  Computational fluid dynamics is a
10:18:26 21 method that can be used to predict airflow in an
10:18:30 22 operating room; correct?
10:18:32 23    A.    Yes.
10:18:34 24    Q.    And actually you were originally retained by
10:18:37 25 3M back in 2015 to predict the airflow in an operating

49

10:18:45 1  room with the Bair Hugger in it; correct?
10:18:47 2      A.   Yes.
10:19:30 3      Q.   When you were looking at the streamlines to
10:19:31 4  determine quasi-steady state, did you see any changes
10:19:39 5  in the streamlines between TRN files?
10:19:41 6      A.   Yes.
10:19:44 7      Q.   Did you calculate or determine the delta or
10:19:48 8  the change in streamlines between the different TRN
10:19:51 9  files?
10:19:52 10     A.   That's a poorly-posed question because
10:19:55 11 you're asking me "change," you haven't told me the
10:19:59 12 change in what.
10:20:00 13          Are you talking about position, velocity,
10:20:01 14 time, et cetera?
10:20:02 15     Q.   Any change.  Change in velocity,
10:20:05 16 temperature, vectors.
10:20:09 17     A.   There were slight changes over time.  And in
10:20:14 18 fact that's always the case with a simulation like
10:20:17 19 this.  That was the case with Elghobashi's simulation
10:20:20 20 as well.
10:20:21 21     Q.   I understand that you want to compare your
10:20:23 22 simulation to Dr. Elghobashi's simulation, but I'm
10:20:26 23 just...
10:20:29 24          I want you to answer my questions of how you
10:20:31 25 support your opinions and your analysis based on

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

50

10:20:39 1  generally accepted engineering methodology and what
10:20:41 2  you did.
10:20:42 3      A.   I understand that.
10:20:46 4      Q.   When you say "slight change," a slight
10:20:48 5  change in what with respect to the streamlines?
10:20:50 6      A.   What I looked at is change of the position
10:20:52 7  of the streamlines from one calculation to the next.
10:20:59 8      Q.   And when you say "position," you're talking
10:21:01 9  about the actual coordinates.
10:21:03 10     A.   Yes.
10:21:13 11     Q.   And did you look at the change in
10:21:15 12 temperature?
10:21:18 13     A.   I did not use the change in temperature to
10:21:24 14 mark quasi-steady, I used the flow patterns
10:21:26 15 themselves.
10:21:26 16     Q.   Was there a change in temperature between
10:21:28 17 the TRN files in the operating room?
10:21:31 18     A.   There certainly would be a change in
10:21:33 19 temperature, I don't -- I didn't quantify it because
10:21:37 20 it wasn't important.  I looked at the change in
10:21:41 21 trajectory of the flow.
10:21:47 22     Q.   Was there a change in turbulence intensity
10:21:50 23 between the different TRN files?
10:21:52 24     A.   There certainly would be a change in
10:21:54 25 turbulence intensity and turbulence level, but again I

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

51

10:21:57 1  used the trajectory of the flow.
10:22:04 2      Q.   Was there an increase in turbulence over
10:22:07 3  time?
10:22:07 4      A.   I don't know if there was an increase or
10:22:09 5  decrease in turbulence intensity over time.
10:22:12 6      Q.   Was there an increase in temperature over
10:22:14 7  time in the operating room?
10:22:16 8      A.   I don't know if there was an increase in
10:22:21 9  temperature or a decrease in temperature over time in
10:22:21 10 the operating room.
10:22:27 11     Q.   But that's something that anyone in the
10:22:30 12 field that has access to ANSYS could determine based
10:22:34 13 off of your TRN files; correct?
10:22:36 14     A.   Yes.
10:23:21 15     Q.   On the 505 model, at time zero -- Strike
10:23:28 16 that.
10:23:28 17          Did you run the 505 CFD model with the Bair
10:23:34 18 Hugger off?
10:23:35 19     A.   No.
10:23:38 20     Q.   So sitting here today you do not know what
10:23:41 21 the streamlines would look like with the Bair Hugger
10:23:44 22 off of air coming from underneath the table.
10:23:49 23     A.   That is correct.
10:23:52 24     Q.   And since the Bair Hugger's off, there would
10:23:54 25 be no exhaust to the streamlines from the Bair Hugger

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

52

10:23:56 1  itself.
10:23:57 2      A.   That would be correct.
10:23:58 3      Q.   Okay.  At time zero, when you turned the
10:24:10 4  Bair Hugger on, did you have anything in your initial
10:24:26 5  conditions that would have estimated the flow pattern
10:24:33 6  of the exhaust from the Bair Hugger blanket?
10:24:37 7      A.   Yes.
10:24:38 8      Q.   What was that?
10:24:39 9      A.   I would have either used a initial condition
10:24:43 10 which was a steady-state calculation, or I may have
10:24:46 11 used an initial condition from the 750.  I don't
10:24:50 12 recall which initial condition I used.
10:24:52 13     Q.   Between the 505 calculation, CFD
10:24:56 14 calculation, and the 750, what changes were made?
10:25:00 15     A.   The flow rate from the Bair Hugger.
10:25:03 16     Q.   Anything else?
10:25:04 17     A.   No other changes.
10:25:06 18     Q.   Okay.  Geometry was the same; correct?
10:25:08 19     A.   Geometry was the same.
10:25:13 20     Q.   The temperature coming at the diffusers, the
10:25:17 21 inlet temperature at the diffusers were the same;
10:25:19 22 correct?
10:25:20 23     A.   Yes.
10:25:20 24     Q.   You used 41 degrees Celsius as the exit
10:25:24 25 temperature of the Bair Hugger exhaust; correct?

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

53

10:25:26 1    A.    Yes.

10:25:39 2    Q.    Why was the cost to 3M more for the 505 CFD
10:25:47 3 than the 750 if the only thing that you had to change
10:25:52 4 was the -- the flow rate out of the Bair Hugger
10:25:56 5 blanket?

10:26:00 6    A.    Well the fact is I think that I
10:26:03 7 significantly undercharged for the first study.  It
10:26:07 8 took a lot of time.  And the cost for the second study
10:26:11 9 was a more accurate representation of the work
10:26:14 10 required.

10:26:20 11    Q.    Did anyone assist you in the 505?

10:26:24 12    A.    No one assisted me in the 505.

10:26:28 13    Q.    So Mr. Plourde --
10:26:31 14         Is it Plourde?

10:26:33 15    A.    Plourde.

10:26:34 16    Q.    -- Plourde or Ms. Vallez did not assist you?

10:26:38 17    A.    That is correct.

10:26:48 18    Q.    So it's your opinion that you undercharged
10:26:50 19 3M for the 750 model?

10:26:56 20    A.    It's my opinion --
10:26:58 21         Yes, that is my opinion.

10:27:00 22    Q.    Okay.  And so you decided to overcharge them
10:27:02 23 for the 505?

10:27:03 24         MR. GOSS:  Object to form.

10:27:04 25    A.    I didn't say that.

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

54

10:27:06 1    Q.    I'm asking you that.

10:27:07 2    A.    I did not --

10:27:08 3         MR. GOSS:  Object to form.

10:27:09 4    A.    I did not overcharge them for the 505.

10:27:11 5    Q.    Okay.

10:27:11 6    A.    And I never said that I overcharged them.

10:27:14 7    Q.    How long did it take to run the 505 model?

10:27:18 8    A.    I don't recall the time it took.

10:28:05 9         (Abraham Exhibit 2 marked for
10:28:05 10         identification.)

10:28:05 11 BY MR. ASSAAD:

10:28:07 12    Q.    This is an invoice from you to 3M
10:28:13 13 Corporation for $14,000 to do a numerical simulation
10:28:20 14 of airflow within an OR during use of a Bair Hugger
10:28:23 15 505 blower blanket; is that correct?

10:28:25 16    A.    Yes.

10:28:26 17    Q.    And it's dated April 7th, 2017; correct?

10:28:30 18    A.    Correct.

10:28:31 19    Q.    Did you submit this invoice before or after
10:28:34 20 you started the project?

10:28:39 21    A.    Boy, I'm pretty sure it was after.  I mean
10:28:43 22 my -- my typical practice is to submit an invoice
10:28:45 23 after.

10:28:46 24    Q.    Okay.  So you completed the modeling, the
10:28:51 25 numerical simulation for the 505 by April 7th, 2017.

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

55

10:28:54 1    A.    That is what I recall.

10:28:56 2    Q.    Okay.  And do you know when you began the
10:29:06 3 project?

10:29:08 4    A.    I don't recall.

10:29:09 5    Q.    Do you know if it was in 2016?

10:29:11 6    A.    I don't believe it was 2016.

10:29:13 7    Q.    Okay.  So your best guess would be somewhere
10:29:18 8 between January 1st, 2017 and April 7th, 2017.

10:29:26 9    A.    Yes.

10:29:48 10    Q.    Did the time it take to run the 505 model,
10:29:52 11 was that longer or shorter than the run on the 750?

10:29:59 12    A.    I don't recall.

10:30:04 13    Q.    Is there anything you changed in the model,
10:30:10 14 such as the equations or the assumptions, between the
10:30:12 15 505 and the 750?

10:30:16 16    A.    I think the only thing I changed was the
10:30:19 17 flow rate out the Bair Hugger.

10:30:25 18    Q.    And you still used the Boussinesq
10:30:30 19 approximation.

10:30:31 20    A.    Yes.

10:30:32 21    Q.    And the model for the 505 is a Large-Eddy
10:30:36 22 Simulation; correct?

10:30:37 23    A.    Yes.

10:30:37 24    Q.    And you ran it as a Large-Eddy Simulation
10:30:40 25 from time zero to 5.07 seconds?

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

56

10:30:42 1    A.    Yes.

10:30:43 2    Q.    At no time between the beginning of the run
10:30:47 3 and the 2540 TRN file was RANS ever used.

10:30:54 4    A.    No.

10:30:57 5         MR. GOSS:  I want to make sure we get that
10:30:58 6 one.  I think there were two negatives.  Well...

10:31:09 7    A.    RANS was not used.

10:31:12 8         MR. GOSS:  Thank you.

10:31:14 9    Q.    Was RANS used at any time with respect to
10:31:17 10 your work on the 505?

10:31:19 11    A.    It may have been used for the initial
10:31:21 12 conditions, although I don't recall.

10:32:03 13    Q.    You ran the model further than 5.02 seconds
10:32:10 14 at a later time; correct?

10:32:12 15         MR. GOSS:  Object to form.

10:32:15 16    A.    07 seconds.  My fault.

10:32:17 17    A.    Yes.

10:32:17 18    Q.    How far --
10:32:18 19         How long did you run the model for?

10:32:20 20    A.    I don't recall.

10:32:20 21    Q.    Did you produce all the files that you
10:32:24 22 created with respect to your 505 work?

10:32:24 23    A.    Yes.

10:32:38 24    Q.    Did you destroy any files or delete any
10:32:40 25 files?

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

57

10:32:40 1    A.    No.

10:32:42 2    Q.    So I take it that you produced a TRN file
10:32:46 3  for every 10 time steps; correct?

10:32:50 4    A.    That is what I recall.

10:32:51 5    Q.    Okay.  So there's a TRN file for time step
10:32:56 6  10; correct?

10:32:59 7    A.    Following the 2540.

10:33:02 8    Q.    What about before the 2540?

10:33:04 9    A.    As I recall, I produced two time steps
10:33:07 10  before the 2540.

10:33:10 11   Q.    I understand what you produced, but you set
10:33:12 12  it up that when you ran the 505 that it would create a
10:33:20 13  TRN file for every time step; correct?  Every ten time
10:33:23 14  steps.

10:33:23 15   A.    That is correct.

10:33:24 16   Q.    Okay.  So when you ran the 505, it created
10:33:27 17  time steps for 10, 20, 30, 40, 50 and so on; correct?

10:33:32 18   A.    Yes.

10:33:32 19   Q.    Okay.  And where are those files now?

10:33:35 20   A.    Those files are no longer -- I no longer
10:33:38 21  have them.  What I produced, the TRN file is the
10:33:41 22  master file, and from that you can recreate the
10:33:44 23  results.  It's our practice in simu --

10:33:47 24         These files are large, and I think
10:33:50 25  Elghobashi testified to this.  Sometimes they're so

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

58

10:33:52 1  large you can't send them.  So it's our practice to
10:33:56 2  keep the essential files, the master file, and that's
10:33:59 3  what I did.

10:34:00 4    Q.    And which is the master file?

10:34:01 5    A.    2540.

10:34:02 6    Q.    Why is that the master file?

10:34:04 7    A.    Because it is a file that shows the
10:34:06 8  quasi-steady results.

10:34:08 9    Q.    Are you saying that 2530 does not show
10:34:12 10  quasi-steady results?

10:34:13 11   A.    No.  I'm not saying that.

10:34:15 12   Q.    Okay.  Did all the TRN files show
10:34:20 13  quasi-steady results?

10:34:22 14   A.    I ran the results long enough until
10:34:24 15  quasi-steady state was achieved, and then I used a
10:34:28 16  representative file from that set, and I call that the
10:34:31 17  master file, and that's what was produced.

10:34:33 18   Q.    Okay.  And the other files you deleted
10:34:35 19  because they were large.

10:34:36 20   A.    No, --

10:34:37 21         MR. GOSS:  Object to form.

10:34:38 22   A.    -- I didn't.

10:34:39 23         They are large, that's a fact.  They are
10:34:43 24  difficult to send.  In fact I think that the
10:34:47 25  plaintiffs' experts has not sent any files because he

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

59

10:34:50 1  said they were too large.  I produced a representative
10:34:53 2  file so that anyone could reproduce my work.  A master
10:34:56 3  file so anyone could reproduce my work.

10:34:58 4         Now that master file has all the information
10:35:01 5  that's needed.  It has the geometry, it has the mesh,
10:35:05 6  it has the boundary conditions, and it has the
10:35:07 7  results.  So I produced a master file which can be
10:35:11 8  used to reproduce my work.

10:35:13 9    Q.    And when you say someone could run it, they
10:35:15 10  can run it forward?

10:35:16 11   A.    Yes.

10:35:16 12   Q.    For how long?

10:35:17 13   A.    As long as they want.

10:35:20 14   Q.    So they could run it forward for an hour of
10:35:22 15  simulation time?

10:35:24 16   A.    Yes.

10:35:24 17         MR. GOSS:  Object to form.

10:35:25 18   Q.    And would that be accurate, would it --
10:35:27 19  would it be predictive of what would happen after 60
10:35:30 20  minutes of simulation time?

10:35:31 21   A.    It may be.

10:35:43 22   Q.    So what did you do with the other files
10:35:47 23  pri -- like -- that are before the 2540 file?

10:35:52 24   A.    Two were maintained, and I believe those
10:35:54 25  were provided.  And the other files I did not

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

60

10:35:57 1  maintain.

10:35:59 2    Q.    Which means you deleted them.

10:36:02 3         MR. GOSS:  Object to form.

10:36:03 4    A.    They were deleted, but you're using the word
10:36:08 5  "delete" to imply that I'm withholding evidence.

10:36:11 6    Q.    I am not, sir.

10:36:12 7    A.    Well I --

10:36:14 8    Q.    I'm just asking were they physically
10:36:16 9  deleted?

10:36:17 10   A.    What was retained, and what is the practice
10:36:19 11  in our field is to retain the master file.  I retained
10:36:23 12  that master file, in fact I retained extra files that
10:36:28 13  aren't even needed, and those were provided.

10:36:30 14         It is not practice to retain every single
10:36:33 15  file because they are very large and it's almost
10:36:37 16  impossible to send them.

10:36:46 17   Q.    The files were on a computer; correct?

10:36:49 18   A.    Yes.

10:36:49 19   Q.    On your 16 core computer that you used for
10:36:51 20  the simulation; correct?

10:36:52 21   A.    Yes.

10:36:53 22   Q.    And you did not retain those files; correct?

10:36:58 23   A.    Again, I retained any essential file that
10:37:02 24  was needed to assess my work.  I didn't retain every
10:37:05 25  single file, but I retained the file that has the

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

61

10:37:09  1   mesh, the geometry, the boundary conditions, and the
10:37:13  2   results.  That's all that's needed.  I retained that
10:37:16  3   file, and in addition I retained other files, which
10:37:19  4   are an overabundance of files.
10:37:27  5       Q.   And I'll ask you this again.  And you
10:37:30  6   deleted the other files.
10:37:32  7       A.   I deleted any unimportant or unessential
10:37:35  8   files.
10:37:37  9       Q.   Okay.  And when you say nonessential or
10:37:42 10   unimportant, that's nonessential and unimportant to
10:37:45 11   you.
10:37:47 12       A.   No.  It's not essential and unimportant to
10:37:52 13   answering the question that I wanted to answer.  And
10:37:56 14   that question is:  Does air from the Bair Hugger get
10:38:03 15   near the surgical site within 43 seconds.  I retained
10:38:07 16   every file that is needed to answer that question.
10:38:18 17       Q.   The initial file would contain the initial
10:38:22 18   conditions; correct?
10:38:27 19       A.   I don't know what you mean by "initial
10:38:28 20   file."
10:38:29 21       Q.   Well you created --
10:38:31 22            You had initial conditions; correct?
10:38:33 23       A.   Correct.
10:38:33 24       Q.   And you mentioned earlier that you didn't
10:38:35 25   know how they were created, whether or not you created

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

62

10:38:38  1   it with a RANS model or you did calculations; correct?
10:38:41  2       A.   What I said earlier in this deposition was I
10:38:43  3   either used a RANS or I used my result from the prior
10:38:47  4   Bair Hugger.
10:38:49  5       Q.   Okay.
10:38:49  6       A.   Now it turns out the initial conditions are
10:38:52  7   not that important.  You can get the same result if
10:38:55  8   you use different initial conditions.
10:39:09  9       Q.   Well if I put the initial conditions and set
10:39:10 10   the temperature of the room at -- for the air space in
10:39:15 11   the room at 90 degrees Celsius, it would take awhile
10:39:22 12   for the room to come to quasi-steady state with
10:39:26 13   respect to temperature; correct?
10:39:27 14            MR. GOSS:  I wouldn't want to be in that
10:39:29 15   room.
10:39:29 16            MR. ASSAAD:  I understand that.
10:39:30 17       A.   It may.
10:39:31 18       Q.   Okay.  So the initial conditions are
10:39:34 19   important with respect to the change between 5.07
10:39:42 20   seconds and what was the initial condition; correct?
10:39:46 21       A.   No.  You see, what is important is that you
10:39:52 22   reach quasi-steady state, and whatever your initial
10:39:55 23   conditions are don't matter.
10:40:03 24       Q.   So it's your engineering opinion that as
10:40:07 25   long as you reach quasi-steady state, initial

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

63

10:40:11  1   conditions for a computation fluid dynamics model is
10:40:15  2   irrelevant.  Is that what I'm understanding?
10:40:19  3       A.   I'm going to answer it.  If your initial
10:40:22  4   conditions are very far off the mark, your calculation
10:40:27  5   will do something called diverge.  That means it will
10:40:32  6   not converge to any result that's meaningful.
10:40:35  7            Provided your initial conditions are
10:40:37  8   sufficiently accurate, your results will converge to a
10:40:42  9   quasi-steady result and that convergence will be imma
10:40:49 10   -- will be independent of the actual initial
10:40:51 11   conditions.
10:40:54 12       Q.   So my understanding is if your initial
10:40:59 13   conditions are way off, for lack of a better term, it
10:41:05 14   might cause the analysis to diverge and you won't get
10:41:10 15   a solution.
10:41:12 16       A.   That is correct.
10:41:13 17       Q.   Okay.  Or it might cause an error in the
10:41:15 18   solution and it won't be able to solve; correct?
10:41:19 19       A.   That is correct.
10:41:26 20       Q.   If you ran the CFD forward -- your CFD
10:41:33 21   forward, whether it's the 750 or the 505, do you
10:41:36 22   expect it to -- to continue to converge on data and
10:41:38 23   solve the problem?
10:41:41 24       A.   I would expect that that would be the case.
10:41:43 25       Q.   Okay.  Because in some reading I've done, or

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

64

10:41:54  1   research, sometimes the CFD will be unable to solve a
10:42:00  2   problem because it either crashes or it diverges;
10:42:05  3   correct?
10:42:06  4       A.   Right.  And we've talked about that here.
10:42:08  5       Q.   Just now.
10:42:09  6       A.   We've talked about it diverging in solution.
10:42:09  7       Q.   Okay.
10:42:12  8       A.   I mentioned that explicitly.
10:42:13  9       Q.   And when a -- and a solution diverges, what
10:42:17 10   does that tell you?
10:42:18 11       A.   It can tell you --
10:42:20 12            It could diverge for a number of different
10:42:22 13   reasons.  It could diverge because you have something
10:42:25 14   unphysical happening.
10:42:34 15       Q.   Okay.  What else?
10:42:35 16       A.   It could diverge because one of your
10:42:37 17   elements is a negative volume element.
10:42:46 18       Q.   Any other reason?
10:42:51 19       A.   Those are the two reasons that are coming to
10:42:53 20   my mind now.
10:42:54 21       Q.   Okay.  And if something diverges, say, after
10:43:04 22   ten seconds of simulation time, what does that tell
10:43:07 23   you about the data before that ten seconds?
10:43:13 24       A.   It --
10:43:14 25            I would have to look at the specifics.  It

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

65

10:43:15  1   may not tell anything, but it may tell something.  But
10:43:18  2   I'd have to look at the specifics of why it diverged.
10:43:21  3       Q.   Okay.  But it would be very concerning to
10:43:26  4   you if you ran a CFD and it diverged.
10:43:31  5       MR. GOSS:   Object to form.
10:43:34  6       A.   It depends on why it diverged.  I don't -- I
10:43:37  7   wouldn't say a priori it would be very concerning.  I
10:43:43  8   mean, I'd want to know why, but it may or may not
10:43:46  9   concern me.
10:43:47  10      Q.   And to determine whether or not there is
10:43:49  11  divergence -- why the divergence occurred, you would
10:43:53  12  need the initial conditions; correct?
10:43:54  13      A.   No.
10:43:55  14      Q.   "No"?
10:43:56  15      A.   No.
10:43:57  16      Q.   What would you need?
10:44:02  17      A.   So, for example, I gave two reasons why a
10:44:07  18  solution might be -- might diverge, and one was
10:44:10  19  unphysical boundary conditions or unphysical
10:44:12  20  conditions.
10:44:13  21      Q.   What do you mean by "unphysical," by the
10:44:15  22  way?
10:44:15  23      A.   Let's say --
10:44:16  24           Let's think about this room.  Let's say that
10:44:20  25  we have ventilation flow coming in from the ceiling

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

66

10:44:24  1   and we set up a CFD model and we have no outflow.  We
10:44:29  2   have no way for that air to leave.  Over time, air is
10:44:33  3   going to be entering the room, it's going to be
10:44:35  4   filling up the room, the room is going to become
10:44:37  5   pressurized and it will continue on to infinity.  That
10:44:40  6   would be an unphysical situation.  We know that's not
10:44:43  7   true.
10:44:43  8       Q.   Okay.
10:44:43  9       A.   So there has to be some outlet to this room.
10:44:46  10  The outlet may be another vent, it may be underneath
10:44:49  11  the door, but that would allow the solution not to
10:44:51  12  diverge.
10:44:52  13           Another example, using this room again,
10:44:56  14  would be related to heat.  We have things that are
10:44:59  15  generating heat.  We have, I am, every -- every
10:45:03  16  electronic device is, and that heat has to go
10:45:06  17  somewhere.  If in our simulation we don't provide an
10:45:10  18  -- an avenue for the heat to leave, the heat would
10:45:12  19  build up to infinity and that would be another
10:45:15  20  divergence.  So it depends on the cause.
10:45:26  21      Q.   And would those divergence cause the CFD
10:45:31  22  model to crash?
10:45:33  23      A.   The two that I mentioned would.
10:45:35  24      Q.   Okay.  Any other divergence that could cause
10:45:42  25  a CFD model to crash?

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

67

10:45:47  1       A.   I think if you took too large of a time
10:45:49  2   step, that may cause divergence -- that would cause
10:45:52  3   divergence.
10:45:56  4       Q.   What about too small of a time step?
10:45:59  5       A.   Oh boy.  I've never heard of too small of a
10:46:02  6   time step causing divergence.  I suppose if your time
10:46:07  7   step was so small that the results were within the
10:46:14  8   truncation error of the chip, that would -- that would
10:46:16  9   be an issue for me, that would be a question.  I don't
10:46:20  10  know if that would cause divergence.  I -- I would say
10:46:22  11  this.  I've never heard of too small of a time step
10:46:25  12  causing divergence.
10:46:28  13      Q.   Now the example I gave you before with the
10:46:31  14  initial conditions of a room being at like 90 degrees
10:46:37  15  Celsius, if divergence occurred because of that
10:46:40  16  scenario that was because I picked poor initial
10:46:43  17  conditions; correct?
10:46:45  18      A.   If the init -- If the convergence --
10:46:49  19           If the divergence occurred because you set a
10:46:52  20  room at 90 degrees Celsius, then yes, your initial
10:46:56  21  conditions would have caused the divergence.
10:46:58  22      Q.   So bad initial conditions could cause
10:47:00  23  divergence.
10:47:01  24      A.   Yes.  And I've already stated that.
10:47:04  25      Q.   Now you've had your deposition taken before

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

68

10:47:07  1   in this -- in the multidistrict litigation; correct?
10:47:11  2       A.   Yes.
10:47:11  3       Q.   And you reviewed it and signed it for
10:47:14  4   corrections; correct?
10:47:15  5       A.   Yes.
10:47:16  6       Q.   And you made three changes; correct?
10:47:18  7       A.   I don't recall the changes.
10:47:21  8       Q.   Okay.  You made some minor changes to the --
10:47:23  9   on your errata sheet.
10:47:25  10           Do you know what an errata sheet is?
10:47:27  11      A.   Yes, I do.
10:47:28  12      Q.   Okay.  Did you review your deposition in
10:47:29  13  preparation of today's deposition?
10:47:30  14      A.   Yes.
10:47:30  15      Q.   And when was the last time you read your
10:47:32  16  deposition?
10:47:33  17      A.   Within the last week.
10:47:40  18      Q.   Did you meet with anyone with respect to
10:47:42  19  your -- in preparation of today's deposition?
10:47:45  20      A.   Yes.
10:47:46  21      Q.   With counsel?
10:47:47  22      A.   Yes.
10:47:48  23      Q.   And when did you meet?
10:47:50  24      A.   I believe Monday and Tuesday of this week.
10:47:52  25      Q.   And how long did you meet for?

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

69

| | |
|---|---|
| 10:47:54 | 1    A.    Approximately two hours each time. |
| 10:47:56 | 2    Q.    Okay.  Was anyone there besides counsel? |
| 10:48:01 | 3    A.    No. |
| 10:48:03 | 4    Q.    Prior to this week did you meet with them in |
| 10:48:07 | 5  preparation of today's deposition? |
| 10:48:11 | 6    A.    I don't recall meeting with them prior to |
| 10:48:16 | 7  this week in preparation for this deposition. |
| 10:48:18 | 8    Q.    Okay.  Have you met with them since your |
| 10:48:29 | 9  last depo? |
| 10:48:30 | 10    A.    Yes. |
| 10:48:31 | 11    Q.    How many times? |
| 10:48:33 | 12    A.    Oh, I don't know.  I've met with them twice |
| 10:48:35 | 13  this week, as I've mentioned. |
| 10:48:37 | 14    Q.    Besides this week. |
| 10:48:39 | 15    A.    I don't know how many times.  Not very many, |
| 10:48:43 | 16  because I've been out of the country for a lot of that |
| 10:48:46 | 17  time period. |
| 10:48:47 | 18    Q.    For work? |
| 10:48:48 | 19    A.    For work and family travel. |
| 10:48:51 | 20    Q.    Okay.  Would the times that you meet with |
| 10:49:00 | 21  counsel in this case be on your invoices? |
| 10:49:06 | 22    A.    You know, I don't know.  I tend to not |
| 10:49:09 | 23  charge for a lot of things.  I tend not to charge for |
| 10:49:12 | 24  phone calls.  I don't charge for travel, and short |
| 10:49:17 | 25  meetings I tend not to charge.  So it is possible a |

STIREWALT & ASSOCIATES
1-800-553-1953 info@stirewalt.com

70

| | |
|---|---|
| 10:49:21 | 1  meeting occurred that is not on the invoice. |
| 10:49:25 | 2    Q.    Have you met with anyone else besides |
| 10:49:27 | 3  counsel regarding your CFD analysis in this case? |
| 10:49:31 | 4    A.    No. |
| 10:49:36 | 5    Q.    What is a short meeting? |
| 10:49:40 | 6    A.    Less than an hour maybe. |
| 10:49:42 | 7    Q.    Okay.  Have you -- |
| 10:49:46 | 8          Have you had any discussions with regard to |
| 10:49:49 | 9  your CFD analysis with any other professors? |
| 10:49:59 | 10    A.    No. |
| 10:50:21 | 11          MR. ASSAAD:  Let's take a break. |
| 10:50:23 | 12          THE REPORTER:  Off the record, please. |
| 10:50:24 | 13          (Recess taken from 10:50 to 11:01 a.m.) |
| 11:01:07 | 14  BY MR. ASSAAD: |
| 11:01:16 | 15    Q.    I want to back up a little bit just so I |
| 11:01:19 | 16  understand what your opinions are with respect to the |
| 11:01:21 | 17  streamlines and your quasi-steady determination. |
| 11:01:18 | 18          You agree with me that between the different |
| 11:01:33 | 19  TRN files that you've run there is a change in |
| 11:01:38 | 20  temperature. |
| 11:01:39 | 21    A.    I did not agree to that.  I said there may |
| 11:01:41 | 22  be. |
| 11:01:43 | 23    Q.    So you don't know one way or the other. |
| 11:01:45 | 24    A.    There would be some cha -- |
| 11:01:47 | 25          There has to be some change in temperature, |

STIREWALT & ASSOCIATES
1-800-553-1953 info@stirewalt.com

71

| | |
|---|---|
| 11:01:49 | 1  but any change in temperature would be immaterial to |
| 11:01:52 | 2  the conclusions of my report. |
| 11:01:54 | 3    Q.    Okay.  But there would be some change in |
| 11:01:56 | 4  temperature based on your education, training and |
| 11:01:58 | 5  experience. |
| 11:01:58 | 6    A.    There have to be. |
| 11:01:59 | 7    Q.    Because you have a heat source in the room. |
| 11:02:04 | 8    A.    That's not the reason.  It's because flow -- |
| 11:02:09 | 9  airflow in any space is going to have some change in |
| 11:02:12 | 10  temperature. |
| 11:02:14 | 11    Q.    But all -- |
| 11:02:14 | 12    A.    It may be small, it may be large, but there |
| 11:02:17 | 13  would be -- have to be some non-zero change in |
| 11:02:19 | 14  temperature. |
| 11:02:20 | 15    Q.    Okay.  But also you have a Bair Hugger |
| 11:02:21 | 16  device that's blowing warm air into the operating |
| 11:02:24 | 17  room. |
| 11:02:25 | 18    A.    That is true, and there's also a ventilation |
| 11:02:28 | 19  system that's blowing cold air. |
| 11:02:30 | 20    Q.    Okay.  With respect to velocity, is there |
| 11:02:35 | 21  going to be a change in the velocity at certain points |
| 11:02:40 | 22  in the operating room between different TRN files? |
| 11:02:43 | 23    A.    There has to be some non-zero change in |
| 11:02:46 | 24  velocity at certain points. |
| 11:02:48 | 25    Q.    Okay.  And that would include the velocity |

STIREWALT & ASSOCIATES
1-800-553-1953 info@stirewalt.com

72

| | |
|---|---|
| 11:02:52 | 1  vectors; correct? |
| 11:02:54 | 2    A.    That would include the velocity vectors. |
| 11:02:56 | 3    Q.    Okay.  And there would be a change in |
| 11:03:04 | 4  turbulent intensity between the different TRN files; |
| 11:03:07 | 5  correct? |
| 11:03:08 | 6    A.    With any unsteady flow there would have to |
| 11:03:10 | 7  be a non-zero change in turbulence intensity. |
| 11:03:15 | 8    Q.    And you consider this an unsteady flow; |
| 11:03:17 | 9  correct? |
| 11:03:17 | 10    A.    This is an unsteady flow. |
| 11:03:19 | 11    Q.    And that's why it's -- you're using LES. |
| 11:03:23 | 12    A.    No. |
| 11:03:24 | 13    Q.    That was a bad question.  You are correct. |
| 11:03:25 | 14          Because you can use RANS for an unsteady |
| 11:03:28 | 15  flow; correct? |
| 11:03:29 | 16    A.    Correct. |
| 11:03:39 | 17    Q.    But when you run LES it is a transient flow; |
| 11:03:41 | 18  correct? |
| 11:03:42 | 19    A.    That is correct. |
| 11:03:43 | 20    Q.    And "transient" means that it's changing |
| 11:03:45 | 21  over time; correct? |
| 11:03:46 | 22    A.    That is correct. |
| 11:03:59 | 23    Q.    Now when you ran the streamlines on the 2540 |
| 11:04:04 | 24  TRN file you are looking at the results with respect |
| 11:04:19 | 25  to velocity and its vectors just for that specific |

STIREWALT & ASSOCIATES
1-800-553-1953 info@stirewalt.com

73

| | |
|---|---|
| 11:04:25 | 1 time; correct? |
| 11:04:27 | 2   A.   That is correct. |
| 11:04:28 | 3   Q.   Okay.  So for example, the 2540 TRN file you |
| 11:04:44 | 4 are basically freezing the model and looking at the |
| 11:04:46 | 5 velocity vectors to determine the airflow; correct? |
| 11:04:53 | 6   MR. GOSS:  Object to form.  Go ahead. |
| 11:04:54 | 7   A.   That's correct.  And let me explain how this |
| 11:04:57 | 8 works. |
| 11:04:58 | 9   Q.   Well let me just ask a couple questions just |
| 11:05:00 | 10 so -- |
| 11:05:01 | 11   A.   No, I would like to explain. |
| 11:05:02 | 12   Q.   Okay.  But the answer to my question is |
| 11:05:04 | 13 "yes." |
| 11:05:04 | 14   A.   That is -- |
| 11:05:05 | 15   Yes. |
| 11:05:06 | 16   Q.   Okay. |
| 11:05:07 | 17   A.   So when you're dealing with an unsteady |
| 11:05:09 | 18 problem you have results at every time step.  Think of |
| 11:05:14 | 19 it like a movie, and then you have the individual |
| 11:05:19 | 20 frames.  If you want to know, let's say, what is |
| 11:05:25 | 21 happening to the flow or particles during that movie, |
| 11:05:30 | 22 you have two options:  One, you can take a bunch of |
| 11:05:38 | 23 frames and smear them out.  So think about a -- if |
| 11:05:41 | 24 you're looking at a fire, you're taking a bunch of |
| 11:05:44 | 25 snapshots.  And a fire changes over time, I |

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

74

| | |
|---|---|
| 11:05:48 | 1 think we would agree.  And in one method you take |
| 11:05:54 | 2 maybe a hundred or a thousand snapshots and you |
| 11:05:58 | 3 average them together, so instead of a fire you get a |
| 11:06:00 | 4 blob.  Okay.  That's called a time-averaging |
| 11:06:05 | 5 technique.  That I believe is the incorrect way of |
| 11:06:08 | 6 doing it, although that's the way Elghobashi did his |
| 11:06:10 | 7 work. |
| 11:06:11 | 8   I think you don't average.  I think what you |
| 11:06:13 | 9 do is you take individual snapshots and you say what |
| 11:06:18 | 10 is the flow pattern in this frame, then what is the |
| 11:06:20 | 11 flow pattern in the next frame, and what is the flow |
| 11:06:23 | 12 pattern in the third frame.  I think that's a much |
| 11:06:26 | 13 more rigorous way and accurate way of looking at the |
| 11:06:29 | 14 results.  That's what I did. |
| 11:06:31 | 15   And as to your question, the TRN file is a |
| 11:06:33 | 16 frame.  Think of it as a frame in a movie. |
| 11:06:38 | 17   Q.   It's an individual frame; correct? |
| 11:06:40 | 18   A.   That's what I said. |
| 11:06:41 | 19   Q.   Okay.  And there's no change in that frame |
| 11:06:43 | 20 with respect to temperature. |
| 11:06:45 | 21   A.   I did not say that. |
| 11:06:47 | 22   Q.   Well if you look at the TRN file, you're |
| 11:06:50 | 23 looking at a still frame at that point in time. |
| 11:06:53 | 24   A.   Yes. |
| 11:06:54 | 25   Q.   Okay.  And you're running the streamline for |

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

75

| | |
|---|---|
| 11:07:08 | 1 60 seconds in that individual frame. |
| 11:07:12 | 2   A.   That is correct.  I'm tracking the path of |
| 11:07:18 | 3 the flow over a 60-second time period in that frame. |
| 11:07:23 | 4   Q.   Okay.  So my -- the answer to my question is |
| 11:07:25 | 5 "yes." |
| 11:07:27 | 6   A.   I think I answered it. |
| 11:07:32 | 7   Q.   You're running the streamline for 60 seconds |
| 11:07:34 | 8 in that individual frame. |
| 11:07:35 | 9   A.   That is correct. |
| 11:07:36 | 10   Q.   Okay.  And in that frame you agree with me |
| 11:07:57 | 11 that what is happening at 5.02 seconds -- |
| 11:08:11 | 12   MR. GOSS:  Seven seconds?  5.07? |
| 11:08:14 | 13   MR. ASSAAD:  5.07 seconds.  I don't know |
| 11:08:16 | 14 why I keep saying "2." |
| 11:08:18 | 15   Q.   -- 5.07 seconds, the velocity vectors are |
| 11:08:20 | 16 going to be different at 6.07 seconds. |
| 11:08:27 | 17   A.   In an unsteady flow they have to be |
| 11:08:29 | 18 different. |
| 11:08:30 | 19   Q.   And we are in an unsteady flow here; |
| 11:08:33 | 20 correct? |
| 11:08:34 | 21   A.   That is correct. |
| 11:08:34 | 22   Q.   Okay.  So the forces on a particle, the |
| 11:08:37 | 23 velocity forces are going to have different vectors |
| 11:08:44 | 24 that are on that particle at 6.07 seconds than were on |
| 11:08:49 | 25 5.07 seconds; correct? |

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

76

| | |
|---|---|
| 11:08:51 | 1   A.   That was a very cumbersome question.  Could |
| 11:08:54 | 2 you -- |
| 11:08:58 | 3   You said the forces on a particle, period. |
| 11:08:58 | 4 Could you restate the question? |
| 11:08:59 | 5   Q.   I will. |
| 11:09:00 | 6   Streamlines are based on velocity vectors. |
| 11:09:06 | 7   A.   Correct. |
| 11:09:07 | 8   Q.   And it's the tangent to the velocity vector. |
| 11:09:10 | 9   A.   That is correct. |
| 11:09:11 | 10   Q.   Okay.  The velocity vector at 5.02 seconds |
| 11:09:16 | 11 -- 7 seconds -- is going to be different than the |
| 11:09:18 | 12 velocity vector at 6.07 seconds; correct? |
| 11:09:22 | 13   A.   It has to be. |
| 11:09:23 | 14   Q.   Because it's unsteady flow. |
| 11:09:24 | 15   A.   Correct. |
| 11:09:25 | 16   Q.   Okay.  So when you run your streamline, |
| 11:09:27 | 17 okay, your streamline at one second, the velocity |
| 11:09:33 | 18 vectors at that time are going to be different than |
| 11:09:42 | 19 when you first started the streamline at five oh seven |
| 11:09:45 | 20 seconds. |
| 11:09:46 | 21   A.   Well one second would be before 5.07, but I |
| 11:09:50 | 22 would say this.  The streamlines change in time. |
| 11:09:52 | 23   Q.   Okay. |
| 11:09:53 | 24   A.   In an unsteady flow the flow patterns -- |
| 11:09:57 | 25 everything is always changing, and that's why I want |

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

77

11:10:00  1   to go back to the how do you handle it.

11:10:02  2        It's a movie, okay?

11:10:04  3   Q.   I --

11:10:05  4   A.   A fire is changing in time and you have to

11:10:08  5   decide to describe -- you have to --

11:10:10  6        If you want to describe the fire you have to

11:10:12  7   make a choice of how you describe it.  Your choices

11:10:14  8   are to average all of it out and not account for the

11:10:19  9   changes in time.  That's one choice.  It's the

11:10:22  10  incorrect choice, but that's the choice Elghobashi

11:10:24  11  made.  Your other choice is to look at each individual

11:10:27  12  frame, which I think is the more rigorous choice and

11:10:29  13  that's the choice I made.  So your streamlines

11:10:31  14  necessarily change in time, because it's an unsteady

11:10:35  15  flow.

11:10:36  16  Q.   And because they change in time, a

11:10:39  17  streamline that you show at 5.07 seconds is not going

11:10:45  18  to tell you where the particle is at 6.07 seconds;

11:10:50  19  correct?

11:10:52  20  A.   I think you're confusing times here.

11:10:55  21       But yes, I would say this:  Any TRN file

11:11:03  22  which is at a different -- it's a different snapshot

11:11:06  23  in a movie, will show a difference from any other

11:11:10  24  snapshot.  I agree to that.

11:11:12  25       So the question is, are those snapshots

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

78

11:11:15  1   representative of what's actually happening.

11:11:19  2   Q.   And to follow a particle and to account for

11:11:23  3   the chan -- for the unsteady state because of the

11:11:28  4   changing in velocity vectors you would have to run,

11:11:33  5   like a movie, a particle at 5.07 seconds, and then

11:11:38  6   look at that particle where it is at 6.07 seconds,

11:11:44  7   7.07 seconds, because unless you follow the particle

11:11:46  8   in each frame you're not going to get the true effect

11:11:54  9   of the velocity vectors on a particle.  Isn't that

11:11:57  10  correct?

11:11:58  11  A.   I disagree.

11:11:59  12  Q.   Okay.  So if you look at your streamlines at

11:12:16  13  20 seconds, are you telling me that the velocity

11:12:20  14  vector at 20 seconds is going to be the same velocity

11:12:24  15  vector acting on that point if you did a simulation

11:12:30  16  that was at 25.07 seconds?

11:12:37  17  A.   I would say this.  I ran thousands of

11:12:41  18  calculations, and for those calculations I tracked the

11:12:48  19  flow for 60 seconds and I observed no meaningful

11:12:53  20  change in the flow patterns, and I observed none of

11:12:57  21  those streamlines approaching the -- getting into the

11:13:03  22  surgical site.  Now whether we call that above the

11:13:05  23  operating table, whether we call the knee or the

11:13:08  24  hip or the operating theater, I don't care what you

11:13:10  25  call it.  But I calculated streamlines, snapshots --

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

79

11:13:16  1   many thousands of snapshots and I never observed that.

11:13:20  2        Now it turns out I was overly ambitious.  I

11:13:23  3   calculated the streamlines for 60 seconds, and now I

11:13:27  4   understand that, according to Elghobashi, the

11:13:31  5   particles would reach there in 43 seconds.  So if I

11:13:35  6   could do it again knowing what I know now, I would

11:13:35  7   have only tracked the streamlines for 43 seconds.  But

11:13:39  8   the resul -- the conclusion would be the same, in fact

11:13:42  9   it would be a stronger conclusion.

11:13:43  10  Q.   Okay.  So what's the answer to my question?

11:13:46  11  A.   I don't recall what your question is.

11:13:48  12  Q.   Because I don't recall what you're

11:13:50  13  answering, because it wasn't the answer to my

11:13:52  14  question, so let's go back.

11:13:53  15       My question is:  If you look at your

11:14:00  16  streamlines at 20 seconds, is it your opinion that the

11:14:03  17  velocity vector at 20 seconds is going to be the same

11:14:07  18  velocity vector acting on that point if you did a

11:14:13  19  simulation that was at 25.07 seconds?

11:14:16  20  A.   And the answer is no.

11:14:17  21  Q.   Okay.  Now you mentioned that you may have

11:14:28  22  used the 750 CFD analysis for your initial conditions?

11:14:35  23  A.   I may have.

11:14:37  24  Q.   How would you know?

11:14:38  25  A.   I don't know.  Sitting here now, I don't

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

80

11:14:41  1   know.

11:14:41  2   Q.   So --

11:14:45  3   A.   And of course it doesn't matter.

11:14:47  4   Q.   I understand that, according to you.  But --

11:14:51  5   A.   No.  No, that's not true.

11:14:53  6   Q.   Okay.

11:14:53  7   A.   According to how CFD works it doesn't

11:14:56  8   matter.  As I've said today, and as I've said in our

11:15:00  9   last deposition, the actual initial conditions don't

11:15:02  10  matter.  You don't need the same initial conditions to

11:15:05  11  get to the same result, so it doesn't matter.

11:15:07  12  Q.   Did you read plaintiffs' motion to exclude

11:15:10  13  you in the general cause part?

11:15:13  14  A.   Yes.

11:15:15  15  Q.   And did you read the transcript of the Court

11:15:15  16  with respect --

11:15:17  17  A.   Yes, I did.

11:15:24  18  Q.   So just to sum it up.  It's my understanding

11:15:28  19  that your -- that it's your opinion that initial

11:15:31  20  conditions don't matter.

11:15:35  21  A.   No.

11:15:36  22       Here's my opinion, and I want to be very

11:15:39  23  clear.  Initial conditions -- You need initial

11:15:44  24  conditions to get a solution, but provided your

11:15:47  25  initial conditions are good enough, you should come to

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

81

11:15:49 1 the same ultimate result and the same conclusion.

11:15:54 2     As I said earlier in this deposition, your

11:15:55 3 initial conditions could be so crazy that it could

11:15:58 4 cause divergence.  So your initial conditions may

11:16:02 5 matter in that circumstance, but if your initial

11:16:05 6 conditions are good enough, you will come to the

11:16:07 7 correct ultimate solution.

11:16:09 8     Q.   Okay.  And the transient model is dependent

11:16:21 9 on the initial conditions; correct?

11:16:27 10     A.   Well I think I just answered that, but let

11:16:29 11 me answer it again in a way that maybe makes more

11:16:32 12 sense.

11:16:33 13     Q.   Well can you answer that question "yes" or

11:16:35 14 "no"?

11:16:37 15     A.   It's not a question that can be answered

11:16:39 16 "yes" or "no."

11:16:40 17     Q.   Okay.

11:16:40 18     A.   The answer is -- You asked does a transient

11:16:44 19 model depend on the initial conditions.  And I just

11:16:47 20 gave an example of where the model does depend on the

11:16:51 21 initial conditions.  You could give a crazy initial

11:16:53 22 condition.  If I assumed the air in this room was a

11:16:56 23 thousand degrees and then I started my calculation, it

11:16:59 24 may diverge.  But if I gave reasonable initial

11:17:03 25 conditions, it wouldn't diverge.  So provided your

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

82

11:17:07 1 initial conditions are good enough, they do not affect

11:17:09 2 the ultimate conclusion of the calculations.

11:17:13 3     Q.   You agree with me that the first time step

11:17:16 4 depends on the initial condition.

11:17:17 5     A.   I agree the first time step depends on the

11:17:20 6 initial condition.

11:17:37 7     Q.   And you agree with me that the time it takes

11:17:44 8 for you to determine quasi-steady state depends on the

11:17:49 9 initial conditions.

11:17:50 10     A.   It may.

11:18:27 11     (Abraham Exhibit 3 marked for

11:18:27 12     identification.)

11:18:27 13 BY MR. ASSAAD:

11:18:49 14     Q.   Do you recognize what's been marked as

11:18:51 15 Exhibit 3?

11:18:54 16     A.   Yes, I do.

11:18:58 17     Q.   What is Exhibit 3?

11:19:00 18     A.   Exhibit 3 is a journal publication which I

11:19:02 19 authored.

11:19:04 20     Q.   Did you author it with anybody else?

11:19:05 21     A.   Yes.

11:19:06 22     Q.   Who?

11:19:07 23     A.   Brian Plourde and Lauren Vallez.

11:19:11 24     Q.   You agree with me that there's information

11:19:13 25 in Exhibit 3 that was not in your expert report that

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

83

11:19:17 1 was submitted in the general causation case.

11:19:19 2     A.   I agree.

11:19:20 3     Q.   Okay.  Does the --

11:19:26 4     Does Exhibit 3 contain any results of the

11:19:34 5 505 modeling?

11:19:37 6     A.   No.

11:19:46 7     Q.   Do you recall that in your deposition you

11:19:48 8 indicated to me that -- that the article contained

11:19:52 9 results for the 505 modeling?

11:19:53 10     A.   If I did, then that was an error.

11:20:24 11     (Abraham Exhibit 4 marked for

11:20:24 12     identification.)

11:20:25 13 BY MR. ASSAAD:

11:20:25 14     Q.   I'd like you to look to page 79 of your --

11:20:27 15 Strike that.

11:20:28 16     Exhibit 4 is a copy of your deposition taken

11:20:32 17 on July 20th, 2017.  Do you recognize this deposition?

11:20:40 18     A.   Yes.

11:20:43 19     Q.   And the -- the deposition was taken under

11:20:48 20 oath; correct?

11:20:49 21     A.   Yes.

11:20:50 22     Q.   And the court reporter was the astonishing

11:20:55 23 Stirewalt & Associates.

11:20:56 24     Do you recall that?

11:20:56 25     A.   Yes.

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

84

11:20:58 1     MR. GOSS:  Inestimable.

11:21:01 2     Q.   Let's look at page 79.

11:21:08 3     And you had a chance to go back and read and

11:21:10 4 review your deposition for corrections.

11:21:12 5     A.   That is correct.

11:21:13 6     Q.   Okay.  And you actually did that; correct?

11:21:15 7     A.   That is correct.

11:21:16 8     Q.   Okay.  And you read it carefully; correct?

11:21:18 9     A.   Yes.

11:21:19 10     Q.   And you wanted to be as accurate as

11:21:22 11 possible.

11:21:22 12     A.   That is right.

11:21:24 13     Q.   And you read it again this week; correct?

11:21:26 14     A.   That is correct.

11:21:27 15     Q.   If you look at page 79, line 4, I asked you:

11:21:31 16     "Okay.  And I know you -- in your

11:21:33 17     journal article you looked at 505

11:21:35 18     as well?"

11:21:35 19     And your answer was "yes."

11:21:37 20     A.   That is correct.

11:21:38 21     Q.   Are you saying that is incorrect?

11:21:40 22     A.   Yes, I am.

11:21:40 23     Q.   And you did not correct that in your errata

11:21:43 24 sheet; correct?

11:21:44 25     A.   That is correct.

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

85

11:21:44 1    Q.    And you did not --

11:21:45 2    A.    I did not notice that error in my errata

11:21:48 3  sheet.

11:21:58 4    Q.    Now in the 750 report you only looked at 264

11:22:04 5  time steps; correct?

11:22:05 6    A.    Incorrect.

11:22:10 7    Q.    The results you looked at and the

11:22:13 8  streamlines you created was on the 264 TRN file.

11:22:16 9    A.    That is correct.

11:22:19 10   Q.    And the temperature of the Bair Hugger was

11:22:20 11 41 degrees Celsius; correct?

11:22:22 12   A.    Yes.

11:22:23 13   Q.    The exhaust of the Bair Hugger.

11:22:24 14   A.    Correct.

11:22:25 15   Q.    Okay.  And you looked at the Bair Hugger as

11:22:29 16 only being on, correct, in the 750 report?

11:22:32 17   A.    Yes.

11:22:33 18   Q.    And there you used a nine-million-grid mesh.

11:22:37 19   A.    I don't recall the size of the mesh.

11:22:39 20   Q.    And the time step that was used was .01

11:22:42 21 seconds.

11:22:42 22   A.    I don't recall the time step.

11:22:44 23   Q.    Look at page 169 of your deposition of

11:22:48 24 Exhibit 4.

11:22:59 25   A.    (Witness complying.)

STIREWALT & ASSOCIATES
1-800-553-1953 info@stirewalt.com

86

11:23:05 1    Q.    Page -- Line 24.

11:23:10 2         "So if I represent to you that the

11:23:12 3         TRN files says .01 seconds, would

11:23:15 4         you disagree with that?

11:23:16 5         ANSWER:  I would not disagree with

11:23:18 6         that."

11:23:18 7         So sitting here today, do you disagree that

11:23:21 8  the time step was .01 seconds?

11:23:23 9    A.    No.

11:23:25 10   Q.    And if I recall correctly, the 264.TRN was a

11:23:30 11 simulation time of 1.2 seconds.  That sound about

11:23:33 12 right?

11:23:34 13   A.    The T -- the 264 TRN corresponded to a 1.2

11:23:40 14 second --

11:23:40 15   Q.    Okay.

11:23:40 16   A.    -- simulation time.

11:23:45 17   Q.    And is that as far forward as you ran the

11:23:49 18 TRN file, 264?

11:23:52 19   A.    No.

11:23:52 20         MR. GOSS:  The simulation?

11:23:54 21   Q.    The simulation?

11:23:55 22   A.    No.

11:23:56 23   Q.    How far did you run it forward?

11:23:57 24   A.    I think I stated in my deposition that I had

11:23:59 25 a file at 300, and one earlier, maybe 263.  I don't

STIREWALT & ASSOCIATES
1-800-553-1953 info@stirewalt.com

87

11:24:06 1  recall how far forward I ran it.

11:24:08 2    Q.    In your report --

11:24:12 3         In your publication you mentioned that --

11:24:38 4  You said, "approximately two thousand time-step

11:24:41 5  calculations were completed."

11:24:42 6    A.    Can you direct me to where that's stated?

11:24:45 7    Q.    Yes, page 8.

11:24:48 8         MR. GOSS:  Are we talking about his 750

11:24:51 9  report or his --

11:24:51 10        MR. ASSAAD:  Publication.

11:24:52 11        MR. GOSS:  -- Gareis report?

11:24:54 12        Oh, on the publication.

11:24:55 13   Q.    Publication.  I'm sorry.

11:25:08 14   A.    Yes, I see that.

11:25:24 15   Q.    So in Exhibit Number 3, which is your

11:25:28 16 report, on page 8 --

11:25:31 17        MR. GOSS:  Article.

11:25:31 18        MR. ASSAAD:  Huh?

11:25:32 19        MR. GOSS:  The article; right?

11:25:34 20        MR. ASSAAD:  Article.

11:25:35 21        MR. GOSS:  Okay.  Thanks.

11:25:35 22        MR. ASSAAD:  Exhibit 3.

11:25:36 23        MR. GOSS:  Thank you.

11:25:37 24   Q.    You mention that you ran 2,000 time-step

11:25:44 25 calculations on the 750 model; correct?

STIREWALT & ASSOCIATES
1-800-553-1953 info@stirewalt.com

88

11:25:47 1    A.    Incorrect.

11:25:49 2    Q.    "Approximately 2,000 time-step

11:25:51 3  calculations."

11:25:51 4    A.    Incorrect.

11:25:59 5    Q.    How many time step calculations were

11:26:00 6  performed on the 750?

11:26:04 7    A.    Well what you're referring to here doesn't

11:26:07 8  relate to the 750.  If you read the --

11:26:10 9         Let me read the paragraph.  "One final

11:26:12 10 numerical calculation was performed with the cessation

11:26:17 11 of heated airflow from the" convective -- "convection

11:26:21 12 device.  The spent air of the convection device was

11:26:25 13 converted to an adiabatic" -- A-D-I-A-B-A-T-I-C --

11:26:32 14 "no-slip wall in the simulation.  The results were

11:26:36 15 obtained using the LES method previously described.

11:26:40 16 While approximately 2,000 time-steps" were --

11:26:46 17 "calculations were completed, virtually no difference

11:26:48 18 was found in the streamline pattern.  That is, the

11:26:52 19 room flow patterns with and without the convection

11:26:54 20 device were nearly identical.  A graphical image of

11:26:58 21 the inlet streamlines is shown in both foot and side

11:27:01 22 view in Figure 11."

11:27:03 23   Q.    So you turned the Bair Hugger off?

11:27:05 24   A.    That paragraph refers to me turning the Bair

11:27:08 25 Hugger off.

STIREWALT & ASSOCIATES
1-800-553-1953 info@stirewalt.com

89

11:27:09 1    Q.   Okay.  So you ran the Bair Hugger off in the
11:27:12 2    publication.
11:27:12 3    A.   That's correct.
11:27:14 4    Q.   You didn't provide those results in your
11:27:16 5    expert report; correct?
11:27:17 6    A.   No.  And they are not relevant to the expert
11:27:20 7    report.
11:27:21 8    Q.   But they weren't provided in the expert
11:27:22 9    report; correct?
11:27:23 10   A.   They were not provided, and they were not
11:27:24 11   relevant because my expert report wanted to answer the
11:27:30 12   question does the Bair Hugger bring potentially
11:27:33 13   unclean air to the surgical site.  And running a case
11:27:35 14   without the Bair Hugger is immaterial to that
11:27:38 15   question.
11:27:39 16        MR. ASSAAD:  Move to strike the
11:27:40 17   nonresponsive portion of his answer.
11:28:05 18   Q.   Going to page 5 of Exhibit 3, your article.
11:28:26 19   On the bottom paragraph you mention that "...over
11:28:32 20   2,000 time steps were made following the achievement
11:28:34 21   of the results already provided."
11:28:37 22        Were those time steps with the Bair Hugger
11:28:39 23   on?
11:28:40 24   A.   Yes.
11:28:41 25   Q.   Okay.  So the results are the 264.TRN file;

90

11:28:47 1    correct?
11:28:48 2    A.   Yes.
11:28:48 3    Q.   And you ran it for another 2,000 time steps
11:28:51 4    after that; correct?
11:28:52 5    A.   Yes.
11:28:54 6    Q.   That wasn't provided in your expert report
11:28:56 7    that was submitted for general causation; correct?
11:28:58 8    A.   That is correct.
11:28:58 9    Q.   Okay.  And how --
11:29:00 10   A.   But what was provided was a statement to
11:29:02 11   this effect.  I stated in my causation report that if
11:29:05 12   you looked at other time steps the results would not
11:29:08 13   -- would not materially change.
11:29:10 14   Q.   So my understanding is --
11:29:13 15        Well let me ask you this:  What was the time
11:29:15 16   step -- What was the time step, like how many seconds
11:29:20 17   between -- for each time step?
11:29:22 18   A.   I don't recall.
11:29:22 19   Q.   Would you have --
11:29:23 20        Would it have been at still .01 seconds?
11:29:26 21   A.   It may have been.
11:29:27 22   Q.   Okay.  So if it was .01 seconds, we're
11:29:30 23   looking at another 20 seconds of simulation time.
11:29:33 24   A.   That may be true.
11:29:34 25   Q.   Okay.  And when you ran it forward over

91

11:29:38 1    2,000 time steps did you have any problems with
11:29:40 2    convergence?
11:29:42 3    A.   I did not --
11:29:44 4        I do not recall having any problems with
11:29:45 5    convergence.
11:29:47 6    Q.   Were there any failures?
11:29:48 7    A.   I do not recall any failures.
11:29:50 8    Q.   And if there was a failure, that would be
11:29:52 9    something that you would recall; correct?
11:29:54 10   A.   It is likely I would recall it, but I may
11:29:57 11   not recall it.
11:29:58 12   Q.   Okay.  So it's possible that your CFD could
11:30:00 13   have failed doing the 750?
11:30:02 14   A.   I would say this.  I do not recall it
11:30:04 15   failing doing the 750.
11:30:06 16   Q.   But you're not saying it would not be
11:30:08 17   possible.
11:30:09 18   A.   Anything is possible.
11:30:10 19        What I'm telling you is I do not recall any
11:30:12 20   failures when I ran these calculations.
11:30:15 21   Q.   Okay.  And if you look at -- if you continue
11:30:22 22   it talks about Figure 6 showing an approximately 2,500
11:30:27 23   time steps; correct?
11:30:27 24   A.   Yes.
11:30:29 25   Q.   So now you at least ran it 2,500 time steps;

92

11:30:33 1    correct?
11:30:34 2    A.   Correct.
11:30:39 3    Q.   In addition, in your published paper you
11:30:42 4    also ran the calculations at 43 degrees Celsius for
11:30:45 5    the Bair Hugger exit temperature; correct?
11:30:48 6    A.   I'll clarify your question and then I'll
11:30:50 7    answer it.  The Bair Hugger is set at 43.  What that
11:30:54 8    means is the air going from the hose into the blanket
11:30:58 9    is 43 Celsius.  Now the -- when the air comes out of
11:31:03 10   the blanket it's not 43 any more, it varies depending
11:31:06 11   on where you are, but it varies typically between 41
11:31:10 12   and the low 30s.  Okay.  So 41 degrees is the highest
11:31:20 13   temperature the air exits the blanket, 43 degrees is
11:31:26 14   the air temperature into the blanket.
11:31:26 15        So we just have to be clear when we say "the
11:31:30 16   Bair Hugger temperature."  There is more than one
11:31:33 17   temperature.
11:31:33 18   Q.   I understand that.
11:31:34 19        You also ran the CFD model with the exit
11:31:37 20   temperature out of the Bair Hugger blanket at 43
11:31:40 21   degrees Celsius.
11:31:41 22   A.   That is correct.
11:31:41 23   Q.   Okay.  So you ran it both at 41 degrees
11:31:44 24   Celsius and at 43 degrees Celsius; correct?
11:31:46 25   A.   Correct.

93

11:31:46 1    Q.   Have you provided those TRN files?

11:31:48 2    A.   No.

11:31:49 3    Q.   Where are those TRN files?

11:31:53 4    A.   I would not have them any more because I
11:31:55 5 don't need to keep them.  I have the master file.

11:31:57 6    Q.   So you have the master file for 43 degrees
11:32:01 7 Celsius?

11:32:01 8    A.   I have the master file that can be used to
11:32:03 9 recreate any of these results.  I don't keep the
11:32:05 10 individual snapshots, but I keep the 264 TRN, which
11:32:10 11 can be used to recreate all of this.

11:32:13 12    Q.   So was the 2540 TRN file created off the
11:32:17 13 264.TRN file?

11:32:20 14    A.   What does "created off" mean?

11:32:22 15    Q.   You said --

11:32:23 16        You said you have the 264 TRN file that you
11:32:26 17 could create all these scenarios off of; correct?

11:32:29 18    A.   Yes.

11:32:30 19    Q.   So was the TRN file 2540.TRN, was that
11:32:35 20 created from the 26 -- except for the boundary
11:32:39 21 conditions, was everything else there from the 264.TRN
11:32:43 22 file?

11:32:44 23    A.   The 254 --

11:32:46 24        The 2540 and the 264 are identical except
11:32:51 25 for the flow rate of the Bair Hugger.

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

94

11:32:57 1    Q.   And how long did you run the simulation for
11:33:01 2 43 degrees Celsius?

11:33:02 3    A.   I don't recall.  But I would have run it
11:33:04 4 until quasi-steady state was achieved.

11:33:23 5    Q.   So just so I understand it, you have results
11:33:27 6 here in your published paper, Exhibit 3, for 900 time
11:33:31 7 steps; correct?  Which is (a) and (b) of the diagram.

11:33:38 8    A.   Well it says "approximately 900."

11:33:40 9    Q.   Okay.  And you also have results for your
11:33:42 10 time steps of 2500 time steps in your published paper,
11:33:48 11 Exhibit 3.

11:33:48 12    A.   Yeah, and it's "approximately 2,500."  And
11:33:51 13 they're shown in figures 6 (a), (b), (c) and (d).

11:33:55 14    Q.   I understand that.

11:33:55 15        Can you just please answer my question?

11:33:57 16    A.   Well I think I did.

11:33:58 17    Q.   I didn't ask you where were they shown.  I
11:34:00 18 just asked you did you have it in your published
11:34:02 19 paper.

11:34:02 20        Finally, you -- the mesh that is depicted on
11:34:11 21 your published paper, Exhibit 3, Figure Number 3, is a
11:34:19 22 60-million-cell mesh; correct?

11:34:19 23    A.   I believe that's true.

11:34:23 24    Q.   And that was not used to get the results of
11:34:27 25 the graphs or the figures of Figures 4, 5, 6 and 7;

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

95

11:34:36 1 correct?

11:34:37 2    A.   That's incorrect.

11:34:37 3        So what happens is you have to demonstrate
11:34:40 4 your results are mesh independent.  And what that
11:34:44 5 means is --

11:34:44 6    Q.   I know what that means.  But did -- Are
11:34:48 7 those -- Withdraw that question.

11:34:50 8        The -- The Figure 4.  Figure 4, those
11:34:57 9 diagrams of streamlines, were they created off a mesh
11:35:02 10 of 60 million cells, 12 million cells, or is it 9
11:35:08 11 million cells?

11:35:09 12    A.   If I recall correctly, these were created
11:35:12 13 using a mesh of 9 to 10 million cells.

11:35:16 14    Q.   Okay.  And the same question for Figure 4.

11:35:21 15    A.   You just asked for Figure 4.

11:35:24 16    Q.   Oh.  Figure 5.  I'm sorry.

11:35:27 17    A.   Same answer.

11:35:27 18    Q.   Figure 6?

11:35:29 19    A.   Same answer.

11:35:29 20    Q.   Figure 7?

11:35:33 21    A.   Same answer.

11:35:35 22    Q.   Figure 8?

11:35:37 23    A.   Same answer.

11:35:38 24    Q.   Figure 9?

11:35:40 25    A.   Same answer.

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

96

11:35:45 1    Q.   Figure 10?

11:35:46 2    A.   Same answer.

11:35:49 3    Q.   Figure 11?

11:35:49 4    A.   Same answer.

11:35:58 5    Q.   Is there anywhere in your published paper
11:36:04 6 that indicates that the mesh used to get those results
11:36:12 7 of Figures 4, 5, 6, 7, 8, 9, and 10 is not the mesh
11:36:23 8 that's depicted in Figure 3?

11:36:38 9    A.   What I say in the paper is, "To achieve
11:36:42 10 accuracy, multiple mesh deployments were used up to
11:36:46 11 approximately 60 million elements."  Now what that
11:36:48 12 means is multiple mesh sizes were used.  There is the
11:36:55 13 expectation, the reader has the expectation that this
11:36:59 14 means I achieved mesh independence, okay?

11:37:02 15    Q.   My question is specifically:  Is there
11:37:04 16 anywhere in your paper that indicates that the mesh
11:37:07 17 that was used to obtain the results in Figures 4
11:37:10 18 through 10 is not the same mesh that is depicted in
11:37:14 19 Figure 3?

11:37:15 20    A.   I'm answering your question.

11:37:17 21    Q.   It's a simple "yes" or "no."

11:37:18 22    A.   It is not a simple "yes" or "no."

11:37:20 23    Q.   If you can't answer that question, just let
11:37:22 24 me know, but I want a "yes" or "no."

11:37:24 25    A.   I can answer the question.  It is not a

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

97

11:37:26 1  simple "yes" or "no."  Would you like me to answer the
11:37:28 2  question?
11:37:28 3      Q.    No.  If it's not a simple "yes" or "no," I
11:37:29 4  don't want --
11:37:32 5          If it's not in there, that's fine; if it's
11:37:33 6  in there, you could show it to me.  But I don't need
11:37:34 7  a --
11:37:33 8      A.    No.  Hold --
11:37:34 9      Q.    I don't need an explana --
11:37:34 10     A.    You just did a bait and switch.
11:37:36 11     Q.    I don't need an explanation of why you think
11:37:37 12 a reader might interpret it that way.
11:37:39 13         Is there anywhere that it's specifically
11:37:42 14 written in your report that Figures 4 through 10, that
11:37:49 15 the mesh utilized to create those figures is not the
11:37:52 16 60 million mesh depicted in Figure 3?
11:37:55 17     MR. GOSS:  I'm just going to object to
11:37:57 18 form.  I'm not seeing that Figure 3 says anything
11:37:59 19 about 60 million mesh.  But subject to that, if you
11:38:02 20 have a different answer, go ahead.
11:38:04 21     A.    Can you re-ask the question?
11:38:07 22     Q.    You know what, I will move on.
11:38:10 23         Your peer-reviewed report was published in
11:38:18 24 August of 2017?
11:38:22 25     A.    I don't recall the date it actually

98

11:38:25 1  appeared.
11:38:27 2      Q.    Well on the first page it says published
11:38:29 3  August 8th, 2017.
11:38:34 4          First page.  Like, there's a calendar
11:38:38 5  picture.
11:38:40 6      A.    Oh.
11:38:41 7      MR. GOSS:  [Indicating.]
11:38:41 8      So it was published online August 8th, 2017.
11:38:49 9      Q.    So your peer-reviewed report was published
11:38:52 10 after we had your deposition in the general causation
11:38:55 11 case; correct?
11:38:56 12     A.    That is correct.
11:39:00 13     Q.    And Numerical Heat Transfer, is that a
11:39:04 14 peer-reviewed publication?
11:39:06 15     A.    Yes.  I would say it's the top journal in
11:39:09 16 the field.
11:39:10 17     Q.    Okay.  That wasn't my question, sir.
11:39:12 18     A.    Well I answered your question "yes."
11:39:15 19     Q.    Okay.  Did you submit your paper to any
11:39:28 20 other publication?
11:39:29 21     A.    No.
11:39:36 22     Q.    And your paper was peer reviewed; correct?
11:39:38 23     A.    Correct.
11:39:40 24     Q.    Did you receive any comments from any peer
11:39:42 25 reviewers?

99

11:39:44 1      A.    I received the acceptance letter from the
11:39:46 2  editor-in-chief.
11:39:47 3      Q.    That wasn't my question.
11:39:48 4      A.    No.
11:39:51 5      Q.    Do you know who reviewed your paper?
11:39:53 6      A.    I do not.
11:39:54 7      Q.    Do you know how many people reviewed your
11:39:56 8  paper?
11:39:56 9      A.    I do not.
11:39:58 10     Q.    Do you know if anyone reviewed your paper?
11:40:00 11     A.    Yes.
11:40:01 12     Q.    How do you know people reviewed your paper?
11:40:03 13     A.    Well the acceptance letter says the paper
11:40:06 14 was reviewed.
11:40:11 15     Q.    Do you know the type of review process
11:40:12 16 exists for Numerical Heat Transfer?
11:40:15 17     A.    I do not.
11:40:16 18     Q.    Do you know what a double-blind review
11:40:18 19 process is?
11:40:19 20     A.    Yes, I do.
11:40:19 21     Q.    What is a double-blind review process?
11:40:22 22     A.    A double-blind review process is when papers
11:40:24 23 are sent out to reviewers and the reviewers don't know
11:40:30 24 the authors and the authors don't know the reviewers.
11:40:36 25     Q.    So when you submit -- when you submitted

100

11:40:38 1  your paper did you have to make any changes before --
11:40:43 2  requested by the -- by the publication?
11:40:45 3      A.    I don't recall if I made any changes.
11:40:47 4      Q.    Okay.  So there weren't any questions or
11:40:49 5  changes by any of the reviewers.
11:40:50 6      A.    I don't recall.
11:41:02 7      Q.    Now Ms. Vallez is a co-author of the paper;
11:41:09 8  correct?
11:41:10 9      A.    Correct.
11:41:10 10     Q.    And she did not make any significant
11:41:12 11 contribution to the paper; correct?
11:41:18 12     A.    I wrote the pa...
11:41:20 13         I wrote the entire paper.
11:41:22 14     Q.    So you agree with me that she did not make a
11:41:24 15 significant contribution.
11:41:26 16     A.    If she made a contribution, it would have
11:41:27 17 been very minor.
11:41:30 18     Q.    I mean, according to your testimony in
11:41:31 19 general cause, she provided no work or calculations
11:41:34 20 with respect to the CFD analysis; correct?
11:41:37 21     A.    That's --
11:41:37 22         That's not true.  I think what I said was
11:41:39 23 she provided nothing meaningful, or she provided very
11:41:42 24 little.
11:42:08 25     Q.    Can you turn to page 40 of your deposition,

11:42:11  1    Exhibit Number 4.

11:42:17  2        A.    (Witness complying.)

11:42:21  3        Q.    Question, Line 3:

11:42:23  4        "Did Mr. Plourde or Ms. Vallez

11:42:27  5        provide any work with respect to

11:42:29  6        the CFD analysis you performed on

11:42:30  7        the 750?

11:42:33  8        ANSWER:  No."

11:42:35  9    Was that your testi --

11:42:35  10       A.    I --

11:42:35  11       Q.    Was that your testimony back then?

11:42:36  12       MR. GOSS:  I'm just going to object to the

11:42:38  13   improper impeachment, I don't think it's inconsistent

11:42:41  14   with what he said, but you can answer.

11:42:43  15       A.    That's what it says, but I recall saying

11:42:45  16   that they weren't -- they did not provide any

11:42:47  17   meaningful work, they didn't provide any meaningful

11:42:51  18   contributions to the 750.

11:42:53  19       Q.    Okay.  Well if you want to turn to page 42,

11:42:56  20   and look at line 15.

11:43:04  21       A.    Yeah.

11:43:07  22       Q.    Is that where you recall saying, "The

11:43:10  23   problem was too complex and the timeline was too short

11:43:12  24   for him to contribute meaningfully"?

11:43:14  25       A.    That's what it says.

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

11:43:15  1        Q.    So Mr. Plourde did not contribute anything

11:43:19  2    meaningfully to this paper.

11:43:20  3        A.    That is correct.

11:43:21  4        Q.    Because it was too complex for him.

11:43:23  5        A.    Well I say here it was complex and short

11:43:26  6    timeline.

11:43:29  7        Q.    And it was too challenging for Ms. Vallez.

11:43:32  8        A.    Well what I say in this deposition page 42

11:43:36  9    is she -- lines 2 through 4.  "It turns" --

11:43:36  10       Q.    Well why don't you --

11:43:43  11       Why don't you read line 1 as well --

11:43:43  12       A.    Okay.

11:43:45  13       Q.    -- because that's a really good line.

11:43:47  14       A.    She actually --

11:43:48  15       I'll start with line 1 and I'll read through

11:43:50  16   line 6.

11:43:51  17       "She actually didn't accomplish

11:43:52  18       anything.  The -- It turns out the

11:43:55  19       simulation was very challenging...

11:43:56  20       she wasn't able to contribute

11:43:58  21       meaningfully in any way.  She

11:44:00  22       didn't contribute in any way to

11:44:02  23       the generation of the mesh, to the

11:44:04  24       setting of the boundary

11:44:05  25       conditions, and to the analysis."

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

11:44:06  1    And I think that's consistent with what I just

11:44:08  2    said here.

11:44:09  3        Q.    Okay.  But nevertheless, you put her name

11:44:13  4    and Mr. Plourde's name on the -- on the publication.

11:44:18  5        MR. GOSS:  Object to form.

11:44:19  6        A.    That is correct.

11:44:20  7        MR. ASSAAD:  Basis?

11:44:20  8        MR. GOSS:  I don't know that he put his

11:44:22  9    name on it.

11:44:24  10       Q.    Well you submitted the -- the publication;

11:44:26  11   correct?

11:44:27  12       A.    That is correct.

11:44:28  13       Q.    And all correspondence with respect to this

11:44:30  14   com -- this publication, Exhibit 3, is directed to

11:44:33  15   you; correct?

11:44:34  16       A.    Correct.

11:44:35  17       Q.    And you're the lead author of this

11:44:37  18   publication; correct?

11:44:38  19       A.    Correct.

11:44:42  20       Q.    Why did you add them to the journal?

11:44:46  21       A.    Because they tried, and when students try,

11:44:51  22   but if a professor has to step in and complete the

11:44:53  23   work, I think it's just right to include them.

11:45:36  24       And I actually want to correct the record.

11:45:39  25       Q.    There's no question pending.

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

11:45:41  1        A.    Well I'm going to correct the record anyways

11:45:43  2    unless you instruct me not to.

11:45:45  3        Q.    There's no question pending.

11:45:46  4        MR. ASSAAD:  Counselor, can you please --

11:45:47  5        MR. GOSS:  You can wait.  You can wait,

11:45:49  6    John.

11:45:52  7        THE WITNESS:  Okay.

11:45:52  8    BY MR. ASSAAD:

11:45:55  9        Q.    Are you familiar that Taylor & Francis are

11:45:59  10   the publishers for Numerical Heat Transfer?

11:46:02  11       A.    Yes.

11:46:03  12       Q.    Have you looked at any of their publications

11:46:05  13   with respect to avoiding unethical authorship on the

11:46:09  14   journal?

11:46:10  15       A.    I may have.  I don't recall if I did.

11:46:24  16       (Abraham Exhibit 5 marked for

11:46:24  17       identification.)

11:46:24  18   BY MR. ASSAAD:

11:46:25  19       Q.    Exhibit 5 is a document from Taylor Francis

11:46:30  20   under -- from Editor Resources titled, "Avoiding

11:46:34  21   unethical authorship on your journal."

11:46:37  22       And I would like you to turn to page 2 that

11:46:42  23   defines a co-author as any person who made a

11:46:45  24   significant contribution to a journal and who shares

11:46:49  25   responsibility and accountability for the results.

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

105

| | |
|---|---|
| 11:46:50 | 1  Did I read that correctly? |
| 11:46:52 | 2  A.  Yes, you did. |
| 11:46:55 | 3  Q.  Do you agree with me that Mr. Plourde and |
| 11:46:57 | 4  Ms. Vallez did not make any significant contribution |
| 11:46:59 | 5  to the work; correct? |
| 11:47:00 | 6  A.  I disagree. |
| 11:47:01 | 7  Q.  So you disagree with your prior testimony. |
| 11:47:03 | 8  A.  No, I don't. |
| 11:47:05 | 9  Q.  Do you think "meaningful" and "significant" |
| 11:47:07 | 10  mean two different things? |
| 11:47:08 | 11  A.  You are confused. |
| 11:47:10 | 12  Q.  I am not -- |
| 11:47:10 | 13  A.  If you would allow me -- |
| 11:47:10 | 14  Q.  -- confused, sir. |
| 11:47:10 | 15  A.  If you would -- |
| 11:47:11 | 16  Q.  Don't tell me what I am or am not.  Okay? |
| 11:47:15 | 17  MR. GOSS:  Can you just answer his -- |
| 11:47:17 | 18  Q.  Answer my question. |
| 11:47:19 | 19  A.  Mr. Plourde -- |
| 11:47:21 | 20  Q.  If you read the first item here, first of |
| 11:47:23 | 21  all, they have made significant contributions to the |
| 11:47:27 | 22  work reported, whether it's in the research conception |
| 11:47:30 | 23  or design, acquisition of data, analysis and |
| 11:47:33 | 24  interpretation, or in all of these areas. |
| 11:47:37 | 25  And what we read from my deposition was |

STIREWALT & ASSOCIATES
1-800-553-1953 info@stirewalt.com

106

| | |
|---|---|
| 11:47:39 | 1  related to the actual CFD calculations, but you have |
| 11:47:42 | 2  to recognize there's more in here than the |
| 11:47:44 | 3  calculations.  There's an entire section in this paper |
| 11:47:49 | 4  on experimental validation, and I want to turn our |
| 11:47:53 | 5  attention to Figure 12.  Mr. Plourde is shown in |
| 11:47:57 | 6  Figure 12.  Mr. Plourde is shown in Figure 13.  So |
| 11:48:03 | 7  regardless of whether he made any contributions to the |
| 11:48:05 | 8  CFD, I'm obligated to include him as a co-author. |
| 11:48:09 | 9  Now with respect to Ms. Vallez -- |
| 11:48:11 | 10  Q.  Excuse me.  Excuse me. |
| 11:48:12 | 11  Figures 12 and 13, who are those other |
| 11:48:14 | 12  people in the room? |
| 11:48:19 | 13  A.  In Figure 12 I see two -- I see three people |
| 11:48:24 | 14  -- actually I see four, I apologize.  There is a -- I |
| 11:48:29 | 15  see five. |
| 11:48:31 | 16  On the -- Let's go from right to left. |
| 11:48:33 | 17  Q.  Well let me ask it this way.  I'm going to |
| 11:48:35 | 18  try to be quick here.  Are any of those five -- |
| 11:48:38 | 19  Are all those five people listed as authors? |
| 11:48:40 | 20  A.  No. |
| 11:48:41 | 21  Q.  Okay.  Then let's go to Figure 13.  Are all |
| 11:48:42 | 22  the people in -- in Figure 13 listed as authors? |
| 11:48:47 | 23  A.  They are not. |
| 11:48:48 | 24  Q.  Okay.  Let's move on. |
| 11:48:54 | 25  MR. ASSAAD:  Let's take a break, actually. |

STIREWALT & ASSOCIATES
1-800-553-1953 info@stirewalt.com

107

| | |
|---|---|
| 11:48:57 | 1  THE REPORTER:  Off the record, please. |
| 11:48:58 | 2  (Recess from 11:48 a.m. to 12:00 p.m.) |
| 12:00:29 | 3  BY MR. ASSAAD: |
| 12:00:50 | 4  Q.  I'd like to turn to -- Strike that. |
| 12:00:57 | 5  MR. ASSAAD:  Have to mark it first. |
| 12:00:58 | 6  (Abraham Exhibit 6 marked for |
| 12:00:58 | 7  identification.) |
| 12:00:58 | 8  BY MR. ASSAAD: |
| 12:01:10 | 9  Q.  What's been marked as Exhibit 6 is a CV that |
| 12:01:15 | 10  was provided to us along with your expert report in |
| 12:01:19 | 11  this case. |
| 12:01:22 | 12  Can you please review it to let me know if |
| 12:01:24 | 13  this is an up to date CV? |
| 12:01:28 | 14  A.  It would have been up to date at the time it |
| 12:01:30 | 15  was submitted.  There may have been more publications, |
| 12:01:33 | 16  for instance, that have occurred since then, but this |
| 12:01:37 | 17  would have been up to date at the time it was |
| 12:01:39 | 18  submitted. |
| 12:01:40 | 19  Q.  And at the time it was submitted would this |
| 12:01:43 | 20  be an accurate summary of all your publications? |
| 12:01:50 | 21  A.  Yes.  I -- I sure hope I have them all here. |
| 12:01:54 | 22  But yes, at the time of this submission I would expect |
| 12:01:57 | 23  that all my publications would be listed here. |
| 12:02:00 | 24  Q.  All right.  Have you yourself ever used a |
| 12:02:04 | 25  supercomputer with respect to any of your |

STIREWALT & ASSOCIATES
1-800-553-1953 info@stirewalt.com

108

| | |
|---|---|
| 12:02:06 | 1  publications? |
| 12:02:07 | 2  A.  Yes. |
| 12:02:08 | 3  Q.  Which ones? |
| 12:02:24 | 4  A.  So in the journal publication list which |
| 12:02:26 | 5  goes up to 156, it would be items 154, I think 150, |
| 12:02:40 | 6  149, 148, and I think 146. |
| 12:02:51 | 7  Q.  Any others? |
| 12:02:51 | 8  A.  Not that I recall now. |
| 12:02:52 | 9  Q.  So the last time you used a supercomputer |
| 12:02:55 | 10  would have been 2004, for any of your publications? |
| 12:02:57 | 11  A.  That's to my best recollection. |
| 12:02:59 | 12  Q.  And what supercomputer did you use? |
| 12:03:01 | 13  A.  It would have been a supercomputer at the |
| 12:03:05 | 14  University of Minnesota Supercomputing Institute. |
| 12:03:08 | 15  Q.  Okay.  Do you know how many cores that |
| 12:03:10 | 16  supercomputer had? |
| 12:03:11 | 17  A.  No, I do not recall how many cores. |
| 12:03:11 | 18  Q.  And was -- |
| 12:03:14 | 19  Was it dealing with CFD? |
| 12:03:15 | 20  A.  Yes. |
| 12:03:16 | 21  Q.  Do you know what code was used on the |
| 12:03:18 | 22  supercomputer? |
| 12:03:19 | 23  A.  Yes. |
| 12:03:20 | 24  Q.  What code? |
| 12:03:21 | 25  A.  ANSYS Fluent. |

STIREWALT & ASSOCIATES
1-800-553-1953 info@stirewalt.com

109

12:03:22 1    Q.   Okay.  On all of them?

12:03:26 2    A.   Yes.

12:03:30 3    Q.   Do any of your publications consist of a

12:03:40 4 supercomputer -- Strike that.

12:03:43 5         Any of your publications deal with any CFD

12:03:46 6 modeling that you did with any other code besides

12:03:50 7 ANSYS?

12:03:57 8    A.   I've used three different codes, and I've

12:04:00 9 used my own code.

12:04:02 10   Q.   What are the three codes?

12:04:04 11   A.   Flotran, F-L-O-T-R-A-N --

12:04:15 12        (Interruption by the reporter.)

12:04:15 13   Q.   And just to make things quicker, if she has

12:04:18 14 trouble spelling anything she'll ask you later on, so

12:04:20 15 you don't have to spell everything out.

12:04:22 16   A.   Thank you.  Sorry.

12:04:23 17        CFX, Fluent.

12:04:26 18   Q.   And CFX and Fluent now are owned by ANSYS;

12:04:29 19 correct?

12:04:30 20   A.   Correct.

12:04:34 21   Q.   Have you ever used a non-commercially

12:04:37 22 available code besides your own code?

12:04:41 23   A.   No.

12:04:43 24   Q.   What publication did you use your --

12:04:45 25   A.   Let me take that back.

110

12:04:47 1         Yes.

12:04:48 2    Q.   What code?

12:04:50 3    A.   I don't know the name of the code, but it

12:04:53 4 was code written by a person named Suhas Patankar.

12:04:59 5    Q.   And when did you use that?

12:05:02 6    A.   During my doctoral studies.

12:05:04 7    Q.   And who is Suhas Patankar?

12:05:08 8    A.   He was the computational fluid dynamics

12:05:10 9 professor.

12:05:11 10   Q.   At the University of Minnesota?

12:05:12 11   A.   Yes.

12:05:14 12   Q.   And so that would have been during your

12:05:18 13 doctorate?

12:05:20 14   A.   Yes.

12:05:21 15   Q.   Which would have been prior to 2002.

12:05:25 16   A.   Yes.

12:05:25 17   Q.   Okay.  Has --

12:05:28 18        Did you publish anything with the use of

12:05:30 19 that code?

12:05:31 20   A.   No.

12:05:32 21   Q.   Okay.  So you just took it as part of a

12:05:36 22 class.

12:05:37 23   A.   Yes.

12:05:38 24   Q.   Was that one semester or two semesters?

12:05:41 25   A.   Two.  And it may have been quarters at that

111

12:05:43 1 time.

12:05:43 2    Q.   Okay.  Two quarters?

12:05:45 3    A.   Or two semesters.

12:05:47 4    Q.   Okay.  You mentioned that you have your own

12:05:59 5 code; correct?

12:06:01 6    A.   No.  I mentioned that I've used my own code.

12:06:04 7 So I've written code for problems as well.

12:06:07 8    Q.   Okay.  Have you written code for CFD?

12:06:10 9    A.   Yes.

12:06:11 10   Q.   And have you used that code in any of your

12:06:14 11 publications?

12:06:16 12   A.   No.

12:06:17 13   Q.   When was the last time you used that code

12:06:18 14 for anything?

12:06:28 15   A.   I don't recall.  I would estimate a decade

12:06:30 16 or longer ago.

12:06:32 17   Q.   Does that code still exist?

12:06:33 18   A.   No.

12:06:35 19   Q.   And was that code used on a supercomputer?

12:06:38 20   A.   No.

12:06:43 21   Q.   Do you know the process to have the ability

12:06:48 22 to use a code on a supercomputer?

12:06:52 23   A.   Yes.

12:06:52 24   Q.   What is the process?

12:06:56 25   A.   I can tell you the process I used, which was

112

12:06:59 1 the process at Minnesota.  Other institutes may have

12:07:03 2 different processes.

12:07:04 3         But I was a research fellow at the

12:07:04 4 University of Minnesota in their Supercomputing

12:07:10 5 Center, which means I had the latitude, I was allowed

12:07:13 6 to submit jobs on their computers.  And you would

12:07:17 7 submit them -- It was all done remotely.  You'd submit

12:07:21 8 your jobs remotely and then the results would come

12:07:24 9 back and then you would look at them.

12:07:25 10   Q.   I understand that.

12:07:26 11        But do you know how --

12:07:27 12        Do you know how many supercomputers there

12:07:29 13 are in the United States?

12:07:31 14   A.   I do not know.

12:07:32 15   Q.   Do you know the process, for example, if you

12:07:34 16 want to use the supercomputer in Illinois or down in

12:07:39 17 Texas, the process to qualify your code to be used on

12:07:49 18 the supercomputer?

12:07:50 19   A.   I do not.

12:07:51 20   Q.   Okay.  Do you know what a petascale is?

12:08:02 21   A.   Yes.

12:08:02 22   Q.   What's a petascale?

12:08:04 23   A.   It is -- I --

12:08:07 24        I think it's 10 to the 12, so a one with 12

12:08:12 25 zeros.

113

12:08:12 1     Q.    And do you know how that term is used in
12:08:15 2 supercomputing?
12:08:19 3           "Yes" or "no"?
12:08:20 4     A.    It could be used in different forms.  It
12:08:21 5 could be used by RAM, by hard drive storage, or by
12:08:26 6 computational quantity, so it's how many calculations
12:08:29 7 are carried out per second.  So it could be used in
12:08:31 8 many different --
12:08:33 9     Q.    Are you guessing, or do you know?
12:08:34 10    A.    No.  I'm --
12:08:36 11          It could be used in different terms.  So,
12:08:39 12 for example, I could have a hard drive that is a
12:08:45 13 terabyte and a tera stands for a quantity.  I could
12:08:48 14 have RAM, which is different from hard drive, which is
12:08:51 15 a gigabyte.  Or I could have a processor which is a
12:08:55 16 gigahertz.  So when you -- you're using peta as the
12:08:57 17 prefix, you have to apply that peta to something.  So
12:09:01 18 if you say petahertz it means something, if you say
12:09:05 19 petagigs it means something else.
12:09:07 20    Q.    Well I'm using the term petascale.
12:09:09 21          Do you know what petascale means?
12:09:11 22    A.    I do, and I answered that.  A petascale is a
12:09:13 23 numerical quantification, so like million, billion,
12:09:16 24 quadrillion.
12:09:18 25    Q.    Of what?

114

12:09:19 1     A.    Well, it depends.  So, for example, a hard
12:09:20 2 drive would be --
12:09:20 3     Q.    We're not --
12:09:21 4           We're not talking about hard drives here,
12:09:23 5 sir.  We're talking about supercomputers.
12:09:25 6           MR. GOSS:  You didn't let him finish his
12:09:26 7 answer.
12:09:26 8     Q.    Well we're not talking about hard drives,
12:09:28 9 we're talking about supercomputers, so let's stick to
12:09:28 10 the question.
12:09:30 11          Do you know how the term petascale is used
12:09:32 12 in the supercomputing world?
12:09:34 13    A.    I'm telling you it's used in different
12:09:36 14 contexts.
12:09:37 15    Q.    Okay.
12:09:37 16    A.    For example, in a supercomputer you may talk
12:09:39 17 about storage, RAM, or calculation speed.
12:09:44 18    Q.    Do you know what the petascale is of the
12:09:48 19 University of Minnesota supercomputer?
12:09:50 20    A.    I do not.
12:09:51 21    Q.    Do you know what the petascale is of the
12:09:53 22 University of Texas supercomputer?
12:09:55 23    A.    I do not.
12:10:01 24    Q.    What code did you write your --
12:10:04 25          What type of language did you write your

115

12:10:06 1 code in?
12:10:07 2     A.    Likely Fortran.
12:10:10 3     Q.    Which Fortran?
12:10:11 4     A.    Either 77 or 91.
12:10:19 5     Q.    And to write code, such as in Fortran, you
12:10:25 6 have to understand and use the underlying equations,
12:10:30 7 for example, in fluid dynamics; correct?
12:10:32 8     A.    Correct.
12:10:41 9     Q.    Who is Dr. Sparrow?
12:10:43 10    A.    He's a professor at the University of
12:10:45 11 Minnesota, and he's my formal -- former doctoral
12:10:52 12 advisor.
12:10:52 13    Q.    Do you still communicate with him?
12:10:54 14    A.    Occasionally.
12:10:55 15    Q.    When you say "occasionally," how often is
12:10:57 16 occasionally?
12:10:58 17    A.    Perhaps once a month.
12:11:01 18    Q.    What about Dr. Minkowycz; do you know who he
12:11:05 19 is?
12:11:06 20    A.    Yes, I do.
12:11:07 21    Q.    Who's he?
12:11:07 22    A.    He's a professor at the University of
12:11:09 23 Illinois, Chicago.
12:11:11 24    Q.    Was he ever at the University of Minnesota?
12:11:15 25    A.    I believe he did his doctoral work at the

116

12:11:17 1 University of Minnesota.
12:11:18 2     Q.    Do you know him?
12:11:19 3     A.    I have met him once, but we've communicated
12:11:23 4 by email.
12:11:24 5     Q.    How often do you communicate with him?
12:11:26 6     A.    It depends.  Maybe once every three months.
12:11:35 7     Q.    And you've communicated with him a lot in
12:11:37 8 the past; correct?
12:11:39 9           MR. GOSS:  Object to form.
12:11:40 10    A.    I don't know what "a lot" is.  I -- I would
12:11:42 11 say I communicate with him once every three months I'd
12:11:45 12 guess.
12:11:46 13    Q.    I mean you've known him since at least 2009;
12:11:54 14 correct?
12:11:54 15    A.    Yes.
12:11:59 16    Q.    And he is the editor-in-chief of *Numerical
12:12:02 17 Heat Transfer*; correct?
12:12:03 18    A.    That is correct.
12:12:03 19    Q.    Do you know how long he's been the
12:12:05 20 editor-in-chief?
12:12:06 21    A.    I do not know.
12:12:07 22    Q.    And Dr. Sparrow is the chairman of the -- of
12:12:15 23 the editors for *Numerical Heat Transfer*; correct?
12:12:19 24    A.    That may be true.
12:12:24 25    Q.    Chairman of the Editorial Advisory Board.

117

12:12:26 1     A.   That may be true.

12:12:29 2     Q.   Okay.  And you guys are friends, correct,

12:12:33 3 with Dr. Sparrow?

12:12:34 4     A.   Yes, I would call Dr. Sparrow a friend.

12:12:36 5     Q.   Would you call Dr. Minkowycz a friend?

12:12:39 6     A.   I'm...

12:12:40 7          Boy, I don't know.  Perhaps.  I don't know.

12:12:51 8     Q.   You published a lot with Dr. Minkowycz and

12:12:53 9 Dr. Sparrow; correct?

12:12:54 10    A.   Yes, I have.

12:12:55 11    Q.   And in fact if we go to your publications,

12:13:02 12 we could start off with your books, and in 2011 you

12:13:07 13 authored a book with Dr. Sparrow and Dr. Minkowycz;

12:13:10 14 correct?

12:13:18 15    A.   Yes.

12:13:19 16    Q.   And if you look at "Book Chapters," you

12:13:21 17 authored one, two, three, four, four book chapters

12:13:29 18 with Dr. Minkowycz; correct?

12:13:31 19    A.   That is correct.

12:13:34 20    Q.   Between 2011 and the present; correct?

12:13:38 21    A.   Correct.

12:13:39 22    Q.   And you authored one, two, three, four, five

12:13:45 23 book chapters with Dr. Sparrow; correct?

12:13:48 24    A.   Correct.

12:13:48 25    Q.   Between 2005 and 2017; correct?

118

12:13:51 1     A.   Correct.

12:13:56 2     Q.   Now with "Publications," if you look at

12:13:58 3 number 10, you authored an article with Dr. Sparrow

12:14:01 4 and Dr. Minkowycz in 2017.

12:14:04 5     A.   That is correct.

12:14:06 6     Q.   And if you look at number 17, you authored

12:14:08 7 another article with Dr. Minkowycz and Dr. Sparrow

12:14:10 8 again in 2017.

12:14:12 9     A.   Which number are you mentioning?

12:14:14 10    Q.   17.

12:14:15 11    A.   That is correct.

12:14:17 12    Q.   And if you look at number 22, you authored

12:14:22 13 another article in 2016 with Dr. Minkowycz and Dr.

12:14:26 14 Sparrow.

12:14:26 15    A.   Correct.

12:14:27 16    Q.   And that was in *Numerical Heat Transfer*;

12:14:30 17 correct?

12:14:30 18    A.   Correct.

12:14:30 19    Q.   And that's *Numerical Heat Transfer B*.

12:14:33 20    A.   Correct.

12:14:34 21    Q.   Is Dr. Minkowycz the editor-in-chief of

12:14:39 22 *Numerical Heat Transfer B*?

12:14:42 23    A.   Yes.

12:14:47 24    Q.   On number 23 of your publications you

12:14:49 25 authored an article with Dr. Sparrow in 2016; correct?

119

12:14:53 1     A.   Correct.

12:14:56 2     Q.   Turning to the next page.

12:14:58 3          Number 29 you have another article with Dr.

12:15:01 4 Minkowycz and Dr. Sparrow in 2016; correct?

12:15:04 5     A.   Correct.

12:15:05 6     Q.   And I assume that when you write articles

12:15:08 7 together you have communications with each other.

12:15:11 8     A.   Yes.

12:15:12 9     Q.   And probably numerous communications

12:15:14 10 regarding the article.

12:15:15 11    A.   Not necessarily.

12:15:20 12    Q.   Would you have more than one communication?

12:15:22 13    A.   Likely.

12:15:28 14    Q.   How did you and Dr. Minkowycz begin to start

12:15:32 15 publishing together?

12:15:34 16    A.   Well he's one of the best in the field.  I

12:15:37 17 mean, in this area of *numerical heat transfer* he may

12:15:41 18 be the best.  And that's reflected by his position in

12:15:45 19 industry.  He's the editor-in-chief of, as you pointed

12:15:48 20 out, *Numerical Heat Transfer*, which is the top

12:15:51 21 *numerical heat transfer* journal.  He's also the

12:15:53 22 editor-in-chief of *International Journal of Heat Mass

12:15:57 23 Transfer,* which is the top journal in that field.  And

12:15:59 24 he's also the editor-in-chief of *International

12:16:03 25 Communications in Heat Mass Transfer*.  So it is only

120

12:16:07 1 -- I guess I -- it's expected you would work with the

12:16:10 2 best, so that's how.

12:16:12 3          MR. ASSAAD:  Move to strike.

12:16:13 4          Counsel, can you please instruct your

12:16:15 5 witness to answer my questions?  I did not ask -- I

12:16:17 6 didn't ask how well known or how good Dr. Minkowycz

12:16:20 7 is.

12:16:20 8     Q.   I asked:  How did you become involved in

12:16:23 9 publishing with Dr. Minkowycz?

12:16:25 10    A.   Because we work in similar fields on similar

12:16:26 11 problems.

12:16:27 12    Q.   At what point in time were you first

12:16:28 13 introduced to Dr. Minkowycz?

12:16:30 14    A.   I would go back to my reference list and I'd

12:16:32 15 find the earliest one.  If you would like me to do

12:16:34 16 that, I can do it.

12:16:35 17    Q.   So it would go from your early --

12:16:37 18          So the first time you started doing work

12:16:44 19 with Dr. Minkowycz was probably about the time of your

12:16:47 20 first publication with him?

12:16:49 21    A.   Yes.

12:16:49 22    Q.   Who introduced you to Dr. Minkowycz?

12:16:51 23    A.   It would have been Dr. Sparrow.

12:16:54 24    Q.   Are Dr. Sparrow and Dr. Minkowycz good

12:16:56 25 friends?

121

12:16:58 1    A.    I think they are.

12:17:03 2    Q.    Number 35 you have a journal article talking

12:17:16 3    about patient-warming blankets that was published in

12:17:20 4    *Numerical Heat Transfer A*?

12:17:21 5    A.    Yes.

12:17:22 6    Q.    And you did that with Ms. Vallez and Mr.

12:17:26 7    Plourde; correct?

12:17:27 8    A.    Correct.

12:17:29 9    Q.    Was that peer reviewed?

12:17:30 10   A.    Yes.

12:17:31 11   Q.    Do you recall whether or not there were any

12:17:33 12   comments from the editors in that article?

12:17:34 13   A.    I don't recall.

12:17:36 14   Q.    You have received, in the past, comments

12:17:37 15   from reviewers; correct?

12:17:39 16   A.    Yes.

12:17:40 17   Q.    Whether they want to make changes or have

12:17:42 18   questions; correct?

12:17:44 19   A.    Yes.

12:17:45 20   Q.    Or any type of comments; correct?

12:17:47 21   A.    Correct.

12:17:48 22   Q.    That's usually how this occurs with peer

12:17:50 23   review, they review it and offer comments; correct?

12:17:52 24   A.    Correct.

12:17:52 25   Q.    And most of the time you do receive comments

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

122

12:17:54 1    from reviewers; correct?

12:17:55 2          MR. GOSS:  Object to form.

12:17:57 3    A.    I don't know if it's most of the time.  I

12:17:59 4    mean, I haven't counted.  Sometimes papers are

12:18:01 5    accepted as is, sometimes papers are rejected, and

12:18:04 6    sometimes papers are commented on.

12:18:09 7    Q.    You've been a reviewer; correct?

12:18:10 8    A.    Yes.

12:18:11 9    Q.    Do you usually --

12:18:13 10         Or do you regularly provide comments to what

12:18:14 11   you review?

12:18:16 12   A.    Yes, I regularly provide comments.

12:18:20 13   Q.    Whether it was, this is a fascinating paper,

12:18:22 14   or an interesting paper, or if you have questions;

12:18:24 15   correct?

12:18:26 16   A.    I would say I regularly provide comments.  I

12:18:28 17   don't know if I've ever written this is a fascinating

12:18:30 18   paper or an interesting paper, but I would say I

12:18:33 19   regularly provide comments.

12:18:34 20   Q.    And when you are asked to review a paper,

12:18:37 21   you actually review the paper and read it; correct?

12:18:39 22   A.    I tend to review very thoroughly.  So yes, I

12:18:42 23   do review papers.

12:18:43 24   Q.    Okay.  What percentage of papers that you

12:18:52 25   review that you provide no comments?  And an estimate

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

123

12:18:57 1    is okay.

12:19:01 2    A.    Maybe twenty percent.

12:19:07 3    Q.    Okay.  Now number 38 you published with Dr.

12:19:14 4    Sparrow again in 2015.

12:19:17 5    A.    Yes.

12:19:18 6    Q.    And in 20 --

12:19:20 7          And number 45 you published with Dr.

12:19:22 8    Minkowycz in 2015.

12:19:23 9    A.    Correct.

12:19:27 10   Q.    And you would agree with me that you publish

12:19:34 11   regularly with Dr. Sparrow and Dr. Minkowycz.

12:19:37 12   A.    Yes.

12:19:48 13   Q.    And number 46 you published with Dr. Sparrow

12:19:50 14   in 2015; correct?

12:19:53 15   A.    That is correct.

12:19:54 16   Q.    And number 47 you also published with Dr.

12:19:57 17   Sparrow in 2015.

12:20:02 18   A.    Correct.

12:20:03 19   Q.    And number 52 you published with Dr.

12:20:07 20   Minkowycz in 2015.

12:20:08 21   A.    Correct.

12:20:12 22   Q.    And in number 60, in 2014, you published

12:20:14 23   with Dr. Minkowycz.

12:20:14 24   A.    Correct.

12:20:34 25   Q.    So between 2014 and the present you

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

124

12:20:41 1    published with Dr. Minkowycz seven publications and

12:20:59 2    three book chapters; is that correct?

12:21:02 3          That sound about right?

12:21:03 4    A.    Yes, it does.

12:21:04 5    Q.    And you've published more with Dr. Sparrow

12:21:07 6    than Dr. Minkowycz in that period of time.

12:21:09 7    A.    That is correct.

12:21:57 8    Q.    You mentioned that when you are a peer

12:21:59 9    reviewer you are very thorough when you review an

12:22:05 10   article.

12:22:06 11   A.    Yes.

12:22:06 12   Q.    What did you mean by that?

12:22:08 13   A.    I read the articles thoroughly.

12:22:10 14   Q.    And do you read it right when you get it

12:22:12 15   thoroughly, or do you have time?

12:22:13 16   A.    I try to read them right away, because

12:22:17 17   authors -- sometimes a paper can languish in review

12:22:22 18   and it's not fair to the authors, so I try to do it

12:22:25 19   within a few days.

12:22:28 20   Q.    And do you know why you're picked, like how

12:22:31 21   you get chosen for each paper that you review?

12:22:33 22   A.    Yes.

12:22:34 23   Q.    What's the process?

12:22:36 24   A.    Typically the process is I'm deemed an

12:22:39 25   expert in that area, someone who is able to review a

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

125

12:22:44 1 paper.

12:22:45 2    Q.   And that's the editor-in-chief that decides
12:22:47 3 who reviews?

12:22:49 4    A.   It may be.  It may be an associate editor.

12:22:53 5    Q.   But it's someone on the editorial board.

12:22:55 6    A.   Typically that's how it works.  And
7 sometimes an editor does the review, so I edit books,
12:23:04 8 and in that case I review.

12:23:48 9    Q.   Just for the record, Exhibit Number 3 is
12:23:50 10 your peer-reviewed published report in this case;
12:23:52 11 correct?

12:23:56 12        MR. GOSS:  Object to form.

12:23:58 13        MR. ASSAAD:  Basis?

12:24:00 14        MR. GOSS:  Well it's not identical to his
12:24:02 15 report.

12:24:03 16        MR. ASSAAD:  My fault.

12:24:04 17    Q.   Exhibit 3 is your peer-reviewed publication
12:24:08 18 that was published in *Numerical Heat Transfer.*

12:24:09 19    A.   Yes.

12:24:11 20    Q.   Okay.  And that was submitted to *Numerical*
12:24:15 21 *Heat Transfer* on May 4th, 2017; correct?

12:24:19 22    A.   I believe that's true.

12:24:20 23    Q.   Okay.  Even though it says on the article
12:24:27 24 that it was received on April 24th, 2017.

12:24:33 25    A.   I would defer to this -- the article

STIREWALT & ASSOCIATES
1-800-553-1953 info@stirewalt.com

126

12:24:37 1 statement then, the April 24th.

12:24:39 2    Q.   And the article also says that it was
12:24:41 3 accepted on June 16th, 2017; correct?

12:24:43 4    A.   Yes.

12:24:44 5    Q.   But it was actually accepted on May 31st,
12:24:46 6 2017; correct?

12:24:48 7    A.   I don't know.  All I can see is that it's
12:24:52 8 listed here as accepted June 16th.

12:24:57 9        (Abraham Exhibit 7 marked for
12:24:57 10        identification.)

12:24:57 11 BY MR. ASSAAD:

12:25:09 12    Q.   Do you recognize Exhibit 7?

12:25:10 13    A.   Yes, I do.

12:25:12 14    Q.   Exhibit 7 is your acceptance letter from Dr.
12:25:16 15 Minkowycz with respect to the acceptance of the
12:25:20 16 article which is Exhibit 3; correct?

12:25:24 17    A.   It is, but what it says here is "...I intend
12:25:27 18 to accept your work for publication."  So this is a
12:25:30 19 statement on May 31st saying I intend to accept your
12:25:34 20 work for publication, but it's not the final
12:25:38 21 acceptance.

12:25:57 22    Q.   You're talking about the first line of
12:25:59 23 paragraph two; correct?

12:26:00 24    A.   Yes, I am.

12:26:02 25    Q.   And that's after the line from paragraph one

STIREWALT & ASSOCIATES
1-800-553-1953 info@stirewalt.com

127

12:26:04 1 that says, "Indeed the quality standard of the paper
12:26:06 2 merits its acceptance for publication..."

12:26:08 3    A.   Yes.

12:26:09 4    Q.   And if you go to page 2 of Exhibit 7, this
12:26:21 5 is a form that was filled out by Dr. Minkowycz;
12:26:24 6 correct?

12:26:25 7    A.   I don't know who filled out this form.

12:26:26 8    Q.   Did you fill out this form?

12:26:28 9    A.   I did not fill out this form.

12:26:30 10    Q.   And this was attached to the letter;
12:26:32 11 correct?

12:26:34 12    A.   I don't recall if it was attached to the
12:26:35 13 letter.  It may have been.

12:26:37 14    Q.   Well I represent to you that this entire
12:26:41 15 document came as one PDF from -- from defense counsel.
12:26:45 16 Is there any reason for you to believe that it's not
12:26:47 17 one document that's together?

12:26:49 18    A.   No.  There's no reason for me to believe
12:26:51 19 it's not one document.

12:26:52 20    Q.   And pages 3 and 4 discuss the final
12:26:55 21 checklist, talking about the processing of
12:27:00 22 manuscripts; correct?

12:27:02 23    A.   Yes.

12:27:05 24    Q.   And that's for publication; correct?

12:27:07 25    A.   Yes.

STIREWALT & ASSOCIATES
1-800-553-1953 info@stirewalt.com

128

12:27:11 1    Q.   So you agree with me that based on Exhibit
12:27:13 2 Number 7, the transcript was received by *Numerical*
12:27:18 3 *Heat Transfer* on May 4th, 2017.

12:27:20 4    A.   I disagree.

12:27:23 5    Q.   It says manuscripts -- manuscript date
12:27:25 6 details, date manuscript received, it says May 4th,
12:27:30 7 2007.  Is that what it says there?

12:27:32 8    A.   That's --

12:27:32 9        MR. GOSS:  2017; correct?

12:27:34 10        MR. ASSAAD:  2017.

12:27:34 11    A.   That is what --

12:27:35 12        That is the date entered on this form.

12:27:38 13    Q.   Okay.

12:27:39 14    A.   May 4th, 2017.

12:27:41 15        But it's not the acceptance -- it's not the
12:27:43 16 reception date of April 24th.

12:27:50 17    Q.   Well you agree that it says May 4th, 2017 on
12:27:56 18 this form that was filled out by *Numerical Heat*
12:27:58 19 *Transfer.*

12:27:59 20    A.   I agree that's what the form says.

12:28:16 21    Q.   And you'll agree that by May 31st, 2017 Dr.
12:28:22 22 Minkowiycz accepted your paper.

12:28:23 23    A.   I would agree to what's written in the
12:28:25 24 letter, which says he intends to accept it.  But the
12:28:29 25 final article was accepted June 16th.

STIREWALT & ASSOCIATES
1-800-553-1953 info@stirewalt.com

129

12:28:32 1    Q.    Do you have any documentation to show that
12:28:33 2 it was accepted June 16th?
12:28:35 3    A.    Yes.
12:28:35 4    Q.    Where?
12:28:36 5    A.    It's on this journal paper.
12:28:38 6    Q.    Not talking on the journal paper.  I'm
12:28:39 7 talking about a letter from...
12:28:44 8    A.    Well this -- the metadata contained here
12:28:47 9 reflects the reception and acceptance dates, so --
12:28:52 10   Q.    Well which one's correct, sir?
12:28:55 11   A.    I think they're both correct.
12:28:56 12   Q.    So the transcript was received both on -- or
12:29:00 13 the manuscript was received both on June 16th, 2017,
12:29:04 14 and May 4th, 2017?
12:29:06 15        MR. GOSS:  Object to form.
12:29:08 16   A.    I think there's some confusion.  When a
12:29:11 17 document is sent in, that's the reception date.  So as
12:29:15 18 I look at this that would have been April 24th.
12:29:19 19        Now according to this paper it was received
12:29:24 20 by the editor-in-chief on May 4th.  So those aren't
12:29:33 21 discongruent facts, those are coherent facts.  It goes
12:29:35 22 to the journal and then it goes to the
12:29:37 23 editor-in-chief.
12:29:37 24   Q.    What evidence do you have that you submitted
12:29:39 25 your paper on April -- April 24th, 2017?  Besides

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

130

12:29:45 1 Exhibit Number 3.
12:29:45 2    A.    I don't.  I could look at the creation file
12:29:50 3 that I sent, but I don't know -- sitting here right
12:29:55 4 now, I don't have that.
12:29:57 5    Q.    You agree with me that between May 4th, 2017
12:30:02 6 and May 31st, 2017 there's only approximately 19
12:30:07 7 business days?
12:30:14 8    A.    Say -- could you say that -- ask that again?
12:30:15 9    Q.    Between May 4th, 2017 and May 31st 2017
12:30:19 10 there's only approximately 19 business days.
12:30:22 11   A.    I would agree.
12:30:41 12        (Abraham Exhibit 8 marked for
12:30:41 13        identification.)
12:30:41 14 BY MR. ASSAAD:
12:30:54 15   Q.    What is Exhibit 8?
12:30:56 16   A.    Exhibit 8 is a cover letter.
12:31:00 17   Q.    Is there a date on this cover letter?
12:31:01 18   A.    There is not a date.
12:31:03 19   Q.    Is this the cover letter that was attached
12:31:06 20 to your manuscript that you submitted to *Numerical
12:31:12 21 Heat Transfer*?
12:31:13 22   A.    Yes.
12:31:15 23   Q.    If I want to find the date of this cover
12:31:16 24 letter, how would I find it?
12:31:19 25   A.    Perhaps going to the metadata of the file.

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

131

12:31:23 1    Q.    Do you still have that file?
12:31:24 2    A.    I believe I do.
12:31:42 3    Q.    You agree with me, because of your
12:31:44 4 relationship with Dr. Minkowycz, that there'd be a
12:31:48 5 conflict of interest for him to peer review your
12:31:50 6 article.
12:31:50 7    A.    I disagree.
12:32:13 8    Q.    Do you know whether or not the publisher,
12:32:16 9 Taylor & Francis, would consider that a conflict of
12:32:19 10 interest?
12:32:20 11   A.    I don't believe they would.
12:32:22 12   Q.    Now you agree with me that there's nowhere
12:32:29 13 in the acceptan -- in this letter of Exhibit 7 in
12:32:38 14 which there's any indication that this article was
12:32:45 15 peer reviewed.
12:32:50 16   A.    Which exhibit?
12:32:50 17   Q.    Seven.
12:32:51 18        MR. GOSS:  Seven.
12:32:55 19   A.    I disagree.
12:32:56 20   Q.    Where does it say it was peer reviewed?
12:32:58 21   A.    In the first paragraph.
12:32:59 22   Q.    It says, "I have reviewed the paper" -- and
12:33:01 23 "I," would you agree with me, would be Dr. Minkowycz?
12:33:05 24   A.    Yes.
12:33:06 25   Q.    It says, "I have reviewed the paper

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

132

12:33:07 1 carefully and find it to be of good quality."  Is that
12:33:09 2 what it states?
12:33:10 3    A.    Yes, it does.
12:33:11 4    Q.    "Indeed, the quality standard of the paper
12:33:13 5 merits its acceptance for publication without further
12:33:16 6 review."
12:33:16 7        Did I read that correctly?
12:33:17 8    A.    Yes, you did.
12:33:18 9    Q.    So as of May 31st, 2017 there is no
12:33:24 10 indication in this letter that this paper has been
12:33:28 11 reviewed by any peer reviewers; correct?
12:33:30 12        MR. GOSS:  Object to form.
12:33:31 13   A.    Incorrect.
12:33:32 14   Q.    Where does it --
12:33:33 15        Where is the term "peer" or "referee" or
12:33:37 16 "reviewer" in this -- Exhibit 7?
12:33:41 17   A.    It's the word "I."  Editors-in-chief have
12:33:44 18 the prerogative to review papers.  In fact I am an
12:33:48 19 editor on many publications and I routinely do the
12:33:51 20 review myself.
12:33:52 21   Q.    So it's your opinion that the re -- the peer
12:33:55 22 review was done by Dr. Minkowycz?
12:33:57 23   A.    According to this letter he says "I have
12:33:59 24 reviewed."  Now it may have gone out to other people
12:34:01 25 as well, maybe he accepted it before he got reviews

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

133

12:34:06 1 back.  Maybe it didn't go out to anyone, maybe he did
12:34:08 2 the review.  But that's the prerogative and the
12:34:11 3 practice of editors-in-chief.
12:34:13 4     Q.   Okay.  So it's your understanding --
12:34:15 5         Well you agree with me that at this point in
12:34:18 6 time, today, the only person that we're aware of that
12:34:23 7 reviewed your publication, Exhibit Number 3, is Dr.
12:34:27 8 Minkowicyz.
12:34:28 9         MR. GOSS:  Before it was published.
12:34:30 10    Q.   Before it was published.
12:34:31 11    A.   Correct.
12:34:31 12    Q.   Okay.  You agree with me that there's no
12:34:34 13 indication in Exhibit 7 that your publication was
12:34:42 14 reviewed by anyone other than Dr. Minkowicyz.
12:34:47 15        MR. GOSS:  Before it was published.
12:34:49 16    Q.   Before it was published.
12:34:50 17    A.   I agree.
12:34:54 18    Q.   And *Numerical Heat Transfer* is a journal
12:35:00 19 that does not rely on post-publication review;
12:35:03 20 correct?
12:35:05 21    A.   I don't know that.
12:35:06 22    Q.   Okay.  So it's your opinion that as long as
12:35:13 23 Dr. Minkowiycz reviewed your paper that would make
12:35:16 24 this paper a peer-reviewed paper according to the
12:35:20 25 guidelines of the *Numerical Heat Transfer* journal.

134

12:35:24 1     A.   I don't know the guidelines of the *Numerical
12:35:28 2 Heat Transfer* journal, but what I'll tell you is the
12:35:29 3 practice is editors-in-chief have the prerogative to
12:35:33 4 do reviews.
12:35:33 5     Q.   I'm not asking about in general.  I'm
12:35:35 6 talking about what is required by *Numerical Heat
12:35:38 7 Transfer*.  Do you know one way or the other?
12:35:39 8     A.   I do not know.
12:35:40 9     Q.   Okay.  Would you be surprised that
12:35:44 10 editors-in-chief are not allowed to publish papers
12:35:48 11 without them being peer reviewed in *Numerical Heat
12:35:50 12 Transfer*?
12:35:51 13    A.   I don't know one way or the other.
12:36:12 14    Q.   And I think I asked you this before, but you
12:36:15 15 know what a double-blind peer review is; correct?
12:36:17 16    A.   Yes, I do.
12:36:18 17    Q.   It's where the author and the reviewers do
12:36:20 18 not know who each other are.
12:36:21 19    A.   That is correct.
12:36:24 20         (Abraham Exhibit 9 marked for
12:36:24 21         identification.)
12:36:24 22 BY MR. ASSAAD:
12:36:52 23    Q.   Exhibit 9 is the "Instructions for authors"
12:36:56 24 for *Numerical Heat Transfer, Part A: Applications*.  Do
12:37:01 25 you agree with that?

135

12:37:01 1     A.   Yes.
12:37:02 2     Q.   Have you seen this document before?
12:37:04 3     A.   No.
12:37:06 4     Q.   And I represent to you that I have taken
12:37:12 5 this off the Taylor & Francis website on -- yesterday,
12:37:16 6 or -- yes, yesterday, Valentine's Day, February 14th,
12:37:19 7 2018.
12:37:21 8         Do you see where it says "Peer review"?
12:37:23 9     A.   Yes.
12:37:24 10    Q.   It states:  "Taylor & Francis is committed
12:37:26 11 to peer-review integrity and upholding the highest
12:37:29 12 standards of review.  Once your paper has been
12:37:32 13 assessed for suitability by the editor, it will then
12:37:35 14 be double blind peer-reviewed by expert referees."
12:37:39 15        Did I read that correctly?
12:37:40 16    A.   Yes.
12:37:40 17    Q.   You understand what it means to be assessed
12:37:42 18 for suitability by the editor?
12:37:44 19    A.   Yes.
12:37:45 20    Q.   That means --
12:37:46 21        You agree with me that means that the paper,
12:37:48 22 the subject matter of the paper is the type of
12:37:52 23 scientific areas that this paper -- that the journal
12:37:54 24 usually publishes.
12:37:55 25    A.   That is typically the meaning.

136

12:37:59 1     Q.   So according to this document, you agree
12:38:02 2 with me that *Numerical Heat Transfer, Part A:
12:38:06 3 Applications* con -- the peer-review process consists
12:38:09 4 of a double-blind peer-review process.
12:38:11 5     A.   That's what this document states.
12:38:37 6     Q.   And it's your opinion -- Strike that.
12:38:42 7         Did you have any conversations with Dr.
12:38:48 8 Minkowicyz, email, phone, with respect to this paper?
12:38:52 9     A.   Yes.
12:38:53 10    Q.   When?
12:38:54 11    A.   It would have been before it was submitted.
12:38:57 12    Q.   And do you have email correspondence with
12:38:59 13 him?
12:38:59 14    A.   No.
12:39:00 15    Q.   It was a phone conversation?
12:39:01 16    A.   Yes.
12:39:02 17    Q.   How many?
12:39:02 18    A.   One.
12:39:03 19    Q.   Tell me about it.
12:39:03 20    A.   I asked him which --
12:39:05 21        I told him that I was preparing a
12:39:08 22 calculation of airflow, and I wanted to know what
12:39:12 23 journal he thought it would be best suited for.
12:39:26 24    Q.   Did you tell him that you were a litigation
12:39:28 25 consultant with respect to the -- and that was the

137

12:39:31 1 reason why you got the research to do this CFD
12:39:35 2 calculation?
12:39:37 3     MR. GOSS:  Object to form.
12:39:39 4     A.  I think you're conflating the study, the
12:39:43 5 grant study and the litigation consultancy.  I was
12:39:47 6 hired by 3M to do an academic study, and that work was
12:39:52 7 published and the funding was disclosed.  So I told
12:39:55 8 him that.  I did not mention anything of a litigation.
12:40:52 9     Q.  And it's your opinion that there's no
12:40:59 10 conflict of interest for Dr. Minkowiycz to review your
12:41:03 11 paper?
12:41:04 12     A.  Yes, because we have no conflicts.  We have
12:41:07 13 no financial relationship at all.  The fact I have
12:41:13 14 published with him can't be considered a conflict
12:41:15 15 because I publish with almost everyone.  And I publish
12:41:18 16 with many editors, many editors-in-chief.  The fact
12:41:22 17 is, I wanted this to go to the top journal, a journal
12:41:26 18 that was best suited for the study, and he happens to
12:41:28 19 be the editor-in-chief there.  I didn't prejudice my
12:41:32 20 study in any way by telling him that it was involved
12:41:36 21 in a litigation, but I did disclose funding from 3M
12:41:40 22 for the academic part of the work.
12:41:42 23     Q.  So the answer to my question is you don't
12:41:44 24 believe it's a conflict of interest for Dr. Minkowiycz
12:41:46 25 to review your paper.

138

12:41:47 1     A.  I do not.
12:41:48 2     Q.  Okay.
12:41:50 3     (Abraham Exhibit 10 marked for
12:41:50 4     identification.)
12:41:50 5 BY MR. ASSAAD:
12:42:10 6     Q.  Exhibit Number 10 is another article from
12:42:14 7 Taylor & Francis, who's the publisher of *Numerical
12:42:18 8 Heat Transfer*, Applications A, titled "Ethical
12:42:21 9 considerations when assigning independent reviewers."
12:42:24 10     Under "Reviewer bias and conflicts of
12:42:28 11 interest" it states:  "To ensure a fair review is
12:42:31 12 carried out, potential reviewers should be reviewed to
12:42:34 13 identify the possibility of any conflicts of interest
12:42:38 14 which may lead to bias.  For example, a reviewer's
12:42:43 15 author history and institution should be observed to
12:42:46 16 discover whether they have been a recent collaborator
12:42:50 17 with, or worked at the same organization as, the
12:42:53 18 author."
12:42:54 19     You would agree with me that you and Dr.
12:42:58 20 Minkowiycz have been collaborators in articles over
12:43:02 21 the past three years.
12:43:03 22     A.  I would agree to that statement.
12:43:05 23     Q.  "Preferably, the reviewer should not have
12:43:08 24 worked with the author in the last three years."
12:43:11 25     Did I read that correctly?

139

12:43:12 1     A.  Yes.
12:43:13 2     Q.  You have worked with Dr. Minkowiycz in the
12:43:14 3 last three years; correct?
12:43:16 4     A.  Correct.
12:43:23 5     Q.  "However, if they have recently collaborated
12:43:23 6 with the author or share the same affiliation, this
12:43:27 7 may constitute a potential conflict of interest, and
12:43:30 8 subsequently result in a biased review."
12:43:32 9     Did I read that correctly?
12:43:32 10     A.  You read that correctly.
12:43:55 11     MR. ASSAAD:  Let's go to lunch.
12:44:02 12     THE REPORTER:  Off the record, please.
12:44:00 13     (Luncheon recess taken at
14     approximately 12:44 p.m.)
15
16
17
18
19
20
21
22
23
24
25

140

1     AFTERNOON SESSION
2     (Deposition reconvened at
3     approximately 1:32 p.m.)
4 BY MR. ASSAAD:
13:32:53 5     Q.  Just so the jury would understand, how do
13:32:56 6 you define "divergence"?
13:33:07 7     A.  Divergence is often when your results reach
13:33:15 8 unrealistic magnitudes, or change in ways that are
13:33:20 9 unphysical.
13:33:25 10     Q.  And how would you define "convergence"?
13:33:29 11     A.  When your results give the -- essentially
13:33:33 12 the same results, when they converge to a single
13:33:37 13 answer.
13:34:09 14     Q.  Now in your report in this case on the 505
13:34:12 15 you used ANSYS; correct?
13:34:14 16     A.  Correct.
13:34:15 17     Q.  Okay.  Do you recall what version?
13:34:20 18     A.  I think it was 17.1.
13:34:22 19     Q.  Okay.  And you used a Large-Eddy Simulation;
13:34:26 20 correct?
13:34:27 21     A.  Correct.
13:34:28 22     Q.  Okay.  And what equations do the Large-Eddy
13:34:34 23 Simulation utilize?
13:34:36 24     A.  They utilize what's called the Navier-Stokes
13:34:40 25 equations.

141

13:34:43 1    Q.   And is there a certain form of the
13:34:46 2  Navier-Stokes equations that they use?
13:34:48 3    A.   No.
13:34:50 4    Q.   So it's your understanding that LES uses
13:34:53 5  Navier-Stokes equations.
13:34:54 6    A.   Yes.
13:34:55 7    Q.   Okay.  Is that the equations that were used
13:35:10 8  in the 505 analysis?
13:35:12 9    A.   Yes.
13:35:20 10    Q.   Now I'm looking at your --
13:35:24 11        Can you go to your report, Exhibit Number --
13:35:28 12  your Gareis report.  You agree with me that in the
13:35:34 13  Gareis report there are no identification of any
13:35:37 14  equations; correct?
13:35:43 15    A.   I disagree.
13:35:46 16    Q.   Okay.  Where are the --
13:35:47 17        Where are the Navier-Stokes equations in the
13:35:49 18  Gareis report?
13:35:54 19    A.   I think you changed up that question.  In
13:35:57 20  the Gareis report I specify what set of equations I
13:36:01 21  used in the paragraph that precedes section 3 on page
13:36:05 22  3.  "It was decided to use the Large-Eddy Simulation
13:36:11 23  (LES) method..."  And then I go on to talk about
13:36:16 24  buoyancy and eddy formation, but that is the
13:36:19 25  indication of which equations were used.  Later in

142

13:36:21 1  that same paragraph it's written:  "The unsteady
13:36:26 2  Navier-Stokes equations are filtered so that eddies
13:36:30 3  whose scales are smaller than the mesh...," and I
13:36:33 4  could go on and on, but the point is the LES and the
13:36:36 5  Navier-Stokes equations are la -- listed here.
13:36:40 6    Q.   Could you please write down the filtered
13:36:44 7  Navier-Stokes equations?
13:36:46 8        MR. GOSS:  Oh, pop quiz time.
13:36:50 9    A.   I think I can.  This is like a --
13:36:53 10        Do I have a pen?  Could I use a pen?
13:36:53 11        MR. ASSAAD:  Do you have a pen?
13:36:58 12        [Pen provided to the witness.]
13:36:58 13    Q.   And I'm talking about the filtered
13:37:00 14  Navier-Stokes equations that are utilized in ANSYS.
13:37:04 15    A.   It's a long equation, it is written in my
13:37:07 16  journal paper.  I'm going to try to do it from memory.
13:37:23 17  (Witness writing.)
13:37:57 18        I think that's it.  Without checking a book
13:37:59 19  or my paper, that's what I recall.
13:38:02 20        MR. ASSAAD:  Let's mark this as Exhibit
13:38:05 21  Number 11.
13:38:16 22        (Abraham Exhibit 11 marked for
13:38:16 23         identification.)
13:38:16 24  BY MR. ASSAAD:
13:38:19 25    Q.   And can you please describe what each of the

143

13:38:21 1  terms are, each of the -- each of the terms.
13:38:26 2    A.   Yes, I can.
13:38:30 3        The first term in this equation is what's
13:38:33 4  called the inertial term.  Rho is the density of the
13:38:37 5  fluid.  U -- this -- this symbol, it looks like a --
13:38:43 6  almost like a 2, it refers to a partial derivative,
13:38:48 7  and you see that same term down here [indicating].
13:38:51 8  Now down below there's a "T," that stands for time,
13:38:55 9  and up here there's a "U," and that stands for
13:38:58 10  velocity.  There is a subscript "i" here and that
13:39:02 11  refers to what's called tensor notation, and it's just
13:39:07 12  a way of making your results more compact, so you --
13:39:10 13  In actuality there's equations in all three
13:39:13 14  directions, the X, Y, Z direction, and we just use "U"
13:39:15 15  to represent the fact that there's --
13:39:16 16    Q.   So the first is the inertia term; correct?
13:39:17 17    A.   Correct.
13:39:21 18    Q.   What's the second one, the second section?
13:39:24 19    A.   The second term, and there's a rho here,
13:39:28 20  again that's the density.  There's a "U" again, and
13:39:31 21  that's the same as the "U" that appears here.  And
13:39:34 22  then there's this -- again this funny 2 above and
13:39:38 23  below, and this is a -- it's really a derivative of
13:39:41 24  velocity with respect to position.  So this is a --
13:39:44 25  what's called a velocity gradient.

144

13:39:46 1    Q.   Okay.
13:39:46 2    A.   This term is a momentum term of the flowing
13:39:50 3  fluid.
13:39:50 4    Q.   So you have the inertia and the momentum;
13:39:52 5  correct?
13:39:53 6    A.   Correct.
13:39:53 7    Q.   And what's on the other side of the equal
13:39:55 8  sign?
13:39:56 9    A.   On the other side of the equal sign there is
13:39:58 10  a derivative of pressure, so "P" stands for pressure,
13:40:04 11  "X" again stands for position, so this is a pressure
13:40:08 12  gradient term.
13:40:10 13    Q.   Okay.  And what's the next term?
13:40:13 14    A.   The next term relates to viscosity.  So mu
13:40:16 15  is the viscosity of the fluid, and here we have a
13:40:20 16  second derivative of velocity with respect to
13:40:25 17  position.  So you can think of it as a gradient of a
13:40:27 18  gradient, and it really is a friction term.
13:40:30 19    Q.   Now that's different than the Navier-Stokes
13:40:34 20  equations because it's filtered; correct?
13:40:41 21    A.   Well the filtering --
13:40:42 22        Well no.  This -- This is the Navier-Stokes
13:40:45 23  equation.
13:40:45 24    Q.   What's the filtered Navier-Stokes equation?
13:40:45 25    A.   So there's a --

145

| | |
|---|---|
| 13:40:49 | 1    Q.    Can you write down that equation? |
| 13:40:51 | 2          MR. GOSS:  Let him answer the first |
| 13:40:52 | 3    question. |
| 13:40:54 | 4          MR. ASSAAD:  I withdraw that question. |
| 13:40:54 | 5    Q.    Can you write down the filtered |
| 13:40:58 | 6    Navier-Stokes equation? |
| 13:40:59 | 7    A.    Yes. |
| 13:41:00 | 8    Q.    Go ahead. |
| 13:41:00 | 9    A.    The filtering occurs right here |
| 13:41:04 | 10   [indicating].  It occurs in this tau term.  So the |
| 13:41:07 | 11   issue of filtering is this.  Some -- This is applied |
| 13:41:12 | 12   to different size scales, and you have to remember |
| 13:41:16 | 13   we're solving this equation at all of the elements, |
| 13:41:20 | 14   all of the mesh elements.  And there are frictional |
| 13:41:24 | 15   terms, there's -- there's shear terms that are not |
| 13:41:27 | 16   captured just by this, but are related to turbulence, |
| 13:41:33 | 17   and they appear here. |
| 13:41:35 | 18         Now some of that turbulence structure is |
| 13:41:39 | 19   bigger than our elements, and for those turbulence |
| 13:41:42 | 20   structures we're going to capture it directly, but |
| 13:41:44 | 21   some of the -- some of the motion's smaller than an |
| 13:41:47 | 22   element, and for those we have to do what's called |
| 13:41:50 | 23   modeling, and we use what's called a sub-grid scale |
| 13:41:53 | 24   model to account for small turbulent structures that |
| 13:41:56 | 25   are smaller than an element, and that's the filtering |

STIREWALT & ASSOCIATES
1-800-553-1953 info@stirewalt.com

146

| | |
|---|---|
| 13:42:00 | 1    process. |
| 13:42:00 | 2    Q.    And in ANSYS you use WALE; correct? |
| 13:42:04 | 3    A.    I use the LES WALE method. |
| 13:42:07 | 4    Q.    Okay.  Can you please write down those |
| 13:42:09 | 5    equations? |
| 13:42:09 | 6    A.    No. |
| 13:42:10 | 7    Q.    You can't do that? |
| 13:42:11 | 8    A.    I cannot write those from memory.  I |
| 13:42:11 | 9    didn't -- |
| 13:42:12 | 10   Q.    Okay. |
| 13:42:13 | 11   A.    -- realize this was a memory test.  I cannot |
| 13:42:15 | 12   write them from memory. |
| 13:42:16 | 13   Q.    Okay.  So -- |
| 13:42:17 | 14         But you have worked with ANSYS on numerous |
| 13:42:19 | 15   times; correct? |
| 13:42:20 | 16   A.    That is correct. |
| 13:42:20 | 17   Q.    And you've done -- |
| 13:42:22 | 18         And I think you mentioned before that you've |
| 13:42:23 | 19   actually done coding for ANSYS; correct?  You've |
| 13:42:28 | 20   written some code for them? |
| 13:42:30 | 21   A.    I have modified the ANSYS code. |
| 13:42:32 | 22   Q.    Okay. |
| 13:42:33 | 23   A.    I don't know if I've written code that they |
| 13:42:34 | 24   have imported into their software. |
| 13:42:38 | 25   Q.    And you understand that the sub-grid -- |

STIREWALT & ASSOCIATES
1-800-553-1953 info@stirewalt.com

147

| | |
|---|---|
| 13:42:40 | 1    sub-grid scale used by ANSYS is LES WALE; correct? |
| 13:42:45 | 2    A.    That is one of the options.  That's the |
| 13:42:46 | 3    option I used. |
| 13:42:47 | 4    Q.    Okay.  And that itself has equations to |
| 13:42:51 | 5    model the sub-grid scale; correct? |
| 13:42:52 | 6    A.    That is correct. |
| 13:42:53 | 7    Q.    And sitting here today, you can't write down |
| 13:42:55 | 8    the equations for the sub-grid scale that you used. |
| 13:42:57 | 9    A.    With -- |
| 13:42:57 | 10         MR. GOSS:  Asked and answered. |
| 13:42:59 | 11   Q.    Correct? |
| 13:43:00 | 12   A.    Without a reference I cannot write them from |
| 13:43:02 | 13   memory. |
| 13:43:10 | 14   Q.    Are you able to write down the equations for |
| 13:43:14 | 15   the Boussinesq approximation? |
| 13:43:19 | 16   A.    I think I could write that down. |
| 13:43:20 | 17   Q.    Please do, on that same piece of paper. |
| 13:43:23 | 18   A.    (Witness complying.) |
| 13:44:57 | 19         From memory I think it is this. |
| 13:44:59 | 20   Q.    By the way, can you label each of the |
| 13:45:01 | 21   equations, of what they are? |
| 13:45:03 | 22   A.    Certainly.  (Witness complying.) |
| 13:45:27 | 23   Q.    And the options in ANSYS, you either can use |
| 13:45:31 | 24   Boussinesq or Ideal; correct?  Ideal Gas. |
| 13:45:34 | 25   A.    Those are two options. |

STIREWALT & ASSOCIATES
1-800-553-1953 info@stirewalt.com

148

| | |
|---|---|
| 13:45:36 | 1    Q.    Okay.  I'm going to backtrack a little bit. |
| 13:45:42 | 2          (Abraham Exhibit 12 marked for |
| 13:45:52 | 3    identification.) |
| 13:45:52 | 4          (Discussion off the stenographic record.) |
| 13:45:52 | 5    BY MR. ASSAAD: |
| 13:45:52 | 6    Q.    I just have a quick question.  This is an |
| 13:45:55 | 7    email on June 1st, 2017 from Dr. Minkowycz to |
| 13:46:01 | 8    yourself.  Do you see that? |
| 13:46:02 | 9    A.    Yes. |
| 13:46:02 | 10   Q.    And you produced this in response to our |
| 13:46:03 | 11   subpoena; correct? |
| 13:46:04 | 12   A.    Yes. |
| 13:46:06 | 13   Q.    What's the attachment? |
| 13:46:08 | 14   A.    I don't know what the attachment is.  It may |
| 13:46:10 | 15   be this letter that he sent me.  I think it's that |
| 13:46:14 | 16   letter, but I don't know. |
| 13:46:16 | 17         MR. GOSS:  I'll represent to you that it is |
| 13:46:19 | 18   the acceptance letter. |
| 13:46:20 | 19         MR. ASSAAD:  Okay. |
| 13:46:21 | 20   Q.    So the acceptance letter was emailed to you |
| 13:46:23 | 21   on June 1st, 2017; correct? |
| 13:46:26 | 22   A.    That's what this says. |
| 13:46:27 | 23   Q.    Okay.  Now going back to the 505 model -- |
| 13:46:43 | 24   Strike that. |
| 13:46:44 | 25         MR. ASSAAD:  And you're talking about the |

STIREWALT & ASSOCIATES
1-800-553-1953 info@stirewalt.com

149

13:46:45 1 acceptance letter that was produced to us last week;
13:46:47 2 correct?
13:46:49 3        MR. GOSS:  It's -- Did you already mark it
13:46:52 4 as an exhibit?
13:46:53 5        MR. ASSAAD:  But it was produced last week
13:46:55 6 to us; correct?
13:46:56 7        MR. GOSS:  It's Exhibit -- It's 7.
13:46:58 8        MR. ASSAAD:  I understand, but it was
13:46:59 9 produced to us last week.
13:47:03 10        MR. GOSS:  Sure.  I'm not under oath, but I
13:47:08 11 will stand by that.
13:47:13 12 BY MR. ASSAAD:
13:47:16 13    Q.    With regard to the communications you had
13:47:17 14 with*Numerical Heat Transfer* journal, these
13:47:23 15 communications were prior to your deposition in July;
13:47:30 16 correct?
13:47:31 17    A.    Correct.
13:47:31 18    Q.    And you did not produce those to us in
13:47:34 19 responsive to our subpoena back then; correct?
13:47:36 20        MR. GOSS:  I'll just state an objection
13:47:37 21 that Dr. Elghobashi had refused to produce any
13:47:42 22 journal correspondence under the Ingelfinger rule, we
13:47:45 23 responded in kind.
13:47:50 24        MR. ASSAAD:  Is there a legal objection?
13:47:53 25        MR. GOSS:  It's an explanation.  It's an

STIREWALT & ASSOCIATES
1-800-553-1953 info@stirewalt.com

150

13:47:55 1 explanation.
13:47:57 2 BY MR. ASSAAD:
13:47:58 3    Q.    So you did not produce --
13:47:59 4        When did you produce these documents, like
13:48:02 5 Exhibits Number 12, as well as the acceptance letter,
13:48:04 6 to your attorneys?
13:48:06 7    A.    I don't recall.
13:48:08 8    Q.    Was it in responsive to the subpoena that
13:48:10 9 was issued to you in January of this year, or a
13:48:12 10 previous subpoena?
13:48:13 11    A.    I don't recall.
13:48:31 12    Q.    Do you keep a correspondence file with
13:48:33 13 respect to what you send over to your attorneys, or
13:48:38 14 3M?
13:48:39 15    A.    I don't send anything to 3M.  I don't recall
13:48:41 16 sending anything to 3M.
13:48:42 17    Q.    Or their attorneys?
13:48:45 18    A.    What is a correspondence file?
13:48:46 19    Q.    Do you keep track of what documents you send
13:48:50 20 back and forth between you and counsel for 3M?
13:48:53 21    A.    I do not.
13:49:21 22    Q.    When you ran your CFD for the 505 were there
13:49:32 23 any errors that occurred with respect to the CFD?
13:49:39 24    A.    Can you define "error"?
13:49:41 25    Q.    Were any error --

STIREWALT & ASSOCIATES
1-800-553-1953 info@stirewalt.com

151

13:49:42 1        Was there any error notices by ANSYS with
13:49:45 2 respect to how you were doing the CFD?
13:49:47 3    A.    I don't recall.
13:49:50 4    Q.    If there is an error -- If there is an error
13:49:59 5 -- Strike that.
13:49:59 6        When you run ANSYS and if you're doing
13:50:02 7 something incorrectly or against ANSYS' best
13:50:09 8 practices, it'll indicate it to you by an error
13:50:11 9 message; correct?
13:50:13 10    A.    It may, but sometimes it'll tell you if
13:50:17 11 you're doing something that's advanced and they'll
13:50:20 12 give you a warning saying you're doing something
13:50:22 13 that's advanced, only people with advanced knowledge
13:50:25 14 should be doing this.  So they give -- sometimes
13:50:27 15 they'll give you a warning that general practice is to
13:50:33 16 do it a different way.  So there -- there are all
13:50:35 17 sorts of different warnings that you may get.
13:50:37 18    Q.    Did you get any in this case with the 505?
13:50:39 19    A.    I don't recall.
13:50:40 20    Q.    Did you look?
13:50:42 21    A.    I would have noticed them if I got one.
13:50:55 22    Q.    For example, if you used -- ANSYS might give
13:50:58 23 you a warning if you used the wrong subscale --
13:51:02 24 sub-grid scale.
13:51:05 25    A.    I don't think that's quite right.  I mean,

STIREWALT & ASSOCIATES
1-800-553-1953 info@stirewalt.com

152

13:51:09 1 there are choices that you make, and ANSYS may
13:51:13 2 recommend a different choice and it may not.  But to
13:51:17 3 say that one is right or wrong, I -- I don't think I
13:51:20 4 would agree with that.
13:51:20 5    Q.    Well does it give you a recommendation or
13:51:22 6 does it give you an error message?
13:51:24 7    A.    I don't know the answer to that.
13:51:25 8    Q.    Have you ever received an error message in
13:51:27 9 any of the work you did on ANSYS?
13:51:29 10    A.    I almost always receive error messages.
13:51:32 11    Q.    And what do you do in those situations?
13:51:34 12    A.    I evaluate the error message and decide if
13:51:36 13 action is needed -- needs to be taken.
13:51:52 14    Q.    Now in your 505 you looked at the 505
13:51:59 15 Service Manual to determine the volumetric flow rate
13:52:04 16 for the Bair Hugger unit; correct?
13:52:29 17    A.    That is incorrect.
13:52:46 18    Q.    Did you look at the Operator's Manual?
13:52:46 19    A.    That is correct.
13:52:48 20    Q.    So you looked at the Operators Manual to
13:52:51 21 determine the flow rate; correct?  Or the volumetric
13:52:52 22 flow rate.
13:52:53 23    A.    Yes.
13:52:54 24    Q.    And you obtained -- you used the number 28
13:52:58 25 cubic feet per minute; correct?

STIREWALT & ASSOCIATES
1-800-553-1953 info@stirewalt.com

153

13:53:00  1      A.    That is correct.

13:53:01  2      Q.    Okay.  And according to the Operator's

13:53:03  3  Manual, it actually gives 28 to 30 cubic feet per

13:53:06  4  minute; correct?

13:53:07  5      A.    That is correct.

13:53:12  6      Q.    And you yourself relied on the 505

13:53:14  7  Operator's Manual to obtain the volumetric flow rate.

13:53:20  8      A.    I actually don't recall if I relied on it,

13:53:25  9  or if I had an idea of the flow rate and I just

13:53:28 10  checked it to see if it was consistent with the

13:53:30 11  Operator's Manual.  I don't recall.  But in the end,

13:53:35 12  the 28 is consistent with the Operator's Manual.

13:53:38 13      Q.    Okay.

13:53:40 14      A.    But I don't recall which -- whether I relied

13:53:42 15  on -- primarily on my memory or the Operator's Manual.

13:53:50 16      Q.    What's the volumetric flow rate of --

13:53:52 17      I mean, you've done work for Smiths Medical,

13:53:58 18  correct, on their forced-air warming machines;

13:54:00 19  correct?

13:54:00 20      A.    That is correct.

13:54:01 21      Q.    What's the volumetric flow rate for the

13:54:03 22  Smiths Medical device?

13:54:04 23      A.    They have many devices.

13:54:06 24      Q.    Well what's the device you worked on?

13:54:07 25      A.    I worked on multiple devices.

154

13:54:09  1      Q.    Can you give me one?

13:54:10  2      A.    I can give you the --

13:54:11  3      They were named with letters and numbers,

13:54:16  4  they were EQ something, I don't remember the number.

13:54:22  5  The devices that I worked on formed the basis of the

13:54:26  6  journal publication that I did in I think 2016 on

13:54:31  7  patient-warming devices, but I don't remember the

13:54:32  8  model numbers of the blankets.  I remember there being

13:54:35  9  multiple blankets.

13:54:36 10      Q.    What about the blower; do you remember the

13:54:39 11  volumetric flow rate of the blower?

13:54:41 12      A.    I worked on multiple blowers.

13:54:43 13      Q.    Any one of them.

13:54:45 14      A.    I would have to refer to my records for that

13:54:49 15  study.

13:54:51 16      Q.    How --

13:54:51 17      I mean, if you did not use the Operator's

13:54:53 18  Manual to determine the flow rate being 28 with the

13:54:57 19  505, what are you relying upon?

13:55:05 20      A.    And I'm going to ask a question.

13:55:08 21      THE WITNESS:  This is a proprietary --

13:55:13 22      MR. ASSAAD:  If he's relying on something,

13:55:14 23  it's -- we have a confiden --

13:55:16 24      A.    I'll tell you -- I'll tell you -- I --

13:55:18 25      MR. GOSS:  If it's proprietary we would

155

13:55:20  1  designate it as Confidential under the Protective

13:55:22  2  Order.  If you're relying on something, you can

13:55:24  3  answer his question.

13:55:27  4      A.    I ran a --

13:55:28  5      I was hired by Smiths to evaluate their

13:55:31  6  blankets and blowers and their competitor's, and in

13:55:35  7  that evaluation we tested multiple Smiths Medical

13:55:41  8  blankets and multiple 3M blankets and

13:55:44  9  blowers, and I think other manufacturers as well.  So

13:55:47 10  I have a whole set of data from those experiments, and

13:55:54 11  what I recall was flow rates in the range of 28.

13:55:59 12      Q.    Okay.  For the Smiths Medical or for the

13:56:03 13  505?

13:56:04 14      A.    For upper body blankets with lower blowers,

13:56:09 15  lower blowers.  So both -- all companies had a high

13:56:12 16  blow -- high blower case and they've got different

13:56:16 17  blower settings, and a lower blower case.

13:56:20 18      And just to put on the record, the reason

13:56:22 19  why I struggled with the proprietary nature is Smiths

13:56:25 20  does not want oth -- their competitors to know I

13:56:28 21  tested their blankets.

13:56:38 22      Q.    There's no indication in your report which

13:56:41 23  has been marked as Exhibit Number 1, that you -- when

13:56:52 24  you tested the -- when you did the 505 CFD that you

13:56:57 25  had the Bair Hugger -- you ran it with the Bair Hugger

156

13:57:00  1  off; correct?

13:57:01  2      A.    That is correct.

13:57:02  3      Q.    Going back to Smiths Medical, you understand

13:57:06  4  that Smiths Medical and 3M are competitors.

13:57:09  5      A.    I understand that.

13:57:09  6      Q.    In the field of patient warming.

13:57:14  7      A.    That's what I understand.

13:57:16  8      Q.    When you were retained by 3M to do research,

13:57:20  9  did you inform Smiths Medical that you were -- been

13:57:25 10  asked by 3M to do research on their blowers?

13:57:27 11      A.    Yes.

13:57:29 12      Q.    Who'd you speak with at Smiths Medical?

13:57:32 13      A.    I don't recall.

13:57:34 14      Q.    Was there a conflict of interest for you

13:57:38 15  doing work with Smiths Medical and 3M?

13:57:41 16      A.    Not --

13:57:41 17      I do not believe there is.

13:57:43 18      Q.    Did you ask for any sort of waiver regarding

13:57:46 19  any conflict?

13:57:47 20      A.    I don't --

13:57:48 21      MR. GOSS:  Object to form.

13:57:49 22      A.    I don't recall asking for a waiver.

13:58:04 23      Q.    Now I'm going to get into your report real

13:58:07 24  quick, but just -- I know I've asked you this before.

13:58:09 25  I just want to be sure we're on the same page.

157

13:58:11  1        The only thing that changes between the 750
13:58:16  2  and the 505 CFD analysis is the volumetric flow out of
13:58:22  3  the Bair Hugger.
13:58:23  4        A.    That is all that I recall changing.
13:58:25  5        Q.    You used the same equations; correct?
13:58:27  6        A.    Correct.
13:58:44  7        Q.    You used 41 degrees Celsius; correct?
13:58:46  8        A.    Correct.
13:58:47  9        Q.    And that was higher than what Dr. Elghobashi
13:58:49 10  used in his 505 analysis; correct?
13:58:54 11        A.    I don't recall what he used.
13:58:56 12        Q.    If he used 40.5 degrees, you would agree
13:58:58 13  with me that 41 degrees is higher than 40.5.
13:59:01 14        A.    I agree.
13:59:02 15        Q.    Okay.  Your air inlet temperature was 15
13:59:05 16  degrees Celsius; correct?  From the ceiling.
13:59:11 17        A.    Correct.
13:59:12 18        Q.    And do you agree with me that that's the
13:59:19 19  same temperature that Dr. Elghobashi used in his CFD
13:59:17 20  analysis?
13:59:18 21        A.    I -- I agree.
13:59:21 22        Q.    You had four exhaust vents in your CFD
13:59:24 23  analysis; correct?
13:59:25 24        A.    Correct.
13:59:25 25        Q.    That's the same as Dr. Elghobashi used in

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

158

13:59:27  1  his CFD analysis; correct?
13:59:29  2        A.    Correct.
13:59:35  3        Q.    Your room sizes were very similar, but not
13:59:38  4  exact between you and Dr. Elghobashi; correct?
13:59:40  5        A.    Correct.
13:59:41  6        Q.    You used an exchange -- air -- air changes
13:59:46  7  per hour of 27.69 in your CFD analysis; correct?
13:59:53  8        A.    Well it states here an air change every 130
13:59:56  9  seconds.  I could convert that to hours.  But my
13:59:59 10  report says one air change every 130 seconds.
14:00:08 11        Q.    And to calculate the air-exchange rate you
14:00:11 12  would divide -- you'd take 3600 and divide it by 130;
14:00:15 13  correct?
14:00:15 14        A.    Yes.
14:00:19 15        Q.    I represent to you that that number is
14:00:22 16  27.692.  So would you agree with me that the air
14:00:25 17  change rate per hour is 27.69 in your CFD analysis?
14:00:29 18        A.    Yes, I would.
14:00:30 19        Q.    Now you say, approximately every 130
14:00:33 20  seconds; correct?
14:00:36 21        Do you know what the --
14:00:37 22        A.    Incorrect.
14:00:42 23        Q.    So you had an air exchange every 130
14:00:44 24  seconds?
14:00:46 25        A.    That's what this statement says.  It says,

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

159

14:00:48  1  "The volume of the room is 5190 cubic feet...so that
14:00:54  2  the ventilation flow resulted in one air change every
14:00:57  3  130 seconds."
14:00:58  4        Q.    So that's an exact number; correct?
14:01:02  5        A.    Well it's exact to the two significant
14:01:05  6  figures.  It may be 130.2, it might be 129.8, but I'm
14:01:11  7  not claiming that level of accuracy.
14:01:11  8        Q.    And you would agree with me that with
14:01:15  9  respect to the operating -- or the surgical table, you
14:01:20 10  used the same height as Dr. Elghobashi.
14:01:23 11        A.    I don't know that.
14:01:25 12        Q.    But it was very similar to height and shape;
14:01:27 13  correct?
14:01:28 14        A.    I don't know...
14:01:29 15        I don't recall what his height was.
14:01:31 16        Q.    Okay.  Now you agree with me -- Strike that.
14:01:49 17        On page 1 in your report of Exhibit 1,
14:01:56 18  second paragraph, you state:  "Note that the assumed
14:02:01 19  temperature of 41 degrees Celsius at the blanket
14:02:04 20  outlet is significantly higher than temperatures
14:02:07 21  measured in experimental settings...for example, T.
14:02:12 22  Kuehn General Causation report Exhibit C."
14:02:15 23        Did I read that correctly?
14:02:16 24        A.    Yes.
14:02:16 25        Q.    Are you referring to any other experimental

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

160

14:02:18  1  settings besides Dr. Kuehn's general causation report?
14:02:25  2        A.    No.
14:02:28  3        Q.    Are you relying in any way with re -- to Dr.
14:02:31  4  Kuehn's general causation report to offer any opinions
14:02:35  5  with respect to the exit temperature of the Bair
14:02:39  6  Hugger as the air -- as the Bair Hugger -- of the Bair
14:02:41  7  Hugger air as it leaves the perforations from the
14:02:44  8  blanket?
14:02:44  9        MR. GOSS:  In his model, or otherwise?
14:02:47 10        MR. ASSAAD:  Otherwise.
14:02:49 11        A.    Could you read back that?
14:02:50 12        Q.    I'll rephrase it.
14:02:52 13        A.    Yeah.
14:02:53 14        Q.    You're saying that 41 degrees Celsius is
14:02:55 15  significantly higher than the temperatures measured in
14:02:58 16  experimental settings, and you rely on Dr. Kuehn's
14:03:02 17  report; correct?
14:03:04 18        A.    No.  I think you've misinterpreted that.
14:03:07 19  The key sentence is the next sentence.  "Again, my
14:03:11 20  intent was to model a worst-case scenario to
14:03:14 21  exaggerate the effect" of Bair Hugger -- "of the Bair
14:03:16 22  Hugger on the operating room airflow."
14:03:18 23        So what I'm saying here is I'm acknowledging
14:03:21 24  that 41 Celsius is artificially high.  I'm choosing it
14:03:26 25  because it's a worst-case scenario.

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

161

14:03:28 1     Q.   Okay.  My question is:  Are you saying it's
14:03:30 2  artificially high because of the experimental data
14:03:33 3  from Dr. Kuehn?
14:03:34 4     A.   No.
14:03:35 5     Q.   Okay.  So why are you putting in here Dr.
14:03:38 6  Kuehn's general report, Exhibit C?
14:03:41 7     A.   Because that's an example of someone who has
14:03:43 8  made measurements that are lower.
14:03:46 9     Q.   Have you read his deposition, Dr. Kuehn's
14:03:49 10 deposition?
14:03:49 11    A.   I have read his deposition.
14:03:54 12    Q.   What other data are you relying upon with
14:03:58 13 respect to the actual temperature of the exit air
14:04:00 14 coming from the Bair Hugger?
14:04:02 15    A.   My own experimental data.
14:04:04 16    Q.   Where is that?
14:04:05 17    A.   I ran experiments in per --
14:04:08 18    Q.   I didn't say what.  I said where?
14:04:10 19    A.   Oh, I don't have that data.
14:04:11 20    Q.   Okay.  And since you don't have that data,
14:04:26 21 that data was never produced to us; correct?  In this
14:04:29 22 case.
14:04:29 23    A.   That is correct.
14:04:06 24    Q.   What is the difference between using the
14:05:09 25 Boussinesq approximation and Ideal Gas law in ANSYS?

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

162

14:05:16 1     A.   The difference is how the density is
14:05:20 2  calculated, and in particular how changes in density
14:05:23 3  are calculated.  The Boussinesq relates density
14:05:26 4  changes to temperature differences, and the Ideal Gas
14:05:30 5  law calculates density changes using the Ideal Gas
14:05:35 6  law.
14:05:35 7     Q.   Which one's more accurate?
14:05:39 8     A.   It --
14:05:40 9          MR. GOSS:  I feel like we went over this in
14:05:42 10 the last deposition, but you can answer the question.
14:05:44 11    A.   I did answer this in the last deposition,
14:05:47 12 and my answer is the same, and that is this:  The
14:05:50 13 Boussinesq model is going to overestimate any effect
14:05:55 14 that the Bair Hugger might have.  So again I'm
14:05:58 15 choosing a worst-case scenario to stack the cards
14:06:03 16 against the Bair Hugger to see if I can get intrusion
14:06:06 17 of air to the surgical site.
14:06:08 18    Q.   Okay.  With respect to the images that were
14:06:42 19 -- Withdraw.
14:06:42 20         The mesh that you used in the 505 results in
14:06:46 21 your report of Exhibit 1, is that the
14:06:50 22 nine-million-cell mesh that was used in the 750?
14:06:53 23    A.   That is my recollection.
14:07:18 24    Q.   Why did you run the 505 model longer than
14:07:24 25 the 750 model and simulation time?

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

163

14:07:32 1     A.   I don't know the answer to that.  It may be
14:07:34 2  that I used --
14:07:35 3     Q.   If you don't -- If you don't know the
14:07:36 4  answer, I don't want any guessing, so that's fine.
14:07:39 5          Did you use the same computer for both the
14:07:43 6  505 and the 750?
14:07:44 7     A.   Yes.
14:07:45 8     Q.   Is that the computer that was given to you
14:07:46 9  by a grant back about five or six years ago?
14:07:50 10    A.   I don't know if that computer was given by a
14:07:53 11 grant.  I don't recall.
14:07:56 12    Q.   In 2009 you were given 4,200 for the
14:07:59 13 purchase of a high-performance computer for numerical
14:08:03 14 simulations.  University of St. Thomas Faculty
14:08:06 15 Development Grant.
14:08:08 16    A.   Are you on Exhibit 6?
14:08:10 17    Q.   Your CV.
14:08:11 18    A.   Okay.
14:08:12 19    Q.   Page 5.
14:08:21 20    A.   (Witness reviewing exhibit.)  I -- No, I
14:08:23 21 don't -- this computer was not the computer associated
14:08:26 22 with that grant.
14:08:27 23    Q.   Okay.  And similar to the 750, you did not
14:08:53 24 use any type of -- or place any people in your CFD
14:08:58 25 analysis; correct?

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

164

14:09:00 1     A.   That is incorrect.
14:09:01 2     Q.   You have people in your CFD analysis?
14:09:03 3     A.   The patient's there.
14:09:03 4     Q.   Oh, okay.  Besides the patient there's no
14:09:08 5  surgical staff or anesthesiology -- anesthesiologist
14:09:10 6  in your CFD analysis; correct?
14:09:12 7     A.   That is correct.
14:09:15 8     Q.   And you did not use any size particles in
14:09:17 9  your CFD analysis; correct?
14:09:20 10    A.   That is correct.
14:09:21 11    Q.   Okay.  Did you alter the mesh in any way
14:09:42 12 between the 505 and the 750?
14:09:44 13    A.   I cannot recall altering the mesh in any
14:09:47 14 way.
14:09:48 15    Q.   So the an --
14:09:49 16    A.   I don't believe I did.
14:09:53 17    Q.   With respect to the Boussinesq approximation
14:09:57 18 that was used in the 505, when you use Boussinesq,
14:10:03 19 what terms does the model change in the Navier-Stokes
14:10:07 20 equations?
14:10:07 21    A.   It changes the buoyancy term.
14:10:09 22    Q.   And which one's that in the equation that's
14:10:11 23 been marked as an exhibit?
14:10:21 24    A.   In this exhibit there is a term here which
14:10:25 25 is the pressure gradient, and inside there is a

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

165

14:10:28 1   buoyancy term.   [Exhibit 11.]

14:10:30 2        Q.   So it's the pressure gradient that the

14:10:32 3   Boussinesq is used -- alters in the Navier-Stokes

14:10:40 4   equation.

14:10:40 5        A.   It's the buoyancy term which is contained

14:10:43 6   within the pressure gradient.

14:10:44 7        Q.   Okay.  Now you mentioned that you have

14:11:08 8   validated the 750 results; correct?

14:11:12 9        A.   Yes.

14:11:13 10       Q.   By experimentation; correct?

14:11:15 11       A.   Yes.

14:11:15 12       Q.   Did you do the same validation for the 505

14:11:17 13  results?

14:11:18 14       A.   No.

14:11:21 15       Q.   And your validation in the 750 was two

14:11:26 16  temperature -- temperature taken and smoke tests;

14:11:34 17  correct?

14:11:34 18       MR. GOSS:  Object to form.

14:11:36 19       A.   It was visible water vapor.  The primary

14:11:40 20  validation was comparing the flow patterns via visible

14:11:44 21  water vapor in my simulations, and I also compared

14:11:47 22  temperatures.

14:11:48 23       Q.   And actually in your report, your -- in

14:11:55 24  Numerical Heat Transfer, Exhibit 3, you actually

14:11:58 25  indicate -- or you superimpose your streamlines and

STIREWALT & ASSOCIATES
1-800-553-1953 info@stirewalt.com

166

14:12:01 1   your water vapor tests; correct?

14:12:04 2        A.   That is correct.

14:12:09 3        Q.   You did not create a graph or a table

14:12:12 4   showing different data with respect to the

14:12:20 5   experimental data compared to the CFD analysis data.

14:12:26 6        A.   You asked about a graph and something else?

14:12:28 7        Q.   Okay.  You've done validation before with

14:12:31 8   respect to CFD analysis and experiments; correct?

14:12:34 9        A.   Yes.

14:12:34 10       Q.   And if you look at the validation even that

14:12:37 11  you -- that you reviewed with respect to what Apte and

14:12:43 12  Mahesh have done with respect to the Stanford code,

14:12:45 13  you see a lot of models showing a line graph depicting

14:12:50 14  the experimental data and what the CFD data has

14:12:53 15  obtained.

14:12:54 16       A.   Yes.

14:12:55 17       Q.   And that's commonly done when you're trying

14:12:57 18  to validate a code or -- with respect to experiments;

14:13:03 19  correct?

14:13:04 20       A.   It is sometimes done.

14:13:05 21       Q.   Well you've done that before in the past;

14:13:10 22  correct?

14:13:10 23       A.   Yes, I have.

14:13:11 24       Q.   You've actually done that with Dr. Sparrow

14:13:13 25  on multiple occasions; correct?

STIREWALT & ASSOCIATES
1-800-553-1953 info@stirewalt.com

167

14:13:15 1        A.   Yes.

14:13:16 2        Q.   Okay.  You did not do that type of analysis

14:13:18 3   with respect to your validation in -- with re -- in

14:13:22 4   your report; correct?

14:13:24 5        A.   Just so I understand the question you're

14:13:25 6   asking.  Did I do a validation involv -- or showing a

14:13:28 7   line graph -- or data on a line graph to compare the

14:13:32 8   experiments with the simulation.  That's your

14:13:34 9   question?

14:13:34 10       Q.   Yes.

14:13:35 11       A.   The answer is no, I did not.

14:13:54 12       (Abraham Exhibit 13 marked for

14:14:04 13       identification.)

14:14:04 14       (Discussion off the stenographic record.)

14:14:05 15  BY MR. ASSAAD:

14:14:07 16       Q.   What's been marked as Exhibit 13 is an

14:14:09 17  article -- from a chapter from Numerical Heat Transfer

14:14:14 18  that you are an author with with Dr. Sparrow and Dr.

14:14:19 19  Minkowycz; correct?

14:14:20 20       A.   That is correct.

14:14:22 21       A.   And --

14:14:23 22       A.   Oh wait.  Hold on.  I think that's not

14:14:26 23  correct.  That is incorrect.

14:14:29 24       Q.   You did not co-author this with Dr. Sparrow

14:14:31 25  and Dr. Minkowycz?

STIREWALT & ASSOCIATES
1-800-553-1953 info@stirewalt.com

168

14:14:32 1        A.   I did.

14:14:35 2        Q.   Oh, Advances in Heat Transfer; correct?

14:14:37 3        A.   Correct.

14:14:41 4        Q.   And you do validation to determine the

14:14:43 5   different type of models between K-epsilon, RNG

14:14:47 6   K-epsilon, LES with respect to experimental results;

14:14:51 7   correct?

14:14:52 8        A.   Correct.

14:14:53 9        Q.   And you show validation curves with respect

14:14:56 10  to the -- what the model shows and what the

14:15:00 11  experimental data shows.

14:15:02 12       A.   We show comparisons between the model and

14:15:04 13  the experiment.  I don't know if I'd call that a

14:15:07 14  validation curve, but we do show comparisons.

14:15:10 15       Q.   And with the comparisons you have more than

14:15:11 16  two data points; correct?

14:15:13 17       A.   Yes.

14:15:14 18       Q.   And in fact you have between 15 to 20 data

14:15:17 19  points for each comparison; correct?

14:15:20 20       Q.   Could you tell me where you're looking?

14:15:20 21       Q.   I'm looking on pages 12, 13, 14, 15.

14:15:34 22       A.   It looks like approximately 20 data points.

14:15:39 23       Q.   And this is com --

14:15:40 24       This type of depiction of data from the

14:15:47 25  numerical methods of CFD and experimental is commonly

STIREWALT & ASSOCIATES
1-800-553-1953 info@stirewalt.com

169

14:15:50  1  used among people in your field.
14:15:54  2      A.   I would agree.
14:18:06  3      Q.   Going to your article in Numerical Heat
14:18:11  4  Transfer, Exhibit 3, you testified earlier that you
14:18:26  5  ran at least 2,500 time steps with respect to the 750;
14:18:31  6  correct?
14:18:32  7      A.   Yes.
14:18:34  8      Q.   And the time step, I think you recall, was
14:18:37  9  about .01.
14:18:40 10      A.   Well that's -- would -- that, as I recall,
14:18:43 11  was the time step associated with the 264 TRN.
14:18:46 12      Q.   Did you change the time step between 264 and
14:18:49 13  2500?
14:18:50 14      A.   I may have.
14:18:52 15      Q.   But sitting here today, you don't recall.
14:18:54 16      A.   Well I know I changed the time step, but I
14:18:59 17  don't recall at what point that was done.  The key is
14:19:02 18  you have to make sure your results are independent of
14:19:04 19  time step.  So whether you change them early or later
14:19:10 20  isn't that important.
14:19:12 21           What I say here in the paper is that
14:19:16 22  multiple values of time steps were selected as low as
14:19:20 23  .0001 seconds.
14:19:23 24      Q.   Well my question is:  When you ran it
14:19:25 25  forward from 264 to 2500, you don't know one way or

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

170

14:19:29  1  the other whether or not you changed the time step.
14:19:30  2      A.   I don't recall the time steps between 264
14:19:33  3  and 2500.
14:19:35  4      Q.   And you may not have changed it at all;
14:19:37  5  correct?
14:19:38  6      A.   That's possible.
14:19:51  7      Q.   Do you remember, when you ran it, what the
14:19:53  8  simulation time was at 2500?
14:19:55  9      A.   I do not.
14:19:56 10      Q.   Was it more than two seconds?
14:19:59 11      A.   I don't recall what it was.
14:20:11 12      Q.   So sitting --
14:20:13 13           And I take it you don't have those files any
14:20:15 14  more; correct?
14:20:16 15      A.   Which files?
14:20:16 16      Q.   The time step of 2500 for the 750 model.
14:20:20 17      A.   I do not have that file for the 750 model.
14:20:24 18      Q.   Okay.
14:21:07 19           (Abraham Exhibit 14 marked for
14:21:07 20           identification.)
14:21:07 21  BY MR. ASSAAD:
14:21:19 22      Q.   What's been marked as Exhibit 14 is your
14:21:27 23  Model 750 run at different time steps in which we ran
14:21:31 24  it forward according to what you testified was
14:21:35 25  possible in your general causation report -- or at the

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

171

14:21:35  1  deposition.
14:21:42  2           Do you recognize this format?
14:21:45  3      A.   Yes.
14:21:48  4      Q.   Do you agree with me that this looks like a
14:21:51  5  format that would be produced by ANSYS?
14:21:51  6      A.   Yes.
14:21:52  7      Q.   And it talks about time step simulation
14:21:55  8  time, CPU seconds, et cetera; correct?
14:21:58  9      A.   Yes.
14:22:01 10      Q.   And as you see, the first one had a time
14:22:04 11  step of 951.  Do you see that?
14:22:07 12      A.   Yes.
14:22:08 13      Q.   Okay.  And it talks about the equations and
14:22:11 14  the -- and the rate, the RMS res, the max res and
14:22:17 15  linear solution; correct?
14:22:18 16      A.   Correct.
14:22:19 17      Q.   And it also talks about the Courant number;
14:22:23 18  correct?
14:22:24 19      A.   Correct.
14:22:25 20      Q.   Point 36 is very high.  You agree?
14:22:28 21      A.   I don't know if I would agree with that.
14:22:31 22      Q.   Is it an acceptable number for you?
14:22:33 23      A.   I would have to check numerical instability.
14:22:37 24  The numerical instability guide -- It might have been
14:22:41 25  in my report.  It's either 1 or .1 is the target, I

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

172

14:22:46  1  just don't recall.
14:22:51  2           So I -- Sitting here right now I cannot say
14:22:55  3  whether .36 is high or not high.
14:23:02  4           MR. GOSS:  I'm just going to interpose the
14:23:04  5  objection that he obviously didn't prepare this
14:23:06  6  document, but he can answer questions about it if he
14:23:07  7  understands it.
14:23:17  8      Q.   And you see at the top it says a time step
14:23:19  9  of 1.000E-02; correct?
14:23:26 10      A.   Yes.
14:23:27 11      Q.   And that's a time step of .01 seconds;
14:23:29 12  correct?
14:23:29 13      A.   Correct.
14:23:30 14      Q.   And that's a similar time step that was used
14:23:35 15  in the 264 TRN file.
14:23:35 16      A.   Incorrect.  So the -- the --
14:23:39 17           Remember there's multiple time steps.  And
14:23:41 18  as I said earlier, multiple time steps were used.
14:23:45 19  That is the time step associated with that TRN file.
14:23:49 20      Q.   Yes.
14:23:49 21           And that's what I asked.
14:23:53 22      Q.   Okay.
14:23:53 23      Q.   The time step that was used in the 264 TRN
14:23:57 24  file was .01 seconds.
14:23:59 25      A.   I agree.

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

173

14:24:00 1    Q.    And this .01 seconds is what was used in the
14:24:08 2  264.TRN file.
14:24:09 3    A.    It is the time step associated with that 264
14:24:12 4  TRN file.
14:24:13 5    Q.    Now when you go to "Linear Solution" there
14:24:16 6  is these letter -- it says "OK, OK, OK, OK."  Do you
14:24:19 7  see that?
14:24:20 8    A.    Yes.
14:24:20 9    Q.    What does that mean?
14:24:22 10    A.    That means the computer algorithm is making
14:24:26 11  satisfactory process on solving the equations, and the
14:24:30 12  equations are listed on the left, U momentum, V
14:24:34 13  momentum, W momentum and P mass.  So it's giving you
14:24:38 14  the okay that it's proceeding well on the solution
14:24:42 15  path.
14:24:46 16    Q.    Now if we go to page 4 -- 5, I mean, at the
14:24:57 17  bottom of the page you see the same type of graph
14:25:02 18  where it has "Equation," "Rate," "RMS Res," "Max Res"
14:25:06 19  and "Linear Solution."  Do you see that?
14:25:09 20    A.    There is no graph.
14:25:11 21    Q.    Table.
14:25:12 22    A.    Yes, I see a table.
14:25:14 23    MR. GOSS:  So I understand if you're going
14:25:16 24  to ask him questions comparing this to a similar
14:25:20 25  document for the 505 model, I understand you may want
STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

174

14:25:23 1  to make some comparisons.  But obviously to the
14:25:26 2  extent that this is about the 264 file, that was
14:25:29 3  general causation.
14:25:30 4    So I'll give you some latitude here, but I
14:25:33 5  want to just keep it brief.
14:25:35 6    MR. ASSAAD:  I understand it, but I'll let
14:25:37 7  you ask questions regarding any changes or additions
14:25:39 8  in -- in the paper that we didn't have available to
14:25:43 9  us.  We're talking about he says 2500 iterations, so
14:25:47 10  I think it's a new area.
14:25:49 11    MR. GOSS:  If it's a new area within the
14:25:51 12  changes described in the paper, then I'll allow it.
14:25:54 13  BY MR. ASSAAD:
14:25:55 14    Q.    What do the "F's" mean?
14:25:57 15    A.    It means that it's not making satisfactory
14:26:00 16  process, so that's a failed linear solution.
14:26:03 17    Q.    So you agree with me that the number 951 is
14:26:06 18  less than 2500.
14:26:09 19    A.    I agree 951 is less than 2500.
14:26:12 20    Q.    So at time step 951 when you run your model
14:26:18 21  forward with a .01 second time step, your model begins
14:26:25 22  to fail, according to this document.
14:26:28 23    A.    That's not necessarily true.  It depends on
14:26:31 24  what you mean by "failure."
14:26:34 25    Q.    I'm talking about failure as getting Fs on
STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

175

14:26:38 1  the table because it cannot solve the pro -- not come
14:26:42 2  up with a solution.
14:26:43 3    A.    No, that's not true.
14:26:46 4    Failure in CFD means a diverge solution.
14:26:49 5  This may or may not be a diverge solution or a
14:26:52 6  converge solution, I don't know without looking at the
14:26:54 7  results.
14:26:59 8    Q.    Well you agree with me that you have
14:27:02 9  divergence because you're getting an "F."
14:27:05 10    A.    No.
14:27:05 11    Q.    Okay.
14:27:09 12    (Interruption by the reporter.)
14:27:28 13    Q.    According to you, "F" means that it's not
14:27:31 14  making satisfactory process, that's -- so that's a
14:27:35 15  failed linear solution; correct?
14:27:37 16    A.    Yes.
14:27:38 17    So "F" means a failed linear solution.
14:27:41 18    A.    What "F" means --
14:27:43 19    Q.    "Yes" or "no," sir?
14:27:45 20    A.    Yes.
14:27:46 21    Q.    Okay.
14:27:48 22    MR. GOSS:  Can you tell me where you get
14:27:50 23  the 951 time step?
14:27:54 24    MR. ASSAAD:  The first page, Peter.
14:27:56 25    MR. GOSS:  Oh, on the first page.
STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

176

14:27:57 1    MR. ASSAAD:  Four li -- Like, it says "TIME
14:28:01 2  STEP 951."
14:28:02 3    MR. GOSS:  I see.  Thank you.
14:28:25 4  BY MR. ASSAAD:
14:28:25 5    Q.    I represent to you that we've run your code
14:28:28 6  forward with a .01 time step and your code has crashed
14:28:32 7  at time step 951 and it could not run forward any
14:28:38 8  more.
14:28:40 9    If that is to be true, how is it that you
14:28:43 10  ran to 2500 time steps, according to your published
14:28:49 11  paper?
14:28:51 12    A.    If that is to be true, then we just have to
14:28:56 13  go right to the paper where I say, right above
14:29:05 14  equation 5, "Multiple values of time steps were
14:29:09 15  selected as low as .0001 seconds (resulting in an RMS
14:29:15 16  Courant" number "of approximately .001.  The Courant
14:29:19 17  number is defined as," and then I give the definition.
14:29:23 18    So nowhere here does it say that I ran out
14:29:28 19  the 264 2500 iterations using the exact same time
14:29:35 20  step.
14:29:35 21    Q.    So the only explanation, sitting here today,
14:29:37 22  is that you changed the time step to some smaller
14:29:39 23  number.
14:29:40 24    A.    That is an explanation.
14:29:41 25    Q.    What other explanations do you have?
STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

177

14:29:44 1    A.    That's the only explanation I can think of
14:29:46 2  now.
14:29:47 3    Q.    And you're looking at Exhibit 3; correct?
14:29:50 4    A.    Correct.
14:29:56 5    Q.    It took you 40 days to run the 750 264 time
14:30:07 6  steps.  How long did it take you to run 2500 time
14:30:09 7  steps?
14:30:09 8    MR. GOSS:  Object to form.
14:30:13 9    A.    Did I say that it took 40 days to get to
14:30:16 10 264?
14:30:16 11   Q.    Yes.
14:30:17 12   A.    When --
14:30:18 13         I don't recall saying that.
14:30:42 14   Q.    Let's go to your deposition, page 184.
14:31:02 15         Does that refresh your recollection of
14:31:04 16 testifying around 40 days to either get 264 or 300
14:31:08 17 time steps?
14:31:10 18   A.    No.  I think you're misreading it, actually,
14:31:14 19 because, as I said in my deposition, and as I pointed
14:31:18 20 out here in this paper, multiple results were
14:31:21 21 calculated and extracted, and in fact I said in my
14:31:25 22 deposition that I had results after 264.
14:31:30 23         So what I'm saying is the total run took 40
14:31:33 24 days.  I don't recall ever saying that it took 40 days
14:31:42 25 to get to 264.

STIREWALT & ASSOCIATES
1-800-553-1953 info@stirewalt.com

178

14:31:45 1    Q.    Well you said it took -- line 20:  I said
14:31:50 2  we're talking about the 40 days.  You say:  "It could
14:31:52 3  be 300, it could be 264, you don't know."  "Correct."
14:31:56 4    MR. GOSS:  Let's look at lines 18 and 19.
14:32:01 5    MS. ZIMMERMAN:  Look at pages 87 and 88 as
14:32:04 6  well.
14:32:05 7    Q.    My question is:  Whether it's 264 or 300,
14:32:08 8  you ran 300 time steps -- up to 300 time steps in 40
14:32:14 9  days; correct?
14:32:15 10   A.    That is incorrect.
14:32:16 11   MR. GOSS:  Object to form.
14:32:17 12   Q.    Okay.  Where does it say here that you ran
14:32:19 13 more than 300 time steps in your -- in this section?
14:32:22 14   A.    Well I say I went beyond 264.  I don't
14:32:26 15 recall how far I went.  But it took 40 days to do the
14:32:29 16 calculation.  I'm reading from page 184, lines 18 and
14:32:33 17 19.  So I'm saying I don't remember how long I did the
14:32:36 18 run, but it took 40 days.
14:33:17 19   MR. GOSS:  Let us know when you reach a
14:33:22 20 good point for a break.
14:33:28 21   Q.    So you agree with me that if I wanted to
14:33:31 22 know when you changed the time step, I would need the
14:33:35 23 files.
14:33:38 24   A.    Or I would have to tell you.
14:33:39 25   Q.    But you don't know, sitting here today.

STIREWALT & ASSOCIATES
1-800-553-1953 info@stirewalt.com

179

14:33:42 1    A.    I don't recall at what point I changed the
14:33:44 2  time step.
14:33:44 3    Q.    Okay.
14:33:45 4    A.    I recall changing the time step, but not at
14:33:48 5  what point.
14:33:48 6    Q.    Okay.  So the only way that I would be able
14:33:50 7  to know is if we had the files to look at and looking
14:33:52 8  at the TRN files to see what the time step was.
14:33:55 9    A.    That is correct.
14:33:55 10   Q.    Okay.  So since we don't have the files, we
14:34:12 11 don't know.
14:34:15 12   A.    What don't you know?
14:34:16 13   MR. GOSS:  Asked and answered.
14:34:17 14   Q.    When the time steps --
14:34:18 15         When and if the time steps were changed.
14:34:20 16   A.    Incorrect.
14:34:21 17         You know that the time steps were changed
14:34:23 18 because I've said that.  And in fact the 264 if it
14:34:29 19 just ran out .01 seconds, the time would have been
14:34:33 20 different from the actual time of the TRN.  So you
14:34:36 21 know the time steps were changed, but I cannot tell
14:34:38 22 you, sitting here, when the time steps were changed.
14:34:41 23   Q.    Say that again about running the TRN
14:34:43 24 forward?
14:34:44 25   A.    No.

STIREWALT & ASSOCIATES
1-800-553-1953 info@stirewalt.com

180

14:34:45 1    Q.    The time would have been different from the
14:34:46 2  actual time?
14:34:47 3    A.    No.
14:34:47 4         What I said is, we know the time step was
14:34:51 5  changed.
14:34:52 6    Q.    How do we know that?
14:34:53 7    A.    You know it for two reasons.  One, you know
14:34:55 8  it because I --
14:34:56 9    Q.    I don't know anything.
14:34:57 10        So why do you know that?
14:34:58 11   A.    I'm going to tell you.  There's two reasons:
14:35:00 12 One, I've testified under oath that that's the case.
14:35:02 13 And two, I've given you the 264 time -- TRN file.
14:35:07 14        If that entire run was made with a time step
14:35:11 15 of .01, then the time associated with that TRN file
14:35:15 16 would be 2.64 seconds, and it's not.
14:35:19 17   Q.    Okay, sir, I think we're talking two
14:35:21 18 different things here.  I'm talking the time step
14:35:24 19 between 264 and 2500.
14:35:28 20        Do you have any evidence that you changed
14:35:30 21 the time step from .01 to anything else?
14:35:33 22   MR. GOSS:  Between 264 and?
14:35:37 23   MR. ASSAAD:  2500.
14:35:38 24   A.    I have my recollection, but I didn't record
14:35:40 25 when I changed the time step.

STIREWALT & ASSOCIATES
1-800-553-1953 info@stirewalt.com

181

14:35:41 1  Q.   And what did you change the time step to?

14:35:43 2  A.   I would have used multiple time steps as --
14:35:45 3  and I would have gone down to .0001 seconds.

14:35:49 4  Q.   What other time steps did you use besides
14:35:52 5  .0001?

14:35:53 6  A.   It -- I would be guessing, but I would say I
14:35:55 7  probably used .01, .001, .0001.

14:36:00 8  Q.   But sitting here today you don't know at
14:36:03 9  what time step you made the change.

14:36:04 10  A.   That is correct.

14:36:05 11  Q.   And if you made the change, you don't know
14:36:07 12  what changes you made at what time steps.

14:36:10 13  A.   That is correct.

14:36:27 14  Q.   Why did you change the time steps?

14:36:30 15  A.   You want to find results that are
14:36:32 16  independent of time step.

14:36:35 17  Q.   Changing the time steps should not cause
14:36:38 18  your results to crash, though.

14:36:40 19  A.   It could.

14:36:41 20  Q.   Why would it crash?

14:36:43 21  A.   If the time steps are too large, the
14:36:47 22  solution could crash.

14:36:51 23  Q.   Well I represent to you that we ran it from
14:36:53 24  264 to 951 and it did not crash until 951.  Do you
14:37:00 25  have an explanation for that?

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

182

14:37:01 1  A.   Yes.

14:37:01 2  Q.   What's your explanation?

14:37:04 3  A.   It takes -- There's no reason a -- I'm
14:37:10 4  trying to think of how to explain this.

14:37:11 5       If you have a time step that is too large it
14:37:17 6  doesn't mean the run is going to fail immediately.  It
14:37:20 7  might fail immediately, but it might fail far off down
14:37:23 8  the road in time.  So I don't know of any way to
14:37:27 9  predict when a computer code will crash based on the
14:37:30 10  time step.

14:37:58 11       MR. ASSAAD:  Let's take a break.

14:38:00 12       THE REPORTER:  Off the record, please.

14:38:02 13       (Recess taken from 2:38 to 2:50 p.m.)

14:50:08 14  BY MR. ASSAAD:

14:50:16 15  Q.   Going back to Exhibit Number 14.  You
14:50:29 16  testified that TRN number 264, at that point in time
14:50:44 17  it reached quasi-steady state; correct?

14:50:46 18  A.   Yes.

14:50:49 19  Q.   If you're at quasi-steady state, what
14:50:51 20  changes are occurring between 264 and 951 that would
14:51:03 21  cause the CFD to crash if you used a .01 time step?

14:51:08 22  A.   If .01 second time step is small enough to
14:51:14 23  ensure stability, there should be no changes, or the
14:51:17 24  changes should be minimal.

14:51:19 25  Q.   Well we're at quasi-steady, correct, by 264?

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

183

14:51:23 1  A.   Yes.

14:51:23 2  Q.   Okay.  So there's very little change between
14:51:28 3  264, 265, 266; correct?

14:51:31 4  A.   If the calculations are done correctly, then
14:51:35 5  correct.

14:51:36 6  Q.   Well we're using ANSYS.  Are you saying
14:51:37 7  they're not doing the calculations correctly?

14:51:38 8  A.   That's not what I said.

14:51:40 9  Q.   You said "if the calculations are done
14:51:41 10  correctly."

14:51:42 11  A.   Yes.

14:51:43 12  Q.   What calculations?

14:51:44 13  A.   The calculations that march forward in time.
14:51:48 14  So, for example, even within ANSYS there are choices
14:51:51 15  to be made, and as long as you make correct choices,
14:51:55 16  and if the calculations are stable, then I would
14:51:58 17  expect no meaningful changes from 264 on.

14:52:01 18  Q.   Okay.  So if everything was kept the same
14:52:03 19  and you just ran your 264 forward there would be no
14:52:08 20  changes except it running forward; correct?

14:52:11 21       MR. GOSS:  Object to form.

14:52:12 22  A.   Yeah, I don't know if I would agree to that.

14:52:15 23  Q.   Well you remember testifying in your general
14:52:17 24  cause and earlier today that with the 264 -- with one
14:52:21 25  TRN file you could run it forward because you have all

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

184

14:52:24 1  the information available?

14:52:25 2  A.   That's right.

14:52:25 3  Q.   Okay.  And I represent to you the only thing
14:52:31 4  that we did was run it forward, we didn't change
14:52:33 5  anything, and it crashed at 951.  Now if it's at
14:52:37 6  quasi-steady, what is changing to cause it to crash at
14:52:40 7  time step 951?

14:52:42 8  A.   Let me explain.

14:52:45 9       When you march forward in time you have to
14:52:48 10  make sure that your time steps are small enough to
14:52:51 11  ensure stability, and this is called the Courant
14:52:55 12  condition.

14:52:55 13  Q.   You picked the .01 time step for 264;
14:52:58 14  correct?

14:53:00 15  A.   The .01 --

14:53:01 16  Q.   "Yes"?

14:53:02 17       You picked .01; correct?

14:53:04 18  A.   The 264 time step corresponded to a .01 time
14:53:06 19  step.

14:53:09 20  Q.   And that's something that you chose?

14:53:10 21  A.   That is correct.

14:53:11 22  Q.   Okay.  You can move on.

14:53:16 23       MR. GOSS:  You can finish your answer, if
14:53:18 24  you weren't finished.

14:53:20 25  A.   So as I testified earlier, I chose many time

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

185

```
14:53:27   1   steps, and in fact we know that some of those time
14:53:29   2   steps are smaller than .01.  In fact they were as
14:53:34   3   small as .0001.  The Courant number that I see on this
14:53:40   4   page, the maximum Courant number is 26.31.  That is
14:53:46   5   above the stability criteria for CFD.  So if I were
14:53:50   6   running this case I would not blindly continue to run
14:53:54   7   with a .01 time step, I would look at the actual
14:53:57   8   calculations and I would use my judgment as to when --
14:54:01   9   whether the time step should be made smaller.
14:54:05  10       Q.   Now could you answer my question?
14:54:07  11            My question is:  If you're at quasi-steady
14:54:09  12   state at 264, which means there's very little change
14:54:14  13   from time step to time step; correct?
14:54:17  14       A.   That is correct.
14:54:18  15       Q.   If any change; correct?
14:54:19  16       A.   Correct.
14:54:22  17       Q.   What would cause your model to crash at time
14:54:29  18   step 951 if nothing is changed from your 264 time step
14:54:36  19   and we just ran it forward, if it's in quasi-steady?
14:54:41  20       A.   We have to separate the issue of
14:54:43  21   quasi-steady and stable.  Those are not the same, and
14:54:46  22   I think that you're conflating the two.
14:54:48  23            You can have a quasi-steady result that then
14:54:51  24   you march forward in time in an unstable manner and it
14:54:54  25   will crash.  You can have an unsteady calculation
```
STIREWALT & ASSOCIATES
1-800-553-1953 info@stirewalt.com

186

```
14:54:58   1   that's not quasi-steady that you run forward in time
14:55:01   2   and do it appropriately that doesn't crash.  So those
14:55:04   3   two things aren't the same.
14:55:05   4       Q.   Because you agree with me that LES is
14:55:07   5   transient, and there's always changes over time.
14:55:11   6       A.   I agree LES is transient.
14:55:13   7       Q.   Now when was the last time you looked at the
14:55:36   8   ANSYS files for the 505?
14:55:42   9       A.   I don't recall.
14:55:42  10       Q.   Did you review them in preparation of
14:55:44  11   today's deposition?
14:55:47  12       A.   I don't believe I did.  I don't recall
14:55:48  13   reviewing the ANSYS files, --
14:55:49  14       Q.   Did you --
14:55:50  15       A.   -- but I don't remember.
14:55:51  16       Q.   Did you review any of your models?
14:55:55  17       A.   You know, actually I -- maybe I did review
14:55:56  18   the 505.  I think I reviewed the 505 results prior to
14:56:03  19   the deposition.
14:56:52  20       Q.   Do you know what the inlet velocity of the
14:56:55  21   air was used from the diffusers, what the velocity
14:56:58  22   was?
14:56:59  23            MR. GOSS:  In his 505 model?
14:57:00  24            MR. ASSAAD:  Yes.
14:57:02  25       A.   Can I turn to my report --
```
STIREWALT & ASSOCIATES
1-800-553-1953 info@stirewalt.com

187

```
14:57:04   1       Q.   Of course.
14:57:06   2       A.   -- to see if it was listed there?
14:57:10   3            I see I gave the flow rate.  I don't see the
14:57:15   4   velocity given, but I did give the flow rate.
14:57:18   5       Q.   I represent to you that the velocity -- the
14:57:20   6   mean velocity of the inlet was .177 meters per second.
14:57:24   7   Does that sound about right?
14:57:25   8       A.   Yes, it does.
14:57:26   9       Q.   Okay.  Do you know what the distance is
14:57:33  10   between the ceiling and the floor in the operating
14:57:35  11   room?
14:57:36  12       A.   Not without referring to my geometry, I
14:57:39  13   don't know.
14:57:40  14       Q.   I'll represent to you that it's 3.05 meters.
14:57:42  15   Does that sound about right?
14:57:46  16       A.   Yes.
14:57:46  17       Q.   You ran the model for 5.07 seconds; correct?
14:57:53  18       A.   That is the simulation time.
14:57:55  19       Q.   Okay.  How far would the air go in five
14:58:00  20   seconds, from the ceiling?
14:58:03  21       A.   In five seconds the air would go
14:58:06  22   approximately a meter.
14:58:14  23       Q.   Would I just multiply 5.07 times .177?
14:58:19  24       A.   That's right.
14:58:26  25       Q.   I represent to you that it's .897 meters.
```
STIREWALT & ASSOCIATES
1-800-553-1953 info@stirewalt.com

188

```
14:58:29   1   Does that sound about right?
14:58:30   2       A.   That sounds about right.
14:58:31   3       Q.   Okay.  What's the distance between the
14:58:33   4   ceiling and the top of the operating room table?
14:58:37   5       A.   Perhaps a meter and a half or two meters.
14:58:40   6       Q.   So you agree in five seconds the air that's
14:58:42   7   coming in from the inlet doesn't even have enough time
14:58:45   8   to reach the top of the operating room table.
14:58:48   9       A.   I think you're confusing simulation time and
14:58:51  10   streamline time, flow time.
14:58:52  11       Q.   I'm not --
14:58:53  12            I understand the difference.  I'm saying
14:58:54  13   simulation time.
14:58:55  14       A.   I would agree.  In five seconds of
14:58:57  15   simulation time the air from the ceiling would not
14:59:00  16   have hit the patient or the operating room table.
14:59:19  17       Q.   Do you recall what the mean velocity of the
14:59:29  18   exhaust of the Bair Hugger blanket is?
14:59:32  19       A.   I recall the -- the flow rate, but I don't
14:59:34  20   recall what the velocity was.
14:59:35  21       Q.   If I tell you, according to your CFD, the
14:59:37  22   mean velocity is .12 meters per second, would you
14:59:41  23   think that's about right?
14:59:42  24       A.   Yes.
14:59:46  25       Q.   In 5.0 seconds how far would the air that
```
STIREWALT & ASSOCIATES
1-800-553-1953 info@stirewalt.com

189

14:59:49  1  left the Bair Hugger blanket go; what distance?
14:59:55  2      A.   You said the velocity --
14:59:57  3          Remind me of the velocity.
15:00:00  4      Q.   Point 12.
15:00:00  5      A.   So approximately .6 meters.  But again
15:00:04  6  that's using simulation time, not flow time.
15:00:48  7      Q.   Do you agree with me that ANSYS has the
15:00:50  8  capability to track the actual airflow -- not
15:00:56  9  streamlines, but airflow, by just continuing the
15:00:58 10  simulation for a longer period of time?
15:01:02 11      A.   Streamlines are airflow.
15:01:04 12      Q.   Streamlines are instantaneous air flows
15:01:06 13  based on the tangent of the vectors; correct?
15:01:09 14      A.   That is correct.
15:01:10 15      Q.   Okay.  You could --
15:01:18 16          You could have done a simulation for minutes
15:01:29 17  simulation time and followed the actual airflow based
15:01:32 18  on the air coming from the inlets and see where they
15:01:40 19  go without using streamlines; correct?
15:01:42 20      MR. GOSS:   Object to form.
15:01:44 21      A.   Well, I mean, streamlines are the airflow,
15:01:47 22  so I think that that's what I did.  And in fact for a
15:01:52 23  quasi-steady calculation the streamlines are nearly
15:01:55 24  equal to the air path lines, so I don't understand the
15:01:58 25  distinction or the difference.

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

190

15:02:00  1      Q.   Okay.  Well here's where I have a problem
15:02:06  2  with your streamline analogy, is this is a transient
15:02:10  3  flow; correct?
15:02:11  4      A.   Yes.
15:02:12  5      Q.   And the velocity vectors are always
15:02:14  6  changing; correct?
15:02:15  7      A.   Correct.
15:02:16  8      Q.   So a particle that's at a coordinate at time
15:02:21  9  zero, it's going to move based on those velocity
15:02:24 10  vectors; correct?
15:02:27 11      A.   Correct.
15:02:28 12      Q.   And the velocity vectors are going to change
15:02:30 13  at one; correct?
15:02:32 14      A.   Correct.
15:02:32 15      Q.   And now you have a different velocity vector
15:02:35 16  that was in -- at time one than was at time zero;
15:02:39 17  correct?
15:02:40 18      A.   That's correct.
15:02:40 19      Q.   And the particle is at a different
15:02:42 20  coordinate in time; correct?
15:02:44 21      A.   That's correct.
15:02:44 22      Q.   So now you have different forces on that
15:02:47 23  particle that are different than what was at time
15:02:49 24  zero.
15:02:49 25      A.   Correct.

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

191

15:02:50  1      Q.   Okay.  So since you're in a transient, the
15:02:54  2  streamline only tells you where the air would go if
15:03:00  3  and only if the velocity vectors did not change.
15:03:07  4      A.   If the velo --
15:03:09  5          I would say this.  I think --
15:03:10  6      Q.   Is my statement correct?
15:03:12  7      A.   Your statement's confusing.
15:03:14  8      Q.   Okay.  Let me rephrase it, then.  If you
15:03:16  9  don't understand it, please let me know.
15:03:19 10          The streamline will only show particle flow
15:03:24 11  -- and when I say "particle" I'm talking about a
15:03:26 12  massless particle -- if and only if the velocity
15:03:33 13  vectors don't change over time.
15:03:37 14      A.   Not quite true.
15:03:40 15          To be exact:  If the streamline is
15:03:45 16  identically constant over time, then that would be the
15:03:53 17  same path that the fluid would take.  If the
15:03:55 18  streamlines change from one position to another, then
15:04:00 19  the particle would take a path that's intermediate of
15:04:05 20  those streamlines.
15:04:06 21          So I think in your question you said it
15:04:09 22  wouldn't -- would only show the particle flow if and
15:04:15 23  only if the vectors don't change over time.  I -- I
15:04:18 24  don't think I would quite agree with that statement.
15:04:23 25      Q.   Okay.  Let me rephrase it this way, then.

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

192

15:04:29  1          When you take a snapshot such as the 2540
15:04:38  2  TRN file, a frame, you have velocity vectors for every
15:04:44  3  single grid cell.
15:04:48  4      A.   Yes.
15:04:49  5      Q.   Okay.  And that doesn't change over time
15:04:51  6  because you're not doing anything, you're not moving
15:04:55  7  it forward in time.
15:04:56  8      A.   Correct.
15:04:57  9      Q.   Okay.  So --
15:05:00 10          And then you add streamlines in; correct?
15:05:03 11      A.   Yes.
15:05:03 12      Q.   Okay.  And you can follow the streamline,
15:05:07 13  but that -- that particle path is what you want to
15:05:09 14  call it, is only following the velocity vectors for
15:05:16 15  that individual TRN file.
15:05:18 16      A.   At that instant.
15:05:20 17      Q.   Yes.
15:05:20 18      A.   Yes.
15:05:21 19      Q.   But that doesn't happen in reality, because
15:05:24 20  one second from now the velocity vectors change
15:05:27 21  because it's a transient model.
15:05:28 22      A.   There is a slight variation in the velocity
15:05:31 23  vectors, and consequently, in the streamlines.
15:05:34 24      Q.   Okay.  So you agree with me that in real
15:05:37 25  life the streamlines that you've put in your images is

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

193

15:05:41 1   not where the particles are going to go.

15:05:42 2       A.   I disagree.

15:05:44 3       Q.   You're telling me it's going to follow the

15:05:46 4   exact path of the streamline?

15:05:48 5       A.   No.

15:05:49 6       Q.   Okay.

15:05:49 7       A.   Here's -- Here's what I --

15:05:50 8       Q.   And that's my question:  It's not going to

15:05:52 9   follow the exact path.

15:05:55 10      A.   It would not follow the exact path.

15:05:57 11      Q.   Okay.  In your 505 report you refer to a

15:06:35 12  Shirozu article to validate your results.

15:06:38 13      A.   Yes.

15:06:42 14      Q.   And if I recall correctly, you indicate that

15:07:00 15  the Shirozu results closely matched your calculations;

15:07:04 16  is that correct?  Page 7, "INDEPENDENT VALIDATION."

15:07:12 17      A.   Yes.

15:07:20 18      Q.   Now you agree with me that you are comparing

15:07:26 19  apples and oranges when you're comparing your CFD

15:07:30 20  analysis to what Shirozu did.

15:07:34 21      A.   Boy, I don't know what the definition of

15:07:36 22  apples and oranges are.

15:07:37 23           I would say this:  There are some slight

15:07:39 24  differences in the Shirozu paper to my study, but

15:07:42 25  those are slight differences, and we agree in our

194

15:07:46 1   conclusions.

15:07:47 2       Q.   Well we're talking about two different

15:07:52 3   operating rooms here, aren't we?

15:07:53 4           (Interruption by the reporter.)

15:07:53 5       A.   That is true.

15:07:54 6       Q.   You agree with me that in Shirozu the air

15:07:56 7   exchange was 58 air exchanges per hour.

15:08:00 8       A.   Can you show me the Shirozu reference so I

15:08:03 9   can see?

15:08:03 10      Q.   Well do you -- do you recall having a higher

15:08:06 11  air change rate per hour?

15:08:09 12      A.   I don't recall the air change rate per hour,

15:08:11 13  but if you just show me the paper I'd be happy to see

15:08:14 14  it.

15:08:14 15      Q.   And I will, we'll get to it in a second.

15:08:17 16           Do you recall what the temperature of the

15:08:18 17  Bair Hugger was?

15:08:18 18      A.   I --

15:08:20 19           Yes, I do.

15:08:21 20      Q.   What was it?

15:08:22 21      A.   38 Celsius.

15:08:23 22      Q.   Okay.  And that's different than what's been

15:08:23 23  -- that's different than 43 Celsius that was used in

15:08:30 24  your CFD simulation.

15:08:31 25      A.   Yes, it is different.

195

15:08:50 1           (Abraham Exhibit 15 marked for

15:08:50 2           identification.)

15:08:50 3   BY MR. ASSAAD:

15:09:05 4       Q.   What's been marked as Exhibit 15 is titled,

15:09:08 5   effects of forced air warming on airflow around the

15:09:10 6   operating room table.

15:09:12 7           Is this the Shirozu article that you're

15:09:13 8   referring to in your report?

15:09:14 9       A.   Yes.

15:09:26 10      Q.   I want you to go to the last page, page 84.

15:09:32 11  The last paragraph it states:  "It was reported that

15:09:38 12  excess heat (43 degrees Celsius) from FAW resulted in

15:09:42 13  the disruption of ventilation airflows over the

15:09:45 14  surgical site because the release of excess thermal

15:09:48 15  energy can establish temperature gradients that impede

15:09:51 16  the downward flow of ultra-clean air."

15:09:54 17           Did I read that correctly?

15:09:55 18      A.   You read that sentence correctly.

15:09:57 19      Q.   It continues on:  "This temperature setting

15:09:59 20  might provide different results from our study and

15:10:02 21  previous studies."

15:10:03 22           Did I read that correctly?

15:10:05 23      A.   Yes, you did.

15:10:06 24      Q.   So you would agree with me that these

15:10:08 25  authors are not making the conclusion that when the

196

15:10:13 1   Bair Hugger setting is at 43 degrees Celsius that it

15:10:16 2   would not affect ultraclean airflow.

15:10:19 3       A.   They say what they wrote, and they say it

15:10:21 4   might provide different results.

15:10:23 5       Q.   Okay.  So they're not -- they're not saying

15:10:25 6   --

15:10:25 7           So my point is, they're not concluding that

15:10:27 8   the Bair Hugger, at 43 degrees Celsius, would cause no

15:10:30 9   disruption in the ultraclean room; correct?  They're

15:10:33 10  not saying that, are they, sir?

15:10:35 11      A.   I -- I don't think they ever said regardless

15:10:37 12  of temperature that there's no disruption.  But I --

15:10:41 13  In addition, I say that -- I agree with what they

15:10:44 14  write.

15:10:45 15      Q.   Okay.  You agree with what they write.

15:10:47 16           And let's look at the operating room, sir.

15:10:54 17  I'd like you to turn to page 80, under "Materials and

15:11:04 18  Methods."  It states:  "The capacity of the air

15:11:11 19  conditioning unit of this OR was planned as total

15:11:14 20  supply air of 6,000 cubic meters per hour to achieve

15:11:19 21  International Standards organization cleanliness class

15:11:23 22  6, resulting in 58.4 air changes per hour."

15:11:27 23           Did I read that correctly?

15:11:30 24      A.   Yes, you did.

15:11:31 25      Q.   That is over double the airflow that you

197

15:11:34  1  used in your CFD analysis; correct?

15:11:43  2      A.   I don't know.  I'd have to do the

15:11:44  3  calculation.

15:11:45  4      Q.   Well if you divided 58.4 by 2 you'd get

15:11:54  5  29.2; correct?

15:11:56  6      A.   That's correct, except you asked is it the

15:11:58  7  different airflow, and now you're comparing air

15:12:01  8  changes per hour.

15:12:02  9           The airflow rate, remember this is a

15:12:04 10  different-sized room.  So you can't just take the air

15:12:08 11  exchanges per hour in a vacuum, you have to consider

15:12:11 12  it with the size of the OR.

15:12:13 13           And I just have not done the calculations,

15:12:15 14  so I cannot confirm that it's double, the airflow

15:12:18 15  rate.

15:12:19 16      Q.   The air-exchange rate is over double of what

15:12:21 17  you used in your CFD analysis; correct?

15:12:25 18      A.   I would agree with that.

15:13:04 19      Q.   And you agree with me, if you look at page

15:13:07 20  81, that the velocity of the air coming from the

15:13:13 21  laminar airflow was .38 to .45 meters per second,

15:13:21 22  under "Results."

15:13:24 23      A.   I agree that the velocity at the measurement

15:13:28 24  locations was .38 to .45 meters per second.

15:13:34 25      Q.   Which is point --

                     STIREWALT & ASSOCIATES
                  1-800-553-1953  info@stirewalt.com

198

15:13:36  1           And the velocity being used in your CFD

15:13:42  2  analysis from the inlet air is .177.

15:13:50  3      A.   That's the velocity that I used coming out

15:13:52  4  the vents.  And what they're measuring is the velocity

15:13:56  5  some distance away from the vents.

15:13:59  6           So they're in a similar location but they're

15:14:00  7  not exact.  And actually this air accelerates as it

15:14:04  8  goes down into the room.  So I would agree that

15:14:06  9  there's some difference, but I would --

15:14:09 10      Q.   "Some difference," or significant

15:14:11 11  difference?

15:14:12 12      A.   I'm not done answering.

15:14:14 13           I would agree that there is a difference,

15:14:15 14  there is some difference.  But it's hard to compare

15:14:18 15  this to my results because they're at different

15:14:20 16  locations.

15:14:21 17      Q.   Well, sir, if it's hard to compare this to

15:14:25 18  your results, how can you indicate, under validation,

15:14:31 19  that their results closely matched your calculations?

15:14:35 20      A.   Let me explain.  What I am saying is the

15:14:42 21  velocity that they measured is not at the outlet vent

15:14:49 22  surface, so I am hesitant to compare the 38 and 45 to

15:14:54 23  my 1 -- .17.

15:14:57 24           Now I will agree theirs is higher, but I

15:14:59 25  will also say you can't make a direct comparison

                     STIREWALT & ASSOCIATES
                  1-800-553-1953  info@stirewalt.com

199

15:15:02  1  because they aren't in the same location.  And if you

15:15:06  2  notice, I never compared my .17 to their .38 or .45.

15:15:09  3  This paper has three main -- In my mind this paper has

15:15:13  4  three main differences from my work.

15:15:15  5      Q.   Okay.  Let me ask --

15:15:16  6      A.   But despite those differences the results

15:15:17  7  are in great agreement.

15:15:19  8      Q.   Okay.  You write down:  "First, their

15:15:21  9  experimentally measured air speeds (at the head, an

15:15:25 10  upward airflow of 39 centimeters per second and

15:15:29 11  downward airflow of 36 to 45 centimeters per second)

15:15:32 12  closely matched my calculations."

15:15:35 13           Do you see where I --

15:15:36 14      A.   Yes.

15:15:36 15      Q.   What calculations are you referring to?

15:15:42 16      A.   Those would be the -- the CFD calculations.

15:15:42 17      Q.   And what specific calculation?

15:15:44 18      A.   Well they are the results from the CFD.

15:15:47 19      Q.   Your CFD calculation?

15:15:48 20      A.   Umm-hmm.

15:15:49 21           THE REPORTER:  Your answer, please?

15:15:50 22      A.   Yes.

15:15:50 23      Q.   Okay.  So let's go to your CFD calculation.

15:15:52 24  Where do you --

15:15:53 25           Where is there 39 centimeters per second or

                     STIREWALT & ASSOCIATES
                  1-800-553-1953  info@stirewalt.com

200

15:15:58  1  anything close to that number with respect to airflow

15:16:03  2  in your CFD calculations?

15:16:13  3      A.   Well I would --

15:16:14  4           I mean, I would have to open my CFD, and

15:16:16  5  maybe we will today.  But I would look at the downward

15:16:20  6  airflow in these locations and the upward airflow by

15:16:23  7  the head and I would compare them.

15:16:26  8      Q.   And you think that they're close to 39

15:16:31  9  centimeters per second?

15:16:33 10      A.   I think so.

15:16:34 11      Q.   Well you're the one that's saying it

15:16:36 12  "closely matched my calculations."  Do you know

15:16:38 13  whether or not they are?

15:16:39 14      A.   I expect that they are.

15:16:41 15      Q.   Okay.  So you expect to find your airflow

15:16:44 16  somewhere in your CFD analysis around 39 centimeters

15:16:48 17  per second.

15:16:48 18      A.   Yes.

15:16:50 19      Q.   And a downward airflow of 36 to 45

15:16:53 20  centimeters per second.

15:16:54 21      A.   Yes.

15:16:55 22      Q.   So you're telling me that the airflow in

15:16:57 23  your CFD analysis accelerates from the vent of .17

15:17:01 24  meters per second to 36 to 45 centimeters per second?

15:17:08 25      A.   Well what I'm saying is it's going to be in

                     STIREWALT & ASSOCIATES
                  1-800-553-1953  info@stirewalt.com

201

15:17:11 1 that range.  I expect that we find my calculated
15:17:13 2 downward airflow above the operating table to be in
15:17:17 3 that range.
15:17:18 4      Q.   Well how long would it take to accelerate
15:17:23 5 air from a -- from a diffuser from .17 meters per
15:17:34 6 second to .36 meters per second?
15:17:39 7      A.   I did not investigate how long that would
15:17:41 8 take.
15:17:42 9      Q.   Can you give me an estimate?
15:17:43 10      A.   No.
15:17:45 11      Q.   Can you do a calculation right now and get
15:17:48 12 the answer?
15:17:49 13      A.   I would not want to do a calculation without
15:17:51 14 referring to fluid textbooks to make sure I got the
15:17:56 15 right properties and the right equations.  I would not
15:17:58 16 do a calculation on the fly in a deposition.
15:18:00 17      Q.   Well you know what the density of air is, we
15:18:02 18 could get that off of the CFD; correct?
15:18:04 19      A.   Yes.
15:18:05 20      Q.   And you know what gravity is; correct?
15:18:07 21      A.   I know what gravity is.
15:18:08 22      Q.   Okay.  And that's 9.8 meters per second
15:18:11 23 squared.
15:18:11 24      A.   That's the gravitational acceleration on
15:18:13 25 earth.

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

202

15:18:13 1      Q.   What other forces are causing the air to
15:18:15 2 accelerate from the diffuser down to the floor?
15:18:17 3      A.   You have three forces that are in action:
15:18:20 4 One is gravity or buoyancy, one is friction, one is
15:18:24 5 pressure.
15:18:32 6      Q.   So sitting here today -- Strike that.
15:18:35 7           Do you have any notes that you compared the
15:18:38 8 experimentally measured results from Shirozu to your
15:18:43 9 CFD analysis?
15:18:44 10      A.   I have no notes.
15:18:45 11      Q.   Okay.  How did you get the Shirozu article?
15:18:48 12      A.   I don't recall how I got it.  It may have --
15:18:50 13 I -- I don't know.
15:18:52 14      Q.   Did it --
15:18:53 15           Did the attorneys from 3M provide you this
15:18:54 16 article?
15:18:55 17      A.   They may have.  I don't recall.
15:18:56 18      Q.   Do you know whether or not they were
15:18:57 19 involved in funding the study?
15:18:59 20      A.   I don't know the answer to that.
15:19:05 21      Q.   Were you aware of this study being conducted
15:19:08 22 before the -- it was published?
15:19:10 23      A.   No, I was not.
15:19:24 24      Q.   And you agree with me that the Shirozu
15:19:26 25 article doesn't deal with particles.

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

203

15:19:29 1      A.   I would agree.
15:19:39 2      Q.   And looking at page 80, do you know what's
15:19:44 3 behind the anesthesia drape in that picture in picture
15:19:48 4 A?
15:19:50 5      A.   I cannot see what's behind the anesthesia
15:19:53 6 drape in that photograph.
15:19:56 7      Q.   Do you know which Bair Hugger was used in
15:20:00 8 the Shirozu article?
15:20:03 9      A.   Yes.
15:20:04 10      Q.   Which one?
15:20:05 11      A.   It was a Model 750, with -- and it looks
15:20:10 12 like they used two blanket models, a 522 and a 585.
15:20:16 13      Q.   Fair enough.
15:20:16 14           Do you know with respect to the graphs or
15:20:20 15 the figures of Figure 2 and Figure 3, which model Bair
15:20:46 16 Hugger blanket they used?
15:20:48 17           And I'll represent to you that there's no
15:20:50 18 indication of what they used, so -- unless you have --
15:20:53 19      A.   Well I don't know if that's true.  And I am
15:20:55 20 mistaken, they did use particles.
15:20:58 21      Q.   Where do you see particles?
15:20:59 22      A.   Visualization of airflow.
15:21:01 23      Q.   I'm talking about in their CFD analysis or
15:21:04 24 their --
15:21:04 25      A.   They didn't do a CFD.

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

204

15:21:06 1      Q.   -- their --
15:21:07 2           Not the CFD, their experimental analysis.
15:21:09 3      A.   Well the visualization is part of their
15:21:11 4 experimental analysis.  They used fine particles
15:21:16 5 approximately 10 micrometers in diameter, and they
15:21:20 6 illuminated that with a laser light sheet source.
15:21:25 7      Q.   Would that be an acceptable experiment to
15:21:27 8 conduct?
15:21:30 9      A.   Boy, I think so.  I've -- I've seen laser
15:21:33 10 light illuminations before, and if they're done right
15:21:38 11 they can provide very good information.
15:21:40 12      Q.   Okay.  No.  My question is:  With respect to
15:21:42 13 the type of Bair Hugger blanket that was used, do you
15:21:47 14 know which ones they used to create the figures of
15:21:51 15 figure -- Figure 1, Figure 2 and Figure 3?
15:22:06 16      A.   For Figure 1 it appears they used the lower
15:22:09 17 body blanket, and it's my understanding in the other
15:22:28 18 figures both blankets were used.
15:22:32 19      Q.   And why is that your understanding?
15:22:34 20      A.   Because they say here, --
15:22:34 21      Q.   What page --
15:22:36 22      A.   -- "an adult" --
15:22:37 23      Q.   What page are you referring to?
15:22:38 24      A.   I'm on page 81.
15:22:40 25      Q.   Okay.

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

205

| | |
|---|---|
| 15:22:40 1 | A.   "An adult volunteer lay supine on the |
| 15:22:44 2 | operating table and was covered by lower- or |
| 15:22:45 3 | upper-body warming blanket and a general surgical |
| 15:22:50 4 | drape suitable for abdominal surgery or total knee |
| 15:22:55 5 | arthroplasty."  And then they talk about the |
| 15:22:58 6 | visualization experiments. |
| 15:23:00 7 | Q.   I understand that, but do you know, when |
| 15:23:01 8 | they created the figures and obtained the data, you |
| 15:23:06 9 | agree with me that's either a lower or upper body; |
| 15:23:08 10 | correct? |
| 15:23:11 11 | A.   It could have been both.  I mean, let me |
| 15:23:12 12 | read it.  Let's see. |
| 15:23:13 13 | Q.   I mean, it doesn't say lower and underbody, |
| 15:23:16 14 | it says "lower or upper body"; correct? |
| 15:23:25 15 | Sir, I don't want to sit here and waste time |
| 15:23:27 16 | reading this whole article.  I mean, you cited it to |
| 15:23:29 17 | support your report. |
| 15:23:33 18 | Do you recall one way or the other whether |
| 15:23:36 19 | or not they used an upper body, lower body or both |
| 15:23:39 20 | during the experiments? |
| 15:23:41 21 | A.   Without reviewing the article I would be |
| 15:23:43 22 | hesitant to say conclusively whether they used an |
| 15:23:48 23 | upper or lower-body blanket. |
| 15:23:49 24 | Q.   But any information you would obtain would |
| 15:23:51 25 | be through the article; correct? |

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

206

| | |
|---|---|
| 15:23:52 1 | A.   That is correct. |
| 15:23:52 2 | Q.   And if the article is silent on what Bair |
| 15:23:55 3 | Hugger blanket they used for each of the experiments, |
| 15:24:01 4 | that means we will never know unless we contact the |
| 15:24:05 5 | authors. |
| 15:24:08 6 | A.   If the article is silent, then I would want |
| 15:24:10 7 | to contact the authors. |
| 15:24:13 8 | Q.   Are you aware that the underbody blanket has |
| 15:24:16 9 | just been recalled by 3M? |
| 15:24:19 10 | A.   Do you mean "lower body" or "under body"? |
| 15:24:22 11 | Q.   I'm sorry.  "Lower body." |
| 15:24:23 12 | A.   I am not aware of any recalls. |
| 15:24:27 13 | Q.   Do you know whether or not this lower body |
| 15:24:29 14 | blanket that was used in this case was recalled by 3M? |
| 15:24:32 15 | A.   I do not know. |
| 15:25:09 16 | Q.   So just so I understand your independent |
| 15:25:12 17 | validation paragraph in Exhibit Number 1, it is your |
| 15:25:17 18 | opinion that the velocities measured at the -- at the |
| 15:25:26 19 | head of the patient closely matches your velocities in |
| 15:25:34 20 | your CFD analysis. |
| 15:25:38 21 | A.   Yes, that is true. |
| 15:25:39 22 | Q.   Now when you say the head of the patient, |
| 15:25:41 23 | are we talking about the exhaust from the Bair Hugger, |
| 15:25:45 24 | or the head right above the head? |
| 15:25:51 25 | A.   I don't know how you'd separate those. |

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

207

| | |
|---|---|
| 15:25:53 1 | Q.   Well I'm asking you at what point, what's |
| 15:25:58 2 | your data point? |
| 15:25:59 3 | A.   Well my data point is this paper, and it's |
| 15:26:01 4 | Figure 2(B), and they show a velocity of 39 near the |
| 15:26:07 5 | head. |
| 15:26:07 6 | Q.   I'm talking about your data point in your |
| 15:26:10 7 | CFD analysis when you say it's -- it matches your |
| 15:26:13 8 | calculations. |
| 15:26:14 9 | A.   I would have looked at that -- the |
| 15:26:16 10 | corresponding region, and I would have compared my |
| 15:26:18 11 | results to theirs. |
| 15:26:45 12 | Q.   So you'll agree that the Bair Hugger causes |
| 15:26:49 13 | -- Strike that. |
| 15:26:50 14 | Are you looking at Figure 2? |
| 15:26:54 15 | A.   In the -- |
| 15:26:55 16 | Q.   Shirozu? |
| 15:26:56 17 | A.   Yes. |
| 15:26:57 18 | Q.   So that's the data you're referring to? |
| 15:26:58 19 | A.   Yes. |
| 15:27:00 20 | Q.   Okay.  And sitting here today, do you know |
| 15:27:03 21 | whether or not they use an upper-body or lower-body |
| 15:27:09 22 | blanket to create Figure 2? |
| 15:27:10 23 | A.   Without reviewing the article in detail, I'm |
| 15:27:13 24 | not prepared to answer that question. |
| 15:27:15 25 | Q.   Well I think that'd be a very important |

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

208

| | |
|---|---|
| 15:27:17 1 | question, wouldn't it, with respect to direction of |
| 15:27:21 2 | airflow; correct? |
| 15:27:22 3 | A.   Not necessarily. |
| 15:27:23 4 | Q.   Well you do understand that the underbody |
| 15:27:26 5 | blanket blows air upwards. |
| 15:27:30 6 | MR. GOSS:  Are we talking about "underbody" |
| 15:27:32 7 | or "upper body"? |
| 15:27:33 8 | MR. ASSAAD:  Under body, the lower body |
| 15:27:35 9 | blanket. |
| 15:27:36 10 | A.   I don't think you're right.  There are |
| 15:27:38 11 | underbody and lower body blankets, and those aren't |
| 15:27:40 12 | the same thing. |
| 15:28:03 13 | And in fact it's clear here on page 81 in |
| 15:28:06 14 | the exhibit, "An adult volunteer lay supine on the |
| 15:28:11 15 | operating table and was covered by lower- or |
| 15:28:14 16 | upper-body warming blanket," and they missed the S, |
| 15:28:17 17 | but that's okay.  So these are above body blankets, |
| 15:28:20 18 | they are not below body blankets. |
| 15:28:43 19 | Q.   You agree with me that the lower body |
| 15:28:46 20 | blanket was Model 585? |
| 15:28:55 21 | A.   I agree. |
| 15:28:57 22 | Q.   The Model 585 is an arthrotomy underbody |
| 15:29:02 23 | blanket, according to 3M's website.  Would you |
| 15:29:04 24 | disagree with 3M's website? |
| 15:29:06 25 | A.   I would not disagree with 3M's website. |

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

209

15:29:08 1   Q.   Okay.

15:29:08 2   A.   But they used it as an up -- an above body

15:29:11 3 blanket.

15:29:12 4   Q.   And your basis?

15:29:13 5   A.   The statement that I just read.

15:29:14 6   Q.   I wasn't paying attention because I was

15:29:16 7 reading.

15:29:17 8   A.   Okay.  I'll read it again.

15:29:19 9   Q.   Please do.

15:29:20 10   A.   It's page 81:  "An adult volunteer lay

15:29:25 11 supine on the operating table and was covered by

15:29:30 12 lower- or upper-body warming blanket"s.

15:29:33 13       So they clearly used these blankets in the

15:29:36 14 above body manner.

15:29:43 15   Q.   Well if the 585 is an underbody blanket, are

15:29:48 16 you aware of whether or not you could use it as a

15:29:53 17 lower-body blanket with -- and put it on top?

15:30:00 18   A.   I think you're confusing "lower" and "upper"

15:30:02 19 with "under" and "over."

15:30:04 20       Would you re-ask your question?

15:30:05 21   Q.   Ell can an underbody blanket be used as a

15:30:07 22 blanket that goes over you; do you know one way or the

15:30:10 23 other?

15:30:11 24   A.   Yes, I do.

15:30:14 25   Q.   Do you know the dimensions of the underbody

210

15:30:16 1 blanket?

15:30:17 2   A.   I do not know the dimensions of the lower

15:30:21 3 body blanket.

15:30:23 4   Q.   Well let's just use the term "Model 585,"

15:30:26 5 because it seems that these authors consider it a

15:30:30 6 lower-body blanket, and 3M defines it as an underbody

15:30:36 7 blanket.  So let's just use the Model 585.  Fair?

15:30:38 8   A.   Fair.

15:30:39 9   Q.   Do you know the dimensions of the Model 585?

15:30:41 10   A.   I do not.

15:30:46 11   Q.   Do you know --

15:31:13 12       Do you know whether or not the air entering

15:31:15 13 the room was laminar?

15:31:19 14       MR. GOSS:  Object to form.

15:31:21 15   A.   Yes, I --

15:31:22 16   Q.   In the Shirozu?

15:31:23 17   A.   Yes, I do.

15:31:24 18   Q.   And what's the answer to that?

15:31:25 19   A.   The answer is the air for all of these

15:31:28 20 operating rooms is really turbulent.  They may call

15:31:30 21 them in industry laminar airflow, but they are always

15:31:33 22 turbulent.

15:32:45 23   Q.   And you agree with me that in the Shirozu

15:32:49 24 article they did not have a surgical staff or

15:32:55 25 anesthesiologists in their modeling or in their

211

15:32:58 1 experiments.

15:32:58 2   A.   I don't know that.  I would have to review

15:33:00 3 the article.

15:33:09 4   Q.   But if I represent to you there's no

15:33:11 5 indication that they had a surgical team during the

15:33:15 6 measurements, you wouldn't -- you have no reason to

15:33:19 7 disagree with that; correct?  You would rely on what

15:33:22 8 the article says.

15:33:22 9   A.   I would rely on what the article says.

15:33:29 10       Now what they say is, on page 84, the first

15:33:36 11 full paragraph, second sentence -- third sentence:

15:33:39 12 "...we did not simulate the movement of surgical,

15:33:42 13 nursing, and other OR staff during the study."

15:33:47 14       So it may be that they had surgical staff

15:33:49 15 there not moving, or maybe they had mannequins, so

15:33:55 16 it's silent after that.

15:33:57 17   Q.   So you don't know one way or the other

15:33:59 18 unless you -- you're going to rely on what the article

15:34:01 19 states; correct?

15:34:02 20   A.   I am going to rely on what the article

15:34:04 21 states.

15:34:04 22   Q.   Okay.  And the article speaks for itself;

15:34:06 23 correct?

15:34:06 24   A.   The article speaks for itself.

15:34:18 25   Q.   With respect to your 2540 -- Strike that.

212

15:34:23 1       With respect to your 505 model, did at any

15:34:28 2 time you changed from using Boussinesq approximation

15:34:31 3 to Ideal Gas law?

15:34:33 4   A.   I don't recall ever changing that.

15:34:35 5   Q.   Can you change that midway?

15:34:36 6   A.   Yes.

15:34:38 7   Q.   Why would one want to change that midway?

15:34:41 8   A.   I don't know why someone would want to

15:34:43 9 change that midway.

15:34:54 10   Q.   Going back to Exhibit 1.  If you look at

15:35:13 11 page 2 of your publication -- I'm sorry.  Exhibit 3.

15:35:24 12       Now Exhibit -- on page 3 of your

15:35:39 13 publication, those are the same images as page 2 in

15:35:44 14 your report; correct?

15:35:46 15   A.   That is correct.

15:35:47 16   Q.   Now that geometry that's used in your

15:35:55 17 publication and your report is not the same geometry

15:35:57 18 that was used in your CFD analysis; correct?

15:36:00 19   A.   Not quite true.  If you remember from the

15:36:02 20 last deposition, I said that we began by modeling the

15:36:07 21 flow actually in the exhaust vents, up into the wall,

15:36:11 22 and the final results were produced without those

15:36:14 23 exhaust vents and we just had the vents on the wall.

15:36:18 24 That's the only difference I can recall.

15:36:34 25   Q.   And you removed some of the tables and et

213

15:36:39 1    cetera; correct?

15:36:41 2        A.    I did remove some of the tables and small

15:36:44 3    features from the original CAD file that were not

15:36:47 4    relevant to the flow patterns.

15:36:49 5        Q.    Is there anywhere in your publication or

15:36:51 6    your expert report in this case to indicate to the

15:36:54 7    reader that the geometry was changed that obtained the

15:37:01 8    results indicated in the following diagrams?

15:37:04 9        MR. GOSS:  Changed from what to what?

15:37:06 10   Objection.

15:37:07 11       Q.    From what's been marked as Figure 1 and

15:37:09 12   Figure 2.

15:37:12 13       MR. GOSS:  Same objection.

15:37:18 14       Q.    Let me rephrase it.

15:37:19 15            Did you mention anywhere in your

15:37:21 16   publication, or in your report, that you altered the

15:37:24 17   geometry of Figure 1 and Figure 2 to perform your CFD

15:37:31 18   analysis?

15:37:32 19       MR. GOSS:  Are you talking about before he

15:37:34 20   ran the CFD, or after?

15:37:36 21       Q.    At any time.

15:37:38 22       A.    Well I mentioned it in my deposition.  I

15:37:43 23   don't know if it's stated -- I don't know if it's

15:37:49 24   stated here.

15:37:50 25       Q.    You agree with me that the readers of

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

214

15:37:53 1    *Numerical Heat Transfer* don't have the luxury of

15:37:56 2    having access to your deposition.

15:38:00 3        A.    I would agree to that.

15:38:17 4            Oh, hold on.  I do say it, actually.

15:38:19 5    Following Figure 3 I do say:  "At the exits, which

15:38:25 6    were formed by wall-mounted ducting, zero values for

15:38:29 7    the second derivatives of all transported variables"

15:38:31 8    are employed.

15:38:33 9            So here I am saying that for the results

15:38:36 10   that are shown here there was -- the duct did not

15:38:39 11   extend into the wall.

15:38:41 12       Q.    Now for the 2540 file you also produced a

15:39:13 13   results file; correct?

15:39:14 14       A.    That is correct.

15:39:17 15       Q.    And also an output file; correct?

15:39:20 16       A.    I believe so.

15:39:21 17       Q.    What's the difference between the output

15:39:22 18   file and the results file?

15:39:24 19       A.    The results file has the results, and the

15:39:26 20   output file is a script, just a listing of what

15:39:29 21   happened.

15:39:31 22       Q.    And the results file will have the results

15:39:33 23   for each of the time steps; correct?

15:39:35 24       A.    That's correct.

15:39:35 25       Q.    So I think you ran it to 3,000 something and

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

215

15:39:40 1    it had the results for each of those time steps;

15:39:42 2    correct?

15:39:43 3        A.    I think I saved them every ten time steps.

15:39:45 4        Q.    Yeah.  Exactly, you're right.

15:39:54 5            And when were those TRN files created, the

15:39:57 6    ones after 2540?

15:39:59 7        A.    The timestamp would be on them.  I don't

15:40:02 8    recall the exact date.

15:40:27 9        MR. ASSAAD:  Let's take a break.

15:40:28 10       THE REPORTER:  Off the record, please.

15:40:30 11       (Recess taken from 3:40 to 3:52 p.m.)

15:52:25 12   BY MR. ASSAAD:

15:52:36 13       Q.    I'm going to use your publication because

15:52:40 14   the pictures are in color.  I'd like you to turn to

15:52:53 15   the Figure Number 1 of your publication, which is

15:53:04 16   Exhibit Number 3.

15:53:04 17            If you look at the model, there is a black

15:53:11 18   area above the head which is where the Bair Hugger

15:53:16 19   inlet is on your CFD model; correct?

15:53:20 20       A.    I believe that is true.

15:53:21 21       Q.    Okay.  Did you make any changes to that with

15:53:24 22   re -- in the 505?

15:53:25 23       A.    No.

15:53:26 24       Q.    Okay.  And we discussed this during your

15:53:34 25   general cause.  Have you seen a Bair Hugger blanket in

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

216

15:53:43 1    person?

15:53:44 2        A.    Yes.

15:53:45 3        Q.    Are you aware there is a plastic sheet that

15:53:47 4    goes over the head?

15:53:50 5        A.    I believe there can be a plastic sheet that

15:53:52 6    goes over the head.

15:53:54 7        Q.    Have you seen the videos provided by 3M

15:53:57 8    about placing the upper-body blanket over a person?

15:54:00 9        A.    I have not seen videos.

15:54:03 10       Q.    If the plastic sheet is over the head, would

15:54:05 11   you agree with me that would affect the airflow in

15:54:09 12   your CFD model?

15:54:11 13       A.    It may.  I would have to see the plastic

15:54:13 14   sheets.

15:54:26 15       MR. GOSS:  I guess I would just object to

15:54:27 16   the last question.

15:54:37 17       Q.    But you're aware there's a plastic sheet so

15:54:39 18   you've seen it before.

15:54:42 19       A.    I don't know if I have seen the plastic

15:54:44 20   sheet.  I -- If -- My recollection is there may --

15:54:47 21   there may be one and there may not be one.

15:54:47 22       [Counsel showing the witness an item.]

15:55:04 23       Q.    I'll represent to you that this is a 525

15:55:07 24   extra large upper-body blanket.  It's actually a 523.

15:55:22 25            Have you seen this plastic sheet before

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

217

15:55:27  1    today?

15:55:30  2        A.    I don't know if I've seen this blanket

15:55:32  3    before today.  I don't recall seeing this plastic

15:55:36  4    sheet before today.

15:55:37  5        Q.    If that plastic sheet is part of the 522

15:55:43  6    blanket and placed over the head, would that affect

15:55:46  7    the airflow in your CFD analysis of 505?

15:55:51  8        A.    So just --

15:55:53  9        MR. GOSS:  I was just going to object.  Are

15:55:55  10   you saying based on what's modeled or what's not

15:55:58  11   modeled in the 505 model?

15:56:02  12       MR. ASSAAD:  I don't understand your

15:56:03  13   objection.  I'm sorry.

15:56:04  14       MR. GOSS:  You're asking if there is a

15:56:08  15   sheet in the blanket, would that affect the airflow

15:56:13  16   in his model.  And I'm just objecting I'm not sure

15:56:16  17   that that is in his model.

15:56:19  18       MR. ASSAAD:  In the 522 model?

15:56:21  19       MR. GOSS:  In the 505 model --

15:56:21  20       MR. ASSAAD:  Okay.

15:56:22  21       MR. GOSS:  -- that he -- that the plastic

15:56:23  22   sheet, I'm not aware that it is part of the geometry.

15:56:27  23       MR. ASSAAD:  I understand that.

15:56:28  24       MR. GOSS:  Okay.

15:56:29  25       Q.    So you agree with me that the plastic sheet

218

15:56:31  1    is not part of the geometry in the 505 model.

15:56:33  2        A.    I did not include the plastic sheet in my

15:56:35  3    model.

15:56:36  4        Q.    So you agree with me; correct?

15:56:37  5        A.    Yes.

15:56:38  6        Q.    Okay.  If the plastic sheet is placed over

15:56:40  7    the head of the patient, would that affect the airflow

15:56:46  8    coming from the inlet of the Bair Hugger in your CFD

15:56:51  9    model?

15:56:52  10       A.    So just so I understand correctly:  The

15:57:04  11   patient is underneath, so the patient's head -- now is

15:57:09  12   the patient's head in your hypothetical here, or is it

15:57:12  13   here? [Indicating]  Here?  Okay.

15:57:16  14       Q.    The sheet is over the patient's --

15:57:18  15       The plastic clear sheet is over the

15:57:20  16   patient's head.

15:57:21  17       A.    Okay.  A plastic sheet like this would not

15:57:23  18   affect my calculations.

15:57:26  19       Q.    Would you agree with me that if the air in

15:57:28  20   the 505 is all coming out of the Bair Hugger inlet,

15:57:38  21   which is basically the neck of the patient, correct,

15:57:41  22   and the back of the patient?

15:57:42  23       A.    Correct.

15:57:43  24       Q.    And that plastic sheet is covering that

15:57:48  25   area, that the airflow would cause some sort of

219

15:57:51  1    movement to the plastic sheet?

15:57:54  2        A.    The airflow may cause movement to the

15:57:57  3    plastic sheet, but that wasn't -- I mean, that's a

15:58:00  4    very new question.  You didn't ask that before.  The

15:58:03  5    airflow may affect the plastic sheet.

15:58:07  6        Q.    Might cause it to waver a little bit.

15:58:10  7        A.    I would have to see it in operation.  I

15:58:12  8    would have to see if it's tucked.  It may.  It's

15:58:14  9    possible it may.

15:58:16  10       Q.    But regardless, you didn't take that into

15:58:18  11   an -- into account in your CFD model; correct?

15:58:20  12       A.    It's --

15:58:21  13       It wouldn't affect my CFD model, the

15:58:23  14   presence or absence of that sheet.

15:58:29  15       Q.    Well that would be a piece of geometry

15:58:31  16   that's not in the CFD model; correct?

15:58:34  17       A.    That is correct.

15:58:52  18       Q.    Furthermore, with respect to your CFD Model

15:58:57  19   505, you agree with me that since all the air is

15:59:01  20   coming out of the Bair Hugger inlet, that in reality

15:59:06  21   that setup would not warm the patient.

15:59:10  22       MR. GOSS:  Object to form.

15:59:11  23       A.    I disagree.

15:59:14  24       Q.    Okay.  If all the air is leaving the Bair

15:59:16  25   Hugger inlet and not going over the arms or the body

220

15:59:21  1    of the patient, how is that going to warm the patient?

15:59:24  2        MR. GOSS:  Same objection.

15:59:25  3        A.    So the Bair Hugger has an inlet that's on

15:59:30  4    the machine which is far away from the operating

15:59:33  5    table, so the Bair Hugger inlet isn't material.

15:59:36  6        Q.    I'm talking about the Bair Hugger inlet as

15:59:38  7    defined in your CFD analysis.

15:59:40  8        A.    Okay.  That's not the Bair Hugger inlet,

15:59:42  9    that's the inlet to the room, it's the outlet to the

15:59:45  10   -- of the Bair Hugger.

15:59:46  11       Q.    I understand, but you call -- you call it

15:59:49  12   the Bair Hugger inlet under your -- I'll get the exact

16:00:03  13   name.

16:00:03  14       You agree with me in ANSYS when water --

16:00:06  15   when air gets entering into the room it's called an

16:00:09  16   inlet.

16:00:09  17       A.    Yes, I agree.

16:00:10  18       Q.    Okay.  So when I use the term "Bair Hugger

16:00:12  19   inlet" I'm talking about the air from the Bair Hugger

16:00:15  20   entering into the room.

16:00:17  21       A.    Now I understand that.  But that's -- that's

16:00:19  22   not what I said in my report.  For example, I don't

16:00:23  23   see it in my report, but I call -- I'm on Exhibit 3,

16:00:29  24   page 3, the last paragraph.  "The warm air from the

16:00:37  25   forced-convection blanket was treated as a second

221

16:00:39  1   inlet to the room."  So I just want to make sure we
16:00:44  2   are talking about the same thing.  I'm not talking
16:00:45  3   about the inlet to the Bair Hugger, I'm talking about
16:00:47  4   the inlet to the room, and I just wanted to clarify
16:00:50  5   that.
16:00:50  6        Q.   And that's what I'm referring to.
16:00:52  7             And with respect to your modeling, the way
16:00:59  8   you have it set up, all the air that's coming from the
16:01:04  9   Bair Hugger is going out of the Bair Hugger inlet into
16:01:08  10  the room.
16:01:09  11       A.   That is true.
16:01:11  12       Q.   Okay.  And none of it is going over the arms
16:01:19  13  of the patient.
16:01:19  14       A.   That is incorrect.
16:01:22  15       Q.   Okay.  Where in your -- your CFD is there
16:01:30  16  an inlet of air going over the arms of the patient?
16:01:35  17       A.   That is not in my CFD, but let me explain
16:01:37  18  how this product works.
16:01:39  19       Q.   Just so I understand you correctly, there is
16:01:41  20  no air in your CFD that's going over the arms of the
16:01:44  21  patient; correct?
16:01:46  22       A.   Correct.
16:01:46  23       Q.   Okay.
16:01:47  24       A.   I did not model the air coming out of the
16:01:50  25  holes that hits the skin.  The air comes out and it

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

222

16:01:54  1   impacts the skin all the way along the arm and maybe
16:01:57  2   along the chest, and I guess if they're in a hip
16:02:02  3   replacement would be like this [indicating].
16:02:04  4             That air heats the entire arm.  Now that air
16:02:09  5   then all migrates upwards via the channels and
16:02:14  6   collects and exhausts into the room by the patient's
16:02:17  7   head, and that's what I modeled in my CFD.
16:02:41  8        (Abraham Exhibit 16 marked for
16:02:41  9         identification.)
16:02:41  10  BY MR. ASSAAD:
16:02:54  11       Q.   What's been marked as Exhibit 16 is part of
16:03:00  12  the results file that you provided to us through
16:03:08  13  counsel.  Does this look familiar?
16:03:11  14       A.   Yes.
16:03:12  15       Q.   And the reason why I did not produce the
16:03:14  16  entire results file is it's about 3,000 pages.  Does
16:03:17  17  that sound about right?
16:03:18  18       A.   They are large.
16:03:19  19       Q.   Okay.  And based on --
16:03:26  20            Well, I'm sorry.  It's the output file, not
16:03:29  21  the results file.  I'm sorry.  Does that sound about
16:03:31  22  right?
16:03:31  23       A.   This is the output file.
16:03:33  24       Q.   Okay.  Please correct me when I'm wrong when
16:03:35  25  I'm using terminology regarding ANSYS.

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

223

16:03:37  1             And based on the first couple lines, your
16:03:44  2   name is there; correct?
16:03:46  3        A.   Yes.
16:03:47  4        Q.   With the name of the computer that you used;
16:03:48  5   correct?
16:03:49  6        A.   Yes.
16:03:50  7        Q.   And it's the date that you ran this;
16:03:52  8   correct?  Or got this file.
16:03:57  9        A.   Yes.
16:03:59  10       Q.   So these results were obtained on December
16:04:02  11  22nd, 2017; correct?
16:04:04  12       A.   Yes.
16:04:05  13       Q.   And this was after your expert report was
16:04:07  14  due in this case; correct?
16:04:10  15       A.   Yes.
16:04:11  16       Q.   And are you relying on any of the data to
16:04:13  17  support your opinions of the TRN files that you ra --
16:04:19  18  that you ran after -- or on December 22nd, 2017?
16:04:25  19       A.   No.
16:04:26  20       Q.   So it doesn't support your opinions in any
16:04:28  21  way.
16:04:29  22            MR. GOSS:  Object to form.
16:04:30  23       A.   I'm relying on the 2540.  These -- Any
16:04:37  24  results that contain -- that I found after that
16:04:39  25  would have just confirmed.

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

224

16:04:42  1        Q.   Okay.  So at trial you're not going to
16:04:43  2   mention that you rely or that the results confirmed
16:04:46  3   your opinions regarding the 2540; is that true?
16:04:52  4        A.   That question confuses me.  Could you re-ask
16:04:54  5   it?
16:04:54  6        Q.   At trial you're not going to testify that
16:04:57  7   the results of the TRN files obtained on December
16:05:02  8   22nd, 2017 support your opinions in this case.
16:05:08  9        A.   Well I'd say that file 2540 is the basis for
16:05:13  10  my opinion.  Anything run after that would confirm my
16:05:17  11  opinion.
16:05:19  12       Q.   Okay.  And that is why --
16:05:21  13            And why did you run it forward in December
16:05:24  14  of 2017?
16:05:27  15       A.   Well I read the transcript from the Motion
16:05:30  16  to Exclude and my understanding is you claimed that
16:05:35  17  you didn't -- plaintiffs were not provided enough
16:05:39  18  information to reproduce the calculations from the TRN
16:05:44  19  file, and so I've demonstrated that you can.
16:05:51  20       Q.   Did you change any setting before you ran it
16:05:53  21  forward?
16:05:55  22       A.   I don't recall if I did.
16:06:01  23       Q.   You agree with me that you did not use the
16:06:10  24  Boussinesq approximation with respect to the 2540
16:06:13  25  based on this document.

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

225

16:06:16  1      A.   I don't know if that's true.  I would have
16:06:20  2   to look at this in detail.
16:06:21  3      Q.   Well if you look under "LIBRARY," under
16:06:24  4   "PROPERTIES," "EQUATION OF STATE," it says, "Option =
16:06:27  5   Ideal Gas."  Correct?
16:06:29  6      A.   That's right.  That's correct.
16:06:30  7      Q.   So you used the Ideal Gas model and not the
16:06:32  8   Boussinesq model; correct?
16:06:34  9      A.   On December 22nd, yes.
16:06:35  10     Q.   Okay.  So you changed from Boussinesq to
16:06:37  11  Ideal Gas?
16:06:38  12     A.   I may have changed from Boussinesq to Ideal
16:06:41  13  Gas.  I don't recall changing it, but I may have.
16:06:46  14     Q.   Well, sir, you are an expert -- you claim to
16:06:53  15  be an expert in this case; correct?
16:06:55  16     A.   That is correct.
16:06:56  17     Q.   And part of being an expert is to be -- as
16:07:00  18  an engineer is to be accurate; correct?
16:07:02  19     A.   That is correct.
16:07:02  20     Q.   And to keep a log or to keep a summary of
16:07:06  21  any changes you might make with respect to your work
16:07:15  22  that you did on this case; correct?
16:07:17  23     A.   Not necessary.
16:07:18  24     Q.   You understand from the last deposition that
16:07:22  25  I asked you many questions regarding what you did,

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

226

16:07:25  1   what the time steps are, and what changes you made;
16:07:28  2   correct?
16:07:28  3      A.   Yes.
16:07:29  4      Q.   Okay.  And you would be expecting the same
16:07:32  5   questions today.
16:07:33  6      A.   That is an ex --
16:07:35  7           I would expect that.
16:07:36  8      Q.   Okay.  So you knew that if you made any
16:07:38  9   changes to the 2540 model that I would probably be
16:07:41  10  asking about it.
16:07:42  11     A.   I don't know that would be the case.
16:07:44  12     Q.   It would be a very good assumption.  Do you
16:07:46  13  agree?
16:07:46  14     A.   I can't make an assumption about what you
16:07:49  15  would ask in that regard.
16:07:50  16     Q.   So regardless, based on the last deposition
16:07:53  17  and the questions I asked you, you did not keep track
16:07:55  18  of what changes you made when you ran forward the 2540
16:07:59  19  model?
16:08:00  20          MR. GOSS:  Objection, form.
16:08:01  21     Q.   Or the 505 model?
16:08:02  22     A.   I did not keep a log of changes that I would
16:08:06  23  have made.  I don't recall making the change to the
16:08:09  24  Ideal Gas model, I don't recall it, and it doesn't
16:08:13  25  matter.  It's immaterial to the conclusions.

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

227

16:08:16  1      Q.   Well doesn't it change whether or not it's
16:08:18  2   the worst-case scenario for -- for the plaintiffs?
16:08:22  3      A.   It changes whether that density term would
16:08:26  4   overestimate the density forces.
16:08:57  5      Q.   And again, if you did not delete all the --
16:09:07  6   some of the TRN files we would have that information
16:09:09  7   of any changes that you made with respect to your CFD
16:09:13  8   analysis; correct?
16:09:14  9           MR. GOSS:  Object to form.
16:09:16  10     A.   Well you'd have multiple TRN files so you
16:09:22  11  would know any changes made with respect to those
16:09:25  12  multiple TRN files.
16:09:27  13     Q.   Simple question, sir.  Simple, simple
16:09:30  14  question.
16:09:31  15          When did you change from the Boussinesq
16:09:34  16  approximation to the Ideal Gas?
16:09:36  17          MR. GOSS:  Asked and answered.
16:09:37  18     Q.   If you did.
16:09:39  19     A.   I don't recall.
16:09:40  20     Q.   Okay.  You don't know.
16:09:42  21     A.   I don't recall when.
16:09:44  22     Q.   Do you know if you ran the Boussinesq at all
16:09:47  23  with respect to the 505?
16:09:48  24     A.   I recall running the Boussinesq model for
16:09:52  25  the 505.

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

228

16:09:53  1      Q.   For how long?
16:09:54  2      A.   I don't know the answer to that.  I mean, as
16:09:56  3   I look at this, it clearly says "Air Ideal Gas," which
16:10:00  4   is a different way of calculating the buoyant forces,
16:10:03  5   we've talked about this many, many times.  I don't
16:10:08  6   recall whether the change was made here, on December
16:10:11  7   22nd, or whether it was made earlier.  I just don't
16:10:14  8   recall.
16:10:15  9      Q.   Let's go to page 7, under "BUOYANCY MODEL."
16:10:23  10  Under "Option" it states "Buoyant"; correct?
16:10:26  11     A.   Yes.
16:10:26  12     Q.   And that would be consistent with the Ideal
16:10:28  13  Gas; correct?
16:10:29  14     A.   Well, and Boussinesq.
16:10:59  15     Q.   Is there anywhere in your report that --
16:11:03  16  your 505 report which is Exhibit 1, that you received
16:11:06  17  an error from ANSYS when you ran the model?
16:11:12  18     A.   There is no mention of an error from ANSYS
16:11:15  19  when I ran the model.
16:11:16  20     Q.   Let's go to page 10.  Page 10, bottom box
16:11:23  21  states:  "ERROR #001100279 has occurred in subroutine
16:11:33  22  ErrAction message:  WARNING: Use of the central
16:11:37  23  difference advection scheme is strongly recommended
16:11:40  24  for LES simulations.  Another scheme has been used for
16:11:44  25  one or more equation classes."

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

229

16:11:46   1        Did I read that correctly?

16:11:47   2     A.   You read that correctly.

16:11:49   3     Q.   Do you agree that there's an error code in

16:11:50   4   your CFD analysis of Exhibit 16?

16:11:55   5     A.   I would agree that there's a warning, and

16:11:59   6   there -- the warning is exactly what it says.  They

16:12:03   7   recommend central difference advection for LES

16:12:06   8   simulations, and I -- I mean I'm an expert at these

16:12:10   9   things and I determined the central difference

16:12:14  10   advection scheme was not necessary.  So it's a warning

16:12:16  11   which I saw and it was not material so I continued the

16:12:20  12   calculation.

16:12:21  13     Q.   Why did you think it was not necessary?

16:12:23  14     A.   Because central difference schemes for

16:12:26  15   advection relate to how the information flows from one

16:12:31  16   element to another.  Okay.  And how fluid flowing

16:12:35  17   carries information.

16:12:37  18        If your elements are sufficiently small so

16:12:39  19   that you have mesh independency, the differencing

16:12:42  20   scheme doesn't matter.

16:12:44  21     Q.   When did you make the change from central

16:12:47  22   difference advection to high resolution?

16:12:51  23     A.   I -- I don't know --

16:12:53  24     Q.   Did you make a change?

16:12:54  25     A.   I don't know when or if.

STIREWALT & ASSOCIATES
1-800-553-1953 info@stirewalt.com

230

16:12:55   1     Q.   So sitting here today you don't know made

16:12:56   2   a -- you don't know whether or not you made a change?

16:12:58   3     A.   It wouldn't have been necessary, and I

16:13:01   4   wouldn't have recorded when -- when or if a change was

16:13:04   5   made.

16:13:18   6     Q.   Are there any validation papers that use

16:13:21   7   high resolution schemes for LES modeling?

16:13:27   8     A.   Well yes.

16:13:28   9     Q.   Can you name one?

16:13:29  10     A.   Mine.

16:13:30  11     Q.   Which one?

16:13:31  12     A.   My publication in the *Numerical Heat

16:13:34  13   Transfer* where we validated against experiments.

16:13:36  14     Q.   That used high resolution?

16:13:38  15     A.   I would have to go back and check.

16:13:40  16     Q.   Well does it, "yes" or "no"?

16:13:41  17     A.   I -- I don't recall.

16:13:42  18     Q.   Well you just testified, sir --

16:13:44  19     A.   I think it --

16:13:45  20     Q.   -- that your paper --

16:13:45  21        MR. GOSS:  Hold on.

16:13:45  22     A.   -- was validation for pa -- for papers that

16:13:47  23   use high resolution scheme, you pointed to your paper

16:13:50  24   which is Exhibit 3, and then I asked you, did that use

16:13:54  25   high resolution, and then you say "I don't know."

STIREWALT & ASSOCIATES
1-800-553-1953 info@stirewalt.com

231

16:13:56   1     A.   No.

16:13:56   2        MR. GOSS:  Wait -- Wait for a question.

16:13:57   3   Wait for him to ask a question.

16:13:59   4     Q.   What's the truth here doctor?

16:14:00   5        MR. GOSS:  All right.

16:14:01   6     Q.   What's the truth?

16:14:01   7        MR. GOSS:  Let's try a different question.

16:14:03   8     Q.   Do you know whether or not you used central

16:14:08   9   difference advection in your published paper, or high

16:14:12  10   resolution, sitting here today?

16:14:13  11        MR. GOSS:  You can answer that question.

16:14:15  12     A.   I believe I used high resolution, and I'm

16:14:18  13   not a hundred percent sure.

16:14:42  14        (Abraham Exhibit 17 marked for

16:14:42  15        identification.)

16:14:42  16   BY MR. ASSAAD:

16:14:55  17     Q.   What's been marked as Exhibit 17 is the file

16:15:04  18   from the 750 model.  I would like you to turn to the

16:15:10  19   last page.  Do you see where it says, "SOLVER CONTROL:

16:15:18  20   ADVECTION SCHEME"?

16:15:19  21     A.   Yes.

16:15:20  22     Q.   It says "Central Difference" there.

16:15:22  23     A.   Yes.

16:15:23  24     Q.   Does that refresh your recollection of what

16:15:25  25   advection scheme you used in the 750 model?

STIREWALT & ASSOCIATES
1-800-553-1953 info@stirewalt.com

232

16:15:31   1        MR. GOSS:  Is this a file that you -- that

16:15:33   2   generated from the 264 TRN?

16:15:35   3        MR. ASSAAD:  Yes.

16:15:45   4     A.   What this file says is that for at least

16:15:49   5   some of the advection equations I used the central

16:15:52   6   difference scheme.

16:15:53   7     Q.   So now you're saying that you went back and

16:15:56   8   forth between high resolution and central advection?

16:15:59   9        MR. GOSS:  Object to form.

16:16:00  10     A.   No.  What I'm saying is this document says

16:16:06  11   at least some of the equations were central

16:16:09  12   difference, and this document says that at least one

16:16:12  13   was not [indicating].

16:16:14  14     Q.   Let me -- I think you're a little bit

16:16:16  15   confused here, sir, and I'm going to tell you why.

16:16:18  16        Document number Exhibit 17 deals with the

16:16:21  17   750 model.  Exhibit Number 16 deals with the 505.  So

16:16:27  18   we're doing two different modelings here.  You

16:16:30  19   understand that.

16:16:31  20     A.   That's what I understand.

16:16:32  21     Q.   Okay.  So can you sit here today and

16:16:36  22   testify, under oath, that you used the central

16:16:41  23   advection scheme when you ran the 505 model?

16:16:46  24     A.   What I can testify under oath is that at

16:16:50  25   least one -- there are many, many, many equations,

STIREWALT & ASSOCIATES
1-800-553-1953 info@stirewalt.com

233

16:16:53 1 okay, so we're not talking about a single equation.
16:16:56 2 What I can testify under oath is at least one equation
16:16:59 3 had a different scheme from the central difference
16:17:02 4 scheme, and that's what it says here.
16:17:04 5 Q. Do you know whether the other equations or
16:17:08 6 other time steps used central difference advection
16:17:13 7 scheme in the 505 model, --
16:17:13 8 A. I --
16:17:15 9 Q. -- sitting here today?
16:17:16 10 A. No.
16:17:55 11 Q. You are aware that when you run -- when you
16:17:59 12 use ANSYS there is a help screen with respect to their
16:18:04 13 ANSYS guidebook or, like, manual.
16:18:10 14 A. I'm not aware of a help screen.
16:18:12 15 Q. Are you aware of an ANSYS user guide?
16:18:15 16 A. Yes.
16:18:16 17 Q. And if you want to look up or get
16:18:18 18 suggestions on certain areas you can look it up and
16:18:21 19 it'll explain what it is.
16:18:23 20 A. Yes.
16:18:23 21 Q. You understand that.
16:18:24 22 (Abraham Exhibit 18 marked for
16:18:24 23 identification.)
16:18:24 24 BY MR. ASSAAD:
16:18:34 25 Q. What's been marked as Exhibit 18 is a

STIREWALT & ASSOCIATES
1-800-553-1953 info@stirewalt.com

234

16:18:37 1 document from ANSYS Release 18.2 which you can see at
16:18:42 2 the bottom of the page. Do you see that?
16:18:44 3 A. Yes.
16:18:45 4 Q. And it's --
16:18:46 5 And it's titled "12.3.1 Spatial
16:18:52 6 Discretization." Is that how you pronounce that?
16:18:55 7 A. Could you...
16:18:57 8 Oh yes.
16:18:59 9 Q. And then 12.3.1.1 talks about momentum;
16:19:05 10 correct?
16:19:06 11 A. Yes.
16:19:07 12 Q. And the advection scheme deals with
16:19:09 13 momentum; correct?
16:19:10 14 A. Yes.
16:19:13 15 Q. And if you look at the second paragraph, it
16:19:16 16 states: "In order to achieve low numerical
16:19:19 17 dissipation, you cannot use the standard numerical
16:19:23 18 schemes for convection that were developed for the
16:19:27 19 RANS equations (second order upwind schemes, or SOU)
16:19:34 20 which are dissipative by nature."
16:19:39 21 Did I read that correctly?
16:19:39 22 A. Yes.
16:19:40 23 Q. And you agree with me that a high resolution
16:19:41 24 scheme is a Second Order Upwind scheme; correct?
16:19:45 25 A. I would agree.

STIREWALT & ASSOCIATES
1-800-553-1953 info@stirewalt.com

235

16:19:46 1 Q. Okay. "In contrast, LES is carried out
16:19:52 2 using Central Difference...schemes."
16:19:55 3 Did I read that correctly?
16:19:57 4 A. In fact I think I'm going to read the whole
16:19:59 5 document so I understand this document.
16:20:02 6 Q. Have you not seen this document before?
16:20:04 7 A. I don't recall seeing this document before.
16:20:22 8 (Witness reviewing exhibit.)
16:20:49 9 Q. Have you had time to read the section?
16:20:51 10 A. I'm not done yet.
16:20:52 11 Q. Okay. Do you want to take a break to read
16:20:54 12 it?
16:20:55 13 A. No. (Witness reviewing exhibit.)
16:21:28 14 Okay. I'm prepared.
16:21:31 15 Q. According to this document it states, in
16:21:33 16 contrast, LES is carried out using central difference
16:21:36 17 schemes; correct?
16:21:38 18 A. Correct, but it goes on.
16:21:39 19 Q. And that --
16:21:40 20 And that is the error that was -- that was
16:21:42 21 stated in Exhibit Number 16, that the use of
16:21:48 22 "...central difference advection scheme is strongly
16:21:50 23 recommended for LES simulations"; correct?
16:21:53 24 A. You truncated the statement.
16:21:55 25 Is what I said correct?

STIREWALT & ASSOCIATES
1-800-553-1953 info@stirewalt.com

236

16:21:57 1 A. It is correct and misleading.
16:21:59 2 Q. Okay.
16:22:00 3 You truncated the statement.
16:22:01 4 Q. There's no question pending, sir.
16:22:07 5 MR. ASSAAD: I want to take a break right
16:22:09 6 now.
16:22:10 7 THE REPORTER: Off the record, please.
16:22:11 8 (Recess taken from 4:22 to 4:32 p.m.)
16:32:12 9 BY MR. ASSAAD:
16:32:47 10 Q. I'd like to go page -- or Exhibit Number
16:32:51 11 14. And this is with respect to the 750 model, and I
16:33:00 12 just want to talk about the max Courant number of
16:33:04 13 26.31. Do you see that?
16:33:07 14 A. Yes.
16:33:08 15 Q. And you mentioned that was indicative of
16:33:12 16 instability with respect to the CFD equation solving.
16:33:18 17 A. It may be indicative.
16:33:20 18 Q. Okay. What --
16:33:22 19 What does the max Courant number indicate?
16:33:26 20 A. There is a stability criteria on it, and I
16:33:30 21 think it is the equations are stable if the max
16:33:36 22 Courant number is below 1. I don't remember the exa
16:33:39 23 -- I think it's 1. What that means is if you have a
16:33:42 24 max Courant number above that you just have to watch
16:33:44 25 it and see if it's stable or not.

STIREWALT & ASSOCIATES
1-800-553-1953 info@stirewalt.com

237

16:33:47  1    Q.   Okay.  So 26.31 may be unstable.
16:33:52  2    A.   It could be.
16:33:53  3    Q.   Okay.  What about a hundred?
16:33:55  4    A.   It would be more likely to be unstable.
16:33:58  5    Q.   What about 500?
16:33:59  6    A.   More likely.
16:34:01  7    Q.   At what point would you say it's unstable,
16:34:04  8  what max Courant number?
16:34:05  9    A.   You use the results.  You can't just --
16:34:08 10  There isn't a defining line in the Courant number that
16:34:11 11  says it's stable or unstable.  The guidelines are 1 or
16:34:14 12  above you've got to watch it, 1 or below you have
16:34:17 13  higher confidence it'll be stable.
16:34:19 14    Q.   Okay.  Going to Exhibit Number 16.  I'd like
16:34:26 15  you to turn to the second-to-last page.  And this is
16:34:45 16  your output file that you provided to us through a
16:34:49 17  subpoena.  And it shows a max Courant number of
16:34:56 18  973.49; correct?
16:34:56 19    A.   Incorrect.
16:35:03 20         Oh, it's an acoustic Courant number;
16:35:06 21  correct?
16:35:07 22    A.   Correct.
16:35:07 23    Q.   What's the difference between the acoustic
16:35:09 24  Courant number and the max -- and the regular Courant
16:35:11 25  number?

238

16:35:13  1    A.   I believe, and this is not with absolute
16:35:15  2  certainty, that the acoustic Courant number refers to
16:35:19  3  the passage of sound waves.  The Courant number, which
16:35:23  4  is to the left of that, is what we use to determine
16:35:26  5  stability.
16:36:40  6    Q.   We've also received images of airflow that
16:36:51  7  you created for the different time steps.  Do you
16:36:54  8  recall creating some?
16:36:55  9    A.   Yes.
16:36:58 10         (Abraham Exhibit 19 marked for
16:37:15 11         identification.)
16:37:15 12         (Discussion off the stenographic record.)
16:37:16 13  BY MR. ASSAAD:
16:37:23 14    Q.   Now Exhibit 19 is a document that was
16:37:25 15  provided to us in response to our subpoena.  Does this
16:37:29 16  document look familiar?
16:37:30 17    A.   Yes.
16:37:31 18    Q.   And on the upper left-hand corner it says,
16:37:35 19  "Time on Below Table partiles."  I assume that's
16:37:40 20  supposed to be "particles"; correct?
16:37:41 21    A.   Correct.
16:37:42 22    Q.   Now that's a description that you entered
16:37:45 23  manually; correct?
16:37:47 24    A.   Incorrect.
16:37:48 25         Well what do you mean by "description"?

239

16:37:51  1    Q.   Like "time on below table particles."
16:37:55  2    A.   Yes.  That text I wrote.
16:37:58  3    Q.   Okay.  That wasn't created by ANSYS;
16:38:00  4  correct?
16:38:01  5    A.   Correct.
16:38:02  6    Q.   And what we're seeing here are streamlines;
16:38:05  7  correct?
16:38:05  8    A.   Correct.
16:38:08  9    Q.   And it's showing you the streamlines for 60
16:38:10 10  seconds; correct?
16:38:12 11    A.   Correct.
16:38:12 12    Q.   And this was created in December of 2017;
16:38:17 13  correct?
16:38:18 14    A.   Yes.
16:38:19 15    Q.   Okay.  After your expert report was
16:38:23 16  submitted; correct?
16:38:24 17    A.   Correct.
16:38:27 18    Q.   And this is what you were saying that you
16:38:30 19  are relying upon showing the streamlines for 60
16:38:34 20  seconds; correct?
16:38:35 21         MR. GOSS:  Object to form.
16:38:36 22    A.   Incorrect.
16:38:37 23    Q.   You're not relying on any of these images?
16:38:42 24    A.   No.  What I -- I think I said this earlier,
16:38:42 25  and I'll -- maybe I didn't say it very clearly.

240

16:38:45  1         For my opinion in the supplemental report
16:38:47  2  I'm only relying on the 2540.  These extra images are
16:38:52  3  just to show that the flow patterns are not changing
16:38:56  4  over time.  So they confirm my results, but I'm not
16:38:58  5  relying upon them.
16:39:01  6    Q.   Oh, I understand that.
16:39:05  7         But I'll represent to you --
16:39:05  8         (Abraham Exhibit 20 marked for
16:39:05  9         identification.)
16:39:05 10  BY MR. ASSAAD:
16:39:27 11    Q.   -- that Exhibit Number 20 is the graphical
16:39:32 12  representation of streamlines for the 2540 TRN file.
16:39:39 13  Fair enough?
16:39:40 14         MR. GOSS:  Is this one that we produced to
16:39:42 15  you, or one you generated from the TRN file?
16:39:46 16         MR. ASSAAD:  This is what you produced to
16:39:47 17  me, --
16:39:47 18         MR. GOSS:  Okay.
16:39:48 19         MR. ASSAAD:  -- and for the record, you
16:39:49 20  produced streamlines at 60 seconds for 2440, 2450,
16:39:57 21  2540, 2750, 3250, 3400, 3500, and 3630.
16:40:06 22    Q.   Does that sound about right?
16:40:08 23    A.   Yes.
16:40:08 24    Q.   Okay.  Are you relying on the streamlines
16:40:11 25  you prepared for the 2540 to show the 60-second

241

16:40:17  1  streamlines of that particular TRN file?

16:40:21  2      A.   Yes.

16:40:22  3      Q.   And this was created in December of 2017;

16:40:24  4  correct?

16:40:25  5      A.   This image was.

16:40:27  6      Q.   Okay.  And after your expert report was

16:40:30  7  submitted; correct?

16:40:31  8      A.   Correct.

16:40:39  9      Q.   And this was provided to us last week.

16:40:44 10          Do you know when this was provided to

16:40:45 11  plaintiffs?

16:40:45 12      A.   I do not know.

16:40:55 13      Q.   And you are not going to rely upon, for your

16:40:58 14  expert opinion in the Gareis case, on any other

16:41:06 15  graphical depictions of streamlines for other time

16:41:12 16  steps; correct?

16:41:13 17          MR. GOSS:  Other than 2540.

16:41:15 18      Q.   Yes.

16:41:16 19      A.   Correct.

16:41:33 20      Q.   And you used the term "particles," but these

16:41:38 21  are streamlines, not particles; correct?

16:41:40 22      A.   That is correct.

16:41:42 23      Q.   So you would agree with me that the use of

16:41:44 24  "particles" is inappropriate in describing this graph;

16:41:47 25  correct?

STIREWALT & ASSOCIATES
1-800-553-1953 info@stirewalt.com

242

16:41:52  1      A.   It may be.  I'd have to think about whether

16:41:54  2  it's inappropriate.  But these --

16:41:55  3          I would say this.  These are streamlines.

16:41:58  4      Q.   Okay.  You're familiar with the capabilities

16:43:56  5  of ANSYS; correct?

16:43:57  6      A.   Yes.

16:43:58  7      Q.   And you are aware that you could take two

16:44:02  8  different time steps and ANSYS could graph the delta

16:44:08  9  or the change between the two if you want to look at

16:44:11 10  velocity or temperature.

16:44:12 11      A.   That may be true.  I don't know if that's

16:44:14 12  true, but it might be.

16:44:16 13      Q.   So you've never done that?

16:44:17 14      A.   I have never done that.

16:44:58 15          (Abraham Exhibit 21 marked for

16:44:58 16          identification.)

16:44:58 17  BY MR. ASSAAD:

16:45:12 18      Q.   Exhibit 21 is a view looking from -- towards

16:45:19 19  the head of your geometry in the 2540 TRN file.  Does

16:45:27 20  this look familiar?

16:45:29 21      A.   Yes.

16:45:30 22      Q.   Would you agree with me that where it's the

16:45:33 23  color red is the Bair Hugger inlet where the exhaust

16:45:38 24  air is coming -- is coming out of the Bair Hugger

16:45:41 25  blanket in your CFD model?

STIREWALT & ASSOCIATES
1-800-553-1953 info@stirewalt.com

243

16:45:45  1      A.   That is the...

16:45:46  2          I would say this.  That is where the air

16:45:48  3  from the Bair Hugger enters the room.

16:45:50  4      Q.   Okay.  And that's a two-dimensional plane;

16:45:55  5  correct?

16:45:56  6      A.   Yes.

16:46:16  7      Q.   I'm going to represent to you that we

16:46:18  8  actually ran your 2540 TRN file forward for a hundred

16:46:28  9  seconds of simulation time.

16:46:51 10          (Abraham Exhibit 22 marked for

16:46:59 11          identification.)

16:46:59 12          MR. GOSS:  I'm going to object as vague to

16:47:01 13  "simulation time," because I'm -- I may be confused

16:47:03 14  about what that means.

16:47:05 15      Q.   Sir, do you understand when I use the term

16:47:07 16  "simulation time"?

16:47:09 17      A.   I am not certain what you mean.

16:47:12 18      Q.   You understand that TRN 2540 had a

16:47:15 19  simulation time of 5.07 seconds.

16:47:23 20      A.   If you're using it in that context, then I

16:47:23 21  understand "simulation time."

16:47:28 22      Q.   Can we agree that for the purposes of this

16:47:30 23  deposition that definition of simulation time can be

16:47:32 24  used?

16:47:33 25      A.   Yes.

STIREWALT & ASSOCIATES
1-800-553-1953 info@stirewalt.com

244

16:47:34  1      Q.   Okay.

16:48:16  2          MR. ASSAAD:  We need to take a break

16:48:18  3  because I need to make sure I have the right pictures

16:48:21  4  in front of me and I need to talk to my consultants.

16:48:25  5          THE REPORTER:  Off the record, please.

16:48:36  6          (Recess taken from 4:48 to 4:50 p.m.)

16:50:45  7  BY MR. ASSAAD:

16:50:50  8      Q.   I want to discuss your mesh that you used in

16:50:52  9  the 505.

16:50:57 10          (Abraham Exhibit 23 marked for

16:50:57 11          identification.)

16:50:57 12  BY MR. ASSAAD:

16:51:19 13      Q.   What's been marked as Exhibit 23 is a

16:51:13 14  cross-sectional view of your mesh.  Do you recognize

16:51:28 15  this mesh?

16:51:32 16      A.   I don't recognize this image.  I don't know

16:51:35 17  exactly where it was taken in the model.  It appears

16:51:40 18  to be a mesh from -- It may be a mesh from the CAD

16:51:43 19  file, but I don't recognize this image.

16:51:46 20      Q.   Well this is a --

16:51:48 21          I'll represent to you this is the mesh taken

16:51:50 22  from your 2540 file that was provided to us by your

16:51:55 23  attorneys.

16:51:55 24      A.   And I understand that.  I'm saying I don't

16:51:57 25  recognize this image.

STIREWALT & ASSOCIATES
1-800-553-1953 info@stirewalt.com

245

16:52:00 1    Q.    Now when I'm looking at this mesh it seems
16:52:03 2  like the mesh is more fine in one area over the rest
16:52:06 3  of the area.  Do you see that?
16:52:09 4    A.    I would say it's more fine in some areas,
16:52:11 5  less fine in others.
16:52:13 6    Q.    Okay.  You created the mesh; correct?
16:52:31 7    A.    Yes.
16:52:31 8    Q.    And part of creating the mesh is to create a
16:52:37 9  finer mesh in areas in which you want to have more, I
16:52:44 10  guess for lack of a better term, clarity of what's
16:52:48 11  going on?
16:52:48 12    A.    You could say it like that.
16:52:50 13    Q.    Okay.  Why did you pick that --
16:52:51 14        There's a section there that's a very fine
16:52:54 15  mesh, kind of looks like a square, to the left of the
16:52:57 16  operating room table.  Do you see that?  Or rec --
16:52:59 17  looks rectangular?
16:53:00 18    A.    Yes.
16:53:02 19    Q.    Why the is the mesh in that area much finer
16:53:04 20  than the rest of the air in the operating room?
16:53:07 21    A.    I'm going off memory, which is imperfect,
16:53:11 22  but I probably wanted a refined mesh in that area
16:53:15 23  where I anticipated Bair Hugger air would be
16:53:20 24  exhausted.
16:53:21 25    Q.    Okay.  So based on your mesh that was what

246

16:53:32 1  your hypothesis was with respect to where the Bair
16:53:36 2  Hugger air was going to be exhausted; correct?
16:53:38 3    A.    No.  I think --
16:53:39 4        MR. GOSS:  Object to form.
16:53:40 5    A.    -- you have it backwards.
16:53:48 6    Q.    Okay.  What did I misunderstand?
16:53:50 7    A.    You said based on the mesh that's where I
16:53:53 8  expected the Bair Hugger air to be exhausted, and I
16:53:56 9  would flip it and say, I expect the Bair Hugger air to
16:54:01 10  be exhausted there, therefore I created a finer mesh
16:54:03 11  there.
16:54:04 12    Q.    Okay.
16:54:52 13        (Abraham Exhibit 24 marked for
16:54:52 14        identification.)
16:54:52 15  BY MR. ASSAAD:
16:54:53 16    Q.    Exhibit 24 is a temperature gradient of the
16:54:56 17  operating room.  I don't have the scale on the
16:55:00 18  temperature, it's kind of irrelevant to my questions
16:55:03 19  here.
16:55:04 20        But my question is:  You ran the model for
16:55:08 21  5.07 seconds.  Why is there heat on the upper
16:55:20 22  right-hand side of the operating room when the Bair
16:55:25 23  Hugger is exhausting on the left-hand side?
16:55:27 24    A.    There's a simple explanation for that, but I
16:55:30 25  first want to correct your question.  The temperature

247

16:55:33 1  scale is totally relevant.  A proper temperature scale
16:55:37 2  would be like one of the ones that I show in my report
16:55:39 3  with numbers, and you can see that the temperature
16:55:43 4  scale is uniform so every number represents a
16:55:46 5  different value of temperature.
16:55:48 6        Here, how do we interpret what red, blue,
16:55:52 7  green, yellow means?  In fact we don't even know if
16:55:55 8  the temperature scales are uniform.  With that
16:55:58 9  statement, the reason -- and in fact in this report,
16:56:02 10  and in fact in the first deposition we talked about
16:56:04 11  this, why is air near the top of a room warmer than
16:56:08 12  air near the bottom, and that is the old adage, heat
16:56:11 13  rises.  Hot air rises.  So if you were to measure or
16:56:16 14  calculate the temperature in a room with buoyancy,
16:56:19 15  you'd find it warmer at the top, cooler at the bottom,
16:56:22 16  just like in this room.
16:56:24 17    Q.    All right.  Let's do this.  Unfortunately
16:56:26 18  everything we printed did not come up with the scale,
16:56:29 19  so I'm just going to show it on the big screen.
16:56:36 20        (Discussion off the stenographic record.)
16:56:39 21        MR. ASSAAD:  Another break, and I
16:56:42 22  apologize.
16:56:43 23        THE REPORTER:  Off the record, please.
16:56:43 24        (Recess taken from 4:56 to 5:06 p.m.)
17:06:40 25  BY MR. ASSAAD:

248

17:06:49 1    Q.    With respect to the streamlines that you
17:06:54 2  placed in your 505 model, am I correct that you began
17:07:01 3  streamlines from the exhaust air of the Bair Hugger;
17:07:09 4  correct?
17:07:14 5    A.    I began streamlines from two locations.
17:07:18 6    Q.    I understand that, but one of them was from
17:07:20 7  the exhaust air of the Bair Hugger; correct?
17:07:21 8    A.    Correct, where the Bair Hugger air entered
17:07:24 9  the room.
17:07:24 10    Q.    Yes.  Would that --
17:07:26 11        Which would be that red area on Exhibit
17:07:27 12  Number 21.
17:07:31 13    A.    Yes.
17:07:32 14    Q.    Okay.  And the other area would be from
17:07:36 15  underneath the operating room table; correct?
17:07:42 16    A.    Correct.
17:07:43 17    Q.    And that would be from where the legs are;
17:07:45 18  correct?
17:07:47 19    A.    I can see part of it in this image.  Part of
17:07:51 20  the zone extends beyond the surgical table
17:07:53 21  approximately at the knee or thigh.
17:07:55 22    Q.    So from the knee or thigh back; correct?
17:07:58 23    A.    Well, and it would have gone both
17:08:01 24  directions.  From this image we don't see how far it
17:08:04 25  goes in both directions, but it -- we -- we see the

249

17:08:07 1 part that is by the knee or thigh, we don't see how
17:08:11 2 far it extended in the other directions.
17:08:13 3    Q.   Okay.  And you agree when air enters the
17:08:18 4 operating room it's going to have affect on the entire
17:08:24 5 operating-room airflow.
17:08:27 6    A.   I don't know if I would agree with that.
17:08:29 7    Q.   Are there any dead zones in the operating
17:08:31 8 room?
17:08:32 9    A.   Define a dead zone.
17:08:33 10   Q.   Where there --
17:08:34 11        A recirculation zone, maybe that's a better
17:08:37 12 term.
17:08:37 13   A.   Yes.  A recirculation zone, though, is not a
17:08:40 14 dead zone.
17:08:41 15   Q.   Okay.  Are there any recirculation zones in
17:08:43 16 the operating room --
17:08:44 17   A.   Yes.
17:08:44 18   Q.   -- in the model?
17:08:46 19        Where?
17:08:49 20   A.   If you look to Exhibit 1, Figure 5.
17:08:55 21   A.   Okay.
17:08:56 22   A.   That figure shows recirculation zones.
17:08:59 23   Q.   Where?
17:09:00 24   A.   The vectors shown there show the direction
17:09:04 25 of airflow patterns.  The airflow is coming down from

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

250

17:09:08 1 the ceiling, it washes over the surgical table against
17:09:11 2 the wall -- against the floor, sorry, toward the wall,
17:09:14 3 and then rises at the wall.  So those are eddies,
17:09:17 4 those are recirculation zones.
17:09:18 5    Q.   Okay.  And there's also a recirculation zone
17:09:26 6 underneath the operating room table; correct?
17:09:28 7    A.   That is correct.
17:09:29 8    Q.   Okay.  Can you please highlight, on Exhibit
17:09:35 9 1, where there are recirculation zones?
17:09:49 10   A.   (Witness complying.)
17:10:00 11        THE WITNESS:  Do I need to show you?
17:10:01 12   A.   I don't know if I need to show anyone.
17:10:04 13   Q.   That's fine.
17:10:05 14   A.   Okay.
17:10:32 15   Q.   Now you provided TRN files from 2540 to --
17:10:45 16 I'm sorry -- from 2440 to 3630; correct?
17:10:52 17   A.   Correct.
17:10:52 18   Q.   And I'm not saying you provided them all.
17:10:54 19 You provided about, you know, a handful; correct?
17:11:03 20   A.   I don't know what "a handful" is.  I
17:11:04 21 provided many TRN files in that range.
17:11:08 22   Q.   And the last TRN file that you provided was
17:11:11 23 time step 3630.  Does that sound about right?
17:11:14 24   A.   That sounds about right.
17:11:15 25   Q.   Okay.

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

251

17:11:19 1        (Abraham Exhibit 25 marked for
17:11:40 2 identification.)
17:11:40 3        (Discussion off the stenographic record.)
17:11:41 4 BY MR. ASSAAD:
17:11:43 5    Q.   I'll represent to you that Exhibit Number 25
17:11:46 6 is a comparison between time step 2540 and 3630.  And
17:11:58 7 sitting here today you were unaware that -- or you're
17:12:00 8 not sure whether or not you could do a comparison
17:12:04 9 between two time steps in ANSYS.
17:12:05 10   A.   No, I know you can do comparisons.  I didn't
17:12:07 11 know that you could do a -- that ANSYS would spit out
17:12:10 12 a comparison contour graph.  I didn't know that this
17:12:13 13 was automated.
17:12:14 14   Q.   Okay.  And what we're showing here is
17:12:18 15 temperature, velocity, and vector change -- changes
17:12:24 16 between the 3630 TRN file and the 2540 TRN file.
17:12:31 17        Do you understand what I'm saying?
17:12:32 18   A.   Yes.
17:12:32 19   Q.   Okay.  And it's only showing deltas.  Do you
17:12:37 20 understand that?
17:12:37 21   A.   It is showing a temperature difference.
17:12:39 22   Q.   Okay.  You agree with me that ANSYS is
17:12:44 23 showing a temper -- there is a temperature difference
17:12:47 24 in page 1 of Exhibit Number 25 between the 3630 TRN
17:12:54 25 file and the 2540 TRN file.

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

252

17:12:56 1        MR. GOSS:  Just object to the lack of
17:12:58 2 foundation.  You can answer.
17:12:59 3    A.   I would agree, and I even said that it's
17:13:03 4 essential.  This has to happen in an unsteady flow.
17:13:06 5    Q.   Okay.  So you agree with me --
17:13:07 6        You don't disagree that there would be a
17:13:09 7 temperature difference such as depicted in Exhibit 25.
17:13:13 8    A.   I would agree that there has to be a
17:13:17 9 temperature difference between any two TRNs such as
17:13:20 10 the one we're seeing here.
17:13:22 11   Q.   Okay.  And I represent to you that this is
17:13:24 12 not something that we created, this is based off of
17:13:27 13 your TRN files that you provided to us or your counsel
17:13:32 14 provided to us last week in -- as a response to our
17:13:34 15 discovery requests.
17:13:35 16        Do you also see, if you turn to the velocity
17:13:40 17 graph, that there's also a change over time in
17:13:48 18 velocity between the 2630 TRN and the 2540 TRN?
17:13:56 19   A.   And I give the same answer.  There has to be
17:13:58 20 a small change from one TRN to the other.
17:14:01 21   Q.   Okay.  So you agree with me that there's a
17:14:04 22 change.
17:14:05 23   A.   I -- I'll do more than that.  I'll say there
17:14:08 24 has to be a change.
17:14:10 25   Q.   Okay.  And you agree with me, if you look at

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

253

17:14:15  1   page three, that there's also a change in the velocity
17:14:20  2   vectors between the 2540 TRN file and the 3630 TRN
17:14:27  3   file.
17:14:28  4       A.   And I would say there has to be a change.
17:14:31  5       MR. GOSS:  I'm just going to object just
17:14:34  6   because I'm confused about what the difference is
17:14:37  7   between page 2 and page 3.
17:14:40  8       Q.   Do you understand the difference between
17:14:41  9   velocity value and velocity vector?
17:14:44  10      MR. GOSS:  Oh, I see.  Never mind.  I
17:14:47  11  follow.
17:14:50  12      MR. ASSAAD:  And with all due respect, a
17:14:52  13  lack of understanding is not a valid ob -- is not a
17:14:55  14  legal objection.
17:14:55  15      MR. GOSS:  Well it sounded vague because I
17:14:59  16  didn't understand.
17:15:00  17      (Laughter.)
17:15:01  18      MR. GOSS:  Now I understand.
17:15:02  19      MS. ZIMMERMAN:  I'm there with you.
17:15:04  20      MR. GOSS:  All right.
17:15:27  21      Q.   Do you know what the simulation time was for
17:15:29  22  the 3630 TRN file?
17:15:32  23      A.   I do not know it off the top of my head.
17:15:42  24      Q.   Now --
17:15:42  25      (Abraham Exhibit 26 marked for
STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

254

17:15:42  1       identification.)
17:16:25  2       (Discussion off the stenographic record.)
17:16:25  3   BY MR. ASSAAD:
17:16:26  4       Q.   What's been marked as Exhibit 26, I will
17:16:30  5   represent to you, is us running your model forward up
17:16:40  6   to six seconds of simulation time.
17:16:46  7       So --
17:16:46  8       MR. GOSS:  2540.
17:16:48  9       MR. ASSAAD:  2540.
17:16:50  10      Q.   So basically we're looking at the delta
17:16:52  11  between 5.07 seconds and 6 seconds.  Do you understand
17:16:57  12  that?
17:16:58  13      A.   Yes.
17:16:58  14      Q.   Okay.  And do you agree with me that you are
17:17:04  15  seeing a change in temperature, velocity, and velocity
17:17:09  16  vectors in Exhibit 26?
17:17:13  17      A.   I agree that this exhibit shows a difference
17:17:17  18  in temperature, velocity, and velocity vector.
17:17:22  19      Q.   Okay.  And we're talking about a change in
17:17:25  20  less than one second.
17:17:28  21      A.   You're representing that to me, so I take
17:17:31  22  you at your word.
17:17:37  23      Q.   And just to let you know --
17:17:40  24      Or let me ask you this.  Would you disagree
17:17:42  25  that if your 3630 TRN file states that the simulation
STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

255

17:17:46  1   time -- Withdraw that question.  I'm getting tired.
17:17:51  2       Your simulation time, according to your
17:17:55  3   3630, is 5.1799 seconds.  Is there any reason that you
17:18:00  4   would disagree with that?
17:18:00  5       A.   No.
17:18:05  6       Q.   I'm sorry.  6.859 seconds.  Would you
17:18:09  7   disagree with that at all?
17:18:10  8       A.   I would not.
17:18:11  9       Q.   Okay.
17:18:11  10      MR. GOSS:  Just to be clear for the record
17:18:13  11  that 6.859 seconds is associated with the 3630 TRN;
17:18:18  12  is that right?  Or did I get that wrong?
17:18:29  13      MR. ASSAAD:  Yes, the 3630 is 6.7859
17:18:33  14  seconds.
17:18:38  15      Q.   So you agree with me that in less than one
17:18:40  16  second there is a change in velocity, temperature, and
17:18:43  17  velocity vectors.
17:18:44  18      A.   In fact I'll go further.  There has to be
17:18:46  19  some change.
17:18:47  20      Q.   Okay.  Because it's a transient model;
17:18:49  21  correct?
17:18:50  22      A.   That is correct.
17:18:52  23      Q.   And you agree with me that velocity vectors
17:18:54  24  are going to change the streamlines.
17:18:57  25      A.   Yes.
STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

256

17:19:02  1       (Abraham Exhibit 27 marked for
17:19:02  2       identification.)
17:19:02  3   BY MR. ASSAAD:
17:19:19  4       Q.   Exhibit 27, I represent to you, is a
17:19:22  5   comparison between your 2540 TRN file and a TRN file
17:19:27  6   that went out a hundred seconds of simulation time.
17:19:34  7       Do you understand that?
17:19:36  8       A.   Because you've told me.
17:19:37  9       Q.   Okay.  And if you look at the temperature
17:19:48  10  delta, you see that there are more areas of changing
17:19:51  11  temperature than the other deltas in the other two
17:19:57  12  exhibits; correct?
17:19:58  13      A.   I don't know if I'd agree with that.
17:19:59  14      Q.   You do see that there's a change in
17:20:02  15  temperature; correct?
17:20:02  16      A.   I do.
17:20:03  17      Q.   And you also see that there's a change in
17:20:06  18  velocity; correct?
17:20:08  19      A.   Yes.
17:20:09  20      Q.   And you also see that there is a change in
17:20:12  21  the velocity vectors.
17:20:13  22      A.   Yes.
17:20:14  23      Q.   Okay.  And if you compare Exhibit Number 27
17:20:21  24  to Exhibit Number 25, looking at the delta and
17:20:26  25  velocity vectors, there's a significant change in
STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

257

17:20:37 1  velocity vectors as the simulation runs longer;
17:20:43 2  correct?
17:20:44 3      A.    I would disagree.
17:20:45 4      Q.    Okay.  Do you see significant change on the
17:20:51 5  right-hand side of the operating room depicted in
17:20:56 6  Exhibit Number 25, page 3?
17:21:03 7      A.    I do not.
17:21:08 8      Q.    Do you see --
17:21:09 9          You do understand that there are more --
17:21:14 10 there's more color in Exhibit 27 as there is in
17:21:17 11 Exhibit 25 when looking at the velocity vector
17:21:21 12 difference?
17:21:22 13     A.    I disagree.
17:21:24 14     Q.    You disagree?
17:21:45 15         You understand that the scales are different
17:21:46 16 between Exhibit 25 and 27; correct?
17:21:48 17     A.    Yes.
17:21:50 18     Q.    And Exhibit 27 the scale goes from zero to
17:21:54 19 .67; correct?
17:21:57 20     A.    Incorrect.
17:22:02 21     Q.    What's the scale on Exhibit 27 for velocity
17:22:04 22 vector difference?
17:22:06 23     A.    Zero to .6378.
17:22:09 24     Q.    You're right.  I misspoke.
17:22:10 25         And the scale with respect to Exhibit 25

259

17:23:57 1      Q.    And there's a little bit of red kind of
17:24:00 2  above the, like the upper left-hand corner; correct?
17:24:04 3  Orange red?
17:24:05 4      A.    Well that's the contour legend.
17:24:07 5      Q.    I'm talking about in the operating room, in
17:24:08 6  the orange -- orangish-red.
17:24:10 7      A.    I would say it's light orange.
17:24:10 8      Q.    Okay.
17:24:12 9      A.    I would say it's yellowish orange, but I
17:24:15 10 think we're quibbling over color.
17:24:54 11     Q.    And as you said before, you would expect
17:24:57 12 over time the temperatures and velocity and the
17:24:59 13 velocity vectors would change because this is a
17:25:01 14 transient model.
17:25:02 15     A.    I would expect --
17:25:04 16         Well they have to.
17:25:06 17     Q.    And since velocity vectors, temperature and
17:25:11 18 velocity will have an effect on streamlines, the
17:25:16 19 streamlines will change over time.
17:25:18 20     A.    And as I've said, they have to.
17:25:20 21     Q.    Okay.  Did you ever attempt to start your
17:25:41 22 streamlines at a different point besides the --
17:25:44 23 underneath the operating room table or from the
17:25:47 24 exhaust of the Bair Hugger?
17:25:49 25     A.    Yes.

258

17:22:15 1  goes from zero to .1781; correct?
17:22:18 2      A.    That is correct.
17:22:20 3      Q.    And if you put the exhibits next to each
17:22:25 4  other so that the camera can see, the overhead camera.
17:22:34 5          THE VIDEOGRAPHER:  You can just keep them
17:22:36 6  right there.
17:22:36 7      Q.    You can keep them right there.
17:22:38 8          Do you see a difference, a visual difference
17:22:40 9  between Exhibit 27 and Exhibit 25?
17:22:43 10     A.    Yes, I do.
17:22:46 11     Q.    And you see more color, or more areas of
17:22:53 12 color in Exhibit 27 than Exhibit 25; correct?
17:22:59 13     A.    I would agree that there are more areas of
17:23:00 14 color.
17:23:04 15     Q.    And you agree with me that the delta in
17:23:10 16 vector -- velocity vectors increases over time.
17:23:22 17     A.    I -- You cannot make that conclusion from
17:23:25 18 these two.
17:23:26 19     Q.    Okay.
17:23:34 20         Would you like me to explain?
17:23:36 21     Q.    Not yet.
17:23:37 22         You agree with me that there are some areas
17:23:44 23 of red on Exhibit 27; correct?
17:23:53 24     A.    In the contour legend there is an area of
17:23:56 25 red.

260

17:25:50 1      Q.    And did you find any streamlines going over
17:25:52 2  the surgical site?
17:25:55 3      A.    In this journal paper which is Exhibit 3, I
17:25:58 4  show photographs of streamlines that are started at
17:26:02 5  two locations not the two you've listed.  And this is
17:26:08 6  in Figures 12 and 13.
17:26:15 7          MR. GOSS:  I assume your question wasn't
17:26:16 8  limited to 2540.
17:26:18 9          MR. ASSAAD:  It was, but since we're going
17:26:19 10 to go -- since he started, I'm going to follow up
17:26:22 11 just a little bit.
17:26:22 12         MR. GOSS:  That's fine.
17:26:23 13 BY MR. ASSAAD:
17:26:24 14     Q.    So in Figures 12 and 13 you show streamlines
17:26:32 15 coming from the Bair Hugger hose?
17:26:40 16     A.    No.
17:26:41 17     Q.    Or the -- the vapor generator?
17:26:49 18     A.    Yes.
17:26:54 19     Q.    And where did those streamlines start from?
17:26:58 20     A.    They started from the exit of the vapor
17:27:01 21 generator's hose.
17:27:04 22     Q.    And did you run a new model to get these
17:27:07 23 streamlines?
17:27:08 24     A.    No.
17:27:09 25     Q.    How'd you get these streamlines?

261

17:27:12 1    A.    I released streamlines from the approximate
17:27:15 2  location where that hose was.
17:27:17 3    Q.    Okay.  And this wasn't in your original
17:27:19 4  report that was submitted in the Court; correct?
17:27:22 5    A.    That is correct.
17:27:25 6    Q.    Did you try running streamlines from
17:27:27 7  anywhere else?
17:27:29 8    A.    Not that I recall.
17:27:41 9         Oh yes, actually.  I ran streamlines from
17:27:43 10 the ventilation system.
17:27:45 11   Q.    I understand.  Okay.
17:28:02 12        Now going to your report, I want you to turn
17:28:08 13 to Figure 7, Exhibit 1.  And that's showing
17:28:25 14 temperature gradient as a result of the warm air
17:28:29 15 coming out of the Bair Hugger; correct?
17:28:31 16   A.    No.
17:28:32 17   Q.    What's it showing?
17:28:33 18   A.    It's showing temperature.
17:28:35 19   Q.    Okay.  So it's showing temperature at the
17:28:38 20 Bair Hug -- of the air as the -- of the -- of the --
17:28:43 21 around where the Bair Hugger is exiting warm air;
17:28:45 22 correct?
17:28:46 23   A.    Yes.
17:28:57 24   Q.    And if you look at...
17:29:09 25        I don't think you have it in your report,

262

17:29:11 1  but you agree with me that if you followed the
17:29:14 2  streamlines looking at the same view of Figure 7, you
17:29:19 3  would see the streamlines are moving upward direction;
17:29:22 4  correct?
17:29:24 5    A.    In the general upward direction, correct.
17:29:27 6    Q.    Because of buoyancy; correct?
17:29:29 7    A.    Correct.
17:29:30 8    Q.    Okay.  And you agree with me that there's
17:29:36 9  enough buoyancy in the air coming from the Bair Hugger
17:29:42 10 exit that overcomes the downward air coming from the
17:29:50 11 inlets --
17:29:51 12        MR. GOSS:  Object to form.
17:29:52 13   Q.    -- at that -- around the Bair Hugger --
17:29:54 14 around the surgical drape.
17:29:56 15   A.    I would disagree.
17:29:57 16   Q.    Okay.  So the air is not going up?
17:30:04 17   A.    That's not your original question.
17:30:07 18   Q.    Okay.  The streamlines are -- would
17:30:08 19 basically go up as a result of buoyancy; correct?
17:30:11 20   A.    They go in the general upward direction.
17:30:13 21   Q.    Okay.  Until the air cools down, and then it
17:30:18 22 would change direction; correct?
17:30:20 23   A.    That would be one reason why it may change
17:30:23 24 direction.
17:30:24 25   Q.    Okay.  You do agree that right above that

263

17:30:28 1  surgical -- the -- the pole there, to the right of it
17:30:32 2  is a ventilation duct blowing cold air down.  Do you
17:30:38 3  see that?
17:30:40 4    A.    Yes.
17:30:40 5    Q.    Okay.  So even with the air going down from
17:30:46 6  the diffuser inlet, the air coming out of the Bair
17:30:51 7  Hugger still has an upward direction; correct?
17:30:54 8    A.    Well I think you misstate -- you
17:30:56 9  misunderstand what's shown here.  What's shown here is
17:31:02 10 -- And in fact I want to make sure this is clear for
17:31:04 11 the camera.
17:31:09 12        The warm air comes out and it's basically
17:31:09 13 going horizontal.  Now why is it going horizontally?
17:31:14 14 Because it is pushed horizontally by the air coming
17:31:17 15 out of the ventilation, which is right here
17:31:20 16 [indicating].  When the warm air moves beyond that
17:31:23 17 ventilation area only --
17:31:24 18   Q.    Dr. Abraham, just one quick --
17:31:26 19        I'll let you finish, but I'm not your
17:31:28 20 student.  Just answer the question.  So don't -- You
17:31:31 21 know, don't teach, just answer my question as to why
17:31:35 22 the air is -- is going up or I'm misunderstanding
17:31:38 23 something.
17:31:38 24   A.    Could you restate the question?
17:31:39 25   Q.    Sure.

264

17:31:50 1         And I'm going to break it in parts just so
17:31:52 2  we're clear.  The air --
17:31:54 3         There is a diffuser right above and to the
17:31:58 4  right of the pole that's blowing 15 degrees Celsius
17:32:02 5  air downwards; correct?
17:32:04 6    A.    I don't know if it's directly above the
17:32:07 7  pole.  There is a diffuser in the ceiling, but I can't
17:32:11 8  say if it's directly above the pole, because the
17:32:15 9  diffusers are not continuous.
17:32:25 10   Q.    Well if you look at page 2 of your report,
17:32:30 11 you see that there's diffusers there, and it looks
17:32:35 12 like it's to the right and above the pole?
17:32:40 13   A.    Well yeah, but your question was is it
17:32:42 14 directly above the pole, and I can't tell from this
17:32:47 15 oblique view if it is directly above the pole.  So I'm
17:32:50 16 just clarifying, the diffusers extend to the right,
17:32:55 17 but I don't know from this image or any image in the
17:32:57 18 report whether they are directly above the pole, and
17:32:59 19 that's the clarification I'm trying to make.
17:33:01 20   Q.    Let's look at it this way then.  If you
17:33:03 21 look at figure number 4 you see air coming down from
17:33:10 22 the diffusers; correct?
17:33:12 23   A.    That is correct.
17:33:12 24   Q.    And it's coming to the left and right of the
17:33:14 25 pole and from the center of the pole, and -- like to

265

17:33:17  1   the left and right and within the pole area.

17:33:19  2       A.   I think Figure 4 is a foot view.  In fact

17:33:22  3   the caption says from the foot view of the surgical

17:33:24  4   table, so the pole is not visible in this image.

17:33:29  5       Q.   You don't see the pole there to the right in

17:33:31  6   Figure 3?

17:33:34  7       A.   Oh, I thought you were in Figure 4.

17:33:38  8       Q.   Did I say Figure 4?

17:33:39  9           MR. GOSS:  You said 4.

17:33:40 10           MR. ASSAAD:  Okay.  I'm sorry.

17:33:41 11       Q.   Figure 3.

17:33:42 12       A.   Okay.

17:33:42 13           MR. GOSS:  Three.

17:33:45 14       A.   Okay.  In Figure 3 we see a pole, we see

17:33:50 15   downward air from the vent, but again this is a

17:33:54 16   two-dimensional image.  So you asked is the vent

17:33:57 17   directly above the pole, and from this image I cannot

17:34:00 18   tell if the vent is directly above the pole.

17:34:02 19       Q.   Let me --

17:34:03 20           Let's even make it simpler.  You would agree

17:34:07 21   with me that there's a vent to the right of the pole

17:34:08 22   looking at Figure 7 in your report.

17:34:15 23       A.   I believe that's the case, yes.

17:34:17 24       Q.   Okay.  And that's blowing down cold air at

17:34:19 25   15 degrees Celsius; correct?

STIREWALT & ASSOCIATES
1-800-553-1953 info@stirewalt.com

266

17:34:21  1       A.   Correct.

17:34:21  2       Q.   Okay.  And you agree with me that if you

17:34:25  3   look at Figure 3, that there is air being blown down

17:34:42  4   from -- Let me rephrase that.

17:34:49  5           You agree with me that there's air being

17:34:51  6   blown down from the diffusers that's going to be over

17:34:56  7   the region of where the air is exiting from the Bair

17:35:00  8   Hugger.

17:35:00  9       A.   I believe that's the case, but I can't

17:35:03 10   confirm it from this image.

17:35:05 11       Q.   Okay.  But based on your work on this case

17:35:09 12   you have no reason to disagree with that; correct?

17:35:11 13       A.   Well, I mean, I would want to look at the fi

17:35:14 14   -- the CAD files to verify.  So I cannot say one way

17:35:17 15   or another where the vents are exactly with respect to

17:35:22 16   the operating table.

17:36:17 17       Q.   Assume for my question that the ventilation

17:36:19 18   is over the Bair Hugger area where the Bair Hugger air

17:36:24 19   is exiting the Bair Hugger blanket, the inlet.

17:36:31 20           You understand my question?  Assume that

17:36:33 21   fact.

17:36:33 22       A.   Yes.

17:36:35 23       Q.   You agree with me that there is cold air

17:36:37 24   from the diffuser going down onto -- over the area

17:36:42 25   where the air is exiting the Bair Hugger.  Assuming

STIREWALT & ASSOCIATES
1-800-553-1953 info@stirewalt.com

267

17:36:45  1   that fact to be true.

17:36:46  2       A.   That may or may not be true.

17:36:49  3       Q.   Okay.  If that is true in this case, you

17:36:51  4   agree with me that the air is still rising, the hot --

17:36:56  5   the warm air is still rising even though there is a

17:37:00  6   downward flow from the diffuser.

17:37:04  7       A.   No.

17:37:06  8       Q.   You disagree with that.

17:37:07  9       A.   Well, I mean, let's look at Figure 7.  So

17:37:10 10   Figure 7 is shown on the camera.

17:37:13 11           So as I understand it what you're saying,

17:37:15 12   and I'm not going to write on this, but you're saying

17:37:18 13   that there is some diffuser that extends over the

17:37:22 14   anesthesia drape.  I think that's true.

17:37:24 15       Q.   Yes.

17:37:26 16       A.   Okay.  We -- You haven't said how far it

17:37:29 17   extends, but let's assume it extends some distance

17:37:31 18   over.  What we see is the flow is going almost

17:37:34 19   perfectly horizontal, or the tem -- let's say this,

17:37:40 20   the temperatures are in a pattern that is almost

17:37:41 21   perfectly horizontal.

17:37:41 22           Now at some point the flow takes an upward

17:37:46 23   trajectory.  I -- I don't know where the diffuser

17:37:51 24   ends.  I can guess that the diffuser extends beyond

17:37:54 25   the surgical drape and that's what keeps the flow from

STIREWALT & ASSOCIATES
1-800-553-1953 info@stirewalt.com

268

17:37:57  1   rising, and then when you get out of that safe area or

17:38:00  2   that -- that diffuser area then the air starts to

17:38:03  3   rise, and I think that's all we can tell from this

17:38:05  4   image.

17:38:06  5       Q.   But your --

17:38:06  6           But there definitely has an upward slope;

17:38:09  7   correct?

17:38:09  8       A.   Oh.  It is a very small upward slope.

17:38:14  9       Q.   But there is an upward slope; yes?

17:38:16 10       A.   A very small upward slope.

17:38:18 11       Q.   Whether it's small or large, you agree with

17:38:20 12   me that it's an -- there's an upward slope; correct?

17:38:22 13       A.   I would agree that there is an upward slope.

17:38:52 14       Q.   Okay.  Now you --

17:38:54 15           I'm going to change directions a little bit

17:38:56 16   and I want to talk about the Gareis case and the

17:39:00 17   Gareis operating room; correct?

17:39:03 18           Now you put in your report that you're not

17:39:13 19   -- you basically state, I do not offer my calculations

17:39:15 20   as proof of what would have occurred in the Gareis

17:39:18 21   case, but rather as a demonstration of airflow

17:39:21 22   patterns in a typical OR during the use of the Model

17:39:23 23   505.

17:39:24 24           Did I read that correctly?

17:39:25 25       A.   Yes.

STIREWALT & ASSOCIATES
1-800-553-1953 info@stirewalt.com

269

17:39:27 1    Q.   So is it -- are you going to offer any
17:39:28 2 opinions with respect to what is the airflow in the
17:39:32 3 Gareis case, in the Gareis -- in the Providence
17:39:35 4 operating room?
17:39:36 5    A.   Well I'm --
17:39:37 6         My opinion is just what's written here, that
17:39:41 7 the flow patterns shown here are the typical flow
17:39:45 8 patter -- the flow patterns in a typical OR.  The
17:39:48 9 Gareis case may have a different flow pattern, and I
17:39:52 10 didn't calculate that.  So these are airflow patterns
17:39:56 11 in a typical OR, not necessarily the Gareis OR.
17:40:00 12    Q.   Are you using your 505 model or CFD model to
17:40:11 13 support any of your opinions of the airflow that would
17:40:17 14 occur in the Gareis case?
17:40:24 15    A.   Here's what I'll say.  I did not model the
17:40:28 16 Gareis OR.  I have modeled the typical -- And there
17:40:33 17 are differences between the Gareis OR and what I
17:40:35 18 modeled, and I'm acknowledging that.
17:40:39 19         My model is for a typical OR, the one that
17:40:42 20 we made the validating measurements in.  I have seen
17:40:45 21 no evidence, despite trying, that Bair Hugger air can
17:40:50 22 influence the downward clean airflow in that OR, and I
17:40:55 23 have no reason to believe that it would influence the
17:40:59 24 airflow in the Gareis OR, but I did not model the
17:41:03 25 Gareis OR.

STIREWALT & ASSOCIATES
1-800-553-1953 info@stirewalt.com

270

17:41:04 1    Q.   And I understand that, sir.  I'm just
17:41:06 2 wondering if you're using your -- Let me strike --
17:41:11 3 strike that.
17:41:12 4         Are you going to offer the opinion at trial
17:41:14 5 that the Bair Hugger 505 is not going to cause skin
17:41:23 6 squames to -- or particles to reach the operative
17:41:28 7 site?
17:41:30 8         MR. GOSS:  In the Gareis OR?
17:41:32 9         MR. ASSAAD:  Yes.
17:41:34 10    A.   I'm going to answer that, and I'm actually
17:41:39 11 going to use my report.  And I think I -- I'm taking a
17:42:13 12 little bit of time to look for it because I think that
17:42:15 13 I actually address this explicitly, so I apologize for
17:42:19 14 the time.
17:42:34 15         Okay.  The calculation that I made differs
17:42:43 16 in some ways from the OR that was in the Gareis case.
17:42:47 17 I mention those in this report.  For example, the dif
17:42:52 18 -- I'm reading from page 14 of Exhibit 1.
17:42:57 19         "In addition, the diffusers in Mr. Gareis's
17:43:01 20 OR create an 'air barrier' around the table,
17:43:04 21 potentially trapping contaminants shed by the surgical
17:43:07 22 staff within it."
17:43:09 23         Now what that means is I believe it is more
17:43:12 24 likely that skin squames, as you mentioned, from the
17:43:15 25 surgical staff would be carried to the site, but I

STIREWALT & ASSOCIATES
1-800-553-1953 info@stirewalt.com

271

17:43:18 1 think it's less likely any potential Bair Hugger
17:43:22 2 airflow would interrupt that downward airflow.
17:43:25 3    Q.   Is your basis with respect to the issue of
17:43:27 4 the Bair Hugger disrupting the Providence OR, is that
17:43:31 5 based on your CFD modeling of the 505 done in this
17:43:41 6 case?
17:43:43 7    A.   The CFD modeling of the 505 shows that for
17:43:48 8 the OR that I modeled, not the Gareis OR, but the OR
17:43:53 9 that I modeled, the Bair Hugger air does not disrupt
17:43:56 10 the downward airflow.
17:43:58 11    Q.   Does that he -- looking --
17:43:59 12    A.   Here --
17:44:00 13    Q.   Does that help you formulate your opinion
17:44:02 14 with respect to how the Bair Hugger is going to affect
17:44:04 15 the Gareis operating room?
17:44:06 16    A.   It helps me formulate my opinion.
17:44:09 17    Q.   Okay.  So the basis of your opinion that the
17:44:11 18 Bair Hugger does not affect the operating -- operating
17:44:21 19 room used in the Gareis case is based on your
17:44:23 20 education, training and experience, and the results
17:44:26 21 that you obtained in your 505 modeling; correct?
17:44:30 22    A.   And more than that.
17:44:32 23    Q.   But is that correct so far?
17:44:33 24         If there's more, that's fine, but am I
17:44:35 25 correct?

STIREWALT & ASSOCIATES
1-800-553-1953 info@stirewalt.com

272

17:44:36 1    A.   Could you say it again?
17:44:37 2    Q.   Okay.  Your --
17:44:39 3         Your prediction or your opinion, within a
17:44:42 4 reasonable degree of engineering certainty, is that
17:44:44 5 the Bair Hugger is not going to have an effect on the
17:44:48 6 downward airflow in the Gareis operating room;
17:44:51 7 correct?
17:44:52 8    A.   No.  I wouldn't say that.
17:44:54 9         I would say this:  I'm not making a
17:44:55 10 prediction about the Gareis OR.  I'm not making a
17:44:59 11 prediction about the Gareis OR.
17:45:01 12         Here's what I am saying.  I'm saying that I
17:45:04 13 simulated a different OR.
17:45:06 14    Q.   I understand that, sir.  I understand.  My
17:45:08 15 question is simple.
17:45:10 16         Are you going to offer the opinion that the
17:45:12 17 Bair Hugger that was used in the Gareis case did not
17:45:16 18 affect the airflow in the Gareis OR?
17:45:23 19    A.   The opinion I will offer is I have no
17:45:25 20 evidence, I've seen no evidence, and I have created no
17:45:29 21 evidence that the Bair Hugger would disrupt the
17:45:31 22 airflow in the Providence OR.
17:45:33 23    Q.   But you have no evidence that it wouldn't,
17:45:35 24 either; correct?
17:45:36 25    A.   Well that's not quite true, because you just

STIREWALT & ASSOCIATES
1-800-553-1953 info@stirewalt.com

273

17:45:39  1  mentioned my simulation and my experience, evidence
17:45:42  2  and training, and I'm --
17:45:43  3      Q.   Okay.  And --
17:45:43  4      A.   -- I've given you two --
17:45:44  5      Q.   And that's my question, sir.  I'm not trying
17:45:46  6  to interrupt you, I'm just running out of time.
17:45:48  7           You're going to rely on your education;
17:45:50  8  correct?
17:45:51  9      A.   Yes.
17:45:51 10      Q.   Your training; correct?
17:45:53 11      A.   Yes.
17:45:53 12      Q.   Your experience; correct?
17:45:54 13      A.   Yes.
17:45:56 14      Q.   And the information you obtained from the
17:45:59 15  505 modeling of the CFD in a different operating room;
17:46:03 16  correct?
17:46:06 17      A.   Correct.
17:46:06 18      Q.   To formulate your opinion that the Bair
17:46:10 19  Hugger that was used in the Gareis case, in the Gareis
17:46:15 20  OR is not going to result in increased number of
17:46:19 21  squames or cause an increased number of squames over
17:46:22 22  the surgical site; correct?
17:46:23 23           MR. GOSS:  I object to form.
17:46:39 24      A.   Here's what I'm going to --
17:46:41 25           Here's what I'm prepared to testify at

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

274

17:46:43  1  trial.  The Bair Hugger does not disrupt clean airflow
17:46:47  2  in a typical OR.
17:46:50  3      Q.   Is the Gareis operating room a typical OR?
17:46:52  4      A.   I do not believe it is a typical OR.  I
17:46:54  5  believe the Gareis operating room, based on my
17:46:57  6  experience, education and training, would make it less
17:46:59  7  likely that Bair Hugger air would influence the
17:47:03  8  downward airflow, but I didn't simulate it so I can't
17:47:06  9  say with absolute certainty.
17:47:08 10      Q.   Okay.  I'm asking for a reasonable degree of
17:47:11 11  medical certainty, which is more than 50 percent.  Do
17:47:15 12  you understand that?
17:47:15 13      A.   I don't -- I'm not familiar with a
17:47:17 14  "reasonable degree of medical certainty."
17:47:20 15      Q.   Or, I'm sorry, "engineering certainty."
17:47:23 16           Are you familiar with a reasonable degree of
17:47:24 17  engineering certainty?
17:47:25 18      A.   Yes.
17:47:26 19      Q.   Okay.  What I'm trying to figure out, and
17:47:29 20  we've been going around in circles, is are you going
17:47:33 21  to offer the opinion that the Bair Hugger would not
17:47:35 22  cause squames to reach the operative site in the
17:47:39 23  Gareis OR; "yes" or "no"?
17:47:48 24      A.   I will offer this opinion.  I have no
17:47:52 25  evidence, I have seen no evidence that it could.

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

275

17:47:57  1      Q.   Have you seen --
17:47:58  2      A.   I did not simulate the Gareis OR.
17:48:00  3      Q.   Have you seen any evidence to sup --
17:48:02  4           Well my question is:  I understand you've
17:48:04  5  seen no evidence, according to you, that it could, but
17:48:07  6  are you going to offer the opinion that the Bair
17:48:10  7  Hugger would have no effect on the airflow in the
17:48:13  8  Gareis operating room and cause no squames to reach
17:48:17  9  the surgical site?
17:48:18 10           MR. GOSS:  I think that's compound.  And I
17:48:21 11  think he said what he's going to testify to.
17:48:24 12           MR. ASSAAD:  He has not.
17:48:25 13           MR. GOSS:  Well I think -- I think he said
17:48:27 14  exactly what he's going to testify to, and you're
17:48:29 15  trying to put a different opinion on him.
17:48:31 16           But if you have a different answer, you can
17:48:34 17  offer it.
17:48:35 18      A.   I don't have a different answer.
17:48:38 19           I believe the Bair Hugger will have some
17:48:43 20  effect on any room.  I have seen no evidence -- My
17:48:47 21  simulation was on the Southdale OR only, and based on
17:48:52 22  that simulation and my understanding that that's a
17:48:55 23  typical OR, I offer the opinion that I don't believe
17:49:00 24  the Bair Hugger could bring any unclean air into the
17:49:04 25  surgical site in that type of OR.

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

276

17:49:06  1      Q.   What about in the Gareis OR?
17:49:07  2      A.   I have not simulated the Gareis OR.
17:49:09  3      Q.   So you're going to offer no opinion with
17:49:11  4  respect to whether or not the Bair Hugger could cause
17:49:14  5  increased squames to reach the surgical site in the
17:49:17  6  Gareis OR because you have not simulated it; correct?
17:49:21  7           MR. GOSS:  Object to form.
17:49:24  8      A.   I would say that this -- my calculations are
17:49:25  9  not predictions of what would happen in the Gareis OR,
17:49:29 10  they are demonstratives of what happens in a typical
17:49:32 11  OR.
17:49:32 12      Q.   Are you going to use that demonstrative and
17:49:36 13  your calculations to offer opinions at trial with
17:49:39 14  respect to whether or not the Bair Hugger increases
17:49:48 15  particles over the sterile field in the Gareis case?
17:49:52 16      A.   I did not simulate any increase of
17:49:55 17  particles.  I didn't model particles.
17:50:01 18      Q.   Let me ask it this way:  And I'm just trying
17:50:04 19  to understand what you're going to testify at trial,
17:50:05 20  and that's why I'm here today.
17:50:07 21           Are you going to offer any opinions at trial
17:50:19 22  in the Gareis case of whether or not the Bair Hugger
17:50:24 23  505 device affects or impacts the OR airflow to an
17:50:40 24  extent in which particles may be in contact with the
17:50:54 25  sterile field?

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

277

17:50:57  1        A.    That was long.  Let me read it.  (Witness
17:51:06  2   reviewing realtime screen.)
17:51:16  3        Well I'll just say this.  My -- I'm going to
17:51:19  4   give my answer.  These results are not predictive of
17:51:23  5   what would actually happen in the Gareis OR.  They are
17:51:27  6   predictions in a typical OR like the one that was
17:51:31  7   modeled.
17:51:32  8        Q.    I understand.
17:51:34  9        But based on your education, training, and
17:51:37 10   experience and the CFD modeling, do you have an
17:51:40 11   opinion, within a reasonable degree of engineering
17:51:43 12   probability, of whether or not the Bair Hugger will
17:51:47 13   have an impact on the airflow over the surgical site
17:51:53 14   in the Gareis case?
17:51:55 15        MR. GOSS:  So now we've gone from is he
17:51:57 16   going to offer an opinion at trial to, do you have an
17:51:59 17   opinion.
17:51:59 18        MR. ASSAAD:  Yes.
17:52:01 19        A.    I do have an opinion.
17:52:03 20        Q.    And what's your opinion?
17:52:04 21        A.    My opinion is that the Bair Hugger would
17:52:09 22   not.
17:52:09 23        Q.    And what's the basis of your opinion?
17:52:16 24        A.    My experience, my training, my understanding
17:52:21 25   of how these blankets work, my review of the

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

278

17:52:25  1   literature and other people's studies, my own review,
17:52:30  2   I have seen no evidence in any OR that the Bair Hugger
17:52:36  3   will bring particles to the sterile site.
17:52:39  4        Q.    And that's based also on your CFD analysis
17:52:42  5   and the OR models in your 505.
17:52:45  6        A.    Boy, I don't know if I would go that far,
17:52:47  7   though, because this is a different room, so I don't
17:52:52  8   -- I don't know if I would go that far.  I don't think
17:52:54  9   I need to go that far, and I don't know, sitting here,
17:52:56 10   if I would go that far.
17:52:57 11        Q.    So basically what you're telling me is at
17:53:00 12   trial your 505 CFD modeling in the Gareis case is
17:53:06 13   irrelevant with respect to your opinions.
17:53:08 14        MR. GOSS:  I'm going to object to form.  He
17:53:09 15   has general cause opinions.
17:53:12 16        A.    I disagree.  It is not irrelevant.
17:53:14 17        Q.    So it is relevant and it formulates your
17:53:17 18   education, training and experience with respect to how
17:53:19 19   the Bair Hugger acts in an operating room.
17:53:21 20        A.    This 505 report is related to how a Bair
17:53:26 21   Hugger 505 would affect the airflow in a typical OR,
17:53:31 22   period.  This report does not make any claims or
17:53:36 23   predictions about how the 505 would impact the airflow
17:53:39 24   in the Gareis OR, period.
17:54:03 25        THE VIDEOGRAPHER:  We have 15 minutes

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

279

17:54:05  1   remaining.
17:54:11  2   BY MR. ASSAAD:
17:54:11  3        Q.    So would it be accurate that with respect to
17:54:17  4   the effect of the Bair Hugger in the Gareis operating
17:54:20  5   room, you're not going to rely on the information you
17:54:23  6   obtained from your 505 CFD analysis?
17:54:35  7        A.    (Witness reviewing realtime screen.)  I am
17:54:45  8   not making any claim about the Bair Hugger effect in
17:54:45  9   the Gareis operating room, so I wouldn't rely on
17:54:50 10   information to make something I'm not going to claim.
17:54:59 11        MR. ASSAAD:  Let's take a break.
17:55:01 12        THE REPORTER:  Off the record, please.
17:55:03 13        (Recess taken from 5:55 to 6:02 p.m.)
18:02:07 14   BY MR. ASSAAD:
18:02:15 15        Q.    Dr. Abraham, my questions now are going to
18:02:22 16   be dealing with specifically the Gareis case.  You
18:02:24 17   understand that.
18:02:25 18        A.    Yes.
18:02:26 19        Q.    Okay.  In short, you're offering the opinion
18:02:33 20   that the Bair Hugger cannot deposit squames containing
18:02:37 21   bacteria to the surgical site; correct?
18:02:39 22        MR. GOSS:  Object to form.
18:02:41 23        A.    My opinion is the Bair Hugger models that I
18:02:46 24   have modeled in the OR that I have modeled, there is
18:02:51 25   no evidence that the Bair Hugger would deposit squames

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

280

18:02:53  1   to the surgical site.
18:02:54  2        Q.    I'm asking about the Gareis case.
18:02:56  3        A.    My model is not the Gareis case, so I'm not
18:03:00  4   making predictions of what happened in the Gareis
18:03:03  5   case.
18:03:32  6        Q.    So are you withdrawing your 505 model with
18:03:36  7   respect to what would occur in the Gareis case?
18:03:43  8        MR. GOSS:  Object to form.  I think that
18:03:45  9   goes to legal strategy, but I'll ask --
18:03:51 10        MR. ASSAAD:  I understand that, Mr. Goss,
18:03:52 11   but I'm trying to figure out if he's going to offer
18:03:55 12   opinions with respect to what's going to happen in
18:04:01 13   the Gareis case because he -- his case-specific
18:04:05 14   report contains a 505 CFD model.
18:04:08 15        MR. GOSS:  True.
18:04:09 16        MR. ASSAAD:  Well let me ask you this:  Is
18:04:11 17   he going to offer any opinions in the Gareis case
18:04:13 18   with respect to whether or not the Bair Hugger could
18:04:16 19   cause squames to -- containing bacteria to reach the
18:04:20 20   surgical site?
18:04:21 21        MR. GOSS:  Well I'm not going to testify
18:04:22 22   about what the direct is going to be, but I think
18:04:29 23   he's already indicated what his opinions are and what
18:04:33 24   his -- what his views are on the extent to which you
18:04:38 25   can extend the 505 model to the specifics of the

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

281

18:04:41 1  Gareis case.

18:04:42 2       MR. ASSAAD:  Okay.

18:04:42 3  BY MR. ASSAAD:

18:05:01 4       Q.    Now with respect to --

18:05:01 5       This goes to your 505 model.  You agree that

18:05:04 6  the 505 model, CFD model that you did only lasted 5.07

18:05:12 7  seconds; correct?

18:05:17 8       A.    The results that are presented here were

18:05:23 9  extracted from the TRN file that corresponds to 5.07

18:05:26 10 seconds.

18:05:27 11      Q.    And when you talk about the results you're

18:05:29 12 talking about the 60-second path -- streamlines;

18:05:33 13 correct?

18:05:33 14      A.    That is correct.

18:05:33 15      Q.    You do understand that Mr. Gareis' surgery

18:05:35 16 lasted longer than a minute.

18:05:38 17      A.    I understand that.

18:05:39 18      Q.    Okay.  Much longer than a minute.  Do you

18:05:41 19 understand that?

18:05:42 20      A.    Yes.

18:05:43 21      Q.    Do you even know how long it takes to do the

18:05:45 22 first incision on a hip arthroplasty?

18:05:48 23      A.    I don't know that.

18:06:19 24      Q.    With respect to your general cause report

18:06:23 25 regarding the 750, what specifically in that report

STIREWALT & ASSOCIATES
1-800-553-1953 info@stirewalt.com

282

18:06:27 1  applies to the Gareis case?

18:06:36 2       A.    Well, I mean, it's a different blower and

18:06:40 3  it's a different OR.  What the general causation

18:06:44 4  report shows is what airflow would occur in an O -- in

18:06:49 5  that OR with that blower, and that in that OR with

18:06:52 6  that blower the Bair Hugger does not bring unclean air

18:06:56 7  to the surgical site.

18:06:57 8       It doesn't -- That general causation report

18:06:59 9  had nothing to do with the Gareis case.

18:07:01 10      Q.    And my question is since it applies to that

18:07:04 11 operating room, according to you, and those scenarios,

18:07:08 12 your general causation report would not apply to what

18:07:11 13 occurs in the Gareis case; correct?

18:07:13 14      A.    My general causation report would not be

18:07:17 15 predictive of what would happen in a Gareis OR, as

18:07:22 16 I've stated here with the 505.

18:07:24 17      Q.    And you're not using your 750 CFD or -- IN

18:07:29 18 general causation, or your 505 CFD done in your

18:07:34 19 case-specific report to predict how the Bair Hugger is

18:07:40 20 going to affect airflow in the Gareis operating room;

18:07:44 21 correct?

18:07:45 22      A.    I am not making any predictions about the

18:07:48 23 Bair Hugger and its effect of airflow in that OR.

18:07:51 24 That was not modeled.

18:08:13 25      MR. ASSAAD:  Mr. Goss, are you going to

STIREWALT & ASSOCIATES
1-800-553-1953 info@stirewalt.com

283

18:08:15 1  withdraw your case-specific opinions with respect to

18:08:17 2  the 505 CFD analysis since your expert just testified

18:08:21 3  that it's basically not relevant to the Gareis case?

18:08:24 4       MR. GOSS:  No, of course not.

18:08:25 5       MR. ASSAAD:  Okay.

18:08:25 6       MR. GOSS:  No more than any of your experts

18:08:27 7  are not going to offer any general causation

18:08:51 8  testimony in the Gareis case.  He -- It's a rebuttal

18:08:54 9  model.

18:09:02 10      Q.    With respect to page 14 where you indicate

18:09:05 11 "...the diffusers in Mr. Gareis's OR create an 'air

18:09:09 12 barrier' around the table, potentially trapping

18:09:11 13 contaminants shed by the surgical staff within it."

18:09:14 14      Do you see that?

18:09:15 15      A.    Yes.

18:09:16 16      Q.    What's your basis for that opinion?

18:09:21 17      A.    If you go to the next page and look at

18:09:24 18 Figure 18, I have highlighted where the diffusers are

18:09:28 19 in the ceiling, and you can see that the diffusers

18:09:32 20 create an air barrier, they're like a wall around the

18:09:37 21 surgical site -- around the operating room table.

18:09:41 22      Q.    I'm running out of time, so keep it short.

18:09:43 23 You're basing it on Figure 18?

18:09:45 24      A.    Well I need to explain it.

18:09:46 25      Q.    I understand where you're going with it, but

STIREWALT & ASSOCIATES
1-800-553-1953 info@stirewalt.com

284

18:09:48 1  you're basing it on Figure 18?

18:09:50 2       A.    You may understand where I'm going with it.

18:09:52 3       Are you asking me not to explain it, or --

18:09:54 4       Q.    Well I'll ask you to explain it if your

18:09:56 5  counsel will give me an extra ten more minutes, but if

18:09:59 6  not, I don't want to --

18:09:59 7       MR. GOSS:  No.  There's no more time.  It's

18:10:02 8  disclosed in his report.

18:10:02 9       MR. ASSAAD:  Okay.

18:10:03 10      Q.    And you're making that opinion based on your

18:10:05 11 education, training and experience and your knowledge

18:10:07 12 of airflow; correct?

18:10:08 13      A.    Yes.

18:10:08 14      Q.    Okay.  And you could look at Figure 18 and

18:10:11 15 as an engineer you can make predictions on an airflow

18:10:15 16 in an operating room based on your education, training

18:10:17 17 and experience.

18:10:18 18      A.    You could make some predictions.

18:10:34 19      Q.    But your basis with respect to the OR in the

18:10:38 20 Gareis room creating an air barrier is based on your

18:10:43 21 education, training and experience, and no calcula --

18:10:46 22 CFD calculations; correct?

18:10:48 23      A.    And the layout of the diffusers in the

18:10:51 24 ceiling, which create a barrier around the table,

18:10:53 25 which is displayed in Figure 18.

STIREWALT & ASSOCIATES
1-800-553-1953 info@stirewalt.com

285

18:10:57 1    Q.   But it's not based on any CFD calculations;
18:11:00 2  correct?
18:11:00 3    A.   That is correct.
18:11:07 4    Q.   With respect to page 16, there's a picture
18:11:11 5  of the outlet vent in the Gareis operating room;
18:11:15 6  correct?
18:11:16 7    A.   Yes.
18:11:16 8    Q.   And you write, this vent draws air upwards
18:11:19 9  above the operating room table; correct?
18:11:20 10   A.   That is correct.
18:11:21 11   Q.   You did not provide any calculations or
18:11:23 12 conduct any calculations to -- to show that
18:11:27 13 conclusion; correct?
18:11:29 14   A.   No.  That conclusion is based on my
18:11:31 15 experience, education and training.
18:12:34 16   Q.   Furthermore, with respect to the medical
18:12:37 17 equipment in the operating room, such as the
18:12:39 18 anesthesia machine, the electrocautery device, you did
18:12:45 19 not perform any calculations to determine the effect,
18:12:48 20 if any, those devices might have on the airflow in the
18:12:51 21 Gareis operating room; correct?
18:12:53 22   A.   That is correct.
18:12:53 23   Q.   And you're not going to offer any opinions
18:12:55 24 with respect to the effect of those devices on the
18:12:58 25 airflow in the operating room; correct?

287

18:14:57 1    A.   No.
18:14:57 2    Q.   -- to review?
18:14:58 3    A.   No.
18:14:58 4    Q.   Did you give it to any colleagues at the
18:15:01 5  University of Minnesota to review?
18:15:02 6    A.   No.
18:15:04 7    Q.   So sitting here today, with respect to your
18:15:07 8  published transcript, you received no comments or
18:15:11 9  reviews from anyone in -- any of your colleagues or --
18:15:20 10 in your field of mechanical engineering; is that
18:15:23 11 correct?
18:15:23 12   A.   I received no comments on this paper from
18:15:26 13 any of my colleagues.
18:15:28 14   Q.   Pre and post publication.
18:15:30 15   A.   Correct.
18:15:32 16   MR. GOSS:  Except for Dr. Minkowycz.
18:15:34 17   THE WITNESS:  Right.
18:15:34 18   A.   But I think you were talking about at my
18:15:36 19 university.
18:15:37 20   Q.   Anywhere.
18:15:38 21   A.   The only comments I've gotten was the letter
18:15:40 22 from the editor-in-chief.
18:15:43 23   Q.   Okay.
18:15:44 24   MR. ASSAAD:  That's all I have.
18:15:46 25   THE WITNESS:  Okay.

286

18:13:00 1    MR. GOSS:  Object to form.
18:13:01 2    A.   I think what I can say categorically is that
18:13:09 3  anything that generates heat may cause an upward air
18:13:12 4  motion, buoyancy, but I would not make a prediction
18:13:14 5  about how that would affect the airflow in the Gareis
18:13:17 6  OR.
18:13:18 7    Q.   So you're not going to offer any opinions
18:13:20 8  within a reasonable degree of medical -- engineering
18:13:22 9  probability, that the anesthesia machine, or the Bovie
18:13:27 10 machine, or any other equipment in the Gareis
18:13:29 11 operating room had a significant effect on the airflow
18:13:37 12 in the operating room.
18:13:39 13   MR. GOSS:  Object to form.
18:13:40 14   A.   Correct.
18:14:21 15   Q.   With respect to your published article, have
18:14:24 16 you received any questions or emails from other people
18:14:34 17 -- other people in your field regarding what was
18:14:35 18 published in *Numerical Heat Transfer*?
18:14:38 19   A.   I don't recall receiving any questions or
18:14:40 20 emails on it.  It's possible I've got an email, but I
18:14:43 21 don't recall any emails or questions.
18:14:45 22   Q.   And have you provided -- before you
18:14:48 23 submitted the transcript did you give any copies -- or
18:14:51 24 the manuscript, I'm sorry, manuscript, to any of your
18:14:55 25 colleagues at St. Thomas --

288

18:15:46 1    MR. GOSS:  Nothing.
18:15:48 2    MR. ASSAAD:  I ask him to read and sign,
18:15:50 3  please.
18:15:51 4    MR. GOSS:  Okay.
18:15:51 5    THE REPORTER:  Off the record, please.
18:15:53 6    (Deposition concluded at 6:15 p.m.)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

289

| | |
|---|---|
| 1 | C E R T I F I C A T E |
| 2 | I, Debby J. Campeau, hereby certify that I |
| 3 | am qualified as a verbatim shorthand reporter; that I |
| 4 | took in stenographic shorthand the testimony of JOHN |
| 5 | P. ABRAHAM, Ph.D., at the time and place aforesaid; |
| 6 | and that the foregoing transcript consisting of 288 |
| 7 | pages is a true and correct, full and complete |
| 8 | transcription of said shorthand notes, to the best of |
| 9 | my ability; that the noticing party has been charged |
| 10 | for the original transcript, and that each party has |
| 11 | been charged the same amount for a copy of the |
| 12 | transcript. |
| 13 | Dated at Lino Lakes, Minnesota, this 20th |
| 14 | day of February, 2018. |
| 15 | |
| 16 | |
| 17 | |
| 18 | DEBBY J. CAMPEAU |
| 19 | Notary Public |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com

---

290

| | |
|---|---|
| 1 | S I G N A T U R E   P A G E |
| 2 | I, JOHN P. ABRAHAM, Ph.D., the deponent, hereby |
| 3 | certify that I have read the foregoing transcript, |
| 4 | consisting of 288 pages, and that said transcript is |
| 5 | a true and correct, full and complete transcription |
| 6 | of my deposition, except per the attached |
| 7 | corrections, if any. |
| 8 | PAGE  LINE    CHANGE/REASON FOR CHANGE |
| 9 | ____ ____   _____ |
| 10 | ____ ____   _____ |
| 11 | ____ ____   _____ |
| 12 | ____ ____   _____ |
| 13 | ____ ____   _____ |
| 14 | ____ ____   _____ |
| 15 | ____ ____   _____ |
| 16 | ____ ____   _____ |
| 17 | ____ ____   _____ |
| 18 | |
| 19 | _____   _____ |
| 20 | Date        Signature of Witness |
| 21 | |
| 22 | WITNESS MY HAND AND SEAL this _____ |
| 23 | day of _____, 2018. |
| 24 | |
| 25 | (DJC)        _____ |

STIREWALT & ASSOCIATES
1-800-553-1953  info@stirewalt.com