# EXHIBIT 5

**NUMERICAL HEAT TRANSFER**
*An International Journal of Computation and Methodology*

May 31, 2017

*Editor-in-Chief*
**Professor W.J. Minkowycz**
University of Illinois at Chicago
Mechanical Engineering (M/C 251)
842 West Taylor Street, 2049 ERF
Chicago, Illinois 60607-7022
Tel: (312) 996-3467
Fax: (312) 413-0447
E-mail: wjm@uic.edu

Dr. J.P. Abraham
University of St. Thomas
Laboratory for Heat Transfer and Fluid Flow Practice
School of Engineering
Mail OSS 101
2115 Summit Ave.
St. Paul, MN 55105-1079
jpabraham@stthomas.edu

Subj:   NHT17/7321 - "Comprehensive Review and Study of Buoyant Air Flow Within Positive-Pressure Hospital Operating rooms" by J.P. Abraham, B.D. Plourde, L.J. Vallez

Dear John:

Thank you for the above-referenced manuscript which you have submitted for possible publication in the **Numerical Heat Transfer** journal. I have reviewed the paper carefully and find it to be of good quality. Indeed, the quality standard of the paper merits its acceptance for publication without further review.

Based on this evaluation, I am pleased to advise you that I intend to accept your work for publication. However, before sending it to the publisher for editorial processing, I am requesting that you re-read the paper to make certain that all possible typographical errors have been eliminated. All figures and tables must be placed at the end of the manuscript. Also, please note that color illustrations cannot normally be hard copy printed in a journal, unless paid by the author. The charge will be determined by the publisher.

Please proofread and revise your paper accordingly, and then send me three complete sets of the revised work with figures. Also, fill out the enclosed Manuscript Acceptance Form. Shortly thereafter I'll advise you of my final decision.

In preparing your work for the final submission, please make certain that it has been written in accordance with the enclosed Final Check List, which is to be filled out (by placing a check mark in each circle) and signed to confirm adherence to the format requirements.

Thank you for your cooperation and interest in the **Numerical** journal.

Sincerely yours,

W.J. Minkowycz
Editor-in-Chief and
James P. Hartnett Professor of Mechanical Engineering

WJM:rms
enclosure

P.S.: An electronic submission of the revision material will be acceptable. I will then burn the disk.



TAYLOR & FRANCIS, INC.
MANUSCRIPT ACCEPTANCE FORM

Name of Journal: <u>NUMERICAL HEAT TRANSFER</u> — (A)

## Author *(Fill out and return)*

Corresponding author's name: _____

*Mandatory for Final Acceptance*

Please ensure that the following information is supplied for the corresponding author: *(PRINT)*

Disk and content details:
Disk enclosed:

☐ E-mail address: _____

☐ Yes

☐ Full postal address: _____
_____
_____

☐ Telephone: _____   ☐ Fax: _____

Checklist:

Media format:
☐ PC
☐ Mac
☐ Other _____

☐ Are the disk and the final revised version of the manuscript identical?
☐ Are all text pages supplied?
☐ Are the keywords supplied? *(if appropriate for journal)*
☐ Are all original figures supplied, especially photographs?
☐ Are all figure captions supplied?
☐ Are all tables supplied?
☐ Are all tables captions supplied?
☐ Are copyright permission letters enclosed for any artwork/tables previously published, including those published on the world-wide-web?

Electronic text format:
☐ WordPerfect
☐ MS Word
☐ TeX
☐ Other _____

*If any of the illustrations are to be printed in color please indicate this below:*

## Editor-in-Chief

Name: *Professor W.J. Minkowycz*

Editorial manuscript ref. no: **NHT17/7321**
*(please ensure this reference is also indicated on the manuscript)*

Manuscript date details:
Date ms. received: **5/4/17**
Date revised: _____
Date accepted: _____

Manuscript type:
*(please tick one box)*
☐ Book review
☐ Correspondence
☐ Discussion
☐ Erratum
☒ Full length article
☐ Review article
☐ Short communication
☐ Other _____

Section of journal in which manuscript is to appear:
*(If applicable)*

Editor's Notes *(please indicate any special instructions or requirements)*

Editor's signature _____   Date _____

# NUMERICAL HEAT TRANSFER

## An International Journal of Computation and Methodology

*Editor-in-Chief*
W. J. MINKOWYCZ

## FINAL CHECK LIST

To facilitate editorial processing of manuscripts, it is requested that authors prepare their final revised papers in accordance with the following guidelines. Please check an appropriate circle for proper format, sign your name below and return with the resubmitted manuscripts.

_____

Author's signature

*Order of presentation*

Manuscripts should in general be organized in the following order: ○ title, ○ name(s) of author(s) and his (their) affiliation(s) including zip code(s), ○ Abstract (not exceeding 100 words), ○ Nomenclature, ○ Introduction, ○ main body of paper, ○ Acknowledgements, ○ References, ○ Appendices, ○ Tables, ○ Figure Captions, and ○ figures.

*Preparation of text*

○ Manuscripts should be typed *1½ spaced on* one side of the page only and with adequate margins. ○ All pages should be numbered.

*Nomenclature*

○ The nomenclature list should be in alphabetical order with Greek symbols, also in alphabetical order and with a separate heading, following the alphabetical listing. ○ Subscripts and superscripts should follow Greek symbols and should be identified with a heading. ○ *1½ spaced* typing must be used throughout.

*Units*

○ All manuscripts submitted for publication must use SI Units throughout; however, English units may be included parenthetically.

*Equations*

○ All mathematical equations should be carefully typewritten and checked so that a compositor can follow the copy easily. In exceptional cases, *carefully* handwritten mathematical equations may be acceptable if approved by the editor. ○ Equation numbers should be Arabic numerals enclosed in parentheses on the right-hand margin.

*References*

○ References to cited literature should be identified in the text in square brackets and grouped at the end of the paper in numerical order of appearance. ○ *1½* spaced typing must be used throughout. ○ References should be styled and punctuated according to the following examples: journal article [1]; book [2]; thesis [3]; report [4]; proceedings [5]; and edited book [6].

1. I. Tanasawa, S. Nishio, and K. Suzuki, Heat Transfer Bibliography—Japanese Works, *Int. J. Heat Mass Transfer*, vol. 38, pp. 1533–1542, 1995.
2. A. Bejan, *Convection Heat Transfer*, 2nd ed., pp. 536–538, Wiley, New York, 1995.
3. D. Getachew, Non-Newtonian Convection in a Porous Matrix: Constitutive Equations and an Application, Ph.D. thesis, The University of Illinois, Chicago, Illinois, 1994.
4. J. E. Welch, F. H. Harlow, J. P. Shannon, and B. J. Daly, The MAC Method, Los Alamos Scientific Lab. Rept. LA-3425, Los Alamos, New Mexico, 1966.
5. J. P. Hartnett, Single Phase Channel Flow Forced Convection Heat Transfer, *Heat Transfer 1994: Proc. 10th Int. Heat Transfer Conf.*, Brighton, UK, vol. 1, pp. 247–258, Taylor & Francis, Washington, D.C., 1994.
6. D. W. Pepper and A. J. Baker, Finite Differences Versus Finite Elements, in W. J. Minkowycz, E. M. Sparrow, G. E. Schneider, and R. H. Pletcher (eds.), *Handbook of Numerical Heat Transfer*, chap. 13, Wiley, New York, 1988.

over→

Always give inclusive page numbers for references to journal articles and a page or chapter number for books. ○ Each reference must be cited in the text.

*Tables*
○ Tables should be numbered consecutively with Arabic numerals. ○ Each table should be typed doublespaced on a separate sheet of paper and be fully titled. ○ All tables should be referred to in the text.

*Figures*
*General.* Ideally, diagrams should be submitted in bromide form ready for printing at their finished size. This will speed up publication times and eliminate the possibility of errors. Redrawn diagrams are acceptable, and should be drawn and lettered in black ink on a good quality artboard, drafting film or tracing paper, for same size reproduction or alternatively for 50% reduction. Diagrams should be drawn to fit single column wherever possible, however, if legibility is at risk, then double column is acceptable. Landscape or foldout diagrams should be avoided.

*Drawing.* A guide to the drawn size and to finished line weights and letter sizes for a 50% reduced diagram, can be seen below:



Symbols can be drawn using a 'pump' or 'drop' compass, circle guides or Letraset symbol sheets. Many combinations of types of line can be drawn using Kent or Rapidograph pens with setsquares, French curves and the many drawing aids now available. Standard symbols are shown below:

○ ● □ ■ △ ▲ × + ◇ ◆

*Lettering.* All incidental lettering should be contained within the overall parameters of the diagram wherever possible, i.e. the key to a diagram should be drawn in a convenient section of the diagram, and not outside to the right or left.

*Computer-generated graphics.* It is essential that any computer graphs sent for publication should be produced on a good quality printer with sharp, dense lines and characters on plain paper. Many computer-generated documents supplied as camera-ready are, in fact, not up to standard.

*Photographs.* Halftone prints not integrated into the main body of text should be grouped together to form a page with a 2 mm gap between each subject. Ensure that an appropriate allowance is made for captions. Where photographs are grouped, then each separate figure should be numbered on the bottom left-hand corner of the photograph.

All lettering on photographs should be either Letraset or inked on in black or white depending on the background. Lettering should have a finished size of 10pt.

Photographs in text are treated in the same way, but should not be mounted together. Again, if legibility allows, they should be sized for single column.

○ Line drawings suitable for reproduction. ○ Photographs should be black-and-white glossy prints and as rich in contrast as possible. ○ All figures should have captions. ○ Figure captions should be typed doublespaced and supplied on a separate sheet. ○ Each original figure should be identified in the margin or on the back with the figure number and author's name.