# EXHIBIT 6

4232 29th Ave.                **John P. Abraham**              651-962-5766 (office)
Minneapolis, MN 55406        jpabraham@stthomas.edu          612-963-2169 (mobile)

## APPOINTMENTS

**Professor,** *University of St. Thomas, St Paul, MN*                    **2013-Present**
**Associate Professor,** *University of St. Thomas, St Paul, MN*          **2008-2013**
**Assistant Professor,** *University of St. Thomas, St Paul, MN*          **2002-2008**

## EDUCATION

*University of Minnesota - Twin Cities, Minneapolis, MN*
**Ph.D.,** Mechanical Engineering (Thermal Sciences)                      **2002**
**M.S.,** Mechanical Engineering, GPA 3.96/4.00                           **1999**
**B.S.,** Mechanical Engineering, GPA 4.00/4.00, **Minor**: Mathematics   **1997**

## TEACHING EXPERIENCE

**Adjunct Faculty,** *University of St. Thomas, St Paul, MN*              **2000-2002**
**Graduate Teaching Fellow,** *University of Minnesota, Minneapolis, MN*  **2001-2002**
**Teaching Assistant,** *University of Minnesota, Minneapolis, MN*        **1997-2001**
**Tutor,** *University of Minnesota, Minneapolis, MN*                     **1993-1997**

## CONSULTANTSHIPS

| | |
|---|---|
| *Cargill, MN* | **2016-2017** |
| *EKOS, MN* | **2016-2017** |
| *Precision Air, MN* | **2016** |
| *3M, MN* | **2015-2017** |
| *Flourescence, Inc., MN* | **2015** |
| *Smiths Medical, MN* | **2014-2015** |
| *WTS LLC, MN* | **2014-2015** |
| *Medivators, MN* | **2014-2015** |
| *Somnetics, MN* | **2014** |
| *Lake Region Medical, MN* | **2013-2014** |
| *Amphora Medical, MN* | **2013-2014** |
| *ALS Consulting, MN* | **2013-2016** |
| *Medtronic, Fridley, MN* | **2013-2016** |
| *Devicix, MN* | **2012-2013** |
| *CriticCare, MN* | **2012** |
| *HRST, Inc., MN* | **2012-2015** |
| *QIG Group, OH* | **2011-2013** |
| *Phraxis, MN* | **2011-2012** |
| *Cardiovascular Systems, Inc., Roseville, MN* | **2007-2015** |
| *Translational Biologic Infusion, AZ* | **2011-2013** |
| *Galil Medical, Roseville, MN* | **2011** |
| *Imation, Oakdale, MN* | **2010** |
| *Medtronic, Fridley, MN* | **2008-2011** |
| *R4 Engineering, India* | **2008-2009** |
| *Horizontal Winds,* | **2008-2009** |
| *Lockheed Martin, Eagan, MN* | **2007-2009** |
| *St. Jude Medical, Minnetonka, MN* | **2007-2009** |
| *Arizant Medical, Eden Prairie, MN* | **2006** |

**4232 29th Ave.**          **John P. Abraham**          651-962-5766 (office)
**Minneapolis, MN 55406**     jpabraham@stthomas.edu     612-963-2169 (mobile)

| | |
|---|---|
| *Johnson and Johnson, Newark, NJ* | **2004-2005** |
| *Cortron/XeteX, Fridley, MN* | **2005** |
| *Donaldson Co., Bloomington, MN* | **1999-2003** |
| *Augustine Medical, Eden Prairie, MN* | **2000-2003** |
| *Midmac Systems Inc., St Paul, MN* | **2002** |
| *Remmele Engineering Inc., St Paul, MN* | **2002-2005** |
| *Urologix, Minneapolis, MN* | **circa 2004** |
| Caterpillar, Minneapolis, MN | **circa 2000** |
| ADC telecom, Minneapolis, MN | **circa 2000** |
| *XeteX, Inc., Minneapolis, MN* | **1996-2000** |
| *Pneuseal, St. Paul, MN* | **1996-1998** |
| *Los Alamos National Laboratory, Los Alamos, NM* | **1994** |

## GRANTS (PI funding $1.477 million)

| | |
|---|---|
| **Pride Engineering** | **2017** |
| $3k to calculated a metal stamping machine | |
| **Orbital ATK** | **2017** |
| $30k to simulate fluid flow | |
| **Medtronic** | **2017** |
| $5k to research thermal tolerance of brain tissue | |
| $14k to calculate cranial temperature increases during transcranial recharge | |
| **3M** | **2017** |
| $14k to simulate airflow in ultra-clean operating rooms. | |
| **Zoll Engineering** | **2017** |
| $5.5k for design of flow through a ventilation medical device | |
| **Cargill** | **2016-2017** |
| $14k for analysis of food frier | |
| $15k for analysis of a food processing device | |
| **EKOS** | **2017** |
| $14k for analysis of flow distribution within stents | |
| $14k for analysis of flow distribution within stents | |
| $12k for analysis of flow distribution within stents | |
| **ALS Consulting** | **2016** |
| $15k for analysis of fluid flow in power plants | |
| **Precision Air** | **2016** |
| $1600 for simulation of airflow in operating rooms | |
| **Medtronic** | **2016** |
| $12k for simulation of tissue temperatures during transcutaneous recharge | |

4232 29th Ave.                    **John P. Abraham**                651-962-5766 (office)
Minneapolis, MN 55406          **jpabraham@stthomas.edu**          612-963-2169 (mobile)

**3M**                                                                        **2015**
  $12k to simulate airflow in ultra-clean operating rooms.

**Cardiovascular Systems, Inc.**                                              **2015-2016**
  $8,000 for the study of deformable arteries

**AF Energy**                                                                 **2015**
  $3000 wind turbine calculations

**Intellectual Ventures Laboratory**                                          **2015**
  $2000 wall condensation calculations

**Medivators**                                                                **2015**
  $4000 for flow and pressure calculations medical chamber.

**Floursecence, Inc.**                                                        **2015**
  $2,000 designing biological heater for cell environments

**Mador Technologies**                                                        **2015**
  $20,000 analyzing a liquid nitrogen water condensation device

**Koronis Biomedical Technologies**                                           **2015**
  $5,000 simulation of fluid flow

**Mador Technologies**                                                        **2014-2015**
  $8,000 analyzing a liquid nitrogen water condensation device

**National Resources Defense Council**                                        **2015**
  $10k for climate education work

**Medtronic**                                                                 **2014**
  $12kfor simulation of tissue temperatures during transcutaneous recharge

**Smiths Medical**                                                            **2014**
  $9.5k for design and optimization of medical warming blankets
  $10k for the design and improvement of medical fans
  $12kfor the design and analysis of human thermal analogs

**WTS LLC**                                                                   **2014-present**
  $275k for the design of solar pasteurization systems

**Medivators**                                                                **2014**
  $4000 for flow and pressure calculations medical chamber.
  $3000 for flow and pressure calculations medical chamber.

**Somnetics**                                                                 **2014**

4232 29th Ave.                    **John P. Abraham**                    651-962-5766 (office)
Minneapolis, MN 55406          jpabraham@stthomas.edu              612-963-2169 (mobile)

---

$6000 for flow and pressure calculations in CPAP devices.

**Lake Region Medical**                                                   **2013-2014**
        $4500 for simulations of a guidewire manufacturing oven

**Amphora Medical**                                                       **2013-2014**
        $55.5k for design of RF probes for ablation of bladder tissue

**ALS Consulting**                                                        **2013-2014**
        $17.5k for analysis of fluid flow in power plants

**Medtronic, Inc.**                                                       **2012-2013**
        $13k for analysis of subdermal heating associated with recharge of
        neuromodulation systems.

**Phraxis**                                                                     **2013**
        $2,250 for the analysis of blood flow through an AV shunt

**Translational Biologic Infusion Catheter**                             **2011-2013**
        $21.5k for the study of flow and pressure drop in a stem-cell delivery catheter

**Advanced Circulatory Systems, Inc.**                                         **2013**
        $4200 for fluid flow modeling of medical-device blowers

**HRST, Inc.**                                                            **2012-2015**
        $11,250 for analysis of flow patterns in manifolds

**Devicix**                                                                     **2012**
        $2000 for the analsysis of medical-fluid injection devices

**Helical**                                                               **2012-2013**
        $18,200 for the design and analysis of rooftop wind turbines

**QiG Group**                                                                   **2012**
        $7000 for study of thermoelectric technologies to power implants

**HRST, Inc.**                                                                  **2012**
        $4300 for analysis of perforated plates for flow uniformity

**Energy Foundation**                                                     **2012-2013**
        $30k developing climate-science communication strategies

**CriticCare**                                                                  **2012**
        $4,275 for numerical modeling of accelerated aging of medical devices.

**HRST, Inc.**                                                                  **2012**
        $5,540 for research study on mixing efficiency in heat recovery plants.

5

4232 29th Ave.                           **John P. Abraham**                    651-962-5766 (office)
Minneapolis, MN 55406            **jpabraham@stthomas.edu**            612-963-2169 (mobile)

**Windstrip, LLC**                                                                          **2009-2013**
$250k for development of vertical axis wind turbines to power cellular communiation equipment.

**QiG Group**                                                                                **2011-2012**
$20k for study of implant heating of biological tissue

**Phraxis**                                                                                   **2011-2012**
$8,000 for the analysis of blood flow through an AV shunt

**Energy Foundation**                                                                        **2011-2012**
$71k developing climate-science communication strategies

**Cardiovascular Systems, Inc.**                                                             **2011**
$23k for the study of paclitaxel distribution techniques.

**Galil Medical**                                                                            **2011**
$9,000 for the kidney tumor cryosurgical devices.

**Multiple groups**                                                                          **2010**
$13,000 for installation of solar panels in Uganda

**Imation**
$10k for the design of a polymeric extrusion die                                             **2010**

**Cypress Wind**                                                                             **2010**
$30.6k for the development of a vertical axis, small-footprint wind turbine.

**Cypress Wind**
$27k for the development ofa vertical axis, small-foorprint wind turbine.                     **2009**

**Cardiovascular Systems, Inc.**                                                             **2009**
$80k for the study of cavitation and bolus formation during orbital atherectomy procedures.

**Medtronic, Inc.**
$65k for analysis of subdermal heating associated with recharge of                           **2008-2011**
neuromodulation systems.

**University of St. Thomas Faculty Development Grant**                                        **2009**
$4,200 for the purchase of a high-performance computer for numerical simulations.

**CSUMS: A computational Traininig and Interdisciplinary Research Program**                   **2008-2013**
**for Undergraduates in the Mathematical Sciences at the University of St. Thomas**
Served as Senior Personnel on a $716,836 NSF award for the development of applied research projects for undergraduates in mathematics.

4232 29th Ave.                     **John P. Abraham**                     651-962-5766 (office)
Minneapolis, MN 55406            **jpabraham@stthomas.edu**               612-963-2169 (mobile)

---

**Lockheed Martin Innovative Program - Advanced Cooling Technology grant**          **2009**
$19.5k for the improvements to avionics heat pipe applications.

**Horizontal Winds**                                                           **2008-2009**
$11k for research on vertical-axis wind turbines

**R4 Engineering**                                                             **2008-2009**
$10k for analysis of building-support insulation systems

**Lockheed Martin Innovative Program - Advanced Cooling Technology grant**          **2007**
$53k for the development of advanced electronic-cooling methodologies.

**Principal Investigator – Supercomputing Institute**                           **2002-2012**
Served as PI for multi-year project dedicated to performing computational fluid dynamic
studies. This grant awarded computing resources at the Supercomputing Institute for
Digital Simulation and Advanced Computing.

**Principal Investigator – ASHRAE Project Grant Program**                          **2003**
Awarded a $5,000 grant funded by ASHRAE to investigate the efficacy of rotating-wheel
heat and moisture exchangers.

**Faculty Advisor – Bush Grant, Young Scholars Program**                           **2002**
Faculty advisor for a $3,000 grant for undergraduate research of air-jet heat transfer for
surgical applications.

**Faculty Advisor – Bush Grant, Young Scholars Program**                           **2002**
Faculty advisor for a $3,000 grant for undergraduate research to encourage American
Indian students to pursue careers in science and technology.

**A Multi-Function Heat Exchanger for Control of Temperature, Moisture,**
**and Air Quality**                                                            **1997-2000**
Project Engineer for $475K SBIR grants awarded by NSF, grant nos. 9660900
and 9801062

### HONORS/AWARDS/PROFESSIONAL ACTIVITIES

- National Center for Science Education Friend of the Planet Award (2016)
- University of St. Thomas Professor of the Year (2016)
- Will Steger Foundation Advisory Board
- Science Advisor, Citizens Engagement Lab, Climate Disaster Response Fund.
- USA Green Deal of the Year business excellence award (2013)
- IPCC AR5 Expert Reviewer (2011-2013)
- Composites Sustainability Award, American Composites Manufacturers Association
  Award for Composite Excellence, (2013)
- Nominated, George Mason University, Center for Climate Change Communication,
  Climate Change Communicator of the Year (2011)
- University of St. Thomas John Ireland Award (2009)

4232 29th Ave.                    **John P. Abraham**                    651-962-5766 (office)
Minneapolis, MN 55406              jpabraham@stthomas.edu              612-963-2169 (mobile)

- NSF Review Panel Member, Chemical, Bioengineering, Environmental and Transport Systems (2009)
- University of St. Thomas Distinguished Educator Award (2008)
- NSF Review Panel Member, Division of Civil, Mechanical, and Manufacturing Innovation (2008)
- Associate Fellow of the Supercomputing Institute for Digital Simulation and Advanced Computation (2005)
- University of St. Thomas Engineering Professor of the Year (2005)
- Graduate Teaching Fellowship (2001/2002)
- Institute of Technology Teaching Assistant of the Year, awarded by Institute of Technology Student Board, University of Minnesota (1999/2000)
- Institute of Technology Teaching Assistant of the Year, awarded by Institute of Technology Student Board, University of Minnesota (2000/2001)
- Institute of Technology Teaching Assistant of the Year, awarded by Institute of Technology Student Board, University of Minnesota (2001/2002)
- Mechanical Engineering Teaching Assistant of the Year, Mechanical Engineering Department, University of Minnesota (1998/1999)
- Minnesota Professional Engineers Foundation Orion Buan Memorial Scholarship (1996)
- Walter and Margaret Pierce Endowment Fund Scholarship (1996)
- National Space Grant Consortium Scholarship (1996)
- Frank Louk Scholarship (1996)
- Citizens' Scholarship (1992-1995)
- Alfred O. Neir Scholarship (1994)
- Dean's List (1993-1997)

## OTHER POSITIONS

**Climate Blogger – Guardian Newspaper**                                    **2013-present**

## PUBLICATIONS

**Editing Activities**

1. Editor, Advances in Heat Transfer, Vol. 49, Elsevier, 2017 (to appear).

2. Editor, Advances in Heat Transfer, Vol. 48, Elsevier, 2016.

3. Editor, Advances in Heat Transfer, Vol. 47, Elsevier, 2015.

4. Editor, Advances in Heat Transfer, Vol. 46, Elsevier, 2014.

5. Editor, Advances in Numerical Heat Transfer Vol. 5: Numerical Models of Heat Exchangers, Taylor and Francis, New York, 2017.

6. Editor, Small-Scale Wind Power – Design, Analysis, and Economic Impacts, Momentum Press, 2014.

7. Editor, Advances in Heat Transfer, Vol. 45, Elsevier, 2013.

4232 29th Ave.                    **John P. Abraham**                    651-962-5766 (office)
Minneapolis, MN 55406            jpabraham@stthomas.edu            612-963-2169 (mobile)

8.    Editor, Advances in Heat Transfer, Vol. 44, Elsevier, 2012.

9.    Editor, Advances in Numerical Heat Transfer Vol. 4: Nanoscale Heat Transfer and Fluid Flow, Taylor and Francis, New York, 2012.

10.   Guest Editor, Advances in Numerical Heat Transfer Vol. 3: Numerical Implementation of Biological Models and Equations, Taylor and Francis, New York, 2009.

11.   Guest Editor, Special Edition of the International Journal of Heat and Mass Transfer: Bioheat and Biofluid Flow, Elsevier, Vol. 51, 23-24, November, 2008.

12.   Assistant Editor, Handbook of Numerical Heat Transfer, 2nd Ed. Editors: Sparrow, Minkowycz, and Murthy, John-Wiley & Sons, Inc., New York, 2006.

**Editorial Board Member**
1.    Stem Cell Biology and Transplantation, 2015-present
2.    Associate Editor, National Center for Science Education, Climate Science, 2012-present
3.    International Journal of Mechanics and Energy, 2012-present
4.    Open Mechanical Engineering Journal, 2007-present
5.    Open Mechanical Engineering Reviews, 2007-present
6.    Open Mechanical Engineering Letters, 2007-present
7.    Open Medical Devices Journal, 2008-present
8.    Creative Engineering Journal, 2009-present
9.    ISRN Applied Mathematics, 2011-present
10.   International Journal of Sustainable Energy, 2012 - present
11.   International Journal of Materials, Methods, and Technologies, 2012- present

**Books**
1.    J.P. Abraham and B.D. Plourde, Small-Scale Wind Power – Design, Analysis, and Environmental Impacts, Momentum Press, 2014.

2.    J.P. Abraham, P.S. Ellis, M.C. MacCracken, and G.M. Woodwell, Climate controversy 2013. New York, NY: AuthorHouse, 2013.

3.    J.P. Abraham, E.M. Sparrow, W.J. Minkowycz, R.Ramazani-Rend, and J.C.K. Tong, All Fluid-Flow-Regimes Simulation Model for Internal Flows, Nova Science Publishers, Inc., Hauppauge, NY, 2011.

**Book Chapters**

1.    E.M. Sparrow, J.M. Gorman, J.P. Abraham, W.J. Minkowycz, Validation of Turbulence Models for Numerical Simulation of Fluid Flow and Convective Heat Transfer, in: *Advances in Heat Transfer*, Vol. 49, 397-421, 2017.

4232 29th Ave.                    **John P. Abraham**                    651-962-5766 (office)
Minneapolis, MN 55406              jpabraham@stthomas.edu                612-963-2169 (mobile)

2.    J.M. Gorman, E.M. Sparrow, J.P. Abraham, W.J. Minkowycz, Heat Exchangers and
      Their Fan/Blower Partners Modeled as a Single Interacting System by Numerical
      Simulation, in: *Advances in Numerical Heat Transfer Vol. 5,* Taylor and Francis,
      New York, 2017.

3.    J.P. Abraham, B.D. Plourde, L.J. Vallez, B.B. Nelson-Cheeseman, J.R. Stark, J.M.
      Gorman, E.M. Sparrow, Skin Burn, in: *Theory and Application of Heat Transfer in
      Humans*, edited by Devashish Shrivastava, Wiley, June 2018.

4.    M.W. Dewhirst, J.P. Abraham, B.L. Viglianti, Evolution of Thermal Dosimetry for
      Application of Hyperthermia Treatment to Cancer, in: *Advances in Heat Transfer*,
      Vol. 47, 397-421, 2015.

5.    B.D. Plourde, E.D. Taylor, P.O. Okaka, and J.P. Abraham, Financial and
      Implementation Considerations for Small-Scale Wind Power, in: *Small-Scale Wind
      Power – Design, Analysis*, *and Economic Impacts*, Momentum Press, 2014.

6.    B.D. Plourde, E.D. Taylor, W.J. Minkowycz, and J.P. Abraham, Introduction to
      Small-Scale Wind Power, in: *Small-Scale Wind Power – Design, Analysis, and
      Economic Impacts*, Momentum Press, 2014.

7.    J.P. Abraham, E.M. Sparrow, W.J. Minkowycz, R.Ramazani-Rend, and J.C.K. Tong,
      Modeling Internal Flows by an Extended Menter Transition Model, in: *Turbulence:
      Theory, Types, and Simulation*, Nova Publishers, New York, 2011.

8.    S. Ramadhyani, J.P. Abraham, and E.M. Sparrow, A Mathematical Model to Predict
      Tissue Temperatures and Necrosis During Microwave Thermal Ablation of the
      Prostate, in: *Advances in Numerical Heat Transfer Vol. 3: Numerical Implementation
      of Bioheat Models and Equations*, Taylor and Francis, New York, 2009.

9.    J.P. Abraham and E.M. Sparrow, Heat-Transfer and Temperature Results for a
      Moving Sheet Situated in a Moving Fluid, in: *Heat-Transfer Calculations, 2nd ed.,*
      editor, Myer Kutz, McGraw-Hill, 2005.

**Publications**

1.    M. T. Sattari, H. Feyzi, and J.P. Abraham, Comparing the Performance of Genetic
      and Differential Evolution Algorithms in Optimim Operation of Reservoir While
      Considering the Minimum Environmental Demade, *Stochastic Environmental
      Research and Risk Assessment (SERR)*, (submitted).

2.    M. T. Sattari, A. Farkhondeh, and J.P. Abraham, Estimation of sodium adsorption
      ratio indicator using data mining methods: a case study in Urmia Lake basin, Iran,
      *Environmental Science and Pollution Research* (in press).

3.    M.T. Sattari, R. Misabbasi, R. S. Sushab, and J.P. Abraham, Prediction of
      Groundwater Level in the Ardebil Plain Using Support Vector Regression and the M5
      Tree Model, *Groundwater Journal,* (accepted).

4232 29th Ave.                    **John P. Abraham**                    651-962-5766 (office)
Minneapolis, MN 55406            jpabraham@stthomas.edu                612-963-2169 (mobile)

4.   L. Cheng, K.E. Trenberth, J. T. Fasullo, J.P. Abraham, T.L. Boyer, K. von
     Schuckman, and J. Zhu, Taking the Pulse of the Planet, *EOS,* Vol. 98, doi:
     10.1029/2017EO081839.

5.   J.P. Abraham, B.D Plourde, L. J. Vallez, Comprehensive review and study of buoyant
     air flow within positive-pressure hospital operating rooms, *Numerical Heat Transfer
     A*, Vol. 72, pp. 1-20, 2018.

6.   M.R. Sattari, Dodangeh, and J.P. Abraham, Estimation of Daily Soil Temperature Via
     Data Mining Techniques in Semi-Arid Climate Conditions, *Earth Sciences Research
     Journal*, Vol. 21, pp. 85-93, 2017.

7.   M.R. Sattari, M. Pal, R. Mirabbasi, and J.P. Abraham, Ensemble of M5 Model Tree
     Based Modelling of Sodium Adsorption Ratio, *Journal of Articial Intelligence and
     Data Mining*, Vol. 6, pp. 69-78, 2018.

8.   J.P. Abraham, L. Cheng, M.E. Mann, Future Climate Projections Allow Engineering
     Planning, *Forensic Engineering*, Vol. 170, pp. 54-57, 2017.

9.   B.D. Plourde, L.J. Vallez, B. B. Nelson-Cheeseman, J.P. Abraham, Transcutaneous
     Recharge: A Comparison of Numerical Simulation to In Vivo Experiments
     *Neuromodulation*, Vol. 20, pp. 613-621, 2017.

10.  E.M. Sparrow, B.B Nelson-Cheeseman, W.J. Minkowycz, J.M. Gorman, and J.P.
     Abraham, Use of Multi-Lumen Catheters to Preserve Injected Stem Cell Viability and
     Injection Dispersion*, Cardiovascular Revascularization Medicine*, Vol. 18, pp. S49-
     S57, 2017.

11.  R. Daneshfaraz, A.R. Joudi, J.P. Abraham, Numerical Investigation on the Effect of
     Sudden Contraction on Flow Behavior in a 90-Degree Bend, *Korean Journal of Civil
     Engineering*, (in press), doi: 10.1007/s12205-017-1313-3.

12.  L.J. Vallez, B.D. Plourde, J.E. Wentz, B. B. Nelson-Cheeseman, J.P. Abraham, A
     Review of Scald Burn Injuries, *Internal Medicine Review*, Vol. 3, pp. 1-18, 2017.

13.  R. Daneshfaraz, H. Sadeghi, A. R. Joudi, J.P. Abraham, Experimental Investigation
     of Hydraulic Jump Characteristics in Contractions and Expansions, *Sigma Journal of
     Engineering and Natural Sciences*, Vol. 35, pp. 87-98, 2017.

14.  R. Daneshfaraz, A. R. Joudi, A. Ghaderi, J.P. Abraham, Comparisons of CFD
     Simulations with Physical Models of Dam Spillway Flow (Case Study: Azad Dam
     Spillway, Iran), *Journal of Dams and Reservoirs*, (accepted).

15.  G. Wang, L. Cheng, J.P. Abraham, C. Li, Consensuses and Discrepancies of basin-
     scale ocean heat content changes in different ocean analyses, *Climate Dynamics* (in
     press, available online, doi: 10.1007/s00382-017-3751-5).

4232 29th Ave.                    **John P. Abraham**              651-962-5766 (office)
Minneapolis, MN 55406          jpabraham@stthomas.edu          612-963-2169 (mobile)

16. L.J. Cheng, K.E. Trenberth, T.  Boyer, J. T. Fasullo, L. Zhu, J.P. Abraham, Improved Estimates of Ocean Heat Content from 1960-2015, *Science Advances*, Vol. 4, paper no. e1601545, 2017.

17. J.M. Gorman, E., M. Sparrow, J.P. Abraham, W.J. Minkowycz, Heat Transfer Design Methodology Treating a Heat Exchanger Device and its Fluid-Mover Partner as a Single System, *Heat Transfer Engineering*, Vol. 38, pp. 841-852, 2017.

18. R.T. Bourdon, B.B. Nelson-Cheeseman, and J.P. Abraham, Review on the Treatment and Avoidance of Scald Injuries, *World Journal of Dermatology*, Vol. 6, pp. 17-26, 2017.

19. B.D. Plourde, J.R. Stark, J. P. Abraham, A New Catheter Technology to Deliver Vascular Stem-Cells, *Global Journal of Stem Cell Biology and Transplantation*, Vol. 2, pp. 7-16, 2016.

20. J.R. Stark, S.R. Romero, J.M. Gorman, J.P. Abraham, E.M. Sparrow, Modulated-Power Implantable Neuromodulation Devices and Their Impact on Surrounding Tissue Temperatures, *Journal of Biomedical Science and Engineering*, Vol. 9, pp. 545-562, 2016.

21. L. Cheng, K.E. Trenberth, M.D. Palmer, J. Zhu, and J.P. Abraham, Observed and Simulated Full-Depth Ocean Heat Content Changes for 1970-2005, *Ocean Sciences*, Vol. 12, pp. 925-935, 2016.

22. J.M. Gorman, E.M. Sparrow, J.P. Abraham, W. J. Minkowycz, Evaluation of the Efficacy of Turbulence Models for Swirling Flows and Effect of Turbulence Intensity on Heat Transfer, *Numerical Heat Transfer B*, Vol. 70, pp. 485-502, 2016.

23. J.P. Abraham, B.B. Nelson Cheeseman, E. M. Sparrow, J.E. Wentz, J.M. Gorman, S. E. Wolf,  Comprehensive Method to Predict and Quantify Scald Burns from Beverage Spills, *Int. J. Hyperthermia*, Vol. 32, pp. 900-910, 2016.

24. B.D. Plourde, L.J. Vallez, B. Sun, B.B. Nelson-Cheeseman, J.P. Abraham, Alterations of Blood Flow Through Arteries Following Atherectomy and the Impact on Pressure Variation and Velocity, *Cardiovascular Engineering and Technology*, Vol. 7, pp. 280-289, 2016.

25. N.K. Langat, T. Thorusa, J.P. Abraham, J. Wanyoko, Performance of an Improved Fluidized System for Processing Green Tea, *World Academy of Science Engineering and Technology*, Vol. 10, 1045-1050, 2016.

26. L. Cheng, J. Abraham, G. Goni, T. Boyer, S. Wijffels, R. Cowley, V. Gouretski, F. Reseghetti, S. Kizu, S. Dong, F. Bringas, M. Goes, L. Houpert, J. Sprintall, and J. Zhu, XBT Science: Assessment of XBT Biases and Errors, *Bulletin of the American Meteorological Society*, June, pp. 924-933, 2016.

4232 29th Ave.                          **John P. Abraham**                 651-962-5766 (office)
Minneapolis, MN 55406              jpabraham@stthomas.edu          612-963-2169 (mobile)

27.    J.P. Abraham, R. Cowley, L. Cheng, Quantification of the Effect of Water Temperature on the Fall Rate of eXpendable BathyThermographs, *Journal of Atmospheric and Oceanic Technology*, Vol. 6, pp. 1271-1284, 2016.

28.    R.T. Bourdon, B.B. Nelson-Cheeseman, and J.P. Abraham, Prediction, Identification, and Initial Treatment Guidelines for Scald Injuries, *Austin Journal of Emergency and Critical Care Medicine, Special Issue on Burns*, Vol. 3, pp. 1043-1049, 2016.

29.    J.C.K. Tong, J.P. Abraham, J.M.Y. Tse, W.J. Minkowycz, and E.M. Sparrow, New Archive of Heat Transfer Coefficients from Square and Chamfered Cylinders in Crossflow, *International Journal of Thermal Sciences*, Vol. 105, pp. 218-223, 2016.

30.    L. Cheng, K.E. Trenberth, M.D. Palmer, J. Zhu, and J. P. Abraham, Observed and Modeled Ocean Heat Content Changes Since 1970, *Ocean Sciences,* Vol 12, pp. 925-936, 2016.

31.    R. Daneshfaraz, A. Ghahramanzadeh, A. Ghaderi, A. Rezazadeh Joudi, and J.P. Abraham, Investigation of the Effect of Edge Shape on Characteristics of Flow Under Vertical Gates, *Journal AWWA*, Vol. 8, pp. E425-432, 2016.

32.     J.P. Abraham, B.D. Plourde, L.J. Vallez, and B.B. Nelson-Cheeseman, Correcting a Prevalent Misunderstanding of Burns, *Burns*, Vol. 42, pp. 715-716, 2016.

33.    J. P. Abraham and B.D. Plourde, Validation of Numerically Simulated Tissue Temperatures During Transcutaneous Recharge of Neurostimulation Systems, *Journal of Neuromodulation*, Vol. 19, pp. 161-170. 2016.

34.    R. Daneshfaraz, A. Joudi, and J.P. Abraham, Numerical Investigation on the Effects of Sudden Contraction on Flow Behavior in a 90-Degree Bend, *J. Hydraulic Engineering,* (under review).

35.    L.J. Vallez, B.D. Plourde, and J.P. Abraham, A New Computational Thermal Model for the Whole Human Body: Applications to Patient Warming Blankets, *Numerical Heat Transfer A*, Vol. 69, pp. 227-241, 2016.

36.    J.P. Abraham, B.D. Plourde, B. Sun, L.J. Vallez, and C.S. Staniloae, The Effect of Plaque Removal on Pressure Drop and Flowrate Through a Stenotic Lesion*, Biology and Medicine,* Vol. 8, article no. 1000261, 2015.

37.    L.J. Vallez, B. Sun, B.D. Plourde, J.P. Abraham, and C.S. Staniloae, Numerical Analysis of Arterial Plaque Thickness and its Impact on Artery Wall Compliance, *J. Cardiovascular Medicine and Cardiology*, Vol. 2, pp. 26-34, 2015.

38.    D. Nguyen, J. M. Gorman, E.M. Sparrow, and J.P. Abraham, Convective Heat Transfer Enhancement Versus Disenhancement: Impact of Fluid-Mover Characteristics, *Applied Thermal Engineering,* Vol. 90, pp. 242-249, 2015.

4232 29th Ave.                    **John P. Abraham**                    651-962-5766 (office)
Minneapolis, MN 55406              jpabraham@stthomas.edu                 612-963-2169 (mobile)

39.   B. Sun, L.J. Vallez, D.B. Plourde, J. R. Stark, and J.P. Abraham, Influence of Supporting Tissue on the Deformation and Compliance of Healthy and Diseased Arteries, *Journal of Biomedical Science and Engineering*, Vol. 8, pp. 490-499, 2015.

40.   J.P. Abraham, B.D Plourde, L.J. Vallez, J.R. Stark, and K. R. Diller, Estimating the Time and Temperature Relationship for Causation of Deep-partial Thickness Skin Burns, *Burns*, Vol. 41, pp. 1741-1747, 2015.

41.   G. Foster and J.P. Abraham, Lack of Evidence for a Slowdown in Global Temperature, US Climate Variability and Predictability Program (CLIVAR) Summer 2015, Vol. 13, pp. 6-9, 2015.

42.   L. Cheng, J. Zhu, and J.P. Abraham, Global Upper Ocean Heat Content Estimation: Recent Progresses and the Remaining Challenges, *Atmospheric and Oceanic Science Letters*, Vol. 8, pp. 333-338, 2015.

43.   M. Richardson, Z. Hausfather, D.A. Nuccitelli, K.Rice, and J.P. Abraham, Misdiagnosis of Earth Climate Sensitivity Based on Energy Balance Model Regults, *Science Bulletin*, Vol. 60, pp. 1360-1377, 2015.

44.   B.D. Plourde and J.P. Abraham, Design and Development of a New Cell Infusion Catheter, *World Biomedical Frontiers*, ISSN:2328-0166, 2015.

45.   B.D. Plourde, J.P. Abraham, and W.J. Minkowycz, Continuous Flow Solar Thermal Pasteurization of Drinking Water: Methods, Devices, Microbiology, and Analysis, *Renewable Energy,* Vol. 81, pp. 795-803, 2015.

46.   J.M. Gorman, M. Carideo, E.M. Sparrow, and J.P. Abraham, Heat Transfer and Pressure Drop Comparison of Louver- and Plain-finned Heat Exchangers Where One Fluid Passes Through Flattened Tubes, *Case Studies in Thermal Engineering,* Vol. 5, pp. 122-126, 2015.

47.   J.C.K. Tong, J.P. Abraham, J.M.Y.Tse, and E.M. Sparrow, Impact of Chamfer Contours to Reduce Column Drag, *Engineering and Computational Mechanics*, Vol. 168, pp. 79-88, 2015.

48.   D. Egbe, T Mayah, E. Ebota, P. Egbe, J. Abraham, Performance Evaluation and Improvement on a Melon Seed Shelling Machine, *World Journal of Agricultural Sciences and Engineering*, Vol. 1, pp. 157-10, 2015.

49.   A. Lundardelli, J.E. Wentz, J.P. Abraham, and B.D. Plourde, Shielding Nozzle Design and Analysis for Atomization-Based Cutting Fluid Systems in Micromachining, *ASME Journal of Micro- and Nano-Manufacturing*, Vol. 3, paper no. 024501, 2015.

50.   N. Langat, T. Thoruwa, J. Wanyoko, J. Kiplagat, B.D Plourde, and J.P. Abraham, Models and Experiments for Energy Consumption and Quality of Green Tea Drying, *Energy Science and Engineering*, Vol. 3, 43-50, 2015.

51.   T. Scambos and J.P. Abraham, Antarctic Ice Sheet Mass Loss and Future Sea Level Rise, *Forensic Engineering, Proceedings of the Institute of Civil Engineers*, Vol. 168, pp. 81-84, 2015.

52.   J.P. Abraham, J.R. Stark, W.J. Minkowycz, Extreme weather: Observations of Precipitation Changes in the USA, *Forensic Engineering, Proceedings of the Institution of Civil Engineers*, Vol. 168, pp. 68-70, 2015.

53.   N. Dib, D.B. Schwalbach, B.D. Plourde, R.E. Kohler, D. Dana, and J.P. Abraham, Impact of Balloon Inflation Pressure on Cell Viability with Single and Multi Lumen Catheters, *Cardiovascular Translation Research*, Vol. 7, pp. 781-787, 2014.

54.   J.P. Abraham, J.T. Fasullo, and G. Laden, Continued Global Warming in the Midst of Natural Climate Fluctuations, *Reports of the National Center for Science Communication*, 34(6), 2014.

55.   N. Dib, J.P. Abraham, B.D. Plourde, D.B. Schwalbach, D. Dana, L. Myers, K. Hunkler, S.R. D'Silva, T.R. Flower, and R.E. Kohler, TCT-155 A Novel Multi Lumen Compliant Balloon Catheter (ND Infusion Catheter) Preserves Stem Cell Viability and Improves Dispersion When Compared to a Standard Single Lumen Balloon Angioplasty Catheter, *Journal American College of Cardiology*, Vol. 64, 11, 2014.

56.   J.P. Abraham, B.D. Plourde, and J.R. Stark, Cryosurgical Treatment of Cancer: The Importance of Modeling, *Journal of Cancer Science and Therapy,* Vol. 6, 2014 (abstract).

57.   J.P. Abraham, S. Kumar, B.R. Bickmore, and J.T.Fasullo, Issues Related to the Use of One-Dimensional Ocean Diffusion Models for Determining Climate Sensitivity, *Journal of Earth Science and Climate Change*, Vol. 5, paper 1000220, 2014.

58.   T. Shepard, J.P. Abraham, D.S. Schwalbach, S. Kane, D. Sigling, and T. Harrington, Velocity and Density Effect on Impact Force During Water Entry of Spheres, *Journal of Geophysics and Remote Sensing*, Vol. 3, paper no. 1000129, 2014.

59.   D.S. Schalbach, T. Shepard, S. Kane, D. Siglin, T. Harrington, and J.P. Abraham, Effect of Impact Velocity and Mass Ratio During Vertical Sphere Water Entry, *Developments and Applications of Oceanic Engineering*, Vol. 3, 55-62, 2014.

60.   J.P. Abraham, B.D. Plourde, J.R. Stark, and W.J. Minkowycz, Improvements to the Quality and Quantity of Ocean Heat Content Measurements, *Journal of Earth Science and Climate Change,* Vol. 5, pp. 100, 2014 (abstract).

4232 29th Ave.                    **John P. Abraham**                    651-962-5766 (office)
Minneapolis, MN 55406              jpabraham@stthomas.edu                612-963-2169 (mobile)

61.     J.P. Abraham, B.D. Plourde, and K.E. Trenberth, Closing Earth's Energy Balance, *Journal of Earth Science and Climate Change*, Vol. 5, pp. 69, 2014 (abstract).

62.     J.M. Gorman, E.M. Sparrow, and J.P. Abraham, Temperature Determination by Means of Optoacoustic Measurements, *Studies in Engineering and Technology*, Vol. 1, 15-20, 2014.

63.     J.M. Gorman, E.M. Sparrow, and J.P. Abraham, Slot Jet Impingement Heat Transfer in the Presence of Jet Axis Switching, *International Journal of Heat and Mass Transfer,* Vol. 78, 50-57, 2014.

64.     J.P. Abraham, A review of the HANDY Study, *Cosmopolis*, Vol. 2014-1, pp. 8-87, 2014.

65.     J.P. Abraham, Climate Change in the Midwest: Impacts, Risks, Vulnerabilities, and Adaptation. A Review of New Biological Books, *The Quarterly Review of Biology*, Vol. 89, pp. 171-172, 2014.

66.     B.D. Plourde, D.B. Schwalbach, J.P. Abraham, and R.E. Kohler, Intracoronary Injection of Medication from Multi-lumen Injection Catheters, *Journal of Medical Devices,* Vol. 8, paper number 020901, 2014.

67.     J.P. Abraham, J. Cook, J. T. Fasullo, P. H. Jacobs, S. A. Mandia, and D. A Nuccitelli, Review of the Consensus and Asymmetric Quality of Research on Human-Induced Climate Change, *Cosmopolis*, Vol. 2014-1, pp. 3-18, 2014.

68.     B.L. Viglianti, M.W. Dewhirst, J.M. Gorman, and J.P. Abraham, E.M. Sparrow, Rationalization of Thermal Injury Quantification Methods: Application to Skin Burns, *Burns*, Vol. 40, pp. 896-902, 2014.

69.     N.M. Naughton, B.D. Plourde, J.R. Stark, S. Hodis, and J. P. Abraham, Impacts of Waveforms on the Fluid Flow, Wall Shear Stress, and Flow Distribution in Cerebral Aneurysms and the Development of a Universal Reduced Pressure, *J. Biomedical Science and Engineering*, Vol. 7, 7-14, 2014.

70.     J.M. Gorman, J.P. Abraham, D. B. Schwalbach, T. S. Shepard, J.R. Stark, and F. Reseghetti, Experimental Verification of Drag Forces on Spherical Objects Entering Water, *Journal of Marine Biology and Oceanography*, Vol. 3, paper no. 1000126, 2014.

71.     S. Beacher, E.M. Sparrow, J.M. Gorman, and J.P. Abraham, Theory and Numerical Simulation in Thermochemical Ablation, *Numerical Heat Transfer Part A*, Vol. 66, pp. 131-143, 2014.

72.     J.P. Abraham, J.M. Gorman, F. Reseghetti, E.M. Sparrow, J.R. Stark, and T.G. Shepard, Modeling and Numerical Simulation of the Forces Action on a Sphere During Early-Water Entry, *Ocean Engineering,* Vol. 76, 1-9, 2014.

4232 29th Ave.                    **John P. Abraham**                    651-962-5766 (office)
Minneapolis, MN 55406           jpabraham@stthomas.edu                 612-963-2169 (mobile)

73.  J.M. Gorman, J.P. Abraham, and E.M. Sparrow, A Novel, Comprehensive Numerical Simulation for Predicting Temperatures Within Boreholes and the Adjoining Rock Bed, *Geothermics*, Vol. 50, pp. 213-219, 2014.

74.  D.B. Schwalbach, B.D. Plourde, J.P. Abraham, and R.E. Kohler, Drug Dispersion for Single- and Multi-Lumen Catheters, *Journal of Biomedical Science and Engineering*, Vol. 6, pp. 1021-1028, 2013.

75.  N. Dib, R.E. Kohler, J.P. Abraham, B.D. Plourde, D.B. Schwalbach, D. Dana, B.J. Baird, T.R. Flower, L. Myers, and K. Hunkler, TCT-811 Stem Cell Viabilitiy Significantly Reduced After Passing Through a Standard Single Lumen Over-the-Wire 0.014 Balloon Angioplasty Cather, *Journal of the American College of Cardiology*, Vol. 62, B246, 2013.

76.  D.A. Nuccitelli, J.P. Abraham, R.E. Benestad, and S.A. Mandia, Comment on: Akasofu, S.-I. On The Present Halting of Global Warming, *Climate*, Vol. 1, pp. 76-83, 2013.

77.  J.M. Gorman, E. M. Sparrow, and J.P. Abraham, Differences Between Measured Pipe Wall Surface Temperatures and Internal Fluid Temperatures, *Case Studies in Thermal Engineering,* Vol. 1, 13-16, 2013.

78.  J.R. Stark, J.M. Gorman, E.M. Sparrow, J.P. Abraham, and R.E. Kohler, Controlling the Rate of Penetration of a Therapeutic Drug Into the Wall of an Artery by Means of a Pressurized Balloon, *Journal of Biomedical Science and Engineering*, Vol. 6, pp. 527-532, 2013.

79.  J.P. Abraham, M. Baringer, N.L. Bindoff, T. Boyer, L.J. Cheng, J.A. Church, J.L. Conroy, C.M. Domingues, J.T. Fasullo, J. Gilson,  G. Goni, S.A. Good, J. M. Gorman, V. Gouretski, M. Ishii, G.C. Johnson, S. Kizu,  J.M. Lyman, A. M. Macdonald, W.J. Minkowycz, S.E. Moffitt, M.D. Palmer, A.R. Piola, F. Reseghetti, K. Schuckmann,K.E. Trenberth, I. Velicogna, and J.K. Willis, A Review of Global Ocean Temperature Observations: Implications for Ocean Heat Content Estimates and Climate Change, *Reviews of Geophysics*, Vol. 51, pp 450-483, 2013.

80.  J.P. Abraham, J.R. Stark, J.M. Gorman, E.M. Sparrow, and R.E. Kohler, A Model of Drug Deposition Within Artery Walls, *J. Medical Devices*, Vol. 7, paper no. 020902, 2013.

81.  E.M. Sparrow, N.T. Littlejohn, J.M. Gorman, and J.P. Abraham, Mass Transfer and Particle Separation by Swirl-Chamber and Swirl-Tube Devices, *Numerical Heat Transfer A,* Vol. 64, 611-620, 2013.

82.  E.M. Sparrow, J. M. Gorman, and J.P. Abraham, Quantitative Assessment of the Overall Heat Transfer Coefficient U, *Journal of Heat Transfer*, Vol. 135, paper no. 061102, 2013.

4232 29th Ave.                     **John P. Abraham**                     651-962-5766 (office)
Minneapolis, MN 55406            jpabraham@stthomas.edu                612-963-2169 (mobile)

83.   J.P. Abraham, E.M. Sparrow, J.M. Gorman, J.R. Stark, and R. E. Kohler, A Mass Transfer Model of Temporal Drug Deposition in Artery Walls, *International Journal of Heat and Mass Transfer*, Vol. 58, pp. 632-638, 2013.

84.   R.R. Rend, E. M. Sparrow, D. W. Bettenhausen, and J. P. Abraham, Parasitic Pressure Losses in Diffusers and in Their Downstream Piping Systems for Fluid Flow and Heat Transfer, *International Journal of Heat and Mass Transfer*, Vol. 61, pp. 56-61, 2013.

85.   E.M. Sparrow, J.M. Gorman, K.S. Friend, and J.P. Abraham, Flow Regime Determination for Finned Heat Exchanger Surfaces with Dimples/Protrusions, *Numerical Heat Transfer*, Vol. 63, pp. 245-256, 2012.

86.   B.D. Plourde, J.P. Abraham, G.S. Mowry, and W.J. Minkowycz, Simulations of Three-Dimensional Vertical-Axis Turbines for Communications Applications, *Wind Engineering*, Vol. 36, pp. 443-454, 2012.

87.   J.P. Abraham, B.D. Plourde, G.S. Mowry, and W.J. Minkowycz, Summary of Savonius Wind Turbine Development and Future Applications for Small-Scale Power Generation, *Journal of Renewable and Sustainable Energy*, Vol. 4, paper no. 042703, 2012.

88.   J.M. Gorman, EM. Sparrow, J.P. Abraham, and G.S. Mowry, Operating Characteristics and Fabrication of a Uniquely Compact Helical Heat Exchanger, *Applied Thermal Engineering*, Vol. 5, pp. 1070-1075, 2012.

89.   E.M. Sparrow, J.M. Gorman, A. Trawick, and J.P. Abraham, Novel Techniques for Measurements of Thermal Conductivity of Both Highly and Lowly Conducting Media, *International Journal of Heat and Mass Transfer*, Vol. 55, pp. 4037-4042, 2012.

90.   J.P. Abraham, J.M. Gorman, F. Reseghetti, E.M. Sparrow, and W.J. Minkowycz, Drag Coefficients for Rotating Expendable Bathythermographs and the Impact of Launch Parameters on Depth Predictions, *Numerical Heat Transfer A*, Vol. 62, pp. 25-43, 2012.

91.   M. Nelson and J.P. Abraham, Hemodynamics of AV Grafts for Hemodialysis Access, *Journal of Medical Devices,* Vol. 6, article no. 017553, 2012.

92.   J.P. Abraham and J. Jeske, Cryosurgical Simulations for Ablation of Kidney Tumors, *Journal of Medical Devices,* Vol. 6, article no 017504, 2012.

93.   J.P. Abraham, J.M. Gorman, F. Reseghetti, W.J. Minkowycz, and E. M. Sparrow, Turbulent and Transitional Modeling of Drag on Oceanographic Measurement Devices, *Computational Fluid Dynamics and its Applications* 2012, article ID 567864, doi:10.1155/2012/567864.

4232 29th Ave.                    **John P. Abraham**                    651-962-5766 (office)
Minneapolis, MN 55406          jpabraham@stthomas.edu                612-963-2169 (mobile)

94.    J.P. Abraham, J.M.Gorman, F. Reseghetti, K.E. Trenberth, and W.J. Minkowycz, A New Method of Calculating Ocean Temperatures Using Expendable Bathythermographs, *Energy and Environment Research*, Vol. 1, pp. 2-11, 2011.

95.    J.R. Stark, J.M. Gorman, M.P. Hennessey, F. Reseghetti, J. Willis, J. Lyman, J.P. Abraham, and M. Borghini, A Computational Method for Determining XBT Depths, *Ocean Sciences*, Vol. 7, pp. 733-743, 2011.

96.    B.D. Plourde, J. P. Abraham, G.S. Mowry, and W.J. Minkowycz, Use of Small-Scale Wind Energy to Power Cellular Communication Equipment, *Sensors and Transducers*, Vol. 13, pp. 53-61, 2011.

97.    J.P. Gorman, E.M. Sparrow, G.S. Mowry, and J.P. Abraham, Simulation of Helically Wrapped, Compact Heat Exchangers, *Journal of Renewable and Sustainable Energy*, Vol. 3, article no. 043120, 2011.

98.    R.D. Lovik, J.P. Abraham, and E.M. Sparrow, Surrogate Human Tissue Temperatures Resulting from Misalignment of Antenna and Implant During Recharging of a Neuromodulation Device, *Journal of Neuromodulation*, Vol. 14, pp. 501-511, 2011.

99.    K.E. Trenberth, J.T Fasullo, and J.P. Abraham, Issues in Establishing Climate Senstivity in Recent Studies, *Remote Sensing*, Vol. 3, pp. 2051-2055, 2011.

100.   R.D. Lovik, E. M. Sparrow, J. P. Abraham, C. Zelmer, S. Oh, K. Friend, and D. K. Smith, Effect of Component Misalignment on Human Tissue Temperatures Associated with Recharged Nueromodulation Devices, *Journal of Medical Devices*, Vol. 5, 0207516, 2011.

101.   T. Gebreegziabher, E.M. Sparrow, J.P. Abraham, E. Ayorinde, and T. Singh, High-Frequency Pulsatile Pipe Flows Encompassing All Flow Regimes, *Numerical Heat Transfer A*, Vol. 60, pp. 811-826, 2011.

102.   J.P. Abraham, M.P. Hennessey, and W.J. Minkowycz A Simple Algebraic Model to Predict Burn Depth and Injury, *International Communications in Heat and Mass Transfer*, Vol. 38, pp. 1169-1171, 2011.

103.   J.P. Abraham, B.D. Plourde, G.S. Mowry, E. M. Sparrow, and W.J. Minkowycz, Numerical Simulation of Fluid Flow Around a Vertical-Axis Turbine, *Journal of Renewable and Sustainable Energy*, Vol. 3, article no. 033109, 2011 (doi:10.1063/1.3588037).

104.   B.M.Osende, J. P. Abraham, and G. S. Mowry, Small-Scale Use of Solar Power in Remote, Developing Regions: A Case Study, *Journal of Sustainable Development*, Vol. 4, pp. 3-9, 2011.

105.    B.D. Plourde, J. P. Abraham, G. S. Mowry, and W. J. Minkowycz, An Experimental Investigation of a Large, Vertical-Axis Wind Turbine: Effects of Venting and Capping, *Wind Engineering,* Vol. 35, pp. 213-220, 2011.

106.    N.N. Johnson, J.P. Abraham, Z.I. Helgeson, W.J. Minkowycz, and E. M. Sparrow, An Archive of Skin-Layer Thicknesses and Properties and Calculations of Scald Burns with Comparisons to Experimental Observations, *Journal of Thermal Science and Engineering Applications*, Vol. 3, paper no. 011003, 2011.

107.    Z. Helgeson, J. Jenkins, J. Abraham, and E. Sparrow, Particle Trajectories and Agglomeration/Accumulation in Branching Arteries Subjected to Orbital Atherectomy, *Open Biomedical Engineering Journal*, Vol. 5, pp. 25-38, 2011.

108.    R. Ramazani-Red, S. Chelikani, E. M. Sparrow, and J. P. Abraham, Experimental and Numerical Investigation of Orbital Atherectomy: Absence of Cavitation, *Journal of Biomedical Science and Engineering*, Vol. 3, pp. 1108-1116, 2010.

109.    L. Steck, E.M. Sparrow, and J.P. Abraham, Non-Invasive Measurement of the Human Core Temperature, *International Journal of Heat and Mass Transfer*, Vol. 54, pp. 949-982, 2011.

110.    N. N. Johnson, J. P. Abraham, Z, I. Helgeson and M.P. Hennessey, Simulation of Embolization Particle Trajectories, *Frontiers in Heat Transfer*, Vol. 2, paper no. 023006, 2011.

111.    G. Adams, P. Khanna, C. Staniloae, J.P. Abraham, and E.M. Sparrow, Optimal Techniques with the Diamondback 360 System Achieve Effective Results for the Treatment of Peripheral Arterial Disease, *Journal of Cardiovascular Translation Research*, Vol. 4, 220-229, 2011.

112.    J.P. Abraham, E. M. Sparrow, and W. J. Minkowycz, Internal-Flow Nusselt Numbers for the Low-Reynolds-Number End of the Laminar-to-Turbulent Transition Regime, *International Journal of Heat and Mass Transfer*, Vol. 54, 584-588, 2011.

113.    S. Chelikani, E.M. Sparrow, J.P. Abraham, and W.M. Minkowycz, Mass Transfer in Vascular Access Ports*, International Journal of Heat and Mass Transfer*, Vol. 54, pp. 949-958, 2011.

114.    A.P. Thomas and J.P. Abraham, Sawtooth Vortex Generators for Underwater Propulsion, *Open Mechanical Engineering*, Vol. 4, pp. 1-7, 2010.

115.    D. K. Smith, R.D. Lovik E. M. Sparrow, and J. P. Abraham, Human Tissue Temperatures Achieved During Recharging of New-Generation Neuromodulation Devices, *International Journal of Heat and Mass Transfer,* Vol. 53, 3292-3299, 2010.

4232 29th Ave.                    **John P. Abraham**                    651-962-5766 (office)
Minneapolis, MN 55406          jpabraham@stthomas.edu          612-963-2169 (mobile)

116.   J. P. Abraham, E. M. Sparrow, J. C. K. Tong, and D. W. Bettenhausen, Internal Flows which Transit from Turbulent Through Intermittent to Laminar, *International Journal of Thermal Sciences*, Vol. 49, 256-263, 2010.

117.   E.M. Sparrow, J.P. Abraham, Y. Bayazit, R.D. Lovik, and D.K. Smith, Numerical and Experimental Simulations as Symbiotic Tools for Solving Complex Biothermal Problems, *Journal of Medical Devices*, Vol. 4, 027536, 2010.

118.   R.D. Lovik, J.P. Abraham, W.J. Minkowycz, and E.M. Sparrow, Laminarization and Turbulentization in a Pulsatile Pipe Flow, *Numerical Heat Transfer Part A*, Vol. 56, 861-879, 2009.

119.   R.D. Lovik, J.P. Abraham, and E.M. Sparrow, Tissue-Damage Potential from Transcutaneous Recharge of Neuromodulation Implants, *International Journal of Heat and Mass Transfer*, Vol. 52, pp. 3518-3524, 2009.

120.   E.M. Sparrow, J.P. Abraham, and W.J. Minkowycz, Flow Separation in a Diverging Conical Duct: Effect of Reynolds Number and Divergence Angle, *International Journal of Heat and Mass Transfer,* Vol. 52, pp. 3079-3083, 2009.

121.   F.A. Hoover and J.P. Abraham, A Comparison of Corn-Based Ethanol with Cellulosic Ethanol as Replacements for Petroleum-Based Fuels, A Review, *International Journal of Sustainable Energy*, Vol. 28, pp. 171-182, 2009.

122.   G.S. Mowry, R. Erickson, and J.P. Abraham, Computational Model of a Novel, Two-Cup Horizontal Wind-Turbine System, *Open Mechanical Engineering Journal*, Vol. 3, pp. 26-34, 2009.

123.   J.C.K. Tong, E.M. Sparrow, and J. P. Abraham, Geometric Strategies for Attainment of the Identical Outflows Through all of the Exit Ports of a Distribution Manifold in a Manifold System, *Applied Thermal Engineering*, Vol. 29, 3552-3560, 2009.

124.   W.J. Minkowycz, J.P. Abraham, and E.M. Sparrow, Numerical Simulation of Laminar Breakdown and Subsequent Intermittent and Turbulent Flow in Parallel Plate Channels:  Effects of Inlet Velocity Profile and Turbulence Intensity, *International Journal of Heat and Mass Transfer*, 52, pp. 4040-4046, 2009.

125.   J.C. Tong, E.M. Sparrow, and J.P. Abraham, Unified Treatment of Natural Convection in Tall, Narrow, and Flat, Wide Rectangular Channels, *Numerical Heat Transfer A*, Vol. 54, pp. 763-776, 2008.

126.   J.P. Abraham, E.M. Sparrow, and J.C.K. Tong, Heat Transfer in All Pipe Flow Regimes - Laminar, Transitional/Intermittent, and Turbulent, *International Journal of Heat and Mass Transfer,* Vol. 52, pp. 557-563, 2009.

127.   J.P. Abraham, J.C.K. Tong, and E.M. Sparrow, Breakdown of Laminar Pipe Flow into Transitional Intermittency and Subsequent Attainment of Fully Developed

4232 29th Ave.                                        **John P. Abraham**                        651-962-5766 (office)
Minneapolis, MN 55406                    jpabraham@stthomas.edu                    612-963-2169 (mobile)

Intermittent or Turbulent Flow, *Numerical Heat Transfer B*, Vol. 54, pp. 103-115, 2008.

128.    J.P. Abraham , E.M. Sparrow, and R.D. Lovik, Unsteady, Three-Dimensional Fluid Mechanic Analysis of Blood Flow in Plaque-Narrowed and Plaque-Free Arteries, *International Journal of Heat and Mass Transfer*, Vol. 51, 5633-5641, 2008.

129.    J.P. Abraham and A.P. Thomas, Induced Co-Flow and Laminar-to-Turbulent Transition with Synthetic Jets, *Computers and Fluids*, Vol. 38, pp. 1011-1017, 2009.

130.    E.M. Sparrow, J.C.K. Tong, and J.P. Abraham, Fluid Flow in a System with Separate Laminar and Turbulent Zones, *Numerical Heat Transfer A*, Vol. 53 (4), pp. 341-353, 2008.

131.    J.P. Abraham and C.M. George, Full-Building Radiation Shielding for Climate Control in Desert Regions, *International Journal of Sustainable Energy*, Vol. 26 (3) pp. 167-177, 2007.

132.    J.P. Abraham and E.M. Sparrow, A Thermal Ablation Model Including Liquid-to-Vapor Phase Change, Necrosis-Dependent Perfusion, and Moisture-Dependent Properties, *International Journal Heat and Mass Transfer*, Vol. 50, pp. 2537-2544, 2007.

133.    J.C.K. Tong, E.M. Sparrow, and J.P. Abraham, Attainment of Flowrate Uniformity in the Channels that Link a Distribution Manifold to a Collection Manifold*, Journal of Fluids Engineering*, Vol. 129 (9), pp. 1186-1192, 2007.

134.    E.M. Sparrow and J.P. Abraham, A Simulation of Gas-Based, Endometrial-Ablation Therapy for the Treatment of Menorrhagia, *Annals of Biomedical Engineering,* Vol. 36 (1), pp. 171-183, 2008

135.    J.P. Abraham, E.M. Sparrow, and S. Ramadhyani, Numerical Simulation of a BPH Thermal Therapy – A Case Study Involving TUMT, *Journal of Biomechanical Engineering*, Vol. 129, pp. 548-557, 2007.

136.    J.C.K. Tong, E.M. Sparrow, and J.P. Abraham, A Quasi-Analytical Method for Fluid Flow in a Multi-Inlet Collection Manifold, *Journal of Fluids Engineering*, Vol. 129, pp. 579-586, 2007.

137.    J.C.K. Tong, E.M. Sparrow, and J.P. Abraham, Numerical Simulation of the Urine Flow in a Stented Ureter, *Journal of Biomechanical Engineering*, Vol. 129, pp. 187-192, 2007.

138.    J.P. Abraham, A Guide to Curing Processes, *Journal of Precision Manufacturing*, 6, pp. 16-17, 2006.

22

4232 29th Ave.                    **John P. Abraham**                    651-962-5766 (office)
Minneapolis, MN 55406        jpabraham@stthomas.edu        612-963-2169 (mobile)

139.    J.P. Abraham and C.M. George, Micro-Geothermal Devices for Low-Energy Air-Conditioning in Desert Climates, *GHC Bull.*, Vol. 27, (4), pp. 13-16, 2006.

140.    P.W. Chevalier, J.P. Abraham, and E.M. Sparrow, The Design of Cold Plates for the Thermal Management of Electronic Equipment, *Journal of Heat Transfer Engineering*, Vol. 27, pp. 6-16, 2006.

141.    E. M. Sparrow and J. P. Abraham, Universal Solutions for the Streamwise Variation of the Temperature of a Moving Sheet in the Presence of a Moving Fluid, *International Journal of Heat and Mass Transfer*, Vol. 48, pp. 3047-3056, 2005.

142.    E.M. Sparrow, J.P. Abraham, P.W. Chevalier , A DOS-Enhanced Numerical Simulation of Heat Transfer and Fluid Flow Through an Array of Offset Fins with Conjugate Heating in the Bounding Solid,  *Journal of Heat Transfer*, Vol. 127, pp. 27-33, 2005.

143.    J. P. Abraham and E. M. Sparrow, Friction Drag Resulting From the Simultaneous Imposed Motion of a Freestream and its Bounding Surface, *International Journal of Heat and Fluid Flow*, Vol. 26, pp. 289-295, 2005.

144.    S.K. S. Boetcher, E.M. Sparrow, and J.P. Abraham, Numerical Simulation of the Radiative Heating of a Moving Sheet, *Numerical Heat Transfer*, Vol. 47, pp. 1-25, 2005.

145.    E.M. Sparrow, J.P. Abraham, and J.C. K. Tong, Archival Correlations for Average Heat Transfer Coefficients for Non-Circular or Circular Cylinders and for Spheres in Crossflow, *International Journal of Heat and Mass Transfer*, Vol. 47 (24), pp. 5285-5296, 2004.

146.    J.P. Abraham and E.M. Sparrow, A Simple Model and Validating Experiments for Predicting the Heat Transfer to a Load Situated in an Electrically Heated Oven, *Journal of Food Engineering*, Vol. 62 (4) pp. 409-415, 2004.

147.    J.P. Abraham, Teaching Case Studies to a Multi-Disciplinary Class - Bridging the Gap Between Engineering and the Biological Sciences, *Journal of College Science Teaching*, Vol. 33 (5), March/April 2004.

148.    E.M. Sparrow and J.P. Abraham, A Computational Analysis of the Radiative and Convective Processes Which Take Place in Preheated and Non-Preheated Ovens, *Journal of Heat Transfer Engineering*, Vol. 24 , No. 5, pp. 25-37, 2003.

149.    J.P. Abraham and E.M. Sparrow, Three Dimensional Laminar and Turbulent Natural Convection in a Continuously/Discretely Wall-Heated Enclosure Containing a Thermal Load, *Numerical Heat Transfer, A,* Vol. 44, pp. 105-125, 2003.

4232 29th Ave.                     **John P. Abraham**                    651-962-5766 (office)
Minneapolis, MN 55406          jpabraham@stthomas.edu             612-963-2169 (mobile)

150.   E. M. Sparrow and J. P. Abraham, A New Buoyancy Model Replacing the Standard
        Pseudo-Density Difference for Internal Natural Convection in Gases, *International
        Journal of Heat and Mass Transfer*, Vol. 46, pp. 3583-3591, 2003.

151.   J.P. Abraham and E.M. Sparrow, Experiments on discretely heated, vented/unvented
        enclosures for various radiation surface characteristics of the thermal load, enclosure
        temperature sensor, and enclosure walls, *International Journal of Heat and Mass
        Transfer*, Vol. 45, pp. 2255-2263, May, 2002.

152.   J.P. Abraham and E.M. Sparrow, Fluid Flow and Heat Transfer in Multiply-Folded,
        Continuous Flow Passages Including Conjugate Thermal Interaction Between the
        Fluid and Bounding Walls  *Numerical Heat Transfer, A*, Vol. 42, pp. 327-344, 2002.

153.   E.M. Sparrow, J.P. Abraham, and Molly K. Rolfsmeier, Fabric Ducts for Air
        Distribution and for Décor, *Fabric Architecture*, March/April 2002.

154.   E.M. Sparrow and .P. Abraham, Heat Transfer Coefficients and Other Performance
        Parameters for Variously Positioned and Supported Thermal Loads in Ovens
        With/Without Water-Filled or Empty Blockages, *International Journal of Heat and
        Mass Transfer*, Vol. 45, pp. 3597-3607, July 2002.

155.   E.M. Sparrow, J.C.K. Tong, and J.P. Abraham, An Experimental Investigation on a
        Mass Exchanger for Transferring Water Vapor and Inhibiting the Transfer of Other
        Gases, *International Journal of Heat and Mass Transfer*, Vol. 44, pp. 4313-4321,
        November, 2001.

156.   E.M. Sparrow, G.L. Martin, J.P. Abraham, and J.C.K. Tong, Air-to-Air Energy
        Exchanger Test Facility for Mass and Energy Transfer Performance, *Transactions of
        the ASHRAE*, Vol. 107, (2) 2001.

**Conference Presentations and Public Lectures**

1.     J.P. Abraham, P. Jacobs, L. Cheng, K.E. Trenberth, Are recent hurricane (Harvey,
        Irma, and Maria) disasters Natural? *AGU Fall 2017 Meeting*, New Orleans,
        December 11-15, 2017.

2.     J.P. Abraham and B.D. Plourde, Using ANSYS for Multiphysics Design of a Water
        Treatment System, *ANSYS Innovation Conference 2017*, Minneapolis, MN,
        November 8, 2017.

3.     J.P. Abraham, L.J. Cheng, K.E. Trenberth, Improved Estimates of Ocean Heat
        Content from 19602015, *NOAA Presentation*, Washington DC, June 22, 2017.

4.     J.P. Abraham, Use of Computational Fluid Dynamics to Improve Oceanographic
        Measurements, *NOAA Presentation*, Washington DC, January 12, 2017.

24

**4232 29th Ave.**                                    **John P. Abraham**                       651-962-5766 (office)
**Minneapolis, MN 55406**                    jpabraham@stthomas.edu                612-963-2169 (mobile)

5.   L. Cheng, J. Zhu, K. Trenberth, J. Fasullo, M. Palmer, T. Boyer, J. Abraham, Umproved Ocean Heat Content Estimation Since 1960, *AGU Fall Meeting 2016*, San Francisco, CA, 2016.

6.   J.P. Abraham, B.D. Plourde, Use of Multi-lumen Catheters to Preserve Injected Stem Cell Viability, *Cardiovascular Research Technologies Conference 17*, Washington DC., February 18-21, 2017.

7.   J.P. Abraham, B. D. Plourde, John Stark, L.J. Vallez, Using ANSYS to Reduce Costs and Speed Development Process, *ANSYS Upper Midwest Innovation Conference*, Bloomington, Minnesota, November 17, 2016 (Keynote).

8.   N. Langat, T. Thoruwa, J. Abraham, J. Wanyoko, Performance of an Imrpved Fluidized System for Processing Green Tea, *ICEE 18th International Conference on Energy Engineering*, Toronto, Canada, 2016.

9.   L. Cheng, R. Cowley. J.P. Abraham, Cold Water Biases in XBT Descent, *5th XBT Science Workshop*, Tokyo, Japan, October 3-7, 2016 (Invited).

10.  L. Cheng, K. Trenberth, M. Palmer, J.P. Abraham, Historical Ocean Heat Content Estimation and the Implications for Assessing Historical Earth's Energy Budget, *Clivar 2016*, Qingdao, China, 2016.

11.  R. Cowley, J.P. Abraham, L.Cheng, The Effect of Water Temperature on XBT Fall Rate, *Clivar Third IQuOD Workshop,* Hamburg, Germany, December 3-4, 2015.

12.  R. Cowley, L. Cheng, G. Goni, T. Boyer, J.Abraham, S. Wijffels, V. Gouretski, F. Reseghetti, S. Kizu, S. Dong, F. Bringas, M. Goes, L. Houpert, J. Sprintall, J. Zhu, Towards Reducing Uncertainty in Historical XBT Data: An International Effort from the XBT Science Team, *2016 Ocean Sciences Meeting*, New Orleans, LA,  February 21-26, 2016.

13.  J.P. Abraham, Our Changing Climate, *Citizens Climate Lobby Conference*, Red Wing, MN, November 6, 2015.

14.  J.P. Abraham and B.D. Plourde, Novel Cost-Effective Solution for Potable Water in All Environments, *The Food-Energy-Water Nexus, 16th National Conference and Global Forum on Science, Policy, and the Environment*, Washington DC, January 18-21, 2016.

15.  J.P. Abraham and B.D. Plourde, Off-Grid Wind Power Systems for the Developing World, *The Food-Energy-Water Nexus, 16th National Conference and Global Forum on Science, Policy, and the Environment*, Washington DC, January 18-21, 2016.

16.  L.Cheng, J. Zhu, J.P. Abraham, An Updated Historical (1970-2014) Upper OHC Estimates and Implication for the Global Energy Budget, *Climate and Ocean*

4232 29th Ave.                           **John P. Abraham**                     651-962-5766 (office)
Minneapolis, MN 55406                jpabraham@stthomas.edu              612-963-2169 (mobile)

*Variability and Change (CLIVAR) 8th Session of the Global Synthesis*, Exeter, UK, September 28, 2015.

17.  J.P. Abraham, J.R. Stark, Advances in XBT Measurement and Bias Reduction, *Chinese Academy of Sciences*, Beijing, October 10, 2015.

18.  G. Foster and J.P. Abraham, Lack of Evidence for a Slowdown in Global Temperature, *American Geophysical Union Fall Meeting*, San Francisco, CA, December 14-18, 2015.

19.  L. Cheng, J. Zhu, and J.P. Abraham, An Updated Estimate on Global Upper Ocean Heat Content Change and the Remaining Challenges, *American Geophysical Union Fall Meeting*, San Francisco, CA, December 14-18, 2015.

20.  G. Foster and J.P. Abraham, Lack of Evidence for a Slowdown in Global Temperature, *US Climate Variabilty and Predictability Program (CLIVAR) Summit*, Tuscon, AZ, August 4-6, 2015.

21.  J.P. Abraham, Small-scale Wind Turbines: Design, Analysis and Applications, *Hong Kong University*, January 28, 2015 (invited).

22.  J.P. Abraham, The Science of Climate Change, What Do We Really Know, *Hong Kong University of Science and Technolog*y, January 26, 2015 (invited).

23.  J.P. Abraham et al., A Novel Multi Lumen Compliant Balloon Catheter (ND® Infusion Catheter) Preserves Stem Cell Viability and Improves Dispersion When Compared to a Standard Single Lumen Balloon Angioplasty Catheter, *European Society of Cardiology*, 2015, (submitted).

24.  J.P. Abraham, T.M. Shepard, W.J. Minkowycz, J.R. Stark, J. M. Gorman, Quantification of Near-Surface Impact Forces on XBTs, *The 4th XBT Workshop: XBT Science and the Way Forward,* Beijing, China, November 11-13, 2014.

25.  J.P. Abraham, B.D. Plourde, S.A. Mandia, and K.E. Trenberth, Closing the Earth Energy Imbalance, *3rd International Conference on Earth Science and Climate Change,* San Francisco, CA, July 28-30, 2014.

26.  J.P. Abraham, B.D. Plourde, J.R. Stark, and W.J. Minkowycz, Improvements to the Quality and Quantity of Ocean Heat Content Measurements, *3rd International Conference on Earth Science and Climate Change,* San Francisco, CA, July 28-30, 2014.

27.  J.P. Abraham, B.D. Plourde, J.R. Stark, W.J. Minkowycz, Cryosurgical Treatment of Cancer: The Importance of Modeling, *4th World Congress on Cancer Science and Therapy*, Chicago, October 20-22, 2014.

28.   N. Dib, J.P. Abraham, B. D. Plourde, D.B. Schwalbach, D. Dana, L. Myers, K. Hunkler, T. Flower, and R.E. Kohler, A Novel Multi-lumen Compliant Balloon Catheter Preserves Stem Cell Viability and Decreases Cellular Clumping When Compared to a Standard Single-lumen Balloon Angioplasty Catheter, *Transcatheter Cardiovascular Therapuetics (TCT 2014)*, Washington, DC, September 13-17, 2014.

29.   N. Dib, J.P. Abraham, B. D. Plourde, D.B. Schwalbach, D. Dana, L. Myers, K. Hunkler, T. Flower, and R.E. Kohler, A Novel Multi-lumen Compliant Balloon Catheter Preserves Stem Cell Viability and Decreases Cellular Clumping When Compared to a Standard Single-lumen Balloon Angioplasty Catheter, *Complex Cardiovascular Therapeutics*, Orlando, FL, June 23-27, 2014.

30.   J.P. Abraham, The Science of Climate Change (Keynote*), 2014 Summer Institute for Climate Change and Energy Education*, Sandstone, MN, August 4-6, 2014.

31.   J.P. Abraham, D. B. Schwalbach, T. M. Shepard, J. M. Gorman, Calculating forces of impact as objects travel from air into water at high velocity, *ANSYS Regional Conference*, Minneapolis, MN, June 10, 2014.

32.   B.D. Plourde, D.B. Schwalbach, J.P. Abraham, R.E. Kohler, and N.N. Johnson, Introcoronary Injection of Medication from multi-lumen injection Catheters, *Design of Medical Devices 2014*, April 7-14, Minneapolis, MN.

33.   N. Dib, J. Abraham, B.D. Plourde, D.S. Schwalbach, D. Dana, D. Lester, T. Flowers, and R.E. Kohler, Comparison of the Stem Cell Viability and Shear Stress of Single Lumen and Multi Lumen Balloon Infusion Catheter for Intra-Arterial Stem Cell Infusion, *American Cardiology Conference 2014*, Washington, DC, March 29-31.

34.   J.P. Abraham, The Science of Global Warming, What Do We Really Know (Keynote*), Audubon Society National Meeting*, October 6, 2013.

35.   J.P. Abraham, Thawing Out Climate Science, IEEE 2013 Awards Banquet, St. Paul, MN, February 23, 2013.

36.   J.P. Abraham, Using ANSYS to Model Rotating Oceanographic Devices, *ANSYS Regional Conference*, Minneapolis, June 6, 2013.

37.   N. Dib, J.P. Abraham, B. Plourde, D. Schwalbach, D. Dana, L. Myers, T. Flowers, and R. Kohler, Stem Cell Viability Significantly Reduced After Passing Through a Standard Single Lumen Over-the-wire 0.014 inch Balloon Angioplasty Catheter, *TCT 2013 Conference*, October 27-November 1, 2013, San Francisco, CA.

38.   J.P. Abraham, Measurements of the Earth's Climate System, *IEEE Conference on Instrumentation and Measurement Technology Conference*, Minneapolis, MN, May 6, 2013.

4232 29th Ave.                          **John P. Abraham**                      651-962-5766 (office)
Minneapolis, MN 55406              jpabraham@stthomas.edu              612-963-2169 (mobile)

39.   J.P. Abraham, Numerical Simulations of Drug Deposition of Paclitaxel, *Design of Medical Devices Conference*, 2013, Minneapolis, MN, April 8-11, 2013.

40.   J.P. Abraham, J. Stark, J. Gorman, E. Sparrow, R. Kohler, A Model of Drug Deposition Within Artery Walls, *Design of Medical Devices Conference*, 2013, Minneapolis, MN, April 8-11, 2013.

41.   J.L. Conroy, S.A. Mandia, J.P. Abraham, S.E. Moffitt, G. Tootle, Environmental Litigation and the Role of Climate Scientists, *AGU Winter Meeting 2012*, December 3-7, San Francisco, 2012.

42.   S.A. Mandia, J. Abraham, J. Dash, M. Ashley, Filling the Knowledge Gap that Exists Between the Public and Its Leaders and Climate Science Experts, *AGU Winter Meeting 2012*, December 3-7, San Francisco, 2012.

43.   S.A. Mandia, J.Abraham, J. Dash, and M. Ashley, Navigating Negative Conversations in Climate Change, *AGU Winter Meeting 2012*, December 3-7, San Francisco, 2012.

44.   M.J. Kallock, A. Yevzlin, M. Nelson, and J.P. Abraham, Numerical Modeling of Blood Flow in a New Percutaneously Delivered Hemodialysis Shunt, *BMES 2012 Annual Meeting*, Atlanta Georgia, October 24-27, 2012.

45.   J.P. Abraham, Understanding Climate Change's Common Myths, *Minnesota Broadcast Meteorologists Climate Change Science Seminar*, St. Paul, MN, October 5-6, 2012.

46.   N.P. Sullivan, J.E. Wentz, J.P. Abraham, Multi-Scale Modeling of Tubular Cross-Flow Microfiltration of Metalworking Fluids, *ASME Interanational Mechanical Engineering Congress and Exposition*, Houston, TX, November 9-15, 2012.

47.   J.P. Abraham, M. Nelson, J. Jeske, J. Gorman, Simulation Tools for Design and Testing Substitution in Medical Devices, *Lifescience Alley Research Conference, Research and Development 101*, Minneapolis, MN, May 22, 2012.

48.   M.J. Kallock, M. E. Nelson, J. P. Abraham, and A. S. Yevzlin, Fluid Mechanic Modeling of a Percutaneously Delivered Vascular Access Device, *American Society of Diagnostic and Interventional Nephrology, 8th Annual Meeting,* New Orleans, LA, February 24-26, 2012.

49.   D. Dana, J.P. Abraham, R. Kohler, A. Campbell, B. Baird, M. Olson, and N. Dib, A Novel Catheter Delivery System (CardioDib) That May Enable Intracoronary Stem Cell Infusion by Possibly Minimizing Cellular Clumping and Distal Embolization (DE) While Preserving Cellular Viability, *9th International Symposium on Stem Cell Therapy and Cardiovascular Innovations*, Madrid, Spain, June 7-8, 2012.

50.   K.E. Trenberth, K. Emanual, J.P. Abraham, Climate Science and Meteorology, *AMS National Broadcast Meteorology Conference*, Boston, MA, August 24, 2012

51.   J.P. Abraham, J. Jeske, and M. Nelson, Thermal and Fluid Flow Simulations in Health Care: Product Development and Safety Improvement, *Design of Medical Devices Conference*, Minneapolis, MN April 10-12, 2012.

52.   J.P. Abraham, Climate Myths, Misconceptions, and Their Creators, American Chemical Society, St. Paul, MN, November 13, 2012.

53.   B.D. Plourde, J.P. Abraham, G.S. Mowry, E.M. Sparrow, Experimental Test of Multi-Stage Vertical-Axis Turbines for Cellular Communication Applications, *ASME 6th International Conference on Energy Sustainability*, San Diego, CA, July 23-26, 2012.

54.   M.N. Nelson and J.P. Abraham, Hemodynamics of AV Grafts for Hemodialysis Access, *Design of Medical Devices Conference*, Minneapolis, MN April 10-12, 2012.

55.   J.P. Abraham and J.S. Jeske, Cryosurgical Simulations for Abaltion of Kidney Tumors, *Design of Medical Devices Conference*, Minneapolis, MN April 10-12, 2012.

56.   J.P. Abraham, J.R. Stark, and J.M. Gorman,  Drag Calculations on Oceanographic Devices, *ANSYS Regional Conference,* Minneapolis, MN, October 20, 2011.

57.   J.P. Abraham, B.D. Plourde, and G.S. Mowry,  Fluid Dynamic Simulations of Wind Turbines, *ANSYS Regional Conference,* Minneapolis, MN, October 20, 2011.

58.   S.A. Mandia, J.P. Abraham, R. Weymann, and M. Ashley, The Climate Science Rapid Response Team – A Model for Science Communication, *Geological Society of America Annual Meeting and Exposition,* Minneapolis, MN, October 9-12, 2011.

59.   S.A. Mandia, J.P. Abraham, R.J. Weymann, and M. Ashley, The Climate Sciences Rapid Response Team – A Model for Science Communication, *American Geophysical Union Fall Meeting*, San Francisco, CA December 5-9, 2011.

60.   J.P. Abraham, J. Stark, J. Gorman, F. Reseghettic, J. Willis, and J. Lyman, Preliminary Fluid Drag Calculations for Expendable Bathythermograph Devices, *American Geophysical Union Fall Meeting*, San Francisco, CA December 5-9, 2011.

61.   S.A. Mandia, J.P. Abraham, R.A. Weymann, and M. Ashley, Scientists Shaping the Discussion, *American Geophysical Union Fall Meeting*, San Francisco, CA December 5-9, 2011.

62.   J.P. Abraham, J.R. Stark, J.M. Gorman, F. Reseghettic, J. Willis, and J. Lyman, Computational Modeling of Probe Dynamics to Improve Ocean Heat Content

29

4232 29th Ave.                    **John P. Abraham**                    651-962-5766 (office)
Minneapolis, MN 55406          jpabraham@stthomas.edu          612-963-2169 (mobile)

Measurements, *American Geophysical Union Fall Meeting*, San Francisco, CA December 5-9, 2011.

63.    B.M. Osende, J.P. Abraham, and G.S. Mowry, The Design, Installation, and Maintenance of a Village-Sized Solar Power System in Uganda, *Nanotech, Cleantech, Microtech 2011 Conference*, June 13-16, 2011, Boston, MA. Published in the Technical Proceedings of the 2011 NSTI Nanotechnology Conference and Expo, Vol. 3, pp. 755-758, 2011.

64.    B.D. Plourde, J.P. Abraham, G.S. Mowry, and W.J. Minkowycz, Vertical-Axis Wind Turbines for Powering Cellular Communication Towers, *Nanotech, Cleantech, Microtech 2011 Conference*, June 13-16, 2011, Boston, MA.  Published in the Technical Proceedings of the 2011 NSTI Nanotechnology Conference and Expo, Vol. 3, pp. 750-753, 2011.

65.    L. Tran, M.P. Hennessey, and J.P. Abraham, Simulation and Visualization of Dynamic Systems: Several Approaches and Comparisons, *ASME International Mechanical Engineering Congress and Expo*, Vancouver, Canada, November 12-18, 2011.

66.    J.P. Abraham, Global Warming, What does the Science Tell Us?, *7th Annual Environmental Institute Conference* (KEYNOTE), Minneapolis, MN, April 21, 2010.

67.    J.P. Abraham, G.S. Mowry, B.D. Plourde, and W.J. Minkowycz , Numerical Simulations of Vertical-Axis Wind Turbine Blades, *ASME 2011 Energy Sustainability Conference and Fuel Cell Conference*, Washington, DC, August 7-10, 2011.

68.    J.P. Abraham, G.S. Mowry, B.D. Plourde, and W.J. Minkowycz, Wind Tunnel Tests of Vertical-Axis Wind Turbine Blades, *ASME 2011 Energy Sustainability Conference and Fuel Cell Conference*, Washington, DC, August 7-10, 2011.

69.    R.D. Lovik, E.M. Sparrow, J.P. Abraham, C.L. Zelmer, S.K.S. Friend, and D.K. Smith, Effect of Component Misalignment on Human Tissue Temperatures Associated with Recharging Neuromodulation Devices, *Design of Medical Devices Conference*, Minneapolis, MN April 12-14, 2011.

70.    N.N. Johnson, K. L. McCaffrey, K.M. Rose, and J.P. Abraham, Cryosurgical Treatments for Uterine Fibroids, *ASME 2010 International Congress and Expo*, Vancouver, CA, November 12-18, 2010.

71.    R.D. Lovik, K. J. Kelly, E.M. Sparrow, and J.P. Abraham, Effect of Misalignment of Implant and Antenna on Heat Generation of Externally Recharged Neuromodulation Implants, *North American Neuromodulation Society 14th Annual Meeting*, Las Vegas, NV,  December 2-5, 2010.

4232 29th Ave.                          **John P. Abraham**                          651-962-5766 (office)
Minneapolis, MN 55406                   jpabraham@stthomas.edu                       612-963-2169 (mobile)

72.    J.P. Abraham and S. Mandia, An Emerging Ethic of Responsibility: A Case Study for Engaging the Public, *American Geophysical Union Fall Meeting*, San Francisco, CA December 13-17, 2010.

73.    J.P. Abraham and G.S. Mowry, B.D. Plourde, Analysis of Thermal and Fluid Flow Problems, *Thermal Packaging and Small Business Innovation Workshop*, Eagan, MN, October 5-6, 2010.

74.    N.N. Johnson, J.P. Abraham, Z.I. Helgeson, and M.P. Hennessey, Numerical Simulation of Blood Flow in the Presence of Embolizing Agents, *ASME 2010 International Congress and Expo*, Vancouver, CA, November 12-18, 2010.

75.    N.N. Johnson, J.P. Abraham, and Z.I. Helgeson, Calculations of Scald Burns: Effects of Water Temperature, Exposure Duration, and Clothing, *ASME 2010 International Congress and Expo*, Vancouver, CA, November 12-18, 2010.

76.    N.N. Johnson, M.P. Hennessey, and J.P. Abraham, Swept Arc Length Measure of Abrasive Wear, *ASME 2010 International Congress and Expo*, Vancouver, CA, November 12-18, 2010.

77.    K.L. McCaffrey, K.M. Rose, and J.P. Abraham, Numerical Simulation of Cryosurgery as a Potential Treatment for Uterine Fibroids, *14th International Heat Transfer Conference*, Washington, D.C., August 8-13, 2010.

78.    J.P. Abraham, E.M. Sparrow, J.C.K. Tong, and W.J. Minkowycz, Intermittent Flow Modeling. Part 1: Hydrodynamic and thermal Modeling of Steady, Intermittent Flows in Constant Area Ducts, *14th International Heat Transfer Conference*, Washington, D.C., August 8-13, 2010.

79.    J.P. Abraham, E.M. Sparrow, J.C.K. Tong, and W.J. Minkowycz, Intermittent Flow Modeling. Part 2: Time-Varying Flows and Flows in Variable Area Ducts, *14th International Heat Transfer Conference*, Washington, D.C., August 8-13, 2010.

80.    K.L. McCaffrey, K.M. Rose, and J.P. Abraham, Cryosurgery as an Alternative Treatment for Menorrhagia and Uterine Fibroids, *ASME Summer Biomedical Engineering Conference*, Naples, FL, June 16-19, 2010.

81.    J.M. Gorman, N.K.Sherrill, J.P. Abraham, Analysis of Drag-Reducing Techniques for Olympic Skeleton Helmets, *ANSYS Users Conference*, Minneapolis, MN, June 11, 2010.

82.    B. D. Plourde, J.P. Abraham, G.S. Mowry, Numerical Simulation of Vertical Axis Wind Turbines, *ANSYS Users Conference*, Minneapolis, MN, June 11, 2010.

83.    J.P. Abraham, Z.I. Helgeson, N.N. Johnson, G.S. Mowry, Numerical Simulations and Medical Device Design, *ANSYS Users Conference*, Minneapolis, MN, June 11, 2010.

4232 29th Ave.                     **John P. Abraham**                  651-962-5766 (office)
Minneapolis, MN 55406          jpabraham@stthomas.edu          612-963-2169 (mobile)

84.    J.M. Gorman, N.K.Sherrill, J.P. Abraham, Drag-Reducing Vortex Generators and Olympic Skeleton Helmet Design, *ANSYS Users Conference*, Chicago, IL, June 7, 2010.

85.    J.P. Abraham, Z.I. Helgeson, N.N. Johnson, G.S. Mowry, (Keynote)*,* Numerical Simulations in Biomedical Design, *ANSYS Users Conference*, Chicago, IL, June 7, 2010.

86.    J.P. Abraham, E.M. Sparrow, Y. Bayazit, R.D. Lovik, and D.S. Smith, Numerical and Experimental Simulations as Symbiotic Tools for Solving Complex Bio-Thermal Problems, *Design of Medical Devices Conference*, Minneapolis, MN April 13-15, 2010.

87.    E.M. Sparrow and J.P. Abraham, Numerical Solutions of Biological Heat Transfer, *Design of Medical Devices Conference*, Minneapolis, MN April 13-15, 2010.

88.    J.P. Abraham, R.D. Lovik, D.S. Smith, E.M. Sparrow, and K.J. Kelly, Heat Generation Measurements of Revised Neuromodeulation Devices and Calculations of Tissue Temperatures, *North American Neuromodulation Society 13th Annual Meeting*, Las Vegas, December 3-6, 2009.

89.    J.P. Abraham and E.M. Sparrow, Numerical Simulation as a Tool for Assessing Thermal- and Fluid-Based Processes and Therapies, *Institute for Engineering in Medicine Innovation Showcase*, Minneapolis, MN, September 22, 2009.

90.    J.P. Abraham, E.M. Sparrow, and R.D. Lovik, An Investigation of Tissue-Temperature Elevation Caused by Recharging of Transcutaneous Nueromodulation Devices, *31st Annual International Conference of the IEEE Engineering in Medicine in Biology Society*, Minneapolis, MN, September 2-7, 2009.

91.    R.D. Lovik, J.P. Abraham, and E.P. Sparrow, Pulasting Fluid Flows Undergoing Transitions Between Laminar, Transitional, and Turbulent Regimes, *ASME 2009 Summer Bioengineering Conference*, Lake Tahoe, CA, June 17-21, 2009.

92.    E.M. Sparrow, and J.P. Abraham, Case Studies on the Use of Numerical Simulation for design and Optimization of Medical Devices*, Design of Medical Devices Conference*, Minneapolis, MN April 14-16, 2009.

93.    \F. Hoover and J. Abraham Assessment of the Carbon Dioxide and Energy Balances of Biofuels, *Climate Change Technology Conference 2009*, Hamilton, Ontario, May 12-15, 2009.

94.    J.P. Abraham, G.S. Mowry, and R.E. Erickson, Design and Analysis of a Small-Scale Vertical-Axis Wind Turbine for Rooftop Power Generation, *Climate Change Technology Conference 2009*, Hamilton, Ontario, May 12-15, 2009.

4232 29th Ave.                    **John P. Abraham**                    651-962-5766 (office)
Minneapolis, MN 55406         jpabraham@stthomas.edu              612-963-2169 (mobile)

95.    F. Hoover and J.P. Abraham,  A review: Comprehensive Comparison of Corn-based and Cellulosic-based Ethanol as Biofuel Sources, *Clean Technology Conference and Expo 2009*, Houston, TX, May 3-7, 2009.

96.    J.P. Abraham, G.S. Mowry, and R.E. Erickson, Design and Analysis of a Small-Scale Vertical-Axis Wind Turbine, Clean *Technology Conference and Expo 2009*, Houston, TX, May 3-7, 2009.

97.    J.P. Abraham, R.D. Lovik, and E.M. Sparrow, Tissue Temperature Rises Due to Heat Generation in Neuromodulation Implants, North American Neuromodulation Society 12th Annual Meeting, Las Vegas, December 4-7, 2008.

98.    G. Nelsom, A. Majewicz, and J.P. Abraham, Numerical Simulation of Thermal Injury to the Artery Wall During Orbital Atherectomy, *ANSYS International*, Pittsburgh, PA, August 26-29, 2008.

99.    J.P. Abraham, Integrating Integration of ANSYS/CFX into Classrooms, *ANSYS International*, Pittsburgh, PA, August 26-29, 2008.

100.    J.P. Abraham Pressure Drop and Heat Transfer Calculations for Laminar-Turbulent Intermittent Flows, *ANSYS International*, Pittsburgh, PA, August 26-29, 2008.

101.    J.P. Abraham, J.C.K. Tong, and E.M. Sparrow, Prediction of Laminar-Turbulent Transition and Friction Factors in Transitional Flows, *ASME International Congress and Expo*, Boston, MA, October 31 – November 5, 2008.

102.    R.D. Lovik, J.P. Abraham, and E.M. Sparrow, Assessment of Possible Thermal Damage of Tissue Due to Atherectomy by Means of a Mechanical Debulking Device, *ASME 2008 Summer Bioengineering Conference*, Marco-Island, FL, June 25-29, 2008.

103.    J.P. Abraham and A.P. Thomas, Numerical Simulation of Induced Co-Flow and Laminar-to-Turbulent Transition Associated with Synthetic Jets, *Flucome 2007*, Tallahassee, FL, September 16-19, 2007.

104.    J.P. Abraham and C.M. George, An Investigation of Radiation Shields for Full-Building Cooling in Desert Climates, *Solar 2007*, Cleveland, OH July 7-12, 2007.

105.    A. Marchese, J.P. Abraham, C.S. Greene, L. Kizenwether, and J. Ochs, Toward a Common Standard Rubric for Evaluating Capstone Design Projects, *National Capstone Design Course Conference*, Boulder, CO June, 13-15, 2007 (Best Paper Award).

106.    John Abraham, Chris Greene, Anthony Marchese, External Assessment Through Peer-to-Peer Evaluation of Capstone Projects, *Frontiers in Education*, Milwaukee, WI, October, 10-13, 2007.

107. John Abraham, Computation Fluid Dynamics Using ANSYS CFX, presented at the University of Minnesota Digital Technology Center, Sept. 12 and 14, 2006.

108. John Abraham, Application of the Finite Element Method, *LifeSciences Conference*, Minneapolis, October 5, 2006.

109. John Kim and John Abraham, Design of Experiments in the Medical Device Industry, *LifeSciences Conference*, Minneapolis, October 5, 2006.

110. Ephraim Sparrow, Nick Whitehead, and John Abraham, Fluid Flow Dynamics in the Urinary Tract – Impact on Device Design, Presented to the Department of Urologic Surgery, April 17, 2006.

111. John Abraham, Nick Whitehead, and Ephraim Sparrow, Numerical Simulation of Thermal Therapies, Presented to the Department of Urologic Surgery, April 17, 2006.

112. John Abraham, Nick Whitehead, and Ephraim Sparrow, Biomedical Applications Simulations/Experimental Investigations, *Biomedical Focus 2006*, Brooklyn Center, MN, March 20-21 , 2006.

113. Nick Whitehead, Ephraim Sparrow, and John Abraham, A Role for Engineering in Medical Simulations, *Simulation in Healthcare*, Minneapolis, MN, November 28, 2005.

114. Ronald Major and John Abraham, The Application of Thermal Analysis on a Disk Array, *Fluent's 2005 CFD Summit*, Detroit, MI, June 7-8, 2005.

115. Camille George and John Abraham, A Sustainable Low-Energy Cooling System for Hot Dry Climates, *Sustainability as Security*, Austin, TX, October 5-9, 2005.

116. John P. Abraham and Ephraim M. Sparrow, Irrelevance of the Relative Velocity as the Characteristic Velocity When Both a Fluid and its Bounding Surface are in Motion, *Lorenz G. Straub Award*, Minneapolis, MN, November 13, 2004.

117. John P. Abraham and Ephraim M. Sparrow, An Unexpected U-Turn After an Eckert Straight Start, *Eckert Symposium*, Minneapolis, MN, September 13-14, 2004.

118. John P. Abraham and Ephraim M. Sparrow, Methodologies to Enhance the Numerical Simulations of Electronic Cooling, *Semi-Therm Conference,* San Jose, CA, March 9-10, 2004.

119. Ephraim M. Sparrow, John P. Abraham, and Paul Chevalier , A DOS-Enhanced Numerical Simulation of Heat Transfer and Fluid Flow Through an Array of Offset Fins with Conjugate Heating in the Bounding Solid, *ASME International Mechanical Engineering Congress and R & D Expo*, Washington, DC, November, 2003.

4232 29th Ave.                    **John P. Abraham**                    651-962-5766 (office)
Minneapolis, MN 55406            jpabraham@stthomas.edu                  612-963-2169 (mobile)

120.    J. P. Abraham, Ephraim M. Sparrow, Student-Related Research "Thermal Design Capstone Projects", *ASME International Mechanical Engineering Congress and R & D Expo*, Washington, DC, November, 2003.

121.    Sparrow, E.M., Martin, G.L., Abraham, J.P., and Tong, J.C., Air-to-Air Energy Exchanger Test Facility for Mass and Energy Transfer Performance. *American Society of Heating, Refrigeration, and Air-Conditioning Engineers Annual Meeting*, Inc., Cincinnati, OH, ASHRAE Symposium Paper, 2001.

122.    Tamma, K.K., Zhou, X., Abraham, J., and Anderson, C.V.D.R., Constitutive Model Theories and Plausible Propositions/Challenges to Heat Transport Characterization. *ASME/JSME Joint Thermal Engineering Conference*, March, 1999.

## Granted Patents

1.    Robert Monson and John Abraham, "Dual-phase thermal electricity generator", U.S. Patent # 8,484,974.

2.    Robert Monson and John Abraham, "Variable Orifice Valve", U.S. Patent # 7,559,485

3.    Robert Monson, John Abraham, Joseph Crimando, Joel Farley, Matthew Linder, and Joel Seipel, "Vehicle Energy Absorption Apparatus",  US Patent # 8,118,255.

4.    B.D. Plourde and J.P. Abraham, "Rotor Blade for Vertical Axis Wind Turbine", US Patent # 9,482,204/ WO 2011150171.

## Pending Patents

1.    B. D. Plourde, J. P. Abraham, D.R. Plourde, R.Pakonen, "Method of Calculating Pathogen Inactivation for Fluid Heating System", US Patent Application Number 14/954,383, Filed December 1, 2015.

2.    B. D. Plourde, J. P. Abraham, D.R. Plourde, R.Pakonen, "Control Valve Assembly for Fluid Heating System", US Patent Application Number 14/954,318, filed December 1, 2015.

3.    B.D. Plourde, J.P. Abraham, D. Plourde, R. Pakonen, A. Gikling, N. Naughton, "Fluid Heating System", US Patent Application Number 14/954,292, filed December 1, 2015.

4.    B.D. Plourde, J.P. Abraham, D.R. Plourde, A. Gikling, R. Pakonen, "Dual-Axis Tracking Device", US Patent Application Number 14/954,091,filed December 1, 2015.

5.    B.D. Plourde, J.P. Abraham, "Solar Heating System", US Patent Application No. 62/423,814 (filed November 18, 2016).

4232 29th Ave.                    **John P. Abraham**                    651-962-5766 (office)
Minneapolis, MN 55406          jpabraham@stthomas.edu               612-963-2169 (mobile)

6.   B.D. Plourde, A. Gikling, J.P. Abraham, R. Pakonen, "Digital Fluid Heating System", US Patent Application Number 15/818,052, filed November 20, 2017; PCT Application Number US2017/062558, filed November 20, 2017.

## LEGAL EXPERIENCE

**Expert Witness**                                                                      **2017**
**OAH Docket Nos. 65-2500-32764 and 65-2500-33377**
**MPUC Docket Nos. PL9/CN-14-916 and PPL-15-137**
- Testified in impacts of pipeline on climate change
- Testified on behalf of Youth Climate Intervenors
- Testified Friday November 17, 2017

**Expert witness**                                                                **2017-present**
**Trinidad Michaca v. Starbucks Corp (30-2016-00857438-CU-PO-CJC)**
- Retained by Dominguez Law Firm (plaintiff)
- Burn injury expert, plaintiff
- Orange County California

**Expert witness**                                                                **2017-present**
- Retained by Fox Rothschild Winthrop Shaw Pittmann LLP (plaintiff)
- Expert on patent infringement, inflatable beds
- Drafted Rule 11 declaration in support of infringement litigation

**Expert witness**                                                                **2017-present**
**ResMed Limited v. Fischer-Paykell and NYU**
- Retained by Nixon and Vanderhye PC (defendant)
- Expert in CPAP flow device and control
- Prepared expert declaration for IPR case

**Expert witness**                                                                **2017-present**
- Retained by Pillsbury Winthrop Shaw Pittman, LLP (defendant)
- Retained as expert on autonomous broom robotic devices
- International Trade Commission investigation 337-TA-1057
- Depositions December 22, 2017

**Expert witness**                                                                **2016-present**
- Retained by Alder Law (plaintiff)
- Burn injury expert, plaintiff
- Monterrey County, Case No. M 133374
- Settled

**Expert witness**                                                                **2016-present**
**Controls Southeast, Inc. v. QMax Industries, LLC, IPR2017-00976 and IPR2017-00977**
**United States Patent and Trademark Office**
- Retained by Ratner Prestia (on behalf of Controls Southeast, Inc.) (plaintiff)
- Expert witness on heat tracer technology

**4232 29th Ave.**                       **John P. Abraham**                       **651-962-5766 (office)**
**Minneapolis, MN 55406**            jpabraham@stthomas.edu                    **612-963-2169 (mobile)**

- Expert witness on Inter Partes Review
- Drafted two IPR expert declarations
- Drafted claim construction declaration

**Expert witness**                                                                      **2017**
**State of Minnesota, County of Clearwater, District Court - Ninth Judicial District**
**State on Minnesota v. Annette Marie Klapstein, Emily Nesbitt Johnston, Steven Robert**
**Liptay, and Benjamin Joldersma**
Case file nos:
15-CR-16-413
15-CR-16-414
15-CR-16-425
15-CR-17-25
- Retained by Climate Defense Project
- Expert witness on social cost of climate and climate change

**Expert witness**                                                                      **2016**
**United States International Trade Commission**
**Washington, D.C. 20436**
**Select Comfort vs. American National Manufacturing**
- Retained by Pillsbury Winthrop Shaw Pittman, LLP (plaintiff)
- Expert witness on intellectual property, inflatable mattresses
- Submitted expert reports on validity and infringement
- Case settled

**Expert witness**                                                                **2016-present**
**Minnesota, Second Judicial District**
**Judy E. Minor v. Phalen Parkway Lofts**
**Court file no. 62-CV-16-1890**
- Retained by Goetz and Eckland (defense)
- Expert witness on scald injury
- Submitted expert report

**Expert witness**                                                                **2016-present**
**Fluke v. AMETEK Denmark A/S, IPR2016-01428**
**United States Patent and Trademark Office**
- Retained by Ratner Prestia (defendant)
- Petition for Inter Partes Review
- Expert witness on thermal calibration systems
- Drafted expert declaration
- Deposition, July 10, 2017
- IPR decision in favor of defendant

**Expert witness**                                                                      **2016**
**United States International Trade Commission, 337-TA-971.**
**Washington, D.C. 20436**
**Select Comfort vs. American National Manufacturing**

**4232 29th Ave.**                     **John P. Abraham**                     **651-962-5766 (office)**
**Minneapolis, MN 55406**          **jpabraham@stthomas.edu**          **612-963-2169 (mobile)**

- Retained by Pillsbury Winthrop Shaw Pittman, LLP (plaintiff)
- Expert witness on intellectual property, inflatable mattresses
- Deposition May 18, 2016
- International Trade Commission Testimony August 8, 9, 10, and 11, 2016
- Decision in favor of plaintiff

**Expert witness**                                                                                **2016-present**
**Department of Justice vs. Spectrum Brands, Inc.**
**US District Court, Western District Wisconsin**
**Case no: 3:15-cv-00371**
- Retained by US Department of Justice (plaintiff)
- Product malfunction, scald injury case
- Summary judgement for plaintiff

**Expert witness**                                                                                **2015-present**
**Juliette Piatt and Mark Piatt vs. Vicky Bakery Café**
**Circuit Court of the 17th Judicial Circuit, Broward County, Florida**
- Retained by Ellsley Sobol, (plaintiff)
- Expert witness on scald burn injury
- Settled

**Expert witness,**
**Douglass and Heather Beaven vs. AER LINGUS Limited**          **2015-2016**
**Case no: 3:15-cv-952-J-34MCR**
**U.S. District Court Middle District of Florida, Jacksonville Division**
- Retained by Rumrell, McLeod, and Brock, (plaintiff)
- Expert witness on scald burn injury
- Confidential settlement

**Expert Witness,**
**Tommy Walton v. 3M Company**                                                    **2015-present**
**U.S. District Court for the Southern Distrit of Texas, CAFN: 4:13-cv-01164**
and
**Timothy Johnson vs. 3M Company and Arizant Healthcare**
**U.S. District Court, District of Kansas, 12:14-cv-02044KHV-KGS**
- Retain as an expert by Greenberg Traurig and by Blackwell Burke (defendant)
- Expert witness on medical-product safety
- Deposed, July 20, 2017

**Expert Witness**                                                                                **2015**
**OAH Docket No. 80-2500-31888**
**MPUC Docket No. E-999-CI-14-643**
- In the Matter of Further Investigation in to the Environmental and Socioeconomic
  Costs under Minnesota Statute 216B.24422, Subdivision 3
- Representing Minnesota Center for Environmental Advocacy
- Expert witness on climate change
- Submitted expert report, rebuttal report, surrebutal report.

- Testified September 28, 2015
- Judge decision in favor of Minnesota Center for Environmental Advocacy

**Expert Witness**
**Select Comfort vs. Tempur Sealy**                                                    **2015**
**United States 8th District Court, Minnesota**
Court file No. 14-cv-00245-JNE-JSM
- Retained as an expert by Oppenheimer Wolff and Donnelly LLP (plaintiff)
- Expert witness on intellectual property, patent validity, inflatable mattresses
- Infringement Deposition, August 16, 2016
- Validity deposition, August 29, 2016.
- Settled

**Expert Witness**                                                                      **2014**
**Select Comfort vs. Gentherm, Inc.**
**United States 8th District Court, Minnesota**
- Retained by Oppenheimer Wolff and Donnelly LLP (defense)
- Expert witness on intellectual property, patent validity
- Patent infringement claim withdrawn

**Expert Witness**                                                                      **2014**
OAH Docket No. OAH 8-2500-30952
PUC Docket No. PL-9/CN-13-153
- In the Matter of the Application for a Certificate of Need for the Line 67-Phase 2
  Upgrade Project
- Representing MN350 and Sierra Club
- Expert witness on tar sands pollution emissions
- Testified, April 10, 2014

**Expert Witness**                                                                      **2013-2015**
**Ellie Gwen vs. Lams Garden Restaurant**
**Circuit Court of the 9th Judicial Circuit, Orange County, Florida.**
- Retained by Fisher, Rushmer, and Werrenrath (plaintiff)
- Expert witness on scald burn
- Gave deposition and trial testimony
- Verdict for plaintiff, 100% liability for defendant, award ~ $1 million
- Deposition April 1, 2015
- Trial Testimony May 14, 2015

**Expert Witness, Donaldson vs. Baldwin Filters**                                       **2010-2012**
U.S. District Court, District of Minnesota, Case no.: Civil 0:09-cv-01049-JMR-AJB (plaintiff)
- Retained by Faegre and Benson
- Expert witness on patent infringement involving air-filters
- Settlement in favor of plaintiff

**Expert Witness, DJO vs. Coolsystems, Inc.**                                           **2010**
- Retained by Ropes and Gray, LLP (defense)

**4232 29th Ave.**                       **John P. Abraham**                    651-962-5766 (office)
**Minneapolis, MN 55406**              jpabraham@stthomas.edu                612-963-2169 (mobile)

___

-   Expert witness for plaintiff, infringement arbitration
-   Arbitration in favor of plaintiff

**Expert Witness, Brandon v Shell Oil**                                    **2009-2010**
-   Retained by Walkup, Melodia, Kelly and Schoneberger (plaintiff)
-   Expert witness for plaintiff, skin burn injury
-   Settlement in favor of plaintiff

**Expert Witness, Hansen vs. Luna (1-07-CV-08851)**                        **2008-2009**
-   Retained by Wilson Sonsini Goodrich and Rosati (defense)
-   Expert witness for defendant, intellectual property
-   Gave deposition
-   Trial verdict in favor of plaintiff

**New Prime, Inc. vs. Great Dane Limited Partnership, United States District Court,**   **2007**
Western District, Missouri, Southern Division, Case No. 06-3361-CV-S-GAF.
-   Expert witness product malfunction (plaintiff)

**Greg Albers v. Mayo Clinic**                                            **2005-2008**
-   Retained as burn expert (plaintiff)

**Ultra Cartridge Corp v. John Cottrell and Capsule Technologies**         **2002**
**(Civ. File 02-CV-343)**
-   Retained by Robbins, Kaplan, Miller, and Ciresi to represent plaintiff
-   Assisted in expert declaration of Ephraim Sparrow