

Monica L. Davies
Direct Dial: 612-343-3248
E-Mail: mdavies@blackwellburke.com

March 7, 2018

**VIA ECF**

The Honorable Franklin L. Noel
Magistrate Judge, United States District Court
District of Minnesota
9W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN  55415

RE: *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
    MDL No. 15-2666 (JNE-FLN)

Dear Judge Noel:

As requested by your Chambers, I am sending this letter to memorialize the parties' agreement that Defendants' response to Plaintiffs' Motion Seeking In Camera Review of Ten Documents Withheld Under Claims of Privilege (Dkt. No. 1130) will be filed on or before March 12, 2017. This is seven days before Your Honor will hear Plaintiffs' motion, on March 19.

Sincerely,

/s/ Monica Davies

Monica L. Davies