# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:  Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666(JNE/FLN) |

This Document Relates to All Actions

| | |
|---|---|
| **BARBARA RHEW** | **NOTICE OF APPEARANCE** |
| Plaintiff(s) | Case No:     0:18-cv-641 |
| | JURY DEMANDED |
| v. | |
| **3M COMPANY AND ARIZANT HEALTHCARE, INC.** | |
| Defendant(s) | |

    The undersigned attorney hereby notifies the Court and counsel that James A. Morris, Jr. shall appear as counsel of record for Plaintiff Barbara Rhew in this case.


Dated: 3/8/2018

*/s/ James A. Morris, Jr.*
MORRIS LAW FIRM
4111 W. Alameda Avenue Suite 611
Burbank, CA 91505
Telephone:  (747) 283-1144
Facsimile:  (747) 283-1143
California State Bar No. 296852

## **CERTIFICATE OF SERVICE**

      I certify that on March 8, 2018, the foregoing <u>Notice of Appearance</u> was filed electronically by using the CM/ECF system which will deliver the document to all counsel of record.

                                   */s/ James A. Morris, Jr.*
                                   James A. Morris, Jr.