IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| IN RE: BAIR HUGGER FORCED AIR WARMING PRODUCT LIABILITY LITIGATION | MDL No.: 15-md-02666 (JNE/FLN) |
| This Document Relates To: STEVEN GALLO, Individually and as Administrator of the Estate of PAUL GALLO, Deceased<br><br>Plaintiff, | Civil Action No.: 17-CV-03666-JNE-FLN |

_____

## **PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS**

NOW COMES Plaintiff, Steven Gallo, Individually and as Administrator of the Estate of Paul Gallo, Deceased, identified in Defendants' Motion to Dismiss for Failure to Comply with Pretrial Order No. 14 [Dkt. 1124], and by and through undersigned counsel submits this, his Response to Defendants' Motion to Dismiss, and would respectively show the Court the following:

1. In August of 2015, Mr. Paul Gallo contacted undersigned counsel regarding an infection and subsequent treatment that he experienced due to the use of a Bair Hugger patient warming device during an orthopedic surgery.

2. Counsel worked to obtain medical records and billing records to move forward with the case. Those records indicated that a Bair Hugger device was used during the original surgery.

3. Mr. Gallo passed away on February 22, 2016.

4. On August 10, 2017, counsel filed the current action to comply with what was identified as the applicable statute of limitations deadline for the relevant claim.

5. Efforts to have Mr. Steven Gallo, the son of Mr. Gallo who was identified in the short form complaint, complete the Plaintiff Fact Sheet and submit the necessary probate paperwork have been complicated by the inability to contact Mr. Steven Gallo. Counsel for Plaintiff believe that additional time could allow them to contact Mr. Steven Gallo and complete the Plaintiff Fact Sheet.

6. While counsel has diligently continued their attempts to contact Mr. Steven Gallo for several months, those efforts have not been successful to date.

7. As a result, counsel has not been able to obtain the necessary information to complete the Plaintiff Fact Sheet for this claim.

Accordingly, undersigned counsel request that the current action not be dismissed with prejudice and that Mr. Steven Gallo be given an additional sixty (60) days to contact counsel in order to provide the necessary information to cure any alleged deficiencies with the Plaintiff Fact Sheet and to continue the case on behalf of his father's estate.

| | |
|---|---|
| Dated: March 8, 2018 | KENNEDY HODGES, LLP |
| | |
| | By: /s/ David W. Hodges |
| | David W. Hodges |
| | dhodges@kennedyhodges.com |
| | Gabriel A. Assaad |
| | gassaad@kennedyhodges.com |
| | 4409 Montrose Blvd. Ste 200 |
| | Houston, TX 77006 |
| | Telephone: (713) 523-0001 |
| | Facsimile: (713) 523-1116 |
| | |
| | ATTORNEYS FOR PLAINTIFF |

**CERTIFICATE OF SERVICE**

    This is to certify that on March 8, 2018 a copy of the forgoing instrument was served on all parties via the Court's electronic filing system.

                                                       By: /s/ David W. Hodges
                                                            David W. Hodges