IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| IN RE: BAIR HUGGER FORCED AIR WARMING PRODUCT LIABILITY LITIGATION | MDL No.: 15-md-02666 (JNE/FLN) |
| This Document Relates To: STEVEN GALLO, Individually and as Administrator of the Estate of PAUL GALLO, Deceased<br><br>Plaintiff, | Civil Action No.: 17-CV-03666-JNE-FLN |

---

**L.R. 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE REGARDING PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

This brief complies with the work limitation of LR 7.1(f) because this brief contains 323 words, including all text, headings, footnotes, and quotations, other than the parts of the brief exempted by LR 7.1(f). This brief was prepared using Microsoft Office Word 2013.

This brief complies with the type size requirements of LR 7.1 (h) because this brief has been prepared using at least font size 13, is double-spaced (except for headings, footnotes and quotations that exceed two lines) and is submitted on $8^{1/2}$" by 11" paper with at least one inch of margins on all four sides.

Dated: March 8, 2018

                                              KENNEDY HODGES, LLP

                                              By: /s/ David W. Hodges
                                              David W. Hodges
                                              dhodges@kennedyhodges.com
                                              Gabriel A. Assaad
                                              gassaad@kennedyhodges.com
                                              4409 Montrose Blvd. Ste 200
                                              Houston, TX 77006
                                              Telephone: (713) 523-0001
                                              Facsimile: (713) 523-1116

                                              ATTORNEYS FOR PLAINTIFF