## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| **This document relates to:** | JUDGE: JOAN N. ERICKSEN<br>MAG. JUDGE: FRANKLIN L. NOEL |
| *Hufford v. 3M Company, et al.*<br>Case Action No. 17-cv-02372 | |

### L.R. 7.1 WORD COUNT COMPLIANCE CERTIFICATE REGARDING PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

The undersigned hereby certifies, pursuant to Local Rule 7.1(f), that Plaintiff's Response in Opposition to Defendants' Motion to Dismiss, contains 541 words, as determined through the word count feature of the Microsoft Office Word 2013 word processing software used to prepare the memorandum. The processing program has been applied to specifically include all text, including headings, footnotes, and quotations. The memorandum also was prepared in 13-point font in accordance with the type size limitation of Local Rule 7.1 (h).

Dated: March 8, 2018

Respectfully submitted,

s/Amanda M. Williams
Amanda M. Williams (MN #0341691)
Eric S. Taubel (MN # 0392491)
**GUSTAFSON GLUEK PLLC**
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Phone: (612) 333-8844
Fax: (612) 339-6622

47578

E-mail: awilliams@gustafsongluek.com
etaubel@gustafsongluek.com

***COUNSEL FOR PLAINTIFF***

47578