IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| IN RE: BAIR HUGGER FORCED AIR WARMING PRODUCT LIABILITY LITIGATION | MDL No.: 15-md-02666 (JNE/FLN) |
| This Document Relates To: EVA RAMIREZ, Plaintiff, | Civil Action No.: 17-CV-03721-JNE-FLN |

---

**L.R. 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE REGARDING PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

This brief complies with the work limitation of LR 7.1(f) because this brief contains 272 words, including all text, headings, footnotes, and quotations, other than the parts of the brief exempted by LR 7.1(f). This brief was prepared using Microsoft Office Word 2013.

This brief complies with the type size requirements of LR 7.1 (h) because this brief has been prepared using at least font size 13, is double-spaced (except for headings, footnotes and quotations that exceed two lines) and is submitted on $8^{1/2}$" by 11" paper with at least one inch of margins on all four sides.

Dated: March 8, 2018

          KENNEDY HODGES, LLP

          By: /s/ David W. Hodges
          David W. Hodges
          dhodges@kennedyhodges.com
          Gabriel A. Assaad
          gassaad@kennedyhodges.com
          4409 Montrose Blvd. Ste 200
          Houston, TX 77006
          Telephone: (713) 523-0001
          Facsimile: (713) 523-1116

          ATTORNEYS FOR PLAINTIFF