IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

IN RE: BAIR HUGGER FORCED AIR      MDL No.: 15-md-02666 (JNE/FLN)
WARMING PRODUCT LIABILITY
LITIGATION

This Document Relates To:

MARY MILLER,

           Civil Action No.:  17-CV-03809-JNE-FLN

     Plaintiff,

---

**L.R. 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE REGARDING
PLAINTIFF'S OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

This brief complies with the work limitation of LR 7.1(f) because this brief contains 386 words, including all text, headings, footnotes, and quotations, other than the parts of the brief exempted by LR 7.1(f).  This brief was prepared using Microsoft Office Word 2013.

This brief complies with the type size requirements of LR 7.1 (h) because this brief has been prepared using at least font size 13, is double-spaced (except for headings, footnotes and quotations that exceed two lines) and is submitted on $8^{1/2}$" by 11" paper with at least one inch of margins on all four sides.

Dated: March 8, 2018

                                                    KENNEDY HODGES, LLP

By: /s/ David W. Hodges
David W. Hodges
dhodges@kennedyhodges.com
Gabriel A. Assaad
gassaad@kennedyhodges.com
4409 Montrose Blvd. Ste 200
Houston, TX 77006
Telephone: (713) 523-0001
Facsimile: (713) 523-1116

ATTORNEYS FOR PLAINTIFF