IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

IN RE: BAIR HUGGER FORCED AIR WARMING PRODUCT LIABILITY LITIGATION

MDL No.: 15-md-02666 (JNE/FLN)

This Document Relates To:

LEROY SUNDQUIST,

        Plaintiff,

Civil Action No.: 17-CV-03547-JNE-FLN

---

### L.R. 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE REGARDING PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

This brief complies with the work limitation of LR 7.1(f) because this brief contains 380 words, including all text, headings, footnotes, and quotations, other than the parts of the brief exempted by LR 7.1(f).  This brief was prepared using Microsoft Office Word 2013.

This brief complies with the type size requirements of LR 7.1 (h) because this brief has been prepared using at least font size 13, is double-spaced (except for headings, footnotes and quotations that exceed two lines) and is submitted on $8^{1/2}$" by 11" paper with at least one inch of margins on all four sides.

Dated: March 8, 2018

                                          KENNEDY HODGES, LLP

                                          By: <u>/s/ David W. Hodges</u>
                                          David W. Hodges
                                          dhodges@kennedyhodges.com
                                          Gabriel A. Assaad
                                          gassaad@kennedyhodges.com
                                          4409 Montrose Blvd. Ste 200
                                          Houston, TX 77006
                                          Telephone: (713) 523-0001
                                          Facsimile: (713) 523-1116

                                          ATTORNEYS FOR PLAINTIFF