

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

March 9, 2018

**VIA ECF**

The Honorable Joan N. Ericksen
District Judge, District of Minnesota
United States District Court
12W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN  55415

RE: *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
MDL No. 15-2666-JNE-FLN

Dear Judge Ericksen:

I am writing to update the Court on Defendants' Motion to Dismiss for Failure to Comply with Pretrial Order No. 14 (ECF No. 1124).  This Motion concerns PFS deficiencies.

Following discussions between the parties' counsel, Defendants will no longer be seeking dismissal of *Jelks v. 3M, et al.*, No. 17-2949, as part of this Motion.  Defendants may seek dismissal of this case at a later date.

Sincerely,

*s/Benjamin W. Hulse*

Benjamin W. Hulse

BWH:ck