# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

IN RE:  Bair Hugger Forced Air Warming       MDL No. 15-2666(JNE/FLN)
Products Liability Litigation

This Document Relates to All Actions

**GLADYS FERRER**                    **NOTICE OF APPEARANCE**

    Plaintiff(s)                Case No:     0:18-cv-681

                                      JURY DEMANDED

v.

**3M COMPANY AND ARIZANT HEALTHCARE, INC.**

    Defendant(s)

       The undersigned attorney hereby notifies the Court and counsel that James A. Morris, Jr. shall appear as counsel of record for Plaintiff Gladys Ferrer in this case.

Dated: 3/9/2018                     */s/ James A. Morris, Jr.*
                                        MORRIS LAW FIRM
                                        4111 W. Alameda Avenue Suite 611
                                        Burbank, CA 91505
                                        Telephone:  (747) 283-1144
                                        Facsimile:  (747) 283-1143
                                        California State Bar No. 296852

## **CERTIFICATE OF SERVICE**

      I certify that on March 9, 2018, the foregoing <u>Notice of Appearance</u> was filed electronically by using the CM/ECF system which will deliver the document to all counsel of record.

                                             */s/ James A. Morris, Jr.*
                                             James A. Morris, Jr.