UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to All Actions | Notice: Twelve potential bellwethers, per Pretrial Order No. 24 ¶ 4. |

Joint Nominees
1) 17-cv-511 (*Nancy Axline v. 3M Co.*)
2) 17-cv-1696 (*Laura Hives v. 3M Co.*)

Plaintiffs' Nominees
1) 16-cv-2144 (*Pearlie Partlow v. 3M Co.*)
2) 16-cv-4159 (*Ada Trombley v. 3M Co.*)
3) 17-cv-459 (*Terry Arnold v. 3M Co.*)
4) 17-cv-2184 (*Julie Gunter v. 3M Co.*)
5) 17-cv-2839 (*Lianette Hollie v. 3M Co.*)

Defendants' Nominees
1) 17-cv-1078 (*Julio Ramirez v. 3M Co.*)
2) 17-cv-3056 (*Ruth Goodpaster v. 3M Co.*)
3) 17-cv-3068 (*David Henderson v. 3M Co.*)
4) 17-cv-4020 (*Margaret Banet v. 3M Co.*)
5) 17-cv-4470 (*Virginia Ingram v. 3M Co.*)


Dated:  March 13, 2018                                    s/ Joan N. Ericksen
                                                         JOAN N. ERICKSEN
                                                         United States District Judge