# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

IN RE: Bair Hugger Forced Air Warming Devices
Products Liability Litigation

**COURT MINUTES**
BEFORE: Franklin L. Noel
U.S. Magistrate Judge, Courtroom 9W

| | |
|---|---|
| MDL No.: | 15-2666 (JNE/FLN) |
| Date: | March 12, 2018 |
| Court Reporter: | N/A |
| Time Commenced: | 10:37 a.m. |
| Time Concluded: | 11:48 a.m. |
| Time in Court: | 71 minutes |

APPEARANCES:

For Plaintiffs:    Genevieve Zimmerman
For Defendants: Ben Hulse, Monica Davies, Mary Young, and Tom Goss

Plaintiffs' motion to compel (ECF No. 1106) was DENIED with leave to refile, and Defendants' motion for a protective order (ECF No. 1114) was GRANTED at the hearing.

☒ ORDER TO BE ISSUED    ☐ NO ORDER TO BE ISSUED    ☐ R&R TO BE ISSUED    ☒ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court    ☐ Exhibits returned to counsel

　s/CJP　
Signature of Law Clerk