# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# STATUS CONFERENCE

|  |  |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Devices Product Liability Litigation | **COURT MINUTES**<br>BEFORE: Franklin L. Noel<br>U.S. Magistrate Judge<br><br>Case No:        0:15-md-02666 (JNE/FLN)<br>Date:           March 15, 2018<br>Deputy:         Catherine B. Cusack<br>Court Reporter: Tim Willette<br>Courthouse:     Minneapolis<br>Courtroom:      12W<br>Time in Court:  9:45 AM - 10:10 AM<br>Time in Court:  25 Minutes |

APPEARANCES:

    Plaintiff:    Genevieve M. Zimmerman, Jan M. Conlin, Ben W. Gordon, Jr., David W. Hodges, Noah C. Lauricella

    Defendant:    Jerry W. Blackwell, Mary S. Young, Bridget M. Ahmann

    Please see attached list of telephone participants.

PROCEEDINGS:

    ☒ Status Conference held.
    ☒ Appearances made on the record.

1) The next status conference is scheduled for Thursday, April 19, 2018 at 9:30 AM in Minneapolis Courtroom 12W.