March 15, 2018 Status Conference
Telephone Participants

| NAME | FIRM NAME |
|---|---|
| Anne Andrews | Andrew & Thornton |
| John C. Thornton | Andrew & Thornton |
| Lauren Davis | Andrew & Thornton |
| Lila Razmara | Andrew & Thornton |
| Marco Galindez | Andrew & Thornton |
| Todd Rudometkin | Andrew & Thornton |
| Justin Jenson | Bailey Peavy Bailey Cowan Heckaman, PLLC |
| Matthew Munson | Beasley, Allen, Crow, Methvin, Portis & Miles, PC |
| Renee Lindsey | Beasley, Allen, Crow, Methvin, Portis & Miles, PC |
| Megan Robinson | Beasley, Allen, Crow, Methvin, Portis & Miles, PC |
| Dae Y. Lee | Bernstein Liebhard, LLP |
| Abby Cordray | Brown & Crouppen, PC |
| Don Ledgard | Capretz & Associates |
| Martin D. Crump | Davis & Crump |
| Robert Cain | Davis & Crump |
| Kevin Fitzgerald | Fitzgerald Law Group, LLC |
| Meyer H Gertler | Gertler Law Firm |
| Eva Nastasi | Gertler Law Firm |
| Bradley D. Honnold | Goza & Honnold, LLC |
| Kaitlyn Spring Neufeld | Goza & Honnold, LLC |
| Kirk J. Goza | Goza & Honnold, LLC |
| Matt Lowrey | Goza & Honnold, LLC |
| Lisa R. Joyce | Goza & Honnold, LLC |
| Emily DeVuono | Grossman & Moore, PLLC |
| Jennifer Moore | Grossman & Moore, PLLC |
| Asthon R. Smith | Grossman & Moore, PLLC |
| Elizabeth Coulter | Grossman & Moore, PLLC |
| Terri Cheever | Hamilton Law Firm |
| Molly Hamilton | Hamilton Law Firm |
| Don McKenna | Hare Wynn Newell & Newton |
| Lynne Reed | Hare Wynn Newell & Newton |
| Peggy Little | Hare Wynn Newell & Newton |
| Scott Hollis | Hollis Legal Solutions, PPLC |
| Monica Vaughan | Houssier, Durant & Houssier, LLP |
| Randall A. Kauffman | Houssier, Durant & Houssier, LLP |
| Shirley Strom-Blanchard | Houssier, Durant & Houssier, LLP |
| Leslie O'Leary | Johnson Johnson & Lucas & Middleton |
| Brenda Steinle | Johnson Johnson & Lucas & Middleton |
| Brett Emison | Langdon & Emison |
| Rachel Ahmann (Assistant) | Langdon & Emison |
| Lauren Niendick | Langdon & Emison |
| Tricia Campbell | Langdon & Emison |
| Heather Cover | Law Office of James S. Rogers |
| Susan Carpenter | Law Office of James S. Rogers |
| Michael W. Patrick | Law Office of Michael W. Patrick |
| Craig Silverman | Law Office of Peter G. Angelos, PC |
| Jay Miller | Law Office of Peter G. Angelos, PC |
| Thomas Keilty, III | Law Office of Peter G. Angelos, PC |
| Rebeka Strum | Law Office of Travis R. Walker, PA |
| Travis R. Walker | Law Office of Travis R. Walker, PA |
| Julie Treacy | Law Office of Travis R. Walker, PA |
| Pete Lewis | Lewis & Caplan |
| Sarah Delahoussaye Call | Lewis & Caplan |
| Amy C. Webster | Lewis & Caplan |

March 15, 2018 Status Conference
Telephone Participants

| | |
|---|---|
| William Hymes | Loncar & Associates |
| John L. Coveney | Loncar & Associates |
| Melissa Marie Heinlein | Lord & Associates Law Office |
| Priscilla Lord | Lord & Associates Law Office |
| Rosemarie Bogdan | Martin Harding & Mazzotti LLP |
| Kristen Winner | Martin Harding & Mazzotti LLP |
| Emily Robinson | McEwen Law Firm LTD |
| Jonathan R. Mencel | McSweeney Langevin |
| Holly Sternquist | Meshbesher & Spence, LTD |
| Heather Cullen | Morgan & Morgan Complex Litigation Group |
| Joseph T. Waechter | Morgan & Morgan Complex Litigation Group |
| Michael Goetz | Morgan & Morgan Complex Litigation Group |
| Jim Morris | Morris Law Firm |
| Shane Greenberg | Morris Law Firm |
| Caroline W. Thomas | Murray Law Firm |
| Neal R. Elliott, Jr | Neal R. Elliott |
| Kerry Stochl | Newman Bronson & Wallis |
| Lauren E. Bronson | Newman Bronson & Wallis |
| Brian E. Tadtman | Peterson & Associates, P.C. |
| Jeffery L. Raizner | Raizner Slania LLP |
| Rica Rinosa | Raizner Slania LLP |
| Erin Stracerner | Raizner Slania LLP |
| Kristen Gorombol | Raizner Slania LLP |
| Deborah Bueno | Reiders Travis Humphrey Waters & Dohrmann |
| Melissa Barnum | Reiders Travis Humphrey Waters & Dohrmann |
| Julie Tucci | Skikos Crawford Skikos & Joseph |
| Matt Skikos | Skikos Crawford Skikos & Joseph |
| Darilyn Simon | Skikos Crawford Skikos & Joseph |
| Austin Grinder | The Ruth Team |
| Steven C. Ruth | The Ruth Team |
| Chelsie Garza | The Webster Law Firm |
| Dean Xenick | Zele Huber Trial Attorneys |