# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

IN RE: Bair Hugger Forced Air Warming Devices Products Liability Litigation

**COURT MINUTES**
BEFORE: Franklin L. Noel
U.S. Magistrate Judge, Courtroom 9W

| | |
|---|---|
| MDL No.: | 15-2666 (JNE/FLN) |
| Date: | March 19, 2018 |
| Court Reporter: | Staci Heichert |
| Time Commenced: | 10:01 a.m. |
| Time Concluded: | 10:45 a.m. |
| Time in Court: | 44 minutes |

APPEARANCES:

For Plaintiffs: Kristine Kraft
For Defendants: Charmaine Harris, Deborah Lewis, and Peter Goss

Plaintiffs' motion for in camera review (ECF No. 1130) was taken under advisement at the hearing.

☒ ORDER TO BE ISSUED     ☐ NO ORDER TO BE ISSUED     ☐ R&R TO BE ISSUED     ☒ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court     ☐ Exhibits returned to counsel

                                                                               s/CJP
                                                          Signature of Law Clerk