UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |

**ORDER**

---

Kristine Kraft, for Plaintiffs.
Peter Goss, Deborah Young, and Charmaine Harris, for Defendants.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on March 19, 2018, on Plaintiffs' motion seeking *in camera* review (ECF No. 1130).

In the instant motion, Plaintiffs request that ten documents, which appear to be email strings, Defendants withheld based on claims of attorney-client privilege or work-product protection be produced to the Court for *in camera* review. *See* ECF No. 1130. Defendants oppose Plaintiffs' request. *See* ECF No. 1169. The Court concludes that it would benefit from reviewing the disputed documents to better assess the applicabilty of Defendants' asserted attorney-client privilege and work-product protection claims.

Based on the foregoing, and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiffs' motion seeking *in camera* review (ECF No. 1130) is **GRANTED**. Within seven (7) days of this Order, Defendants must produce all documents described in Plaintiffs' Exhibit A filed in connected to this motion (ECF No. 1132-1) to the Court for *in camera* review. After reviewing Defendants' submission, the Court will issue an order addressing whether or not the ten documents must be produced to Plaintiffs.

DATED: March 20, 2018                             *s/Franklin L. Noel*
                                                   FRANKLIN L. NOEL
                                                   United States Magistrate Judge