UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666(JNE/FLN) Honorable Joan N. Ericksen |

*This document relates to:*

Plaintiff Matthew Scott Lowry
(Court File 16-cv-02480)

**NOTICE OF SUGGESTION OF DEATH**

**RULE 25(a) NOTICE**

Pursuant to Rule 25(a) of the Federal Rules of Civil Procedures, the undersigned attorney for Plaintiff Matthew Scott Lowry hereby suggest upon the record that Plaintiff Matthew Scott Lowry died on September 30, 2017.  Plaintiff's counsel was not notified of Plaintiff's death until February 18, 2018.

Dated:  April 3, 2018

RICHARDSON PATRICK WESTBROOK & BRICKMAN LLC


s/Daniel S. Haltiwanger
Daniel S. Haltiwanger, Esq.
P.O. Box 1368
Barnwell, South Carolina 29812
Telephone:  803-541-7850
Facsimile:  803-541-9625
dhaltiwanger@rpwb.com