# EXHIBIT A



BLACKWELL
BURKE P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

January 9, 2018

**VIA EMAIL AND U.S. MAIL**
David W. Hodges
Kennedy Hodges, L.L.P.
4409 Montrose Blvd, Ste 200
Houston, TX, 77006
mtg@kennedyhodges.com

> Re:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
>        MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
>        *Jordan v. 3M Company et al* Case No.: 0:17-cv-01968-JNE-FLN

Dear Counsel:

We are in receipt of the second amended Plaintiff Fact Sheet (PFS) for the above-captioned matter. The second amended PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original and/or any amended PFS. An updated verification is required, however, to be served along with the amended PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Jordan_Teresa _17-cv-01968_1_Jordan_Teresa _17-cv-01968_1"

Jordan_Teresa _17-cv-01968_1_Jordan_Teresa _17-cv-01968_1

PLAINTIFFS' LAST NAME - Jordan
PLAINTIFFS' FIRST NAME - Teresa
CASE NO. - 17-cv-01968
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 02, 08, 09, 10
SECTION III   (SURGERY INFORMATION) -
SECTION IV - 1 (VITAL STATISTICS) -
SECTION IV - 10   (DRUG/ALCOHOL) -
SECTION IV - 3 (HEALTHCARE PROVIDERS) -
SECTION IV - 7   (PHARMACIES/DRUGSTORES) - Incomplete
SECTION IV - 8   (DENTAL PROCEDURES) -
SECTION IV - 9   (TOBACCO) -
SECTION IX - 1   (CONSORTIUM NAME ETC.) -
SECTION IX - 3   (RESIDENCES) -
SECTION IX - 4   (MARRIED) -
SECTION V - 5   (DISABILITY CLAIMS) - Incomplete
SECTION V - 6   (LAWSUITS) - Incomplete
SECTION V - 7   (BANKRUPTCY) -
SECTION VI - 1   (PHYSICAL INJURY) -
SECTION VI - 3   (EMOTIONAL DISTRESS) - Incomplete
SECTION VI - 6   (WARNINGS) -
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) -
SECTION VI - 8   (3M/ARIZANT WARRANTY) -
SECTION VI - 9   (AUGUSTINE) -
SECTION VII - 1   (LOST PAST WAGES) -
SECTION VII - 2   (LOST FUTURE WAGES) -
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) - Incomplete
X.01 - SIGNED AUTHORIZATION - Incomplete
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Kennedy Hodges
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - mtg@kennedyhodges.com



**BLACKWELL BURKE** P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

December 7, 2017

**VIA EMAIL AND U.S. MAIL**
Amanda M. Williams
Gustafson Gluek PLLC
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
awilliams@gustafsongluek.com

> Re:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
>       MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
>       *Hufford v. 3M Company et al* Case No.: 0:17-cv-02372-JNE-FLN

Dear Counsel:

We are in receipt of the amended Plaintiff Fact Sheet (PFS) for the above-captioned matter.  The PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations."  Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'"  In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured.  When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

---

Title "Hufford_Shannon_17-cv-2372_1_Hufford_Shannon_17-cv-2372_1"

Hufford_Shannon_17
-cv-
2372_1_Hufford_Shan
non_17-cv-2372_1

PLAINTIFFS' LAST NAME - Hufford
PLAINTIFFS' FIRST NAME - Shannon
CASE NO. - 17-cv-2372
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) -
SECTION III  (SURGERY INFORMATION) -
SECTION IV - 1 (VITAL STATISTICS) -
SECTION IV - 10  (DRUG/ALCOHOL) -
SECTION IV - 3 (HEALTHCARE PROVIDERS) -
SECTION IV - 7  (PHARMACIES/DRUGSTORES) -
SECTION IV - 8  (DENTAL PROCEDURES) -
SECTION IV - 9  (TOBACCO) -
SECTION IX - 1  (CONSORTIUM NAME ETC.) - Incomplete
SECTION IX - 3  (RESIDENCES) -
SECTION IX - 4  (MARRIED) -
SECTION V - 5  (DISABILITY CLAIMS) -
SECTION V - 6  (LAWSUITS) - Incomplete
SECTION V - 7  (BANKRUPTCY) -
SECTION VI - 1  (PHYSICAL INJURY) -
SECTION VI - 3  (EMOTIONAL DISTRESS) -
SECTION VI - 6  (WARNINGS) -
SECTION VI - 7  (3M/ARIZANT COMMUNICATIONS) -
SECTION VI - 8  (3M/ARIZANT WARRANTY) -
SECTION VI - 9  (AUGUSTINE) -
SECTION VII - 1  (LOST PAST WAGES) -
SECTION VII - 2  (LOST FUTURE WAGES) -
SECTION VIII - 2  (VERBAL/WRITTEN STATEMENT) -
X.01 - SIGNED AUTHORIZATION -
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Gustafson Gluek
I.03.D2 -- PLAINTIFFS' COUNSEL'S FAX   - 612-339-6622



BLACKWELL
BURKE P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

December 26, 2017

**VIA EMAIL AND U.S. MAIL**
David W. Hodges
Kennedy Hodges, L.L.P.
4409 Montrose Blvd, Ste 200
Houston, TX, 77006
mtg@kennedyhodges.com

Re:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
       MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
       *Jones v. 3M Company et al* Case No.: 0:17-cv-02758-JNE-FLN

Dear Counsel:

We are in receipt of the amended Plaintiff Fact Sheet (PFS) for the above-captioned matter.  The PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations."  Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'"  In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a  further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured.  When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Jones_Regina _17-cv-2758_1_Jones_Regina _17-cv-2758_1"

PLAINTIFFS' LAST NAME - Jones
PLAINTIFFS' FIRST NAME - Regina
CASE NO. - 17-cv-2758
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 01, 02, 06, 07, 08, 09, 10, 11, 12, 13
SECTION III (SURGERY INFORMATION) -
SECTION IV - 1 (VITAL STATISTICS) -
SECTION IV - 10   (DRUG/ALCOHOL) - Incomplete
SECTION IV - 3 (HEALTHCARE PROVIDERS) -
SECTION IV - 7  (PHARMACIES/DRUGSTORES) - Incomplete
SECTION IV - 8  (DENTAL PROCEDURES) - Incomplete
SECTION IV - 9  (TOBACCO) - Incomplete
SECTION IX - 1  (CONSORTIUM NAME ETC.) - Incomplete
SECTION IX - 3  (RESIDENCES) - Incomplete
SECTION IX - 4  (MARRIED) - Incomplete
SECTION V - 5  (DISABILITY CLAIMS) - Incomplete
SECTION V - 6  (LAWSUITS) - Incomplete
SECTION V - 7  (BANKRUPTCY) - Incomplete
SECTION VI - 1  (PHYSICAL INJURY) - Incomplete
SECTION VI - 3  (EMOTIONAL DISTRESS) - Incomplete
SECTION VI - 6  (WARNINGS) -
SECTION VI - 7  (3M/ARIZANT COMMUNICATIONS) -
SECTION VI - 8  (3M/ARIZANT WARRANTY) -
SECTION VI - 9  (AUGUSTINE) -
SECTION VII - 1  (LOST PAST WAGES) - Incomplete
SECTION VII - 2  (LOST FUTURE WAGES) - Incomplete
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) -
X.01 - SIGNED AUTHORIZATION - Incomplete
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Kennedy Hodges, L.L.P.
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - mtg@kennedyhodges.com



Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

January 10, 2018

**VIA EMAIL AND U.S. MAIL**
David W. Hodges
Kennedy Hodges, L.L.P.
4409 Montrose Blvd, Ste 200
Houston, TX, 77006
mtg@kennedyhodges.com

> Re:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
> MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
> *Hughes, James v. 3M Company et al* Case No.: 0:17-cv-03543-JNE-FLN

Dear Counsel:

We are in receipt of the amended Plaintiff Fact Sheet (PFS) for the above-captioned matter.  The PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations."  Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'"  In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a  further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured.  When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

Title "Hughes_James_17-cv-3543_1_Hughes_James_17-cv-3543_1"

Hughes_James_17-cv-3543_1_Hughes_James_17-cv-3543_1

PLAINTIFFS' LAST NAME - Hughes
PLAINTIFFS' FIRST NAME - James B.
CASE NO. - 17-cv-3543
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 02, 07, 08, 09, 10, 11, 12, 13
SECTION III   (SURGERY INFORMATION) -
SECTION IV - 1 (VITAL STATISTICS) - Incomplete
SECTION IV - 10   (DRUG/ALCOHOL) - Incomplete
SECTION IV - 3 (HEALTHCARE PROVIDERS) -
SECTION IV - 7   (PHARMACIES/DRUGSTORES) - Incomplete
SECTION IV - 8   (DENTAL PROCEDURES) - Incomplete
SECTION IV - 9   (TOBACCO) - Incomplete
SECTION IX - 1   (CONSORTIUM NAME ETC.) -
SECTION IX - 3   (RESIDENCES) -
SECTION IX - 4   (MARRIED) -
SECTION V - 5   (DISABILITY CLAIMS) - Incomplete
SECTION V - 6   (LAWSUITS) - Incomplete
SECTION V - 7   (BANKRUPTCY) - Incomplete
SECTION VI - 1   (PHYSICAL INJURY) - Incomplete
SECTION VI - 3   (EMOTIONAL DISTRESS) - Incomplete
SECTION VI - 6   (WARNINGS) -
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) -
SECTION VI - 8   (3M/ARIZANT WARRANTY) -
SECTION VI - 9   (AUGUSTINE) -
SECTION VII - 1   (LOST PAST WAGES) - Incomplete
SECTION VII - 2   (LOST FUTURE WAGES) - Incomplete
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) - Incomplete
X.01 - SIGNED AUTHORIZATION - Incomplete
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Kennedy Hodges, L.L.P.
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - mtg@kennedyhodges.com



BLACKWELL
BURKE P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

December 27, 2017

**VIA EMAIL AND U.S. MAIL**
David W. Hodges
Kennedy Hodges, L.L.P.
4409 Montrose Blvd, Ste 200
Houston, TX, 77006
mtg.kennedyhodges.com

> *Re:*   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
>          MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
>          *Johnson, Barbara  v. 3M Company et al* Case No.: 0:17-cv-04068-JNE-FLN

Dear Counsel:

We are in receipt of the Plaintiff Fact Sheet (PFS) for the above-captioned matter.  The PFS has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations."  Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'"  In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured.  When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Johnson_Barbara_17-cv-4068_1_Johnson_Barbara_17-cv-4068_1"

PLAINTIFFS' LAST NAME - Johnson
PLAINTIFFS' FIRST NAME - Barbara
CASE NO. - 17-cv-4068
SECTION I (CASE INFORMATION) -
SECTION I - INCOMPLETE QUESTIONS -
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS – 01, 02, 06, 07, 08, 09, 10, 11, 12, 13
SECTION III   (SURGERY INFORMATION) -
SECTION III - INCOMPLETE QUESTIONS -
SECTION IV - 1 (VITAL STATISTICS) -
SECTION IV - 10   (DRUG/ALCOHOL) - Incomplete
SECTION IV - 3 (HEALTHCARE PROVIDERS) -
SECTION IV - 7   (PHARMACIES/DRUGSTORES) - Incomplete
SECTION IV - 8   (DENTAL PROCEDURES) - Incomplete
SECTION IV - 9   (TOBACCO) - Incomplete
SECTION IX - 1   (CONSORTIUM NAME ETC.) -
SECTION IX - 3   (RESIDENCES) -
SECTION IX - 4   (MARRIED) -
SECTION V - 5   (DISABILITY CLAIMS) -
SECTION V - 6   (LAWSUITS) -
SECTION V - 7   (BANKRUPTCY) -
SECTION VI - 1   (PHYSICAL INJURY) -
SECTION VI - 3   (EMOTIONAL DISTRESS) - Incomplete
SECTION VI - 6   (WARNINGS) -
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) -
SECTION VI - 8   (3M/ARIZANT WARRANTY) -
SECTION VI - 9   (AUGUSTINE) -
SECTION VII - 1   (LOST PAST WAGES) - Incomplete
SECTION VII - 2   (LOST FUTURE WAGES) - Incomplete
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) - Incomplete
X.01 - SIGNED AUTHORIZATION - Incomplete
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Kennedy Hodges, L.L.P.
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - mtg@kennedyhodges.com

# EXHIBIT B



Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

September 29, 2017

**VIA EMAIL AND U.S. MAIL**
Travis R. Walker
The Law offices of Travis R. Walker, P.A.
1235 SE Indian Street, Suite 101
Stuart, Florida 34997
traviswalker@traviswalkerlaw.com

> Re:    *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
> MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
> *Bradford v. 3M Company et al et al* Case No.: 0:17-cv-00288-JNE-FLN

Dear Counsel:

We are in receipt of the Plaintiff Fact Sheet (PFS) for the above-captioned matter. The PFS has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Bradford_Linda_15-2666JNEFLN_1_Bradford_Linda_15-cv-2666JNEFLN_1"          Bradford_Linda_15-2666JNEFLN_1_Bradford_Linda_15-cv-2666JNEFLN_1

PLAINTIFFS' LAST NAME - Bradford
PLAINTIFFS' FIRST NAME - Linda
CASE NO. - 15-2666 (JNE/FLN)
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) -
SECTION II - INCOMPLETE QUESTIONS -
SECTION III   (SURGERY INFORMATION) - Incomplete
SECTION III - INCOMPLETE QUESTIONS - 03
SECTION IV - 1 (VITAL STATISTICS) -
SECTION IV - 10   (DRUG/ALCOHOL) -
SECTION IV - 3 (HEALTHCARE PROVIDERS) -
SECTION IV - 7   (PHARMACIES/DRUGSTORES) -
SECTION IV - 8   (DENTAL PROCEDURES) - Incomplete
SECTION IV - 9   (TOBACCO) -
SECTION IX - 1   (CONSORTIUM NAME ETC.) -
SECTION IX - 3   (RESIDENCES) -
SECTION IX - 4   (MARRIED) -
SECTION V - 5   (DISABILITY CLAIMS) -
SECTION V - 6   (LAWSUITS) -
SECTION V - 7   (BANKRUPTCY) -
SECTION VI - 1   (PHYSICAL INJURY) -
SECTION VI - 3   (EMOTIONAL DISTRESS) -
SECTION VI - 6   (WARNINGS) -
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) -
SECTION VI - 8   (3M/ARIZANT WARRANTY) -
SECTION VI - 9   (AUGUSTINE) -
SECTION VII - 1   (LOST PAST WAGES) -
SECTION VII - 2   (LOST FUTURE WAGES) -
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) -
X.01 - SIGNED AUTHORIZATION - Incomplete
X.02.D - DOCUMENTS - SIGNED VERIFICATION -
X.02.D.1 - DOCUMENTS - SIGNED VERIFICATION (NON-PFS RESPONSE) -
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Travis R Walker
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - traviswalker@traviswalkerlaw.com



Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

December 7, 2017

**VIA EMAIL AND U.S. MAIL**
David W. Hodges
Kennedy Hodges, L.L.P.
4409 Montrose Blvd, Ste 200
Houston, TX, 77006
mtg@kennedyhodges.com

>      *Re:*    *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
>              MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
>              *Behney v. 3M Company et al* Case No.: 0:17-cv-01476-JNE-FLN

Dear Counsel:

We are in receipt of the second amended Plaintiff Fact Sheet (PFS) for the above-captioned matter. The second amended PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original and/or any amended PFS. An updated verification is required, however, to be served along with the amended PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Behney_Virginia _017-cv-01476_1_Behney_Virginia _017-cv-01476_1"

Behney_Virginia _017-cv-01476_1_Behney_Virginia _017-cv-01476_1

PLAINTIFFS' LAST NAME - Behney
PLAINTIFFS' FIRST NAME - Virginia
CASE NO. - 0:17-cv-01476
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 01, 03, 06, 07, 08, 09
SECTION III   (SURGERY INFORMATION) -
SECTION IV - 1 (VITAL STATISTICS) -
SECTION IV - 10   (DRUG/ALCOHOL) -
SECTION IV - 3 (HEALTHCARE PROVIDERS) -
SECTION IV - 7   (PHARMACIES/DRUGSTORES) -
SECTION IV - 8   (DENTAL PROCEDURES) -
SECTION IV - 9   (TOBACCO) -
SECTION IX - 1   (CONSORTIUM NAME ETC.) -
SECTION IX - 3   (RESIDENCES) -
SECTION IX - 4   (MARRIED) -
SECTION V - 5   (DISABILITY CLAIMS) - Incomplete
SECTION V - 6   (LAWSUITS) - Incomplete
SECTION V - 7   (BANKRUPTCY) - Incomplete
SECTION VI - 1   (PHYSICAL INJURY) - Incomplete
SECTION VI - 3   (EMOTIONAL DISTRESS) - Incomplete
SECTION VI - 6   (WARNINGS) -
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) -
SECTION VI - 8   (3M/ARIZANT WARRANTY) -
SECTION VI - 9   (AUGUSTINE) -
SECTION VII - 1   (LOST PAST WAGES) -
SECTION VII - 2   (LOST FUTURE WAGES) -
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) -
X.01 - SIGNED AUTHORIZATION - Incomplete
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Kennedy Hodges
I.03.D2 – PLAINTIFFS' COUNSEL'S FAX   - 713-523-1116



**BLACKWELL BURKE** P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

November 29, 2017

**VIA EMAIL AND U.S. MAIL**
Daniel A. Nigh
Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A
316 South Baylen St. Suite 400
Pensacola, Florida 32502
dnigh@levinlaw.com

> Re:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
> MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
> *Dorsey v. 3M Company* Case No.: 0:17-cv-01554-JNE-FLN

Dear Counsel:

We are in receipt of the second amended Plaintiff Fact Sheet (PFS) for the above-captioned matter. The second amended PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original and/or any amended PFS. An updated verification is required, however, to be served along with the amended PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Dorsey_Alma_017-cv-01554_1_Dorsey_Alma_017-cv-01554_1"

Dorsey_Alma_017-cv-01554_1_Dorsey_Alma_017-cv-01554_1

PLAINTIFFS' LAST NAME - Dorsey
PLAINTIFFS' FIRST NAME - Alma
CASE NO. - 0:17-cv-01554
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 01, 02, 03, 05, 06, 07, 08, 09, 10
SECTION III   (SURGERY INFORMATION) -
SECTION IV - 1 (VITAL STATISTICS) - Incomplete
SECTION IV - 10   (DRUG/ALCOHOL) -
SECTION IV - 3 (HEALTHCARE PROVIDERS) -
SECTION IV - 7   (PHARMACIES/DRUGSTORES) - Incomplete
SECTION IV - 8   (DENTAL PROCEDURES) -
SECTION IV - 9   (TOBACCO) -
SECTION IX - 1   (CONSORTIUM NAME ETC.) -
SECTION IX - 3   (RESIDENCES) -
SECTION IX - 4   (MARRIED) -
SECTION V - 5   (DISABILITY CLAIMS) -
SECTION V - 6   (LAWSUITS) -
SECTION V - 7   (BANKRUPTCY) -
SECTION VI - 1   (PHYSICAL INJURY) -
SECTION VI - 3   (EMOTIONAL DISTRESS) -
SECTION VI - 6   (WARNINGS) -
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) -
SECTION VI - 8   (3M/ARIZANT WARRANTY) -
SECTION VI - 9   (AUGUSTINE) -
SECTION VII - 1   (LOST PAST WAGES) -
SECTION VII - 2   (LOST FUTURE WAGES) -
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) -
X.01 - SIGNED AUTHORIZATION - Incomplete
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Levin, Papantonio
I.03.D2 – PLAINTIFFS' COUNSEL'S FAX   - (850)435-7020



Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

November 29, 2017

**VIA EMAIL AND U.S. MAIL**
Daniel A. Nigh
Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A.
316 South Baylen St. Suite 400
Pensacola, Florida 32502
dnigh@levinlaw.com

> Re:    *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
> MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
> *Little v. 3M Company* Case No.: 0:17-cv-01565-JNE-FLN

Dear Counsel:

We are in receipt of the second amended Plaintiff Fact Sheet (PFS) for the above-captioned matter. The second amended PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original and/or any amended PFS. An updated verification is required, however, to be served along with the amended PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Little_Arlene_017-cv-01565_1_Little_Arlene_017-cv-01565_1"

Little_Arlene_017-cv-
01565_1_Little_Arlene_
017-cv-01565_1

PLAINTIFFS' LAST NAME - Little
PLAINTIFFS' FIRST NAME - Arlene
CASE NO. - 0:17-cv-01565
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 01, 02, 03, 05, 06, 07, 08, 09, 10, 11, 12, 13, 14, 15
SECTION III   (SURGERY INFORMATION) - Incomplete
SECTION III - INCOMPLETE QUESTIONS - 01, 02, 03, 04, 05
SECTION IV - 1 (VITAL STATISTICS) - Incomplete
SECTION IV - 10   (DRUG/ALCOHOL) - Incomplete
SECTION IV - 3 (HEALTHCARE PROVIDERS) - Incomplete
SECTION IV - 7   (PHARMACIES/DRUGSTORES) - Incomplete
SECTION IV - 8   (DENTAL PROCEDURES) - Incomplete
SECTION IV - 9   (TOBACCO) - Incomplete
SECTION IX - 1   (CONSORTIUM NAME ETC.) - Incomplete
SECTION IX - 3   (RESIDENCES) - Incomplete
SECTION IX - 4   (MARRIED) - Incomplete
SECTION V - 5   (DISABILITY CLAIMS) - Incomplete
SECTION V - 6   (LAWSUITS) - Incomplete
SECTION V - 7   (BANKRUPTCY) - Incomplete
SECTION VI - 1   (PHYSICAL INJURY) - Incomplete
SECTION VI - 3   (EMOTIONAL DISTRESS) - Incomplete
SECTION VI - 6   (WARNINGS) - Incomplete
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) - Incomplete
SECTION VI - 8   (3M/ARIZANT WARRANTY) - Incomplete
SECTION VI - 9   (AUGUSTINE) - Incomplete
SECTION VII - 1   (LOST PAST WAGES) - Incomplete
SECTION VII - 2   (LOST FUTURE WAGES) - Incomplete
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) - Incomplete
X.01 - SIGNED AUTHORIZATION -
X.02.D - DOCUMENTS - SIGNED VERIFICATION -
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Levin, Papantonio
I.03.D2 – PLAINTIFFS' COUNSEL'S FAX   - (850)435-7020

 BLACKWELL BURKE P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

January 16, 2018

**VIA EMAIL AND U.S. MAIL**
Seth Webb
Brown and Crouppen, P.C
211 N. Broadway, Suite 1600
St. Louis, MO 63102
sethw@getbc.com

> Re:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
> MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
> *Witherspoon v. 3M Company et al* Case No.: 0:17-cv-02737-JNE-FLN

Dear Counsel:

We are in receipt of the second amended Plaintiff Fact Sheet (PFS) for the above-captioned matter. The second amended PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original and/or any amended PFS. An updated verification is required, however, to be served along with the amended PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Witherspoon_Richard_017-cv-2737_1_Witherspoon_Richard_017-cv-2737_1"          **Witherspoon_Richard_017-cv-2737_1_Witherspoon_Richard_017-cv-2737_1**

PLAINTIFFS' LAST NAME - Witherspoon
PLAINTIFFS' FIRST NAME - Richard
CASE NO. - 0:17-cv-2737
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 01, 02, 03, 05, 06, 08, 09, 10, 11, 12, 13, 14, 15, 16
SECTION III   (SURGERY INFORMATION) - Incomplete
SECTION III - INCOMPLETE QUESTIONS - 01, 02, 03, 04, 05
SECTION IV - 1 (VITAL STATISTICS) - Incomplete
SECTION IV - 10   (DRUG/ALCOHOL) - Incomplete
SECTION IV - 3 (HEALTHCARE PROVIDERS) - Incomplete
SECTION IV - 7   (PHARMACIES/DRUGSTORES) - Incomplete
SECTION IV - 8   (DENTAL PROCEDURES) - Incomplete
SECTION IV - 9   (TOBACCO) - Incomplete
SECTION IX - 1   (CONSORTIUM NAME ETC.) - Incomplete
SECTION IX - 3   (RESIDENCES) - Incomplete
SECTION IX - 4   (MARRIED) - Incomplete
SECTION V - 5   (DISABILITY CLAIMS) - Incomplete
SECTION V - 6   (LAWSUITS) - Incomplete
SECTION V - 7   (BANKRUPTCY) - Incomplete
SECTION VI - 1   (PHYSICAL INJURY) - Incomplete
SECTION VI - 3   (EMOTIONAL DISTRESS) - Incomplete
SECTION VI - 6   (WARNINGS) - Incomplete
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) - Incomplete
SECTION VI - 8   (3M/ARIZANT WARRANTY) - Incomplete
SECTION VI - 9   (AUGUSTINE) - Incomplete
SECTION VII - 1   (LOST PAST WAGES) - Incomplete
SECTION VII - 2   (LOST FUTURE WAGES) - Incomplete
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) - Incomplete
X.01 - SIGNED AUTHORIZATION - Incomplete
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Brown & Crouppen
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - sethw@getbc.com

# EXHIBIT C

**From:** Mary Young
**Sent:** Friday, February 09, 2018 5:28 PM
**To:** JoanEricksen_Chambers@mnd.uscourts.gov; noel_chambers@mnd.uscourts.gov
**Cc:** Jerry Blackwell <blackwell@blackwellburke.com>; Ben Hulse <BHulse@blackwellburke.com>; Jan
Conlin <JMC@ciresiconlin.com>; Ben Gordon <bgordon@levinlaw.com>; David Szerlag
<david@pritzkerlaw.com>; Genevieve Zimmerman <gzimmerman@meshbesher.com>; Bridget Ahmann
<Bridget.Ahmann@FaegreBD.com>
**Subject:** MDL 2666 - Bair Hugger - Defendants' Lists re: PFS Disputes

Dear Judge Ericksen and Judge Noel,

Attached are Defendants' three lists related to Plaintiff Fact Sheets, which are discussed in Section 2 of
the parties' forthcoming Joint Status Report.

Due to technical difficulties being experienced this afternoon by Plaintiffs' counsel, the parties
respectfully request until Monday to submit the Joint Status Report.

Sincerely,
Mary Young

**Defendants' PFS List 1:  Overdue Plaintiff Fact Sheets**
(Updated February 09, 2018)

| Case Number | Title | Date Filed | Due Date | Comments | Prior Listing | Firm Name |
|---|---|---|---|---|---|---|
| 0:17-cv-03103-JNE-FLN | Ghidella, Michael v. 3M Company et al | 7/19/2017 | 10/17/2017 | Active | 12/15/2017 01/08/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03187-JNE-FLN | Gawthorp, Dawn v. 3M Company et al | 7/21/2017 | 10/19/2017 | Active | 12/15/2017 01/08/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03823-JNE-FLN | Miller, Carol v. 3M Company et al | 8/18/2017 | 11/15/2017 | Active | 12/15/2017 01/08/2018 | Bernstein Liebhard LLP |
| 0:17-cv-03819-JNE-FLN | Mazer, Marc v. 3M Company et al | 8/18/2017 | 11/15/2017 | Active | 12/15/2017 01/08/2018 | Hollis Legal Solutions |
| 0:17-cv-03895-JNE-FLN | Loving, Dorothy v. 3M Company et al | 8/23/2017 | 11/20/2017 | Active | 12/15/2017 01/08/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03948-JNE-FLN | Gilliam, Lisette et al v. 3M Company et al | 8/25/2017 | 11/23/2017 | Active | 12/15/2017 01/08/2018 | Brent Coon & Associates |
| 0:17-cv-03956-JNE-FLN | Reeves, William v. 3M Company et al | 8/25/2017 | 11/23/2017 | Active | 12/15/2017 01/08/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03954-JNE-FLN | Rietz, Mary et al v. 3M Company et al | 8/25/2017 | 11/23/2017 | Active | 12/15/2017 01/08/2018 | Brent Coon & Associates |
| 0:17-cv-04298-JNE-FLN | Colby, Charles Gilbert v. 3M Company et al | 9/18/2017 | 12/17/2017 | Active | 12/15/2017 01/08/2018 | Pro se |
| 0:17-cv-04294-JNE-FLN | Washington, Vinetta v. 3M Company et al | 9/18/2017 | 12/17/2017 | Active | 12/15/2017 01/08/2018 | Bachus & Schanker, LLC |
| 0:17-cv-04293-JNE-FLN | Mason, Kenneth v. 3M Company et al | 9/18/2017 | 12/17/2017 | Active | 12/15/2017 01/08/2018 | Davis & Crump, P.C. |
| 0:17-cv-04431-JNE-FLN | Slaughter, Shirley v. 3M Company et al | 9/27/2017 | 12/26/2017 | Active | 12/15/2017 01/08/2018 | Kirtland and Packard LLP |
| 0:17-cv-04470-JNE-FLN | Ingram, Virginia v. 3M Company et al | 9/28/2017 | 12/27/2017 | Active | 1/8/2018 | Bernstein Liebhard LLP |
| 0:17-cv-04500-JNE-FLN | Hammel-Fogleboch v. 3M Company et al | 9/29/2017 | 12/28/2017 | Active | 1/8/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-04515-JNE-FLN | Horn, Warren v. 3M Company et al | 10/3/2017 | 1/1/2018 | Active | 1/8/2018 | Bernstein Liebhard LLP |
| 0:17-cv-04517-JNE-FLN | Henderson, Stephanie v. 3M Company et al | 10/3/2017 | 1/1/2018 | Active | 1/8/2018 | Bernstein Liebhard LLP |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).

**Defendants' PFS List 1:  Overdue Plaintiff Fact Sheets**
(Updated February 09, 2018)

| Case Number | Title | Date Filed | Due Date | Comments | Prior Listing | Firm Name |
|---|---|---|---|---|---|---|
| 0:17-cv-04519-JNE-FLN | Williams, Janice v. 3M Company et al | 10/3/2017 | 1/1/2018 | Active | 1/8/2018 | Bernstein Liebhard LLP |
| 0:17-cv-04556-JNE-FLN | Blair, Bridget v. 3M Company et al | 10/5/2018 | 1/3/2018 | Active | 1/8/2018 | Kirtland and Packard LLP |
| 0:17-cv-04628-JNE-FLN | Grace, Emily v. 3M Company et al | 10/10/2017 | 1/8/2018 | Active | 1/8/2018 | Kirtland and Packard LLP |
| 0:17-cv-04651-JNE-FLN | Knight, Kyle v. 3M Company et al | 10/11/2017 | 1/9/2018 | Active | | Kirtland & Packard LLP |
| 0:17-cv-04652-JNE-FLN | Leaf, Loretta v. 3M Company et al | 10/11/2017 | 1/9/2018 | Active | | Kirtland & Packard LLP |
| 0:17-cv-04637-JNE-FLN | Mackey, Carolyn v. 3M Company et al | 10/11/2017 | 1/9/2018 | Active | | Bernstein Liebhard LLP |
| 0:17-cv-04642-JNE-FLN | Smith, Diana et al v. 3M Company et al | 10/11/2017 | 1/9/2018 | Active | | The Miller Firm, LLC |
| 0:17-cv-04696-JNE-FLN | Campbell, Kimberly v. 3M Company et al | 10/13/2017 | 1/11/2018 | Active | | Kirtland and Packard LLP |
| 0:17-cv-04708-JNE-FLN | Rhone, Tareya v. 3M Company et al | 10/16/2017 | 1/14/2018 | Active | | Hare, Wynn, Newell & Newton |
| 0:17-cv-04716-JNE-FLN | Bewley, Kenneth v. 3M Company et al | 10/17/2017 | 1/15/2018 | Active | | Kirtland and Packard LLP |
| 0:17-cv-04731-JNE-FLN | Taylor, Rosie v. 3M Company et al | 10/18/2017 | 1/16/2018 | Active | | Kirtland and Packard LLP |
| 0:17-cv-04763-JNE-FLN | Rodriguez, Alice v. 3M Company et al | 10/20/2017 | 1/18/2018 | Active | | Kirtland and Packard LLP |
| 0:17-cv-04764-JNE-FLN | Bewley, Macil v. 3M Company et al | 10/20/2017 | 1/18/2018 | Active | | Kirtland and Packard LLP |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).

**Defendants' PFS List 1:  Overdue Plaintiff Fact Sheets**
(Updated February 09, 2018)

| Case Number | Title | Date Filed | Due Date | Comments | Prior Listing | Firm Name |
|---|---|---|---|---|---|---|
| 0:17-cv-04775-JNE-FLN | Reinhardt, Rhonda v. 3M Company et al | 10/23/2017 | 1/21/2018 | Active | | Bernstein Liebhard LLP |
| 0:17-cv-04777-JNE-FLN | Pine, Randy v. 3M Company et al. | 10/23/2017 | 1/21/2018 | Active | | Bernstein Liebhard LLP |
| 0:17-cv-04778-JNE-FLN | Brown, Ina v. 3M Company et al. | 10/23/2017 | 1/21/2018 | Active | | Bernstein Liebhard LLP |
| 0:17-cv-04845-JNE-FLN | Murray, Dan  v. 3M Company et al | 10/25/2018 | 1/23/2018 | Active | | Kirtland and Packard LLP |
| 0:17-cv-04896-JNE-FLN | Pew, Richard v. 3M Company et al | 10/26/2017 | 1/24/2018 | Active | | Kirtland and Packard LLP |
| 0:17-cv-04857-JNE-FLN | Murphy, Bennie v 3M et al | 10/26/2017 | 1/24/2018 | Active | | Bernstein Liebhard LLP |
| 0:17-cv-04872-JNE-FLN | Grimsley, Daniel v. 3M Company et al. | 10/26/2017 | 1/24/2018 | Suggestion of Death 01/22/2018 Doc # 7  DUE 04/22/2018 | | Bernstein Liebhard LLP |
| 0:17-cv-04881-JNE-FLN | Potter, Karen v. 3M Company et al | 10/26/2017 | 1/24/2018 | Active | | Bernstein Liebhard LLP |
| 0:17-cv-04885-JNE-FLN | McEvoy, Mark v. 3M Company et al | 10/26/2017 | 1/24/2018 | Active | | Bernstein Liebhard LLP |
| 0:17-cv-04889-JNE-FLN | Thornton, Mildred  v. 3M Company et al | 10/26/2017 | 1/24/2018 | Active | | Bernstein Liebhard LLP |
| 0:17-cv-04891-JNE-FLN | Edwards, Renate v. 3M Company et al | 10/26/2017 | 1/24/2018 | Active | | Bernstein Liebhard LLP |
| 0:17-cv-04984-JNE-FLN | Cheney, Jay v. 3M Company et al | 11/1/2017 | 1/30/2018 | Active | | Kirtland & Packard LLP |
| 0:17-cv-05021-JNE-FLN | Fair, Randy v. 3M Company et al | 11/3/2017 | 2/1/2018 | Active | | Kirtland & Packard LLP |
| 0:17-cv-05005-JNE-FLN | Gurzick, Margaret  v. 3M Company et al | 11/3/2017 | 2/1/2018 | Active | | Peterson & Associates, P.C. |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).

**Defendants' PFS List 1:  Overdue Plaintiff Fact Sheets**
(Updated February 09, 2018)

| Case Number | Title | Date Filed | Due Date | Comments | Prior Listing | Firm Name |
|---|---|---|---|---|---|---|
| 0:17-cv-05006-JNE-FLN | Thomas, Michael  v. 3M Company et al | 11/3/2017 | 2/1/2018 | Active | | Peterson & Associates, P.C. |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).

**Defendants' PFS List 2:  Plaintiffs Who Have Not Responded to Defendants' Deficiency Notices**
(Updated February 09, 2018)

| Case Number | Title | 1st Deficiency Notice Sent | Response Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:17-cv-02099-JNE-FLN | Osborne v. 3M Company et al | 10/12/2017 | 11/2/2017 | 11/07/2017 12/18/2017 01/10/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-02231-JNE-FLN | Nunn v. 3M Company et al | 10/18/2017 | 11/8/2017 | 12/18/2017 01/10/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-02383-JNE-FLN | Blancett v. 3M Company et al | 10/25/2017 | 11/16/2017 | 12/18/2017 01/10/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-02415-JNE-FLN | Pickett v. 3M Company et al | 10/25/2017 | 11/16/2017 | 12/18/2017 01/10/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-02589-JNE-FLN | Rashad v. 3M Company et al | 10/31/2017 | 11/21/2017 | 12/18/2017 01/10/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-02726-JNE-FLN | McCall v. 3M Company et al | 11/7/2017 | 11/28/2017 | 12/18/2017 01/10/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03233-JNE-FLN | McLaughlin v. 3M Company et al | 11/17/2017 | 12/8/2017 | 12/18/2017 01/10/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03311-JNE-FLN | McDaniel v. 3M Company et al | 11/21/2017 | 12/12/2017 | 1/10/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03445-JNE-FLN | Quinan v. 3M Company et al | 11/21/2017 | 12/12/2017 | 1/10/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03547-JNE-FLN | Sundquist v. 3M Company et al | 11/29/2017 | 12/20/2017 | 1/10/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03666-JNE-FLN | Gallo v. 3M Company et al | 12/5/2017 | 12/26/2017 | 1/10/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03721-JNE-FLN | Ramirez v. 3M Company et al | 12/5/2017 | 12/26/2017 | 1/10/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03809-JNE-FLN | Miller v. 3M Company et al | 12/12/2017 | 1/2/2018 | 1/10/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03834-JNE-FLN | Thornton, Ila v. 3M Company et al | 12/13/2017 | 1/3/2018 | 1/10/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03912-JNE-FLN | Kellett v. 3M Company et al | 12/18/2017 | 1/8/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-03915-JNE-FLN | Raney v. 3M Company et al | 12/18/2017 | 1/8/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-04068-JNE-FLN | Johnson, Barbara  v. 3M Company et al | 12/27/2017 | 1/17/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-04257-JNE-FLN | Coggins, Mark v. 3M Company et al | 1/10/2018 | 1/30/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-04285-JNE-FLN | Nickell, Vernon et al v. 3M Company et al | 1/11/2018 | 1/31/2018 | | Gustafson Gluek PLLC |
| 0:17-cv-03573-JNE-FLN | Parker, Lloyd v. 3M Company et al | 1/16/2018 | 2/2/2018 | | Bernstein Liebhard LLP |
| 0:17-cv-03994-JNE-FLN | Cook, Delores v. 3M Company et al | 1/16/2018 | 2/2/2018 | | Bernstein Liebhard LLP |
| 0:17-cv-04009-JNE-FLN | Rude, Lynas v. 3M Company et al | 1/16/2018 | 2/2/2018 | | Bernstein Liebhard LLP |
| 0:17-cv-03252-JNE-FLN | Gorbett, Jamie v. 3M Company et al | 1/16/2018 | 2/2/2018 | | Bernstein Liebhard LLP |

**Defendants' PFS List 2:  Plaintiffs Who Have Not Responded to Defendants' Deficiency Notices**
(Updated February 09, 2018)

| 0:17-cv-03380-JNE-FLN | Rowan, Charlotte v. 3M Company et al | 1/16/2018 | 2/2/2018 | | Bernstein Liebhard LLP |
|---|---|---|---|---|---|
| Case Number | Title | 2nd Deficiency Notice Sent | Response Due Date | Prior Listing | Firm Name |
| 0:17-cv-01978-JNE-FLN | Strain v. 3M Company et al | 11/27/2017 | 12/18/2017 | 1/10/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-02581-JNE-FLN | Key v. 3M Company et al | 12/18/2017 | 1/8/2018 | 1/10/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03088-JNE-FLN | Arnold et al v. 3M Company et al | 11/29/2017 | 12/20/2017 | 1/10/2018 | Brown and Crouppen, P.C |
| 0:17-cv-02372-JNE-FLN | Hufford v. 3M Company et al | 12/6/2017 | 12/27/2017 | 1/10/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-02758-JNE-FLN | Jones v. 3M Company et al | 12/6/2017 | 12/27/2017 | 1/10/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-02794-JNE-FLN | Toliver v. 3M Company et al | 12/6/2017 | 12/27/2017 | 1/10/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-02994-JNE-FLN | Ingold v. 3M Company et al | 12/29/2017 | 1/19/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-03014-JNE-FLN | Jenkins obo Gwendolyn Jensen v. 3M Company et al | 12/29/2017 | 1/19/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-03162-JNE-FLN | Zamora v. 3M Company et al | 1/3/2018 | 1/24/2018 | | Brown and Crouppen, P.C |
| 0:17-cv-03191-JNE-FLN | Hoskins v. 3M Company et al | 1/4/2018 | 1/25/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-03464-JNE-FLN | Witt v. 3M Company et al | 1/12/2018 | 2/2/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-03501-JNE-FLN | Smith v. 3M Company et al | 1/16/2018 | 2/6/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-03541-JNE-FLN | Chille v. 3M Company et al | 1/16/2018 | 2/6/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-03543-JNE-FLN | Hughes, James v. 3M Company et al | 1/16/2018 | 2/6/2018 | | Kennedy Hodges, L.L.P. |
| Case Number | Title | 3rd Deficiency Notice Sent | Response Due Date | Prior Listing | Firm Name |
| 0:17-cv-01968-JNE-FLN | Jordan v. 3M Company et al | 1/9/2018 | 1/30/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-02010-JNE-FLN | Ewing, Tanya v. 3M Company et al | 1/12/2018 | 2/2/2018 | | Kennedy Hodges, L.L.P. |

Yellow highlighting indicates that the case was previously listed on one or two status conference agendas per PTO 14 (D.E. 270).
Pink highlighting indicates that the case is subject to Defendants' Pending Motion to Dismiss.

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated February 09, 2018)

| Case Number | Title | 3rd Deficiency Sent | Prior Listing | Firm Name |
|---|---|---|---|---|
| 0:17-cv-00998-JNE-FLN | Gruetzmacher v. 3M Company | 10/16/2017 | 11/7/17 12/15/2017 1/10/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01017-JNE-FLN | Guzman v. 3M Company | 10/16/2017 | 11/7/17 12/15/2017 1/10/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:17-cv-01139-JNE-FLN | Husman v. 3M Company | 11/1/2017 | 12/15/2017 1/10/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:17-cv-01407-JNE-FLN | Jadwin et al v. 3M Company et al | 11/8/2017 | 12/15/2017 1/10/2018 | Brown and Crouppen, P.C. |
| 0:17-cv-01215-JNE-FLN | Pickens v. 3M Company | 11/13/2017 | 12/15/2017 1/10/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:17-cv-01250-JNE-FLN | Sparks v. 3M Company | 11/13/2017 | 12/15/2017 1/10/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:17-cv-01323-JNE-FLN | Peters v. 3M Company | 11/13/2017 | 12/15/2017 1/10/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:17-cv-02959-JNE-FLN | Josephs, Robert v. 3M Company et al | 1/18/2016 | 1/10/2018 | Brown and Crouppen, P.C. |
| 0:17-cv-02732-JNE-FLN | Walter v. 3M Company et al | 1/16/2018 | 1/10/2018 | Brown and Crouppen, P.C |
| 0:17-cv-03012-JNE-FLN | Wick v. 3M Company et al | 1/16/2018 | 1/10/2018 | Brown and Crouppen, P.C |
| 0:17-cv-03251-JNE-FLN | Young, Allen v. 3M Company et al | 1/17/2018 | 1/10/2018 | Brown and Crouppen, P.C. |
| 0:17-cv-02611-JNE-FLN | Hemphill v. 3M Company et al | 1/17/2018 | 1/10/2018 | Brown and Crouppen, P.C. |
| 0:17-cv-02924-JNE-FLN | Coleman v. 3M Company et al | 1/17/2018 | 1/10/2018 | Brown and Crouppen, P.C. |
| 0:17-cv-02949-JNE-FLN | Jelks v. 3M Company et al | 1/17/2018 | 1/10/2018 | Brown and Crouppen, P.C. |
| 0:17-cv-02967-JNE-FLN | McGruder, Markelia v. 3M Company et al | 1/17/2018 | 1/10/2018 | Brown and Crouppen, P.C. |
| 0:17-cv-02727-JNE-FLN | Temple, Kathleen v. 3M Company et al | 1/17/2018 | 1/10/2018 | Brown and Crouppen, P.C. |
| 0:17-cv-02615-JNE-FLN | Houseman v. 3M Company et al | 1/17/2018 | 1/10/2018 | Brown and Crouppen, P.C. |
| 0:17-cv-02919-JNE-FLN | Campbell v. 3M Company et al | 1/17/2018 | 1/10/2018 | Brown and Crouppen, P.C. |
| 0:17-cv-03118-JNE-FLN | Horgan, Michael v. 3M Company et al | 1/17/2108 | 1/10/2018 | Brown and Crouppen, P.C. |

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated February 09, 2018)

| | | | |
|---|---|---|---|
| 0:17-cv-02937-JNE-FLN | Fegan v. 3M Company et al | 12/11/2017 | Brown and Crouppen, P.C. |
| 0:17-cv-02966-JNE-FLN | McGhee v. 3M Company et al | 12/11/2017 | Brown and Crouppen, P.C. |
| 0:17-cv-03113-JNE-FLN | Gathright v. 3M Company et al | 12/11/2017 | Brown and Crouppen, P.C. |
| 0:17-cv-02737-JNE-FLN | Witherspoon, Richard v. 3M Company et al | 1/16/2018 | Brown and Crouppen, P.C |
| 0:17-cv-00288-JNE-FLN | Bradford, Linda v. 3M Company et al | 9/29/2017 | The Law offices of Travis R. Walker, P.A. |
| 0:17-cv-03213-JNE-FLN | Jenkins v. 3M Company et al | 12/11/2017 | Brown and Crouppen, P.C. |
| 0:17-cv-01554-JNE-FLN | Dorsey v. 3M Company | 11/29/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:17-cv-01565-JNE-FLN | Little v. 3M Company | 11/29/2017 | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:17-cv-02675-JNE-FLN | Morris v. 3M Company et al | 12/4/2017 | Brown and Crouppen, P.C |
| 0:17-cv-02713-JNE-FLN | Shearin v. 3M Company et al | 12/4/2017 | Brown and Crouppen, P.C |
| 0:17-cv-02717-JNE-FLN | Shields v. 3M Company et al | 12/4/2017 | Brown and Crouppen, P.C |
| 0:17-cv-02723-JNE-FLN | Stephenson v. 3M Company et al | 12/4/2017 | Brown and Crouppen, P.C |
| 0:17-cv-02724-JNE-FLN | Stidam v. 3M Company et al | 12/4/2017 | Brown and Crouppen, P.C |
| 0:17-cv-03086-JNE-FLN | Baldwin, Cheryl v. 3M Company et al | 12/4/2017 | Brown and Crouppen, P.C |
| 0:17-cv-03089-JNE-FLN | Boles-Johnson v. 3M Company et al | 12/4/2017 | Brown and Crouppen, P.C. |
| 0:17-cv-03242-JNE-FLN | Sturgis v. 3M Company et al | 12/4/2017 | Brown and Crouppen, P.C |
| 0:17-cv-03243-JNE-FLN | Sweeney v. 3M Company et al | 12/4/2017 | Brown and Crouppen, P.C |
| 0:17-cv-02916-JNE-FLN | Bourne v. 3M Company et al | 12/5/2017 | Brown and Crouppen, P.C |
| 0:17-cv-01476-JNE-FLN | Behney v. 3M Company et al | 12/6/2017 | Kennedy Hodges, L.L.P. |
| 0:17-cv-01093-JNE-FLN | Galbreath et al v. 3M Company et al | 12/11/2017 | Seth Webb |
| 0:17-cv-01574-JNE-FLN | Barnett v. 3M Company | 12/11/2017 | Daniel A. Nigh |
| 0:17-cv-02471-JNE-FLN | Blankenship-Whittaker v. 3M Company et al | 12/11/2017 | Brown and Crouppen, P.C. |

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated February 09, 2018)

| | | | | | |
|---|---|---|---|---|---|
| 0:17-cv-02665-JNE-FLN | Massey v. 3M Company et al | 12/11/2017 | | | Brown and Crouppen, P.C. |
| 0:17-cv-01493-JNE-FLN | Grussing, Leslie v. 3M Company et al | 1/19/2018 | | | Hendrickson Law |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).
Pink highlighting indicates that the case is subject to Defendants' Pending Motion to Dismiss.

# EXHIBIT D

**From:** Ben Hulse
**Sent:** Friday, March 09, 2018 3:47 PM
**To:** JoanEricksen_Chambers@mnd.uscourts.gov; noel_chambers@mnd.uscourts.gov
**Cc:** Jerry Blackwell <blackwell@blackwellburke.com>; Jan Conlin <JMC@ciresiconlin.com>; Ben Gordon <bgordon@levinlaw.com>; David Szerlag <david@pritzkerlaw.com>; Genevieve Zimmerman <gzimmerman@meshbesher.com>; Bridget Ahmann <Bridget.Ahmann@FaegreBD.com>; Mary Young <myoung@blackwellburke.com>
**Subject:** MDL 2666 - Bair Hugger - Defendants' Lists re: PFS Disputes

Dear Judge Ericksen and Judge Noel,

Attached are Defendants' three lists related to Plaintiff Fact Sheets, which are discussed in Section 2 of the parties' forthcoming Joint Status Report.

The parties have conferred and would like to submit the Joint Status Report on Monday, following the motions hearing with Judge Noel, as the hearing may inform the issues to be raised at Thursday's status conference.

Sincerely,

Ben Hulse

Benjamin W. Hulse
Blackwell Burke P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN  55415
Direct (612) 343-3256
Fax (612) 343-3205

This message and any attachments may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient or are not authorized to receive for the recipient, you are hereby notified that dissemination, distribution or copying of this message and any attachments is strictly prohibited. If you have received this message in error, please immediately advise the sender by reply e-mail and delete the message and any attachments. Thank you.

**Defendants' PFS List 1:  Overdue Plaintiff Fact Sheets**
(Updated March 09, 2018)

| Case Number | Title | Date Filed | Due Date | Comments | Prior Listing | Firm Name |
|---|---|---|---|---|---|---|
| 0:17-cv-04431-JNE-FLN | Slaughter, Shirley v. 3M Company et al | 9/27/2017 | 12/26/2017 | Active | 12/15/2017 01/08/2018 02/06/2018 | Kirtland and Packard LLP |
| 0:17-cv-04500-JNE-FLN | Hammel-Fogleboch v. 3M Company et al | 9/29/2017 | 12/28/2017 | Active | 1/8/2018 02/06/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-04515-JNE-FLN | Horn, Warren v. 3M Company et al | 10/3/2017 | 1/1/2018 | Active | 1/8/2018 02/06/2018 | Bernstein Liebhard LLP |
| 0:17-cv-04519-JNE-FLN | Williams, Janice v. 3M Company et al | 10/3/2017 | 1/1/2018 | Active | 1/8/2018 02/06/2018 | Bernstein Liebhard LLP |
| 0:17-cv-04637-JNE-FLN | Mackey, Carolyn v. 3M Company et al | 10/11/2017 | 1/9/2018 | Active | 2/6/2018 | Bernstein Liebhard LLP |
| 0:17-cv-04642-JNE-FLN | Smith, Diana et al v. 3M Company et al | 10/11/2017 | 1/9/2018 | Active | 2/6/2018 | The Miller Firm, LLC |
| 0:17-cv-04652-JNE-FLN | Leaf, Loretta v. 3M Company et al | 10/11/2017 | 1/9/2018 | Active | 2/6/2018 | Kirtland & Packard LLP |
| 0:17-cv-04651-JNE-FLN | Knight, Kyle v. 3M Company et al | 10/11/2017 | 1/9/2018 | Active | 2/6/2018 | Kirtland & Packard LLP |
| 0:17-cv-04764-JNE-FLN | Bewley, Macil v. 3M Company et al | 10/20/2017 | 1/18/2018 | Active | 2/6/2018 | Kirtland and Packard LLP |
| 0:17-cv-04775-JNE-FLN | Reinhardt, Rhonda v. 3M Company et al | 10/23/2017 | 1/21/2018 | Active | 2/6/2018 | Bernstein Liebhard LLP |
| 0:17-cv-04778-JNE-FLN | Brown, Ina v. 3M Company et al. | 10/23/2017 | 1/21/2018 | Active | 2/6/2018 | Bernstein Liebhard LLP |
| 0:17-cv-04881-JNE-FLN | Potter, Karen v. 3M Company et al | 10/26/2017 | 1/24/2018 | Active | 2/6/2018 | Bernstein Liebhard LLP |
| 0:17-cv-04885-JNE-FLN | McEvoy, Mark v. 3M Company | 10/26/2017 | 1/24/2018 | Active | 2/6/2018 | Bernstein Liebhard LLP |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).
Pink highlightig Indicates that the case is subject to Defendants' Pending Motion to Dismiss.

**Defendants' PFS List 1:  Overdue Plaintiff Fact Sheets**
(Updated March 09, 2018)

| Case Number | Title | Date Filed | Due Date | Comments | Prior Listing | Firm Name |
|---|---|---|---|---|---|---|
| 0:17-cv-04889-JNE-FLN | Thornton, Mildred  v. 3M Company et al | 10/26/2017 | 1/24/2018 | Active | 2/6/2018 | Bernstein Liebhard LLP |
| 0:17-cv-04891-JNE-FLN | Edwards, Renate v. 3M Company et al | 10/26/2017 | 1/24/2018 | Active | 2/6/2018 | Bernstein Liebhard LLP |
| 0:17-cv-05006-JNE-FLN | Thomas, Michael  v. 3M Company et al | 11/3/2017 | 2/1/2018 | Active This case is listed on Pacer as Voluntary Dismissal 02/09/2018  Ben wants us to still list this and proceed as normal | 2/6/2018 | Peterson & Associates, P.C. |
| 0:17-cv-05067-JNE-FLN | Henson,Brenda v. 3M Company et al | 11/8/2017 | 2/6/2018 | Active | | Kirtland & Packard LLP |
| 0:17-cv-05083-JNE-FLN | Meredith, Benjamin v. 3M Company et al | 11/10/2017 | 2/8/2018 | Active | | DeGaris |
| 0:17-cv-05112-JNE-FLN | Wygant, Kimberly v. 3M Company et al | 11/15/2017 | 2/11/2018 | Active | | Davis & Crump, P.C. |
| 0:17-cv-05123-JNE-FLN | Robinson-Bessicks, Alberta v. 3M Company et al | 11/15/2017 | 2/11/2018 | Active | | Kirtland & Packard LLP |
| 0:17-cv-05187-JNE-FLN | Rashid, Rose v. 3M Company et al | 11/21/2017 | 2/18/2018 | Active | | DeGaris |
| 0:17-cv-05180-JNE-FLN | Goldberg, Lana v. 3M Company et al | 11/21/2017 | 2/18/2018 | Active | | Davis & Crump, P.C. |
| 0:17-cv-05203-JNE-FLN | Critchley, Richard  v. 3M Company et al | 11/22/2017 | 2/19/2018 | Active Duplicate case 17-cv-04377 | | Kirlland and Packard |
| 0:17-cv-05204-JNE-FLN | Taliaferro, Russell  v. 3M Company et al | 11/22/2017 | 2/19/2018 | Active | | Kirtland and Packard LLP |
| 0:17-cv-05212-JNE-FLN | Casey, Mammie v. 3M Company et al | 11/27/2017 | 2/25/2018 | Active | | Davis & Crump, P.C. |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).
Pink highlightig Indicates that the case is subject to Defendants' Pending Motion to Dismiss.

**Defendants' PFS List 1: Overdue Plaintiff Fact Sheets**
(Updated March 09, 2018)

| Case Number | Title | Date Filed | Due Date | Comments | Prior Listing | Firm Name |
|---|---|---|---|---|---|---|
| 0:17-cv-05213-JNE-FLN | Crecy, General v. 3M Company et al | 11/27/2017 | 2/25/2018 | Active | | Davis & Crump, P.C. |
| 0:17-cv-05260-JNE-FLN | Papez, Constance v. 3M Company et al | 11/29/2017 | 2/27/2018 | Active | | Davis & Crump, P.C. |
| 0:17-cv-05261-JNE-FLN | Hardy, Alan  v. 3M Company et al | 11/29/2017 | 2/27/2018 | Active | | Bernstein Liebhard LLP |
| 0:17-cv-05270-JNE-FLN | Johnston, Todd v. 3M Company et al | 11/29/2017 | 2/27/2018 | Active | | Bernstein Liebhard LLP |
| 0:17-cv-05274-JNE-FLN | Capone, Helen v. 3M Company et al | 11/29/2017 | 2/27/2018 | Active | | Bernstein Liebhard LLP |
| 0:17-cv-05277-JNE-FLN | Billings, Willard v. 3M Company et al | 11/29/2017 | 2/27/2018 | Active | | Bernstein Liebhard LLP |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).
Pink highlightig Indicates that the case is subject to Defendants' Pending Motion to Dismiss.

**Defendants' PFS List 2:  Plaintiffs Who Have Not Responded to Defendants' Deficiency Notices**
(Updated March 09, 2018)

| Case Number | Title | 1st Deficiency Notice Sent | Response Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:17-cv-03311-JNE-FLN | McDaniel v. 3M Company et al | 11/21/2017 | 12/12/2017 | 01/10/2018 02/06/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03445-JNE-FLN | Quinan v. 3M Company et al | 11/21/2017 | 12/12/2017 | 01/10/2018 02/06/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03547-JNE-FLN | Sundquist v. 3M Company et al | 11/29/2017 | 12/20/2017 | 01/10/2018 02/06/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03666-JNE-FLN | Gallo v. 3M Company et al | 12/5/2017 | 12/26/2017 | 01/10/2018 02/06/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03721-JNE-FLN | Ramirez v. 3M Company et al | 12/5/2017 | 12/26/2017 | 01/10/2018 02/06/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03809-JNE-FLN | Miller v. 3M Company et al | 12/12/2017 | 1/2/2018 | 01/10/2018 02/06/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03834-JNE-FLN | Thornton, Ila v. 3M Company et al | 12/13/2017 | 1/3/2018 | 01/10/2018 02/06/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03912-JNE-FLN | Kellett v. 3M Company et al | 12/18/2017 | 1/8/2018 | 2/6/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-04068-JNE-FLN | Johnson, Barbara v. 3M Company et al | 12/27/2017 | 1/17/2018 | 2/6/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-04257-JNE-FLN | Coggins, Mark v. 3M Company et al | 1/10/2018 | 1/30/2018 | 2/6/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03496-JNE-FLN | Aker, Mary v. 3M Company et al | 1/11/2018 | 1/31/2018 | | McGlynn, Glisson and Mouton |
| 0:17-cv-04333-JNE-FLN | Carney, Robert et al v. 3M Company et al | 1/17/2018 | 2/7/2018 | | Gustafson Gluek PLLC |
| 0:17-cv-04336-JNE-FLN | Lister, Ray v. 3M Company et al | 1/29/2018 | 2/19/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-04537-JNE-FLN | Echard, Audrey et al v. 3M Company et al | 1/30/2018 | 2/20/2018 | | Gustafson Gluek PLLC |
| 0:17-cv-04623-JNE-FLN | Guobadia, Maxine v. 3M Company et al | 2/5/2018 | 2/26/2018 | | The Webster Law Firm |
| Case Number | Title | 2nd Deficiency Notice Sent | Response Due Date | Prior Listing | Firm Name |
| 0:17-cv-01978-JNE-FLN | Strain v. 3M Company et al | 11/27/2017 | 12/18/2017 | 1/10/2018 02/06/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-02372-JNE-FLN | Hufford v. 3M Company et al | 12/6/2017 | 12/27/2017 | 1/10/2018 02/06/2018 | Gustafson Gluek PLLC |
| 0:17-cv-02581-JNE-FLN | Key v. 3M Company et al | 12/18/2017 | 1/8/2018 | 1/10/2018 02/06/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-02758-JNE-FLN | Jones v. 3M Company et al | 12/27/2017 | 1/17/2018 | 2/6/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-02994-JNE-FLN | Ingold v. 3M Company et al | 12/29/2017 | 1/19/2018 | 2/6/2018 | Kennedy Hodges, L.L.P. |

**Defendants' PFS List 2:  Plaintiffs Who Have Not Responded to Defendants' Deficiency Notices**
(Updated March 09, 2018)

| | | | | | |
|---|---|---|---|---|---|
| 0:17-cv-03464-JNE-FLN | Witt, Alan v. 3M Company et al | 1/12/2018 | 2/2/2018 | 2/6/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03501-JNE-FLN | Smith, Carla v. 3M Company et al | 1/16/2018 | 2/6/2018 | 2/6/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03541-JNE-FLN | Chille v. 3M Company et al | 1/16/2018 | 2/6/2018 | 2/6/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03543-JNE-FLN | Hughes, James v. 3M Company et al | 1/16/2018 | 2/6/2018 | 2/6/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-02925-JNE-FLN | Zimmerman, Burl v. 3M Company et al | 1/26/2018 | 2/16/2018 | | The Olinde Firm, LLC |
| 0:17-cv-03554-JNE-FLN | Cyr, Kevin v. 3M Company et al | 2/1/2018 | 2/22/2018 | | DeGaris & Rogers, LLC |
| 0:17-cv-03557-JNE-FLN | Crawford, Desiree v. 3M Company et al | 1/30/2018 | 2/20/2018 | | McSweeney / Langevin |
| 0:17-cv-03563-JNE-FLN | Opperman, Charlene v. 3M Company et al | 1/18/2018 | 2/8/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-03696-JNE-FLN | Hickman, Alan v. 3M Company et al | 1/23/2018 | 2/13/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-03718-JNE-FLN | Seymore,Mary v. 3M Company et al | 1/23/2018 | 2/13/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-03747-JNE-FLN | Jackson, Deloise v. 3M Company et al | 1/30/2018 | 2/20/2018 | | Schlichter Bogard & Denton, LLP |
| 0:17-cv-03781-JNE-FLN | Buttram, Trude v. 3M Company et al | 1/26/2018 | 2/16/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-03824-JNE-FLN | Henry, Lawrence v. 3M Company et al | 1/30/2018 | 2/20/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-03833-JNE-FLN | Boultinghouse, Richard v. 3M Company et al | 1/30/2018 | 2/20/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-03848-JNE-FLN | Boughner, Roland v. 3M Company et al | 2/5/2018 | 2/26/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-03851-JNE-FLN | Colby, Mary  v. 3M Company et al | 2/5/2018 | 2/26/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-03859-JNE-FLN | Revenaugh, Mary Katherine v. 3M Company et al | 1/30/2018 | 2/20/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-03939-JNE-FLN | Winkelman, Chad v. 3M Company et al | 2/5/2018 | 2/26/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-03963-JNE-FLN | Jones, Rose v. 3M Company et al | 2/6/2018 | 2/27/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-04432-JNE-FLN | Egdorf, Arlan v. 3M Company | 2/7/2018 | 2/28/2018 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |

**Defendants' PFS List 2:  Plaintiffs Who Have Not Responded to Defendants' Deficiency Notices**
(Updated March 09, 2018)

| Case Number | Title | 3rd Deficiency Notice Sent | Response Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:17-cv-01968-JNE-FLN | Jordan, Teresa v. 3M Company et al | 1/9/2018 | 1/30/2018 | 2/6/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-02010-JNE-FLN | Ewing, Tanya v. 3M Company et al | 1/12/2018 | 2/2/2018 | 2/6/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-02114-JNE-FLN | Harms, Bobby v. 3M Company et al | 1/17/2018 | 2/7/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-02534-JNE-FLN | Duran, Connie v. 3M Company et al | 2/5/2018 | 2/26/2018 | | Kennedy Hodges, L.L.P |
| 0:17-cv-02638-JNE-FLN | Reinker, Susan v. 3M Company et al | 2/6/2018 | 2/27/2018 | | Kennedy Hodges, L.L.P. |

Yellow highlighting indicates that the case was previously listed on one or two status conference agendas per PTO 14 (D.E. 270).
Pink highlighting indicates that the case is subject to Defendants' Pending Motion to Dismiss.

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated March 09, 2018)

| Case Number | Title | 3rd Deficiency Sent | Prior Listing | Firm Name |
|---|---|---|---|---|
| 0:17-cv-02919-JNE-FLN | Campbell v. 3M Company et al | 1/17/2018 | 1/10/2018 2/06/2018 | Brown and Crouppen, P.C. |
| 0:17-cv-00288-JNE-FLN | Bradford, Linda  v. 3M Company et al | 9/29/2017 | 2/6/2018 | The Law offices of Travis R. Walker, P.A. |
| 0:17-cv-01093-JNE-FLN | Galbreath et al v. 3M Company et al | 12/11/2017 | 2/6/2018 | Seth Webb |
| 0:17-cv-01476-JNE-FLN | Behney v. 3M Company et al | 12/6/2017 | 2/6/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-01554-JNE-FLN | Dorsey v. 3M Company | 11/29/2017 | 2/6/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:17-cv-01565-JNE-FLN | Little v. 3M Company | 11/29/2017 | 2/6/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:17-cv-01574-JNE-FLN | Barnett v. 3M Company | 12/11/2017 | 2/6/2018 | Daniel A. Nigh |
| 0:17-cv-02737-JNE-FLN | Witherspoon, Richard v. 3M Company et al | 1/16/2018 | 2/6/2018 | Brown and Crouppen, P.C |
| 0:17-cv-02949-JNE-FLN | Jelks v. 3M Company et al | 3/6/2018 | 01/10/2018 02/06/2018 | Brown and Crouppen, P.C. |
| 0:17-cv-02959-JNE-FLN | Josephs, Robert v. 3M Company et al | 1/18/2016 | 1/10/2018 2/06/2018 | Brown and Crouppen, P.C. |
| 0:17-cv-01494-JNE-FLN | Six, John v. 3M Company et al | 2/2/2018 | | Hendrickson Law |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).
Pink highlightig Indicates that the case is subject to Defendants' Pending Motion to Dismiss.

# EXHIBIT E



**LEVIN · PAPANTONIO**
**THOMAS · MITCHELL**
**RAFFERTY & PROCTOR · P.A.**
PROFESSIONAL CORPORATION        ATTORNEYS AT LAW

| | | | |
|---|---|---|---|
| KIMBERLY LAMBERT ADAMS | STEPHEN A. LUONGO | TROY A. RAFFERTY | BEN W. GORDON, JR. |
| BRIAN H. BARR | M. JUSTIN LUSKO | MATTHEW D. SCHULTZ | ARCHIE C. LAMB, JR. |
| MICHAEL C. BIXBY | NEIL E. McWILLIAMS, JR. | W. CAMERON STEPHENSON | *(LICENSED IN ALABAMA AND FLORIDA)* |
| M. ROBERT BLANCHARD | CLAY MITCHELL | THOMAS A. TAYLOR | ROBERT M. LOEHR |
| BRANDON L. BOGLE | PETER J. MOUGEY | LEO A. THOMAS | PAGE A. POERSCHKE |
| W. TROY BOUK | DANIEL A. NIGH | BRETT VIGODSKY | *(LICENSED ONLY IN ALABAMA)* |
| WESLEY A. BOWDEN | TIMOTHY M. O'BRIEN | | |
| VIRGINIA M. BUCHANAN | MIKE PAPANTONIO | MALLORY J. MANGOLD | LEFFERTS L. MABIE, JR. *(1925-1996)* |
| WILLIAM F. CASH III | CHRISTOPHER O. PAULOS | *(LICENSED ONLY IN ALABAMA* | D.L. MIDDLEBROOKS *(1926-1997)* |
| JEFF GADDY | EMMIE J. PAULOS | *AND MISSISSIPPI)* | DAVID H. LEVIN *(1928-2002)* |
| RACHAEL R. GILMER | A. RENEE PRESTON | | STANLEY B. LEVIN *(1938-2009)* |
| FREDRIC G. LEVIN | ROBERT E. PRICE | OF COUNSEL: | |
| MARTIN H. LEVIN | MARK J. PROCTOR | LAURA S. DUNNING | |
| | | *(LICENSED ONLY IN ALABAMA)* | |

December 11, 2017



**VIA FEDEX**

Benjamin W. Hulse
Blackwell Burke P.A
431 South Seventh Street.
Suite 2500
Minneapolis, MN 55415
bhulse@blackwellburke.com

Re:     *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
         MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
         *Arlene Little v. 3M Company*, Case No.: 0:17-cv-01565-JNE-FLN

Dear Counsel:

Pursuant to paragraph 6 of PTO 14, please see the attached documentation to cure deficiencies for the above captioned matter.

Sincerely,

Daniel A. Nigh

DAN/aw

Enclosure

Response to Deficiencies

*Arlene Little v. 3M Company*, Case No.: 0:17-cv-01565-JNE-FLN

**Deficiencies cannot be cured at this time as we have not been able to contact client but will continue to make a diligent effort to do so.**



| KIMBERLY LAMBERT ADAMS | STEPHEN A. LUONGO | TROY A. RAFFERTY | BEN W. GORDON, JR. |
| BRIAN H. BARR | M. JUSTIN LUSKO | MATTHEW D. SCHULTZ | ARCHIE C. LAMB, JR. |
| MICHAEL C. BIXBY | NEIL E. McWILLIAMS, JR. | W. CAMERON STEPHENSON | *(LICENSED IN ALABAMA AND FLORIDA)* |
| M. ROBERT BLANCHARD | CLAY MITCHELL | THOMAS A. TAYLOR | ROBERT M. LOEHR |
| BRANDON L. BOGLE | PETER J. MOUGEY | LEO A. THOMAS | PAGE A. POERSCHKE |
| W. TROY BOUK | DANIEL A. NIGH | BRETT VIGODSKY | *(LICENSED ONLY IN ALABAMA)* |
| WESLEY A. BOWDEN | TIMOTHY M. O'BRIEN | | |
| VIRGINIA M. BUCHANAN | MIKE PAPANTONIO | MALLORY J. MANGOLD | LEFFERTS L. MABIE, JR. (1925-1996) |
| WILLIAM E CASH III | CHRISTOPHER G. PAULOS | *(LICENSED ONLY IN ALABAMA AND MISSISSIPPI)* | D.L. MIDDLEBROOKS (1926-1997) |
| JEFF GADDY | EMMIE J. PAULOS | | DAVID H. LEVIN (1928-2002) |
| RACHAEL R. GILMER | A. RENEE PRESTON | OF COUNSEL: | STANLEY B. LEVIN (1938-2009) |
| FREDRIC G. LEVIN | ROBERT E. PRICE | LAURA S. DUNNING | |
| MARTIN H. LEVIN | MARK J. PROCTOR | *(LICENSED ONLY IN ALABAMA)* | |

## LEVIN • PAPANTONIO
## THOMAS • MITCHELL
## RAFFERTY & PROCTOR • P.A.
PROFESSIONAL CORPORATION          ATTORNEYS AT LAW

December 18, 2017

RECEIVED
DEC 1 5 2017
BY: SLC

**VIA FEDEX**

Benjamin W. Hulse
Blackwell Burke P.A
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415
bhulse@blackwellburke.com

    Re:    *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
          MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
          *Alma Dorsey v. 3M Company,* Case No. 0:17-cv-01554-JNE-FLN

Dear Counsel:

    Pursuant to paragraph 6 of PTO 14, please see attached documentation to cure deficiencies for the above captioned case.

              Sincerely,

              Daniel A. Nigh

DAN/ec
Enclosure

Response to Deficiencies

*Alma Dorsey v. 3M Company,* Case No. 0:17-cv-01554-JNE-FLN

**Deficiencies cannot be cured at this time as we have not been able to contact client but will continue to make a diligent effort to do so.**