UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| THIS DOCUMENT RELATES TO:<br><br>Rhonda Reinhardt<br><br>(0:17-cv-04775-JNE-FLN) | |

**PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

COMES NOW Plaintiff for the above-captioned action to hereby opposes the motion to dismiss of Defendants 3M Company and Arizant Healthcare, Inc. ("Defendants" collectively). The motion to dismiss and accompanying brief in support are Docs. 1189 and 1191 ("Motion" collectively).

Defendants have asked the Court to dismiss this action with prejudice for failure to comply with the Court's Pretrial Order No. 14 ("PTO 14"), which requires a plaintiff to serve a completed and signed Plaintiff Fact Sheet ("PFS"), medical authorization, and supporting documents.

**PLAINTIFF'S ACTION SHOULD NOT BE DISMISSED WITH PREJUDICE**

Plaintiff has yet to return the documents set forth by this Court's PTO 14. Plaintiff is aware of the obligations regarding completing and serving PFS, medical authorization, and supporting documents, pursuant to PTO 14. However, to be precise, the undersigned counsel is without any knowledge of circumstances that may preclude Plaintiff from responding to the counsel's contact attempts and efforts or completing the Court mandated

PFS and medical authorization. The undersigned counsel attempted to reach Plaintiff numerous times including but not limited to the following:

- December 7, 2017 – Mailed PFS and medical authorization;
- December 14, 2017 – Mailed a PFS follow-up letter and left a voicemail;
- January 3, 2018 – Left a voicemail;
- January 16, 2018 – Left a voicemail re: PFS and her obligations set forth in PTO 14;
- January 30, 2018 – Sent a letter re: PFS and her obligations set forth in PTO 14;
- February 12, 2018 – Searched for any alternative contact information, left a voicemail, and sent an email;
- February 21, 2018 – Sent an email re: PFS;
- March 2, 2018 – Mailed a PFS follow-up letter;
- March 20, 2018 – Sent an email re: PFS;
- April 6, 2018 – Left a voicemail advising Plaintiff that Defendants moved to dismiss her case with prejudice for failure to comply with PTO 14;

In light of the foregoing, the undersigned counsel respectfully seeks a 120-day extension on PTO 14. Nevertheless, if the Court deems dismissal of Plaintiff's action to be proper, then they should be dismissed without prejudice granting an opportunity for Plaintiff to reinstate her action.

DATED:  April 10, 2018					Respectfully submitted,

**BERNSTEIN LIEBHARD LLP**

By:  /s/ Daniel C. Burke
Daniel C. Burke
10 E. 40th Street
New York, NY   10016
Telephone:   (212) 779-1414
Facsimile: (212) 779-3218
Email: dburke@bernlieb.com
Email: dlee@bernlieb.com

*Attorneys for Plaintiff*