UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| **This document relates to:** | JUDGE: JOAN N. ERICKSEN<br>MAG. JUDGE: FRANKLIN L. NOEL |
| *Hufford v. 3M Company, et al.*<br>Case Action No. 16-cv-02372 | |

**AFFIDAVIT OF AMANDA M. WILLIAMS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Amanda M. Williams, being duly sworn, states the following:

1. I am licensed to practice law in the State of Minnesota and admitted to state and federal Court in Minnesota. I am a member of Gustafson Gluek PLLC.

2. I submit this affidavit in support of Plaintiff's Opposition to Defendants' Motion to Dismiss in *Hufford v. 3M Company, et al.,* Case No. 16-cv-02372.

3. Attached as Exhibit A is the PACER case locator, representing the party search for Shannon Hufford.

4. Attached as Exhibit B is the Person Name or Business Name Search, representing the Arkansas Court System online records search for Shannon Hufford;

47849

5. Attached as Exhibit C is the Plaintiff Complaint, filed on June 29, 2017, in the United States District Court, District of Minnesota.

Further your affiant sayeth not.

s/Amanda M. Williams  
Amanda M. Williams

Subscribed and sworn to before me this 12th day of April, 2018.

_____
Notary Public

DANETTE KOESTER MUNDAHL
Notary Public
State of Minnesota
My Commission Expires
January 31, 2023

47849