# Exhibit A



# Party Search Results

**Search Criteria:** Party Search; Last Name: hufford; First Name: shannon; Exact Matches Only
**Result Count:** 5 (1 page)
**Current Page:** 1

| | |
|---|---|
| Party Name | Hufford, Shannon (pla) |
| Case Number | 0:2017cv02372 |
| Case Title | Hufford v. 3M Company et al |
| Court | Judicial Panel On Multidistrict Litigati |
| NOS | |
| Date Filed | 06/29/2017 |
| Date Closed | |

| | |
|---|---|
| Party Name | Hufford, Shannon (mdlno) |
| Case Number | 0:2015md02666 |
| Case Title | IN RE: Bair Hugger Forced Air Warming Devices Products Liability Litigation |
| Court | Minnesota District Court |
| NOS | |
| Date Filed | 12/11/2015 |
| Date Closed | |

| | |
|---|---|
| Party Name | Hufford, Shannon (pla) |
| Case Number | 0:2017cv02372 |
| Case Title | Hufford v. 3M Company et al |
| Court | Minnesota District Court |
| NOS | |
| Date Filed | 06/29/2017 |
| Date Closed | |

| | |
|---|---|
| Party Name | Hufford, Shannon Gale (db) |
| Case Number | 3:2018bk11752 |
| Case Title | Shannon Gale Hufford |
| Court | Arkansas Eastern Bankruptcy Court |
| NOS | |
| Date Filed | 03/29/2018 |
| Date Closed | |

| | |
|---|---|
| Party Name | Hufford, Shannon Shawn (db) |
| Case Number | 5:2000bk19846 |
| Case Title | Shannon Shawn Hufford |
| Court | Oklahoma Western Bankruptcy Court |
| NOS | |
| Date Filed | 12/04/2000 |
| Date Closed | 05/23/2001 |

**PACER Service Center**

| | | |
|---|---|---|
| | **Receipt** 04/12/2018 11:13:37 1730625793 | |
| User | Tracgrill_53 | |
| Client Code | 5664247 | |

| Description | All Court Types Party Search |
| --- | --- |
| | All Courts; Name hufford, shannon; Page: 1 |
| **Billable Pages** | 1 ($0.10) |