# Exhibit B

# Person Name or Business Name Search

▶ New Search

**Phonetic Search:** off   **Last Name:** hufford   **First Name:** shannon

| ID | Names/Corporation | Case Description | Party Type | Filing Date | Judge |
|---|---|---|---|---|---|
| 3240167 | SHANNON HUFFORD **Aliases:** ,MORGAN, SHANNON GALE | **Case:** 28DR-16-47 SHANNON HUFFORD V GREG HUFFORD **Status:** | PLAINTIFF | 04-FEB-16 | , 2ND CIRCUIT DIVISION 5 |
| 12265407 | SHANNON HUFFORD **Aliases:** ,HUFFORD, SHANNON L. | **Case:** 04DR-95-873 HUFFORD V HUFFORD **Status:** CLOSED | PLAINTIFF | 04-MAY-95 | , 19TH WEST CIRCUIT DIVISION 4 |

**Page:** 1   **Records:** 1 - 2