IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

IN RE: BAIR HUGGER FORCED AIR WARMING PRODUCT LIABILITY LITIGATION

MDL No.: 15-md-02666 (JNE/FLN)

This Document Relates To:

BARBARA JOHNSON,

        Plaintiff,

Civil Action No.: 17-CV-04068-JNE-FLN

---

**L.R. 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE REGARDING PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

This brief complies with the work limitation of LR 7.1(f) because this brief contains 272 words, including all text, headings, footnotes, and quotations, other than the parts of the brief exempted by LR 7.1(f). This brief was prepared using Microsoft Office Word 2013.

This brief complies with the type size requirements of LR 7.1 (h) because this brief has been prepared using at least font size 13, is double-spaced (except for headings, footnotes and quotations that exceed two lines) and is submitted on $8^{1/2}$" by 11" paper with at least one inch of margins on all four sides.

Dated: April 12, 2018

                          KENNEDY HODGES, LLP

                          By: <u>/s/ David W. Hodges</u>
                          David W. Hodges
                          dhodges@kennedyhodges.com
                          Gabriel A. Assaad
                          gassaad@kennedyhodges.com
                          4409 Montrose Blvd. Ste 200
                          Houston, TX 77006
                          Telephone: (713) 523-0001
                          Facsimile: (713) 523-1116

                          ATTORNEYS FOR PLAINTIFF