# IN THE UNITED STATES DISTRICT COURT
# OF MINNESOTA

| | |
|---|---|
| **IN RE: Bair Hugger Forced Air Warming Products Liability Litigation** | **MDL No. 15-2666 (JNE/FLN)** |
| **This Document Relates to:** | **Judge Joan N. Ericksen** |
| **MARION HOFFMAN** | **Case No. 0:16-cv-04063** |
| Plaintiff, | **SUGGESTION OF DEATH** |
| v. | |
| **3M COMPANY AND ARIZANT HEALTHCARE, INC.** | |
| Defendants. | |

Now comes the undersigned counsel, and hereby gives notice of the death of Plaintiff Marion Hoffman. The time, date and circumstances of Mrs. Hoffman's death are set forth in the Death Certificate attached hereto as Exhibit A.

    Respectively submitted,

    s/ Matthew J. Skikos
    Matthew J. Skikos (CA SBN 269765)
    SKIKOS, CRAWFORD, SKIKOS & JOSEPH, LLP
    One Sansome Street, Suite 2830
    San Francisco, CA 94104
    (415) 546-7300 Telephone
    (415) 546-7301 Facsimile
    mskikos@skikos.com

    **ATTORNEYS FOR PLAINTIFF MARION HOFFMAN**

# CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2018, a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

DATED: 4/16/18

s/ Matthew J. Skikos
Matthew J. Skikos (CA SBN 269765)
SKIKOS, CRAWFORD, SKIKOS & JOSEPH, LLP
One Sansome Street, Suite 2830
San Francisco, CA 94104
(415) 546-7300 Telephone
(415) 546-7301 Facsimile
mskikos@skikos.com

**ATTORNEYS FOR PLAINTFF MARION HOFFMAN**