Kansas Department of Health and Environment
Office of Vital Statistics

# CERTIFICATE OF DEATH

State File Number: 115-2018-01202

| # | Field | Value |
|---|---|---|
| 1 | Decedent's Legal Name (First, Middle, Last) | MARION JULIA HOFFMAN |
| 2 | Sex | FEMALE |
| 3 | Date Of Death (Month, Day, Year) | 01/17/2018 |
| 4 | Social Security Number | [redacted] |
| 5 | Date Filed By State Registrar | 01/22/2018 |
| 6 | Last Name Prior to First Marriage | MCGRAW |
| 7a | Date Of Birth | [redacted] |
| 7b | Age | 90 YEAR(S) |
| 8 | Place Of Birth (City And State Or Foreign Country) | HOGE, KANSAS |
| 9 | Decedent Ever In U.S. Armed Forces | NO |
| 10a | Place Of Death | DECEDENT RESIDENCE |
| 10b | Facility Name (If Not Institution, Street And Number) | 2328 N 81ST COURT |
| 10c | County Of Death | WYANDOTTE |
| 10d | Zip Code | 66109 |
| 10e | City or Town Of Death | KANSAS CITY |
| 11 | Marital Status | MARRIED |
| 12 | Surviving Spouse (Name Prior to First Marriage) | BERNARD ARTHUR HOFFMAN |
| 13a | Residence – Street Address | 2328 N 81ST COURT |
| 13b | State or Foreign Country | KANSAS |
| 13c | County or Province | WYANDOTTE |
| 13d | City or Town | KANSAS CITY |
| 13e | Zip Code | 66109 |
| 13f | Inside City Limits | YES |
| 14 | Decedent's Ancestry | IRISH |
| 15 | Decedent's Race | WHITE |
| 16 | Decedent's Hispanic Origin | NOT SPANISH, HISPANIC, LATINO |
| 17 | Decedent's Education | ASSOCIATE DEGREE |
| 18 | Decedent's Occupation | OFFICE ADMINISTRATION |
| 19 | Decedent's Industry | BRIDGE BUILDERS CONSTRUCTION UNION |
| 20 | Father/Parent Birth Name (First, Middle, Last) | HENRY J MCGRAW |
| 21 | Mother/Parent Birth Name (First, Middle, Last) | EVA REARDON |
| 22a | Informant's Name (First, Middle, Last) | BERNARD HOFFMAN |
| 22b | Mailing Address | 2328 N 81ST COURT, KANSAS CITY, KANSAS, 66109 |
| 22c | Relationship To Decedent | HUSBAND |
| 23 | Method Of Disposition | BURIAL |
| 24a | Place Of Disposition | GATE OF HEAVEN |
| 24b | Location | KANSAS CITY, KANSAS |
| 25 | Funeral Service Licensee And License Number | /e/ALENA HASKINS - 2963 |
| 26 | Name Of Embalmer And License Number | JENNA ALEXANDER - 2016021552 |
| 27 | Name And Address Of Firm | CHAPEL HILL BUTLER FUNERAL HOME, 701 N 94TH STREET, KANSAS CITY, KANSAS, 66112 |

### 28. Cause Of Death

Part I. Events (diseases, injuries, or complications) that directly caused the death.

| | Cause | Approximate Interval: Onset To Death |
|---|---|---|
| A) IMMEDIATE CAUSE | INFLUENZA | DAYS |
| B) | | |
| C) | | |
| D) UNDERLYING CAUSE | | |

Part II. Other Significant Conditions Contributing To Death But Not Resulting In The Underlying Cause Given In Part I:
HEART DISEASE, ATRIAL FIBRILLATION, RECENT URINARY TRACT INFECTION, HIP SEPSIS

| 29a | Autopsy | NO |
|---|---|---|
| 29b | Autopsy Findings Available To Complete The Cause Of Death | |
| 29c | Coroner Contacted | NO |
| 30 | Did Tobacco Use Contribute To Death? | UNKNOWN |
| 31 | If Female | NOT PREGNANT WITHIN THE PAST YEAR |
| 32 | Manner Of Death | NATURAL |
| 33a | Date Of Injury | |
| 33b | Time Of Injury | |
| 33c | Injury At Work | |
| 33d | How Injury Occurred | |
| 33e | Place Of Injury | |
| 33f | Location | |
| 34a | Date Pronounced Dead | 01/17/2018 |
| 34b | Time Pronounced Dead | 5:00 PM |
| 34c | Actual Or Presumed Time Of Death | 5:00 PM |
| 34d | Name Of Person Pronouncing Death | |
| 34e | License No. | |
| 35a | Pronouncing and Certifying Physician | /e/JOHN R HANSEN - MD |
| 35b | License No. | 0429103 |
| 35c | Date Certified | 01/20/2018 |
| 35d | Address And Zip Code Of Person Completing Cause Of Death | 7381 W 133RD #100, OVERLAND PARK, KANSAS, 66213 |

VS231A – Rev. 10/11/2016
01/22/2018  V0074866959 01 HOFFMAN 201804001202 10 Reg M

Topeka, Kansas, certified on the date stamped below.



2018 JAN 22 AM 10:37

*Elizabeth W. Saadi*

Elizabeth W Saadi, Ph.D
State Registrar
Office of Vital Statistics
Department of Health & Environment

N0580669

It is in violation of KSA 65-2422d(g) to prepare or issue any certificate which purports to be an original, certified copy or abstract or copy of a certificate, except as authorized in the Uniform Vital Statistics Act or rules and regulations adopted under this act.

CERTIFIED COPIES WILL BE PRODUCED ON WATERMARKED MULTI-COLOR SECURITY PAPER.