# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to:<br>**ALL ACTIONS** | **MOTION FOR FURTHER CONSIDERATION OF ORDER ON JOINT MOTION REGARDING CONTINUED SEALING** |

Pursuant to L.R. D. Minn. 5.6, Defendants respectfully move the Court for further consideration of its March 23, 2018 Order on the joint motion regarding continued sealing (Dkt. 1182). Defendants' motion arises from the fact that the Order calls for the unsealing of an internal draft document (Dkt. 937) that Defendants contend should remain under seal. Defendants thus request that the Court reconsider that portion of Dkt. 1182 that requires unsealing of Dkt. 937.

Defendants rely on the accompanying memorandum of law in support of their motion, as well as all prior proceedings and pleadings herein.

Dated:  April 19, 2018                    Respectfully submitted,

*s/Monica L. Davies*
Jerry W. Blackwell (MN #186867)
Monica L. Davies (MN #0315023)
Benjamin W. Hulse (MN #0390952)
Mary S. Young (MN #0392781)
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3248
Fax: (612) 343-3205
Email: blackwell@blackwellburke.com
           mdavies@blackwellburke.com
           bhulse@blackwellburke.com
           myoung@blackwellburke.com

Bridget M. Ahmann (MN #016611x)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Phone: (612) 766-7000
Fax: (612) 766-1600
Email: bridget.ahmann@faegrebd.com

**Counsel for Defendants 3M Company and Arizant Healthcare Inc.**