# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to:<br>**ALL ACTIONS** | **MEET AND CONFER STATEMENT FOR DEFENDANTS' MOTION FOR FURTHER CONSIDERATION OF ORDER ON JOINT MOTION REGARDING CONTINUED SEALING** |

I, Monica L. Davies, representing Defendants, certify that I met and conferred with Plaintiffs' counsel by email regarding Defendants' Motion for Further Consideration of Order on Joint Motion Regarding Continued Sealing. Plaintiffs' counsel indicated they would object to the relief requested.

Dated: April 19, 2018

Respectfully submitted,

*s/Monica L. Davies*
Jerry W. Blackwell (MN #186867)
Monica L. Davies (MN #0315023)
Benjamin W. Hulse (MN #0390952)
Mary S. Young (MN #0392781)
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3248
Fax: (612) 343-3205
Email: blackwell@blackwellburke.com
mdavies@blackwellburke.com
bhulse@blackwellburke.com
myoung@blackwellburke.com

Bridget M. Ahmann (MN #016611x)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Phone: (612) 766-7000
Fax: (612) 766-1600
Email: bridget.ahmann@faegrebd.com

**Counsel for Defendants 3M Company and Arizant Healthcare Inc.**