# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to:<br>**ALL ACTIONS** | **[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION FOR FURTHER CONSIDERATION OF ORDER ON JOINT MOTION REGARDING CONTINUED SEALING** |

This matter is before the Court pursuant to Defendants' Motion for Further Consideration of Order on Joint Motion Regarding Continued Sealing under L.R. D. Minn. 5.6.

The Court, having considered the Motion, the arguments of counsel, and the files, records, and proceedings herein, states that:

**IT IS HEREBY ORDERED** that Defendants' Motion for Further Consideration of Order on Joint Motion Regarding Continued Sealing is GRANTED.

**IT IS FURTHER ORDERED** that Dkt. 937 shall remain under seal.

Dated: _____, 2018        _____
United States District Court Magistrate Judge