UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 2666 (JNE/FLN) |
| This Document Relates to: All Actions | **PLAINTIFFS' MOTION FOR FURTHER CONSIDERATION OF ORDER ON JOINT MOTION REGARDING CONTINUED SEALING** |

_____

Pursuant to L.R. D. Minn. 5.6, Plaintiffs respectfully move the Court for further consideration of its March 23, 2018 Order [Dkt. 1182] pertaining to the joint motions regarding continued sealing.[1] Plaintiffs bring their motion due to the fact that the Court's Order requires the continued sealing of several documents which (a) have been discussed in detail during public hearings before the Court with no objection from Defendants at the time of said hearing; and/or (b) do not meet the requirements of being deemed confidential under the Protective Order entered in this case.[2] Plaintiffs thus request that the Court reconsider that portion of the Order which requires continued sealing of those documents.

Plaintiffs rely on the accompanying memorandum of law in support of their motion, along with all prior proceedings and pleadings in this litigation.

---

[1] *See* Dkt. 1002, 1003, 1005, 1006, 1007, 1009, and 1010.
[2] *See* Dkt. 39, Pretrial Order No. 7: Protective Order.

Respectfully submitted,

Dated: April 20, 2018.

| | |
|---|---|
| CIRESI CONLIN L.L.P. | MESHBESHER & SPENCE LTD. |
| /s/Michael V. Ciresi<br>Michael V. Ciresi (MN #0016949)<br>Jan M. Conlin (MN #0192697)<br>Michael Sacchet (MN # 395817)<br>Ciresi Conlin LLP<br>225 S. 6th St., Suite 4600<br>Minneapolis, MN 55402<br>Phone: 612.361.8202<br>Email: MVC@CiresiConlin.com<br>         JMC@CiresiConlin.com<br>         MAS@ciresiconlin.com | /s/ Genevieve M. Zimmerman<br>Genevieve M. Zimmerman (MN #330292)<br>1616 Park Avenue South<br>Minneapolis, MN 55404<br>Phone: (612) 339-9121<br>Fax: (612) 339-9188<br>Email: gzimmerman@meshbesher.com |

LEVIN PAPANTONIO, P.A.

/s/ Ben W. Gordon, Jr.
Ben W. Gordon (FL # 882836)
J. Michael Papantonio (FL # 335924)
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
Phone: (850) 435-7090
Fax: (850) 436-6090
Email: bgordon@levinlaw.com

*Attorneys for Plaintiffs*