UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

IN RE: Bair Hugger Forced Air Warming      MDL No. 2666 (JNE/FLN)

Products Liability Litigation


This Document Relates to:                  **DECLARATION OF DONALD C.**
All Actions                                **GREEN II IN SUPPORT OF**
                                           **PLAINTIFFS' MOTION FOR**
                                           **FURTHER CONSIDERATION OF**
                                           **ORDER ON JOINT MOTION**
                                           **REGARDING CONTINUED**
                                           **SEALING**

_____

1. My name is Donald C. Green II and I am an attorney for Kennedy Hodges, LLP. The following documents are hereby attached, and submitted in support of Plaintiffs' Motion for Further Consideration of Order on Joint Motion Regarding Continued Sealing:

2. Exhibit A, which is a true and correct copy of United States Patent No. 5,350,417 for a "convective thermal blanket" originally issued to Augustine Medical, Inc. This document is also available online to the general public at: https://patents.google.com/patent/US5350417A/en.

3. Exhibit B, which is a true and correct copy of United States Patent No. 6,876,884 for a "forced air warming unit" originally issued to Defendant Arizant Healthcare, Inc. This document is also available online to the general public at https://patents.google.com/patent/US6876884B2/en.

4. Exhibit C, which is a true and correct copy of the list of the documents at issue from the Court's Order from March 23, 2018, Dkt. 1182.

5. Exhibit D, which is a true and correct copy of an email chain ending with a November 11, 2007 email from Al Van Duren to Cindy Quint, produced by

Defendant 3M at Bates label range 3MBH00982932 to 3MBH00982933 in the course of *In re Bair Hugger: Bair Hugger Forced Air Warming Products Liability Litigation*, MDL No. 15-2666.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

April 20, 2018                                           /s/ Donald C. Green II
                                                         Donald C. Green II