# EXHIBIT C

Exhibit C - Documents Requested to be Unsealed
Plaintiffs' Motion for Further Consideration

| Joint Motion Number: | Sealed/Redacted Document: | Description |
|---|---|---|
| 1002 | 879 | Plaintiffs' Memorandum in Opposition to Defendants' Motion to Exclude Plaintiffs' General Causation Medical Experts |
|  | 881 | Plaintiffs' Exhibit 18: 3MBH01330587–92 |
|  | 883 | Plaintiffs' Exhibit 20: 3MBH01300839–40 |
|  | 887 | Plaintiffs' Exhibit 48: 3MBH00001336 |
|  | 891 | Plaintiffs' Exhibit 62: 3MBH00544754–55 |
|  | 895 | Plaintiffs' Exhibit 68: 3MBH00554405–06 |
|  | 900 | Plaintiffs' Exhibit 75: 3MBH00556461–70 |
|  | 901 | Plaintiffs' Exhibit 76: 3MBH01332558 |
|  | 903 | Plaintiffs' Exhibit 78: 3MBH01260231–32 |
|  | 905 | Plaintiffs' Exhibit 80: 3MBH01975262–65 |
| 1003 | 780, 803 | Exhibit E to the Declaration of Genevieve M. Zimmerman (Dkt. 784); Exhibit P to the Declaration of Genevieve M. Zimmerman (Dkt. 807). |
| 1006 | 789 | Exhibit C to the Declaration of Genevieve M. Zimmerman, the Expert Report of Dr. Yadin David (sealed version at Dkt. 789, redacted version at Dkt. 790). |
| 1007 | 935 | Plaintiffs' Response Opposing Defendants' Motion for Summary Judgment |
|  | 938 | Plaintiffs' Exhibit 3: 3MBH00001389–90 |
|  | 940 | Plaintiffs' Exhibit 22: 3MBH00556461–70 |
|  | 942 | Plaintiffs' Exhibit 26: 3MBH01975262–65 |
|  | 943 | Plaintiffs' Exhibit 24: 3MBH01260231–32 |
|  | 944 | Plaintiffs' Exhibit 34: 3MBH01617179–81 |
|  | 945 | Plaintiffs' Exhibit 35: 3MBH00053467–72 |
|  | 948 | Plaintiffs' Exhibit 17 (30(b)(6) deposition of Albert Van Duren), pp. 93–94, 96, 98–100, 245, 318–322 |
| 1009 | 866 | Plaintiffs' Response to Defendants' Motion to Exclude Plaintiffs' Expert Dr. Yadin David (sealed version at Dkt. 866, redacted version at Dkt. 867) |
|  | 868 | Plaintiffs' Exhibit 1, Expert Report of Dr. Yadin David (sealed version at Dkt. 868, redacted version at Dkt. 869) |
| 1010 | 915 | Plaintiffs' Opposition to Defendants' Motion to Exclude Plaintiffs' Engineering Experts, p. 47 |

Exhibit C - Documents Requested to be Unsealed
Plaintiffs' Motion for Further Consideration

| Joint Motion Number: | Sealed/Redacted Document: | Description |
|---|---|---|
| | 924 | Plaintiffs' Exhibit 12(30(b)(6) deposition of Albert Van Duren), pp. 93–94, 96, 98–100, 245, 318–322 |
| | 918 | Plaintiffs' Exhibit 29 |
| | 925 | Plaintiffs' Exhibit 30 |
| | 929 | Plaintiffs' Exhibit 44, Deposition of Karl Zgoda, pp. 84–88, 153–174, 183–187, 195–196 |
| | 921 | Plaintiffs' Exhibit 47 |