UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

IN RE: Bair Hugger Forced Air Warming
Products Liability Litigation

MDL No. 2666 (JNE/FLN)

This Document Relates to:
All Actions

**[PROPOSED] ORDER REGARDING PLAINTIFFS' MOTION FOR FURTHER CONSIDERATION OF ORDER ON JOINT MOTION REGARDING CONTINUED SEALING**

_____

This matter is before the Court by Plaintiffs' Motion for Further Consideration of Order on Joint Motion Regarding Continued Sealing under L.R. D. Minn. 5.6.

The Court, having considered the Motion, the arguments of counsel, and the pleadings, records, and proceedings herein, states that:

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Further Consideration of Order on Joint Motion Regarding Continued Sealing is GRANTED.

**IT IS FURTHER ORDERED** that the documents identified by Exhibit C of Plaintiffs Motion shall be unsealed.

Dated: _____ , 2018

_____
Honorable Judge Joan Ericksen
United States District Court Judge