## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Devices Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to: All Actions | **DECLARATION OF MONICA L. DAVIES IN SUPPORT OF DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR FURTHER CONSIDERATION OF ORDER ON JOINT MOTION REGARDING CONTINUED SEALING** |

Monica L. Davies, being first duly sworn, deposes and declares:

1. I am one of the attorneys representing Defendants in connection with the above-referenced matter. I make this declaration in support of Defendants' Memorandum in Opposition to Plaintiffs' Motion for Further Consideration of Order on Joint Motion Regarding Continued Sealing.

2. Attached hereto as Exhibit 1 is a copy of an email sent by Augustine and/or Augustine-controlled entities to third parties, making representations regarding arguments presented during the hearing on Plaintiffs' motion to add a claim for punitive damages.

3. Attached hereto as Exhibit 2 are copies of emails sent by Augustine and/or Augustine-controlled entities to third parties, representing that the Bair Hugger system is being recalled.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of April, 2018.

*s/ Monica L. Davies*
Monica L. Davies (MN #0315023)
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3248
Fax: (612) 343-3205
Email: mdavies@blackwellburke.com

**Counsel for Defendants 3M Company and Arizant Healthcare Inc.**
