# EXHIBIT 1

転送されたメッセージ:

**差出人:** MAKOTO OZAKI <morton@live.jp>
**日時:** 2017年6月3日 2:58:52 GMT+2
**宛先:** "mhoshi@mmm.com" <mhoshi@mmm.com>
**件名: [EXTERNAL] Fwd: Bair Hugger litigation--new revelations**

星さん、来週のパラマウントベッドがやる展示やランチョンがかなりの雑音を発しそうです。
パラマウントベッドへの御社からの何らかのアクション必要かもしれません。やはり!

Makoto Ozaki

BlueMailより送信
2017年6月3日、午前6:37、Scott Augustine <saugustine@augbiomed.com> のメッセージ:
Hi Makoto,

Breaking news: Just made public; 3M has been cheating on Bair Hugger safety research and giving their customers knowingly false assurances of Bair Hugger safety. The Judge denied 3M's request for confidentiality and opened their Punitive Damages hearing to the public. The revelations of 3M's malfeasances by the plaintiff's lawyers were truly breathtaking.

By now, most have heard that there is mass tort litigation targeting 3M for Bair Hugger® warming. There are well over 2,000 plaintiffs that have been consolidated into a Multidistrict Litigation (MDL). It is likely that there will be more than 20,000 plaintiffs before this MDL is settled. If the settlement is for $1 million each, this will be by far the most expensive anesthesia-

related mass tort action *ever* and could be the most expensive medical device mass tort action ever. 3M's characterization that "there is nothing to it" is pure fantasy.

As the inventor of Bair Hugger, it gives me no pleasure to share this information. However, since an unintended consequence of my invention is that it is causing severe injuries, I am on a mission to see that it is removed from implant surgery—especially orthopedic implants.

Consider that all evidence at this date indicates that joint implant patients are being catastrophically injured by infections linked to Bair Hugger warming. Consider that hospitals, surgeons and anesthesiologists could be dragged into these cases as med-mal co-defendants with 3M. Consider that 3M is using the "learned intermediary" defense (I'm not a lawyer but in general that means that the providers knew about the risks of Bair Hugger and used it anyway so the provider is responsible for the injury). All things considered, it is time for all providers to take a hard look at the facts of this mass tort litigation and then take action to distance yourselves from the litigation and Bair Hugger.

First look at the credibility and ethics of 3M in this matter. In the recent hearing on punitive damages, the plaintiffs argued that the 3M Corporation should be held responsible not only for the pain and suffering that they have caused, but also they should be punished for their irresponsible and reckless behavior. See http://hotdogwarming.com/bairhugger-litigation .

Most of this document is redacted since 3M is trying to keep its contents confidential. While we don't know the full evidence supporting these claims, some of the damning email and deposition testimony evidence was publicly presented in the oral arguments. A couple of examples include:

Allegation: *Defendants [3M] engineered and manipulated scientific research to produce commercially favorable results*.

Some of the evidence: The deposition testimony from Gary Hansen PhD, Head of R&D for Arizant/3M, admitted that the Sessler study[1] published in A&A was in fact *research fraud.*

The study, which was a joint effort between 3M and Dr. Daniel Sessler, a long-time paid consultant to 3M, was carefully and deceptively designed to show that the waste Bair Hugger heat did *not* rise and thus did *not* cause contamination of the sterile field. It is now revealed through Hansen's sworn deposition testimony that despite the deceptive study design, when they did

the experiment, the results were positive with *10 times more contaminating particles* in the sterile field when the Bair Hugger heat was "on" compared to when it was "off." These positive results are consistent with seven studies published by other investigators showing contamination but are clearly adverse to 3M's Bair Hugger safety claims.

***With Dr. Sessler as the first author, the published study reported false negative results: no waste heat rising and no contamination of the sterile field. The adverse 10 times more contamination results were "buried" and these data were never reported.*** **This is the very definition of research fraud.** Dr. Sessler is also directly responsible for the numerous false assurances of Bair Hugger safety that he makes in his paper, which are based on the false results. For example, "We extend these results by showing that activation of forced-air warming does not reduce operating room air quality, even during laminar flow ventilation." and "It is thus reasonable, based on findings from this investigation, to consider forced-air warming to be safe in laminar flow operating rooms."[1] 3M has regularly cited to this study as evidence of Bair Hugger safety, despite the fact that they certainly knew the study was fraudulent and the actual results were the opposite of those reported. I told you that the truth would eventually come out by way of the litigation.

Allegation: *Defendants [3M] affirmatively misrepresented the safety of the Bair Hugger and failed to warn customers, healthcare providers, and the public of those risks.*

Some of the evidence: In response to various 3M marketing claims assuring safety, Al Van Duren, Director of Scientific Affairs & Education, wrote in an email that *every study shows that Bair Hugger increases the particle count...and the particle count reflects the bio-burden in the operating room.* In another email he wrote, ***there is evidence that FAW increases infections.***

The other seven allegations made in the motion for punitive damages are listed at the end of this communication. Clearly the plaintiffs believe that they can prove each of these serious allegations. One must also ask the obvious question; if 3M has nothing to worry about—nothing to hide as they purport, why have they redacted all of the evidence to keep it hidden from the public eye? Viewed collectively or independently, this conduct shows that 3M knew that Bair Hugger posed a serious safety risk to orthopedic patients but deliberately acted with intentional disregard to the high probability of injury to patients.

The MDL Court also recently made public the reports from the plaintiff's experts. The five plaintiff's experts are very impressive, two of whom have over 400 published peer-reviewed scientific journal articles each. One spent over 20 years at the CDC including being the nations top hospital acquired infection (HAI) investigator. Two are chairmen of FDA Advisory Committees. One is Chairman of the Clean Air Scientific Advisory Committee of the EPA and Chair of several Committees at the National Academies of Sciences, Engineering and Medicine.

These experts have analyzed existing data, 3M's internal communications, sworn deposition testimony of 3M employees and ex-employees and in some cases they have done their own original research. They have come to exactly the same conclusions about the risks of Bair Hugger warming and 3M's mishandling of this matter that we have been promoting for the past six years. As you can see, these outside experts also agree with our interpretation of the Bair Hugger® science.

Brief summaries of the rather dense reports are attached. The full reports can be accessed at http://hotdogwarming.com/bairhugger-litigation .

In summary:

1. Eight studies (including 3M's unpublished data) show that the waste heat from forced-air warming (FAW) contaminates the sterile surgical field.[2-8] **Legg showed *2,000 times more contamination* when Bair Hugger was used.**[6] Two studies link the FAW contamination to 74% and 78% of joint implant infections (results from 4 hospitals and 3,471 patients).[2,9] At least five studies show that nearly all Bair Hugger blowers are internally contaminated and are aerosolizing the organisms into the operating room.[10-12] In contrast, there are zero (0) studies that disprove this contamination research and zero outcome studies that show FAW safety in orthopedic implant surgery.

2. The HICPAC Committee of the CDC, while investigating infections caused by heater-cooling devices used in cardiac surgery has said, "*Nothing that blows air should be in an operating theater, if possible*" and "*...it is important not to blow air in the operating theater.*" [13,14] FAW is by far the biggest "blower of air" in the operating room.

3. In light of $20 billion in potential liability payments, most of it from punitive damages due to 3M's terrible behavior in this matter, you do not want to risk being a co-defendant with them. I urge you to follow the lead of thousands of anesthesiologists and surgeons across the US and move FAW out of implant surgery especially orthopedics, at least until it can be proven to be safe. *"First, do no harm."*

4. 3M's litigation problems are very real and they are not going away anytime soon. I know of no medical devices that have survived mass tort litigation.

5. HotDog® is the only practical and effective alternative to FAW on the market today. With over 5 million patient uses so far, we know that HotDog® warming is safer, more effective and much less expensive than FAW. HotDog® is the only electric warming technology that can safely and effectively warm surgical patients.

6. 3M has done a masterful job of enforcing their "bundled discount" contracts. Please let us show you how these discounts are insignificant compared to the cost of FAW infections and hypothermia complications (due to failed FAW warming).

I hope that these dramatic revelations are persuasive enough to give you the confidence that it is time to take a firm stand on the very important issues of forced-air warming contamination and infection. I also hope that you will consider switching to HotDog warming.

I am happy to discuss any of this matter further. Please feel free to pass this memo on to any of your colleagues.

Warm regards,
Scott

Scott D. Augustine MD
CEO
Augustine Temperature Management, LLC
Augustine Biomedical + Design, LLC
6581 City West Parkway
Eden Prairie, MN 55344
saugustine@augbiomed.com
AugustineBiomedical.com
HotDog-USA.com

952-465-3502 (0)
612-710-1277 (m)

The plaintiffs believe that they can prove each of the following serious allegations:

- Defendants [3M] designed and marketed the Bair Hugger without performing any safety validation with respect to the known risk of airborne contamination.

- Defendants [3M] not only secretly cut the efficiency of the Bair Hugger filter without validating the safety of the new filtration level, but they hid this change from the FDA, healthcare providers, and the public.

- Defendants [3M] knew the inadequate filter would result in increased particles passing through the filter, causing internal contamination of the Bair Hugger.

- Defendants' [3M] product engineers repeatedly developed feasible design changes that would have reduced, if not eliminated, the risk of internal contamination, but all of these changes were rejected by management.

- Defendants [3M] willfully disregarded medical research regarding the potential for the Bair Hugger to harm patients through disruption of the surgical field.

- Defendants [3M] were aware of the weaknesses and limitations of the research they used to support the Bair Hugger but never warned the public of the same.

- Defendants [3M] engineered and manipulated scientific research to produce commercially favorable results.

- Defendants [3M] prevented, discredited, and suppressed scientific inquiry regarding the potential for the Bair Hugger to increase the risk of orthopedic infections.

- Defendants [3M] affirmatively misrepresented the safety of the Bair Hugger and failed to warn customers, healthcare providers, and the public of those risks.

References:

1. Sessler D, Olmsted R, and Kuelpmann R. Forced-air Warming Does Not Worsen Air Quality in Laminar Flow Operating Rooms. *Anesth Analg* 2011;113:1416-21.
2. McGovern et al. Forced-air warming and ultra-clean ventilation do not mix. J Bone and Joint Surg-Br. 2011;93(11):1537-1544.

3. Dasari et al. Effect of forced air warming on the performance of operating theatre laminar flow ventilation. Anaesthesia 2012;67:244-249.
4. Legg et al. Do forced air patient-warming devices disrupt unidirectional downward airflow? J Bone and Joint Surg-Br. 2012;94-B:254-6.
5. Belani et al. Patient warming excess heat: The effects on orthopedic operating room ventilation performance. Anesthesia & Analgesia 2013 Aug;117(2):406-11
6. Legg, AJ and Hamer AJ. Forced-air patient warming blankets disrupt unidirectional airflow. Bone and Joint Journal, March 2013 vol. 95-B no. 3 407-410
7. Scherrer M. Hygiene and room climate in the operating room. Min Invas Ther & Allied Tech 2003;12(6);293-299.
8. Moretti B et al. Active warming systems to maintain perioperative normothermia in hip replacement surgery: a therapeutic aid or a vector of infections? J Hosp Infect 2009;73:58-63
9. Augustine S. Forced-air warming discontinued: Periprosthetic joint infection rates drop. In press.
10. Albrecht M, Leaper D et al. Forced-air warming blowers: An evaluation of filtration adequacy and airborne contamination emissions in the operating room. Am J Infect Control 2011;39:321-8.
11. Reed M et al. Forced Air Warming Design: An Evaluation of Intake Filtration, Internal Microbial Build-Up, and Airborne-Contamination Emissions. AANA Journal 2013;81(4):275-280
12. Leaper D, Albrecht M, Gauthier R. Forced-air warming: a source of airborne contamination in the operating room? Orthopedic Rev. 2009;3:e28.
13. Healthcare Infection Control Practices Advisory Committee, Division of Healthcare Quality Promotion, CDC, pg-27, Nov. 5-6, 2015.
14. Sommerstein R, Ruegg C, Kohler P, Bloemberg G. Kuster SP, Sax H. Transmission of *Mycobacterium chimaera* from Heater-Cooler Units during Cardiac Surgery despite an Ultraclean Air Ventilation System. Emerging Infectious Diseases (CDC). 2016;22(6):1008-1013

# EXHIBIT 2



From: saugustine@augbiomed.com
To: kmclinch@comcast.net
Cc:
Sent: 2017-03-02 8:47:32 PM
Subject: 3M recalls Bair Hugger from orthopedics

**Re: 3M recalls Bair Hugger from orthopedics**

Hi Kathy,

I hope all is well. In light of all of the misinformation from 3M about Bair Hugger® vs. HotDog, I thought you might be interested in 3M's latest actions—which definitely speak louder than words.

Facing more than 1,400 federal-court lawsuits claiming that Bair Hugger® forced-air warming causes catastrophic orthopedic infections, 3M is quietly replacing it with their own electric mattress. *Is this substitution a "recall" or just clever marketing?*

3M would like you to believe that this is merely an "enhancement" or a "substitution" -- call it anything other than a "recall." Why? Because a "recall" signals a business catastrophe, especially during mass tort litigation. A recall ordered by the FDA is a government *proclamation* that a product is not safe. A recall initiated by the company is an *admission* that a product is not safe. A recall during mass tort litigation is in essence a

guilty plea.

*Clearly this is a "recall" as defined by the FDA.*[1,2] Using the language of the FDA , Bair Hugger is "adulterated" and the removal of an adulterated device from the market is by definition, a "recall." It is axiomatic that adulterated devices violate FDA regulations, especially when the adulteration results in a significant safety risk.

The FDA statutes are very precise: recalls must be publicly announced, with notification of the products' safety risks given to both the FDA and to the customers. In my opinion, 3M's sneaky "silent recall" is clearly unlawful. In essence, they are asking their customers to help them violate the law.

This silent Bair Hugger recall is a direct contradiction of the *false assurances of safety* that 3M has repeatedly made over the past six years. How many of your patients have been put at risk of devastating implant infections based on 3M's false assurances of safety?

Apparently, simply lying to its customers is no longer sufficient. We have now observed that, when orthopedic surgeons refuse to allow Bair Hugger in their ORs, 3M quietly replaces it with their electric mattress.

If your vendor will openly lie to you about safety, putting your patients at significant risk of catastrophic infections simply to protect their profits, are they worthy of being your partner? Are they worthy of your trust? Are they worthy of your business? Business ethics cannot be optional when patients' lives are at stake.

I hope that you will consider HotDog® warming when you replace Bair Hugger in orthopedics. HotDog is air-free and waste heat-free, much safer, nearly twice as effective and much less expensive. Most importantly, you can trust Augustine Temperature Management to put patients ahead of profit.

Please give me a call or email if you have questions, comments or would like to discuss this matter further. Please feel free to forward this email to your colleagues.

Warm regards,

Scott

Scott D. Augustine MD
CEO
Augustine Temperature Management, LLC
saugustine@augbiomed.com
HotDogwarming.com

952-465-3502 (0)
612-710-1277 (m)

1. A recall is any correction or removal of a device which is intended to resolve a failure to meet specifications or perform as intended--in other words, is "adulterated."

> "FDA generally considers devices that fail to meet represented specifications or that fail to perform as represented to be of a quality below that which they purport or are represented to possess, rendering them adulterated under section 501(c) of the FD&C Act [21 U.S.C. 351(c)]. Changes intended to resolve a failure to meet specifications or failure of the device to perform as represented would generally constitute recalls." (FDA Guidance Document: Distinguishing Medical Device Recalls from Medical Device Enhancements, October 15, 2014)

http://www.fda.gov/downloads/medicaldevices/deviceregulationandguidance/guidancedocuments/ucm418469.pdf

2. Bair Hugger is "adulterated," which means that it does not comply with the specifications that were submitted by the company to the FDA in order to get 510k clearance for selling the product.

Ÿ 3M falsely claimed that Bair Hugger blankets "...feature a tape barrier which prevent air from migrating toward the surgical site." This statement is false because it was later discovered that the waste FAW heat and air escape from under the surgical table near the floor. The contaminated warm air then rises alongside the table, outside the surgical drape, and has been shown in many published studies to contaminate the sterile surgical field. *The tape on the blanket offers no protection from this contamination whatsoever.*

Ÿ 3M falsely claimed that Bair Hugger blowers have HEPA filters (99.97% efficiency) later amended to 93% efficiency. *This statement is false because, in fact, Bair Hugger filters were later reduced to only 63% efficiency. As* a result, nearly every Bair Hugger blower is internally contaminated with bacterial colonies that are then aerosolized into the high velocity air passing through the unit.

Ÿ 3M claimed that: "Two studies have concluded that the Bair Hugger® 500 Series Units do not increase the incidence of microbial or wound contamination." This was a true statement in 2000 but the two studies referenced were exceptionally weak from a scientific point of view and poorly designed to answer the specific question at hand. 8-10 years later it was shown with the publication of seven much more scientifically robust studies, that this statement was in fact false. 3M has continued to promote its unsupported story of safety despite the overwhelming evidence to the contrary provided by the more recent research.

[redacted]

3M's "Silent" Recall of Bair Hugger? Page 1 of 2

Subscribe | Share | Past Issues | Translate | RSS

3M's "Silent" Recall of Bair Hugger? View this email in your browser

OrthopedicInfectionAdvisory.org

Dr. Haught,

**3M's "Silent" Recall of Bair Hugger?**

Facing more than 1,300 federal-court claims that Bair Hugger® forced-air warming causes catastrophic orthopedic infections, 3M is quietly replacing Bair Hugger with an alternative device.

*Is this substitution a recall?*

**"3M may deny that this is a recall," says Dr. Scott Augustine, inventor of both Bair Hugger and air-free HotDog electrical warming," but clearly it is an admission of a problem. 3M has a statutory obligation to publicly report their Bair Hugger safety problem, not to secretly pull the product from the market. FDA regulations are very clear on this point."**

In federal Multi-District Litigation, plaintiffs claim multiple FDA violations, that, if true, could require a recall. Bair Hugger, they claim, is clearly "adulterated," meaning that it does not perform as claimed in the 510k. Plaintiffs claim that 3M did not accurately describe what happens to the Bair Hugger waste heat or the poor quality of filtration. Adulterated devices violate FDA regulations, especially when the adulteration results in a significant safety risk.

For years, Dr. Augustine has been warning of the unintended consequence of airborne contamination with Bair Hugger, particularly in orthopedic surgery. 3M has attacked air-free warming and assured customers that Bair Hugger is safe. Now that orthopedic surgeons are concerned, contends Dr. Augustine, 3M is substituting its own electric mattress.

"To make it worse, warming with just a mattress is inadequate because it doesn't cover enough surface area. Patients will still be cold," says Dr. Augustine.

Dr. Augustine's latest invention, air-free HotDog® patient warming, is a reusable electric blanket AND mattress warming system that does not blow air.

According to FDA Guidance:

"a recall can be any correction or removal of a device that has been distributed when the device is in violation of ...FDA regulations and the violation is one against which the FDA would initiate legal action."

http://us7.campaign-archive2.com/?u=07adcd854d1eb8283a9e88aad&id=ac43d3796c&e=... 2/21/2017

Distinguishing Medical Device Recalls from Medical Device Enhancements, citing to Federal Food, Drug, and Cosmetic Act (FD&C Act) [21 U.S.C. 360h]Federal Food, Drug, and Cosmetic Act (FD&C Act) [21 U.S.C. 360h] http://www.fda.gov/downloads/medicaldevices/deviceregulationandguidance/guidancedocuments/ucm418469.pdf

**About Orthopedic Infection Advisory**

Orthopedic Infection Advisory (OIA) is dedicated to educating healthcare professionals about the risks and consequences of orthopedic infections. OIA monitors scientific publications for research relating to such infections, with particularly emphasis on peri-prosthetic infections. OIA is supported by Augustine Temperature Management.

*Copyright © 2017 Orthopedic Infection Advisory, All rights reserved.*

Want to change how you receive these emails?
You can update your preferences or unsubscribe from this list