# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to:<br>Case Nos.:<br>17-cv-01494 *(Six v. 3M Co., et al.)*<br>17-cv-02114 *(Harms v. 3M Co., et al.)*<br>17-cv-02534 *(Duran v. 3M Co., et al.)*<br>17-cv-03496 *(Aker v. 3M Co., et al.)*<br>17-cv-03747 *(Jackson v. 3M Co., et al.)*<br>17-cv-03848 *(Boughner v. 3M Co., et al.)*<br>17-cv-04537 *(Echard v. 3M Co., et al.)*<br>17-cv-04623 *(Guobadia v. 3M Co., et al.)* | **NOTICE OF HEARING ON DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 14** |

PLEASE TAKE NOTICE that on May 17, 2018 at 9:30 a.m., before the Honorable Joan N. Ericksen, United States District Court, 12W U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, Defendants 3M Company and Arizant Healthcare, Inc. will respectfully move the Court to enter an order dismissing the following Plaintiffs' cases for failure to comply with the Court's Pretrial Order No. 14, entered September 27, 2016:

| Case Number | Plaintiff | Firm Name |
|---|---|---|
| 0:17-cv-01494-JNE-FLN | Six | Todd Hendrickson, P.C. |
| 0:17-cv-02114-JNE-FLN | Harms | Kennedy Hodges, L.L.P. |
| 0:17-cv-02534-JNE-FLN | Duran | Kennedy Hodges, L.L.P. |
| 0:17-cv-03496-JNE-FLN | Aker | McGlynn, Glisson & Mouton |
| 0:17-cv-03747-JNE-FLN | Jackson | Schlichter, Bogard & Denton, LLP |
| 0:17-cv-03848-JNE-FLN | Boughner | Kennedy Hodges, L.L.P. |
| 0:17-cv-04537-JNE-FLN | Echard | Gustafson Gluek, P.L.L.P. |
| 0:17-cv-04623-JNE-FLN | Guobadia | The Webster Law Firm |

Dated: May 3, 2018                                  Respectfully submitted,


*s/Benjamin W. Hulse*
Benjamin W. Hulse (MN #0390952)
**Attorney for Defendants 3M Company and Arizant Healthcare Inc.**
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3200
Fax: (612) 343-3205
Email: bhulse@blackwellburke.com