# EXHIBIT A



Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

January 17, 2018

**VIA EMAIL AND U.S. MAIL**
David W. Hodges
Kennedy Hodges, L.L.P
4409 Montrose Blvd, Ste 200
Houston, TX, 77006
mtg@kennedyhodges.com

> Re:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
>        MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
>        *Harms et al v. 3M Company et al* Case No.: 0:17-cv-02894-JNE-FLN

Dear Counsel:

We are in receipt of the second amended Plaintiff Fact Sheet (PFS) for the above-captioned matter. The second amended PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original and/or any amended PFS. An updated verification is required, however, to be served along with the amended PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Harms_Bobby_17-cv-2114_1"

PLAINTIFFS' LAST NAME - Harms
PLAINTIFFS' FIRST NAME - Bobby
CASE NO. - 0:17-cv-02114
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 01, 02, 03, 06, 08, 09, 10, 11, 12, 13, 14, 15, 16
SECTION III (SURGERY INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 03
SECTION IV - 1 (VITAL STATISTICS) - Incomplete
SECTION IV - 10 (DRUG/ALCOHOL) - Incomplete
SECTION IV - 3 (HEALTHCARE PROVIDERS) -
SECTION IV - 7 (PHARMACIES/DRUGSTORES) - Incomplete
SECTION IV - 8 (DENTAL PROCEDURES) - Incomplete
SECTION IV - 9 (TOBACCO) - Incomplete
SECTION IX - 1 (CONSORTIUM NAME ETC.) - Incomplete
SECTION IX - 3 (RESIDENCES) - Incomplete
SECTION IX - 4 (MARRIED) - Incomplete
SECTION V - 5 (DISABILITY CLAIMS) - Incomplete
SECTION V - 6 (LAWSUITS) -
SECTION V - 7 (BANKRUPTCY) -
SECTION VI - 1 (PHYSICAL INJURY) - Incomplete
SECTION VI - 3 (EMOTIONAL DISTRESS) - Incomplete
SECTION VI - 6 (WARNINGS) -
SECTION VI - 7 (3M/ARIZANT COMMUNICATIONS) -
SECTION VI - 8 (3M/ARIZANT WARRANTY) -
SECTION VI - 9 (AUGUSTINE) -
SECTION VII - 1 (LOST PAST WAGES) - Incomplete
SECTION VII - 2 (LOST FUTURE WAGES) -- Incomplete
SECTION VIII - 2 (VERBAL/WRITTEN STATEMENT) - Incomplete
X.01 - SIGNED AUTHORIZATION - Incomplete
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Kennedy Hodges, L.L.P.
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - mtg@kennedyhodges.com



Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

February 05, 2018

**VIA EMAIL AND U.S. MAIL**
David W. Hodges
kennedy Hodges, L.L.P
4409 Montrose Blvd, Ste 200
Houston, TX, 77006
mtg@kennedyhodges.com

Re:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
*Duran v. 3M Company et al* Case No.:0:17-cv-02534-JNE-FLN

Dear Counsel:

We are in receipt of the second amended Plaintiff Fact Sheet (PFS) for the above-captioned matter. The second amended PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original and/or any amended PFS. An updated verification is required, however, to be served along with the amended PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Duran_Connie_017-cv-02534_1_Duran_Connie_017-cv-02534_1"

Duran_Connie_017-
cv-
02534_1_Duran_Conni
e_017-cv-02534_1

PLAINTIFFS' LAST NAME - Duran
PLAINTIFFS' FIRST NAME - Connie
CASE NO. - 0:17-cv-02534
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 01, 02, 06, 08, 09, 10
SECTION III   (SURGERY INFORMATION) -
SECTION IV - 1 (VITAL STATISTICS) - Incomplete
SECTION IV - 10   (DRUG/ALCOHOL) -
SECTION IV - 3 (HEALTHCARE PROVIDERS) -
SECTION IV - 7   (PHARMACIES/DRUGSTORES) - Incomplete
SECTION IV - 8   (DENTAL PROCEDURES) - Incomplete
SECTION IV - 9   (TOBACCO) -
SECTION IX - 1   (CONSORTIUM NAME ETC.) -
SECTION IX - 3   (RESIDENCES) -
SECTION IX - 4   (MARRIED) -
SECTION V - 5   (DISABILITY CLAIMS) -
SECTION V - 6   (LAWSUITS) -
SECTION V - 7   (BANKRUPTCY) -
SECTION VI - 1   (PHYSICAL INJURY) -
SECTION VI - 3   (EMOTIONAL DISTRESS) -
SECTION VI - 6   (WARNINGS) -
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) -
SECTION VI - 8   (3M/ARIZANT WARRANTY) -
SECTION VI - 9   (AUGUSTINE) -
SECTION VII - 1   (LOST PAST WAGES) -
SECTION VII - 2   (LOST FUTURE WAGES) -
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) - Incomplete
X.01 - SIGNED AUTHORIZATION - Incomplete
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Kennedy Hodges
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - mtg@kennedyhodges.com



BLACKWELL
BURKE P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

January 11, 2018

**VIA EMAIL AND U.S. MAIL**
Benjamin Paul Mouton
McGlynn, Glisson and Mouton
340 Florida St.
Baton Rouge, LA 70821-1909
ben@mcglynnglisson.com

> Re:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
> MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
> *Aker v. 3M Company et al* Case No.: 0:17-cv-03496-JNE-FLN

Dear Counsel:

We are in receipt of the Plaintiff Fact Sheet (PFS) for the above-captioned matter.  The PFS has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations."  Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'"  In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured.  When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Aker_Mary_17-cv-03496_1_Aker_Mary_17-cv-03496_1"

PLAINTIFFS' LAST NAME - Aker
PLAINTIFFS' FIRST NAME - Mary
CASE NO. - 17-cv-03496
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS – 01, 02, 03, 06, 08, 09, 10, 11, 12, 13
SECTION III   (SURGERY INFORMATION) – Incomplete
SECTION III - INCOMPLETE QUESTIONS - 03
SECTION IV - 1 (VITAL STATISTICS) - Incomplete
SECTION IV - 10   (DRUG/ALCOHOL) -
SECTION IV - 3 (HEALTHCARE PROVIDERS) -
SECTION IV - 7   (PHARMACIES/DRUGSTORES) - Incomplete
SECTION IV - 8   (DENTAL PROCEDURES) - Incomplete
SECTION IV - 9   (TOBACCO) - Incomplete
SECTION IX - 1   (CONSORTIUM NAME ETC.) - Incomplete
SECTION IX - 3   (RESIDENCES) - Incomplete
SECTION IX - 4   (MARRIED) - Incomplete
SECTION V - 5   (DISABILITY CLAIMS) - Incomplete
SECTION V - 6   (LAWSUITS) - Incomplete
SECTION V - 7   (BANKRUPTCY) - Incomplete
SECTION VI - 1   (PHYSICAL INJURY) - Incomplete
SECTION VI - 3   (EMOTIONAL DISTRESS) - Incomplete
SECTION VI - 6   (WARNINGS) -
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) -
SECTION VI - 8   (3M/ARIZANT WARRANTY) -
SECTION VI - 9   (AUGUSTINE) -
SECTION VII - 1   (LOST PAST WAGES) - Incomplete
SECTION VII - 2   (LOST FUTURE WAGES) - Incomplete
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) - Incomplete
X.01 - SIGNED AUTHORIZATION - Incomplete
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - McGlynn, Glisson
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - ben@mcglynnglisson.com



| | BLACKWELL BURKE P.A. |

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

January 30, 2018

**VIA EMAIL AND U.S. MAIL**
Kristine K. Kraft
Schlichter Bogard & Denton, LLP
100 S. Fourth Street, Suite 1200
St. Louis, MO 63102

> Re: *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
> MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
> *Jackson v. 3M Company et al* Case No.: 0:17-cv-03747-JNE-FLN

Dear Counsel:

We are in receipt of the amended Plaintiff Fact Sheet (PFS) for the above-captioned matter. The PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Jackson_Deloise_17-cv-03747_1_Jackson_Deloise_17-cv-03747_1"

Jackson_Deloise_17-
cv-
03747_1_Jackson_Del
oise_17-cv-03747_1

PLAINTIFFS' LAST NAME - Jackson
PLAINTIFFS' FIRST NAME - Deloise
CASE NO. - 17-cv-03747
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 01, 02, 06, 07, 08
SECTION III   (SURGERY INFORMATION) -
SECTION IV - 1 (VITAL STATISTICS) -
SECTION IV - 10   (DRUG/ALCOHOL) -
SECTION IV - 3 (HEALTHCARE PROVIDERS) -
SECTION IV - 7   (PHARMACIES/DRUGSTORES) -
SECTION IV - 8   (DENTAL PROCEDURES) -
SECTION IV - 9   (TOBACCO) -
SECTION IX - 1   (CONSORTIUM NAME ETC.) -
SECTION IX - 3   (RESIDENCES) -
SECTION IX - 4   (MARRIED) -
SECTION V - 5   (DISABILITY CLAIMS) -
SECTION V - 6   (LAWSUITS) -
SECTION V - 7   (BANKRUPTCY) -
SECTION VI - 1   (PHYSICAL INJURY) -
SECTION VI - 3   (EMOTIONAL DISTRESS) -
SECTION VI - 6   (WARNINGS) -
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) -
SECTION VI - 8   (3M/ARIZANT WARRANTY) -
SECTION VI - 9   (AUGUSTINE) -
SECTION VII - 1   (LOST PAST WAGES) -
SECTION VII - 2   (LOST FUTURE WAGES) -
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) -
X.01 - SIGNED AUTHORIZATION - Incomplete
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Schlichter Bogard
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - rharris@uselaws.com



**BLACKWELL BURKE** P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

February 05, 2018

**VIA EMAIL AND U.S. MAIL**
David W. Hodges
Kennedy Hodges, L.L.P.
4409 Montrose Blvd, Ste 200
Houston, TX, 77006
mtg.kennedyhodges.com

Re:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
*Boughner v. 3M Company et al* Case No.: 0:17-cv-03848-JNE-FLN

Dear Counsel:

We are in receipt of the amended Plaintiff Fact Sheet (PFS) for the above-captioned matter.  The PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations."  Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'"  In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured.  When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Boughner_Roland_017-cv-03848_1_Boughner_Roland_017-cv-03848_1"     Boughner_Roland_01
7-cv-
03848_1_Boughner_R
oland_017-cv-03848_1

PLAINTIFFS' LAST NAME - Boughner
PLAINTIFFS' FIRST NAME - Roland
CASE NO. - 0:17-cv-03848
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 02, 08, 09, 10
SECTION III   (SURGERY INFORMATION) -
SECTION IV - 1 (VITAL STATISTICS) -
SECTION IV - 10   (DRUG/ALCOHOL) -
SECTION IV - 3 (HEALTHCARE PROVIDERS) -
SECTION IV - 7   (PHARMACIES/DRUGSTORES) -
SECTION IV - 8   (DENTAL PROCEDURES) -
SECTION IV - 9   (TOBACCO) -
SECTION IX - 1   (CONSORTIUM NAME ETC.) -
SECTION IX - 3   (RESIDENCES) -
SECTION IX - 4   (MARRIED) -
SECTION V - 5   (DISABILITY CLAIMS) -
SECTION V - 6   (LAWSUITS) -
SECTION V - 7   (BANKRUPTCY) -
SECTION VI - 1   (PHYSICAL INJURY) -
SECTION VI - 3   (EMOTIONAL DISTRESS) -
SECTION VI - 6   (WARNINGS) -
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) -
SECTION VI - 8   (3M/ARIZANT WARRANTY) -
SECTION VI - 9   (AUGUSTINE) -
SECTION VII - 1   (LOST PAST WAGES) -
SECTION VII - 2   (LOST FUTURE WAGES) -
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) -
X.01 - SIGNED AUTHORIZATION -
X.02.D - DOCUMENTS - SIGNED VERIFICATION -
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Kennedy Hodges, L.L.P.
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - mtg@kennedyhodges.com



**BLACKWELL BURKE** P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

January 30, 2018

**VIA EMAIL AND U.S. MAIL**
Amanda M. Williams
Gustafson Gluek PLLC
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
awilliams@gustafsongluek.com

Re:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
*Echard et al v. 3M Company et al* Case No.: 0:17-cv-04537-JNE-FLN

Dear Counsel:

We are in receipt of the Plaintiff Fact Sheet (PFS) for the above-captioned matter.  The PFS has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations."  Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'"  In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured.  When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Echard_Audrey _17-cv-04537_1_Echard_Audrey _17-cv-04537_1"

Echard_Audrey _17-cv-04537_1_Echard_Audrey _17-cv-04537_1

PLAINTIFFS' LAST NAME - Echard
PLAINTIFFS' FIRST NAME - Audrey
CASE NO. - 17-cv-04537
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 01, 02, 03, 05, 06, 07, 08, 09, 10
SECTION III   (SURGERY INFORMATION) - Incomplete
SECTION III - INCOMPLETE QUESTIONS - 03, 04, 05
SECTION IV - 1 (VITAL STATISTICS) - Incomplete
SECTION IV - 10   (DRUG/ALCOHOL) - Incomplete
SECTION IV - 3 (HEALTHCARE PROVIDERS) -
SECTION IV - 7   (PHARMACIES/DRUGSTORES) - Incomplete
SECTION IV - 8   (DENTAL PROCEDURES) - Incomplete
SECTION IV - 9   (TOBACCO) - Incomplete
SECTION IX - 1   (CONSORTIUM NAME ETC.) - Incomplete
SECTION IX - 3   (RESIDENCES) - Incomplete
SECTION IX - 4   (MARRIED) - Incomplete
SECTION V - 5   (DISABILITY CLAIMS) - Incomplete
SECTION V - 6   (LAWSUITS) - Incomplete
SECTION V - 7   (BANKRUPTCY) - Incomplete
SECTION VI - 1   (PHYSICAL INJURY) - Incomplete
SECTION VI - 3   (EMOTIONAL DISTRESS) - Incomplete
SECTION VI - 6   (WARNINGS) - Incomplete
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) - Incomplete
SECTION VI - 8   (3M/ARIZANT WARRANTY) - Incomplete
SECTION VI - 9   (AUGUSTINE) - Incomplete
SECTION VII - 1   (LOST PAST WAGES) - Incomplete
SECTION VII - 2   (LOST FUTURE WAGES) - Incomplete
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) - Incomplete
X.01 - SIGNED AUTHORIZATION - Incomplete
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Gustafson Gluek PLLC
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - awilliams@gustafsongluek.com


**BLACKWELL BURKE** P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

February 05, 2018

**VIA EMAIL AND U.S. MAIL**
Jason C. Webster
The Webster Law Firm
6200 Savoy Suite 150
Houston, TX 77036
www.thewebsterlawfirm.com

     *Re:*   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
              MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
              *Guobadia, Maxine v. 3M Company et al* Case No.: 0:17-cv-04623-JNE-FLN

Dear Counsel:

We are in receipt of the Plaintiff Fact Sheet (PFS) for the above-captioned matter. The PFS has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Guobadia_Maxine_017-cv-04623_1_Guobadia_Maxine_017-cv-04623_1"     Guobadia_Maxine_017
-cv-
04623_1_Guobadia_M
axine_017-cv-04623_1

PLAINTIFFS' LAST NAME - Guobadia
PLAINTIFFS' FIRST NAME - Maxine
CASE NO. - 0:17-cv-04623
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 13
SECTION III   (SURGERY INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 01
SECTION IV - 1 (VITAL STATISTICS) -
SECTION IV - 10   (DRUG/ALCOHOL) -
SECTION IV - 3 (HEALTHCARE PROVIDERS) - Incomplete
SECTION IV - 7   (PHARMACIES/DRUGSTORES) - Incomplete
SECTION IV - 8   (DENTAL PROCEDURES) -
SECTION IV - 9   (TOBACCO) -
SECTION IX - 1   (CONSORTIUM NAME ETC.) -
SECTION IX - 3   (RESIDENCES) -
SECTION IX - 4   (MARRIED) -
SECTION V - 5   (DISABILITY CLAIMS) - Incomplete
SECTION V - 6   (LAWSUITS) -
SECTION V - 7   (BANKRUPTCY) -
SECTION VI - 1   (PHYSICAL INJURY) - Incomplete
SECTION VI - 3   (EMOTIONAL DISTRESS) -
SECTION VI - 6   (WARNINGS) -
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) -
SECTION VI - 8   (3M/ARIZANT WARRANTY) -
SECTION VI - 9   (AUGUSTINE) -
SECTION VII - 1   (LOST PAST WAGES) -
SECTION VII - 2   (LOST FUTURE WAGES) -
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) -
X.01 - SIGNED AUTHORIZATION -
X.02.D - DOCUMENTS - SIGNED VERIFICATION -
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Webster Law
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - filing@thewebsterlawfirm.com

# EXHIBIT B



BLACKWELL
BURKE P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

February 02, 2018

**VIA EMAIL AND U.S. MAIL**
Todd N. Hendrickson
Hendrickson Law
12180 Old Big Bend Road
Kirkwood, MO 63122
todd@hendricksonlaw.com

> Re:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
>        MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
>        *Six* Case No.:17-v-01494-JNE-FLN

Dear Counsel:

We are in receipt of the second amended Plaintiff Fact Sheet (PFS) for the above-captioned matter. The second amended PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'"  In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured.  When serving a revised, PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original and/or any amended PFS.  An updated verification is required, however, to be served along with the amended PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Six_John __1_Six_John _-cv-_1"

Six_John
__1_Six_John _-cv-_1

PLAINTIFFS' LAST NAME - Six
PLAINTIFFS' FIRST NAME - John T.
CASE NO. - 0:17-cv-01494
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) -
SECTION III   (SURGERY INFORMATION) - Incomplete
SECTION III - INCOMPLETE QUESTIONS - 03
SECTION IV - 1 (VITAL STATISTICS) -
SECTION IV - 10   (DRUG/ALCOHOL) -
SECTION IV - 3 (HEALTHCARE PROVIDERS) -
SECTION IV - 7   (PHARMACIES/DRUGSTORES) -
SECTION IV - 8   (DENTAL PROCEDURES) -
SECTION IV - 9   (TOBACCO) -
SECTION IX - 1   (CONSORTIUM NAME ETC.) -
SECTION IX - 3   (RESIDENCES) -
SECTION IX - 4   (MARRIED) -
SECTION V - 5   (DISABILITY CLAIMS) -
SECTION V - 6   (LAWSUITS) -
SECTION V - 7   (BANKRUPTCY) -
SECTION VI - 1   (PHYSICAL INJURY) -
SECTION VI - 3   (EMOTIONAL DISTRESS) - Incomplete
SECTION VI - 6   (WARNINGS) -
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) -
SECTION VI - 8   (3M/ARIZANT WARRANTY) -
SECTION VI - 9   (AUGUSTINE) -
SECTION VII - 1   (LOST PAST WAGES) -
SECTION VII - 2   (LOST FUTURE WAGES) -
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) -
X.01 - SIGNED AUTHORIZATION -
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Todd N. Hendrickson, P.C.
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - tnhlawyer@gmail.com

# EXHIBIT C

**From:** Ben Hulse
**Sent:** Friday, March 09, 2018 3:47 PM
**To:** JoanEricksen_Chambers@mnd.uscourts.gov; noel_chambers@mnd.uscourts.gov
**Cc:** Jerry Blackwell <blackwell@blackwellburke.com>; Jan Conlin <JMC@ciresiconlin.com>; Ben Gordon <bgordon@levinlaw.com>; David Szerlag <david@pritzkerlaw.com>; Genevieve Zimmerman <gzimmerman@meshbesher.com>; Bridget Ahmann <Bridget.Ahmann@FaegreBD.com>; Mary Young <myoung@blackwellburke.com>
**Subject:** MDL 2666 - Bair Hugger - Defendants' Lists re: PFS Disputes


Dear Judge Ericksen and Judge Noel,


Attached are Defendants' three lists related to Plaintiff Fact Sheets, which are discussed in Section 2 of the parties' forthcoming Joint Status Report.


The parties have conferred and would like to submit the Joint Status Report on Monday, following the motions hearing with Judge Noel, as the hearing may inform the issues to be raised at Thursday's status conference.


Sincerely,

Ben Hulse


Benjamin W. Hulse
Blackwell Burke P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN  55415
Direct (612) 343-3256
Fax (612) 343-3205


This message and any attachments may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient or are not authorized to receive for the recipient, you are hereby notified that dissemination, distribution or copying of this message and any attachments is strictly prohibited. If you have received this message in error, please immediately advise the sender by reply e-mail and delete the message and any attachments. Thank you.

**Defendants' PFS List 1:  Overdue Plaintiff Fact Sheets**
(Updated March 09, 2018)

| Case Number | Title | Date Filed | Due Date | Comments | Prior Listing | Firm Name |
|---|---|---|---|---|---|---|
| 0:17-cv-04431-JNE-FLN | Slaughter, Shirley  v. 3M Company et al | 9/27/2017 | 12/26/2017 | Active | 12/15/2017 01/08/2018 02/06/2018 | Kirtland and Packard LLP |
| 0:17-cv-04500-JNE-FLN | Hammel-Fogleboch v. 3M Company et al | 9/29/2017 | 12/28/2017 | Active | 1/8/2018 02/06/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-04515-JNE-FLN | Horn, Warren v. 3M Company et al | 10/3/2017 | 1/1/2018 | Active | 1/8/2018 02/06/2018 | Bernstein Liebhard LLP |
| 0:17-cv-04519-JNE-FLN | Williams, Janice  v. 3M Company et al | 10/3/2017 | 1/1/2018 | Active | 1/8/2018 02/06/2018 | Bernstein Liebhard LLP |
| 0:17-cv-04637-JNE-FLN | Mackey, Carolyn  v. 3M Company et al | 10/11/2017 | 1/9/2018 | Active | 2/6/2018 | Bernstein Liebhard LLP |
| 0:17-cv-04642-JNE-FLN | Smith, Diana et al v. 3M Company et al | 10/11/2017 | 1/9/2018 | Active | 2/6/2018 | The Miller Firm, LLC |
| 0:17-cv-04652-JNE-FLN | Leaf, Loretta v. 3M Company et al | 10/11/2017 | 1/9/2018 | Active | 2/6/2018 | Kirtland & Packard LLP |
| 0:17-cv-04651-JNE-FLN | Knight, Kyle v. 3M Company et al | 10/11/2017 | 1/9/2018 | Active | 2/6/2018 | Kirtland & Packard LLP |
| 0:17-cv-04764-JNE-FLN | Bewley, Macil v. 3M Company et al | 10/20/2017 | 1/18/2018 | Active | 2/6/2018 | Kirtland and Packard LLP |
| 0:17-cv-04775-JNE-FLN | Reinhardt, Rhonda v. 3M Company et al | 10/23/2017 | 1/21/2018 | Active | 2/6/2018 | Bernstein Liebhard LLP |
| 0:17-cv-04778-JNE-FLN | Brown, Ina v. 3M Company et al. | 10/23/2017 | 1/21/2018 | Active | 2/6/2018 | Bernstein Liebhard LLP |
| 0:17-cv-04881-JNE-FLN | Potter, Karen v. 3M Company et al | 10/26/2017 | 1/24/2018 | Active | 2/6/2018 | Bernstein Liebhard LLP |
| 0:17-cv-04885-JNE-FLN | McEvoy, Mark v. 3M Company | 10/26/2017 | 1/24/2018 | Active | 2/6/2018 | Bernstein Liebhard LLP |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).
Pink highlightig Indicates that the case is subject to Defendants' Pending Motion to Dismiss.

**Defendants' PFS List 1:  Overdue Plaintiff Fact Sheets**
(Updated March 09, 2018)

| Case Number | Title | Date Filed | Due Date | Comments | Prior Listing | Firm Name |
|---|---|---|---|---|---|---|
| 0:17-cv-04889-JNE-FLN | Thornton, Mildred  v. 3M Company et al | 10/26/2017 | 1/24/2018 | Active | 2/6/2018 | Bernstein Liebhard LLP |
| 0:17-cv-04891-JNE-FLN | Edwards, Renate v. 3M Company et al | 10/26/2017 | 1/24/2018 | Active | 2/6/2018 | Bernstein Liebhard LLP |
| 0:17-cv-05006-JNE-FLN | Thomas, Michael  v. 3M Company et al | 11/3/2017 | 2/1/2018 | Active  This case is listed on Pacer as Voluntary Dismissal 02/09/2018  Ben wants us to still list this and proceed as normal | 2/6/2018 | Peterson & Associates, P.C. |
| 0:17-cv-05067-JNE-FLN | Henson,Brenda v. 3M Company et al | 11/8/2017 | 2/6/2018 | Active | | Kirtland & Packard LLP |
| 0:17-cv-05083-JNE-FLN | Meredith, Benjamin v. 3M Company et al | 11/10/2017 | 2/8/2018 | Active | | DeGaris |
| 0:17-cv-05112-JNE-FLN | Wygant, Kimberly v. 3M Company et al | 11/15/2017 | 2/11/2018 | Active | | Davis & Crump, P.C. |
| 0:17-cv-05123-JNE-FLN | Robinson-Bessicks, Alberta v. 3M Company et al | 11/15/2017 | 2/11/2018 | Active | | Kirtland & Packard LLP |
| 0:17-cv-05187-JNE-FLN | Rashid, Rose v. 3M Company et al | 11/21/2017 | 2/18/2018 | Active | | DeGaris |
| 0:17-cv-05180-JNE-FLN | Goldberg, Lana v. 3M Company et al | 11/21/2017 | 2/18/2018 | Active | | Davis & Crump, P.C. |
| 0:17-cv-05203-JNE-FLN | Critchley, Richard  v. 3M Company et al | 11/22/2017 | 2/19/2018 | Active Duplicate case 17-cv-04377 | | Kirlland and Packard |
| 0:17-cv-05204-JNE-FLN | Taliaferro, Russell  v. 3M Company et al | 11/22/2017 | 2/19/2018 | Active | | Kirtland and Packard LLP |
| 0:17-cv-05212-JNE-FLN | Casey, Mammie v. 3M Company et al | 11/27/2017 | 2/25/2018 | Active | | Davis & Crump, P.C. |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).
Pink highlightig Indicates that the case is subject to Defendants' Pending Motion to Dismiss.

**Defendants' PFS List 1:  Overdue Plaintiff Fact Sheets**
(Updated March 09, 2018)

| Case Number | Title | Date Filed | Due Date | Comments | Prior Listing | Firm Name |
|---|---|---|---|---|---|---|
| 0:17-cv-05213-JNE-FLN | Crecy, General v. 3M Company et al | 11/27/2017 | 2/25/2018 | Active | | Davis & Crump, P.C. |
| 0:17-cv-05260-JNE-FLN | Papez, Constance v. 3M Company et al | 11/29/2017 | 2/27/2018 | Active | | Davis & Crump, P.C. |
| 0:17-cv-05261-JNE-FLN | Hardy, Alan  v. 3M Company et al | 11/29/2017 | 2/27/2018 | Active | | Bernstein Liebhard LLP |
| 0:17-cv-05270-JNE-FLN | Johnston, Todd v. 3M Company et al | 11/29/2017 | 2/27/2018 | Active | | Bernstein Liebhard LLP |
| 0:17-cv-05274-JNE-FLN | Capone, Helen v. 3M Company et al | 11/29/2017 | 2/27/2018 | Active | | Bernstein Liebhard LLP |
| 0:17-cv-05277-JNE-FLN | Billings, Willard v. 3M Company et al | 11/29/2017 | 2/27/2018 | Active | | Bernstein Liebhard LLP |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).
Pink highlightig Indicates that the case is subject to Defendants' Pending Motion to Dismiss.

**Defendants' PFS List 2:  Plaintiffs Who Have Not Responded to Defendants' Deficiency Notices**
(Updated March 09, 2018)

| Case Number | Title | 1st Deficiency Notice Sent | Response Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:17-cv-03311-JNE-FLN | McDaniel v. 3M Company et al | 11/21/2017 | 12/12/2017 | 01/10/2018 02/06/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03445-JNE-FLN | Quinan v. 3M Company et al | 11/21/2017 | 12/12/2017 | 01/10/2018 02/06/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03547-JNE-FLN | Sundquist v. 3M Company et al | 11/29/2017 | 12/20/2017 | 01/10/2018 02/06/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03666-JNE-FLN | Gallo v. 3M Company et al | 12/5/2017 | 12/26/2017 | 01/10/2018 02/06/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03721-JNE-FLN | Ramirez v. 3M Company et al | 12/5/2017 | 12/26/2017 | 01/10/2018 02/06/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03809-JNE-FLN | Miller v. 3M Company et al | 12/12/2017 | 1/2/2018 | 01/10/2018 02/06/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03834-JNE-FLN | Thornton, Ila v. 3M Company et al | 12/13/2017 | 1/3/2018 | 01/10/2018 02/06/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03912-JNE-FLN | Kellett v. 3M Company et al | 12/18/2017 | 1/8/2018 | 2/6/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-04068-JNE-FLN | Johnson, Barbara v. 3M Company et al | 12/27/2017 | 1/17/2018 | 2/6/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-04257-JNE-FLN | Coggins, Mark v. 3M Company et al | 1/10/2018 | 1/30/2018 | 2/6/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03496-JNE-FLN | Aker, Mary v. 3M Company et al | 1/11/2018 | 1/31/2018 | | McGlynn, Glisson and Mouton |
| 0:17-cv-04333-JNE-FLN | Carney, Robert et al v. 3M Company et al | 1/17/2018 | 2/7/2018 | | Gustafson Gluek PLLC |
| 0:17-cv-04336-JNE-FLN | Lister, Ray v. 3M Company et al | 1/29/2018 | 2/19/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-04537-JNE-FLN | Echard, Audrey et al v. 3M Company et al | 1/30/2018 | 2/20/2018 | | Gustafson Gluek PLLC |
| 0:17-cv-04623-JNE-FLN | Guobadia, Maxine v. 3M Company et al | 2/5/2018 | 2/26/2018 | | The Webster Law Firm |
| Case Number | Title | 2nd Deficiency Notice Sent | Response Due Date | Prior Listing | Firm Name |
| 0:17-cv-01978-JNE-FLN | Strain v. 3M Company et al | 11/27/2017 | 12/18/2017 | 1/10/2018 02/06/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-02372-JNE-FLN | Hufford v. 3M Company et al | 12/6/2017 | 12/27/2017 | 1/10/2018 02/06/2018 | Gustafson Gluek PLLC |
| 0:17-cv-02581-JNE-FLN | Key v. 3M Company et al | 12/18/2017 | 1/8/2018 | 1/10/2018 02/06/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-02758-JNE-FLN | Jones v. 3M Company et al | 12/27/2017 | 1/17/2018 | 2/6/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-02994-JNE-FLN | Ingold v. 3M Company et al | 12/29/2017 | 1/19/2018 | 2/6/2018 | Kennedy Hodges, L.L.P. |

**Defendants' PFS List 2:  Plaintiffs Who Have Not Responded to Defendants' Deficiency Notices**
(Updated March 09, 2018)

| | | | | | |
|---|---|---|---|---|---|
| 0:17-cv-03464-JNE-FLN | Witt, Alan v. 3M Company et al | 1/12/2018 | 2/2/2018 | 2/6/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03501-JNE-FLN | Smith, Carla v. 3M Company et al | 1/16/2018 | 2/6/2018 | 2/6/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03541-JNE-FLN | Chille v. 3M Company et al | 1/16/2018 | 2/6/2018 | 2/6/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03543-JNE-FLN | Hughes, James v. 3M Company et al | 1/16/2018 | 2/6/2018 | 2/6/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-02925-JNE-FLN | Zimmerman, Burl v. 3M Company et al | 1/26/2018 | 2/16/2018 | | The Olinde Firm, LLC |
| 0:17-cv-03554-JNE-FLN | Cyr, Kevin v. 3M Company et al | 2/1/2018 | 2/22/2018 | | DeGaris & Rogers, LLC |
| 0:17-cv-03557-JNE-FLN | Crawford, Desiree v. 3M Company et al | 1/30/2018 | 2/20/2018 | | McSweeney / Langevin |
| 0:17-cv-03563-JNE-FLN | Opperman, Charlene v. 3M Company et al | 1/18/2018 | 2/8/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-03696-JNE-FLN | Hickman, Alan v. 3M Company et al | 1/23/2018 | 2/13/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-03718-JNE-FLN | Seymore, Mary v. 3M Company et al | 1/23/2018 | 2/13/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-03747-JNE-FLN | Jackson, Deloise v. 3M Company et al | 1/30/2018 | 2/20/2018 | | Schlichter Bogard & Denton, LLP |
| 0:17-cv-03781-JNE-FLN | Buttram, Trude v. 3M Company et al | 1/26/2018 | 2/16/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-03824-JNE-FLN | Henry, Lawrence v. 3M Company et al | 1/30/2018 | 2/20/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-03833-JNE-FLN | Boultinghouse, Richard v. 3M Company et al | 1/30/2018 | 2/20/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-03848-JNE-FLN | Boughner, Roland v. 3M Company et al | 2/5/2018 | 2/26/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-03851-JNE-FLN | Colby, Mary v. 3M Company et al | 2/5/2018 | 2/26/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-03859-JNE-FLN | Revenaugh, Mary Katherine v. 3M Company et al | 1/30/2018 | 2/20/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-03939-JNE-FLN | Winkelman, Chad v. 3M Company et al | 2/5/2018 | 2/26/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-03963-JNE-FLN | Jones, Rose v. 3M Company et al | 2/6/2018 | 2/27/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-04432-JNE-FLN | Egdorf, Arlan v. 3M Company | 2/7/2018 | 2/28/2018 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |

**Defendants' PFS List 2:  Plaintiffs Who Have Not Responded to Defendants' Deficiency Notices**
(Updated March 09, 2018)

| Case Number | Title | 3rd Deficiency Notice Sent | Response Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:17-cv-01968-JNE-FLN | Jordan, Teresa v. 3M Company et al | 1/9/2018 | 1/30/2018 | 2/6/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-02010-JNE-FLN | Ewing, Tanya v. 3M Company et al | 1/12/2018 | 2/2/2018 | 2/6/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-02114-JNE-FLN | Harms, Bobby v. 3M Company et al | 1/17/2018 | 2/7/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-02534-JNE-FLN | Duran, Connie v. 3M Company et al | 2/5/2018 | 2/26/2018 | | Kennedy Hodges, L.L.P |
| 0:17-cv-02638-JNE-FLN | Reinker, Susan v. 3M Company et al | 2/6/2018 | 2/27/2018 | | Kennedy Hodges, L.L.P. |

Yellow highlighting indicates that the case was previously listed on one or two status conference agendas per PTO 14 (D.E. 270).
Pink highlighting indicates that the case is subject to Defendants' Pending Motion to Dismiss.

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated March 09, 2018)

| Case Number | Title | 3rd Deficiency Sent | Prior Listing | Firm Name |
|---|---|---|---|---|
| 0:17-cv-02919-JNE-FLN | Campbell v. 3M Company et al | 1/17/2018 | 1/10/2018 2/06/2018 | Brown and Crouppen, P.C. |
| 0:17-cv-00288-JNE-FLN | Bradford, Linda  v. 3M Company et al | 9/29/2017 | 2/6/2018 | The Law offices of Travis R. Walker, P.A. |
| 0:17-cv-01093-JNE-FLN | Galbreath et al v. 3M Company et al | 12/11/2017 | 2/6/2018 | Seth Webb |
| 0:17-cv-01476-JNE-FLN | Behney v. 3M Company et al | 12/6/2017 | 2/6/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-01554-JNE-FLN | Dorsey v. 3M Company | 11/29/2017 | 2/6/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:17-cv-01565-JNE-FLN | Little v. 3M Company | 11/29/2017 | 2/6/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:17-cv-01574-JNE-FLN | Barnett v. 3M Company | 12/11/2017 | 2/6/2018 | Daniel A. Nigh |
| 0:17-cv-02737-JNE-FLN | Witherspoon, Richard v. 3M Company et al | 1/16/2018 | 2/6/2018 | Brown and Crouppen, P.C |
| 0:17-cv-02949-JNE-FLN | Jelks v. 3M Company et al | 3/6/2018 | 01/10/2018 02/06/2018 | Brown and Crouppen, P.C. |
| 0:17-cv-02959-JNE-FLN | Josephs, Robert v. 3M Company et al | 1/18/2016 | 1/10/2018 2/06/2018 | Brown and Crouppen, P.C. |
| 0:17-cv-01494-JNE-FLN | Six, John v. 3M Company et al | 2/2/2018 | | Hendrickson Law |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).
Pink highlightig Indicates that the case is subject to Defendants' Pending Motion to Dismiss.

# EXHIBIT D

**From:** Ben Hulse
**Sent:** Friday, April 13, 2018 2:32 PM
**To:** 'JoanEricksen_Chambers@mnd.uscourts.gov' <JoanEricksen_Chambers@mnd.uscourts.gov>;
'Noel_Chambers@mnd.uscourts.gov' <Noel_Chambers@mnd.uscourts.gov>
**Cc:** Jerry Blackwell <blackwell@blackwellburke.com>; Bridget Ahmann
<Bridget.Ahmann@FaegreBD.com>; 'gzimmerman@meshbesher.com'
<gzimmerman@meshbesher.com>; 'bgordon@levinlaw.com' <bgordon@levinlaw.com>;
'MVC@ciresiconlin.com' <MVC@ciresiconlin.com>; 'JMC@CiresiConlin.com' <JMC@CiresiConlin.com>;
'David J. Szerlag' <david@pritzkerlaw.com>; 'Wendy Thayer' <wendy@pritzkerlaw.com>
**Subject:** Bair Hugger, MDL 2666 -- Defendants' lists of PFS disputes for April 2018


Dear Judge Ericksen,


Even though this month's status conference has been cancelled, Defendants would still like to list cases
with Plaintiff Fact Sheet disputes, as provided by PTO 14, paragraph 7, Dkt. No. 117.


In the past, the Court ordered that PFS disputes were deemed "addressed to the Court" notwithstanding
the cancellation of the in-court conference.  (E.g., Dkt. No. 959.)  Defendants request the same for this
month.


Best regards,

Ben Hulse

Counsel for Defendants


Benjamin W. Hulse
Blackwell Burke P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN  55415
Direct (612) 343-3256
Fax (612) 343-3205


This message and any attachments may contain information that is privileged, confidential, and exempt from disclosure under applicable
law. If you are not the intended recipient or are not authorized to receive for the recipient, you are hereby notified that dissemination,
distribution or copying of this message and any attachments is strictly prohibited. If you have received this message in error, please
immediately advise the sender by reply e-mail and delete the message and any attachments. Thank you.

Defendants' PFS List 1:  Overdue Plaintiff Fact Sheets
(Updated April 13, 2018)*

| Case Number | Title | Date Filed | Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:17-cv-04637-JNE-FLN | Mackey, Carolyn v. 3M Company et al | 10/11/2017 | 1/9/2018 | 2/6/2018 03/06/2018 | Bernstein Liebhard LLP |
| 0:17-cv-04642-JNE-FLN | Smith, Diana et al v. 3M Company et al | 10/11/2017 | 1/9/2018 | 2/6/2018 03/06/2018 | The Miller Firm, LLC |
| 0:17-cv-04651-JNE-FLN | Knight, Kyle v. 3M Company et al | 11/29/2017 | 1/9/2018 | 2/6/2018 03/06/2018 | Kirtland & Packard LLP |
| 0:17-cv-04652-JNE-FLN | Leaf, Loretta v. 3M Company et al | 10/11/2017 | 1/9/2018 | 2/6/2018 03/06/2018 | Kirtland & Packard LLP |
| 0:17-cv-04775-JNE-FLN | Reinhardt, Rhonda v. 3M Company et al | 10/23/2017 | 1/21/2018 | 2/6/2018 03/06/2018 | Bernstein Liebhard LLP |
| 0:17-cv-05302-JNE-FLN | Kelley, Charles v. 3M Company et al | 11/30/2017 | 2/28/2018 | | Kitland & Packard, LLP |
| 0:17-cv-05318-JNE-FLN | Wilkinson, Deborah v. 3M Company et al | 12/1/2018 | 3/10/2018 | | Kennedy Hodges, LLP |
| 0:17-cv-05342-JNE-FLN | Bozeman, Lynda v. 3M Company et al | 12/4/2017 | 3/4/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-05348-JNE-FLN | Wilmer, Roxanne v. 3M Company et al | 12/5/2017 | 3/5/2018 | | Schlichter Bogard & Denton, LLP |
| 0:17-cv-05375-JNE-FLN | Lewis, Ronnie v. 3M Company et al | 12/7/2017 | 3/7/2018 | | Davis & Crump, P.C. |
| 0:17-cv-05458-JNE-FLN | Lake, Herbert v. 3M Company et al | 12/15/2017 | 3/15/2018 | | Kirtland & Packard LLP |
| 0:17-cv-05469-JNE-FLN | Minnigan-Judd, Stephanie v. 3M Company et al | 12/18/2017 | 3/18/2018 | | The Law offices of Travis R. Walker, P.A. |
| 0:17-cv-05472-JNE-FLN | Jones, Denise v. 3M Company et al | 12/18/2017 | 3/18/2018 | | Johnson Becker, PLLC |
| 0:17-cv-05477-JNE-FLN | Shepard, Andrew v. 3M Company et al | 12/18/2017 | 3/18/2018 | | Johnson Becker, PLLC |

*On April 12, Plaintiffs' counsel alerted Defendants that PFSs in forty cases, going back to 2016, had not been properly served in the portal. These PFSs were loaded onto the portal on April 11, 2018, but show prior (failed) upload dates. Defendants have made every effort to incorporate these PFSs in the current lists, but some of these PFSs may not be reflected.

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).
Pink highlightig Indicates that the case is subject to Defendants' Pending Motion to Dismiss.

Defendants' PFS List 1:  Overdue Plaintiff Fact Sheets
(Updated April 13, 2018)*

| Case Number | Title | Date Filed | Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:17-cv-05496-JNE-FLN | Copeland, Donna v. 3M Company et al | 12/19/2017 | 3/19/2018 | | Kirtland & Packard LLP |
| 0:17-cv-05506-JNE-FLN | Hernandez, William v. 3M Company et al | 12/20/2017 | 3/20/2018 | | Kirtland & Packard LLP |
| 0:17-cv-05513-JNE-FLN | Woodman, Donna v. 3M Company et al | 12/20/2017 | 3/20/2018 | | Kirtland & Packard LLP |
| 0:17-cv-05514-JNE-FLN | Jones, James v. 3M Company et al | 12/20/2017 | 3/20/2018 | | Kirtland & Packard LLP |
| 0:17-cv-05515-JNE-FLN | Gates, Kathy  v. 3M Company et al | 12/20/2017 | 3/20/2018 | | Kirtland & Packard LLP |
| 0:17-cv-05547-JNE-FLN | Scull, Michael  v. 3M Company et al | 12/22/2017 | 3/22/2018 | | Davis & Crump, P.C. |
| 0:17-cv-05550-JNE-FLN | Bishop, Alma  v. 3M Company et al | 12/22/2017 | 3/22/2018 | | Davis & Crump, P.C. |
| 0:18-cv-00032-JNE-FLN | DeArman, Lori v. 3M Company et al | 1/4/2018 | 4/4/2018 | | Kirtland & Packard LLP |
| 0:18-cv-00036-JNE-FLN | Odom, Sandra  v. 3M Company et al | 1/5/2018 | 4/5/2018 | | Davis & Crump, P.C. |
| 0:18-cv-00063-JNE-FLN | Morgan, Zachary  v. 3M Company et al | 1/9/2018 | 4/9/2018 | | Johnson Becker, PLLC |
| 0:18-cv-00064-JNE-FLN | Garvin, Leah v. 3M Company et al | 1/9/2018 | 4/9/2018 | | Johnson Becker, PLLC |
| 0:18-cv-00067-JNE-FLN | Carlson, Glenn v. 3M Company et al | 1/9/2018 | 4/9/2018 | | Johnson Becker, PLLC |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).
Pink highlightig Indicates that the case is subject to Defendants' Pending Motion to Dismiss.

**Defendants' PFS List 2:  Plaintiffs Who Have Not Responded to Defendants' Deficiency Notices**
(Updated April 13, 2018)*

| Case Number | Title | 1st Deficiency Notice Sent | Response Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:17-cv-04068-JNE-FLN | Johnson, Barbara v. 3M Company et al | 12/27/2017 | 1/17/2018 | 2/6/2018 03/09/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03311-JNE-FLN | McDaniel v. 3M Company et al | 11/21/2017 | 12/12/2017 | 01/10/2018 02/06/2018 03/09/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03496-JNE-FLN | Aker, Mary v. 3M Company et al | 1/11/2018 | 2/2/2018 | 3/9/2018 | McGlynn, Glisson and Mouton |
| 0:17-cv-03547-JNE-FLN | Sundquist v. 3M Company et al | 11/29/2017 | 12/20/2017 | 01/10/2018 02/06/2018 03/09/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03809-JNE-FLN | Miller v. 3M Company et al | 12/12/2017 | 1/2/2018 | 01/10/2018 02/06/2018 03/09/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-04537-JNE-FLN | Echard, Audrey et al v. 3M Company et al | 1/30/2018 | 2/20/2018 | 3/9/2018 | Gustafson Gluek PLLC |
| 0:17-cv-04623-JNE-FLN | Guobadia, Maxine  v. 3M Company et al | 2/5/2018 | 2/26/2018 | 3/9/2018 | The Webster Law Firm |
| 0:17-cv-04302-JNE-FLN | Tilley, William  v. 3M Company et al | 2/7/2018 | 2/28/2018 | | The Olinde Firm, LLC |
| 0:17-cv-04375-JNE-FLN | Baker, David  v. 3M Company et al | 2/14/2018 | 3/7/2018 | | Bernstein Liebhard LLP |
| 0:17-cv-04429-JNE-FLN | Holcomb, April v. 3M Company et al | 2/7/2018 | 2/28/2018 | | DeGaris & Rogers, LLC |
| 0:17-cv-04512-JNE-FLN | Cunningham, Mary  v. 3M Company et al | 2/12/2018 | 3/5/2018 | | Bernstein Liebhard LLP |
| 0:17-cv-04716-JNE-FLN | Bewley, Kenneth v. 3M Company et al | 3/13/2018 | 4/3/2018 | | Kirtland and Packard LLP |
| 0:17-cv-04857-JNE-FLN | Murphy, Bennie v 3M et al | 3/19/2018 | 4/9/2018 | | Bernstein Liebhard LLP |
| 0:17-cv-04877-JNE-FLN | McDonald, Ethel v 3M et al | 2/21/2018 | 3/14/2018 | | Bernstein Liebhard LLP |
| 0:17-cv-04896-JNE-FLN | Pew, Richard v. 3M Company et al | 3/13/2018 | 4/3/2018 | | Kirtland & Packard LLP |
| 0:17-cv-04984-JNE-FLN | Cheney, Jay v. 3M Company et al | 3/12/2018 | 4/2/2018 | | Kirtland & Packard LLP |
| 0:17-cv-05021-JNE-FLN | Fair, Randy v. 3M Company et al | 3/8/2018 | 3/29/2018 | | Kirtland & Packard LLP |

served in the portal. These PFSs were loaded onto the portal on April 11, 2018, but show prior (failed) upload dates. Defendants have made every effort to incorporate these PFSs in the current lists, but some of these PFSs may not be reflected.

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).
Pink highlightig Indicates that the case is subject to Defendants' Pending Motion to Dismiss.

**Defendants' PFS List 2:  Plaintiffs Who Have Not Responded to Defendants' Deficiency Notices**
(Updated April 13, 2018)*

| | | | | | |
|---|---|---|---|---|---|
| 0:17-cv-05135-JNE-FLN | Carrell, Silas v. 3M Company et al | 3/13/2018 | 4/3/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-05138-JNE-FLN | Johnson, Hannah  v. 3M Company et al | 3/13/2018 | 4/3/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-05140-JNE-FLN | Green, Rosemary  v. 3M Company et al | 3/13/2018 | 4/3/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-05199-JNE-FLN | Spry, John et al v. 3M Company et al | 3/15/2018 | 4/5/2018 | | Pendley, Baudin & Coffin L.L.P. |
| 0:17-cv-05202-JNE-FLN | Reed, Tommy et al v. 3M Company et al | 3/19/2018 | 4/9/2018 | | Pendley, Baudin & Coffin L.L.P. |
| **Case Number** | **Title** | **2nd Deficiency Notice Sent** | **Response Due Date** | **Prior Listing** | **Firm Name** |
| 0:17-cv-02372-JNE-FLN | Hufford v. 3M Company et al | 12/6/2017 | 12/27/2017 | 01/10/2018 02/06/2018 03/09/2018 | Gustafson Gluek PLLC |
| 0:17-cv-02758-JNE-FLN | Jones v. 3M Company et al | 12/27/2017 | 1/17/2018 | 2/6/2018 03/09/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03543-JNE-FLN | Hughes, James v. 3M Company et al | 1/16/2018 | 2/6/2018 | 2/6/2018 03/09/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03747-JNE-FLN | Jackson, Deloise v. 3M Company et al | 1/30/2018 | 2/20/2018 | 3/9/2018 | Schlichter Bogard & Denton, LLP |
| 0:17-cv-03781-JNE-FLN | Buttram, Trude v. 3M Company et al | 1/26/2018 | 2/16/2018 | 3/9/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03824-JNE-FLN | Henry, Lawrence v. 3M Company et al | 1/30/2018 | 2/20/2018 | 3/9/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03848-JNE-FLN | Boughner, Roland v. 3M Company et al | 2/5/2018 | 2/26/2018 | 3/9/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03963-JNE-FLN | Jones, Rose v. 3M Company et al | 2/6/2018 | 2/27/2018 | 3/9/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-04432-JNE-FLN | Egdorf, Arlan v. 3M Company | 2/7/2018 | 2/28/2018 | 3/9/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| **Case Number** | **Title** | **3rd Deficiency Notice Sent** | **Response Due Date** | **Prior Listing** | **Firm Name** |
| 0:17-cv-01968-JNE-FLN | Jordan, Teresa v. 3M Company et al | 1/9/2018 | 1/30/2018 | 2/6/2018 03/09/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-02114-JNE-FLN | Harms, Bobby v. 3M Company et al | 1/17/2018 | 2/7/2018 | 3/9/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-02534-JNE-FLN | Duran, Connie v. 3M Company et al | 2/5/2018 | 2/26/2018 | 3/9/2018 | Kennedy Hodges, L.L.P |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).
Pink highlightig Indicates that the case is subject to Defendants' Pending Motion to Dismiss.

**Defendants' PFS List 2:  Plaintiffs Who Have Not Responded to Defendants' Deficiency Notices**
(Updated April 13, 2018)*

| | | | | | |
|---|---|---|---|---|---|
| 0:17-cv-03022-JNE-FLN | Hoyos, Teresa v. 3M Company et al | 2/14/2018 | 03/07/018 | | Brown and Crouppen, P.C |
| 0:17-cv-03806-FLN | Barker, Dennis v. 3M Company et al | 3/19/2018 | 4/9/2018 | | Kennedy Hodges, L.L.P. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Yellow highlighting indicates that the case was previously listed on one or two status conference agendas per PTO 14 (D.E. 270).
Pink highlighting indicates that the case is subject to Defendants' Pending Motion to Dismiss.

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated April 13, 2018)*

| Case Number | Title | 3rd Deficiency Sent | Prior Listing | Firm Name |
|---|---|---|---|---|
| 0:17-cv-00288-JNE-FLN | Bradford, Linda  v. 3M Company et al | 9/29/2017 | 02/06/2018 03/06/2018 | The Law offices of Travis R. Walker, P.A. |
| 0:17-cv-01476-JNE-FLN | Behney, Virginia v. 3M Company et al | 12/6/2017 | 02/06/2018 03/06/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-01554-JNE-FLN | Dorsey, Alma v. 3M Company | 11/29/2017 | 02/06/2018 03/06/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:17-cv-01565-JNE-FLN | Little, Arlene v. 3M Company | 11/29/2017 | 02/06/2018 03/06/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:17-cv-01093-JNE-FLN | Galbreath et al v. 3M Company et al | 12/11/2017 | 02/06/2018 03/06/2018 | Brown and Crouppen, P.C |
| 0:17-cv-02949-JNE-FLN | Jelks, Venice v. 3M Company et al | 12/11/2017 | 01/10/2018 02/06/2018 03/06/2018 | Brown and Crouppen, P.C. |
| 0:17-cv-02959-JNE-FLN | Josephs, Robert v. 3M Company et al | 12/11/2017 | 01/10/2018 02/06/2018 03/06/2018 | Brown and Crouppen, P.C. |
| 0:17-cv-02737-JNE-FLN | Witherspoon, Richard v. 3M Company et al | 1/16/2018 | 02/06/2018 03/06/2018 | Brown and Crouppen, P.C |
| 0:17-cv-01494-JNE-FLN | Six, John v. 3M Company et al | 2/2/2018 | 3/6/2018 | Hendrickson Law |
| 0:16-cv-00787-JNE-FLN | Abrams v. 3M Company et al | 4/19/2017 | | Thering & Associates, PLLC |
| 0:16-cv-03618-JNE-FLN | Messner-Katzer v. 3M Company et al | 5/22/2017 | | Capretz & Associates |
| 0:17-cv-02230-JNE-FLN | Johnson, Buddy v. 3M Company et al | 2/14/2018 | | Capretz & Associates |
| 0:17-cv-02251-JNE-FLN | Brewer, Donna v. 3M Company et al | 2/14/2018 | | Capretz & Associates |
| 0:17-cv-02288-JNE-FLN | Anderson, Ruth et al v. 3M Company et al | 2/7/2018 | | Brent Coon & Associates |
| 0:17-cv-02638-JNE-FLN | Reinker, Susan v. 3M Company et al | 2/6/2018 | | Kennedy Hodges, L.L.P |
| 0:17-cv-02901-JNE-FLN | Moore, Michael v. 3M Company et al | 2/14/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-03049-JNE-FLN | Finney, Gwendolyn v. 3M Company et al | 2/14/2018 | | Brown and Crouppen, P.C |

*On April 12, Plaintiffs' counsel alerted Defendants that PFSs in forty cases, going back to 2016, had not been properly served in the portal. These PFSs were loaded onto the portal on April 11, 2018, but show prior (failed) upload dates. Defendants have made every effort to incorporate these PFSs in the current lists, but some of these PFSs may not be reflected.

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).
Pink highlightig Indicates that the case is subject to Defendants' Pending Motion to Dismiss.

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated April 13, 2018)*

| Case Number | Title | 3rd Deficiency Sent | Prior Listing | Firm Name |
|---|---|---|---|---|
| 0:17-cv-03055-JNE-FLN | Harper, Joel et al v. 3M Company et al | 2/12/2018 | | Schlichter Bogard & Denton, LLP |
| 0:17-cv-03162-JNE-FLN | Zamora, Arturo Jr. v. 3M Company et al | 3/8/2018 | | Brown and Crouppen, P.C |
| 0:17-cv-03166-JNE-FLN | Howard, Roberta v. 3M Company et al | 2/14/2018 | | Brown and Crouppen, P.C. |
| 0:17-cv-03255-JNE-FLN | Holmes, Peter et al v. 3M Company et al | 2/21/2018 | | Brown and Crouppen, P.C. |
| 0:17-cv-03276-JNE-FLN | Andrews, Larry (Price, Summer) v. 3M Company et al | 2/28/2017 | | Brown and Crouppen, P.C. |
| 0:17-cv-03294-JNE-FLN | Hawkins, William v. 3M Company et al | 2/14/2018 | | Brown and Crouppen, P.C. |
| 0:17-cv-03305-JNE-FLN | Brainerd, Jeremiah et al v. 3M Company et al | 2/26/2018 | | Brown and Crouppen, P.C. |
| 0:17-cv-03533-JNE-FLN | Holcomb, Virginia v. 3M Company et al | 2/14/2018 | | Brown and Crouppen, P.C. |
| 0:17-cv-03535-JNE-FLN | Finn, Keith et al v. 3M Company et al | 2/20/2018 | | Brown and Crouppen, P.C. |
| 0:17-cv-03662-JNE-FLN | Guyton, Sharida v. 3M Company et al | 2/21/2018 | | Brown and Crouppen, P.C |
| 0:17-cv-03788-JNE-FLN | Delena, Cheryl et al v. 3M Company et al | 2/28/2017 | | Meyerkord & Meyerkord, LLC |
| 0:17-cv-04805-JNE-FLN | Beck, Louis v. 3M Company et al | 2/28/2017 | | Brown and Crouppen, P.C. |
| 0:17-cv-04825-JNE-FLN | Duckworth, Laura v. 3M Company et al | 2/20/2018 | | Brown and Crouppen, P.C. |
| 0:17-cv-04869-JNE-FLN | Piscopo, Joseph v. 3M Company et al | 2/20/2018 | | Brown and Crouppen, P.C. |
| 0:17-cv-04880-JNE-FLN | Scott,Sheree  v. 3M Company et al | 2/28/2017 | | Brown and Crouppen, P.C. |
| 0:17-cv-04892-JNE-FLN | Thyrion, Leslie v. 3M Company et al | 3/7/2018 | | Brown and Crouppen, P.C. |
| 0:17-cv-04934-JNE-FLN | Hall, Martha v. 3M Company et al | 2/27/2018 | | Justinian & Associates PLLC |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).
Pink highlightig Indicates that the case is subject to Defendants' Pending Motion to Dismiss.