UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
|---|---|
| | **(PROPOSED) ORDER GRANTING DEFENDANT 3M COMPANY'S MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 14** |

This came before the Court on Defendants 3M Company and Arizant Healthcare, Inc.'s (collectively, "Defendants") Motion to Dismiss for Failure to Comply with Pretrial Order No. 14.

Based on the files, records, and proceedings herein,

IT IS HEREBY ORDERED that Defendants' motion is GRANTED. The following actions are dismissed with prejudice:

| Case Number | Plaintiff | Firm Name |
|---|---|---|
| 0:17-cv-01494-JNE-FLN | Six | Todd Hendrickson, P.C. |
| 0:17-cv-02114-JNE-FLN | Harms | Kennedy Hodges, L.L.P. |
| 0:17-cv-02534-JNE-FLN | Duran | Kennedy Hodges, L.L.P. |
| 0:17-cv-03496-JNE-FLN | Aker | McGlynn, Glisson & Mouton |
| 0:17-cv-03747-JNE-FLN | Jackson | Schlichter, Bogard & Denton, LLP |
| 0:17-cv-03848-JNE-FLN | Boughner | Kennedy Hodges, L.L.P. |
| 0:17-cv-04537-JNE-FLN | Echard | Gustafson Gluek, P.L.L.P. |
| 0:17-cv-04623-JNE-FLN | Guobadia | The Webster Law Firm |

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date: _____                BY THE COURT

_____
JUDGE, U.S. DISTRICT COURT