IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

IN RE: BAIR HUGGER FORCED AIR          MDL No.: 15-md-02666 (JNE/FLN)
WARMING PRODUCT LIABILITY
LITIGATION

This Document Relates To:

ROLAND BOUGHNER,

                                        Civil Action No.: 17-CV-03848-JNE-FLN
       Plaintiff,
_____

## PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS

NOW COMES Plaintiff, Roland Boughner, identified in Defendants' Motion to
Dismiss for Failure to Comply with Pretrial Order No. 14 [Dkt. 1239], and by and through
undersigned counsel submits this, his Response to Defendants' Motion to Dismiss, and
would respectfully show the Court the following:

1. In August of 2015, Mr. Roland Boughner contacted undersigned counsel regarding
   an infection and subsequent treatment that he experienced due to the use of a Bair
   Hugger patient warming device during an orthopedic surgery.

2. Counsel worked to obtain medical records and billing records to move forward
   with the case. Those records indicated that a Bair Hugger device was used during
   the original surgery.

3. On August 21, 2017, counsel filed the current action to comply with what was
   identified as the applicable statute of limitations deadline for the relevant claim.

4.  Efforts to have Mr. Boughner complete the Plaintiff Fact Sheet have been complicated by the inability to contact the client.  Counsel for Plaintiff believe that additional time could allow them to contact Plaintiff and complete the Plaintiff Fact Sheet.

5.  While counsel has diligently continued their attempts to contact Mr. Boughner for several months, those efforts have not been successful to date.

6.  As a result, counsel has not been able to obtain the necessary information to complete the Plaintiff Fact Sheet for this claim.

Accordingly, undersigned counsel request that the current action not be dismissed with prejudice and that Mr. Boughner be given an additional sixty (60) days to contact counsel in order to provide the necessary information to cure any alleged deficiencies with the Plaintiff Fact Sheet and to continue the case.

Dated: May 9, 2018                              KENNEDY HODGES, LLP

                                                By: /s/ David W. Hodges
                                                David W. Hodges
                                                dhodges@kennedyhodges.com
                                                Gabriel A. Assaad
                                                gassaad@kennedyhodges.com
                                                4409 Montrose Blvd. Ste 200
                                                Houston, TX 77006
                                                Telephone: (713) 523-0001
                                                Facsimile: (713) 523-1116

                                                ATTORNEYS FOR PLAINTIFF