IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| IN RE: BAIR HUGGER FORCED AIR WARMING PRODUCT LIABILITY LITIGATION | MDL No.: 15-md-02666 (JNE/FLN) |
| This Document Relates To: | |
| CONNIE DURAN, | Civil Action No.: 17-CV-02534-JNE-FLN |
| Plaintiff, | |

_____

### **PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS**

NOW COMES Plaintiff, Connie Duran, identified in Defendants' Motion to Dismiss for Failure to Comply with Pretrial Order No. 14 [Dkt. 1239], and by and through undersigned counsel submits this, her Response to Defendants' Motion to Dismiss, and would respectively show the Court the following:

1. In July of 2015, Ms. Connie Duran contacted undersigned counsel regarding an infection and subsequent treatment that she experienced due to the use of a Bair Hugger patient warming device during an orthopedic surgery.

2. Counsel worked to obtain medical records and billing records to move forward with the case. Those records indicated that a Bair Hugger device was used during the original surgery.

3. On July 5, 2017, counsel filed the current action to comply with what was identified as the applicable statute of limitations deadline for the relevant claim.

4. Efforts to have Ms. Duran complete the Plaintiff Fact Sheet have been complicated by the inability to contact the client. Counsel for Plaintiff believe that additional time could allow them to contact Plaintiff and complete the Plaintiff Fact Sheet.

5. While counsel has diligently continued their attempts to contact Ms. Duran for several months, those efforts have not been successful to date.

6. As a result, counsel has not been able to obtain the necessary information to complete the Plaintiff Fact Sheet for this claim.

Accordingly, undersigned counsel request that the current action not be dismissed with prejudice and that Ms. Duran be given an additional sixty (60) days to contact counsel in order to provide the necessary information to cure any alleged deficiencies with the Plaintiff Fact Sheet and to continue the case.

Dated: May 9, 2018                           KENNEDY HODGES, LLP

                                             By: /s/ David W. Hodges
                                             David W. Hodges
                                             dhodges@kennedyhodges.com
                                             Gabriel A. Assaad
                                             gassaad@kennedyhodges.com
                                             4409 Montrose Blvd. Ste 200
                                             Houston, TX 77006
                                             Telephone: (713) 523-0001
                                             Facsimile: (713) 523-1116

                                             ATTORNEYS FOR PLAINTIFF