IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| IN RE: BAIR HUGGER FORCED AIR WARMING PRODUCT LIABILITY LITIGATION | MDL No.: 15-md-02666 (JNE/FLN) |
| This Document Relates To: | |
| CONNIE DURAN, | Civil Action No.: 17-CV-02534-JNE-FLN |
| Plaintiff, | |

---

**L.R. 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE REGARDING PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

This brief complies with the work limitation of LR 7.1(f) because this brief contains 272 words, including all text, headings, footnotes, and quotations, other than the parts of the brief exempted by LR 7.1(f). This brief was prepared using Microsoft Office Word 2013.

This brief complies with the type size requirements of LR 7.1 (h) because this brief has been prepared using at least font size 13, is double-spaced (except for headings, footnotes and quotations that exceed two lines) and is submitted on $8^{1/2}$" by 11" paper with at least one inch of margins on all four sides.

Dated: May 9, 2018

                                                                             KENNEDY HODGES, LLP

                                                                             By: <u>/s/ David W. Hodges</u>
                                                                             David W. Hodges
                                                                             dhodges@kennedyhodges.com
                                                                             Gabriel A. Assaad
                                                                             gassaad@kennedyhodges.com
                                                                             4409 Montrose Blvd. Ste 200
                                                                             Houston, TX 77006
                                                                             Telephone: (713) 523-0001
                                                                             Facsimile: (713) 523-1116

                                                                             ATTORNEYS FOR PLAINTIFF