# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:  BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION<br><br>This document relates to the following cases:<br><br>0:17-cv-01817, Mask v. 3M Company et al<br>0:15-cv-3829, Griego v. 3M Company, et al.<br>0:16-cv-02090 , Robertson v. 3M Company et al<br>0:16-cv-02266, Barnett v 3M Company, et al.<br>0:16-cv-02511, Ruffin v. 3M Company et al<br>0:16-cv-02512, Romero v. 3M Company et al<br>0:16-cv-02743, DeSimone v. 3M Company et al<br>0:16-cv-02920, Koonce v. 3M Company et al<br>0:16-cv-03319, Sandoval v. 3M Company et al<br>0:16-cv-03320, Beasley v. 3M Company et al<br>0:16-cv-03719, Bagwell v. 3M Company et al<br>0:16-cv-03872, Thomas v. 3M Company et al<br>0:16-cv-04172, Duke v. 3M Company et al<br>0:16-cv-04173, King v. 3M Company, et al.<br>0:16-cv-04400 , Turk v. 3M Company et al<br>0:16-cv-1922, Watson v. 3M Company, et al<br>0:16-cv-2270, Westmoreland v. 3M Company et al<br>0:16-cv-2509, Miller v. 3M Company et al<br>0:16-cv-2510, Olds v. 3M Company et al<br>0:16-cv-4399, Abyad v. 3M Company et al<br>0:17-cv-01392, Goodwin v. 3M Company et al<br>0:17-cv-01393, Sutton v. 3M Company et al<br>0:17-cv-01395, Hall v. 3M Company et al.<br>0:17-cv-01397, Bucci v. 3M Company et al.<br>0:17-cv-01818, Oliver v. 3M Company et al<br>0:17-cv-01819, Tittle v. 3M Company et al<br>0:17-cv-01820, Wilson v. 3M Company et al<br>0:17-cv-01824, Nelson v. 3M Company et al<br>0:17-cv-03394, Brown v. 3M Company et al.<br>0:17-cv-03397, Cornejo v. 3M Company et al.<br>0:17-cv-03402, Feltenberger v. 3M et al.<br>0:17-cv-03408, Boyer v. 3M Company et al<br>0:17-cv-03410, Joyner v. 3M Company et al<br>0:17-cv-03616, Hoerbert v. 3M Company et al.<br>0:17-cv-04026, Pawlak v. 3M Company et al<br>0:17-cv-04027, Holloway v. 3M Company et al<br>0:17-cv-04305, Bowers v. 3M Company et al | **MDL DOCKET NO. 15-md-2666 (JNE/FLN)** |

0:17-cv-05472, Jones v. 3M Company et al
0:17-cv-05477, Shepard v. 3M Company et al
0:17-cv-1004, Burns v. 3M Company et al
0:17-cv-4528, Sims v. 3M Company et al
0:17-cv-67, Burke v. 3M Company et al
0:17-cv-70, Horne v. 3M Company et al
0:18-cv-00067, Carlson v. 3M Company et al
0:18-cv-00139, Stedman v. 3M Company et al
0:18-cv-00166, Davis v. 3M Company et al
0:18-cv-63, Morgan v. 3M Company et al
0:18-cv-64, Garvin v. 3M Company et al
16-cv-1176, Rodriguez v. 3M, et al.

## NOTICE OF SUBSTITUTION OF ATTORNEY

PLEASE TAKE NOTICE, that Johnson Becker, PLLC ("Johnson Becker"), by and through their undersigned counsel, respectfully notifies the Court of the Substitution of attorney Lisa Ann Gorshe of Johnson Becker for attorney Rolf T. Fiebiger as attorney of record for the above referenced claims. Rolf T. Fiebiger has left Johnson Becker. Attorneys Michael K. Johnson and Kenneth W. Pearson will continue as counsel of record.

Dated: May 10, 2018                     Respectfully Submitted by,

By: *Lisa Ann Gorshe*
Lisa Ann Gorshe (MN 029522X)
JOHNSON BECKER, PLLC
444 Cedar Street, Suite 1800
St. Paul, MN  55101
Ph: (612) 436-1800
Fax: (612) 436-1801
lgorshe@johnsonbecker.com