**CERTIFICATE OF SERVICE**

    I certify that on May 10, 2018 a copy of the foregoing Notice of Substitution of Attorney was filed electronically. Parties may access this filing through the Court's electronic records system.

Dated: May 10, 2018            Respectfully Submitted by,

By: *Lisa Ann Gorshe*
Lisa Ann Gorshe (MN 029522X)
JOHNSON BECKER, PLLC
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Ph: (612) 436-1800
Fax: (612) 436-1801
lgorshe@johnsonbecker.com