UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| This document relates to: Six v. 3M Company, et al. Cause No. 17-cv-01494 | Judge: Joan N. Ericksen Mag. Judge: Franklin L. Noel |

### L.R. 7.1 WORD COUNT COMPLIANCE CERTIFICATE

I, Todd N. Hendrickson, certify that Plaintiff's Opposition to Defendants' Motion to Dismiss complies with Local Rule 7.1(f) and 7.1(h).

I further certify that, in preparation of this Opposition, I used Microsoft Word 2016, and that this word processing program has been applied specifically to include all text, including headings, footnotes and quotations in the following word count.

I further certify that the above referenced Opposition contains 297 words, exclusive of the caption and signature block.

Dated: May 11, 2018

**Law Offices of Todd N. Hendrickson**

Todd N. Hendrickson  #37460
12180 Old Big Bend Road
Kirkwood, Missouri 63122
(314) 721-8833
(314) 721-4944 fax
todd@hendricksonlaw.com
Attorneys for Plaintiffs