EXHIBIT 1

| | |
|---|---|
| **From:** | Hendrickson Todd  tnhlawyer@gmail.com |
| **Subject:** | Re: Notice of Core Deficiencies – Bair Hugger PFS for v. 3M Company et al, 0:17-cv-01494-JNE-FLN (Six, John) |
| **Date:** | December 19, 2017 at 1:11 PM |
| **To:** | Kristie Haralson  kharalson@blackwellburke.com |

Please review this matter. I think that your letter of core deficiencies applies to the PFS served on 11/13/2017.  I subsequently served another PFS on 11/15/2017.  In reviewing that PFS, it appears that I have corrected the deficiencies indicated for John Six, namely:

- Case number
- Section III—3 questions
- Section VI—emotional distress incomplete.

Please confirm. If I am incorrect, please advise ASAP and if you could specifically identify he issue, I will correct it.  As it stands, I believe the PFS served on 11/15/2017, is complete.

*Todd N. Hendrickson*
*12180 Old Big Bend Road*
*Kirkwood, Missouri 63122*
*314.721.8833      314.721.4944 Facsimile*
*todd@hendricksonlaw.com*

**HendricksonLaw.com**

PLEASE NOTE OUR NEW ADDRESS!

> On Dec 14, 2017, at 11:46 AM, Kristie Haralson <kharalson@blackwellburke.com> wrote:
>
> Todd,
>
> I hope that you are having a good day. I did receive your email about the confusion for both Six and Grussing and have forwarded your email to Mike who should be reaching out to you about the remaining Core Deficiencies for both cases. I have attached the Notice for;
>
> Six 01494
>
> Please let me know if you are able to open this. I also sent the hard copy of this via US mail on 12.11.17, so if you have not received it yet, be on the look out for that.
>
> Thank you so much,
>
> Kristie
>
> **Kristie Haralson**
>
> **Blackwell Burke P.A.**
> 431 South Seventh Street, Suite 2500
> Minneapolis, MN  55415
> Direct (612) 343-3274
> Fax (612) 343-3205

This message and any attachments may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient or are not authorized to receive for the recipient, you are hereby notified that dissemination, distribution or copying of this message and any attachments is strictly prohibited. If you have received this message in error, please immediately advise the sender by reply e-mail and delete the message and any attachments. Thank you.

**From:** Hendrickson Todd [mailto:tnhlawyer@gmail.com]
**Sent:** Thursday, December 14, 2017 11:38 AM
**To:** Kristie Haralson
**Subject:** Re: Notice of Core Deficiencies – Bair Hugger PFS for v. 3M Company et al, 0:17-cv-01494-JNE-FLN

Could you resend this? The attached .pdf is corrupted and I could not open.

*Todd N. Hendrickson*
*12180 Old Big Bend Road*
*Kirkwood, Missouri 63122*
*314.721.8833     314.721.4944 Facsimile*
*todd@hendricksonlaw.com*

**HendricksonLaw**.com

PLEASE NOTE OUR NEW ADDRESS!

> On Dec 11, 2017, at 4:22 PM, Kristie Haralson <kharalson@blackwellburke.com> wrote:
>
> Pursuant to PTO 14, please see the attached Notice of Core Deficiencies.
>
> Served by Blackwell Burke P.A.
>
> <image001.jpg>
>
> **Kristie Haralson**
> Phone: 612.343.3274 | Fax: 612.343.3205
> www.blackwellburke.com
>
> <image002.jpg>
>
> **431 South 7th Street, Suite 2500 • Minneapolis • MN • 55415**
>
> This message and any attachments may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient or are not authorized to receive for the recipient, you are hereby notified that dissemination, distribution or copying of this message and any attachments is strictly prohibited. If you have received this message in error, please immediately advise the sender by reply e-mail and delete the message and any attachments. Thank you.

<Six -17cv1494.pdf>

<Six -17cv1494.pdf>