## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Devices Products Liability Litigation<br><br>This Document Relates to:<br>All Cases | MDL No. 15-2666 (JNE/FLN)<br><br>**RULE 72.2(c) CERTIFICATE OF COMPLIANCE REGARDING MEMORANDUM IN SUPPORT OF DEFENDANTS' OBJECTION TO MARCH 23, 2018 AND MAY 3, 2018 ORDERS REGARDING UNSEALING OF DRAFT PREWARMING REPORT** |

I, Monica L. Davies, certify that Defendants' Memorandum in Support of Defendants' Objection to March 23, 2018 (Dkt. No. 1182) and May 3, 2018 (Dkt. No. 1245) Orders Regarding Unsealing of Draft Prewarming Report ("Memorandum") complies with limits Local Rule 7.1(f) and with the type-size limit of Local Rule 7.1(h).

I further certify that, in preparation of the above document, I used Microsoft® Word 2013, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the Memorandum contains 1413 words.

Dated: May 24, 2018          Respectfully submitted,

<u>s/Monica L. Davies</u>
Jerry W. Blackwell (MN #186867)
Benjamin W. Hulse (MN #0390952)
Mary S. Young (MN #0392781)
Monica L. Davies (MN #0315023)
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3200
Fax: (612) 343-3205
Email: blackwell@blackwellburke.com
       bhulse@blackwellburke.com
       myoung@blackwellburke.com
       mdavies@blackwellburke.com

Bridget M. Ahmann (MN #016611x)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Phone: (612) 766-7000
Fax: (612) 766-1600
Email: bridget.ahmann@faegrebd.com

**Counsel for Defendants 3M Company and Arizant Healthcare Inc.**