UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 2666 (JNE/FLN) |
| This Document Relates to: | **MEMORANDUM IN SUPPORT OF PLAINTIFFS' OBJECTION TO MARCH 23, 2018 ORDER REGARDING CONTINUED SEALING AND RESPONSE TO DEFENDANTS' MEMORANDUM IN SUPPORT OF OBJECTION TO ORDERS REGARDING UNSEALING OF DRAFT PREWARMING REPORT** |
| All Actions | |

_____

Pursuant to L.R. D. Minn. 5.6 and 72.2(a), Plaintiffs respectfully object to Magistrate Judge Noel's March 23, 2018 Order [Dkt. 1182] pertaining to the joint motions regarding continued sealing.[1] Plaintiffs bring their motion due to the fact that the Court's Order requires the continued sealing of several documents which (a) have been discussed in detail during public hearings before the Court with no objection from Defendants at the time of said hearing; and/or (b) do not meet the requirements of being deemed confidential under the Protective Order entered in this case.[2] Accordingly, Plaintiffs respectfully request that the Court reverse the portion of the Order which requires continued sealing of those documents.

---

[1] *See* Dkt. 1002, 1003, 1005, 1006, 1007, 1009, and 1010.
[2] *See* Dkt. 39, Pretrial Order No. 7: Protective Order.

1

Plaintiffs rely on the accompanying memorandum of law in support of their motion, along with all prior proceedings and pleadings in this litigation.

Respectfully submitted,

Dated: May 25, 2018.

| CIRESI CONLIN L.L.P. | MESHBESHER & SPENCE LTD. |
|---|---|
| /s/Michael V. Ciresi_____<br>Michael V. Ciresi (MN #0016949)<br>Jan M. Conlin (MN #0192697)<br>Michael Sacchet (MN # 395817)<br>Ciresi Conlin LLP<br>225 S. 6th St., Suite 4600<br>Minneapolis, MN 55402<br>Phone: 612.361.8202<br>Email: MVC@CiresiConlin.com<br>           JMC@CiresiConlin.com<br>           MAS@ciresiconlin.com | /s/ Genevieve M. Zimmerman<br>Genevieve M. Zimmerman (MN #330292)<br>1616 Park Avenue South<br>Minneapolis, MN 55404<br>Phone: (612) 339-9121<br>Fax: (612) 339-9188<br>Email: gzimmerman@meshbesher.com |

LEVIN PAPANTONIO, P.A.

/s/ Ben W. Gordon, Jr.
Ben W. Gordon (FL # 882836)
J. Michael Papantonio (FL # 335924)
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
Phone: (850) 435-7090
Fax: (850) 436-6090
Email: bgordon@levinlaw.com

*Attorneys for Plaintiffs*