UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to All Actions | |

## **DECLARATION OF GENEVIEVE M. ZIMMERMAN**

1. My name is Genevieve M. Zimmerman and I am a Partner with the Meshbesher & Spence Ltd. law firm. I am a member of the Court appointed Co-Lead Counsel in the above entitled matter. The following documents are hereby attached, and submitted in support of Plaintiffs' Objection to the March 23, 2018 Order Regarding Continued Sealing and Response to Defendants' Memorandum in Support of Objection to Orders Regarding Unsealing of Draft Prewarming Report:

2. Exhibit A, which is a true and correct copy of the Patent for Convective Thermal Blanket.

3. Exhibit B, which is a true and correct copy of the Patent for Forced Air Warming Unit.

4. Exhibit C, which is a true and correct copy of the Documents Requested to be Unsealed.

5. Exhibit D, which is a true and correct copy of Document bearing Bates Number 3MBH00982932.

Dated:  May 25, 2018                          */s/ Genevieve M. Zimmerman*
                                                                          Genevieve M. Zimmerman (MN#330292)
                                                                          MESHBESHER & SPENCE, LTD.
                                                                          1616 Park Avenue
                                                                          Minneapolis, MN 55404
                                                                          Phone: (612) 339-9121
                                                                          Email: gzimmerman@meshbesher.com

                                                                          **Plaintiffs Co-Lead Counsel**

1