# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

IN RE:  Bair Hugger Forced Air Warming Products Liability Litigation

MDL No. 15-2666(JNE/FLN)

This Document Relates to All Actions

**BARBARA MATTEO**

      Plaintiff(s)

**NOTICE OF APPEARANCE**

Case No:     0:18-cv-1455

JURY DEMANDED

v.

**3M COMPANY AND ARIZANT HEALTHCARE, INC.**

      Defendant(s)

      The undersigned attorney hereby notifies the Court and counsel that James A. Morris, Jr. shall appear as counsel of record for Plaintiff Barbara Matteo in this case.

Dated: 5/25/2018

*/s/ James A. Morris, Jr.*
MORRIS LAW FIRM
4111 W. Alameda Avenue Suite 611
Burbank, CA 91505
Telephone:  (747) 283-1144
Facsimile:  (747) 283-1143
California State Bar No. 296852
jmorris@jamlawyers.com

## **CERTIFICATE OF SERVICE**

     I certify that on May 25, 2018, the foregoing <u>Notice of Appearance</u> was filed electronically by using the CM/ECF system which will deliver the document to all counsel of record.

                                            */s/ James A. Morris, Jr.*
                                            James A. Morris, Jr.