# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

IN RE:  Bair Hugger Forced Air Warming        MDL No. 15-2666(JNE/FLN)
Products Liability Litigation

This Document Relates to All Actions

**KATHLEEN MANHEIM, individually
and as Administrator of the Estate
of James Manheim, deceased**               **NOTICE OF APPEARANCE**

      Plaintiff(s)                Case No:    0:18-cv-1456

                                                         JURY DEMANDED

v.

**3M COMPANY AND ARIZANT HEALTHCARE, INC.**

      Defendant(s)

The undersigned attorney hereby notifies the Court and counsel that James A. Morris, Jr. shall appear as counsel of record for Plaintiff Kathleen Manheim, individually, and as administrator of the Estate of James Manheim, deceased, in this case.

Dated: 5/25/2018                */s/ James A. Morris, Jr.*
                                          MORRIS LAW FIRM
                                          4111 W. Alameda Avenue Suite 611
                                          Burbank, CA 91505
                                          Telephone:  (747) 283-1144
                                          Facsimile:  (747) 283-1143
                                          California State Bar No. 296852
                                          jmorris@jamlawyers.com

## **CERTIFICATE OF SERVICE**

      I certify that on May 25, 2018, the foregoing <u>Notice of Appearance</u> was filed electronically by using the CM/ECF system which will deliver the document to all counsel of record.

                                      */s/ James A. Morris, Jr.*
                                      James A. Morris, Jr.