UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Products Liability Litigation<br><br>**This Document Relates To:**<br><br>MARGARET BLACKWELL and RONALD BLACKWELL, Plaintiffs,<br><br>v.<br><br>3M COMPANY AND ARIZANT HEALTHCARE, INC. Defendants | MDL No. 2666 (JNE/FLN)<br><br><br><br>Civil Action No.: 0:16-cv-03074 |

**MOTION FOR SUBSTITUTION OF PARTY**
**PURSUANT TO FED. R. CIV. P. 25(a)**

Comes now counsel for Plaintiffs in the above matter and, pursuant to Fed. R. Civ. P. 25(a), respectfully moves to substitute the Estate of Margaret Blackwell, by and through Ronald Blackwell as Personal Administrator of the Estate. In support of this motion, Plaintiff states as follows:

1. On September 15, 2016, Plaintiffs Margaret and Ronald Blackwell commenced the instant suit by filing a Complaint in the United States District Court for the District of Minnesota.

2. On December 7, 2017, Margaret Blackwell died.

3. On March 5, 2018, Plaintiff Ronald Blackwell filed a Statement Noting Death of Plaintiff Margaret Blackwell.

1

4. On March 6, 2018, Plaintiff Ronald Blackwell was appointed Personal Administrator of the Estate of Margaret Blackwell. A copy of the Letter of Administration is attached hereto as Exhibit A.

5. Accordingly, based upon the foregoing, Plaintiff's counsel requests that this Court issue an Order substituting the Estate of Margaret Blackwell as a proper Plaintiff, such that the caption of the case should now read as follows: "Ronald Blackwell, Individually and as Personal Administrator of the Estate of Margaret Blackwell." This certification is made subject to the penalties relating to unsworn falsification to authorities.

Date: May 31, 2018  Respectfully submitted,

**POGUST BRASLOW & MILLROOD, LLC**

/s/ T. Matthew Leckman, Esq.
T. Matthew Leckman, Esq.
Eight Tower Bridge, Suite 940
161 Washington Street
Conshohocken, PA 19428
Phone: (610) 941-4204
Fax: (610) 941-4245
Email: mleckman@pbmattorneys.com

*Attorneys for Plaintiff*