UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 2666 (JNE/FLN) |
| **This Document Relates To:** | |
| MARGARET BLACKWELL and RONALD BLACKWELL, Plaintiffs, | |
| | Civil Action No.: 0:16-cv-03074 |
| v. | |
| 3M COMPANY AND ARIZANT HEALTHCARE, INC. Defendants | |

## ORDER

BASED UPON the Motion of counsel for Plaintiff and good cause appearing therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Ronald Blackwell, Personal Administrator of the Estate of Margaret Blackwell is substituted as Plaintiff in the above-entitled action.

DATED THIS _____ day of _____ 2018.

BY THE COURT

_____
J.

3