# EXHIBIT A

United States of America

State of West Virginia  County of Mercer, ss:

# Letter of Administration

Estate of MARGARET M BLACKWELL

I, VERLIN T MOYE, Clerk of the Mercer County Commission, in the State of West Virginia, do hereby certify that RONALD G BLACKWELL was on the 6th day of March, 2018, appointed by the Mercer County Commission as administrator(s) of the Estate of MARGARET M BLACKWELL, duly qualified as such by taking oath prescribed by law, and by giving approved bond in the sum of $1,000.00, as required by law.

NOW THEREFORE, be it known that said appointment is now in full force and effect and that full faith and credit are due and should be given to all the acts of the said RONALD G BLACKWELL as such administrator(s) of the Estate of MARGARET M BLACKWELL, as well in all jurisdictions, as elsewhere.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the Mercer County Commission at my office in said County on the 6th day of March, 2018.

Verlin J. Moye

VERLIN T MOYE
Clerk of the Mercer County Commission

By Pamela Wallace

pamela wallace

LetterofAdministration.rpt