**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 31, 2018, a copy of the foregoing *Motion for Substitution of Plaintiff* was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ T. Matthew Leckman
***Attorney for Plaintiff***
