# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates:<br><br>**PLAINTIFF,**<br>**STEVE ONKOTZ**<br>_____<br><br>**VS.**<br><br>**3M COMPANY AND ARIZANT HEALTHCARE, INC.** | RETRACTION OF LEXECON[1] WAIVER<br><br>0:17-CV-01830 |

## RETRACTION OF PREVIOUSLY FILED LEXECON WAIVER

COMES NOW, Plaintiff, Steve Onkotz, in case number 0:17-cv-01830, and retracts his previously filed Lexecon waiver. Plaintiff hereby preserves his right to have his case tried in his home district.

Dated: 06/06/2018

Respectfully submitted,

**THE WEBSTER LAW FIRM**

*/s/ Jason C. Webster*

JASON C. WEBSTER
Texas Bar No. 24033318
6200 Savoy, Suite 150
Houston, Texas 77036
(713) 581-3900 (telephone)
(713) 581-3907 (facsimile)
filing@thewebsterlawfirm.com

---

[1] *Lexecon, Inc. v. Milberg Weiss,* 523 U.S. 26 (1998)