UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MDL No. 15-2666 (JNE/FLN)

In re Bair Hugger Forced Air Warming Products
Liability Litigation

**STATEMENT INSTEAD OF REDACTED DOCUMENTS**

This Document Relates to: All Actions

Plaintiffs have filed a Memorandum in Opposition to Defendants' Objection to Order Regarding Unsealing of Doc. 937, together with Exhibit A.

The following Exhibits have been marked "Confidential" under the Protective Order and redaction is impracticable.

1. Attached hereto as Exhibit A, is a true and correct copy of document bearing bates number 3MBH00982932 to 3MBH00982933.

Dated: June 6 2018

MESHBESHER & SPENCE LTD.

/s/ Genevieve M. Zimmerman
Genevieve M. Zimmerman (MN #330292)
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
Email: gzimmerman@meshbesher.com

*Plaintiffs' Co-Lead Counsel*

1