# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION

MDL No. 15-2666 (JNE/FLN)

This Document Relates to:
Case Nos.:
17-cv-02638 *(Reinker v. 3M Co., et al.)*
17-cv-02901 *(Moore v. 3M Co., et al.)*
17-cv-03049 *(Finney v. 3M Co., et al.)*
17-cv-03255 *(Holmes v. 3M Co., et al.)*
17-cv-03662 *(Guyton v. 3M Co., et al.)*
17-cv-04429 *(Holcomb v. 3M Co., et al.)*
17-cv-04805 *(Beck v. 3M Co., et al.)*
17-cv-04825 *(Duckworth v. 3M Co., et al.)*
17-cv-04896 *(Pew v. 3M Co., et al.)*
17-cv-04880 *(Scott v. 3M Co., et al.)*
17-cv-04892 *(Thyrion v. 3M Co., et al.)*
17-cv-04984 *(Cheney v. 3M Co., et al.)*
17-cv-05199 *(Spry v. 3M Co., et al.)*
17-cv-05202 *(Reed v. 3M Co., et al.)*
17-cv-05302 *(Kelley v. 3M Co., et al.)*
17-cv-05375 *(Lewis v. 3M Co., et al.)*
17-cv-05469 *(Minnigan-Judd v. 3M Co., et al.)*

## DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 14

Pursuant to the Court's Pretrial Order No. 14 ("PTO 14"), entered September 27, 2016, Defendants 3M Company and Arizant Healthcare, Inc. (collectively, "Defendants") respectfully move the Court to dismiss the following plaintiffs' cases for failure to comply with PTO 14:

| Case Number | Plaintiff | Firm Name |
|---|---|---|
| 0:17-cv-02638-JNE-FLN | Reinker | Kennedy Hodges, L.L.P. |
| 0:17-cv-02901-JNE-FLN | Moore | Kennedy Hodges, L.L.P. |
| 0:17-cv-03049-JNE-FLN | Finney | Brown & Crouppen, P.C. |
| 0:17-cv-03255-JNE-FLN | Holmes | Brown & Crouppen, P.C. |
| 0:17-cv-03662-JNE-FLN | Guyton | Brown & Crouppen, P.C. |
| 0:17-cv-04429-JNE-FLN | Holcomb | DeGaris & Rogers, LLC |
| 0:17-cv-04805-JNE-FLN | Beck | Brown & Crouppen, P.C. |
| 0:17-cv-04825-JNE-FLN | Duckworth | Brown & Crouppen, P.C. |
| 0:17-cv-04896-JNE-FLN | Pew | Kirtland & Packard LLP |
| 0:17-cv-04880-JNE-FLN | Scott | Brown & Crouppen, P.C. |
| 0:17-cv-04892-JNE-FLN | Thyrion | Brown & Crouppen, P.C. |
| 0:17-cv-04984-JNE-FLN | Cheney | Kirtland & Packard LLP |
| 0:17-cv-05199-JNE-FLN | Spry | Pendley, Baudin & Coffin L.L.P. |
| 0:17-cv-05202-JNE-FLN | Reed | Pendley, Baudin & Coffin L.L.P. |
| 0:17-cv-05302-JNE-FLN | Kelley | Kirtland & Packard LLP |
| 0:17-cv-05375-JNE-FLN | Lewis | Davis & Crump, P.C. |
| 0:17-cv-05469-JNE-FLN | Minnigan-Judd | The Law Offices of Travis R. Walker, P.A. |

As set forth in Defendants' Memorandum of Law in Support of Motion to Dismiss for Failure to Comply with Pretrial Order No. 14, there are three (3) categories of cases where plaintiffs have failed to serve a Plaintiff Fact Sheet ("PFS") compliant with the requirements set forth by the Court in PTO 14: (a) cases where no PFS has been served by plaintiff; (b) cases where plaintiff served a PFS with core deficiencies, and failed to cure them or otherwise respond to Defendants' first and/or second deficiency letter; and (c) cases where plaintiff served a PFS with core deficiencies, and failed to cure them after

2

Defendants' third deficiency letter. Defendants placed the above cases on the agenda for two sequential Court status conferences. Dismissal of these cases with prejudice is therefore appropriate under PTO 14, ¶ 8, and Defendants respectfully request the Court grant their motion regarding same.

Dated: June 7, 2018                                    Respectfully submitted,


                                                       s/Benjamin W. Hulse
                                                       Jerry W. Blackwell (MN #186867)
                                                       Benjamin W. Hulse (MN #0390952)
                                                       Mary S. Young (MN #0392781)
                                                       BLACKWELL BURKE P.A.
                                                       431 South Seventh Street, Suite 2500
                                                       Minneapolis, MN 55415
                                                       Phone: (612) 343-3200
                                                       Fax: (612) 343-3205
                                                       Email: blackwell@blackwellburke.com
                                                              bhulse@blackwellburke.com
                                                              myoung@blackwellburke.com

                                                       Bridget M. Ahmann (MN #016611x)
                                                       FAEGRE BAKER DANIELS LLP
                                                       2200 Wells Fargo Center
                                                       90 South Seventh Street
                                                       Minneapolis, MN 55402
                                                       Phone: (612) 766-7000
                                                       Email: bridget.ahmann@faegrebd.com

                                                       *Counsel for Defendants 3M Company
                                                       and Arizant Healthcare Inc.*