# EXHIBIT A



## BLACKWELL BURKE P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

February 07, 2018

**VIA EMAIL AND U.S. MAIL**
Annesley H DeGaris
DeGaris & Rogers, LLC
Two North Twentieth Street, Suite 1030
Birmingham, AL 35203
adegaris@degarislaw.com

> Re:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
> MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
> *Holcomb, April  v. 3M Company et al* Case No.: 0:17-cv-04429-JNE-FLN

Dear Counsel:

We are in receipt of the Plaintiff Fact Sheet (PFS) for the above-captioned matter.  The PFS has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations."  Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'"  In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured.  When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Holcomb_April _017-cv-04429_1_Holcomb_April _017-cv-04429_1"

Holcomb_April _017-
cv-
04429_1_Holcomb_Ap
ril _017-cv-04429_1

PLAINTIFFS' LAST NAME - Holcomb
PLAINTIFFS' FIRST NAME - April
CASE NO. - 0:17-cv-04429
SECTION I (CASE INFORMATION) - Incomplete
SECTION I - INCOMPLETE QUESTIONS - 04
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 01, 02, 05, 06, 08, 09, 10, 11, 12, 13
SECTION III   (SURGERY INFORMATION) - Incomplete
SECTION III - INCOMPLETE QUESTIONS - 03
SECTION IV - 1 (VITAL STATISTICS) -
SECTION IV - 10   (DRUG/ALCOHOL) -
SECTION IV - 3 (HEALTHCARE PROVIDERS) - Incomplete
SECTION IV - 7   (PHARMACIES/DRUGSTORES) - Incomplete
SECTION IV - 8   (DENTAL PROCEDURES) - Incomplete
SECTION IV - 9   (TOBACCO) - Incomplete
SECTION IX - 1   (CONSORTIUM NAME ETC.) - Incomplete
SECTION IX - 3   (RESIDENCES) - Incomplete
SECTION IX - 4   (MARRIED) - Incomplete
SECTION V - 5   (DISABILITY CLAIMS) - Incomplete
SECTION V - 6   (LAWSUITS) - Incomplete
SECTION V - 7   (BANKRUPTCY) - Incomplete
SECTION VI - 1   (PHYSICAL INJURY) - Incomplete
SECTION VI - 3   (EMOTIONAL DISTRESS) - Incomplete
SECTION VI - 6   (WARNINGS) -
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) -
SECTION VI - 8   (3M/ARIZANT WARRANTY) -
SECTION VI - 9   (AUGUSTINE) -
SECTION VII - 1   (LOST PAST WAGES) -
SECTION VII - 2   (LOST FUTURE WAGES) -
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) -
X.01 - SIGNED AUTHORIZATION - Incomplete
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - DeGaris & Rogers
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - adegaris@degarislaw.com



# BLACKWELL BURKE P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

March 13, 2018

**VIA EMAIL AND U.S. MAIL**
Behram Parekh
Kirtland & Packard LLP
1638 South Pacific Coast Highway
Redondo Beach, CA 90277
bvp@kirtlandpackard.com

Re:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
*Pew, Richard v. 3M Company et al* Case No.: 0:17-cv-04896-JNE-FLN

Dear Counsel:

We are in receipt of the Plaintiff Fact Sheet (PFS) for the above-captioned matter. The PFS has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Pew_Richard _-cv-_1_Pew_Richard _-cv-_1"

Pew_Richard _-cv-
_1_Pew_Richard _-cv-
_1

PLAINTIFFS' LAST NAME - Pew
PLAINTIFFS' FIRST NAME - Richard W
CASE NO. - no answer provided
SECTION I (CASE INFORMATION) - Incomplete
SECTION I - INCOMPLETE QUESTIONS - 02
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 02, 15
SECTION III (SURGERY INFORMATION) -
SECTION IV - 1 (VITAL STATISTICS) -
SECTION IV - 10 (DRUG/ALCOHOL) -
SECTION IV - 3 (HEALTHCARE PROVIDERS) - Incomplete
SECTION IV - 7 (PHARMACIES/DRUGSTORES) - Incomplete
SECTION IV - 8 (DENTAL PROCEDURES) -
SECTION IV - 9 (TOBACCO) -
SECTION IX - 1 (CONSORTIUM NAME ETC.) -
SECTION IX - 3 (RESIDENCES) -
SECTION IX - 4 (MARRIED) -
SECTION V - 5 (DISABILITY CLAIMS) -
SECTION V - 6 (LAWSUITS) -
SECTION V - 7 (BANKRUPTCY) -
SECTION VI - 1 (PHYSICAL INJURY) -
SECTION VI - 3 (EMOTIONAL DISTRESS) -
SECTION VI - 6 (WARNINGS) -
SECTION VI - 7 (3M/ARIZANT COMMUNICATIONS) -
SECTION VI - 8 (3M/ARIZANT WARRANTY) -
SECTION VI - 9 (AUGUSTINE) -
SECTION VII - 1 (LOST PAST WAGES) -
SECTION VII - 2 (LOST FUTURE WAGES) -
SECTION VIII - 2 (VERBAL/WRITTEN STATEMENT) -
X.01 - SIGNED AUTHORIZATION -
X.02.D - DOCUMENTS - SIGNED VERIFICATION -
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Kirtland Packard
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - bvp@kirtlandpackard.com



**BLACKWELL BURKE** P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

March 12, 2018

**VIA EMAIL AND U.S. MAIL**
Behram Parekh
Kirtland & Packard LLP
1638 South Pacific Coast Highway
Redondo Beach, CA 90277
bvp@kirtlandpackard.com

Re:    *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
*Cheney, Jay v. 3M Company et al* Case No.: 0:17-cv-04984-JNE-FLN

Dear Counsel:

We are in receipt of the Plaintiff Fact Sheet (PFS) for the above-captioned matter.  The PFS has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations."  Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'"  In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured.  When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Cheney_Jay_-cv-_1_Cheney_Jay_-cv-_1"

Cheney_Jay_-cv-
_1_Cheney_Jay_-cv-_1

PLAINTIFFS' LAST NAME - Cheney
PLAINTIFFS' FIRST NAME - Jay
CASE NO. - no answer provided
SECTION I (CASE INFORMATION) - Incomplete
SECTION I - INCOMPLETE QUESTIONS - 02
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 02
SECTION III   (SURGERY INFORMATION) -
SECTION IV - 1 (VITAL STATISTICS) -
SECTION IV - 10   (DRUG/ALCOHOL) -
SECTION IV - 3 (HEALTHCARE PROVIDERS) -
SECTION IV - 7   (PHARMACIES/DRUGSTORES) -
SECTION IV - 8   (DENTAL PROCEDURES) -
SECTION IV - 9   (TOBACCO) -
SECTION IX - 1   (CONSORTIUM NAME ETC.) -
SECTION IX - 3   (RESIDENCES) -
SECTION IX - 4   (MARRIED) -
SECTION V - 5   (DISABILITY CLAIMS) -
SECTION V - 6   (LAWSUITS) -
SECTION V - 7   (BANKRUPTCY) -
SECTION VI - 1   (PHYSICAL INJURY) -
SECTION VI - 3   (EMOTIONAL DISTRESS) -
SECTION VI - 6   (WARNINGS) -
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) -
SECTION VI - 8   (3M/ARIZANT WARRANTY) -
SECTION VI - 9   (AUGUSTINE) -
SECTION VII - 1   (LOST PAST WAGES) -
SECTION VII - 2   (LOST FUTURE WAGES) -
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) -
X.01 - SIGNED AUTHORIZATION -
X.02.D - DOCUMENTS - SIGNED VERIFICATION -
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Kirtland Packard
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - bvp@kirtlandpackard.com



**BLACKWELL BURKE** P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

March 15, 2018

**VIA EMAIL AND U.S. MAIL**
Christopher Coffin
Pendley, Baudin & Coffin L.L.P.
24110 Eden St.P.O. Drawer 71
Plaquemine, LA 70765
www.pbclawfirm.com

> Re:  *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
> MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
> *Spry, John et al v. 3M Company et al* Case No.: 0:17-cv-05199-JNE-FLN

Dear Counsel:

We are in receipt of the Plaintiff Fact Sheet (PFS) for the above-captioned matter.  The PFS has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations."  Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'"  In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured.  When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Spry_John _017-cv-05199_1_Spry_John _017-cv-05199_1"

Spry_John _017-cv-05199_1_Spry_John _017-cv-05199_1

PLAINTIFFS' LAST NAME - Spry
PLAINTIFFS' FIRST NAME - John R
CASE NO. - 0:17-cv-05199
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) -
SECTION III  (SURGERY INFORMATION) -
SECTION IV - 1 (VITAL STATISTICS) -
SECTION IV - 10  (DRUG/ALCOHOL) -
SECTION IV - 3 (HEALTHCARE PROVIDERS) -
SECTION IV - 7 (PHARMACIES/DRUGSTORES) -
SECTION IV - 8 (DENTAL PROCEDURES) -
SECTION IV - 9 (TOBACCO) -
SECTION IX - 1 (CONSORTIUM NAME ETC.) -
SECTION IX - 3 (RESIDENCES) -
SECTION IX - 4 (MARRIED) -
SECTION V - 5 (DISABILITY CLAIMS) -
SECTION V - 6 (LAWSUITS) -
SECTION V - 7 (BANKRUPTCY) -
SECTION VI - 1 (PHYSICAL INJURY) -
SECTION VI - 3 (EMOTIONAL DISTRESS) -
SECTION VI - 6 (WARNINGS) -
SECTION VI - 7 (3M/ARIZANT COMMUNICATIONS) -
SECTION VI - 8 (3M/ARIZANT WARRANTY) -
SECTION VI - 9 (AUGUSTINE) -
SECTION VII - 1 (LOST PAST WAGES) - Incomplete
SECTION VII - 2 (LOST FUTURE WAGES) - Incomplete
SECTION VIII - 2 (VERBAL/WRITTEN STATEMENT) -
X.01 - SIGNED AUTHORIZATION -
X.02.D - DOCUMENTS - SIGNED VERIFICATION -
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Pendley, Baudin & Coffin LLP
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - sshirey@pbclawfirm.com



# BLACKWELL
# BURKE P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

March 19, 2018

**VIA EMAIL AND U.S. MAIL**
Christopher Coffin
Pendley, Baudin & Coffin L.L.P.
24110 Eden St.P.O. Drawer 71
Plaquemine, LA 70765
www.pbclawfirm.com

> Re: *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
> MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
> *Reed, Tommy et al v. 3M Company et al* Case No.: 0:17-cv-05202-JNE-FLN

Dear Counsel:

We are in receipt of the Plaintiff Fact Sheet (PFS) for the above-captioned matter. The PFS has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Reed_Tommy _017-cv-05202_1 _Reed_Tommy _017-cv-05202_1"

Reed_Tommy _017-cv-05202_1 _Reed_Tommy _017-cv-05202_1

PLAINTIFFS' LAST NAME - Reed
PLAINTIFFS' FIRST NAME - Tommy
CASE NO. - 0:17-cv-05202
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) -
SECTION III  (SURGERY INFORMATION) - Incomplete
SECTION III - INCOMPLETE QUESTIONS - 01
SECTION IV - 1 (VITAL STATISTICS) -
SECTION IV - 10  (DRUG/ALCOHOL) -
SECTION IV - 3 (HEALTHCARE PROVIDERS) -
SECTION IV - 7 (PHARMACIES/DRUGSTORES) -
SECTION IV - 8 (DENTAL PROCEDURES) -
SECTION IV - 9 (TOBACCO) -
SECTION IX - 1  (CONSORTIUM NAME ETC.) -
SECTION IX - 3 (RESIDENCES) -
SECTION IX - 4 (MARRIED) -
SECTION V - 5 (DISABILITY CLAIMS) -
SECTION V - 6 (LAWSUITS) -
SECTION V - 7 (BANKRUPTCY) -
SECTION VI - 1 (PHYSICAL INJURY) -
SECTION VI - 3 (EMOTIONAL DISTRESS) -
SECTION VI - 6 (WARNINGS) -
SECTION VI - 7 (3M/ARIZANT COMMUNICATIONS) -
SECTION VI - 8 (3M/ARIZANT WARRANTY) -
SECTION VI - 9 (AUGUSTINE) -
SECTION VII - 1 (LOST PAST WAGES) -
SECTION VII - 2 (LOST FUTURE WAGES) - Incomplete
SECTION VIII - 2 (VERBAL/WRITTEN STATEMENT) -
X.01 - SIGNED AUTHORIZATION -
X.02.D - DOCUMENTS - SIGNED VERIFICATION -
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Pendley, Baudin & Coffin LLP
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - sshirey@pbclawfirm.com

# EXHIBIT B



BLACKWELL
BURKE P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

February 06, 2018

**VIA EMAIL AND U.S. MAIL**
David W. Hodges
Kennedy Hodges, L.L.P.
4409 Montrose Blvd, Ste 200
Houston, TX, 77006
mtg@kennedyhodges.com

> Re: *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
> MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
> *Reinker* Case No.:17-v-02638-JNE-FLN

Dear Counsel:

We are in receipt of the second amended Plaintiff Fact Sheet (PFS) for the above-captioned matter. The second amended PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original and/or any amended PFS. An updated verification is required, however, to be served along with the amended PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Reinker_Susan_17-cv-2638_3_Reinker_Susan_17-cv-2638_3"

PLAINTIFFS' LAST NAME - Reinker
PLAINTIFFS' FIRST NAME - Susan
CASE NO. - 17-cv-2638
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 01, 02, 03, 06, 08, 10
SECTION III   (SURGERY INFORMATION) -
SECTION IV - 1 (VITAL STATISTICS) - Incomplete
SECTION IV - 10   (DRUG/ALCOHOL) - Incomplete
SECTION IV - 3 (HEALTHCARE PROVIDERS) - Incomplete
SECTION IV - 7   (PHARMACIES/DRUGSTORES) - Incomplete
SECTION IV - 8   (DENTAL PROCEDURES) - Incomplete
SECTION IV - 9   (TOBACCO) - Incomplete
SECTION IX - 1   (CONSORTIUM NAME ETC.) - Incomplete
SECTION IX - 3   (RESIDENCES) - Incomplete
SECTION IX - 4   (MARRIED) - Incomplete
SECTION V - 5   (DISABILITY CLAIMS) - Incomplete
SECTION V - 6   (LAWSUITS) - Incomplete
SECTION V - 7   (BANKRUPTCY) - Incomplete
SECTION VI - 1   (PHYSICAL INJURY) - Incomplete
SECTION VI - 3   (EMOTIONAL DISTRESS) - Incomplete
SECTION VI - 6   (WARNINGS) - Incomplete
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) - Incomplete
SECTION VI - 8   (3M/ARIZANT WARRANTY) - Incomplete
SECTION VI - 9   (AUGUSTINE) - Incomplete
SECTION VII - 1   (LOST PAST WAGES) - Incomplete
SECTION VII - 2   (LOST FUTURE WAGES) - Incomplete
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) - Incomplete
X.01 - SIGNED AUTHORIZATION - Incomplete
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Kennedy Hodges, L.L.P.
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - mtg@kennedyhodges.com



Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

February 14, 2018

**VIA EMAIL AND U.S. MAIL**
David W. Hodges
Kennedy Hodges, L.L.P.
4409 Montrose Blvd, Ste 200
Houston, TX, 77006
mtg@kennedyhodges.com

> Re:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
> MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
> *Moore v. 3M Company et al* Case No.:0:17-cv-02901-JNE-FLN

Dear Counsel:

We are in receipt of the second amended Plaintiff Fact Sheet (PFS) for the above-captioned matter. The second amended PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original and/or any amended PFS. An updated verification is required, however, to be served along with the amended PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Moore_Mike_17-cv-2901_1_Moore_Mike_17-cv-2901_1"

PLAINTIFFS' LAST NAME - Moore
PLAINTIFFS' FIRST NAME - Mike
CASE NO. - 17-cv-2901
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 01, 02, 03, 05, 06
SECTION III   (SURGERY INFORMATION) -
SECTION IV - 1 (VITAL STATISTICS) - Incomplete
SECTION IV - 10   (DRUG/ALCOHOL) - Incomplete
SECTION IV - 3 (HEALTHCARE PROVIDERS) -
SECTION IV - 7   (PHARMACIES/DRUGSTORES) -
SECTION IV - 8   (DENTAL PROCEDURES) -
SECTION IV - 9   (TOBACCO) - Incomplete
SECTION IX - 1   (CONSORTIUM NAME ETC.) - Incomplete
SECTION IX - 3   (RESIDENCES) - Incomplete
SECTION IX - 4   (MARRIED) - Incomplete
SECTION V - 5   (DISABILITY CLAIMS) - Incomplete
SECTION V - 6   (LAWSUITS) - Incomplete
SECTION V - 7   (BANKRUPTCY) - Incomplete
SECTION VI - 1   (PHYSICAL INJURY) - Incomplete
SECTION VI - 3   (EMOTIONAL DISTRESS) - Incomplete
SECTION VI - 6   (WARNINGS) -
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) -
SECTION VI - 8   (3M/ARIZANT WARRANTY) -
SECTION VI - 9   (AUGUSTINE) -
SECTION VII - 1   (LOST PAST WAGES) - Incomplete
SECTION VII - 2   (LOST FUTURE WAGES) - Incomplete
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) - Incomplete
X.01 - SIGNED AUTHORIZATION - Incomplete
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Kennedy Hodges, L.L.P.
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - mtg@kennedyhodges.com



BLACKWELL
BURKE P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

February 14, 2018

**VIA EMAIL AND U.S. MAIL**
Seth Webb
Brown and Crouppen, P.C
211 N. Broadway, Suite 1600
St. Louis, MO 63102
sethw@getbc.com

> Re:  *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
> MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
> *Finney v. 3M Company et al* Case No.:0:17-cv-03049-JNE-FLN

Dear Counsel:

We are in receipt of the second amended Plaintiff Fact Sheet (PFS) for the above-captioned matter. The second amended PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original and/or any amended PFS. An updated verification is required, however, to be served along with the amended PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Finney_Gwendolyn_017-cv-3049_1_Finney_Gwendolyn_017-cv-3049_1"

Finney_Gwendolyn_01
7-cv-
3049_1_Finney_Gwend
olyn_017-cv-3049_1

PLAINTIFFS' LAST NAME - Finney
PLAINTIFFS' FIRST NAME - Gwendolyn K.
CASE NO. - 0:17-cv-3049
SECTION I (CASE INFORMATION) - Incomplete
SECTION I - INCOMPLETE QUESTIONS - 01, 04
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 01, 02, 03, 05, 06, 07, 08, 09, 10, 11, 12, 13, 14, 15, 16
SECTION III   (SURGERY INFORMATION) - Incomplete
SECTION III - INCOMPLETE QUESTIONS - 01, 02, 03, 04, 05
SECTION IV - 1 (VITAL STATISTICS) - Incomplete
SECTION IV - 10   (DRUG/ALCOHOL) - Incomplete
SECTION IV - 3 (HEALTHCARE PROVIDERS) - Incomplete
SECTION IV - 7   (PHARMACIES/DRUGSTORES) - Incomplete
SECTION IV - 8   (DENTAL PROCEDURES) - Incomplete
SECTION IV - 9   (TOBACCO) - Incomplete
SECTION IX - 1   (CONSORTIUM NAME ETC.) - Incomplete
SECTION IX - 3   (RESIDENCES) - Incomplete
SECTION IX - 4   (MARRIED) - Incomplete
SECTION V - 5   (DISABILITY CLAIMS) - Incomplete
SECTION V - 6   (LAWSUITS) - Incomplete
SECTION V - 7   (BANKRUPTCY) - Incomplete
SECTION VI - 1   (PHYSICAL INJURY) - Incomplete
SECTION VI - 3   (EMOTIONAL DISTRESS) - Incomplete
SECTION VI - 6   (WARNINGS) - Incomplete
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) - Incomplete
SECTION VI - 8   (3M/ARIZANT WARRANTY) - Incomplete
SECTION VI - 9   (AUGUSTINE) - Incomplete
SECTION VII - 1   (LOST PAST WAGES) - Incomplete
SECTION VII - 2   (LOST FUTURE WAGES) - Incomplete
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) - Incomplete
X.01 - SIGNED AUTHORIZATION - Incomplete
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Brown & Crouppen
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - sethw@getbc.com



Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

February 21, 2018

**VIA EMAIL AND U.S. MAIL**
Seth Webb
Brown and Crouppen, P.C.
211 N. Broadway, Suite 1600
St. Louis, MO 63102
sethw@getbc.com

Re:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
*Holmes, Peter et al v. 3M Company et al*  Case No.:0:17-cv-03255-JNE-FLN

Dear Counsel:

We are in receipt of the second amended Plaintiff Fact Sheet (PFS) for the above-captioned matter. The second amended PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original and/or any amended PFS. An updated verification is required, however, to be served along with the amended PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Holmes_Peter_017-cv-3255_1_Holmes_Peter_017-cv-3255_1"          Holmes_Peter_017-cv-3255_1_Holmes_Peter_017-cv-3255_1

PLAINTIFFS' LAST NAME – Holmes
PLAINTIFFS' FIRST NAME - Peter A.
CASE NO. - 0:17-cv-3255
SECTION I (CASE INFORMATION) - Incomplete
SECTION I - INCOMPLETE QUESTIONS - 01, 04
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 01, 02, 03, 05, 06, 08, 09, 10, 11, 12, 13, 14, 15, 16
SECTION III   (SURGERY INFORMATION) - Incomplete
SECTION III - INCOMPLETE QUESTIONS - 01, 03, 04, 05
SECTION IV - 1 (VITAL STATISTICS) - Incomplete
SECTION IV - 10   (DRUG/ALCOHOL) - Incomplete
SECTION IV - 3 (HEALTHCARE PROVIDERS) - Incomplete
SECTION IV - 7   (PHARMACIES/DRUGSTORES) - Incomplete
SECTION IV - 8   (DENTAL PROCEDURES) - Incomplete
SECTION IV - 9   (TOBACCO) - Incomplete
SECTION IX - 1   (CONSORTIUM NAME ETC.) - Incomplete
SECTION IX - 3   (RESIDENCES) - Incomplete
SECTION IX - 4   (MARRIED) - Incomplete
SECTION V - 5   (DISABILITY CLAIMS) - Incomplete
SECTION V - 6   (LAWSUITS) - Incomplete
SECTION V - 7   (BANKRUPTCY) - Incomplete
SECTION VI - 1   (PHYSICAL INJURY) - Incomplete
SECTION VI - 3   (EMOTIONAL DISTRESS) - Incomplete
SECTION VI - 6   (WARNINGS) - Incomplete
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) - Incomplete
SECTION VI - 8   (3M/ARIZANT WARRANTY) - Incomplete
SECTION VI - 9   (AUGUSTINE) - Incomplete
SECTION VII - 1   (LOST PAST WAGES) - Incomplete
SECTION VII - 2   (LOST FUTURE WAGES) - Incomplete
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) - Incomplete
X.01 - SIGNED AUTHORIZATION - Incomplete
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete
X.02.D.1 - DOCUMENTS - SIGNED VERIFICATION (NON-PFS RESPONSE) - Incomplete
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Brown & Crouppen
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - sethw@getbc.com



BLACKWELL
BURKE P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

February 21, 2018

**VIA EMAIL AND U.S. MAIL**
Seth Webb
Brown and Crouppen, P.C
211 N. Broadway, Suite 1600
St. Louis, MO 63102
sethw@getbc.com

> Re:  *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
> MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
> *Guyton, Sharida v. 3M Company et al*  Case No.:0:17-cv-03662-JNE-FLN

Dear Counsel:

We are in receipt of the second amended Plaintiff Fact Sheet (PFS) for the above-captioned matter. The second amended PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original and/or any amended PFS. An updated verification is required, however, to be served along with the amended PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Guyton_Sharida_017-cv-3662_1_Guyton_Sharida_017-cv-3662_1"

**Guyton_Sharida_017-cv-3662_1_Guyton_Shari da_017-cv-3662_1**

PLAINTIFFS' LAST NAME - Guyton
PLAINTIFFS' FIRST NAME - Sharida
CASE NO. - 0:17-cv-3662
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) -
SECTION III   (SURGERY INFORMATION) - Incomplete
SECTION III - INCOMPLETE QUESTIONS - 03
SECTION IV - 1 (VITAL STATISTICS) -
SECTION IV - 10   (DRUG/ALCOHOL) -
SECTION IV - 3 (HEALTHCARE PROVIDERS) -
SECTION IV - 7   (PHARMACIES/DRUGSTORES) -
SECTION IV - 8   (DENTAL PROCEDURES) -
SECTION IV - 9   (TOBACCO) -
SECTION IX - 1   (CONSORTIUM NAME ETC.) -
SECTION IX - 3   (RESIDENCES) -
SECTION IX - 4   (MARRIED) -
SECTION V - 5   (DISABILITY CLAIMS) -
SECTION V - 6   (LAWSUITS) -
SECTION V - 7   (BANKRUPTCY) -
SECTION VI - 1   (PHYSICAL INJURY) -
SECTION VI - 3   (EMOTIONAL DISTRESS) -
SECTION VI - 6   (WARNINGS) -
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) -
SECTION VI - 8   (3M/ARIZANT WARRANTY) -
SECTION VI - 9   (AUGUSTINE) -
SECTION VII - 1   (LOST PAST WAGES) -
SECTION VII - 2   (LOST FUTURE WAGES) -
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) -
X.01 - SIGNED AUTHORIZATION -
X.02.D - DOCUMENTS - SIGNED VERIFICATION -
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Brown & Crouppen
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - sethw@getbc.com



**BLACKWELL BURKE** P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

February 28, 2018

**VIA EMAIL AND U.S. MAIL**
Seth Webb
Brown and Crouppen, P.C.
211 N. Broadway, Suite 1600
St. Louis, MO 63102
sethw@getbc.com

    Re:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
      MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
      *Beck, Louis v. 3M Company et al*  Case No.:0:17-cv-04805-JNE-FLN

Dear Counsel:

We are in receipt of the second amended Plaintiff Fact Sheet (PFS) for the above-captioned matter. The second amended PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured.  When serving a revised, PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original and/or any amended PFS.  An updated verification is required, however, to be served along with the amended PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Beck_Louis_017-cv-4805_1_Beck_Louis_017-cv-4805_1"

PLAINTIFFS' LAST NAME - Beck
PLAINTIFFS' FIRST NAME - Louis A
CASE NO. - 0:17-cv-4805
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) -
SECTION III  (SURGERY INFORMATION) -
SECTION IV - 1 (VITAL STATISTICS) -
SECTION IV - 10   (DRUG/ALCOHOL) -
SECTION IV - 3 (HEALTHCARE PROVIDERS) -
SECTION IV - 7  (PHARMACIES/DRUGSTORES) -
SECTION IV - 8  (DENTAL PROCEDURES) -
SECTION IV - 9  (TOBACCO) -
SECTION IX - 1  (CONSORTIUM NAME ETC.) -
SECTION IX - 3  (RESIDENCES) -
SECTION IX - 4  (MARRIED) -
SECTION V - 5  (DISABILITY CLAIMS) -
SECTION V - 6  (LAWSUITS) -
SECTION V - 7  (BANKRUPTCY) -
SECTION VI - 1  (PHYSICAL INJURY) -
SECTION VI - 3  (EMOTIONAL DISTRESS) -
SECTION VI - 6  (WARNINGS) -
SECTION VI - 7  (3M/ARIZANT COMMUNICATIONS) -
SECTION VI - 8  (3M/ARIZANT WARRANTY) -
SECTION VI - 9  (AUGUSTINE) -
SECTION VII - 1   (LOST PAST WAGES) -
SECTION VII - 2   (LOST FUTURE WAGES) - Incomplete
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) -
X.01 - SIGNED AUTHORIZATION -
X.02.D - DOCUMENTS - SIGNED VERIFICATION -
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Brown & Crouppen
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - sethw@getbc.com


## BLACKWELL
## BURKE P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

February 19, 2018

**VIA EMAIL AND U.S. MAIL**
Seth Webb
Brown and Crouppen, P.C.
211 N. Broadway, Suite 1600
St. Louis, MO 63102
sethw@getbc.com

      *Re:*    *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
            MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
            *Duckworth, Laura v. 3M Company et al*  Case No.:0:17-cv-04825-JNE-FLN

Dear Counsel:

We are in receipt of the second amended Plaintiff Fact Sheet (PFS) for the above-captioned matter. The second amended PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original and/or any amended PFS. An updated verification is required, however, to be served along with the amended PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Duckworth_Laura_017-cv-4825_1_Duckworth_Laura_017-cv-4825_1"

Duckworth_Laura_017
-cv-
4825_1_Duckworth_La
ura_017-cv-4825_1

PLAINTIFFS' LAST NAME - Duckworth
PLAINTIFFS' FIRST NAME - Laura A.
CASE NO. - 0:17-cv-4825
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) -
SECTION III  (SURGERY INFORMATION) -
SECTION IV - 1 (VITAL STATISTICS) -
SECTION IV - 10  (DRUG/ALCOHOL) -
SECTION IV - 3 (HEALTHCARE PROVIDERS) -
SECTION IV - 7  (PHARMACIES/DRUGSTORES) -
SECTION IV - 8  (DENTAL PROCEDURES) -
SECTION IV - 9  (TOBACCO) -
SECTION IX - 1  (CONSORTIUM NAME ETC.) -
SECTION IX - 3  (RESIDENCES) -
SECTION IX - 4  (MARRIED) -
SECTION V - 5  (DISABILITY CLAIMS) -
SECTION V - 6  (LAWSUITS) -
SECTION V - 7  (BANKRUPTCY) -
SECTION VI - 1  (PHYSICAL INJURY) -
SECTION VI - 3  (EMOTIONAL DISTRESS) -
SECTION VI - 6  (WARNINGS) -
SECTION VI - 7  (3M/ARIZANT COMMUNICATIONS) -
SECTION VI - 8  (3M/ARIZANT WARRANTY) -
SECTION VI - 9  (AUGUSTINE) -
SECTION VII - 1   (LOST PAST WAGES) -
SECTION VII - 2   (LOST FUTURE WAGES) -
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) -
X.01 - SIGNED AUTHORIZATION -
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Brown & Crouppen
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - sethw@getbc.com



BLACKWELL
BURKE P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

February 28, 2018

**VIA EMAIL AND U.S. MAIL**
Seth Webb
Brown and Crouppen, P.C.
211 N. Broadway, Suite 1600
St. Louis, MO 63102
sethw@getbc.com

> Re:  *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
>       MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
>       *Scott,Sheree  v. 3M Company et al*  Case No.:0:17-cv-04880-JNE-FLN

Dear Counsel:

We are in receipt of the second amended Plaintiff Fact Sheet (PFS) for the above-captioned matter. The second amended PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original and/or any amended PFS. An updated verification is required, however, to be served along with the amended PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Scott_Sheree_017-cv-4880_1_Scott_Sheree_017-cv-4880_1"                    Scott_Sheree_017-cv-
4880_1_Scott_Sheree_
017-cv-4880_1

PLAINTIFFS' LAST NAME - Scott
PLAINTIFFS' FIRST NAME - Sheree
CASE NO. - 0:17-cv-4880
SECTION I (CASE INFORMATION) - Incomplete
SECTION I - INCOMPLETE QUESTIONS - 04
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 01, 02, 03, 05, 06, 08, 09, 10, 11, 12, 13, 14, 15, 16
SECTION III   (SURGERY INFORMATION) - Incomplete
SECTION III - INCOMPLETE QUESTIONS - 01, 02, 03, 04, 05
SECTION IV - 1 (VITAL STATISTICS) - Incomplete
SECTION IV - 10   (DRUG/ALCOHOL) - Incomplete
SECTION IV - 3 (HEALTHCARE PROVIDERS) - Incomplete
SECTION IV - 7  (PHARMACIES/DRUGSTORES) - Incomplete
SECTION IV - 8  (DENTAL PROCEDURES) - Incomplete
SECTION IV - 9  (TOBACCO) - Incomplete
SECTION IX - 1  (CONSORTIUM NAME ETC.) - Incomplete
SECTION IX - 3  (RESIDENCES) - Incomplete
SECTION IX - 4  (MARRIED) - Incomplete
SECTION V - 5  (DISABILITY CLAIMS) - Incomplete
SECTION V - 6  (LAWSUITS) - Incomplete
SECTION V - 7  (BANKRUPTCY) - Incomplete
SECTION VI - 1  (PHYSICAL INJURY) - Incomplete
SECTION VI - 3  (EMOTIONAL DISTRESS) - Incomplete
SECTION VI - 6  (WARNINGS) - Incomplete
SECTION VI - 7  (3M/ARIZANT COMMUNICATIONS) - Incomplete
SECTION VI - 8  (3M/ARIZANT WARRANTY) - Incomplete
SECTION VI - 9  (AUGUSTINE) - Incomplete
SECTION VII - 1  (LOST PAST WAGES) - Incomplete
SECTION VII - 2  (LOST FUTURE WAGES) - Incomplete
SECTION VIII - 2  (VERBAL/WRITTEN STATEMENT) - Incomplete
X.01 - SIGNED AUTHORIZATION - Incomplete
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Brown & Crouppen
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - sethw@getbc.com



BLACKWELL
BURKE P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

March 07, 2018

**VIA EMAIL AND U.S. MAIL**
Seth Webb
Brown and Crouppen, P.C.
211 N. Broadway, Suite 1600
St. Louis, MO 63102
sethw@getbc.com

Re:     *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
        MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
        *Thyrion, Leslie v. 3M Company et al*  Case No.:0:17-cv-04892-JNE-FLN

Dear Counsel:

We are in receipt of the second amended Plaintiff Fact Sheet (PFS) for the above-captioned matter. The second amended PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'"  In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured.  When serving a revised, PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original and/or any amended PFS.  An updated verification is required, however, to be served along with the amended PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Thyrion_Leslie_017-cv-4892_1_Thyrion_Leslie_017-cv-4892_1"

Thyrion_Leslie_017-
cv-
4892_1_Thyrion_Leslie
_017-cv-4892_1

PLAINTIFFS' LAST NAME - Thyrion
PLAINTIFFS' FIRST NAME - Leslie A.
CASE NO. - 0:17-cv-4892
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) -
SECTION III (SURGERY INFORMATION) - Incomplete
SECTION III - INCOMPLETE QUESTIONS - 01
SECTION IV - 1 (VITAL STATISTICS) -
SECTION IV - 10 (DRUG/ALCOHOL) -
SECTION IV - 3 (HEALTHCARE PROVIDERS) -
SECTION IV - 7 (PHARMACIES/DRUGSTORES) -
SECTION IV - 8 (DENTAL PROCEDURES) -
SECTION IV - 9 (TOBACCO) -
SECTION IX - 1 (CONSORTIUM NAME ETC.) -
SECTION IX - 3 (RESIDENCES) -
SECTION IX - 4 (MARRIED) -
SECTION V - 5 (DISABILITY CLAIMS) -
SECTION V - 6 (LAWSUITS) - Incomplete
SECTION V - 7 (BANKRUPTCY) -
SECTION VI - 1 (PHYSICAL INJURY) -
SECTION VI - 3 (EMOTIONAL DISTRESS) -
SECTION VI - 6 (WARNINGS) -
SECTION VI - 7 (3M/ARIZANT COMMUNICATIONS) -
SECTION VI - 8 (3M/ARIZANT WARRANTY) -
SECTION VI - 9 (AUGUSTINE) -
SECTION VII - 1 (LOST PAST WAGES) -
SECTION VII - 2 (LOST FUTURE WAGES) -
SECTION VIII - 2 (VERBAL/WRITTEN STATEMENT) -
X.01 - SIGNED AUTHORIZATION -
X.02.D - DOCUMENTS - SIGNED VERIFICATION -
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Brown & Crouppen
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - sethw@getbc.com

# EXHIBIT C

**From:** Ben Hulse
**Sent:** Friday, April 13, 2018 2:32 PM
**To:** 'JoanEricksen_Chambers@mnd.uscourts.gov' <JoanEricksen_Chambers@mnd.uscourts.gov>;
'Noel_Chambers@mnd.uscourts.gov' <Noel_Chambers@mnd.uscourts.gov>
**Cc:** Jerry Blackwell <blackwell@blackwellburke.com>; Bridget Ahmann
<Bridget.Ahmann@FaegreBD.com>; 'gzimmerman@meshbesher.com'
<gzimmerman@meshbesher.com>; 'bgordon@levinlaw.com' <bgordon@levinlaw.com>;
'MVC@ciresiconlin.com' <MVC@ciresiconlin.com>; 'JMC@CiresiConlin.com' <JMC@CiresiConlin.com>;
'David J. Szerlag' <david@pritzkerlaw.com>; 'Wendy Thayer' <wendy@pritzkerlaw.com>
**Subject:** Bair Hugger, MDL 2666 -- Defendants' lists of PFS disputes for April 2018


Dear Judge Ericksen,


Even though this month's status conference has been cancelled, Defendants would still like to list cases
with Plaintiff Fact Sheet disputes, as provided by PTO 14, paragraph 7, Dkt. No. 117.


In the past, the Court ordered that PFS disputes were deemed "addressed to the Court" notwithstanding
the cancellation of the in-court conference.  (E.g., Dkt. No. 959.)  Defendants request the same for this
month.


Best regards,

Ben Hulse

Counsel for Defendants


Benjamin W. Hulse
Blackwell Burke P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN  55415
Direct (612) 343-3256
Fax (612) 343-3205

This message and any attachments may contain information that is privileged, confidential, and exempt from disclosure under applicable
law. If you are not the intended recipient or are not authorized to receive for the recipient, you are hereby notified that dissemination,
distribution or copying of this message and any attachments is strictly prohibited. If you have received this message in error, please
immediately advise the sender by reply e-mail and delete the message and any attachments. Thank you.

Defendants' PFS List 1:  Overdue Plaintiff Fact Sheets
(Updated April 13, 2018)*

| Case Number | Title | Date Filed | Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:17-cv-04637-JNE-FLN | Mackey, Carolyn v. 3M Company et al | 10/11/2017 | 1/9/2018 | 2/6/2018 03/06/2018 | Bernstein Liebhard LLP |
| 0:17-cv-04642-JNE-FLN | Smith, Diana et al v. 3M Company et al | 10/11/2017 | 1/9/2018 | 2/6/2018 03/06/2018 | The Miller Firm, LLC |
| 0:17-cv-04651-JNE-FLN | Knight, Kyle v. 3M Company et al | 11/29/2017 | 1/9/2018 | 2/6/2018 03/06/2018 | Kirtland & Packard LLP |
| 0:17-cv-04652-JNE-FLN | Leaf, Loretta v. 3M Company et al | 10/11/2017 | 1/9/2018 | 2/6/2018 03/06/2018 | Kirtland & Packard LLP |
| 0:17-cv-04775-JNE-FLN | Reinhardt, Rhonda v. 3M Company et al | 10/23/2017 | 1/21/2018 | 2/6/2018 03/06/2018 | Bernstein Liebhard LLP |
| 0:17-cv-05302-JNE-FLN | Kelley, Charles v. 3M Company et al | 11/30/2017 | 2/28/2018 | | Kitland & Packard, LLP |
| 0:17-cv-05318-JNE-FLN | Wilkinson, Deborah v. 3M Company et al | 12/1/2018 | 3/10/2018 | | Kennedy Hodges, LLP |
| 0:17-cv-05342-JNE-FLN | Bozeman, Lynda v. 3M Company et al | 12/4/2017 | 3/4/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-05348-JNE-FLN | Wilmer, Roxanne v. 3M Company et al | 12/5/2017 | 3/5/2018 | | Schlichter Bogard & Denton, LLP |
| 0:17-cv-05375-JNE-FLN | Lewis, Ronnie v. 3M Company et al | 12/7/2017 | 3/7/2018 | | Davis & Crump, P.C. |
| 0:17-cv-05458-JNE-FLN | Lake, Herbert v. 3M Company et al | 12/15/2017 | 3/15/2018 | | Kirtland & Packard LLP |
| 0:17-cv-05469-JNE-FLN | Minnigan-Judd, Stephanie v. 3M Company et al | 12/18/2017 | 3/18/2018 | | The Law offices of Travis R. Walker, P.A. |
| 0:17-cv-05472-JNE-FLN | Jones, Denise v. 3M Company et al | 12/18/2017 | 3/18/2018 | | Johnson Becker, PLLC |
| 0:17-cv-05477-JNE-FLN | Shepard, Andrew v. 3M Company et al | 12/18/2017 | 3/18/2018 | | Johnson Becker, PLLC |

*On April 12, Plaintiffs' counsel alerted Defendants that PFSs in forty cases, going back to 2016, had not been properly served in the portal. These PFSs were loaded onto the portal on April 11, 2018, but show prior (failed) upload dates. Defendants have made every effort to incorporate these PFSs in the current lists, but some of these PFSs may not be reflected.

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).
Pink highlightig Indicates that the case is subject to Defendants' Pending Motion to Dismiss.

Defendants' PFS List 1:  Overdue Plaintiff Fact Sheets
(Updated April 13, 2018)*

| Case Number | Title | Date Filed | Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:17-cv-05496-JNE-FLN | Copeland, Donna v. 3M Company et al | 12/19/2017 | 3/19/2018 | | Kirtland & Packard LLP |
| 0:17-cv-05506-JNE-FLN | Hernandez, William v. 3M Company et al | 12/20/2017 | 3/20/2018 | | Kirtland & Packard LLP |
| 0:17-cv-05513-JNE-FLN | Woodman, Donna v. 3M Company et al | 12/20/2017 | 3/20/2018 | | Kirtland & Packard LLP |
| 0:17-cv-05514-JNE-FLN | Jones, James v. 3M Company et al | 12/20/2017 | 3/20/2018 | | Kirtland & Packard LLP |
| 0:17-cv-05515-JNE-FLN | Gates, Kathy  v. 3M Company et al | 12/20/2017 | 3/20/2018 | | Kirtland & Packard LLP |
| 0:17-cv-05547-JNE-FLN | Scull, Michael  v. 3M Company et al | 12/22/2017 | 3/22/2018 | | Davis & Crump, P.C. |
| 0:17-cv-05550-JNE-FLN | Bishop, Alma  v. 3M Company et al | 12/22/2017 | 3/22/2018 | | Davis & Crump, P.C. |
| 0:18-cv-00032-JNE-FLN | DeArman, Lori v. 3M Company et al | 1/4/2018 | 4/4/2018 | | Kirtland & Packard LLP |
| 0:18-cv-00036-JNE-FLN | Odom, Sandra  v. 3M Company et al | 1/5/2018 | 4/5/2018 | | Davis & Crump, P.C. |
| 0:18-cv-00063-JNE-FLN | Morgan, Zachary  v. 3M Company et al | 1/9/2018 | 4/9/2018 | | Johnson Becker, PLLC |
| 0:18-cv-00064-JNE-FLN | Garvin, Leah v. 3M Company et al | 1/9/2018 | 4/9/2018 | | Johnson Becker, PLLC |
| 0:18-cv-00067-JNE-FLN | Carlson, Glenn v. 3M Company et al | 1/9/2018 | 4/9/2018 | | Johnson Becker, PLLC |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).
Pink highlightig Indicates that the case is subject to Defendants' Pending Motion to Dismiss.

**Defendants' PFS List 2:  Plaintiffs Who Have Not Responded to Defendants' Deficiency Notices**
(Updated April 13, 2018)*

| Case Number | Title | 1st Deficiency Notice Sent | Response Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:17-cv-04068-JNE-FLN | Johnson, Barbara v. 3M Company et al | 12/27/2017 | 1/17/2018 | 2/6/2018 03/09/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03311-JNE-FLN | McDaniel v. 3M Company et al | 11/21/2017 | 12/12/2017 | 01/10/2018 02/06/2018 03/09/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03496-JNE-FLN | Aker, Mary v. 3M Company et al | 1/11/2018 | 2/2/2018 | 3/9/2018 | McGlynn, Glisson and Mouton |
| 0:17-cv-03547-JNE-FLN | Sundquist v. 3M Company et al | 11/29/2017 | 12/20/2017 | 01/10/2018 02/06/2018 03/09/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03809-JNE-FLN | Miller v. 3M Company et al | 12/12/2017 | 1/2/2018 | 01/10/2018 02/06/2018 03/09/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-04537-JNE-FLN | Echard, Audrey et al v. 3M Company et al | 1/30/2018 | 2/20/2018 | 3/9/2018 | Gustafson Gluek PLLC |
| 0:17-cv-04623-JNE-FLN | Guobadia, Maxine  v. 3M Company et al | 2/5/2018 | 2/26/2018 | 3/9/2018 | The Webster Law Firm |
| 0:17-cv-04302-JNE-FLN | Tilley, William  v. 3M Company et al | 2/7/2018 | 2/28/2018 | | The Olinde Firm, LLC |
| 0:17-cv-04375-JNE-FLN | Baker, David  v. 3M Company et al | 2/14/2018 | 3/7/2018 | | Bernstein Liebhard LLP |
| 0:17-cv-04429-JNE-FLN | Holcomb, April v. 3M Company et al | 2/7/2018 | 2/28/2018 | | DeGaris & Rogers, LLC |
| 0:17-cv-04512-JNE-FLN | Cunningham, Mary  v. 3M Company et al | 2/12/2018 | 3/5/2018 | | Bernstein Liebhard LLP |
| 0:17-cv-04716-JNE-FLN | Bewley, Kenneth v. 3M Company et al | 3/13/2018 | 4/3/2018 | | Kirtland and Packard LLP |
| 0:17-cv-04857-JNE-FLN | Murphy, Bennie v 3M et al | 3/19/2018 | 4/9/2018 | | Bernstein Liebhard LLP |
| 0:17-cv-04877-JNE-FLN | McDonald, Ethel v 3M et al | 2/21/2018 | 3/14/2018 | | Bernstein Liebhard LLP |
| 0:17-cv-04896-JNE-FLN | Pew, Richard v. 3M Company et al | 3/13/2018 | 4/3/2018 | | Kirtland & Packard LLP |
| 0:17-cv-04984-JNE-FLN | Cheney, Jay v. 3M Company et al | 3/12/2018 | 4/2/2018 | | Kirtland & Packard LLP |
| 0:17-cv-05021-JNE-FLN | Fair, Randy v. 3M Company et al | 3/8/2018 | 3/29/2018 | | Kirtland & Packard LLP |

served in the portal. These PFSs were loaded onto the portal on April 11, 2018, but show prior (failed) upload dates. Defendants have made every effort to incorporate these PFSs in the current lists, but some of these PFSs may not be reflected.

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).
Pink highlightig Indicates that the case is subject to Defendants' Pending Motion to Dismiss.

**Defendants' PFS List 2:  Plaintiffs Who Have Not Responded to Defendants' Deficiency Notices**
(Updated April 13, 2018)*

| Case Number | Title | 2nd Deficiency Notice Sent | Response Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:17-cv-05135-JNE-FLN | Carrell, Silas v. 3M Company et al | 3/13/2018 | 4/3/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-05138-JNE-FLN | Johnson, Hannah  v. 3M Company et al | 3/13/2018 | 4/3/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-05140-JNE-FLN | Green, Rosemary  v. 3M Company et al | 3/13/2018 | 4/3/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-05199-JNE-FLN | Spry, John et al v. 3M Company et al | 3/15/2018 | 4/5/2018 | | Pendley, Baudin & Coffin L.L.P. |
| 0:17-cv-05202-JNE-FLN | Reed, Tommy et al v. 3M Company et al | 3/19/2018 | 4/9/2018 | | Pendley, Baudin & Coffin L.L.P. |
| **Case Number** | **Title** | **2nd Deficiency Notice Sent** | **Response Due Date** | **Prior Listing** | **Firm Name** |
| 0:17-cv-02372-JNE-FLN | Hufford v. 3M Company et al | 12/6/2017 | 12/27/2017 | 01/10/2018 02/06/2018 03/09/2018 | Gustafson Gluek PLLC |
| 0:17-cv-02758-JNE-FLN | Jones v. 3M Company et al | 12/27/2017 | 1/17/2018 | 2/6/2018 03/09/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03543-JNE-FLN | Hughes, James v. 3M Company et al | 1/16/2018 | 2/6/2018 | 2/6/2018 03/09/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03747-JNE-FLN | Jackson, Deloise v. 3M Company et al | 1/30/2018 | 2/20/2018 | 3/9/2018 | Schlichter Bogard & Denton, LLP |
| 0:17-cv-03781-JNE-FLN | Buttram, Trude v. 3M Company et al | 1/26/2018 | 2/16/2018 | 3/9/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03824-JNE-FLN | Henry, Lawrence v. 3M Company et al | 1/30/2018 | 2/20/2018 | 3/9/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03848-JNE-FLN | Boughner, Roland v. 3M Company et al | 2/5/2018 | 2/26/2018 | 3/9/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03963-JNE-FLN | Jones, Rose v. 3M Company et al | 2/6/2018 | 2/27/2018 | 3/9/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-04432-JNE-FLN | Egdorf, Arlan v. 3M Company | 2/7/2018 | 2/28/2018 | 3/9/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| **Case Number** | **Title** | **3rd Deficiency Notice Sent** | **Response Due Date** | **Prior Listing** | **Firm Name** |
| 0:17-cv-01968-JNE-FLN | Jordan, Teresa v. 3M Company et al | 1/9/2018 | 1/30/2018 | 2/6/2018 03/09/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-02114-JNE-FLN | Harms, Bobby v. 3M Company et al | 1/17/2018 | 2/7/2018 | 3/9/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-02534-JNE-FLN | Duran, Connie v. 3M Company et al | 2/5/2018 | 2/26/2018 | 3/9/2018 | Kennedy Hodges, L.L.P |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).
Pink highlightig Indicates that the case is subject to Defendants' Pending Motion to Dismiss.

**Defendants' PFS List 2:  Plaintiffs Who Have Not Responded to Defendants' Deficiency Notices**

(Updated April 13, 2018)*

| | | | | | |
|---|---|---|---|---|---|
| 0:17-cv-03022-JNE-FLN | Hoyos, Teresa v. 3M Company et al | 2/14/2018 | 03/07/018 | | Brown and Crouppen, P.C |
| 0:17-cv-03806-JNE-FLN | Barker, Dennis v. 3M Company et al | 3/19/2018 | 4/9/2018 | | Kennedy Hodges, L.L.P. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Yellow highlighting indicates that the case was previously listed on one or two status conference agendas per PTO 14 (D.E. 270).

Pink highlighting indicates that the case is subject to Defendants' Pending Motion to Dismiss.

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**

(Updated April 13, 2018)*

| Case Number | Title | 3rd Deficiency Sent | Prior Listing | Firm Name |
|---|---|---|---|---|
| 0:17-cv-00288-JNE-FLN | Bradford, Linda  v. 3M Company et al | 9/29/2017 | 02/06/2018 03/06/2018 | The Law offices of Travis R. Walker, P.A. |
| 0:17-cv-01476-JNE-FLN | Behney, Virginia v. 3M Company et al | 12/6/2017 | 02/06/2018 03/06/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-01554-JNE-FLN | Dorsey, Alma v. 3M Company | 11/29/2017 | 02/06/2018 03/06/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:17-cv-01565-JNE-FLN | Little, Arlene v. 3M Company | 11/29/2017 | 02/06/2018 03/06/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:17-cv-01093-JNE-FLN | Galbreath et al v. 3M Company et al | 12/11/2017 | 02/06/2018 03/06/2018 | Brown and Crouppen, P.C |
| 0:17-cv-02949-JNE-FLN | Jelks, Venice v. 3M Company et al | 12/11/2017 | 01/10/2018 02/06/2018 03/06/2018 | Brown and Crouppen, P.C. |
| 0:17-cv-02959-JNE-FLN | Josephs, Robert v. 3M Company et al | 12/11/2017 | 01/10/2018 02/06/2018 03/06/2018 | Brown and Crouppen, P.C. |
| 0:17-cv-02737-JNE-FLN | Witherspoon, Richard v. 3M Company et al | 1/16/2018 | 02/06/2018 03/06/2018 | Brown and Crouppen, P.C |
| 0:17-cv-01494-JNE-FLN | Six, John v. 3M Company et al | 2/2/2018 | 3/6/2018 | Hendrickson Law |
| 0:16-cv-00787-JNE-FLN | Abrams v. 3M Company et al | 4/19/2017 | | Thering & Associates, PLLC |
| 0:16-cv-03618-JNE-FLN | Messner-Katzer v. 3M Company et al | 5/22/2017 | | Capretz & Associates |
| 0:17-cv-02230-JNE-FLN | Johnson, Buddy v. 3M Company et al | 2/14/2018 | | Capretz & Associates |
| 0:17-cv-02251-JNE-FLN | Brewer, Donna v. 3M Company et al | 2/14/2018 | | Capretz & Associates |
| 0:17-cv-02288-JNE-FLN | Anderson, Ruth et al v. 3M Company et al | 2/7/2018 | | Brent Coon & Associates |
| 0:17-cv-02638-JNE-FLN | Reinker, Susan v. 3M Company et al | 2/6/2018 | | Kennedy Hodges, L.L.P |
| 0:17-cv-02901-JNE-FLN | Moore, Michael v. 3M Company et al | 2/14/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-03049-JNE-FLN | Finney, Gwendolyn v. 3M Company et al | 2/14/2018 | | Brown and Crouppen, P.C |

*On April 12, Plaintiffs' counsel alerted Defendants that PFSs in forty cases, going back to 2016, had not been properly served in the portal. These PFSs were loaded onto the portal on April 11, 2018, but show prior (failed) upload dates. Defendants have made every effort to incorporate these PFSs in the current lists, but some of these PFSs may not be reflected.

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).
Pink highlightig Indicates that the case is subject to Defendants' Pending Motion to Dismiss.

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated April 13, 2018)*

| Case Number | Title | 3rd Deficiency Sent | Prior Listing | Firm Name |
|---|---|---|---|---|
| 0:17-cv-03055-JNE-FLN | Harper, Joel et al v. 3M Company et al | 2/12/2018 | | Schlichter Bogard & Denton, LLP |
| 0:17-cv-03162-JNE-FLN | Zamora, Arturo Jr. v. 3M Company et al | 3/8/2018 | | Brown and Crouppen, P.C |
| 0:17-cv-03166-JNE-FLN | Howard, Roberta v. 3M Company et al | 2/14/2018 | | Brown and Crouppen, P.C. |
| 0:17-cv-03255-JNE-FLN | Holmes, Peter et al v. 3M Company et al | 2/21/2018 | | Brown and Crouppen, P.C. |
| 0:17-cv-03276-JNE-FLN | Andrews, Larry (Price, Summer) v. 3M Company et al | 2/28/2017 | | Brown and Crouppen, P.C. |
| 0:17-cv-03294-JNE-FLN | Hawkins, William v. 3M Company et al | 2/14/2018 | | Brown and Crouppen, P.C. |
| 0:17-cv-03305-JNE-FLN | Brainerd, Jeremiah et al v. 3M Company et al | 2/26/2018 | | Brown and Crouppen, P.C. |
| 0:17-cv-03533-JNE-FLN | Holcomb, Virginia v. 3M Company et al | 2/14/2018 | | Brown and Crouppen, P.C. |
| 0:17-cv-03535-JNE-FLN | Finn, Keith et al v. 3M Company et al | 2/20/2018 | | Brown and Crouppen, P.C. |
| 0:17-cv-03662-JNE-FLN | Guyton, Sharida v. 3M Company et al | 2/21/2018 | | Brown and Crouppen, P.C |
| 0:17-cv-03788-JNE-FLN | Delena, Cheryl et al v. 3M Company et al | 2/28/2017 | | Meyerkord & Meyerkord, LLC |
| 0:17-cv-04805-JNE-FLN | Beck, Louis v. 3M Company et al | 2/28/2017 | | Brown and Crouppen, P.C. |
| 0:17-cv-04825-JNE-FLN | Duckworth, Laura v. 3M Company et al | 2/20/2018 | | Brown and Crouppen, P.C. |
| 0:17-cv-04869-JNE-FLN | Piscopo, Joseph v. 3M Company et al | 2/20/2018 | | Brown and Crouppen, P.C. |
| 0:17-cv-04880-JNE-FLN | Scott,Sheree  v. 3M Company et al | 2/28/2017 | | Brown and Crouppen, P.C. |
| 0:17-cv-04892-JNE-FLN | Thyrion, Leslie v. 3M Company et al | 3/7/2018 | | Brown and Crouppen, P.C. |
| 0:17-cv-04934-JNE-FLN | Hall, Martha v. 3M Company et al | 2/27/2018 | | Justinian & Associates PLLC |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).
Pink highlighig Indicates that the case is subject to Defendants' Pending Motion to Dismiss.

# EXHIBIT D

**From:** Ben Hulse
**Sent:** Saturday, May 12, 2018 8:33 AM
**To:** 'JoanEricksen_Chambers@mnd.uscourts.gov' <JoanEricksen_Chambers@mnd.uscourts.gov>;
'Noel_Chambers@mnd.uscourts.gov' <Noel_Chambers@mnd.uscourts.gov>
**Cc:** Jerry Blackwell <blackwell@blackwellburke.com>; Bridget Ahmann
<Bridget.Ahmann@FaegreBD.com>; 'gzimmerman@meshbesher.com'
<gzimmerman@meshbesher.com>; 'bgordon@levinlaw.com' <bgordon@levinlaw.com>;
'MVC@ciresiconlin.com' <MVC@ciresiConlin.com>; 'JMC@CiresiConlin.com' <JMC@CiresiConlin.com>;
'David J. Szerlag' <david@pritzkerlaw.com>; 'Wendy Thayer' <wendy@pritzkerlaw.com>
**Subject:** Bair Hugger, MDL 2666 -- Defendants' lists of PFS disputes for May 2018

Dear Judge Ericksen,

Even though this month's status conference has been cancelled, Defendants would still like to list cases
with Plaintiff Fact Sheet disputes, as provided by PTO 14, paragraph 7, Dkt. No. 117.

In the past (including last month), the Court ordered that PFS disputes were deemed "addressed to the
Court" notwithstanding the cancellation of the in-court conference.  (E.g., Dkt. No. 959,
1222.)  Defendants request the same for this month.  Thank you for your consideration of this request.

Best regards,

Ben Hulse

Counsel for Defendants

Benjamin W. Hulse
Blackwell Burke P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN  55415
Direct (612) 343-3256
Fax (612) 343-3205

This message and any attachments may contain information that is privileged, confidential, and exempt from disclosure under applicable
law. If you are not the intended recipient or are not authorized to receive for the recipient, you are hereby notified that dissemination,
distribution or copying of this message and any attachments is strictly prohibited. If you have received this message in error, please
immediately advise the sender by reply e-mail and delete the message and any attachments. Thank you.

Defendants' PFS List 1:  Overdue Plaintiff Fact Sheets
(Updated May 11, 2018)

| Case Number | Title | Date Filed | Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:17-cv-05302-JNE-FLN | Kelley, Charles  v. 3M Company et al | 11/30/2017 | 2/28/2018 | 4/10/2018 | Kirtland & Packard LLP |
| 0:17-cv-05342-JNE-FLN | Bozeman, Lynda v. 3M Company et al | 12/4/2017 | 3/4/2018 | 4/10/2018 | Kennedy Hodges, |
| 0:17-cv-05375-JNE-FLN | Lewis, Ronnie  v. 3M Company et al | 12/7/2017 | 3/7/2018 | 4/10/2018 | Davis & Crump, P.C. |
| 0:17-cv-05458-JNE-FLN | Lake, Herbert v. 3M Company et al | 12/15/2017 | 3/15/2018 | 4/10/2018 | Kirtland & Packard LLP |
| 0:17-cv-05469-JNE-FLN | Minnigan-Judd, Stephanie v. 3M Company et al | 12/18/2017 | 3/18/2018 | 4/10/2018 | The Law offices of Travis R. Walker, P.A. |
| 0:17-cv-05515-JNE-FLN | Gates, Kathy  v. 3M Company et al | 12/20/2017 | 3/20/2018 | 4/10/2018 | Kirtland & Packard LLP |
| 0:17-cv-01489-JNE-FLN | Lawhon, Bobbie v. 3M Company et al. | 5/5/2017 | 5/3/2018 | | Hollis Legal Solutions, PLLC |
| 0:17-cv-04872-JNE-FLN | Grimsley, Daniel v. 3M Company et al. | 10/26/2017 | 1/24/2018 | | Bernstein Liebhard LLP |
| 0:17-cv-05581-JNE-FLN | Berzsenyi, Robert  v. 3M Company et al | 12/29/2017 | 3/29/2018 | | Law Offices of Charles H Johnson, PA |
| 0:17-cv-05589-JNE-FLN | Bardwell, Doris v. 3M Company et al | 12/29/2017 | 3/29/2018 | | Law Offices of Charles H Johnson, PA |
| 0:18-cv-00071-JNE-FLN | Mayfield, Antoine v. 3M Company et al | 1/10/2018 | 4/10/2018 | | Davis & Crump, P.C. |
| 0:18-cv-00076-JNE-FLN | Kurbis, Melanie v. 3M Company et al | 1/10/2018 | 4/10/2018 | | Davis & Crump, P.C. |
| 0:18-cv-00078-JNE-FLN | Gottfried, Arthur v. 3M Company et al | 1/11/2018 | 4/11/2018 | | Davis & Crump, P.C. |
| 0:18-cv-00079-JNE-FLN | Burza, John v. 3M Company et al | 1/11/2018 | 4/11/2018 | | Davis & Crump, P.C. |
| 0:18-cv-00080-JNE-FLN | Harris, Jimmie Don v. 3M Company et al | 1/11/2018 | 4/11/2018 | | Davis & Crump, P.C. |
| 0:18-cv-00093-JNE-FLN | Ashley, Ruth  v. 3M Company et al | 1/12/2018 | 4/12/2018 | | Bernstein Liebhard LLP |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).
Pink highlighting indicates that the case is subject to Defendants' Pending Motion to Dismiss.

Defendants' PFS List 1:  Overdue Plaintiff Fact Sheets
(Updated May 11, 2018)

| Case Number | Title | Date Filed | Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:18-cv-00148-JNE-FLN | Lewis, Steven  et al v. 3M Company et al | 1/22/2018 | 4/22/2018 | | Chappell, Smith and Arden, P.A. |
| 0:18-cv-00151-JNE-FLN | Russell, Janice  v. 3M Company et al | 1/22/2018 | 4/22/2018 | | Bernstein Liebhard LLP |
| 0:18-cv-00154-JNE-FLN | Coleman, James v. 3M Company et al | 1/22/2018 | 4/22/2018 | | Davis & Crump, P.C. |
| 0:18-cv-00178-JNE-FLN | Paul, Rodney  v. 3M Company et al | 1/23/2018 | 4/23/2018 | | Davis & Crump, P.C. |
| 0:18-cv-00184-JNE-FLN | Proffit, Connie  v. 3M Company et al | 1/23/2018 | 4/23/2018 | | Davis & Crump, P.C. |
| 0:18-cv-00190-JNE-FLN | Lloyd, Danny  v. 3M Company et al | 1/24/2018 | 4/24/2018 | | Davis & Crump, P.C. |
| 0:18-cv-00205-JNE-FLN | Shulz, Shelley v. 3M Company et al | 1/25/2018 | 4/25/2018 | | Bernstein Liebhard LLP |
| 0:18-cv-00207-JNE-FLN | Guenther, Gary  v 3M Company et al | 1/25/2018 | 4/25/2018 | | Bernstein Liebhard LLP |
| 0:18-cv-00220-JNE-FLN | Brasher, Michael  v. 3M Company et al | 1/25/2018 | 4/25/2018 | | Bernstein Liebhard LLP |
| 0:18-cv-00239-JNE-FLN | Hill, Tahia v. 3M Company et al | 1/26/2018 | 4/26/2018 | | Davis & Crump, P.C. |
| 0:18-cv-00249-JNE-FLN | Glasscock, Elizabeth v. 3M Company et al | 1/29/2018 | 4/29/2018 | | DeGaris & Rogers, LLC |
| 0:18-cv-00257-JNE-FLN | Patrick, Marvin  v. 3M Company et al | 1/29/2018 | 4/29/2018 | | The Law offices of Travis R. Walker, P.A. |
| 0:18-cv-00263-JNE-FLN | Robinson, Michael v. 3M Company et al | 1/29/2018 | 4/29/2018 | | The Law offices of Travis R. Walker, P.A. |
| 0:18-cv-00264-JNE-FLN | Wega, Salvadore v. 3M Company et al | 1/29/2018 | 4/29/2018 | | The Law offices of Travis R. Walker, P.A. |
| 0:18-cv-00265-JNE-FLN | Sawyer, William v. 3M Company et al | 1/29/2018 | 4/29/2018 | | Davis & Crump, P.C. |
| 0:18-cv-00274-JNE-FLN | Malone, Brenda v. 3M Company et al | 1/30/2018 | 4/30/2018 | | Bernstein Liebhard LLP |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).
Pink highlighting indicates that the case is subject to Defendants' Pending Motion to Dismiss.

Defendants' PFS List 1:  Overdue Plaintiff Fact Sheets
(Updated May 11, 2018)

| Case Number | Title | Date Filed | Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:18-cv-00275-JNE-FLN | Owens, Janis v. 3M Company et al | 1/30/2018 | 4/30/2018 | | Bernstein Liebhard LLP |
| 0:18-cv-00276-JNE-FLN | Travis, Joseph v. 3M Company et al | 1/30/2018 | 4/30/2018 | | Kirtland & Packard LLP |
| 0:18-cv-00292-JNE-FLN | Matson, Charles v. 3M Company et al | 2/1/2018 | 5/2/2018 | | Meshbesher & Spence |
| 0:18-cv-00318-JNE-FLN | Amador, George v. 3M Company et al | 2/2/2018 | 5/3/2018 | | DeGaris & Rogers, LLC |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).
Pink highlighting indicates that the case is subject to Defendants' Pending Motion to Dismiss.

**Defendants' PFS List 2: Plaintiffs Who Have Not Responded to Defendants' Deficiency Notices**
(Updated May 11, 2018)

| Case Number | Title | 1st Deficiency Notice Sent | Response Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:17-cv-03496-JNE-FLN | Aker, Mary v. 3M Company et al | 1/11/2018 | 2/1/2018 | 03/09/2018 04/10/2018 | McGlynn, Glisson and Mouton |
| 0:17-cv-04537-JNE-FLN | Echard, Audrey et al v. 3M Company et al | 1/30/2018 | 2/20/2018 | 03/09/2018 04/10/2018 | Gustafson Gluek PLLC |
| 0:17-cv-04623-JNE-FLN | Guobadia, Maxine  v. 3M Company et al | 2/5/2018 | 2/26/2018 | 3/9/2018 | The Webster Law Firm |
| 0:17-cv-04429-JNE-FLN | Holcomb, April v. 3M Company et al | 2/7/2018 | 2/28/2018 | 4/10/2018 | DeGaris & Rogers, LLC |
| 0:17-cv-04716-JNE-FLN | Bewley, Kenneth v. 3M Company et al | 3/13/2018 | 4/3/2018 | 4/10/2018 | Kirtland and Packard LLP |
| 0:17-cv-04896-JNE-FLN | Pew, Richard v. 3M Company et al | 3/13/2018 | 4/3/2018 | 4/10/2018 | Kirtland & Packard LLP |
| 0:17-cv-04984-JNE-FLN | Cheney, Jay v. 3M Company et al | 3/12/2018 | 4/2/2018 | 4/10/2018 | Kirtland & Packard LLP |
| 0:17-cv-05135-JNE-FLN | Carrell, Silas v. 3M Company et al | 3/13/2018 | 4/3/2018 | 4/10/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-05138-JNE-FLN | Johnson, Hannah  v. 3M Company et al | 3/13/2018 | 4/3/2018 | 4/10/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-05140-JNE-FLN | Green, Rosemary  v. 3M Company et al | 3/13/2018 | 4/3/2018 | 4/10/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-05199-JNE-FLN | Spry, John et al v. 3M Company et al | 3/15/2018 | 4/5/2018 | 4/10/2018 | Pendley, Baudin & Coffin L.L.P. |
| 0:17-cv-05202-JNE-FLN | Reed, Tommy et al v. 3M Company et al | 3/19/2018 | 4/9/2018 | 4/10/2018 | Pendley, Baudin & Coffin L.L.P. |
| 0:17-cv-04285-JNE-FLN | Nickell, Vernon et al v. 3M Company et al | 1/11/2018 | 4/8/2018 | | Gustafson Gluek PLLC |
| 0:17-cv-05083-JNE-FLN | Meredith, Benjamin v. 3M Company et al | 4/12/2018 | 5/3/2018 | | DeGaris & Rogers, LLC |
| 0:17-cv-05200-JNE-FLN | Picuri, David  v. 3M Company et al | 3/22/2018 | 4/12/2018 | | Pendley, Baudin & Coffin L.L.P. |
| 0:17-cv-05323-JNE-FLN | Richey, Priscilla v. 3M Company et al | 4/16/2018 | 5/7/2018 | | Kennedy Hodges, L.L.P. |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).
Pink highlighting indicates that the case is subject to Defendants' Pending Motion to Dismiss.

**Defendants' PFS List 2:  Plaintiffs Who Have Not Responded to Defendants' Deficiency Notices**
(Updated May 11, 2018)

| Case Number | Title | 2nd Deficiency Notice Sent | Response Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:17-cv-05405-JNE-FLN | Perkins, Kristopher  v. 3M Company et al | 4/5/2018 | 4/26/2018 | | Hausfeld LLP |
| 0:17-cv-05435-JNE-FLN | Echols, Kevin v. 3M Company et al | 4/11/2018 | 5/2/2018 | | DeGaris & Rogers, LLC |
| 0:17-cv-03747-JNE-FLN | Jackson, Deloise v. 3M Company et al | 1/30/2018 | 2/20/2018 | 3/9/2018 4/10/2018 | Schlichter Bogard & Denton, LLP |
| 0:17-cv-03848-JNE-FLN | Boughner, Roland v. 3M Company et al | 2/5/2018 | 2/26/2018 | 3/9/2018 4/10/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-02524-JNE-FLN | Koors, Audrey v. 3M Company et al | 2/8/2018 | 3/1/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-03014-JNE-FLN | Jenkins obo Gwendolyn Jensen v. 3M Company et al | 12/29/2017 | 1/19/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-03616-JNE-FLN | Hoerbert, Darlene v. 3M Company et al | 2/21/2018 | 3/14/2018 | | Johnson Becker, PLLC |
| 0:17-cv-03629-JNE-FLN | Ciccone, Louis v. 3M Company et al | 1/17/2018 | 2/7/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-03899-JNE-FLN | Pimentel, Carlos v. 3M Company et al | 2/28/2017 | 3/21/2018 | | The Olinde Firm, LLC |
| 0:17-cv-03912-JNE-FLN | Kellett, Jackson v. 3M Company et al | 4/16/2018 | 5/7/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-03941-JNE-FLN | Martinez, Rodney  v. 3M Company et al | 3/8/2018 | 3/29/2018 | | DeGaris & Rogers, LLC |
| 0:17-cv-04467-JNE-FLN | Adams, Artis v. 3M Company et al | 4/2/2018 | 4/23/2018 | | Gustafson Gluek PLLC |
| 0:17-cv-04476-JNE-FLN | Holstine, Rachel v. 3M Company et al | 3/29/2018 | 4/19/2018 | | Bernstein Liebhard LLP |
| 0:17-cv-04643-JNE-FLN | Pusateri, Marianne et al v. 3M Company et al | 3/21/2018 | 4/11/2018 | | The Miller Firm, LLC |
| 0:17-cv-04703-JNE-FLN | Betts, Marilyn v. 3M Company et al | 4/5/2018 | 4/26/2018 | | Peterson & Associates, P.C. |
| Case Number | Title | 3rd Deficiency Notice Sent | Response Due Date | Prior Listing | Firm Name |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).
Pink highlighting indicates that the case is subject to Defendants' Pending Motion to Dismiss.

**Defendants' PFS List 2: Plaintiffs Who Have Not Responded to Defendants' Deficiency Notices**
(Updated May 11, 2018)

| | | | | | |
|---|---|---|---|---|---|
| 0:17-cv-02534-JNE-FLN | Duran, Connie v. 3M Company et al | 2/5/2018 | 2/26/2018 | 03/09/2018 04/10/2018 | Kennedy Hodges, L.L.P |
| 0:17-cv-03022-JNE-FLN | Hoyos, Teresa v. 3M Company et al | 2/14/2018 | 3/7/2018 | 4/10/2018 | Brown and Crouppen, P.C |
| 0:17-cv-03464-JNE-FLN | Witt, Alan v. 3M Company et al | 4/5/2018 | 4/26/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-03554-JNE-FLN | Cyr, Kevin v. 3M Company et al | 4/11/2018 | 5/2/2018 | | DeGaris & Rogers, LLC |
| 0:17-cv-03964-JNE-FLN | Taylor, Whitney and Pat et al v. 3M Company et al | 3/27/2018 | 4/17/2018 | | Brent Coon & Associates |
| 0:17-cv-04169-JNE-FLN | Hurley, Jonathan v. 3M Company et al | 4/2/2018 | 4/23/2018 | | The Olinde Firm, LLC |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).
Pink highlighting indicates that the case is subject to Defendants' Pending Motion to Dismiss.

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated May 11, 2018)

| Case Number | Title | 3rd Deficiency Sent | Prior Listing | Firm Name |
|---|---|---|---|---|
| 0:17-cv-01494-JNE-FLN | Six, John v. 3M Company et al | 2/5/2018 | 03/09/2018 04/10/2018 | Hendrickson Law |
| 0:17-cv-02638-JNE-FLN | Reinker, Susan v. 3M Company et al | 4/4/2018 | 4/10/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-02901-JNE-FLN | Moore, Michael v. 3M Company et al | 4/2/2018 | 4/10/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03049-JNE-FLN | Finney, Gwendolyn v. 3M Company et al | 3/6/2018 | 4/10/2018 | Brown and Crouppen, P.C |
| 0:17-cv-03162-JNE-FLN | Zamora, Arturo Jr. v. 3M Company et al | 3/8/2018 | 4/10/2018 | Brown and Crouppen, P.C |
| 0:17-cv-03255-JNE-FLN | Holmes, Peter et al v. 3M Company et al | 3/14/2018 | 4/10/2018 | Brown and Crouppen, P.C. |
| 0:17-cv-03305-JNE-FLN | Brainerd, Jeremiah et al v. 3M Company et al | 2/26/2018 | 4/10/2018 | Brown and Crouppen, P.C. |
| 0:17-cv-03533-JNE-FLN | Holcomb, Virginia v. 3M Company et al | 3/7/2018 | 4/10/2018 | Brown and Crouppen, P.C. |
| 0:17-cv-03662-JNE-FLN | Guyton, Sharida v. 3M Company et al | 3/14/2018 | 4/10/2018 | Brown and Crouppen, P.C |
| 0:17-cv-04805-JNE-FLN | Beck, Louis v. 3M Company et al | 2/28/2017 | 4/10/2018 | Brown and Crouppen, P.C. |
| 0:17-cv-04825-JNE-FLN | Duckworth, Laura v. 3M Company et al | 3/9/2018 | 4/10/2018 | Brown and Crouppen, P.C. |
| 0:17-cv-04880-JNE-FLN | Scott,Sheree  v. 3M Company et al | 2/28/2017 | 4/10/2018 | Brown and Crouppen, P.C. |
| 0:17-cv-04892-JNE-FLN | Thyrion, Leslie v. 3M Company et al | 3/7/2018 | 4/10/2018 | Brown and Crouppen, P.C. |
| 0:17-cv-04934-JNE-FLN | Hall, Martha v. 3M Company et al | 2/27/2018 | 4/10/2018 | Justinian & Associates PLLC |
| 0:17-cv-03414-JNE-FLN | Towsley, Joe  v. 3M Company et al | 4/11/2018 | | Sexton & Shelor |
| 0:17-cv-03921-JNE-FLN | Benson, Robert v. 3M Company et al | 3/29/2018 | | Brown and Crouppen, P.C. |
| 0:17-cv-04041-JNE-FLN | Gibson, Lisa Karen v. 3M Company et al | 4/2/2018 | | Brown and Crouppen, P.C. |
| 0:17-cv-04230-JNE-FLN | Metivier, Gwendylen  v. 3M Company et al | 4/18/2018 | | Kirtland & Packard LLP |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).
Pink highlighting indicates that the case is subject to Defendants' Pending Motion to Dismiss.

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated May 11, 2018)

| Case Number | Title | 3rd Deficiency Sent | Prior Listing | Firm Name |
|---|---|---|---|---|
| 0:17-cv-04334-JNE-FLN | Zeppetella, Steven et al v. 3M Company et al | 4/9/2018 | | Gustafson Gluek PLLC |
| 0:17-cv-04402-JNE-FLN | Weiss, Adam v. 3M Company et al | 4/9/2018 | | Jones Ward PLC |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).
Pink highlighting indicates that the case is subject to Defendants' Pending Motion to Dismiss.