UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To: | * * | |
| Matthew Scott Lowry vs. 3M Company, *et al*, No. 0:16-cv-02480 (JNE/FLN) | * * | |

*****************************************

## NOTICE OF RETRACTION OF LEXECON WAIVER

Comes now the plaintiff in the above-entitled cause and files herewith their Notice of Retraction of *Lexecon* Waiver and states as follows:

Due to the Court's ruling in the *Gareis* matter choosing the law of a plaintiff's state of residence rather than Minnesota law as the substantive law to be applied to plaintiffs' claims, amongst other rulings, which have collectively resulted in a material difference in the posture of the case, Plaintiff(s) in the above captioned litigation hereby rescind their waiver of their rights under *Lexecon v. Milberg Weiss Bershad Hynes & Lerach*, 523 U.S. 26 (1998). Plaintiff(s)'s waiver was made without consideration. Although Plaintiff(s)'s case is in the general randomly selected bellwether pool, it has not been selected as a trial pick and no additional motion practice or discovery has occurred to move the case forward. Further, Defendants have never affirmatively waived *Lexecon*, and the Court's choice of law ruling provides no benefit to Plaintiff(s) from the application of Minnesota law rather than the law of their state of residence.

Dated: June 7, 2018                                  Respectfully submitted,

<u>s/Daniel S. Haltiwanger</u>
Daniel S. Haltiwanger
dhaltiwanger@rpwb.com
Richardson, Patrick, Westbrook
& Brickman, LLC
Post Office Box 1368
Barnwell, SC  29812
Telephone    803-541-7850
Facsimile     803-541-9625
*Attorney for Plaintiff*