# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Devices Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to:<br>All Actions | **DECLARATION OF MONICA L. DAVIES IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' OBJECTION TO MARCH 23, 2018 ORDER REGARDING CONTINUED SEALING** |

Monica L. Davies, being first duly sworn, deposes and declares:

1.      I am one of the attorneys representing Defendants in connection with the above-referenced matter.  I make this declaration in support of Defendants' Response to Plaintiffs' Objection to March 23, 2018 Order Regarding Continued Sealing.

2.      Attached hereto as Exhibit 1 is a true and correct copy of an article obtained from   http://hotdogwarming.com/3m-wins-first-bair-hugger-case-8-more-cases-prepare-for-trial/, entitled "3M Wins First Bair Hugger Case; 8 More Cases Prepare For Trial."

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 8th day of June, 2018.

*s/ Monica L. Davies*
Monica L. Davies (MN #0315023)
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3248
Fax: (612) 343-3205
Email: mdavies@blackwellburke.com

**Counsel for Defendants 3M Company
and Arizant Healthcare Inc.**