# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |

This Document Relates to Case Nos.:
16-cv-02518 *(Hylander v. 3M Co., et al.)*
17-cv-02156 *(Downs v. 3M Co., et al.)*
17-cv-02451 *(Brack v. 3M Co., et al.)*
17-cv-02509 *(Church v. 3M Co., et al.)*
17-cv-02533 *(Flynn v. 3M Co., et al.)*
17-cv-02647 *(Holmes v. 3M Co., et al.)*
17-cv-02809 *(Wolfson v. 3M Co., et al.)*
17-cv-03383 *(Stringer v. 3M Co., et al.)*
17-cv-03502 *(Pledger v. 3M Co., et al.)*
17-cv-03953 *(Wolf v. 3M Co., et al.)*

## DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT-MATTER JURISDICTION

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(h)(3), Defendants 3M Company ("3M") and Arizant Healthcare Inc. ("Arizant") (collectively, "Defendants") respectfully move the Court to dismiss the following plaintiffs' cases for lack of subject-matter jurisdiction:

| Case Number | Plaintiff(s) | Firm Name |
|---|---|---|
| 0:16-cv-02518-JNE-FLN | Hylander* | The Olinde Firm, LLC |
| 0:17-cv-02156-JNE-FLN | Downs | Kennedy Hodges, L.L.P. |
| 0:17-cv-02451-JNE-FLN | Brack | Kennedy Hodges, L.L.P. |
| 0:17-cv-02509-JNE-FLN | Church | Kennedy Hodges, L.L.P. |
| 0:17-cv-02533-JNE-FLN | Flynn | Kennedy Hodges, L.L.P. |
| 0:17-cv-02647-JNE-FLN | Holmes | Kennedy Hodges, L.L.P. |

| | | |
|---|---|---|
| 0:17-cv-02809-JNE-FLN | Wolfson | Kennedy Hodges, L.L.P. |
| 0:17-cv-03383-JNE-FLN | Stringer | Kennedy Hodges, L.L.P. |
| 0:17-cv-03502-JNE-FLN | Pledger | Kennedy Hodges, L.L.P. |
| 0:17-cv-03953-JNE-FLN | Wolf | Kennedy Hodges, L.L.P. |

*Indicates loss-of-consortium plaintiff

As set forth in Defendants' Memorandum of Law in Support of Motion to Dismiss for Lack of Subject-Matter Jurisdiction, the above-referenced plaintiffs died before the filing of their respective complaints. Dismissal of these cases for lack of jurisdiction is therefore appropriate under Federal Rules of Civil Procedure 12(b)(1) and 12(h)(3).

Dated: June 13, 2018                                  Respectfully submitted,


                                                                 *s/Benjamin W. Hulse*
                                                                 Jerry W. Blackwell (MN #186867)
                                                                  Benjamin W. Hulse (MN #0390952)
                                                                  Mary S. Young (MN #0392781)
                                                                  BLACKWELL BURKE P.A.
                                                                  431 South Seventh Street, Suite 2500
                                                                  Minneapolis, MN 55415
                                                                  Phone: (612) 343-3200
                                                                  Fax: (612) 343-3205
                                                                  Email: blackwell@blackwellburke.com
                                                                             bhulse@blackwellburke.com
                                                                             myoung@blackwellburke.com

                                                                 Bridget M. Ahmann (MN #016611x)
                                                                  FAEGRE BAKER DANIELS LLP
                                                                  2200 Wells Fargo Center
                                                                  90 South Seventh Street
                                                                  Minneapolis, MN 55402
                                                                  Phone: (612) 766-7000
                                                                  Email: bridget.ahmann@faegrebd.com

                                                                ***Counsel for Defendants 3M Company and Arizant Healthcare Inc.***