# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION

This Document Relates to Case Nos.:
16-cv-02518 *(Hylander v. 3M Co., et al.)*
17-cv-02156 *(Downs v. 3M Co., et al.)*
17-cv-02451 *(Brack v. 3M Co., et al.)*
17-cv-02509 *(Church v. 3M Co., et al.)*
17-cv-02533 *(Flynn v. 3M Co., et al.)*
17-cv-02647 *(Holmes v. 3M Co., et al.)*
17-cv-02809 *(Wolfson v. 3M Co., et al.)*
17-cv-03383 *(Stringer v. 3M Co., et al.)*
17-cv-03502 *(Pledger v. 3M Co., et al.)*
17-cv-03953 *(Wolf v. 3M Co., et al.)*

MDL No. 15-2666 (JNE/FLN)

**NOTICE OF HEARING ON DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT-MATTER JURISDICTION**

PLEASE TAKE NOTICE that on Thursday, August 16, 2018, before the Honorable Joan N. Ericksen, United States District Court, 12W U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, Defendants 3M Company and Arizant Healthcare Inc. will respectfully move the Court to enter an order dismissing the following cases for lack of subject-matter jurisdiction:

| Case Number | Plaintiff(s) | Firm Name |
|---|---|---|
| 0:16-cv-02518-JNE-FLN | Hylander | The Olinde Firm, LLC |
| 0:17-cv-02156-JNE-FLN | Downs | Kennedy Hodges, L.L.P. |
| 0:17-cv-02451-JNE-FLN | Brack | Kennedy Hodges, L.L.P. |
| 0:17-cv-02509-JNE-FLN | Church | Kennedy Hodges, L.L.P. |
| 0:17-cv-02533-JNE-FLN | Flynn | Kennedy Hodges, L.L.P. |
| 0:17-cv-02647-JNE-FLN | Holmes | Kennedy Hodges, L.L.P. |

| | | |
|---|---|---|
| 0:17-cv-02809-JNE-FLN | Wolfson | Kennedy Hodges, L.L.P. |
| 0:17-cv-03383-JNE-FLN | Stringer | Kennedy Hodges, L.L.P. |
| 0:17-cv-03502-JNE-FLN | Pledger | Kennedy Hodges, L.L.P. |
| 0:17-cv-03953-JNE-FLN | Wolf | Kennedy Hodges, L.L.P. |

Dated: June 13, 2018                           Respectfully submitted,

*s/Benjamin W. Hulse*
Benjamin W. Hulse (MN #0390952)
**Attorney for Defendants 3M Company and Arizant Healthcare Inc.**
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3200
Fax: (612) 343-3205
Email: bhulse@blackwellburke.com