UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
|---|---|
| | **(PROPOSED) ORDER GRANTING DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT-MATTER JURISDICTION** |

This came before the Court on Defendants 3M Company's and Arizant Healthcare Inc.'s (collectively, "Defendants") Motion to Dismiss for Lack of Subject-Matter Jurisdiction.

Based on the files, records, and proceedings herein,

IT IS HEREBY ORDERED that Defendants' motion is GRANTED. The following actions are dismissed for lack of subject-matter jurisdiction:

| Case Number | Plaintiff(s) | Firm Name |
|---|---|---|
| 0:16-cv-02518-JNE-FLN | Hylander | The Olinde Firm, LLC |
| 0:17-cv-02156-JNE-FLN | Downs | Kennedy Hodges, L.L.P. |
| 0:17-cv-02451-JNE-FLN | Brack | Kennedy Hodges, L.L.P. |
| 0:17-cv-02509-JNE-FLN | Church | Kennedy Hodges, L.L.P. |
| 0:17-cv-02533-JNE-FLN | Flynn | Kennedy Hodges, L.L.P. |
| 0:17-cv-02647-JNE-FLN | Holmes | Kennedy Hodges, L.L.P. |
| 0:17-cv-02809-JNE-FLN | Wolfson | Kennedy Hodges, L.L.P. |
| 0:17-cv-03383-JNE-FLN | Stringer | Kennedy Hodges, L.L.P. |
| 0:17-cv-03502-JNE-FLN | Pledger | Kennedy Hodges, L.L.P. |

| 0:17-cv-03953-JNE-FLN | Wolf | Kennedy Hodges, L.L.P. |

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date: _____   BY THE COURT

                                                         _____
                                                         JUDGE, U.S. DISTRICT COURT