## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

IN RE: BAIR HUGGER FORCED AIR      MDL No.: 15-md-02666 (JNE/FLN)
WARMING PRODUCT LIABILITY
LITIGATION

This Document Relates To:

SUSAN REINKER,

                                     Civil Action No.:  17-CV-02638-JNE-FLN

      Plaintiff,

_____

### L.R. 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE REGARDING
### PLAINTIFF'S OPPOSITION TO DEFENDANTS'
### MOTION TO DISMISS PLAINTIFF'S COMPLAINT

This brief complies with the word limitation of LR 7.1(f) because this brief contains 352 words, including all text, headings, footnotes, and quotations, other than the parts of the brief exempted by LR 7.1(f).  This brief was prepared using Microsoft Office Word 2013.

This brief complies with the type size requirements of LR 7.1 (h) because this brief has been prepared using at least font size 13, is double-spaced (except for headings, footnotes and quotations that exceed two lines) and is submitted on $8^{1/2}$" by 11" paper with at least one inch of margins on all four sides.

Dated: June 14, 2018

KENNEDY HODGES, LLP

By: /s/ David W. Hodges
David W. Hodges
dhodges@kennedyhodges.com
Gabriel A. Assaad
gassaad@kennedyhodges.com
4409 Montrose Blvd. Ste 200
Houston, TX 77006
Telephone: (713) 523-0001
Facsimile: (713) 523-1116

ATTORNEYS FOR PLAINTIFF