IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

IN RE: BAIR HUGGER FORCED AIR WARMING PRODUCT LIABILITY LITIGATION

MDL No.: 15-md-02666 (JNE/FLN)

This Document Relates To:

MIKE MOORE,

    Plaintiff,

Civil Action No.:  17-CV-02901-JNE-FLN

_____

**DECLARATION OF SAMANTHA RODRIGUEZ IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS**

I, Samantha Rodriguez, declare as follows:

1. I am an attorney at Kennedy Hodges, LLP and Counsel for Plaintiff Mike Moore in the above-captioned matter.

2. I submit this affidavit in opposition to Defendants' Motion to Dismiss for Failure to Comply with Pretrial Order No. 14 [Dkt. 1272] filed on June 7, 2018.

3. Mr. Moore contacted Kennedy Hodges, LLP in July of 2015 regarding injuries that were allegedly caused by the Bair Hugger patient warming device.

4. Medical records and billing records pertaining to Mr. Moore's treatment were obtained by Kennedy Hodges through its third party medical records retrieval company. Those records indicated that a Bair Hugger device was used during his initial orthopedic surgery.

5. This case was filed on July 14, 2017 to comply with the statute of limitations deadline.

6. Phone calls were placed and letters were sent to Mr. Moore by staff at Kennedy Hodges in an attempt to reach her and obtain information to complete the Plaintiff Fact Sheet. These communication attempts were made between July 2017 and June 2018, prior to and continuing after the original deadline for submission of the Plaintiff Fact Sheet.

7. Counsel spoke to Plaintiff on February 21, 2018 regarding completion of the Plaintiff Fact Sheet.

8. On June 13, 2018, Counsel received a phone call from Plaintiff's daughter informing Counsel that Plaintiff was recently deceased.

9. As we have been unable to obtain the additional information necessary to complete the Plaintiff Fact Sheet for this claim, we have not been able to cure the alleged deficiencies pertaining to the Plaintiff Fact Sheet that has been submitted for this case.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

June 14, 2018                                     /s/Samantha Rodriguez
                                                  Samantha Rodriguez