

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

June 19, 2018

**VIA ECF**

The Honorable Joan N. Ericksen
District Judge, District of Minnesota
United States District Court
12W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

RE:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
      MDL No. 15-2666-JNE-FLN

Dear Judge Ericksen:

I am writing to update the Court on Defendants' Motion to Dismiss for Failure to Comply with Pretrial Order No. 14 (ECF No. 1272). This Motion concerns PFS deficiencies.

Plaintiffs in *Reed v. 3M Co., et al.* (No. 17-cv-05202) and *Spry v. 3M Co., et al.* (No. 17-cv-05199) served amended PFSs after the Motion was filed. Following discussions between the parties' counsel, Defendants will no longer be seeking dismissal of these cases as part of this Motion.

Sincerely,

*s/Benjamin W. Hulse*

Benjamin W. Hulse