IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| IN RE: BAIR HUGGER FORCED AIR WARMING PRODUCT LIABILITY LITIGATION | MDL No.: 15-md-02666 (JNE/FLN) |

This Document Relates To:
17-cv-02156 (*Downs v. 3MCo., et al.*)
17-cv-02451 (*Brack v. 3M Co., et al.*)
17-cv-02509 (*Church v. 3M Co., et al.*)
17-cv-02533 (*Flynn v. 3M Co., et al.*)
17-cv-02647 (*Holmes v. 3M Co., et al.*)
17-cv-02809 *(Wolfson v. 3M Co. et al.)*
17-cv-03383 (*Stringer v. 3M Co., et al.*)
17-cv-03502 (*Pledger v. 3M Co., et al.*)
17-cv-03953 (*Wolf v. 3M Co., et al.*)

_____

**L.R. 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE REGARDING PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

This brief complies with the word limitation of LR 7.1(f) because this brief contains 395 words, including all text, headings, footnotes, and quotations, other than the parts of the brief exempted by LR 7.1(f).  This brief was prepared using Microsoft Office Word 2013.

This brief complies with the type size requirements of LR 7.1 (h) because this brief has been prepared using at least font size 13, is double-spaced (except for headings, footnotes and quotations that exceed two lines) and is submitted on $8^{1/2}$" by 11" paper with at least one inch of margins on all four sides.

Dated: June 20, 2018

                                        KENNEDY HODGES, LLP

                                        By: /s/ David W. Hodges
                                        David W. Hodges
                                        dhodges@kennedyhodges.com
                                        Gabriel A. Assaad
                                        gassaad@kennedyhodges.com
                                        4409 Montrose Blvd. Ste 200
                                        Houston, TX 77006
                                        Telephone: (713) 523-0001
                                        Facsimile: (713) 523-1116

                                        ATTORNEYS FOR PLAINTIFF