# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br>All Actions | MDL No. 15-2666 (JNE/FLN)<br><br>**DEFENDANTS' RULE 7.1(F) CERTIFICATE OF COMPLIANCE REGARDING DEFENDANTS' MOTION FOR PROTECTIVE ORDER CONCERNING PLAINTIFFS' JUNE 2018 SUBPOENAS TO W.J. MINKOWYCZ, Ph.D. AND UNIVERSITY OF ST. THOMAS** |

I, Monica L. Davies, certify that Defendants' Memorandum in Support of Defendants' Motion for Protective Order Concerning Plaintiffs' June 2018 Subpoenas to W.J. Minkowycz, Ph.D. and University of St. Thomas ("Memorandum") complies with the limits of Local Rule 7.1(f) and with the type-size limit of Local Rule 7.1(h).

I further certify that, in preparation of the above document, I used Microsoft® Word 2013, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the Memorandum contains 2,663 words.

2

Dated: June 25, 2018 	Respectfully submitted,

*s/Monica L. Davies*
Jerry W. Blackwell (MN #186867)
Benjamin W. Hulse (MN #0390952)
Mary S. Young (MN #0392781)
Monica L. Davies (MN #0315023)
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3200
Fax: (612) 343-3205
Email: blackwell@blackwellburke.com
       bhulse@blackwellburke.com
       myoung@blackwellburke.com
       mdavies@blackwellburke.com

Bridget M. Ahmann (MN #016611x)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Phone: (612) 766-7000
Email: bridget.ahmann@faegrebd.com

***Counsel for Defendants 3M Company and Arizant Healthcare Inc.***