# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br>All Actions | MDL No. 15-2666 (JNE/FLN)<br><br>**(PROPOSED) ORDER GRANTING DEFENDANT'S MOTION FOR PROTECTIVE ORDER CONCERNING PLAINTIFFS' JUNE 2018 SUBPOENAS TO W.J. MINKOWYCZ, Ph.D. AND UNIVERSITY OF ST. THOMAS** |

This matter came before the Court on Defendants 3M Company and Arizant Healthcare Inc.'s (collectively, "Defendants") Motion For Protective Order Concerning Plaintiffs' June 2018 Subpoenas to W.J. Minkowycz, Ph.D. and University of St. Thomas.

Based upon the files, records, and proceedings herein,

IT IS HEREBY ORDERED that Defendants' motion is GRANTED.  Plaintiffs must withdraw their subpoenas to third-parties W.J Minkowycz, Ph.D. and the University of St. Thomas.

Date: _____, 2018                BY THE COURT

_____
The Honorable Franklin L. Noel
United States Magistrate Judge
District of Minnesota