## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br>All Actions | MDL No. 15-2666 (JNE/FLN)<br><br>**DEFENDANTS' MEET AND CONFER STATEMENT REGARDING MOTION FOR PROTECTIVE ORDER CONCERNING PLAINTIFFS' JUNE 2018 SUBPOENAS TO W.J. MINKOWYCZ, Ph.D. AND UNIVERSITY OF ST. THOMAS** |

The undersigned counsel for Defendants 3M Company and Arizant Healthcare Inc. (collectively, "Defendants") certifies that counsel for Defendants met and conferred with counsel for Plaintiffs via email on June 25, 2018. The parties were not able to reach an agreement regarding Plaintiffs' untimely subpoenas to W.J. Minkowycz, Ph.D. and the University of St. Thomas, nor have they been able to resolve Defendants' motion.

Dated: June 25, 2018

Respectfully submitted,

*s/Monica L. Davies*
Monica L. Davies (MN #0315023)
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3200
Fax: (612) 343-3205
Email: mdavies@blackwellburke.com

**Attorney for Defendants 3M Company and Arizant Healthcare Inc.**