## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br>All Actions | MDL No. 15-2666 (JNE/FLN)<br><br>**NOTICE OF HEARING ON DEFENDANTS' MOTION FOR PROTECTIVE ORDER CONCERNING PLAINTIFFS' JUNE 2018 SUBPOENAS TO W.J. MINKOWYCZ, Ph.D. AND UNIVERSITY OF ST. THOMAS** |

PLEASE TAKE NOTICE that at a date and time to be determined, before the Honorable Franklin L. Noel, United States District Court, 9W U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, Defendants 3M Company and Arizant Healthcare Inc. will respectfully move the Court to enter a protective order requiring Plaintiffs to withdraw their untimely and improper subpoenas to W.J. Minkowycz, Ph.D. and the University of St. Thomas.

Dated: June 25, 2018

Respectfully submitted,

*s/Monica L. Davies*
Monica L. Davies (MN #0315023)
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3200
Fax: (612) 343-3205
Email: mdavies@blackwellburke.com

**Attorney for Defendants 3M Company and Arizant Healthcare Inc.**