# KENTUCKY CERTIFICATE OF DEATH

Case #: E201604040167

**To Be Completed By: Funeral Director (Must Be Typed)**

| Field | Value |
|---|---|
| 1a. DECEDENT'S LEGAL NAME | LORETTA ANN HYLANDER |
| 1b. IF FEMALE, LAST NAME PRIOR TO FIRST MARRIAGE | ERSKINE |
| 2. SEX | FEMALE |
| 3. ACTUAL OR PRESUMED DATE OF DEATH | April 03, 2016 |
| 4. SOCIAL SECURITY NUMBER | 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 |
| 5a. AGE-LAST BIRTHDAY (Years) | 72 |
| 6. DATE OF BIRTH | 01/25/1944 |
| 7. COUNTY OF DEATH | FAYETTE |
| 8. PLACE OF DEATH | HOSPITAL: Inpatient [X] |
| 9. FACILITY NAME | UNIVERSITY OF KENTUCKY HOSPITAL |
| 10. CITY OR TOWN, STATE AND ZIP CODE | LEXINGTON, KY 40536 |
| 11. BIRTHPLACE | BURTONVILLE, KENTUCKY |
| 12. MARITAL STATUS | Married [X] |
| 13. SURVIVING SPOUSE | ROYCE HYLANDER |
| 14. DECEDENT'S USUAL OCCUPATION | HOMEMAKER |
| 15. KIND OF BUSINESS/INDUSTRY | DOMESTIC |
| 16. WAS DECEDENT EVER IN U.S. ARMED FORCES? | No [X] |
| 17a. RESIDENCE - State | KENTUCKY |
| 17b. COUNTY | FLEMING |
| 17c. CITY OR TOWN | WALLINGFORD |
| 17d. STREET AND NUMBER | 13365 KY 344 |
| 17e. ZIP CODE | 41093 |
| 17f. INSIDE CITY LIMITS? | No [X] |
| 18. DECEDENT'S EDUCATION | High School Graduate or GED Completed [X] |
| 19. HISPANIC ORIGIN | No, not Spanish/Hispanic/Latino [X] |
| 20. DECEDENT'S RACE | White [X] |
| 21. FATHER'S NAME | CLARENCE ERSKINE |
| 22. MOTHER'S NAME PRIOR TO FIRST MARRIAGE | ELLEN ROLPH |
| 23a. INFORMANT'S NAME | ROYCE HYLANDER |
| 23b. RELATIONSHIP TO DECEDENT | SPOUSE |
| 23c. MAILING ADDRESS | 13365 KY 344, WALLINGFORD, KY 41093 |
| 24. METHOD OF DISPOSITION | Burial [X] |
| 25. PLACE OF DISPOSITION | ESHAM CEMETERY |
| 26. LOCATION | LEWIS COUNTY, KY |
| 27. SIGNATURE OF FUNERAL SERVICE LICENSEE | WILLIAM RUSSELL MCCREARY JR. |
| DATE SIGNED | 04/04/2016 |
| 28. KY LICENSE NUMBER | 6502 |
| 29. NAME AND COMPLETE ADDRESS OF FUNERAL FACILITY | BARBOUR & SON FUNERAL HOME, PO BOX 247, TOLLESBORO, KY 41189 |

**To Be Completed By: Medical Certifier**

| Field | Value |
|---|---|
| 30. DATE PRONOUNCED DEAD | 04/03/2016 |
| 31. ACTUAL OR PRESUMED TIME OF DEATH | 1237 |
| 32. WAS MEDICAL EXAMINER OR CORONER CONTACTED? | No [X] |

### CAUSE OF DEATH

33. PART I.
- a. IMMEDIATE CAUSE: **ADULT RESPIRATORY DISTRESS SYNDROME**
- b. DUE TO: **SEPTIC SHOCK**
- c. UNDERLYING CAUSE: **CIRRHOSIS**
- d.

PART II. Other significant conditions contributing to death:

| Field | Value |
|---|---|
| 34. MANNER OF DEATH | Natural [X] |
| 35. WAS AN AUTOPSY PERFORMED? | No [X] |
| 36. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? | — |
| 37. DID TOBACCO USE CONTRIBUTE TO DEATH? | No [X] |
| 38. IF FEMALE | Not pregnant within past year [X] |
| 46. TO BE COMPLETED BY CERTIFIER | SIGNATURE: KEVIN HARRIS SMITH, MD |
| 47. DATE CERTIFIED | 04/11/2016 |
| 48. LICENSE NUMBER | 43876 |
| 49. TITLE OF CERTIFIER | PHYSICIAN |
| 50. NAME, ADDRESS, AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH | KEVIN SMITH, UNIVERSITY OF KENTUCKY HOSPITAL, 800 ROSE STREET, N100, LEXINGTON, KY 40536 |
| 51. REGISTRAR'S SIGNATURE | Paul F. Royce |
| 52. DATE FILED | 04/11/2016 |

FORM VS NO. 1-A (REVISED 06/2015)