COMMONWEALTH OF KENTUCKY
LEWIS DISTRICT COURT
PROBATE DIVISION
PROBATE CASE NO. 16-P-_____

IN RE: THE ESTATE OF LORETTA ANN HYLANDER

Address: 13365 KY 344
Vanceburg, KY 41179

FILED
KATHY HARDY, CLERK
JUN 2 8 2016
LEWIS CIRCUIT/DISTRICT COURTS

************************************************************************
**FIDUCIARY BOND**
************************************************************************

The Fiduciary, ROYCE R. HYLANDER, SR., having been appointed to act as EXECUTOR by the Order of Lewis District Court on June 28, 2016, states he does hereby covenant to and with the Commonwealth of Kentucky in the sum of $1,437.00, for the use and benefit of all parties of interest herein, and the Fiduciary will faithfully perform and discharge all duties of the aforesaid trust according to law, **without Surety on his bond**.

Name of Fiduciary: ROYCE R. HYLANDER, SR.
Address: 13365 KY 344
Vanceburg, KY 41179

**Signature:** _[signed] Royce R. Hylander Sr_

Taken and subscribed before me on this 28th day of June, 2016.

KATHY HARDY,
LEWIS DISTRICT COURT CLERK

By: _[signed] Susan Vice_ DC

_6/28/2016_
**Dated**

HON. BRIAN McCLOUD, JUDGE
LEWIS DISTRICT COURT

Prepared by: STANLEY & BERTRAM, P.S.C., Attorneys at Law, 175 Main Street, P O Box 40, Vanceburg, Kentucky 41179-0040, (606) 796-3024; FAX: (606) 796-2113

BY: _[signed]_
THOMAS M. BERTRAM II