# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to: *Loretta Hylander and Royce Hylander v. 3M Company, et al;* Case No. 16-cv-02518 | |

## ORDER

The Court, after considering the Defendants' Motion to Dismiss for lack of subject-matter jurisdiction as well as Plaintiffs' Memorandum in Opposition thereto, finds that Defendants' Motion lacks merit. It is therefore ORDERED THAT Defendants' Motion to Dismiss Plaintiffs' claims for lack of subject-matter jurisdiction in the above captioned cause in DENIED.

Dated: _____          _____
                                                         **HON. JOAN N. ERICKSEN**
                                                         United States District Court Judge