UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to:<br><br>*Loretta Hylander and Royce Hylander v. 3M Company, et al;* Case No. 16-cv-02518 | PLAINTIFFS' RULE 7.1(F) CERTIFICATE OF COMPLIANCE REGARDING PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF JURISDICTION |

    I, Alfred A. Olinde, Jr., certify that Plaintiffs' Memorandum in Opposition to Defendant's Motion to Dismiss for Lack of Jurisdiction complies with the limits of Local Rule 7.1(f) and with the type-size limit of Local Rule 7.1(h).

    I further certify that, in preparation of the above document, I used Microsoft Word 2016, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

    I further certify that the Memorandum contains 864 words.

    Respectfully submitted,

Dated: June 27, 2018    By: __s/*Alfred A Olinde,Jr.*____
    Alfred A. Olinde, Jr., La. Bar # 20061
    Wesley G. Barr, La. Bar # 32332
    **THE OLINDE FIRM, LLC**
    400 Poydras Street, Suite 1980
    New Orleans, Louisiana  70130
    Telephone:  (504) 587-1440
    Facsimile:  (504) 587-1577
    Email: folinde@olindefirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2018 a copy of the above and foregoing *Rule 7.1(F) Certificate of Compliance* has been served on all parties or their attorneys via Minnesota ECF filing system, which will send notice of electronic filing in accordance with the procedures established in MDL 15-2666.

/s/ *Alfred A Olinde, Jr.*