UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: BAIR HUGGER FORCED WARMING PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Wayne Colon v. 3M Company, et al.<br><br>Case No. 0:16-cv-00985-JNE-FLN | Master File No. 0:15-md-02666<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## SUGGESTION OF DEATH

Plaintiff by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1) hereby informs this Honorable Court of the death of Plaintiff, Wayne Colon, which occurred on April 20, 2017. Plaintiff respectfully informs this Court that a Motion for Substitution of Plaintiff will be filed by the appropriate representative of Wayne Colon's estate.

Dated: July 2, 2018

Respectfully Submitted,
/s/ Bryan A. Pfleeger
Michael Hingle, T.A. #6943
Bryan A. Pfleeger, LA Bar #23896
220 Gause Boulevard
Slidell, LA 70458
Telephone: (985) 641-6800
Fax: (985) 646-1471
bryanp4167@aol.com
*Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2018, I electronically filed the certificate of service with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                            /s/ Bryan A. Pfleeger
                                           Michael Hingle (LA Bar No. 6943)
                                           Bryan A. Pfleeger (LA Bar No. 23896)
                                           MICHAEL HINGLE & ASSOCIATES, LLC
                                           220 Gause Boulevard
                                           Slidell, Louisiana
                                           bapipad@hinglelaw.com
                                           (985) 641-6800 - Telephone
                                           (985) 646-1471 - Fax