# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to:<br>Case Nos.:<br>17-cv-02524 *(Koors v. 3M Co., et al.)*<br>17-cv-03014 *(Jenkins v. 3M Co., et al.)*<br>17-cv-03022 *(Hoyos v. 3M Co., et al.)*<br>17-cv-03305 *(Brainerd v. 3M Co., et al.)*<br>17-cv-03464 *(Witt v. 3M Co., et al.)*<br>17-cv-03616 *(Hoerbert v. 3M Co., et al.)*<br>17-cv-03899 *(Pimentel v. 3M Co., et al.)*<br>17-cv-04041 *(Gibson v. 3M Co., et al.)*<br>17-cv-04169 *(Hurley v. 3M Co., et al.)*<br>17-cv-04285 *(Nickell v. 3M Co., et al.)*<br>17-cv-04467 *(Adams v. 3M Co., et al.)*<br>17-cv-04476 *(Holstine v. 3M Co., et al.)*<br>17-cv-04872 *(Grimsley v. 3M Co., et al.)*<br>17-cv-05323 *(Richey v. 3M Co., et al.)*<br>17-cv-05581 *(Berzsenyi v. 3M Co., et al.)*<br>17-cv-05589 *(Bardwell v. 3M Co., et al.)*<br>18-cv-00078 *(Gottfried v. 3M Co., et al.)*<br>18-cv-00080 *(Harris v. 3M Co., et al.)*<br>18-cv-00154 *(Coleman v. 3M Co., et al.)*<br>18-cv-00184 *(Proffit v. 3M Co., et al.)*<br>18-cv-00207 *(Guenther v. 3M Co., et al.)*<br>18-cv-00257 *(Patrick v. 3M Co., et al.)*<br>18-cv-00263 *(Robinson v. 3M Co., et al.)*<br>18-cv-00275 *(Owens v. 3M Co., et al.)* | **NOTICE OF HEARING ON DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 14** |

PLEASE TAKE NOTICE that on July 19, 2018 at 9:30 a.m., before the Honorable Joan N. Ericksen, United States District Court, 12W U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, Defendants 3M Company and Arizant Healthcare Inc. will

respectfully move the Court to enter an order dismissing the following Plaintiffs' cases for failure to comply with the Court's Pretrial Order No. 14, entered September 27, 2016:

| Case Number | Plaintiff | Firm Name |
|---|---|---|
| 0:17-cv-02524-JNE-FLN | Koors | Kennedy Hodges, L.L.P. |
| 0:17-cv-03014-JNE-FLN | Jenkins | Kennedy Hodges, L.L.P. |
| 0:17-cv-03022-JNE-FLN | Hoyos | Brown & Crouppen, P.C. |
| 0:17-cv-03305-JNE-FLN | Brainerd | Brown & Crouppen, P.C. |
| 0:17-cv-03464-JNE-FLN | Witt | Kennedy Hodges, L.L.P. |
| 0:17-cv-03616-JNE-FLN | Hoerbert | Johnson Becker, PLLC |
| 0:17-cv-03899-JNE-FLN | Pimentel | The Olinde Firm, LLC |
| 0:17-cv-04041-JNE-FLN | Gibson | Brown & Crouppen, P.C. |
| 0:17-cv-04169-JNE-FLN | Hurley | The Olinde Firm, LLC |
| 0:17-cv-04285-JNE-FLN | Nickell | Gustafson Gluek PLLC |
| 0:17-cv-04467-JNE-FLN | Adams | Gustafson Gluek PLLC |
| 0:17-cv-04476-JNE-FLN | Holstine | Bernstein Liebhard LLP |
| 0:17-cv-04872-JNE-FLN | Grimsley | Bernstein Liebhard LLP |
| 0:17-cv-05323-JNE-FLN | Richey | Kennedy Hodges, L.L.P. |
| 0:17-cv-05581-JNE-FLN | Berzsenyi | Law Offices of Charles H. Johnson, P.A. |
| 0:17-cv-05589-JNE-FLN | Bardwell | Law Offices of Charles H. Johnson, P.A. |
| 0:18-cv-00078-JNE-FLN | Gottfried | Davis & Crump, P.C. |
| 0:18-cv-00080-JNE-FLN | Harris | Davis & Crump, P.C. |
| 0:18-cv-00154-JNE-FLN | Coleman | Davis & Crump, P.C. |
| 0:18-cv-00184-JNE-FLN | Proffit | Davis & Crump, P.C. |
| 0:18-cv-00207-JNE-FLN | Guenther | Bernstein Liebhard LLP |
| 0:18-cv-00257-JNE-FLN | Patrick | The Law Offices of Travis R. Walker, P.A. |

| | | |
|---|---|---|
| 0:18-cv-00263-JNE-FLN | Robinson | The Law Offices of Travis R. Walker, P.A. |
| 0:17-cv-00275-JNE-FLN | Owens | Bernstein Liebhard LLP |

Dated: July 3, 2018                                   Respectfully submitted,

*s/Benjamin W. Hulse*
Benjamin W. Hulse (MN #0390952)
**Attorney for Defendants 3M Company and Arizant Healthcare Inc.**
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3200
Fax: (612) 343-3205
Email: bhulse@blackwellburke.com