# EXHIBIT A


**BLACKWELL BURKE** P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

February 08, 2018

**VIA EMAIL AND U.S. MAIL**
David W. Hodges
Kennedy Hodges, L.L.P.
4409 Montrose Blvd, Ste 200
Houston, TX, 77006
mtg@kennedyhodges.com

      *Re:*   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
               MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
               *Koors v. 3M Company et al* Case No.: 0:17-cv-02524-JNE-FLN

Dear Counsel:

We are in receipt of the amended Plaintiff Fact Sheet (PFS) for the above-captioned matter. The PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Koors_Audrey_17-cv-2524_1_Koors_Audrey_17-cv-2524_1"    Koors_Audrey_17-cv-2524_1_Koors_Audrey_17-cv-2524_1

PLAINTIFFS' LAST NAME - Koors
PLAINTIFFS' FIRST NAME - Audrey
CASE NO. - 0:17-cv-02524
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS -- 02, 08, 09, 10, 11, 12, 13
SECTION III   (SURGERY INFORMATION) -
SECTION IV - 1 (VITAL STATISTICS) - Incomplete
SECTION IV - 10   (DRUG/ALCOHOL) -
SECTION IV - 3 (HEALTHCARE PROVIDERS) -
SECTION IV - 7   (PHARMACIES/DRUGSTORES) - Incomplete
SECTION IV - 8   (DENTAL PROCEDURES) - Incomplete
SECTION IV - 9   (TOBACCO) -
SECTION IX - 1   (CONSORTIUM NAME ETC.) -
SECTION IX - 3   (RESIDENCES) -
SECTION IX - 4   (MARRIED) -
SECTION V - 5   (DISABILITY CLAIMS) - Incomplete
SECTION V - 6   (LAWSUITS) -
SECTION V - 7   (BANKRUPTCY) -
SECTION VI - 1   (PHYSICAL INJURY) - Incomplete
SECTION VI - 3   (EMOTIONAL DISTRESS) - Incomplete
SECTION VI - 6   (WARNINGS) -
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) -
SECTION VI - 8   (3M/ARIZANT WARRANTY) -
SECTION VI - 9   (AUGUSTINE) -
SECTION VII - 1   (LOST PAST WAGES) -
SECTION VII - 2   (LOST FUTURE WAGES) -
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) -
X.01 - SIGNED AUTHORIZATION -
X.02.D - DOCUMENTS - SIGNED VERIFICATION -
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Kennedy Hodges, L.L.P.
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - mtg@kennedyhodges.com



BLACKWELL
BURKE P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

December 29, 2017

**VIA EMAIL AND U.S. MAIL**
David W. Hodges
Kennedy Hodges, L.L.P.
4409 Montrose Blvd, Ste 200
Houston, TX, 77006
mtg@kennedyhodges.com

      *Re:*    *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
              MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
              *Jenkins obo Gwendolyn Jensen v. 3M Company et al*  Case No.: 0:17-cv-03014-
      JNE-FLN

Dear Counsel:

We are in receipt of the amended Plaintiff Fact Sheet (PFS) for the above-captioned matter. The PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a  further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured.  When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel

Title "Jensen_Gwendolyn _17-cv-3014_1_Jensen_Gwendolyn _17-cv-3014_1"

Jensen_Gwendolyn
_17-cv-
3014_1_Jensen_Gwen
dolyn _17-cv-3014_1

PLAINTIFFS' LAST NAME - Jensen
PLAINTIFFS' FIRST NAME - Gwendolyn
CASE NO. - 17-cv-3014
SECTION I (CASE INFORMATION) - Incomplete
SECTION I - INCOMPLETE QUESTIONS - 04
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 08, 09, 10, 11, 12, 13, 14, 15, 16
SECTION III   (SURGERY INFORMATION) - Incomplete
SECTION III - INCOMPLETE QUESTIONS - 03
SECTION IV - 1 (VITAL STATISTICS) -
SECTION IV - 10   (DRUG/ALCOHOL) - Incomplete
SECTION IV - 3 (HEALTHCARE PROVIDERS) -
SECTION IV - 7   (PHARMACIES/DRUGSTORES) - Incomplete
SECTION IV - 8   (DENTAL PROCEDURES) - Incomplete
SECTION IV - 9   (TOBACCO) - Incomplete
SECTION IX - 1   (CONSORTIUM NAME ETC.) - Incomplete
SECTION IX - 3   (RESIDENCES) - Incomplete
SECTION IX - 4   (MARRIED) - Incomplete
SECTION V - 5   (DISABILITY CLAIMS) -
SECTION V - 6   (LAWSUITS) -
SECTION V - 7   (BANKRUPTCY) -
SECTION VI - 1   (PHYSICAL INJURY) -
SECTION VI - 3   (EMOTIONAL DISTRESS) - Incomplete
SECTION VI - 6   (WARNINGS) -
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) -
SECTION VI - 8   (3M/ARIZANT WARRANTY) -
SECTION VI - 9   (AUGUSTINE) -
SECTION VII - 1   (LOST PAST WAGES) - Incomplete
SECTION VII - 2   (LOST FUTURE WAGES) - Incomplete
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) - Incomplete
X.01 - SIGNED AUTHORIZATION - Incomplete
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Kennedy Hodges, L.L.P.
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - mtg@kennedyhodges.com



Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

February 14, 2018

**VIA EMAIL AND U.S. MAIL**
Seth Webb
Brown and Crouppen, P.C
211 N. Broadway, Suite 1600
St. Louis, MO 63102
sethw@getbc.com

     *Re:*    *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
              MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
              *Hoyos v. 3M Company et al Case* No.:0:17-cv-03022-JNE-FLN

Dear Counsel:

We are in receipt of the second amended Plaintiff Fact Sheet (PFS) for the above-captioned matter. The second amended PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original and/or any amended PFS. An updated verification is required, however, to be served along with the amended PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Hoyos_Teresa_017-cv-3022_1_Hoyos_Teresa_017-cv-3022_1"

Hoyos_Teresa_017-cv-3022_1_Hoyos_Teresa_017-cv-3022_1

PLAINTIFFS' LAST NAME - Hoyos
PLAINTIFFS' FIRST NAME - Teresa L.
CASE NO. - 0:17-cv-3022
SECTION I (CASE INFORMATION) - Incomplete
SECTION I - INCOMPLETE QUESTIONS - 01, 04
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 01, 02, 03, 05, 06, 08, 09, 10, 11, 12, 13, 14, 15, 16
SECTION III   (SURGERY INFORMATION) - Incomplete
SECTION III - INCOMPLETE QUESTIONS - 01, 02, 03, 04, 05
SECTION IV - 1 (VITAL STATISTICS) - Incomplete
SECTION IV - 10   (DRUG/ALCOHOL) - Incomplete
SECTION IV - 3 (HEALTHCARE PROVIDERS) - Incomplete
SECTION IV - 7   (PHARMACIES/DRUGSTORES) - Incomplete
SECTION IV - 8   (DENTAL PROCEDURES) - Incomplete
SECTION IV - 9   (TOBACCO) - Incomplete
SECTION IX - 1   (CONSORTIUM NAME ETC.) - Incomplete
SECTION IX - 3   (RESIDENCES) - Incomplete
SECTION IX - 4 (MARRIED) - Incomplete
SECTION V - 5   (DISABILITY CLAIMS) - Incomplete
SECTION V - 6   (LAWSUITS) - Incomplete
SECTION V - 7   (BANKRUPTCY) - Incomplete
SECTION VI - 1   (PHYSICAL INJURY) - Incomplete
SECTION VI - 3   (EMOTIONAL DISTRESS) - Incomplete
SECTION VI - 6   (WARNINGS) - Incomplete
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) - Incomplete
SECTION VI - 8   (3M/ARIZANT WARRANTY) - Incomplete
SECTION VI - 9   (AUGUSTINE) - Incomplete
SECTION VII - 1   (LOST PAST WAGES) - Incomplete
SECTION VII - 2   (LOST FUTURE WAGES) - Incomplete
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) - Incomplete
X.01 - SIGNED AUTHORIZATION - Incomplete
X.02.D - DOCUMENTS – SIGNED VERIFICATION - Incomplete
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Brown & Crouppen
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - sethw@getbc.com

 | BLACKWELL
BURKE P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

April 5, 2018

**VIA EMAIL AND U.S. MAIL**
David W. Hodges
Kennedy Hodges, LLP
4409 Montrose Blvd, Ste 200
Houston, TX 77006
mtg@kennedyhodges.com

> *Re:*   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
> MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
> *Witt, Alan. v. 3M Company et al*  Case No.:0:17-cv-03464-JNE-FLN

Dear Counsel:

We are in receipt of the second amended Plaintiff Fact Sheet (PFS) for the above-captioned matter. The second amended PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original and/or any amended PFS. An updated verification is required, however, to be served along with the amended PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Witt_Alan _17-cv-3464_1_Witt_Alan _17-cv-3464_1"

Witt_Alan _17-cv-
3464_1_Witt_Alan _17-
cv-3464_1

PLAINTIFFS' LAST NAME - Witt
PLAINTIFFS' FIRST NAME - Alan
CASE NO. - 17-cv-3464
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 01, 02, 03, 05, 06, 08, 09, 10, 11, 12, 13, 14, 15, 16
SECTION III   (SURGERY INFORMATION) - Incomplete
SECTION III - INCOMPLETE QUESTIONS - 03
SECTION IV - 1 (VITAL STATISTICS) - Incomplete
SECTION IV - 10   (DRUG/ALCOHOL) - Incomplete
SECTION IV - 3 (HEALTHCARE PROVIDERS) -
SECTION IV - 7   (PHARMACIES/DRUGSTORES) - Incomplete
SECTION IV - 8   (DENTAL PROCEDURES) - Incomplete
SECTION IV - 9   (TOBACCO) - Incomplete
SECTION IX - 1   (CONSORTIUM NAME ETC.) - Incomplete
SECTION IX - 3   (RESIDENCES) - Incomplete
SECTION IX - 4   (MARRIED) - Incomplete
SECTION V - 5   (DISABILITY CLAIMS) - Incomplete
SECTION V - 6   (LAWSUITS) - Incomplete
SECTION V - 7   (BANKRUPTCY) - Incomplete
SECTION VI - 1   (PHYSICAL INJURY) - Incomplete
SECTION VI - 3   (EMOTIONAL DISTRESS) - Incomplete
SECTION VI - 6   (WARNINGS) - Incomplete
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) - Incomplete
SECTION VI - 8   (3M/ARIZANT WARRANTY) - Incomplete
SECTION VI - 9   (AUGUSTINE) - Incomplete
SECTION VII - 1   (LOST PAST WAGES) - Incomplete
SECTION VII - 2   (LOST FUTURE WAGES) - Incomplete
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) - Incomplete
X.01 - SIGNED AUTHORIZATION - Incomplete
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Kennedy Hodges
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - mtg@kennedyhodges.com



| | BLACKWELL |
| --- | --- |
| | BURKE P.A. |

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

February 22, 2018

**VIA EMAIL AND U.S. MAIL**
Rolf T. Fiebiger
Johnson Becker, PLLC
444 Cedar St., Suite 1800
St. Paul, MN 55101
rfiebiger@johnsonbecker.com

> Re: *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
> MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
> *Hoerbert, Darlene v. 3M Company et al* Case No.: 0:17-cv-03616-JNE-FLN

Dear Counsel:

We are in receipt of the amended Plaintiff Fact Sheet (PFS) for the above-captioned matter. The PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Hoerbert_Darlene_017-cv-03616_1_Hoerbert_Darlene_017-cv-03616_1"          Hoerbert_Darlene_017
-cv-
03616_1_Hoerbert_Dar
lene_017-cv-03616_1

PLAINTIFFS' LAST NAME - Hoerbert
PLAINTIFFS' FIRST NAME - Darlene
CASE NO. - 0:17-cv-03616
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) -
SECTION III   (SURGERY INFORMATION) -
SECTION IV - 1 (VITAL STATISTICS) -
SECTION IV - 10   (DRUG/ALCOHOL) -
SECTION IV - 3 (HEALTHCARE PROVIDERS) -
SECTION IV - 7   (PHARMACIES/DRUGSTORES) -
SECTION IV - 8   (DENTAL PROCEDURES) -
SECTION IV - 9   (TOBACCO) -
SECTION IX - 1   (CONSORTIUM NAME ETC.) -
SECTION IX - 3   (RESIDENCES) -
SECTION IX - 4   (MARRIED) -
SECTION V - 5   (DISABILITY CLAIMS) -
SECTION V - 6   (LAWSUITS) -
SECTION V - 7   (BANKRUPTCY) -
SECTION VI - 1   (PHYSICAL INJURY) - Incomplete
SECTION VI - 3   (EMOTIONAL DISTRESS) -
SECTION VI - 6   (WARNINGS) -
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) -
SECTION VI - 8   (3M/ARIZANT WARRANTY) -
SECTION VI - 9   (AUGUSTINE) -
SECTION VII - 1   (LOST PAST WAGES) -
SECTION VII - 2   (LOST FUTURE WAGES) -
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) -
X.01 - SIGNED AUTHORIZATION -
X.02.D - DOCUMENTS - SIGNED VERIFICATION -
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Johnson Becker
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - rfiebiger@johnsonbecker.com



BLACKWELL
BURKE P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

February 28, 2018

**VIA EMAIL AND U.S. MAIL**
Wesley G. Barr
The Olinde Firm, LLC
400 Poydras Street Suite 1980
New Orleans, LA 70130
wbarr@olindefirm.com

Re:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
      MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
      *Pimentel, Carlos v. 3M Company et al* Case No.: 0:17-cv-03899-JNE-FLN

Dear Counsel:

We are in receipt of the amended Plaintiff Fact Sheet (PFS) for the above-captioned matter. The PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Pimentel_Carlos_017-cv-03899_1_Pimentel_Carlos_017-cv-03899_1"

Pimentel_Carlos_017-cv-03899_1_Pimentel_Carlos_017-cv-03899_1

PLAINTIFFS' LAST NAME - Pimentel
PLAINTIFFS' FIRST NAME - Carlos
CASE NO. - 0:17-cv-03899
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 06, 09
SECTION III   (SURGERY INFORMATION) -
SECTION IV - 1 (VITAL STATISTICS) -
SECTION IV - 10   (DRUG/ALCOHOL) -
SECTION IV - 3 (HEALTHCARE PROVIDERS) -
SECTION IV - 7   (PHARMACIES/DRUGSTORES) - Incomplete
SECTION IV - 8   (DENTAL PROCEDURES) -
SECTION IV - 9   (TOBACCO) -
SECTION IX - 1   (CONSORTIUM NAME ETC.) -
SECTION IX - 3   (RESIDENCES) -
SECTION IX - 4   (MARRIED) -
SECTION V - 5   (DISABILITY CLAIMS) -
SECTION V - 6   (LAWSUITS) -
SECTION V - 7   (BANKRUPTCY) -
SECTION VI - 1   (PHYSICAL INJURY) -
SECTION VI - 3   (EMOTIONAL DISTRESS) -
SECTION VI - 6   (WARNINGS) -
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) -
SECTION VI - 8   (3M/ARIZANT WARRANTY) -
SECTION VI - 9   (AUGUSTINE) -
SECTION VII - 1   (LOST PAST WAGES) -
SECTION VII - 2   (LOST FUTURE WAGES) -
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) -
X.01 - SIGNED AUTHORIZATION -
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - The Olinde Firm, LLC
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - wbarr@olindefirm.com



**BLACKWELL**
**BURKE** P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

April 2, 2018

**VIA EMAIL AND U.S. MAIL**
Wesley G. Barr
The Olinde Firm, LLC
400 Poydras Street Suite 1980
New Orleans, LA 70130
wbarr@olindefirm.com

      Re:    *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
            MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
            *Hurley, Jonathan v. 3M Company et al*  Case No.:0:17-cv-04169-JNE-FLN

Dear Counsel:

We are in receipt of the second amended Plaintiff Fact Sheet (PFS) for the above-captioned matter. The second amended PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original and/or any amended PFS. An updated verification is required, however, to be served along with the amended PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Hurley_Jonthan_17-cv-04169_1_Hurley_Jonthan_17-cv-04169_1"

Hurley_Jonthan_17-cv-04169_1_Hurley_Jonthan_17-cv-04169_1

PLAINTIFFS' LAST NAME - Hurley
PLAINTIFFS' FIRST NAME - Jonathan C.
CASE NO. - 17-cv-04169
SECTION I (CASE INFORMATION) - Incomplete
SECTION I - INCOMPLETE QUESTIONS - 04
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS -- 01, 10
SECTION III   (SURGERY INFORMATION) -
SECTION IV - 1 (VITAL STATISTICS) -
SECTION IV - 10   (DRUG/ALCOHOL) -
SECTION IV - 3 (HEALTHCARE PROVIDERS) -
SECTION IV - 7   (PHARMACIES/DRUGSTORES) - Incomplete
SECTION IV - 8   (DENTAL PROCEDURES) -
SECTION IV - 9   (TOBACCO) -
SECTION IX - 1   (CONSORTIUM NAME ETC.) -
SECTION IX - 3   (RESIDENCES) -
SECTION IX - 4   (MARRIED) -
SECTION V - 5   (DISABILITY CLAIMS) -
SECTION V - 6   (LAWSUITS) -
SECTION V - 7   (BANKRUPTCY) -
SECTION VI - 1   (PHYSICAL INJURY) -
SECTION VI - 3   (EMOTIONAL DISTRESS) - Incomplete
SECTION VI - 6   (WARNINGS) -
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) -
SECTION VI - 8   (3M/ARIZANT WARRANTY) -
SECTION VI - 9   (AUGUSTINE) -
SECTION VII - 1   (LOST PAST WAGES) -
SECTION VII - 2   (LOST FUTURE WAGES) -
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) -
X.01 - SIGNED AUTHORIZATION -
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - The Olinde Firm, LLC
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - wbarr@olindefirm.com



BLACKWELL
BURKE P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

January 11, 2018

**VIA EMAIL AND U.S. MAIL**
Amanda M. Williams
Gustafson Gluek PLLC
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
awilliams@gustafsongluek.com

  Re: *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
    MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
    *Nickell et al v. 3M Company et al* Case No.: 0:17-cv-04285-JNE-FLN

Dear Counsel:

We are in receipt of the Plaintiff Fact Sheet (PFS) for the above-captioned matter. The PFS has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Nickell_Vernon_17-cv-4285_1_Nickell_Vernon_17-cv-4285_1"

PLAINTIFFS' LAST NAME - Nickell
PLAINTIFFS' FIRST NAME - Vernon
CASE NO. - 17-cv-04285
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 03, 09
SECTION III   (SURGERY INFORMATION) - Incomplete
SECTION III - INCOMPLETE QUESTIONS - 03
SECTION IV - 1 (VITAL STATISTICS) -
SECTION IV - 10   (DRUG/ALCOHOL) -
SECTION IV - 3 (HEALTHCARE PROVIDERS) -
SECTION IV - 7   (PHARMACIES/DRUGSTORES) - Incomplete
SECTION IV - 8   (DENTAL PROCEDURES) -
SECTION IV - 9   (TOBACCO) - Incomplete
SECTION IX - 1   (CONSORTIUM NAME ETC.) - Incomplete
SECTION IX - 3   (RESIDENCES) -
SECTION IX - 4   (MARRIED) -
SECTION V - 5   (DISABILITY CLAIMS) -
SECTION V - 6   (LAWSUITS) -
SECTION V - 7   (BANKRUPTCY) -
SECTION VI - 1   (PHYSICAL INJURY) -
SECTION VI - 3   (EMOTIONAL DISTRESS) - Incomplete
SECTION VI - 6   (WARNINGS) -
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) -
SECTION VI - 8   (3M/ARIZANT WARRANTY) -
SECTION VI - 9   (AUGUSTINE) -
SECTION VII - 1   (LOST PAST WAGES) -
SECTION VII - 2   (LOST FUTURE WAGES) -
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) - Incomplete
X.01 - SIGNED AUTHORIZATION -
X.02.D - DOCUMENTS - SIGNED VERIFICATION -
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Gustafson Gluek PLLC
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - awilliams@gustafsongluek.com


# BLACKWELL BURKE P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

April 2, 2018

**VIA EMAIL AND U.S. MAIL**
Amanda M Williams
Gustafson Gluek PLLC
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
awilliams@gustafsongluek.com

> Re:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
> MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
> *Adams, Artis v. 3M Company et al* Case No.: 0:17-cv-04467-JNE-FLN

Dear Counsel:

We are in receipt of the amended Plaintiff Fact Sheet (PFS) for the above-captioned matter.  The PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'"  In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a  further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured.  When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel

Title "Adams_Artis _17-cv-04467_1_Adams_Artis _17-cv-04467_1"

Adams_Artis _17-cv-
04467_1_Adams_Artis
_17-cv-04467_1

PLAINTIFFS' LAST NAME - Adams
PLAINTIFFS' FIRST NAME - Artis
CASE NO. - 17-cv-04467
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 06
SECTION III   (SURGERY INFORMATION) - Incomplete
SECTION III - INCOMPLETE QUESTIONS - 01, 03
SECTION IV - 1 (VITAL STATISTICS) -
SECTION IV - 10   (DRUG/ALCOHOL) -
SECTION IV - 3 (HEALTHCARE PROVIDERS) -
SECTION IV - 7   (PHARMACIES/DRUGSTORES) -
SECTION IV - 8   (DENTAL PROCEDURES) -
SECTION IV - 9   (TOBACCO) -
SECTION IX - 1   (CONSORTIUM NAME ETC.) -
SECTION IX - 3   (RESIDENCES) -
SECTION IX - 4   (MARRIED) -
SECTION V - 5   (DISABILITY CLAIMS) -
SECTION V - 6   (LAWSUITS) -
SECTION V - 7   (BANKRUPTCY) -
SECTION VI - 1   (PHYSICAL INJURY) -
SECTION VI - 3   (EMOTIONAL DISTRESS) -
SECTION VI - 6   (WARNINGS) -
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) -
SECTION VI - 8   (3M/ARIZANT WARRANTY) -
SECTION VI - 9   (AUGUSTINE) -
SECTION VII - 1   (LOST PAST WAGES) -
SECTION VII - 2   (LOST FUTURE WAGES) -
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) -
X.01 - SIGNED AUTHORIZATION -
X.02.D - DOCUMENTS - SIGNED VERIFICATION -
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Gustafson Gluek
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - awilliams@gustafsongluek.com



**BLACKWELL BURKE** P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

March 29, 2018

**VIA EMAIL AND U.S. MAIL**
Daniel C. Burke
Bernstein Liebhard LLP
10 E. 40th Street
New York, NY 10016
dburke@bernlieb.com

Re:  *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
*Holstine, Rachel  v. 3M Company et al* Case No.: 0:17-cv-04476-JNE-FLN

Dear Counsel:

We are in receipt of the amended Plaintiff Fact Sheet (PFS) for the above-captioned matter.  The PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations."  Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'"  In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a  further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured.  When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel

Title "Holstine _Rachel    _017-cv-04476_1_Holstine _Rachel    _017-cv-04476_1"

Holstine _Rachel
_017-cv-
04476_1_Holstine
_Rachel    _017-cv-
04476_1

PLAINTIFFS' LAST NAME - Holstine
PLAINTIFFS' FIRST NAME - Rachel
CASE NO. - 0:17-cv-04476
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 07
SECTION III   (SURGERY INFORMATION) -
SECTION IV - 1 (VITAL STATISTICS) -
SECTION IV - 10   (DRUG/ALCOHOL) -
SECTION IV - 3 (HEALTHCARE PROVIDERS) -
SECTION IV - 7   (PHARMACIES/DRUGSTORES) -
SECTION IV - 8   (DENTAL PROCEDURES) -
SECTION IV - 9   (TOBACCO) -
SECTION IX - 1   (CONSORTIUM NAME ETC.) -
SECTION IX - 3   (RESIDENCES) -
SECTION IX - 4   (MARRIED) -
SECTION V - 5   (DISABILITY CLAIMS) -
SECTION V - 6   (LAWSUITS) -
SECTION V - 7   (BANKRUPTCY) -
SECTION VI - 1   (PHYSICAL INJURY) - Incomplete
SECTION VI - 3   (EMOTIONAL DISTRESS) -
SECTION VI - 6   (WARNINGS) -
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) -
SECTION VI - 8   (3M/ARIZANT WARRANTY) -
SECTION VI - 9   (AUGUSTINE) -
SECTION VII - 1   (LOST PAST WAGES) -
SECTION VII - 2   (LOST FUTURE WAGES) -
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) -
X.01 - SIGNED AUTHORIZATION -
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Bernstein Liebhard
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - dburke@bernlieb.com, dlee@bernlieb.com



# BLACKWELL BURKE P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

April 16, 2018

**VIA EMAIL AND U.S. MAIL**
David W. Hodges
Kennedy Hodges, L.L.P.
4409 Montrose Blvd, Ste 200
Houston, TX, 77006
mtg.kennedyhodges.com

Re:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
*Richey, Priscilla v. 3M Company et al* Case No.: 0:17-cv-05323-JNE-FLN

Dear Counsel:

We are in receipt of the Plaintiff Fact Sheet (PFS) for the above-captioned matter. The PFS has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Richey_Priscilla_17-cv-5323_1_Richey_Priscilla_17-cv-5323_1"     Richey_Priscilla_17-
                                                                                      cv-
                                                               5323_1_Richey_Priscill
                                                                      a_17-cv-5323_1

PLAINTIFFS' LAST NAME - Richey
PLAINTIFFS' FIRST NAME - Priscilla
CASE NO. - 17-cv-5323
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 01, 02, 03, 06, 08, 09, 10, 11, 12, 13, 14, 15, 16
SECTION III    (SURGERY INFORMATION) - Incomplete
SECTION III - INCOMPLETE QUESTIONS - 03
SECTION IV - 1 (VITAL STATISTICS) - Incomplete
SECTION IV - 10    (DRUG/ALCOHOL) - Incomplete
SECTION IV - 3 (HEALTHCARE PROVIDERS) - Incomplete
SECTION IV - 7    (PHARMACIES/DRUGSTORES) - Incomplete
SECTION IV - 8    (DENTAL PROCEDURES) - Incomplete
SECTION IV - 9    (TOBACCO) - Incomplete
SECTION IX - 1    (CONSORTIUM NAME ETC.) - Incomplete
SECTION IX - 3    (RESIDENCES) - Incomplete
SECTION IX - 4    (MARRIED) - Incomplete
SECTION V - 5    (DISABILITY CLAIMS) - Incomplete
SECTION V - 6    (LAWSUITS) - Incomplete
SECTION V - 7    (BANKRUPTCY) - Incomplete
SECTION VI - 1    (PHYSICAL INJURY) -
SECTION VI - 1.01 (PHYSICAL INJURY) - Yes
SECTION VI - 3    (EMOTIONAL DISTRESS) -
SECTION VI - 6    (WARNINGS) - Incomplete
SECTION VI - 7    (3M/ARIZANT COMMUNICATIONS) - Incomplete
SECTION VI - 8    (3M/ARIZANT WARRANTY) - Incomplete
SECTION VI - 9    (AUGUSTINE) - Incomplete
SECTION VII - 1    (LOST PAST WAGES) - Incomplete
SECTION VII - 2    (LOST FUTURE WAGES) - Incomplete
SECTION VIII - 2    (VERBAL/WRITTEN STATEMENT) -
X.01 - SIGNED AUTHORIZATION - Incomplete
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Kennedy Hodges
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - mtg@kennedyhodges.com

# EXHIBIT B



**BLACKWELL BURKE** P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

February 26, 2018

**VIA EMAIL AND U.S. MAIL**
Seth Webb
Brown and Crouppen, P.C.
211 N. Broadway, Suite 1600
St. Louis, MO 63102
sethw@getbc.com

Re:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
*Brainerd, Jeremiah et al v. 3M Company et al*  Case No.:0:17-cv-03305-JNE-
FLN

Dear Counsel:

We are in receipt of the second amended Plaintiff Fact Sheet (PFS) for the above-captioned matter. The second amended PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original and/or any amended PFS. An updated verification is required, however, to be served along with the amended PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel

Title "Brainerd_Jeremiah _017-cv-3305_1_Brainerd_Jeremiah _017-cv-3305_1"

**Brainerd_Jeremiah
_017-cv-
3305_1_Brainerd_Jere
miah _017-cv-3305_1**

PLAINTIFFS' LAST NAME - Brainerd
PLAINTIFFS' FIRST NAME - Jeremiah
CASE NO. - 0:17-cv-3305
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 02, 07, 08, 11
SECTION III   (SURGERY INFORMATION) -
SECTION IV - 1 (VITAL STATISTICS) -
SECTION IV - 10   (DRUG/ALCOHOL) - Incomplete
SECTION IV - 3 (HEALTHCARE PROVIDERS) - Incomplete
SECTION IV - 7   (PHARMACIES/DRUGSTORES) - Incomplete
SECTION IV - 8   (DENTAL PROCEDURES) - Incomplete
SECTION IV - 9   (TOBACCO) - Incomplete
SECTION IX - 1   (CONSORTIUM NAME ETC.) - Incomplete
SECTION IX - 3   (RESIDENCES) - Incomplete
SECTION IX - 4   (MARRIED) - Incomplete
SECTION V - 5   (DISABILITY CLAIMS) -
SECTION V - 6   (LAWSUITS) -
SECTION V - 7   (BANKRUPTCY) - Incomplete
SECTION VI - 1   (PHYSICAL INJURY) - Incomplete
SECTION VI - 3   (EMOTIONAL DISTRESS) - Incomplete
SECTION VI - 6   (WARNINGS) - Incomplete
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) - Incomplete
SECTION VI - 8   (3M/ARIZANT WARRANTY) - Incomplete
SECTION VI - 9   (AUGUSTINE) - Incomplete
SECTION VII - 1   (LOST PAST WAGES) - Incomplete
SECTION VII - 2   (LOST FUTURE WAGES) - Incomplete
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) - Incomplete
X.01 - SIGNED AUTHORIZATION - Incomplete
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Brown & Crouppen
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - sethw@getbc.com



**BLACKWELL BURKE** P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

April 2, 2018

**VIA EMAIL AND U.S. MAIL**
Seth Webb
Brown and Crouppen, P.C.
211 N. Broadway, Suite 1600
St. Louis, MO 63102
sethw@getbc.com

Re:    *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
        MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
        *Gibson, Lisa Karen v. 3M Company et al*  Case No.:0:17-cv-04041-JNE-FLN

Dear Counsel:

We are in receipt of the second amended Plaintiff Fact Sheet (PFS) for the above-captioned matter. The second amended PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original and/or any amended PFS. An updated verification is required, however, to be served along with the amended PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

Title "Gibson_Lisa _017-cv-4041_1_Gibson_Lisa _017-cv-4041_1"

Gibson_Lisa _017-cv-4041_1_Gibson_Lisa _017-cv-4041_1

PLAINTIFFS' LAST NAME - Gibson
PLAINTIFFS' FIRST NAME - Lisa
CASE NO. - 0:17-cv-4041
SECTION I (CASE INFORMATION) - Incomplete
SECTION I - INCOMPLETE QUESTIONS - 01, 04
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS - 01, 02, 03, 05, 06, 08, 09, 10, 11, 12, 13, 14, 15, 16
SECTION III   (SURGERY INFORMATION) - Incomplete
SECTION III - INCOMPLETE QUESTIONS - 01, 02, 03, 04, 05
SECTION IV - 1 (VITAL STATISTICS) - Incomplete
SECTION IV - 10   (DRUG/ALCOHOL) - Incomplete
SECTION IV - 3 (HEALTHCARE PROVIDERS) - Incomplete
SECTION IV - 7   (PHARMACIES/DRUGSTORES) - Incomplete
SECTION IV - 8   (DENTAL PROCEDURES) - Incomplete
SECTION IV - 9   (TOBACCO) - Incomplete
SECTION IX - 1   (CONSORTIUM NAME ETC.) - Incomplete
SECTION IX - 3   (RESIDENCES) - Incomplete
SECTION IX - 4   (MARRIED) - Incomplete
SECTION V - 5   (DISABILITY CLAIMS) - Incomplete
SECTION V - 6   (LAWSUITS) - Incomplete
SECTION V - 7   (BANKRUPTCY) - Incomplete
SECTION VI - 1   (PHYSICAL INJURY) - Incomplete
SECTION VI - 3   (EMOTIONAL DISTRESS) - Incomplete
SECTION VI - 6   (WARNINGS) - Incomplete
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) - Incomplete
SECTION VI - 8   (3M/ARIZANT WARRANTY) - Incomplete
SECTION VI - 9   (AUGUSTINE) - Incomplete
SECTION VII - 1   (LOST PAST WAGES) - Incomplete
SECTION VII - 2   (LOST FUTURE WAGES) - Incomplete
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) - Incomplete
X.01 - SIGNED AUTHORIZATION - Incomplete
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Brown & Crouppen
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - sethw@getbc.com

# EXHIBIT C

**From:** Ben Hulse
**Sent:** Saturday, May 12, 2018 8:33 AM
**To:** 'JoanEricksen_Chambers@mnd.uscourts.gov' <JoanEricksen_Chambers@mnd.uscourts.gov>;
'Noel_Chambers@mnd.uscourts.gov' <Noel_Chambers@mnd.uscourts.gov>
**Cc:** Jerry Blackwell <blackwell@blackwellburke.com>; Bridget Ahmann
<Bridget.Ahmann@FaegreBD.com>; 'gzimmerman@meshbesher.com'
<gzimmerman@meshbesher.com>; 'bgordon@levinlaw.com' <bgordon@levinlaw.com>;
'MVC@ciresiconlin.com' <MVC@ciresiconlin.com>; 'JMC@CiresiConlin.com' <JMC@CiresiConlin.com>;
'David J. Szerlag' <david@pritzkerlaw.com>; 'Wendy Thayer' <wendy@pritzkerlaw.com>
**Subject:** Bair Hugger, MDL 2666 -- Defendants' lists of PFS disputes for May 2018

Dear Judge Ericksen,

Even though this month's status conference has been cancelled, Defendants would still like to list cases
with Plaintiff Fact Sheet disputes, as provided by PTO 14, paragraph 7, Dkt. No. 117.

In the past (including last month), the Court ordered that PFS disputes were deemed "addressed to the
Court" notwithstanding the cancellation of the in-court conference.  (E.g., Dkt. No. 959,
1222.)  Defendants request the same for this month.  Thank you for your consideration of this request.

Best regards,

Ben Hulse

Counsel for Defendants

Benjamin W. Hulse
Blackwell Burke P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN  55415
Direct (612) 343-3256
Fax (612) 343-3205

This message and any attachments may contain information that is privileged, confidential, and exempt from disclosure under applicable
law. If you are not the intended recipient or are not authorized to receive for the recipient, you are hereby notified that dissemination,
distribution or copying of this message and any attachments is strictly prohibited. If you have received this message in error, please
immediately advise the sender by reply e-mail and delete the message and any attachments. Thank you.

Defendants' PFS List 1:  Overdue Plaintiff Fact Sheets
(Updated May 11, 2018)

| Case Number | Title | Date Filed | Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:17-cv-05302-JNE-FLN | Kelley, Charles  v. 3M Company et al | 11/30/2017 | 2/28/2018 | 4/10/2018 | Kirtland & Packard LLP |
| 0:17-cv-05342-JNE-FLN | Bozeman, Lynda v. 3M Company et al | 12/4/2017 | 3/4/2018 | 4/10/2018 | Kennedy Hodges, |
| 0:17-cv-05375-JNE-FLN | Lewis, Ronnie  v. 3M Company et al | 12/7/2017 | 3/7/2018 | 4/10/2018 | Davis & Crump, P.C. |
| 0:17-cv-05458-JNE-FLN | Lake, Herbert v. 3M Company et al | 12/15/2017 | 3/15/2018 | 4/10/2018 | Kirtland & Packard LLP |
| 0:17-cv-05469-JNE-FLN | Minnigan-Judd, Stephanie v. 3M Company et al | 12/18/2017 | 3/18/2018 | 4/10/2018 | The Law offices of Travis R. Walker, P.A. |
| 0:17-cv-05515-JNE-FLN | Gates, Kathy  v. 3M Company et al | 12/20/2017 | 3/20/2018 | 4/10/2018 | Kirtland & Packard LLP |
| 0:17-cv-01489-JNE-FLN | Lawhon, Bobbie v. 3M Company et al. | 5/5/2017 | 5/3/2018 | | Hollis Legal Solutions, PLLC |
| 0:17-cv-04872-JNE-FLN | Grimsley, Daniel v. 3M Company et al. | 10/26/2017 | 1/24/2018 | | Bernstein Liebhard LLP |
| 0:17-cv-05581-JNE-FLN | Berzsenyi, Robert  v. 3M Company et al | 12/29/2017 | 3/29/2018 | | Law Offices of Charles H Johnson, PA |
| 0:17-cv-05589-JNE-FLN | Bardwell, Doris v. 3M Company et al | 12/29/2017 | 3/29/2018 | | Law Offices of Charles H Johnson, PA |
| 0:18-cv-00071-JNE-FLN | Mayfield, Antoine v. 3M Company et al | 1/10/2018 | 4/10/2018 | | Davis & Crump, P.C. |
| 0:18-cv-00076-JNE-FLN | Kurbis, Melanie v. 3M Company et al | 1/10/2018 | 4/10/2018 | | Davis & Crump, P.C. |
| 0:18-cv-00078-JNE-FLN | Gottfried, Arthur v. 3M Company et al | 1/11/2018 | 4/11/2018 | | Davis & Crump, P.C. |
| 0:18-cv-00079-JNE-FLN | Burza, John v. 3M Company et al | 1/11/2018 | 4/11/2018 | | Davis & Crump, P.C. |
| 0:18-cv-00080-JNE-FLN | Harris, Jimmie Don v. 3M Company et al | 1/11/2018 | 4/11/2018 | | Davis & Crump, P.C. |
| 0:18-cv-00093-JNE-FLN | Ashley, Ruth  v. 3M Company et al | 1/12/2018 | 4/12/2018 | | Bernstein Liebhard LLP |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).
Pink highlighting indicates that the case is subject to Defendants' Pending Motion to Dismiss.

Defendants' PFS List 1:  Overdue Plaintiff Fact Sheets
(Updated May 11, 2018)

| Case Number | Title | Date Filed | Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:18-cv-00148-JNE-FLN | Lewis, Steven  et al v. 3M Company et al | 1/22/2018 | 4/22/2018 | | Chappell, Smith and Arden, P.A. |
| 0:18-cv-00151-JNE-FLN | Russell, Janice  v. 3M Company et al | 1/22/2018 | 4/22/2018 | | Bernstein Liebhard LLP |
| 0:18-cv-00154-JNE-FLN | Coleman, James v. 3M Company et al | 1/22/2018 | 4/22/2018 | | Davis & Crump, P.C. |
| 0:18-cv-00178-JNE-FLN | Paul, Rodney  v. 3M Company et al | 1/23/2018 | 4/23/2018 | | Davis & Crump, P.C. |
| 0:18-cv-00184-JNE-FLN | Proffit, Connie  v. 3M Company et al | 1/23/2018 | 4/23/2018 | | Davis & Crump, P.C. |
| 0:18-cv-00190-JNE-FLN | Lloyd, Danny  v. 3M Company et al | 1/24/2018 | 4/24/2018 | | Davis & Crump, P.C. |
| 0:18-cv-00205-JNE-FLN | Shulz, Shelley v. 3M Company et al | 1/25/2018 | 4/25/2018 | | Bernstein Liebhard LLP |
| 0:18-cv-00207-JNE-FLN | Guenther, Gary  v 3M Company et al | 1/25/2018 | 4/25/2018 | | Bernstein Liebhard LLP |
| 0:18-cv-00220-JNE-FLN | Brasher, Michael  v. 3M Company et al | 1/25/2018 | 4/25/2018 | | Bernstein Liebhard LLP |
| 0:18-cv-00239-JNE-FLN | Hill, Tahia v. 3M Company et al | 1/26/2018 | 4/26/2018 | | Davis & Crump, P.C. |
| 0:18-cv-00249-JNE-FLN | Glasscock, Elizabeth v. 3M Company et al | 1/29/2018 | 4/29/2018 | | DeGaris & Rogers, LLC |
| 0:18-cv-00257-JNE-FLN | Patrick, Marvin  v. 3M Company et al | 1/29/2018 | 4/29/2018 | | The Law offices of Travis R. Walker, P.A. |
| 0:18-cv-00263-JNE-FLN | Robinson, Michael v. 3M Company et al | 1/29/2018 | 4/29/2018 | | The Law offices of Travis R. Walker, P.A. |
| 0:18-cv-00264-JNE-FLN | Wega, Salvadore v. 3M Company et al | 1/29/2018 | 4/29/2018 | | The Law offices of Travis R. Walker, P.A. |
| 0:18-cv-00265-JNE-FLN | Sawyer, William v. 3M Company et al | 1/29/2018 | 4/29/2018 | | Davis & Crump, P.C. |
| 0:18-cv-00274-JNE-FLN | Malone, Brenda v. 3M Company et al | 1/30/2018 | 4/30/2018 | | Bernstein Liebhard LLP |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).
Pink highlighting indicates that the case is subject to Defendants' Pending Motion to Dismiss.

Defendants' PFS List 1:  Overdue Plaintiff Fact Sheets
(Updated May 11, 2018)

| Case Number | Title | Date Filed | Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:18-cv-00275-JNE-FLN | Owens, Janis v. 3M Company et al | 1/30/2018 | 4/30/2018 | | Bernstein Liebhard LLP |
| 0:18-cv-00276-JNE-FLN | Travis, Joseph v. 3M Company et al | 1/30/2018 | 4/30/2018 | | Kirtland & Packard LLP |
| 0:18-cv-00292-JNE-FLN | Matson, Charles v. 3M Company et al | 2/1/2018 | 5/2/2018 | | Meshbesher & Spence |
| 0:18-cv-00318-JNE-FLN | Amador, George v. 3M Company et al | 2/2/2018 | 5/3/2018 | | DeGaris & Rogers, LLC |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).
Pink highlighting indicates that the case is subject to Defendants' Pending Motion to Dismiss.

**Defendants' PFS List 2:  Plaintiffs Who Have Not Responded to Defendants' Deficiency Notices**
(Updated May 11, 2018)

| Case Number | Title | 1st Deficiency Notice Sent | Response Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:17-cv-03496-JNE-FLN | Aker, Mary v. 3M Company et al | 1/11/2018 | 2/1/2018 | 03/09/2018 04/10/2018 | McGlynn, Glisson and Mouton |
| 0:17-cv-04537-JNE-FLN | Echard, Audrey et al v. 3M Company et al | 1/30/2018 | 2/20/2018 | 03/09/2018 04/10/2018 | Gustafson Gluek PLLC |
| 0:17-cv-04623-JNE-FLN | Guobadia, Maxine  v. 3M Company et al | 2/5/2018 | 2/26/2018 | 3/9/2018 | The Webster Law Firm |
| 0:17-cv-04429-JNE-FLN | Holcomb, April v. 3M Company et al | 2/7/2018 | 2/28/2018 | 4/10/2018 | DeGaris & Rogers, LLC |
| 0:17-cv-04716-JNE-FLN | Bewley, Kenneth v. 3M Company et al | 3/13/2018 | 4/3/2018 | 4/10/2018 | Kirtland and Packard LLP |
| 0:17-cv-04896-JNE-FLN | Pew, Richard v. 3M Company et al | 3/13/2018 | 4/3/2018 | 4/10/2018 | Kirtland & Packard LLP |
| 0:17-cv-04984-JNE-FLN | Cheney, Jay v. 3M Company et al | 3/12/2018 | 4/2/2018 | 4/10/2018 | Kirtland & Packard LLP |
| 0:17-cv-05135-JNE-FLN | Carrell, Silas v. 3M Company et al | 3/13/2018 | 4/3/2018 | 4/10/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-05138-JNE-FLN | Johnson, Hannah  v. 3M Company et al | 3/13/2018 | 4/3/2018 | 4/10/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-05140-JNE-FLN | Green, Rosemary  v. 3M Company et al | 3/13/2018 | 4/3/2018 | 4/10/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-05199-JNE-FLN | Spry, John et al v. 3M Company et al | 3/15/2018 | 4/5/2018 | 4/10/2018 | Pendley, Baudin & Coffin L.L.P. |
| 0:17-cv-05202-JNE-FLN | Reed, Tommy et al v. 3M Company et al | 3/19/2018 | 4/9/2018 | 4/10/2018 | Pendley, Baudin & Coffin L.L.P. |
| 0:17-cv-04285-JNE-FLN | Nickell, Vernon et al v. 3M Company et al | 1/11/2018 | 4/8/2018 | | Gustafson Gluek PLLC |
| 0:17-cv-05083-JNE-FLN | Meredith, Benjamin v. 3M Company et al | 4/12/2018 | 5/3/2018 | | DeGaris & Rogers, LLC |
| 0:17-cv-05200-JNE-FLN | Picuri, David  v. 3M Company et al | 3/22/2018 | 4/12/2018 | | Pendley, Baudin & Coffin L.L.P. |
| 0:17-cv-05323-JNE-FLN | Richey, Priscilla v. 3M Company et al | 4/16/2018 | 5/7/2018 | | Kennedy Hodges, L.L.P. |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).
Pink highlighting indicates that the case is subject to Defendants' Pending Motion to Dismiss.

**Defendants' PFS List 2:  Plaintiffs Who Have Not Responded to Defendants' Deficiency Notices**
(Updated May 11, 2018)

| Case Number | Title | 2nd Deficiency Notice Sent | Response Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:17-cv-05405-JNE-FLN | Perkins, Kristopher v. 3M Company et al | 4/5/2018 | 4/26/2018 | | Hausfeld LLP |
| 0:17-cv-05435-JNE-FLN | Echols, Kevin v. 3M Company et al | 4/11/2018 | 5/2/2018 | | DeGaris & Rogers, LLC |
| 0:17-cv-03747-JNE-FLN | Jackson, Deloise v. 3M Company et al | 1/30/2018 | 2/20/2018 | 3/9/2018 4/10/2018 | Schlichter Bogard & Denton, LLP |
| 0:17-cv-03848-JNE-FLN | Boughner, Roland v. 3M Company et al | 2/5/2018 | 2/26/2018 | 3/9/2018 4/10/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-02524-JNE-FLN | Koors, Audrey v. 3M Company et al | 2/8/2018 | 3/1/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-03014-JNE-FLN | Jenkins obo Gwendolyn Jensen v. 3M Company et al | 12/29/2017 | 1/19/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-03616-JNE-FLN | Hoerbert, Darlene v. 3M Company et al | 2/21/2018 | 3/14/2018 | | Johnson Becker, PLLC |
| 0:17-cv-03629-JNE-FLN | Ciccone, Louis v. 3M Company et al | 1/17/2018 | 2/7/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-03899-JNE-FLN | Pimentel, Carlos v. 3M Company et al | 2/28/2017 | 3/21/2018 | | The Olinde Firm, LLC |
| 0:17-cv-03912-JNE-FLN | Kellett, Jackson v. 3M Company et al | 4/16/2018 | 5/7/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-03941-JNE-FLN | Martinez, Rodney v. 3M Company et al | 3/8/2018 | 3/29/2018 | | DeGaris & Rogers, LLC |
| 0:17-cv-04467-JNE-FLN | Adams, Artis v. 3M Company et al | 4/2/2018 | 4/23/2018 | | Gustafson Gluek PLLC |
| 0:17-cv-04476-JNE-FLN | Holstine, Rachel v. 3M Company et al | 3/29/2018 | 4/19/2018 | | Bernstein Liebhard LLP |
| 0:17-cv-04643-JNE-FLN | Pusateri, Marianne et al v. 3M Company et al | 3/21/2018 | 4/11/2018 | | The Miller Firm, LLC |
| 0:17-cv-04703-JNE-FLN | Betts, Marilyn v. 3M Company et al | 4/5/2018 | 4/26/2018 | | Peterson & Associates, P.C. |
| Case Number | Title | 3rd Deficiency Notice Sent | Response Due Date | Prior Listing | Firm Name |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).
Pink highlighting indicates that the case is subject to Defendants' Pending Motion to Dismiss.

**Defendants' PFS List 2:  Plaintiffs Who Have Not Responded to Defendants' Deficiency Notices**
(Updated May 11, 2018)

| | | | | | |
|---|---|---|---|---|---|
| 0:17-cv-02534-JNE-FLN | Duran, Connie v. 3M Company et al | 2/5/2018 | 2/26/2018 | 03/09/2018 04/10/2018 | Kennedy Hodges, L.L.P |
| 0:17-cv-03022-JNE-FLN | Hoyos, Teresa v. 3M Company et al | 2/14/2018 | 3/7/2018 | 4/10/2018 | Brown and Crouppen, P.C |
| 0:17-cv-03464-JNE-FLN | Witt, Alan v. 3M Company et al | 4/5/2018 | 4/26/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-03554-JNE-FLN | Cyr, Kevin v. 3M Company et al | 4/11/2018 | 5/2/2018 | | DeGaris & Rogers, LLC |
| 0:17-cv-03964-JNE-FLN | Taylor, Whitney and Pat et al v. 3M Company et al | 3/27/2018 | 4/17/2018 | | Brent Coon & Associates |
| 0:17-cv-04169-JNE-FLN | Hurley, Jonathan v. 3M Company et al | 4/2/2018 | 4/23/2018 | | The Olinde Firm, LLC |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).
Pink highlighting indicates that the case is subject to Defendants' Pending Motion to Dismiss.

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated May 11, 2018)

| Case Number | Title | 3rd Deficiency Sent | Prior Listing | Firm Name |
|---|---|---|---|---|
| 0:17-cv-01494-JNE-FLN | Six, John v. 3M Company et al | 2/5/2018 | 03/09/2018 04/10/2018 | Hendrickson Law |
| 0:17-cv-02638-JNE-FLN | Reinker, Susan v. 3M Company et al | 4/4/2018 | 4/10/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-02901-JNE-FLN | Moore, Michael v. 3M Company et al | 4/2/2018 | 4/10/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03049-JNE-FLN | Finney, Gwendolyn v. 3M Company et al | 3/6/2018 | 4/10/2018 | Brown and Crouppen, P.C |
| 0:17-cv-03162-JNE-FLN | Zamora, Arturo Jr. v. 3M Company et al | 3/8/2018 | 4/10/2018 | Brown and Crouppen, P.C |
| 0:17-cv-03255-JNE-FLN | Holmes, Peter et al v. 3M Company et al | 3/14/2018 | 4/10/2018 | Brown and Crouppen, P.C. |
| 0:17-cv-03305-JNE-FLN | Brainerd, Jeremiah et al v. 3M Company et al | 2/26/2018 | 4/10/2018 | Brown and Crouppen, P.C. |
| 0:17-cv-03533-JNE-FLN | Holcomb, Virginia v. 3M Company et al | 3/7/2018 | 4/10/2018 | Brown and Crouppen, P.C. |
| 0:17-cv-03662-JNE-FLN | Guyton, Sharida v. 3M Company et al | 3/14/2018 | 4/10/2018 | Brown and Crouppen, P.C |
| 0:17-cv-04805-JNE-FLN | Beck, Louis v. 3M Company et al | 2/28/2017 | 4/10/2018 | Brown and Crouppen, P.C. |
| 0:17-cv-04825-JNE-FLN | Duckworth, Laura v. 3M Company et al | 3/9/2018 | 4/10/2018 | Brown and Crouppen, P.C. |
| 0:17-cv-04880-JNE-FLN | Scott, Sheree v. 3M Company et al | 2/28/2017 | 4/10/2018 | Brown and Crouppen, P.C. |
| 0:17-cv-04892-JNE-FLN | Thyrion, Leslie v. 3M Company et al | 3/7/2018 | 4/10/2018 | Brown and Crouppen, P.C. |
| 0:17-cv-04934-JNE-FLN | Hall, Martha v. 3M Company et al | 2/27/2018 | 4/10/2018 | Justinian & Associates PLLC |
| 0:17-cv-03414-JNE-FLN | Towsley, Joe v. 3M Company et al | 4/11/2018 | | Sexton & Shelor |
| 0:17-cv-03921-JNE-FLN | Benson, Robert v. 3M Company et al | 3/29/2018 | | Brown and Crouppen, P.C. |
| 0:17-cv-04041-JNE-FLN | Gibson, Lisa Karen v. 3M Company et al | 4/2/2018 | | Brown and Crouppen, P.C. |
| 0:17-cv-04230-JNE-FLN | Metivier, Gwendylen v. 3M Company et al | 4/18/2018 | | Kirtland & Packard LLP |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).
Pink highlighting indicates that the case is subject to Defendants' Pending Motion to Dismiss.

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated May 11, 2018)

| Case Number | Title | 3rd Deficiency Sent | Prior Listing | Firm Name |
|---|---|---|---|---|
| 0:17-cv-04334-JNE-FLN | Zeppetella, Steven et al v. 3M Company et al | 4/9/2018 | | Gustafson Gluek PLLC |
| 0:17-cv-04402-JNE-FLN | Weiss, Adam v. 3M Company et al | 4/9/2018 | | Jones Ward PLC |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).
Pink highlighting indicates that the case is subject to Defendants' Pending Motion to Dismiss.

# EXHIBIT D

**Sent:** Friday, June 15, 2018 4:36 PM
**To:** 'JoanEricksen_Chambers@mnd.uscourts.gov'; 'Noel_Chambers@mnd.uscourts.gov'
**Cc:** Genevieve Zimmerman - Meshbesher & Spence (gzimmerman@meshbesher.com); 'Kyle Farrar';
Gabriel Assaad (gassaad@kennedyhodges.com); Jan Conlin (JMC@ciresiconlin.com); Ben Gordon
(bgordon@levinlaw.com); Jerry Blackwell; Lyn Pruitt; Mary Young; Ben Hulse; Monica L. Davies; David
Szerlag; Ahmann, Bridget M. (Bridget.Ahmann@FaegreBD.com)
**Subject:** Joint Agenda and Status Report for June 21 Status Conference (MDL No. 15-2666 (JNE/FLN))

Dear Judge Ericksen and Judge Noel,

In accordance with Pretrial Order No. 3, the parties submit this Joint Agenda and Status Conference
Report in preparation for the status conference scheduled for Thursday, June 21, at 9:30
a.m.  Defendants' three lists related to the Plaintiff Fact Sheets, as discussed in Section 2 of the Joint
Agenda, are also attached to this email.

Best regards and have a great weekend.

Peter Goss



**Peter Goss**

Phone: 612.343.3283 | Fax: 612.343.3205
**www.blackwellburke.com**

   

**431 South 7th Street, Suite 2500 ● Minneapolis ● MN ● 55415**

This message and any attachments may contain information that is privileged, confidential, and exempt from
disclosure under applicable law. If you are not the intended recipient or are not authorized to receive for the
recipient, you are hereby notified that dissemination, distribution or copying of this message and any attachments is
strictly prohibited. If you have received this message in error, please immediately advise the sender by reply e-mail
and delete the message and any attachments. Thank you.

**Defendants' PFS List 1:  Overdue Plaintiff Fact Sheets**
(Updated June 15, 2018)

| Case Number | Title | Date Filed | Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:17-cv-05302-JNE-FLN | Kelley, Charles v. 3M Company et al | 11/30/2017 | 2/28/2018 | 4/10/2018 5/11/2018 | Kirtland & Packard LLP |
| 0:17-cv-05469-JNE-FLN | Minnigan-Judd, Stephanie v. 3M Company et al | 12/18/2017 | 3/18/2018 | 4/10/2018 5/11/2018 | The Law offices of Travis R. Walker, P.A. |
| 0:17-cv-04872-JNE-FLN | Grimsley, Daniel v. 3M Company et al. | 10/26/2017 | 1/24/2018 | 5/11/2018 | Bernstein Liebhard LLP |
| 0:17-cv-05581-JNE-FLN | Berzsenyi, Robert v. 3M Company et al | 12/29/2017 | 3/29/2018 | 5/11/2018 | Law Offices of Charles H Johnson, PA |
| 0:17-cv-05589-JNE-FLN | Bardwell, Doris v. 3M Company et al | 12/29/2017 | 3/29/2018 | 5/11/2018 | Law Offices of Charles H Johnson, PA |
| 0:18-cv-00078-JNE-FLN | Gottfried, Arthur v. 3M Company et al | 1/11/2018 | 4/11/2018 | 5/11/2018 | Davis & Crump, P.C. |
| 0:18-cv-00080-JNE-FLN | Harris, Jimmie Don v. 3M Company et al | 1/11/2018 | 4/11/2018 | 5/11/2018 | Davis & Crump, P.C. |
| 0:18-cv-00093-JNE-FLN | Ashley, Ruth  v. 3M Company et al | 1/12/2018 | 4/12/2018 | 5/11/2018 | Bernstein Liebhard LLP |
| 0:18-cv-00151-JNE-FLN | Russell, Janice v. 3M Company et al | 1/22/2018 | 4/22/2018 | 5/11/2018 | Bernstein Liebhard LLP |
| 0:18-cv-00154-JNE-FLN | Coleman, James v. 3M Company et al | 1/22/2018 | 4/22/2018 | 5/11/2018 | Davis & Crump, P.C. |
| 0:18-cv-00184-JNE-FLN | Proffit, Connie  v. 3M Company et al | 1/23/2018 | 4/23/2018 | 5/11/2018 | Davis & Crump, P.C. |
| 0:18-cv-00205-JNE-FLN | Shulz, Shelley v. 3M Company et al | 1/25/2018 | 4/25/2018 | 5/11/2018 | Bernstein Liebhard LLP |
| 0:18-cv-00207-JNE-FLN | Guenther, Gary  v 3M Company et al | 1/25/2018 | 4/25/2018 | 5/11/2018 | Bernstein Liebhard LLP |
| 0:18-cv-00220-JNE-FLN | Brasher, Michael v. 3M Company et al | 1/25/2018 | 4/25/2018 | 5/11/2018 | Bernstein Liebhard LLP |
| 0:18-cv-00257-JNE-FLN | Patrick, Marvin v. 3M Company et al | 1/29/2018 | 4/29/2018 | 5/11/2018 | The Law offices of Travis R. Walker, P.A. |
| 0:18-cv-00263-JNE-FLN | Robinson, Michael v. 3M Company et al | 1/29/2018 | 4/29/2018 | 5/11/2018 | The Law offices of Travis R. Walker, P.A. |
| 0:18-cv-00265-JNE-FLN | Sawyer, William v. 3M Company et al | 1/29/2018 | 4/29/2018 | 5/11/2018 | Davis & Crump, P.C. |
| 0:18-cv-00274-JNE-FLN | Malone, Brenda v. 3M Company et al | 1/30/2018 | 4/30/2018 | 5/11/2018 | Bernstein Liebhard LLP |
| 0:18-cv-00275-JNE-FLN | Owens, Janis v. 3M Company et al | 1/30/2018 | 4/30/2018 | 5/11/2018 | Bernstein Liebhard LLP |
| 0:18-cv-00348-JNE-FLN | Smith, Dorothy v. 3M Company et al | 2/7/2018 | 5/8/2018 | | The Miller Firm, LLC |
| 0:18-cv-00354-JNE-FLN | McDermott, Kevin et al v. 3M Company et al | 2/8/2018 | 5/9/2018 | | Parker Waichman LLP |
| 0:18-cv-00437-JNE-FLN | McCullough, Angie  v. 3M Company et al | 2/14/2018 | 5/15/2018 | | Davis & Crump, P.C. |
| 0:18-cv-00444-JNE-FLN | Garrison, Steven v. 3M Company et al | 2/15/2018 | 5/16/2018 | | Davis & Crump, P.C. |
| 0:18-cv-00527-JNE-FLN | Morgan, Evelyn v. 3M Company et al | 2/23/2018 | 5/24/2018 | | Davis & Crump, P.C. |
| 0:18-cv-00529-JNE-FLN | Logsdon, Wanda v. 3M Company et al | 2/23/2018 | 5/24/2018 | | Davis & Crump, P.C. |
| 0:18-cv-00606-JNE-FLN | Jones, Karen Marie v. 3M Company et al | 3/2/2018 | 5/31/2018 | | Davis & Crump, P.C. |
| 0:18-cv-00609-JNE-FLN | Larrison, Terry v. 3M Company et al | 3/2/2018 | 5/31/2018 | | Davis & Crump, P.C. |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).
Pink highlighting indicates that the case is subject to Defendants' Pending Motion to Dismiss.

**Defendants' PFS List 1:  Overdue Plaintiff Fact Sheets**
(Updated June 15, 2018)

| Case Number | Title | Date Filed | Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:18-cv-00617-JNE-FLN | Hayes, Carol v. 3M Company et al | 3/2/2018 | 5/31/2018 | | Schlichter Bogard & Denton, LLP |
| 0:18-cv-00641-JNE-FLN | Rhew, Barbara  v. 3M Company et al | 3/7/2018 | 6/5/2018 | | Morris Law Firm |
| 0:18-cv-00681-JNE-FLN | Ferrer, Gladys  v. 3M Company et al | 3/9/2018 | 6/7/2018 | | Morris Law Firm |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).
Pink highlighting indicates that the case is subject to Defendants' Pending Motion to Dismiss.

**Defendants' PFS List 2:  Plaintiffs Who Have Not Responded to Defendants' Deficiency Notices**
(Updated June 15, 2018)

| Case Number | Title | 1st Deficiency Notice Sent | Response Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:17-cv-04429-JNE-FLN | Holcomb, April v. 3M Company et al | 12/26/2017 | 2/28/2018 | 4/10/2018 05/11/2018 | DeGaris & Rogers, LLC |
| 0:17-cv-04896-JNE-FLN | Pew, Richard v. 3M Company et al | 1/24/2018 | 4/3/2018 | 4/10/2018 05/11/2018 | Kirtland & Packard LLP |
| 0:17-cv-04984-JNE-FLN | Cheney, Jay v. 3M Company et al | 1/30/2018 | 4/2/2018 | 4/10/2018 05/11/2018 | Kirtland & Packard LLP |
| 0:17-cv-05199-JNE-FLN | Spry, John et al v. 3M Company et al | 2/19/2018 | 4/5/2018 | 4/10/2018 05/11/2018 | Pendley, Baudin & Coffin L.L.P. |
| 0:17-cv-05202-JNE-FLN | Reed, Tommy et al v. 3M Company et al | 3/19/2018 | 4/9/2018 | 4/10/2018 05/11/2018 | Pendley, Baudin & Coffin L.L.P. |
| 0:17-cv-04285-JNE-FLN | Nickell, Vernon et al v. 3M Company et al | 1/11/2018 | 4/8/2018 | 5/11/2018 | Gustafson Gluek PLLC |
| 0:17-cv-05083-JNE-FLN | Meredith, Benjamin v. 3M Company et al | 4/12/2018 | 5/3/2018 | 5/11/2018 | DeGaris & Rogers, LLC |
| 0:17-cv-05200-JNE-FLN | Picuri, David v. 3M Company et al | 3/22/2018 | 4/12/2018 | 5/11/2018 | Pendley, Baudin & Coffin L.L.P. |
| 0:17-cv-05323-JNE-FLN | Richey, Priscilla v. 3M Company et al | 4/16/2018 | 5/7/2018 | 5/11/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-04778-JNE-FLN | Brown, Ina v. 3M Company et al. | 4/17/2018 | 5/8/2018 | | Bernstein Liebhard LLP |
| 0:17-cv-04881-JNE-FLN | Potter, Karen v. 3M Company et al | 5/7/2018 | 5/28/2018 | | Bernstein Liebhard LLP |
| 0:17-cv-04885-JNE-FLN | McEvoy, Mark v. 3M Company et al | 5/7/2018 | 5/28/2018 | | Bernstein Liebhard LLP |
| 0:17-cv-04889-JNE-FLN | Thornton, Mildred v. 3M Company et al | 5/7/2018 | 5/28/2018 | | Bernstein Liebhard LLP |
| 0:17-cv-04891-JNE-FLN | Edwards, Renate v. 3M Company et al | 4/17/2018 | 5/8/2018 | | Bernstein Liebhard LLP |
| 0:17-cv-05123-JNE-FLN | Robinson-Bessicks, Alberta v. 3M Company et al | 5/10/2018 | 5/31/2018 | | Kirtland and Packard LLP |
| 0:17-cv-05261-JNE-FLN | Hardy, Alan v. 3M Company et al | 4/17/2018 | 5/8/2018 | | Bernstein Liebhard LLP |
| 0:17-cv-05270-JNE-FLN | Johnston, Todd v. 3M Company et al | 4/17/2018 | 5/8/2018 | | Bernstein Liebhard LLP |
| 0:17-cv-05277-JNE-FLN | Billings, Willard v. 3M Company et al | 4/17/2018 | 5/8/2018 | | Bernstein Liebhard LLP |
| 0:17-cv-05345-JNE-FLN | Lacy, John v. 3M Company et al | 5/8/2018 | 5/29/2018 | | Davis & Crump, P.C. |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).
Pink highlighting indicates that the case is subject to Defendants' Pending Motion to Dismiss.

**Defendants' PFS List 2:  Plaintiffs Who Have Not Responded to Defendants' Deficiency Notices**
(Updated June 15, 2018)

| Case Number | Title | 2nd Deficiency Notice Sent | Response Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:17-cv-05370-JNE-FLN | Taplin, Janice v. 3M Company et al | 5/7/2018 | 5/28/2018 | | Bernstein Liebhard LLP |
| 0:17-cv-05371-JNE-FLN | Bresnock, Anne v. 3M Company et al | 5/7/2018 | 5/28/2018 | | Bernstein Liebhard LLP |
| 0:17-cv-05385-JNE-FLN | Jackson, Janice v. 3M Company et al | 5/7/2018 | 5/28/2018 | | Davis & Crump, P.C. |
| 0:17-cv-05466-JNE-FLN | Adams, Laurel v. 3M Company et al | 5/7/2018 | 5/28/2018 | | Davis & Crump, P.C. |
| 0:17-cv-05472-JNE-FLN | Jones, Denise v. 3M Company et al | 5/17/2018 | 6/7/2018 | | Johnson Becker, PLLC |
| 0:18-cv-00045-JNE-FLN | Swales, Bertha v. 3M Company et al | 5/7/2018 | 5/28/2018 | | Bernstein Liebhard LLP |
| 0:18-cv-00064-JNE-FLN | Garvin, Leah v. 3M Company et al | 5/17/2018 | 6/7/2018 | | Johnson Becker, PLLC |
| Case Number | Title | 2nd Deficiency Notice Sent | Response Due Date | Prior Listing | Firm Name |
| 0:17-cv-02524-JNE-FLN | Koors, Audrey v. 3M Company et al | 2/8/2018 | 03/01/2018 | 5/11/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03014-JNE-FLN | Jenkins obo Gwendolyn Jensen v. 3M Company et al | 12/29/2017 | 1/19/2018 | 5/11/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03616-JNE-FLN | Hoerbert, Darlene v. 3M Company et al | 2/21/2018 | 03/14/2018 | 5/11/2018 | Johnson Becker, PLLC |
| 0:17-cv-03629-JNE-FLN | Ciccone, Louis v. 3M Company et al | 1/17/2018 | 02/07/2018 | 5/11/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03899-JNE-FLN | Pimentel, Carlos v. 3M Company et al | 2/28/2017 | 03/21/2018 | 5/11/2018 | The Olinde Firm, LLC |
| 0:17-cv-03912-JNE-FLN | Kellett, Jackson v. 3M Company et al | 4/16/2018 | 5/7/2018 | 5/11/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-04467-JNE-FLN | Adams, Artis v. 3M Company et al | 4/2/2018 | 4/23/2018 | 5/11/2018 | Gustafson Gluek PLLC |
| 0:17-cv-04476-JNE-FLN | Holstine, Rachel v. 3M Company et al | 3/29/2018 | 4/19/2018 | 5/11/2018 | Bernstein Liebhard LLP |
| 0:17-cv-04257-JNE-FLN | Coggins, Mark v. 3M Company et al | 4/27/2018 | 05/18/2018 | | Kennedy Hodges, LLP |
| 0:17-cv-04470-JNE-FLN | Ingram, Virginia v. 3M Company et al | 5/7/2018 | 05/28/2018 | | Bernstein Liebhard LLP |
| 0:17-cv-04517-JNE-FLN | Henderson, Stephanie  v. 3M Company et al | 5/7/2018 | 05/28/2018 | | Bernstein Liebhard LLP |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).
Pink highlighting indicates that the case is subject to Defendants' Pending Motion to Dismiss.

**Defendants' PFS List 2:  Plaintiffs Who Have Not Responded to Defendants' Deficiency Notices**
(Updated June 15, 2018)

| Case Number | Title | 3rd Deficiency Notice Sent | Response Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:17-cv-04672-JNE-FLN | Bassett, Carey v. 3M Company et al | 3/28/2018 | 4/18/2018 | | Schlichter Bogard & Denton, LLP |
| 0:17-cv-04752-JNE-FLN | Hyer, David v. 3M Company et al | 5/4/2018 | 05/25/2018 | | Gustafson Gluek PLLC |
| 0:17-cv-04777-JNE-FLN | Pine, Randy v. 3M Company et al. | 5/7/2018 | 5/28/2018 | | Bernstein Liebhard LLP |
| 0:17-cv-04779-JNE-FLN | Key, Nancy  v. 3M Company et al | 4/27/2018 | 5/18/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-05231-JNE-FLN | Williams, Catherine  v. 3M Company et al | 5/8/2018 | 05/29/2018 | | Davis & Crump, P.C. |
| 0:17-cv-03022-JNE-FLN | Hoyos, Teresa v. 3M Company et al | 2/14/2018 | 3/7/2018 | 5/11/2018 04/10/2018 | Brown and Crouppen, P.C |
| 0:17-cv-03464-JNE-FLN | Witt, Alan v. 3M Company et al | 4/5/2018 | 4/26/2018 | 5/11/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-04169-JNE-FLN | Hurley, Jonathan v. 3M Company et al | 4/2/2018 | 4/23/2018 | 5/11/2018 | The Olinde Firm, LLC |
| 0:17-cv-03252-JNE-FLN | Gorbett, Jamie v. 3M Company et al | 5/7/2018 | 5/18/2018 | | Bernstein Liebhard LLP |
| 0:17-cv-03573-JNE-FLN | Parker, Lloyd v. 3M Company et al | 5/7/2018 | 5/18/2018 | | Bernstein Liebhard LLP |
| 0:17-cv-03696-JNE-FLN | Hickman, Alan v. 3M Company et al | 4/27/2018 | 5/18/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-03851-JNE-FLN | Colby, Mary  v. 3M Company et al | 5/3/2018 | 5/18/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-04009-JNE-FLN | Rude, Lynas v. 3M Company et al | 5/7/2018 | 5/18/2018 | | Bernstein Liebhard LLP |
| 0:17-cv-04502-JNE-FLN | Parker, Iris v. 3M Company et al | 5/4/2018 | 5/18/2018 | | Andrews Thornton Higgins Razmara, LLP |
| 0:17-cv-04678-JNE-FLN | Bacon, Robert,et al v. 3M Company et al | 5/17/2018 | 5/18/2018 | | Schlichter Bogard & Denton, LLP |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).
Pink highlighting indicates that the case is subject to Defendants' Pending Motion to Dismiss.

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated June 15, 2018)

| Case Number | Title | 3rd Deficiency Sent | Prior Listing | Firm Name |
|---|---|---|---|---|
| 0:17-cv-02638-JNE-FLN | Reinker, Susan v. 3M Company et al | 2/6/2018 | 4/10/2018 05/11/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-02901-JNE-FLN | Moore, Michael v. 3M Company et al | 2/14/2018 | 4/10/2018 05/11/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03049-JNE-FLN | Finney, Gwendolyn v. 3M Company et al | 2/14/2018 | 4/10/2018 05/11/2018 | Brown and Crouppen, P.C |
| 0:17-cv-03255-JNE-FLN | Holmes, Peter et al v. 3M Company et al | 2/21/2018 | 4/10/2018 05/11/2018 | Brown and Crouppen, P.C |
| 0:17-cv-03662-JNE-FLN | Guyton, Sharida v. 3M Company et al | 2/21/2018 | 4/10/2018 05/11/2018 | Brown and Crouppen, P.C |
| 0:17-cv-04805-JNE-FLN | Beck, Louis v. 3M Company et al | 2/28/2017 | 4/10/2018 05/11/2018 | Brown and Crouppen, P.C |
| 0:17-cv-04825-JNE-FLN | Duckworth, Laura v. 3M Company et al | 2/20/2018 | 4/10/2018 05/11/2018 | Brown and Crouppen, P.C |
| 0:17-cv-04880-JNE-FLN | Scott, Sheree  v. 3M Company et al | 2/28/2017 | 4/10/2018 05/11/2018 | Brown and Crouppen, P.C |
| 0:17-cv-04892-JNE-FLN | Thyrion, Leslie v. 3M Company et al | 3/7/2018 | 4/10/2018 05/11/2018 | Brown and Crouppen, P.C |
| 0:17-cv-03305-JNE-FLN | Brainerd, Jeremiah et al v. 3M Company et al | 2/26/2018 | 4/10/2018 05/11/2018 | Brown and Crouppen, P.C. |
| 0:17-cv-03414-JNE-FLN | Towsley, Joe  v. 3M Company et al | 4/11/2018 | 5/11/2011 | Sexton & Shelor |
| 0:17-cv-04041-JNE-FLN | Gibson, Lisa Karen v. 3M Company et al | 4/2/2018 | 5/11/2011 | Brown and Crouppen, P.C. |
| 0:17-cv-04334-JNE-FLN | Zeppetella, Steven et al v. 3M Company et al | 4/9/2018 | 5/11/2011 | Gustafson Gluek PLLC |
| 0:17-cv-04402-JNE-FLN | Weiss, Adam v. 3M Company et al | 4/9/2018 | 5/11/2011 | Jones Ward PLC |
| 0:16-cv-00787-JNE-FLN | Abrams v. 3M Company et al | 4/19/2017 | | Thering & Associates, PLLC |
| 0:16-cv-03618-JNE-FLN | Messner-Katzer v. 3M Company et al | 5/16/2017 | | Capretz & Associates |
| 0:17-cv-02925-JNE-FLN | Zimmerman, Burl v. 3M Company et al | 4/24/2018 | | The Olinde Firm, LLC |
| 0:17-cv-03413-JNE-FLN | Williams, Wanda v. 3M Company, et al | 4/12/2018 | | Sexton & Shelor |
| 0:17-cv-03501-JNE-FLN | Smith, Carla v. 3M Company et al | 5/2/2018 | | Kennedy Hodges, L.L.P. |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).
Pink highlighting indicates that the case is subject to Defendants' Pending Motion to Dismiss.

**Defendants' PFS List 3: Core Deficiencies Remained Following Notice and Response**
(Updated June 15, 2018)

| Case Number | Title | 3rd Deficiency Sent | Prior Listing | Firm Name |
|---|---|---|---|---|
| 0:17-cv-03541-JNE-FLN | Chille, Annette v. 3M Company et al | 4/24/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-03554-JNE-FLN | Cyr, Kevin v. 3M Company et al | 4/11/2018 | | DeGaris & Rogers, LLC |
| 0:17-cv-03563-JNE-FLN | Opperman, Charlene v. 3M Company et al | 5/2/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-03718-JNE-FLN | Seymore, Mary v. 3M Company et al | 4/27/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-03952-JNE-FLN | Pratt, Debra et al v. 3M Company et al | 4/25/2018 | | Brent Coon & Associates |
| 0:17-cv-03963-JNE-FLN | Jones, Rose v. 3M Company et al | 5/21/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-04298-JNE-FLN | Colby, Charles Gilbert v. 3M Company et al | 5/17/2018 | | Charles Gilbert Colby *pro se* |
| 0:17-cv-04327-JNE-FLN | Robertson, Jeffrey v. 3M Company et al | 4/24/2018 | | Randall J. Trost, P.C. |
| 0:17-cv-04328-JNE-FLN | Robertson, Jeffrey v. 3M Company et al | 4/24/2018 | | Randall J. Trost, P.C. |
| 0:17-cv-04331-JNE-FLN | Israel, Marc v. 3M Company et al | 4/25/2018 | | Schlichter, Bogard & Denton, LLP |
| 0:17-cv-04385-JNE-FLN | Erdman, Elmer v. 3M Company et al | 4/18/2018 | | Brown & Crouppen, PC |
| 0:17-cv-04389-JNE-FLN | Miller, Amanda v. 3M Company et al | 5/10/2018 | | Jones Ward PLC |
| 0:17-cv-04400-JNE-FLN | Duckworth, Timothy v. 3M Company et al | 5/8/2018 | | Jones Ward PLC |
| 0:17-cv-04433-JNE-FLN | Greene, James v. 3M Company | 4/25/2018 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:17-cv-04518-JNE-FLN | Robertson, Douglas v. 3M Company et al | 4/25/2018 | | Meshbesher & Spence, LTD |
| 0:17-cv-04609-JNE-FLN | Holden, Dianna v. 3M Company et al | 5/2/2018 | | The Webster Law Firm |
| 0:17-cv-04612-JNE-FLN | Giroir, Shirley et al v. 3M Company et al | 5/2/2018 | | The Webster Law Firm |
| Case Number | Title | 3rd Deficiency Sent | Prior Listing | Firm Name |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).
Pink highlighting indicates that the case is subject to Defendants' Pending Motion to Dismiss.

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated June 15, 2018)

| | | | | |
|---|---|---|---|---|
| 0:17-cv-04631-JNE-FLN | Lewis, Donald  v. 3M Company et al | 5/2/2018 | | The Webster Law Firm |
| 0:17-cv-04639-JNE-FLN | Guess, Carl  v. 3M Company et al | 5/7/2018 | | The Webster Law Firm |
| 0:17-cv-04654-JNE-FLN | Keith, Kody  v. 3M Company et al | 5/9/2018 | | Brown and Crouppen, P.C. |
| 0:17-cv-04677-JNE-FLN | Resendez, Esperanza v. 3M Company et al | 5/9/2018 | | Brown and Crouppen, P.C. |
| 0:17-cv-04845-JNE-FLN | Murray, Dan  v. 3M Company et al | 5/17/2018 | | Kirtland and Packard LLP |
| 0:17-cv-04859-JNE-FLN | Bradford, Darryl  v. 3M Company et al | 4/25/2018 | | The Miller Firm, LLC |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).
Pink highlighting indicates that the case is subject to Defendants' Pending Motion to Dismiss.