UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
|---|---|
| | **(PROPOSED) ORDER GRANTING DEFENDANT 3M COMPANY'S MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 14** |

This came before the Court on Defendants 3M Company's and Arizant Healthcare Inc.'s (collectively, "Defendants") Motion to Dismiss for Failure to Comply with Pretrial Order No. 14. Based on the files, records, and proceedings herein,

IT IS HEREBY ORDERED that Defendants' motion is GRANTED. The following actions are dismissed with prejudice:

| Case Number | Plaintiff | Firm Name |
|---|---|---|
| 0:17-cv-02524-JNE-FLN | Koors | Kennedy Hodges, L.L.P. |
| 0:17-cv-03014-JNE-FLN | Jenkins | Kennedy Hodges, L.L.P. |
| 0:17-cv-03022-JNE-FLN | Hoyos | Brown & Crouppen, P.C. |
| 0:17-cv-03305-JNE-FLN | Brainerd | Brown & Crouppen, P.C. |
| 0:17-cv-03464-JNE-FLN | Witt | Kennedy Hodges, L.L.P. |
| 0:17-cv-03616-JNE-FLN | Hoerbert | Johnson Becker, PLLC |
| 0:17-cv-03899-JNE-FLN | Pimentel | The Olinde Firm, LLC |
| 0:17-cv-04041-JNE-FLN | Gibson | Brown & Crouppen, P.C. |
| 0:17-cv-04169-JNE-FLN | Hurley | The Olinde Firm, LLC |
| 0:17-cv-04285-JNE-FLN | Nickell | Gustafson Gluek PLLC |

| | | |
|---|---|---|
| 0:17-cv-04467-JNE-FLN | Adams | Gustafson Gluek PLLC |
| 0:17-cv-04476-JNE-FLN | Holstine | Bernstein Liebhard LLP |
| 0:17-cv-04872-JNE-FLN | Grimsley | Bernstein Liebhard LLP |
| 0:17-cv-05323-JNE-FLN | Richey | Kennedy Hodges, L.L.P. |
| 0:17-cv-05581-JNE-FLN | Berzsenyi | Law Offices of Charles H. Johnson, P.A. |
| 0:17-cv-05589-JNE-FLN | Bardwell | Law Offices of Charles H. Johnson, P.A. |
| 0:18-cv-00078-JNE-FLN | Gottfried | Davis & Crump, P.C. |
| 0:18-cv-00080-JNE-FLN | Harris | Davis & Crump, P.C. |
| 0:18-cv-00154-JNE-FLN | Coleman | Davis & Crump, P.C. |
| 0:18-cv-00184-JNE-FLN | Proffit | Davis & Crump, P.C. |
| 0:18-cv-00207-JNE-FLN | Guenther | Bernstein Liebhard LLP |
| 0:18-cv-00257-JNE-FLN | Patrick | The Law Offices of Travis R. Walker, P.A. |
| 0:18-cv-00263-JNE-FLN | Robinson | The Law Offices of Travis R. Walker, P.A. |
| 0:17-cv-00275-JNE-FLN | Owens | Bernstein Liebhard LLP |

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date: _____         BY THE COURT


_____
JUDGE, U.S. DISTRICT COURT