UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Products Liability Litigation  _____  This Document Relates To:  *Bellande*, 16-cv-02700-JNE-FLN  *Colon*, 16-cv-00985-JNE-FLN  *Perkins*, 17-cv-01049-JNE-FLN  *Nickell*, 17-cv-4285-JNE-FLN  *Grimsley*, 17-cv-04872-JNE-FLN  *Andrews*, 17-cv-03276-JNE-FLN | MDL No. 15-2666 (JNE/FLN)  **DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 23 AND/OR FED. R. CIV. P. 25(a)** |

Pursuant to Pretrial Order No. 23 and Federal Rule of Procedure 25(a), Defendants 3M Company ("3M") and Arizant Healthcare Inc. ("Arizant") (collectively, "Defendants") respectfully move the Court to dismiss the following actions with prejudice for failure to comply with Pretrial Order No. 23 and Fed. R. Civ. P. 25(a):

| Case Number | Title | Firm Name |
|---|---|---|
| 16-cv-00985-JNE-FLN | *Colon v. 3M Co., et al.* | Michael Hingle & Associates LLC |
| 17-cv-01049-JNE-FLN | *Perkins v. 3M Co., et al.* | Pendley, Baudin & Coffin, LLP |
| 17-cv-04872-JNE-FLN | *Grimsley v. 3M Co., et al.* | Bernstein Liebhard LLP |
| 17-cv-03276-JNE-FLN | *Andrews v. 3M Co., et al.* | Brown and Crouppen, PC |

In addition, pursuant to Pretrial Order No. 23 and Fed. R. Civ. P. 25(a), Defendants move this Court to dismiss the claims of the deceased parties in the two following actions with prejudice:

| Case Number | Title | Firm Name |
| --- | --- | --- |
| 16-cv-02700-JNE-FLN | *Bellande et al. v. 3M Co., et al.* | Kennedy Hodges, LLP |
| 17-cv-4285-JNE-FLN | *Nickell et al. v. 3M Co., et al.* | Gustafson Gluek PLLC |

As set forth in Defendants' Memorandum in Support of Motion to Dismiss Cases for Failure to Comply with Pretrial Order No. 23 and/or Fed. R. Civ. P. 25(a), the above-referenced six (6) matters have failed to meet the requirements of this Court's Order and the federal rules, and dismissal is appropriate.

Dated: July 3, 2018                                         Respectfully submitted,

*s/Benjamin W. Hulse*
Jerry W. Blackwell (MN #186867)
Benjamin W. Hulse (MN #0390952)
Mary S. Young (MN #0392781)
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3200
Fax: (612) 343-3205
Email: blackwell@blackwellburke.com
         bhulse@blackwellburke.com
         myoung@blackwellburke.com

Bridget M. Ahmann (MN #016611x)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Phone: (612) 766-7000
Email: bridget.ahmann@faegrebd.com

**Counsel for Defendants 3M Company and Arizant Healthcare Inc.**