UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Products Liability Litigation<br><br>This Document Relates To:<br><br>*Bellande*, 16-cv-02700-JNE-FLN<br>*Colon*, 16-cv-00985-JNE-FLN<br>*Perkins*, 17-cv-01049-JNE-FLN<br>*Nickell*, 17-cv-4285-JNE-FLN<br>*Grimsley*, 17-cv-04872-JNE-FLN<br>*Andrews*, 17-cv-03276-JNE-FLN | MDL No. 15-2666 (JNE/FLN)<br><br>**DECLARATION OF BENJAMIN W. HULSE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 23 AND/OR FED. R. CIV. P. 25(a)** |

Under 28 U.S.C. § 1746, I, Benjamin W. Hulse, hereby declare as follows:

1. I am an attorney at the law firm of Blackwell Burke P.A., and one of the attorneys representing 3M Company ("3M") and Arizant Healthcare Inc. ("Arizant") (collectively "Defendants") in this litigation. I submit this declaration in support of Defendants' Motion to Dismiss Cases for Failure to Comply with Pretrial Order No. 23 and/or Fed. R. Civ. P. 25(a). Unless otherwise stated, the facts set forth herein are based upon my personal knowledge, information, and belief.

2. Attached as Exhibit A are true and correct copies of the emails I received from counsel for Plaintiff Wayne Colon, between October 13, 2017 to November 6, 2017, informing Defendants of the death of Wayne Colon.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Minneapolis, Minnesota, this 3th day of July, 2018.

<u>s/Benjamin W. Hulse</u><br>
Benjamin W. Hulse