# Exhibit A

**From:** Wendy Thayer [mailto:wendy@pritzkerlaw.com]
**Sent:** Monday, November 06, 2017 10:45 AM
**To:** Ben Hulse <BHulse@blackwellburke.com>; David J. Szerlag <david@pritzkerlaw.com>
**Cc:** Ben W. Gordon <bgordon@levinlaw.com>; Genevieve M. Zimmerman <gzimmerman@meshbesher.com>; Jerry Blackwell <blackwell@blackwellburke.com>; Mary Young <myoung@blackwellburke.com>
**Subject:** RE: Bair Hugger

Good morning,

Attached is an update chart with plaintiff's who've passed away.



Pritzker Hageman, P.A.
ATTORNEYS

*Wendy Thayer*
Legal Assistant
Pritzker Hageman, P.A.
PWC Plaza Building
Suite 2950
45 South Seventh Street
Minneapolis, MN 55402-1652

1

Office: (612) 338-0202
Fax: (612) 338-0104
Toll-Free: (888) 377-8900
Email: wendy@pritzkerlaw.com

**From:** Ben Hulse [mailto:BHulse@blackwellburke.com]
**Sent:** Friday, October 27, 2017 4:11 PM
**To:** Wendy Thayer <wendy@pritzkerlaw.com>; David J. Szerlag <david@pritzkerlaw.com>
**Cc:** Ben W. Gordon <bgordon@levinlaw.com>; Genevieve M. Zimmerman <gzimmerman@meshbesher.com>; Jerry Blackwell <blackwell@blackwellburke.com>; Mary Young <myoung@blackwellburke.com>
**Subject:** RE: Bair Hugger

Wendy and David,

Do you have an updated chart of plaintiffs that have passed away?  The last version had quite a few firms still missing.  Thanks, and have a nice weekend.

Regards,
Ben H.

Benjamin W. Hulse
Blackwell Burke P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN  55415
Direct (612) 343-3256
Fax (612) 343-3205

This message and any attachments may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient or are not authorized to receive for the recipient, you are hereby notified that dissemination, distribution or copying of this message and any attachments is strictly prohibited. If you have received this message in error, please immediately advise the sender by reply e-mail and delete the message and any attachments. Thank you.

**From:** Wendy Thayer [mailto:wendy@pritzkerlaw.com]
**Sent:** Thursday, October 19, 2017 10:29 AM
**To:** Ben Hulse <BHulse@blackwellburke.com>
**Cc:** Ben W. Gordon <bgordon@levinlaw.com>; Genevieve M. Zimmerman <gzimmerman@meshbesher.com>; David J. Szerlag <david@pritzkerlaw.com>; Jerry Blackwell <blackwell@blackwellburke.com>; Mary Young <myoung@blackwellburke.com>
**Subject:** RE: Bair Hugger

I have informed counsel that they need to file a suggestion of death. I will remind them. Thank you.



**Pritzker Hageman, P.A.**
**ATTORNEYS**

*Wendy Thayer*
Legal Assistant
Pritzker Hageman, P.A.
PWC Plaza Building
Suite 2950
45 South Seventh Street
Minneapolis, MN 55402-1652

Office: (612) 338-0202
Fax: (612) 338-0104
Toll-Free: (888) 377-8900
Email: wendy@pritzkerlaw.com

**From:** Ben Hulse [mailto:BHulse@blackwellburke.com]
**Sent:** Thursday, October 19, 2017 10:06 AM
**To:** Wendy Thayer <wendy@pritzkerlaw.com>
**Cc:** Ben W. Gordon <bgordon@levinlaw.com>; Genevieve M. Zimmerman <gzimmerman@meshbesher.com>; David J. Szerlag <david@pritzkerlaw.com>; Jerry Blackwell <blackwell@blackwellburke.com>; Mary Young <myoung@blackwellburke.com>
**Subject:** RE: Bair Hugger

Wendy, thanks.  I assume that counsel have begun or shortly will begin filing suggestions of death?

Ben H.

Benjamin W. Hulse
Blackwell Burke P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN  55415
Direct (612) 343-3256
Fax (612) 343-3205

This message and any attachments may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient or are not authorized to receive for the recipient, you are hereby notified that dissemination, distribution or copying of this message and any attachments is strictly prohibited. If you have received this message in error, please immediately advise the sender by reply e-mail and delete the message and any attachments. Thank you.

**From:** Wendy Thayer [mailto:wendy@pritzkerlaw.com]
**Sent:** Friday, October 13, 2017 4:15 PM
**To:** Ben Hulse <BHulse@blackwellburke.com>
**Cc:** Ben W. Gordon <bgordon@levinlaw.com>; Genevieve M. Zimmerman <gzimmerman@meshbesher.com>; David J. Szerlag <david@pritzkerlaw.com>
**Subject:** Bair Hugger

Attached is a list of plaintiffs that have passed away. I will keep you updated as I get response in from counsel regarding this.



**Pritzker Hageman, P.A.**
**ATTORNEYS**

*Wendy Thayer*
Legal Assistant
Pritzker Hageman, P.A.
PWC Plaza Building
Suite 2950
45 South Seventh Street
Minneapolis, MN 55402-1652
Office: (612) 338-0202
Fax: (612) 338-0104
Toll-Free: (888) 377-8900