UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To: | **MEET AND CONFER STATEMENT REGARDING DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 23 AND/OR FED. R. CIV. P. 25(a)** |
| *Bellande*, 16-cv-02700-JNE-FLN *Colon*, 16-cv-00985-JNE-FLN *Perkins*, 17-cv-01049-JNE-FLN *Nickell*, 17-cv-4285-JNE-FLN *Grimsley*, 17-cv-04872-JNE-FLN *Andrews*, 17-cv-03276-JNE-FLN | |

The undersigned counsel for Defendants 3M Company and Arizant Healthcare Inc. (collectively "Defendants") certifies that counsel for Defendants met and conferred with counsel for Plaintiffs in the above-referenced matters as follows:

1. Defendants' counsel sent an email to counsel for the above-captioned plaintiffs by email on June 29, 2018 requesting that they stipulate to a dismissal of plaintiffs' actions and indicating that, if agreement was not reached by July 2, 2018, Defendants would file a motion to dismiss.

2. No response was received from counsel for plaintiffs Grimsley or Nickell.

3. Counsel for plaintiffs Perkins, Andrews, and Bellande responded to the email, but did not stipulate to a dismissal.

4. Counsel for Plaintiff Colon filed a Suggestion of Death late, after receiving our email but did not stipulate to a dismissal.

Dated: July 3, 2018                                   Respectfully submitted,

                                                    *s/Benjamin W. Hulse*
                                                    Benjamin W. Hulse (MN #0390952)
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3200
Fax: (612) 343-3205
Email: bhulse@blackwellburke.com

***Counsel for Defendants 3M Company and Arizant Healthcare Inc.***