UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Products Liability Litigation<br><br>_____<br><br>This Document Relates To:<br><br>*Bellande*, 16-cv-02700-JNE-FLN<br>*Colon*, 16-cv-00985-JNE-FLN<br>*Perkins*, 17-cv-01049-JNE-FLN<br>*Nickell*, 17-cv-4285-JNE-FLN<br>*Grimsley*, 17-cv-04872-JNE-FLN<br>*Andrews*, 17-cv-03276-JNE-FLN | MDL No. 15-2666 (JNE/FLN)<br><br>**(PROPOSED) ORDER GRANTING DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 23 AND/OR FED. R. CIV. P. 25(a)** |

This came before the Court on Defendants 3M Company's and Arizant Healthcare Inc.'s (collectively "Defendants") Motion to Dismiss Cases for Failure to Comply with Pretrial Order No. 23 and/or Fed. R. Civ. P. 25(a).

Based on the files, records, and proceedings herein,

IT IS HEREBY ORDERED that Defendants' motion is GRANTED and the following four (4) actions are dismissed with prejudice:

| Case Number | Title | Firm Name |
|---|---|---|
| 16-cv-00985-JNE-FLN | *Colon v. 3M Co., et al.* | Michael Hingle & Associates LLC |
| 17-cv-01049-JNE-FLN | *Perkins v. 3M Co., et al.* | Pendley, Baudin & Coffin, LLP |
| 17-cv-04872-JNE-FLN | *Grimsley v. 3M Co., et al.* | Bernstein Liebhard LLP |
| 17-cv-03276-JNE-FLN | *Andrews v. 3M Co., et al.* | Brown and Crouppen, PC |

IT IS FURTHER ORDERED that in the following two actions, claims of the deceased plaintiffs, Mr. Bellande and Mr. Nickell, are dismissed with prejudice, but claims for loss of consortium brought by these plaintiffs' spouses are allowed to proceed:

| Case Number | Title | Firm Name |
| --- | --- | --- |
| 16-cv-02700-JNE-FLN | *Bellande et al. v. 3M Co., et al.* | Kennedy Hodges, LLP |
| 17-cv-4285-JNE-FLN | *Nickell et al. v. 3M Co., et al.* | Gustafson Gluek PLLC |

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date: _____            BY THE COURT

_____
JUDGE, U.S. DISTRICT COURT