UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To: | **DEFENDANTS' NOTICE OF HEARING ON MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 23 AND/OR FED. R. CIV. P. 25(a)** |
| *Bellande*, 16-cv-02700-JNE-FLN  *Colon*, 16-cv-00985-JNE-FLN  *Perkins*, 17-cv-01049-JNE-FLN  *Nickell*, 17-cv-4285-JNE-FLN  *Grimsley*, 17-cv-04872-JNE-FLN  *Andrews*, 17-cv-03276-JNE-FLN | |

---

PLEASE TAKE NOTICE that the undersigned will bring Defendants' Motion to Dismiss Cases for Failure to Comply with Pretrial Order No. 23 and/or Fed. R. Civ. P. 25(a) for a hearing before the Honorable Judge Joan N. Ericksen, United States District Judge, in Courtroom 12W at the United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415 at the scheduled status conference on August 16, 2018 at 9:30 a.m.

This motion, based on Defendants' Memorandum in Support of Motion to Dismiss Cases for Failure to Comply with Pretrial Order No. 23 and/or Fed. R. Civ. P. 25(a), the Declaration of Benjamin Hulse, Exhibit A, and argument to be presented at the hearing of this matter, seeks an Order of the Court dismissing these cases.

Dated: July 3, 2018            Respectfully submitted,

    /s/ Benjamin W. Hulse
Jerry W. Blackwell (MN #186867)
Benjamin W. Hulse (MN #0390952)
Mary S. Young (MN #0392781)
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3248
Fax: (612) 343-3205
Email: blackwell@blackwellburke.com
      bhulse@blackwellburke.com
      myoung@blackwellburke.com

Bridget M. Ahmann (MN #016611x)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Phone: (612) 766-7000
Fax: (612) 766-1600
Email: bridget.ahmann@faegrebd.com

**Counsel for Defendants 3M Company and Arizant Healthcare Inc.**