IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| IN RE: BAIR HUGGER FORCED AIR WARMING PRODUCT LIABILITY LITIGATION | MDL No.: 15-md-02666 (JNE/FLN) |
| This Document Relates To: | |
| PRISCILLA RICHEY, | Civil Action No.: 17-CV-05323-JNE-FLN |
| Plaintiff, | |

_____

### **PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS**

NOW COMES Plaintiff, Priscilla Richey, identified in Defendants' Motion to Dismiss for Failure to Comply with Pretrial Order No. 14 [Dkt. 1317], and by and through undersigned counsel submits this, his Response to Defendants' Motion to Dismiss, and would respectively show the Court the following:

1. In November of 2015, Ms. Priscilla Richey contacted undersigned counsel regarding an infection and subsequent treatment that she experienced due to the use of a Bair Hugger patient warming device during an orthopedic surgery.

2. Counsel worked to obtain medical records and billing records to move forward with the case. Those records indicated that a Bair Hugger device was used during the original surgery.

3. On December 1, 2017, counsel filed the current action to comply with what was identified as the applicable statute of limitations deadline for the relevant claim.

4. Efforts to have Ms. Richey complete the Plaintiff Fact Sheet have been complicated by the inability to contact the client.

5. Counsel spoke to Ms. Richey on March 8, 2018 and informed Counsel she would complete the Plaintiff Fact Sheet.

6. In April of 2018, Counsel was informed Plaintiff recently passed away.

7. As a result, Counsel requests additional time to contact the appropriate heir to determine whether the heir would like to pursue Plaintiff's case.

Accordingly, undersigned counsel request that the current action not be dismissed with prejudice and an additional ninety (90) days be given to allow time for Counsel to contact Plaintiff's heirs to determine how to proceed with this matter and provide the necessary information to cure any alleged deficiencies with the Plaintiff Fact Sheet and to continue the case.

Dated: July 10, 2018         KENNEDY HODGES, LLP

By: /s/ David W. Hodges
David W. Hodges
dhodges@kennedyhodges.com
Gabriel A. Assaad
gassaad@kennedyhodges.com
4409 Montrose Blvd. Ste 200
Houston, TX 77006
Telephone: (713) 523-0001
Facsimile: (713) 523-1116

ATTORNEYS FOR PLAINTIFF