IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| IN RE: BAIR HUGGER FORCED AIR WARMING PRODUCT LIABILITY LITIGATION | MDL No.: 15-md-02666 (JNE/FLN) |
| This Document Relates To:<br><br>Alan Witt,<br><br>　　　　Plaintiff, | Civil Action No.: 17-CV-03464-JNE-FLN |

---

**L.R. 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE REGARDING PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

This brief complies with the word limitation of LR 7.1(f) because this brief contains 352 words, including all text, headings, footnotes, and quotations, other than the parts of the brief exempted by LR 7.1(f).  This brief was prepared using Microsoft Office Word 2013.

This brief complies with the type size requirements of LR 7.1 (h) because this brief has been prepared using at least font size 13, is double-spaced (except for headings, footnotes and quotations that exceed two lines) and is submitted on $8^{1/2}$" by 11" paper with at least one inch of margins on all four sides.

Dated: July 10, 2018

                KENNEDY HODGES, LLP

                By: <u>/s/ David W. Hodges</u>
                David W. Hodges
                dhodges@kennedyhodges.com
                Gabriel A. Assaad
                gassaad@kennedyhodges.com
                4409 Montrose Blvd. Ste 200
                Houston, TX 77006
                Telephone: (713) 523-0001
                Facsimile: (713) 523-1116

                ATTORNEYS FOR PLAINTIFF