# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to Case Nos.:<br>16-cv-02518 *(Hylander v. 3M Co., et al.)* | MDL No. 15-2666 (JNE/FLN)<br><br>**DECLARATION OF BENJAMIN W. HULSE IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO DISMISS FOR LACK OF SUBJECT-MATTER JURISDICTION** |

Under 28 U.S.C. § 1746, I, Benjamin W. Hulse, hereby declare as follows:

1. I am an attorney at the law firm of Blackwell Burke P.A., and one of the attorneys representing 3M Company ("3M") and Arizant Healthcare Inc. ("Arizant") (collectively "Defendants") in this litigation. I submit this declaration in support of Defendants' Reply in Support of Their Motion to Dismiss for Lack of Subject-Matter Jurisdiction. Unless otherwise stated, the facts set forth herein are based upon my personal knowledge, information, and belief.

2. Attached as Exhibit A is a true and correct copy of the pages 1-3, and 19 of Plaintiffs' PFS and Mr. Hylander's signed verification for the same, served on Defendants through the portal on or about March 2, 2017.

3. Attached as Exhibit B is a true and correct copy of email correspondence between Plaintiffs' counsel, Wesley G. Barr, and Defendants' counsel, Ted D. Hartman, from March 14 through March 27, 2018.

4. I declare under penalty of perjury that the foregoing is true and correct.

2

Executed in Minneapolis, Minnesota, this 10th day of July, 2018.

                                                s/ Benjamin W. Hulse
                                                Benjamin W. Hulse