# EXHIBIT A

## UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION<br>This Document Relates To:<br>All Actions | MDL No. 15-2666 (JNE/FLN)<br>[Proposed]<br>PRETRIAL ORDER NO. :<br>PLAINTIFF FACT SHEET |

Plaintiff: Loretta Hylander

This Plaintiff Fact Sheet must be completed pursuant to the Pretrial Order by each plaintiff or their personal representative.  Section IX must be completed by loss of consortium plaintiffs.

In completing this Fact Sheet, you are under oath and must provide information that is true and correct to the best of your knowledge.  Please answer every question, and do not leave any blanks throughout this Fact Sheet.  If you cannot recall all of the details requested, please provide as much information as you can.  If a question is not applicable to you, please state "Not Applicable" or "N/A."  If any information you need to complete this Fact Sheet is in the possession of your attorney or other representative, please consult with that attorney or representative so that you can fully and accurately respond to the questions.  If you do not have room in the space provided to complete your answer, please attach as many sheets of paper as necessary to fully answer the questions.  You are obligated to supplement your responses if you learn that they are incomplete or incorrect in any material respect.  No answer requires any waiver of privilege.

As used herein, the term "communication" and/or "correspondence" shall mean and refer to any oral, written or electronic transmission of information, including, without limitation, meetings, discussions, conversations, telephone calls, memoranda, letters, e-mails, text messages, conferences, or seminars or any other exchange of information.

As used herein, the term "identify" or "identity" with respect to persons, means to give, to the extent known, the person's full name, their present or last known addresses and phone numbers.

As used herein, the term "person" means natural person, as well as corporate and/or governmental entity.

As used herein, "your attorney" refers to the attorneys that represent you individually in this lawsuit.

As used herein, the terms "Relating to," "relate to," "referring to," "refer to," "reflecting," "reflect," "concerning," or "concern" shall mean evidencing, regarding, concerning, discussing, embodying, describing, summarizing, containing, constituting, showing, mentioning, reflecting, pertaining to, dealing with, relating to, referring to in any way or manner, or in any way logically or factually, connecting with the matter described in that paragraph of these demands, including documents attached to or used in the preparation of or concerning the preparation of the documents.

**NOTE TO PEOPLE IN A REPRESENTATIVE CAPACITY**

If you are completing this form in a representative capacity, only the information in Section I asks for information about you, individually. Throughout the rest of the Plaintiff Fact Sheet, the questions seek information about the person who you claim was injured, or on whose behalf you bring this lawsuit. Other than in Section I, when a question asks for information about "you" or the "plaintiff," please provide information about the person you claim was injured or on whose behalf you have brought this lawsuit.

I.  CASE INFORMATION

1. Name of person completing this form :   Royce Hylander

2. State the following for the civil action which you filed :
   a. Current case caption :   Hylander vs 3M Company et al case no. 16-cv-02518
   b. Current case number :   16-cv-02518

3. State the name, address, telephone and facsimile numbers, and e-mail address of the principal attorney representing you :
   a. Name :   Wesley G. Barr
   b. Firm :   The Olinde Firm, LLC
   c. Address :   400 Poydras Street, Suite 1980, New Orleans, LA 70130
   d. Telephone :   504-587-1440   Fax :   504-587-1577
   e. E-mail :   wbarr@olindefirm.com

4. If you are completing this questionnaire in a representative capacity (*e.g.*, on behalf of an estate, or incapacitated or deceased person), please state the following information about yourself :
   a. Name :   Royce Hylander
   b. Any other names (*e.g.*, maiden name or alias) you have used or by which you have been known and the dates you used those names :
   c. Your Address :   25 Crestview Flemingsburg, KY 41041
   d. Individual or estate you are representing, and in what capacity you are representing the individual or estate :   Loretta Ann Hylander, Estate Executor
   e. If you were appointed as a representative by a court, state the court :   Lewis County District Court
   f. Date of Appointment :   06/28/2016
   g. State your relationship with the represented person claimed to be injured :   Spouse
   h. If you represent a decedent's estate, state the date and the address of the place of death :   April 3, 2016, University of Kentucky Hospital, Lexington, KY

X.    DOCUMENTATION

| Name | Form Name | Modified |
|---|---|---|
| HIPAA-0000093911 | HIPAA.pdf | 2/2/2017 1:57:50 PM |
| verification-0000093912 | verification.pdf | 2/2/2017 1:58:04 PM |
| Good Samarit-0000093914.pdf | Good Samaritan Hospital - Medical Records.pdf | 3/2/2017 4:54:44 PM |
| St. Joseph E-0000093916.pdf | St. Joseph East Hospital - Medical Records.pdf | 3/2/2017 4:55:33 PM |

**Authorizations** :  Please sign and attach to this Fact Sheet the authorizations for release of records appended hereto.

**Documents within your possession** :  if you have any of the following materials in your possession, please attach a copy to this Fact Sheet.

All diagnostic tests and test results, including original films or video of ultra sounds, MRIs, x-rays, CT scans, etc., taken during the time from ten (10) years before the surgery at which you allege you were injured by use of a 3M$^{TM}$ Bair Hugger$^{TM}$ Patient Warming System to the present.

Copies of all documents from physicians, healthcare providers, or others related to the surgery at which you claim you were injured, any patient warming system, or your recovery from surgery.

Any documents that reflect, show or establish the use of a Bair Hugger system during the surgery at which you claim you were injured.

All documents related to, concerning, or constituting product use instructions, product warnings, package inserts, warranties, guarantees, or other materials provided to you that relate to the Bair Hugger system.

All non-privileged statements obtained from or given by any person having knowledge of facts relevant to your specific case.

All documents relating to the surgery at which you claim you were injured, including, but not limited to medical records, medical bills, prescriptions, diaries, notes, rehabilitation instructions, etc., whether made by you or any other person or entity.

All documents regarding the health risks or hazards associated with or possibly arising from surgery, which you received or generated in connection with or at any time before the surgery at which you claim you were injured.

All documents in your possession that you believe were provided to you by any Defendant (unless they first were given to you by your attorney), related to the claims in your case.

All documents and things in your possession that relate to any Defendant and were in your possession before the surgery at which you claim you were injured, related to the claims in your case.

K.   If you claim any loss from medical expenses, copies of all bills from any physician, hospital, pharmacy, or other healthcare provider.

L.   Decedent's death certificate (if applicable).

## VERIFICATION

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that all of the information provided in this Fact Sheet is true and correct to the best of my knowledge.

_____
Print Name

_____
Signature

_____
Date

_Royce R Hylander Sr_
Print Name
(Loss of Consortium Plaintiff)

_[signature]_
Signature

_1-25-17_
Date