# EXHIBIT B

**From:** Wesley Barr [mailto:wbarr@olindefirm.com]
**Sent:** Tuesday, March 27, 2018 1:27 PM
**To:** Ted Hartman <thartman@blackwellburke.com>
**Cc:** Ben Hulse <BHulse@blackwellburke.com>
**Subject:** RE: Hylander (16-cv-2518)


Ted,

We will not agree to dismissal. The Court will have to make the call.


Wesley G. Barr
Attorney



400 Poydras Street, Suite 1980
New Orleans, LA 70130

Phone: **(504) 587-1440**
Toll Free: **1-800-587-1889**

OlindeFirm.com

*** CONFIDENTIALITY NOTICE ***
Information in this message is intended only for the personal and confidential use of the recipient(s) named above. This message is sent by or on behalf of a lawyer at The Olinde Firm, LLC, and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify us immediately at 504-587-1440 if you receive this message in error, and immediately delete this message and all of its attachments. Thank you.


**From:** Ted Hartman [mailto:thartman@blackwellburke.com]
**Sent:** Tuesday, March 27, 2018 12:14 PM
**To:** Wesley Barr
**Cc:** Ben Hulse
**Subject:** RE: Hylander (16-cv-2518)

Wesley,

Because Ms. Hylander pre-deceased the filing of the complaint, our position (and the Court's determination in these circumstances) has consistently been that the Court does not have subject-matter jurisdiction (See attached at Section III). Substitution would only be the appropriate procedural mechanism if Ms. Hylander had passed away *after* the filing of her case.

Please let us know if you disagree, and, if so, the basis for your disagreement. Otherwise, please confirm you will stipulate to dismissal.

Thank you,
Ted


### Ted D. Hartman

**Blackwell Burke P.A.**
431 South Seventh Street, Suite 2500
Minneapolis, MN  55415
Direct (612) 343-3234
Fax (612) 343-3205
*Licensed to practice in Illinois and Nebraska.*
*License to practice in Minnesota is pending.*

This message and any attachments may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient or are not authorized to receive for the recipient, you are hereby notified that dissemination, distribution or copying of this message and any attachments is strictly prohibited. If you have received this message in error, please immediately advise the sender by reply e-mail and delete the message and any attachments. Thank you.

**From:** Wesley Barr [mailto:wbarr@olindefirm.com]
**Sent:** Tuesday, March 27, 2018 11:59 AM
**To:** Ted Hartman <thartman@blackwellburke.com>
**Subject:** RE: Hylander (16-cv-2518)


Ted,

I will be preparing a motion to substitute proper party shortly for filing on this case. Mr. Hylander is the executor of the estate of Loretta Hylander and will be substituted for Loretta Hylander.


Wesley G. Barr
Attorney



400 Poydras Street, Suite 1980
New Orleans, LA 70130

Phone: **(504) 587-1440**
Toll Free: **1-800-587-1889**

OlindeFirm.com

*** CONFIDENTIALITY NOTICE ***
Information in this message is intended only for the personal and confidential use of the recipient(s) named above. This message is sent by or on behalf of a lawyer at The Olinde Firm, LLC, and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If

the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify us immediately at 504-587-1440 if you receive this message in error, and immediately delete this message and all of its attachments. Thank you.

**From:** Ted Hartman [mailto:thartman@blackwellburke.com]
**Sent:** Tuesday, March 27, 2018 11:50 AM
**To:** Fred Olinde
**Cc:** Ben Hulse; Michael Patiuk; Wesley Barr
**Subject:** RE: Hylander (16-cv-2518)

Hello Mr. Olinde.

I wanted to follow up on my email below regarding dismissal of the above-referenced matter based on lack of standing. Please advise whether you will stipulate to dismissal of this matter and provide a proposed stipulation for the same.

Ted

### Ted D. Hartman

**Blackwell Burke P.A.**
431 South Seventh Street, Suite 2500
Minneapolis, MN  55415
Direct (612) 343-3234
Fax (612) 343-3205
*Licensed to practice in Illinois and Nebraska.*
*License to practice in Minnesota is pending.*

This message and any attachments may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient or are not authorized to receive for the recipient, you are hereby notified that dissemination, distribution or copying of this message and any attachments is strictly prohibited. If you have received this message in error, please immediately advise the sender by reply e-mail and delete the message and any attachments. Thank you.

**From:** Ted Hartman
**Sent:** Wednesday, March 14, 2018 2:54 PM
**To:** 'folinde@olindefirm.com' <folinde@olindefirm.com>
**Cc:** Ben Hulse <bhulse@blackwellburke.com>; Michael Patiuk <mpatiuk@blackwellburke.com>; 'wbarr@olindefirm.com' <wbarr@olindefirm.com>
**Subject:** Hylander (16-cv-2518)

Good afternoon, Mr. Olinde.

Based on the plaintiff fact sheet served in the above-referenced case, it appears that your client passed away on 04/03/2016, but the case was not filed until 07/26/2016. If you believe this information is inaccurate, please advise.

The Court has consistently dismissed cases for lack of jurisdiction where, as here, the plaintiff pre-deceased the filing of the complaint. I am reaching out to you to confirm that you will agree to stipulate

to dismissal of this case (without prejudice). In agreeing to a dismissal without prejudice, Defendants are not agreeing to waive or toll any deadlines or defenses.  If you agree to a dismissal without prejudice, please provide us a copy of your proposed Rule 41 stipulation for review.

Thank you,

Ted



**Ted D. Hartman\***

Phone: 612.343.3234 | Fax: 612.343.3205
**www.blackwellburke.com**
*Licensed to practice in Illinois and Nebraska. License to practice in Minnesota is pending.*



**431 South 7th Street, Suite 2500 ● Minneapolis ● MN ● 55415**

**This message and any attachments may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient or are not authorized to receive for the recipient, you are hereby notified that dissemination, distribution or copying of this message and any attachments is strictly prohibited. If you have received this message in error, please immediately advise the sender by reply e-mail and delete the message and any attachments. Thank you.**