IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| IN RE: BAIR HUGGER FORCED AIR WARMING PRODUCT LIABILITY LITIGATION | MDL No.: 15-md-02666 (JNE/FLN) |
| This Document Relates To: BARBARA JENKINS, as Administrator of the Estate of GWENDOLYN, JENSEN, Deceased,<br><br>    Plaintiff, | Civil Action No.: 17-CV-03014-JNE-FLN |

---

### **PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS**

NOW COMES Plaintiff, Barbara Jenkins, as Administrator of the Estate of Gwendolyn Jensen, identified in Defendants' Motion to Dismiss for Failure to Comply with Pretrial Order No. 14 [Dkt. 1316], and by and through undersigned counsel submits this, her Response to Defendants' Motion to Dismiss, and would respectively show the Court the following:

1. In July of 2015, Ms. Gwendolyn Jensen contacted undersigned counsel regarding an infection and subsequent treatment that she experienced due to the use of a Bair Hugger patient warming device during an orthopedic surgery.

2. Counsel worked to obtain medical records and billing records to move forward with the case. Those records indicated that a Bair Hugger device was used during the original surgery.

3. Ms. Jensen passed away on August 12, 2016.

4. Prior to filing the instant case, counsel was in contact with Ms. Barbara Jenkins regarding the claim. Ms. Jenkins stated that she wished to move forward with the case and indicated that she would begin the process of obtaining the necessary probate documents.

5. On July 17, 2017, counsel filed the current action to comply with what was identified as a possible statute of limitations deadline for the relevant claim.

6. Following the filing of the case, numerous efforts to contact Ms. Jenkins undertaken by counsel to obtain the information necessary to complete the Plaintiff Fact Sheet have been complicated by a general inability to reach the client.

7. As a result, counsel has been unable to obtain the information necessary to complete the Plaintiff Fact Sheet.

8. Counsel requests additional time to contact Ms. Jenkins to obtain the information necessary to complete the Plaintiff Fact Sheet.

Accordingly, undersigned counsel request that the current action not be dismissed with prejudice and that an additional ninety (90) day extension be granted to allow time for Counsel to reestablish contact with Ms. Jenkins and have her provide the necessary information to cure any alleged deficiencies with the Plaintiff Fact Sheet and to continue the case.

Dated: July 10, 2018

                                                                               KENNEDY HODGES, LLP

                                                                               By: <u>/s/ David W. Hodges</u>
                                                                               David W. Hodges
                                                                               dhodges@kennedyhodges.com
                                                                               Gabriel A. Assaad
                                                                               gassaad@kennedyhodges.com
                                                                               4409 Montrose Blvd. Ste 200
                                                                               Houston, TX 77006
                                                                               Telephone: (713) 523-0001
                                                                               Facsimile: (713) 523-1116

                                                                               ATTORNEYS FOR PLAINTIFF