IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| IN RE: BAIR HUGGER FORCED AIR WARMING PRODUCT LIABILITY LITIGATION | MDL No.: 15-md-02666 (JNE/FLN) |
| This Document Relates To: BARBARA JENKINS, as Administrator of the Estate of GWENDOLYN, JENSEN, Deceased, Plaintiff, | Civil Action No.: 17-CV-03014-JNE-FLN |

---

### DECLARATION OF DONALD C. GREEN II IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS

I, Donald C. Green II, declare as follows:

1. I am an attorney at Kennedy Hodges, LLP and Counsel for Plaintiff Barbara Jenkins, as Administrator of the Estate of Gwendolyn Jensen, in the above-captioned matter.

2. I submit this affidavit in opposition to Defendants' Motion to Dismiss for Failure to Comply with Pretrial Order No. 14 [Dkt. 1316] filed on July 3, 2018.

3. Ms. Jensen contacted Kennedy Hodges, LLP in July of 2015 regarding injuries that were allegedly caused by the Bair Hugger patient warming device.

4. Medical records and billing records pertaining to Ms. Jensen's treatment were obtained by Kennedy Hodges through its third party medical records retrieval

company. Those records indicated that a Bair Hugger device was used during her initial orthopedic surgery.

5. Unfortunately, Ms. Jensen passed away on August 12, 2016.

6. Prior to filing the instant case, staff at Kennedy Hodges were in contact with Ms. Barbara Jenkins regarding the claim. Ms. Jenkins stated that she wished to move forward with the case and would take the necessary steps to complete probate of her mother's estate and provide the information needed for the Plaintiff Fact Sheet.

7. This case was filed on July 17, 2017 to comply with a possible statute of limitations deadline.

8. Beginning soon after the case was filed, phone calls were placed and letters were sent to Ms. Jenkins by staff at Kennedy Hodges in an attempt to reach her to obtain information necessary to complete the Plaintiff Fact Sheet. These communication attempts were made between July 2017 and May 2018, prior to and continuing after the original deadline for submission of the Plaintiff Fact Sheet.

9. To date, Kennedy Hodges has not received any response to these communication attempts.

10. As we have been unable to obtain the additional information from Ms. Jenkins necessary to complete the Plaintiff Fact Sheet for this claim, we have not been able to cure the alleged deficiencies pertaining to the Plaintiff Fact Sheet that has been submitted for this case.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

July 10, 2018                                      /s/Donald C. Green II
                                                   Donald C. Green II