IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| IN RE: BAIR HUGGER FORCED AIR WARMING PRODUCT LIABILITY LITIGATION | MDL No.: 15-md-02666 (JNE/FLN) |

This Document Relates To:

LOUIS E. BELLANDE and
BONNIE L. BELLANDE,

Civil Action No.:  16-CV-02700-JNE-FLN

Plaintiff,

_____

## DECLARATION OF SAMANTHA RODRIGUEZ IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS

I, Samantha Rodriguez, declare as follows:

1. I am an attorney at Kennedy Hodges, LLP and Counsel for Plaintiffs Louis E. Bellande and Bonnie L. Bellande in the above-captioned matter.

2. I submit this affidavit in opposition to Defendants' Motion to Dismiss for Failure to Comply with Pretrial Order No. 23 [Dkt. 1323] filed on July 3, 2018.

3. Plaintiffs contacted Kennedy Hodges, LLP in August of 2015 regarding injuries that were allegedly caused by the Bair Hugger patient warming device.

4. Medical records and billing records pertaining to Mr. Bellande's treatment were obtained by Kennedy Hodges through its third party medical records retrieval company. Those records indicated that a Bair Hugger device was used during his initial orthopedic surgery.

5.  This case was filed on August 10, 2016 to comply with the statute of limitations deadline.

6.  Plaintiffs completed the Plaintiff Fact Sheet on February 6, 2017.

7.  On April 17, 2018, Counsel was informed Mr. Bellande passed away on December 22, 2017.

8.  Plaintiffs' Counsel learned of Mr. Bellande's death more than 90-days after his passing.

9.  Plaintiffs' Counsel filed a Suggestion of Death in good faith with the Court on June 15, 2018.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

July 11, 2018                              /s/Samantha Rodriguez
                                          Samantha Rodriguez