

**OLINDE FIRM**
ATTORNEYS AT LAW

FRED OLINDE*
WESLEY G. BARR†
*Admitted in LA
†Admitted in LA and FL

March 7, 2018

REPLY TO MANDEVILLE OFFICE

<u>VIA EMAIL AND U.S. MAIL</u>
Benjamin W. Hulse - bhulse@blackwellburke.com
Blackwell Burke P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415

Re: Bair Hugger Forced Air Warmer Products Liability Litigation MDL No. 2666
– Deficiencies in Plaintiff Fact Sheet for Individual Case
*Hurley v. 3M Company*, Case No.: 0:17-cv-04169-JNE-FLN

Dear Ben:

We are in receipt of the Plaintiff Fact Sheet (PFS) alleged deficiencies letter regarding plaintiff **Jonathan Hurley, Case Number 17-cv-04169**. Pursuant to Pre-Trial Order 14, we have cured or addressed each alleged deficiency noted in your letter. We have also on this date served a supplemental Plaintiff Fact Sheet for Mr. Hurley that addresses the deficiencies listed in your correspondence.

If you have any questions or would like to schedule a meet and confer regarding these issues, please contact my office.

With kindest regards,

Wesley G. Barr

2 Sanctuary Blvd., Suite 205 • Mandeville, LA 70471        400 Poydras St, Suite 1980 • New Orleans, LA 70130
Phone: (985) 605-0262  Online: www.OlindeFirm.com  Phone: (504) 587-1440  Fax: (504) 587-1577  Toll Free: 1-800-444-1784



**OLINDE FIRM**
ATTORNEYS AT LAW
2 Sanctuary Blvd., Suite 205
Mandeville, LA 70471

$0.479 US POSTAGE FIRST-CLASS FROM 70471 MAR 07 2018 stamps

Benjamin W. Hulse
Blackwell Burke P A
431 South Seventh Street, Suite 2500
Minneapolis MN 55415-1808



EXHIBIT 5