

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

April 2, 2018

**VIA EMAIL AND U.S. MAIL**
Wesley G. Barr
The Olinde Firm, LLC
400 Poydras Street Suite 1980
New Orleans, LA 70130
wbarr@olindefirm.com

    Re:    *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
            MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
            *Hurley, Jonathan v. 3M Company et al* Case No.:0:17-cv-04169-JNE-FLN

Dear Counsel:

We are in receipt of the second amended Plaintiff Fact Sheet (PFS) for the above-captioned matter. The second amended PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original and/or any amended PFS. An updated verification is required, however, to be served along with the amended PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure



431 South Seventh Street, Suite 2500    Minneapolis, MN 55415    Main 612.343.3200    Fax 612.343.3205
www.blackwellburke.com

Title "Hurley_Jonthan_17-cv-04169_1_Hurley_Jonthan_17-cv-04169_1"

Hurley_Jonthan_17-cv-04169_1_Hurley_Jonthan_17-cv-04169_1

PLAINTIFFS' LAST NAME - Hurley
PLAINTIFFS' FIRST NAME - Jonathan C.
CASE NO. - 17-cv-04169
SECTION I (CASE INFORMATION) - Incomplete
SECTION I - INCOMPLETE QUESTIONS - 04
SECTION II (PERSONAL INFORMATION) - Incomplete
SECTION II - INCOMPLETE QUESTIONS – 01, 10
SECTION III  (SURGERY INFORMATION) -
SECTION IV - 1 (VITAL STATISTICS) -
SECTION IV - 10  (DRUG/ALCOHOL) -
SECTION IV - 3 (HEALTHCARE PROVIDERS) -
SECTION IV - 7  (PHARMACIES/DRUGSTORES) - Incomplete
SECTION IV - 8  (DENTAL PROCEDURES) -
SECTION IV - 9  (TOBACCO) -
SECTION IX - 1  (CONSORTIUM NAME ETC.) -
SECTION IX - 3  (RESIDENCES) -
SECTION IX - 4  (MARRIED) -
SECTION V - 5  (DISABILITY CLAIMS) -
SECTION V - 6  (LAWSUITS) -
SECTION V - 7  (BANKRUPTCY) -
SECTION VI - 1  (PHYSICAL INJURY) -
SECTION VI - 3  (EMOTIONAL DISTRESS) - Incomplete
SECTION VI - 6  (WARNINGS) -
SECTION VI - 7  (3M/ARIZANT COMMUNICATIONS) -
SECTION VI - 8  (3M/ARIZANT WARRANTY) -
SECTION VI - 9  (AUGUSTINE) -
SECTION VII - 1  (LOST PAST WAGES) -
SECTION VII - 2  (LOST FUTURE WAGES) -
SECTION VIII - 2  (VERBAL/WRITTEN STATEMENT) -
X.01 - SIGNED AUTHORIZATION -
X.02.D - DOCUMENTS - SIGNED VERIFICATION - Incomplete
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - The Olinde Firm, LLC
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - wbarr@olindefirm.com