

**Attorneys**
FRED OLINDE*
WESLEY G. BARR†
*Admitted in LA
†Admitted in LA and FL

January 31, 2018

REPLY TO MANDEVILLE OFFICE

<u>VIA EMAIL AND U.S. MAIL</u>
Benjamin W. Hulse - bhulse@blackwellburke.com
Blackwell Burke P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415

Re: Bair Hugger Forced Air Warmer Products Liability Litigation MDL No. 2666
 – Deficiencies in Plaintiff Fact Sheet for Individual Case
 *Pimentel v. 3M Company*, Case No.: 0:17-cv-03899-JNE-FLN

Dear Ben:

We are in receipt of the Plaintiff Fact Sheet (PFS) deficiency letter regarding **Carlos Pimentel, Case No. 17-cv-03899.** Pursuant to Pre-Trial Order 14, we have cured or addressed each alleged deficiency noted in your letter. We have also served a supplemental Plaintiff Fact Sheet for Mr. Pimentel that addresses the deficiencies listed.

If you have any questions or would like to schedule a meet and confer regarding these issues, please contact my office.

With kindest regards,

Wesley G. Barr

---

2 Sanctuary Blvd., Suite 205 • Mandeville, LA 70471    400 Poydras St, Suite 1980 • New Orleans, LA 70130
Phone: (985) 605-0262   Online: www.OlindeFirm.com   Phone: (504) 587-1440   Fax: (504) 587-1577   Toll Free: 1-800-444-1784



ATTORNEYS AT LAW
2 Sanctuary Blvd., Suite 205
Mandeville, LA 70471




$0.47
US POSTAGE
FIRST-CLASS
FROM 70471
JAN 31 2018
stamps

Benjamin W. Hulse
Blackwell Burke P A
431 South Seventh Street, Suite 2500
Minneapolis MN 55415-1808



EXHIBIT 2