# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| **This document relates to:** | JUDGE: JOAN N. ERICKSEN<br>MAG. JUDGE: FRANKLIN L. NOEL |
| *Artis Adams., v. 3M Company, et al.*<br>Case Action No. 17-cv-04467 | |

## PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

3M Company and Arizant Healthcare, Inc. ("Defendants" collectively) have moved this Court for an order dismissing plaintiff's claims with prejudice for failure to comply with Pre-Trial Order ("PTO") 14. Docs. 1317 and 1318.

Plaintiff does not dispute that the PFS submitted lacks information deemed to be 'core.' However, Plaintiff seeks additional time to cure his deficiencies. Plaintiff has submitted 2 PFSs and after the first PFS cured most of the deficiencies identified. Mr. Adams has had a many medical issues and has had difficulties determining when and where many of the procedures occurred.

Counsel for Plaintiff respectfully requests that the Court grant a 90-day extension to the deadline to appropriately substitute parties and complete and file a completed PFS, or in the event the claims of Mr. Adams are dismissed that they be done without prejudice.

Dated: July 11, 2018                                      Respectfully submitted,

/s/ Amanda M. Williams
Amanda M. Williams (MN #0341691)
Eric S. Taubel (MN # 0392491)
GUSTAFSON GLUEK PLLC
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Phone: (612) 333-8844
Fax: (612) 339-6622
E-mail: awilliams@gustafsongluek.com
         etaubel@gustafsongluek.com

***COUNSEL FOR PLAINTIFF***