## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION<br><br>**This document relates to:**<br>*Artis Adams., v. 3M Company, et al.*<br>Case Action No. 17-cv-04467 | MDL No. 15-2666 (JNE/FLN)<br><br>JUDGE: JOAN N. ERICKSEN<br>MAG. JUDGE: FRANKLIN L. NOEL |

## L.R. 7.1 WORD COUNT COMPLIANCE CERTIFICATE

I, Amanda M. Williams, certify that Plaintiff's Opposition to Defendants' Motion to Dismiss complies with Local Rule 7.1(f) and 7.1(h).

I further certify that, in preparation of this memorandum, I used Microsoft Word 2016, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced memorandum contains 143 words, exclusive of the caption and signature block.

Dated: July 11, 2018

Respectfully submitted,

s/ Amanda M. Williams
Amanda M. Williams (MN #0341691)
Eric S. Taubel (MN # 0392491)
GUSTAFSON GLUEK PLLC
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Phone: (612) 333-8844
Fax: (612) 339-6622
E-mail: awilliams@gustafsongluek.com
           etaubel@gustafsongluek.com

***COUNSEL FOR PLAINTIFF***