# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| **This document relates to:** | JUDGE: JOAN N. ERICKSEN<br>MAG. JUDGE: FRANKLIN L. NOEL |

*Nickell, et al., v. 3M Company, et al.*
Case Action No. 17-cv-04285

**PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

3M Company and Arizant Healthcare, Inc. ("Defendants" collectively) have moved this Court for an order dismissing plaintiff's claims with prejudice for failure to comply with Pre-Trial Order ("PTO") 14. Docs. 1317 and 1318.

The injured plaintiff, Vernon Nickell, is deceased. After his death, and in compliance with the Federal Rules of Civil Procedure and this Court's orders, his widow, and named Plaintiff, Linda Nickell, notified this Court of his death. (ECF No. 8). Undersigned counsel has worked with Ms. Nickell to procure the necessary legal orders to allow her to pursue her husband's claims. However, Ms. Nickell's children have, to date, not completed the necessary legal documents to allow her to pursue those claims on behalf of the estate.

Counsel for Plaintiffs, respectfully requests that the Court grant a 120-day extension to the deadline to appropriately substitute parties and complete and file a

completed PFS, or in the event the claims of Vernon Nickell are dismissed that the claims of Linda Nickell for loss of consortium be preserved.

Dated: July 11, 2018

Respectfully submitted,

/s/ Amanda M. Williams
Amanda M. Williams (MN #0341691)
Eric S. Taubel (MN # 0392491)
GUSTAFSON GLUEK PLLC
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Phone: (612) 333-8844
Fax: (612) 339-6622
E-mail: awilliams@gustafsongluek.com
etaubel@gustafsongluek.com

**COUNSEL FOR PLAINTIFF**