UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Products Liability Litigation <br><br> ———————————————————— <br><br> This Document Relates To: <br><br> *Lister,* 17-cv-4336-JNE-FLN <br> *Rich et al.,* 16-cv-2631-JNE-FLN <br> *Richey,* 17-cv-5323-JNE-FLN <br> *Smith et al.,* 17-cv-2889-JNE-FLN <br> *Steele,* 17-cv-1262-JNE-FLN | MDL No. 15-2666 (JNE/FLN) <br><br> **NOTICE OF HEARING ON DEFENDANTS' SECOND MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 23 AND/OR FED. R. CIV. P. 25(a)** |

PLEASE TAKE NOTICE that the undersigned will bring Defendants' Second Motion to Dismiss Cases for Failure to Comply with Pretrial Order No. 23 and/or Fed. R. Civ. P. 25(a) for a hearing before the Honorable Judge Joan N. Ericksen, United States District Judge, in Courtroom 12W at the United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415 at the scheduled status conference on September 20, 2018 at 9:30 a.m.

This motion, based on the Memorandum in Support of Defendants' Second Motion to Dismiss Cases for Failure to Comply with Pretrial Order No. 23 and/or Fed. R. Civ. P. 25(a), the Declaration of Benjamin Hulse, and argument to be presented at the hearing of this matter, seeks an order of the Court dismissing these cases.

Dated: July 12, 2018						Respectfully submitted,

								/s/ Benjamin W. Hulse
								Jerry W. Blackwell (MN #186867)
								Benjamin W. Hulse (MN #0390952)
								Mary S. Young (MN #0392781)
								BLACKWELL BURKE P.A.
								431 South Seventh Street, Suite 2500
								Minneapolis, MN 55415
								Phone: (612) 343-3248
								Fax: (612) 343-3205
								Email: blackwell@blackwellburke.com
								         bhulse@blackwellburke.com
								         myoung@blackwellburke.com

								Bridget M. Ahmann (MN #016611x)
								FAEGRE BAKER DANIELS LLP
								2200 Wells Fargo Center
								90 South Seventh Street
								Minneapolis, MN 55402
								Phone: (612) 766-7000
								Fax: (612) 766-1600
								Email: bridget.ahmann@faegrebd.com

								**Counsel for Defendants 3M Company and Arizant Healthcare Inc.**