UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To: | **MEET AND CONFER STATEMENT REGARDING DEFENDANTS' SECOND MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 23 AND/OR FED. R. CIV. P. 25(a)** |
| *Lister,* 17-cv-4336-JNE-FLN *Rich et al.,* 16-cv-02631-JNE-FLN *Richey,* 17- cv-5323-JNE-FLN *Smith et al.,* 17- cv-2889-JNE-FLN *Steele,* 17-cv-1262-JNE-FLN | |

---

The undersigned counsel for Defendants 3M Company and Arizant Healthcare Inc. (collectively "Defendants") certifies that counsel for Defendants met and conferred with counsel for Plaintiffs in the above-referenced matters as follows:

1. Defendants' counsel sent an email to counsel for the above-captioned plaintiffs on Monday July 9, 2018 requesting that they stipulate to a dismissal with prejudice of plaintiffs' actions and indicating that, if agreement was not reached by July 11, 2018, Defendants would file a motion to dismiss.

2. No response was received from counsel for plaintiffs Lister, Richey, Smith, or Steele.

3. In response to the meet and confer email, counsel for the plaintiffs in Rich filed a Rule 41(a)(2) motion to dismiss Rich without prejudice. However, PTO 23 entitles

Defendants to a dismissal with prejudice; hence, Defendants are unwilling to stipulate to this dismissal.

4. Counsel for Plaintiffs and Defendants were therefore unable to reach an agreement to stipulate to dismiss with prejudice any of the above cases.

Dated: July 12, 2018                                    Respectfully submitted,

*s/Benjamin W. Hulse*
Benjamin W. Hulse (MN #0390952)
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3200
Fax: (612) 343-3205
Email: bhulse@blackwellburke.com

**Counsel for Defendants 3M Company and Arizant Healthcare Inc.**