UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Products Liability Litigation<br><br>This Document Relates To:<br><br>*Lister,* 17-cv-4336-JNE-FLN<br>*Rich et al.,* 16-cv-02631-JNE-FLN<br>*Richey,* 17- cv-5323-JNE-FLN<br>*Smith et al.,* 17- cv-2889-JNE-FLN<br>*Steele,* 17-cv-1262-JNE-FLN | MDL No. 15-2666 (JNE/FLN)<br><br>**(PROPOSED) ORDER GRANTING DEFENDANTS' SECOND MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 23 AND/OR FED. R. CIV. P. 25(a)** |

This came before the Court on Defendants 3M Company's and Arizant Healthcare Inc.'s (collectively "Defendants") Second Motion to Dismiss Cases for Failure to Comply with Pretrial Order No. 23 and/or Fed. R. Civ. P. 25(a).

Based on the files, records, and proceedings herein,

IT IS HEREBY ORDERED that Defendants' motion is GRANTED and the following four (5) actions are dismissed with prejudice:

| Case Number | Title | Firm Name |
|---|---|---|
| 17-cv-4336-JNE-FLN | *Lister v. 3M Co., et al.* | Kennedy Hodges, LLP |
| 16-cv-2631-JNE-FLN | *Rich, et al. v. 3M Co., et al.* | Newman Bronson & Wallis |
| 17- cv-5323-JNE-FLN | *Richey v. 3M Co., et al.* | Kennedy Hodges, LLP |
| 17-cv-1262-JNE-FLN | *Steele v. 3M Co., et al.* | The Olinde Firm, LLC |

IT IS FURTHER ORDERED that in the following action, claims of the deceased plaintiff, Mr. John Smith, are dismissed with prejudice:

| Case Number | Title | Firm Name |
|---|---|---|
| 17- cv-2889-JNE-FLN | *Smith, et al. v. 3M Co., et al.* | Brown and Crouppen, PC |

LET JUDGMENT BE ENTERED ACCORDINGLY.


Date: _____                                BY THE COURT


                                                   _____
                                                   JUDGE, U.S. DISTRICT COURT