## HAMILTON COUNTY HEALTH DEPARTMENT
## CERTIFICATE OF DEATH

DATE: JAN 26 2018

Local No 000121

**1. Decedent's Legal Name (First, Middle, Last):** JAMES ERNEST STEELE
**1a. Maiden Name (If female):**
**2. Sex:** MALE
**3. Time Of Death:** 07:00 PM
**4. Date Of Death (Month/Day/Year):** 01/23/2018

**5. Social Security Number:** REDACTED
**6a. Age - Yrs:** 76
**7. Date of Birth (Month/Day/Year):** REDACTED
**8. Birthplace (City and State or Foreign Country):** BOSTON, MA

**9. Ever in U.S. Armed Forces?** ☒ Yes ☐ No ☐ Unknown
**10. If Death Occurred In A Hospital:** ☐ Inpatient ☐ Emergency Department Outpatient ☐ Dead on Arrival
**10a. If Death Occurred Somewhere Other Than A Hospital:** ☐ Hospice Facility ☒ Decedent's Home ☐ Nursing Home/Long-term Care Facility ☐ Other (Specify)

**11. Facility Name (If Not Institution, Give Street and Number):** 4187 PEARSON DRIVE
**12. City Or Town, State, And Zip Code:** WESTFIELD, IN, 46062
**13. County Of Death:** HAMILTON
**14. Marital Status At Time Of Death:** ☐ Married ☐ Married, But Separated ☐ Divorced ☒ Widowed ☐ Never Married ☐ Unknown

**15. Surviving Spouse's Name:**
**15a. Last Name Before First Marriage:**
**16. Decedent's Usual Occupation:** OWNER
**17. Kind Of Business/Industry:** CONSTRUCTION

**18. Residence - State:** INDIANA
**18a. County:** HAMILTON
**18b. City Or Town:** WESTFIELD
**18c. Street And Number:** 4187 PEARSON DRIVE
**18d. Apt. No.:**
**18e. Zip Code:** 46062
**18f. Inside City Limits?** ☒ Yes ☐ No

**19. Decedent's Education:** BACHELOR'S DEGREE (BA, AB, BS)
**20. Decedent Of Hispanic Origin:** NOT HISPANIC
**21. Decedent's Race:** White

**22. Parent's Name (First, Middle, Last):** JACK STEELE
**23. Parent's Name (First, Middle, Last):** ANNE STEELE
**23a. Parent's Last Name Before First Marriage:** LAMBERT

**24. Informant's Name:** JOY STEELE
**24a. Relationship To Decedent:** DAUGHTER
**24b. Mailing Address:** 1533 WHISPERING CREEK DRIVE, BALLWIN, MO 63021

**25. Place Of Disposition**
**25a. Method Of Disposition:** ☐ Burial ☒ Cremation ☐ Donation ☐ Entombment ☐ Removal From State ☐ Other (Specify)
**25b. Place Of Disposition:** ARN CREMATION SERVICES
**25c. Location - City, Town, And State:** ZIONSVILLE (HAMILTON CO), IN

**26. Was Coroner Contacted?** ☐ Yes ☒ No
**27. Name And Complete Address Of Funeral Facility:** AARON-RUBEN-NELSON, 11411 N. MICHIGAN ROAD, ZIONSVILLE (HAMILTON CO), IN 46077
**27a. Funeral Home License Number:** FH10900017
**27b. Signature Of Indiana Funeral Service Licensee:** DONNI LOTZ, BY ELECTRONIC SIGNATURE
**27c. License Number (Of Licensee):** FD21200037

**28. Cause Of Death**
Part I. Immediate Cause (Final Disease Or Condition Resulting In Death):
A. ACUTE ON CHRONIC SYSTOLIC HEART FAILURE
B.
C.
D.

Part II. Other Significant Conditions Contributing to Death But Not Resulting In The Underlying Cause Given In Part I:
HX OF MYOCARDIAL INFARCTION, AFIB

**29. Was An Autopsy Performed?** ☐ Yes ☒ No
**30. Were Autopsy Findings Available To Complete The Cause Of Death?** ☐ Yes ☐ No

**31. Did Tobacco Use Contribute To Death?** ☐ Yes ☒ Probably ☐ No ☐ Unknown
**32. If Female:** ...
**33. Manner Of Death:** ☒ Natural ☐ Homicide ☐ Accident ☐ Pending Investigation ☐ Suicide ☐ Could Not Be Determined

**34. Date Of Injury:**
**35. Time Of Injury:**
**36. Place Of Injury:**
**37. Injury At Work?** ☐ Yes ☐ No
**38. Location Of Injury - State:**
**38a. City Or Town:**
**38b. Street & Number:**
**38c. Apt. No.:**
**38d. Zip Code:**

**39. Describe How Injury Occurred:**
**40. If Transportation Injury, Specify:** ☐ Driver/Operator ☐ Passenger ☐ Pedestrian ☐ Other (Specify)

**41. Signature Of Person Certifying Cause Of Death:** CLAIRE WILLARD, BY ELECTRONIC SIGNATURE
**42. Certifier (Check Only One):** ☒ Certifying Physician ☐ Coroner ☐ Health Officer
**43. Name, Address And Zip Code Of Person Certifying Cause Of Death:** CLAIRE WILLARD, 720 ESKENAZI AVE., INDIANAPOLIS, IN 46202
**44. License Number:** 01073130A
**45. Date Certified:** 01/26/2018

**46. Additional Funeral Service Provider:**
**47. *Akas:**

**48. Signature of Local Health Officer:** CHARLES HARRIS, VIA ELECTRONIC SIGNATURE
**49. For Registrar Only - Date Filed (Month/Day/Year):** JAN 26 2018

AMENDMENT TO CERTIFICATE OF DEATH (ENTRY OR ORIGINAL)

State Form 53393  ATTENTION ESTATE: The Social Security # is being requested by this state agency in order to pursue responsibility. Disclosure is voluntary and there will be no penalty for refusal.

EXHIBIT 1