

**OLINDEFIRM**
ATTORNEYS AT LAW

FRED OLINDE*
WESLEY G. BARR†
*Admitted in LA
†Admitted in LA and FL

REPLY TO MANDEVILLE OFFICE

April 4, 2018

<u>VIA US MAIL</u>
James Steele
3231 Eden Way Circle
Carmel, IN 46033-3044

Re:  Bair Hugger Forced Air Warmer Products Liability Litigation

Dear Mr. Steele,

    Thank you for choosing The Olinde Firm to prosecute your case against the manufacturer of the Bair Hugger warming blanket device. It is very important we have current contact information and an alternate contact person for your file in order to keep you up to date on developments with your case. We have tried for the past several weeks to reach you to verify your contact information, but have been unable to reach you.

    Please contact our firm at your earliest convenience at <u>(504) 587-1440</u> and ask to speak with Kayla Bryant in order to verify your contact information and provide an alternate contact person for your file. Thank you for your ongoing cooperation as we work towards resolution of your case.

With kindest regards, I remain,

Wesley G. Barr

2 Sanctuary Blvd., Suite 205 • Mandeville, LA 70471     400 Poydras St, Suite 1980 • New Orleans, LA 70130
Phone: (985) 605-0262  Online: www.OlindeFirm.com  Phone: (504) 587-1440  Fax: (504) 587-1577  Toll Free: 1-800-444-1784

---



OLINDEFIRM
ATTORNEYS AT LAW
2 Sanctuary Blvd., Suite 205
Mandeville, LA 70471

US POSTAGE
FIRST-CLASS
FROM 70471
APR 04 2018
$0.470
stamps.com

James Steele
3231 Eden Way Circle,
Carmel IN 46033-3044



EXHIBIT
2