

**FRED OLINDE**\*
**WESLEY G. BARR**†
\*Admitted in LA
†Admitted in LA and FL

REPLY TO MANDEVILLE OFFICE

April 27, 2018

**VIA US MAIL & E-MAIL**
Joy Steele on behalf of
James Steel
1533 Whispering Creek Drive
Ballwin MO 63021-8476
steele.joyu@gmail.com

Re:  Bair Hugger Forced Air Warmer Products Liability Litigation

Dear Ms. Steele,

Our firm represents your father, James Steele, in his case against the manufacturer of the Bair Hugger warming device that led to his left hip infection and multiple revisions. I understand from our discussions that your father passed away earlier this year. Please accept our deepest condolences for your loss.

We have a pending lawsuit filed on his behalf, and in order to continue with the case, you will need to provide our office with the following documents: (1) **a copy of his death certificate** and (2) **Power of Attorney or Estate documents** appointing a personal representative for his estate. The Court requires that we file these documents in order to maintain his case for the infection and injuries he suffered as a result of the Bair Hugger device. We previously spoke and confirmed you would provide these documents to our office, but we have not received them as of today's date. Please send them by US mail, fax (504-587-1577) or email (kbryant@olindefirm.com) as soon as possible. If we do not receive these documents, your father's case will be subject to dismissal.

If you have any questions, please contact our firm at **(504) 587-1440** to speak with an attorney. Thank you for your ongoing cooperation, and we look forward to continuing to pursue a recovery on your claims.

With kindest regards, I remain,

/s/ Wesley G. Barr

Wesley G. Barr

2 Sanctuary Blvd., Suite 205 • Mandeville, LA 70471      400 Poydras St, Suite 1980 • New Orleans, LA 70130
Phone: (985) 605-0262   Online: www.OlindeFirm.com   Phone: (504) 587-1440  Fax: (504) 587-1577   Toll Free: 1-800-444-1784



2 Sanctuary Blvd., Suite 205
Mandeville, LA 70471





$0.479
US POSTAGE
FIRST-CLASS
FROM 70471
APR 27 2018
stamps

Joy Steel
1533 Whispering Creek Dr
Ballwin MO 63021-8476



EXHIBIT 3