

800 Friedens Road  Suite 100
St. Charles, MO  63303
Main Line (636) 947-6591

## FAX TRANSMITTAL COVER SHEET

DATE: 5.8.18     # OF PAGES: 2   (including this cover sheet)

ATTN: Kayla Bryant

COMPANY NAME: _____

PHONE #: (985) 231-7581     FAX #: _____

FROM: Joy Steck
My Direct Fax: _____
My Direct Phone #: _____

RE: Death Certificate for James Steele

COMMENTS: _____

CONFIDENTIALITY NOTICE: The documents accompanying this fax transmission may contain confidential information. The information is intended only for use of the recipient named above. If you have received this fax in error, please notify us by telephone to arrange for return of the original document to us. Any disclosure, copying, or the taking of any action in reliance on the contents of this faxed information is strictly prohibited.



DDRB



EXHIBIT 4

# HAMILTON COUNTY HEALTH DEPARTMENT
## CERTIFICATE OF DEATH

Local No 000121  DATE JAN 26 2018

| Field | Value |
|---|---|
| 1. Decedent's Legal Name (First, Middle, Last) | JAMES ERNEST STEELE |
| 1a. Maiden Name (If female) | |
| 2. Sex | MALE |
| 3. Time Of Death | 07:00 PM |
| 4. Date Of Death (Month/Day/Year) | 01/23/2018 |
| 5. Social Security Number | REDACTED |
| 6a. Age - Yrs | 76 |
| 7. Date of Birth (Month/Day/Year) | REDACTED |
| 8. Birthplace (City and State or Foreign Country) | BOSTON, MA |
| 9. Ever in U.S. Armed Forces? | ☒ Yes ☐ No ☐ Unknown |
| 10. If Death Occurred In A Hospital | |
| 10a. If Death Occurred Somewhere Other Than A Hospital | ☒ Decedent's Home |
| 11. Facility Name (If Not Institution, Give Street and Number) | 4187 PEARSON DRIVE |
| 12. City Or Town, State, And Zip Code | WESTFIELD, IN, 46062 |
| 13. County Of Death | HAMILTON |
| 14. Marital Status At Time Of Death | ☒ Widowed |
| 15. Surviving Spouse's Name | |
| 15a. Last Name Before First Marriage | |
| 16. Decedent's Usual Occupation | OWNER |
| 17. Kind Of Business/Industry | CONSTRUCTION |
| 18. Residence - State | INDIANA |
| 18a. County | HAMILTON |
| 18b. City Or Town | WESTFIELD |
| 18c. Street And Number | 4187 PEARSON DRIVE |
| 18e. Zip Code | 46062 |
| 18f. Inside City Limits? | ☒ Yes ☐ No |
| 19. Decedent's Education | BACHELOR'S DEGREE (BA, AB, BS) |
| 20. Decedent Of Hispanic Origin | NOT HISPANIC |
| 21. Decedent's Race | White |
| 22. Parent's Name (First, Middle, Last) | JACK STEELE |
| 23. Parent's Name (First, Middle, Last) | ANNE STEELE |
| 23a. Parent's Last Name Before First Marriage | LAMBERT |
| 24. Informant's Name | JOY STEELE |
| 24a. Relationship To Decedent | DAUGHTER |
| 24b. Mailing Address | 1533 WHISPERING CREEK DRIVE, BALLWIN, MO 63021 |
| 25a. Method Of Disposition | ☒ Cremation |
| 25b. Place Of Disposition | ARN CREMATION SERVICES |
| 25c. Location - City, Town, And State | ZIONSVILLE (HAMILTON CO), IN |
| 26. Was Coroner Contacted? | ☐ Yes ☒ No |
| 27. Name And Complete Address Of Funeral Facility | AARON-RUBEN-NELSON; 11411 N. MICHIGAN ROAD, ZIONSVILLE (HAMILTON CO), IN 46077 |
| 27a. Funeral Home License Number | FH10900017 |
| 27b. Signature Of Indiana Funeral Service Licensee | DONNI LOTZ, BY ELECTRONIC SIGNATURE |
| 27c. License Number (Of Licensee) | FD21200037 |

### Cause Of Death

28. Part I.
A. Immediate Cause: ACUTE ON CHRONIC SYSTOLIC HEART FAILURE
B.
C.
D.

Part II. Other Significant Conditions Contributing to Death: HX OF MYOCARDIAL INFARCTION, AFIB

29. Was An Autopsy Performed? ☒ No
30. Were Autopsy Findings Available To Complete The Cause Of Death? ☐ Yes ☐ No
31. Did Tobacco Use Contribute To Death? ☒ Probably
33. Manner Of Death: ☒ Natural

41. Signature Of Person Certifying Cause Of Death: CLAIRE WILLARD, BY ELECTRONIC SIGNATURE
42. Certifier: ☒ Certifying Physician
43. Name, Address And Zip Code Of Person Certifying Cause Of Death: CLAIRE WILLARD, 720 ESKENAZI AVE., INDIANAPOLIS, IN 46202
44. License Number: 01073130A
45. Date Certified: 01/26/2018

48. Signature of Local Health Officer: CHARLES HARRIS, VIA ELECTRONIC SIGNATURE
49. For Registrar Only - Date Filed: JAN 26 2018

State Form 53395  ATTENTION ESTATE: The Social Security # is being requested by this state agency in order to pursue responsibility. Disclosure is voluntary and there will be no penalty for refusal.