UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To: *James Steele v. 3M Company, et al;* Case No. 17-cv-01262 | |

## **ORDER**

The Court, after considering the Defendant's Motion to Dismiss with prejudice for failure comply with Pre-Trial Order number 23, as well as any responses thereto, finds the Motion to be without merit. It is therefore ORDERED THAT Defendants' Motion to Dismiss with prejudice in the above-captioned matter is denied.

Dated: _____        _____
                                **HON. JOAN N. ERICKSEN**
                                United States District Court Judge