# IN THE UNITED STATES DISTRICT COURT
# OF MINNESOTA

| | |
|---|---|
| **IN RE: Bair Hugger Forced Air Warming Products Liability Litigation** | **MDL No. 15-2666 (JNE/FLN)** |
| **This Document Relates to:** | **Judge Joan N. Ericksen** |
| | **Case No. 0:17-cv-04063** |
| **MARION HOFFMAN** | |
| Plaintiff, | **STIPULATED DISMISSAL WITH PREJUDICE** |
| v. | |
| **3M COMPANY AND ARIZANT HEALTHCARE, INC.** | |
| Defendants. | |

Now comes the undersigned counsel, and hereby gives notice that Plaintiff and Defendants 3M Company and Arizant Healthcare, Inc., jointly stipulate to dismiss this case with prejudice, parties to bear their own costs, and terminate from the docket of the court this action.

Respectively:

s/ Matthew J. Skikos
Matthew J. Skikos (CA SBN 269765)
SKIKOS, CRAWFORD, SKIKOS & JOSEPH, LLP
One Sansome Street, Suite 2830
San Francisco, CA 94104
(415) 546-7300 Telephone
(415) 546-7301 Facsimile
mskikos@skikos.com

**ATTORNEYS FOR PLAINTIFF MARION HOFFMAN**

s/ Benjamin W. Hulse
Benjamin W. Hulse (MN #0390952)
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
(612) 343-3200 Telephone
(612) 343-3205 Fax
BHulse@blackwellburke.com

**ATTORNEY FOR 3M COMPANY AND ARIZANT HEALTHCARE, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2018, a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

DATED: 7/16/18

| | |
|---|---|
| s/ Matthew J. Skikos | s/ Benjamin W. Hulse |
| Matthew J. Skikos (CA SBN 269765) | Benjamin W. Hulse (MN #0390952) |
| SKIKOS, CRAWFORD, SKIKOS & JOSEPH, LLP | BLACKWELL BURKE P.A. |
| One Sansome Street, Suite 2830 | 431 South Seventh Street, Suite 2500 |
| San Francisco, CA 94104 | Minneapolis, MN 55415 |
| (415) 546-7300 Telephone | (612) 343-3200 Telephone |
| (415) 546-7301 Facsimile | (612) 343-3205 Facsimile |
| mskikos@skikos.com | BHulse@blackwellburke.com |
| **ATTORNEYS FOR PLAINTFF** | **ATTORNEY FOR 3M** |
| **MARION HOFFMAN** | **COMPANY AND ARIZANT HEALTHCARE, INC.** |