

**Benjamin W. Hulse**
**Direct Dial:  612-343-3256**
E-Mail: **bhulse@blackwellburke.com**

July 18, 2018

**VIA ECF**

The Honorable Joan N. Ericksen
District Judge, District of Minnesota
United States District Court
12W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN  55415

RE:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
         MDL No. 15-2666-JNE-FLN

Dear Judge Ericksen:

I am writing to update the Court on Defendants' Motion to Dismiss for Failure to Comply with Pretrial Order No. 14 (ECF No. 1316).  This Motion concerns PFS deficiencies.

Plaintiff in *Hoerbert v. 3M Co., et al.* (No. 17-cv-03616) served an amended PFS after the Motion was filed.  Following discussions between the parties' counsel, Defendants will no longer be seeking dismissal of this case as part of this Motion.

Sincerely,

*s/Benjamin W. Hulse*

Benjamin W. Hulse