IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
MINNESOTA

| | |
|---|---|
| IN RE: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABLITY LITIGATION | MDL No. 15-md-2666(JNE/FLN) |

This document relates to:

JOHN W. SMITH, et al.

    Plaintiff,

                           Civil Action No. 0:17-cv-2889-JNE-FLN

### L.R.7.1(f) WORD COUNT COMPLIANCE CERTIFICATE REGARDING PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

This brief complies with the word limitation of LR 7.1(f) because this brief contains 351 words, including all text, headings, footnotes, and quotations, other than the parts of the brief exempted by LR 7.1(f). This brief was prepared using Microsoft Office Word 2013.

This brief complies with the type size requirements of LR 7.1(h) because this brief has been prepared using at least font size 13, is double-spaced (expect for headings, footnotes and quotations that exceed two line) and is submitted on 8 ½" by 11" paper with at least one inch of margins on all four sides.

                                      RESPECTFULLY SUBMITTED,

                                      BROWN & CROUPPEN, P.C.

Dated: July 18, 2018           /s/Seth S. Webb
                                      Seth S. Webb # 51236
                                      211 N. Broadway, Suite 1600
                                      Saint Louis, MO 63102
                                      (314) 421-0216
                                      (314) 421-0359
                                      SethW@getbc.com
                                      Attorney for Plaintiff