UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE BAIR HUGGER FORCED AIR WARMING PRODUCTS LIABILITY LITIGATION | MDL No.: 15-md-02666 (JNE/FLN) |
| This Document Relates to All Actions. | |
| **Gail Harter,** | Civil Action No.: 17-cv-03448 |
| Plaintiff, | |
| | **SUGGESTION OF DEATH** |
| v. | |
| 3M Company and Arizant Healthcare, Inc., | |
| Defendants. | |

Now comes the undersigned counsel for Plaintiff, Gail Harter, and hereby gives notice of the death of Plaintiff Gail Harter. The time, date and circumstances of the Plaintiff's death are set forth in the Death Certificate (Exhibit A). Plaintiff respectfully informs this Court that a Motion for Substitution of Parties and an Amended Complaint will be filed by the appropriate representative of Gail Harter's estate within the appropriate time period as provided in Fed. R. Civ. P. 25(a) and PreTrial Order No. 23.

Dated: July 19, 2018                    **SCHLICHTER, BOGARD & DENTON, LLP**

/s/ Kristine Kraft
Kristine K. Kraft, Esq.
100 South Fourth Street, Suite 1200
St. Louis, MO 63102
314-621-6115 (phone)
314-621-7151 (fax)
kkraft@uselaws.com
rharris@uselaws.com

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Suggestion of Death was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants registered to receive service in this matter.

Dated:  July 19, 2018                                /s/ Kristine Kraft
                                                                  Kristine K. Kraft, Esq.