# NEW YORK STATE DEPARTMENT OF HEALTH
## CERTIFICATE OF DEATH

**DOH-1961 (5/2011)**
RECORDED DISTRICT: 3264
REGISTER NUMBER: 273
STATE FILE NUMBER: 131-2018-00029754

**1. NAME:** Gail Catherine Harter
**2. SEX:** Female
**3A. DATE OF DEATH:** 04 / 20 / 2018
**3B. HOUR:** 03:14 PM

**4A. PLACE OF DEATH:** Hospital Inpatient
**4B. IF FACILITY, DATE ADMITTED:** 04 / 20 / 2018
**4C. NAME OF FACILITY:** Faxton-St Lukes Healthcare - St Lukes Division
**4D. LOCALITY:** New Hartford Town
**4E. COUNTY OF DEATH:** Oneida
**4F. MEDICAL RECORD NO.:** 188980
**4G. WAS DECEDENT TRANSFERRED FROM ANOTHER INSTITUTION?** Yes — Charles T. Sitrin HCC

**6A. AGE IN YEARS:** 77
**7A. CITY AND STATE OF BIRTH:** Utica, New York

**8. SERVED IN U.S. ARMED FORCES?** No
**9. DECEDENT OF HISPANIC ORIGIN?** No, not Spanish/Hispanic/Latino
**10. DECEDENT'S RACE:** White/Caucasian
**11. DECEDENT'S EDUCATION:** High school graduate or GED

**13. MARITAL STATUS:** Widowed

**15A. USUAL OCCUPATION:** Certified Nursing Assistant
**15B. KIND OF BUSINESS OR INDUSTRY:** Healthcare
**15C. NAME/LOCALITY OF COMPANY OR FIRM:** Mohawk Valley Nursing Home, Ilion, New York

**17. BIRTH NAME OF FATHER/PARENT:** Leo Edward Dolin
**18. BIRTH NAME OF MOTHER/PARENT:** Mary Ann Foy

**19A. NAME OF INFORMANT:** Sally Juliano

**20A. 2. CREMATION** — Date: 04 / 27 / 2018
**20B. PLACE:** Waterville Crematory
**20C. LOCATION:** Waterville Village, New York

**21A. NAME AND ADDRESS OF FUNERAL HOME:** Fenner Funeral Home Inc, 115 Court St, Herkimer, NY 13350
**21B. REGISTRATION NUMBER:** 00573
**22A. NAME OF FUNERAL DIRECTOR:** Ronald P Hess Jr
**22B. SIGNATURE:** Ronald P Hess Jr Electronically Signed
**22C. REG. NUMBER:** 11606

**23A. SIGNATURE OF REGISTRAR:** Gail Wolanin Young Electronically Signed
**23B. DATE FILED:** 04 / 23 / 2018
**24A. BURIAL OR REMOVAL PERMIT ISSUED BY:** Rebecca Ann Eimer
**24B. DATE ISSUED:** 04 / 23 / 2018

**25A. CERTIFICATION:** Finian Oparah, MD — License No. 287483
Electronically Signed — 04 / 23 / 2018
**Certifier's Title:** Attending Physician
**Address:** 1656 Champlin Ave, New Hartford Town, NY 13502

**26A. Attending physician attended deceased:** FROM 04/20/2018 TO 04/20/2018
**26B. Deceased last seen alive by attending physician:** 04/20/2018
**26C. Pronounced Dead on:** 04/20/2018 at 03:14 PM

**27. MANNER OF DEATH:** Natural Cause
**28. WAS CASE REFERRED TO CORONER OR MEDICAL EXAMINER?** Yes
**29A. AUTOPSY?** No
**29B. IF YES, WERE FINDINGS USED TO DETERMINE CAUSE OF DEATH?** —

**30. DEATH WAS CAUSED BY:**
- (A) IMMEDIATE CAUSE: Cardiac arrest — 30 mins
- (B) DUE TO OR AS A CONSEQUENCE OF: severe sepsis — 8 hours
- (C) —

**DID TOBACCO USE CONTRIBUTE TO DEATH?** No

**33A. IF FEMALE:** Not pregnant within past year