IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| IN RE: BAIR HUGGER FORCED AIR WARMING PRODUCT LIABILITY LITIGATION | MDL No.: 15-md-02666 (JNE/FLN) |
| This Document Relates To: PRISCILLA RICHEY, Plaintiff, | Civil Action No.: 17-CV-05323-JNE-FLN |

---

**L.R. 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE REGARDING PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

This brief complies with the word limitation of LR 7.1(f) because this brief contains 744 words, including all text, headings, footnotes, and quotations, other than the parts of the brief exempted by LR 7.1(f). This brief was prepared using Microsoft Office Word 2013.

This brief complies with the type size requirements of LR 7.1 (h) because this brief has been prepared using at least font size 13, is double-spaced (except for headings, footnotes and quotations that exceed two lines) and is submitted on $8^{1/2}$" by 11" paper with at least one inch of margins on all four sides.

Dated: July 19, 2018

                        KENNEDY HODGES, LLP

                        By: /s/ David W. Hodges
                        David W. Hodges
                        dhodges@kennedyhodges.com
                        Gabriel A. Assaad
                        gassaad@kennedyhodges.com
                        4409 Montrose Blvd. Ste 200
                        Houston, TX 77006
                        Telephone: (713) 523-0001
                        Facsimile: (713) 523-1116

                        ATTORNEYS FOR PLAINTIFF