IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| IN RE: BAIR HUGGER FORCED AIR WARMING PRODUCT LIABILITY LITIGATION | MDL No.: 15-md-02666 (JNE/FLN) |

This Document Relates To:

PRISCILLA RICHEY,

                                        Civil Action No.:  17-CV-05323-JNE-FLN

    Plaintiff,

_____

## DECLARATION OF SAMANTHA RODRIGUEZ IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS

I, Samantha Rodriguez, declare as follows:

1. I am an attorney at Kennedy Hodges, LLP and Counsel for Plaintiff Priscilla Richey in the above-captioned matter.

2. I submit this affidavit in opposition to Defendants' Motion to Dismiss for Failure to Comply with Pretrial Order No. 23 [Dkt. 1356] filed on July 12, 2018.

3. This case was filed on December 1, 2017 to comply with the statute of limitations deadline.

4. Based on information obtained from client's daughter-in-law, Counsel believed Plaintiff died on April 6, 2018.

5. Plaintiff's Counsel learned Plaintiff's actual date of death was March 30, 2019 on July 3, 2018.

6. Plaintiff's Counsel filed a Suggestion of Death in good faith with the Court on July 3, 2018.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

July 19, 2018                               /s/Samantha Rodriguez
                                            Samantha Rodriguez