IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: BAIR HUGGER FORCED AIR WARMING PRODUCT LIABILITY LITIGATION | MDL No.: 15-md-02666 (JNE/FLN) |
| This Document Relates To: RAY LISTER,      Plaintiff, | Civil Action No.: 17-CV-04336-JNE-FLN |

**L.R. 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE REGARDING PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

This brief complies with the word limitation of LR 7.1(f) because this brief contains 733 words, including all text, headings, footnotes, and quotations, other than the parts of the brief exempted by LR 7.1(f). This brief was prepared using Microsoft Office Word 2013.

This brief complies with the type size requirements of LR 7.1 (h) because this brief has been prepared using at least font size 13, is double-spaced (except for headings, footnotes and quotations that exceed two lines) and is submitted on $8^{1/2}$" by 11" paper with at least one inch of margins on all four sides.

Dated: July 19, 2018

           KENNEDY HODGES, LLP

           By: /s/ David W. Hodges
           David W. Hodges
           dhodges@kennedyhodges.com
           Gabriel A. Assaad
           gassaad@kennedyhodges.com
           4409 Montrose Blvd. Ste 200
           Houston, TX 77006
           Telephone: (713) 523-0001
           Facsimile: (713) 523-1116

           ATTORNEYS FOR PLAINTIFF