# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

|  |  |
|---|---|
|  | **COURT MINUTES** |
|  | BEFORE: Joan N. Ericksen |
|  | U.S. District Judge and |
|  | Franklin L. Noel and David T. Schultz |
|  | U.S. Magistrate Judge |

IN RE: Bair Hugger Forced Air Warming Devices Product Liability Litigation

| Case No: | 0:15-md-02666 (JNE/FLN) |
|---|---|
| Date: | July 19, 2018 |
| Deputy: | Catherine B. Cusack |
| Court Reporter: | Maria V. Weinbeck |
| Courthouse: | Minneapolis |
| Courtroom: | 12W |
| Time in Court: | 2:09 PM - 3:02 PM |
| Time in Court: | 53 Minutes |

## STATUS CONFERENCE

APPEARANCES:

    Plaintiff:    Genevieve M. Zimmerman, Jan M. Conlin, Kyle W. Farrar, Gabriel A. Assaad, David W. Hodges

    Defendant:    Jerry W. Blackwell, Lyn Peeples Pruitt, Benjamin W. Hulse, Mary S. Young, Bridget M. Ahmann

Please see attached list of telephone participants.

PROCEEDINGS:

    ☒ Status Conference held.
    ☒ Appearances made on the record.

1) The next status conference is scheduled for Thursday, August 16, 2018, 9:30 AM in Minneapolis Courtroom 12W.