| NAME | FIRM NAME |
|---|---|
| Albert B. Friedman | Albert Brooks Friedman, LTD |
| Kelly Lopez | Albert Brooks Friedman, LTD |
| Anne Andrews | Andrew & Thornton |
| John C. Thornton | Andrew & Thornton |
| Lauren Davis | Andrew & Thornton |
| Alexandra Franklin | Bachus & Schanker, LLC |
| Allison Brown | Bachus & Schanker, LLC |
| Darin Schanker | Bachus & Schanker, LLC |
| J. Kyle Bachus | Bachus & Schanker, LLC |
| Krysta Hand | Bachus & Schanker, LLC |
| Kyle Bachus | Bachus & Schanker, LLC |
| J. Christopher Elliott | Bachus & Schanker, LLC |
| Noelle Collins | Bachus & Schanker, LLC |
| Justin Jenson | Bailey Peavy Bailey Cowan Heckaman, PLLC |
| Renee Lindsey | Beasley, Allen, Crow, Methvin, Portis & Miles, PC |
| Dae Y. Lee | Bernstein Liebhard, LLP |
| Carrie Brous | Brous Law |
| Abby Cordray | Brown & Crouppen, PC |
| Seth S. Webb | Brown & Crouppen, PC |
| Vanessa Mixco | Brown & Crouppen, PC |
| Don Ledgard | Capretz & Associates |
| Mark D. Chappell Jr. | Chappell, Smith & Arden P.A. |
| Graham L. Newman | Chappell, Smith & Arden P.A. |
| Bonnie Sluce | Chappell, Smith & Arden P.A. |
| Lia Ann Thomas | Colling Gilbert Wright & Carter, LLC |
| Melvin Wirght | Colling Gilbert Wright & Carter, LLC |
| Robert Cain | Davis & Crump |
| Annesley DeGaris | DeGaris Law Group, LLC |
| Wayne Rogers, Jr. | DeGaris Law Group, LLC |
| Kevin Fitzgerald | Fitzgerald Law Group, LLC |
| Heath P Straka | Gingras, Cates & Luebke |
| Scott Thompson | Gingras, Cates & Luebke |
| Noah Lauricella | Goldenberg Law, PLLC |
| Lisa R. Joyce | Goza & Honnold, LLC |
| Scott Hollis | Hollis Legal Solutions, PPLC |
| Monica Vaughan | Houssier, Durant & Houssier, LLP |
| Randall A. Kauffman | Houssier, Durant & Houssier, LLP |
| Shirley Strom-Blanchard | Houssier, Durant & Houssier, LLP |
| Lisa Groshe | Johnson Becker, PLLC |
| Leslie O'Leary | Johnson Johnson & Lucas & Middleton |
| Brenda Steinle | Johnson Johnson & Lucas & Middleton |
| Amber M. Pang Parra | Justinian & Associates PLLC |
| Behram V. Parekh | Kirtland & Packard |
| Lauren Niendick | Langdon & Emison |
| Heather Cover | Law Office of James S. Rogers |
| Michael W. Patrick | Law Office of Michael W. Patrick |
| Julie Treacy | Law Office of Travis R. Walker, PA |
| Ben W. Gordon | Levin Papantonio, PA |
| Pete Lewis | Lewis & Caplan |
| Sarah Delahoussaye Call | Lewis & Caplan |
| Amy C. Webster | Lewis & Caplan |
| William Hymes | Loncar & Associates |
| John L. Coveney | Loncar & Associates |
| Melissa Marie Heinlein | Lord & Associates Law Office |

| | |
|---|---|
| Priscilla Lord | Lord & Associates Law Office |
| Rosemarie Bogdan | Martin Harding & Mazzotti LLP |
| Kristen Winner | Martin Harding & Mazzotti LLP |
| Jonathan R. Mencel | McSweeney Langevin |
| Holly Sternquist | Meshbesher & Spence, LTD |
| Ashleigh E. Raso | Meshbesher & Spence, LTD |
| Bryan A. Pfleeger | Michael Hingle & Associates |
| Colleen Euper | Michael Hingle & Associates |
| Heather Cullen | Morgan & Morgan Complex Litigation Group |
| Joseph T. Waechter | Morgan & Morgan Complex Litigation Group |
| Michael Goetz | Morgan & Morgan Complex Litigation Group |
| Jim Morris | Morris Law Firm |
| Shane Greenberg | Morris Law Firm |
| Alec Smith | Morris Law Firm |
| Lorena Ruiz | Morris Law Firm |
| Caroline W. Thomas | Murray Law Firm |
| Michael S. Werner | Parker Waichman, LLP |
| Giselle Grant | Parker Waichman, LLP |
| Brian E. Tadtman | Peterson & Associates, P.C. |
| David J. Szerlag | Pritzker Hageman, PA |
| Wendy Thayer | Pritzker Hageman, PA |
| Amy Hargis | Raizner Slania LLP |
| Erin Stracerner | Raizner Slania LLP |
| Kristen Gorombol | Raizner Slania LLP |
| Carrie Hancock | Randall J. Trost, P.C. |
| Rob Shelton | Shelton Law Group |
| Elizabeth Orr | Showard Law Firm PC |
| Elizabeth Whitley | Showard Law Firm PC |
| Sarah J. Showard | Showard Law Firm PC |
| Julie Tucci | Skikos Crawford Skikos & Joseph |
| Darilyn Simon | Skikos Crawford Skikos & Joseph |
| Wendy Kell | Tate Law Group |
| Allan J. Ahearne | The Ahearne Law Firm, PLLC. |
| Jessica Pauley | The Ahearne Law Firm, PLLC. |
| Tayjes M. Shah | The Miller Firm, LLC |
| Alfred Olinde, Jr | The Olinde Firm, LLC |
| Wesley G. Barr | The Olinde Firm, LLC |
| Austin Grinder | The Ruth Team |
| Steven C. Ruth | The Ruth Team |
| Chelsie Garza | The Webster Law Firm |
| Jason C. Webster | The Webster Law Firm |
| Anna Katherine Higgins | The Whitehead Law Firm, LLC |
| C. Mark Whitehead III | The Whitehead Law Firm, LLC |
| Lon Walters | Walters Law Firm, LLC |
| Sandra Harrell | The Reardon Law Firm, PC |