# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: BAIR HUGGER FORCED AIR
WARMING DEVICES PRODUCTS LIABILITY
LITIGATION

MDL No. 2666

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO –25)

On December 11, 2015, the Panel transferred 5 civil action(s) to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 148 F.Supp.3d 1383 (J.P.M.L. 2015). Since that time, 57 additional action(s) have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Joan N. Ericksen.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Ericksen.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of December 11, 2015, and, with the consent of that court, assigned to the Honorable Joan N. Ericksen.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jul 23, 2018

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A true copy in _____2_____ sheet(s)
of the record in my custody,
CERTIFIED, Jul 23, 2018
Kate M. Fogarty, Clerk
BY: _____
Deputy Clerk

IN RE: BAIR HUGGER FORCED AIR
WARMING DEVICES PRODUCTS LIABILITY
LITIGATION

MDL No. 2666

### SCHEDULE CTO−25 – TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION | |
|---|---|---|---|---|
| IOWA SOUTHERN | | | | |
| IAS | 4 | 18−00221 | Creason v. 3M Company et al | 18-2106 JNE/DTS |