# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

In re: BAIR HUGGER FORCED AIR
WARMING DEVICES PRODUCTS
LIABILITY LITIGATION

MDL No. 15-2666 (JNE/DTS)

This Document Relates to:
Case Nos.:
15-cv-04044 *(Campbell v. 3M Company)*
15-cv-04211 *(Little v. 3M Co., et al.)*
15-cv-04244 *(Seitter v. 3M Co., et al.)*
15-cv-04571 *(Atchetee v. 3M Co., et al.)*
16-cv-00242 *(Dethlefson, Jr. v. 3M Company)*
16-cv-00271 *(Charap v. 3M Company)*
16-cv-00360 *(McCormick v. 3M Company)*
16-cv-00384 *(Roth v. 3M Co., et al.)*
16-cv-00515 *(Klosinski v. 3M Company)*
16-cv-00516 *(Simpson v. 3M Company)*
16-cv-00517 *(Ryan v. 3M Company)*
16-cv-00518 *(Thompson v. 3M Company)*
16-cv-00836 *(Pease v. 3M Company)*
16-cv-00839 *(Smith, Donald v. 3M Company)*
16-cv-00837 *(Burleson v. 3M Company)*
16-cv-00838 *(Plumley v. 3M Company)*
16-cv-00545 *(Andras v. 3M Co., et al.)*
16-cv-00546 *(Franks, II v. 3M Co., et al.)*
16-cv-01232 *(Morris v. 3M Company)*
16-cv-01257 *(Harvey v. 3M Company)*
16-cv-01259 *(Lance v. 3M Company)*
16-cv-01858 *(Stitt v. 3M Company)*
16-cv-01895 *(Eney v. 3M Co., et al.)*
16-cv-02000 *(McMillan v. 3M Co., et al.)*
16-cv-02005 *(Siddens v. 3M Company)*
16-cv-02033 *(Anaya v. 3M Co., et al.)*
16-cv-02042 *(Asbury v. 3M Co., et al.)*
16-cv-02048 *(Cooke, Jr. v. 3M Co., et al.)*
16-cv-02292 *(Davis v. 3M Co., et al.)*
16-cv-02298 *(Dandrea v. 3M Co., et al.)*
16-cv-02299 *(Redman v. 3M Co., et al.)*
16-cv-02338 *(Duval v. 3M Co., et al.)*
16-cv-02500 *(Pastor v. 3M Co., et al.)*

16-cv-02503 *(West v. 3M Co., et al.)*
16-cv-02516 *(Wilson v. 3M Co., et al.)*
16-cv-02543 *(Mains v. 3M Co., et al.)*
16-cv-02546 *(Walker v. 3M Co., et al.)*
16-cv-02584 *(Butler v. 3M Co., et al.)*
16-cv-02591 *(Hebert v. 3M Co., et al.)*
16-cv-02593 *(Marriott v. 3M Co., et al.)*
16-cv-02657 *(Waters v. 3M Co., et al.)*
16-cv-02658 *(Goble v. 3M Co., et al.)*
16-cv-02729 *(Orias v. 3M Company)*
16-cv-02812 *(Hall v. 3M Co., et al.)*
16-cv-02814 *(Grudzinski v. 3M Co., et al.)*
16-cv-02951 *(O'Grady, Jr. v. 3M Co., et al.)*
16-cv-02953 *(Morgan, Jr. v. 3M Co., et al.)*
16-cv-02998 *(Ferrante v. 3M Co., et al.)*
16-cv-03109 *(Hrbek v. 3M Co., et al.)*
16-cv-03110 *(Dickens v. 3M Co., et al.)*
16-cv-03165 *(Gallegos v. 3M Co., et al.)*
16-cv-03317 *(Hollins v. 3M Co., et al.)*
16-cv-03357 *(Batkins v. 3M Co., et al.)*
16-cv-03708 *(Goodson v. 3M Co., et al.)*
16-cv-03783 *(White v. 3M Co., et al.)*
16-cv-03784 *(Stewart v. 3M Co., et al.)*
16-cv-03934 *(Hougen v. 3M Co., et al.)*
16-cv-03989 *(Malady v. 3M Company)*
16-cv-03993 *(Johnson, Mark v. 3M Company)*
16-cv-04053 *(Hellard v. 3M Co., et al.)*
16-cv-04056 *(Rhodes v. 3M Co., et al.)*
16-cv-04151 *(Leonard v. 3M Company)*
16-cv-04169 *(McFarland v. 3M Company)*
16-cv-04182 *(Myers, C. Thomas v. 3M Company)*
16-cv-04206 *(Palmer v. 3M Company)*
16-cv-04211 *(Miller, Terri v. 3M Company)*
16-cv-04212 *(Scrittorale v. 3M Company)*
16-cv-04213 *(Fisher v. 3M Company)*
16-cv-04218 *(Polasko v. 3M Company)*
16-cv-04223 *(Mann v. 3M Company)*
16-cv-04283 *(Myers, Frank v. 3M Company)*
16-cv-04391 *(Reed v. 3M Company)*
16-cv-04410 *(Williams, Gloria v. 3M Co., et al.)*
16-cv-04411 *(Thomas v. 3M Co., et al.)*

16-cv-04414 *(Munoz v. 3M Co., et al.)*
16-cv-04415 *(Smith-Barbour v. 3M Co., et al.)*
16-cv-04416 *(Lewis v. 3M Co., et al.)*
16-cv-04417 *(Coleman v. 3M Co., et al.)*
16-cv-04420 *(Holliday v. 3M Co., et al.)*
16-cv-04421 *(Winfield v. 3M Co., et al.)*
16-cv-04422 *(McGalliard v. 3M Co., et al.)*
17-cv-00052 *(Marshall v. 3M Company)*
17-cv-00225 *(Cooper, et al. v. 3M Co., et al.)*
17-cv-00264 *(Williams, Millard v. 3M
          Company)*
17-cv-00321 *(McDonald v. 3M Company)*
17-cv-00349 *(Baxter v. 3M Co., et al.)*
17-cv-00434 *(Reid v. 3M Co., et al.)*
17-cv-00448 *(Gibson v. 3M Co., et al.)*
17-cv-00458 *(Adams v. 3M Company)*
17-cv-00584 *(Lang v. 3M Company)*
17-cv-00588 *(Laguna v. 3M Co., et al.)*
17-cv-00612 *(Christopher v. 3M Co., et al.)*
17-cv-00712 *(Owens v. 3M Company)*
17-cv-00753 *(Matthews v. 3M Company)*
17-cv-00999 *(Lindsey v. 3M Company)*
17-cv-01005 *(Taneff v. 3M Company)*
17-cv-01007 *(Litchfield v. 3M Company)*
17-cv-01012 *(Hales v. 3M Company)*
17-cv-01125 *(Mack, Elizabeth v. 3M
          Company)*
17-cv-01211 *(Charles Torio v. 3M Co., et al.)*
17-cv-01216 *(Hamed v. 3M Company)*
17-cv-01217 *(Lane v. 3M Company)*
17-cv-01221 *(Locke v. 3M Company)*
17-cv-01222 *(Payton v. 3M Company)*
17-cv-01242 *(Hightower v. 3M Company)*
17-cv-01249 *(Prilo v. 3M Company)*
17-cv-01251 *(Whitehead v. 3M Company)*
17-cv-01281 *(Hinthorne v. 3M Company)*
17-cv-01282 *(Hagaman v. 3M Company)*
17-cv-01284 *(Hasler v. 3M Company)*
17-cv-01291 *(Henson v. 3M Company)*
17-cv-01292 *(Luttrell v. 3M Company)*
17-cv-01294 *(Arrington v. 3M Company)*
17-cv-01306 *(McCumbers v. 3M Company)*
17-cv-01317 *(O'Conner v. 3M Company)*

17-cv-01329 *(Hutson v. 3M Company)*
17-cv-01334 *(Roszak v. 3M Company)*
17-cv-01338 *(Padmore v. 3M Company)*
17-cv-01341 *(High v. 3M Company)*
17-cv-01342 *(Buczko v. 3M Company)*
17-cv-01343 *(Sinnett v. 3M Company)*
17-cv-01345 *(Pickelsimer v. 3M Company)*
17-cv-01346 *(Peshut v. 3M Company)*
17-cv-01413 *(Jordan v. 3M Co., et al.)*
17-cv-01460 *(Surlow v. 3M Co., et al.)*
17-cv-01481 *(Lillard v. 3M Co., et al.)*
17-cv-01522 *(McDaniel v. 3M Company)*
17-cv-01524 *(Hunter v. 3M Co., et al.)*
17-cv-01537 *(Leineke v. 3M Company)*
17-cv-01538 *(Logan v. 3M Company)*
17-cv-01553 *(Kirkland v. 3M Company)*
17-cv-01562 *(McGilton v. 3M Company)*
17-cv-01567 *(Manley v. 3M Company)*
17-cv-01666 *(Moten v. 3M Company)*
17-cv-01683 *(Voytko v. 3M Co., et al.)*
17-cv-01838 *(Hammonds v. 3M Company)*
17-cv-01961 *(O'Hearn v. 3M Company)*
17-cv-02157 *(Goss v. 3M Co., et al.)*
17-cv-02199 *(Pirraglio v. 3M Company)*
17-cv-02221 *(James v. 3M Company)*
17-cv-02225 *(Kennedy v. 3M Company)*
17-cv-02226 *(McGee v. 3M Company)*
17-cv-02229 *(Karasti v. 3M Company)*
17-cv-02281 *(Escobedo v. 3M Co., et al.)*
17-cv-02283 *(Smith, Alberta v. 3M Co., et al.)*
17-cv-02347 *(Lukens v. 3M Company)*
17-cv-02426 *(Johnson, V, J. Edwards, et al. v.
          3M Company)*
17-cv-02450 *(Knapke v. 3M Co., et al.)*
17-cv-02453 *(Hughes v. 3M Co., et al.)*
17-cv-02455 *(Nugent v. 3M Co., et al.)*
17-cv-02538 *(Valentine v. 3M Co., et al.)*
17-cv-02601 *(Mason v. 3M Company)*
17-cv-02756 *(Brock v. 3M Co., et al.)*
17-cv-03259 *(Folmer v. 3M Co., et al.)*
17-cv-03607 *(Evans v. 3M Co., et al.)*
17-cv-03997 *(Keith v. 3M Co., et al.)*
17-cv-04054 *(Miller, Lelea v. 3M Co., et al.)*

17-cv-04510 *(Gunner v. 3M Co., et al.)*
17-cv-04607 *(Collins v. 3M Co., et al.)*
17-cv-04814 *(Stevens v. 3M Company)*
17-cv-04859 *(Bradford v. 3M Co., et al.)*
17-cv-04860 *(Mack, Raymond v. 3M Co., et al.)*
17-cv-04967 *(Ewing v. 3M Company)*
18-cv-00023 *(Angell v. 3M Co., et al.)*
18-cv-00104 *(Blevins v. 3M Co., et al.)*
18-cv-00120 *(Upchurch v. 3M Co., et al.)*
18-cv-00167 *(Shoaf v. 3M Co., et al.)*
18-cv-00347 *(Watson v. 3M Co., et al.)*
18-cv-01128 *(Jackson v. 3M Company)*

## <u>DEFENDANTS' MOTION FOR ENTRY OF AN ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED FOR LACK OF PRODUCT IDENTIFICATION OR PRODUCT-RELATED INJURY</u>

Pursuant to the Federal Rule 11(b), Defendants 3M Company and Arizant Healthcare, Inc. (collectively, "Defendants") respectfully move the Court to enter an order to show cause why the following cases should not be dismissed:

| Case Number | Plaintiff | Firm Name |
|---|---|---|
| 0:15-cv-04044-JNE-DTS | Campbell | The Law Offices of Travis R. Walker, P.A. |
| 0:15-cv-04211-JNE-DTS | Little | Lockridge Grindal Nauen, P.L.L.P. |
| 0:15-cv-04244-JNE-DTS | Seitter | Lockridge Grindal Nauen, P.L.L.P. |
| 0:15-cv-04571-JNE-DTS | Atchetee | Bernstein Liebhard LLP |
| 0:16-cv-00242-JNE-DTS | Dethlefsen, Jr.[1] | Lockridge Grindal Nauen, P.L.L.P. |
| 0:16-cv-00271-JNE-DTS | Charap | The Olinde Firm, LLC |

---

[1] Based on the PFS served in this matter it appears that Plaintiff was improperly identified as "John Dethelfson, Jr.," but his name is actually "John Dethlefsen, Jr." (*Compare* Compl., 16-cv-00242, Dkt. No. 1 *with* Hulse Decl., Ex. 1.)

| 0:16-cv-00360-JNE-DTS | McCormick | The Olinde Firm, LLC |
|---|---|---|
| 0:16-cv-00384-JNE-DTS | Roth | Michael Hingle & Associates LLC |
| 0:16-cv-00515-JNE-DTS | Klosinski | Goza & Honnold, LLC |
| 0:16-cv-00516-JNE-DTS | Simpson | Goza & Honnold, LLC |
| 0:16-cv-00517-JNE-DTS | Ryan | Goza & Honnold, LLC |
| 0:16-cv-00518-JNE-DTS | Thompson | Goza & Honnold, LLC |
| 0:16-cv-00836-JNE-DTS | Pease | Goza & Honnold, LLC |
| 0:16-cv-00839-JNE-DTS | Smith, Donald | Goza & Honnold, LLC |
| 0:16-cv-00837-JNE-DTS | Burleson | Goza & Honnold, LLC |
| 0:16-cv-00838-JNE-DTS | Plumley | Goza & Honnold, LLC |
| 0:16-cv-00545-JNE-DTS | Andras | Michael Hingle & Associates LLC |
| 0:16-cv-00546-JNE-DTS | Franks, II | Michael Hingle & Associates LLC |
| 0:16-cv-01232-JNE-DTS | Morris | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-01257-JNE-DTS | Harvey | Goza & Honnold, LLC |
| 0:16-cv-01259-JNE-DTS | Lance | Goza & Honnold, LLC |
| 0:16-cv-01858-JNE-DTS | Stitt | The Law Offices of Travis R. Walker, P.A. |
| 0:16-cv-01895-JNE-DTS | Eney | The Miller Firm, LLC |
| 0:16-cv-02000-JNE-DTS | McMillan | Goza & Honnold, LLC |
| 0:16-cv-02005-JNE-DTS | Siddens | The Law Offices of Travis R. Walker, P.A. |
| 0:16-cv-02033-JNE-DTS | Anaya | Brent Coon & Associates |
| 0:16-cv-02042-JNE-DTS | Asbury | Brent Coon & Associates |
| 0:16-cv-02048-JNE-DTS | Cooke, Jr. | Brent Coon & Associates |
| 0:16-cv-02292-JNE-DTS | Davis | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02298-JNE-DTS | Dandrea | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |

| | | |
|---|---|---|
| 0:16-cv-02299-JNE-DTS | Redman | Goza & Honnold, LLC |
| 0:16-cv-02338-JNE-DTS | Duval | Bernstein Liebhard LLP |
| 0:16-cv-02500-JNE-DTS | Pastor | Bernstein Liebhard LLP |
| 0:16-cv-02503-JNE-DTS | West | Richardson, Patrick, Westbrook & Brickman, LLC |
| 0:16-cv-02516-JNE-DTS | Wilson | Richardson, Patrick, Westbrook & Brickman, LLC |
| 0:16-cv-02543-JNE-DTS | Mains | Richardson, Patrick, Westbrook & Brickman, LLC |
| 0:16-cv-02546-JNE-DTS | Walker | Bernstein Liebhard LLP |
| 0:16-cv-02584-JNE-DTS | Butler | Bernstein Liebhard LLP |
| 0:16-cv-02591-JNE-DTS | Hebert | Bernstein Liebhard LLP |
| 0:16-cv-02593-JNE-DTS | Marriott | Richardson, Patrick, Westbrook & Brickman, LLC |
| 0:16-cv-02657-JNE-DTS | Waters | Goza & Honnold, LLC |
| 0:16-cv-02658-JNE-DTS | Gobble[2] | Goza & Honnold, LLC |
| 0:16-cv-02729-JNE-DTS | Orias | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02812-JNE-DTS | Hall | Goza & Honnold, LLC |
| 0:16-cv-02814-JNE-DTS | Grudzinski | Brent Coon & Associates |
| 0:16-cv-02951-JNE-DTS | O'Grady, Jr. | Brent Coon & Associates |
| 0:16-cv-02953-JNE-DTS | Morgan, Jr. | Brent Coon & Associates |
| 0:16-cv-02998-JNE-DTS | Ferrante | Goza & Honnold, LLC |
| 0:16-cv-03109-JNE-DTS | Hrbek | Goza & Honnold, LLC |
| 0:16-cv-03110-JNE-DTS | Dickens | Goza & Honnold, LLC |
| 0:16-cv-03165-JNE-DTS | Gallegos | Loncar & Associates |
| 0:16-cv-03317-JNE-DTS | Hollins | Goza & Honnold, LLC |
| 0:16-cv-03357-JNE-DTS | Batkins | The Law Offices of Travis R. Walker, P.A. |

---

[2] Based on the PFS served in this matter it appears that Plaintiff was improperly identified as "Charlene Goble" but her name is actually "Charlene Gobble."  (*Compare* Compl., 16-cv-02658, Dkt. No. 1 *with* Hulse Decl., Ex. 2.)

| | | |
|---|---|---|
| 0:16-cv-03708-JNE-DTS | Goodson | Goza & Honnold, LLC |
| 0:16-cv-03783-JNE-DTS | White | Goza & Honnold, LLC |
| 0:16-cv-03784-JNE-DTS | Stewart | Goza & Honnold, LLC |
| 0:16-cv-03934-JNE-DTS | Hougen | The Miller Firm, LLC |
| 0:16-cv-03989-JNE-DTS | Malady | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-03993-JNE-DTS | Johnson, Mark | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-04053-JNE-DTS | Hellard | Goza & Honnold, LLC |
| 0:16-cv-04056-JNE-DTS | Rhodes | Goza & Honnold, LLC |
| 0:16-cv-04151-JNE-DTS | Leonard | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-04169-JNE-DTS | McFarland | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-04182-JNE-DTS | Myers, C. Thomas | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-04206-JNE-DTS | Palmer | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-04211-JNE-DTS | Miller, Terri | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-04212-JNE-DTS | Scrittorale | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-04213-JNE-DTS | Fisher | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-04218-JNE-DTS | Polasko | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-04223-JNE-DTS | Mann | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-04283-JNE-DTS | Myers, Frank | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-04391-JNE-DTS | Reed | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-04410-JNE-DTS | Williams, Gloria | Goza & Honnold, LLC |
| 0:16-cv-04411-JNE-DTS | Thomas | Goza & Honnold, LLC |

| 0:16-cv-04414-JNE-DTS | Munoz | Goza & Honnold, LLC |
|---|---|---|
| 0:16-cv-04415-JNE-DTS | Smith-Barbour | Goza & Honnold, LLC |
| 0:16-cv-04416-JNE-DTS | Lewis | Goza & Honnold, LLC |
| 0:16-cv-04417-JNE-DTS | Coleman | Goza & Honnold, LLC |
| 0:16-cv-04420-JNE-DTS | Holliday | Goza & Honnold, LLC |
| 0:16-cv-04421-JNE-DTS | Winfield | Goza & Honnold, LLC |
| 0:16-cv-04422-JNE-DTS | McGalliard | Goza & Honnold, LLC |
| 0:17-cv-00052-JNE-DTS | Marshall | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-00225-JNE-DTS | Cooper[3] | Brown and Crouppen, P.C. |
| 0:17-cv-00264-JNE-DTS | Williams, Millard | The Law Offices of Travis R. Walker, P.A. |
| 0:17-cv-00321-JNE-DTS | McDonald | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-00349-JNE-DTS | Baxter | The Miller Firm, LLC |
| 0:17-cv-00434-JNE-DTS | Reid | Goza & Honnold, LLC |
| 0:17-cv-00448-JNE-DTS | Gibson | Richardson, Patrick, Westbrook & Brickman, LLC |
| 0:17-cv-00458-JNE-DTS | Adams | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-00584-JNE-DTS | Lang | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-00588-JNE-DTS | Laguna | The Law Offices of Travis R. Walker, P.A. |
| 0:17-cv-00612-JNE-DTS | Christopher | Brown and Crouppen, P.C. |
| 0:17-cv-00712-JNE-DTS | Owens | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |

---

[3] Ms. Cooper's case was transferred from the Eastern District of Missouri (Case No. 4:16-CV-1880) and includes claims from seven other Plaintiffs. (*See* Compl., 17-cv-00225, Dkt. No. 1.)  Defendants are only seeking dismissal of Ms. Cooper's claims at this time, and request that her case be severed and dismissed with the other Plaintiffs' cases subject to this Motion.  *See* Fed. R. Civ. P. 21.

| 0:17-cv-00753-JNE-DTS | Matthews | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
|---|---|---|
| 0:17-cv-00999-JNE-DTS | Lindsey | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01005-JNE-DTS | Taneff | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01007-JNE-DTS | Litchfield | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01012-JNE-DTS | Hales | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01125-JNE-DTS | Mack, Elizabeth | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01211-JNE-DTS | Carl Torio[4] | Sanders Phillips Grossman, LLC |
| 0:17-cv-01216-JNE-DTS | Hamed | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01217-JNE-DTS | Lane | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01221-JNE-DTS | Locke | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01222-JNE-DTS | Payton | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01242-JNE-DTS | Hightower | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01249-JNE-DTS | Prilo | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01251-JNE-DTS | Whitehead | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01281-JNE-DTS | Hinthorne | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01282-JNE-DTS | Hagaman | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |

---

[4] Based on the PFS served in this matter it appears that Plaintiff was improperly identified as "Carl Charles Torio," but his name is actually "Charles Carl Torio."  (*Compare* Compl., 17-cv-01211, Dkt. No. 1 *with* Hulse Decl., Ex. 3.)

| | | |
|---|---|---|
| 0:17-cv-01284-JNE-DTS | Hasler | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01291-JNE-DTS | Henson | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01292-JNE-DTS | Luttrell | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01294-JNE-DTS | Arrington | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01306-JNE-DTS | McCumbers | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01317-JNE-DTS | O'Conner | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01329-JNE-DTS | Hutson | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01334-JNE-DTS | Roszak | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01338-JNE-DTS | Padmore | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01341-JNE-DTS | High | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01342-JNE-DTS | Buczko | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01343-JNE-DTS | Sinnett | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01345-JNE-DTS | Pickelsimer | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01346-JNE-DTS | Peshut | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01413-JNE-DTS | Jordan | Sanders Phillips Grossman, LLC |
| 0:17-cv-01460-JNE-DTS | Surlow | Sanders Phillips Grossman, LLC |
| 0:17-cv-01481-JNE-DTS | Lillard | Gustafson Gluek PLLC |
| 0:17-cv-01522-JNE-DTS | McDaniel | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01524-JNE-DTS | Hunter | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |

| 0:17-cv-01537-JNE-DTS | Leineke | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
|---|---|---|
| 0:17-cv-01538-JNE-DTS | Logan | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01553-JNE-DTS | Kirkland | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01562-JNE-DTS | McGilton | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01567-JNE-DTS | Manley | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01666-JNE-DTS | Moten | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01683-JNE-DTS | Voytko | Sanders Phillips Grossman, LLC |
| 0:17-cv-01838-JNE-DTS | Hammonds | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01961-JNE-DTS | O'Hearn | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-02157-JNE-DTS | Goss | Kennedy Hodges, L.L.P. |
| 0:17-cv-02199-JNE-DTS | Pirraglio | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-02221-JNE-DTS | James | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-02225-JNE-DTS | Kennedy | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-02226-JNE-DTS | McGee | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-02229-JNE-DTS | Karasti | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-02281-JNE-DTS | Escobedo | Kennedy Hodges, L.L.P. |
| 0:17-cv-02283-JNE-DTS | Smith, Alberta | Brent Coon & Associates |
| 0:17-cv-02347-JNE-DTS | Lukens | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-02426-JNE-DTS | Johnson, V, J. Edwards | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |

| | | |
|---|---|---|
| 0:17-cv-02450-JNE-DTS | Knapke | The Miller Firm, LLC |
| 0:17-cv-02453-JNE-DTS | Hughes | The Miller Firm, LLC |
| 0:17-cv-02455-JNE-DTS | Nugent, Jr.[5] | The Miller Firm, LLC |
| 0:17-cv-02538-JNE-DTS | Valentine | Pogust Braslow & Millrood LLC |
| 0:17-cv-02601-JNE-DTS | Mason | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-02756-JNE-DTS | Brock | Shelton Law Group |
| 0:17-cv-03259-JNE-DTS | Folmer | Kennedy Hodges, L.L.P. |
| 0:17-cv-03607-JNE-DTS | Evans | Bailey Peavy Bailey Cowman Heckaman, PLLC |
| 0:17-cv-03997-JNE-DTS | Keith | The Miller Firm, LLC |
| 0:17-cv-04054-JNE-DTS | Miller, Lelea | Goza & Honnold, LLC |
| 0:17-cv-04510-JNE-DTS | Gunner | Peterson & Associates, P.C. |
| 0:17-cv-04607-JNE-DTS | Collins | Gustafson Gluek PLLC |
| 0:17-cv-04814-JNE-DTS | Stevens | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-04859-JNE-DTS | Bradford | The Miller Firm, LLC |
| 0:17-cv-04860-JNE-DTS | Mack, Raymond | The Miller Firm, LLC |
| 0:17-cv-04967-JNE-DTS | Ewing | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:18-cv-00023-JNE-DTS | Angell | Langdon & Emison, LLC |
| 0:18-cv-00104-JNE-DTS | Blevins | The Miller Firm, LLC |
| 0:18-cv-00120-JNE-DTS | Upchurch | Langdon & Emison, LLC |
| 0:18-cv-00167-JNE-DTS | Shoaf | The Miller Firm, LLC |
| 0:18-cv-00347-JNE-DTS | Watson | The Miller Firm, LLC |
| 0:18-cv-01128-JNE-DTS | Jackson | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |

---

[5] The suffix on Plaintiff's surname was not included in the Complaint filed in this matter, but appears in the PFS served.  (*Compare* Compl., 17-cv-02455, Dkt. No. 1 *with* Hulse Decl., Ex. 4.)

Each of the above plaintiffs ("Plaintiffs") affirmatively represents in their respective verified plaintiff fact sheet ("PFS") that either (1) they have no information that a Bair Hugger warming system was used in their surgery, or (2) they have no injury attributable to a Bair Hugger warming system.   These verified PFS responses demonstrate that Plaintiffs' cases never should have been filed, because they did not conduct a reasonable inquiry or have evidentiary support for the factual contentions in their complaints.   *See* Fed. R. Civ. P. 11(b).   Accordingly, and for the reasons set forth in Defendants' accompanying Memorandum of Law, Defendants respectfully request that the Court grant their Motion, and enter an order for Plaintiffs to show cause within ten (10) days, in writing, why each of Plaintiffs' cases should not be dismissed with prejudice.

Dated: July 30, 2018

Respectfully submitted,

*s/Benjamin W. Hulse*

Jerry W. Blackwell (MN #186867)
Benjamin W. Hulse (MN #0390952)
Mary S. Young (MN #0392781)
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3200
Fax: (612) 343-3205
Email: blackwell@blackwellburke.com
         bhulse@blackwellburke.com
         myoung@blackwellburke.com

Bridget M. Ahmann (MN #016611x)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Phone: (612) 766-7000
Email: bridget.ahmann@faegrebd.com

***Counsel for Defendants 3M Company
and Arizant Healthcare Inc.***