# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/DTS) |
| This Document Relates to:<br>Case Nos.:<br>15-cv-04044 *(Campbell v. 3M Company)*<br>15-cv-04211 *(Little v. 3M Co., et al.)*<br>15-cv-04244 *(Seitter v. 3M Co., et al.)*<br>15-cv-04571 *(Atchetee v. 3M Co., et al.)*<br>16-cv-00242 *(Dethlefson, Jr. v. 3M Company)*<br>16-cv-00271 *(Charap v. 3M Company)*<br>16-cv-00360 *(McCormick v. 3M Company)*<br>16-cv-00384 *(Roth v. 3M Co., et al.)*<br>16-cv-00515 *(Klosinski v. 3M Company)*<br>16-cv-00516 *(Simpson v. 3M Company)*<br>16-cv-00517 *(Ryan v. 3M Company)*<br>16-cv-00518 *(Thompson v. 3M Company)*<br>16-cv-00836 *(Pease v. 3M Company)*<br>16-cv-00839 *(Smith, Donald v. 3M Company)*<br>16-cv-00837 *(Burleson v. 3M Company)*<br>16-cv-00838 *(Plumley v. 3M Company)*<br>16-cv-00545 *(Andras v. 3M Co., et al.)*<br>16-cv-00546 *(Franks, II v. 3M Co., et al.)*<br>16-cv-01232 *(Morris v. 3M Company)*<br>16-cv-01257 *(Harvey v. 3M Company)*<br>16-cv-01259 *(Lance v. 3M Company)*<br>16-cv-01858 *(Stitt v. 3M Company)*<br>16-cv-01895 *(Eney v. 3M Co., et al.)*<br>16-cv-02000 *(McMillan v. 3M Co., et al.)*<br>16-cv-02005 *(Siddens v. 3M Company)*<br>16-cv-02033 *(Anaya v. 3M Co., et al.)*<br>16-cv-02042 *(Asbury v. 3M Co., et al.)*<br>16-cv-02048 *(Cooke, Jr. v. 3M Co., et al.)*<br>16-cv-02292 *(Davis v. 3M Co., et al.)*<br>16-cv-02298 *(Dandrea v. 3M Co., et al.)*<br>16-cv-02299 *(Redman v. 3M Co., et al.)*<br>16-cv-02338 *(Duval v. 3M Co., et al.)*<br>16-cv-02500 *(Pastor v. 3M Co., et al.)* | **NOTICE OF HEARING ON DEFENDANTS' MOTION FOR ENTRY OF AN ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED FOR LACK OF PRODUCT IDENTIFICATION OR PRODUCT-RELATED INJURY** |

16-cv-02503 *(West v. 3M Co., et al.)*
16-cv-02516 *(Wilson v. 3M Co., et al.)*
16-cv-02543 *(Mains v. 3M Co., et al.)*
16-cv-02546 *(Walker v. 3M Co., et al.)*
16-cv-02584 *(Butler v. 3M Co., et al.)*
16-cv-02591 *(Hebert v. 3M Co., et al.)*
16-cv-02593 *(Marriott v. 3M Co., et al.)*
16-cv-02657 *(Waters v. 3M Co., et al.)*
16-cv-02658 *(Goble v. 3M Co., et al.)*
16-cv-02729 *(Orias v. 3M Company)*
16-cv-02812 *(Hall v. 3M Co., et al.)*
16-cv-02814 *(Grudzinski v. 3M Co., et al.)*
16-cv-02951 *(O'Grady, Jr. v. 3M Co., et al.)*
16-cv-02953 *(Morgan, Jr. v. 3M Co., et al.)*
16-cv-02998 *(Ferrante v. 3M Co., et al.)*
16-cv-03109 *(Hrbek v. 3M Co., et al.)*
16-cv-03110 *(Dickens v. 3M Co., et al.)*
16-cv-03165 *(Gallegos v. 3M Co., et al.)*
16-cv-03317 *(Hollins v. 3M Co., et al.)*
16-cv-03357 *(Batkins v. 3M Co., et al.)*
16-cv-03708 *(Goodson v. 3M Co., et al.)*
16-cv-03783 *(White v. 3M Co., et al.)*
16-cv-03784 *(Stewart v. 3M Co., et al.)*
16-cv-03934 *(Hougen v. 3M Co., et al.)*
16-cv-03989 *(Malady v. 3M Company)*
16-cv-03993 *(Johnson, Mark v. 3M Company)*
16-cv-04053 *(Hellard v. 3M Co., et al.)*
16-cv-04056 *(Rhodes v. 3M Co., et al.)*
16-cv-04151 *(Leonard v. 3M Company)*
16-cv-04169 *(McFarland v. 3M Company)*
16-cv-04182 *(Myers, C. Thomas v. 3M Company)*
16-cv-04206 *(Palmer v. 3M Company)*
16-cv-04211 *(Miller, Terri v. 3M Company)*
16-cv-04212 *(Scrittorale v. 3M Company)*
16-cv-04213 *(Fisher v. 3M Company)*
16-cv-04218 *(Polasko v. 3M Company)*
16-cv-04223 *(Mann v. 3M Company)*
16-cv-04283 *(Myers, Frank v. 3M Company)*
16-cv-04391 *(Reed v. 3M Company)*
16-cv-04410 *(Williams, Gloria v. 3M Co., et al.)*
16-cv-04411 *(Thomas v. 3M Co., et al.)*

16-cv-04414 *(Munoz v. 3M Co., et al.)*
16-cv-04415 *(Smith-Barbour v. 3M Co., et al.)*
16-cv-04416 *(Lewis v. 3M Co., et al.)*
16-cv-04417 *(Coleman v. 3M Co., et al.)*
16-cv-04420 *(Holliday v. 3M Co., et al.)*
16-cv-04421 *(Winfield v. 3M Co., et al.)*
16-cv-04422 *(McGalliard v. 3M Co., et al.)*
17-cv-00052 *(Marshall v. 3M Company)*
17-cv-00225 *(Cooper, et al. v. 3M Co., et al.)*
17-cv-00264 *(Williams, Millard v. 3M Company)*
17-cv-00321 *(McDonald v. 3M Company)*
17-cv-00349 *(Baxter v. 3M Co., et al.)*
17-cv-00434 *(Reid v. 3M Co., et al.)*
17-cv-00448 *(Gibson v. 3M Co., et al.)*
17-cv-00458 *(Adams v. 3M Company)*
17-cv-00584 *(Lang v. 3M Company)*
17-cv-00588 *(Laguna v. 3M Co., et al.)*
17-cv-00612 *(Christopher v. 3M Co., et al.)*
17-cv-00712 *(Owens v. 3M Company)*
17-cv-00753 *(Matthews v. 3M Company)*
17-cv-00999 *(Lindsey v. 3M Company)*
17-cv-01005 *(Taneff v. 3M Company)*
17-cv-01007 *(Litchfield v. 3M Company)*
17-cv-01012 *(Hales v. 3M Company)*
17-cv-01125 *(Mack, Elizabeth v. 3M Company)*
17-cv-01211 *(Charles Torio v. 3M Co., et al.)*
17-cv-01216 *(Hamed v. 3M Company)*
17-cv-01217 *(Lane v. 3M Company)*
17-cv-01221 *(Locke v. 3M Company)*
17-cv-01222 *(Payton v. 3M Company)*
17-cv-01242 *(Hightower v. 3M Company)*
17-cv-01249 *(Prilo v. 3M Company)*
17-cv-01251 *(Whitehead v. 3M Company)*
17-cv-01281 *(Hinthorne v. 3M Company)*
17-cv-01282 *(Hagaman v. 3M Company)*
17-cv-01284 *(Hasler v. 3M Company)*
17-cv-01291 *(Henson v. 3M Company)*
17-cv-01292 *(Luttrell v. 3M Company)*
17-cv-01294 *(Arrington v. 3M Company)*
17-cv-01306 *(McCumbers v. 3M Company)*
17-cv-01317 *(O'Conner v. 3M Company)*

17-cv-01329 *(Hutson v. 3M Company)*
17-cv-01334 *(Roszak v. 3M Company)*
17-cv-01338 *(Padmore v. 3M Company)*
17-cv-01341 *(High v. 3M Company)*
17-cv-01342 *(Buczko v. 3M Company)*
17-cv-01343 *(Sinnett v. 3M Company)*
17-cv-01345 *(Pickelsimer v. 3M Company)*
17-cv-01346 *(Peshut v. 3M Company)*
17-cv-01413 *(Jordan v. 3M Co., et al.)*
17-cv-01460 *(Surlow v. 3M Co., et al.)*
17-cv-01481 *(Lillard v. 3M Co., et al.)*
17-cv-01522 *(McDaniel v. 3M Company)*
17-cv-01524 *(Hunter v. 3M Co., et al.)*
17-cv-01537 *(Leineke v. 3M Company)*
17-cv-01538 *(Logan v. 3M Company)*
17-cv-01553 *(Kirkland v. 3M Company)*
17-cv-01562 *(McGilton v. 3M Company)*
17-cv-01567 *(Manley v. 3M Company)*
17-cv-01666 *(Moten v. 3M Company)*
17-cv-01683 *(Voytko v. 3M Co., et al.)*
17-cv-01838 *(Hammonds v. 3M Company)*
17-cv-01961 *(O'Hearn v. 3M Company)*
17-cv-02157 *(Goss v. 3M Co., et al.)*
17-cv-02199 *(Pirraglio v. 3M Company)*
17-cv-02221 *(James v. 3M Company)*
17-cv-02225 *(Kennedy v. 3M Company)*
17-cv-02226 *(McGee v. 3M Company)*
17-cv-02229 *(Karasti v. 3M Company)*
17-cv-02281 *(Escobedo v. 3M Co., et al.)*
17-cv-02283 *(Smith, Alberta v. 3M Co., et al.)*
17-cv-02347 *(Lukens v. 3M Company)*
17-cv-02426 *(Johnson, V, J. Edwards, et al. v. 3M Company)*
17-cv-02450 *(Knapke v. 3M Co., et al.)*
17-cv-02453 *(Hughes v. 3M Co., et al.)*
17-cv-02455 *(Nugent v. 3M Co., et al.)*
17-cv-02538 *(Valentine v. 3M Co., et al.)*
17-cv-02601 *(Mason v. 3M Company)*
17-cv-02756 *(Brock v. 3M Co., et al.)*
17-cv-03259 *(Folmer v. 3M Co., et al.)*
17-cv-03607 *(Evans v. 3M Co., et al.)*
17-cv-03997 *(Keith v. 3M Co., et al.)*
17-cv-04054 *(Miller, Lelea v. 3M Co., et al.)*

17-cv-04510 *(Gunner v. 3M Co., et al.)*
17-cv-04607 *(Collins v. 3M Co., et al.)*
17-cv-04814 *(Stevens v. 3M Company)*
17-cv-04859 *(Bradford v. 3M Co., et al.)*
17-cv-04860 *(Mack, Raymond v. 3M Co., et al.)*
17-cv-04967 *(Ewing v. 3M Company)*
18-cv-00023 *(Angell v. 3M Co., et al.)*
18-cv-00104 *(Blevins v. 3M Co., et al.)*
18-cv-00120 *(Upchurch v. 3M Co., et al.)*
18-cv-00167 *(Shoaf v. 3M Co., et al.)*
18-cv-00347 *(Watson v. 3M Co., et al.)*
18-cv-01128 *(Jackson v. 3M Company)*

PLEASE TAKE NOTICE that on August 16, 2018 at 9:30 a.m., before the Honorable Joan N. Ericksen, United States District Court, 12W U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, Defendants 3M Company and Arizant Healthcare, Inc. will respectfully move the Court to enter an order to show cause why the following cases should not be dismissed for failure to comply with Federal Rule of Civil Procedure 11(b):

| Case Number | Plaintiff | Firm Name |
| --- | --- | --- |
| 0:15-cv-04044-JNE-DTS | Campbell | The Law Offices of Travis R. Walker, P.A. |
| 0:15-cv-04211-JNE-DTS | Little | Lockridge Grindal Nauen, P.L.L.P. |
| 0:15-cv-04244-JNE-DTS | Seitter | Lockridge Grindal Nauen, P.L.L.P. |
| 0:15-cv-04571-JNE-DTS | Atchetee | Bernstein Liebhard LLP |
| 0:16-cv-00242-JNE-DTS | Dethlefsen, Jr. | Lockridge Grindal Nauen, P.L.L.P. |
| 0:16-cv-00271-JNE-DTS | Charap | The Olinde Firm, LLC |
| 0:16-cv-00360-JNE-DTS | McCormick | The Olinde Firm, LLC |

| | | |
|---|---|---|
| 0:16-cv-00384-JNE-DTS | Roth | Michael Hingle & Associates LLC |
| 0:16-cv-00515-JNE-DTS | Klosinski | Goza & Honnold, LLC |
| 0:16-cv-00516-JNE-DTS | Simpson | Goza & Honnold, LLC |
| 0:16-cv-00517-JNE-DTS | Ryan | Goza & Honnold, LLC |
| 0:16-cv-00518-JNE-DTS | Thompson | Goza & Honnold, LLC |
| 0:16-cv-00836-JNE-DTS | Pease | Goza & Honnold, LLC |
| 0:16-cv-00839-JNE-DTS | Smith, Donald | Goza & Honnold, LLC |
| 0:16-cv-00837-JNE-DTS | Burleson | Goza & Honnold, LLC |
| 0:16-cv-00838-JNE-DTS | Plumley | Goza & Honnold, LLC |
| 0:16-cv-00545-JNE-DTS | Andras | Michael Hingle & Associates LLC |
| 0:16-cv-00546-JNE-DTS | Franks, II | Michael Hingle & Associates LLC |
| 0:16-cv-01232-JNE-DTS | Morris | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-01257-JNE-DTS | Harvey | Goza & Honnold, LLC |
| 0:16-cv-01259-JNE-DTS | Lance | Goza & Honnold, LLC |
| 0:16-cv-01858-JNE-DTS | Stitt | The Law Offices of Travis R. Walker, P.A. |
| 0:16-cv-01895-JNE-DTS | Eney | The Miller Firm, LLC |
| 0:16-cv-02000-JNE-DTS | McMillan | Goza & Honnold, LLC |
| 0:16-cv-02005-JNE-DTS | Siddens | The Law Offices of Travis R. Walker, P.A. |
| 0:16-cv-02033-JNE-DTS | Anaya | Brent Coon & Associates |
| 0:16-cv-02042-JNE-DTS | Asbury | Brent Coon & Associates |
| 0:16-cv-02048-JNE-DTS | Cooke, Jr. | Brent Coon & Associates |
| 0:16-cv-02292-JNE-DTS | Davis | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |

| | | |
|---|---|---|
| 0:16-cv-02298-JNE-DTS | Dandrea | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02299-JNE-DTS | Redman | Goza & Honnold, LLC |
| 0:16-cv-02338-JNE-DTS | Duval | Bernstein Liebhard LLP |
| 0:16-cv-02500-JNE-DTS | Pastor | Bernstein Liebhard LLP |
| 0:16-cv-02503-JNE-DTS | West | Richardson, Patrick, Westbrook & Brickman, LLC |
| 0:16-cv-02516-JNE-DTS | Wilson | Richardson, Patrick, Westbrook & Brickman, LLC |
| 0:16-cv-02543-JNE-DTS | Mains | Richardson, Patrick, Westbrook & Brickman, LLC |
| 0:16-cv-02546-JNE-DTS | Walker | Bernstein Liebhard LLP |
| 0:16-cv-02584-JNE-DTS | Butler | Bernstein Liebhard LLP |
| 0:16-cv-02591-JNE-DTS | Hebert | Bernstein Liebhard LLP |
| 0:16-cv-02593-JNE-DTS | Marriott | Richardson, Patrick, Westbrook & Brickman, LLC |
| 0:16-cv-02657-JNE-DTS | Waters | Goza & Honnold, LLC |
| 0:16-cv-02658-JNE-DTS | Gobble | Goza & Honnold, LLC |
| 0:16-cv-02729-JNE-DTS | Orias | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02812-JNE-DTS | Hall | Goza & Honnold, LLC |
| 0:16-cv-02814-JNE-DTS | Grudzinski | Brent Coon & Associates |
| 0:16-cv-02951-JNE-DTS | O'Grady, Jr. | Brent Coon & Associates |
| 0:16-cv-02953-JNE-DTS | Morgan, Jr. | Brent Coon & Associates |
| 0:16-cv-02998-JNE-DTS | Ferrante | Goza & Honnold, LLC |
| 0:16-cv-03109-JNE-DTS | Hrbek | Goza & Honnold, LLC |
| 0:16-cv-03110-JNE-DTS | Dickens | Goza & Honnold, LLC |
| 0:16-cv-03165-JNE-DTS | Gallegos | Loncar & Associates |
| 0:16-cv-03317-JNE-DTS | Hollins | Goza & Honnold, LLC |

| | | |
|---|---|---|
| 0:16-cv-03357-JNE-DTS | Batkins | The Law Offices of Travis R. Walker, P.A. |
| 0:16-cv-03708-JNE-DTS | Goodson | Goza & Honnold, LLC |
| 0:16-cv-03783-JNE-DTS | White | Goza & Honnold, LLC |
| 0:16-cv-03784-JNE-DTS | Stewart | Goza & Honnold, LLC |
| 0:16-cv-03934-JNE-DTS | Hougen | The Miller Firm, LLC |
| 0:16-cv-03989-JNE-DTS | Malady | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-03993-JNE-DTS | Johnson, Mark | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-04053-JNE-DTS | Hellard | Goza & Honnold, LLC |
| 0:16-cv-04056-JNE-DTS | Rhodes | Goza & Honnold, LLC |
| 0:16-cv-04151-JNE-DTS | Leonard | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-04169-JNE-DTS | McFarland | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-04182-JNE-DTS | Myers, C. Thomas | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-04206-JNE-DTS | Palmer | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-04211-JNE-DTS | Miller, Terri | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-04212-JNE-DTS | Scrittorale | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-04213-JNE-DTS | Fisher | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |

| | | |
|---|---|---|
| 0:16-cv-04218-JNE-DTS | Polasko | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-04223-JNE-DTS | Mann | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-04283-JNE-DTS | Myers, Frank | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-04391-JNE-DTS | Reed | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-04410-JNE-DTS | Williams, Gloria | Goza & Honnold, LLC |
| 0:16-cv-04411-JNE-DTS | Thomas | Goza & Honnold, LLC |
| 0:16-cv-04414-JNE-DTS | Munoz | Goza & Honnold, LLC |
| 0:16-cv-04415-JNE-DTS | Smith-Barbour | Goza & Honnold, LLC |
| 0:16-cv-04416-JNE-DTS | Lewis | Goza & Honnold, LLC |
| 0:16-cv-04417-JNE-DTS | Coleman | Goza & Honnold, LLC |
| 0:16-cv-04420-JNE-DTS | Holliday | Goza & Honnold, LLC |
| 0:16-cv-04421-JNE-DTS | Winfield | Goza & Honnold, LLC |
| 0:16-cv-04422-JNE-DTS | McGalliard | Goza & Honnold, LLC |
| 0:17-cv-00052-JNE-DTS | Marshall | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-00225-JNE-DTS | Cooper | Brown and Crouppen, P.C. |
| 0:17-cv-00264-JNE-DTS | Williams, Millard | The Law Offices of Travis R. Walker, P.A. |
| 0:17-cv-00321-JNE-DTS | McDonald | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-00349-JNE-DTS | Baxter | The Miller Firm, LLC |
| 0:17-cv-00434-JNE-DTS | Reid | Goza & Honnold, LLC |
| 0:17-cv-00448-JNE-DTS | Gibson | Richardson, Patrick, Westbrook & Brickman, LLC |

| | | |
|---|---|---|
| 0:17-cv-00458-JNE-DTS | Adams | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-00584-JNE-DTS | Lang | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-00588-JNE-DTS | Laguna | The Law Offices of Travis R. Walker, P.A. |
| 0:17-cv-00612-JNE-DTS | Christopher | Brown and Crouppen, P.C. |
| 0:17-cv-00712-JNE-DTS | Owens | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-00753-JNE-DTS | Matthews | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-00999-JNE-DTS | Lindsey | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01005-JNE-DTS | Taneff | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01007-JNE-DTS | Litchfield | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01012-JNE-DTS | Hales | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01125-JNE-DTS | Mack, Elizabeth | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01211-JNE-DTS | Carl Torio | Sanders Phillips Grossman, LLC |
| 0:17-cv-01216-JNE-DTS | Hamed | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |

| | | |
|---|---|---|
| 0:17-cv-01217-JNE-DTS | Lane | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01221-JNE-DTS | Locke | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01222-JNE-DTS | Payton | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01242-JNE-DTS | Hightower | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01249-JNE-DTS | Prilo | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01251-JNE-DTS | Whitehead | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01281-JNE-DTS | Hinthorne | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01282-JNE-DTS | Hagaman | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01284-JNE-DTS | Hasler | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01291-JNE-DTS | Henson | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01292-JNE-DTS | Luttrell | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01294-JNE-DTS | Arrington | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |

| | | |
|---|---|---|
| 0:17-cv-01306-JNE-DTS | McCumbers | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01317-JNE-DTS | O'Conner | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01329-JNE-DTS | Hutson | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01334-JNE-DTS | Roszak | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01338-JNE-DTS | Padmore | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01341-JNE-DTS | High | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01342-JNE-DTS | Buczko | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01343-JNE-DTS | Sinnett | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01345-JNE-DTS | Pickelsimer | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01346-JNE-DTS | Peshut | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01413-JNE-DTS | Jordan | Sanders Phillips Grossman, LLC |
| 0:17-cv-01460-JNE-DTS | Surlow | Sanders Phillips Grossman, LLC |
| 0:17-cv-01481-JNE-DTS | Lillard | Gustafson Gluek PLLC |

| | | |
|---|---|---|
| 0:17-cv-01522-JNE-DTS | McDaniel | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01524-JNE-DTS | Hunter | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01537-JNE-DTS | Leineke | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01538-JNE-DTS | Logan | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01553-JNE-DTS | Kirkland | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01562-JNE-DTS | McGilton | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01567-JNE-DTS | Manley | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01666-JNE-DTS | Moten | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01683-JNE-DTS | Voytko | Sanders Phillips Grossman, LLC |
| 0:17-cv-01838-JNE-DTS | Hammonds | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01961-JNE-DTS | O'Hearn | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-02157-JNE-DTS | Goss | Kennedy Hodges, L.L.P. |
| 0:17-cv-02199-JNE-DTS | Pirraglio | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |

| | | |
|---|---|---|
| 0:17-cv-02221-JNE-DTS | James | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-02225-JNE-DTS | Kennedy | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-02226-JNE-DTS | McGee | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-02229-JNE-DTS | Karasti | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-02281-JNE-DTS | Escobedo | Kennedy Hodges, L.L.P. |
| 0:17-cv-02283-JNE-DTS | Smith, Alberta | Brent Coon & Associates |
| 0:17-cv-02347-JNE-DTS | Lukens | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-02426-JNE-DTS | Johnson, V, J. Edwards | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-02450-JNE-DTS | Knapke | The Miller Firm, LLC |
| 0:17-cv-02453-JNE-DTS | Hughes | The Miller Firm, LLC |
| 0:17-cv-02455-JNE-DTS | Nugent, Jr. | The Miller Firm, LLC |
| 0:17-cv-02538-JNE-DTS | Valentine | Pogust Braslow & Millrood LLC |
| 0:17-cv-02601-JNE-DTS | Mason | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-02756-JNE-DTS | Brock | Shelton Law Group |
| 0:17-cv-03259-JNE-DTS | Folmer | Kennedy Hodges, L.L.P. |
| 0:17-cv-03607-JNE-DTS | Evans | Bailey Peavy Bailey Cowman Heckaman, PLLC |
| 0:17-cv-03997-JNE-DTS | Keith | The Miller Firm, LLC |
| 0:17-cv-04054-JNE-DTS | Miller, Lelea | Goza & Honnold, LLC |
| 0:17-cv-04510-JNE-DTS | Gunner | Peterson & Associates, P.C. |

| | | |
|---|---|---|
| 0:17-cv-04607-JNE-DTS | Collins | Gustafson Gluek PLLC |
| 0:17-cv-04814-JNE-DTS | Stevens | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-04859-JNE-DTS | Bradford | The Miller Firm, LLC |
| 0:17-cv-04860-JNE-DTS | Mack, Raymond | The Miller Firm, LLC |
| 0:17-cv-04967-JNE-DTS | Ewing | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:18-cv-00023-JNE-DTS | Angell | Langdon & Emison, LLC |
| 0:18-cv-00104-JNE-DTS | Blevins | The Miller Firm, LLC |
| 0:18-cv-00120-JNE-DTS | Upchurch | Langdon & Emison, LLC |
| 0:18-cv-00167-JNE-DTS | Shoaf | The Miller Firm, LLC |
| 0:18-cv-00347-JNE-DTS | Watson | The Miller Firm, LLC |
| 0:18-cv-01128-JNE-DTS | Jackson | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |

Dated: July 30, 2018						Respectfully submitted,


							*s/Benjamin W. Hulse*
							Jerry W. Blackwell (MN #186867)
							Benjamin W. Hulse (MN #0390952)
							Mary S. Young (MN #0392781)
							BLACKWELL BURKE P.A.
							431 South Seventh Street, Suite 2500
							Minneapolis, MN 55415
							Phone: (612) 343-3200
							Fax: (612) 343-3205
							Email: blackwell@blackwellburke.com
							         bhulse@blackwellburke.com
							         myoung@blackwellburke.com

							Bridget M. Ahmann (MN #016611x)
							FAEGRE BAKER DANIELS LLP
							2200 Wells Fargo Center
							90 South Seventh Street
							Minneapolis, MN 55402
							Phone: (612) 766-7000
							Email: bridget.ahmann@faegrebd.com

							***Counsel for Defendants 3M Company and Arizant Healthcare Inc.***