# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION

This Document Relates to:
Case Nos.:
15-cv-04044 *(Campbell v. 3M Company)*
15-cv-04211 *(Little v. 3M Co., et al.)*
15-cv-04244 *(Seitter v. 3M Co., et al.)*
15-cv-04571 *(Atchetee v. 3M Co., et al.)*
16-cv-00242 *(Dethlefson, Jr. v. 3M Company)*
16-cv-00271 *(Charap v. 3M Company)*
16-cv-00360 *(McCormick v. 3M Company)*
16-cv-00384 *(Roth v. 3M Co., et al.)*
16-cv-00515 *(Klosinski v. 3M Company)*
16-cv-00516 *(Simpson v. 3M Company)*
16-cv-00517 *(Ryan v. 3M Company)*
16-cv-00518 *(Thompson v. 3M Company)*
16-cv-00836 *(Pease v. 3M Company)*
16-cv-00839 *(Smith, Donald v. 3M Company)*
16-cv-00837 *(Burleson v. 3M Company)*
16-cv-00838 *(Plumley v. 3M Company)*
16-cv-00545 *(Andras v. 3M Co., et al.)*
16-cv-00546 *(Franks, II v. 3M Co., et al.)*
16-cv-01232 *(Morris v. 3M Company)*
16-cv-01257 *(Harvey v. 3M Company)*
16-cv-01259 *(Lance v. 3M Company)*
16-cv-01858 *(Stitt v. 3M Company)*
16-cv-01895 *(Eney v. 3M Co., et al.)*
16-cv-02000 *(McMillan v. 3M Co., et al.)*
16-cv-02005 *(Siddens v. 3M Company)*
16-cv-02033 *(Anaya v. 3M Co., et al.)*
16-cv-02042 *(Asbury v. 3M Co., et al.)*
16-cv-02048 *(Cooke, Jr. v. 3M Co., et al.)*
16-cv-02292 *(Davis v. 3M Co., et al.)*
16-cv-02298 *(Dandrea v. 3M Co., et al.)*
16-cv-02299 *(Redman v. 3M Co., et al.)*
16-cv-02338 *(Duval v. 3M Co., et al.)*
16-cv-02500 *(Pastor v. 3M Co., et al.)*

MDL No. 15-2666 (JNE/DTS)

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION FOR ENTRY OF AN ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED FOR LACK OF PRODUCT IDENTIFICATION OR PRODUCT-RELATED INJURY**

16-cv-02503 *(West v. 3M Co., et al.)*
16-cv-02516 *(Wilson v. 3M Co., et al.)*
16-cv-02543 *(Mains v. 3M Co., et al.)*
16-cv-02546 *(Walker v. 3M Co., et al.)*
16-cv-02584 *(Butler v. 3M Co., et al.)*
16-cv-02591 *(Hebert v. 3M Co., et al.)*
16-cv-02593 *(Marriott v. 3M Co., et al.)*
16-cv-02657 *(Waters v. 3M Co., et al.)*
16-cv-02658 *(Goble v. 3M Co., et al.)*
16-cv-02729 *(Orias v. 3M Company)*
16-cv-02812 *(Hall v. 3M Co., et al.)*
16-cv-02814 *(Grudzinski v. 3M Co., et al.)*
16-cv-02951 *(O'Grady, Jr. v. 3M Co., et al.)*
16-cv-02953 *(Morgan, Jr. v. 3M Co., et al.)*
16-cv-02998 *(Ferrante v. 3M Co., et al.)*
16-cv-03109 *(Hrbek v. 3M Co., et al.)*
16-cv-03110 *(Dickens v. 3M Co., et al.)*
16-cv-03165 *(Gallegos v. 3M Co., et al.)*
16-cv-03317 *(Hollins v. 3M Co., et al.)*
16-cv-03357 *(Batkins v. 3M Co., et al.)*
16-cv-03708 *(Goodson v. 3M Co., et al.)*
16-cv-03783 *(White v. 3M Co., et al.)*
16-cv-03784 *(Stewart v. 3M Co., et al.)*
16-cv-03934 *(Hougen v. 3M Co., et al.)*
16-cv-03989 *(Malady v. 3M Company)*
16-cv-03993 *(Johnson, Mark v. 3M Company)*
16-cv-04053 *(Hellard v. 3M Co., et al.)*
16-cv-04056 *(Rhodes v. 3M Co., et al.)*
16-cv-04151 *(Leonard v. 3M Company)*
16-cv-04169 *(McFarland v. 3M Company)*
16-cv-04182 *(Myers, C. Thomas v. 3M Company)*
16-cv-04206 *(Palmer v. 3M Company)*
16-cv-04211 *(Miller, Terri v. 3M Company)*
16-cv-04212 *(Scrittorale v. 3M Company)*
16-cv-04213 *(Fisher v. 3M Company)*
16-cv-04218 *(Polasko v. 3M Company)*
16-cv-04223 *(Mann v. 3M Company)*
16-cv-04283 *(Myers, Frank v. 3M Company)*
16-cv-04391 *(Reed v. 3M Company)*
16-cv-04410 *(Williams, Gloria v. 3M Co., et al.)*
16-cv-04411 *(Thomas v. 3M Co., et al.)*

16-cv-04414 *(Munoz v. 3M Co., et al.)*
16-cv-04415 *(Smith-Barbour v. 3M Co., et al.)*
16-cv-04416 *(Lewis v. 3M Co., et al.)*
16-cv-04417 *(Coleman v. 3M Co., et al.)*
16-cv-04420 *(Holliday v. 3M Co., et al.)*
16-cv-04421 *(Winfield v. 3M Co., et al.)*
16-cv-04422 *(McGalliard v. 3M Co., et al.)*
17-cv-00052 *(Marshall v. 3M Company)*
17-cv-00225 *(Cooper, et al. v. 3M Co., et al.)*
17-cv-00264 *(Williams, Millard v. 3M Company)*
17-cv-00321 *(McDonald v. 3M Company)*
17-cv-00349 *(Baxter v. 3M Co., et al.)*
17-cv-00434 *(Reid v. 3M Co., et al.)*
17-cv-00448 *(Gibson v. 3M Co., et al.)*
17-cv-00458 *(Adams v. 3M Company)*
17-cv-00584 *(Lang v. 3M Company)*
17-cv-00588 *(Laguna v. 3M Co., et al.)*
17-cv-00612 *(Christopher v. 3M Co., et al.)*
17-cv-00712 *(Owens v. 3M Company)*
17-cv-00753 *(Matthews v. 3M Company)*
17-cv-00999 *(Lindsey v. 3M Company)*
17-cv-01005 *(Taneff v. 3M Company)*
17-cv-01007 *(Litchfield v. 3M Company)*
17-cv-01012 *(Hales v. 3M Company)*
17-cv-01125 *(Mack, Elizabeth v. 3M Company)*
17-cv-01211 *(Charles Torio v. 3M Co., et al.)*
17-cv-01216 *(Hamed v. 3M Company)*
17-cv-01217 *(Lane v. 3M Company)*
17-cv-01221 *(Locke v. 3M Company)*
17-cv-01222 *(Payton v. 3M Company)*
17-cv-01242 *(Hightower v. 3M Company)*
17-cv-01249 *(Prilo v. 3M Company)*
17-cv-01251 *(Whitehead v. 3M Company)*
17-cv-01281 *(Hinthorne v. 3M Company)*
17-cv-01282 *(Hagaman v. 3M Company)*
17-cv-01284 *(Hasler v. 3M Company)*
17-cv-01291 *(Henson v. 3M Company)*
17-cv-01292 *(Luttrell v. 3M Company)*
17-cv-01294 *(Arrington v. 3M Company)*
17-cv-01306 *(McCumbers v. 3M Company)*
17-cv-01317 *(O'Conner v. 3M Company)*

17-cv-01329 *(Hutson v. 3M Company)*
17-cv-01334 *(Roszak v. 3M Company)*
17-cv-01338 *(Padmore v. 3M Company)*
17-cv-01341 *(High v. 3M Company)*
17-cv-01342 *(Buczko v. 3M Company)*
17-cv-01343 *(Sinnett v. 3M Company)*
17-cv-01345 *(Pickelsimer v. 3M Company)*
17-cv-01346 *(Peshut v. 3M Company)*
17-cv-01413 *(Jordan v. 3M Co., et al.)*
17-cv-01460 *(Surlow v. 3M Co., et al.)*
17-cv-01481 *(Lillard v. 3M Co., et al.)*
17-cv-01522 *(McDaniel v. 3M Company)*
17-cv-01524 *(Hunter v. 3M Co., et al.)*
17-cv-01537 *(Leineke v. 3M Company)*
17-cv-01538 *(Logan v. 3M Company)*
17-cv-01553 *(Kirkland v. 3M Company)*
17-cv-01562 *(McGilton v. 3M Company)*
17-cv-01567 *(Manley v. 3M Company)*
17-cv-01666 *(Moten v. 3M Company)*
17-cv-01683 *(Voytko v. 3M Co., et al.)*
17-cv-01838 *(Hammonds v. 3M Company)*
17-cv-01961 *(O'Hearn v. 3M Company)*
17-cv-02157 *(Goss v. 3M Co., et al.)*
17-cv-02199 *(Pirraglio v. 3M Company)*
17-cv-02221 *(James v. 3M Company)*
17-cv-02225 *(Kennedy v. 3M Company)*
17-cv-02226 *(McGee v. 3M Company)*
17-cv-02229 *(Karasti v. 3M Company)*
17-cv-02281 *(Escobedo v. 3M Co., et al.)*
17-cv-02283 *(Smith, Alberta v. 3M Co., et al.)*
17-cv-02347 *(Lukens v. 3M Company)*
17-cv-02426 *(Johnson, V, J. Edwards, et al. v.
           3M Company)*
17-cv-02450 *(Knapke v. 3M Co., et al.)*
17-cv-02453 *(Hughes v. 3M Co., et al.)*
17-cv-02455 *(Nugent v. 3M Co., et al.)*
17-cv-02538 *(Valentine v. 3M Co., et al.)*
17-cv-02601 *(Mason v. 3M Company)*
17-cv-02756 *(Brock v. 3M Co., et al.)*
17-cv-03259 *(Folmer v. 3M Co., et al.)*
17-cv-03607 *(Evans v. 3M Co., et al.)*
17-cv-03997 *(Keith v. 3M Co., et al.)*
17-cv-04054 *(Miller, Lelea v. 3M Co., et al.)*

17-cv-04510 *(Gunner v. 3M Co., et al.)*
17-cv-04607 *(Collins v. 3M Co., et al.)*
17-cv-04814 *(Stevens v. 3M Company)*
17-cv-04859 *(Bradford v. 3M Co., et al.)*
17-cv-04860 *(Mack, Raymond v. 3M Co., et al.)*
17-cv-04967 *(Ewing v. 3M Company)*
18-cv-00023 *(Angell v. 3M Co., et al.)*
18-cv-00104 *(Blevins v. 3M Co., et al.)*
18-cv-00120 *(Upchurch v. 3M Co., et al.)*
18-cv-00167 *(Shoaf v. 3M Co., et al.)*
18-cv-00347 *(Watson v. 3M Co., et al.)*
18-cv-01128 *(Jackson v. 3M Company)*

Pursuant to Federal Rule of Civil Procedure 11(b) Defendants 3M Company ("3M") and Arizant Healthcare, Inc. ("Arizant") (collectively, "Defendants") respectfully move the Court to enter an order to show cause why the cases identified below should not be dismissed. These plaintiffs' verified responses in their plaintiff fact sheets ("PFS") demonstrate that they failed to conduct a reasonable inquiry prior to filing suit, and/or made allegations in their complaints without evidentiary support. As such, these plaintiffs had no basis to sue Defendants, and their cases should never have been filed. *See* Fed. R. Civ. P. 11(b). As discussed below, the cases fall into two categories.

## **GROUP 1 CASES**

Each plaintiff identified in the first table below ("Group 1 Plaintiffs") denies having any information that the Bair Hugger warming system was used during their infection-related surgeries:

| Case Number | Plaintiff | Firm Name |
|---|---|---|
| 0:15-cv-04044-JNE-DTS | Campbell | The Law Offices of Travis R. Walker, P.A. |

| | | |
|---|---|---|
| 0:15-cv-04211-JNE-DTS | Little | Lockridge Grindal Nauen, P.L.L.P. |
| 0:15-cv-04244-JNE-DTS | Seitter | Lockridge Grindal Nauen, P.L.L.P. |
| 0:15-cv-04571-JNE-DTS | Atchetee | Bernstein Liebhard LLP |
| 0:16-cv-00242-JNE-DTS | Dethlefsen, Jr.[1] | Lockridge Grindal Nauen, P.L.L.P. |
| 0:16-cv-00271-JNE-DTS | Charap | The Olinde Firm, LLC |
| 0:16-cv-00360-JNE-DTS | McCormick | The Olinde Firm, LLC |
| 0:16-cv-00384-JNE-DTS | Roth | Michael Hingle & Associates LLC |
| 0:16-cv-00515-JNE-DTS | Klosinski | Goza & Honnold, LLC |
| 0:16-cv-00516-JNE-DTS | Simpson | Goza & Honnold, LLC |
| 0:16-cv-00517-JNE-DTS | Ryan | Goza & Honnold, LLC |
| 0:16-cv-00518-JNE-DTS | Thompson | Goza & Honnold, LLC |
| 0:16-cv-00836-JNE-DTS | Pease | Goza & Honnold, LLC |
| 0:16-cv-00839-JNE-DTS | Smith, Donald | Goza & Honnold, LLC |
| 0:16-cv-00837-JNE-DTS | Burleson | Goza & Honnold, LLC |
| 0:16-cv-00838-JNE-DTS | Plumley | Goza & Honnold, LLC |
| 0:16-cv-00545-JNE-DTS | Andras | Michael Hingle & Associates LLC |
| 0:16-cv-00546-JNE-DTS | Franks, II | Michael Hingle & Associates LLC |
| 0:16-cv-01232-JNE-DTS | Morris | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-01257-JNE-DTS | Harvey | Goza & Honnold, LLC |
| 0:16-cv-01259-JNE-DTS | Lance | Goza & Honnold, LLC |
| 0:16-cv-01858-JNE-DTS | Stitt | The Law Offices of Travis R. Walker, P.A. |
| 0:16-cv-01895-JNE-DTS | Eney | The Miller Firm, LLC |
| 0:16-cv-02000-JNE-DTS | McMillan | Goza & Honnold, LLC |
| 0:16-cv-02005-JNE-DTS | Siddens | The Law Offices of Travis R. Walker, P.A. |
| 0:16-cv-02033-JNE-DTS | Anaya | Brent Coon & Associates |

---

[1] Based on the PFS served in this matter it appears that Plaintiff was improperly identified as "John Dethelfson, Jr.," but his name is actually "John Dethlefsen, Jr." (*Compare* Compl., 16-cv-00242, Dkt. No. 1 *with* Hulse Decl., Ex. 1.)

| | | |
|---|---|---|
| 0:16-cv-02042-JNE-DTS | Asbury | Brent Coon & Associates |
| 0:16-cv-02048-JNE-DTS | Cooke, Jr. | Brent Coon & Associates |
| 0:16-cv-02292-JNE-DTS | Davis | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02299-JNE-DTS | Redman | Goza & Honnold, LLC |
| 0:16-cv-02338-JNE-DTS | Duval | Bernstein Liebhard LLP |
| 0:16-cv-02500-JNE-DTS | Pastor | Bernstein Liebhard LLP |
| 0:16-cv-02503-JNE-DTS | West | Richardson, Patrick, Westbrook & Brickman, LLC |
| 0:16-cv-02516-JNE-DTS | Wilson | Richardson, Patrick, Westbrook & Brickman, LLC |
| 0:16-cv-02543-JNE-DTS | Mains | Richardson, Patrick, Westbrook & Brickman, LLC |
| 0:16-cv-02546-JNE-DTS | Walker | Bernstein Liebhard LLP |
| 0:16-cv-02584-JNE-DTS | Butler | Bernstein Liebhard LLP |
| 0:16-cv-02591-JNE-DTS | Hebert | Bernstein Liebhard LLP |
| 0:16-cv-02593-JNE-DTS | Marriott | Richardson, Patrick, Westbrook & Brickman, LLC |
| 0:16-cv-02657-JNE-DTS | Waters | Goza & Honnold, LLC |
| 0:16-cv-02658-JNE-DTS | Gobble[2] | Goza & Honnold, LLC |
| 0:16-cv-02729-JNE-DTS | Orias | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02812-JNE-DTS | Hall | Goza & Honnold, LLC |
| 0:16-cv-02814-JNE-DTS | Grudzinski | Brent Coon & Associates |
| 0:16-cv-02951-JNE-DTS | O'Grady, Jr. | Brent Coon & Associates |
| 0:16-cv-02953-JNE-DTS | Morgan, Jr. | Brent Coon & Associates |
| 0:16-cv-02998-JNE-DTS | Ferrante | Goza & Honnold, LLC |
| 0:16-cv-03109-JNE-DTS | Hrbek | Goza & Honnold, LLC |
| 0:16-cv-03110-JNE-DTS | Dickens | Goza & Honnold, LLC |

---

[2] Based on the PFS served in this matter it appears that Plaintiff was improperly identified as "Charlene Goble" but her name is actually "Charlene Gobble." (*Compare* Compl., 16-cv-02658, Dkt. No. 1 *with* Hulse Decl., Ex. 2.)

| | | |
|---|---|---|
| 0:16-cv-03165-JNE-DTS | Gallegos | Loncar & Associates |
| 0:16-cv-03317-JNE-DTS | Hollins | Goza & Honnold, LLC |
| 0:16-cv-03357-JNE-DTS | Batkins | The Law Offices of Travis R. Walker, P.A. |
| 0:16-cv-03708-JNE-DTS | Goodson | Goza & Honnold, LLC |
| 0:16-cv-03783-JNE-DTS | White | Goza & Honnold, LLC |
| 0:16-cv-03784-JNE-DTS | Stewart | Goza & Honnold, LLC |
| 0:16-cv-03934-JNE-DTS | Hougen | The Miller Firm, LLC |
| 0:16-cv-03989-JNE-DTS | Malady | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-03993-JNE-DTS | Johnson, Mark | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-04053-JNE-DTS | Hellard | Goza & Honnold, LLC |
| 0:16-cv-04056-JNE-DTS | Rhodes | Goza & Honnold, LLC |
| 0:16-cv-04151-JNE-DTS | Leonard | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-04169-JNE-DTS | McFarland | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-04182-JNE-DTS | Myers, C. Thomas | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-04206-JNE-DTS | Palmer | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-04211-JNE-DTS | Miller, Terri | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-04212-JNE-DTS | Scrittorale | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-04213-JNE-DTS | Fisher | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-04218-JNE-DTS | Polasko | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-04223-JNE-DTS | Mann | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-04283-JNE-DTS | Myers, Frank | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |

| | | |
|---|---|---|
| 0:16-cv-04391-JNE-DTS | Reed | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-04410-JNE-DTS | Williams, Gloria | Goza & Honnold, LLC |
| 0:16-cv-04411-JNE-DTS | Thomas | Goza & Honnold, LLC |
| 0:16-cv-04414-JNE-DTS | Munoz | Goza & Honnold, LLC |
| 0:16-cv-04415-JNE-DTS | Smith-Barbour | Goza & Honnold, LLC |
| 0:16-cv-04416-JNE-DTS | Lewis | Goza & Honnold, LLC |
| 0:16-cv-04417-JNE-DTS | Coleman | Goza & Honnold, LLC |
| 0:16-cv-04420-JNE-DTS | Holliday | Goza & Honnold, LLC |
| 0:16-cv-04421-JNE-DTS | Winfield | Goza & Honnold, LLC |
| 0:16-cv-04422-JNE-DTS | McGalliard | Goza & Honnold, LLC |
| 0:17-cv-00052-JNE-DTS | Marshall | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-00225-JNE-DTS | Cooper[3] | Brown and Crouppen, P.C. |
| 0:17-cv-00264-JNE-DTS | Williams, Millard | The Law Offices of Travis R. Walker, P.A. |
| 0:17-cv-00321-JNE-DTS | McDonald | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-00349-JNE-DTS | Baxter | The Miller Firm, LLC |
| 0:17-cv-00434-JNE-DTS | Reid | Goza & Honnold, LLC |
| 0:17-cv-00448-JNE-DTS | Gibson | Richardson, Patrick, Westbrook & Brickman, LLC |
| 0:17-cv-00458-JNE-DTS | Adams | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-00584-JNE-DTS | Lang | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-00588-JNE-DTS | Laguna | The Law Offices of Travis R. Walker, P.A. |

---

[3] Ms. Cooper's case was transferred from the Eastern District of Missouri (Case No. 4:16-CV-1880) and includes claims from seven other Plaintiffs. (*See* Compl., 17-cv-00225, Dkt. No. 1.) Defendants are only seeking dismissal of Ms. Cooper's claims at this time, and request that her case be severed and dismissed with the other Plaintiffs' cases subject to this Motion. *See* Fed. R. Civ. P. 21.

| | | |
|---|---|---|
| 0:17-cv-00612-JNE-DTS | Christopher | Brown and Crouppen, P.C. |
| 0:17-cv-00712-JNE-DTS | Owens | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-00753-JNE-DTS | Matthews | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-00999-JNE-DTS | Lindsey | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01005-JNE-DTS | Taneff | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01007-JNE-DTS | Litchfield | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01012-JNE-DTS | Hales | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01125-JNE-DTS | Mack, Elizabeth | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01211-JNE-DTS | Carl Torio[4] | Sanders Phillips Grossman, LLC |
| 0:17-cv-01216-JNE-DTS | Hamed | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01217-JNE-DTS | Lane | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01221-JNE-DTS | Locke | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01222-JNE-DTS | Payton | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01242-JNE-DTS | Hightower | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01249-JNE-DTS | Prilo | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01251-JNE-DTS | Whitehead | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01281-JNE-DTS | Hinthorne | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |

[4] Based on the PFS served in this matter it appears that Plaintiff was improperly identified as "Carl Charles Torio," but his name is actually "Charles Carl Torio." (*Compare* Compl., 17-cv-01211, Dkt. No. 1 *with* Hulse Decl., Ex. 3.)

| | | |
|---|---|---|
| 0:17-cv-01282-JNE-DTS | Hagaman | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01284-JNE-DTS | Hasler | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01291-JNE-DTS | Henson | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01292-JNE-DTS | Luttrell | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01294-JNE-DTS | Arrington | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01306-JNE-DTS | McCumbers | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01317-JNE-DTS | O'Conner | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01329-JNE-DTS | Hutson | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01334-JNE-DTS | Roszak | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01338-JNE-DTS | Padmore | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01341-JNE-DTS | High | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01342-JNE-DTS | Buczko | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01343-JNE-DTS | Sinnett | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01345-JNE-DTS | Pickelsimer | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01346-JNE-DTS | Peshut | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01413-JNE-DTS | Jordan | Sanders Phillips Grossman, LLC |
| 0:17-cv-01460-JNE-DTS | Surlow | Sanders Phillips Grossman, LLC |
| 0:17-cv-01481-JNE-DTS | Lillard | Gustafson Gluek PLLC |
| 0:17-cv-01522-JNE-DTS | McDaniel | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |

| | | |
|---|---|---|
| 0:17-cv-01524-JNE-DTS | Hunter | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01537-JNE-DTS | Leineke | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01538-JNE-DTS | Logan | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01553-JNE-DTS | Kirkland | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01562-JNE-DTS | McGilton | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01567-JNE-DTS | Manley | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01666-JNE-DTS | Moten | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01683-JNE-DTS | Voytko | Sanders Phillips Grossman, LLC |
| 0:17-cv-01838-JNE-DTS | Hammonds | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01961-JNE-DTS | O'Hearn | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-02199-JNE-DTS | Pirraglio | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-02221-JNE-DTS | James | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-02225-JNE-DTS | Kennedy | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-02226-JNE-DTS | McGee | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-02229-JNE-DTS | Karasti | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-02283-JNE-DTS | Smith, Alberta | Brent Coon & Associates |
| 0:17-cv-02347-JNE-DTS | Lukens | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-02426-JNE-DTS | Johnson, V, J. Edwards | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-02450-JNE-DTS | Knapke | The Miller Firm, LLC |

| | | |
|---|---|---|
| 0:17-cv-02453-JNE-DTS | Hughes | The Miller Firm, LLC |
| 0:17-cv-02455-JNE-DTS | Nugent, Jr.[5] | The Miller Firm, LLC |
| 0:17-cv-02538-JNE-DTS | Valentine | Pogust Braslow & Millrood LLC |
| 0:17-cv-02601-JNE-DTS | Mason | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-02756-JNE-DTS | Brock | Shelton Law Group |
| 0:17-cv-03607-JNE-DTS | Evans | Bailey Peavy Bailey Cowman Heckaman, PLLC |
| 0:17-cv-03997-JNE-DTS | Keith | The Miller Firm, LLC |
| 0:17-cv-04054-JNE-DTS | Miller, Lelea | Goza & Honnold, LLC |
| 0:17-cv-04607-JNE-DTS | Collins | Gustafson Gluek PLLC |
| 0:17-cv-04814-JNE-DTS | Stevens | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-04859-JNE-DTS | Bradford | The Miller Firm, LLC |
| 0:17-cv-04860-JNE-DTS | Mack, Raymond | The Miller Firm, LLC |
| 0:17-cv-04967-JNE-DTS | Ewing[6] | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:18-cv-00023-JNE-DTS | Angell | Langdon & Emison, LLC |
| 0:18-cv-00104-JNE-DTS | Blevins | The Miller Firm, LLC |
| 0:18-cv-00120-JNE-DTS | Upchurch | Langdon & Emison, LLC |
| 0:18-cv-00167-JNE-DTS | Shoaf | The Miller Firm, LLC |
| 0:18-cv-00347-JNE-DTS | Watson | The Miller Firm, LLC |
| 0:18-cv-01128-JNE-DTS | Jackson | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |

---

[5] The suffix on Plaintiff's surname was not included in the Complaint filed in this matter, but appears in the PFS served. (*Compare* Compl., 17-cv-02455, Dkt. No. 1 *with* Hulse Decl., Ex. 4.)

[6] Plaintiff in this matter offered no response to the question concerning information that a Bair Hugger Patient Warming System was used during the surgery. Upon written notice from Defendants, Plaintiff's counsel refused to provide a response. (*See* Hulse Decl., Ex. 5.) Since Plaintiff has not indicated that there is any factual basis for the allegation of Bair Hugger warming system use, dismissal is appropriate in this matter as well.

In completing his or her PFS, each of the Group 1 Plaintiffs responded "No" to the question: "Do you have information that a Bair Hugger Patient Warming System ('Bair Hugger system') was used during the surgery connected to the infection at issue?" Group 1 Plaintiffs' cases remain pending before the Court, despite these affirmative representations that they have no basis to sue Defendants for their alleged injuries.

Group 1 Plaintiffs' counsel had an obligation to conduct a reasonable inquiry prior to filing these lawsuits. Fed. R. Civ. P. 11(b). As the Eighth Circuit has explained, "To constitute a reasonable inquiry, the prefiling investigation must uncover a factual basis for the plaintiff's allegations, as well as a legal basis." *Coonts v. Potts*, 316 F.3d 745, 753 (8th Cir. 2003). The Group 1 Plaintiffs cannot forego this obligation because they are not presently conducting further discovery as part of a bellwether pool. "The need for discovery to complete the factual basis for alleged claims is not an excuse to allege claims with no factual basis." *M-I Drilling Fluids UK Ltd. v. Dynamic Air Inc.*, No. 14-CV-4857 (JRT/HB), 2017 WL 8947185, at *12 (D. Minn. Feb. 3, 2017), *report and recommendation adopted*, No. CV 14-4857 (JRT/HB), 2017 WL 1193992 (D. Minn. Mar. 30, 2017). "Rule 11 would have no teeth if a plaintiff were allowed to file first, and take discovery later to support its claims." *Id.*; *see also Bryant v. Brooklyn Barbeque Corp.,* 130 F.R.D. 665, 670 (W.D. Mo. 1990)*, aff'd sub nom. Bryant v. Brooklyn Barbecue Corp.,* 932 F.2d 697 (8th Cir. 1991) (plaintiff's counsel's statements that he conducted his factual investigation after filing the complaint were "essentially admissions of violations of Fed. R. Civ. P. 11.").

In Group 1 Plaintiffs' cases, a reasonable inquiry would include, at a minimum, determining whether there was any evidence that Defendants' product was *actually used*

in the surgeries at issue.[7] *See, e.g., Intellectual Ventures II LLC v. Commerce Bancshares, Inc.*, No. 2:13-CV-04160-NKL, 2017 WL 4391776, at *4 (W.D. Mo. Sept. 29, 2017) (finding that Plaintiff failed to conduct an adequate pre-suit investigation where there was no indication of an attempt to determine, prior to filing suit, whether the devices at issue were actually being used). Plaintiffs' counsel has already acknowledged this foundational requirement in response to concerns previously raised by the Court in this MDL:

> **Court:** [C]learly . . . you can't sue somebody and hold them liable for something they had nothing to do with. So if it was an ABC machine that was used, not a Bair Hugger.
>
> **Pls.' Counsel:** Absolutely.
>
> **Court:** 3M is not responsible for that.
>
> **Pls.' Counsel:** Absolutely.
>
> **Court:** And you can't sue them for it and you can't haul them into court and make them go to trial.
>
> **Pls.' Counsel:** Absolutely, Your Honor, Plaintiffs agree.

(Mot. Hr'g Tr., 28:23-29:8, Mar. 12, 2018, Hulse Decl., Ex. 6.)

Though the parties disagree on the level of inquiry that is adequate under Rule 11, the Group 1 Plaintiffs fail to meet even the minimal standard Plaintiffs' counsel recognizes

---

[7] Bellwether discovery has also demonstrated that Plaintiffs' sole reliance on ambiguous medical records is highly problematic in these cases. This has been particularly true in cases where medical records are internally inconsistent, generically reference patient warming, or contain only a checked box for the Bair Hugger System. Defendants maintain that a plaintiff's reliance on these vague and incomplete medical records is inadequate, and does not discharge a plaintiff of the duty to conduct a reasonable inquiry to determine whether the Bair Hugger system was used during their surgery. However, the Court does not need to answer that question to decide the instant Motion, which is limited to cases where Plaintiffs themselves deny having any factual basis to allege Bair Hugger use.

as necessary.  As Plaintiffs' counsel previously conceded, "in vetting a case prior to filing for Rule 11 purposes . . . plaintiff or plaintiffs' attorney" would need some type of "medical record confirmation."  (*Id.* at 5:14-22.)  Defendants agree with this Court and Plaintiffs' counsel that Rule 11 imposes an obligation on Plaintiffs to confirm product use prior to filing suit.  Group 1 Plaintiffs' verified PFS responses reveal that they failed to conduct this inquiry, and their cases never should have been filed.  Fed. R. Civ. P. 11(b); *see also Coont*, 316 F.3d at 753.  Accordingly, this Court should enter an order to show cause why each of the Group 1 Plaintiffs' cases should not be dismissed.

## **GROUP 2**

Each plaintiff identified in the second table below ("Group 2 Plaintiffs") (Group 1 and Group 2 Plaintiffs together, "Plaintiffs") denies having any injury attributable to the Bair Hugger system:

| Case Number | Plaintiff | Firm Name |
| --- | --- | --- |
| 0:16-cv-02298-JNE-DTS | Dandrea | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-02157-JNE-DTS | Goss | Kennedy Hodges, L.L.P. |
| 0:17-cv-02281-JNE-DTS | Escobedo | Kennedy Hodges, L.L.P. |
| 0:17-cv-03259-JNE-DTS | Folmer | Kennedy Hodges, L.L.P. |
| 0:17-cv-04510-JNE-DTS | Gunner | Peterson & Associates, P.C. |

In completing his or her PFS, each of the Group 2 Plaintiffs responded "No" to each of the following questions:

- Do you allege that you suffered physical and/or bodily injury related to use of a Bair Hugger system?

- Do you allege that use of a Bair Hugger system worsened or aggravated a previously existing injury or condition? and

- Do you claim damages related to emotional distress or psychological injuries as a result of use of a Bair Hugger system?

Although Group 2 Plaintiffs affirmatively deny any Bair-Hugger-related injuries, their cases remain pending before the Court.

Given Group 2 Plaintiffs' representations in their verified PFS responses, it is unclear why they ever sued the Defendants. When a plaintiff denies injury, a claim should not make it to the pleadings stage. *See generally, O'Neil v. Simplicity, Inc.,* 574 F.3d 501, 504–05 (8th Cir. 2009) (citing a broad consensus of cases rejecting no-injury product liability cases). Under the Federal Rules, Group 2 Plaintiffs' counsel had an obligation to ensure that the factual contentions in their complaints were warranted *prior* to filing these cases. *See* Fed. R. Civ. P. 11(b); *Coont*, 316 F.3d at 753. The Group 2 Plaintiffs' self-affirmed lack of injury should have been identified before their suits were filed, when their counsel was conducting the requisite pre-suit inquiry. *See Bryant*, 130 F.R.D. at 670 (reasonable inquiry includes consulting with the client and probing claims prior filing suit).

Group 2 Plaintiffs each acknowledge a lack of injury attributable to Defendants' products. An order to show cause why each of the Group 2 Plaintiffs' cases should not be dismissed is therefore appropriate, to dispose of these cases which never should have been before the Court.

## **CONCLUSION**

For the foregoing reasons, Defendants respectfully request that the Court enter an order for all Group 1 Plaintiffs and Group 2 Plaintiffs to show cause within ten (10) days,

17

in writing, why their cases should not be dismissed with prejudice for failure to comply with Rule 11(b).

Dated: July 30, 2018                                    Respectfully submitted,


  *s/Benjamin W. Hulse*
Jerry W. Blackwell (MN #186867)
Benjamin W. Hulse (MN #0390952)
Mary S. Young (MN #0392781)
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3200
Fax: (612) 343-3205
Email: blackwell@blackwellburke.com
       bhulse@blackwellburke.com
       myoung@blackwellburke.com


Bridget M. Ahmann (MN #016611x)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Phone: (612) 766-7000
Email: bridget.ahmann@faegrebd.com

***Counsel for Defendants 3M Company and Arizant Healthcare Inc.***