## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/DTS)<br><br>**DECLARATION OF BENJAMIN W. HULSE IN SUPPORT OF DEFENDANTS' MOTION FOR ENTRY OF AN ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED FOR LACK OF PRODUCT IDENTIFICATION OR PRODUCT-RELATED INJURY** |

Under 28 U.S.C. § 1746, I, Benjamin W. Hulse, hereby declare as follows:

1.  I am an attorney at the law firm of Blackwell Burke P.A., and one of the attorneys representing 3M Company ("3M") and Arizant Healthcare Inc. ("Arizant") (collectively "Defendants") in this litigation. I submit this declaration in support of Defendants' Motion for Entry of an Order to Show Cause Why Cases Should Not Be Dismissed for Lack of Product Identification or Product-Related Injury. Unless otherwise stated, the facts set forth herein are based upon my personal knowledge, information, and belief.

2.  Attached as Exhibit 1 is a true and correct copies of Plaintiff John Dethlefsen, Jr.'s verification page for his amended PFS response, executed March 13, 2017 (Case No. 16-cv-00242).

3.  Attached as Exhibit 2 is a true and correct copies of Plaintiff Charlene Gobble's verification page for her fourth amended PFS, executed February 20, 2017 (Case No. 16-cv-02658).

4. Attached as Exhibit 3 is a true and correct copies of Plaintiff Charles Carl Torio's verification page for his fourth amended PFS executed June 16, 2017 (Case No. 17-cv-01211).

5. Attached as Exhibit 4 is a true and correct copies of Plaintiff Richard Nugent, Jr.'s verification page for his amended PFS, submitted without a date on November 15, 2017 (Case No. 17-cv-02455).

6. Attached as Exhibit 5 is a true and correct copy of the final deficiency notice to Plaintiff Kelly Ewing sent June 22, 2018, and her counsel's response to the same sent June 22, 2018 (Case No. 17-cv-04967).

7. Attached as Exhibit 6 is a true and correct copy of excerpts from the transcript of the Court's Motion Hearing regarding Pretrial Order No. 24, held March 12, 2018.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Minneapolis, Minnesota, this 30th day of July, 2018.

                                                  *s/Benjamin W. Hulse*
                                                  Benjamin W. Hulse