# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

In re: Bair Hugger Forced Air Warming
Products Liability Litigation

MDL No. 15-2666 (JNE/DTS)

**MEET AND CONFER STATEMENT
REGARDING DEFENDANTS'
MOTION FOR ENTRY OF AN
ORDER TO SHOW CAUSE WHY
CASES SHOULD NOT BE
DISMISSED FOR LACK OF
PRODUCT IDENTIFICATION OR
PRODUCT-RELATED INJURY**

---

The undersigned counsel for Defendants 3M Company and Arizant Healthcare

Inc. (collectively "Defendants") certifies that counsel for Defendants met and conferred

with counsel for Plaintiffs in the above-referenced matters as follows:

1.      Defendants' counsel sent an email to Plaintiffs' Liaison Counsel, Co-Lead

Counsel, and members of Plaintiffs' Executive Committee on Monday July 19, 2018, and

attached a draft of Defendants' Memorandum of Law in Support of the Motion

("Memorandum").  In the email, Defendants requested the Memorandum be circulated to

counsel for all plaintiffs identified in the Motion, and that those plaintiffs' counsel confirm

that they would stipulate to a dismissal with prejudice of their actions no later than July 27,

2018.  Defendants further indicated that the Motion would be filed thereafter as to all cases

where no agreement had been reached.

2.      In most of the cases Plaintiffs' counsel failed to respond to Defendants' request.

3.      Plaintiff's counsel agreed to stipulate to the dismissal of a single case, which is not included in this motion.

4.      In the remaining cases subject to this motion, Plaintiffs' counsel refused to stipulate to dismissal.  Several responded by stating that they were still working to determine whether a Bair Hugger system had been used.  Defendants evaluated each of these responses before filing the Motion to determine whether the case should be included.

5.      Plaintiffs and Defendants were therefore unable to reach an agreement as to each of the cases that remain subject to this motion.


Dated: July 30, 2018                                    Respectfully submitted,


                                                        *s/Benjamin W. Hulse*
                                                        Benjamin W. Hulse (MN #0390952)
                                                        BLACKWELL BURKE P.A.
                                                        431 South Seventh Street, Suite 2500
                                                        Minneapolis, MN 55415
                                                        Phone: (612) 343-3200
                                                        Fax: (612) 343-3205
                                                        Email: bhulse@blackwellburke.com

                                                        *Counsel for Defendants 3M Company
                                                        and Arizant Healthcare Inc.*