UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/DTS) <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ENTRY OF AN ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED FOR LACK OF PRODUCT IDENTIFICATION OR PRODUCT-RELATED INJURY** |

This came before the Court on Defendants 3M Company's and Arizant Healthcare, Inc.'s (collectively, "Defendants") Motion for Entry of an Order to Show Cause Why Cases Should Not Be Dismissed for Lack of Product Identification or Product-Related Injury.

Based on the files, records, and proceedings herein,

IT IS HEREBY ORDERED that Defendants' Motion is GRANTED. For each of the cases identified in Exhibit "A," Plaintiff shall show cause within ten (10) days, in writing, why his or her case should not be dismissed.

It is FURTHER ORDERED:

(1) If any Plaintiff subject to this order states that a prior verified PFS response was inaccurate, in addition to the above, the writing shall: (a) be verified, (b) explain the basis for the prior inaccuracy, and (c) be accompanied by sufficient documentation to support Plaintiff's revised explanation.

(2) Failure to comply with any this order will result in dismissal *with prejudice.*

Date: _____, 2018          BY THE COURT

                                                _____
                                                The Honorable Joan N. Ericksen
                                                United States District Court Judge
                                                District of Minnesota

# Exhibit A

| Case Number | Plaintiff | Firm Name |
|---|---|---|
| 0:15-cv-04044-JNE-DTS | Campbell | The Law Offices of Travis R. Walker, P.A. |
| 0:15-cv-04211-JNE-DTS | Little | Lockridge Grindal Nauen, P.L.L.P. |
| 0:15-cv-04244-JNE-DTS | Seitter | Lockridge Grindal Nauen, P.L.L.P. |
| 0:15-cv-04571-JNE-DTS | Atchetee | Bernstein Liebhard LLP |
| 0:16-cv-00242-JNE-DTS | Dethlefsen, Jr. | Lockridge Grindal Nauen, P.L.L.P. |
| 0:16-cv-00271-JNE-DTS | Charap | The Olinde Firm, LLC |
| 0:16-cv-00360-JNE-DTS | McCormick | The Olinde Firm, LLC |
| 0:16-cv-00384-JNE-DTS | Roth | Michael Hingle & Associates LLC |
| 0:16-cv-00515-JNE-DTS | Klosinski | Goza & Honnold, LLC |
| 0:16-cv-00516-JNE-DTS | Simpson | Goza & Honnold, LLC |
| 0:16-cv-00517-JNE-DTS | Ryan | Goza & Honnold, LLC |
| 0:16-cv-00518-JNE-DTS | Thompson | Goza & Honnold, LLC |
| 0:16-cv-00836-JNE-DTS | Pease | Goza & Honnold, LLC |
| 0:16-cv-00839-JNE-DTS | Smith, Donald | Goza & Honnold, LLC |
| 0:16-cv-00837-JNE-DTS | Burleson | Goza & Honnold, LLC |
| 0:16-cv-00838-JNE-DTS | Plumley | Goza & Honnold, LLC |
| 0:16-cv-00545-JNE-DTS | Andras | Michael Hingle & Associates LLC |
| 0:16-cv-00546-JNE-DTS | Franks, II | Michael Hingle & Associates LLC |
| 0:16-cv-01232-JNE-DTS | Morris | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-01257-JNE-DTS | Harvey | Goza & Honnold, LLC |
| 0:16-cv-01259-JNE-DTS | Lance | Goza & Honnold, LLC |
| 0:16-cv-01858-JNE-DTS | Stitt | The Law Offices of Travis R. Walker, P.A. |

| | | |
|---|---|---|
| 0:16-cv-01895-JNE-DTS | Eney | The Miller Firm, LLC |
| 0:16-cv-02000-JNE-DTS | McMillan | Goza & Honnold, LLC |
| 0:16-cv-02005-JNE-DTS | Siddens | The Law Offices of Travis R. Walker, P.A. |
| 0:16-cv-02033-JNE-DTS | Anaya | Brent Coon & Associates |
| 0:16-cv-02042-JNE-DTS | Asbury | Brent Coon & Associates |
| 0:16-cv-02048-JNE-DTS | Cooke, Jr. | Brent Coon & Associates |
| 0:16-cv-02292-JNE-DTS | Davis | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02298-JNE-DTS | Dandrea | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02299-JNE-DTS | Redman | Goza & Honnold, LLC |
| 0:16-cv-02338-JNE-DTS | Duval | Bernstein Liebhard LLP |
| 0:16-cv-02500-JNE-DTS | Pastor | Bernstein Liebhard LLP |
| 0:16-cv-02503-JNE-DTS | West | Richardson, Patrick, Westbrook & Brickman, LLC |
| 0:16-cv-02516-JNE-DTS | Wilson | Richardson, Patrick, Westbrook & Brickman, LLC |
| 0:16-cv-02543-JNE-DTS | Mains | Richardson, Patrick, Westbrook & Brickman, LLC |
| 0:16-cv-02546-JNE-DTS | Walker | Bernstein Liebhard LLP |
| 0:16-cv-02584-JNE-DTS | Butler | Bernstein Liebhard LLP |
| 0:16-cv-02591-JNE-DTS | Hebert | Bernstein Liebhard LLP |
| 0:16-cv-02593-JNE-DTS | Marriott | Richardson, Patrick, Westbrook & Brickman, LLC |
| 0:16-cv-02657-JNE-DTS | Waters | Goza & Honnold, LLC |
| 0:16-cv-02658-JNE-DTS | Gobble | Goza & Honnold, LLC |
| 0:16-cv-02729-JNE-DTS | Orias | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-02812-JNE-DTS | Hall | Goza & Honnold, LLC |
| 0:16-cv-02814-JNE-DTS | Grudzinski | Brent Coon & Associates |
| 0:16-cv-02951-JNE-DTS | O'Grady, Jr. | Brent Coon & Associates |

| | | |
|---|---|---|
| 0:16-cv-02953-JNE-DTS | Morgan, Jr. | Brent Coon & Associates |
| 0:16-cv-02998-JNE-DTS | Ferrante | Goza & Honnold, LLC |
| 0:16-cv-03109-JNE-DTS | Hrbek | Goza & Honnold, LLC |
| 0:16-cv-03110-JNE-DTS | Dickens | Goza & Honnold, LLC |
| 0:16-cv-03165-JNE-DTS | Gallegos | Loncar & Associates |
| 0:16-cv-03317-JNE-DTS | Hollins | Goza & Honnold, LLC |
| 0:16-cv-03357-JNE-DTS | Batkins | The Law Offices of Travis R. Walker, P.A. |
| 0:16-cv-03708-JNE-DTS | Goodson | Goza & Honnold, LLC |
| 0:16-cv-03783-JNE-DTS | White | Goza & Honnold, LLC |
| 0:16-cv-03784-JNE-DTS | Stewart | Goza & Honnold, LLC |
| 0:16-cv-03934-JNE-DTS | Hougen | The Miller Firm, LLC |
| 0:16-cv-03989-JNE-DTS | Malady | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-03993-JNE-DTS | Johnson, Mark | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-04053-JNE-DTS | Hellard | Goza & Honnold, LLC |
| 0:16-cv-04056-JNE-DTS | Rhodes | Goza & Honnold, LLC |
| 0:16-cv-04151-JNE-DTS | Leonard | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-04169-JNE-DTS | McFarland | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-04182-JNE-DTS | Myers, C. Thomas | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-04206-JNE-DTS | Palmer | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-04211-JNE-DTS | Miller, Terri | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-04212-JNE-DTS | Scrittorale | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-04213-JNE-DTS | Fisher | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |

| | | |
|---|---|---|
| 0:16-cv-04218-JNE-DTS | Polasko | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-04223-JNE-DTS | Mann | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-04283-JNE-DTS | Myers, Frank | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-04391-JNE-DTS | Reed | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:16-cv-04410-JNE-DTS | Williams, Gloria | Goza & Honnold, LLC |
| 0:16-cv-04411-JNE-DTS | Thomas | Goza & Honnold, LLC |
| 0:16-cv-04414-JNE-DTS | Munoz | Goza & Honnold, LLC |
| 0:16-cv-04415-JNE-DTS | Smith-Barbour | Goza & Honnold, LLC |
| 0:16-cv-04416-JNE-DTS | Lewis | Goza & Honnold, LLC |
| 0:16-cv-04417-JNE-DTS | Coleman | Goza & Honnold, LLC |
| 0:16-cv-04420-JNE-DTS | Holliday | Goza & Honnold, LLC |
| 0:16-cv-04421-JNE-DTS | Winfield | Goza & Honnold, LLC |
| 0:16-cv-04422-JNE-DTS | McGalliard | Goza & Honnold, LLC |
| 0:17-cv-00052-JNE-DTS | Marshall | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-00225-JNE-DTS | Cooper | Brown and Crouppen, P.C. |
| 0:17-cv-00264-JNE-DTS | Williams, Millard | The Law Offices of Travis R. Walker, P.A. |
| 0:17-cv-00321-JNE-DTS | McDonald | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-00349-JNE-DTS | Baxter | The Miller Firm, LLC |
| 0:17-cv-00434-JNE-DTS | Reid | Goza & Honnold, LLC |
| 0:17-cv-00448-JNE-DTS | Gibson | Richardson, Patrick, Westbrook & Brickman, LLC |
| 0:17-cv-00458-JNE-DTS | Adams | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-00584-JNE-DTS | Lang | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |

| | | |
|---|---|---|
| 0:17-cv-00588-JNE-DTS | Laguna | The Law Offices of Travis R. Walker, P.A. |
| 0:17-cv-00612-JNE-DTS | Christopher | Brown and Crouppen, P.C. |
| 0:17-cv-00712-JNE-DTS | Owens | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-00753-JNE-DTS | Matthews | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-00999-JNE-DTS | Lindsey | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01005-JNE-DTS | Taneff | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01007-JNE-DTS | Litchfield | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01012-JNE-DTS | Hales | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01125-JNE-DTS | Mack, Elizabeth | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01211-JNE-DTS | Carl Torio | Sanders Phillips Grossman, LLC |
| 0:17-cv-01216-JNE-DTS | Hamed | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01217-JNE-DTS | Lane | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01221-JNE-DTS | Locke | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01222-JNE-DTS | Payton | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01242-JNE-DTS | Hightower | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01249-JNE-DTS | Prilo | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01251-JNE-DTS | Whitehead | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01281-JNE-DTS | Hinthorne | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |

| | | |
|---|---|---|
| 0:17-cv-01282-JNE-DTS | Hagaman | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01284-JNE-DTS | Hasler | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01291-JNE-DTS | Henson | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01292-JNE-DTS | Luttrell | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01294-JNE-DTS | Arrington | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01306-JNE-DTS | McCumbers | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01317-JNE-DTS | O'Conner | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01329-JNE-DTS | Hutson | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01334-JNE-DTS | Roszak | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01338-JNE-DTS | Padmore | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01341-JNE-DTS | High | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01342-JNE-DTS | Buczko | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01343-JNE-DTS | Sinnett | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01345-JNE-DTS | Pickelsimer | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01346-JNE-DTS | Peshut | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01413-JNE-DTS | Jordan | Sanders Phillips Grossman, LLC |
| 0:17-cv-01460-JNE-DTS | Surlow | Sanders Phillips Grossman, LLC |
| 0:17-cv-01481-JNE-DTS | Lillard | Gustafson Gluek PLLC |
| 0:17-cv-01522-JNE-DTS | McDaniel | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |

| | | |
|---|---|---|
| 0:17-cv-01524-JNE-DTS | Hunter | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01537-JNE-DTS | Leineke | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01538-JNE-DTS | Logan | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01553-JNE-DTS | Kirkland | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01562-JNE-DTS | McGilton | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01567-JNE-DTS | Manley | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01666-JNE-DTS | Moten | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01683-JNE-DTS | Voytko | Sanders Phillips Grossman, LLC |
| 0:17-cv-01838-JNE-DTS | Hammonds | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-01961-JNE-DTS | O'Hearn | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-02157-JNE-DTS | Goss | Kennedy Hodges, L.L.P. |
| 0:17-cv-02199-JNE-DTS | Pirraglio | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-02221-JNE-DTS | James | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-02225-JNE-DTS | Kennedy | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-02226-JNE-DTS | McGee | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-02229-JNE-DTS | Karasti | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-02281-JNE-DTS | Escobedo | Kennedy Hodges, L.L.P. |
| 0:17-cv-02283-JNE-DTS | Smith, Alberta | Brent Coon & Associates |
| 0:17-cv-02347-JNE-DTS | Lukens | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |

| | | |
|---|---|---|
| 0:17-cv-02426-JNE-DTS | Johnson, V, J. Edwards | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-02450-JNE-DTS | Knapke | The Miller Firm, LLC |
| 0:17-cv-02453-JNE-DTS | Hughes | The Miller Firm, LLC |
| 0:17-cv-02455-JNE-DTS | Nugent, Jr. | The Miller Firm, LLC |
| 0:17-cv-02538-JNE-DTS | Valentine | Pogust Braslow & Millrood LLC |
| 0:17-cv-02601-JNE-DTS | Mason | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-02756-JNE-DTS | Brock | Shelton Law Group |
| 0:17-cv-03259-JNE-DTS | Folmer | Kennedy Hodges, L.L.P. |
| 0:17-cv-03607-JNE-DTS | Evans | Bailey Peavy Bailey Cowman Heckaman, PLLC |
| 0:17-cv-03997-JNE-DTS | Keith | The Miller Firm, LLC |
| 0:17-cv-04054-JNE-DTS | Miller, Lelea | Goza & Honnold, LLC |
| 0:17-cv-04510-JNE-DTS | Gunner | Peterson & Associates, P.C. |
| 0:17-cv-04607-JNE-DTS | Collins | Gustafson Gluek PLLC |
| 0:17-cv-04814-JNE-DTS | Stevens | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-04859-JNE-DTS | Bradford | The Miller Firm, LLC |
| 0:17-cv-04860-JNE-DTS | Mack, Raymond | The Miller Firm, LLC |
| 0:17-cv-04967-JNE-DTS | Ewing | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:18-cv-00023-JNE-DTS | Angell | Langdon & Emison, LLC |
| 0:18-cv-00104-JNE-DTS | Blevins | The Miller Firm, LLC |
| 0:18-cv-00120-JNE-DTS | Upchurch | Langdon & Emison, LLC |
| 0:18-cv-00167-JNE-DTS | Shoaf | The Miller Firm, LLC |
| 0:18-cv-00347-JNE-DTS | Watson | The Miller Firm, LLC |
| 0:18-cv-01128-JNE-DTS | Jackson | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |