UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To: *Bellande,* 16-cv-02700-JNE-FLN *Colon*, 16-cv-00985-JNE-FLN *Perkins*, 17-cv-01049-JNE-FLN *Nickell et al.*, 17-cv-4285-JNE-FLN *Grimsley*, 17-cv-04872-JNE-FLN *Andrews*, 17-cv-03276-JNE-FLN *Lister*, 17-cv-4336-JNE-FLN *Rich et al.*, 16-cv-02631-JNE-FLN *Richey*, 17- cv-5323-JNE-FLN *Smith et al.*, 17- cv-2889-JNE-FLN *Steele*, 17-cv-1262-JNE-FLN | **RULE 7.1(F) CERTIFICATE OF COMPLIANCE REGARDING DEFENDANTS' COMBINED REPLY IN SUPPORT OF THEIR 1ST AND 2ND MOTIONS TO DISMISS CASES FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 23 AND/OR FED. R. CIV. P. 25(a)** |

I, Benjamin W. Hulse, certify that the Defendants' Combined Reply in support of their 1st and 2nd Motions to Dismiss Cases for Failure to Comply with Pretrial Order No. 23 and/or Fed. R. Civ. P. 25(a) ("Reply") complies with limits Local Rule 7.1(f) and with the type-size limit of Local Rule 7.1(h).

I further certify that, in preparation of the Reply, I used Microsoft® Word 2016, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the Reply contains 1455 words.

Dated: July 31, 2018 				Respectfully submitted,


*s/Benjamin W. Hulse*
Jerry W. Blackwell (MN #186867)
Benjamin W. Hulse (MN #0390952)
Mary S. Young (MN #0392781)
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3200
Fax: (612) 343-3205
Email: blackwell@blackwellburke.com
       bhulse@blackwellburke.com
       myoung@blackwellburke.com

Bridget M. Ahmann (MN #016611x)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Phone: (612) 766-7000
Email: bridget.ahmann@faegrebd.com

***Counsel for Defendants 3M Company and Arizant Healthcare Inc.***