# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/DTS) |
| This Document Relates to:<br>Case Nos.:<br>17-cv-02925 *(Zimmerman v. 3M Co., et al.)*<br>17-cv-03252 *(Gorbett v. 3M Co., et al.)*<br>17-cv-03501 *(Smith v. 3M Co., et al.)*<br>17-cv-03554 *(Cyr v. 3M Co., et al.)*<br>17-cv-03563 *(Opperman v. 3M Co., et al.)*<br>17-cv-03573 *(Parker v. 3M Co., et al.)*<br>17-cv-03696 *(Hickman v. 3M Co., et al.)*<br>17-cv-03718 *(Seymore v. 3M Co., et al.)*<br>17-cv-03952 *(Pratt v. 3M Co., et al.)*<br>17-cv-04009 *(Rude v. 3M Co., et al.)*<br>17-cv-04257 *(Coggins v. 3M Co., et al.)*<br>17-cv-04327 *(Robertson v. 3M Co., et al.)*<br>17-cv-04328 *(Robertson v. 3M Co., et al.)*<br>17-cv-04385 *(Erdman v. 3M Co., et al.)*<br>17-cv-04433 *(Greene v. 3M Company)*<br>17-cv-04470 *(Ingram v. 3M Co., et al.)*<br>17-cv-04517 *(Henderson v. 3M Co., et al.)*<br>17-cv-04654 *(Keith v. 3M Co., et al.)*<br>17-cv-04677 *(Resendez v. 3M Co., et al.)*<br>17-cv-04752 *(Hyer v. 3M Co., et al.)*<br>17-cv-04777 *(Pine v. 3M Co., et al.)*<br>17-cv-04778 *(Brown v. 3M Co., et al.)*<br>17-cv-04779 *(Key v. 3M Co., et al.)*<br>17-cv-04845 *(Murray v. 3M Co., et al.)*<br>17-cv-04881 *(Potter v. 3M Co., et al.)*<br>17-cv-04885 *(McEvoy v. 3M Co., et al.)*<br>17-cv-04889 *(Thornton v. 3M Co., et al.)*<br>17-cv-04891 *(Edwards v. 3M Co., et al.)*<br>17-cv-05123 *(Robinson-Bessicks v. 3M Co., et al.)*<br>17-cv-05261 *(Hardy v. 3M Co., et al.)*<br>17-cv-05270 *(Johnston v. 3M Co., et al.)*<br>17-cv-05277 *(Billings v. 3M Co., et al.)* | **NOTICE OF HEARING ON DEFENDANTS' THIRTEENTH MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 14** |

17-cv-05323 *(Richey v. 3M Co., et al.)*
\17-cv-05370 *(Taplin v. 3M Co., et al.)*
17-cv-05371 *(Bresnock v. 3M Co., et al.)*
17-cv-05472 *(Jones v. 3M Co., et al.)*
18-cv-00045 *(Swales v. 3M Co., et al.)*
18-cv-00437 *(McCullough v. 3M Co., et al.)*
18-cv-00444 *(Garrison v. 3M Co., et al.)*
18-cv-00527 *(Morgan v. 3M Co., et al.)*
18-cv-00609 *(Larrison v. 3M Co., et al.)*
18-cv-00617 *(Hayes v. 3M Co., et al.)*
18-cv-00641 *(Rhew v. 3M Co., et al.)*

PLEASE TAKE NOTICE that on August 16, 2018 at 9:30 a.m., before the Honorable Joan N. Ericksen, United States District Court, 12W U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, Defendants 3M Company and Arizant Healthcare Inc. will respectfully move the Court to enter an order dismissing the following Plaintiffs' cases for failure to comply with the Court's Pretrial Order No. 14, entered September 27, 2016:

| Case Number | Plaintiff | Firm Name |
|---|---|---|
| 0:17-cv-02925-JNE-FLN | Zimmerman | The Olinde Firm, LLC |
| 0:17-cv-03252-JNE-FLN | Gorbett | Bernstein Liebhard LLP |
| 0:17-cv-03501-JNE-FLN | Smith | Kennedy Hodges, L.L.P. |
| 0:17-cv-03554-JNE-FLN | Cyr | DeGaris & Rogers, LLC |
| 0:17-cv-03563-JNE-FLN | Opperman | Kennedy Hodges, L.L.P. |
| 0:17-cv-03573-JNE-FLN | Parker | Bernstein Liebhard LLP |
| 0:17-cv-03696-JNE-FLN | Hickman | Kennedy Hodges, L.L.P. |
| 0:17-cv-03718-JNE-FLN | Seymore | Kennedy Hodges, L.L.P. |
| 0:17-cv-03952-JNE-FLN | Pratt | Brent Coon & Associates |
| 0:17-cv-04009-JNE-FLN | Rude | Bernstein Liebhard LLP |
| 0:17-cv-04257-JNE-FLN | Coggins | Kennedy Hodges, L.L.P. |

| | | |
|---|---|---|
| 0:17-cv-04327-JNE-FLN | Robertson | Randall J. Trost, P.C. |
| 0:17-cv-04328-JNE-FLN | Robertson | Randall J. Trost, P.C. |
| 0:17-cv-04385-JNE-FLN | Erdman | Brown & Crouppen, P.C. |
| 0:17-cv-04433-JNE-FLN | Greene | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-04470-JNE-FLN | Ingram | Bernstein Liebhard LLP |
| 0:17-cv-04517-JNE-FLN | Henderson | Bernstein Liebhard LLP |
| 0:17-cv-04654-JNE-FLN | Keith | Brown & Crouppen, P.C. |
| 0:17-cv-04677-JNE-FLN | Resendez | Brown & Crouppen, P.C. |
| 0:17-cv-04752-JNE-FLN | Hyer | Gustafson Gluek PLLC |
| 0:17-cv-04777-JNE-FLN | Pine | Bernstein Liebhard LLP |
| 0:17-cv-04778-JNE-FLN | Brown | Bernstein Liebhard LLP |
| 0:17-cv-04779-JNE-FLN | Key | Kennedy Hodges, L.L.P. |
| 0:17-cv-04845-JNE-FLN | Murray | Kirtland & Packard, LLP |
| 0:17-cv-04881-JNE-FLN | Potter | Bernstein Liebhard LLP |
| 0:17-cv-04885-JNE-FLN | McEvoy | Bernstein Liebhard LLP |
| 0:17-cv-04889-JNE-FLN | Thornton | Bernstein Liebhard LLP |
| 0:17-cv-04891-JNE-FLN | Edwards | Bernstein Liebhard LLP |
| 0:17-cv-05123-JNE-FLN | Robinson-Bessicks | Kirtland & Packard, LLP |
| 0:17-cv-05261-JNE-FLN | Hardy | Bernstein Liebhard LLP |
| 0:17-cv-05270-JNE-FLN | Johnston | Bernstein Liebhard LLP |
| 0:17-cv-05277-JNE-FLN | Billings | Bernstein Liebhard LLP |
| 0:17-cv-05323-JNE-FLN | Richey | Kennedy Hodges, L.L.P. |
| 0:17-cv-05370-JNE-FLN | Taplin | Bernstein Liebhard LLP |
| 0:17-cv-05371-JNE-FLN | Bresnock | Bernstein Liebhard LLP |
| 0:17-cv-05472-JNE-FLN | Jones | Johnson Becker, PLLC |
| 0:18-cv-00045-JNE-FLN | Swales | Bernstein Liebhard LLP |
| 0:18-cv-00437-JNE-FLN | McCullough | Davis & Crump, P.C. |
| 0:18-cv-00444-JNE-FLN | Garrison | Davis & Crump, P.C. |
| 0:18-cv-00527-JNE-FLN | Morgan | Davis & Crump, P.C. |

4

| 0:18-cv-00609-JNE-FLN | Larrison | Davis & Crump, P.C. |
| --- | --- | --- |
| 0:18-cv-00617-JNE-FLN | Hayes | Schlichter, Bogard & Denton, LLP |
| 0:18-cv-00641-JNE-FLN | Rhew | Morris Law Firm |

Dated: August 2, 2018                                  Respectfully submitted,


                                                       *s/Benjamin W. Hulse*
                                                       Benjamin W. Hulse (MN #0390952)
                                                       **Attorney for Defendants 3M Company
                                                       and Arizant Healthcare Inc.**
                                                       BLACKWELL BURKE P.A.
                                                       431 South Seventh Street, Suite 2500
                                                       Minneapolis, MN 55415
                                                       Phone: (612) 343-3200
                                                       Fax: (612) 343-3205
                                                       Email: bhulse@blackwellburke.com