**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/DTS)<br><br>**(PROPOSED) ORDER GRANTING DEFENDANTS' THIRTEENTH MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 14** |

---

This came before the Court on Defendants 3M Company's and Arizant Healthcare Inc.'s (collectively, "Defendants") Thirteenth Motion to Dismiss for Failure to Comply with Pretrial Order No. 14.  Based on the files, records, and proceedings herein,

IT IS HEREBY ORDERED that Defendants' motion is GRANTED.  The following actions are dismissed with prejudice:

| Case Number | Plaintiff | Firm Name |
|---|---|---|
| 0:17-cv-02925-JNE-FLN | Zimmerman | The Olinde Firm, LLC |
| 0:17-cv-03252-JNE-FLN | Gorbett | Bernstein Liebhard LLP |
| 0:17-cv-03501-JNE-FLN | Smith | Kennedy Hodges, L.L.P. |
| 0:17-cv-03554-JNE-FLN | Cyr | DeGaris & Rogers, LLC |
| 0:17-cv-03563-JNE-FLN | Opperman | Kennedy Hodges, L.L.P. |
| 0:17-cv-03573-JNE-FLN | Parker | Bernstein Liebhard LLP |
| 0:17-cv-03696-JNE-FLN | Hickman | Kennedy Hodges, L.L.P. |
| 0:17-cv-03718-JNE-FLN | Seymore | Kennedy Hodges, L.L.P. |
| 0:17-cv-03952-JNE-FLN | Pratt | Brent Coon & Associates |
| 0:17-cv-04009-JNE-FLN | Rude | Bernstein Liebhard LLP |

| 0:17-cv-04257-JNE-FLN | Coggins | Kennedy Hodges, L.L.P. |
|---|---|---|
| 0:17-cv-04327-JNE-FLN | Robertson | Randall J. Trost, P.C. |
| 0:17-cv-04328-JNE-FLN | Robertson | Randall J. Trost, P.C. |
| 0:17-cv-04385-JNE-FLN | Erdman | Brown & Crouppen, P.C. |
| 0:17-cv-04433-JNE-FLN | Greene | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-04470-JNE-FLN | Ingram | Bernstein Liebhard LLP |
| 0:17-cv-04517-JNE-FLN | Henderson | Bernstein Liebhard LLP |
| 0:17-cv-04654-JNE-FLN | Keith | Brown & Crouppen, P.C. |
| 0:17-cv-04677-JNE-FLN | Resendez | Brown & Crouppen, P.C. |
| 0:17-cv-04752-JNE-FLN | Hyer | Gustafson Gluek PLLC |
| 0:17-cv-04777-JNE-FLN | Pine | Bernstein Liebhard LLP |
| 0:17-cv-04778-JNE-FLN | Brown | Bernstein Liebhard LLP |
| 0:17-cv-04779-JNE-FLN | Key | Kennedy Hodges, L.L.P. |
| 0:17-cv-04845-JNE-FLN | Murray | Kirtland & Packard, LLP |
| 0:17-cv-04881-JNE-FLN | Potter | Bernstein Liebhard LLP |
| 0:17-cv-04885-JNE-FLN | McEvoy | Bernstein Liebhard LLP |
| 0:17-cv-04889-JNE-FLN | Thornton | Bernstein Liebhard LLP |
| 0:17-cv-04891-JNE-FLN | Edwards | Bernstein Liebhard LLP |
| 0:17-cv-05123-JNE-FLN | Robinson-Bessicks | Kirtland & Packard, LLP |
| 0:17-cv-05261-JNE-FLN | Hardy | Bernstein Liebhard LLP |
| 0:17-cv-05270-JNE-FLN | Johnston | Bernstein Liebhard LLP |
| 0:17-cv-05277-JNE-FLN | Billings | Bernstein Liebhard LLP |
| 0:17-cv-05323-JNE-FLN | Richey | Kennedy Hodges, L.L.P. |
| 0:17-cv-05370-JNE-FLN | Taplin | Bernstein Liebhard LLP |
| 0:17-cv-05371-JNE-FLN | Bresnock | Bernstein Liebhard LLP |
| 0:17-cv-05472-JNE-FLN | Jones | Johnson Becker, PLLC |

| 0:18-cv-00045-JNE-FLN | Swales | Bernstein Liebhard LLP |
| 0:18-cv-00437-JNE-FLN | McCullough | Davis & Crump, P.C. |
| 0:18-cv-00444-JNE-FLN | Garrison | Davis & Crump, P.C. |
| 0:18-cv-00527-JNE-FLN | Morgan | Davis & Crump, P.C. |
| 0:18-cv-00609-JNE-FLN | Larrison | Davis & Crump, P.C. |
| 0:18-cv-00617-JNE-FLN | Hayes | Schlichter, Bogard & Denton, LLP |
| 0:18-cv-00641-JNE-FLN | Rhew | Morris Law Firm |

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date: _____          BY THE COURT


                                 _____

                                 JUDGE, U.S. DISTRICT COURT