# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates:<br><br>**PLAINTIFF(S)**<br><br>16-cv-01895 *(Eney v. 3M Co., et al.)*<br>16-cv-03934 *(Hougen v. 3M Co., et al.)*<br>17-cv-02450 *(Knapke v. 3M Co., et al.)*<br>17-cv-02453 *(Hughes v. 3M Co., et al.)*<br>17-cv-02455 *(Nugent v. 3M Co., et al.)*<br>18-cv-00104 *(Blevins v. 3M Co., et al.)*<br>17-cv-04859 *(Bradford v. 3M Co., et al.)*<br>17-cv-04860 *(Mack, v. 3M Co., et. al.)*<br>18-cv-00347 *(Watson v. 3M Co., et al.)*<br>17-cv-00349 *(Baxter v. 3M Co., et al.)*<br>17-cv-03997 *(Keith v. 3M Co., et al.)*<br>18-cv-00167 *(Shoaf v. 3M Co., et al.)* | |

## L.R. 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE REGARDING PLAINTIFF'S SUPPLEMENTAL RESPONSE TO DEFENDANTS' MOTION TO SHOW CAUSE

This brief complies with the work limitation of LR 7.1(f) because this brief contains 595 words, including all text, headings, footnotes, and quotations, other than the parts of the brief exempted by LR 7.1(f). This brief was prepared using Microsoft Office Word 2013. This brief complies with the type size requirements of LR 7.1 (h) because this brief has been prepared using at least font size 13, is double-spaced (except for headings, footnotes and quotations that exceed two lines) and is submitted on 81/2" by 11" paper with at least one inch of margins on all four sides.

Dated 8/6/2018

                                Respectfully submitted,

                                  <u>s/Tayjes Shah</u>

Tayjes Shah, Esq.
The Miller Firm, LLC
108 Railroad Ave.
Orange, VA 22960
P: 540-672-4224
Email: tshah@millerfirmllc.com