# EXHIBIT A

**Tayjes Shah**

| | |
|---|---|
| **From:** | Tayjes Shah |
| **Sent:** | Tuesday, July 31, 2018 11:17 AM |
| **To:** | Ted Hartman; Ben Hulse |
| **Cc:** | Wendy Thayer; Shareeka A. Allen; 'david@pritzkerlaw.com' |
| **Subject:** | RE: Miller Firm Bair Hugger Motion to Show Cause |
| **Attachments:** | BH IDs Motion to Show Cause.pdf; Forced Air Warmer Ids to Show Cause.pdf |

Ted/Ben,

Please find this correspondence in relation to the 12 cases that were in Friday's Motion for an Order to Show Cause related to lack of product ID. Please note that we did not receive notice of your Motion until Friday. Upon review, 8 of the cases

Eney
Hougen
Knapke
Nugent
Blevins
Bradford
Mack
Watson

have a clear Bair Hugger identification in the records. I have consolidated the identifications into the attachment. In spite of significant efforts to this point, the four other cases reference a forced air warming device (without confirming a manufacturer) and I have attached these records.

Baxter
Hughes
Keith
Shoaf

As this information is beyond the scope of knowledge of most lay Plaintiffs, I would think that this medical documentation would be sufficient for these Plaintiffs (at the very least for the 8 with confirmed BH IDs). Please confirm if you would be agreeable to submitting a joint letter removing these cases from the show cause.

Thank you,
TJ

Tayjes Shah, Esq.
The Miller Firm, LLC
P: 540-672-4224



Medstar Harbor Hospital 3001 South Hanover Street Baltimore, MD 21225

PLACE PATIENT LABEL HERE

## OPERATIVE CASE RECORD

Patient ENEY, ROBIN L DOS 05/02/2013 Case # 412462 Acct # 9015552780 MR# 000541394

**RISK FOR ANXIETY RELATED TO KNOWLEDGE DEFICIT AND STRESS OF SURGERY**

Psychosocial Status: Anxious

**OUTCOME**

Verbalizes / indicates decreased anxiety, ability to cope, understanding of procedure and sequence of events Questions answered Y

**TRANSFER TO OR SUITE VIA**

Stretcher

**TIME OUT** TIME: 13:33

Patient ID, Operative Site, Procedure, Position, Accurate Consents and Safety Precautions Y

Relevant images and results appropriately labeled and displayed Y

The need to administer antibiotics or fluids containing antibiotics for irrigation is addressed Y

History and Physical on Chart YES

History and Physical completed within 30 days and updated within 24 hours of the procedure YES

Preop Assessment Verified? YES Comments

**RISK FOR INFECTION**

| Skin Prep Type | Skin Prep Site | By |
|---|---|---|
| Alcohol | left leg | Harvey, Anne RN |
| Chlorhexidine | left leg | Harvey, Anne RN |
| Alcohol | left leg | Harvey, Anne RN |
| Chloraprep | left leg | Harvey, Anne RN |
| Chloraprep | left leg | Surgeon 1 |

| Hair Removal Type | Hair Removal Site | By | Time | Comments |
|---|---|---|---|---|
| Hair removal unnecessary | | | | |

Urinary Catheter

| Type | Size | Urine Description | By | Initial Output |
|---|---|---|---|---|
| Foley Standard 2 Way | 16.5 | Clear/Yellow | Harvey, Anne RN | 10 |

**RISK FOR INJURY**

| Safety Strap? | Safety Strap Location | By | Ground Pad Lot # | Ground Pad Site | Applied By |
|---|---|---|---|---|---|
| Y | across waist | Harvey, Anne RN | 12590027 | irregadyne-upper | Harvey, Anne RN |

| Cautery Type | Unit # | Cut | Coag |
|---|---|---|---|
| Electrosurgical Unit | H07855 | 50 | 50 |
| Tourniquet | H09636 | | 100 |

| Tourniquet 1 Unit # | Location | Pressure mmHg | Time Inflated | Time Deflated | Padded | By | Extremity Condition Postop |
|---|---|---|---|---|---|---|---|
| 7803 | Upper Leg Left | 300 | 13:36 | 15:40 | Y | Harvey, Anne RN | c.w.r. & intact |

| SCD Size | SCD Unit # | Setting |
|---|---|---|
| Impad Foot Right | H10696 | 130 |

| Warming Device | Warming Unit # |
|---|---|
| Warmed Blankets | |
| Bair Hugger Upper Body | H06999 |

**RISK FOR IMPAIRED SKIN INTEGRITY**

| Position for Surgery | By | # Pulses, Breasts / Genitalia Checked By |
|---|---|---|
| Supine | Surgeon 1 | |
| | Anesthesia Care Provider | |
| | Harvey, Anne RN | |

Positioning Devices Head Rings, Armboards Bilateral, Leg Holder Left

Printed 5/2/2013 4:22 pm

PRINTED BY: MCKPRINT 10/12/2015

RE-01-

RE-01-000020

Surgical Case Record

Patient: M000080062 HOUGEN,TRACY L Date of Birth: 12/05/57
Account No: V00000808269 Age: 58
Physician: KRUHE-KRULL,HENRY G. MD Sex: M
Specialty: ORT-ORTHOPEDICS Room-Bed/T.Loc: 231-A
O.R.: OR3-OR ROOM 3 Oper Date: 10/16/14
CENTRAL PENINSULA GEN HOSP
Case Close/ Run Date: 04/22/16
Transmitted: 10/22/14 0901 SBAXTER BAXTER,SUZANNE L Run Time: 1712

DAY SURG/HOLDING INTAKES

| DATE | TIME | USER | TYPE | INTAKES UTILIZED | | SITE | REG AMT RATE |
|---|---|---|---|---|---|---|---|
| | | | | PREOP VOL | END LTC | | |
| 10/16/14 | 1110 | JFENTON | SOL | LACTATED RINGERS | | HANDL | 1,000 TKO |
| | | | | 0 | 1,000 | | |
| | | | | | | Total | 0 |

Filed by JAN FENTON, RNCA on 10/16/14 at 1152

PRE-OP COMPLETED BY

Completed By JAN FENTON
Completed Date 10/16/14
Completed Time 1052

OR ASSESSMENTS

** N/A **

OR TIMES

| —OR AREA — | TIME | DATE — |
|---|---|---|
| Into Room: | 1258 | 10/16/14 |
| Site Verify: | 1348 | 10/16/14 |
| Start Procedure: | 1349 | 10/16/14 |
| End Procedure: | 1525 | 10/16/14 |

Filed by ALISHA L FLIEGER, RN on 10/16/14 at 1541

POSITION

L ARM ON PADDED ARMBOARD
R ARM PADDED ACROSS CHEST
LATERAL LEFT

Filed by ALISHA L FLIEGER, RN on 10/16/14 at 1541

DEVICES

LEFT ARMBOARD
ARM STRAP LEFT
BAIR HUGGER UPPER
BLANKET, FOLDED
EGG CRATE
HIP GRIP
LATERAL WEDGES
PILLOW

Filed by ALISHA L FLIEGER, RN on 10/16/14 at 1541

**Immobilization Devices**

**Internal Transportation**

PHP OR INTERNAL TRANSPORTATION QUESTIONNAIRE

| Question | Answer | Comment |
|---|---|---|
| **Patient Transfer Destination** | PACU (Post Anesthesia Care Unit) | |
| **Patient Transported By** | CRNA<br>Registered Nurse | |
| **Patient Transport Method** | Patients's In-House Bed | |
| **Safety Measures** | Blankets Applied<br>Oxygen with Face Mask<br>Side Rails Up | |
| **Patient Transported Out By** | | |
| **Patient Out Transport Method** | | |

**Electro Surgery Units**

| ESU Type | ESU | Blend Setting | Mode | Pad Loc | Laterality | Coag Set | Cut Set | Applied By |
|---|---|---|---|---|---|---|---|---|
| Electrosurgical Unit | | | Monopolar | Flank | Left | 30 | 30 | |

Pre/Post Application Skin Condition: Warm, dry, intact

**Sequential Compression Devices**

None

**Tourniquets**

None

**Warming Devices**

| Device Type | Device | Area | Laterality | Temp |
|---|---|---|---|---|
| Bair Hugger | | Upper Body | Bilateral | |

**X-Rays**

None

**Lasers**

None

**Complications**

**No Complication**

MRN: 02249165 Visit: 30300474 DocType: ANE - Anesthesia

ST. JOSEPH HOSPITAL
Bellingham, Washington

Anesthesia

All inhalational agents given by inhaled route

Time | Midazolam (mg) | Fentanyl | Pentothal / Propofol (mg/ml) | Succinylcholine (mg) | Rocuronium/Cisatracurium (mg) | O2 (l/min) | Air / N2O (l/min) | ISO % / Sevo % | Fluids | EBL | Urine Vol | ECG/T° | FiO2 | SpO2 | EtCO2 | VT • F • Pip | Blood No.

Monitors • Equipment • Airway

Assessment Immediately Prior to Induction or Sedation
Intubation O/N Easy Difficult
Block L3-4 SAB
Position Sitting
Prep betadine
Local 5ml 1% lidocaine
Needle 25g Whitacre - Long
CSF Blood Paresthesia
Test Dose
Level
LOR @ ____ cm @ Skin ____ cm
Catheter Type

DATE 6/20/11 ANES START X 0931 END ⊗ 1140
OPERATIONS Right Total Hip Replacement
SURGEONS Bruce
ANESTHESIOLOGIST Deck

ANESTHESIA RECORD

ACCT#:030300474
NUGENT, Richard R.
MR#:02249165

OAKWOOD SOUTHSHORE MEDICAL CENTER
5450 Fort Street
Trenton MI 48183-4601
Enc Anesthesia Report

BLEVINS,ROGER S
MRN: 07503580
DOB: 12/4/1942, Sex: M
Adm: 1/8/2015, D/C: 1/10/2015

## Flowsheets (all recorded) (continued)

### Anesthesia Checklist - Thu January 08, 2015 (continued)

| | Anesthesia from 1/8/2015 in Southshore Periop Service |
|---|---|
| | warmer;Forced Air;PC/E stethescope;Infusion pump |
| NIBP Site | Arm Right |
| Cardiac | EKG:ST segments |
| Leads | 3 |
| Temp Source | Skin |
| Standard Monitoring | Temp;ETCO2;SaO2;EKG/BP |

### Assess - Thu January 08, 2015

| | 0747 | 0750 | 0755 | 0800 | 0805 |
|---|---|---|---|---|---|
| **Assessment** | | | | | |
| EKG | | | | NSR | NSR |
| Vent Mode | Spontaneous Ventilation | | | Spontaneous Ventilation | |
| Breath Sounds Left | Clear | | | Clear | |
| Breath Sounds Right | Clear | | | Clear | |
| O2 Supplementation (L/Min) | Nasal | Nasal | Nasal | simple | simple |

| | 0810 | 0815 | 0820 | 0825 | 0830 |
|---|---|---|---|---|---|
| **Assessment** | | | | | |
| EKG | NSR | NSR | NSR | NSR | NSR |
| Warming Device | | On;High;Forced air<br>Upper Bair Hugger | | | |
| O2 Supplementation (L/Min) | simple | simple | simple | simple | simple |

| | 0835 | 0840 | 0845 | 0850 | 0855 |
|---|---|---|---|---|---|
| **Assessment** | | | | | |
| EKG | NSR | NSR | NSR | NSR | NSR |
| O2 Supplementation (L/Min) | simple | simple | simple | simple | simple |

| | 0900 | 0905 | 0910 | 0915 | 0920 |
|---|---|---|---|---|---|
| **Assessment** | | | | | |
| EKG | NSR | NSR | NSR | NSR | NSR |
| O2 Supplementation (L/Min) | Other Oxygen devices<br>Face Mask with hand bag assist | Other Oxygen devices | Other Oxygen devices | Other Oxygen devices | Other Oxygen devices |

Generated by 049894 at 7/10/17 7:56 AM

RB-03-000195

***BAR Equipment***

| | Entry 1 | Entry 2 | Entry 3 |
|---|---|---|---|
| Equipment | Bair Hugger - BAR | Helmet Batteries - BAR | Ortho Helmets - BAR |
| Serial Number | | | |
| Device Setting | 43 | | |
| Accessory Applied by | SMITH CRNA, JOSHUA G | | |
| Site | Upper Body | | |
| Last Modified By: | Payne-Mathews, Carol 08/12/15 14:12:27 | Payne-Mathews, Carol 08/12/15 14:12:27 | Payne-Mathews, Carol 08/12/15 14:12:27 |

| | Entry 4 | Entry 5 |
|---|---|---|
| Equipment | Peg Board - BAR | SCD Machine - BAR |
| Serial Number | | |
| Device Setting | | |
| Accessory Applied by | | |
| Site | | Calf Right |
| Last Modified By: | Payne-Mathews, Carol 08/12/15 14:12:27 | Payne-Mathews, Carol 08/12/15 14:12:27 |

***BAR Counts Verification***

| | Entry 1 | Entry 2 | Entry 3 |
|---|---|---|---|
| Procedure Arthroplasty | Hip Total Arthroplasty | Hip Total Arthroplasty | Hip Total |
| Sequence | Initial Count | Closing Count | Final Count |
| By Carol, | Payne-Mathews, Carol, Payne, Reginald | Payne-Mathews, Carol, Payne, Reginald | Payne-Mathews, Payne, Reginald |
| Sponge Count Correct: | Yes | Yes | Yes |
| Incorrect Sponge Count Action Taken | | | |
| Small Miscellaneous Item Count Correct | Yes | Yes | Yes |
| Incorrect Small Misc Item Count Action Taken: | | | |
| Sharp/Needle Count Correct: | Yes | Yes | Yes |
| Incorrect Sharps Count Action Taken | | | |
| Instrument Count Correct | Yes | Yes | Yes |
| Incorrect Instrument Count Action Taken | | | |
| Provider Notified Closing Counts Correct: | Yes | Yes | Yes |
| Last Modified By: | Payne-Mathews, Carol 08/12/15 14:01:59 | Payne-Mathews, Carol 08/12/15 14:01:59 | Payne-Mathews, Carol 08/12/15 14:01:59 |

***BAR Medication Intake***

| | Entry 1 | | |
|---|---|---|---|
| Medication | Normal Saline 1000mL Bottle - BAR | Route of Admin | Topical |
| By | FERGUSON MD, CHRISTOPHER A | | |
| Last Modified By: | Payne-Mathews, Carol | | |

# MedStar Franklin Square Hospital Center

**Patient:** MACK, RAYMOND JOSEPH
Med Rec #: FSH-000801467649
Account #: FSH-02100388079
Date of Birth: 4/22/1949 Age: 67 years Sex: Male
Location: FSH SURS

Admit/Discharge: 11/3/2014 / 11/7/2014
Admitting Doctor: Michael L.Dvorkin,MD
Ordering Doctor: n/a

## Surgical Documentation

| | Entry 1 | | |
|---|---|---|---|
| **Case Information** | | | |
| **OR** | FSOR 06 | **Case Level** | MD Case Level |
| **Wound Class** | 1-Clean | **Specialty** | SN - Orthopaedics |
| **ASA Class** | 4 | | |
| **Preop Diagnosis** | degenerative joint disease | **Postop Same As Preop** | Yes |
| **Postop Diagnosis** | degenerative joint disease | | |
| **Last Modified By:** | LORI D VACEK, RN 11/03/14 08:28:03 | | |

### Surgical Procedures - FSH - OR

| | Entry 1 | | |
|---|---|---|---|
| **Procedure Description** | | | |
| **Procedure** | Arthroplasty Knee | **Modifiers** | Left |
| **Primary Procedure** | Yes | **Primary Surgeon** | Michael L. Dvorkin, MD |
| **Start** | 11/03/14 08:15:00 | **Stop** | 11/03/14 09:27:00 |
| **Anesthesia Type** | GENERAL | **Surgical Service** | SN - Orthopaedics |
| **Wound Class** | 1-Clean | | |
| **Last Modified By:** | LORI D VACEK, RN 11/03/14 09:31:47 | | |

### Surgical Procedures - FSH - OR Audit

**11/03/14 09:31:47** **Owner:** LDV101 **Modifier:** LDV101
<+> 1 Stop

### Patient Care Devices - FSH - OR

**Pre-Care Text:**
A 200 Assesses risk for normothermia regulation Im 60 Uses supplies and equipment within safe parameters

| | Entry 1 | Entry 2 |
|---|---|---|
| **Equipment Type** | Machine SCD | Machine Bair Hugger |
| **Equipment Setting** | 45 | 43 c |
| **Biomed #** | 345156 | F361355 |
| **Site** | Leg Lower Right | Upper Body |
| **Last Modified By:** | LORI D VACEK, RN 11/03/14 08:35:12 | LORI D VACEK, RN 11/03/14 08:35:12 |

**Post-Care Text:**
E 260 Evaluates response to thermoregulation measures O 290 Patient is at or returning to normothermia at the conclusion of the immediate postoperative period

### Patient Positioning - FSH - OR

**Pre-Care Text:**
A 280 Identifies baseline musculoskeletal status Im 40 Positions the patient Im 80 Applies safety devices

Entry 1

# VERIFICATION OF DOCUMENTS

**Reston Hospital Center**
**HCA Shared Services-Release of Information**
**Boulders VII**
**Suite 100**
**7300 Beaufont Springs Drive**
**Richmond, VA 23225**

Dear Medical Records Custodian:

**Please answer the following questions regarding:**

Patient's Name: Michael A. Watson
DOB: August 30, 1960

1. Was the Bair Hugger Forced Air Warming Unit used during the client's surgery on Jan 1, 2016 to February 1, 2016

   YES: X NO: _____

2. If yes or no to the above, please indicate the model number and/or name of the Warming unit?

   MODEL NAME/No.: Unit # 400623507 model 750

I hereby certify and declare under the penalty of perjury under the laws of my state of residence, that the foregoing it true and correct.

[signature]
Authorized Custodian

Dated at Reston Hosp
(city) (state)

This 25 day of Jan, 2018

County/City of FAIRFAX
Commonwealth/State of VIRGINIA
The foregoing instrument was acknowledged before me this 25th day of JANUARY 2018 by [illegible] PENNINGTON
(name of person seeking acknowledgement)
[signature]
Notary Public
Commission Expires 30 NOVEMBER 2021

Vanessa D. Richkus
Commonwealth of Virginia
Notary Public
Commission No. 253981
My Commission Expires 11/30/2021



View Profile

Patient: [redacted]
Physician: [redacted]
Prop Op: [redacted]
O.R.: [redacted]
DOB: [redacted] Age: [redacted] Sex: [redacted]

Account No: [redacted]
Room-Bed/T.Loc: [redacted]
Actual Op Date: [redacted]
Verified Date: [redacted]

View Operative

EQUIPMENT

* BLANKET WARM - -WARMING BLANKET DOCUMENTATION

DOCUMENTATION

Over Blanket Type- Upper Body
Temp Setting= High
Applied By- AH.SAUKE
Comments: UNIT#400623507, MONITORED AND MAINTAINED BY ANESTHESIA
* LIGASURE TRIA - LIGASURE TRIAD (5)

DOCUMENTATION

Ligasure Unit #: T8D5685E
Exp Date: 11/01/17
Coag: 80

Real people. Remarkable care.

NORTON HOSPITAL
200 E Chestnut Street
Louisville KY 40202-1800
Anesthesia Report

BAXTER,BOBBIE R
MRN: EP00003141
DOB: 5/22/1958, Sex: M
Surg. Date: 04/16/13

**Sequential Compression Devices (continued)**

| SCD Type | SCD | Area | Laterality | Pressure | Left Pulse | Right Pulse | Applied By |
|---|---|---|---|---|---|---|---|
| COMPRESSION DEVICE | | | | | | | RN |

ALPS COMPRESSION CEO50823 SET ON 40 DURING THE PROC.

**Electro Surgery Units**

| ESU Type | ESU | Blend Setting | Mode | Pad Loc | Laterality | Coag Set | Cut Set | Applied By |
|---|---|---|---|---|---|---|---|---|
| BOVIE VALLEYLAB | | MonoPolar | Mono polar | Abdomen | N/A | | | |

CEO44898

**Tourniquets**

| Tourniquet Type | Unit No. | Area | Laterality | Pressure | Inf. Date/Time | Def. Date/Time | Applied By |
|---|---|---|---|---|---|---|---|
| Tourniquet | TOURNIQUET-01 | Thigh | Left | 300 | 4/16/13 0747 | 4/16/13 0849 | Smith, Mark G, MD |

CEO26579

**Warming Devices**

| Device Type | Device | Setting | Area | Laterality | Temp | Applied By |
|---|---|---|---|---|---|---|
| Forced Air Warming Device | | High | Upper Body | N/A | | Nalley, Stephannie L, CRNA |

CEO 51060 SEE ANETH.RECORD

**Instruments**

| Instrument Type | Instrument | Start | End |
|---|---|---|---|
| OSTEOTOMES LAMBOTTE | | | |
| MAJOR ORTHO SET | | | |
| STRYKER SAW AND DRILL | | | |

**Supplies (PANEL 1 - COMBINED)**

| Supplies | Tmp? | Type | Used | Wstd | Rsn Wasted | Chrg? | Inv Location | Latex? |
|---|---|---|---|---|---|---|---|---|
| GLOVE ORTHO BIOGEL 8.0 31080 | No | Gloves Surgeon | 1 | 0 | | | NH PAV MAIN OR | |
| GLOVE LITE T 8.5 MDS108085LT | No | Gloves Surgeon | 1 | 0 | | | NH PAV MAIN OR | |
| GLOVE SENSICAR GRN 8.0 MSG1280 | No | Gloves Surgeon | 1 | 0 | | | NH PAV MAIN OR | |
| SUTURE NURLON 1 30 5425H | No | Sutures | 3 | 0 | | | NH PAV MAIN OR | |
| SUTURE VICRYL 2-0 36 J945H | No | Sutures | 3 | 0 | | | NH PAV MAIN OR | |
| STAPLER SKIN WIDE PXW35 | No | Staplers | 1 | 0 | | | NH PAV MAIN OR | |
| PAD CAST STR 4X4 30227 | No | Casting Supplies and Splints | 1 | 0 | | | NH PAV MAIN OR | |
| BANDAGE ACE 6 2359706LF | No | Sponges Gauzes Dressings | 1 | 0 | | | NH PAV MAIN OR | |
| BRACE KNEE TRI-PNL 19 | No | Orthopae | 1 | 0 | | | NH PAV MAIN | |


NORTON
HEALTHCARE
Real people. Remarkable care.

9/14/16

THE MILLER FIRM, LLC
THE SHERMAN BUILDING
108 RAILROAD AVE
Orange, VA 22960

RE: Request to inspect, copy or obtain copy of warming device manufacturer
Records of: Bobbie R Baxter
Date of Birth: 5/22/1958
Date request received: 9/7/2016

Dear THE MILLER FIRM, LLC,

We regret to inform you that after an extensive and thorough search through the record we are unable to process your request as there is no manufacturer listed for the forced air warming device for the service date(s) requested at

- Norton Hospital 200 E. Chestnut St., Louisville, KY 40202

Should you have any questions, you may contact us at (502) 629-8766, Monday through Friday, 8:00 a.m. until 5:00 p.m.,

Thank you,

Anna Berry Pfeil, MA, RHIA
Director, Release of Information/RAC
Norton Healthcare



Real people. Remarkable care.

NORTON WOMEN'S AND CHILDREN'S HOSPITAL
4001 Dutchmans Lane
Louisville KY 40207-4714
Anesthesia Report

KEITH,WESLEY F
MRN: EP01024295
DOB: 8/20/1978, Sex: M
Surg. Date: 01/11/16

PNDS Information (continued)

Outcomes - Intra-op

| Used? | Description (Code) |
|---|---|
| Yes | The patient is free from signs and symptoms of injury caused by extraneous objects. (O2) |
| Yes | The patient is free from signs and symptoms of chemical injury. (O3) |
| Yes | The patient is free from signs and symptoms of electrical injury. (O4) |
| Yes | The patient is free from signs and symptoms of injury related to positioning. (O5) |
| Yes | The patient is free from signs and symptoms of injury related to transfer/transport. (O8) |
| Yes | The patient receives appropriate medication(s), safely administered during the perioperative period. (O9) |
| Yes | The patient is free from signs and symptoms of infection. (O10) |
| Yes | The patient participates in decisions affecting his or her perioperative plan of care. (O23) |
| Yes | The patient's care is consistent with the individualized perioperative plan of care. (O24) |
| Yes | The patient's right to privacy is maintained. (O25) |
| Yes | The patient demonstrates and/or reports adequate pain control throughout the perioperative period. (O29) |
| Yes | The patient demonstrates knowledge of the expected responses to the operative or invasive procedure. (O31) |

Diagnoses

| Present? | Description (Code) |
|---|---|
| Yes | Risk for injury (X29)<br>instructed to keep hands away from eyes |
| Yes | Acute pain (X38)<br>monitor pain |

## Equipment/Instruments/Supplies

**1/11/2016**

Electro Surgery Units

| ESU Type | ESU | Blend Setting | Mode | Pad Loc | Laterality | Coag Set | Cut Set | Applied By |
|---|---|---|---|---|---|---|---|---|
| BOVIE VALLEY LAB | | MonoPolar | Mono polar | Abdomen | | 40 | 40 | Witten, Carroll L., MD |

Warming Devices

| Device Type | Device | Setting | Area | Laterality | Temp | Applied By |
|---|---|---|---|---|---|---|
| Forced Air Warming Device | **FORCED AIR WARMING DEVICE-09** | High | Upper Body | Bilateral | | Kukuck, Todd G, CRNA |
| FLUID WARMER | | | | | | |

Other Equipment

| Type | Equipment | Setting | Setting Low | Setting High | Applied By |
|---|---|---|---|---|---|
| Suction | | | | | |
| PEG BOARD POSITIONER | | | | | |

KAISER PERMANENTE.

ANESTHESIA RECORD

HUGHES, DAVID N
9170-91-15 IP
SMITH, ROBERT KEITH 4498
2/4/1959 M 51 yrs

ANESTHESIA MACHINE NUMBER — MACHINE CHECKOUT

IP OPD PATIENT IDENTIFIED BY SURGEON

PRE-OP DIAGNOSIS: Aseptic necrosis of head of femur

CHART REVIEWED/UPDATED AND PATIENT ID VERIFIED IMMEDIATELY PRIOR TO ANESTHETICS. SIGNATURE:

PROCEDURE: Right THA

ANES CARE 1112 — ARRIVE OR 1112 — 1150 — DATE 1-4-10

ASA CLASSIFICATION: 1 2 3 4 5 6 E

ANESTHESIA CARE TEAM — SURGEON Robert Smith

ANESTHETIC TYPE: GEN REGIONAL MAC ISOLATED MONITOR

ANESTHETIC SYSTEM: SEMI CLOSED SEMI OPEN OTHER

MONITORS: ECG, BP, ART LINE, CVP, SSD, Precordial, Doppler, Pulse Oximeter, Pet CO2, Agent Analysis, STETH: Auto Cuff, Size, Subarachnoid, Esoph

TEMP, Forced Air Warmer, Blood Warmer, Skin, Temp Blanket, Humidifier, Add Hose

Wt 122 — HCT 15/44

24 HR TIME / O2 ANALYZER % / AGENTS / TOTALS

IV SITE # — FLUIDS

Blood Loss (New Cumulative) / Urine (New/Cumulative) / SaO2, SaO2% / ET CO2

INDUCTION: Pre O2, Rapid, Slow, Smooth, Difficult, Cricoid Pressure, AIRWAY: Mask, Oral, Nasal, Size, LMA, Size

INTUBATION: Oral, Nasal, Trach, Awake, Fiberoptic, Direct Laryngoscope, Other (see remarks), Blade Scope, TUBE Size, Type, Depth, Cuff Vol, Blade Size, Type, Stylet, Grade, Difficult (see remarks), Traded, BBS, Atraumatic, Eye care

RESPIR: Hand, Spont, Vent, Ventil, Rate, Cut H2O, CVP/PA, IAP, TOF, ECG, BIS

SYMBOLS POSITION

PRESSURE POINTS PADDED

PRE OP ABX — Time: 1130 Route: IVPB

REGIONAL: Spinal, Epidural, Axillary, IVD, Cervical, Continuous, Single

SUNNYSIDE / Exp Date: / Manufact.

Hughes, David N
9170-91-15

Position:, Aque:, Dose: Needle Catheter

CSF: YES NO, HEME: YES NO, PARESTHESIA: YES NO

at start of surgery:

No ABX ordered, On scheduled ABX, Other (see comments)

SIGNATURE

0003-8488 (8/09)

## VERIFICATION OF DOCUMENTS

**Kaiser Sunnyside Medical Center**
**10180 Sunnyside Road**
**Clackamas, OR 97015**

Dear Medical Records Custodian:

**Please answer the following questions regarding:**

Patient's Name: David N. Hughes
DOB: February 4, 1959

1. Was the Bair Hugger Forced Air Warming Unit used during the client's surgery on 1/4/11-1/6/11?

   YES: _____ NO: _____ See below.

2. If yes or no to the above, please indicate the model number and/or name of the Warming unit?

   MODEL NAME/No.: ____________________

I hereby certify and declare under the penalty of perjury under the laws of my state of residence, that the foregoing it true and correct.

____________________
Authorized Custodian
Georgia Glean

Dated at __________, __________
(city) (state)

This 7 day of Feb., 2018.

Kaiser Permanente Northwest
Regional Process Center
10220 S.E. Sunnyside Rd.
Clackamas, OR 97015
Release of Information

The information listed above is not available as it is not part of the legal healthcare record.

GEISINGER ANESTHESIA RECORD

☑ GMC ☐ GWV ☐ GSWB

ALLERGIES NKDA

PROCEDURE Right THA

SHOAF, PHILIP E 15575227
CRGN: BOWEN, THOMAS R. MD
01/24/1948 (63y)
#1404389264

FINAL ASA 3

Anesthesia Start Time 1028

In Room Time 1029

Ready for Prep Time

PRE-INDUCTION VITAL SIGNS: BP 116/73, HR 99, SpO2 94, Time 1033

| ANTIBIOTICS | | INDUCTION | | REVERSAL | |
|---|---|---|---|---|---|
| cefazolin 2 | gm | propofol | mg | neo | mg |
| vancomycin | gm | etomidate | mg | glyco | mg |
| cefoxitin | mg | sux | mg | neost | mg |
| clindamycin | mg | lido 100 | mg | | |
| ampicillin | mg | vec 10 | mg | | |
| gentamicin | mg | roc | mg | | |
| ☑ IV ☐ Other | | | | | |
| ☐ None per Surgeon | | | | | |
| ☐ Surgeon Substitution | | | | | |
| Date / Time 1043 | | Date / Time 1037 | | Date / Time | |

☑ Above Antibiotics Re-Dosed: Time 1430 Dose ... Time ___ Dose ___

NOTE: All medications given by IV unless otherwise noted

Blood Glucose: 215 @ 1132

COMMENTS:

☑ SBAR from Pre-Op/Unit 1005 hrs CJ Initials

1055: VSS. Turned LLD. Head neck neutral. Pressure checks, eyes, face, arms supported. Position verified by Ortho...

Hemocue #1 = 9.7 @ 1146. Bowen aware.
Dr Gr... Bowen aware ... hemodynamically stable EBL 1...

1220: BG 207 ...

1350: Dr Bowen requests transfusion

1400: Discussed labs with Dr ...

1453: Moved supine

1457: VSS. Stable resp. effort. ... extubated to ... O2

TO PACU CS

Tourniquet times:
Up ___ hrs Torr ___ Down ___ hrs
Up ___ hrs Torr ___ Down ___ hrs

☑ Post-Op SBAR 1510 hrs CS Initials

Anesthesia Stop Time 1510

PACU ADMISSION VITAL SIGNS

Protection Devices / Procedures / Registry:
☑ General ☐ Regional ☐ MAC
Patient loss of consciousness and purposeful response at ___ hrs
Medical Indication for MAC:
☐ Anesthesia complicated by emergency condition
☐ Ambu Bag ☐ Adult ☐ Peds
☐ Arterial Line ☐ A-Line x 2
☑ Blood / Fluid Warmer
☐ Central Venous Line
☐ Oximetric PA
☐ Circulatory Arrest
☐ Controlled Hypotension
☐ Extreme Age (less than 1 yr or greater than 70 yrs)
☐ High Flow (Triple Lumen) Catheter Kit
☐ Hypothermic State
☑ ...
☐ Level I Infusor
☐ One-lung Ventilation
☐ Processed EEG
Intraoperative active warming device:
☑ Forced air warmer
☐ Blanket
☑ Adult
☐ Pediatric
☐ Pass Warming Pad
☐ PI Gown Warmer ☐ Large ☐ Small
☐ NIM Tube
☐ OGT ☐ NGT
Temperature ...
BP Cuff
☐ Webril
Care assumed by
Care assumed by
Care assumed by
Care assumed by

☑ ... anesthesia emergence/transfer

TOTALS

Page 4 of ?