NYU HOSPITAL CENTER
550 FIRST AVENUE
NEW YORK, NY 10016-6402
Tel: (800) 237-7951
Tax ID: 13-3971298

| External Procedure Code | Description | Service Date | Quantity | Amount | Rev Code | CPT®/HCPCS Code |
|---|---|---|---|---|---|---|
| 1010005 | HC RB SEMIPRIVATE 2B MED/SURG/GYN | 2/5/2013 | 1 | $4,025.00 | 0121-MED-SUR-GY/2BED | |
| 1010005 | HC RB SEMIPRIVATE 2B MED/SURG/GYN | 2/6/2013 | 1 | $4,025.00 | 0121-MED-SUR-GY/2BED | |
| 1010005 | HC RB SEMIPRIVATE 2B MED/SURG/GYN | 2/7/2013 | 1 | $4,025.00 | 0121-MED-SUR-GY/2BED | |
| 2022207 | HC THER/PROPH/DIAG INJ, SC/IM | 2/6/2013 | 1 | $237.00 | 0260-IV THERAPY | 96372 (CPT®) |
| 2022207 | HC THER/PROPH/DIAG INJ, SC/IM | 2/6/2013 | 1 | $237.00 | 0260-IV THERAPY | 96372 (CPT®) |
| 2022207 | HC THER/PROPH/DIAG INJ, SC/IM | 2/7/2013 | 1 | $237.00 | 0260-IV THERAPY | 96372 (CPT®) |
| 2022207 | HC THER/PROPH/DIAG INJ, SC/IM | 2/7/2013 | 1 | $237.00 | 0260-IV THERAPY | 96372 (CPT®) |
| 2022207 | HC THER/PROPH/DIAG INJ, SC/IM | 2/8/2013 | 1 | $237.00 | 0260-IV THERAPY | 96372 (CPT®) |
| 6020814 | HC IV INFUSION TUBING | 2/5/2013 | 1 | $17.19 | 0270-MED-SUR SUPPLIES | |
| 6010000 | GOWN FLEX PATIENT WARMING STD | 2/5/2013 | 1 | $137.24 | 0270-MED-SUR SUPPLIES | |
| 6010000 | DERMABOND ADVANCED SKIN ADH | 2/5/2013 | 1 | $209.03 | 0270-MED-SUR SUPPLIES | |
| 6010000 | MANIFOLD NEPTUNE 2 4 PORT | 2/5/2013 | 2 | $233.02 | 0270-MED-SUR SUPPLIES | |
| 6010005 | TROCAR PIN 1/8 X 3IN | 2/5/2013 | 1 | $247.58 | 0278-SUPPLY/IMPLANTS | |
| 6010005 | PRO-BONE HEADED SHORT | 2/5/2013 | 1 | $443.56 | 0278-SUPPLY/IMPLANTS | |
| 6010005 | BONE CEM 40G SMARTSET HV - MINIMUM ORDER 20 EACHES | 2/5/2013 | 2 | $1,136.90 | 0278-SUPPLY/IMPLANTS | |
| 6010005 | PATELLA RESURFACING 35MM | 2/5/2013 | 1 | $1,816.92 | 0278-SUPPLY/IMPLANTS | |
| 6010005 | INSERT ART RETAINING CURC 9 MM SZ5-6 | 2/5/2013 | 1 | $2,952.50 | 0278-SUPPLY/IMPLANTS | |
| 6010005 | BASEPLATE TIBIAL NONPOR SZ 6 RT | 2/5/2013 | 1 | $4,769.42 | 0278-SUPPLY/IMPLANTS | |
| 6010005 | COMPONENT FEM SPC CR RT SZ6 | 2/5/2013 | 1 | $9,039.18 | 0278-SUPPLY/IMPLANTS | |
| 6010001 | DRESSING AQUACEL SURG HYDROFIBER 3.5X9.75 | 2/5/2013 | 1 | $321.40 | 0279-SUPPLIES/OTHER | |
| 6010000 | MIXER CEMENT BONE EVAC III | 2/5/2013 | 1 | $373.35 | 0279-SUPPLIES/OTHER | |
| 6010000 | SET HANDPIECE INP W CO-AXIAL FAN SPRAY | 2/5/2013 | 1 | $476.99 | 0279-SUPPLIES/OTHER | |
| 6010001 | TOURNIQUET CUFF SINGLE PORT 44 X 4 IN | 2/5/2013 | 1 | $517.13 | 0279-SUPPLIES/OTHER | |
| 6010001 | BLADE SAGITTAL 25.X1.27X90MM | 2/5/2013 | 1 | $694.40 | 0279-SUPPLIES/OTHER | |
| 6010001 | BLADE SAGITTAL SYS 6 18.0X1.27X90MM | 2/5/2013 | 1 | $694.40 | 0279-SUPPLIES/OTHER | |
| 6010000 | TOTE KNEE REPLACEMENT PACK F/HJD | 2/5/2013 | 1 | $3,781.22 | 0279-SUPPLIES/OTHER | |
| 2021579 | HC ASSAY OF TROPONIN, QUANT | 2/5/2013 | 1 | $112.00 | 0300-LABORATORY OR LAB | 84484 (CPT®) |
| 2021579 | HC ASSAY OF TROPONIN, QUANT | 2/5/2013 | 1 | $112.00 | 0300-LABORATORY OR LAB | 84484 (CPT®) |
| 2021579 | HC ASSAY OF TROPONIN, QUANT | 2/6/2013 | 1 | $112.00 | 0300-LABORATORY OR LAB | 84484 (CPT®) |
| 2021282 | HC METABOLIC PANEL TOTAL CA | 2/5/2013 | 1 | $87.00 | 0301-LAB/CHEMISTRY | 80048 (CPT®) |
| 2021282 | HC METABOLIC PANEL TOTAL CA | 2/6/2013 | 1 | $87.00 | 0301-LAB/CHEMISTRY | 80048 (CPT®) |
| 2021282 | HC METABOLIC PANEL TOTAL CA | 2/8/2013 | 1 | $87.00 | 0301-LAB/CHEMISTRY | 80048 (CPT®) |
| 2021600 | HC COMPLETE CBC, AUTOMATED | 2/5/2013 | 1 | $96.00 | 0305-LAB/HEMATOLOGY | 85027 (CPT®) |
| 2021600 | HC COMPLETE CBC, AUTOMATED | 2/6/2013 | 1 | $96.00 | 0305-LAB/HEMATOLOGY | 85027 (CPT®) |
| 2021600 | HC COMPLETE CBC, AUTOMATED | 2/7/2013 | 1 | $96.00 | 0305-LAB/HEMATOLOGY | 85027 (CPT®) |
| 2021600 | HC COMPLETE CBC, AUTOMATED | 2/8/2013 | 1 | $96.00 | 0305-LAB/HEMATOLOGY | 85027 (CPT®) |
| 2021600 | HC COMPLETE CBC, AUTOMATED | 2/8/2013 | 1 | $96.00 | 0305-LAB/HEMATOLOGY | 85027 (CPT®) |
| 2021913 | HC DECALCIFY TISSUE | 2/5/2013 | 1 | $97.00 | 0310-PATHOLOGY LAB | 88311 (CPT®) |
| 2021910 | HC LVL IV-SURG PATH GROSS&MCRSCP XM | 2/5/2013 | 1 | $259.00 | 0310-PATHOLOGY LAB | 88305 (CPT®) |
| 2010000 | HC OPERATING ROOM FLAT FEE | 2/5/2013 | 1 | $2,089.40 | 0360-OR SERVICES | |
| 2010001 | HC OPERATING ROOM PER MINUTE | 2/5/2013 | | $10,026.25 | 0360-OR SERVICES | |
| 2022685 | HC ANESTHESIA BASE FEE | 2/5/2013 | 1 | $373.07 | 0370-ANESTHESIA - NON PHYSICIAN RELATED CHARGE | |
| 2022686 | HC ANESTHESIA PER MINUTE | 2/5/2013 | 125 | $432.50 | 0370-ANESTHESIA - NON PHYSICIAN RELATED CHARGE | |
| 2022268 | HC PT GAIT TRAINING THERAPY GP | 2/6/2013 | 1 | $262.00 | 0420-PHYSICAL THERP | 97116 (CPT®) |
| 2022268 | HC PT GAIT TRAINING THERAPY GP | 2/6/2013 | 1 | $262.00 | 0420-PHYSICAL THERP | 97116 (CPT®) |
| 2022268 | HC PT GAIT TRAINING THERAPY GP | 2/7/2013 | 1 | $262.00 | 0420-PHYSICAL THERP | 97116 (CPT®) |
| 2022268 | HC PT GAIT TRAINING THERAPY GP | 2/7/2013 | 1 | $262.00 | 0420-PHYSICAL THERP | 97116 (CPT®) |
| 2022268 | HC PT GAIT TRAINING THERAPY GP | 2/8/2013 | 1 | $262.00 | 0420-PHYSICAL THERP | 97116 (CPT®) |
| 2022282 | HC PT THERAPEUTIC ACTIVITIES GP | 2/6/2013 | 1 | $320.00 | 0420-PHYSICAL THERP | 97530 (CPT®) |
| 2022282 | HC PT THERAPEUTIC ACTIVITIES GP | 2/6/2013 | 1 | $320.00 | 0420-PHYSICAL THERP | 97530 (CPT®) |
| 2022282 | HC PT THERAPEUTIC ACTIVITIES GP | 2/7/2013 | 1 | $320.00 | 0420-PHYSICAL THERP | 97530 (CPT®) |
| 2022282 | HC PT THERAPEUTIC ACTIVITIES GP | 2/7/2013 | 1 | $320.00 | 0420-PHYSICAL THERP | 97530 (CPT®) |
| 2022282 | HC PT THERAPEUTIC ACTIVITIES GP | 2/8/2013 | 1 | $320.00 | 0420-PHYSICAL THERP | 97530 (CPT®) |
| 2022230 | HC PT EVALUATION GP | 2/5/2013 | 1 | $741.00 | 0424-PHYS THERP/EVAL | 97001 (CPT®) |
| 2022293 | HC OT SELF CARE MNGMENT TRAINING GO | 2/7/2013 | 1 | $319.00 | 0430-OCCUPATION THER | 97535 (CPT®) |
| 2022293 | HC OT SELF CARE MNGMENT TRAINING GO | 2/8/2013 | 1 | $319.00 | 0430-OCCUPATION THER | 97535 (CPT®) |

CHARAP, RICHARD
02/05/2013 - 02/08/2013
HAR# 1952971

NYU LANGONE MEDICAL CENTER CONFIDENTIAL

EXHIBIT 1