**Fred Olinde**

| | |
|---|---|
| **From:** | U.S. Legal Support Client Services <ClientPortal-DoNotReply@uslegalsupport.com> |
| **Sent:** | Tuesday, October 18, 2016 10:37 AM |
| **Subject:** | New Order Submit Success [528638] |

## Order # 528638

| | | | |
|---|---|---|---|
| Order Date | 10/18/2016 10:32:48 AM | Order Type | Authorization |
| Rush | No | Region | MR8IL |

## Ordered By

| | | | |
|---|---|---|---|
| Ordered By | Kayla Petz | Attorney/Adjustor | Kayla Petz |
| Firm/Insurance Co. | Olinde Firm, L.L.C. | Address | 2 Sanctuary Boulevard Suite 205 |
| City | Mandeville | State | LA |
| Zip | 70471 | Phone | 504-587-1440 |
| Email | kpetz@olindefirm.com | | |

## Billing Information

| | | | |
|---|---|---|---|
| Firm/Insurance Co. | Olinde Firm, L.L.C. | Attorney/Adjustor | Kayla Petz |
| Claim Number | | Client Matter Number | Bair Hugger - Richard Charap |
| Name of Insured | | | |
| Address | 2 Sanctuary Boulevard Suite 205 | City | Mandeville |
| State | LA | Zip | 70471 |
| Phone | 504-587-1440 | Email | kpetz@olindefirm.com |

## Delivery Information/Other Parties

| | | | |
|---|---|---|---|
| Party Type: | Deliver_To | Party Origin: | Ordered_By |
| Company | Olinde Firm, L.L.C. | Attention | |
| Address | 2 Sanctuary Boulevard Suite 205 | City | Mandeville |
| State | LA | Zip | 70471 |
| Phone | 504-587-1440 | Fax | |
| Email | kpetz@olindefirm.com | | |
| Represents | | Delivery Method | CD:0, Paper:0, Repository:1 |

## Records Pertaining To

| | | | |
|---|---|---|---|
| Patient | Richard Charap | AKA | |
| Date Of Birth | 11/07/1949 | Date Of Loss | |
| Date Of Death | | SSN | |
| Address | | City | |
| State | | Zip | |

## Case Information

| | | | |
|---|---|---|---|
| Case Name | | | |
| Plaintiff | | Defendant | |
| Case/Cause No | | | |
| Federal | False | Court | |
| County | | District | |
| Division | | State | |

1

EXHIBIT 2

| Attorney For | | Represents | |
|---|---|---|---|
| Special Instructions | | | |

## Personal Appearance

| Type | Not_Applicable | Date/Time | |
|---|---|---|---|
| Location | | | |

## Other Counsel

## Locations

| Name | NYU Hospital For Joint Diseases | Department | Medical Records |
|---|---|---|---|
| Address | 301 East 17th Street | City | New York |
| State | NY | Zip | 10003 |
| Phone | 212-598-6000 | Email | |
| Record Type | Medical | Other | |
| Date Pick | DateRange | To Present | False |
| Date From | 02/01/2013 | Date To | 02/28/2013 |
| Instruction | | Add'l Instructions | Only the History and Physical records from the February 2013 admission and anesthesia record/intraoperative anesthesia notes and equipment list for his February 2013 knee surgery. |

## Attachments

| File | Charap, Richard - HIPAA (signed).pdf | Description | |
|---|---|---|---|

Order submitted via client portal. Reference #[86224]

Please do not reply to this message. This has been automatically generated and is for notification purposes only. Contact your local customer service representative or call 855-333-LOLA (5652) for any questions or concerns.

Please visit our website at www.uslegalsupport.com

2