# OLINDE FIRM
## ATTORNEYS AT LAW

Attorneys
**FRED OLINDE***
**WESLEY G. BARR†**
*Admitted in LA
†Admitted in LA and FL

REPLY TO MANDEVILLE OFFICE

March 8, 2018

**VIA US MAIL**

ATTN: NYU Langone Health Privacy Officer
NYU Langone Orthopedic Hospital
(fka NYU Hospital for Joint Diseases).
One Park Ave, 3rd Floor
New York, NY 10016

RE:    Richard Charap
         DOB: 11/07/1949
         Date of Surgery: 02/05/2013

Dear Sir/Ma'am,

     We represent Richard Charap with respect to his claims against 3M stemming from the infection he suffered as a result of the Bair Hugger warming blanket used during his surgery. You have been identified as having provided medical treatment or services to this individual and may be in possession of materials or information that relate to this litigation.

     Enclosed, please find a signed authorization allowing you to discuss information relating to our client's case. We respect your facility's release of information policies, but we have deadlines fast approaching in this litigation and would greatly appreciate your cooperation in simply identifying the brand of forced air warming device used in our client's surgery at your facility.

     The records received from your facility indicate a "Gown flex patient warming std" used during his surgery, and we need confirmation this reference is to a Bair Hugger warming device. We have included a draft affidavit that we ask that a representative at your facility sign and return to us confirming the reference is to a Bair Hugger device. Please return the affidavit or other documentation confirming the referenced device is a Bair Hugger <u>within twenty-one (21) days</u> from receipt of this letter.

     Should you have any questions or concerns, please do not hesitate to call our legal nurse on staff, Beth Hagan. <u>Beth can be reached at (985) 605-0262</u>.

Thank you for your prompt attention to this matter.

Sincerely,

THE OLINDE FIRM, LLC

/s/ Wesley G. Barr

Wesley G. Barr

Enc.

**EXHIBIT 4**

2 Sanctuary Blvd., Suite 205 • Mandeville, LA 70471    400 Poydras St, Suite 1980 • New Orleans, LA 70130
Phone: (985) 605-0262  Online: www.OlindeFirm.com  Phone: (504) 587-1440  Fax: (504) 587-1577  Toll Free: 1-800-444-1784

# AFFIDAVIT

The undersigned, being first duly sworn, deposed and says:

1. That I am _____, an employee of NYU Langone Orthopedic Hospital (fka NYU Hospital for Joint Diseases).

2. On February 5, 2013, Richard Charap underwent a Right Total Knee Arthroplasty during which the Bair Hugger Forced Air Warming Blanket was used.

3. The "Gown flex patient warming std" noted in the billing record for this procedure refers to a Bair Hugger device.

Further, affiant sayeth not.

Date the _____ day of _____, 20_____.

Signature: _____

Printed Name: _____

Executed this ___ day of _____, 20__

State of _____ )
                           )
County of _____ )

On this ____ day of _____, 20____, before me personally appeared _____, whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to in this document, and who acknowledged that he/she signed the above/attached document.

_____
Notary Public

_____
Commission Expires

## HIPAA-COMPLIANT AUTHORIZATION FOR RELEASE OF INFORMATION
### (PURSUANT TO 45 C.F.R. 164-508)

Medical Provider Name: NYU Langone Orthopedic Hospital fka NYU Hospital for Joint Diseases
Patient Name: Richard Charap
Date of Birth: 11/7/1949
Address: 2400 Deer Creek Country Club Blvd. #508 Deerfield Beach, FL 33442
Dates of care: 2/5/2013

I authorize and direct **Covered Entity** to disclose and to supply copies of my protected health information described below to any member of **The Olinde Firm** and its designated agents. The <u>purpose</u> of this request is for records to be used for **Legal Review and Evaluation**.

<u>Information to be disclosed</u>:

_____ All Medical Records in entirety including 3rd Party
_____ All Laboratory & Test Result Records
_____ All Operative Reports
_____ All Radiology Records inc. Films, Scans, & Videos
_____ All Medication/Pharmacy Records
_____ All ER/Outpatient Records
_____ All Autopsy Records
_____ All Doctor/Nurse Handwritten Notes
_____ All Admission/Discharge Records
_____ All Billing Records/Information
_____ All Dialysis Records

Other: confirmation of Bair Hugger Warming Device

**UNDERSTANDINGS:**

1. I understand that this consent may be revoked in writing at any time, with the exception and to the extent that disclosure of information has already occurred prior to the receipt of revocation by the above-named provider.
2. If written revocation is not received, authorization will be considered valid for a period of time not to exceed 24 months from the date of signing. To initiate revocation of this authorization, direct all correspondence to the "Specific Requestor" above.
3. I understand that, pursuant to 42 C.F.R. 2.31, this consent is to include disclosure of: Alcohol and/or Drug Abuse Records, Psychiatric Records, Sexually Transmitted Disease Information, and HIV/AIDS Information.
4. I understand that a photocopy of this authorization is to be considered valid as the original.
5. I understand that the information used or disclosed pursuant to this authorization may be transmitted electronically and may be subject to re-disclosure by the recipient and may no longer be protected by Federal Law (45 C.F.R. 164.508).
6. I understand that I have the right to refuse to sign this authorization and that I am signing this authorization voluntarily and that treatment, payment, enrolment, or eligibility for benefits may not be conditioned on obtaining the authorization. (45 C.F.R. § 164.508(c)(2)(ii)).
7. I understand I have the right to receive a copy of this authorization and any records obtained with its use.

_Richard P Charap_
Signature of Patient (or Personal Representative)

Dated: 3/8/2018

RICHARD P CHARAP
Printed Name of Patient
(or Personal Representative)

Authority to Sign for Patient (Documents Attached):
☐ Parent of Minor Child
☐ Power of Attorney
☐ Representative of Deceased's Estate
☐ Representative of Incapacitated Adult

NYU HOSPITAL CENTER
550 FIRST AVENUE
NEW YORK, NY 10016-6402
Tel: (800) 237-7951

Tax ID: 13-3971298

| External Procedure Code | Description | Service Date | Quantity | Amount | Rev Code | CPT*/HCPCS Code |
|---|---|---|---|---|---|---|
| 1010005 | HC RB SEMIPRIVATE 2B MED/SURG/GYN | 2/5/2013 | 1 | $4,025.00 | 0121-MED-SUR-GY/2BED | |
| 1010005 | HC RB SEMIPRIVATE 2B MED/SURG/GYN | 2/6/2013 | 1 | $4,025.00 | 0121-MED-SUR-GY/2BED | |
| 1010005 | HC RB SEMIPRIVATE 2B MED/SURG/GYN | 2/7/2013 | 1 | $4,025.00 | 0121-MED-SUR-GY/2BED | |
| 2022207 | HC THER/PROPH/DIAG INJ, SC/IM | 2/6/2013 | 1 | $237.00 | 0260-IV THERAPY | 96372 (CPT*) |
| 2022207 | HC THER/PROPH/DIAG INJ, SC/IM | 2/6/2013 | 1 | $237.00 | 0260-IV THERAPY | 96372 (CPT*) |
| 2022207 | HC THER/PROPH/DIAG INJ, SC/IM | 2/7/2013 | 1 | $237.00 | 0260-IV THERAPY | 96372 (CPT*) |
| 2022207 | HC THER/PROPH/DIAG INJ, SC/IM | 2/8/2013 | 1 | $237.00 | 0260-IV THERAPY | 96372 (CPT*) |
| 6020814 | HC IV INFUSION TUBING | 2/5/2013 | 1 | $17.19 | 0270-MED-SUR SUPPLIES | |
| 6010000 | GOWN FLEX PATIENT WARMING STD | 2/5/2013 | 1 | $137.24 | 0270-MED-SUR SUPPLIES | |
| 6010000 | DERMABOND ADVANCED SKIN ADH | 2/5/2013 | 1 | $209.03 | 0270-MED-SUR SUPPLIES | |
| 6010000 | MANIFOLD NEPTUNE 2 4 PORT | 2/5/2013 | 2 | $233.02 | 0270-MED-SUR SUPPLIES | |
| 6010005 | TROCAR PIN 1/8 X 3IN | 2/5/2013 | 1 | $247.58 | 0278-SUPPLY/IMPLANTS | |
| 6010005 | PRO-BONE HEADED SHORT | 2/5/2013 | 1 | $443.56 | 0278-SUPPLY/IMPLANTS | |
| 6010005 | BONE CEM 40G SMARTSET HV - MINIMUM ORDER 20 EACHES | 2/5/2013 | 2 | $1,136.90 | 0278-SUPPLY/IMPLANTS | |
| 6010005 | PATELLA RESURFACING 35MM | 2/5/2013 | 1 | $1,816.92 | 0278-SUPPLY/IMPLANTS | |
| 6010005 | INSERT ART RETAINING CURC 9 MM SZ5-6 | 2/5/2013 | 1 | $2,952.50 | 0278-SUPPLY/IMPLANTS | |
| 6010005 | BASEPLATE TIBIAL NONPOR SZ 6 RT | 2/5/2013 | 1 | $4,769.42 | 0278-SUPPLY/IMPLANTS | |
| 6010005 | COMPONENT FEM SPC CR RT SZ6 | 2/5/2013 | 1 | $9,039.18 | 0278-SUPPLY/IMPLANTS | |
| 6010001 | DRESSING AQUACEL SURG HYDROFIBER 3.5X9.75 | 2/5/2013 | 1 | $321.40 | 0279-SUPPLIES/OTHER | |
| 6010000 | MIXER CEMENT BONE EVAC III | 2/5/2013 | 1 | $373.35 | 0279-SUPPLIES/OTHER | |
| 6010000 | SET HANDPIECE INP W CO-AXIAL FAN SPRAY | 2/5/2013 | 1 | $476.99 | 0279-SUPPLIES/OTHER | |
| 6010001 | TOURNIQUET CUFF SINGLE PORT 44 X 4 IN | 2/5/2013 | 1 | $517.13 | 0279-SUPPLIES/OTHER | |
| 6010001 | BLADE SAGITTAL 25,X1,27X90MM | 2/5/2013 | 1 | $694.40 | 0279-SUPPLIES/OTHER | |
| 6010001 | BLADE SAGITTAL SY5 6 18.0X1.27X90MM | 2/5/2013 | 1 | $694.40 | 0279-SUPPLIES/OTHER | |
| 6010000 | TOTE KNEE REPLACEMENT PACK F/HJD | 2/5/2013 | 1 | $3,781.22 | 0279-SUPPLIES/OTHER | |
| 2021579 | HC ASSAY OF TROPONIN, QUANT | 2/5/2013 | 1 | $112.00 | 0300-LABORATORY OR LAB | 84484 (CPT*) |
| 2021579 | HC ASSAY OF TROPONIN, QUANT | 2/5/2013 | 1 | $112.00 | 0300-LABORATORY OR LAB | 84484 (CPT*) |
| 2021579 | HC ASSAY OF TROPONIN, QUANT | 2/6/2013 | 1 | $112.00 | 0300-LABORATORY OR LAB | 84484 (CPT*) |
| 2021282 | HC METABOLIC PANEL TOTAL CA | 2/5/2013 | 1 | $87.00 | 0301-LAB/CHEMISTRY | 80048 (CPT*) |
| 2021282 | HC METABOLIC PANEL TOTAL CA | 2/6/2013 | 1 | $87.00 | 0301-LAB/CHEMISTRY | 80048 (CPT*) |
| 2021282 | HC METABOLIC PANEL TOTAL CA | 2/8/2013 | 1 | $87.00 | 0301-LAB/CHEMISTRY | 80048 (CPT*) |
| 2021600 | HC COMPLETE CBC, AUTOMATED | 2/5/2013 | 1 | $96.00 | 0305-LAB/HEMATOLOGY | 85027 (CPT*) |
| 2021600 | HC COMPLETE CBC, AUTOMATED | 2/6/2013 | 1 | $96.00 | 0305-LAB/HEMATOLOGY | 85027 (CPT*) |
| 2021600 | HC COMPLETE CBC, AUTOMATED | 2/7/2013 | 1 | $96.00 | 0305-LAB/HEMATOLOGY | 85027 (CPT*) |
| 2021600 | HC COMPLETE CBC, AUTOMATED | 2/8/2013 | 1 | $96.00 | 0305-LAB/HEMATOLOGY | 85027 (CPT*) |
| 2021913 | HC DECALCIFY TISSUE | 2/5/2013 | 1 | $97.00 | 0310-PATHOLOGY LAB | 88311 (CPT*) |
| 2021910 | HC LVL IV-SURG PATH GROSS&MCRSCP XM | 2/5/2013 | 1 | $259.00 | 0310-PATHOLOGY LAB | 88305 (CPT*) |
| 2010000 | HC OPERATING ROOM FLAT FEE | 2/5/2013 | 1 | $2,089.40 | 0360-OR SERVICES | |
| 2010001 | HC OPERATING ROOM PER MINUTE | 2/5/2013 | 1 | $10,026.25 | 0360-OR SERVICES | |
| 2022685 | HC ANESTHESIA BASE FEE | 2/5/2013 | 1 | $373.00 | 0370-ANESTHESIA - NON PHYSICIAN RELATED CHARGE | |
| 2022686 | HC ANESTHESIA PER MINUTE | 2/5/2013 | 125 | $432.50 | 0370-ANESTHESIA - NON PHYSICIAN RELATED CHARGE | |
| 2022268 | HC PT GAIT TRAINING THERAPY GP | 2/6/2013 | 1 | $262.00 | 0420-PHYSICAL THERP | 97116 (CPT*) |
| 2022268 | HC PT GAIT TRAINING THERAPY GP | 2/6/2013 | 1 | $262.00 | 0420-PHYSICAL THERP | 97116 (CPT*) |
| 2022268 | HC PT GAIT TRAINING THERAPY GP | 2/7/2013 | 1 | $262.00 | 0420-PHYSICAL THERP | 97116 (CPT*) |
| 2022268 | HC PT GAIT TRAINING THERAPY GP | 2/7/2013 | 1 | $262.00 | 0420-PHYSICAL THERP | 97116 (CPT*) |
| 2022268 | HC PT GAIT TRAINING THERAPY GP | 2/8/2013 | 1 | $262.00 | 0420-PHYSICAL THERP | 97116 (CPT*) |
| 2022282 | HC PT THERAPEUTIC ACTIVITIES GP | 2/6/2013 | 1 | $320.00 | 0420-PHYSICAL THERP | 97530 (CPT*) |
| 2022282 | HC PT THERAPEUTIC ACTIVITIES GP | 2/6/2013 | 1 | $320.00 | 0420-PHYSICAL THERP | 97530 (CPT*) |
| 2022282 | HC PT THERAPEUTIC ACTIVITIES GP | 2/7/2013 | 1 | $320.00 | 0420-PHYSICAL THERP | 97530 (CPT*) |
| 2022282 | HC PT THERAPEUTIC ACTIVITIES GP | 2/7/2013 | 1 | $320.00 | 0420-PHYSICAL THERP | 97530 (CPT*) |
| 2022282 | HC PT THERAPEUTIC ACTIVITIES GP | 2/8/2013 | 1 | $320.00 | 0420-PHYSICAL THERP | 97530 (CPT*) |
| 2022230 | HC PT EVALUATION GP | 2/5/2013 | 1 | $741.00 | 0424-PHYS THERP/EVAL | 97001 (CPT*) |
| 2022293 | HC OT SELF CARE MNGMENT TRAINING GO | 2/7/2013 | 1 | $319.00 | 0430-OCCUPATION THER | 97535 (CPT*) |
| 2022293 | HC OT SELF CARE MNGMENT TRAINING GO | 2/8/2013 | 1 | $319.00 | 0430-OCCUPATION THER | 97535 (CPT*) |

CHARAP, RICHARD
02/05/2013 - 02/08/2013
HAR# 1952971

NYU LANGONE MEDICAL CENTER CONFIDENTIAL

PAGE 1






**OLINDE FIRM**
ATTORNEYS AT LAW

2 Sanctuary Blvd., Suite 205
Mandeville, LA 70471

ATTN: NYU Langone Health Privacy Officer
NYU Langone Orthopedic Hospital
1 Park Ave Floor 3rd
New York NY 10016-5818

---

NYU Langone Orthopedic Hospital
1 Park Ave Floor 3rd
New York NY 10016-5818

Attn: Kayla Bryant
The Olinde Firm, LLC.
2 Sanctuary Blvd, Suite 205
Mandeville LA 70471-2968