UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to: *William McCormick v. 3M Company, et al;* Case No. 16-cv-00360 | PLAINTIFFS' RULE 7.1(F) CERTIFICATE OF COMPLIANCE REGARDING PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS |

I, Alfred A. Olinde, Jr., certify that Plaintiff's Response to Defendants' Motion to Dismiss complies with the limits of Local Rule 7.1(f) and with the type-size limit of Local Rule 7.1(h).

I further certify that, in preparation of the above document, I used Microsoft Word 2016, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the Response contains 480 words.

Respectfully submitted,

Dated: August 6, 2018

By:  __s/*Alfred A Olinde,Jr.*_____
Alfred A. Olinde, Jr., La. Bar # 20061
Wesley G. Barr, La. Bar # 32332
**THE OLINDE FIRM, LLC**
400 Poydras Street, Suite 1980
New Orleans, Louisiana  70130
Telephone:  (504) 587-1440
Facsimile:  (504) 587-1577
Email: folinde@olindefirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2018 a copy of the above and foregoing *Rule 7.1(F) Certificate of Compliance* has been served on all parties or their attorneys via Minnesota ECF filing system, which will send notice of electronic filing in accordance with the procedures established in MDL 15-2666.

                                      */s/ Alfred A Olinde, Jr.*