# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to:<br><br>**PLAINTIFF,**<br><br>*WILLIAM MCCORMICK v. 3M Company, et al;* Case No. 16-CV-00360 | |

## DECLARATION OF ALFRED A. OLINDE, JR. IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS

I, Alfred A. Olinde, Jr, declare as follows:

1. I am an attorney at The Olinde Firm, LLC and Counsel for William McCormick in the above-captioned matter.

2. I submit this affidavit in opposition to Defendants' Motion to Dismiss for Failure to Comply with Pretrial Order No. 14 [Dkt. 1380] filed on July 27, 2018.

3. In August of 2015, Plaintiff William McCormick contacted undersigned counsel regarding an infection and subsequent treatment that he experienced due to the use of a Bair Hugger patient warming device during an orthopedic surgery.

4. On February 12, 2016, counsel filed the current action to comply with what was identified as the applicable statute of limitations deadline for the relevant claim.

5. Counsel worked to obtain medical records and billing records to move forward with the case. Those records, received January 19, 2016, reveal that a "warming blanket" device was used during the original surgery of February 18, 2014.

6. Plaintiff attaches as "exhibit 1", correspondence of March 9, 2018 wherein, Plaintiff's counsel sent a letter with attached Affidavit specifically requesting that the hospital sign an Affidavit attesting to the fact that the "warming blanket" in its anesthesia records refers to the Bair Hugger.

7. Plaintiff attaches as "exhibit 2" DeKalb's inadequate response to Plaintiff's request for product identification.

8. Due to the pending MDL, Plaintiff is unable at this time to compel DeKalb to

produce absolute proof of use of the Bair Hugger until Plaintiff is permitted to do case specific discovery.

Pursuant to 28 U.S.C. (insert section) 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 6, 2018                               __s/*Alfred A Olinde, Jr.*_____
                                                                          Alfred A. Olinde, Jr.