

**OLINDE FIRM**
ATTORNEYS AT LAW

Attorneys
FRED OLINDE*
WESLEY G. BARR†
*Admitted in LA
†Admitted in LA and FL

REPLY TO MANDEVILLE OFFICE

March 9, 2018

**VIA US MAIL**

ATTN: Medical Records Department
Dekalb Medical Center at North Decatur
2701 North Decatur Road
Decatur, GA 30033

RE: William McCormick
DOB: 07/13/1959
Date of Surgery: 02/18/2014

Dear Sir/Ma'am,

We represent William McCormick with respect to his claims against 3M stemming from the infection he suffered as a result of the Bair Hugger warming blanket used during his surgery. You have been identified as having provided medical treatment or services to this individual and may be in possession of materials or information that relate to this litigation.

Enclosed, please find a signed authorization allowing you to discuss information relating to our client's case. We respect your facility's release of information policies, but we have deadlines fast approaching in this litigation and would greatly appreciate your cooperation in simply identifying the brand of forced air warming device used in our client's surgery at your facility.

The records received from your facility indicate a "Warm Blanket" used during his surgery, and we need confirmation this reference is to a Bair Hugger warming device. We have included a draft affidavit that we ask that a representative at your facility sign and return to us confirming the reference is to a Bair Hugger device. Please return the affidavit or other documentation confirming the referenced device is a Bair Hugger <u>within twenty-one (21) days</u> from receipt of this letter.

Should you have any questions or concerns, please do not hesitate to call our legal nurse on staff, Beth Hagan. <u>Beth can be reached at (985) 605-0262</u>.

Thank you for your prompt attention to this matter.

Sincerely,

THE OLINDE FIRM, LLC

Wesley G. Barr

Enc.

**EXHIBIT 1**

2 Sanctuary Blvd., Suite 205 • Mandeville, LA 70471     400 Poydras St, Suite 1980 • New Orleans, LA 70130
Phone: (985) 605-0262  Online: www.OlindeFirm.com   Phone: (504) 587-1440  Fax: (504) 587-1577   Toll Free: 1-800-444-1784

## AFFIDAVIT

The undersigned, being first duly sworn, deposed and says:

1. That I am _____, an employee of Dekalb Medical Center at North Decatur.

2. On February 18, 2014, William McCormick underwent a Left Total Knee Arthroplasty during which the Bair Hugger Forced Air Warming Blanket was used.

3. The "Warm Blanket" noted in the medical record for this procedure refers to a Bair Hugger device.

Further, affiant sayeth not.

Date the _____ day of _____, 20_____.

Signature: _____

Printed Name: _____

Executed this ___ day of _____, 20___

State of _____ )
                         )
County of _____ )

On this ____ day of _____, 20____, before me personally appeared _____, whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to in this document, and who acknowledged that he/she signed the above/attached document.

_____
Notary Public

_____
Commission Expires

# HIPAA-COMPLIANT AUTHORIZATION FOR RELEASE OF INFORMATION
## (PURSUANT TO 45 C.F.R. 164-508)

Medical Provider Name: **DeKalb Medical Center at North Decatur**
Patient Name: **William McCormick**
Date of Birth: **7/13/1959**
Address: **5150 Bridle Ct., Cumming, GA 33647**
Dates of care: **2/18/204**

I authorize and direct **Covered Entity** to disclose and to supply copies of my protected health information described below to any member of **The Olinde Firm** and its designated agents. The <u>purpose</u> of this request is for records to be used for **Legal Review and Evaluation**.

Information to be disclosed:
____ All Medical Records in entirety including 3rd Party
____ All Laboratory & Test Result Records
____ All Operative Reports
____ All Radiology Records inc. Films, Scans, & Videos
____ All Medication/Pharmacy Records
____ All ER/Outpatient Records
____ All Autopsy Records
____ All Doctor/Nurse Handwritten Notes
____ All Admission/Discharge Records
____ All Billing Records/Information
____ All Dialysis Records
**✓** Other: **confirmation of Bair Hugger warming device**

## UNDERSTANDINGS:

1. I understand that this consent may be revoked in writing at any time, with the exception and to the extent that disclosure of information has already occurred prior to the receipt of revocation by the above-named provider.
2. If written revocation is not received, authorization will be considered valid for a period of time not to exceed 24 months from the date of signing. To initiate revocation of this authorization, direct all correspondence to the "Specific Requestor" above.
3. I understand that, pursuant to 42 C.F.R. 2.31, this consent is to include disclosure of: Alcohol and/or Drug Abuse Records, Psychiatric Records, Sexually Transmitted Disease Information, and HIV/AIDS Information.
4. I understand that a photocopy of this authorization is to be considered valid as the original.
5. I understand that the information used or disclosed pursuant to this authorization may be transmitted electronically and may be subject to re-disclosure by the recipient and may no longer be protected by Federal Law (45 C.F.R. 164.508).
6. I understand that I have the right to refuse to sign this authorization and that I am signing this authorization voluntarily and that treatment, payment, enrolment, or eligibility for benefits may not be conditioned on obtaining the authorization. (45 C.F.R. § 164.508(c)(2)(ii)).
7. I understand I have the right to receive a copy of this authorization and any records obtained with its use.

_[signed] William Byron McCormick_
Signature of Patient (or Personal Representative)

Dated: **3/9/2018**

**William Byron McCormick**
Printed Name of Patient
(or Personal Representative)

Authority to Sign for Patient (Documents Attached):
☐ Parent of Minor Child
☐ Power of Attorney
☐ Representative of Deceased's Estate
☐ Representative of Incapacitated Adult

# DeKalb Medical
## ANESTHESIA RECORD

FORM #879 (3/09)

**DATE:** 18 FEB 14   **OR:** 12   **SURGEON:** Barbour
**ALLERGIES:** NKDA   Hgb 14 Hct 43
**PREMED:** Metoprolol last PM
**DIAGNOSIS:** Left Knee - DJD
**OPERATION:** (L) Knee - Total Arthroplasty

**ANESTHESIOLOGIST:** C. Kramer   Anes. Begin 1215
**ANESTHETIST:** C. Huxley CRNA   Oper. Begin 1350
**WT:** 188#   **ASA Class:** III   ASA Standard Monitors Placed   Oper. End 1524
**CHECKED:** ☒ Equipment  ☒ Pt. ID   Anes. End 1541
**ANES. PLAN:** ☐ MAC ☐ IVR ☐ PNB ☐ SPINAL ☐ EPIDURAL ☒ GENERAL

| TIME | 1215 | 30 | 1300 | 30 | 1400 | 30 | 1500 | | | | | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FiO2 | 100 | 100 | 100 | 100 | 100 | 100 | 0.40 | 52 | 50 | 50 | 49 | |
| SaO2 | 100 | 100 | 100 | 100 | 100 | 100 | 99 | 99 | 99 | 99 | 99 | 96 |
| ETCO2 | | 38 | 36 | 35 | 36 | 37 | 34 | 34 | 35 | 34 | 33 | 39 |
| O2 L/min | | | | | | 40 | | | | | | |

**Remarks:**
1300 Waiting for surgeon
1345 Surgeon here
1349 T (L) thigh @ 300 mmHg
1455 turn L
1500 Amicar
1512 Neostigmine robin .6
1515 See page 2

MCCORMICK, WILLIAM BYRON
Scott Barbour
DOB 07/13/1959   M 02/18/2014  12:30
MR# 30075046   Acc# 222629119



**OLINDE FIRM**
ATTORNEYS AT LAW
2 Sanctuary Blvd., Suite 205
Mandeville, LA 70471

ATTN: Medical Records Department
Dekalb Medical Center at North Decatur
2701 North Decatur Road
Decatur GA 30033-5918

Dekalb Medical Center at North Decatur
2701 North Decatur Road
Decatur GA 30033-5918

Attn: Kayla Bryant
The Olinde Firm, LLC.
2 Sanctuary Blvd, Suite 205
Mandeville LA 70471-2968