MRO
1000 Madison Avenue
Suite 100
Norristown, PA 19403

Wesley G. Barr
Olinde Firm, L.L.C.
2 Sanctuary Blvd
Suite 205
Mandeville, LA  70471



Shipment #14192068
WILLIAM MCCORMICK
Invoice #20839555
7 pages



EXHIBIT 2



MRO
1000 Madison Avenue
Suite 100
Norristown, PA 19403
Ph: (610) 994-7500 Opt. 1
Fx: (610) 962-8421

# Medical Records Transmittal

Date: 6/22/2018
Request Number: 20839555
Page Count: 7

Your requested medical records are attached.

Patient Name: WILLIAM MCCORMICK
Medical Facility: DeKalb Medical Center at North Decatur

Requester: Wesley G. Barr
Organization: Olinde Firm, L.L.C.

Your reference number:

Thank you,
*MRO*
*MROcorp.com*

## Certificate of Authentication of Records

Pursuant to GEORGIA CODE §24-9-902(11), the undersigned, Charles Flowers, certifies that:

- He is the custodian of records for DeKalb Medical.

- The attached are true and accurate copies of requested information from the records of William McCormick    MR #: 3OO75O46

- The information was made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.

- The information was kept in the course of the regularly conducted business of DeKalb Medical.

- The information was recorded in the course of the regularly conducted activity as a regular practice of DeKalb Medical.

Charles Flowers, Director of HIM
Medical Records Department

Sworn to and subscribed before me
this 16th day of March 20 18

Notary Public

Medical Records    2701 North Decatur Road    Decatur, GA 30033    404-501-5630



DeKalb Medical


PS-0924

**CERTIFICATE OF AUTHENTICATION OF RECORDS**

DMC FORM # PS-0924 (05/20/13)



**OLINDE FIRM**
ATTORNEYS AT LAW

Attorneys
FRED OLINDE*
WESLEY G. BARR†
*Admitted in LA
†Admitted in LA and FL

REPLY TO MANDEVILLE OFFICE

March 9, 2018

**VIA US MAIL**
ATTN: Medical Records Department
Dekalb Medical Center at North Decatur
2701 North Decatur Road
Decatur, GA 30033

RE:   William McCormick
      DOB: 07/13/1959
      Date of Surgery: 02/18/2014

Dear Sir/Ma'am,

We represent William McCormick with respect to his claims against 3M stemming from the infection he suffered as a result of the Bair Hugger warming blanket used during his surgery. You have been identified as having provided medical treatment or services to this individual and may be in possession of materials or information that relate to this litigation.

Enclosed, please find a signed authorization allowing you to discuss information relating to our client's case. We respect your facility's release of information policies, but we have deadlines fast approaching in this litigation and would greatly appreciate your cooperation in simply identifying the brand of forced air warming device used in our client's surgery at your facility.

The records received from your facility indicate a "Warm Blanket" used during his surgery, and we need confirmation this reference is to a Bair Hugger warming device. We have included a draft affidavit that we ask that a representative at your facility sign and return to us confirming the reference is to a Bair Hugger device. Please return the affidavit or other documentation confirming the referenced device is a Bair Hugger <u>within twenty-one (21) days</u> from receipt of this letter.

Should you have any questions or concerns, please do not hesitate to call our legal nurse on staff, Beth Hagan. <u>Beth can be reached at (985) 605-0262</u>.

Thank you for your prompt attention to this matter.

Sincerely,

THE OLINDE FIRM, LLC

Wesley G. Barr

Enc.

2 Sanctuary Blvd., Suite 205 • Mandeville, LA 70471      400 Poydras St, Suite 1980 • New Orleans, LA 70130
Phone: (985) 605-0262   Online: www.OlindeFirm.com   Phone: (504) 587-1440   Fax: (504) 587-1577   Toll Free: 1-800-444-1784

## AFFIDAVIT

The undersigned, being first duly sworn, deposed and says:

1. That I am _____, an employee of Dekalb Medical Center at North Decatur.

2. On February 18, 2014, William McCormick underwent a Left Total Knee Arthroplasty during which the Bair Hugger Forced Air Warming Blanket was used.

3. The "Warm Blanket" noted in the medical record for this procedure refers to a Bair Hugger device.

Further, affiant sayeth not.

Date the _____ day of _____, 20_____.

Signature: _____

Printed Name: _____

Executed this ___ day of _____, 20__

State of _____     )
                             )
County of _____       )

On this ____ day of _____, 20____, before me personally appeared _____, whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to in this document, and who acknowledged that he/she signed the above/attached document.

_____
Notary Public

_____
Commission Expires

HIPAA-COMPLIANT AUTHORIZATION FOR RELEASE OF INFORMATION
(PURSUANT TO 45 C.F.R. 164-508)

Medical Provider Name: DeKalb Medical Center at North Decatur
Patient Name: William McCormick
Date of Birth: 7/13/1959
Address: 5780 Bridle Ct., Cumming, GA 33647
Dates of care: 2/18/20??

I authorize and direct **Covered Entity** to disclose and to supply copies of my protected health information described below to any member of **The Olinde Firm** and its designated agents. The purpose of this request is for records to be used for **Legal Review and Evaluation**.

Information to be disclosed:
____ All Medical Records in entirety including 3rd Party
____ All Laboratory & Test Result Records
____ All Operative Reports
____ All Radiology Records inc. Films, Scans, & Videos
____ All Medication/Pharmacy Records
____ All ER/Outpatient Records
__✓__ Other: confirmation of Bair Hugger warming device

____ All Autopsy Records
____ All Doctor/Nurse Handwritten Notes
____ All Admission/Discharge Records
____ All Billing Records/Information
____ All Dialysis Records

**UNDERSTANDINGS:**

1. I understand that this consent may be revoked in writing at any time, with the exception and to the extent that disclosure of information has already occurred prior to the receipt of revocation by the above-named provider.
2. If written revocation is not received, authorization will be considered valid for a period of time not to exceed 24 months from the date of signing. To initiate revocation of this authorization, direct all correspondence to the "Specific Requestor" above.
3. I understand that, pursuant to 42 C.F.R. 2.31, this consent is to include disclosure of: Alcohol and/or Drug Abuse Records, Psychiatric Records, Sexually Transmitted Disease Information, and HIV/AIDS Information.
4. I understand that a photocopy of this authorization is to be considered valid as the original.
5. I understand that the information used or disclosed pursuant to this authorization may be transmitted electronically and may be subject to re-disclosure by the recipient and may no longer be protected by Federal Law (45 C.F.R. 164.508).
6. I understand that I have the right to refuse to sign this authorization and that I am signing this authorization voluntarily and that treatment, payment, enrolment, or eligibility for benefits may not be conditioned on obtaining the authorization. (45 C.F.R. § 164.508(c)(2)(ii)).
7. I understand I have the right to receive a copy of this authorization and any records obtained with its use.

_[signature]_
Signature of Patient (or Personal Representative)

Dated: 3/9/2018

William Byron McCormick
Printed Name of Patient
(or Personal Representative)

Authority to Sign for Patient (Documents Attached):
☐ Parent of Minor Child
☐ Power of Attorney
☐ Representative of Deceased's Estate
☐ Representative of Incapacitated Adult

½

| DATE 18 FEB 14 | OR 12 | SURGEON Barbour | | ANESTHESIOLOGIST C. Kramer | | TRAY # |
|---|---|---|---|---|---|---|
| ALLERGIES NKDA | | Hgb 14 Hct 43 | | ANESTHETIST C. Hugley CRNA | | Anes. Begin 1215 |
| PREMED Metoprolol last PM | | | | WT 188# ASA Class III | ASA Standard Monitors Placed | Oper. Begin 1350 |
| DIAGNOSIS LEFT KNEE – DJD | | | | CHECKED: ☑Equipment ☑Pt. ID | | Oper. End 1524 |
| OPERATION (L) KNEE – TOTAL ARTHROPLASTY | | | | ANES. PLAN: ☐MAC ☐IVR ☐PNB ☐SPINAL ☐EPIDURAL ☑GENERAL | | Anes. End 1541 |

| TIME | 1215 | 30 | x | 1300 | x | 30 | x | 1400 | x | 30 | x | 1500 | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FiO₂ | 1 | 100 | 100 | 100 | 100 | 100 | 100 | 0.40 | 52 | 50 | 50 | 49 | .5 |
| SaO₂ | | 100 | 100 | 100 | 100 | 100 | 100 | 99 | 99 | 99 | 99 | 99 | 96 |
| ETCO₂ | | | 33 | 34 | 35 | 36 | 37 | 34 | 34 | 35 | 34 | 33 | 39 |
| O₂ L/min | INDU | 4 | 70 | 70 | 70 | 70 | 70 | VT | VT | VT | VT | VT | VT |
| Sevo % | | (1.2) | (1.3) | (1.3) | 1.6 | 2 | 2.9 | 3.0 | 2.0 | 1.4 | 2.4 | 1.0 | |

Medical Direction Requirements
1. PAER 105
2. ANESTHESIA PLAN ✓✓
3. INDUCTION ✓✓
4. QUALIFIED INDIVIDUAL ✓✓
5. MONITORS ✓✓
6. IMMEDIATELY AVAILABLE ✓✓
7. EMERGENCE ✓✓
8. POST ANESTHESIA CARE ✓✓

PRE-O₂ INDUCTION
AIRWAY: ☐oral ☐nasal – TEETH INT
MASK: ☑easy ☐diff LMA
INTUB: attempts ☐diff
ETT Size 8.0 cm @ lip 21
Cuff
BLADE MAC 3 STYLET
BBS +2 ETCO₂ CO₂
EYES: ☐oint ☑taped
SALEM-SUMP ☐oral ☐nasal
☐Pressure Points Padded ☑Warm Blanket
Temp 18°C

Remarks:
1300 Waiting for surgeon
1345 Surgeon in
1349 T/A (L) THIGH @ 300mmHg
1455 turn L
1500 Antic Amd
1513 Neostigmine 3
1515 See pg 2

DeKalb Medical
ANESTHESIA RECORD
FORM #679 (3/09)

MCCORMICK, WILLIAM BYRON
Scott Barbour
DOB 07/13/1959
MR# 30075046
M 02/18/2014 12:30
Acc# 222629119

Surgeon Order Prophylactic Antibiotic 1350 → Ancef 1GM
Antibiotic given IV Ancef 1GM time given 12:35
Given within 1 hr incision (2 hrs for Vancomycin or Flouroquinolones)? ✓Yes ___No

Date: 2-18-14   Surgeon: Barbour   Circulating Nurse: S. King RN
Procedure: Left Total Knee   Relief Nurse: ___

☒ Device Implanted
☐ FDA Designated Device Removed

Hip Bearing Surface
☐ 00.74 - metal/polyethelene
☐ 00.75 - metal/metal
☐ 00.76 - ceramic/ceramic

Phone number: ___
Phaco Time: ___
Medical Records Number: ___

| Manufacturer | Catalog/Reorder Number | Serial Number | Type of Device | Site | Quantity |
|---|---|---|---|---|---|
| LOT 76164320 CAT NO 00-1112-140-01  ⌛ 2017-11  PALACOS R RADIOPAQUE BONE CEMENT  40.0 g METHYL ACRYLATE COPOLYMER, 20 ml METHYL METHACRYLATE MONOMER  Distributed by Zimmer  STERILE QTY-1  DOVER, OH 44622 U.S.A. | LOT 76164320 CAT NO 00-1112-140-01  ⌛ 2017-11  PALACOS R RADIOPAQUE BONE CEMENT  40.0 g METHYL ACRYLATE COPOLYMER, 20 ml METHYL METHACRYLATE MONOMER  Distributed by Zimmer  STERILE QTY-1  DOVER, OH 44622 U.S.A. | | | REF AR-1404TC  LOT 597589  BioComposite Interference Screw, Full Thread  12 x 28 mm  ⌛ 2015-08  Arthrex | |
| CHART-STIK® LABEL  REF 71420568  LOT 13JM01685  28 MM  GENESIS® II  BICONVEX  PATELLAR COMPONENT  smith&nephew  STERILE EO  USE BY 2023/09 | | | CHART-STIK® LABEL  REF 71421266  LOT 13JM00294  SIZE 6N, LEFT  POSTERIOR STABILIZED  LEGION™ NARROW OXINIUM™  FEMORAL COMPONENT  smith&nephew  STERILE R  USE BY 2023/09 | | |
| CHART-STIK® LABEL  REF 74022225  LOT 13LM13117  SIZE 5, LEFT  JOURNEY™  NONPOROUS  TIBIAL BASEPLATE  smith&nephew  STERILE R  USE BY 2023/11 | | | CHART-STIK® LABEL  REF 71934437  LOT 13GM13604  SIZE 5-6, 9 MM  HIGH FLEXION  GENESIS™ II PS  W/ JOURNEY™ LOCK DETAIL  ARTICULAR INSERT  smith&nephew  STERILE EO  USE BY 2023/07 | | |



**DeKalb Medical**

IMPLANT DOCUMENTATION AND TRACKING RECORD
Surgical Services

White Copy - Chart
Yellow Copy - Surgical Services
Materials Management (x5569)

DMC FORM #PS 0414   (05/29/06)

MCCORMICK, WILLIAM BYRON
Scott Barbour
DOB 07/13/1959   M 02/18/2014  12:30
MR# 30075046   Acc#222629119

Date: 2-18-14  Surgeon: Barbour  Circulating nurse: S. Knox RN
Procedure: Left Total Knee  Reviewed by: _____

Tissue usage card completed and returned to Tissue Bank: ☒ Yes ☐ No

If the graft fails, return the tissue, all packaging, and preparation materials to the Tissue Bank.

| Tissue ID # (sticker) | Tissue Preparation (answer all four items) |
|---|---|
| StimuBlast™<br>DBM Gel, 10cc<br>LOT 132009-603<br>REF ABS-2002-10  10/Jul/2016<br>Arthrex Customer Service 1-800-934-4404<br>M1S1023-SCB  REV 01<br><br>Tissue Type: Stimublast | 1. Followed manufacturer's instructions: ☒ Yes ☐ No, please explain<br>2. Instructions for use revision date and/or #: M1S0858.03 (02/13)<br>3. Preparation: ☒ None ☐ Saline ☐ Other: _____<br>   Lot #: _____ Expiration date: _____<br>   Prepared by: _____<br>4. Begin preparation or thaw: ☒ Not applicable<br>   Begin @ _____ End @ _____ |
| Tissue Type: _____ | 1. Followed manufacturer's instructions: ☐ Yes ☐ No, please explain<br>2. Instructions for use revision date and/or #: _____<br>3. Preparation: ☐ None ☐ Saline ☐ Other: _____<br>   Lot #: _____ Expiration date: _____<br>   Prepared by: _____<br>4. Begin preparation or thaw: ☐ Not applicable<br>   Begin @ _____ End @ _____ |
| Tissue Type: _____ | 1. Followed manufacturer's instructions: ☐ Yes ☐ No, please explain<br>2. Instructions for use revision date and/or #: _____<br>3. Preparation: ☐ None ☐ Saline ☐ Other: _____<br>   Lot #: _____ Expiration date: _____<br>   Prepared by: _____<br>4. Begin preparation or thaw: ☐ Not applicable<br>   Begin @ _____ End @ _____ |
| Tissue Type: _____ | 1. Followed manufacturer's instructions: ☐ Yes ☐ No, please explain<br>2. Instructions for use revision date and/or #: _____<br>3. Preparation: ☐ None ☐ Saline ☐ Other: _____<br>   Lot #: _____ Expiration date: _____<br>   Prepared by: _____<br>4. Begin preparation or thaw: ☐ Not applicable<br>   Begin @ _____ End @ _____ |

**DeKalb Medical**

**TISSUE IMPLANT DOCUMENTATION AND TRACKING RECORD**
Surgical Services

DMC FORM # PS-0814  (01/07/11)
White copy – Chart
Yellow copy – Materials Management
Pink copy – Tissue Bank

MCCORMICK, WILLIAM BYRON
Scott Barbour
DOB 07/13/1959    M 02/18/2014  12:30
MR# 30075046      Acc# 222629119


PS-0814

