# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to: *William McCormick v. 3M Company, et al.*, Case No. 0:16-cv-00360 | |

## ORDER

The Court, after considering the Defendants' Motion to Dismiss for Lack of Product Identification or Product -Related Injury and Plaintiff's Response thereto, finds that Defendants' Motion lacks merit and accordingly, Defendants' Motion to Dismiss is DENIED.

Dated: _____      _____
**HON. JOAN N. ERICKSEN**
United States District Court Judge