UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to:<br><br>**PLAINTIFF,**<br><br>*BURL ZIMMERMAN v. 3M Company, et al;* Case No. 17-cv-02925 | |

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

   NOW COMES Plaintiff, Burl Zimmerman, identified in Defendants' Motion to Dismiss for Failure to Comply with Pretrial Order No. 14 [Dkt. 1387], and by and through undersigned counsel submits this, his Response to Defendants' Motion to Dismiss, and would respectively show the Court the following:

1. In August of 2015, Plaintiff Burl Zimmerman contacted undersigned counsel regarding an infection and subsequent treatment that he experienced due to the use of a Bair Hugger patient warming device during an orthopedic surgery.
2. Counsel worked to obtain medical records and billing records to move forward with the case. Those records indicated that a Bair Hugger device was used during the original surgery.
3. Defendant has sent deficiency letters to Plaintiff, citing sections as "incomplete".
4. Plaintiff made efforts to cure those deficiencies
5. On August 2, 2018, defendant moved for dismissal and for the first time was specific regarding the alleged deficiencies.
6. On August 6, 2018, Plaintiff cured the specific deficiencies and re-served a verification regarding same.
7. On August 6, 2018, Plaintiff's counsel sent an email to defense counsel, citing the cured deficiencies, along with Mr. Zimmerman's re-verification and awaits Defendants' response.
8. As Plaintiff has served a complete fact sheet with re-verification, Plaintiff prays that

Defendants' Motion to Dismiss for failure to comply with Pre-Trial Order 14 be denied.

                                                       Respectfully submitted,

Dated: August 6, 2018                    By:  __s/*Alfred A Olinde, Jr.*_____
                                                  Alfred A. Olinde, Jr., La. Bar # 20061
                                                  **THE OLINDE FIRM, LLC**
                                                  400 Poydras Street, Suite 1980
                                                  New Orleans, Louisiana  70130
                                                  Telephone:  (504) 587-1440
                                                  Facsimile:  (504) 587-1577
                                                  Email: folinde@olindefirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2018 a copy of the above and foregoing *Plaintiff's Response to Defendants' Motion to Dismiss* has been served on all parties or their attorneys via Minnesota ECF filing system, which will send notice of electronic filing in accordance with the procedures established in MDL 15-2666.

                                                      _____/s/ *Alfred A Olinde, Jr.*_____