UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to:<br><br>**PLAINTIFF,**<br><br>*BURL ZIMMERMAN v. 3M Company, et al;* Case No. 17-cv-02925 | |

**DECLARATION OF ALFRED A. OLINDE, JR. IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS**

I, Alfred A. Olinde, Jr, declare as follows:

1. I am an attorney at The Olinde Firm, LLC and Counsel for Burl Zimmerman in the above-captioned matter.

2. I submit this affidavit in opposition to Defendants' Motion to Dismiss for Failure to Comply with Pretrial Order No. 14 [Dkt. 1387] filed on July 3, 2018.

3. In August of 2015, Plaintiff Burl Zimmerman contacted undersigned counsel regarding an infection and subsequent treatment that he experienced due to the use of a Bair Hugger patient warming device during an orthopedic surgery.

4. Counsel worked to obtain medical records and billing records to move forward with the case. Those records indicated that a Bair Hugger device was used during the original surgery.

5. Defendant has sent deficiency letters to Plaintiff, citing sections as "incomplete".

6. Plaintiff made efforts to cure those deficiencies

7. On August 2, 2018, defendant moved for dismissal and for the first time was specific regarding the alleged deficiencies.

8. On August 6, 2018, Plaintiff cured the specific deficiencies and re-served a verification regarding same.

9. On August 6, 2018, Plaintiff's counsel sent an email to defense counsel, citing the cured deficiencies, along with Mr. Zimmerman's re-verification and awaits

Defendants' response.

Pursuant to 28 U.S.C. (insert section) 1746(2), I declare under penalty of perjury that the foregoing is true and correct.


Dated: August 6, 2018                               __s/*Alfred A Olinde, Jr.*_____
                                                    Alfred A. Olinde, Jr.