# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to:<br><br>*Burl Zimmerman v. 3M Company, et al.*, Case No. 0:17-cv-02925 | |

## ORDER

The Court, after considering the Defendants' Motion to Dismiss for Failure to follow Pre-Trial Order 14 and Plaintiff's Response thereto, finds that Plaintiff has complied with Pre-Trial Order number 14; therefore, Defendants' Motion to Dismiss is DENIED.

Dated: _____                         _____
                                                                    **HON. JOAN N. ERICKSEN**
                                                                    United States District Court Judge