UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666(JNE/FLN) |
| This Document Relates:<br><br>**PLAINTIFF(S)**<br><br>16-cv-00515 (*Klosinski v. 3M Co., et al.*)<br>16-cv-00517 (*Ryan v. 3M Co., et al.*)<br>16-cv-00836 (*Pease v. 3M Co., et al.*)<br>16-cv-00837 (*Burleson v. 3M Co., et al.*)<br>16-cv-00838 (*Plumley v. 3M Co., et al.*)<br>16-cv-01257 (*Harvey v. 3M Co., et al.*)<br>16-cv-01259 (*Lance v. 3M Co., et al.*)<br>16-cv-02000 (*McMillan v. 3M Co., et al.*)<br>16-cv-02299 (*Redman v. 3M Co., et al.*) | |

**L.R. 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE REGARDING PLAINTIFF'S SUPPLEMENTAL RESPONSE TO DEFENDANTS' MOTION TO SHOW CAUSE**

This brief complies with the work limitation of LR 7.1(f) because this brief contains 345 words, including all text, headings, footnotes, and quotations, other than the parts of the brief exempted by LR 7.1(f).  This brief was prepared using Microsoft Office Word 2010.  This brief complies with the type requirements of LR 7.1 (h) because this brief has been prepared using at least font size 13, is double spaced (except for headings, footnotes and quotations that exceed two lines) and is submitted on 8 ½" x 11" paper with at least one inch of margins on all four sides.

Dated: <u>August 6, 2018</u>          Respectfully submitted,

                                                /s/ Kristine K. Kraft
Kristine K. Kraft, Esq.
Schlichter Bogard & Denton, LLP
100 S. Fourth Street, Ste. 1200
St. Louis, MO 63102
P: (314) 621-6115
F: (314) 621-7151
Email: kkraft@uselaws.com