# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666(JNE/FLN) |
| This Document Relates:<br><br>**PLAINTIFF(S)**<br><br>16-cv-00515 (*Klosinski v. 3M Co., et al.*)<br>16-cv-00517 (*Ryan v. 3M Co., et al.*)<br>16-cv-00836 (*Pease v. 3M Co., et al.*)<br>16-cv-00837 (*Burleson v. 3M Co., et al.*)<br>16-cv-00838 (*Plumley v. 3M Co., et al.*)<br>16-cv-01257 (*Harvey v. 3M Co., et al.*)<br>16-cv-01259 (*Lance v. 3M Co., et al.*)<br>16-cv-02000 (*McMillan v. 3M Co., et al.*)<br>16-cv-02299 (*Redman v. 3M Co., et al.*) | |

## SCHLICHTER BOGARD & DENTON, LLP'S DECLARATION IN SUPPORT OF SUPPLEMENTAL OPPOSITION TO DEFENDANT'S MOTION TO SHOW CAUSE

I, Kristine Kraft, declare as follows:

    1.    I am an attorney at Schlichter Bogard & Denton, LLP and Counsel for the above captioned Plaintiffs.

    2.    I submit this declaration in support of Schlichter Bogard & Denton, LLP's Opposition to Defendants' Motion for Order to Show Cause Why Cases

Should Not be Dismissed for Lack of Product Identification or Product-Related Injury [Dkt. 1380].

3.  The undersigned did not receive notice of Defendants' intent to file the instant Motion until the date that Defendants' Motion was filed on July 30, 2018 (Dkt. 1380), despite having entered an appearance for each of the above captioned cases on January 10, 2018.

4.  Upon receiving notice of Defendants' Motion, Schlichter, Bogard & Denton diligently initiated efforts to compile the documents necessary to respond to Defendants' Motion.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 6, 2018                    Respectfully submitted,

                                         /s/ Kristine K. Kraft
                                         Kristine K. Kraft, Esq.
                                         Schlichter Bogard & Denton, LLP
                                         100 S. Fourth Street, Ste. 1200
                                         St. Louis, MO 63102
                                         P: (314) 621-6115
                                         F: (314) 621-7151
                                         Email: kkraft@uselaws.com

## **CERTIFICATE OF SERVICE**

This is to certify that on August 6, 2018 a copy of the foregoing document was served on all parties via the Court's electronic filing system.

                Respectfully submitted,

                /s/ Kristine K. Kraft
                Kristine K. Kraft, Esq.
                Schlichter Bogard & Denton, LLP
                100 S. Fourth Street, Ste. 1200
                St. Louis, MO 63102
                P: (314) 621-6115
                F: (314) 621-7151
                Email: kkraft@uselaws.com