UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

**In Re: BAIR HUGGER FORCED AIR WARMING PRODUCTS LIABILITY LITIGATION**

**MDL No. 15-2666 (JNE/DTS)**

**WORD COUNT CERTIFICATE**

---

I, David J. Szerlag, certify that Plaintiff complies with Local Rule 7.1(f). I further certify that, in preparation of **PLAINTIFFS' RESPONSE OPPOSING DEFENDANTS' MOTION FOR ENTRY OF AN ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED FOR LACK OF PRODUCT INDETIFICATION OR PRODUCT-RELATED INJURY** I used MS Word and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count, except the caption and the signature block. I further certify that the above referenced memo contains 2,186 words. Cumulatively Declaration in support of Plaintiff's Response contains 300 words including all text, including headings, footnotes, and quotations, except the caption and the signature block

Dated: August 6, 2018

Respectfully submitted,

/s/ David J. Szerlag_____
David J. Szerlag (MN# 034476X)
Pritzker Hageman, PA
45 S 7th Street, Suite 2950
Minneapolis, MN 55402
Phone: 612-338-0202
Fax: 612-338-0104
david@pritzkerlaw.com