# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666(JNE/FLN) |
| This Document Relates:<br><br>**PLAINTIFF(S)**<br><br>16-cv-00515 (*Klosinski v. 3M Co., et al.*)<br>16-cv-00517 (*Ryan v. 3M Co., et al.*)<br>16-cv-00836 (*Pease v. 3M Co., et al.*)<br>16-cv-00837 (*Burleson v. 3M Co., et al.*)<br>16-cv-00838 (*Plumley v. 3M Co., et al.*)<br>16-cv-01257 (*Harvey v. 3M Co., et al.*)<br>16-cv-01259 (*Lance v. 3M Co., et al.*)<br>16-cv-02000 (*McMillan v. 3M Co., et al.*)<br>16-cv-02299 (*Redman v. 3M Co., et al.*) | |

## ORDER

The Court, after considering the Defendants' Motion to Dismiss for Lack of Product Identification or Product-Related Injury and Plaintiff's Response thereto, finds that Defendants' did not meet & confer with Plaintiff's Co-Counsel and accordingly, Defendant's Motion to Dismiss is DENIED.

Dated: _____

**HON. JOAN N. ERICKSEN**
United States District Court Judge