UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>Pratt v. 3M Company, et al. Cause No. 17-cv-03952 | MDL No. 15-2666 (JNE/DTS)<br><br>Judge: Joan N. Ericksen<br>Mag. Judge: David T. Schultz |

L.R. 7.1 WORD COUNT COMPLIANCE CERTIFICATE

I, Todd N. Hendrickson, certify that Plaintiff's Opposition to Defendants' Motion to Dismiss complies with Local Rule 7.1(f) and 7.1(h).

I further certify that, in preparation of this Opposition, I used Microsoft Word 2016, and that this word processing program has been applied specifically to include all text, including headings, footnotes and quotations in the following word count.

I further certify that the above referenced Opposition contains 297 words, exclusive of the caption and signature block.

Dated: August 3, 2018

Respectfully submitted,

**BRENT COON & ASSOCIATES**

*/s/James A. Morris, Jr.*
Texas Bar No. 14487050
4111 W Alameda Ave, Ste 611
Burbank, CA  91505
Telephone:  (747) 283-1144
Facsimile:   (747) 283-1143
Email:  jim.morris@bcoonlaw.com
**ATTORNEY FOR PLAINTIFF**