# EXHIBIT A

# Wendy Wafford

**From:** Wendy Wafford
**Sent:** Wednesday, May 16, 2018 10:56 AM
**To:** thartman@blackwellburke.com
**Cc:** Jim Morris; Jim Morris (jmorris@jamlawyers.com); Matt Willis; sgreenberg@jamlawyers.com
**Subject:** Pratt, Debra
**Attachments:** Bair Hugger PFS for Pratt, Debra has been served

Mr. Hartman:

We are in receipt of your recent letter of April 25, 2018 regarding deficiencies.

I compared it to your past correspondence of March 13, 2018. It appears that the deficiencies were cured and was served on your firm on April 2, 2018. I have attached a copy of the email confirmation.

Wendy Wafford
Paralegal
Brent Coon & Associates
300 Fannin, Suite 200
Houston, TX 77002
713-225-1682
713-225-1785 FAX
Wendy.Wafford@bcoonlaw.com
www.BCoonlaw.com



___Confidentiality Notice_____

This e-mail, and any files transmitted with it, is confidential and is intended solely for the use of the individual or entity to whom it
is addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended
recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this email
in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender and permanently delete the email and any attachments.