# EXHIBIT B

# Wendy Wafford

| | |
|---|---|
| **From:** | Ted Hartman <thartman@blackwellburke.com> |
| **Sent:** | Wednesday, May 16, 2018 7:43 PM |
| **To:** | Wendy Wafford |
| **Cc:** | Jim Morris (jmorris@jamlawyers.com); Matt Willis; sgreenberg@jamlawyers.com; Jim Morris; Ben Hulse |
| **Subject:** | RE: PFS Deficiencies for Taylor, Jacks, Pratt, and Sale |

Good evening, Wendy.

Thank you for your inquiries today. I have reviewed your correspondence related to *Jacks* (17-3950), *Pratt* (17-3952), *Sale* (17-3962), and *Taylor* (17-3964) and the respective PFSs. For each of the cases, several items designated as "incomplete" on the deficiency notice remain deficient in the most-recent referenced filing. Below are the recurring deficiencies with the PFSs for each of the items identified as deficient in the respective notices:

Sec. II.10 – No addresses provided for employers: *Sale*
Sec. II.11 – No dates of service for military service: *Taylor*
Sec. IV.7 – No phone number provided for pharmacies: *Jacks, Pratt, Sale, Taylor*
Sec. VI.1 – Failed to provide a date of injury: *Pratt*
Sec. VI.3 – No date of onset for emotional distress: *Jacks, Pratt*
Sec. IX.1 – No dates for prior name spouse used: *Jacks, Sale*
Sec. IX.4 – Did not identify where the Plaintiff was married: *Taylor*
Failed to provide a newly executed verification: *Jacks*
Failed to provide a medical authorization: *Pratt*

Hopefully this clarifies the continued deficiencies in the above matters. For future reference, an "incomplete" designation means that the Plaintiff has either not answered a question, or has failed to provide all of the required information in their response.

Thank you,
Ted

## Ted D. Hartman

**Blackwell Burke P.A.**
431 South Seventh Street, Suite 2500
Minneapolis, MN  55415
Direct (612) 343-3234
Fax (612) 343-3205
*Licensed to practice in Minnesota, Illinois, and Nebraska.*

This message and any attachments may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient or are not authorized to receive for the recipient, you are hereby notified that dissemination, distribution or copying of this message and any attachments is strictly prohibited. If you have received this message in error, please immediately advise the sender by reply e-mail and delete the message and any attachments. Thank you.

**From:** Wendy Wafford [mailto:Wendy.Wafford@bcoonlaw.com]
**Sent:** Wednesday, May 16, 2018 11:03 AM
**To:** Ted Hartman <thartman@blackwellburke.com>
**Cc:** Jim Morris <Jim.Morris@bcoonlaw.com>; Jim Morris (jmorris@jamlawyers.com) <jmorris@jamlawyers.com>; Matt

Willis <Matt.Willis@bcoonlaw.com>; sgreenberg@jamlawyers.com
**Subject:** Jacks, Jeffrey

Mr. Hartman:

We are in receipt of your recent letter of April 18, 2018 regarding deficiencies.

I compared it to your past correspondence of March 13, 2018. It appears that the deficiencies were cured and was served on your firm on March 23, 2018. I have attached a copy of the email confirmation.


Wendy Wafford
Paralegal
Brent Coon & Associates
300 Fannin, Suite 200
Houston, TX 77002
713-225-1682
713-225-1785 FAX
Wendy.Wafford@bcoonlaw.com
www.BCoonlaw.com



___Confidentiality Notice_____
This e-mail, and any files transmitted with it, is confidential and is intended solely for the use of the individual or entity to whom it
is addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended
recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this email
in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender and permanently delete the email and any attachments.

2