# EXHIBIT C

## Wendy Wafford

| | |
|---|---|
| **From:** | bairhugger@acornls.com |
| **Sent:** | Tuesday, May 22, 2018 1:47 PM |
| **To:** | Wendy Wafford; Wendy Wafford |
| **Subject:** | Bair Hugger PFS for Pratt, Debra has been served |

A PFS has been served for Pratt, Debra for Case Number 0:17-cv-03952 on 5/22/2018 1:46:34 PM

Served by Brent Coon & Associates