# EXHIBIT D

**Wendy Wafford**

| | |
|---|---|
| **From:** | Wendy Thayer <wendy@pritzkerlaw.com> |
| **Sent:** | Wednesday, June 13, 2018 4:50 PM |
| **To:** | James Morris (jmorris@jamlawyers.com); Matt Willis; Jim Morris; Ashly Serrano; Wendy Wafford |
| **Subject:** | Bair Hugger PFS Issues |
| **Attachments:** | Copy of 1 Bair Hugger MDL 2666 -- Overdue Plaintiff Fact Sheets (2018 6 12).xlsx; Copy of 3 Bair Hugger MDL 2666 -- Persistent Deficiencies (2018 6 12).xlsx |
| **Importance:** | High |

Counsel,

Your firm is listed on the attached spreadsheets for overdue PFS and persistent deficiencies. It is imperative that you cure the issues via the portal as soon as possible. Once you have served/cured the PFS via the portal, please send an email to defense counsel, Ben Hulse at bhulse@blackwellburke.com and Ted Hartman at thartman@blackwellburke.com, informing them that you have cured the issues and copy us on the email. If you believe any cases listed should not be included on the spreadsheet please email Mr. Hulse as soon as possible.



**Pritzker Hageman, P.A.**
ATTORNEYS

## Wendy Thayer

Legal Assistant
Pritzker Hageman, P.A.
PWC Plaza Building
Suite 2950
45 South Seventh Street
Minneapolis, MN 55402-1652
Office: (612) 338-0202
Fax: (612) 338-0104
Toll-Free: (888) 377-8900
Email: wendy@pritzkerlaw.com

| | | | | |
|---|---|---|---|---|
| 0:17-cv-03952-JNE-FLN | Pratt, Debra  et al v. 3M Company et al | 4/25/2018 | | Brent Coon & Associates |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).
Pink highlighting indicates that the case is subject to Defendants' Pending Motion to Dismiss.