# EXHIBIT E

## Wendy Wafford

**From:** bairhugger@acornls.com
**Sent:** Wednesday, June 20, 2018 8:36 AM
**To:** Wendy Wafford; Wendy Wafford
**Subject:** Bair Hugger PFS for Pratt, Debra has been served

A PFS has been served for Pratt, Debra for Case Number 0:17-cv-03952 on 6/20/2018 8:35:37 AM

Served by Brent Coon & Associates

1