IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

___

| | |
|---|---|
| IN RE: BAIR HUGGER FORCED AIR WARMING PRODUCT LIABILITY LITIGATION | MDL No.: 15-md-02666 (JNE/FLN) |
| This Document Relates To: NANCY KEY, Plaintiff, | Civil Action No.: 17-CV-04779-JNE-FLN |

___

**L.R. 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE REGARDING PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

This brief complies with the word limitation of LR 7.1(f) because this brief contains 329 words, including all text, headings, footnotes, and quotations, other than the parts of the brief exempted by LR 7.1(f). This brief was prepared using Microsoft Office Word 2013.

This brief complies with the type size requirements of LR 7.1 (h) because this brief has been prepared using at least font size 13, is double-spaced (except for headings, footnotes and quotations that exceed two lines) and is submitted on $8^{1/2}$" by 11" paper with at least one inch of margins on all four sides.

Dated: August 9, 2018

                                                                         KENNEDY HODGES, LLP

                                                                         By: /s/ David W. Hodges  
                                                                         David W. Hodges  
                                                                         dhodges@kennedyhodges.com  
                                                                         Gabriel A. Assaad  
                                                                         gassaad@kennedyhodges.com  
                                                                         4409 Montrose Blvd. Ste 200  
                                                                         Houston, TX 77006  
                                                                         Telephone: (713) 523-0001  
                                                                         Facsimile: (713) 523-1116

                                                                         ATTORNEYS FOR PLAINTIFF