**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE BAIR HUGGER FORCED AIR WARMING PRODUCTS LIABILITY LITIGATION | MDL No.: 15-md-02666 |
| This Document Relates to: | |
| **Carol Hayes,** | Civil Action No.: 18-cv-00617 |
| **Plaintiffs,** | |
| v. | |
| 3M Company and Arizant Healthcare, Inc., | |
| **Defendants.** | |

**L.R. 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE REGARDING PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' THIRTEENTH MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 14**

This brief complies with the work limitation of LR 7.1(f) because this brief contains 383 words, including all text, headings, footnotes, and quotations, other than the parts of the brief exempted by LR 7.1(f).  This brief was prepared using Microsoft Office Word 2016.  This brief complies with the type requirements of LR 7.1 (h) because this brief has been prepared using at least font size 13, is double spaced (except for headings, footnotes and quotations that exceed two lines) and is submitted on 8 ½" x 11" paper with at least one inch of margins on all four sides.

Dated: August 9, 2018

Respectfully submitted,

/s/ Kristine K. Kraft
Kristine K. Kraft, Esq.
100 South Fourth Street, Suite 1200
St. Louis, MO 63102
314-621-6115 (phone)
314-621-7151 (fax)
kkraft@uselaws.com