**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

IN RE BAIR HUGGER FORCED AIR WARMING
PRODUCTS LIABILITY LITIGATION

MDL No.: 15-md-02666

This Document Relates to:

**Carol Hayes,**

Civil Action No.: 18-cv-00617

      **Plaintiffs,**

**v.**

**3M Company and Arizant Healthcare, Inc.,**

      **Defendants.**

---

## <u>ORDER</u>

The Court, after considering Defendants' Thirteenth Motion to Dismiss for Failure to

Comply with Pretrial Order No. 14 and Plaintiff Carol Hayes' Response thereto, finds that

Plaintiff Carol Hayes' has complied with Pretrial Order No. 14; therefore, Defendants' Motion to

Dismiss is DENIED.


Dated: _____

                                **HON. JOAN N. ERICKSEN**
                                United States District Court Judge