# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

|  |  |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Devices Product Liability Litigation | **COURT MINUTES** <br> BEFORE: Joan N. Ericksen <br> U.S. District Judge and <br> David T. Schultz <br> U.S. Magistrate Judge <br><br> Case No: 0:15-md-02666 (JNE/FLN) <br> Date: August 16, 2018 <br> Deputy: Catherine B. Cusack <br> Court Reporter: Renee Rogge <br> Courthouse: Minneapolis <br> Courtroom: 12W <br> Time in Court: 9:45 AM - 11:25 AM <br> Time in Court: 1 Hour & 40 Minutes |

# STATUS CONFERENCE

**APPEARANCES:**

Plaintiff:  Genevieve M. Zimmerman, David J. Szerlag, Michael A. Sacchet, David W. Hodges

Defendant:  Jerry W. Blackwell, Lyn Peeples Pruitt, Benjamin W. Hulse, Mary S. Young

Please see attached list of telephone participants.

**PROCEEDINGS:**

- ☒ Appearances made on the record.
- ☒ Status Conference held on August 16, 2018.  Defendants' motion [ECF No. 1380] for an order to show cause why cases should not be dismissed for lack of product identification or product-related injury is DENIED.  Next Status Conference is scheduled for Thursday, September 20, 2018, at 9:30 AM.