| NAME | FIRM NAME | PARTICIPATING IN CONFERENCE CALL 8/17/2017 |
|---|---|---|
| Anne Andrews | Andrews & Thornton | x |
| Lauren Davis | Andrews & Thornton | x |
| Marco Galindez | Andrews & Thornton | x |
| Bradley East | Andrews & Thornton | x |
| Anthony Scotto | Andrews & Thornton | x |
| Alexandra Franklin | Bachus & Schanker, LLC | x |
| Darin Schanker | Bachus & Schanker, LLC | x |
| J. Kyle Bachus | Bachus & Schanker, LLC | x |
| J. Christopher Elliott | Bachus & Schanker, LLC | x |
| Matthew Munson | Beasley, Allen, Crow, Methvin, Portis & Miles, PC | x |
| Renee Lindsey | Beasley, Allen, Crow, Methvin, Portis & Miles, PC | x |
| Paula Bliss | Bernhaim Dolinsky Kelly | x |
| Christina Shuman | Bernhaim Dolinsky Kelly | x |
| Dae Y. Lee | Bernstein Liebhard, LLP | X |
| Jim A. Morris, Jr. | Brent Coon and Associates | x |
| Matthew R. Willis | Brent Coon and Associates | x |
| Wendy Wafford | Brent Coon and Associates | x |
| Abby Cordray | Brown & Crouppen, PC | x |
| Seth S. Webb | Brown & Crouppen, PC | x |
| Vanessa Mixco | Brown & Crouppen, PC | x |
| Don Ledgard | Capretz & Associates | x |
| James T. Capretz | Capretz & Associates | x |
| Patrick B. Martinez | Capretz & Associates | x |
| Jack Beesley | Carr & Carr Attorneys | x |
| Laurie Koller | Carr & Carr Attorneys | x |
| Michael Carr | Carr & Carr Attorneys | x |
| Patrick E. Carr | Carr & Carr Attorneys | x |
| Susan Hunter | Carr & Carr Attorneys | x |
| Mark D. Chappell Jr. | Chappell, Smith & Arden P.A. | x |
| Graham L. Newman | Chappell, Smith & Arden P.A. | x |
| Robert Cain | Davis & Crump | x |
| Wes Stevenson | Davis & Crump | x |
| Kevin Fitzgerald | Fitzgerald Law Group, LLC | x |
| Lisa R. Joyce | Goza & Honnold, LLC | x |
| Don McKenna | Hare Wynn Newell & Newton | x |
| Lynne Reed | Hare Wynn Newell & Newton | x |
| Peggy Little | Hare Wynn Newell & Newton | x |
| Monica Vaughan | Houssier, Durant & Houssier, LLP | x |
| Randall A. Kauffman | Houssier, Durant & Houssier, LLP | x |
| Tomeca H. Fenner | Houssier, Durant & Houssier, LLP | x |
| Shirley Strom-Blanchard | Houssier, Durant & Houssier, LLP | x |
| Behram V. Parekh | Kirtland & Packard | x |
| Rachel Ahmann (Assistant) | Langdon & Emison | x |
| Lauren Niendick | Langdon & Emison | x |
| Charles H. Johnson | Law Office of Charles H. Johnson | x |
| Valerie Marshall | Law Office of Travis R. Walker, PA | x |
| Travis R. Walker | Law Office of Travis R. Walker, PA | x |
| Julie Treacy | Law Office of Travis R. Walker, PA | x |
| Daniel A. Nigh | Levin Papantonio, PA | x |
| Pete Lewis | Lewis & Caplan | x |
| Sarah Delahoussaye Ca | Lewis & Caplan | x |
| Amy C. Webster | Lewis & Caplan | x |

| Name | Firm | |
|---|---|---|
| William Hymes | Loncar & Associates | x |
| John L. Coveney | Loncar & Associates | x |
| Rosemarie Bogdan | Martin Harding & Mazzotti LLP | x |
| Kristen Winner | Martin Harding & Mazzotti LLP | x |
| Emily Robinson | McEwen Law Firm LTD | x |
| Tania Krager | McEwen Law Firm LTD | x |
| Gregory N. McEwen | McEwen Law Firm LTD | x |
| Holly Sternquist | Meshbesher & Spence, LTD | x |
| Joseph Klenofsky | Meyerkord & Meyerkord, LLC | x |
| Heather Cullen | Morgan & Morgan Complex Litigation Group | x |
| Joseph T. Waechter | Morgan & Morgan Complex Litigation Group | x |
| Michael Goetz | Morgan & Morgan Complex Litigation Group | x |
| Caroline W. Thomas | Murray Law Firm | x |
| Nicholas Farnolo | Napoli Bern Ripka Shkolnik LLP | x |
| Neal R. Elliott, Jr | Neal R. Elliott | x |
| Lauren E. Bronson | Newman Bronson & Wallis | x |
| Michael S. Werner | Parker Waichman, LLP | x |
| Nicole Eisner | Parker Waichman, LLP | x |
| Giselle Grant | Parker Waichman, LLP | x |
| Brian E. Tadtman | Peterson & Associates, P.C. | x |
| Jessical Lowe | Pogust Braslow & Millrood, LLC | x |
| Wendy Thayer | Pritzker Hageman, PA | x |
| Jeffery L. Raizner | Raizner Slania LLP | x |
| Rica Rinosa | Raizner Slania LLP | x |
| Erin Stracerner | Raizner Slania LLP | x |
| Amy Hargis | Raizner Slania LLP | x |
| Kristen Gorombol | Raizner Slania LLP | x |
| Carrie Hancock | Randall J. Trost, P.C. | x |
| Pam Rodriguez | Randall J. Trost, P.C. | x |
| Randall T Trost | Randall J. Trost, P.C. | x |
| John Nazzaro | Reardon Law Firm, PC | x |
| Casandra Haggett | Reardon Law Firm, PC | x |
| Dan Haltiwanger | Richardson, Patrick, Westbrook & Brickman, LLC | x |
| Missi Cruz | Richardson, Patrick, Westbrook & Brickman, LLC | x |
| Randi A. Kassan | Sanders Phillips Grossman | x |
| Michael Nathan | Sanders Phillips Grossman | x |
| Kristine K. Kraft | Schlicher, Bogard & Denton, LLP | x |
| Hillary Grupe | Schlicher, Bogard & Denton, LLP | x |
| Sierra Koelker | Schlicher, Bogard & Denton, LLP | x |
| Elizabeth Whitley | Showard Law Firm PC | x |
| Sarah J. Showard | Showard Law Firm PC | x |
| Julie Tucci | Skikos Crawford Skikos & Joseph | x |
| Matt Skikos | Skikos Crawford Skikos & Joseph | x |
| Darilyn Simon | Skikos Crawford Skikos & Joseph | x |
| Allan J. Ahearne | The Ahearne Law Firm, PLLC. | x |
| Jessica J. Pauley | The Ahearne Law Firm, PLLC. | x |
| Abigail M. Spurney | The Ahearne Law Firm, PLLC. | x |
| Tayjes M. Shah | The Miller Firm, LLC | x |
| Alfred Olinde, Jr | The Olinde Firm, LLC | x |
| Austin Grinder | The Ruth Team | x |
| Steven C. Ruth | The Ruth Team | x |
| Chelsie Garza | The Webster Law Firm | x |
| Jason C. Webster | The Webster Law Firm | x |

| | | |
|---|---|---|
| Anna Katherine Higgins | The Whitehead Law Firm, LLC | x |
| C. Mark Whitehead III | The Whitehead Law Firm, LLC | x |
| Eric J. Mausner | The Whitehead Law Firm, LLC | x |
| Elizabeth A. Peterson | Lockridge Grindal Nauen, PLLP | x |