## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Devices Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to: ALL CASES | **DEFENDANTS' RULE 37 MOTION TO BAR PLAINTIFFS' NEW GENERAL CAUSATION EXPERT OPINIONS** |

Pursuant to Federal Rule of Civil Procedure 37, Defendants 3M Company and Arizant Healthcare Inc. (together, "Defendants") move this Court for an order barring Plaintiffs from using the newly disclosed opinions of Nathan Bushnell and Yadin David in any motion, hearing, or trial. This motion is based upon the accompanying Memorandum in support of the Motion, the Declaration of Benjamin W. Hulse, as well as the files, records, and proceedings herein.

Dated: August 23, 2018

Respectfully submitted,

*s/Benjamin W. Hulse*
Jerry W. Blackwell (MN #186867)
Benjamin W. Hulse (MN #0390952)
Mary S. Young (MN #0392781)
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3200
Fax: (612) 343-3205
Email: blackwell@blackwellburke.com
bhulse@blackwellburke.com
myoung@blackwellburke.com

2

Bridget M. Ahmann (MN #016611x)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Phone: (612) 766-7000
Email: bridget.ahmann@faegrebd.com

Lyn Peeples Pruitt
MITCHELL WILLIAMS SELIG
  GATES & WOODYARD
425 West Capitol Avenue, Suite 1800
Little Rock, AR 72201-3525
Phone: (501) 688-8869
Fax: (501) 688-8807
Email: lpruitt@mwlaw.com

**Counsel for Defendants 3M Company and Arizant Healthcare Inc.**

2