# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Devices Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to: ALL CASES | **MEET AND CONFER STATEMENT REGARDING DEFENDANTS' RULE 37 MOTION TO BAR PLAINTIFFS' NEW GENERAL CAUSATION EXPERT OPINIONS** |

_____

The undersigned counsel for Defendants 3M Company and Arizant Healthcare Inc. (collectively, "Defendants") certifies that counsel for Defendants met and conferred with counsel for Plaintiffs via email on August 23, 2018.  Plaintiffs do not agree to withdraw the expert reports of Nathan Bushnell and Yadin David served on August 13, 2018.


Dated: August 23, 2018                      Respectfully submitted,


                                            _s/Benjamin W. Hulse_____
                                            Benjamin W. Hulse (MN #0390952)
                                            BLACKWELL BURKE P.A.
                                            431 South Seventh Street, Suite 2500
                                            Minneapolis, MN 55415
                                            Phone: (612) 343-3200
                                            Fax: (612) 343-3205
                                            Email: bhulse@blackwellburke.com

                                            **Attorney for Defendants 3M Company and Arizant Healthcare Inc.**