# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Devices Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to: ALL CASES | **[PROPOSED] ORDER REGARDING DEFENDANTS' RULE 37 MOTION TO BAR PLAINTIFFS' NEW GENERAL CAUSATION EXPERT OPINIONS** |

This matter is before the Court pursuant to Defendants' Motion to Bar Plaintiffs' New General Causation Expert Opinions.

The Court, having considered the Motion, the arguments of counsel, and the files, records, and proceedings herein, states that:

**IT IS HEREBY ORDERED** that Defendants' Motion to Bar Plaintiffs' New General Causation Expert Opinions is GRANTED. Accordingly, Plaintiffs are barred from using the opinions of Nathan Bushnell and Yadin David disclosed on August 13, 2018, in any motion, hearing, or trial.

Dated: _____, 2018     _____
                                          United States District Court Judge