# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

In Re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION

MDL No. 15-2666 (JNE/DTS)

This Document Relates To:

Clayton Berger

**NOTICE OF APPEARANCE**

Plaintiff(s)

Case No: 0:18-cv-02100

v.

3M COMPANY AND ARIZANT HEALTHCARE, INC.

Defendant(s)

The undersigned attorney hereby notifies the Court and counsel that Roopal P. Luhana, Esq. shall appear as counsel of record for Clayton Berger, Plaintiff in this case.

Dated: August 27, 2018

s/ Roopal P. Luhana
Roopal P. Luhana, Esq.
Chaffin Luhana LLP
600 Third Avenue
12th Floor
New York, NY 10016
(347) 269-4461
luhana@chaffinluhana.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on this 27th day of August 2018, a true and correct copy of the foregoing Notice of Appearance was filed electronically by using the CM/ECF system which will deliver the document to all counsel of record.

s/ Roopal P. Luhana