MICHAEL C. SNYDER
MARK D. STREED
DANIEL C. GUERRERO
JEFFREY P. OISTAD
ANTHONY J. NEMO
KONSTANDINOS NICKLOW
PAMELA J. SPAULDING
ANDREW L. DAVICK
JOSHUA M. TUCHSCHERER
GENEVIEVE M. ZIMMERMAN
ZACHARY C. BAUER
JAMES B. SHEEHY
LINDSEY A. CARPENTER
ERIC M. PALMER
RACHEL N. SIMPSON
ASHLEIGH E. RASO
DEREK I. STEWART

PARALEGALS
TRACY DIMMICK
PATTI KRUGER
JENNIFER BAUER
JANNA WEISE
RACHEL WELLER
ANISSA MAASCH
HOLLY STERNQUIST
ASHLEY CADY
DEANNA ANDERSON
TAMMY RODRIGUEZ
SUSAN HARPER
MELANIE FRENZ
ELAINE KENNY

OF COUNSEL
REID G. RISCHMILLER
RALPH S. PALMER

LAW OFFICES

# MESHBESHER & SPENCE, LTD.

1616 PARK AVENUE
MINNEAPOLIS, MINNESOTA 55404
(612) 339-9121
FAX (612) 339-9188
www.meshbesher.com
REPLY TO MINNEAPOLIS OFFICE

August 30, 2018

Submitted via CM/ECF and Email

The Honorable Joan N. Ericksen
Judge, United States District Court
District of Minnesota
12W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

*In re: MDL 2666: In re Bair Hugger Forced Air Warming Products Liability Litigation*

Dear Judge Ericksen,

Plaintiffs respectfully request a brief extension of time to submit our response in opposition to Defendants' Rule 37 Motion (Doc. 1436). Defendants have agreed to our request to file our opposition on Tuesday, September 4, 2018. As has been the custom in this MDL in the past, I called Your Honor's Chambers to alert the Court as to both the request and the parties' agreement in that regard. We respectfully request the Court's consent to the extension.

Respectfully submitted,

Genevieve Zimmerman

MESHBESHER & SPENCE, LTD.

GMZ/hms