UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

IN RE BAIR HUGGER FORCED AIR　　　　MDL NO. 15-2666 (JNE/DTS)
WARMING PRODUCTS
LIABILITY LITIGATION
15-MD-2666

This Document Relates to:　　　　　　　ORDER
ALL CASES

_____

The above matter came before the undersigned upon Defendants' Rule 37 Motion to Bar Plaintiffs' New General Causation Expert Opinions [Docket No. 1434] and Plaintiffs' August 30, 2018 letter requesting an extension to September 4, 2018 to file their response in opposition to Defendants' Rule 37 Motion [Docket No. 1450].

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that:

1.　Plaintiffs' August 30, 2018 letter requesting an extension to September 4, 2018 to file their response in opposition to Defendants' Rule 37 Motion [Docket No. 1450] is GRANTED.  Plaintiffs shall have to and including September 4, 2018 to file their response in opposition to Defendants' Rule 37 Motion.  Plaintiffs shall provide one hard copy of their response, three hole punched, to the undersigned.

2.　A hearing on Defendants' Rule 37 Motion to Bar Plaintiffs' New General Causation Expert Opinions [Docket No. 1434] is scheduled before the undersigned on **September 6, 2018 at 9:00 a.m.** in Courtroom 9E, U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota.

Dated:　　　August 31, 2018

　　　　　　　　　　　　　　　　　　　　　　*s/ David T. Schultz*
　　　　　　　　　　　　　　　　　　　　　　DAVID T. SCHULTZ
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge