UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: BAIR HUGGER FORCED AIR WARMING PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/DTS) |
| This Document Relates to All Actions | |

## **DECLARATION OF GENEVIEVE M. ZIMMERMAN**

1. My name is Genevieve M. Zimmerman and I am a Partner with the Meshbesher & Spence Ltd. law firm.  I am a member of the Court appointed Co-Lead Counsel in the above entitled matter.  I submit this declaration in support of Plaintiffs' Response Opposing Defendants' Rule 37 Motion to Bar Plaintiffs' Experts.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Mistral-Air User Manual.

3. Attached hereto as Exhibit 2 is a true and correct copy of the model 200 Bair Hugger label warning the risk of airborne contamination.

4. Attached hereto as Exhibit 3 is a true and correct copy of 3M internal document bearing bates range 3MBH00982867-85.

5. Attached hereto as Exhibit 4 is a true and correct copy of 3M internal document bearing bates range 3MBH00001389-90.

6. Attached hereto as Exhibit 5 is a true and correct copy of 3M internal document bearing bates range 3M00554405.

7. Attached hereto as Exhibit 6 is a true and correct copy of 3M internal document bearing bates range 3MBH01726344.

8. Attached hereto as Exhibit 7 is a true and correct copy of 3M internal document bearing bates range 3M00639100-06.

9. Attached hereto as Exhibit 8 is a true and correct copy of Albert Van Duren's power point on Disruptive Technology in Patient Warming, February, 2016.

Dated: September 4, 2018                    MESHBESHER & SPENCE LTD.

/s/ Genevieve M. Zimmerman
Genevieve M. Zimmerman (MN #330292)
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
Email: gzimmerman@meshbesher.com

**Plaintiffs Co-Lead Counsel**