# EXHIBIT 1

16-cv-04187-JNE-FLN
Plaintiff's Exhibit

**P-697**

# mistral-air®

**User Manual**

**Mistral-Air® Warming Unit - SYK**

**MA1100-PM (110-120V~, 60 Hz)**

**Distributed by:**

**stryker®**



Bair Hugger
Wenzel Ex. 37
Date 1-30-18
Debby J. Campeau
Stirewalt & Associates

# 1   Contra-indications, Safety Precautions, Symbols and Graphics

Your Mistral-Air® Plus warming unit was designed and built with safety in mind. The unit should provide reliable service and high quality patient care. However, there is no replacement for care providers being attentive to their patients' needs and equipment operation. Read and understand all warnings and precautions before using or prescribing the Mistral-Air® Plus warming unit.

## 1.1 Contra-indications

| | |
|---|---|
|  | Do not apply heat directly to open wounds. |
|  | Do not apply the warming system to ischemic limbs.<br>a. Use caution and consider discontinuing use on patients during vascular surgery when an artery is clamped to an extremity (i.e. aortic cross-clamping)<br>b. Use caution and monitor closely if used on patients with severe peripheral vascular disease |

## 1.2 Safety Precautions

| | |
|---|---|
|  | Adequate grounding reliability can only be achieved when the equipment is connected to an equivalent receptacle marked 'hospital grade'. |
|  | Prevent the blanket material from coming into direct contact with a laser or an electrosurgical active electrode, rapid combustion could result. |
|  | Using power cords or spare parts for internal components other than specified by The 37Company may result in increased emission or decreased immunity of the Mistral-Air® Plus warming unit. |
|  | When replacing the hose, do not touch the temperature sensors. If these sensors are touched in any way, the unit must be recalibrated. |
|  | Portable and mobile RF (Radio Frequency) communication equipment, and HF (High Frequency) surgical instruments or endocardial catheters can affect the correct functioning of the Mistral-Air® Plus warming unit. |
|  | The Mistral-Air® Plus warming unit is fitted with an air filter; however airborne contamination shall be taken into consideration when using the warming system. |

INT/R295-EN-PM/4-09/14

5