UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MDL No.  15-2666 (JNE/DTS)

In re Bair Hugger Forced Air Warming Products
Liability Litigation

**STATEMENT INSTEAD OF
REDACTED DOCUMENTS**

This Document Relates to All Actions

Plaintiffs have filed a Response Opposing Defendants' Rule 37 Motion to Bar Plaintiffs' Experts, together with Exhibits 1-8.

The following Exhibits have been marked "Confidential" under the Protective Order and redaction is impracticable.

1. Exhibit 3 is a true and correct copy of 3M internal document bearing bates range 3MBH00982867-85.

2. Exhibit 4 is a true and correct copy of 3M internal document bearing bates range 3MBH00001389-90.

3. Exhibit 5 is a true and correct copy of 3M internal document bearing bates range 3M00554405.

4. Exhibit 6 is a true and correct copy of 3M internal document bearing bates range 3MBH01726344.

5. Exhibit 7 is a true and correct copy of 3M internal document bearing bates range 3M00639100-06.

6. Exhibit 8 is a true and correct copy of Albert Van Duren's power point on Disruptive Technology in Patient Warming, February, 2016.

Dated: September 4, 2018                    MESHBESHER & SPENCE LTD.

                                            /s/ Genevieve M. Zimmerman
                                            Genevieve M. Zimmerman (MN#330292)
                                            1616 Park Avenue
                                            Minneapolis, MN 55404
                                            Phone: (612) 339-9121
                                            Fax: (612) 339-9188
                                            Email: gzimmerman@meshbesher.com

                                            **Plaintiffs' Co-Lead Counsel**