UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CIVIL MOTION HEARING MINUTES

| | |
|---|---|
| IN RE: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | COURT MINUTES - CIVIL<br>BEFORE: DAVID T. SCHULTZ<br>U.S. Magistrate Judge |

| | |
|---|---|
| Case No.: | 15-md-2666 JRE/DTS |
| Date: | Sept. 6, 2018 |
| Court Reporter: | Maria Weinbeck |
| Location: | Mpls. 9E |
| Time Commenced: | 9:06 a.m. |
| Recess Commenced: | 10:21 a.m. |
| Recess Concluded: | 10:37 a.m. |
| Time Concluded: | 10:56 a.m. |
| Total Time: | 1 hour 34 minutes |

APPEARANCES:   Genevieve Zimmerman, Esq., for Plaintiffs

Mary Young, Esq., Peter Goss, Esq., Benjamin Hulse, Esq., for Defendants

PROCEEDINGS:   *# 1434: Defendants' Motion to Exclude Expert Testimony*

Defendants' Motion is granted.

Order to be issued.

A. Spillane
*Law Clerk*