# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/DTS)<br><br>**DEFENDANTS' RULE 7.1(F) CERTIFICATE OF COMPLIANCE REGARDING DEFENDANTS' FOURTEENTH MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 14** |

I, Benjamin W. Hulse, certify that Defendants' Memorandum in Support of Defendants' Fourteenth Motion to Dismiss for Failure to Comply with Pretrial Order No. 14 ("Memorandum") complies with the limits of Local Rule 7.1(f) and with the type-size limit of Local Rule 7.1(h).

I further certify that, in preparation of the above document, I used Microsoft® Word 2016, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the Memorandum (including Addendum 1 & 2) contains 5,139 words.

Dated: September 6, 2018					Respectfully submitted,

					*s/Benjamin W. Hulse*
					Jerry W. Blackwell (MN #186867)
					Benjamin W. Hulse (MN #0390952)
					Mary S. Young (MN #0392781)
					BLACKWELL BURKE P.A.
					431 South Seventh Street, Suite 2500
					Minneapolis, MN 55415
					Phone: (612) 343-3200
					Fax: (612) 343-3205
					Email: blackwell@blackwellburke.com
					          bhulse@blackwellburke.com
					          myoung@blackwellburke.com

					Bridget M. Ahmann (MN #016611x)
					FAEGRE BAKER DANIELS LLP
					2200 Wells Fargo Center
					90 South Seventh Street
					Minneapolis, MN 55402
					Phone: (612) 766-7000
					Email: bridget.ahmann@faegrebd.com

					***Counsel for Defendants 3M Company and Arizant Healthcare Inc.***