**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/DTS) |
| | **(PROPOSED) ORDER GRANTING DEFENDANTS' FOURTEENTH MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 14** |

---

This came before the Court on Defendants 3M Company's and Arizant Healthcare Inc.'s (collectively, "Defendants") Fourteenth Motion to Dismiss for Failure to Comply with Pretrial Order No. 14.  Based on the files, records, and proceedings herein,

IT IS HEREBY ORDERED that Defendants' motion is GRANTED.  The following actions are dismissed with prejudice:

| Case Number | Plaintiff | Firm Name |
|---|---|---|
| 0:16-cv-02298-JNE-DTS | D'Andrea | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:17-cv-03573-JNE-DTS | Parker | Bernstein Liebhard LLP |
| 0:17-cv-04375-JNE-DTS | Baker | Bernstein Liebhard LLP |
| 0:17-cv-04512-JNE-DTS | Cunningham | Bernstein Liebhard LLP |
| 0:17-cv-04517-JNE-DTS | Henderson | Bernstein Liebhard LLP |
| 0:17-cv-04857-JNE-DTS | Murphy | Bernstein Liebhard LLP |
| 0:17-cv-04877-JNE-DTS | McDonald | Bernstein Liebhard LLP |
| 0:17-cv-04881-JNE-DTS | Potter | Bernstein Liebhard LLP |
| 0:17-cv-04891-JNE-DTS | Edwards | Bernstein Liebhard LLP |

| | | |
|---|---|---|
| 0:17-cv-05052-JNE-DTS | Hanks | Brown & Crouppen, P.C. |
| 0:17-cv-05087-JNE-DTS | Morgan | GoldenbergLaw, PLLC |
| 0:17-cv-05270-JNE-DTS | Johnston | Bernstein Liebhard LLP |
| 0:17-cv-05277-JNE-DTS | Billings | Bernstein Liebhard LLP |
| 0:17-cv-05323-JNE-DTS | Richey | Kennedy Hodges, L.L.P. |
| 0:17-cv-05370-JNE-DTS | Taplin | Bernstein Liebhard LLP |
| 0:17-cv-05371-JNE-DTS | Bresnock | Bernstein Liebhard LLP |
| 0:17-cv-05477-JNE-DTS | Shepard | Johnson Becker, PLLC |
| 0:18-cv-00045-JNE-DTS | Swales | Bernstein Liebhard LLP |
| 0:18-cv-00167-JNE-DTS | Shoaf | The Miller Firm, LLC |
| 0:18-cv-00240-JNE-DTS | Dixon | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:18-cv-00424-JNE-DTS | Harris | Kirtland & Packard, LLP |
| 0:18-cv-00460-JNE-DTS | Kilmer | Kennedy Hodges, L.L.P. |
| 0:18-cv-00572-JNE-DTS | Gauthier | Schlichter, Bogard & Denton, LLP |
| 0:18-cv-00678-JNE-DTS | Tawes | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 0:18-cv-00757-JNE-DTS | Homsher | Bernstein Liebhard LLP |
| 0:18-cv-00758-JNE-DTS | Butler | Fears Nachawati, PLLC |
| 0:18-cv-00802-JNE-DTS | Brown | The Olinde Firm, LLC |
| 0:18-cv-00805-JNE-DTS | Archie | The Webster Law Firm |
| 0:18-cv-00839-JNE-DTS | Pavia | Fears Nachawati, PLLC |
| 0:18-cv-00840-JNE-DTS | Stidham | Fears Nachawati, PLLC |
| 0:18-cv-00842-JNE-DTS | Wiggins | Fears Nachawati, PLLC |
| 0:18-cv-00855-JNE-DTS | Short | The Law Offices of Travis R. Walker, P.A. |

| 0:18-cv-00856-JNE-DTS | Negron | The Law Offices of Travis R. Walker, P.A. |

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date: _____           BY THE COURT


                                  _____
                                  JUDGE, U.S. DISTRICT COURT