UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To:<br><br>*Williams*, 17-cv-0264-JNE-FLN<br>*Kriner*, 16-cv-0169-JNE-FLN<br>*Larrison*, 18-cv-0609-JNE-FLN<br>*O'Conner*, 17-cv-1317-JNE-FLN | **DEFENDANTS' THIRD MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 23 AND/OR FED. R. CIV. P. 25(a) AND 41(b)** |

Pursuant to Pretrial Order No. 23 and Federal Rules of Procedure 25(a) and 41(b), Defendants 3M Company ("3M") and Arizant Healthcare Inc. ("Arizant") (collectively, "Defendants") respectfully move the Court to dismiss the following actions with prejudice for failure to comply with Pretrial Order No. 23 and Fed. R. Civ. P. 25(a) and 41(b):

| Case Number | Title | Firm Name |
|---|---|---|
| 17-cv-0264-JNE-FLN | *Williams v. 3M Co., et al.* | The Law Offices of Travis R. Walker, P.A. |
| 16-cv-0169-JNE-FLN | *Kriner v. 3M Co., et al.* | The Olinde Firm |
| 18-cv-0609-JNE-FLN | *Larrison v. 3M Co., et al.* | Davis & Crump, P.C. |
| 17-cv-1317-JNE-FLN | *O'Conner v. 3M Co., et al.* | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |

As set forth in Defendants' Memorandum in Support of Third Motion to Dismiss Cases for Failure to Comply with Pretrial Order No. 23 and/or Fed. R. Civ. P. 25(a) and 41(b), the above-referenced four (4) matters have failed to meet the requirements of this Court's Order and the federal rules, and dismissal is appropriate.

Dated: September 6, 2018 　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　*s/Benjamin W. Hulse*
　　　　　　　　　　　　　　　　　　　　Jerry W. Blackwell (MN #186867)
　　　　　　　　　　　　　　　　　　　　Benjamin W. Hulse (MN #0390952)
　　　　　　　　　　　　　　　　　　　　Mary S. Young (MN #0392781)
　　　　　　　　　　　　　　　　　　　　BLACKWELL BURKE P.A.
　　　　　　　　　　　　　　　　　　　　431 South Seventh Street, Suite 2500
　　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55415
　　　　　　　　　　　　　　　　　　　　Phone: (612) 343-3200
　　　　　　　　　　　　　　　　　　　　Fax: (612) 343-3205
　　　　　　　　　　　　　　　　　　　　Email: blackwell@blackwellburke.com
　　　　　　　　　　　　　　　　　　　　　　　　bhulse@blackwellburke.com
　　　　　　　　　　　　　　　　　　　　　　　　myoung@blackwellburke.com

　　　　　　　　　　　　　　　　　　　　Bridget M. Ahmann (MN #016611x)
　　　　　　　　　　　　　　　　　　　　FAEGRE BAKER DANIELS LLP
　　　　　　　　　　　　　　　　　　　　2200 Wells Fargo Center
　　　　　　　　　　　　　　　　　　　　90 South Seventh Street
　　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55402
　　　　　　　　　　　　　　　　　　　　Phone: (612) 766-7000
　　　　　　　　　　　　　　　　　　　　Email: bridget.ahmann@faegrebd.com

　　　　　　　　　　　　　　　　　　　　***Counsel for Defendants 3M Company and Arizant Healthcare Inc.***