UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Products Liability Litigation<br><br>This Document Relates To:<br><br>*Williams,* 17-cv-0264-JNE-FLN<br>*Kriner,* 16-cv-0169-JNE-FLN<br>*Larrison*, 18-cv-0609-JNE-FLN<br>*O'Conner*, 17-cv-1317-JNE-FLN | MDL No. 15-2666 (JNE/FLN)<br><br>**NOTICE OF HEARING ON DEFENDANTS' THIRD MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 23 AND/OR FED. R. CIV. P. 25(a) AND 41(b)** |

PLEASE TAKE NOTICE that the undersigned will bring Defendants' Third Motion to Dismiss Cases for Failure to Comply with Pretrial Order No. 23 and/or Fed. R. Civ. P. 25(a) and 41(b) for a hearing before the Honorable Judge Joan N. Ericksen, United States District Judge, in Courtroom 12W at the United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415 at the scheduled status conference on October 18, 2018 at 9:30 a.m.

This motion, based on the Memorandum in Support of Defendants' Third Motion to Dismiss Cases for Failure to Comply with Pretrial Order No. 23 and/or Fed. R. Civ. P. 25(a) and 41(c), and argument to be presented at the hearing of this matter, seeks an Order of the Court dismissing these cases with prejudice.

Dated: September 6, 2018					Respectfully submitted,


					/s/ Benjamin W. Hulse
					Jerry W. Blackwell (MN #186867)
					Benjamin W. Hulse (MN #0390952)
					Mary S. Young (MN #0392781)
					BLACKWELL BURKE P.A.
					431 South Seventh Street, Suite 2500
					Minneapolis, MN 55415
					Phone: (612) 343-3248
					Fax: (612) 343-3205
					Email: blackwell@blackwellburke.com
					       bhulse@blackwellburke.com
					       myoung@blackwellburke.com

					Bridget M. Ahmann (MN #016611x)
					FAEGRE BAKER DANIELS LLP
					2200 Wells Fargo Center
					90 South Seventh Street
					Minneapolis, MN 55402
					Phone: (612) 766-7000
					Fax: (612) 766-1600
					Email: bridget.ahmann@faegrebd.com

					**Counsel for Defendants 3M Company and Arizant Healthcare Inc.**