UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To: *Williams,* 17-cv-0264-JNE-FLN *Kriner,* 16-cv-0169-JNE-FLN *Larrison*, 18-cv-0609-JNE-FLN *O'Conner*, 17-cv-1317-JNE-FLN | **MEET AND CONFER STATEMENT REGARDING DEFENDANTS' THIRD MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 23 AND/OR FED. R. CIV. P. 25(a) AND 41(b)** |

The undersigned counsel for Defendants 3M Company and Arizant Healthcare Inc. (collectively "Defendants") certifies that counsel for Defendants met and conferred with counsel for Plaintiffs in the above-referenced matters as follows:

1. Defendants' counsel sent individual emails to counsel for the above-captioned plaintiffs on Tuesday September 4, 2018 requesting that they stipulate to a dismissal with prejudice of plaintiffs' actions and indicating that, if agreement was not reached by the end of September 5, 2018, Defendants would file a motion to dismiss.

2. No response was received from counsel for plaintiffs Kriner and Larrison.

3. Counsel for plaintiff O'Conner indicated that they would oppose dismissal.

4. Counsel for plaintiff Williams indicated that they would oppose dismissal.

5. Counsel for Plaintiffs and Defendants were therefore unable to reach an agreement to stipulate to dismiss with prejudice any of the above cases.

Dated: September 6, 2018                    Respectfully submitted,

                                                  *s/Benjamin W. Hulse*
Benjamin W. Hulse (MN #0390952)
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3200
Fax: (612) 343-3205
Email: bhulse@blackwellburke.com

***Counsel for Defendants 3M Company and Arizant Healthcare Inc.***