UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

In re: Bair Hugger Forced Air Warming
Products Liability Litigation

_____

This Document Relates To:

*Williams,* 17-cv-0264-JNE-FLN
*Kriner,* 16-cv-0169-JNE-FLN
*Larrison*, 18-cv-0609-JNE-FLN
*O'Conner*, 17-cv-1317-JNE-FLN

MDL No. 15-2666 (JNE/FLN)

**(PROPOSED) ORDER GRANTING
DEFENDANTS' THIRD MOTION
TO DISMISS FOR FAILURE
TO COMPLY WITH PRETRIAL
ORDER NO. 23 AND/OR
FED. R. CIV. P. 25(a) AND 41(b)**

---

This came before the Court on Defendants 3M Company's and Arizant Healthcare Inc.'s (collectively "Defendants") Third Motion to Dismiss Cases for Failure to Comply with Pretrial Order No. 23 and/or Fed. R. Civ. P. 25(a) and 41(b).

Based on the files, records, and proceedings herein,

IT IS HEREBY ORDERED that Defendants' motion is GRANTED and the following four (4) actions are dismissed with prejudice:

| Case Number | Title | Firm Name |
|---|---|---|
| 17-cv-0264-JNE-FLN | *Williams v. 3M Co., et al.* | The Law Offices of Travis R. Walker, P.A. |
| 16-cv-0169-JNE-FLN | *Kriner v. 3M Co., et al.* | The Olinde Firm |
| 18-cv-0609-JNE-FLN | *Larrison v. 3M Co., et al.* | Davis & Crump, P.C. |
| 17-cv-1317-JNE-FLN | *O'Conner v. 3M Co., et al.* | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |

LET JUDGMENT BE ENTERED ACCORDINGLY.


Date: September 6, 2018                    BY THE COURT


                                           _____
                                           JUDGE, U.S. DISTRICT COURT