**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

MDL No. 15-2666 (JNE/DTS)

In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION

This Document Relates To:

***Walton v. 3M Company et. al.***
(S.D.Tex. Civil Action No. 13-cv-01164)
(D.Minn Civil Action No. 15-cv-04364)

and

***Johnson v. 3M Company et. al.***
(D.Kan. Civil Action No. 14-cv-02044)
(D.Minn. Civil Action No. 15-cv-04362)

**PLAINTIFFS' MOTION FOR SUGGESTION OF REMAND**

PLEASE TAKE NOTICE that the undersigned hereby brings a Motion for Suggestion of Remand.

This motion is brought pursuant to pursuant to 28 U.S.C. § 1407, and is based on Plaintiffs' Memorandum of Law in Support of Motion for Suggestion of Remand; the Affidavit of Genevieve M. Zimmerman; the exhibits, files, and records herein; and argument to be presented at the hearing of this matter.

Respectfully submitted,

Dated: September 6, 2018

Michael V. Ciresi (MN #0016949
Jan M. Conlin (MN #0192697)

Genevieve M. Zimmerman (MN #330292)
MESHBESHER & SPENCE, LTD.

CIRESI CONLIN LLP
225 S. 6th St., Suite 4600
Minneapolis, MN 55402
Phone: 612.361.8202
Email: MVC@CiresiConlin.com
JMC@CiresiConlin.com

1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
Email: gzimmerman@meshbesher.com

Ben W. Gordon, Jr. (*Pro Hac Vice*)
LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, FL 32502-5996
Phone: (850) 435-7091
Fax: (850) 435-7020
Email: bgordon@levinlaw.com

Gabriel Assaad – *Pro Hac Vice*
David W. Hodges – *Pro Hac Vice*
KENNEDY HODGES, LLP
711 W. Alabama Street
Houston, TX 77006
Phone: (713) 523-0001
Email: gassaad@kennedyhodges.com

Kyle Farrar
Mark D. Bankston
FARRAR & BALL, LLP
1010 Lamar, Suite 1600
Houston, Texas 77002
713.221.8300 Telephone
713.221.8301 Fax
Email: kyle@fbtrial.com
mark@fbtrial.com

***Counsel for Plaintiffs***