UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

MDL No. 15-2666 (JNE/DTS)

In re: BAIR HUGGER FORCED AIR
WARMING DEVICES PRODUCTS
LIABILITY LITIGATION

This Document Relates To:

*Walton v. 3M Company et. al.*

(S.D.Tex. Civil Action No. 13-cv-01164)

(D.Minn Civil Action No. 15-cv-04364)

and

*Johnson v. 3M Company et. al.*

(D.Kan. Civil Action No. 14-cv-02044)

(D.Minn. Civil Action No. 15-cv-04362)

**LR 7.1(f) CERTIFICATE OF COMPLIANCE**

    I, Genevieve M. Zimmerman, certify that the Memorandum titled Plaintiffs' Memorandum Of Law In Support Of Motion For Suggestion of Remand complies with Local Rule 7.1(f).

    I further certify that, in preparation of the above document, I used Microsoft Word 2013 and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

    I further certify that the above document contains 1,579 words.

Respectfully submitted,

Dated: September 6, 2018

1

MESHBESHER & SPENCE LTD.

/s/ Genevieve M. Zimmerman
Genevieve M. Zimmerman (MN #330292)
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
Email: gzimmerman@meshbesher.com

*Plaintiffs Co-Lead Counsel*

2