UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| In Re: BAIR HUGGER FORCED AIR WARMING PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/DTS) |
|---|---|
| This Document Relates to:<br><br>***Walton v. 3M Company et. al.***<br>(S.D.Tex. Civil Action No. 13-cv-01164)<br>(D.Minn Civil Action No. 15-cv-04364)<br><br>and<br><br>***Johnson v. 3M Company et. al.***<br>(D.Kan. Civil Action No. 14-cv-02044)<br>(D.Minn. Civil Action No. 15-cv-04362) | |

## **DECLARATION OF GENEVIEVE M. ZIMMERMAN**

1. My name is Genevieve M. Zimmerman and I am a Partner with the Meshbesher & Spence Ltd. law firm. I am a member of the Court appointed Co-Lead Counsel in the above entitled matter. I submit this declaration in support of Plaintiffs' Motion for Suggestion of Remand.

2. Attached hereto as Exhibit 1 is a true and correct copy of the JPML Transfer Order, dated December 11, 2015.

3. Attached hereto as Exhibit 2 is a true and correct copy of Defendants Panel Response Concerning Plaintiffs' Motion for Transfer of Actions to The District of Minnesota, dated November 18, 2015.

4. Attached hereto as Exhibit 3 is a true and correct copy of the JPML Transcript of Oral Argument Concerning Plaintiffs' Motion for Transfer of Actions to The District of Minnesota heard on December 3, 2015.

1

Dated: September 6, 2018    MESHBESHER & SPENCE LTD.

/s/ Genevieve M. Zimmerman
Genevieve M. Zimmerman (MN #330292)
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
Email: gzimmerman@meshbesher.com

**Plaintiffs Co-Lead Counsel**