# EXHIBIT C

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION


IN RE:  BAIR HUGGER FORCED AIR WARMING        MDL No. 2666
DEVICES PRODUCTS LIABILITY LITIGATION


TRANSCRIPT OF ORAL ARGUMENT
HEARD ON DECEMBER 3, 2015
NEW ORLEANS, LOUISIANA


Chair:                          Sarah S. Vance
                                United States District Court
                                Eastern District of Louisiana


Members:                        Charles R. Breyer
                                United States District Court
                                Northern District of California


                                Ellen Segal Huvelle
                                United States District Court
                                District of District of Columbia


                                R. David Proctor
                                United States District Court
                                Northern District of Alabama


                                Catherine D. Perry
                                United States District Court
                                Eastern District of Missouri

CASE 0:15-md-02666-JNE-DTS Doc. 9476-2 Filed 09/06/18 Page 3 of 31
Case MDL No. 2666 Document 95-2 Filed 12/21/15 Page 2 of 30

2

Official Court Reporter:        Toni Doyle Tusa, CCR, FCRR
                                500 Poydras Street, Room HB-275
                                New Orleans, Louisiana 70130
                                (504) 589-7778




Proceedings recorded by mechanical stenography using
computer-aided transcription software.

CASE 0:15-md-02666-JNE-DTS  Doc. 947-2  Filed 09/06/18  Page 4 of 31
Case MDL No. 2666  Document 95  Filed 12/21/15  Page 3 of 30

3

**INDEX**

|                                       | Page |
|---------------------------------------|------|
| Ben W. Gordon Jr., Esq.               | 4    |
| David W. Hodges, Esq.                  | 8    |
| Frank E. Piscitelli Jr., Esq.         | 11   |
| Anne Andrews, Esq.                     | 13   |
| Arthur M. Murray, Esq.                 | 15   |
| W. Wayne Drinkwater Jr., Esq.          | 16   |

CASE 0:15-md-02666-JNE-DTS   Doc. 1476-2   Filed 09/06/18   Page 5 of 31
Case MDL No. 2666   Document 95   Filed 12/21/15   Page 4 of 30

4

<u>**PROCEEDINGS**</u>

**(December 3, 2015)**

**JUDGE VANCE:**  This is MDL No. 2666, *In Re:  Bair Hugger Forced Air Warming Devices Products Liability Litigation*.

First up is Mr. Gordon.

**MR. GORDON:**  Good morning, Your Honors.  May it please the Panel.  I'm Ben Gordon from Levin Papantonio.

Real quick, before I make my very succinct argument, I would like to mention that last night Genevieve Zimmerman and I filed a pleading before this Panel to update the Panel on the numbers of cases filed around the country in federal districts.  So what we have right now is 64 filed cases in 20 different districts, with 43 of those in the District of Minnesota.

**JUDGE VANCE:**  To what do you attribute the recent surge in filings?

**MR. GORDON:**  Well, this litigation, Your Honor, has been going on for a couple years in toto.  Over the last several months, there has been more and more evidence, more and more research, and more and more indication and investigation by lawyers into the infectious nature of these Bair Hugger blankets.  I think lawyers have been taking their time screening --

**JUDGE VANCE:**  It seems like in an operating room

11:43    1    there are all kinds of things that can cause infection that

11:43    2    would seem to make these cases prone to a lot of individualized

11:43    3    issues.  I'm trying to get my head around what your causation

11:43    4    theory is with the blanket.  Can you tell me what that is.

11:43    5            MR. GORDON:  There's no question that case-specific

11:43    6    causation is going to be where the war is waged in this case.

11:43    7    Much like a pharma case, these microbes, these infectious

11:43    8    agents are ubiquitous.  Nosocomial infections, hospital-based

11:43    9    infections are very common, you're right.

11:43    10           We have seen a surge in the hip and knee implant

11:43    11   cases in particular -- we have handled many of these metallosis

11:43    12   cases -- with these patients who have not suffered the typical

11:44    13   failure of the orthopedic devices but have become infected very

11:44    14   quickly at the time of surgery.  The literature strongly

11:44    15   suggests that it is because of one thing:  forced air warming

11:44    16   blowing around the sterile field and getting into that

11:44    17   operative field.

11:44    18           JUDGE PERRY:  There are two cases that are proceeding

11:44    19   ahead of the others, right, that actually have trial schedules

11:44    20   and everything?

11:44    21           MR. GORDON:  Well, yes and no, Your Honor.

11:44    22           JUDGE PERRY:  Then there are a bunch of cases in

11:44    23   Minnesota.  Why couldn't they have those two cases go ahead --

11:44    24   it doesn't seem like they have gotten through their expert

11:44    25   discovery yet -- and let the Minnesota cases be handled however

CASE 0:15-md-02666-JNE-DTS Doc. 476-2 Filed 09/06/18 Page 7 of 31
Case MDL No. 2666 Document 95 Filed 12/21/15 Page 7 of 30

6

11:44 1  Minnesota will handle them?

11:44 2            **MR. GORDON:**  You are correct, Your Honor, but I think

11:44 3  that would be a big mistake.  My colleague, David Hodges, who

11:44 4  is lead counsel in the *Walton* case in Houston, the *Johnson* case

11:44 5  in Kansas, will address further points on that.  I can say very

11:44 6  succinctly the discovery in those cases is far from mature, and

11:44 7  it's because of some very important issues.  It's been tough

11:44 8  sledding in those cases for reasons I can't fully brief the

11:44 9  Court on today.  You can look at the ECF docket and tell some

11:44 10  of it.  Mr. Atkinson may be prepared to talk about some of it.

11:44 11            It is integral to all of these cases, every

11:45 12  putative case that will be filed in this country, that the

11:45 13  discovery issues that are going on in *Walton*, in particular, be

11:45 14  aired in front of one judge and integrated together into the

11:45 15  MDL.

11:45 16            **JUDGE VANCE:**  What was the triggering event for this?

11:45 17  Was it an FDA warning or a recall?  What was the triggering

11:45 18  event?

11:45 19            **MR. GORDON:**  No, Your Honor.  Frankly, it was a

11:45 20  series of medical articles, in particular the McGovern study

11:45 21  about three years ago in the *Journal of Bone & Joint Surgery* in

11:45 22  the UK, that disclosed a 3.8 times increased risk of infections

11:45 23  in the forced air warming types of systems as opposed to other

11:45 24  types of ways -- there are many ways to achieve normothermia,

11:45 25  that is, to warm the patient.  No question, that is something

| | |
|---|---|
| 11:45 | 1 |
| 11:45 | 2 |
| 11:45 | 3 |
| 11:45 | 4 |
| 11:45 | 5 |
| 11:45 | 6 |
| 11:45 | 7 |
| 11:45 | 8 |
| 11:46 | 9 |
| 11:46 | 10 |
| 11:46 | 11 |
| 11:46 | 12 |
| 11:46 | 13 |
| 11:46 | 14 |
| 11:46 | 15 |
| 11:46 | 16 |
| 11:46 | 17 |
| 11:46 | 18 |
| 11:46 | 19 |
| 11:46 | 20 |
| 11:46 | 21 |
| 11:46 | 22 |
| 11:46 | 23 |
| 11:46 | 24 |
| 11:46 | 25 |

1 that is standard of care.  You don't have to blow a 1000-watt

2 blower into the surgical field.  That's the problem with this

3 device in a nutshell.

4 JUDGE VANCE:  Thank you.

5 MR. GORDON:  If I could wrap up briefly, Your Honors.

6 The reason we support Minnesota, I think it's kind of, to

7 Judge Breyer's point, a no-brainer here.  In fact, in the

8 recent papers of the new lawyer, Mr. Atkinson, they support

9 Minnesota.  All the witnesses are there.  The inventor of the

10 blanket is in Minnesota.  We have fine jurists there.  What

11 they disagree on is Judge Frank, I suppose because we asked for

12 him.  So just in 30 seconds I want to tell you why we support

13 Judge Frank.

14 To Judge Proctor's comment earlier, he is the

15 right maestro for this case.  He is the right maestro for this

16 case because he has had two other implantable medical device

17 MDLs.  That is unique, relevant experience in this MDL.  In

18 fact, in the *Stryker* case, which he is recently wrapping up,

19 issues in that case specifically overlap with the use of this

20 device.  So he is going to have leg up on any other judge.

21 JUDGE VANCE:  Are you going to have statute of

22 limitation issues in these cases?

23 MR. GORDON:  We don't think so, Your Honor, because

24 at this point the defendant takes the position that the product

25 is not dangerous.  They have not warned about any problem with

11:46  1  the product.  We believe in most states, especially with

11:46  2  discovery rules, with only a couple of notable exceptions,

11:46  3  there will be no problem with statute of limitations in these.

11:46  4  JUDGE VANCE:  Thank you.

11:46  5  MR. GORDON:  Thank you, Your Honor.

11:46  6  JUDGE VANCE:  Mr. Hodges.

11:46  7  MR. HODGES:  Good morning.  I'm David Hodges, and I

11:46  8  represent the plaintiffs in the first two filed cases.

11:47  9  One thing I want to make clear is that while 3M

11:47  10  makes it like these cases are almost ready for trial, in

11:47  11  reality they are not.  In the *Walton* case, which was the very

11:47  12  first filed case, we are still doing --

11:47  13  JUDGE BREYER:  What has Judge Vratil said about it?

11:47  14  Has Judge Vratil set a trial date in -- is it *Johnson* or

11:47  15  *Walton*?

11:47  16  MR. HODGES:  That's the *Johnson* case.

11:47  17  JUDGE BREYER:  Has she set a trial date?

11:47  18  MR. HODGES:  Judge Vratil recently recused herself

11:47  19  from the case.  So we now have a brand-new judge who entered

11:47  20  into the case just last week.

11:47  21  JUDGE HUVELLE:  She recused?  I'm sorry.  I didn't

11:47  22  hear that.

11:47  23  MR. HODGES:  Yes.  She is no longer on the case.

11:47  24  JUDGE PERRY:  So who is the judge?

11:47  25  MR. HODGES:  Judge Lungstrum is now on the case.

CASE 0:15-md-02666-JNE-DTS  Doc. 1476-8  Filed 09/06/18  Page 10 of 31
Case MDL No. 2666  Document 957  Filed 12/21/15  Page 9 of 30

9

11:47　　1　　　　JUDGE VANCE:  I thought it was Lungstrum who recused.

11:47　　2　　　　MR. HODGES:  Lungstrum is who we have now.  That is

11:47　　3　　the new judge.

11:47　　4　　　　JUDGE BREYER:  What happened with dates?

11:47　　5　　　　MR. HODGES:  Well, we have a status conference set

11:47　　6　　for this Monday, and we are going to found that out.  That was

11:47　　7　　set for trial in October of 2016.  We will find out what

11:47　　8　　happens, but in those --

11:48　　9　　　　JUDGE BREYER:  If you remain there, your position is

11:48　　10　　what with respect to trial dates?

11:48　　11　　　　MR. HODGES:  We believe that trial dates in both

11:48　　12　　*Walton* and *Johnson* are going to be sliding because those cases

11:48　　13　　are well behind where they need to be to meet those trial

11:48　　14　　dates.

11:48　　15　　　　JUDGE VANCE:  Why did you cancel depositions?  Didn't

11:48　　16　　you have depositions scheduled that you canceled, of the

11:48　　17　　defendant's personnel?  Did that happen or did that not happen?

11:48　　18　　　　MR. HODGES:  There's been some depositions that have

11:48　　19　　been moved around.  I'm not aware of anything that got canceled

11:48　　20　　that didn't get rescheduled.

11:48　　21　　　　JUDGE PERRY:  So why are they behind schedule?

11:48　　22　　　　MR. HODGES:  Well, there's activities and -- as my

11:48　　23　　colleague alluded to, I have to say very carefully what's been

11:48　　24　　going on because I don't want to violate Judge Hoyt's sealed

11:48　　25　　order in the Houston case.

11:48   1           Looking from our ECF filing, you will see that
11:48   2   there was a motion for sanctions filed.  There have been some
11:48   3   extreme irregularities.  Quite frankly, this is the reason why
11:48   4   3M wants these cases to go forward.  We think it's why we are
11:49   5   at a distinct disadvantage.
11:49   6           JUDGE VANCE:  They want it to go forward because
11:49   7   there have been irregularities?  Have they been sanctioned?
11:49   8           MR. HODGES:  Again, this is where I have to choose my
11:49   9   words very carefully, Your Honor, because it is under seal
11:49  10   right now.
11:49  11           JUDGE VANCE:  Sanctioning people in secret?  Usually
11:49  12   when somebody is sanctioned, there's a court order that says --
11:49  13           MR. HODGES:  I would encourage this Panel that if you
11:49  14   are interested in finding out the details to confer with the
11:49  15   Southern District of Texas and Judge Hoyt to be allowed access
11:49  16   to this information.
11:49  17           JUDGE HUVELLE:  Well, generally, if I may ask, you
11:49  18   are the plaintiffs' lawyer in both of these cases, and you now
11:49  19   want to sort of stop what's been going on and move to Minnesota
11:49  20   and start all over again without violating whatever
11:49  21   confidentiality orders are in place.  Why is that?
11:49  22           MR. HODGES:  Your Honor, those cases are behind.  We
11:49  23   believe that we don't have the documents that we should have.
11:49  24   There's a very small fraction of documents that have been
11:49  25   produced in that case.  Experts are still being designated.  We

11:49  1  still have expert witness designations coming up.  The parties

11:50  2  are still designating experts.  There's been no expert witness

11:50  3  discovery.  There's been no 30(b)(6) depositions.  Those cases

11:50  4  need a lot of work.  I think 3M will acknowledge, yes, some of

11:50  5  these deadlines are going to have to slide no matter what.

11:50  6  They want to separate these out from the MDL, and we strongly

11:50  7  oppose that.  We think we can best --

11:50  8          JUDGE HUVELLE:  Are you the only plaintiffs' counsel

11:50  9  in those two cases in Texas and Kansas?

11:50  10          MR. HODGES:  There's co-counsel as well, Your Honor.

11:50  11          JUDGE HUVELLE:  There is.  If you were to be

11:50  12  transferred, would you not have to duplicate some discovery?

11:50  13          MR. HODGES:  3M has had us duplicate that discovery

11:50  14  between those two cases.  There's two different protective

11:50  15  orders.  Witnesses have been now deposed sometimes two, even

11:50  16  three times.  Because of activities going on in both of the

11:50  17  cases, we anticipate that a bunch of those depositions are

11:50  18  going to have to be retaken anyway.

11:50  19          JUDGE VANCE:  All right.  Your time is up.  Thank

11:50  20  you, sir.

11:50  21          MR. HODGES:  Thank you, Your Honor.

11:50  22          JUDGE VANCE:  Mr. Piscitelli.

11:50  23          MR. PISCITELLI:  Frank Piscitelli on behalf of

11:51  24  plaintiff Michael Kent.

11:51  25          We support centralization but in the Northern

|      |    |
|------|----|
| 11:51 | 1 | District of Ohio, Eastern Division.  In our original papers we |
| 11:51 | 2 | advocated for Judge Gwin, who is an excellent choice in this |
| 11:51 | 3 | case, but he has also been advocated in the *Volkswagen* case. |
| 11:51 | 4 | JUDGE BREYER:  Putting that aside, what's the reason |
| 11:51 | 5 | between Minnesota and Ohio? |
| 11:51 | 6 | MR. PISCITELLI:  Other than we think we have an |
| 11:51 | 7 | excellent jurist to propose, Judge Polster, and that it is a |
| 11:51 | 8 | centralized location for the litigation.  Obviously, |
| 11:51 | 9 | alternatively we do support Minnesota and Judge Frank.  That is |
| 11:51 | 10 | where the witnesses are. |
| 11:51 | 11 | JUDGE VANCE:  Why don't you consent to a § 1404(a) |
| 11:51 | 12 | transfer to Minnesota? |
| 11:51 | 13 | MR. PISCITELLI:  Why don't I consent to it? |
| 11:51 | 14 | JUDGE VANCE:  Yes. |
| 11:51 | 15 | MR. PISCITELLI:  At this point we haven't thought |
| 11:51 | 16 | about that, but that's definitely an option. |
| 11:51 | 17 | JUDGE VANCE:  Are you working with the plaintiffs' |
| 11:51 | 18 | lawyers there? |
| 11:52 | 19 | MR. PISCITELLI:  Working with?  I would say that we |
| 11:52 | 20 | have had discussions.  We haven't shared any materials.  I |
| 11:52 | 21 | filed a separate complaint in the Northern District of Ohio.  I |
| 11:52 | 22 | wouldn't say that there's been any formal working relationship. |
| 11:52 | 23 | I have had discussions with Mr. Gordon and Ms. Zimmerman about |
| 11:52 | 24 | coordinating things in the future if this were to get |
| 11:52 | 25 | centralized, but other than that, no. |

11:52   1          So the other reason, Your Honor, for the
11:52   2   Northern District of Ohio, Eastern Division, is it only has
11:52   3   three MDLs right now.  Judge Polster has experience with MDLs.
11:52   4   He successfully concluded the *Gadolinium* case just recently.  I
11:52   5   mention that it's a convenient location, easy access.  The
11:52   6   courthouse is only about 10 or 15 minutes from the airport.
11:52   7   There are two hotels that are essentially connected to the
11:52   8   courthouse.
11:52   9          We also, as I mentioned, alternatively do
11:53  10   support Judge Frank for the reasons Mr. Gordon stated.  Thank
11:53  11   you.
11:53  12          **JUDGE VANCE:**  Thank you very much, sir.
11:53  13          Ms. Andrews.
11:53  14          **MS. ANDREWS:**  Good morning, Your Honors.  May it
11:53  15   please this Honorable Court.
11:53  16          The Central District of California, I know we
11:53  17   are going to be asked why.  A very good and very important
11:53  18   reason:  This case will go to trial.
11:53  19          We have advocated for a very prominent judge --
11:53  20          **JUDGE BREYER:**  What if it goes to trial?
11:53  21          **MS. ANDREWS:**  Pardon me, Your Honor?
11:53  22          **JUDGE BREYER:**  If it goes to trial, it can be
11:53  23   transferred there, can it not, for trial purposes?
11:53  24          **MS. ANDREWS:**  That's true, Your Honor.
11:53  25          **JUDGE BREYER:**  Isn't that what would happen?

11:53   1          **MS. ANDREWS:**  That's absolutely true.

11:53   2          **JUDGE BREYER:**  I think the question really is not

11:53   3   where it's going to go to trial.  The question is:  For

11:53   4   pretrial matters, what makes sense in terms of efficiency?

11:53   5          **MS. ANDREWS:**  There's no doubt that the epicenter of

11:53   6   this case -- and the feelings of even my colleagues Mr. Gordon,

11:53   7   Ms. Zimmerman, and others in the core plaintiffs' group believe

11:53   8   this case should be in Minneapolis.

11:54   9          However, if for some reason -- and the plan here

11:54  10   is to always listen to the wisdom of those that write about the

11:54  11   Court and write about MDLs that expanding the team of judges

11:54  12   who can get assigned cases is something that we are encouraged

11:54  13   to advocate for.

11:54  14          I am encouraging this Court to allow a new but

11:54  15   very experienced trial judge to have the opportunity to have

11:54  16   her very first MDL, Judge Beverly Reid O'Connell.  She has

11:54  17   tremendous marks for her over 150 cases.  All, of course, had

11:54  18   pretrial issues, many of which were complex.  She gets some of

11:54  19   the highest marks of jurists in Los Angeles of any of the

11:54  20   attorneys I have interviewed about her.  I think it would be a

11:54  21   very interesting and well-deserved choice to assign this case

11:54  22   to the Central District.

11:54  23          My time is up, unless the Court has --

11:54  24          **JUDGE HUVELLE:**  Does she have any of these cases?

11:54  25          **MS. ANDREWS:**  Yes, she does, Your Honor.  She has the

11:55  1    *Heffernan* case.

11:55  2              **JUDGE VANCE:**  Thank you.

11:55  3              **MS. ANDREWS:**  Thank you.

11:55  4              **JUDGE VANCE:**  Mr. Murray.

11:55  5              **MR. MURRAY:**  Your Honors, Art Murray, on behalf of

11:55  6    the plaintiff Roy Templet.  We have asked for the Eastern

11:55  7    District of Louisiana.

11:55  8              **JUDGE VANCE:**  You are not "Templet"?

11:55  9              **MR. MURRAY:**  It's "Templet," actually.

11:55  10             **JUDGE VANCE:**  When I grew up --

11:55  11             **MR. MURRAY:**  He is from Chicago.

11:55  12             **JUDGE VANCE:**  Oh, he is from Chicago.

11:55  13             **MR. MURRAY:**  So we don't do it that way.

11:55  14             Your Honors, I ask for the Eastern District.

11:55  15   I'm rooting for the home team, so to speak.  The last time I

11:55  16   argued to you guys, I asked for the Eastern District in the

11:55  17   *Home Depot* matter, and we ended up talking about restaurants

11:55  18   and food.  Those are all good reasons, but there are also other

11:55  19   good reasons to be here.

11:55  20             There are plaintiffs in this case, I suspect

11:55  21   they will be all over the country.  I suspect they will be in

11:55  22   the thousands.  It's going to be a complex case.  You need a

11:55  23   central location.  You need good judges.  We have that here.

11:55  24             Minnesota makes some sense, although I will say

11:56  25   it's very cold.  It's very cold.

11:56   1          JUDGE VANCE:  We will take judicial notice of that.

11:56   2          MR. MURRAY:  It makes some sense --

11:56   3          JUDGE BREYER:  It's not so warm outside here today.

11:56   4          MR. MURRAY:  We can bring them down here and warm

11:56   5   them up.  I think we bring them down here and warm them up,

11:56   6   Your Honor.

11:56   7          In all seriousness, it's a central location

11:56   8   here.  The airport is 20 minutes away.  I'm going to test that

11:56   9   theory because I'm late for my flight, so we will see.

11:56  10          JUDGE VANCE:  Don't let us keep you.

11:56  11          MR. MURRAY:  I'll go.  I'll go.  Your Honors, happy

11:56  12   to be here.  Happy to miss my flight.

11:56  13          So in all seriousness, we've had great judges.

11:56  14   I drew Judge Zainey, who does not have an MDL right now, maybe

11:56  15   because he doesn't want one.  I have Judge Zainey.  There are

11:56  16   other good judges here.  This is a great host city.  I think

11:56  17   it's a good place to send the case if you send it somewhere for

11:56  18   centralization.

11:56  19          JUDGE VANCE:  Thank you.  Have a good trip.

11:56  20          MR. MURRAY:  I'll be here tonight.

11:56  21          JUDGE VANCE:  Mr. Drinkwater for 3M.

11:57  22          Why did you change positions on where to

11:57  23   centralize this?

11:57  24          MR. DRINKWATER:  We changed positions, Your Honor,

11:57  25   because we concluded, with the additional filings that seem to

11:57  1    be coming in a flurry, that this would be the best way to

11:57  2    demonstrate, for example, that there's no way in the world the

11:57  3    plaintiffs can prove, for example, causation in these cases.

11:57  4    We thought it would be better to try to centralize the cases

11:57  5    and demonstrate before one judge that there are fundamental

11:57  6    problems of proof in these cases that simply can't be --

11:57  7            JUDGE BREYER:  Well, that may be true --

11:57  8            JUDGE VANCE:  Why do you want to go --

11:57  9            JUDGE BREYER:  Go ahead.

11:57  10           MR. DRINKWATER:  That's why we did it.

11:57  11           JUDGE VANCE:  Why do you want to go forward with two

11:57  12   of them, then, if you think they need to be done together?

11:57  13           MR. DRINKWATER:  I'll be happy to answer that.  If

11:57  14   you look at the 64 cases that we have heard about, 62 of them

11:57  15   were filed beginning on July 20 of this year.  *Johnson* and

11:57  16   *Walton* are, in my words, outliers.  They were filed back in

11:57  17   2013 and 2014.

11:57  18           JUDGE PERRY:  What happened in July to prompt all the

11:57  19   64 to be filed?

11:58  20           MR. DRINKWATER:  Others will have to answer that.

11:58  21   Beginning on July 20 up to the present time, we have had 62

11:58  22   cases filed.  Before that we had two.  We have been making this

11:58  23   product for 28 years.  So something is going on that doesn't

11:58  24   relate to a change in the product.  It doesn't relate to any --

11:58  25           JUDGE BREYER:  I sort of understand that argument,

CASE 0:15-md-02666-JNE-DTS   Doc. 1476-2   Filed 09/06/18   Page 19 of 31
Case MDL No. 2666   Document 95-7   Filed 12/21/15   Page 18 of 30

18

but you have to tell me why the two cases that are out there
now, the *Johnson* and the *Walton* case, are so different from
what is going to be probed, in terms of the cases that were
subsequently filed, that it makes sense for those two cases to
go ahead, such as, "Well, you know, all the discovery has been
completed and, therefore, it would simply slow down the process
if we took those two cases and made them a part of a
centralization."  Is that the case?

        **MR. DRINKWATER:**  The cases, Your Honor, are set for
trial.  The fact --

        **JUDGE BREYER:**  Be that as it may, you heard what he
said.  What he said was, "We don't have the discovery.  We are
not ready to go the trial.  The dates are going to slide."

        So I don't know if that's correct or not, but
what I need to know from you is those two cases are so
different -- not the causation issue, because that's different
as to all the cases.  But the discovery that needs to be done
with respect to those two cases is so unique and so different
from the discovery that would have to be done in the 30, 40, 50
other cases that we ought to keep them separate, is that what
you are saying?

        **MR. DRINKWATER:**  No, Your Honor, we are not saying
that.  We are saying that the discovery is substantially the
same discovery.  It has substantially been done.

        **JUDGE HUVELLE:**  I thought there was no expert

CASE 0:15-md-02666-JNE-DTS Doc. 1476-3 Filed 09/06/18 Page 20 of 31
Case MDL No. 2666 Document 95-7 Filed 12/21/15 Page 190 of 31

19

11:59  1  discovery done.

11:59  2      **MR. DRINKWATER:**  There has not been expert

11:59  3  depositions.  The expert depositions have not been taken.

11:59  4      **JUDGE PROCTOR:**  Have they exchanged expert reports?

11:59  5      **MR. DRINKWATER:**  Yes.  Now, in the *Johnson* case, as I

11:59  6  understand it -- because I'm not in the *Johnson* case -- the

11:59  7  plaintiffs have designated the experts.  3M has not.  We will

12:00  8  designate on December 15.

12:00  9          But to back up for a moment, the Southern

12:00  10  District of Texas case, the *Walton* case, is set for a docket

12:00  11  call in early March.  We understand the culture of that court

12:00  12  to be it will be set for trial in March of 2016.  If it slips,

12:00  13  which I have no way of thinking that it will, it won't slip but

12:00  14  a month or two.

12:00  15      **JUDGE HUVELLE:**  Are you the counsel in that case?

12:00  16      **MR. DRINKWATER:**  I am not.  I have entered an

12:00  17  appearance, but I am not going to be the lawyer who tries it.

12:00  18      **JUDGE VANCE:**  Has there been an sanction order in

12:00  19  that case?

12:00  20      **MR. DRINKWATER:**  There has not been a sanction order.

12:00  21  I will say that we are under an order not to discuss an order

12:00  22  that has been entered.  All of us are under that order and so

12:00  23  we can't discuss it.  We anticipate --

12:00  24      **JUDGE PROCTOR:**  Without discussing it --

12:00  25      **MR. DRINKWATER:**  It's not an order.  I'm sorry.

|       |    |                                                                  |
|-------|----|------------------------------------------------------------------|
| 12:00 | 1  | **JUDGE PROCTOR:**  Without discussing it, does that             |
| 12:00 | 2  | order affect anything about when a trial could be set?           |
| 12:00 | 3  | **MR. DRINKWATER:**  It might in the short term, in the          |
| 12:01 | 4  | sense that it could back up the *Walton* case a month or two.    |
| 12:01 | 5  | But other than that, we do not --                                |
| 12:01 | 6  | **JUDGE PERRY:**  Let me ask you a different question.           |
| 12:01 | 7  | The plaintiffs say in some of the briefing that you all have     |
| 12:01 | 8  | refused to coordinate things in those cases.  We have heard      |
| 12:01 | 9  | about separate protective-type orders, making them take          |
| 12:01 | 10 | depositions multiple times.  Is that what your client is doing?  |
| 12:01 | 11 | And why?                                                         |
| 12:01 | 12 | **MR. DRINKWATER:**  We do not believe we are not                |
| 12:01 | 13 | cooperating.  Your Honor, take a look at their Document 23,      |
| 12:01 | 14 | which is where they make these charges.  I am advised and        |
| 12:01 | 15 | believe that in the *Walton* case no motion to compel with       |
| 12:01 | 16 | respect to any of the issues that they complain about has been   |
| 12:01 | 17 | filed in *Walton*.  No motion to compel has been filed.          |
| 12:01 | 18 | I understand that all the fact discovery in that                 |
| 12:01 | 19 | case has been complete, documents produced --                    |
| 12:01 | 20 | **JUDGE BREYER:**  Okay.  So let me ask this question.          |
| 12:01 | 21 | You say, "Those cases are ready.  Those cases are ready."        |
| 12:01 | 22 | Okay.                                                            |
| 12:01 | 23 | Now, let's say we centralized it.  Let's say we                  |
| 12:01 | 24 | sent everything to Minneapolis.  Then you make your same         |
| 12:01 | 25 | argument.  "Those cases are ready, Judge.  They're all ready to  |

|       |    |                                                                              |
|-------|----|------------------------------------------------------------------------------|
| 12:02 | 1  | go."  Can't that judge then simply send them back?  It's a                   |
| 12:02 | 2  | little extra paperwork.  I understand that.  If your argument                |
| 12:02 | 3  | is correct, what do you lose?                                                 |
| 12:02 | 4  |     **MR. DRINKWATER:**  Well, we will certainly lose the |
| 12:02 | 5  | trial date in *Walton*.                                                       |
| 12:02 | 6  |     **JUDGE BREYER:**  Well, it seems you don't really have |
| 12:02 | 7  | those trial dates.  So putting that aside for the moment,                     |
| 12:02 | 8  | unless there's some great urgency, like 30 days, 60 days,                     |
| 12:02 | 9  | 90 days out, if we centralize it, you can make this argument                  |
| 12:02 | 10 | the day after it's centralized.  If you are right, the judge                  |
| 12:02 | 11 | then the day after that can send them back.  So what's the                    |
| 12:02 | 12 | problem?                                                                       |
| 12:02 | 13 |     **MR. DRINKWATER:**  The problem, Your Honor, is that  |
| 12:02 | 14 | could be done, but my experience in dealing with district                     |
| 12:02 | 15 | judges or with state court trial judges, for the matter of                    |
| 12:02 | 16 | that, is once it goes, we are going to lose the trial date.                   |
| 12:02 | 17 | Some other case --                                                            |
| 12:02 | 18 |     **JUDGE VANCE:**  Why don't you just try those cases and |
| 12:02 | 19 | not centralize them.  See if you win.  If you win, they may go                |
| 12:02 | 20 | away.  If you don't win, then you're looking at a lot of cases                |
| 12:03 | 21 | that you need to deal with.                                                   |
| 12:03 | 22 |     **MR. DRINKWATER:**  We would like to try those cases.  |
| 12:03 | 23 | We do expect to win them.  We do think that that will help the                |
| 12:03 | 24 | MDL judge, if there is an MDL, learn about the cases.  We also                |
| 12:03 | 25 | do think, if we try them and win them, that it will deter other              |

12:03    1    filings.

12:03    2         JUDGE HUVELLE:  Well, the first counsel said that

12:03    3    causation was a major issue.  If you haven't had a *Daubert*

12:03    4    hearing -- and I can't believe your client will say, "Oh, we

12:03    5    don't care about a *Daubert* hearing," or that you will agree

12:03    6    that the experts can testify.  It seems to me, with that in

12:03    7    mind, you really have a major hurdle to getting to trial, and

12:03    8    you have an issue that's common to all cases.  I don't see why

12:03    9    we should have several judges -- it would be three under your

12:03   10    theory -- deciding causation.

12:03   11         MR. DRINKWATER:  Well, Your Honor, in the *Walton*

12:03   12    case, in the *Johnson* case, an advantage will be that we will

12:03   13    get, if we go forward, results on the merits in those cases in

12:04   14    2016.  In *Walton*, if things go according to the present

12:04   15    schedule, we will get a result on the merits sometime in the

12:04   16    first or second quarter of 2016.  That will certainly not

12:04   17    happen if they are taken off the trial docket, put over into an

12:04   18    MDL for pretrial proceedings when most, if not all, of the fact

12:04   19    discovery has already occurred in those cases.

12:04   20         JUDGE VANCE:  Why can't you give that fact discovery

12:04   21    to the other plaintiffs?

12:04   22         MR. DRINKWATER:  Your Honor, I'm sure that if this

12:04   23    Court told us to do it, we would do it.

12:04   24         JUDGE VANCE:  We don't issue discovery orders.

12:04   25         MR. DRINKWATER:  I understand, Your Honor.  I'm sure

CASE 0:15-md-02666-JNE-DTS   Doc. 1476-3   Filed 09/06/18   Page 24 of 31
Case MDL No. 2666   Document 95   Filed 12/21/15   Page 23 of 30

23

12:04   1   the MDL judge could do that in the other cases.

12:04   2                   But we have two cases right now, we believe,

12:04   3   mostly ready for trial, that will be tried if they are allowed

12:04   4   to go forward.  The other cases, we're in favor of

12:04   5   centralization, that's fine.

12:04   6                   JUDGE VANCE:  We understand your position.  Thank

12:04   7   you.

12:04   8                   MR. DRINKWATER:  Thank you, Your Honor.

12:04   9                   MR. GORDON:  Your Honor, I asked for 30 seconds'

12:05   10  rebuttal.  May I please?  I need to correct one thing.  I will

12:05   11  be very brief.  The notion --

12:05   12                  JUDGE VANCE:  When did you ask for rebuttal?  Did you

12:05   13  ask for rebuttal?

12:05   14                  MR. GORDON:  I asked for it.  I didn't get it.  I'm

12:05   15  asking for it now again.

12:05   16                  Very quickly, Your Honor.  One thing

12:05   17  Mr. Atkinson [*verbatim*] said is dead wrong.  I will not talk

12:05   18  about the substance of it, but the notion that there is not an

12:05   19  order entered --

12:05   20                  JUDGE VANCE:  We can't talk about what we can't look

12:05   21  at and we can't know the substance of.  We are just talking

12:05   22  about metaphysical things.

12:05   23                  MR. GORDON:  I just want to correct a misstatement,

12:05   24  Your Honor.  There is an opinion entered that bears on this

12:05   25  very question of whether those cases should be centralized with

12:05

1    the others.  There is an opinion there.  That's all I'm going

2    to --

3              **JUDGE VANCE:**  But you can't tell us what it is --

4              **MR. GORDON:**  Yes, Your Honor.

5              **JUDGE VANCE:**  -- so that's very helpful.  Thank you.

6              **MR. GORDON:**  Thank you, Your Honor.

7                                    * * *

8

9                          <u>**CERTIFICATE**</u>

10             I, Toni Doyle Tusa, CCR, FCRR, Official Court

11   Reporter for the United States District Court, Eastern District

12   of Louisiana, certify that the foregoing is a true and correct

13   transcript, to the best of my ability and understanding, from

14   the record of proceedings in the above-entitled matter.

15

16

17                              <u>*s/ Toni Doyle Tusa*</u>
                                 Toni Doyle Tusa, CCR, FCRR
18                               Official Court Reporter

19

20

21

22

23

24

25

**1**

10 [1] 13/6
1000-watt [1] 7/1
1404 [1] 12/11
15 [1] 19/8
15 minutes [1] 13/6
150 [1] 14/17

**2**

20 [4] 4/14 16/8 17/15 17/21
2013 [1] 17/17
2014 [1] 17/17
2015 [2] 1/8 4/2
2016 [4] 9/7 19/12 22/14 22/16
23 [1] 20/13
2666 [2] 1/4 4/3
275 [1] 2/1
28 [1] 17/23

**3**

3.8 [1] 6/22
30 [3] 7/12 11/3 18/19
30 days [1] 21/8
30 seconds' [1] 23/9
3M [6] 8/9 10/4 11/4 11/13 16/21 19/7

**4**

40 [1] 18/19
43 [1] 4/14

**5**

50 [1] 18/19
500 [1] 2/1
504 [1] 2/2
589-7778 [1] 2/2

**6**

60 [1] 21/8
62 [2] 17/14 17/21
64 [3] 4/13 17/14 17/19

**7**

70130 [1] 2/2
7778 [1] 2/2

**9**

90 days [1] 21/9

**A**

ability [1] 24/13
about [20] 6/10 6/21 7/25 8/13 12/16
12/23 13/6 14/10 14/11 14/20 15/17
17/14 20/2 20/9 20/16 21/24 22/5 23/18
23/20 23/22
above [1] 24/14
above-entitled [1] 24/14
absolutely [1] 14/1
access [2] 10/15 13/5
according [1] 22/14
achieve [1] 6/24
acknowledge [1] 11/4
activities [2] 9/12 11/16
actually [2] 5/19 15/9
additional [1] 16/25
address [1] 6/5
advantage [1] 22/12
advised [1] 20/14
advocate [1] 14/13
advocated [3] 12/2 12/3 13/19
affect [1] 20/2
after [2] 21/10 21/11
again [3] 10/8 10/20 23/15
agents [1] 1/14

ago [1] 6/21
agree [11] 12/6 21/14 21/23 22/4 22/6
ahead [4] 5/19 5/23 17/9 18/5
aided [1] 2/6
air [4] 1/4 4/4 5/15 6/23
aired [1] 6/14
airport [2] 13/6 16/8
Alabama [1] 1/21
all [20] 5/1 6/11 7/9 10/20 11/19 14/17
15/18 15/21 16/7 16/13 17/18 18/5
18/17 19/22 20/7 20/18 20/25 22/8
22/18 24/1
allow [1] 14/14
allowed [2] 10/15 23/3
alluded [1] 9/23
almost [1] 8/10
already [1] 22/19
also [4] 12/3 13/9 15/18 21/24
alternatively [2] 12/9 13/9
although [1] 15/24
always [1] 14/10
am [4] 14/14 19/16 19/17 20/14
Andrews [1] 13/13
Angeles [1] 14/19
answer [2] 17/13 17/20
anticipate [2] 11/17 19/23
any [8] 7/20 7/25 12/20 12/22 14/19
14/24 17/24 20/16
anything [2] 9/19 20/2
anyway [1] 11/18
appearance [1] 19/17
are [62]
argued [1] 15/16
argument [6] 1/7 4/10 17/25 20/25 21/2
21/9
around [4] 4/12 5/3 5/16 9/19
Art [1] 15/5
articles [1] 6/20
as [8] 6/23 9/22 11/10 13/9 18/5 18/11
18/17 19/5
aside [2] 12/4 21/7
ask [6] 10/17 15/14 20/6 20/20 23/12
23/13
asked [6] 7/11 13/17 15/6 15/16 23/9
23/14
asking [1] 23/15
assign [1] 14/21
assigned [1] 14/12
at [9] 5/14 6/9 7/24 10/5 12/15 17/14
20/13 21/20 23/21
Atkinson [3] 6/10 7/8 23/17
attorneys [1] 14/20
attribute [1] 4/16
aware [1] 9/19
away [2] 16/8 21/20

**B**

back [5] 17/16 19/9 20/4 21/1 21/11
BAIR [3] 1/4 4/3 4/22
based [1] 5/8
be [44]
bears [1] 23/24
because [15] 5/15 6/7 7/11 7/16 7/23
9/12 9/24 10/6 10/9 11/16 16/9 16/15
16/25 18/16 19/6
become [1] 5/13
been [28]
before [4] 4/9 4/11 17/5 17/22
beginning [2] 17/15 17/21
behalf [1] 11/23 15/5
behind [3] 9/13 20/21 10/22
being [1] 10/25
believe [8] 8/1 9/11 10/23 14/7 20/12

20/15 22/4 23/2
Belville [1] 7/8
best [3] 11/7 17/1 24/13
better [1] 17/4
between [2] 11/14 12/5
Beverly [1] 14/16
big [1] 6/3
blanket [2] 5/4 7/10
blankets [1] 4/23
blow [1] 7/1
blower [1] 7/2
blowing [1] 5/16
Bone [1] 6/21
both [3] 9/11 10/18 11/16
brainer [1] 7/7
brand [1] 8/19
brand-new [1] 8/19
Breyer [1] 1/14
Breyer's [1] 7/7
brief [2] 6/8 23/11
briefing [1] 20/7
briefly [1] 7/5
bring [2] 16/4 16/5
bunch [2] 5/22 11/17
but [20] 5/13 6/2 9/8 11/25 12/3 12/16
12/25 14/14 15/18 18/14 18/17
19/9 19/13 19/17 20/5 21/14 23/2 23/18
24/3

**C**

California [2] 1/15 13/16
call [1] 19/11
can [13] 5/1 5/4 6/5 6/9 11/7 13/22
13/23 14/12 16/4 17/3 21/9 21/11 22/6
can't [10] 6/8 17/6 19/23 21/1 22/4 22/20
23/20 23/20 23/21 24/3
cancel [1] 9/15
canceled [2] 9/16 9/19
care [2] 7/1 22/5
carefully [2] 9/23 10/9
case [44]
case-specific [1] 5/5
cases [55]
Catherine [1] 1/23
causation [6] 5/3 5/6 17/3 18/16 22/3
22/10
cause [1] 5/1
CCR [3] 2/1 24/10 24/17
central [4] 13/16 14/22 15/23 16/7
centralization [4] 11/25 16/18 18/8 23/5
centralize [4] 16/23 17/4 21/9 21/19
centralized [5] 12/8 12/25 20/23 21/10
23/25
certainly [2] 21/4 22/16
CERTIFICATE [1] 24/9
certify [1] 24/12
Chair [1] 1/11
change [2] 16/22 17/24
changed [1] 16/24
charges [1] 20/14
Charles [1] 1/14
Chicago [2] 15/11 15/12
choice [2] 12/2 14/21
choose [1] 11/10
city [1] 16/16
clear [1] 8/9
client [2] 20/10 22/4
co [1] 11/10
co-counsel [1] 11/10
cold [2] 15/25 15/25
colleague [2] 6/3 9/23
colleagues [1] 14/6
Columbia [1] 1/18

## C

coming [2] 11/11 17/11
comment [1] 7/14
common [2] 5/9 22/8
compel [2] 20/15 20/17
complain [1] 20/16
complaint [1] 12/21
complete [1] 20/19
completed [1] 18/6
complex [2] 14/18 15/22
computer [1] 2/6
computer-aided [1] 2/6
concluded [2] 13/4 16/25
confer [1] 10/14
conference [1] 9/5
confidentiality [1] 10/21
connected [1] 13/7
consent [2] 12/11 12/13
convenient [1] 13/5
cooperating [1] 20/13
coordinate [1] 20/8
coordinating [1] 12/24
core [1] 14/7
correct [6] 6/2 18/14 21/3 23/10 23/23
24/12
could [5] 7/5 20/2 20/4 21/14 23/1
couldn't [1] 5/23
counsel [5] 6/4 11/8 11/10 19/15 22/2
country [3] 4/12 6/12 15/21
couple [2] 4/19 8/2
course [1] 14/17
court [18] 1/11 1/14 1/17 1/20 1/23 2/1
6/9 10/12 13/15 14/11 14/14 14/23
19/11 21/15 22/23 24/10 24/11 24/18
courthouse [2] 13/6 13/8
culture [1] 19/11

## D

dangerous [1] 7/25
date [4] 8/14 8/17 21/5 21/16
dates [6] 9/4 9/10 9/11 9/14 18/13 21/7
Daubert [2] 22/3 22/5
David [3] 1/20 6/3 8/7
day [2] 21/10 21/11
days [3] 21/8 21/8 21/9
dead [1] 23/17
deadlines [1] 11/5
deal [1] 21/21
dealing [1] 21/14
DECEMBER [3] 1/8 4/2 19/8
December 15 [1] 19/8
deciding [1] 22/10
defendant [1] 7/24
defendant's [1] 9/17
definitely [1] 12/16
demonstrate [2] 17/2 17/5
deposed [1] 11/15
depositions [8] 9/15 9/16 9/18 11/3
11/17 19/3 19/3 20/10
Depot [1] 15/17
deserved [1] 14/21
designate [1] 19/8
designated [2] 10/25 19/7
designating [1] 11/2
designations [1] 11/1
details [1] 10/14
deter [1] 21/25
device [3] 7/3 7/16 7/20
devices [3] 1/5 4/4 5/13
did [7] 9/15 9/17 9/17 16/22 17/10 23/12
23/12
didn't [4] 8/21 9/15 9/20 23/14

different [7] 4/14 11/14 18/2 18/16 18/16
18/18
disadvantage [1] 10/5
disagree [1] 7/11
disclosed [1] 6/22
discovery [18] 5/25 6/6 6/13 8/2 11/3
11/12 11/13 18/5 18/12 18/17 18/19
18/23 18/24 19/1 20/18 22/19 22/20
22/24
discuss [2] 19/21 19/23
discussing [1] 19/24 20/1
discussions [2] 12/20 12/23
distinct [1] 10/5
district [25]
districts [2] 4/13 4/14
Division [2] 12/1 13/2
do [5] 4/16 12/9 13/9 15/13 17/8 17/11
20/5 20/12 21/3 21/23 21/23 21/25
22/23 22/23 23/1
docket [2] 6/9 19/10 22/17
Document [1] 20/13
documents [3] 10/23 10/24 20/19
does [4] 14/24 14/25 16/14 20/1
doesn't [4] 5/24 16/15 17/23 17/24
doing [2] 8/12 20/10
don't [16] 7/1 7/23 9/24 10/23 12/11
12/13 15/13 16/10 18/12 18/14 21/6
21/18 21/20 22/5 22/8 22/24
done [6] 17/12 18/17 18/19 18/24 19/1
21/14
doubt [1] 14/5
down [3] 16/4 16/5 18/6
Doyle [2] 2/1 24/10 24/17 24/17
drew [1] 16/14
Drinkwater [1] 11/21
duplicate [2] 11/12 11/13

## E

earlier [1] 7/14
early [1] 19/11
Eastern [8] 1/12 1/24 12/1 13/2 15/6
15/14 15/16 24/11
easy [1] 13/5
ECF [2] 6/9 10/1
efficiency [1] 14/4
Ellen [1] 1/17
encourage [1] 10/13
encouraged [1] 14/12
encouraging [1] 14/14
ended [1] 15/17
entered [5] 8/19 19/16 19/22 23/19
23/24
entitled [1] 24/14
epicenter [1] 14/5
especially [1] 8/1
essentially [1] 13/7
even [2] 11/15 14/6
event [2] 6/16 6/18
every [1] 6/11
everything [2] 5/20 20/24
evidence [1] 4/20
example [1] 17/2 17/3
excellent [2] 12/2 12/7
exceptions [1] 8/2
exchanged [1] 19/4
expanding [1] 14/11
expect [1] 21/23
experience [3] 7/17 13/3 21/14
experienced [1] 14/15
expert [7] 5/24 11/1 11/2 18/25 19/2
19/3 19/4
experts [4] 10/25 11/2 19/7 22/6
extra [1] 21/2

extreme [1] 10/3

## F

fact [6] 7/7 7/18 18/10 20/18 22/18
22/20
failure [1] 5/13
far [1] 6/6
favor [1] 23/4
FCRR [3] 2/1 24/10 24/10
FDA [1] 6/17
federal [1] 4/13
feelings [1] 14/6
field [3] 5/16 5/17 7/2
filed [15] 4/11 4/12 4/13 6/12 8/8 8/12
10/2 12/21 17/15 17/16 17/19 17/22
18/4 20/17 20/17
filing [1] 10/1
filings [3] 4/17 16/25 22/1
find [1] 9/7
finding [1] 10/14
fine [2] 7/10 23/5
first [6] 4/6 8/8 8/12 14/16 22/2 22/16
flight [2] 16/9 16/12
flurry [1] 17/1
food [1] 15/18
forced [1] 1/4 4/4 5/15 6/23
foregoing [1] 24/12
formal [1] 12/22
forward [5] 10/4 10/6 17/11 22/13 23/4
found [1] 9/6
fraction [1] 10/24
Frank [5] 7/11 7/13 11/23 12/9 13/10
frankly [2] 6/19 10/3
front [1] 6/14
fully [1] 6/8
fundamental [1] 17/5
further [1] 6/5
future [1] 12/24

## G

Gadolinium [1] 13/4
generally [1] 10/17
Genevieve [1] 4/10
get [7] 5/3 9/20 12/24 14/12 22/13 22/15
23/14
gets [1] 14/18
getting [2] 5/16 22/7
give [1] 22/20
go [17] 5/23 10/4 10/6 13/18 14/3 16/11
16/11 17/8 17/9 17/11 18/5 18/13 21/1
21/19 22/13 22/14 23/4
goes [3] 13/20 13/22 21/16
going [22] 4/19 5/6 6/13 7/20 7/21 9/6
9/12 9/24 10/19 11/5 11/16 11/18 13/17
14/3 15/22 16/8 17/23 18/3 18/13 19/17
21/16 24/1
good [10] 4/7 8/7 13/14 13/17 15/18
15/19 15/23 16/16 16/17 16/19
Gordon [5] 4/6 4/8 12/23 13/10 14/6
got [1] 9/19
gotten [1] 5/24
great [3] 16/13 16/16 21/8
grew [1] 15/10
group [1] 14/7
guys [1] 15/16
Gwin [1] 12/2

## H

had [9] 7/16 11/13 12/20 12/23 14/17
16/13 17/21 17/22 22/3
handle [1] 6/1
handled [2] 5/11 5/25
happen [4] 9/17 9/17 13/25 22/17

**H**

happened [2] 9/4 17/18
happens [1] 9/8
happy [3] 16/11 16/12 17/13
has [24] 4/18 4/20 7/16 8/13 8/14 8/17 11/13 12/3 13/2 13/3 14/16 14/23 14/25 18/5 18/24 19/2 19/7 19/18 19/20 19/22 20/16 20/17 20/19 22/19
have [64]
haven't [3] 12/15 12/20 22/3
HB [1] 2/1
HB-275 [1] 2/1
he [12] 7/14 7/15 7/16 7/18 7/20 12/3 13/4 15/11 15/12 16/15 18/11 18/12
head [1] 5/3
hear [1] 8/22
heard [4] 1/8 17/14 18/11 20/8
hearing [2] 22/4 22/5
Heffernan [1] 15/1
help [1] 21/23
helpful [1] 24/5
her [3] 14/16 14/17 14/20
here [11] 7/7 14/9 15/19 15/23 16/3 16/4 16/5 16/8 16/12 16/16 16/20
herself [1] 8/18
highest [1] 14/19
him [1] 7/12
hip [1] 5/10
Hodges [3] 6/3 8/6 8/7
home [2] 15/15 15/17
Home Depot [1] 15/17
Honor [29]
Honorable [1] 13/15
Honors [6] 4/7 7/5 13/14 15/5 15/14 16/11
hospital [1] 5/8
hospital-based [1] 5/8
host [1] 16/16
hotels [1] 13/7
Houston [2] 6/4 9/25
however [2] 5/25 14/9
Hoyt [1] 10/15
Hoyt's [1] 9/24
HUGGER [3] 1/4 4/4 4/22
hurdle [1] 22/7
Huvelle [1] 1/17

**I**

I'll [4] 16/11 16/11 16/20 17/13
I'm [14] 4/8 5/3 8/7 8/21 9/19 15/15 16/8 16/9 19/6 19/25 22/22 22/25 23/14 24/1
if [30]
implant [1] 5/10
implantable [1] 7/16
important [2] 6/7 13/17
in [104]
In Re [1] 4/3
increased [1] 6/22
INDEX [1] 3/1
indication [1] 4/21
individualized [1] 5/2
infected [1] 5/13
infection [1] 5/1
infections [3] 5/8 5/9 6/22
infectious [2] 4/22 5/7
information [1] 10/16
integral [1] 6/11
integrated [1] 6/14
interested [1] 10/14
interesting [1] 14/21
interviewed [1] 14/20
into [6] 4/22 5/16 6/14 7/2 8/20 22/17

**J**

inventor [1] 7/9
investigation [1] 14/16
irregularities [2] 10/3 10/7
is [72]
isn't [1] 13/25
issue [4] 18/16 22/3 22/8 22/24
issues [7] 5/3 6/7 6/13 7/19 7/22 14/18 20/16
it [59]
it's [16] 6/7 6/7 7/6 10/4 13/5 14/3 15/9 15/22 15/25 15/25 16/3 16/7 16/17 19/25 21/1 21/10

Johnson [9] 6/4 8/14 8/16 9/12 17/15 18/2 19/5 19/6 22/12
Joint [1] 6/21
Journal [1] 6/21
judge [31]
Judge Breyer's [1] 7/7
Judge Hoyt [1] 10/15
Judge Lungstrum [1] 8/25
Judge Polster [2] 12/7 13/3
Judge Vratil [1] 8/14
judges [17] 14/11 15/23 16/13 16/16 21/15 21/15 22/9
judicial [2] 1/1 16/1
July [3] 17/15 17/18 17/21
July 20 [2] 17/15 17/21
jurist [1] 12/7
jurists [2] 7/10 14/19
just [6] 7/12 8/20 13/4 21/18 23/21 23/23

**K**

Kansas [2] 6/5 11/9
keep [2] 16/10 18/20
Kent [1] 11/24
kind [1] 7/6
kinds [1] 5/1
knee [1] 5/10
know [5] 13/16 18/5 18/14 18/15 23/21

**L**

last [4] 4/10 4/19 8/20 15/15
late [1] 16/9
lawyer [3] 7/8 10/18 19/17
lawyers [3] 4/22 4/23 12/18
lead [1] 6/4
learn [1] 21/24
leg [1] 7/20
let [4] 5/25 16/10 20/6 20/20
let's [2] 20/23 20/23
Levin [1] 4/8
LIABILITY [2] 1/5 4/4
like [7] 4/10 4/25 5/7 5/24 8/10 21/8 21/22
limitation [1] 7/22
limitations [1] 8/3
listen [1] 14/10
literature [1] 5/14
litigation [5] 1/2 1/5 4/5 4/18 12/8
little [1] 21/2
location [4] 12/8 13/5 15/23 16/7
longer [1] 8/23
look [4] 6/9 17/14 20/13 23/20
looking [2] 10/1 21/20
Los [1] 14/19
Los Angeles [1] 14/19
lose [3] 21/3 21/4 21/16
lot [3] 5/2 11/4 21/20
LOUISIANA [5] 1/8 1/12 2/2 15/7 24/12
Lungstrum [3] 8/25 9/1 9/2

**M**

made [1] 18/7
maestro [2] 7/15 7/15
major [2] 22/3 22/7
make [6] 4/9 5/2 8/9 20/14 20/24 21/9
makes [5] 8/10 14/4 15/24 16/2 18/4
making [2] 17/22 20/9
many [3] 5/11 6/24 14/18
March [2] 19/11 19/12
marks [1] 14/17 14/19
materials [1] 12/20
matter [4] 11/5 15/17 21/15 24/14
matters [1] 14/4
mature [1] 6/6
may [8] 4/7 6/10 10/17 13/14 17/7 18/11 21/19 23/10
maybe [1] 16/14
McGovern [1] 6/20
MDL [11] 1/4 4/3 6/15 7/17 11/6 14/16 16/14 21/24 21/24 22/18 23/1
MDLs [4] 7/17 13/3 13/3 14/11
me [6] 5/4 13/21 18/1 20/6 20/20 22/6
mechanical [1] 2/5
medical [2] 6/20 7/16
meet [1] 9/13
Members [1] 1/14
mention [2] 4/10 13/5
mentioned [1] 13/9
merits [2] 22/13 22/15
metallosis [1] 5/11
metaphysical [1] 23/22
Michael [1] 11/24
microbes [1] 5/7
might [1] 20/3
mind [1] 22/7
Minneapolis [2] 14/8 20/24
Minnesota [12] 4/15 5/23 5/25 6/1 7/6 7/9 7/10 10/19 12/5 12/9 12/12 15/24
minutes [2] 13/6 16/8
miss [1] 16/12
Missouri [1] 1/24
misstatement [1] 23/23
mistake [1] 6/3
moment [1] 19/9 21/7
Monday [1] 9/6
month [2] 19/14 20/4
months [1] 4/20
more [6] 4/20 4/20 4/20 4/21 4/21 4/21
morning [3] 4/7 8/7 13/14
most [2] 8/1 22/18
mostly [1] 23/3
motion [3] 10/2 20/15 20/17
move [1] 10/19
moved [1] 9/19
Mr [1] 4/6
Mr. [10] 6/10 7/8 8/6 11/22 12/23 13/10 14/6 15/4 16/21 23/17
Mr. Atkinson [3] 6/10 7/8 23/17
Mr. Drinkwater [1] 16/21
Mr. Gordon [3] 12/23 13/10 14/6
Mr. Hodges [1] 8/6
Mr. Murray [1] 15/4
Mr. Piscitelli [1] 11/22
Ms [1] 14/7
Ms. [2] 12/23 13/13
Ms. Andrews [1] 13/13
Ms. Zimmerman [1] 12/23
much [2] 5/7 13/12
MULTIDISTRICT [1] 1/2
multiple [1] 20/10
Murray [2] 15/4 15/5
my [12] 4/9 5/3 6/3 9/22 10/8 14/6 14/23

**M**

my... [5]  16/9 16/12 17/16 21/14 24/13

**N**

nature [1]  4/22
need [8]  9/13 11/4 15/22 15/23 17/12
18/15 21/21 23/10
needs [1]  18/17
new [6]  1/8 2/2 7/8 8/19 9/3 14/14
night [1]  4/10
no [19]  1/4 5/5 5/21 6/19 6/25 7/7 8/3
8/23 11/2 11/3 11/5 12/25 14/5 17/2
18/22 18/25 19/13 20/15 20/17
no-brainer [1]  7/7
No. [1]  4/3
No. 2666 [1]  4/3
normothermia [1]  6/24
Northern [5]  1/15 1/21 11/25 12/21 13/2
Nosocomial [1]  5/8
not [33]
notable [1]  8/2
notice [1]  16/1
notion [2]  23/11 23/18
now [14]  4/13 8/19 8/25 9/2 10/10 10/18
11/15 13/3 16/14 18/2 19/5 20/23 23/2
23/15
numbers [1]  4/12
nutshell [1]  7/3

**O**

O'Connell [1]  14/16
Obviously [1]  12/8
occurred [1]  22/19
October [1]  9/7
off [1]  22/17
Official [3]  2/1 24/10 24/18
Oh [2]  15/12 22/4
Ohio [4]  12/1 12/5 12/21 13/2
Okay [2]  20/20 20/22
on [24]  1/1 1/8 4/12 4/19 6/5 6/9 6/13
7/11 7/20 8/23 8/25 9/24 10/19 11/16
11/23 15/5 16/22 17/15 17/21 17/23
19/8 22/13 22/15 23/24
once [1]  21/16
one [7]  5/15 6/14 8/9 16/15 17/5 23/10
23/16
only [4]  8/2 11/8 13/2 13/6
operating [1]  4/25
operative [1]  5/17
opinion [2]  23/24 24/1
opportunity [1]  14/15
oppose [1]  11/7
opposed [1]  6/23
option [1]  12/16
or [10]  6/17 8/14 9/17 13/6 18/14 19/14
20/4 21/15 22/5 22/16
ORAL [1]  1/7
order [10]  9/25 10/12 19/18 19/20 19/21
19/21 19/22 19/25 20/2 23/19
orders [4]  10/21 11/15 20/9 22/24
original [1]  12/1
ORLEANS [2]  1/8 2/2
orthopedic [1]  5/13
other [15]  6/23 7/16 7/20 12/6 12/25
13/1 15/18 16/16 18/20 20/5 21/17
21/25 22/21 23/1 23/4
others [4]  5/19 14/7 17/20 24/1
ought [1]  18/20
our [2]  10/1 12/1
out [6]  9/6 9/7 10/14 11/6 18/1 21/9
outliers [1]  17/16
outside [1]  16/3

over [5]  4/19 10/20 14/17 15/21 22/17
own... [1]  7/4

**P**

Page [1]  3/2
PANEL [5]  1/1 4/8 4/11 4/12 10/13
Papantonio [1]  4/8
papers [2]  7/8 12/1
paperwork [1]  21/2
Pardon [1]  13/21
part [1]  18/7
particular [3]  5/11 6/13 6/20
parties [1]  11/1
patient [1]  6/25
patients [1]  5/12
people [1]  10/11
Perry [1]  1/23
pharma [1]  5/7
Piscitelli [2]  11/22 11/23
place [2]  10/21 16/17
plaintiff [2]  11/24 15/6
plaintiffs [6]  8/8 15/20 17/3 19/7 20/7
22/21
plaintiffs' [4]  10/18 11/8 12/17 14/7
plan [1]  14/9
pleading [1]  4/11
please [3]  4/8 13/15 23/10
point [3]  7/7 7/24 12/15
points [1]  6/5
Polster [2]  12/7 13/3
position [3]  7/24 9/9 23/6
positions [2]  16/22 16/24
Poydras [1]  2/1
prepared [1]  6/10
present [2]  17/21 22/14
pretrial [3]  14/4 14/18 22/18
probed [1]  18/3
problem [5]  7/2 7/25 8/3 21/12 21/13
problems [1]  17/6
proceeding [1]  5/18
proceedings [4]  2/5 4/1 22/18 24/14
process [1]  18/6
Proctor [1]  1/20
Proctor's [1]  7/14
produced [2]  10/25 20/19
product [4]  7/24 8/1 17/23 17/24
PRODUCTS [2]  1/5 4/4
prominent [1]  13/19
prompt [1]  17/18
prone [1]  17/4
proof [1]  17/6
propose [1]  11/7
protective [2]  11/14 20/9
protective-type [1]  20/9
prove [1]  17/3
purposes [1]  13/23
put [1]  22/17
putative [1]  6/12
putting [2]  12/4 21/7

**Q**

quarter [1]  22/16
question [5]  5/5 6/25 14/2 14/3 20/6
20/20 23/25
quick [1]  4/9
quickly [2]  5/14 23/16
Quite [1]  10/3

**R**

RE [2]  1/4 4/3
ready [7]  8/10 18/13 20/21 20/21 20/25
20/25 23/3

Real [1]  4/9
really [3]  14/2 21/6 22/7
reason [6]  7/6 10/3 12/4 13/1 13/18 14/9
reasons [4]  6/8 13/10 15/18 15/19
rebuttal [3]  23/10 23/12 23/13
recall [1]  6/17
recent [2]  4/16 7/8
recently [3]  7/18 8/18 13/4
record [1]  24/14
recorded [1]  2/5
recused [3]  8/18 8/21 9/1
refused [1]  20/8
Reid [1]  14/16
relate [2]  17/24 17/24
relationship [1]  12/22
relevant [1]  7/23
remain [1]  9/9
Reporter [3]  2/1 24/11 24/18
reports [1]  19/4
represent [1]  8/8
rescheduled [1]  9/20
research [1]  4/21
respect [3]  9/10 18/18 20/16
restaurants [1]  15/17
result [1]  22/15
results [1]  22/13
retaken [1]  11/18
right [11]  4/13 5/9 5/19 7/15 7/15 10/10
11/19 13/3 16/14 21/10 23/2
risk [1]  6/22
room [2]  2/1 4/25
rooting [1]  15/15
Roy [1]  15/6
rules [1]  8/2

**S**

said [5]  8/13 18/12 18/12 22/2 23/17
same [2]  18/24 20/24
sanction [2]  19/18 19/20
sanctioned [2]  10/7 10/12
Sanctioning [1]  10/11
sanctions [1]  10/2
Sarah [1]  1/11
say [11]  6/5 9/23 12/19 12/22 15/24
19/21 20/7 20/21 20/23 20/23 22/4
saying [3]  18/21 18/22 18/23
says [1]  10/12
schedule [2]  9/21 22/15
scheduled [1]  9/16
schedules [1]  5/19
screening [1]  4/24
seal [1]  10/9
sealed [1]  9/24
second [2]  22/16
seconds [1]  7/12
seconds' [1]  23/9
secret [1]  10/11
see [10]  10/1 16/9 21/19 22/8
seem [3]  5/2 5/24 16/25
seems [3]  4/25 21/6 22/6
seen [1]  5/10
Segal [1]  1/17
send [4]  16/17 16/17 21/1 21/11
sense [5]  14/4 15/24 16/2 18/4 20/4
sent [1]  20/24
separate [4]  11/6 12/21 18/20 20/9
series [1]  6/20
seriousness [2]  16/7 16/13
set [8]  8/14 8/17 9/5 9/7 18/9 19/10
19/12 20/2
several [2]  4/20 22/9
shared [1]  12/20

**S**

she [8]  8/17 8/21 8/23 14/16 14/18 14/24 14/25 14/25
short [1]  20/3
should [4]  10/23 14/8 22/9 23/25
simply [3]  17/6 18/6 21/1
sir [2]  11/20 13/12
sledding [1]  6/8
slide [2]  11/5 18/13
sliding [1]  9/12
slip [1]  19/13
slips [1]  19/12
slow [1]  18/6
small [1]  10/24
so [24]  4/13 7/12 7/20 7/23 8/19 8/24 9/21 13/1 15/13 15/15 16/3 16/9 16/13 17/23 18/2 18/14 18/15 18/18 18/18 19/22 20/20 21/7 21/11 24/5
software [1]  2/6
some [14]  6/9 6/10 9/18 10/2 11/4 11/12 14/9 14/18 15/24 16/2 20/7 21/8 21/17
somebody [1]  10/12
something [3]  6/25 14/12 17/23
sometime [1]  22/15
sometimes [1]  11/15
somewhere [1]  16/17
sorry [2]  8/21 19/25
sort [2]  10/19 17/25
Southern [2]  10/15 19/9
speak [1]  15/15
specific [1]  5/5
specifically [1]  7/19
standard [1]  7/1
start [1]  10/20
state [1]  21/15
stated [1]  13/10
states [8]  1/1 1/11 1/14 1/17 1/20 1/23 8/1 24/11
status [1]  9/5
statute [2]  7/21 8/3
stenography [1]  2/5
sterile [1]  5/16
still [4]  8/12 10/25 11/1 11/2
stop [1]  10/19
Street [1]  2/1
strongly [2]  11/4 11/6
Stryker [1]  7/18
study [1]  6/20
subsequently [1]  18/4
substance [2]  23/18 23/21
substantially [2]  18/23 18/24
successfully [1]  13/4
succinct [1]  4/9
succinctly [1]  6/6
such [1]  18/5
suffered [1]  5/12
suggests [1]  5/15
support [6]  7/6 7/8 7/12 11/25 12/9 13/10
suppose [1]  7/11
sure [2]  22/22 22/25
surge [2]  4/17 5/10
surgery [2]  5/14 6/21
surgical [1]  7/2
suspect [2]  15/20 15/21
systems [1]  6/23

**T**

take [3]  16/1 20/9 20/13
taken [2]  19/3 22/17
takes [1]  7/24
taking [1]  4/23
talk [1]  6/3
talking [1]  15/17 23/21
team [2]  14/11 15/15
tell [5]  5/4 6/9 7/12 18/1 24/3
Templet [3]  15/6 15/8 15/9
term [1]  20/3
terms [2]  14/4 18/3
test [1]  16/8
testify [1]  22/6
Texas [3]  10/15 11/9 19/10
than [2]  12/6 12/25 20/5
Thank [14]  7/4 8/4 8/5 11/9 11/21 13/10 13/12 15/2 15/3 16/19 23/6 23/8 24/5 24/6
that [124]
that's [12]  7/2 8/16 12/16 13/24 14/1 17/10 18/4 18/16 22/8 23/5 24/1 24/5
their [3]  4/23 5/24 20/13
them [16]  6/1 16/4 16/5 16/5 16/5 17/12 17/14 18/7 18/20 20/9 21/1 21/11 21/19 21/23 21/25 21/25
then [6]  5/22 17/12 20/24 21/1 21/11 21/20
theory [3]  5/4 16/9 22/10
there [30]
there's [13]  5/5 9/18 9/22 10/12 10/24 11/2 11/3 11/10 11/14 12/22 14/5 17/2 21/8
therefore [1]  18/6
these [18]  4/22 5/2 5/7 5/7 5/11 5/12 6/11 7/22 8/3 8/10 10/4 10/18 11/5 11/6 14/24 17/3 17/6 20/14
they [21]  5/23 5/24 7/8 7/11 7/25 8/11 9/13 9/21 10/6 10/7 11/6 15/21 15/21 17/12 17/16 19/4 20/14 20/16 21/19 22/17 23/3
They're [1]  20/25
thing [4]  5/15 8/9 23/10 23/16
things [5]  5/1 12/24 20/8 22/14 23/22
think [15]  4/23 6/2 7/6 7/23 10/4 11/4 11/7 12/6 14/2 14/20 16/5 16/16 17/12 21/23 21/25
thinking [1]  19/13
this [36]
those [28]
thought [4]  9/1 12/15 17/4 18/25
thousands [1]  15/22
three [4]  6/21 11/16 13/3 22/9
through [1]  5/24
time [6]  4/23 5/14 11/19 14/23 15/15 17/21
times [3]  6/22 11/16 20/10
today [2]  6/9 16/3
together [2]  6/14 17/12
told [1]  22/23
Toni [4]  2/1 24/10 24/17 24/17
tonight [1]  16/20
took [1]  18/7
toto [1]  4/19
tough [1]  6/7
transcript [2]  1/7 24/13
transcription [1]  2/6
transfer [1]  12/12
transferred [1]  11/12 13/23
tremendous [1]  14/17
trial [25]
tried [1]  23/3
tries [1]  19/17
triggering [2]  6/16 6/17
trip [1]  16/19
true [4]  13/24 14/1 17/7 24/12
try [4]  17/4 21/18 21/22 21/25
trying [1]  5/3
turns [4]  13/18 21/13
two [19]  5/18 5/23 7/16 8/8 11/9 11/14 11/14 11/15 11/17 11/17 17/22 18/1 18/5 18/7 18/15 18/18 19/14 20/4 23/2
type [1]  20/9
types [2]  6/23 6/24
typical [1]  5/12

**U**

ubiquitous [1]  5/8
UK [1]  6/22
under [4]  10/9 19/21 19/22 22/9
understand [7]  17/25 19/6 19/11 20/18 21/2 22/25 23/6
understanding [1]  24/13
unique [2]  7/17 18/18
UNITED [7]  1/1 1/11 1/14 1/17 1/20 1/23 24/11
unless [2]  14/23 21/8
up [14]  4/6 7/5 7/18 7/20 11/1 11/19 14/23 15/10 15/17 16/5 16/5 17/21 19/9 20/4
update [1]  4/11
urgency [1]  21/8
us [5]  11/13 16/10 19/22 22/23 24/3
use [7]  7/19
using [1]  2/5
Usually [1]  10/11

**V**

Vance [1]  1/11
verbatim [1]  23/17
very [22]  4/9 5/9 5/13 6/5 6/7 8/11 9/23 10/9 10/24 13/12 13/17 13/17 13/19 14/15 14/16 14/21 15/25 15/25 23/11 23/16 23/25 24/5
violate [1]  9/24
violating [1]  10/20
Volkswagen [1]  12/3
Vratil [3]  8/13 8/14 8/18

**W**

waged [1]  5/6
Walton [14]  6/4 6/13 8/11 8/15 9/12 17/16 18/2 19/10 20/4 20/15 20/17 21/5 22/11 22/14
want [10]  7/12 8/9 9/24 10/6 10/19 11/6 16/15 17/8 17/11 23/23
wants [1]  10/4
war [1]  5/6
warm [4]  6/25 16/3 16/4 16/5
warming [4]  1/4 4/4 5/15 6/23
warned [1]  7/25
warning [2]  6/17
was [11]  6/16 6/17 6/17 6/19 8/11 9/1 9/6 10/2 18/12 18/25 22/3
watt [2]  7/1
way [4]  15/13 17/1 17/2 19/13
ways [2]  6/24 6/24
we [93]
we're [1]  23/4
we've [1]  16/13
week [1]  8/20
well [14]  4/18 5/21 9/5 9/13 9/22 10/17 11/10 14/21 17/7 18/5 21/4 21/6 22/2 22/11
well-deserved [1]  14/21
were [6]  11/11 12/24 14/18 17/15 17/16 18/3
what [25]
what's [4]  9/23 10/19 12/4 21/11
whatever [1]  10/20

## W

when [5]  10/12 15/10 20/2 22/18 23/12
where [7]  5/6 9/13 10/8 12/10 14/3
16/22 20/14
whether [1]  23/25
which [5]  7/18 8/11 14/18 19/13 20/14
while [1]  8/9
who [10]  5/12 6/3 8/19 8/24 9/1 9/2 12/2
14/12 16/14 19/17
why [19]  5/23 7/12 9/15 9/21 10/3 10/4
10/21 12/11 12/13 13/17 16/22 17/8
17/10 17/11 18/1 20/11 21/18 22/8
22/20
will [30]
win [5]  21/19 21/19 21/20 21/23 21/25
wisdom [1]  14/10
without [3]  10/20 19/24 20/1
witness [2]  11/1 11/2
witnesses [3]  7/9 11/15 12/10
won't [1]  19/13
words [2]  10/9 17/16
work [1]  11/4
working [3]  12/17 12/19 12/22
world [1]  17/2
would [15]  4/10 5/2 6/3 10/13 11/12
12/19 13/25 14/20 17/1 17/4 18/6 18/19
21/22 22/9 22/23
wouldn't [1]  12/22
wrap [1]  7/5
wrapping [1]  7/18
write [2]  14/10 14/11
wrong [1]  23/17

## Y

year [1]  17/15
years [3]  4/19 6/21 17/23
yes [7]  5/21 8/23 11/4 12/14 14/25 19/5
24/4
yet [1]  5/25
you [72]
you're [2]  5/9 21/20
your [44]
Your Honor [12]  8/5 10/22 11/10 13/1
16/6 16/24 18/9 18/22 21/13 22/11
22/22 22/25
Your Honors [4]  7/5 13/14 15/5 15/14

## Z

Zainey [2]  16/14 16/15
Zimmerman [3]  4/11 12/23 14/7