# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/DTS) |
| This Document Relates To:<br><br>**Walton v. 3M Company et. al.**<br>(S.D.Tex. Civil Action No. 13-cv-01164)<br>(D.Minn Civil Action No. 15-cv-04364)<br><br>and<br><br>**Johnson v. 3M Company et. al.**<br>(D.Kan. Civil Action No. 14-cv-02044)<br>(D.Minn. Civil Action No. 15-cv-04362) | **(PROPOSED) ORDER GRANTING PLAINTIFFS' MOTION FOR SUGGESTION OF REMAND** |

Before the Court is Plaintiffs' Motion for Suggestion of Remand.

Based on the motion papers, exhibits, and argument presented, IT IS HEREBY ORDERED that Plaintiffs' Motion for Suggestion of Remand is GRANTED.

Date: _____

BY THE COURT

_____
HON. JUDGE JOAN N. ERICKSEN