## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

|  |  |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/DTS) |
| This Document Relates To:<br><br>***Walton v. 3M Company et. al.***<br>(S.D.Tex. Civil Action No. 13-cv-01164)<br>(D.Minn Civil Action No. 15-cv-04364)<br><br>and<br><br>***Johnson v. 3M Company et. al.***<br>(D.Kan. Civil Action No. 14-cv-02044)<br>(D.Minn. Civil Action No. 15-cv-04362) | **PLAINTIFFS' NOTICE OF HEARING ON MOTION FOR SUGGESTION OF REMAND** |

PLEASE TAKE NOTICE that the undersigned will bring Plaintiffs Motion for a Suggestion of Remand, for a hearing before the Honorable Judge Joan N. Ericksen of the above named court, on September 20, 2018, at 9:30 a.m. or as soon thereafter as counsel may be heard.

Respectfully submitted,

Dated: September 6, 2018

| | |
|---|---|
| Michael V. Ciresi (MN #0016949 | Genevieve M. Zimmerman (MN #330292) |
| Jan M. Conlin (MN #0192697) | MESHBESHER & SPENCE, LTD. |
| CIRESI CONLIN LLP | 1616 Park Avenue South |
| 225 S. 6th St., Suite 4600 | Minneapolis, MN 55404 |
| Minneapolis, MN 55402 | Phone: (612) 339-9121 |

1

Phone: 612.361.8202  
Email:  MVC@CiresiConlin.com  
 JMC@CiresiConlin.com  

Ben W. Gordon, Jr. (*Pro Hac Vice*)  
LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A.  
316 South Baylen Street, Suite 600  
Pensacola, FL 32502-5996  
Phone: (850) 435-7091  
Fax: (850) 435-7020  
Email:  bgordon@levinlaw.com  

Kyle Farrar  
Mark D. Bankston  
FARRAR & BALL, LLP  
1010 Lamar, Suite 1600  
Houston, Texas 77002  
713.221.8300 Telephone  
713.221.8301 Fax  
Email: kyle@fbtrial.com  
 mark@fbtrial.com  

Fax: (612) 339-9188  
Email:  gzimmerman@meshbesher.com  

Gabriel Assaad – *Pro Hac Vice*  
David W. Hodges – *Pro Hac Vice*  
KENNEDY HODGES, LLP  
711 W. Alabama Street  
Houston, TX 77006  
Phone: (713) 523-0001  
Email: gassaad@kennedyhodges.com  

*Counsel for Plaintiffs*