UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| THIS DOCUMENT RELATES TO:<br><br>Lloyd Parker Jr. (0:17-cv-03573-JNE-DTS)<br>David Baker (0:17-cv-04375-JNE-DTS)<br>Mary Cunningham (0:17-cv-04512-JNE-DTS)<br>Stephanie Henderson (0:17-cv-04517-JNE-DTS)<br>Bennie Murphy (0:17-cv-04857- JNE-DTS)<br>Ethel McDonald (0:17-cv-04877- JNE-DTS)<br>Karen Potter (0:17-cv-04881-JNE-DTS)<br>Renate Edwards (0:17-cv-04891- JNE-DTS)<br>Todd Johnston (0:17-cv-05270- JNE-DTS)<br>Willard Billings (0:17-cv-05277- JNE-DTS)<br>Janice Taplin (0:17-cv-05370-JNE-DTS)<br>Anne Bresnock (0:17-cv-05371- JNE-DTS)<br>Bertha Swales (0:18-cv-00045- JNE-DTS)<br>Larry Homsher (0:18-cv-00757- JNE-DTS) | |

**L.R. 7.1(C) WORD COUNT COMPLIANCE CERTIFICATE REGARDING PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINTS**

This brief complies with the work limitation of LR 7.1(c) because this brief contains 1142 words, including all text, headings, footnotes, and quotations, other than the parts of the brief exempted by LR 7.1(c). This brief was prepared using Microsoft Office Word 2010.

This brief complies with the type size requirements of LR 7.1(h) because this brief has been prepared using at least font size 13, is double-spaced (except for headings,

footnotes, and quotations that exceed two lines) and is submitted on $8^{1/2}$" by 11" paper with at least one inch of margins on all four sides.

DATED:  September 12, 2018    Respectfully submitted,

**BERNSTEIN LIEBHARD LLP**

By: /s/ Daniel C. Burke

Daniel C. Burke
10 E. 40th Street
New York, NY  10016
Telephone:   (212) 779-1414
Facsimile: (212) 779-3218
Email: dburke@bernlieb.com
Email: dlee@bernlieb.com

*Attorneys for Plaintiff*