

| | | | |
|---|---|---|---|
| KIMBERLY LAMBERT ADAMS | RACHAEL R. GILMER | MIKE PAPANTONIO | |
| BRIAN H. BARR | FREDRIC G. LEVIN | CHRISTOPHER G. PAULOS | |
| MICHAEL C. BIXBY | MARTIN H. LEVIN | EMMIE J. PAULOS | |
| M. ROBERT BLANCHARD | ROBERT M. LOEHR | A. RENEE PRESTON | |
| BRANDON L. BOGLE | STEPHEN A. LUONGO | ROBERT E. PRICE | |
| W. TROY BOUK | M. JUSTIN LUSKO | MARK J. PROCTOR | |
| WESLEY A. BOWDEN | NEIL E. McWILLIAMS, JR. | TROY A. RAFFERTY | |
| VIRGINIA M. BUCHANAN | CLAY MITCHELL | MATTHEW D. SCHULTZ | (LICENSED IN WASHINGTON, D.C. |
| WILLIAM F. CASH III | PETER J. MOUGEY | W. CAMERON STEPHENSON | AND MARYLAND) |
| JEFF GADDY | DANIEL A. NIGH | THOMAS A. TAYLOR | |
| REBECCA D. GILLILAND | TIMOTHY M. O'BRIEN | LEO A. THOMAS | LEFFERTS L. MABIE, JR. (1925-1996) |
| (LICENSED ONLY IN ALABAMA) | | BRETT VIGODSKY | D.L. MIDDLEBROOKS (1926-1997) |
| | | | DAVID H. LEVIN (1928-2002) |
| | | | STANLEY B. LEVIN (1938-2009) |

**LEVIN • PAPANTONIO**
**THOMAS • MITCHELL**
**RAFFERTY & PROCTOR • P.A.**
PROFESSIONAL CORPORATION    ATTORNEYS AT LAW



June 13, 2018

**VIA REGULAR MAIL AND EMAIL**

Benjamin W. Hulse
Blackwell Burke P.A
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415
bhulse@blackwellburke.com

      Re:    *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
              MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
              *Michael Dixon v. 3M Company*, Case No. 0:18-cv-00240-JNE-FLN

Dear Counsel:

      Pursuant to paragraph 6 of PTO 14, please see attached documentation to cure deficiencies for the above captioned case.

                      Sincerely,

                      Daniel A. Nigh

DAN/ec
Enclosure

Response to Deficiencies

*Michael Dixon v. 3M Company,* Case No. 0:18-cv-00240-JNE-FLN

---

**Section III. #1.**     **This question has already been answered via the Acorn PFS portal. In the spirit of cooperating, Plaintiff asserts the following: Yes; Surgical Care Improvement Project Data reports indicate that a Bair Hugger warming unit was utilized during my surgery which caused infection; I do not recall but reserve my right to refresh my memory; Reviewing medical documents of my surgeries; Unknown at this time, Discovery is ongoing; Unknown at this time, Discovery is ongoing.**

**Reverification Page**

Pursuant to cure the defendant's deficiency and abide by Pre Trial Order 14, I declare that the given response(s) are true.

**REVERIFICATION**

Michael Roy Dixon
Print Name

*Michael Roy Dixon*
Signature

June 6 2018
Date