PLAINTIFF'S EXHIBIT E

OneContent: Generated By NHA\csrey

```
PATIENT NAME: DIXON, MICHAEL R
GENDER: M
                                        ACCOUNT NUMBER: 1324780084
ACTUAL CASE START: 09/04/2013 08:05
  CASE RU DESCRIPTION: TRILOGY ACETABULAR LINER 36 I.D. W/3.5 MM OFFSET
    TOTAL QTY: 1                          :
    LOT #: 61940786
    CATALOG NBR: %6305-58-36
    SITE IMPLANTED: HIP LEFT
  CASE RU DESCRIPTION: 12/14 NECK TAPER FEMORAL STEM
    TOTAL QTY: 1                          :
    LOT #: 62400814
    CATALOG NBR: %7711-13
    SITE IMPLANTED: HIP LEFT
```

### PROCEDURE CARE APPARATUS

CARE APPARATUS: ARM BOARD PADDED WITH STAFETY STRAPS

CARE APPARATUS: BAIR HUGGER

CARE APPARATUS: BLANKET WARM

CARE APPARATUS: SAFETY STRAP

CARE APPARATUS: SCD SLEEVE

CARE APPARATUS: TED HOSES

### CASE INTAKE

```
INTAKE TYPE:IV INFUSION
  TIME:09/04/2013 10:12              INTAKE AMT (ML):1300
  [ ] ESTIMATED                      [ ] ESTIMATED BY SURGEON
  RECORDED BY: MASTERS, JENNIFER L

  TOTAL IV INFUSION: 1300 ml

  TOTAL INTAKE AMOUNT: 1300 ml
```

### CASE OUTPUT

```
OUTPUT TYPE:BLOOD
  TIME:09/04/2013 10:12              OUTPUT AMT (ML):50
  [ ] ESTIMATED                      [ ] ESTIMATED BY SURGEON
  RECORDED BY: MASTERS, JENNIFER L
  OUTPUT COMMENT:
   blood

  TOTAL BLOOD: 50 ml

OUTPUT TYPE:URINE
  TIME:09/04/2013 10:12              OUTPUT AMT (ML):85
  [ ] ESTIMATED                      [ ] ESTIMATED BY SURGEON
  RECORDED BY: MASTERS, JENNIFER L
  OUTPUT COMMENT:
   urine

  TOTAL URINE: 85 ml

  TOTAL OUTPUT AMOUNT: 135 ml
```

### CASE SPECIMENS

```
SPECIMEN: LEFT FEMORAL HEAD
TYPE: PERMANENT
SITE: HIP LEFT
DISPOSITION: PATHOLOGY
TRANSPORTED BY: ., TECH
```

### CASE DRESSINGS/PACKING