

| KIMBERLY LAMBERT ADAMS | RACHAEL R. GILMER | MIKE PAPANTONIO |
| BRIAN H. BARR | FREDRIC G. LEVIN | CHRISTOPHER G. PAULOS |
| MICHAEL C. BIXBY | MARTIN H. LEVIN | EMMIE J. PAULOS |
| M. ROBERT BLANCHARD | ROBERT M. LOEHR | A. RENEE PRESTON |
| BRANDON L. BOGLE | STEPHEN A. LUONGO | ROBERT E. PRICE |
| W. TROY BOUK | M. JUSTIN LUSKO | MARK J. PROCTOR |
| WESLEY A. BOWDEN | NEIL E. McWILLIAMS, JR. | TROY A. RAFFERTY |
| VIRGINIA M. BUCHANAN | CLAY MITCHELL | MATTHEW D. SCHULTZ |
| WILLIAM F. CASH III | PETER J. MOUGEY | W. CAMERON STEPHENSON |
| JEFF GADDY | DANIEL A. NIGH | THOMAS A. TAYLOR |
| REBECCA D. GILLILAND | TIMOTHY M. O'BRIEN | LEO A. THOMAS |
| (LICENSED ONLY IN ALABAMA) | | BRETT VIGODSKY |

(LICENSED IN WASHINGTON, D.C. AND MARYLAND)

LEFFERTS L. MABIE, JR. (1925-1996)
D.L. MIDDLEBROOKS (1926-1997)
DAVID H. LEVIN (1928-2002)
STANLEY B. LEVIN (1938-2009)



PLAINTIFF'S EXHIBIT B

June 14, 2018

**VIA REGULAR MAIL AND EMAIL**

Benjamin W. Hulse
Blackwell Burke P.A
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415
bhulse@blackwellburke.com

    Re:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
*George Tawes v. 3M Company*, Case No. 0:18-cv-00678-JNE-FLN

Dear Counsel:

    Pursuant to paragraph 6 of PTO 14, please see attached documentation to cure deficiencies for the above captioned case.

Sincerely,

Daniel A. Nigh

DAN/dm
Enclosure

OFFICE: 316 S. BAYLEN STREET • SUITE 600 • PENSACOLA, FL 32502

Response to Deficiencies

*George Tawes v. 3M Company*, Case No. 0:18-cv-00678-JNE-FLN

---

**Section II.**

9) Florida Jr College of Jacksonville- Jacksonville, FL- 00/00/1978-00/00/1978- GED – General.

**Section III.**

1) This question has already been answered via the Acorn PFS Portal. In the spirit of cooperating Plaintiff asserts the following: Yes; In the intra-operative nursing notes, a warming blanket device was shown to have been utilized.; I do not recall but reserve my right to refresh my memory.; Reviewing medical documents of my surgeries.; Unknown at this time; Discovery is ongoing.; Unknown at this time; Discovery is ongoing.

Re-Verification Page

Pursuant to cure the defendant's deficiency and abide by Pre Trial Order 14, I declare that the given response(s) are true.

**REVERIFICATION**

George T. TAWES
Print Name

*(signature)*
Signature

6/11/18
Date