**PLAINTIFF'S EXHIBIT C**

OR 8

## ANESTHESIA RECORD — St. Vincent's Healthcare

- **DATE:** 3/26/14
- **ALLERGIES:** Percod(?)
- **PRE-ANESTHETIC MEDICATIONS:** record / Versed 2mg
- **ASA PHYSICAL STATUS:** II
- **OPERATION:** (R) TKA
- **DIAGNOSIS:** OA (B) Knee
- **SURGEON:** Heekin, MD
- **OR #:** 8
- ☑ SVR  ☐ SVSS  ☐ SVCC
- **ANESTHESIA START:** 1029
- **SURGERY START/END:** 1057
- **PACU ENTRY:** 1225
- **ANESTHESIA END:** 1230
- **ANTIBIOTIC:** Vanco 1.25 @ 1029

### Notes
- 128/81, SpO2 97, HR 75
- ASA monitors on, Preox
- IV induction, DL (GR A),
- Sound, EtCO2, BLBS,
- PPV 360 !
- Heparin 1000 u/mL 1135
- Extubation AT. SV. 100
- Sounds,
- PACU: Report to RN, VSS

### Times / Gases
| Time | 1030 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| O2 l/m | 9 | 2 | | | 2 | 2 | | | | |
| N2O / Air l/m | | | | | | | | | | |
| Des / Iso / Sevo % | 7 | 2.2 | 2.2 | 2.2 | 2.3 | 1.5 | | | | |

### Drugs
- Propofol: 200
- Lidocaine: 50
- Fentanyl: 50 / 50/100 / 50
- Sux/Zemuron: 100/25
- Decadron/Zofran: 8 / 4
- Dilaudid (mg)

### Pre-Induction Assessment
- First set of vital signs are preinduction with assessment
- CV: 1500 mL TV
- RR 8
- PIP 12
- PAP 12

### Vital Signs Grid (BP ∨∧ / Pulse •)
(graphical plot)

### Vent Mode (S–Spontaneous / A–Assisted / C–Controlled)
| | SV | C | C | C | SV | SV | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| EtCO2 | | 41 | 38 | 37 | 38 | 42 | 45 | | | |
| O2SAT | 99 | 100 | 100 | 100 | 100 | 100 | 100 | | | |
| EKG | SR | SR | SR | SR | SR | SR | SR | | | |
| Temperature | 37 | 36 | 36 | 36 | 36 | 37 | 37 | 37 | | |
| FiO2 | 1.0 | 0.5 | 0.5 | 0.5 | .5 | 1.0 | | | | |

- Vanco 1.25 g
- Dilaudid (mg)
- EBL mL: 100 mL
- UOP mL: NM

### PACU
| T | BP | HR | RR | O2SAT |
|---|---|---|---|---|
| 36.7 | 130/10? | 94 | 15 | 100% |

- LR/NS mL: 1000 mL
- Vanco 250 mL

### FAST TRACK (0–1–2)
- Activity
- Resp
- Circ
- LOC
- O2SAT
- EBL mL: 100
- UOP mL: NM
- ☐ Score ≥ 8
- No PACU admission

### BLOCKS
☐ For Post-op Pain Only At Surgeons Request
☐ Brach Plex, Single  ☐ Sciatic Nerve
☐ Fem Nerve, Single  ☐ Popliteal
☐ Fem Nerve, Cont

### ULTRASOUND
☐ Nerve Block  ☐ Central Line

### EPIDURAL
☐ Thoracic  ☐ Lumbar

Neostigmine 3mg / Robinul 0.4
MAV = 10c

### PRE-OP
☑ Patient Identified, Anesthesia & Surgical Consents Verified and Patient Reassessed Immediately Prior to Induction
☑ IV Access (R) Arm

### ANESTHESIA
☑ GA
 ☑ Preoxygenation
 ☑ Induction
  ☑ IV  ☐ Inhalation
☐ Regional
 ☐ SAB  ☐ Epidural
☐ Other
☐ MAC

### AIRWAY
☐ Mask: Easy / Difficult
☐ LMA #
☑ Intubation DL(1)
 ☑ Easy  ☑ Atraumatic
 ☐ Difficult
 ☐ RSI w/Cricoid Pressure
 ☐ Laryngeal Tracheal Anesthesia
 ☑ Endotracheal Tube # 7.0 cH
☑ Cuff  MAP
 ☐ Oral
 ☐ Nasal
 ☑ Taped at 21 cm
☑ Breath Sounds = Bilaterally
☑ + EtCO2
☑ Airway (Oral) Nasal

### ANESTHESIA EQUIPMENT & MONITORING
☑ Anesthesia Equipment Checked
☑ EKG
☑ Oximeter
☑ NIBP
☑ FiO2
☑ EtCO2
☑ Temperature
☑ Gas Analyzer
☑ Disconnect Alarm
☐ CVP
☐ Arterial BP
☐ PA Cath
☐ TEE
☐ Placement for Monitoring Purposes
☐ Placement w/Interp.
☐ Hypothermia
☐ Foley
☐ Fluid Warmer
☐ Cell Saver
☐ BP per Surgeon Request
☑ Forced Air Warming ACH
☐ Other

### POSITION
☑ Supine
☐ Prone
☐ Lithotomy
☐ Lateral  ☐ R↓  ☐ L↓
☑ Extremities Padded & Pressure Points Checked
☑ Eyes Lubricated
☑ Eyes Taped Closed

### Presence
- Present at Induction: BB
- Present at emergence: BB
- Present at "All Key Portions" & immediately available throughout case: BB
- Patient was monitored at intervals: BB
- 4/4 TOF with sustained tetany @ 14:?

### CANCELLED CASE:
☐ Before Induction
☐ After induction

PERMANENT COPY
Form Revised: 01/14
(a): AnesRecord.Qxd
(b): M-287

Yellow — Permanent Record     ANESTHESIA RECORD     White — Anesthesiologist     1610