IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**IN RE: BAIR HUGGER FORCED AIR**  **MDL No. 15-md-02666 (JNE/DTS)**
**WARMING DEVICE PRODUCTS**
**LIABILITY LITIGATION**

**This Document Relates to:**
**Mario D'Andrea, 0:16-cv-02298-JNE-DTS**

_____

### L.R. 7.1( C) WORD COUNT COMPLIANCE CERTIFICATE REGARDING PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 14

This response complies with the word limitation of LR 7.1(f) and LR 7.1(h) because this response contains 971 words, including all text, headings, footnotes, and quotations, save those parts exempted pursuant to LR 7.1(f)(1)( C). This response was prepared with Microsoft Word Office 2010.

This response complies with the type size requirements of LR 7.1(h) because this response has been prepared using 13 point font, is double spaced save the headings, footnotes and quotations exceeding two lines, and is submitted on 8 1/2" x 11" paper with one inch margins on all sides.

Dated:  September 13, 2018

        Respectfully submitted,

        **LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A.**

        /s/ Daniel A. Nigh_____
        Daniel A. Nigh (FL # 030905)
        316 S. Baylen Street, Suite 600
        Pensacola, FL 32502-5996
        Phone:  (850) 435-7000
        Email:  dnigh@levinlaw.com
        **ATTORNEY FOR PLAINTIFF**