UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666(JNE/FLN) |
| This Document Relates:<br><br>*Gauthier v. 3M Co., et al.* (18-cv-00572) | |

## ORDER

The Court, after considering Defendants' Motion to Dismiss for Failure to Comply with PreTrial Order No. 14 and Plaintiff Kim Gauthier's Response thereto, **ORDERS** Plaintiff, Kim Gauthier to submit a fully compliant Plaintiff Fact Sheet in accordance with this Court's PreTrial Order No. 14 [Doc. 117] within 30 days of the date of this Order and **DENIES** Defendants' Motion to Dismiss in regards to Plaintiff Kim Gauthier (18-cv-00572).

Dated: _____

**HON. JOAN N. ERICKSEN**
United States District Court Judge