

KIMBERLY LAMBERT ADAMS • BRIAN H. BARR • MICHAEL C. BIXBY • M. ROBERT BLANCHARD • BRANDON L. BOGLE • WESLEY A. BOWDEN • VIRGINIA M. BUCHANAN • WILLIAM F. CASH III • JEFF GADDY • RACHAEL R. GILMER • FREDRIC G. LEVIN • MARTIN H. LEVIN • M. JUSTIN LUSKO • ANDREW E. McGRAW • NEIL E. McWILLIAMS, JR. • CLAY MITCHELL • PETER J. MOUGEY • DANIEL A. NIGH • TIMOTHY M. O'BRIEN • MIKE PAPANTONIO • CHRISTOPHER G. PAULOS • EMMIE J. PAULOS • A. RENEE PRESTON • ROBERT E. PRICE • MARK J. PROCTOR • TROY A. RAFFERTY • MATTHEW D. SCHULTZ • W. CAMERON STEPHENS • LEO A. THOMAS • BRETT VIGODSKY • MALLORY J. MANGOLD (LICENSED ONLY IN ALABAMA AND MISSISSIPPI)

LEFFERTS L. MABIE, JR. (1925-1996) • D.L. MIDDLEBROOKS (1926-1997) • DAVID H. LEVIN (1928-2002) • STANLEY B. LEVIN (1938-2009)



PLAINTIFF'S EXHIBIT B

February 8, 2017

**VIA EMAIL and U.S MAIL**

Benjamin W. Hulse
Blackwell Burke P.A
431 South Seventh Street.
Suite 2500
Minneapolis, MN 55415
bhulse@blackwellburke.com

    Re:    *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation* MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case *Mario Dandrea and Sarah Dandrea v 3M*, Case No.: 0:16-cv-02298-JNE-FLN

Dear Counsel:

    Pursuant to paragraph 6 of PTO 14, please see the attached documentation to cure deficiencies for the above captioned matter.

Sincerely,

Daniel A. Nigh

ec/DAN

Enclosure

Response to Deficiencies

Mario Dandrea & Sarah Dandrea v. 3M Company, Case No.: 0:16-cv-02298-JNE-FLN

Deficiencies cannot be cured at this time as we have not been able to contact client but will continue to make a diligent effort to do so.