IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| IN RE: BAIR HUGGER FORCED AIR WARMING PRODUCT LIABILITY LITIGATION | MDL No.: 15-md-02666 (JNE/FLN) |

This Document Relates To:

LOUIS E. BELLANDE and BONNIE L. BELLANDE,

        Civil Action No.: 16-CV-02700-JNE-DTS

    Plaintiffs,

---

**L.R. 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE REGARDING PLAINTIFF'S MOTION FOR SUBSTITUTION OF PLAINTIFF**

This brief complies with the word limitation of LR 7.1(f) because this brief contains 480 words, including all text, headings, footnotes, and quotations, other than the parts of the brief exempted by LR 7.1(f).  This brief was prepared using Microsoft Office Word 2013.

This brief complies with the type size requirements of LR 7.1 (h) because this brief has been prepared using at least font size 13, is double-spaced (except for headings, footnotes and quotations that exceed two lines) and is submitted on $8^{1/2}$" by 11" paper with at least one inch of margins on all four sides.

Dated: September 13, 2018

                                            KENNEDY HODGES, LLP

                                            By: /s/ David W. Hodges
                                            David W. Hodges
                                            dhodges@kennedyhodges.com
                                            Gabriel A. Assaad
                                            gassaad@kennedyhodges.com
                                            4409 Montrose Blvd. Ste 200
                                            Houston, TX 77006
                                            Telephone: (713) 523-0001
                                            Facsimile: (713) 523-1116

                                            ATTORNEYS FOR PLAINTIFF