

| | | | |
|---|---|---|---|
| KIMBERLY LAMBERT ADAMS | MARTIN H. LEVIN | A. RENEE PRESTON | |
| BRIAN H. BARR | STEPHEN A. LUONGO | ROBERT E. PRICE | |
| MICHAEL C. BIXBY | M. JUSTIN LUSKO | MARK J. PROCTOR | |
| M. ROBERT BLANCHARD | ANDREW E. McGRAW | TROY A. RAFFERTY | |
| BRANDON L. BOGLE | NEIL E. McWILLIAMS, JR. | MATTHEW D. SCHULTZ | |
| W. TROY BOUK | CLAY MITCHELL | W. CAMERON STEPHENSON | |
| WESLEY A. BOWDEN | PETER J. MOUGEY | LEO A. THOMAS | |
| VIRGINIA M. BUCHANAN | DANIEL A. NIGH | BRETT VIGODSKY | |
| WILLIAM F. CASH III | TIMOTHY M. O'BRIEN | | |
| JEFF GADDY | MIKE PAPANTONIO | MALLORY J. MANGOLD | D.L. MIDDLEBROOKS (1926-1997) |
| RACHAEL R. GILMER | CHRISTOPHER G. PAULOS | (LICENSED ONLY IN ALABAMA | DAVID H. LEVIN (1928-2002) |
| FREDRIC G. LEVIN | EMMIE J. PAULOS | AND MISSISSIPPI) | STANLEY B. LEVIN (1938-2009) |



PLAINTIFF'S EXHIBIT F

May 5, 2017

**VIA FEDEX**

Benjamin W. Hulse
Blackwell Burke P.A
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415
bhulse@blackwellburke.com

    Re:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
           MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
           *Mario Dandrea v. 3M Company,* Case No.: 0:16-cv-02298-JNE-FLN

Dear Counsel:

    Pursuant to paragraph 6 of PTO 14, please see attached documentation to cure deficiencies for the above captioned case.

                                    Sincerely,

                                    Daniel A. Nigh

DAN/ec
Enclosure

Response to Deficiencies

*Mario Dandrea v. 3M Company*, Case No.: 0:16-cv-02298-JNE-FLN

Plaintiff Fact Sheet was submitted on Elijah portal on March 22, 2017 to cure deficiency.