IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| IN RE: BAIR HUGGER FORCED AIR WARMING PRODUCT LIABILITY LITIGATION | MDL No.: 15-md-02666 (JNE/FLN) |
| This Document Relates To: | |
| LOUIS E. BELLANDE and BONNIE L. BELLANDE,<br><br>Plaintiffs, | Civil Action No.:  16-CV-02700-JNE-DTS |

_____

## DECLARATION OF DONALD C. GREEN II IN SUPPORT OF PLAINTIFFS' MOTION FOR SUBSTITUTION OF PARTY

I, Donald C. Green II, declare as follows:

1. I am an attorney at Kennedy Hodges, LLP and Counsel for Plaintiffs Louis E. Bellande and Bonnie L. Bellande in the above-captioned matter.

2. I submit this declaration in support of Plaintiff's Motion for Substitution of Party.

3. Attached as Exhibit A is a true and correct copy of the Small Estate Affidavit regarding Mr. Louis E. Bellande's estate and signed by Bonnie L. Bellande on February 6, 2018.

4. Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

September 13, 2018        /s/Donald C. Green II
                          Donald C. Green II