

| | | | |
|---|---|---|---|
| KIMBERLY LAMBERT ADAMS | STEPHEN A. LUONGO | TROY A. RAFFERTY | |
| BRIAN H. BARR | M. JUSTIN LUSKO | MATTHEW D. SCHULTZ | |
| MICHAEL C. BIXBY | NEIL E. McWILLIAMS, JR. | W. CAMERON STEPHENSON | |
| M. ROBERT BLANCHARD | CLAY MITCHELL | THOMAS A. TAYLOR | |
| BRANDON L. BOGLE | PETER J. MOUGEY | LEO A. THOMAS | |
| W. TROY BOUK | DANIEL A. NIGH | BRETT VIGODSKY | |
| WESLEY A. BOWDEN | TIMOTHY M. O'BRIEN | MALLORY J. MANGOLD | |
| VIRGINIA M. BUCHANAN | MIKE PAPANTONIO | (LICENSED ONLY IN ALABAMA | |
| WILLIAM F. CASH III | CHRISTOPHER G. PAULOS | AND MISSISSIPPI) | |
| JEFF GADDY | EMMIE J. PAULOS | | DAVID H. LEVIN (1928-2002) |
| RACHAEL R. GILMER | A. RENEE PRESTON | OF COUNSEL: | STANLEY B. LEVIN (1938-2009) |
| FREDRIC G. LEVIN | ROBERT E. PRICE | LAURA S. DUNNING | |
| MARTIN H. LEVIN | MARK J. PROCTOR | (LICENSED ONLY IN ALABAMA) | |



PLAINTIFF'S EXHIBIT G

November 28, 2017

**VIA FEDEX**

Benjamin W. Hulse
Blackwell Burke P.A
431 South Seventh Street.
Suite 2500
Minneapolis, MN 55415
bhulse@blackwellburke.com

    Re:    *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
              MDL No. 2666 — Deficiencies in Plaintiff Fact Sheet for Individual Case
              *Mario D'andrea v. 3M Company*, Case No.: 0:16-cv-02298-JNE-FLN

Dear Counsel:

    Pursuant to paragraph 6 of PTO 14, please see the attached reverification page for previously cured deficiencies for the above captioned matter.

                           Sincerely,

                           Daniel A. Nigh

DAN/ec

Enclosure

Response to Deficiencies

*Mario D'andrea v. 3M Company,* Case No. 0:16-cv-02298-JNE-FLN

**Reverification Page**

**Exhibit B and Signature Page**

Pursuant to cure the defendant's deficiency and abide by Pre Trial Order 14, I declare that the given response(s) are true.

## REVERIFICATION

MARIO DANDREA
Print Name

*[signature]*
Signature

11-21-2017
Date

# EXHIBIT B

## LIMITED AUTHORIZATION TO DISCLOSE HEALTH INFORMATION

**(Pursuant to the Health Insurance Portability and Accountability Act "HIPAA" of 4/14/03)**

TO:
Patient Name:
DOB: /2-/8-60
SSN: 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

I, _MARIO G. DANGREA_, hereby authorize you to release and furnish to: Faegre Baker Daniels and/or its designee copies of the following information:

* All medical records, including inpatient, outpatient, and emergency room treatment, all clinical charts, reports, documents, correspondence, test results, statements, questionnaires/histories, office and doctors' handwritten notes, and records received by other physicians, dated from _____ (seven years prior to the date of the subject surgery) to the present.

* All autopsy, laboratory, histology, cytology, pathology, radiology, CT Scan, MRI, echocardiogram and cardiac catheterization reports, dated from _____ (seven years prior to the date of the subject surgery) to the present.

* All radiology films, mammograms, myelograms, CT scans, photographs, bone scans, pathology/cytology/histology/autopsy/immunohistochemistry specimens, cardiac catheterization videos/CDs/films/reels, and echocardiogram videos, dated from _____ (seven years prior to the date of the subject surgery) to the present.

* All pharmacy/prescription records, including NDC numbers and drug information handouts/monographs, dated from _____ (seven years prior to the date of the subject surgery) to the present.

* All billing records including all statements, itemized bills, and insurance records, dated from _____ (seven years prior to the date of the subject surgery) to the present.

1. To my medical provider: this authorization is being forwarded by, or on behalf of, attorneys for the defendant for the purpose of litigation. You are not authorized to discuss any aspect of the above-named person's medical history, care, treatment, diagnosis, prognosis, information revealed by or in the medical records, or any other matter bearing on his or her medical or physical condition, unless you receive an additional authorization permitting such discussion. Subject to all applicable legal objections, this restriction does not apply to discussing my medical history, care, treatment, diagnosis, prognosis, information revealed by or in the medical records, or any other matter bearing on my medical or physical condition at a deposition or trial.

-2-

2. I understand that the information in my health record may include information relating to information about behavioral or mental health services and treatment for alcohol and drug abuse.

3. I understand that I have the right to revoke this authorization at any time. I understand that if I revoke this authorization, I must do so in writing and present my written revocation to the health information management department. I understand the revocation will not apply to information that has already been released in response to this authorization. I understand the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy. Unless otherwise revoked, this authorization will expire in one year.

4. I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. I need not sign this form in order to assure treatment. I understand I may inspect or copy the information to be used or disclosed as provided in C.F.R. 164.524. I understand that any disclosure of information carries with it the potential for an unauthorized re-disclosure and the information may not be protected by federal confidentiality rules. If I have questions about disclosure of my health information, I can contact the releaser indicate above.

5. A notarized signature is not required. C.F.R. 164.508. A copy of this authorization may be used in place of an original.

Print Name: _MARIO B. DANDREA_ (plaintiff/representative)

Signature: _[signature]_ Date: _11-21-2017_

-21-

K.  If you claim any loss from medical expenses, copies of all bills from any physician, hospital, pharmacy, or other healthcare provider.

L.  Decedent's death certificate (if applicable).

### VERIFICATION

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that all of the information provided in this Fact Sheet is true and correct to the best of my knowledge.

*MARIO G. DANDREA*
Print Name

*[signature]*
Signature

*11-21-2017*
Date

*MARIO G. DANDREA*
Print Name
(Loss of Consortium Plaintiff)

*[signature]*
Signature

*11-21-2017*
Date