IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| IN RE: BAIR HUGGER FORCED AIR WARMING PRODUCT LIABILITY LITIGATION | MDL No.: 15-md-02666 (JNE/FLN) |
| This Document Relates To: | |
| LOUIS E. BELLANDE and BONNIE L. BELLANDE, | |
| Plaintiffs, | Civil Action No.: 16-CV-02700-JNE-FLN |

---

### PLAINTIFFS' MEET AND CONFER STATEMENT REGARDING PLAINTIFFS' MOTION FOR SUBSTITUION OF PARTY

The undersigned counsel for Plaintiff states that the meet-and-confer requirements of Local Rule 7.1(a)(1)(A) have been satisfied through prior communication among counsel for the parties.

In an email on September 13, 2018, counsel for Plaintiffs informed Defendants of the filing of this motion and sought Defendants' position on the motion itself. No response was received, but Plaintiffs expect that Defendants will oppose this motion and the relief sought.

Dated: September 13, 2018

                                          KENNEDY HODGES, LLP

By: /s/ David W. Hodges
David W. Hodges
dhodges@kennedyhodges.com
Gabriel A. Assaad
gassaad@kennedyhodges.com
4409 Montrose Blvd. Ste 200
Houston, TX 77006
Telephone: (713) 523-0001
Facsimile: (713) 523-1116
ATTORNEYS FOR PLAINTIFF