UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-md-2666(JNE/FLN) |
| This document relates to: | |
| LOUIS E. BELLANDE and BONNIE L. BELLANDE, | |
| Plaintiffs, | |
| vs. | Civil Action No. 16-cv-02700 |
| 3M COMPANY, A Delaware Corporation, and ARIZANT HEALTHCARE, INC., a Delaware Corporation, | |
| Defendants. | |

_____

**ORDER**

This came before the Court on Plaintiffs Motion for Substitution of Party. Based on the files, records, and proceedings herein,

IT IS HEREBY ORDERED that Plaintiff's Motion for Substitution of Party is GRANTED, and Bonnie L. Bellande, in her capacity as Administrator of the Estate of Louis E. Bellande, Deceased, is substituted as a proper party in place of Louis E. Bellande, individually, in the above referenced action. Bonnie L. Bellande will also remain as a party in an individual capacity and retain all claims specific to her.

Date:_____   BY THE COURT

_____
JUDGE, U.S. DISTRICT COURT