**SKYRIDGE MEDICAL CENTER**                                    **INTRA-OPERATIVE ASSESSMENT**

PLAINTIFF'S EXHIBIT 5

| Patient Name | Cont. # | Med. Rec. | Account | Height | Weight |
|---|---|---|---|---|---|
| Patient: DANDREA, MARIO | | | | | |

| Date & Procedure Room |
|---|
| 02/23/2010 - OR 4 |

## INTRA-OPERATIVE ASSESSMENT

**STAFF & TIME:**

ALLERGIES [PCN]

2ND INCISION: [_____] 2ND CLOSE: [_____]

[X] CLICK PERSONNEL BUTTON / COMPLETE FIELDS

[X] CLICK RESOURCES BUTTON / COMPLETE ACTUAL USAGE

[X] CLICK CASE DATA BUTTON / COMPLETE FIELDS

ANESTHESIA RELIEF: [KEVIN OTTO CRNA--BREAK;LUNCH-1139--]

COMMENT [PT ARRIVED LATE TO HOSPITAL AND ALSO ATE @ 0300--DELAYED START TILL AFTER 0900 PER ANESTHESIA ORDER.] REPORT RECEIVED FROM [BETSY WALKER]

| Anesthesiologist | Anesthetist | Anes. Type | ASA Rating |
|---|---|---|---|
| BROWN, MD, JAMES | BELKNAP, CRNA, TERRI | GENERAL ANESTHESIA | 3 |

| Pre-Op Diagnosis: | SEVERE VARUS DEGENERATIVE DISEASE W/ A VARUS FLEXION MALUNION OF THE DISTAL FEMUR |
|---|---|
| Surgeon(s) | BEASLEY, ROBERT |
| Assisting: | |
| Procedure Description: | LEFT TOTAL KNEE ARTHROPLASTY USING BIOMET IMPLANTS |
| Assign Residents: | |
| Post-Op Diagnosis: | SAME |
| Complications: | |

| Personnel Name | Role | In Time | Out Time |
|---|---|---|---|
| [] COMOLA, RN, GAIL | CIRCULATOR | 09:22 | 12:17 |
| [] JUSTICE, FA MEGAN | FIRST ASSIST | 09:22 | 12:17 |
| [] KELLY, CST, JOE | 1ST SCRUB | 09:22 | 12:17 |
| [] SULLIVAN, ST, MANDY | 3RD SCRUB | 09:22 | 12:17 |
| [] BERT SMITH | CELL SAVER REP | 09:22 | 12:17 |

**TIME OUT:** [X] PLEASE REFER TO CORPORATE STANDARD FORM

**SURGERY TIME CHARGE LEVEL:**

ANESTHESIA LEVEL [LEVEL 3]

SURGERY LEVEL [LEVEL 5]

**SURGICAL ITEM COUNT:**

NURSING DIAGNOSIS: AT RISK FOR FOREIGN BODY RETENTION.
GOAL: ABSENCE OF FOREIGN BODY [_____]

EVALUATION: GOAL ACHIEVED COUNTS COMPLETED PER POLICY. [YES]

[X] INITIAL INSTRUMENTS

[X] INITIAL LAPS

[X] INITIAL BLADES

[X] INITIAL NEEDLES

[X] INITIAL SCRATCH PADS

[X] INITIAL BOVIE TIPS
INITIAL OTHER [INSTRUMENT INVENTORY]
INITIAL COUNT --STAFF [JK/GC]


CLOSURE CAVITY WITHIN CAVITY OTHER [_____]
CLOSURE OF CAVITY WITHIN CAVITY COUNT --STAFF [     ]


[X] CLOSURE OF WOUND LAPS
[X] CLOSURE OF WOUND BLADES
[X] CLOSURE OF WOUND NEEDLES
[X] CLOSURE OF WOUND SCRATCH PADS


[X] CLOSURE OF WOUND BOVIE TIPS
CLOSURE OF WOUND OTHER [_____]
CLOSURE OF WOUND COUNT-- STAFF [JK/GC]
[X] AT SKIN CLOSURE INSTRUMENTS

[X] AT SKIN CLOSURE LAPS
[X] AT SKIN CLOSURE BLADES
[X] AT SKIN CLOSURE NEEDLES
[X] AT SKIN SCRATCH PADS


[X] AT SKIN BOVIE TIPS
AT SKIN CLOSURE OTHER [INSTRUMENT INVENTORY]
SKIN CLOSURE COUNT-- STAFF [JK/GC]

[X] COUNT CORRECT
CHANGE OF SHIFT COUNT [_____]
[X] SURGEON NOTIFIED


COMMENT [_____]

**HEMODYNAMIC LINES:**

NURSING DIAGNOSIS: AT RISK FOR INFECTION, AT RISK FOR VOLUME DEFICIT.
GOAL: BODY FLUIDS MONITORED, ASEPTIC PRINICIPLES IMPLEMENTED. [_____]

EVALUATION: GOAL IS ACHIEVED. [YES]

PERIPHERAL I.V. SITE [REFER TO HOLDING RECORD]CATH SIZE & TYPE [_____]

INSERTED BY [_____]

ARTERIAL LINE [NA]INSERTED BY [_____]

CVP LINE [N/A]INSERTED BY [_____]

PULMONARY ARTERY CATHETER [N/A]INSERTED BY [_____]

COMMENT [_____]

**SAFETY MEASURE:**

NURSING DIAGNOSIS: AT RISK FOR INJURY, THE MUSCULOSKELETAL, SENSORY, CIRCULATORY, &
RESPIRATORY SYSTEMS ARE PROTECTED ACCORDING TO POLICY.
GOAL: NO EVIDENCE OF INJURY / HARM AT THE END OF SURGICAL INTERVENTION. [_____]

EVALUATION: GOAL IS ACHIEVED [YES]

TRANSFER [TO OR BED W/ MINIMAL ASSIST]SAFETY STRAP IN PLACE [ABDOMEN]

ARMS [ARMS ON ARMBOARD]POSITIONED BY [RN/ANES]

COMMENT [_____]

**PATIENT POSITION:**

[X] SUPINE

SUPINE LEG HOLDER [_____]

PATIENT COMFORT CONFIRMED [YES]

COMMENT [HEELS 6 IN OFF EDGE OF BED]

**POSITIONING AIDS:**

[X] FOAM HEADREST

[X] ARMBOARD(S)

[X] GEL PAD(S)

OTHER PADDING [_____]

BEACH CHAIR POSITION [_____]

[X] SCHURE BAR

[X] BLACK FOAM KNEE POSITIONER

COMMENT [RIGHT LEG IN BLACK FOAM POSITIONER AND SECURED TO BED]

**EQUIPMENT:**

[X] ELECTROSURGICAL UNIT SERIAL # [VALLEYLAB SF8G02961A]
SETTINGS: CUT / COAG [50/50]
MEGADYNE PAD [OR#1 - 90339007]
GROUND PAD SITE [TORSO] APPLIED BY [PAD ON BED]
SERIAL # [_____]
SETTING [_____]
SERIAL # [_____]
[X] TOURNIQUET SERIAL # [BC099920]
LOCATION APPLIED [LEFT THIGH] APPLIED BY [M JUSTCI CFA ST]
PRESSURE SETTING / MMHG [350]
TIME: LIST UP & DOWN TIME [UP @ 0951, DOWN @ 1129]
TOTAL TIME [98 MIN]
BAIR HUGGER [UPPER BODY] SERIAL # [16275] BAIR HUGGER TEMP [43']
MONITORED BY [ANES]
SERIAL # [_____]
MONITORED BY [ _____] K THERM TEMP [_____]
SERIAL # [_____]
PRESSURE MMHG [_____] LOCATION [_____]
APPLIED BY [_____]
[X] CELL SAVER SERIAL # 10185 [_____]
TYPE [_____]

SERIAL # [_____]
COMMENT [_____]

**LASER**

| Time | Laser | Watts | Energy (Joules) | Mode | Rate | Duration |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**URINARY CATHETER:**   [X] N/A

BALLOON ML [_____] INITIAL RETURN ML [_____] INSERTED BY [_____]

COMMENT [_____]

**NURISNG DIAGNOSIS: AT RISK FOR INFECTION RELATED TO SURGICAL PROCEDURE.**
**GOAL: AVOIDANCE OF PATIENT INFECTION RELATED TO SURGICAL PROCEDURE.**
**SKIN PREP:**

NURSING DIAGNOSIS: AT RISK FOR INFECTION RELATED TO SURGICAL PROCEDURE.
GOAL: PREVENTION OF PATIENT INFECTION RELATED TO SURGICAL PROCEDURE. [_____]
EVALUATION: GOAL IS ACHIEVED: [YES]
[X] N/A
AREA OF HAIR REMOVAL [_____] HAIR REMOVED BY [_____]
PREP SOLUTION [ALCOHOL & CHLORAPREP] AREA PREPPED [LEFT LEG, ANKLE TO TOURNIQUET]

LENGTH OF PREP [10 MIN]PREPPED BY [G COMOLA RN]REACTION [NONE]COMMENT [HELD BY IVAN JACKSON PCT]

## FLUID / IRRIGATION / MEDICATION:

NURSING DIAGNOSIS: AT RISK FOR VOLUME DEFICIT.
GOAL: BODY FLUIDS MONITORED. [ _____ ]

EVALUATION: GOAL IS ACHIEVED. [YES]

[X] PER VERBAL ORDER PHYSICIAN

[X] IRRIGATION - ADD TO MEDICATION SECTION

[X] MEDICATION - ADD TO MEDICATION SECTION

BLOOD PRODUCT(S) [ _____ ]

COMMENT [BB # AFC 3690]

| Medication Description | Amount | Route | Time | BY | DATE |
|---|---|---|---|---|---|
| [ ] Normal Saline 1000cc For irrigation | QS W/ BETADINE | IRRI/NSS | 08:46 | SURGEON | 02/23/2010 |
| [ ] Betadine Solution 4 Oz | 4 OZ IN 1 L NS | IRRI/NSS | 08:46 | SURGEON | 02/23/2010 |
| [ ] Bacitracin | 50,000 UNITS IN 3 L NS | PULSE LAVAGE | 08:45 | SURGEON | 02/23/2010 |
| [ ] Nss 3000ml Irrigation | QS W/ BACITRACIN | PULSE LAVAGE | 08:45 | SURGEON | 02/23/2010 |
| [ ] Sterile Water 2000ml | 2 BOTTLES | INSTRUMENT RINSE | 08:43 | BACKTABLE | 02/23/2010 |
| [ ] N.s. 0.9% i.v. 1000cc | QS W/ HEPARIN | CELLSAVER | 08:43 | CELL SAVER REP | 02/23/2010 |
| [ ] 06-heparin 5000 Units / 1ml Vial | 40,000 UNITS IN 1 L NS | CELL SAVER | 08:43 | CELL SAVER REP | 02/23/2010 |

## DRAINS:

CHEST DRAIN [ _____ ]

JACKSON PRATT [ _____ ]HEMOVAC [LEFT KNEE--REMD PER CELL SAVER REP IN PACU]PENROSE [ _____ ]

SALEM SUMP [ _____ ]

OTHER [ _____ ]

## INTRA - OPERATIVE RADIOLOGY:

AREA [ _____ ]TECH [ _____ ]

[X] C-ARMAREA [LEFT LEG]TECH [RICK BERGSTROM]FLUORO TIME [ _____ ]

COMMENT [ _____ ]

## IMPLANTS / PROTHESIS:

[X] IMPLANT LABELS ON PROGRESS NOTESVENDOR / REPRESENTATIVE [TED DRENNAN BIOMET REP]

COMMENT [ _____ ]

| Implants Description/Model/Catalog | Manuf. | Serial # | Lot # | Location / Site | Mfg. Date / Expiration |
|---|---|---|---|---|---|
| 2 EACH--BIOMET CEMENT W/GENTAMYCIN Model/Catalog: 402283 Tis | BIOMET | | 649590 | 07/01/2011-EXP LEFT KNEE | 07/01/11 |
| CEMENT PLUG BUCKS 18.5MM Model/Catalog: 0200-18S Tissue Temp | MICROTEK | | D91204 | 04/01/2014-EXP LEFT KNEE | 04/01/14 |
| FIXED CRUC TIBIAL PLATE 79MM INTERLOCK Model/Catalog: 14123 | BIOMET | | 426460 | 02/01/2020-EXP LEFT KNEE | 02/01/20 |