# BERNSTEIN LIEBHARD LLP

ATTORNEYS AT LAW

10 EAST 40TH STREET
NEW YORK, NEW YORK 10016

(212) 779-1414
FAX: (212) 779-3218
WWW.BERNLIEB.COM

September 17, 2018

**VIA ECF**
The Honorable Joan N. Ericksen
District Judge, District of Minnesota
United States District Court
12W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

RE: *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
    MDL 15-2666-JNE-DTS

Dear Judge Ericksen:

I am writing to update the Court on Plaintiffs' Response in Opposition to Defendants' Motion to Dismiss for Failure to Comply with Pretrial Order No. 14 (ECF No. 1479). This Response concerns alleged PFS deficiencies.

Specifically, Plaintiff in *Taplin v. 3M Co., et al.* (No. 0:17-cv-05370-JNE-DTS) filed a stipulation of dismissal without prejudice, therefore, Defendants' Motion to Dismiss is moot. However, Plaintiff Taplin's claims against Defendants in 0:17-cv-02848-JNE-DTS remain pending, and in full force and effect.

It is therefore respectfully requested that the Court deny Defendants' instant motion as moot.

Very truly yours,

Daniel C. Burke