

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

September 19, 2018

**VIA ECF**

The Honorable Joan N. Ericksen
District Judge, District of Minnesota
United States District Court
12W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN  55415

RE:     *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
        MDL No. 15-2666-JNE-FLN

Dear Judge Ericksen:

I am writing to again update the Court on Defendants' Fourteenth Motion to Dismiss for Failure to Comply with Pretrial Order No. 14 (Dkt. No. 1463).  This Motion concerns PFS deficiencies.

Earlier today, Plaintiffs in *D'Andrea v. 3M Co., et al.* (No. 16-cv-02298), *Dixon v. 3M Company* (No. 18-cv-00240), and *Tawes v. 3M Company* (No. 18-cv-00678) served amended PFSs.

Following discussions between the parties' counsel, Defendants will no longer be seeking dismissal of these cases as part of this Motion.

Sincerely,

*s/Benjamin W. Hulse*

Benjamin W. Hulse