UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to All Actions | **PLAINTIFFS' MOTION TO AMEND PRETRIAL ORDER NO. 23** |

PLEASE TAKE NOTICE that the undersigned hereby brings a Motion to Amend Pretrial Order No. 23.

This motion is brought pursuant to Federal Rules of Civil Procedure Rule 16 and is based on Plaintiffs' Memorandum in Support of Motion to Amend Pretrial Order No. 23; the exhibits, files, and records herein; and argument to be presented at the hearing of this matter.

Respectfully submitted,

Dated: September 19, 2018

| CIRESI CONLIN L.L.P. | MESHBESHER & SPENCE LTD. |
|---|---|
| /s/ Michael V. Ciresi_____ | /s/ Genevieve M. Zimmerman |
| Michael V. Ciresi (MN #0016949) | Genevieve M. Zimmerman (MN #330292) |
| Jan M. Conlin (MN #0192697) | 1616 Park Avenue South |
| Ciresi Conlin LLP | Minneapolis, MN 55404 |
| 225 S. 6th St., Suite 4600 | Phone: (612) 339-9121 |
| Minneapolis, MN 55402 | Fax: (612) 339-9188 |
| Phone: 612.361.8202 | Email: gzimmerman@meshbesher.com |
| Email: MVC@CiresiConlin.com | |
|       JMC@CiresiConlin.com | |

| LEVIN PAPANTONIO, P.A. | KENNEDY HODGES, LLP |
|---|---|
| /s/ Ben W. Gordon, Jr. | /s/ David W. Hodges |
| Ben W. Gordon (FL # 882836) – Pro Hac Vice | David W. Hodges (TX # 00796765) |
| J. Michael Papantonio (FL # 335924) | Gabriel A. Assaad (TX # 24076189) |
| 316 S. Baylen Street, Suite 600 | 4409 Montrose Blvd., Suite 200 |
| Pensacola, FL 32502-5996 | Houston, TX 77006 |
| Phone: (850) 435-7090 | Phone: (713) 523-0001 |
| Fax: (850) 436-6090 | Fax: (713) 523-1116 |
| Email: bgordon@levinlaw.com | Email: dhodges@kennedyhodges.com |

**Plaintiffs' Co-Lead Counsel**