UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to All Actions | **L.R. 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE REGARDING PLAINTIFFS' MOTION TO AMEND PRETRIAL ORDER NO. 23** |

This brief complies with the work limitation of LR 7.1(f) because this brief contains 3,109 words, including all text, headings, footnotes, and quotations, other than the parts of the brief exempted by LR 7.1(f). This brief was prepared using Microsoft Office Word 2013.

This brief complies with the type size requirements of LR 7.1 (h) because this brief has been prepared using at least font size 13, is double-spaced (except for headings, footnotes and quotations that exceed two lines) and is submitted on $8^{1/2}$" by 11" paper with at least one inch of margins on all four sides.

Respectfully submitted,

Dated:  September 19, 2018

| CIRESI CONLIN L.L.P. | MESHBESHER & SPENCE LTD. |
|---|---|
| /s/ Michael V. Ciresi_____ | /s/ Genevieve M. Zimmerman |
| Michael V. Ciresi (MN #0016949) | Genevieve M. Zimmerman (MN #330292) |
| Jan M. Conlin (MN #0192697) | 1616 Park Avenue South |
| Ciresi Conlin LLP | Minneapolis, MN 55404 |
| 225 S. 6th St., Suite 4600 | Phone: (612) 339-9121 |
| Minneapolis, MN 55402 | Fax: (612) 339-9188 |
| Phone: 612.361.8202 | Email: gzimmerman@meshbesher.com |
| Email: MVC@CiresiConlin.com | |
| JMC@CiresiConlin.com | |

| LEVIN PAPANTONIO, P.A. | KENNEDY HODGES, LLP |
|---|---|
| /s/ Ben W. Gordon, Jr. | /s/ David W. Hodges |
| Ben W. Gordon (FL # 882836) – Pro Hac Vice | David W. Hodges (TX # 00796765) |
| J. Michael Papantonio (FL # 335924) | Gabriel A. Assaad (TX # 24076189) |
| 316 S. Baylen Street, Suite 600 | 4409 Montrose Blvd., Suite 200 |
| Pensacola, FL 32502-5996 | Houston, TX 77006 |
| Phone: (850) 435-7090 | Phone: (713) 523-0001 |
| Fax: (850) 436-6090 | Fax: (713) 523-1116 |
| Email: bgordon@levinlaw.com | Email: dhodges@kennedyhodges.com |

**Plaintiffs' Co-Lead Counsel**