UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to All Actions | **MEET AND CONFER STATEMENT REGARDING PLAINTIFFS' MOTION TO AMEND PRETRIAL ORDER NO. 23** |

Counsel for Plaintiffs certify that they met and conferred with counsel for Defendants as follows:

1. On September 19, 2018, counsel for Plaintiffs sent an email to counsel for Defendants stating that Plaintiffs intend to move the Court to amend Pretrial Order No. 23 ("PTO 23") by eliminating the 90-day deadline to file a Suggestion of Death. Plaintiffs requested that Defendants state whether they would oppose such a motion.

2. Defendants responded on September 19, 2018 by stating that they would oppose efforts to amend PTO 23.

Respectfully submitted,

Dated:  September 19, 2018

| CIRESI CONLIN L.L.P. | MESHBESHER & SPENCE LTD. |
|---|---|
| /s/ Michael V. Ciresi_____ | /s/ Genevieve M. Zimmerman |
| Michael V. Ciresi (MN #0016949) | Genevieve M. Zimmerman (MN #330292) |
| Jan M. Conlin (MN #0192697) | 1616 Park Avenue South |
| Ciresi Conlin LLP | Minneapolis, MN 55404 |
| 225 S. 6th St., Suite 4600 | Phone: (612) 339-9121 |
| Minneapolis, MN 55402 | Fax: (612) 339-9188 |
| Phone: 612.361.8202 | Email: gzimmerman@meshbesher.com |
| Email: MVC@CiresiConlin.com | |
| JMC@CiresiConlin.com | |
| LEVIN PAPANTONIO, P.A. | KENNEDY HODGES, LLP |
| /s/ Ben W. Gordon, Jr. | /s/ David W. Hodges |
| Ben W. Gordon (FL # 882836) – Pro Hac Vice | David W. Hodges (TX # 00796765) |
| J. Michael Papantonio (FL # 335924) | Gabriel A. Assaad (TX # 24076189) |
| 316 S. Baylen Street, Suite 600 | 4409 Montrose Blvd., Suite 200 |
| Pensacola, FL 32502-5996 | Houston, TX 77006 |
| Phone: (850) 435-7090 | Phone: (713) 523-0001 |
| Fax: (850) 436-6090 | Fax: (713) 523-1116 |
| Email: bgordon@levinlaw.com | Email: dhodges@kennedyhodges.com |

**Plaintiffs' Co-Lead Counsel**