UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation | MDL No.  15-2666 (JNE/FLN) |
| This Document Relates to All Actions | **[PROPOSED] ORDER REGARDING PLAINTIFFS' MOTION TO AMEND PRETRIAL ORDER NO. 23** |

---

Before the Court is Plaintiffs' Motion to Amend Pretrial Order No. 23. Upon consideration of the pleadings and all documents relating to this Motion, oral hearing on same, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED.

The Court will issue an amended Pretrial Order to replace the existing Pretrial Order No. 23.

Signed this _____ day of _____, 2018.

_____
Hon. Joan N. Ericksen
U.S. District Court Judge