# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

**COURT MINUTES**
BEFORE: David T. Schultz
U.S. Magistrate Judge

IN RE: Bair Hugger Forced Air Warming Devices Product Liability Litigation

| | |
|---|---|
| Case No: | 0:15-md-02666 (JNE/FLN) |
| Date: | September 20, 2018 |
| Deputy: | Catherine B. Cusack |
| Court Reporter: | Maria V. Weinbeck |
| Courthouse: | Minneapolis |
| Courtroom: | 12W |
| Time in Court: | 9:34 AM - 10:31 AM |
| Time in Court: | 57 Minutes |

## STATUS CONFERENCE

APPEARANCES:

Plaintiff: Genevieve M. Zimmerman, Gabriel Assaad, Michael A. Sacchet, David J. Szerlag, David W. Hodges, Kristine Kraft, Noah C. Lauricella

Defendant: Jerry W. Blackwell, Lyn Peeples Pruitt, Benjamin W. Hulse, Bridget M. Ahmann, Mary S. Young

Please see attached list of telephone participants.

PROCEEDINGS:

☒ Appearances made on the record.
☒ Status Conference held on September 20, 2018. The Court will hear Defendants' motions to dismiss (MDL ECF Nos. 1354, 1463) at the October Status Conference. Plaintiffs will today file a motion to amend the complaint in 17-cv-511 (JNE/DTS) *Nancy Axline v. 3M Company and Arizant Healthcare, Inc.* Defendants will respond by Tuesday, September 25, 2018. The Court grants the extension of the protective order in 16-cv-4159 (JNE/DTS) *Ada Trombley v. 3M Company* to ProMedica Bay Park Hospital, as stated at the hearing. Next Status Conference is scheduled for Thursday, October 18, 2018, at 9:30 AM.