Telephone Participants - 9/20/2018 Status Conference

| NAME | FIRM NAME |
| --- | --- |
| John C. Thornton | Andrew & Thornton |
| Lauren Davis | Andrew & Thornton |
| Allison Brown | Bachus & Schanker, LLC |
| Darin Schanker | Bachus & Schanker, LLC |
| J. Kyle Bachus | Bachus & Schanker, LLC |
| Krysta Hand | Bachus & Schanker, LLC |
| Kyle Bachus | Bachus & Schanker, LLC |
| J. Christopher Elliott | Bachus & Schanker, LLC |
| Noelle Collins | Bachus & Schanker, LLC |
| Alexandra Franklin | Bachus & Schanker, LLC |
| Justin Jenson | Bailey Peavy Bailey Cowan Heckaman, PLLC |
| Renee Lindsey | Beasley, Allen, Crow, Methvin, Portis & Miles, PC |
| Lisa Courson | Beasley, Allen, Crow, Methvin, Portis & Miles, PC |
| Liz Liberatore | Brown & Crouppen, PC |
| Don Ledgard | Capretz & Associates |
| Martin D. Crump | Davis & Crump |
| Robert Cain | Davis & Crump |
| Wes Stevenson | Davis & Crump |
| Wayne Rogers, Jr. | DeGaris Law Group, LLC |
| Kevin Fitzgerald | Fitzgerald Law Group, LLC |
| Colleen Sumner | Fitzgerald Law Group, LLC |
| Don McKenna | Hare Wynn Newell & Newton |
| Lynne Reed | Hare Wynn Newell & Newton |
| Peggy Little | Hare Wynn Newell & Newton |
| Natasha Ingram Hollis | Hollis Legal Solutions, PPLC |
| Monica Vaughan | Houssier, Durant & Houssier, LLP |
| Randall A. Kauffman | Houssier, Durant & Houssier, LLP |
| Shirley Strom-Blanchard | Houssier, Durant & Houssier, LLP |
| Amber M. Pang Parra | Justinian & Associates PLLC |
| Esmeralda Ugarte | Justinian & Associates PLLC |
| Behram V. Parekh | Kirtland & Packard |
| Rachel Ahmann (Assistant) | Langdon & Emison |
| Lauren Niendick | Langdon & Emison |
| Heather Cover | Law Office of James S. Rogers |
| Rebeka Strum | Law Office of Travis R. Walker, PA |
| Travis R. Walker | Law Office of Travis R. Walker, PA |
| Valerie Marshall | Law Office of Travis R. Walker, PA |
| Daniel A. Nigh | Levin Papantonio, PA |
| Pete Lewis | Lewis & Caplan |
| Sarah Delahoussaye Call | Lewis & Caplan |
| Amy C. Webster | Lewis & Caplan |
| Elizabeth A. Peterson | Lockridge Grindal Nauen, PLLP |
| William Hymes | Loncar & Associates |
| John L. Coveney | Loncar & Associates |
| Melissa Marie Heinlein | Lord & Associates Law Office |
| Priscilla Lord | Lord & Associates Law Office |
| Sonja Mathiesen | Lord & Associates Law Office |
| Rosemarie Bogdan | Martin Harding & Mazzotti LLP |
| Kristen Winner | Martin Harding & Mazzotti LLP |
| Emily Robinson | McEwen Law Firm LTD |
| Gregory N. McEwen | McEwen Law Firm LTD |
| Holly Sternquist | Meshbesher & Spence, LTD |
| Melanie Frenz | Meshbesher & Spence, LTD |
| Bryan A. Pfleeger | Michael Hingle & Associates |

| | |
|---|---|
| Julie M. Jochum | Michael Hingle & Associates |
| Heather Cullen | Morgan & Morgan Complex Litigation Group |
| Joseph T. Waechter | Morgan & Morgan Complex Litigation Group |
| Michael Goetz | Morgan & Morgan Complex Litigation Group |
| Jim Morris | Morris Law Firm |
| Shane Greenberg | Morris Law Firm |
| Caroline W. Thomas | Murray Law Firm |
| Neal R. Elliott, Jr | Neal R. Elliott |
| Michael S. Werner | Parker Waichman, LLP |
| Brian E. Tadtman | Peterson & Associates, P.C. |
| Wendy Thayer | Pritzker Hageman, PA |
| Jeffery L. Raizner | Raizner Slania LLP |
| Rica Rinosa | Raizner Slania LLP |
| Erin Stracerner | Raizner Slania LLP |
| Kristen Gorombol | Raizner Slania LLP |
| Carrie Hancock | Randall J. Trost, P.C. |
| Pam Rodriguez | Randall J. Trost, P.C. |
| Randall T Trost | Randall J. Trost, P.C. |
| Dan Haltiwanger | Richardson, Patrick, Westbrook & Brickman, LLC |
| Missi Cruz | Richardson, Patrick, Westbrook & Brickman, LLC |
| Jeremiah Mosley | Riley & Jackson, PC |
| Keith Jackson | Riley & Jackson, PC |
| Mary Malea Sellers | Riley & Jackson, PC |
| Michael Nathan | Sanders Phillips Grossman |
| Rob Shelton | Shelton Law Group |
| Diane Ezrre Robles | Showard Law Firm PC |
| Julie Tucci | Skikos Crawford Skikos & Joseph |
| Darilyn Simon | Skikos Crawford Skikos & Joseph |
| Mark Tate | Tate Law Group |
| Nikki Jackson | Tate Law Group |
| Allan J. Ahearne | The Ahearne Law Firm, PLLC. |
| Jessica J. Pauley | The Ahearne Law Firm, PLLC. |
| Alfred Olinde, Jr | The Olinde Firm, LLC |
| Casandra Haggett | The Reardon Law Firm, P.C. |
| John Nazzaro | The Reardon Law Firm, P.C. |
| Austin Grinder | The Ruth Team |
| Steven C. Ruth | The Ruth Team |
| Eric Roslansky | The Ruth Team |
| Chelsie Garza | The Webster Law Firm |
| Charles H Johnson | Law Office of Charles H. Johnson |