UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Products Liability Litigation<br><br>_____<br><br>This Document Relates To:<br><br>*Bonnie L. Bellande,* 17-cv-2889-JNE-FLN | MDL No. 15-2666 (JNE/FLN)<br><br>**RULE 7.1(F) CERTIFICATE OF COMPLIANCE REGARDING DEFENDANTS' OPPOSITION TO MOTION TO SUBSTITUTE PARTIES** |

I, Benjamin W. Hulse, certify that Defendants' Opposition to Motion to Substitute Parties ("Opposition") complies with Local Rule 7.1(f) and with the type-size limit of Local Rule 7.1(h).

I further certify that, in preparation of the Memorandum, I used Microsoft® Word 2016, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the Memorandum contains 876 words.

Dated: September 20, 2018              Respectfully submitted,

*s/Benjamin W. Hulse*
Jerry W. Blackwell (MN #186867)
Benjamin W. Hulse (MN #0390952)
Mary S. Young (MN #0392781)
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3200
Fax: (612) 343-3205
Email: blackwell@blackwellburke.com
       bhulse@blackwellburke.com
       myoung@blackwellburke.com

Bridget M. Ahmann (MN #016611x)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Phone: (612) 766-7000
Email: bridget.ahmann@faegrebd.com

*Counsel for Defendants 3M Company and Arizant Healthcare Inc.*