

**Benjamin W. Hulse**
**Direct Dial: 612-343-3256**
**E-Mail: bhulse@blackwellburke.com**

September 24, 2018

**VIA ECF**

The Honorable Joan N. Ericksen
District Judge, District of Minnesota
United States District Court
12W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN  55415

RE:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
       MDL No. 15-2666-JNE-FLN

Dear Judge Ericksen:

Defendants respectfully request a one-week extension, to October 3, 2018, to file their opposition to Plaintiffs' Motion to Amend Pretrial Order No. 23 (Dkt. No. 1517).  Plaintiffs have consented to this request.

Sincerely,

*s/Benjamin W. Hulse*

Benjamin W. Hulse
BWH:ck