# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-md-2666(JNE/DTS) |
| This document relates to: | |
| LOUIS E. BELLANDE and BONNIE L. BELLANDE, | Civil Action No. 16-cv-02700 |
| Plaintiffs, | |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR SUBSTITUION OF PARTY

Pursuant to L.R. 7.1(b)(3), Plaintiff files this motion for leave and respectfully requests leave of Court to file a Reply in Support of Plaintiffs' Motion for Substitution of Party. Plaintiffs' proposed reply is attached hereto as Exhibit A.

Defendants have filed a response to Plaintiffs' Motion for Substitution of the deceased Plaintiff, Mr. Louis Bellande. In their response, Defendants make accusations that Ms. Bonnie L. Bellande—the widow of the deceased and a party to the case in her own right—is not a proper party for substitution. Defendants also reference the timing of the filing of the Suggestion of Death, which is wholly irrelevant substantively to the present Motion. Plaintiffs seek to file a reply to address these assertions made by Defendants and to address the needless reference to the timing of the Suggestion of Death in their Response. Therefore, Plaintiffs seek leave of Court to file the attached reply in support of their Motion.

Dated: September 25, 2018

Respectfully submitted,

                                                KENNEDY HODGES, LLP

                                                By: /s/ David W. Hodges
                                                David W. Hodges
                                                dhodges@kennedyhodges.com
                                                Gabriel A. Assaad
                                                gassaad@kennedyhodges.com
                                                4409 Montrose Blvd. Ste 200
                                                Houston, TX 77006
                                                Telephone: (713) 523-0001
                                                Facsimile: (713) 523-1116

                                                ATTORNEYS FOR PLAINTIFFS