## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

IN RE: BAIR HUGGER FORCED AIR    MDL No. 15-md-2666(JNE/DTS)
WARMING DEVICES PRODUCTS
LIABILITY LITIGATION

This document relates to:

LOUIS E. BELLANDE and BONNIE L.    Civil Action No. 16-cv-02700
BELLANDE,

   Plaintiffs,

---

## MEET AND CONFER STATEMENT REGARDING
## PLAINTIFFS' MOTION FOR LEAVE TO FILE A REPLY

The undersigned counsel for Plaintiffs Louis E. Bellande and Bonnie L. Bellande certifies that counsel for Plaintiffs met and conferred with counsel for Defendants as follows:

1.  On Tuesday, September 25, 2018, Plaintiffs' counsel sent an email to counsel for Defendants stating that Plaintiffs intend to seek leave of Court to file a reply to Defendants' response regarding Plaintiffs' Motion to Substitute Party.

2.  On Tuesday, September 25, 2018, counsel for Defendants' responded that they would oppose the motion for leave because they believe that it is untimely.

Dated: September 25, 2018

KENNEDY HODGES, LLP

By: /s/ David W. Hodges
David W. Hodges
dhodges@kennedyhodges.com
Gabriel A. Assaad
gassaad@kennedyhodges.com
4409 Montrose Blvd. Ste 200
Houston, TX 77006
Telephone: (713) 523-0001
Facsimile: (713) 523-1116

ATTORNEYS FOR PLAINTIFFS