UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-md-2666(JNE/DTS) |
| This document relates to: | |
| LOUIS E. BELLANDE and BONNIE L. BELLANDE, | Civil Action No. 16-cv-02700 |
| Plaintiffs, | |

## [PROPOSED] ORDER REGARDING PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY

Before the Court is Plaintiffs' Motion for Leave to File a Reply to Defendants' Response to Plaintiffs' Motion for Substitution of Plaintiff. Upon consideration of the pleadings and all documents relating to this Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiffs' Motion for Leave is GRANTED.

The Court will allow Plaintiffs to file their Reply or cause same to be filed.

Signed this _____ day of _____, 2018.

_____

Hon. Joan N. Ericksen
U.S. District Court Judge