# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION

MDL No. 15-2666 (JNE/DTS)

This Document Relates to:
Case Nos.:
17-cv-01701 *(Wright v. 3M Company)*
17-cv-02426 *(Johnson v. 3M Company)*
17-cv-02901 *(Moore v. 3M Co., et al.)*
17-cv-04754 *(Weaver v. 3M Co., et al.)*
17-cv-04967 *(Ewing v. 3M Company)*
17-cv-04881 *(Potter v. 3M Co., et al.)*
17-cv-04891 *(Edwards v. 3M Co., et al.)*
17-cv-05052 *(Hanks v. 3M Co., et al.)*
17-cv-05270 *(Johnston v. 3M Co., et al.)*
17-cv-05277 *(Billings v. 3M Co., et al.)*
17-cv-05327 *(Lykes-Traver v. 3M Company)*
17-cv-05371 *(Bresnock v. 3M Co., et al.)*
17-cv-05426 *(Meyers v. 3M Company)*
18-cv-00045 *(Swales v. 3M Co., et al.)*
18-cv-00146 *(Goodrum v. 3M Co., et al.)*
18-cv-00167 *(Shoaf v. 3M Co., et al.)*
18-cv-00262 *(Brabham v. 3M Co., et al.)*
18-cv-00575 *(Ballasso v. 3M Co., et al.)*
18-cv-00628 *(Boyle v. 3M Co., et al.)*
18-cv-00660 *(Doyle v. 3M Co., et al.)*
18-cv-00665 *(Hughes v. 3M Co., et al.)*
18-cv-00676 *(Bunk v. 3M Company)*
18-cv-00690 *(Dupont v. 3M Company)*
18-cv-00758 *(Butler v. 3M Co., et al.)*
18-cv-00802 *(Brown v. 3M Co., et al.)*
18-cv-00839 *(Pavia v. 3M Co., et al.)*
18-cv-00840 *(Stidham v. 3M Co., et al.)*
18-cv-00842 *(Wiggins v. 3M Co., et al.)*
18-cv-00856 *(Negron v. 3M Co., et al.)*
18-cv-00881 *(Willimon v. 3M Co., et al.)*
18-cv-01009 *(Woelfel v. 3M Co., et al.)*
18-cv-01137 *(Chapman v. 3M Company)*
18-cv-01154 *(Lombardo v. 3M Company)*

18-cv-01175 *(Collins v. 3M Co., et al.)*
18-cv-01283 *(Winegar v. 3M Co., et al.)*
18-cv-01345 *(Lane v. 3M Co., et al.)*

# DEFENDANTS' FIFTEENTH MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 14

Pursuant to the Court's Pretrial Order No. 14 ("PTO 14"), entered September 27, 2016, Defendants 3M Company and Arizant Healthcare Inc. (collectively, "Defendants") respectfully move the Court to dismiss the following plaintiffs' cases for failure to comply with PTO 14:

| Case Number | Plaintiff | Firm Name |
| --- | --- | --- |
| 0:17-cv-01701-JNE-DTS | Wright | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:17-cv-02426-JNE-DTS | Johnson | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:17-cv-02901-JNE-DTS | Moore | Kennedy Hodges, L.L.P. |
| 0:17-cv-04754-JNE-DTS | Weaver | Kennedy Hodges, L.L.P. |
| 0:17-cv-04881-JNE-DTS | Potter | Bernstein Liebhard LLP |
| 0:17-cv-04891-JNE-DTS | Edwards | Bernstein Liebhard LLP |
| 0:17-cv-04967-JNE-DTS | Ewing | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:17-cv-05052-JNE-DTS | Hanks | Brown & Crouppen, P.C. |
| 0:17-cv-05270-JNE-DTS | Johnston | Bernstein Liebhard LLP |
| 0:17-cv-05277-JNE-DTS | Billings | Bernstein Liebhard LLP |
| 0:17-cv-05327-JNE-DTS | Lykes-Traver | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |

| | | |
|---|---|---|
| 0:17-cv-05371-JNE-DTS | Bresnock | Bernstein Liebhard LLP |
| 0:17-cv-05426-JNE-DTS | Meyers | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-00045-JNE-DTS | Swales | Bernstein Liebhard LLP |
| 0:18-cv-00146-JNE-DTS | Goodrum | GoldenbergLaw, PLLC |
| 0:18-cv-00167-JNE-DTS | Shoaf | The Miller Firm, LLC |
| 0:18-cv-00262-JNE-DTS | Brabham | The Law Offices of Travis R. Walker, P.A. |
| 0:18-cv-00575-JNE-DTS | Ballasso | Gustafson Gluek PLLC |
| 0:18-cv-00628-JNE-DTS | Boyle | Langdon & Emison |
| 0:18-cv-00660-JNE-DTS | Doyle | Kennedy Hodges, L.L.P. |
| 0:18-cv-00665-JNE-DTS | Hughes | Bachus & Schanker LLC |
| 0:18-cv-00676-JNE-DTS | Bunk | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-00690-JNE-DTS | Dupont | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-00758-JNE-DTS | Butler | Fears Nachawati, PLLC |
| 0:18-cv-00802-JNE-DTS | Brown | The Olinde Firm, LLC |
| 0:18-cv-00839-JNE-DTS | Pavia | Fears Nachawati, PLLC |
| 0:18-cv-00840-JNE-DTS | Stidham | Fears Nachawati, PLLC |
| 0:18-cv-00842-JNE-DTS | Wiggins | Fears Nachawati, PLLC |
| 0:18-cv-00856-JNE-DTS | Negron | The Law Offices of Travis R. Walker, P.A. |
| 0:18-cv-00881-JNE-DTS | Willimon | Pendley, Baudin & Coffin, LLP |
| 0:18-cv-01009-JNE-DTS | Woelfel | Brown Chiari, LLP |
| 0:18-cv-01137-JNE-DTS | Chapman | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |

| | | |
|---|---|---|
| 0:18-cv-01154-JNE-DTS | Lombardo | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-01175-JNE-DTS | Collins | Bernstein Liebhard LLP |
| 0:18-cv-01283-JNE-DTS | Winegar | Bernstein Liebhard LLP |
| 0:18-cv-01345-JNE-DTS | Lane | Meshbesher & Spence |

As set forth in Defendants' Memorandum of Law in Support of their Fifteenth Motion to Dismiss for Failure to Comply with Pretrial Order No. 14, there are three (3) categories of cases where plaintiffs have failed to serve a Plaintiff Fact Sheet ("PFS") compliant with the requirements set forth by the Court in PTO 14: (a) cases where no PFS has been served by plaintiff; (b) cases where plaintiff served a PFS with core deficiencies, and failed to cure them or otherwise respond to Defendants' deficiency letter; and (c) cases where plaintiff served a PFS with core deficiencies, and failed to cure them after Defendants' final deficiency letter. Defendants placed the above cases on the agenda for two sequential Court status conferences. Dismissal of these cases with prejudice is therefore appropriate under PTO 14, ¶ 8, and Defendants respectfully request the Court grant their motion regarding same.

Dated: October 4, 2018	Respectfully submitted,

*s/Benjamin W. Hulse*
Jerry W. Blackwell (MN #186867)
Benjamin W. Hulse (MN #0390952)
Mary S. Young (MN #0392781)
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3200
Fax: (612) 343-3205
Email: blackwell@blackwellburke.com
           bhulse@blackwellburke.com
           myoung@blackwellburke.com

Bridget M. Ahmann (MN #016611x)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Phone: (612) 766-7000
Email: bridget.ahmann@faegrebd.com

***Counsel for Defendants 3M Company and Arizant Healthcare Inc.***

5