UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/DTS) |
| This Document Relates to:<br>Case Nos.:<br>17-cv-01701 *(Wright v. 3M Company)*<br>17-cv-02426 *(Johnson v. 3M Company)*<br>17-cv-02901 *(Moore v. 3M Co., et al.)*<br>17-cv-04754 *(Weaver v. 3M Co., et al.)*<br>17-cv-04967 *(Ewing v. 3M Company)*<br>17-cv-04881 *(Potter v. 3M Co., et al.)*<br>17-cv-04891 *(Edwards v. 3M Co., et al.)*<br>17-cv-05052 *(Hanks v. 3M Co., et al.)*<br>17-cv-05270 *(Johnston v. 3M Co., et al.)*<br>17-cv-05277 *(Billings v. 3M Co., et al.)*<br>17-cv-05327 *(Lykes-Traver v. 3M Company)*<br>17-cv-05371 *(Bresnock v. 3M Co., et al.)*<br>17-cv-05426 *(Meyers v. 3M Company)*<br>18-cv-00045 *(Swales v. 3M Co., et al.)*<br>18-cv-00146 *(Goodrum v. 3M Co., et al.)*<br>18-cv-00167 *(Shoaf v. 3M Co., et al.)*<br>18-cv-00262 *(Brabham v. 3M Co., et al.)*<br>18-cv-00575 *(Ballasso v. 3M Co., et al.)*<br>18-cv-00628 *(Boyle v. 3M Co., et al.)*<br>18-cv-00660 *(Doyle v. 3M Co., et al.)*<br>18-cv-00665 *(Hughes v. 3M Co., et al.)*<br>18-cv-00676 *(Bunk v. 3M Company)*<br>18-cv-00690 *(Dupont v. 3M Company)*<br>18-cv-00758 *(Butler v. 3M Co., et al.)*<br>18-cv-00802 *(Brown v. 3M Co., et al.)*<br>18-cv-00839 *(Pavia v. 3M Co., et al.)*<br>18-cv-00840 *(Stidham v. 3M Co., et al.)*<br>18-cv-00842 *(Wiggins v. 3M Co., et al.)*<br>18-cv-00856 *(Negron v. 3M Co., et al.)*<br>18-cv-00881 *(Willimon v. 3M Co., et al.)*<br>18-cv-01009 *(Woelfel v. 3M Co., et al.)*<br>18-cv-01137 *(Chapman v. 3M Company)*<br>18-cv-01154 *(Lombardo v. 3M Company)* | **NOTICE OF HEARING ON DEFENDANTS' FIFTEENTH MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 14** |

18-cv-01175 *(Collins v. 3M Co., et al.)*
18-cv-01283 *(Winegar v. 3M Co., et al.)*
18-cv-01345 *(Lane v. 3M Co., et al.)*

PLEASE TAKE NOTICE that on October 18, 2018 at 9:30 a.m., before the Honorable Joan N. Ericksen, United States District Court, 12W U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, Defendants 3M Company and Arizant Healthcare Inc. will respectfully move the Court to enter an order dismissing the following Plaintiffs' cases for failure to comply with the Court's Pretrial Order No. 14, entered September 27, 2016:

| Case Number | Plaintiff | Firm Name |
| --- | --- | --- |
| 0:17-cv-01701-JNE-DTS | Wright | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:17-cv-02426-JNE-DTS | Johnson | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:17-cv-02901-JNE-DTS | Moore | Kennedy Hodges, L.L.P. |
| 0:17-cv-04754-JNE-DTS | Weaver | Kennedy Hodges, L.L.P. |
| 0:17-cv-04881-JNE-DTS | Potter | Bernstein Liebhard LLP |
| 0:17-cv-04891-JNE-DTS | Edwards | Bernstein Liebhard LLP |
| 0:17-cv-04967-JNE-DTS | Ewing | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:17-cv-05052-JNE-DTS | Hanks | Brown & Crouppen, P.C. |
| 0:17-cv-05270-JNE-DTS | Johnston | Bernstein Liebhard LLP |
| 0:17-cv-05277-JNE-DTS | Billings | Bernstein Liebhard LLP |
| 0:17-cv-05327-JNE-DTS | Lykes-Traver | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |

| | | |
|---|---|---|
| 0:17-cv-05371-JNE-DTS | Bresnock | Bernstein Liebhard LLP |
| 0:17-cv-05426-JNE-DTS | Meyers | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-00045-JNE-DTS | Swales | Bernstein Liebhard LLP |
| 0:18-cv-00146-JNE-DTS | Goodrum | GoldenbergLaw, PLLC |
| 0:18-cv-00167-JNE-DTS | Shoaf | The Miller Firm, LLC |
| 0:18-cv-00262-JNE-DTS | Brabham | The Law Offices of Travis R. Walker, P.A. |
| 0:18-cv-00575-JNE-DTS | Ballasso | Gustafson Gluek PLLC |
| 0:18-cv-00628-JNE-DTS | Boyle | Langdon & Emison |
| 0:18-cv-00660-JNE-DTS | Doyle | Kennedy Hodges, L.L.P. |
| 0:18-cv-00665-JNE-DTS | Hughes | Bachus & Schanker LLC |
| 0:18-cv-00676-JNE-DTS | Bunk | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-00690-JNE-DTS | Dupont | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-00758-JNE-DTS | Butler | Fears Nachawati, PLLC |
| 0:18-cv-00802-JNE-DTS | Brown | The Olinde Firm, LLC |
| 0:18-cv-00839-JNE-DTS | Pavia | Fears Nachawati, PLLC |
| 0:18-cv-00840-JNE-DTS | Stidham | Fears Nachawati, PLLC |
| 0:18-cv-00842-JNE-DTS | Wiggins | Fears Nachawati, PLLC |
| 0:18-cv-00856-JNE-DTS | Negron | The Law Offices of Travis R. Walker, P.A. |
| 0:18-cv-00881-JNE-DTS | Willimon | Pendley, Baudin & Coffin, LLP |
| 0:18-cv-01009-JNE-DTS | Woelfel | Brown Chiari, LLP |
| 0:18-cv-01137-JNE-DTS | Chapman | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |

| | | |
|---|---|---|
| 0:18-cv-01154-JNE-DTS | Lombardo | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-01175-JNE-DTS | Collins | Bernstein Liebhard LLP |
| 0:18-cv-01283-JNE-DTS | Winegar | Bernstein Liebhard LLP |
| 0:18-cv-01345-JNE-DTS | Lane | Meshbesher & Spence |

Dated: October 4, 2018　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　*s/Benjamin W. Hulse*
　　　　　　　　　　　　　　　　　　　　Benjamin W. Hulse (MN #0390952)
　　　　　　　　　　　　　　　　　　　　**Attorney for Defendants 3M Company and Arizant Healthcare Inc.**
　　　　　　　　　　　　　　　　　　　　BLACKWELL BURKE P.A.
　　　　　　　　　　　　　　　　　　　　431 South Seventh Street, Suite 2500
　　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55415
　　　　　　　　　　　　　　　　　　　　Phone: (612) 343-3200
　　　　　　　　　　　　　　　　　　　　Fax: (612) 343-3205
　　　　　　　　　　　　　　　　　　　　Email: bhulse@blackwellburke.com