CASE 0:15-md-02666-JNE-DTS  Doc. 1540-1  Filed 10/04/18  Page 1 of 2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

In re: BAIR HUGGER FORCED AIR
WARMING DEVICES PRODUCTS
LIABILITY LITIGATION

MDL No. 15-2666 (JNE/DTS)


**DEFENDANTS' RULE 7.1(F)
CERTIFICATE OF COMPLIANCE
REGARDING DEFENDANTS'
FIFTEENTH MOTION TO DISMISS
FOR FAILURE TO COMPLY WITH
PRETRIAL ORDER NO. 14**

---

I, Benjamin W. Hulse, certify that Defendants' Memorandum of Law in Support of their Fifteenth Motion to Dismiss for Failure to Comply with Pretrial Order No. 14 ("Memorandum") complies with the limits of Local Rule 7.1(f) and with the type-size limit of Local Rule 7.1(h).

I further certify that, in preparation of the above document, I used Microsoft® Word 2016, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the Memorandum (including Addendum 1 & 2) contains 5,978 words.

Dated: October 4, 2018                    Respectfully submitted,


                                          *s/Benjamin W. Hulse*
                                          Jerry W. Blackwell (MN #186867)
                                          Benjamin W. Hulse (MN #0390952)
                                          Mary S. Young (MN #0392781)
                                          BLACKWELL BURKE P.A.
                                          431 South Seventh Street, Suite 2500
                                          Minneapolis, MN 55415
                                          Phone: (612) 343-3200
                                          Fax: (612) 343-3205
                                          Email: blackwell@blackwellburke.com
                                                 bhulse@blackwellburke.com
                                                 myoung@blackwellburke.com

                                          Bridget M. Ahmann (MN #016611x)
                                          FAEGRE BAKER DANIELS LLP
                                          2200 Wells Fargo Center
                                          90 South Seventh Street
                                          Minneapolis, MN 55402
                                          Phone: (612) 766-7000
                                          Email: bridget.ahmann@faegrebd.com

                                          **Counsel for Defendants 3M Company
                                          and Arizant Healthcare Inc.**