UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/DTS) |
|---|---|
| | **(PROPOSED) ORDER GRANTING DEFENDANTS' FIFTEENTH MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 14** |

This came before the Court on Defendants 3M Company's and Arizant Healthcare Inc.'s (collectively, "Defendants") Fifteenth Motion to Dismiss for Failure to Comply with Pretrial Order No. 14. Based on the files, records, and proceedings herein,

IT IS HEREBY ORDERED that Defendants' motion is GRANTED. The following actions are dismissed with prejudice:

| Case Number | Plaintiff | Firm Name |
|---|---|---|
| 0:17-cv-01701-JNE-DTS | Wright | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:17-cv-02426-JNE-DTS | Johnson | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:17-cv-02901-JNE-DTS | Moore | Kennedy Hodges, L.L.P. |
| 0:17-cv-04754-JNE-DTS | Weaver | Kennedy Hodges, L.L.P. |
| 0:17-cv-04881-JNE-DTS | Potter | Bernstein Liebhard LLP |
| 0:17-cv-04891-JNE-DTS | Edwards | Bernstein Liebhard LLP |

| | | |
|---|---|---|
| 0:17-cv-04967-JNE-DTS | Ewing | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:17-cv-05052-JNE-DTS | Hanks | Brown & Crouppen, P.C. |
| 0:17-cv-05270-JNE-DTS | Johnston | Bernstein Liebhard LLP |
| 0:17-cv-05277-JNE-DTS | Billings | Bernstein Liebhard LLP |
| 0:17-cv-05327-JNE-DTS | Lykes-Traver | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:17-cv-05371-JNE-DTS | Bresnock | Bernstein Liebhard LLP |
| 0:17-cv-05426-JNE-DTS | Meyers | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-00045-JNE-DTS | Swales | Bernstein Liebhard LLP |
| 0:18-cv-00146-JNE-DTS | Goodrum | GoldenbergLaw, PLLC |
| 0:18-cv-00167-JNE-DTS | Shoaf | The Miller Firm, LLC |
| 0:18-cv-00262-JNE-DTS | Brabham | The Law Offices of Travis R. Walker, P.A. |
| 0:18-cv-00575-JNE-DTS | Ballasso | Gustafson Gluek PLLC |
| 0:18-cv-00628-JNE-DTS | Boyle | Langdon & Emison |
| 0:18-cv-00660-JNE-DTS | Doyle | Kennedy Hodges, L.L.P. |
| 0:18-cv-00665-JNE-DTS | Hughes | Bachus & Schanker LLC |
| 0:18-cv-00676-JNE-DTS | Bunk | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-00690-JNE-DTS | Dupont | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-00758-JNE-DTS | Butler | Fears Nachawati, PLLC |
| 0:18-cv-00802-JNE-DTS | Brown | The Olinde Firm, LLC |

| | | |
|---|---|---|
| 0:18-cv-00839-JNE-DTS | Pavia | Fears Nachawati, PLLC |
| 0:18-cv-00840-JNE-DTS | Stidham | Fears Nachawati, PLLC |
| 0:18-cv-00842-JNE-DTS | Wiggins | Fears Nachawati, PLLC |
| 0:18-cv-00856-JNE-DTS | Negron | The Law Offices of Travis R. Walker, P.A. |
| 0:18-cv-00881-JNE-DTS | Willimon | Pendley, Baudin & Coffin, LLP |
| 0:18-cv-01009-JNE-DTS | Woelfel | Brown Chiari, LLP |
| 0:18-cv-01137-JNE-DTS | Chapman | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-01154-JNE-DTS | Lombardo | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-01175-JNE-DTS | Collins | Bernstein Liebhard LLP |
| 0:18-cv-01283-JNE-DTS | Winegar | Bernstein Liebhard LLP |
| 0:18-cv-01345-JNE-DTS | Lane | Meshbesher & Spence |

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date: _____           BY THE COURT


_____
JUDGE, U.S. DISTRICT COURT