UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To: *Lister*, 17-cv-4336-JNE-FLN *Rich et al.*, 16-cv-2631-JNE-FLN *Richey*, 17-cv-5323-JNE-FLN *Smith et al.*, 17-cv-2889-JNE-FLN *Steele*, 17-cv-1262-JNE-FLN | **AMENDED NOTICE OF HEARING ON DEFENDANTS' SECOND MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 23 AND/OR FED. R. CIV. P. 25(a)** |

---

PLEASE TAKE NOTICE that the undersigned will bring three of the five above actions (*Lister*, *Rich*, and *Richey*) in Defendants' Second Motion to Dismiss Cases for Failure to Comply with Pretrial Order No. 23 and/or Fed. R. Civ. P. 25(a) (Dkt. No. 1354) for hearing before the Honorable Judge Joan N. Ericksen, United States District Judge, in Courtroom 12W at the United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415 at the scheduled status conference on October 18, 2018 at 9:30 a.m.

*Steele* has been dismissed by stipulation. Defendants have agreed to defer argument on *Smith* because plaintiff's counsel in that matter has a scheduling conflict.

This motion, based on the Memorandum in Support of Defendants' Second Motion to Dismiss Cases for Failure to Comply with Pretrial Order No. 23 and/or Fed. R. Civ. P. 25(a), the Declaration of Benjamin Hulse, and argument to be presented at the hearing of this matter, seeks an Order of the Court dismissing these cases.

Dated: October 11, 2018        Respectfully submitted,

   /s/ Benjamin W. Hulse
Jerry W. Blackwell (MN #186867)
Benjamin W. Hulse (MN #0390952)
Mary S. Young (MN #0392781)
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3248
Fax: (612) 343-3205
Email: blackwell@blackwellburke.com
       bhulse@blackwellburke.com
       myoung@blackwellburke.com

Bridget M. Ahmann (MN #016611x)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Phone: (612) 766-7000
Fax: (612) 766-1600
Email: bridget.ahmann@faegrebd.com

**Counsel for Defendants 3M Company and Arizant Healthcare Inc.**