**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-md-02666 (JNE/DTS) |

This document relates to:

| | |
|---|---|
| Maureen Boyle, | Civil Action No. 18-cv-00628 |
|     Plaintiffs, | |
| vs. | |
| 3M COMPANY AND ARIZANT HEALTHCARE, INC., | |
|     Defendants. | |

**L.R. 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE REGARDING PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

This brief complies with the word limitations of LR 7.1(f) because this brief contains 468 words, including all text, headings, footnotes, and quotations, other than the parts of the brief exempted by LR 7.1(f). This brief was prepared using Microsoft Word 2013.

This brief complies with the type size requirements of LR 7.1 (h) because this brief has been prepared using at least font size 13, is double-spaced (except for headings, footnotes and quotations that exceed two lines) and is submitted on 8 ½" by 11" paper with at least one inch of margins on all four sides.

Dated: October 11, 2018

                                                Respectfully submitted,

                                                */s/ Brett A. Emison*
                                                Brett A. Emison
                                                Patricia L. Campbell
                                                Langdon & Emison, LLC
                                                911 Main Street
                                                Lexington, MO 64067
                                                Ph: 660-259-6175
                                                Tax: 660-259-4571
                                                brett@lelaw.com
                                                tricia@lelaw.com
                                                *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that on October 11, 2018, a copy of the foregoing response was filed electronically using the CM/ECF system and served to all counsel of record.

*/s/ Brett A. Emison*
Brett A. Emison
