# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| THIS DOCUMENT RELATES TO: Karen Potter (0:17-cv-04881-JNE-DTS) Renate Edwards (0:17-cv-04891- JNE-DTS) Todd Johnston (0:17-cv-05270- JNE-DTS) Willard Billings (0:17-cv-05277- JNE-DTS) Anne Bresnock (0:17-cv-05371- JNE-DTS) Bertha Swales (0:18-cv-00045- JNE-DTS) Jean Collins (18-cv-01175-JNE-DTS) Connie Winegar (18-cv-01283-JNE-DTS) | |

## L.R. 7.1(C) WORD COUNT COMPLIANCE CERTIFICATE REGARDING PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINTS

This brief complies with the word limitation of LR 7.1(c) because this brief contains 928 words, including all text, headings, footnotes, and quotations, other than the parts of the brief exempted by LR 7.1(c). This brief was prepared using Microsoft Office Word 2010.

This brief complies with the type size requirements of LR 7.1(h) because this brief has been prepared using at least font size 13, is double-spaced (except for headings, footnotes, and quotations that exceed two lines) and is submitted on $8^{1/2}$" by 11" paper with at least one inch of margins on all four sides.

DATED:  October 11, 2018                    Respectfully submitted,

**BERNSTEIN LIEBHARD LLP**

By: /s/ Daniel C. Burke
Daniel C. Burke
10 E. 40th Street
New York, NY  10016
Telephone:   (212) 779-1414
Facsimile: (212) 779-3218
Email: dburke@bernlieb.com
Email: dlee@bernlieb.com

*Attorneys for Plaintiff*