UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION<br><br>**This document relates to:**<br><br>*Ballasso v. 3M Company, et al.*<br>Case Action No. 17-cv-02372 | MDL No. 15-2666 (JNE/FLN)<br><br><br>JUDGE: JOAN N. ERICKSEN<br>MAG. JUDGE: FRANKLIN L. NOEL |

**L.R. 7.1 WORD COUNT COMPLIANCE CERTIFICATE**

I, Amanda M. Williams, certify that Plaintiff's Opposition to Defendants' Motion to Dismiss complies with Local Rule 7.1(f) and 7.1(h).

I further certify that, in preparation of this memorandum, I used Microsoft Word 2016, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced memorandum contains 395 words, exclusive of the caption and signature block.

Dated:  October 11, 2018           Respectfully submitted,

                                    s/Amanda M. Williams
                                   Amanda M. Williams (#341691)
                                   Eric S. Taubel (#392491)
                                   **GUSTAFSON GLUEK PLLC**
                                   Canadian Pacific Plaza
                                   120 South 6th Street, Suite 2600
                                   Minneapolis, MN 55402
                                   Telephone: (612) 333-8844

1

Facsimile: (612) 339-6622
E-mail:   awilliams@gustafsongluek.com
           etaubel@gustafsongluek.com

***Attorneys for Plaintiffs***