UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/DTS) |
| This Document Relates to All Actions | **PLAINTIFFS' AMENDED NOTICE OF HEARING ON MOTION TO AMEND PRETRIAL ORDER NO. 23** |

**PLEASE TAKE NOTICE** that Plaintiffs' Motion to Amend Pretrial Order No. 23 is scheduled for hearing before the Honorable Joan N. Ericksen, on Thursday, October 18, 2018, at 9:30 am.

Respectfully submitted,

Dated: October 12, 2018

| CIRESI CONLIN L.L.P. | MESHBESHER & SPENCE LTD. |
|---|---|
| /s/Michael V. Ciresi | /s/ Genevieve M. Zimmerman |
| Michael V. Ciresi (MN #0016949) | Genevieve M. Zimmerman (MN #330292) |
| Jan M. Conlin (MN #0192697) | 1616 Park Avenue South |
| Ciresi Conlin LLP | Minneapolis, MN 55404 |
| 225 S. 6th St., Suite 4600 | Phone: (612) 339-9121 |
| Minneapolis, MN 55402 | Fax: (612) 339-9188 |
| Phone: 612.361.8202 | Email: gzimmerman@meshbesher.com |
| Email: MVC@CiresiConlin.com | |
|         JMC@CiresiConlin.com | |

| LEVIN PAPANTONIO, P.A. | KENNEDY HODGES, LLP |
|---|---|
| /s/ Ben W. Gordon, Jr. | /s/ David W. Hodges |
| Ben W. Gordon (FL # 882836) – *Pro Hac Vice* | David W. Hodges (TX # 00796765) |
| J. Michael Papantonio (FL # 335924) | Gabriel A. Assaad (TX # 24076189) |
| 316 S. Baylen Street, Suite 600 | 4409 Montrose Blvd., Suite 200 |
| Pensacola, FL 32502-5996 | Houston, TX 77006 |
| Phone: (850) 435-7090 | Phone: (713) 523-0001 |
| Fax: (850) 436-6090 | Fax: (713) 523-1116 |
| Email: bgordon@levinlaw.com | Email: dhodges@kennedyhodges.com |

**Plaintiffs' Co-Lead Counsel**