# IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT
# KANE COUNTY, ILLINOIS

Case No. **18 P 575**

IN THE MATTER OF THE ESTATE OF:

Name: **Louis E. Bellande**

Deceased

File Stamp

## LETTERS OF OFFICE
## DECEDENT'S ESTATE

**Bonnie L. Bellande** has/have been appointed **Independent** **Executor** of the estate of **Louis E. Bellande**, deceased, who died **12/27/17**, and is authorized to take possession of and collect the estate of the decedent, and to do all acts required of **Independent** **Executor** by law, pursuant to order of Court entered **10/03/18** by Judge **John A. Noverini**.

**Certificate**
I certify that this is a copy of the Letters of Office now in force and effect on this date in this estate

Witness _____ OCT 0 3 2018 _____ (date)

Thomas M. Hartwell, Clerk of the Circuit Court
(SEAL)

P1-PR-042 (05/18)                    Original Duplicate