# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Devices Products Liability Litigation<br><br>This Document Relates To:<br>All Actions | MDL No. 15-2666 (JNE/DTS)<br><br>**WORD COUNT COMPLIANCE CERTIFICATE FOR DEFENDANTS' RESPONSE TO PLAINTIFFS' OBJECTION TO MAGISTRATE JUDGE'S ORDER BARRING PLAINTIFFS' NEW GENERAL CAUSATION EXPERT OPINIONS** |

I certify that Defendants' Response to Plaintiffs' Objection to Magistrate Judge's Order Barring Plaintiffs' New General Causation Expert Opinions complies with the length limitations set forth in LR 7.1(f), as well as the type size requirements set forth in LR 7.1(h).

I further certify that in preparation of this memorandum, I used Microsoft® Office Word 2016, and the word processing program has an appropriate functioning word count tool applied specifically to include all text, including headings, footnotes, and quotations.

I further certify that the above-referenced memorandum contains 3472 words.

| | |
|---|---|
| Dated: October 18, 2018 | Respectfully submitted,<br><br>*s/Benjamin W. Hulse*<br>Jerry W. Blackwell (MN #186867)<br>Benjamin W. Hulse (MN #0390952)<br>Mary S. Young (MN #0392781)<br>BLACKWELL BURKE P.A.<br>431 South Seventh Street, Suite 2500<br>Minneapolis, MN 55415<br>Phone: (612) 343-3200<br>Fax: (612) 343-3205<br>Email: blackwell@blackwellburke.com<br>           bhulse@blackwellburke.com<br>           myoung@blackwellburke.com<br><br>Lyn Peeples Pruitt<br>MITCHELL WILLIAMS SELIG<br>  GATES & WOODYARD<br>425 West Capitol Avenue, Suite 1800<br>Little Rock, AR 72201-3525<br>Phone: (501) 688-8869<br>Fax: (501) 688-8807<br>Email: lpruitt@mwlaw.com<br><br>Bridget M. Ahmann (MN #016611x)<br>FAEGRE BAKER DANIELS LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402<br>Phone: (612) 766-7000<br>Fax: (612) 766-1600<br>Email: bridget.ahmann@faegrebd.com<br><br>**Counsel for Defendants 3M Company and Arizant Healthcare Inc.** |