# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

|  |  |
|---|---|
| | **COURT MINUTES** |
| | BEFORE: JOAN N. ERICKSEN |
| | U.S. District Judge |
| | DAVID T. SCHULTZ |
| | U.S. Magistrate Judge |
| IN RE: Bair Hugger Forced Air Warming Devices Product Liability Litigation | Case No:      0:15-md-02666 (JNE/FLN) |
| | Date:          October 18, 2018 |
| | Deputy:       Catherine B. Cusack |
| | Court Reporter:   Maria V. Weinbeck |
| | Courthouse:   Minneapolis |
| | Courtroom:    12W |
| | Time in Court:   9:42 AM - 11:38 AM |
| | Time in Court:   1 Hour & 56 Minutes |

# STATUS CONFERENCE

APPEARANCES:

    Plaintiff:     Genevieve M. Zimmerman, Jan M. Conlin, Kyle W. Farrar, Gabriel Assaad

    Defendant:    Jerry W. Blackwell, Benjamin W. Hulse, Mary S. Young, Bridget M. Ahmann

Please see attached list of telephone participants.

PROCEEDINGS:

- ☒ Status Conference held on October 18, 2018.
- ☒ Appearances made on the record.
- ☒ The Court granted in part Defendants' motions to dismiss under Pretrial Order No. 23. MDL ECF Nos. 1354, 1469. The Court granted in part Defendants' motion to dismiss under Pretrial Order No. 14. MDL ECF No. 1538. The Court denied Plaintiffs' motion for a suggestion of remand. MDL ECF No. 1474. The Court adopted the Report and Recommendation denying Plaintiff Axline's motion to amend, 17-cv-511, ECF No. 66, and overruled objections to the Report and Recommendation, *id.*, EFC No. 67.
- ☒ Next Status Conference is scheduled for Thursday, November 15, 2018, at 9:30 AM.