15-md-2666 (JNE/DTS) *In re Bair Hugger*
October 18, 2018 - Status Conference
Telephone Participants

| NAME | FIRM NAME |
| --- | --- |
| Anne Andrews | Andrew & Thornton |
| John C. Thornton | Andrew & Thornton |
| Lauren Davis | Andrew & Thornton |
| Marco Galindez | Andrew & Thornton |
| Anthony Scotto | Andrew & Thornton |
| Allison Brown | Bachus & Schanker, LLC |
| Darin Schanker | Bachus & Schanker, LLC |
| J. Kyle Bachus | Bachus & Schanker, LLC |
| Krysta Hand | Bachus & Schanker, LLC |
| Kyle Bachus | Bachus & Schanker, LLC |
| J. Christopher Elliott | Bachus & Schanker, LLC |
| Noelle Collins | Bachus & Schanker, LLC |
| Alexandra Franklin | Bachus & Schanker, LLC |
| Matthew Munson | Beasley, Allen, Crow, Methvin, Portis & Miles, PC |
| Renee Lindsey | Beasley, Allen, Crow, Methvin, Portis & Miles, PC |
| Megan Robinson | Beasley, Allen, Crow, Methvin, Portis & Miles, PC |
| Christina Shuman | Bernhaim Dolinsky Kelly |
| Dae Y. Lee | Bernstein Liebhard, LLP |
| Meghan Ellis | Brown & Crouppen, PC |
| Abby Cordray | Brown & Crouppen, PC |
| Seth S. Webb | Brown & Crouppen, PC |
| Liz Liberatore | Brown & Crouppen, PC |
| Don Ledgard | Capretz & Associates |
| Patrick E. Carr | Carr & Carr Attorneys |
| Mark D. Chappell Jr. | Chappell, Smith & Arden P.A. |
| Graham L. Newman | Chappell, Smith & Arden P.A. |
| Bonnie Sluce | Chappell, Smith & Arden P.A. |
| Martin D. Crump | Davis & Crump |
| Robert Cain | Davis & Crump |
| Wes Stevenson | Davis & Crump |
| Wayne Rogers, Jr. | DeGaris Law Group, LLC |
| Kevin Fitzgerald | Fitzgerald Law Group, LLC |
| Emily DeVuono | Grossman & Moore, PLLC |
| Jennifer Moore | Grossman & Moore, PLLC |
| Asthon R. Smith | Grossman & Moore, PLLC |
| Elizabeth Coulter | Grossman & Moore, PLLC |
| Kara Lane | Grossman & Moore, PLLC |
| Don McKenna | Hare Wynn Newell & Newton |
| Lynne Reed | Hare Wynn Newell & Newton |
| Peggy Little | Hare Wynn Newell & Newton |
| Scott Hollis | Hollis Legal Solutions, PPLC |
| Natasha Hollis | Hollis Legal Solutions, PPLC |
| Monica Vaughan | Houssier, Durant & Houssier, LLP |
| Randall A. Kauffman | Houssier, Durant & Houssier, LLP |
| Shirley Strom-Blanchard | Houssier, Durant & Houssier, LLP |
| Leslie O'Leary | Johnson Johnson & Lucas & Middleton |
| Brenda Steinle | Johnson Johnson & Lucas & Middleton |
| Joaquin Alberto Quero Figueroa | Johnston Law Group |
| Behram V. Parekh | Kirtland & Packard |
| Brett Emison | Langdon & Emison |
| Rachel Ahmann (Assistant) | Langdon & Emison |
| Lauren Niendick | Langdon & Emison |
| Tricia Campbell | Langdon & Emison |
| Michael W. Patrick | Law Office of Michael W. Patrick |

| | |
|---|---|
| Craig Silverman | Law Office of Peter G. Angelos, PC |
| Travis R. Walker | Law Office of Travis R. Walker, PA |
| Valerie Marshall | Law Office of Travis R. Walker, PA |
| Daniel A. Nigh | Levin Papantonio, PA |
| Ashley Woodard | Levin Papantonio, PA |
| Pete Lewis | Lewis & Caplan |
| Sarah Delahoussaye Call | Lewis & Caplan |
| Amy C. Webster | Lewis & Caplan |
| Rebecca Robinson | Lewis & Caplan |
| Elizabeth A. Peterson | Lockridge Grindal Nauen, PLLP |
| William Hymes | Loncar & Associates |
| John L. Coveney | Loncar & Associates |
| Melissa Marie Heinlein | Lord & Associates Law Office |
| Priscilla Lord | Lord & Associates Law Office |
| Sonja Mathiesen | Lord & Associates Law Office |
| Rosemarie Bogdan | Martin Harding & Mazzotti LLP |
| Emily Robinson | McEwen Law Firm LTD |
| Gregory N. McEwen | McEwen Law Firm LTD |
| Ashleigh E. Raso | Meshbesher & Spence, LTD |
| Melanie Frenz | Meshbesher & Spence, LTD |
| Bryan A. Pfleeger | Michael Hingle & Associates |
| Julie M. Jochum | Michael Hingle & Associates |
| Heather Cullen | Morgan & Morgan Complex Litigation Group |
| Joseph T. Waechter | Morgan & Morgan Complex Litigation Group |
| Michael Goetz | Morgan & Morgan Complex Litigation Group |
| Jim Morris | Morris Law Firm |
| Shane Greenberg | Morris Law Firm |
| Rochelle Burris | Morris Law Firm |
| Caroline W. Thomas | Murray Law Firm |
| Neal R. Elliott, Jr | Neal R. Elliott |
| Michael S. Werner | Parker Waichman, LLP |
| Brian E. Tadtman | Peterson & Associates, P.C. |
| Jessical Lowe | Pogust Braslow & Millrood, LLC |
| Matt Leckman | Pogust Braslow & Millrood, LLC |
| David J. Szerlag | Pritzker Hageman, PA |
| Wendy Thayer | Pritzker Hageman, PA |
| Jeffery L. Raizner | Raizner Slania LLP |
| Rica Rinosa | Raizner Slania LLP |
| Erin Stracerner | Raizner Slania LLP |
| Kristen Gorombol | Raizner Slania LLP |
| Scott Haider | Schneider, Schneider & Schneider |
| Rob Shelton | Shelton Law Group |
| Crystal Whitaker | Shelton Law Group |
| Elizabeth Orr | Showard Law Firm PC |
| Elizabeth Whitley | Showard Law Firm PC |
| Sarah J. Showard | Showard Law Firm PC |
| Julie Tucci | Skikos Crawford Skikos & Joseph |
| Matt Skikos | Skikos Crawford Skikos & Joseph |
| Darilyn Simon | Skikos Crawford Skikos & Joseph |
| Allan J. Ahearne | The Ahearne Law Firm, PLLC. |
| Abigail M. Spurney | The Ahearne Law Firm, PLLC. |
| Jessica J. Pauley | The Ahearne Law Firm, PLLC. |
| Jason Goldenstein | The Lanier Law Firm, PLLC |
| Erika Mohabir | The Lanier Law Firm, PLLC |
| Tayjes M. Shah | The Miller Firm, LLC |

| | |
|---|---|
| Alfred Olinde, Jr | The Olinde Firm, LLC |
| John Nazzaro | The Reardon Law Firm, P.C. |
| Casandra Haggett | The Reardon Law Firm, P.C. |
| Elisa Cassino | The Reardon Law Firm, P.C. |
| Steven C. Ruth | The Ruth Team |
| Chelsie Garza | The Webster Law Firm |
| Lon Walters | Walters Law Firm, LLC |
| Charles H Johnson | Law Office of Charles H. Johnson |