✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF **MINNESOTA**

In re: Bair Hugger Forced Air Warming Devices Products Liability Litigation

## EXHIBIT AND WITNESS LIST

Case Number: 15-md-2666 (JNE/DTS)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Judge Joan N. Ericksen | Genevieve M. Zimmerman | Benjamin W. Hulse |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 10/18/18 Status Conference | Maria Weinbeck | Catherine Cusack |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 10/18/2018 | Yes | Yes | Analysis of Suggestion of Death Timeframe |
| | | 10/18/2018 | Yes | Yes | Signature Verifications, Joint Exhibit 1 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages