Analysis of Suggestion of Death Timeframe
*In Re Aredia and Zometa Products Liability Litigation*, MDL No. 1760

| Dkt. No. | Case No. | Name | Date of Death | Date SoD Filed | Days Elapsed | Granted/Denied? |
|---|---|---|---|---|---|---|
| 3669 | 08-cv-00133 | Chames | 12/30/2007 | 7/8/2010 | 921 | Granted |
| 3063 | 08-cv-01080 | Dufner | 11/23/2007 | 1/25/2010 | 794 | Granted |
| 2956 | 08-cv-00136 | Morgan | 8/30/2007 | 8/12/2009 | 713 | Granted |
| 3107 | 06-cv-01165 | Temme | 3/10/2008 | 1/25/2010 | 686 | Granted |
| 3666 | 07-cv-00572 | Benabise | 8/22/2008 | 7/8/2010 | 685 | Granted |
| 3684 | 07-cv-00387 | Whaley | 10/30/2008 | 7/8/2010 | 616 | Granted |
| 3095 | 06-cv-01124 | Saldana | 6/30/2008 | 2/6/2010 | 586 | Granted |
| 2953 | 07-cv-00469 | Eliff | 1/8/2008 | 8/11/2009 | 581 | Granted |
| 3050 | 07-cv-0535 | Marali | 4/19/2008 | 11/2/2009 | 562 | Granted |
| 2745 | 08-cv-00362 | Stern | 11/2/2007 | 4/27/2009 | 542 | Granted |
| 3546 | 09-cv-01123 | Eckblom | 3/27/2009 | 8/25/2010 | 516 | Granted |
| 3109 | 06-cv-00813 | Snoddy | 9/24/2008 | 1/25/2010 | 488 | Granted |
| 2959 | 07-cv-00007 | F. Davis | 5/11/2008 | 8/11/2009 | 457 | Granted |
| 3635 | 06-cv-01130 | Arnold | 6/8/2009 | 8/27/2010 | 445 | Granted |
| 1982 | 07-cv-00238 | Sage-Allison | 10/31/2007 | 12/31/2008 | 427 | Granted |
| 1092 | 07-cv-01200 | E. Miller | 12/6/2006 | 1/15/2008 | 405 | Granted |
| 2438 | 07-cv-00097 | Bollini | 2/28/2008 | 3/19/2009 | 385 | Granted |
| 799 | 06-cv-00816 | Meierhofer | 8/3/2006 | 8/22/2007 | 384 | Granted |
| 2744 | 08-cv-00135 | S. Smith | 4/8/2008 | 4/27/2009 | 384 | Granted |
| 2437 | 07-cv-00531 | Ballingall | 3/2/2008 | 3/19/2009 | 382 | Granted |
| 1946 | 07-cv-00536 | McBride | 8/30/2007 | 9/5/2008 | 372 | Granted |
| 1036 | 06-cv-00518 | Prose | 11/2/2006 | 10/26/2007 | 358 | Granted |
| 3395 | 07-cv-00390 | Carlson | 2/5/2009 | 1/28/2010 | 357 | Granted |
| 1662 | 08-cv-00217 | Palumbo | 9/6/2007 | 8/25/2008 | 354 | Granted |
| 3052 | 08-cv-00412 | Shapiro | 11/5/2008 | 10/22/2009 | 351 | Granted |
| 802 | 06-cv-00502 | Balter | 9/6/2006 | 8/22/2007 | 350 | Granted |
| 2960 | 08-cv-00359 | Darch | 8/26/2008 | 8/11/2009 | 350 | Granted |
| 1060 | 06-cv-00368 | Biocca | 11/24/2006 | 10/26/2007 | 336 | Granted |
| 2175 | 06-cv-00975 | Wegner | 2/23/2008 | 1/23/2009 | 335 | Granted |
| 2963 | 07-cv-00169 | Dockham | 10/7/2008 | 8/11/2009 | 308 | Granted |
| 3685 | 08-cv-00576 | Vasbinder | 9/14/2009 | 7/8/2010 | 297 | Granted |
| 947 | 05-cv-00716 | Wood | 2/14/2007 | 11/26/2007 | 285 | Granted |
| 3184 | 06-cv-01126 | Humes | 6/13/2009 | 3/24/2010 | 284 | Granted |
| 2958 | 07-cv-00104 | Redding | 11/2/2008 | 8/12/2009 | 283 | Granted |
| 743 | 06-cv-00554 | Worthington | 11/1/2006 | 7/27/2007 | 268 | Granted |
| 1499 | 07-cv-00567 | Raso | 7/17/2007 | 3/31/2008 | 258 | Granted |
| 2173 | 07-cv-00534 | Petty | 5/12/2008 | 1/23/2009 | 256 | Granted |
| 2954 | 07-cv-00396 | Keller | 11/28/2008 | 8/11/2009 | 256 | Granted |
| 1038 | 06-cv-00390 | Wallace | 2/14/2007 | 10/26/2007 | 254 | Granted |
| 1095 | 07-cv-00110 | Wilt | 3/26/2007 | 11/26/2007 | 245 | Granted |
| 3670 | 09-cv-01127 | Chandler | 11/5/2009 | 7/8/2010 | 245 | Granted |
| 738 | 06-cv-00555 | D. Brown | 11/28/2006 | 7/27/2007 | 241 | Granted |
| 2728 | 06-cv-00977 | Cherry | 8/31/2008 | 4/21/2009 | 233 | Granted |
| 1455 | 06-cv-00818 | Scillufo | 8/12/2007 | 3/31/2008 | 232 | Granted |
| 1280 | 06-cv-00820 | Valerioti | 5/22/2007 | 1/7/2008 | 230 | Granted |
| 797 | 07-cv-00093 | Downer | 1/13/2007 | 8/22/2007 | 221 | Granted |

PLAINTIFF'S EXHIBIT
CASE NO. 15-2666
EXHIBIT NO. 1

Analysis of Suggestion of Death Timeframe
*In Re Aredia and Zometa Products Liability Litigation*, MDL No. 1760

| Dkt. No. | Case No. | Name | Date of Death | Date SoD Filed | Days Elapsed | Granted/Denied? |
|---|---|---|---|---|---|---|
| 2727 | 07-cv-00105 | Sablan | 9/7/2008 | 4/15/2009 | 220 | Granted |
| 3051 | 09-cv-00866 | Mason-Jordan | 3/18/2009 | 10/22/2009 | 218 | Granted |
| 2174 | 08-cv-00575 | Plasschaert | 6/21/2008 | 1/23/2009 | 216 | Granted |
| 3108 | 09-cv-00008 | Beatty | 6/26/2009 | 1/25/2010 | 213 | Granted |
| 2171 | 07-cv-00392 | Cline | 6/28/2008 | 1/23/2009 | 209 | Granted |
| 2713 | 06-cv-00375 | Hiller | 9/20/2008 | 4/15/2009 | 207 | Granted |
| 1091 | 07-cv-01210 | D. White | 6/29/2007 | 1/15/2008 | 200 | Granted |
| 3330 | 08-cv-00560 | Rainey | 11/30/2009 | 6/18/2010 | 200 | Granted |
| 1017 | 06-cv-00372 | Cartelli | 3/14/2007 | 9/26/2007 | 196 | Granted |
| 272 | 06-cv-00386 | P. Carter | 4/11/2006 | 10/17/2006 | 189 | Granted |
| 3053 | 09-cv-00426 | Tanner | 4/18/2009 | 10/22/2009 | 187 | Granted |
| 2729 | 07-cv-01045 | Deangelis | 10/21/2008 | 4/21/2009 | 182 | Granted |
| 1906 | 07-cv-00095 | Anticola | 3/13/2008 | 9/4/2008 | 175 | Granted |
| 966 | 06-cv-00958 | Ramsey | 3/7/2007 | 8/22/2007 | 168 | Granted |
| 271 | 06-cv-00507 | Beard | 5/3/2006 | 10/17/2006 | 167 | Granted |
| 1019 | 06-cv-00378 | Gee | 4/14/2007 | 9/26/2007 | 165 | Granted |
| 1088 | 06-cv-00522 | Wilson | 4/14/2007 | 9/26/2007 | 165 | Granted |
| 469 | 06-cv-01123 | Cordasco | 12/13/2006 | 5/21/2007 | 159 | Granted |
| 1397 | 06-cv-01031 | S. Martin | 10/1/2007 | 3/6/2008 | 157 | Granted |
| 2955 | 09-cv-00465 | Marchain | 3/11/2009 | 8/11/2009 | 153 | Granted |
| 1395 | 06-cv-00815 | Frazier | 10/6/2007 | 3/6/2008 | 152 | Granted |
| 1908 | 07-cv-00239 | Begley | 4/6/2008 | 9/4/2008 | 151 | Granted |
| 2436 | 08-cv-00360 | Balch | 10/20/2008 | 3/19/2009 | 150 | Granted |
| 3668 | 06-cv-00520 | Carden | 2/14/2010 | 7/8/2010 | 144 | Granted |
| 741 | 06-cv-01125 | Klawinski | 6/6/2007 | 10/23/2007 | 139 | Granted |
| 3263 | 08-cv-00087 | Dahl | 12/2/2009 | 4/20/2010 | 139 | Granted |
| 274 | 06-cv-00500 | Hillcoat | 6/2/2006 | 10/18/2006 | 138 | Granted |
| 1905 | 07-cv-00389 | Beecher | 4/17/2008 | 9/2/2008 | 138 | Granted |
| 1910 | 06-cv-00391 | Ultaowski | 4/19/2008 | 9/2/2008 | 136 | Granted |
| 3394 | 06-cv-00387 | Burt | 9/14/2009 | 1/28/2010 | 136 | Granted |
| 1500 | 07-cv-01061 | Tristano | 9/19/2007 | 2/1/2008 | 135 | Granted |
| 3331 | 06-cv-01132 | Wessel | 2/3/2010 | 6/18/2010 | 135 | Granted |
| 1037 | 06-cv-00537 | D. Walker | 6/14/2007 | 10/26/2007 | 134 | Granted |
| 2113 | 08-cv-00583 | Lockard | 8/15/2008 | 12/22/2008 | 129 | Granted |
| 1312 | 06-cv-00504 | Joslin | 10/21/2007 | 2/25/2008 | 127 | Granted |
| 1461 | 06-cv-00507 | K. Beard | 10/21/2007 | 2/25/2008 | 127 | Granted |
| 1034 | 06-cv-00513 | Mendelsohn | 7/28/2007 | 11/26/2007 | 121 | Granted |
| 1089 | 06-cv-00959 | McCrory | 7/28/2007 | 11/26/2007 | 121 | Granted |
| 273 | 06-cv-00552 | Krucina | 6/21/2006 | 10/17/2006 | 118 | Granted |
| 740 | 06-cv-00228 | Henneken | 4/1/2007 | 7/27/2007 | 117 | Granted |
| 2014 | 06-cv-00498 | Frick | 8/23/2008 | 12/18/2008 | 117 | Granted |
| 1020 | 06-cv-00663 | Buza | 6/2/2007 | 9/26/2007 | 116 | Granted |
| 3383 | 08-cv-00487 | Odia | 10/9/2008 | 1/29/2009 | 112 | Granted |
| 1661 | 07-cv-01278 | Bayhi | 4/17/2008 | 8/5/2008 | 110 | Granted |
| 1932 | 07-cv-00963 | Weeks | 5/23/2008 | 9/9/2008 | 109 | Granted |
| 3329 | 06-cv-01131 | Kirchman | 4/18/2018 | 8/5/2018 | 109 | Granted |

Analysis of Suggestion of Death Timeframe
*In Re Aredia and Zometa Products Liability Litigation*, MDL No. 1760

| Dkt. No. | Case No. | Name | Date of Death | Date SoD Filed | Days Elapsed | Granted/Denied? |
|---:|---|---|---:|---:|---:|---|
| 270 | 06-cv-00821 | Reid | 7/2/2006 | 10/17/2006 | 107 | Granted |
| 742 | 06-cv-00858 | Spiese | 4/11/2007 | 7/27/2007 | 107 | Granted |
| 798 | 06-cv-00576 | B. Jackson | 5/7/2007 | 8/22/2007 | 107 | Granted |
| 2714 | 06-cv-01027 | Steiner | 1/2/2009 | 4/15/2009 | 103 | Granted |
| 3273 | 07-cv-00234 | King | 4/16/2007 | 7/27/2007 | 102 | Granted |
| 3250 | 06-cv-00693 | Nightlinger | 1/4/2010 | 4/15/2010 | 101 | Granted |
| 1016 | 06-cv-00370 | Knopf | 6/19/2007 | 9/26/2007 | 99 | Granted |
| 1907 | 07-cv-00096 | Armiger | 5/27/2008 | 9/2/2008 | 98 | Granted |
| 3294 | 08-cv-00770 | Kolesar | 1/9/2009 | 4/16/2009 | 97 | Granted |
| 288 | 06-cv-00550 | White | 9/30/2006 | 1/1/2007 | 93 | Granted |
| 1035 | 07-cv-00960 | Ryden | 8/25/2007 | 11/26/2007 | 93 | Granted |
| 2048 | 06-cv-00521 | Brodie | 7/27/2008 | 10/27/2008 | 92 | Granted |
| 2060 | 06-cv-00659 | Crews | 10/29/2008 | 1/28/2009 | 91 | Granted |
| 1933 | 07-cv-00565 | Robertson | 6/7/2008 | 9/5/2008 | 90 | Granted |
| 1934 | 07-cv-00467 | Mosher | 6/7/2008 | 9/5/2008 | 90 | Granted |
| 3049 | 06-cv-00509 | Broyles | 7/29/2009 | 10/22/2009 | 85 | Granted |
| 3393 | 09-cv-00865 | Baxter | 11/5/2009 | 1/28/2010 | 84 | Granted |
| 125 | 06-cv-00510 | Napolitano | 5/13/2006 | 8/3/2006 | 82 | Granted |
| 3384 | 08-cv-00489 | Stafford | 1/25/2009 | 4/16/2009 | 81 | Granted |
| 267 | 06-cv-00863 | Goldstein | 7/30/2006 | 10/18/2006 | 80 | Granted |
| 737 | 06-cv-00369 | Johnson | 5/8/2007 | 7/27/2007 | 80 | Granted |
| 3667 | 10-cv-00017 | Campos | 4/20/2010 | 7/8/2010 | 79 | Granted |
| 2873 | 07-cv-01023 | Gullins | 3/28/2008 | 6/13/2008 | 77 | Granted |
| 1357 | 06-cv-00973 | Lingerfelt | 12/13/2007 | 2/27/2008 | 76 | Granted |
| 1352 | 07-cv-00107 | Stinson | 11/20/2007 | 2/1/2008 | 73 | Granted |
| 1501 | 07-cv-00465 | Voorhies | 2/8/2008 | 4/21/2008 | 73 | Granted |
| 294 | 07-cv-00812 | Lazelle | 11/21/2006 | 1/31/2007 | 71 | Granted |
| 269 | 06-cv-00819 | Forsythe | 8/9/2006 | 10/17/2006 | 69 | Granted |
| 739 | 06-cv-00718 | Fragomeli | 5/25/2007 | 7/31/2007 | 67 | Granted |
| 2172 | 06-cv-00748 | Feigenbaum | 11/18/2008 | 1/23/2009 | 66 | Granted |
| 2957 | 07-cv-00103 | Prager | 6/7/2009 | 8/12/2009 | 66 | Granted |
| 467 | 07-cv-00036 | Chiapel | 3/31/2007 | 5/31/2007 | 61 | Granted |
| 1090 | 07-cv-01188 | M. Brown | 10/26/2007 | 12/26/2007 | 61 | Granted |
| 1277 | 07-cv-01018 | Riddle | 11/21/2007 | 1/21/2008 | 61 | Granted |
| 331 | 06-cv-00496 | Baldwin | 11/4/2006 | 1/2/2007 | 59 | Granted |
| 468 | 07-cv-00004 | Fraprie | 1/13/2007 | 3/13/2007 | 59 | Granted |
| 946 | 07-cv-00777 | Massey | 8/23/2007 | 10/21/2007 | 59 | Granted |
| 1497 | 07-cv-00394 | Grant | 2/23/2008 | 4/21/2008 | 58 | Granted |
| 2127 | 07-cv-01021 | Villa | 8/26/2008 | 10/23/2008 | 58 | Granted |
| 470 | 06-cv-00716 | Woollard | 12/5/2006 | 1/31/2007 | 57 | Granted |
| 332 | 06-cv-01058 | Mathews | 12/1/2006 | 1/26/2007 | 56 | Granted |
| 3293 | 08-cv-00499 | Hagglund | 2/29/2008 | 4/25/2008 | 56 | Granted |
| 471 | 06-cv-00718 | McCleery | 12/9/2006 | 1/31/2007 | 53 | Granted |
| 1354 | 06-cv-00388 | J. Wilson | 12/10/2007 | 2/1/2008 | 53 | Granted |
| 325 | 06-cv-00716 | McDaniel | 10/10/2006 | 11/30/2006 | 51 | Granted |
| 472 | 06-cv-00719 | Newman | 3/11/2007 | 4/30/2007 | 50 | Granted |

Analysis of Suggestion of Death Timeframe
*In Re Aredia and Zometa Products Liability Litigation*, MDL No. 1760

| Dkt. No. | Case No. | Name | Date of Death | Date SoD Filed | Days Elapsed | Granted/Denied? |
|---|---|---|---|---|---|---|
| 1537 | 07-cv-00958 | Burke | 6/18/2008 | 8/7/2008 | 50 | Granted |
| 1711 | 07-cv-00958 | Burke | 6/18/2008 | 8/7/2008 | 50 | Granted |
| 1498 | 06-cv-00971 | Judkins | 5/13/2008 | 7/1/2008 | 49 | Granted |
| 2047 | 08-cv-00363 | Schamber | 9/8/2008 | 10/27/2008 | 49 | Granted |
| 1018 | 06-cv-01058 | Tollenaar | 8/16/2007 | 10/3/2007 | 48 | Granted |
| 1325 | 07-cv-00533 | Hussey | 12/14/2007 | 1/28/2008 | 45 | Granted |
| 2712 | 06-cv-00379 | Champion | 3/3/2009 | 4/15/2009 | 43 | Granted |
| 1909 | 06-cv-00506 | Cole | 7/27/2008 | 9/2/2008 | 37 | Granted |
| 2081 | 08-cv-00244 | Bennett | 7/2/2008 | 8/5/2008 | 34 | Granted |
| 3169 | 09-cv-01126 | Kahn | 2/10/2010 | 3/15/2010 | 33 | Granted |
| 1356 | 07-cv-00098 | Brookins | 1/15/2008 | 2/12/2008 | 28 | Granted |
| 1396 | 06-cv-00743 | Levine | 2/7/2008 | 3/6/2008 | 28 | Granted |

| | |
|---|---|
| Average Days: | 198 |
| Percent Exceeding 60 Days: | 84% |