## VERIFICATION

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that all of the information provided in this Fact Sheet is true and correct to the best of my knowledge.

KAREN POTTER
Print Name

*Karen Potter*
Signature

9/4/18
Date

DWAYNE POTTER
Print Name
(Loss of Consortium Plaintiff)

*Dwayne Potter*
Signature

9/4/18
Date



**VERIFICATION**

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that all of the information provided in this Fact Sheet is true and correct to the best of my knowledge.

KAREN POTTER
Print Name

*/s/ Karen Potter*
Signature

8-21-18
Date

DWAYNE POTTER
Print Name
(Loss of Consortium Plaintiff)

*/s/ Dwayne Potter*
Signature

8-21-18
Date

## VERIFICATION

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that all of the information provided in this Fact Sheet is true and correct to the best of my knowledge

Berthus _____ L. _____ Sweeles
Print Name

Berthus L. Sweeles
Signature

8-21—2018
Date


Print Name
(Loss of Consortium Plaintiff)


Signature


Date

## VERIFICATION

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that all of the information provided in this Fact Sheet is true and correct to the best of my knowledge.

Bertha L Swales
Print Name

*[signature]*
Signature

8-29-2018
Date

_____
Print Name
(Loss of Consortium Plaintiff)

_____
Signature

_____
Date

K. If you claim any loss from medical expenses, copies of all bills from any physician, hospital, pharmacy, or other healthcare provider.

L. Decedent's death certificate (if applicable).

### VERIFICATION

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that all of the information provided in this Fact Sheet is true and correct to the best of my knowledge.

ANNE Bresnock
Print Name

*[signature]*
Signature

9/4/18
Date


Print Name
(Loss of Consortium Plaintiff)


Signature


Date

K.  If you claim any loss from medical expenses, copies of all bills from any physician, hospital, pharmacy, or other healthcare provider.

L.  Decedent's death certificate (if applicable).

## VERIFICATION

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that all of the information provided in this Fact Sheet is true and correct to the best of my knowledge.

ANNE Bresnock
Print Name

_[signature]_
Signature

8/04/18
Date

_____
Print Name
(Loss of Consortium Plaintiff)

_____
Signature

_____
Date