# EXHIBIT A1

## VERIFICATION

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that all of the information provided in this Fact Sheet is true and correct to the best of my knowledge.

Renate Lynn Edwards
Print Name

*[signature]*
Signature

5-19-2018
Date


_____
Print Name
(Loss of Consortium Plaintiff)


_____
Signature


_____
Date

# EXHIBIT A2

## VERIFICATION

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that all of the information provided in this Fact Sheet is true and correct to the best of my knowledge.

Renate Lynn Edwards
Print Name

*[signature]*
Signature

9/7/2018
Date

_____
Print Name
(Loss of Consortium Plaintiff)

_____
Signature

_____
Date

# EXHIBIT B1

## VERIFICATION

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that all of the information provided in this Fact Sheet is true and correct to the best of my knowledge.

TODD ERIC JOHNSTON
Print Name

*/s/ Todd Eric Johnston*
Signature

30 APRIL 2018
Date

TODD ERIC JOHNSTON
Print Name
(Loss of Consortium Plaintiff)

*/s/ Todd Eric Johnston*
Signature

30 APRIL 2018
Date

# EXHIBIT B2

## VERIFICATION

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that all of the information provided in this Fact Sheet is true and correct to the best of my knowledge.

TODD ERIC JOHNSTON
Print Name

*[signature: Todd Eric Jo...]*
Signature

9/7/2018
Date


_____
Print Name
(Loss of Consortium Plaintiff)


_____
Signature


_____
Date

# EXHIBIT C1

## VERIFICATION

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that all of the information provided in this Fact Sheet is true and correct to the best of my knowledge.

_Willard Billings_
Print Name

_[signature]_
Signature

_02-29-2018_
Date

_Willard J Robert Billings_
Print Name
(Loss of Consortium Plaintiff)

_[signature]_
Signature

_04-29-2018_
Date

# EXHIBIT C2

## VERIFICATION

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that all of the information provided in this Fact Sheet is true and correct to the best of my knowledge.

Willard Billings
Print Name

*[signature]*
Signature

9/17/28
Date

_____
Print Name
(Loss of Consortium Plaintiff)

_____
Signature

_____
Date