# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Devices Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to:<br>*Spry v. 3M Co., et al.*,<br>No. 18-cv-01878 | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed without prejudice, each party to bear its own costs.

IT IS SO STIPULATED:


Dated: October 26, 2018         **MCEWEN & KESTNER, PLLC**

*/s/ Gregory N. McEwen*
Gregory N. McEwen (MN
5850 Blackshire Path
Inver Grove Heights, MN 55076
Tel: (651) 224-3833
gmcewen@mcewenlaw.com

*Attorney for Plaintiff*

**BLACKWELL BURKE P.A.**

*s/ Benjamin W. Hulse*
Jerry W. Blackwell (MN #186867)
Benjamin W. Hulse (MN #0390952)
Mary S. Young (MN #0392781)
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3200
Fax: (612) 343-3205
Email: blackwell@blackwellburke.com
bhulse@blackwellburke.com
myoung@blackwellburke.com

*Attorneys for Defendants*