UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Devices Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to: *Spry v. 3M Co., et al.*, No. 18-cv-01878 | |

## **ORDER**

The Court, after considering the joint Stipulation of Dismissal, ORDERS that case number 18-cv-01878 is hereby DISMISSED WITHOUT PREJUDICE.

Dated: _____

HON. JOAN N. ERICKSEN
United States District Court Judge