## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION

This Document Relates to:
Case Nos.:
17-cv-03549 (*Salinas v. 3M Co., et al.*)
17-cv-04778 (*Brown v. 3M Co., et al.*)
17-cv-05047 (*Clark v. 3M Co., et al.*)
18-cv-00207 (*Guenther v. 3M Co., et al.*)
18-cv-00264 (*Wega v. 3M Co., et al.*)
18-cv-00275 (*Owens v. 3M Co., et al.*)
18-cv-00318 (*Amador v. 3M Co., et al.*)
18-cv-00348 (*Smith v. 3M Co., et al.*)
18-cv-00481 (*Brann v. 3M Co., et al.*)
18-cv-00891 (*Winn v. 3M Co., et al.*)
18-cv-01435 (*Swatchick v. 3M Co., et al.*)
18-cv-01455 (*Matteo v. 3M Co., et al.*)
18-cv-01456 (*Manheim v. 3M Co., et al.*)
18-cv-01542 (*Davis v. 3M Co., et al.*)

MDL No. 15-2666 (JNE/DTS)

**NOTICE OF HEARING ON DEFENDANTS' SIXTEENTH MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 14**

PLEASE TAKE NOTICE that on November 15, 2018 at 9:30 a.m., before the Honorable Joan N. Ericksen, United States District Court, 12W U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, Defendants 3M Company and Arizant Healthcare Inc. will respectfully move the Court to enter an order dismissing the following Plaintiffs' cases for failure to comply with the Court's Pretrial Order No. 14, entered September 27, 2016:

| Case Number | Plaintiff | Firm Name |
| --- | --- | --- |
| 0:17-cv-03549-JNE-DTS | Salinas | Kennedy Hodges, L.L.P. |
| 0:17-cv-04778-JNE-DTS | Brown | Bernstein Liebhard LLP |

| 0:17-cv-05047-JNE-DTS | Clark | Schlichter Bogard & Denton, LLP |
| 0:18-cv-00207-JNE-DTS | Guenther | Bernstein Liebhard LLP |
| 0:18-cv-00264-JNE-DTS | Wega | The Law Offices of Travis R. Walker, P.A. |
| 0:18-cv-00275-JNE-DTS | Owens | Bernstein Liebhard LLP |
| 0:18-cv-00318-JNE-DTS | Amador | DeGaris & Rogers, LLC |
| 0:18-cv-00348-JNE-DTS | Smith | The Miller Firm, LLC |
| 0:18-cv-00481-JNE-DTS | Brann | Lockridge Grindal Nauen PLLP |
| 0:18-cv-00891-JNE-DTS | Winn | Murray Law Firm |
| 0:18-cv-01435-JNE-DTS | Swatchick | Meshbesher & Spence |
| 0:18-cv-01455-JNE-DTS | Matteo | Morris Law Firm |
| 0:18-cv-01456-JNE-DTS | Manheim | Morris Law Firm |
| 0:18-cv-01542-JNE-DTS | Davis | Schlichter Bogard & Denton, LLP |

Dated: November 1, 2018                    Respectfully submitted,


_s/Benjamin W. Hulse_
Benjamin W. Hulse (MN #0390952)
**Attorney for Defendants 3M Company
and Arizant Healthcare Inc.**
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3200
Fax: (612) 343-3205
Email: bhulse@blackwellburke.com