# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/DTS) |
| | **DEFENDANTS' RULE 7.1(F) CERTIFICATE OF COMPLIANCE REGARDING DEFENDANTS' SIXTEENTH MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 14** |

I, Benjamin W. Hulse, certify that Defendants' Memorandum of Law in Support of their Sixteenth Motion to Dismiss for Failure to Comply with Pretrial Order No. 14 ("Memorandum") complies with the limits of Local Rule 7.1(f) and with the type-size limit of Local Rule 7.1(h).

I further certify that, in preparation of the above document, I used Microsoft® Word 2016, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the Memorandum (including Addendum 1 & 2) contains 3,463 words.

Dated: November 1, 2018							Respectfully submitted,

									*s/Benjamin W. Hulse*
									Jerry W. Blackwell (MN #186867)
									Benjamin W. Hulse (MN #0390952)
									Mary S. Young (MN #0392781)
									BLACKWELL BURKE P.A.
									431 South Seventh Street, Suite 2500
									Minneapolis, MN 55415
									Phone: (612) 343-3200
									Fax: (612) 343-3205
									Email: blackwell@blackwellburke.com
									           bhulse@blackwellburke.com
									           myoung@blackwellburke.com

									Bridget M. Ahmann (MN #016611x)
									FAEGRE BAKER DANIELS LLP
									2200 Wells Fargo Center
									90 South Seventh Street
									Minneapolis, MN 55402
									Phone: (612) 766-7000
									Email: bridget.ahmann@faegrebd.com

									***Counsel for Defendants 3M Company and Arizant Healthcare Inc.***