# EXHIBIT A


BLACKWELL BURKE P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

July 10, 2018

**VIA EMAIL AND U.S. MAIL**
David W. Hodges
Kennedy Hodges, LLP.
4409 Montrose Blvd. Suite 200
Houston, TX, 77006
mtg.kennedyhodges.com

> Re:  *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
> MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
> *Salinas et al v. 3M Company et al* Case No.: 0:17-cv-03549-JNE-FLN

Dear Counsel:

We are in receipt of the amended Plaintiff Fact Sheet (PFS) for the above-captioned matter.  The PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations."  Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'"  In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured.  When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS. This is the final deficiency notice for this matter.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

| | |
|---|---|
| Plaintiffs' Last Name | Salinas |
| Plaintiffs' First Name | Juan |
| Case No. | 18-cv-03549 |
| Section I (Case Information) | |
| Section I - Incomplete Questions | |
| Section II (Personal Information) | Incomplete |
| Section II - Incomplete Questions | 1, 2, 3, 6, 8, 9, 10, 11, 12, 13, 14, 15, 16 |
| Section III (Surgery Information) | |
| Section III - Incomplete Questions | |
| Section IV - 1 (Vital Statistics) | Incomplete |
| Section IV - 3 (Healthcare Providers) | |
| Section IV - 7 (Pharmacies/Drugstores) | Incomplete |
| Section IV - 8 (Dental Procedures) | Incomplete |
| Section IV - 9 (Tobacco) | Incomplete |
| Section IV - 10 (Drug/Alcohol) | Incomplete |
| Section V - 4 (Disability Claims) | Incomplete |
| Section V - 5 (Lawsuits) | Incomplete |
| Section V - 6 (Bankruptcy) | Incomplete |
| Section VI - 1 (Physical Injury) | Incomplete |
| Section VI - 3 (Emotional Distress) | Incomplete |
| Section VI - 6 (Warnings) | Incomplete |
| Section VI - 7 (3M/Arizant Communications) | Incomplete |
| Section VI - 8 (3M/Arizant Warranty) | Incomplete |
| Section VI - 9 (Augustine) | Incomplete |
| Section VII - 1 (Lost Past Wages) | Incomplete |
| Section VII - 2 (Lost Future Wages) | Incomplete |
| Section VIII - 2 (Verbal/Written Statement) | Incomplete |
| Section IX - 1 (Consortium Name etc.) | Incomplete |
| Section IX - 3 (Residences) | Incomplete |
| Section IX - 4 (Married) | Incomplete |
| X.01 - Signed Authorization | Incomplete |
| X.02.d - Documents - Signed Verification | Incomplete |
| I.03.b - Plaintiffs' Counsel's Firm | Kennedy Hodges, L.L.P. |
| I.03.e - Plaintiffs' Counsel's Email | mtg@kennedyhodges.com |



Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

August 6, 2018

**VIA EMAIL AND U.S. MAIL**
Daniel C. Burke
Bernstein Liebhard LLP
10 E. 40th Street
New York, NY 10016
dburke@bernlieb.com

> Re:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
> MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
> *Guenther, Gary  v. 3M Company et al* Case No.: 0:18-cv-00207-JNE-FLN

Dear Counsel:

We are in receipt of the amended Plaintiff Fact Sheet (PFS) for the above-captioned matter.  The PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations."  Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'"  In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured.  When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS. This is the final deficiency notice for this matter.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

| | |
|---|---|
| Plaintiffs' Last Name | Guenther |
| Plaintiffs' First Name | Gary |
| Case No. | 18-cv-00207-JNE-FLN |
| Section I (Case Information) | |
| Section I - Incomplete Questions | |
| Section II (Personal Information) | |
| Section II - Incomplete Questions | |
| Section III (Surgery Information) | Incomplete |
| Section III - Incomplete Questions | 01 |
| Section IV - 1 (Vital Statistics) | |
| Section IV - 3 (Healthcare Providers) | |
| Section IV - 7 (Pharmacies/Drugstores) | Incomplete |
| Section IV - 8 (Dental Procedures) | |
| Section IV - 9 (Tobacco) | |
| Section IV - 10 (Drug/Alcohol) | |
| Section V - 4 (Disability Claims) | |
| Section V - 5 (Lawsuits) | |
| Section V - 6 (Bankruptcy) | |
| Section VI - 1 (Physical Injury) | Incomplete |
| Section VI - 3 (Emotional Distress) | |
| Section VI - 6 (Warnings) | |
| Section VI - 7 (3M/Arizant Communications) | |
| Section VI - 8 (3M/Arizant Warranty) | |
| Section VI - 9 (Augustine) | |
| Section VII - 1 (Lost Past Wages) | |
| Section VII - 2 (Lost Future Wages) | |
| Section VIII - 2 (Verbal/Written Statement) | |
| Section IX - 1 (Consortium Name etc.) | |
| Section IX - 3 (Residences) | |
| Section IX - 4 (Married) | |
| X.01 - Signed Authorization | |
| X.02.d - Documents - Signed Verification | |
| I.03.b - Plaintiffs' Counsel's Firm | Bernstein Liebhard LLP |
| I.03.e - Plaintiffs' Counsel's Email | dburke@bernlieb dlee@bernlieb.com |



Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

July 31, 2018

**VIA EMAIL AND U.S. MAIL**
Daniel Christopher Burke
Bernstein Liebhard LLP
10 East 40th Street
New York, NY 10016
dburke@bernlieb.com

   Re: *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
     MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
     *Owens, Janis v. 3M Company et al* Case No.: 0:18-cv-00275-JNE-FLN

Dear Counsel:

We are in receipt of the Plaintiff Fact Sheet (PFS) for the above-captioned matter. The PFS has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS. This is a final deficiency notice for this matter.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

| | |
|---|---|
| Plaintiffs' Last Name | Owens |
| Plaintiffs' First Name | Janis |
| Case No. | 18-cv-00207-JNE-FLN |
| Section I (Case Information) | |
| Section I - Incomplete Questions | |
| Section II (Personal Information) | Incomplete |
| Section II - Incomplete Questions | 02<br>07 |
| Section III (Surgery Information) | Incomplete |
| Section III - Incomplete Questions | 1 |
| Section IV - 1 (Vital Statistics) | Incomplete |
| Section IV - 3 (Healthcare Providers) | |
| Section IV - 7 (Pharmacies/Drugstores) | Incomplete |
| Section IV - 8 (Dental Procedures) | Incomplete |
| Section IV - 9 (Tobacco) | |
| Section IV - 10 (Drug/Alcohol) | |
| Section V - 4 (Disability Claims) | |
| Section V - 5 (Lawsuits) | |
| Section V - 6 (Bankruptcy) | |
| Section VI - 1 (Physical Injury) | |
| Section VI - 3 (Emotional Distress) | |
| Section VI - 6 (Warnings) | |
| Section VI - 7 (3M/Arizant Communications) | |
| Section VI - 8 (3M/Arizant Warranty) | |
| Section VI - 9 (Augustine) | |
| Section VII - 1 (Lost Past Wages) | |
| Section VII - 2 (Lost Future Wages) | |
| Section VIII - 2 (Verbal/Written Statement) | |
| Section IX - 1 (Consortium Name etc.) | |
| Section IX - 3 (Residences) | |
| Section IX - 4 (Married) | |
| X.01 - Signed Authorization | |
| X.02.d - Documents - Signed Verification | |
| I.03.b - Plaintiffs' Counsel's Firm | Bernstein Liebhard LLP |
| I.03.e - Plaintiffs' Counsel's Email | dburke@bernlieb.com<br>dlee@bernlieb.com |



Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

July 5, 2018

**VIA EMAIL AND U.S. MAIL**
Annesley H DeGaris
DeGaris & Rogers, LLC
Two North Twentieth Street, Suite 1030
Birmingham, AL 35203
adegaris@degarislaw.com

  Re: *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
    MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
    *Amador, George v. 3M Company et al* Case No.: 0:18-cv-00318-JNE-FLN

Dear Counsel:

We are in receipt of the Plaintiff Fact Sheet (PFS) for the above-captioned matter. The PFS has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS. This is a final deficiency notice for this matter.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

| | |
|---|---|
| Plaintiffs' Last Name | Amador |
| Plaintiffs' First Name | George |
| Case No. | 0:18-cv-00318-JNE-FLN |
| Section I (Case Information) | |
| Section I - Incomplete Questions | |
| Section II (Personal Information) | Incomplete |
| Section II - Incomplete Questions | 01, 02, 03, 06, 07, 08, 09, 10, 11, 12, 13, 14 |
| Section III (Surgery Information) | |
| Section III - Incomplete Questions | |
| Section IV - 1 (Vital Statistics) | Incomplete |
| Section IV - 3 (Healthcare Providers) | Incomplete |
| Section IV - 7 (Pharmacies/Drugstores) | Incomplete |
| Section IV - 8 (Dental Procedures) | Incomplete |
| Section IV - 9 (Tobacco) | Incomplete |
| Section IV - 10 (Drug/Alcohol) | Incomplete |
| Section V - 4 (Disability Claims) | Incomplete |
| Section V - 5 (Lawsuits) | Incomplete |
| Section V - 6 (Bankruptcy) | Incomplete |
| Section VI - 1 (Physical Injury) | Incomplete |
| Section VI - 3 (Emotional Distress) | Incomplete |
| Section VI - 6 (Warnings) | Incomplete |
| Section VI - 7 (3M/Arizant Communications) | Incomplete |
| Section VI - 8 (3M/Arizant Warranty) | Incomplete |
| Section VI - 9 (Augustine) | |
| Section VII - 1 (Lost Past Wages) | Incomplete |
| Section VII - 2 (Lost Future Wages) | Incomplete |
| Section VIII - 2 (Verbal/Written Statement) | |
| Section IX - 1 (Consortium Name etc.) | |
| Section IX - 3 (Residences) | |
| Section IX - 4 (Married) | |
| X.01 - Signed Authorization | Incomplete |
| X.02.d - Documents - Signed Verification | Incomplete |
| I.03.b - Plaintiffs' Counsel's Firm | DeGaris & Rogers, LLC |
| I.03.e - Plaintiffs' Counsel's Email | adegaris@degarislaw.com |



BLACKWELL
BURKE P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

July 24, 2018

**VIA EMAIL AND U.S. MAIL**
Caroline White
Murray Law Firm
650 Poydras Street, Ste. 2150
New Orleans, LA 70130
cthomas@murray-lawfirm.com

> Re:    *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
> MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
> *Winn, Robert  v. 3M Company et al* Case No.: 0:18-cv-00891-JNE-FLN

Dear Counsel:

We are in receipt of the Plaintiff Fact Sheet (PFS) for the above-captioned matter.  The PFS has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations."  Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'"  In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured.  When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS. This is a final deficiency notice for this matter.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

| | |
|---|---|
| Plaintiffs' Last Name | Winn |
| Plaintiffs' First Name | Robert Lee |
| Case No. | 0:18-cv-00891 |
| Section I (Case Information) | |
| Section I - Incomplete Questions | |
| Section II (Personal Information) | Incomplete |
| Section II - Incomplete Questions | 01, 03, 05, 06, 07, 08, 09, 10, 11, 12, 13, 14, 15, 16 |
| Section III (Surgery Information) | Incomplete |
| Section III - Incomplete Questions | 01 03 04 |
| Section IV - 1 (Vital Statistics) | Incomplete |
| Section IV - 3 (Healthcare Providers) | Incomplete |
| Section IV - 7 (Pharmacies/Drugstores) | |
| Section IV - 8 (Dental Procedures) | Incomplete |
| Section IV - 9 (Tobacco) | |
| Section IV - 10 (Drug/Alcohol) | Incomplete |
| Section V - 4 (Disability Claims) | Incomplete |
| Section V - 5 (Lawsuits) | Incomplete |
| Section V - 6 (Bankruptcy) | Incomplete |
| Section VI - 1 (Physical Injury) | Incomplete |
| Section VI - 3 (Emotional Distress) | Incomplete |
| Section VI - 6 (Warnings) | Incomplete |
| Section VI - 7 (3M/Arizant Communications) | Incomplete |
| Section VI - 8 (3M/Arizant Warranty) | Incomplete |
| Section VI - 9 (Augustine) | Incomplete |
| Section VII - 1 (Lost Past Wages) | Incomplete |
| Section VII - 2 (Lost Future Wages) | Incomplete |
| Section VIII - 2 (Verbal/Written Statement) | Incomplete |
| Section IX - 1 (Consortium Name etc.) | Incomplete |
| Section IX - 3 (Residences) | Incomplete |
| Section IX - 4 (Married) | Incomplete |
| X.01 - Signed Authorization | Incomplete |
| X.02.d - Documents - Signed Verification | Incomplete |
| I.03.b - Plaintiffs' Counsel's Firm | Murray Law Firm |
| I.03.e - Plaintiffs' Counsel's Email | cthomas@murray-lawfirm.com |

# EXHIBIT B



**BLACKWELL
BURKE** P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

April 17, 2018

**VIA EMAIL AND U.S. MAIL**
Daniel C. Burke
Bernstein Liebhard LLP
10 E. 40th Street
New York, NY 10016
dburke@bernlieb.com

    Re:    *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
        MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
        *Brown, Ina v. 3M Company et al.* Case No.: 0:17-cv-04778-JNE-FLN

Dear Counsel:

We are in receipt of the Plaintiff Fact Sheet (PFS) for the above-captioned matter.  The PFS has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations."  Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'"  In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured.  When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

---

431 South Seventh Street, Suite 2500    Minneapolis, MN 55415    Main 612.343.3200    Fax 612.343.3205
www.blackwellburke.com

Title "Brown_Ina _CaseNo017-cv-04778_1_Brown_Ina _CaseNo017-cv-04778_1"

Brown_Ina _CaseNo017-cv-04778_1_Brown_Ina _CaseNo017-cv-04778_1

PLAINTIFFS' LAST NAME - Brown
PLAINTIFFS' FIRST NAME - Ina
CASE NO. - 0:17-cv-04778
SECTION I (CASE INFORMATION) -
SECTION II (PERSONAL INFORMATION) -
SECTION III   (SURGERY INFORMATION) - Incomplete
SECTION III - INCOMPLETE QUESTIONS - 01, 03
SECTION IV - 1 (VITAL STATISTICS) -
SECTION IV - 10   (DRUG/ALCOHOL) -
SECTION IV - 3 (HEALTHCARE PROVIDERS) -
SECTION IV - 7   (PHARMACIES/DRUGSTORES) -
SECTION IV - 8   (DENTAL PROCEDURES) - Incomplete
SECTION IV - 9   (TOBACCO) -
SECTION IX - 1   (CONSORTIUM NAME ETC.) -
SECTION IX - 3   (RESIDENCES) - Incomplete
SECTION IX - 4   (MARRIED) - Incomplete
SECTION V - 5   (DISABILITY CLAIMS) -
SECTION V - 6   (LAWSUITS) -
SECTION V - 7   (BANKRUPTCY) -
SECTION VI - 1   (PHYSICAL INJURY) - Incomplete
SECTION VI - 3   (EMOTIONAL DISTRESS) - Incomplete
SECTION VI - 6   (WARNINGS) -
SECTION VI - 7   (3M/ARIZANT COMMUNICATIONS) -
SECTION VI - 8   (3M/ARIZANT WARRANTY) -
SECTION VI - 9   (AUGUSTINE) -
SECTION VII - 1   (LOST PAST WAGES) -
SECTION VII - 2   (LOST FUTURE WAGES) -
SECTION VIII - 2   (VERBAL/WRITTEN STATEMENT) -
I.03.B - PLAINTIFFS' COUNSEL'S FIRM - Bernstein Liebhard
I.03.E - PLAINTIFFS' COUNSEL'S EMAIL - dburke@bernlleb.com, dlee@bernlleb.com



**BLACKWELL BURKE** P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

June 18, 2018

**VIA EMAIL AND U.S. MAIL**
Kristine Kraft
Schlichter Bogard & Denton, LLP
100 S. Fourth Street Ste 1200
St. Louis, MO 63102
rharris@uselaws.com, skoelker@uselaws.com;
hgrupe@uselaws.com.

> Re:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
> MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
> *Clark, Georgia v. 3M Company et al* Case No.: 0:17-cv-05047-JNE-FLN

Dear Counsel:

We are in receipt of the amended Plaintiff Fact Sheet (PFS) for the above-captioned matter.  The PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations."  Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'"  In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured.  When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS. This is the final deficiency notice for this matter.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

---

431 South Seventh Street, Suite 2500    Minneapolis, MN 55415    Main 612.343.3200    Fax 612.343.3205
www.blackwellburke.com

| | |
|---|---|
| Plaintiffs' Last Name | Clark, Jr. |
| Plaintiffs' First Name | Willie F. |
| Case No. | 17-cv-5047 |
| Section I (Case Information) | |
| Section I - Incomplete Questions | |
| Section II (Personal Information) | |
| Section II - Incomplete Questions | |
| Section III (Surgery Information) | Incomplete |
| Section III - Incomplete Questions | 1 |
| Section IV - 1 (Vital Statistics) | |
| Section IV - 3 (Healthcare Providers) | |
| Section IV - 7 (Pharmacies/Drugstores) | |
| Section IV - 8 (Dental Procedures) | |
| Section IV - 9 (Tobacco) | |
| Section IV - 10 (Drug/Alcohol) | |
| Section V - 4 (Disability Claims) | |
| Section V - 5 (Lawsuits) | |
| Section V - 6 (Bankruptcy) | |
| Section VI - 1 (Physical Injury) | |
| Section VI - 3 (Emotional Distress) | |
| Section VI - 6 (Warnings) | |
| Section VI - 7 (3M/Arizant Communications) | |
| Section VI - 8 (3M/Arizant Warranty) | |
| Section VI - 9 (Augustine) | |
| Section VII - 1 (Lost Past Wages) | |
| Section VII - 2 (Lost Future Wages) | |
| Section VIII - 2 (Verbal/Written Statement) | |
| Section IX - 1 (Consortium Name etc.) | |
| Section IX - 3 (Residences) | |
| Section IX - 4 (Married) | |
| X.01 - Signed Authorization | |
| X.02.d - Documents - Signed Verification | Incomplete |
| I.03.b - Plaintiffs' Counsel's Firm | Schlichter Bogard |
| I.03.e - Plaintiffs' Counsel's Email | rharris@uselaws.com |



**BLACKWELL BURKE** P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

July 16, 2018

**VIA EMAIL AND U.S. MAIL**
Jeffrey Alan Travers
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA 22960
jtravers@millerfirmllc.com;
TShah@MillerFirmLLC.com

> Re:    *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
>        MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
>        *Smith, Dorothy v. 3M Company et al* Case No.: 0:18-cv-00348-JNE-FLN

Dear Counsel:

We are in receipt of the Plaintiff Fact Sheet (PFS) for the above-captioned matter.  The PFS has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations."  Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'"  In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured.  When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS. This is a final deficiency notice for this matter.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

| | |
|---|---|
| Plaintiffs' Last Name | Smith |
| Plaintiffs' First Name | Dorothy |
| Case No. | 18-cv-000348 |
| Section I (Case Information) | |
| Section I - Incomplete Questions | |
| Section II (Personal Information) | Incomplete |
| Section II - Incomplete Questions | 07 <br> 13 |
| Section III (Surgery Information) | |
| Section III - Incomplete Questions | |
| Section IV - 1 (Vital Statistics) | |
| Section IV - 3 (Healthcare Providers) | |
| Section IV - 7 (Pharmacies/Drugstores) | Incomplete |
| Section IV - 8 (Dental Procedures) | |
| Section IV - 9 (Tobacco) | |
| Section IV - 10 (Drug/Alcohol) | |
| Section V - 4 (Disability Claims) | |
| Section V - 5 (Lawsuits) | |
| Section V - 6 (Bankruptcy) | |
| Section VI - 1 (Physical Injury) | |
| Section VI - 3 (Emotional Distress) | |
| Section VI - 6 (Warnings) | |
| Section VI - 7 (3M/Arizant Communications) | |
| Section VI - 8 (3M/Arizant Warranty) | |
| Section VI - 9 (Augustine) | |
| Section VII - 1 (Lost Past Wages) | |
| Section VII - 2 (Lost Future Wages) | |
| Section VIII - 2 (Verbal/Written Statement) | |
| Section IX - 1 (Consortium Name etc.) | |
| Section IX - 3 (Residences) | |
| Section IX - 4 (Married) | |
| X.01 - Signed Authorization | |
| X.02.d - Documents - Signed Verification | |
| I.03.b - Plaintiffs' Counsel's Firm | The Miller Firm LLC |
| I.03.e - Plaintiffs' Counsel's Email | tshah@millerfirmllc.com |



BLACKWELL
BURKE P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

July 9, 2018

**VIA EMAIL AND U.S. MAIL**
Yvonne M. Flaherty
Lockridge, Grindal Nauen P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
ymflaherty@locklaw.com

> Re:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
> MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
> *Brann, Stefan  v. 3M Company et al* Case No.: 0:18-cv-00481-JNE-FLN

Dear Counsel:

We are in receipt of the Plaintiff Fact Sheet (PFS) for the above-captioned matter.  The PFS has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations."  Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'"  In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured.  When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS. This is a final deficiency notice for this matter.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

---

| | |
|---|---|
| **Plaintiffs' Last Name** | Brann |
| **Plaintiffs' First Name** | Stefan |
| **Case No.** | 0:18-cv-00481 |
| **Section I (Case Information)** | |
| **Section I - Incomplete Questions** | |
| **Section II (Personal Information)** | |
| **Section II - Incomplete Questions** | |
| **Section III (Surgery Information)** | |
| **Section III - Incomplete Questions** | 1 |
| **Section IV - 1 (Vital Statistics)** | |
| **Section IV - 3 (Healthcare Providers)** | |
| **Section IV - 7 (Pharmacies/Drugstores)** | |
| **Section IV - 8 (Dental Procedures)** | |
| **Section IV - 9 (Tobacco)** | |
| **Section IV - 10 (Drug/Alcohol)** | |
| **Section V - 4 (Disability Claims)** | |
| **Section V - 5 (Lawsuits)** | |
| **Section V - 6 (Bankruptcy)** | |
| **Section VI - 1 (Physical Injury)** | |
| **Section VI - 3 (Emotional Distress)** | |
| **Section VI - 6 (Warnings)** | |
| **Section VI - 7 (3M/Arizant Communications)** | |
| **Section VI - 8 (3M/Arizant Warranty)** | |
| **Section VI - 9 (Augustine)** | |
| **Section VII - 1 (Lost Past Wages)** | |
| **Section VII - 2 (Lost Future Wages)** | Incomplete |
| **Section VIII - 2 (Verbal/Written Statement)** | |
| **Section IX - 1 (Consortium Name etc.)** | |
| **Section IX - 3 (Residences)** | |
| **Section IX - 4 (Married)** | |
| **X.01 - Signed Authorization** | |
| **X.02.d - Documents - Signed Verification** | |
| **I.03.b - Plaintiffs' Counsel's Firm** | Lockridge, Grindal Nauen P.L.L.P. |
| **I.03.e - Plaintiffs' Counsel's Email** | ymflaherty@locklaw.com |

# EXHIBIT C

**From:** Ben Hulse
**Sent:** Monday, September 17, 2018 5:21 PM
**To:** JoanEricksen_Chambers@mnd.uscourts.gov; schultz_chambers@mnd.uscourts.gov
**Cc:** Genevieve Zimmerman - Meshbesher & Spence (gzimmerman@meshbesher.com) <gzimmerman@meshbesher.com>; Gabriel Assaad (gassaad@kennedyhodges.com) <gassaad@kennedyhodges.com>; Jan Conlin (JMC@ciresiconlin.com) <JMC@ciresiconlin.com>; Ben Gordon (bgordon@levinlaw.com) <bgordon@levinlaw.com>; Jerry Blackwell <blackwell@blackwellburke.com>; Lyn Pruitt <LPruitt@mwlaw.com>; David Szerlag <david@pritzkerlaw.com>; Bridget Ahmann <Bridget.Ahmann@FaegreBD.com>; Mary Young <myoung@blackwellburke.com>; Ben Gordon <bengordonlaw@aol.com>
**Subject:** RE: MDL 2666 - Joint Agenda and Report for Aug. 16 Status Conference

Dear Judge Ericksen and Judge Schultz,

In accordance with Pretrial Order No. 3, attached is the parties' Joint Agenda and Report for the status conference scheduled for Thursday, September 20.  Defendants' three lists related to the Plaintiff Fact Sheets, as discussed in Section 2 of the Joint Agenda, are also attached to this email.

Best regards,
Ben Hulse

Benjamin W. Hulse
Blackwell Burke P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN  55415
Direct (612) 343-3256
Fax (612) 343-3205

This message and any attachments may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient or are not authorized to receive for the recipient, you are hereby notified that dissemination, distribution or copying of this message and any attachments is strictly prohibited. If you have received this message in error, please immediately advise the sender by reply e-mail and delete the message and any attachments. Thank you.

**Defendants' PFS List 1:  Overdue Plaintiff Fact Sheets**
(Updated September 17, 2018)

| Case Number | Title | Date Filed | Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:18-cv-00572-JNE-DTS | Gauthier, Kim v. 3M Company, et al. | 3/1/2018 | 5/31/2018 | 7/13/2018 | Schlichter, Bogard & Denton, LLP |
| 0:18-cv-00757-JNE-DTS | Homsher, Larry v. 3M Company, et al. | 3/20/2018 | 6/18/2018 | 7/13/2018 8/10/2018 | Bernstein Liebhard LLP |
| 0:18-cv-00758-JNE-DTS | Butler, Frances Eloise v. 3M Company, et al. | 3/20/2018 | 6/18/2018 | 7/13/2018 8/10/2018 | Fears Nachawati, PLLC |
| 0:18-cv-00802-JNE-DTS | Brown, Charles v. 3M Company, et al. | 3/23/2018 | 6/21/2018 | 7/13/2018 8/10/2018 | The Olinde Firm, LLC |
| 0:18-cv-00839-JNE-DTS | Pavia, Johnny et al v. 3M Company, et al. | 3/26/2018 | 6/24/2018 | 7/13/2018 8/10/2018 | Fears Nachawati, PLLC |
| 0:18-cv-00840-JNE-DTS | Stidham, Robert et al v. 3M Company, et al. | 3/26/2018 | 6/24/2018 | 7/13/2018 8/10/2018 | Fears Nachawati, PLLC |
| 0:18-cv-00842-JNE-DTS | Wiggins, Francis v. 3M Company, et al. | 3/26/2018 | 6/24/2018 | 7/13/2018 8/10/2018 | Fears Nachawati, PLLC |
| 0:18-cv-00855-JNE-DTS | Short, Vincent v. 3M Company, et al. | 3/27/2018 | 6/25/2018 | 7/13/2018 8/10/2018 | The Law offices of Travis R. Walker, P.A. |
| 0:18-cv-00856-JNE-DTS | Negron, Angel v. 3M Company, et al. | 3/27/2018 | 6/25/2018 | 7/13/2018 8/10/2018 | The Law offices of Travis R. Walker, P.A. |
| 0:18-cv-01009-JNE-DTS | Woelfel, Rosemarie et al v. 3M Company, et al. | 4/25/2018 | 7/24/2018 | 8/10/2018 | Brown Chiari, LLP |
| 0:18-cv-01175-JNE-DTS | Collins, Jean v. 3M Company, et al. | 4/30/2018 | 7/29/2018 | 8/10/2018 | Bernstein Liebhard LLP |
| 0:18-cv-01263-JNE-DTS | Anctil, Fernand v. 3M Company, et al. | 5/7/2018 | 8/5/2018 | 8/10/2018 | Davis & Crump, P.C. |
| 0:18-cv-01283-JNE-DTS | Winegar, Connie v. 3M Company, et al. | 5/8/2018 | 8/6/2018 | 8/10/2018 | Bernstein Liebhard LLP |
| 0:18-cv-00080-JNE-DTS | Harris, Jimmie Don v. 3M Company et al | 1/11/2018 | 4/11/2018 | | Davis & Crump, P.C. |
| 0:18-cv-00264-JNE-DTS | Wega, Salvadore v. 3M Company et al | 1/29/2018 | 4/29/2018 | | The Law offices of Travis R. Walker, P.A. |
| 0:18-cv-00529-JNE-DTS | Logsdon, Wanda v. 3M Company et al | 2/23/2018 | 5/24/2018 | | Davis & Crump, P.C. |
| 0:18-cv-01308-JNE-DTS | Hasan, Hope v. 3M Company et al | 5/11/2018 | 8/9/2018 | | Davis & Crump, P.C. |
| 0:18-cv-01346-JNE-DTS | Blair, Catherine v. 3M Company et al | 5/16/2018 | 8/14/2018 | | Davis & Crump, P.C. |
| 0:18-cv-01353-JNE-DTS | Van Nieuwenhuiz, Richard v. 3M Company et al | 5/16/2018 | 8/14/2018 | | Davis & Crump, P.C. |
| 0:18-cv-01362-JNE-DTS | DeSimone, Sandra v. 3M Company et al | 5/17/2018 | 8/15/2018 | | Kennedy Hodges, LLP |
| 0:18-cv-01381-JNE-DTS | White, Edward v. 3M Company et al | 5/18/2018 | 8/16/2018 | | Davis & Crump, P.C. |
| 0:18-cv-01421-JNE-DTS | Ross, Marie v. 3M Company et al | 5/24/2018 | 8/22/2018 | | Farr, Farr, Emerich, Hackett, Carr & Holmes, P.A. |
| 0:18-cv-01435-JNE-DTS | Swatchick, Lou Todd et al v. 3M Company et al | 5/25/2018 | 8/23/2018 | | Meshbesher & Spence |
| 0:18-cv-01455-JNE-DTS | Matteo, Barbara v. 3M Company et al | 5/25/2018 | 8/23/2018 | | Morris Law Firm |
| 0:18-cv-01456-JNE-DTS | Manheim, Kathleen v. 3M Company et al | 5/25/2018 | 8/23/2018 | | Morris Law Firm |
| 0:18-cv-01497-JNE-DTS | Wallace, Jerry v. 3M Company et al | 5/30/2018 | 8/28/2018 | | McSweeny / Langevin LLC |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).
Pink highlighting indicates that the case is subject to Defendants' Pending Motion to Dismiss.

**Defendants' PFS List 1:  Overdue Plaintiff Fact Sheets**
(Updated September 17, 2018)

| Case Number | Title | Date Filed | Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:18-cv-01513-JNE-DTS | Thomas, Milton et al v. 3M Company et al | 5/31/2018 | 8/29/2018 | | The Webster Law Firm |
| 0:18-cv-01523-JNE-DTS | Butters, Kenneth v. 3M Company et al | 5/31/2018 | 8/29/2018 | | Kirtland & Packard LLP |
| 0:18-cv-01536-JNE-DTS | Myers, Lois v. 3M Company et al | 6/1/2018 | 8/30/2018 | | Davis & Crump, P.C. |
| 0:18-cv-01537-JNE-DTS | Cochran, Loretta  v. 3M Company et al | 6/4/2018 | 9/2/2018 | | Meshbesher & Spence |
| 0:18-cv-01542-JNE-DTS | Davis, Harry v. 3M Company et al | 6/4/2018 | 9/2/2018 | | Schlichter Bogard & Denton, LLP |
| 0:18-cv-01545-JNE-DTS | Friesen, Janice v. 3M Company et al | 6/4/2018 | 9/2/2018 | | Davis & Crump, P.C. |
| 0:18-cv-01575-JNE-DTS | Connors, Patricia v. 3M Company et al | 6/6/2018 | 9/4/2018 | | Meshbesher & Spence |
| 0:18-cv-01613-JNE-DTS | Dobeck, Donna v. 3M Company et al | 6/8/2018 | 9/6/2018 | | Kennedy Hodges, LLP |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).
Pink highlighting indicates that the case is subject to Defendants' Pending Motion to Dismiss.

**Defendants' PFS List 2:  Plaintiffs Who Have Not Responded to Defendants' Deficiency Notices**
(Updated September 17, 2018)

| Case Number | Title | 1st Deficiency Notice Sent | Response Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:17-cv-04881-JNE-DTS | Potter, Karen  v. 3M Company et al | 5/7/2018 | 5/28/2018 | 6/15/2018 7/13/2018 8/10/2018 | Bernstein Liebhard LLP |
| 0:17-cv-04891-JNE-DTS | Edwards, Renate v. 3M Company et al | 4/17/2018 | 5/8/2018 | 6/15/2018 7/13/2018 8/10/2018 | Bernstein Liebhard LLP |
| 0:17-cv-05270-JNE-DTS | Johnston, Todd v. 3M Company et al | 4/17/2018 | 5/8/2018 | 6/15/2018 7/13/2018 8/10/2018 | Bernstein Liebhard LLP |
| 0:17-cv-05277-JNE-DTS | Billings, Willard v. 3M Company et al | 4/17/2018 | 5/8/2018 | 6/15/2018 7/13/2018 8/10/2018 | Bernstein Liebhard LLP |
| 0:17-cv-05323-JNE-DTS | Richey, Priscilla  v. 3M Company, et al. | 4/16/2018 | 5/7/2018 | 6/15/2018 7/13/2018 8/10/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-05370-JNE-DTS | Taplin, Janice v. 3M Company et al | 5/7/2018 | 5/28/2018 | 6/15/2018 7/13/2018 8/10/2018 | Bernstein Liebhard LLP |
| 0:17-cv-05371-JNE-DTS | Bresnock, Anne  v. 3M Company et al | 5/7/2018 | 5/28/2018 | 6/15/2018 7/13/2018 8/10/2018 | Bernstein Liebhard LLP |
| 0:18-cv-00045-JNE-DTS | Swales, Bertha  v. 3M Company et al | 5/7/2018 | 5/28/2018 | 6/15/2018 7/13/2018 8/10/2018 | Bernstein Liebhard LLP |
| 0:17-cv-05477-JNE-DTS | Shepard, Andrew  v. 3M Company, et al. | 5/24/2018 | 6/14/2018 | 7/13/2018 8/10/2018 | Johnson Becker, PLLC |
| 0:18-cv-00093-JNE-DTS | Ashley, Ruth  v. 3M Company, et al. | 7/16/2018 | 8/6/2018 | 8/10/2018 | Bernstein Liebhard LLP |
| 0:18-cv-00151-JNE-DTS | Russell, Janice  v. 3M Company, et al. | 7/16/2018 | 8/6/2018 | 8/10/2018 | Bernstein Liebhard LLP |
| 0:18-cv-00205-JNE-DTS | Shulz, Shelley v. 3M Company, et al. | 7/16/2018 | 8/6/2018 | 8/10/2018 | Bernstein Liebhard LLP |
| 0:18-cv-00220-JNE-DTS | Brasher, Michael  v. 3M Company, et al. | 7/16/2018 | 8/6/2018 | 8/10/2018 | Bernstein Liebhard LLP |
| 0:18-cv-00274-JNE-DTS | Malone, Brenda  v. 3M Company, et al. | 7/16/2018 | 8/6/2018 | 8/10/2018 | Bernstein Liebhard LLP |
| 0:18-cv-00575-JNE-DTS | Ballasso, Marilyn  v. 3M Company, et al. | 6/27/2018 | 7/18/2018 | 8/10/2018 | Gustafson Gluek PLLC |
| 0:18-cv-00660-JNE-DTS | Doyle, Linda v. 3M Company, et al. | 7/11/2018 | 8/1/2018 | 8/10/2018 | Kennedy Hodges, L.L.P. |
| 0:18-cv-00991-JNE-DTS | Hawkins, Loretta v. 3M Company, et al. | 7/17/2018 | 8/6/2018 | 8/10/2018 | DeGaris & Rogers, LLC |
| 0:17-cv-00712-JNE-DTS | Haladay, Jeffrey (OBO Harold Owens) v. 3M Company | 8/3/2018 | 8/24/2018 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:17-cv-02147-JNE-DTS | (Foote, Diane ) Sims v. 3M Company et al | 8/3/2018 | 8/24/2018 | | Kennedy Hodges, L.L.P. |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).
Pink highlighting indicates that the case is subject to Defendants' Pending Motion to Dismiss.

**Defendants' PFS List 2:  Plaintiffs Who Have Not Responded to Defendants' Deficiency Notices**
(Updated September 17, 2018)

| Case Number | Title | | | | Firm Name |
|---|---|---|---|---|---|
| 0:18-cv-00207-JNE-DTS | Guenther, Gary  v 3M Company et al | 8/6/2018 | 8/27/2018 | | Bernstein Liebhard LLP |
| 0:18-cv-00275-JNE-DTS | Owens, Janis v. 3M Company et al | 7/31/2018 | 8/2/2018 | | Bernstein Liebhard LLP |
| 0:18-cv-00318-JNE-DTS | Amador, George v. 3M Company et al | 7/5/2018 | 7/26/2018 | | DeGaris & Rogers, LLC |
| 0:18-cv-00354-JNE-DTS | McDermott, Kevin  et al v. 3M Company et al | 7/18/2018 | 8/8/2018 | | Parker Waichman |
| 0:18-cv-00891-JNE-DTS | Winn, Robert  v. 3M Company et al | 7/24/2018 | 8/14/2018 | | Murray Law Firm |
| 0:18-cv-00916-JNE-DTS | Foltz, Donald v. 3M Company et al | 8/17/2018 | 9/7/2018 | | Hare, Wynn, Newell & Newton, LLP |
| 0:18-cv-00944-JNE-DTS | Kotowski, Joseph  et al v. 3M Company et al | 8/17/2018 | 9/7/2018 | | Meshbesher & Spence |
| Case Number | Title | 2nd Deficiency Notice Sent | Response Due Date | Prior Listing | Firm Name |
| 0:17-cv-04375-JNE-DTS | Baker, David  v. 3M Company, et al. | 5/29/2018 | 6/19/2018 | 7/13/2018 8/10/2018 | Bernstein Liebhard LLP |
| 0:17-cv-04512-JNE-DTS | Cunningham, Mary  v. 3M Company, et al. | 5/29/2018 | 6/19/2018 | 7/13/2018 8/10/2018 | Bernstein Liebhard LLP |
| 0:17-cv-04517-JNE-DTS | Henderson, Stephanie v. 3M Company et al | 5/7/2018 | 5/28/2018 | 6/15/2018 7/13/2018 8/10/2018 | Bernstein Liebhard LLP |
| 0:17-cv-04857-JNE-DTS | Murphy, Bennie v 3M et al | 5/29/2018 | 6/19/2018 | 7/13/2018 8/10/2018 | Bernstein Liebhard LLP |
| 0:17-cv-04877-JNE-DTS | McDonald, Ethel v 3M Company et al | 5/29/2018 | 6/19/2018 | 7/13/2018 8/10/2018 | Bernstein Liebhard LLP |
| 0:18-cv-00167-JNE-DTS | Shoaf et al v. 3M Company, et al. | 6/4/2018 | 6/25/2018 | 7/13/2018 8/10/2018 | The Miller Firm, LLC |
| 0:17-cv-03549-JNE-DTS | Salinas, Juan v. 3M Company et al | 7/10/2018 | 7/31/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-05083-JNE-DTS | Meredith, Benjamin v. 3M Company et al | 7/17/2018 | 8/7/2018 | | DeGaris & Rogers, LLC |
| Case Number | Title | 3rd Deficiency Notice Sent | Response Due Date | Prior Listing | Firm Name |
| 0:17-cv-04754-JNE-DTS | Weaver, Donna v. 3M Company, et al. | 6/19/2018 | 7/10/2018 | 8/10/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03912-JNE-DTS | Kellett, Jackson  v. 3M Company et al | 7/26/2018 | 8/16/2018 | | Kennedy Hodges, L.L.P. |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).
Pink highlighting indicates that the case is subject to Defendants' Pending Motion to Dismiss.

**Defendants' PFS List 3: Core Deficiencies Remained Following Notice and Response**
(Updated September 17, 2018)

| Case Number | Title | Final Deficiency Sent | Prior Listing | Firm Name |
|---|---|---|---|---|
| 0:16-cv-02298-JNE-DTS | D'andrea, Mario et al v. 3M Company et al | 4/19/2017 7/10/2018 | 7/13/2018 8/10/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:17-cv-03573-JNE-DTS | Parker, Lloyd v. 3M Company et al | 5/7/2018 | 6/15/2018 7/13/2018 8/10/2018 | Bernstein Liebhard LLP |
| 0:17-cv-05052-JNE-DTS | Hanks, Julie v. 3M Company et al | 6/6/2018 | 7/13/2018 8/10/2018 | Brown and Crouppen, P.C. |
| 0:18-cv-00240-JNE-DTS | Dixon, Michael v. 3M Company | 6/4/2018 | 7/13/2018 8/10/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:18-cv-00424-JNE-DTS | Harris, Lola  v. 3M Company et al | 6/13/2018 | 7/13/2018 8/10/2018 | Kirtland & Packard LLP |
| 0:15-cv-03736-JNE-DTS | Printup ( Charlene Smiley) v. 3M Company et al | 6/28/2017 | 8/10/2018 | Gustafson Gluek PLLC |
| 0:17-cv-01701-JNE-DTS | Wright, Michael v. 3M Company | 6/22/2017 | 8/10/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:17-cv-01703-JNE-DTS | Ussery, Bruce v. 3M Company | 6/22/2018 | 8/10/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:17-cv-02426-JNE-DTS | Johnson, Edwards et al v. 3M Company | 6/22/2018 | 8/10/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:17-cv-02901-JNE-DTS | Moore, Michael v. 3M Company et al | 2/14/2018 | 8/10/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-04009-JNE-DTS | Rude, Lynas v. 3M Company et al | 5/7/2018 8/17/2018 | 6/15/2018 7/13/2018 8/10/2018 | Bernstein Liebhard LLP |
| 0:17-cv-04845-JNE-DTS | Murray, Dan  v. 3M Company et al | 5/17/2018 | 6/15/2018 7/13/2018 8/10/2018 | Kirtland and Packard LLP |
| 0:17-cv-04967-JNE-DTS | Ewing, Kelly v. 3M Company | 6/22/2018 | 8/10/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:17-cv-05327-JNE-DTS | Lykes-Tarver,Tracy v. 3M Company | 6/18/2018 | 8/10/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:17-cv-05348-JNE-DTS | Wilmer, Roxanne  v. 3M Company et al | 7/2/2018 | 8/10/2018 | Schlichter Bogard & Denton, LLP |
| 0:17-cv-05424-JNE-DTS | Kent, Maude v. 3M Company | 7/10/2018 | 8/10/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).
Pink highlighting indicates that the case is subject to Defendants' Pending Motion to Dismiss.

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated September 17, 2018)

| Case Number | Title | Final Deficiency Sent | Prior Listing | Firm Name |
|---|---|---|---|---|
| 0:17-cv-05426-JNE-DTS | Meyers, Leslie v. 3M Company | 7/10/2018 | 8/10/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-00088-JNE-DTS | Christ, Ralph et al v. 3M Company et al | 6/25/2018 | 8/10/2018 | Murray Law Firm |
| 0:18-cv-00146-JNE-DTS | Goodrum, Vernon  v. 3M Company et al | 7/5/2018 | 8/10/2018 | GoldenbergLaw, PLLC |
| 0:18-cv-00231-JNE-DTS | Lambert, Vincent v. 3M Company et al | 7/10/2018 | 8/10/2018 | Swartz & Swartz, P.C. |
| 0:18-cv-00262-JNE-DTS | Brabham, Earnest  v. 3M Company et al | 6/18/2018 | 8/10/2018 | The Law offices of Travis R. Walker, P.A. |
| 0:18-cv-00432-JNE-DTS | Falcetta, Edward v. 3M Company | 6/8/2018 | 8/10/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:18-cv-00512-JNE-DTS | Flynn, Michael  v. 3M Company et al | 6/19/2018 | 8/10/2018 | GoldenbergLaw, PLLC |
| 0:18-cv-00593-JNE-DTS | Franklin, Kenneth v. 3M Company | 6/19/2018 | 8/10/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:18-cv-00594-JNE-DTS | Roberts, Greta v. 3M Company | 7/2/2018 | 8/10/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:18-cv-00599-JNE-DTS | White, Cynthia v. 3M Company | 7/10/2018 | 8/10/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:18-cv-00600-JNE-DTS | Trude, Barbara v. 3M Company | 7/3/2018 | 8/10/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:18-cv-00628-JNE-DTS | Boyle, Maureen  v. 3M Company et al | 7/2/2018 | 8/10/2018 | Langdon and Emison |
| 0:18-cv-00665-JNE-DTS | Hughes, Wilbert v. 3M Company et al | 7/5/2018 | 8/10/2018 | Bachus & Schanker, LLC |
| 0:18-cv-00669-JNE-DTS | Counard-Stowell, Sandra v. 3M Company | 7/3/2018 | 8/10/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:18-cv-00670-JNE-DTS | Darwick, Robert  v. 3M Company | 7/18/2018 | 8/10/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:18-cv-00671-JNE-DTS | McAvoy, Karen  v. 3M Company | 7/9/2018 | 8/10/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:18-cv-00672-JNE-DTS | Prudhomme, Laura v. 3M Company | 7/2/2018 | 8/10/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).
Pink highlighting indicates that the case is subject to Defendants' Pending Motion to Dismiss.

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated September 17, 2018)

| Case Number | Title | Final Deficiency Sent | Prior Listing | Firm Name |
|---|---|---|---|---|
| 0:18-cv-00673-JNE-DTS | Rudolph, Sheila  v. 3M Company | 7/10/2018 | 8/10/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:18-cv-00674-JNE-DTS | Welch, Leon  v. 3M Company | 7/10/2018 | 8/10/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:18-cv-00675-JNE-DTS | Wolf, Joyce v. 3M Company | 6/29/2018 | 8/10/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:18-cv-00676-JNE-DTS | Bunk, Susan v. 3M Company | 7/5/2018 | 8/10/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:18-cv-00678-JNE-DTS | Tawes, George v. 3M Company | 6/6/2018 | 7/13/2018 8/10/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:18-cv-00688-JNE-DTS | Conrad, John v. 3M Company | 7/11/2018 | 8/10/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:18-cv-00689-JNE-DTS | Alexander, Todd v. 3M Company | 7/16/2018 | 8/10/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:18-cv-00690-JNE-DTS | Dupont, Roy v. 3M Company | 7/5/2018 | 8/10/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:18-cv-00691-JNE-DTS | Hauser, Michael  v. 3M Company | 6/29/2018 | 8/10/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:18-cv-00881-JNE-DTS | Willimon, Brenda v. 3M Company et al | 7/24/2018 | 8/10/2018 | Pendley, Baudin & Coffin L.L.P. |
| 0:18-cv-00884-JNE-DTS | Bosarge, Judy v. 3M Company | 7/10/2018 | 8/10/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-00962-JNE-DTS | Snow, Lorraine v. 3M Company | 7/9/2018 | 8/10/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:18-cv-00963-JNE-DTS | Wolfe, Stanley v. 3M Company | 7/5/2018 | 8/10/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:18-cv-00965-JNE-DTS | Branch, Charles v. 3M Company | 7/10/2018 | 8/10/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:18-cv-01096-JNE-DTS | Phillips, Virginia v. 3M Company | 7/9/2018 | 8/10/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).
Pink highlighting indicates that the case is subject to Defendants' Pending Motion to Dismiss.

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated September 17, 2018)

| Case Number | Title | Final Deficiency Sent | Prior Listing | Firm Name |
|---|---|---|---|---|
| 0:18-cv-01097-JNE-DTS | Ramondo, Joseph v. 3M Company | 7/9/2018 | 8/10/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-01099-JNE-DTS | Reid, Patricia v. 3M Company | 7/9/2018 | 8/10/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-01100-JNE-DTS | Richards, Linda v. 3M Company | 6/19/2018 | 8/10/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-01101-JNE-DTS | Roshell, Doreen v. 3M Company | 6/19/2018 | 8/10/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-01111-JNE-DTS | Turner, Carrie v. 3M Company | 6/19/2018 | 8/10/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-01119-JNE-DTS | Scott, Margaret v. 3M Company | 7/9/2018 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-01120-JNE-DTS | Sherman, Mary v. 3M Company | 6/19/2018 | 8/10/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-01123-JNE-DTS | Twichell, Ben v. 3M Company | 6/19/2018 | 8/10/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-01125-JNE-DTS | Dixon, Harold et al v. 3M Company | 6/19/2018 | 8/10/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-01126-JNE-DTS | Watkins, Franscine  v. 3M Company | 6/19/2018 | 8/10/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-01136-JNE-DTS | Boylan, Gerald Jr.v. 3M Company | 6/19/2018 | 8/10/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-01137-JNE-DTS | Chapman, Joann v. 3M Company | 6/11/2018 | 8/10/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-01139-JNE-DTS | Clark, Lasonia v. 3M Company | 6/8/2018 | 8/10/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-01140-JNE-DTS | Berk, Judith v. 3M Company | 6/19/2018 | 8/10/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-01148-JNE-DTS | Libbey, Letha v. 3M Company | 7/2/2018 | 8/10/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).
Pink highlighting indicates that the case is subject to Defendants' Pending Motion to Dismiss.

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated September 17, 2018)

| Case Number | Title | Final Deficiency Sent | Prior Listing | Firm Name |
|---|---|---|---|---|
| 0:18-cv-01154-JNE-DTS | Lombardo, James v. 3M Company | 7/3/2018 | 8/10/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-01157-JNE-DTS | Mason, Walter Jr. v. 3M Company | 7/3/2018 | 8/10/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-01158-JNE-DTS | Owens, Sandra v. 3M Company | 7/5/2018 | 8/10/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-01170-JNE-DTS | Jasmund, Allen v. 3M Company | 6/19/2018 | 8/10/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-01345-JNE-DTS | Lane, Tonya v. 3M Company et al | 7/23/2018 | 8/10/2018 | Meshbesher & Spence |
| 0:17-cv-03252-JNE-DTS | Gorbett, Jamie v. 3M Company et al | 5/7/2018 | | Bernstein Liebhard LLP |
| 0:17-cv-04778-JNE-DTS | Brown, Ina v. 3M Company et al. | 4/17/2018 | | Bernstein Liebhard LLP |
| 0:17-cv-05047-JNE-DTS | Clark, Georgia v. 3M Company et al | 6/18/2018 | | Schlichter Bogard & Denton, LLP |
| 0:17-cv-05465-JNE-DTS | Brown, Cynthia v. 3M Company et al | 7/16/2018 | | GoldenbergLaw, PLLC |
| 0:18-cv-00076-JNE-DTS | Kurbis, Melanie v. 3M Company, et al. | 7/10/2018 | | Davis & Crump, P.C. |
| 0:18-cv-00159-JNE-DTS | Roberts, Solomon et al v. 3M Company et al | 6/18/2018 | | Morgan & Morgan Complex Litigation Group |
| 0:18-cv-00348-JNE-DTS | Smith, Dorothy v. 3M Company et al | 7/16/2018 | | The Miller Firm, LLC |
| 0:18-cv-00481-JNE-DTS | Brann, Stefan v. 3M Company et al | 7/9/2018 | | Lockridge, Grindal Nauen P.L.L.P. |
| 0:18-cv-00740-JNE-DTS | McKinney, Kimberly et al v. 3M Company et al | 7/16/2018 | | Schlichter Bogard & Denton, LLP |
| 0:18-cv-00808-JNE-DTS | Thomas-Jackson, Callie v. 3M Company et al | 7/17/2018 | | The Webster Law Firm |
| 0:18-cv-01102-JNE-DTS | Tate, Melvin v. 3M Company | 7/30/2018 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-01103-JNE-DTS | Tedford, Louise v. 3M Company | 8/17/2018 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-01113-JNE-DTS | Shade, Collette v. 3M Company | 7/30/2018 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-01121-JNE-DTS | Stapley, William v. 3M Company | 8/16/2018 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).
Pink highlighting indicates that the case is subject to Defendants' Pending Motion to Dismiss.

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated September 17, 2018)

| Case Number | Title | Final Deficiency Sent | Prior Listing | Firm Name |
|---|---|---|---|---|
| 0:18-cv-01210-JNE-DTS | Johnston, Jean v. 3M Company | 7/24/2018 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-01507-JNE-DTS | Finley, William III v. 3M Company | 7/24/2018 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-01510-JNE-DTS | Butters, Kenneth v. 3M Company | 7/24/2018 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-01517-JNE-DTS | Custer, Nettie v. 3M Company | 7/24/2018 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).
Pink highlighting indicates that the case is subject to Defendants' Pending Motion to Dismiss.

# EXHIBIT D

**From:** Ben Hulse
**Sent:** Friday, October 12, 2018 1:39 PM
**To:** 'JoanEricksen_Chambers@mnd.uscourts.gov' <JoanEricksen_Chambers@mnd.uscourts.gov>;
'schultz_chambers@mnd.uscourts.gov' <schultz_chambers@mnd.uscourts.gov>
**Cc:** 'Genevieve Zimmerman - Meshbesher & Spence (gzimmerman@meshbesher.com)'
<gzimmerman@meshbesher.com>; 'Gabriel Assaad (gassaad@kennedyhodges.com)'
<gassaad@kennedyhodges.com>; 'Jan Conlin (JMC@ciresiconlin.com)' <JMC@ciresiconlin.com>; 'Ben
Gordon (bgordon@levinlaw.com)' <bgordon@levinlaw.com>; Jerry Blackwell
<blackwell@blackwellburke.com>; Lyn Pruitt <LPruitt@mwlaw.com>; 'David Szerlag'
<david@pritzkerlaw.com>; Bridget Ahmann <Bridget.Ahmann@FaegreBD.com>; Mary Young
<myoung@blackwellburke.com>; David Hodges <dhodges@kennedyhodges.com>
**Subject:** Bair Hugger, MDL 2666 -- Joint Agenda and Report for October 15 Status Conference

Dear Judge Ericksen and Judge Schultz,

In accordance with Pretrial Order No. 3, attached is the parties' Joint Agenda and Report for the status
conference scheduled for Thursday, October 15.  Defendants' three lists related to the Plaintiff Fact
Sheets, as discussed in Section 2 of the Joint Agenda, are also attached to this email.

Best regards,
Ben Hulse

Benjamin W. Hulse
Blackwell Burke P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN  55415
Direct (612) 343-3256
Fax (612) 343-3205

This message and any attachments may contain information that is privileged, confidential, and exempt from disclosure under
applicable law. If you are not the intended recipient or are not authorized to receive for the recipient, you are hereby notified
that dissemination, distribution or copying of this message and any attachments is strictly prohibited. If you have received this
message in error, please immediately advise the sender by reply e-mail and delete the message and any attachments. Thank
you.

**Defendants' PFS List 1:  Overdue Plaintiff Fact Sheets**
(Updated October 12, 2018)

| Case Number | Title | Date Filed | Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:18-cv-00802-JNE-DTS | Brown, Charles v. 3M Company et al | 3/23/2018 | 6/21/2018 | 7/13/2018 8/10/2018 9/17/2018 | The Olinde Firm, LLC |
| 0:18-cv-00840-JNE-DTS | Stidham, Robert et al v. 3M Company et al | 3/26/2018 | 6/24/2018 | 7/13/2018 8/10/2018 9/17/2018 | Fears Nachawati, PLLC |
| 0:18-cv-00842-JNE-DTS | Wiggins, Francis v. 3M Company et al | 3/26/2018 | 6/24/2018 | 7/13/2018 8/10/2018 9/17/2018 | Fears Nachawati, PLLC |
| 0:18-cv-01175-JNE-DTS | Collins, Jean v. 3M Company et al | 4/30/2018 | 7/29/2018 | 8/10/2018 9/17/2018 | Bernstein Liebhard LLP |
| 0:18-cv-01283-JNE-DTS | Winegar, Connie v. 3M Company et al | 5/8/2018 | 8/6/2018 | 8/10/2018 9/17/2018 | Bernstein Liebhard LLP |
| 0:18-cv-00264-JNE-DTS | Wega, Salvadore v. 3M Company et al | 1/29/2018 | 4/29/2018 | 9/17/2018 | The Law offices of Travis R. Walker, P.A. |
| 0:18-cv-01362-JNE-DTS | DeSimone, Sandra v. 3M Company et al | 5/17/2018 | 8/15/2018 | 9/17/2018 | Kennedy Hodges, LLP |
| 0:18-cv-01435-JNE-DTS | Swatchick, Lou Todd et al v. 3M Company et al | 5/25/2018 | 8/23/2018 | 9/17/2018 | Meshbesher & Spence |
| 0:18-cv-01455-JNE-DTS | Matteo, Barbara v. 3M Company et al | 5/25/2018 | 8/23/2018 | 9/17/2018 | Morris Law Firm |
| 0:18-cv-01456-JNE-DTS | Manheim, Kathleen v. 3M Company et al | 5/25/2018 | 8/23/2018 | 9/17/2018 | Morris Law Firm |
| 0:18-cv-01542-JNE-DTS | Davis, Harry v. 3M Company et al | 6/4/2018 | 9/2/2018 | 9/17/2018 | Schlichter Bogard & Denton, LLP |
| 0:18-cv-01613-JNE-DTS | Dobeck, Donna v. 3M Company et al | 6/8/2018 | 9/6/2018 | 9/17/2018 | Kennedy Hodges, LLP |
| 0:18-cv-01646-JNE-DTS | Beulke, David v. 3M Company et al | 6/13/2018 | 9/11/2018 | | Davis & Crump, P.C. |
| 0:18-cv-01692-JNE-DTS | Shumpert, David et al v. 3M Company et al | 6/19/2018 | 9/17/2018 | | Meshbesher & Spence |
| 0:18-cv-01707-JNE-DTS | Spriggs, Connie v. 3M Company et al | 6/21/2018 | 9/19/2018 | | The Miller Firm, LLC |
| 0:18-cv-01708-JNE-DTS | Keller, Kenneth v. 3M Company et al | 6/21/2018 | 9/19/2018 | | The Miller Firm, LLC |
| 0:18-cv-01738-JNE-DTS | McClain, Allen v. 3M Company et al | 6/25/2018 | 9/23/2018 | | Bernstein Liebhard LLP |
| 0:18-cv-01747-JNE-DTS | Hendrickson, Craig v. 3M Company et al | 6/26/2018 | 9/24/2018 | | Davis & Crump, P.C. |
| 0:18-cv-01828-JNE-DTS | Snyder, Robert v. 3M Company et al | 6/29/2018 | 9/27/2018 | | Kirtland & Packard LLP |
| 0:18-cv-01861-JNE-DTS | Barnett, Mark v. 3M Company et al | 7/3/2018 | 09/31/2018 | | Meshbesher & Spence |
| 0:18-cv-01870-JNE-DTS | Pasko, Dorothy v. 3M Company et al | 7/3/2018 | 09/31/2018 | | Davis & Crump, P.C. |
| 0:18-cv-01878-JNE-DTS | Spry, Geraldine v. 3M Company et al | 7/5/2018 | 10/3/2018 | | McEwen Law Firm, Ltd. |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).
Pink highlighting indicates that the case is subject to Defendants' Pending Motion to Dismiss.

**Defendants' PFS List 2:  Plaintiffs Who Have Not Responded to Defendants' Deficiency Notices**
(Updated October 12, 2018)

| Case Number | Title | 1st Deficiency Notice Sent | Response Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:17-cv-04881-JNE-DTS | Potter, Karen  v. 3M Company et al | 5/7/2018 07/10/2018 | 7/31/2018 | 8/10/2018 9/17/2018 | Bernstein Liebhard LLP |
| 0:17-cv-04891-JNE-DTS | Edwards, Renate v. 3M Company et al | 4/17/2018 | 5/8/2018 | 6/15/2018 7/13/2018 8/10/2018 9/17/2018 | Bernstein Liebhard LLP |
| 0:17-cv-05270-JNE-DTS | Johnston, Todd v. 3M Company et al | 4/17/2018 | 5/8/2018 | 6/15/2018 7/13/2018 8/10/2018 9/17/2018 | Bernstein Liebhard LLP |
| 0:17-cv-05277-JNE-DTS | Billings, Willard v. 3M Company et al | 4/17/2018 | 5/8/2018 | 6/15/2018 7/13/2018 8/10/2018 9/17/2018 | Bernstein Liebhard LLP |
| 0:18-cv-00045-JNE-DTS | Swales, Bertha  v. 3M Company et al | 5/7/2018 07/10/2018 | 7/31/2018 | 8/10/2018 9/17/2018 | Bernstein Liebhard LLP |
| 0:18-cv-00207-JNE-DTS | Guenther, Gary  v 3M Company et al | 8/6/2018 | 8/27/2018 | 9/17/2018 | Bernstein Liebhard LLP |
| 0:18-cv-00275-JNE-DTS | Owens, Janis v. 3M Company et al | 7/31/2018 | 8/21/2018 | 9/17/2018 | Bernstein Liebhard LLP |
| 0:18-cv-00318-JNE-DTS | Amador, George v. 3M Company et al | 7/5/2018 | 7/26/2018 | 9/17/2018 | DeGaris & Rogers, LLC |
| 0:18-cv-00575-JNE-DTS | Ballasso, Marilyn v. 3M Company et al | 6/27/2018 | 7/18/2018 | 8/10/2018 9/17/2018 | Gustafson Gluek PLLC |
| 0:18-cv-00891-JNE-DTS | Winn, Robert  v. 3M Company et al | 7/24/2018 | 8/14/2018 | 9/17/2018 | Murray Law Firm |
| 0:17-cv-00088-JNE-DTS | Malinski, Michael v. 3M Company et al | bresno | 10/2/2018 | | Gustafson Gluek PLLC |
| 0:18-cv-00617-JNE-DTS | Hayes, Carol v. 3M Company et al | 9/4/2018 | 9/25/2018 | | Schlichter, Bogard & Denton, LLP |
| 0:18-cv-00998-JNE-DTS | Caison, John et al v. 3M Company et al | 8/22/2018 | 9/12/2018 | | Gustafson Gluek PLLC |
| 0:18-cv-01069-JNE-DTS | Grable, Richard  v. 3M Company et al | 9/4/2018 | 9/25/2018 | | Meshbesher & Spence |
| 0:18-cv-01398-JNE-DTS | Albert, Roy  v. 3M Company et al | 9/17/2018 | 10/8/2018 | | Gustafson Gluek PLLC |
| 0:18-cv-01416-JNE-DTS | Carter, Gregory v. 3M Company et al | 9/10/2018 | 10/1/2018 | | The Olinde Firm, LLC |
| Case Number | Title | 2nd Deficiency Notice Sent | Response Due Date | Prior Listing | Firm Name |
| 0:17-cv-05371-JNE-DTS | Bresnock, Anne  v. 3M Company et al | 9/4/2018 | 10/2/2018 | 6/15/2018 7/13/2018 8/10/2018 9/17/2018 | Bernstein Liebhard LLP |
| 0:18-cv-00167-JNE-DTS | Shoaf et al v. 3M Company, et al. | 6/4/2018 | 6/25/2018 | 7/13/2018 8/10/2018 9/17/2018 | The Miller Firm, LLC |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).
Pink highlighting indicates that the case is subject to Defendants' Pending Motion to Dismiss.

**Defendants' PFS List 2:  Plaintiffs Who Have Not Responded to Defendants' Deficiency Notices**
(Updated October 12, 2018)

| Case Number | Title | 3rd Deficiency Notice Sent | Response Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:17-cv-03549-JNE-DTS | Salinas, Juan v. 3M Company et al | 7/10/2018 | 7/31/2018 | 9/17/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-05083-JNEDTS | Meredith, Benjamin v. 3M Company et al | 7/17/2018 | | 9/17/2018 | DeGaris & Rogers, LLC |
| 0:17-cv-03143-JNE-DTS | Keel, James v. 3M Company et al | 7/10/2018 | 7/31/2018 | | Kennedy Hodges, LLP |
| 0:17-cv-04467-JNE-DTS | Adams, Artis v. 3M Company et al | 4/2/2018 | 4/23/2018 | | Gustafson Gluek PLLC |
| 0:17-cv-04885-JNE-DTS | McEvoy, Mark v. 3M Company et al | 9/4/2018 | 9/25/2018 | | Bernstein Liebhard LLP |
| 0:17-cv-04889-JNE-DTS | Thornton, Mildred  v. 3M Company et al | 9/4/2018 | 9/25/2018 | | Bernstein Liebhard LLP |
| 0:17-cv-05261-JNE-DTS | Hardy, Alan  v. 3M Company et al | 9/4/2018 | 9/25/2018 | | Bernstein Liebhard LLP |
| 0:18-cv-00451-JNE-DTS | Gregg, Cynthia  v. 3M Company et al | 9/10/2018 | 10/1/2018 | | Gustafson Gluek PLLC |
| Case Number | Title | 3rd Deficiency Notice Sent | Response Due Date | Prior Listing | Firm Name |
| 0:17-cv-04754-JNE-DTS | Weaver, Donna v. 3M Company et al | 6/19/2018 | 7/10/2018 | 8/10/2018 9/14/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-03259-JNE-DTS | Folmer, Gwendolyn  v. 3M Company et al | 8/2/2018 | 8/23/2018 | | Kennedy Hodges, L.L.P. |
| 0:17-cv-04302-JNE-DTS | Tilley, William  v. 3M Company et al | 9/10/2018 | 10/1/2018 | | The Olinde Firm, LLC |
| 0:17-cv-04476-JNE-DTS | Holstine, Rachel  v. 3M Company et al | 9/12/2018 | 10/3/2018 | | Bernstein Liebhard LLP |
| 0:17-cv-04777-JNE-DTS | Pine, Randy v. 3M Company et al. | 9/4/2018 | 9/25/2018 | | Bernstein Liebhard LLP |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).
Pink highlighting indicates that the case is subject to Defendants' Pending Motion to Dismiss.

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated October 12, 2018)

| Case Number | Title | Final Deficiency Sent | Prior Listing | Firm Name |
|---|---|---|---|---|
| 0:17-cv-01701-JNE-DTS | Wright, Michael v. 3M Company | 6/22/2017 | 8/10/2018 9/17/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:17-cv-02426-JNE-DTS | Johnson, Edwards et al v. 3M Company | 6/22/2018 | 8/10/2018 9/17/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:17-cv-02901-JNE-DTS | Moore, Michael v. 3M Company et al | 2/14/2018 | 8/10/2018 9/17/2018 | Kennedy Hodges, L.L.P. |
| 0:17-cv-04967-JNE-DTS | Ewing, Kelly v. 3M Company | 6/22/2018 | 8/10/2018 9/17/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:17-cv-05327-JNE-DTS | Lykes-Tarver,Tracy v. 3M Company | 6/18/2018 | 8/10/2018 9/17/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:17-cv-05426-JNE-DTS | Meyers, Leslie v. 3M Company | 7/10/2018 | 8/10/2018 9/17/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-00262-JNE-DTS | Brabham, Earnest  v. 3M Company et al | 6/18/2018 | 8/10/2018 9/17/2018 | The Law offices of Travis R. Walker, P.A. |
| 0:18-cv-00665-JNE-DTS | Hughes, Wilbert v. 3M Company et al | 7/5/2018 | 8/10/2018 9/17/2018 | Bachus & Schanker, LLC |
| 0:18-cv-00676-JNE-DTS | Bunk, Susan v. 3M Company | 7/5/2018 | 8/10/2018 9/17/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:18-cv-00690-JNE-DTS | Dupont, Roy v. 3M Company | 7/5/2018 | 8/10/2018 9/17/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:18-cv-01137-JNE-DTS | Chapman, Joann v. 3M Company | 6/11/2018 | 8/10/2018 9/17/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-01154-JNE-DTS | Lombardo, James v. 3M Company | 7/3/2018 | 8/10/2018 9/17/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-01345-JNE-DTS | Lane, Tonya v. 3M Company et al | 7/23/2018 | 8/10/2018 9/17/2018 | Meshbesher & Spence |
| 0:17-cv-01703-JNE-DTS | Ussery, Bruce v. 3M Company | 6/22/2018 | 8/10/2018 9/17/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:17-cv-04778-JNE-DTS | Brown, Ina v. 3M Company et al. | 4/17/2018 | 9/17/2018 | Bernstein Liebhard LLP |
| 0:17-cv-05047-JNE-DTS | Clark, Georgia v. 3M Company et al | 6/18/2018 | 9/17/2018 | Schlichter Bogard & Denton, LLP |
| Case Number | Title | Final Deficiency Sent | Prior Listing | Firm Name |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).
Pink highlighting indicates that the case is subject to Defendants' Pending Motion to Dismiss.

**Defendants' PFS List 3:   Core Deficiencies Remained Following Notice and Response**
(Updated October 12, 2018)

| Case Number | Title | Final Deficiency Sent | Prior Listing | Firm Name |
|---|---|---|---|---|
| 0:17-cv-05348-JNE-DTS | Wilmer, Roxanne  v. 3M Company et al | 7/2/2018 | 8/10/2018 9/17/2018 | Schlichter Bogard & Denton, LLP |
| 0:18-cv-00159-JNE-DTS | Roberts, Solomon  et al v. 3M Company et al | 6/18/2018 | 9/17/2018 | Morgan & Morgan Complex Litigation Group |
| 0:18-cv-00348-JNE-DTS | Smith, Dorothy v. 3M Company et al | 7/16/2018 | 9/17/2018 | The Miller Firm, LLC |
| 0:18-cv-00432-JNE-DTS | Falcetta, Edward v. 3M Company | 6/8/2018 | 8/10/2018 9/17/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:18-cv-00481-JNE-DTS | Brann, Stefan  v. 3M Company et al | 7/9/2018 | 9/17/2018 | Lockridge, Grindal Nauen P.L.L.P. |
| 0:18-cv-00670-JNE-DTS | Darwick, Robert  v. 3M Company | 7/18/2018 | 8/10/2018 9/17/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:18-cv-00674-JNE-DTS | Welch, Leon  v. 3M Company | 7/10/2018 | 8/10/2018 9/17/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:18-cv-00675-JNE-DTS | Wolf, Joyce v. 3M Company | 6/29/2018 | 8/10/2018 9/17/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:18-cv-00688-JNE-DTS | Conrad, John v. 3M Company | 7/11/2018 | 8/10/2018 9/17/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:18-cv-00689-JNE-DTS | Alexander, Todd v. 3M Company | 7/16/2018 | 8/10/2018 9/17/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:18-cv-00691-JNE-DTS | Hauser, Michael  v. 3M Company | 6/29/2018 | 8/10/2018 9/17/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:18-cv-00740-JNE-DTS | McKinney, Kimberly et al v. 3M Company et al | 7/16/2018 | 9/17/2018 | Schlichter Bogard & Denton, LLP |
| 0:18-cv-00884-JNE-DTS | Bosarge, Judy v. 3M Company | 7/10/2018 | 8/10/2018 9/17/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-00962-JNE-DTS | Snow, Lorraine v. 3M Company | 7/9/2018 | 8/10/2018 9/17/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:18-cv-00963-JNE-DTS | Wolfe, Stanley v. 3M Company | 7/5/2018 | 8/10/2018 9/17/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:18-cv-00965-JNE-DTS | Branch, Charles v. 3M Company | 7/10/2018 | 8/10/2018 9/17/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| **Case Number** | **Title** | **Final Deficiency Sent** | **Prior Listing** | **Firm Name** |
| 0:18-cv-01096-JNE-DTS | Phillips, Virginia v. 3M Company | 7/9/2018 | 8/10/2018 9/17/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).
Pink highlighting indicates that the case is subject to Defendants' Pending Motion to Dismiss.

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated October 12, 2018)

| Case Number | Title | Final Deficiency Sent | Prior Listing | Firm Name |
|---|---|---|---|---|
| 0:18-cv-01097-JNE-DTS | Ramondo, Joseph v. 3M Company | 7/9/2018 | 8/10/2018 9/17/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-01099-JNE-DTS | Reid, Patricia v. 3M Company | 7/9/2018 | 8/10/2018 9/17/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-01101-JNE-DTS | Roshell, Doreen v. 3M Company | 6/19/2018 | 8/10/2018 9/17/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-01102-JNE-DTS | Tate, Melvin v. 3M Company | 7/30/2018 | 9/17/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-01113-JNE-DTS | Shade, Collette v. 3M Company | 7/30/2018 | 9/17/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-01119-JNE-DTS | Scott, Margaret v. 3M Company | 7/9/2018 | 9/17/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-01123-JNE-DTS | Twichell, Ben v. 3M Company | 6/19/2018 | 8/10/2018 9/17/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-01139-JNE-DTS | Clark, Lasonia v. 3M Company | 6/8/2018 | 8/10/2018 9/17/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-01510-JNE-DTS | Butters, Kenneth v. 3M Company | 7/24/2018 | 9/17/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-01517-JNE-DTS | Custer, Nettie v. 3M Company | 7/24/2018 | 9/17/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:15-cv-04491-JNE-DTS | Morris, Lorraine (OBO Nicolas J. Morris)  v. 3M Company et al | 8/3/2018 | | Hausfeld, LLP |
| 0:16-cv-00798-JNE-DTS | (Kohout), Barnes, Shirley v. 3M Company | 8/3/2018 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. |
| 0:16-cv-04161-JNE-DTS | Bond, Karen (OBO Thomas Bond) v. 3M Company | 8/3/2018 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. |
| 0:16-cv-04304-JNE-DTS | Reetz, Harvey and Renee et al v. 3M Company et al | 8/7/2018 | | Brown & Crouppen, PC |
| Case Number | Title | Final Deficiency Sent | Prior Listing | Firm Name |
| 0:17-cv-01942-JNE-DTS | McCrary, Lisa (OBO Alice McClain) v. 3M Company et al | 8/3/2018 | | Brown & Crouppen, PC |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).
Pink highlighting indicates that the case is subject to Defendants' Pending Motion to Dismiss.

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated October 12, 2018)

| Case Number | Title | Final Deficiency Sent | Prior Listing | Firm Name |
|---|---|---|---|---|
| 0:17-cv-03593-JNE-DTS | Jordan H. Kohler  v. 3M Company et al | 7/31/2018 | | Pogust, Braslow & Millrood, LLC |
| 0:17-cv-04169-JNE-DTS | Hurley, Jonathan v. 3M Company et al | 4/2/2018 9/12/2018 | | The Olinde Firm, LLC |
| 0:17-cv-04517-JNE-DTS | Henderson, Stephanie  v. 3M Company et al | 8/30/2018 | | Bernstein Liebhard LLP |
| 0:17-cv-05199-JNE-DTS | Spry, John et al v. 3M Company et al | 7/5/2018 | | Pendley, Baudin & Coffin L.L.P. |
| 0:17-cv-05200-JNE-DTS | Picuri, David v. 3M Company et al | 7/24/2018 | | Pendley, Baudin & Coffin L.L.P. |
| 0:17-cv-05202-JNE-DTS | Reed, Tommy  et al v. 3M Company et al | 7/5/2018 | | Pendley, Baudin & Coffin L.L.P. |
| 0:17-cv-05271-JNE-DTS | Gilmore, Kenneth et al v. 3M Company et al | 6/18/2018 | | The Webster Law Firm |
| 0:18-cv-00249-JNE-DTS | Glasscock, Elizabeth v. 3M Company et al | 6/11/2018 | | DeGaris & Rogers, LLC |
| 0:18-cv-00263-JNE-DTS | Robinson, Michael v. 3M Company et al | 8/15/2018 8/17/2018 9/12/2018 | | The Law offices of Travis R. Walker, P.A. |
| 0:18-cv-00760-JNE-DTS | Bazemore, Mary v. 3M Company et al | 8/2/2018 | | Meshbesher & Spence, LTD. |
| 0:18-cv-00803-JNE-DTS | Farrell, Thomas v. 3M Company et al | 7/10/2018 | | The Olinde Firm, LLC |
| 0:18-cv-00804-JNE-DTS | Maehle, Mark v. 3M Company et al | 7/10/2018 | | The Olinde Firm, LLC |
| 0:18-cv-00877-JNE-DTS | Keithley, Gary et al v. 3M Company et al | 7/23/2018 | | Murray Law Firm |
| 0:18-cv-00903-JNE-DTS | Hall, Barbara v. 3M Company et al | 8/2/2018 | | GoldenbergLaw, PLLC |
| 0:18-cv-01007-JNE-DTS | Sweezy, Richard v. 3M Company et al | 7/24/2018 | | Kennedy Hodges |
| 0:18-cv-01033-JNE-DTS | Chase, Raymond v. 3M Company et al | 8/16/2018 8/17/2018 | | The Miller Firm, LLC |
| 0:18-cv-01036-JNE-DTS | Workentine, Patricia et al v. 3M Company et al | 8/14/2018 | | Walters Law Firm, LLC |
| 0:18-cv-01078-JNE-DTS | Menefee, Arthur  v. 3M Company et al | 8/17/2018 | | Randall J. Trost, P.C. |
| 0:18-cv-01098-JNE-DTS | Rodliff, Peter v. 3M Company | 8/15/2018 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| **Case Number** | **Title** | **Final Deficiency Sent** | **Prior Listing** | **Firm Name** |
| 0:18-cv-01110-JNE-DTS | Ryles, Patricia v. 3M Company | 7/30/2018 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-01112-JNE-DTS | Willis ,Curtis v. 3M Company | 7/30/2018 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).
Pink highlighting indicates that the case is subject to Defendants' Pending Motion to Dismiss.

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated October 12, 2018)

| | | | | |
|---|---|---|---|---|
| 0:18-cv-01114-JNE-DTS | Smith, Ronald v. 3M Company | 8/7/2018 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-01122-JNE-DTS | Turnage, Dalton v. 3M Company | 8/7/2018 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-01124-JNE-DTS | Yost, Michael v. 3M Company | 7/30/2018 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-01155-JNE-DTS | Mackenzie, Bonnie v. 3M Company | 8/6/2018 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-01171-JNE-DTS | Johnson, Roger v. 3M Company | 8/6/2018 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-01245-JNE-DTS | Pozyski, Mary et al v. 3M Company et al | 9/21/2018 | | Raizner Slania LLP |
| 0:18-cv-01505-JNE-DTS | Cerbins, Rosemary v. 3M Company | 7/24/2018 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-01511-JNE-DTS | Hunt, Shirley v. 3M Company | 8/6/2018 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-01515-JNE-DTS | Mitchell, James v. 3M Company | 8/14/2018 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-01518-JNE-DTS | Kirk, Catherine v. 3M Company | 8/14/2018 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-01521-JNE-DTS | Pennington, Tommy v. 3M Company | 8/7/2018 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-01769-JNE-DTS | McCoy, Ethel  v. 3M Company | 8/14/2018 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).
Pink highlighting indicates that the case is subject to Defendants' Pending Motion to Dismiss.