UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/DTS) |
|---|---|
| | **(PROPOSED) ORDER GRANTING DEFENDANTS' SIXTEENTH MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 14** |

This came before the Court on Defendants 3M Company's and Arizant Healthcare Inc.'s (collectively, "Defendants") Sixteenth Motion to Dismiss for Failure to Comply with Pretrial Order No. 14. Based on the files, records, and proceedings herein,

IT IS HEREBY ORDERED that Defendants' motion is GRANTED. The following actions are dismissed with prejudice:

| Case Number | Plaintiff | Firm Name |
|---|---|---|
| 0:17-cv-03549-JNE-DTS | Salinas | Kennedy Hodges, L.L.P. |
| 0:17-cv-04778-JNE-DTS | Brown | Bernstein Liebhard LLP |
| 0:17-cv-05047-JNE-DTS | Clark | Schlichter Bogard & Denton, LLP |
| 0:18-cv-00207-JNE-DTS | Guenther | Bernstein Liebhard LLP |
| 0:18-cv-00264-JNE-DTS | Wega | The Law Offices of Travis R. Walker, P.A. |
| 0:18-cv-00275-JNE-DTS | Owens | Bernstein Liebhard LLP |
| 0:18-cv-00318-JNE-DTS | Amador | DeGaris & Rogers, LLC |
| 0:18-cv-00348-JNE-DTS | Smith | The Miller Firm, LLC |

| | | |
|---|---|---|
| 0:18-cv-00481-JNE-DTS | Brann | Lockridge Grindal Nauen PLLP |
| 0:18-cv-00891-JNE-DTS | Winn | Murray Law Firm |
| 0:18-cv-01435-JNE-DTS | Swatchick | Meshbesher & Spence |
| 0:18-cv-01455-JNE-DTS | Matteo | Morris Law Firm |
| 0:18-cv-01456-JNE-DTS | Manheim | Morris Law Firm |
| 0:18-cv-01542-JNE-DTS | Davis | Schlichter Bogard & Denton, LLP |

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date: _____                    BY THE COURT


                                            _____
                                            JUDGE, U.S. DISTRICT COURT