# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/DTS) |
| This Document Relates To: | |
| Manuel Dowden and Stephanie Dowden | **NOTICE OF APPEARANCE** |
| Plaintiff(s) | Case No: 0:18-CV-03072-JNE-DTS |
| v. | |
| 3M COMPANY AND ARIZANT HEALTHCARE, INC. | |
| Defendant(s) | |

The undersigned attorney hereby notifies the Court and counsel that Roopal P. Luhana, Esq. shall appear as counsel of record for Manuel Dowden and Stephanie Dowen, Plaintiffs in this case.

Dated: November 1, 2018　　　　　　　　s/ Roopal P. Luhana
　　　　　　　　　　　　　　　　　　　　Roopal P. Luhana, Esq.
　　　　　　　　　　　　　　　　　　　　Chaffin Luhana LLP
　　　　　　　　　　　　　　　　　　　　600 Third Avenue
　　　　　　　　　　　　　　　　　　　　12th Floor
　　　　　　　　　　　　　　　　　　　　New York, NY 10016
　　　　　　　　　　　　　　　　　　　　(347) 269-4461
　　　　　　　　　　　　　　　　　　　　luhana@chaffinluhana.com

　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on this 1st day of November 2018, a true and correct copy of the foregoing Notice of Appearance was filed electronically by using the CM/ECF system which will deliver the document to all counsel of record.

s/ Roopal P. Luhana