UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE BAIR HUGGER FORCED AIR WARMING PRODUCTS LIABILITY LITIGATION | MDL NO. 15-2666 (JNE/DTS) |
| This Document Relates to: LOUIS E. BELLANDE & BONNIE L. BELLANDE v. 3M COMPANY, ET AL. 16-CV-2700 | **ORDER** |

___

This matter is before the Court on Plaintiff's motion to substitute plaintiff ( MDL Docket No. 1505). Since this motion was filed, the Court dismissed Plaintiff Louis Bellande with prejudice. Order, Oct. 26, 2018, Docket No. 1566. Accordingly, his motion to substitute and motion to file a reply (MDL Docket No. 1527) are moot.

IT IS HEREBY ORDERED that Plaintiff's motion to substitute plaintiff and motion for leave to file a reply [MDL Docket Nos. 1505 & 1527] are DENEID as moot.

Dated:  November 5, 2018        *s/ David T. Schultz*
　　　　　　　　　　　　　　　　DAVID T. SCHULTZ
　　　　　　　　　　　　　　　　United States Magistrate Judge