UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates:<br><br>**PLAINTIFF(S)**<br><br>18-cv-00348 (Dorothy Smith v. 3M Co., et al.) | |

**L.R. 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE REGARDING PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

This brief complies with the work limitation of LR 7.1(f) because this brief contains 396 words, including all text, headings, footnotes, and quotations, other than the parts of the brief exempted by LR 7.1(f). This brief was prepared using Microsoft Office Word 2013. This brief complies with the type size requirements of LR 7.1 (h) because this brief has been prepared using at least font size 13, is double-spaced (except for headings, footnotes and quotations that exceed two lines) and is submitted on 81/2" by 11" paper with at least one inch of margins on all four sides.

Dated: 11/8/2018

                                        Respectfully submitted,

                                        <u>s/Tayjes Shah</u>

                                        Tayjes Shah, Esq.
                                        The Miller Firm, LLC
                                        108 Railroad Ave.

>Orange, VA 22960
>P: 540-672-4224
>Email: tshah@millerfirmllc.com

## CERTIFICATE OF SERVICE

This is to certify that on November 8, 2018 a copy of the foregoing document was served on all parties via the Court's electronic filing system.

>Respectfully submitted,

>s/Tayjes Shah

>Tayjes Shah, Esq.
>The Miller Firm, LLC
>108 Railroad Ave.
>Orange, VA 22960
>P: 540-672-4224
>Email: tshah@millerfirmllc.com