UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Products Liability Litigation<br><br>This Document Relates To:<br><br>*Ducote*, 16-cv-3940-JNE- DTS<br>*Cole*, 17-cv-2166-JNE-DTS<br>*Ashby*, 17-cv-2554-JNE- DTS<br>*Trewhella*, 17-cv-3159-JNE-DTS<br>*Ciccone*, 17-cv-3629-JNE- DTS<br>*Chapman*, 17-cv-3850-JNE- DTS<br>*Spear*, 17-cv-4886-JNE- DTS<br>*Ward*, 17-cv-4893-JNE- DTS<br>*Jennings*, 18-cv-1485-JNE- DTS | MDL No. 15-2666 (JNE/DTS)<br><br>**DEFENDANTS' FOURTH MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 23 AND/OR FED. R. CIV. P. 25(a) AND 41(b)** |

Pursuant to Pretrial Order No. 23 and Federal Rules of Procedure 25(a) and 41(b), Defendants 3M Company ("3M") and Arizant Healthcare Inc. ("Arizant") (collectively, "Defendants") respectfully move the Court to dismiss the following actions with prejudice for failure to comply with Pretrial Order No. 23 and Fed. R. Civ. P. 25(a) and 41(b):

| Case Number | Title | Firm Name |
|---|---|---|
| 16-cv-3940-JNE-DTS | *Ducote v. 3M Co., et al.* | Davis & Crump, P.C. |
| 17-cv-2166-JNE-DTS | *Cole v. 3M Co., et al.* | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 17-cv-2554-JNE-DTS | *Ashby v. 3M Co., et al.* | Peterson & Associates |
| 17-cv-3159-JNE-DTS | *Trewhella v. 3M Co., et al.* | Brown & Crouppen |
| 17-cv-3629-JNE- DTS | *Ciccone v 3M Co., et al.* | Kennedy Hodges, L.L.P. |
| 17-cv-3850-JNE-DTS | *Chapman v. 3M Co., et al.* | Kennedy Hodges, L.L.P. |
| 17-cv-4886-JNE-DTS | *Spear v. 3M Co., et al.* | Brown & Crouppen |
| 17-cv-4893-JNE-DTS | *Ward v. 3M Co., et al.* | Brown & Crouppen |

| 18-cv-1485-JNE-DTS | *Jennings v. 3M Co., et al.* | Brown & Crouppen |

As set forth in Defendants' Memorandum in Support of Fourth Motion to Dismiss Cases for Failure to Comply with Pretrial Order No. 23 and/or Fed. R. Civ. P. 25(a) and 41(b), the above-referenced nine (9) matters have failed to meet the requirements of this Court's Order and the federal rules, and dismissal is appropriate.

Dated: November 8, 2018                     Respectfully submitted,

*s/Benjamin W. Hulse*
Jerry W. Blackwell (MN #186867)
Benjamin W. Hulse (MN #0390952)
Mary S. Young (MN #0392781)
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3200
Fax: (612) 343-3205
Email: blackwell@blackwellburke.com
          bhulse@blackwellburke.com
          myoung@blackwellburke.com

Bridget M. Ahmann (MN #016611x)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Phone: (612) 766-7000
Email: bridget.ahmann@faegrebd.com

*Counsel for Defendants 3M Company and Arizant Healthcare Inc.*