UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/DTS) |
| This Document Relates To: | **NOTICE OF HEARING ON DEFENDANTS' FOURTH MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 23 AND/OR FED. R. CIV. P. 25(a) AND 41(b)** |
| *Ducote*, 16-cv-3940-JNE- DTS  *Cole*, 17-cv-2166-JNE-DTS  *Ashby*, 17-cv-2554-JNE- DTS  *Trewhella*, 17-cv-3159-JNE-DTS  *Ciccone*, 17-cv-3629-JNE- DTS  *Chapman*, 17-cv-3850-JNE- DTS  *Spear*, 17-cv-4886-JNE- DTS  *Ward*, 17-cv-4893-JNE- DTS  *Jennings*, 18-cv-1485-JNE- DTS | |

PLEASE TAKE NOTICE that the undersigned will bring Defendants' Fourth Motion to Dismiss Cases for Failure to Comply with Pretrial Order No. 23 and/or Fed. R. Civ. P. 25(a) and 41(b) for a hearing before the Honorable Judge Joan N. Ericksen, United States District Judge, in Courtroom 12W at the United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415 at the scheduled status conference on December 20, 2018 at 9:30 a.m.

This motion, based on the Memorandum in Support of Defendants' Fourth Motion to Dismiss Cases for Failure to Comply with Pretrial Order No. 23 and/or Fed. R. Civ. P. 25(a) and 41(c), Declaration of Benjamin Hulse, and argument to be presented at the hearing of this matter, seeks an Order of the Court dismissing these cases with prejudice.

Dated: November 8, 2018                    Respectfully submitted,


                                           /s/ Benjamin W. Hulse
                                           Jerry W. Blackwell (MN #186867)
                                           Benjamin W. Hulse (MN #0390952)
                                           Mary S. Young (MN #0392781)
                                           BLACKWELL BURKE P.A.
                                           431 South Seventh Street, Suite 2500
                                           Minneapolis, MN 55415
                                           Phone: (612) 343-3248
                                           Fax: (612) 343-3205
                                           Email: blackwell@blackwellburke.com
                                                  bhulse@blackwellburke.com
                                                  myoung@blackwellburke.com

                                           Bridget M. Ahmann (MN #016611x)
                                           FAEGRE BAKER DANIELS LLP
                                           2200 Wells Fargo Center
                                           90 South Seventh Street
                                           Minneapolis, MN 55402
                                           Phone: (612) 766-7000
                                           Fax: (612) 766-1600
                                           Email: bridget.ahmann@faegrebd.com

                                           **Counsel for Defendants 3M Company
                                           and Arizant Healthcare Inc.**