UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Products Liability Litigation<br><br>This Document Relates To:<br><br>*Ducote*, 16-cv-3940-JNE- DTS<br>*Cole*, 17-cv-2166-JNE-DTS<br>*Ashby*, 17-cv-2554-JNE- DTS<br>*Trewhella*, 17-cv-3159-JNE-DTS<br>*Ciccone*, 17-cv-3629-JNE- DTS<br>*Chapman*, 17-cv-3850-JNE- DTS<br>*Spear*, 17-cv-4886-JNE- DTS<br>*Ward*, 17-cv-4893-JNE- DTS<br>*Jennings*, 18-cv-1485-JNE- DTS | MDL No. 15-2666 (JNE/DTS)<br><br>**RULE 7.1(F) CERTIFICATE OF COMPLIANCE REGARDING DEFENDANTS' FOURTH MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 23 AND/OR FED. R. CIV. P. 25(a) AND 41(b)** |

I, Benjamin W. Hulse, certify that Defendants' Memorandum in Support of Defendants' Fourth Motion to Dismiss Cases for Failure to Comply with Pretrial Order No. 23 and/or Fed. R. Civ. P. 25(a) and 41(b) ("Memorandum") complies with Local Rule 7.1(f) and with the type-size limit of Local Rule 7.1(h).

I further certify that, in preparation of the Memorandum, I used Microsoft® Word 2016, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the Memorandum contains 1100 words.

Dated: November 8, 2018                    Respectfully submitted,


                                           *s/Benjamin W. Hulse*
                                           Jerry W. Blackwell (MN #186867)
                                           Benjamin W. Hulse (MN #0390952)
                                           Mary S. Young (MN #0392781)
                                           BLACKWELL BURKE P.A.
                                           431 South Seventh Street, Suite 2500
                                           Minneapolis, MN 55415
                                           Phone: (612) 343-3200
                                           Fax: (612) 343-3205
                                           Email: blackwell@blackwellburke.com
                                                  bhulse@blackwellburke.com
                                                  myoung@blackwellburke.com

                                           Bridget M. Ahmann (MN #016611x)
                                           FAEGRE BAKER DANIELS LLP
                                           2200 Wells Fargo Center
                                           90 South Seventh Street
                                           Minneapolis, MN 55402
                                           Phone: (612) 766-7000
                                           Email: bridget.ahmann@faegrebd.com

                                           ***Counsel for Defendants 3M Company
                                           and Arizant Healthcare Inc.***