UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Products Liability Litigation<br><br>———————————————————<br><br>This Document Relates To:<br><br>*Ducote*, 16-cv-3940-JNE-DTS<br>*Cole*, 17-cv-2166-JNE-DTS<br>*Ashby*, 17-cv-2554-JNE- DTS<br>*Trewhella*, 17-cv-3159-JNE-DTS<br>*Ciccone*, 17-cv-3629-JNE-DTS<br>*Chapman*, 17-cv-3850-JNE-DTS<br>*Spear*, 17-cv-4886-JNE-DTS<br>*Ward*, 17-cv-4893-JNE-DTS<br>*Jennings*, 18-cv-1485-JNE-DTS | MDL No. 15-2666 (JNE/DTS)<br><br>**DECLARATION OF BENJAMIN HULSE REGARDING DEFENDANTS' FOURTH MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 23 AND/OR FED. R. CIV. P. 25(a) AND 41(b)** |

Under 28 U.S.C. § 1746, I, Benjamin W. Hulse, hereby declare as follows:

1. I am an attorney at the law firm of Blackwell Burke P.A., and one of the attorneys representing 3M Company ("3M") and Arizant Healthcare Inc. ("Arizant") (collectively "Defendants") in this litigation. I submit this declaration in support of Defendants' Fourth Motion to Dismiss Cases for Failure to Comply with Pretrial Order No. 23 and/or Fed. R. Civ. P. 25(a) and 41(b). Unless otherwise stated, the facts set forth herein are based upon my personal knowledge, information, and belief.

2. Attached as Exhibit A is a copy of the obituary of plaintiff Maxie J. Ducote, available online at https://www.legacy.com/obituaries/name/maxie-ducotesr-obituary?pid=186045777.

3. Attached as Exhibit B is a copy of the obituary of plaintiff Jeane Cole, available online at https://indiana.funeral.com/2017/09/09/jeane-m-cole/.

4. Attached as Exhibit C is a copy of the obituary of plaintiff Ethel Ashby, available online at https://funeralinnovations.com/obituary/265855/Ethel-Ashby/.

5. Attached as Exhibit D is a copy of the obituary of plaintiff Kenneth Chapman, available online at http://www.legacy.com/obituaries/dispatch/obituary.aspx?pid=189046061.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Minneapolis, Minnesota, this 8th day of November, 2018.

Dated: November 8, 2018                           Respectfully submitted,

*s/Benjamin W. Hulse*
Jerry W. Blackwell (MN #186867)
Benjamin W. Hulse (MN #0390952)
Mary S. Young (MN #0392781)
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3200
Fax: (612) 343-3205
Email: bhulse@blackwellburke.com

***Counsel for Defendants 3M Company and Arizant Healthcare Inc.***