# Exhibit A

# Legacy.com

OBITUARIES | FUNERAL HOMES | NEWSPAPERS | SEND FLOWERS    Search

| NEWS & ADVICE | MEMORIALS

Home › Obituaries › Maxie Joseph Ducote, Sr. Obituary



# Maxie Joseph Ducote, Sr.

## Obituary                                   ❊ Send Flowers

On Saturday, July 8, 2017 Maxie Joseph Ducote, Sr. of Pearl River, Louisiana passed away at the age of 69 years. He is survived by his wife Dianne Adams Ducote, children; Catherine A. Dupont, Maxie J. Ducote, Jr., Angelia A. Williams, Shane J. Ducote, Sr., Holly M. Hodgson and Gregory P. Smith,...

Read More ›

### Read Full Obituary



**The New Orleans Advocate**

## Guest Book

📷 Add Photo   |   🎥 Add Video   |   🕯 Light A Candle

What would you like to say about Maxie?

Not sure what to say?

Submit

Posting Guidelines   |   FAQ

> Sorry to just here about Maxie. Take Care Diane!

### Libby Allen
July 29, 2017 | Pearl River, LA



### Barry and Kathy Cortez
July 17, 2017 | Pearl River, LA

> Our Deepest Sympathy goes out to Diane and Max's Family. We are church family and we will miss our Brother in Christ, but As much as Max Loved the Lord I truly believe he is in Heaven with the Lord, And I know we will see him again. God give you and your Comfort and reassurance with Love.

Just wanted to give my sincerest condolences to Mrs. Ducote and to Angie, Maxie, Shane, and Kathy. You May not remember me but I have fond memories of hanging around your house on Westwood Drive when I was a teenager. I also remember a converstion with Mr. Max in which he said; "go and make something of yourself." Thank you for the suggestion sir.
God Bless
MSgt Christopher Guidry, USAF, Ret.

Christopher Guidry

**Barry and Kathy Cortez**

"

Offering our deepest condolences during this difficult time.

**The Staff of Williams Funeral Home**

July 10, 2017 | Pearl River, LA

est Book ›

**Never miss an update about Maxie. Sign up today.**

| Your Email Address | Yes, Update Me |

Share   Email

**Williams Funeral Home**
67525 Highway 41, Pearl River

❋ Send Flowers ›

Gallery   Add a Photo or Video



### Advice & Support Resources

Funeral Pre-Planning

Funeral & Sympathy Etiquette

Coping With Grief

Preserving Memories Forever

Keyword

Sign Up & Receive Email Alerts

OBITUARIES | FUNERAL HOMES | NEWSPAPERS | SEND FLOWERS

NEWS & ADVICE | MEMORIALS

©2018 Legacy.com. All rights reserved.

ABOUT US | CAREERS | NEWS & PRESS | CONTACT US | FAQ | PRIVACY POLICY | TERMS OF USE

# Exhibit B

Indiana Obituaries

Funeral Planning, Funeral Costs

Funeral.com

☰ Menu



Why don't **YOU** be the perso[n]
**HELP THESE CH**[ILDREN]

# Jeane M. Cole

September 9, 2017 by 📁 Knox

FlowersFast.com- Send Flowers Fast! Click here!



Jeane M. Cole July 22, 1937 – September 7, 2017 Jeane M. Cole, age 80, of Monterey, passed away Thursday, September 7, 2017. Jeane was born July 22, 1937 in Chicago to... View Details | Send Flowers

MC Smith Funeral Home | Knox, IN



| RBP

**Search for Obituaries**

| Name or Keyword | Select a City (Optional) ▼ | Search |

## More Results for Jeane Cole

**MyHeritage** — Records Found

| Type | Records |
|---|---|
| Birth | 8 |
| Marriage | 6 |
| Death | 7 |
| Census | 24 |
| Family Trees | 61 |

View Records → (https://www.myheritage.co

**GenealogyBank** — Records Found

| | |
|---|---|
| News Article | 40 |
| Advertisement | 1 |

View Records → (https://www.genealogyban

**BeenVerified** — Records Found

| Name | Age | Location |
|---|---|---|
| Jeane Cole | 49 | NEWTON, NC |
| Jeane Cole | 57 | DENVER, CO |
| Jeane Cole | 64 | ORLANDO, FL |
| Jeane Cole | 64 | TEHUACANA, TX |
| Jeane Cole | 67 | FORT WASHINGTON, MD |

View Records → (https://www.beenverified.c

**peoplefinders** — Records Found

| Name | State |
|---|---|
| Jeane Cole | CA |
| Jeane Cole | NY |
| Jeane Cole | TX |
| Jeane Cole | AZ |
| Jeane Cole | WA |

View Records → (https://www.peoplefinders.

Search by name: Jeane  Cole  [Search]

©2018 Powered by AncestryData (http://www.ancestrydata.com/)





# Exhibit C

# Obitio Online Obituaries

Home     Funeral Homes     Obituaries



## Ethel L. Ashby

**Born:** August 28, 1953
**Passed:** July 6, 2018
**Funeral Home:** Mason City Iowa Area Obituaries - Mason City, Iowa

Ethel L. Ashby, 64, of Cedar Falls and formerly of Mason City, died Friday evening (July 6, 2018) at Allen Hospital in Waterloo.

A Graveside Service for Ethel will be held at 11:30 am on Monday (July 16, 2018) at Memorial Park Cemetery, Mason City. A visitation with public viewing will be held from 10:00am until 11:00 am on Monday at Hogan Bremer Moore Colonial Chapel, 126 3rd St. NE, Mason City.

Should friends desire, memorials may be left to Ethel's family in care of Hogan Bremer Moore Colonial Chapel.

The daughter of Rachel Harrington, and oldest of 10 children, Ethel Lee Harrington was born on August 28, 1953 in Greenwood, MS. As an infant her family moved to Chicago where she was raised. As a young adult Ethel moved from Chicago to Fort Dodge before relocating to Mason City to raise her family.

For many years Ethel worked as a Nurse's Aide at Good Shepherd Health Center in Mason City and has been a beautician since 1984. In 2012 Ethel opened Family Affair, a hair s...
[more]

### View Full Online Obituary and Tributes

To send flowers or a memorial gift to the family of Ethel L. Ashby please visit our Sympathy Store.

To read the full obituary, please click here: http://www.colonialchapels.com/obituaries/Ethel-Ashby-3/

## Share a Memory



## Funeral Home

Mason City Iowa Area Obituaries
Mason City, Iowa
More obituaries

Copyright ©2018 Funeral Innovations. All rights reserved.

# Exhibit D

Obituaries 

# Legacy.com

OBITUARIES | FUNERAL HOMES | SEND FLOWERS | NEWS & ADVICE | MEMORIALS

**SERVICES**

**Diehl-Whittaker Funeral Service**
720 E Long Street
Columbus, OH 43203
(614) 258-9549

- Website
- View Map
- Send Flowers

- See Services Detail

**RESOURCES**

- More Obituaries for Kenneth Chapman
- Looking for an obituary for a different person with this name?

# Kenneth Chapman

1963 - 2018 ⌵ Obituary ⟩ Condolences ⟩ Gallery



Chapman, Kenneth
1963 - 2018
Kenneth A. Chapman, age 55. Funeral 10 a.m. Tuesday, May 22, 2018 in the chapel of DIEHL-WHITTAKER FUNERAL SERVICE, 720 E. Long St., where his family will receive friends from 9 a.m. until



**Read More**

🔊 **Listen to Obituary**

## REMEMBER

Share memories or express condolences below.

**View All**

Add a memory or condolence to the guest book

ADD MESSAGE

"We will always have the park. Love always, Stephanie."
-

"In loving memory of a wonderful person. We will love you..."
-Tony artin

View All Messages [8] 

 ADD PHOTOS   ADD VIDEOS



**View All Photos**




**Protect your loved on**
◉ ancestry
Interested in the Chapman name?
Learn More

**RESOURCES**

- **Send Funeral Flowers**
- **View Funeral Home Details**

**FIND ADVICE & SUPPORT**

- **Funeral Etiquette**
- **Grief Support Groups**

‹ **BACK TO TODAY'S OBITUARIES**

    

PRIVACY POLICY | TERMS | CONTACT US | FAQ | © 2018 Legacy.com. All rights reserved.

ancestry
Interested in the Chapman name?
Learn More