UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/DTS) |
| This Document Relates To: | **(PROPOSED) ORDER GRANTING DEFENDANTS' FOURTH MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 23 AND/OR FED. R. CIV. P. 25(a) AND 41(b)** |
| *Ducote*, 16-cv-3940-JNE-DTS *Cole*, 17-cv-2166-JNE-DTS *Ashby*, 17-cv-2554-JNE-DTS *Trewhella*, 17-cv-3159-JNE-DTS *Ciccone*, 17-cv-3629-JNE-DTS *Chapman*, 17-cv-3850-JNE-DTS *Spear*, 17-cv-4886-JNE-DTS *Ward*, 17-cv-4893-JNE-DTS *Jennings*, 18-cv-1485-JNE-DTS | |

This came before the Court on Defendants 3M Company's and Arizant Healthcare Inc.'s (collectively "Defendants") Fourth Motion to Dismiss Cases for Failure to Comply with Pretrial Order No. 23 and/or Fed. R. Civ. P. 25(a) and 41(b).

Based on the files, records, and proceedings herein,

IT IS HEREBY ORDERED that Defendants' motion is GRANTED and the following nine (9) actions are dismissed with prejudice:

| Case Number | Title | Firm Name |
|---|---|---|
| 16-cv-3940-JNE-DTS | *Ducote v. 3M Co., et al.* | Davis & Crump, P.C. |
| 17-cv-2166-JNE-DTS | *Cole v. 3M Co., et al.* | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 17-cv-2554-JNE-DTS | *Ashby v. 3M Co., et al.* | Peterson & Associates |

| | | |
|---|---|---|
| 17-cv-3159-JNE-DTS | *Trewhella v. 3M Co., et al.* | Brown & Crouppen |
| 17-cv-3629-JNE- DTS | *Ciccone v 3M Co., et al.* | Kennedy Hodges, L.L.P. |
| 17-cv-3850-JNE-DTS | *Chapman v. 3M Co., et al.* | Kennedy Hodges, L.L.P. |
| 17-cv-4886-JNE-DTS | *Spear v. 3M Co., et al.* | Brown & Crouppen |
| 17-cv-4893-JNE-DTS | *Ward v. 3M Co., et al.* | Brown & Crouppen |
| 18-cv-1485-JNE-DTS | *Jennings v. 3M Co., et al.* | Brown & Crouppen |

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date:   BY THE COURT

_____
JUDGE, U.S. DISTRICT COURT