UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/DTS) |
| This Document Relates to:<br><br>*Robert L. Winn v. 3M Company, et al.*,<br>No.: 0:18-cv-00891-JNE-DTS | |

**L.R. 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE REGARDING PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

This brief complies with the word limitations of LR 7.1(f) because this brief contains 283 words, including all text, headings, footnotes, and quotations other than the parts of the brief exempted by LR 7.1(f). This brief was prepared using Microsoft Office Word 2013.

This brief complies with the type size requirements of LR 7.1(h) because this brief has been prepared using at least font size 13, is double-spaced (except for headings, footnotes and quotations that exceed two lines) and is submitted on 8 ½ inch by 11 inch paper with at least one inch of margins on all four sides.

Dated:  November 8, 2018                    **MURRAY LAW FIRM**

<u>/s/   Caroline Thomas White</u>
Stephen B. Murray, Sr. (La. #9859)
Arthur M. Murray (La. #27694)
Robin Myers (La. #32613)
Caroline T. White (La. # 36051)
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
Telephone: (504) 525-8100
Facsimile:  (504) 584-5249
cthomas@murray-lawfirm.com

*Attorneys for Plaintiff*