

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

November 14, 2018

**VIA ECF**

The Honorable Joan N. Ericksen
District Judge, District of Minnesota
United States District Court
12W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

RE:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
        MDL No. 15-2666-JNE-DTS

Dear Judge Ericksen:

I am writing to update the Court on Defendants' Sixteenth Motion to Dismiss for Failure to Comply with Pretrial Order No. 14 (Dkt. No. 1572).  This Motion concerns PFS deficiencies.

Plaintiffs in *Brown v. 3M Co., et al.* (No. 17-cv-04778), *Guenther v. 3M Co., et al.* (No. 18-cv-00207), *Amador v. 3M Co., et al.* (No. 18-cv-00318), *Smith v. 3M Co., et al.* (No. 18-cv-00348), *Brann v. 3M Co., et al.* (No. 18-cv-00481), and *Manheim v. 3M Co., et al.* (No. 18-cv-01456) served original or amended PFSs after the Motion was filed.  Following discussions between the parties' counsel, Defendants will no longer be seeking dismissal of these cases as part of this Motion.

In addition, the parties have stipulated to dismissal of *Salinas v. 3M Co., et al.* (No. 17-cv-03549), and *Matteo v. 3M Co., et al.* (No. 18-cv-01455).

Sincerely,

*s/Benjamin W. Hulse*

Benjamin W. Hulse