# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

In re: Bair Hugger Forced Air Warming Devices Products Liability Litigation

MDL No. 15-2666 (JNE/FLN)

This Document Relates to:
*Clark v. 3M Co., et al.*,
No. 17-cv-05047

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed with prejudice, each party to bear its own costs.

IT IS SO STIPULATED:

Dated: November 14, 2018

**SCHLICHTER, BOGARD & DENTON, LLP**

*s/ Kristine K. Kraft*
Kristine K. Kraft
**SCHLICHTER, BOGARD & DENTON, LLP**
100 South Fourth Street, Suite 1200
St. Louis, MO 63102
Tel: (314) 621-6115
kkraft@uselaws.com
*Attorney for Plaintiff*

                    **BLACKWELL BURKE P.A.**

                    *s/ Benjamin W. Hulse*
                    Jerry W. Blackwell (MN #186867)
                    Benjamin W. Hulse (MN #0390952)
                    Mary S. Young (MN #0392781)
                    431 South Seventh Street, Suite 2500
                    Minneapolis, MN 55415
                    Phone: (612) 343-3200
                    Fax: (612) 343-3205
                    blackwell@blackwellburke.com
                    bhulse@blackwellburke.com
                    myoung@blackwellburke.com
                    *Attorneys for 3M Company, Arizant Healthcare, Inc.*