# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

|  |  |
|---|---|
|  | **COURT MINUTES** |
|  | BEFORE: JOAN N. ERICKSEN |
|  | U.S. District Judge |
|  | DAVID T. SCHULTZ |
|  | U.S. Magistrate Judge |
| IN RE: Bair Hugger Forced Air Warming Devices Product Liability Litigation | Case No: 0:15-md-02666 (JNE/FLN) |
|  | Date: November 15, 2018 |
|  | Deputy: Catherine B. Cusack |
|  | Court Reporter: Maria V. Weinbeck |
|  | Courthouse: Minneapolis |
|  | Courtroom: 12W |
|  | Time in Court: 9:51 AM - 10:12 AM |
|  | 10:40 AM - 11:04 AM |
|  | Time in Court: 45 Minutes |

## STATUS CONFERENCE

APPEARANCES:

　　Plaintiff:　　Genevieve M. Zimmerman, Jan M. Conlin, Kyle W. Farrar, Gabriel Assaad, David J. Szerlag, Ben W. Gordon, Jr.

　　Defendant:　　Jerry W. Blackwell, Lyn Peeples Pruitt, Mary S. Young, Benjamin W. Hulse

Please see attached list of telephone participants.

PROCEEDINGS:

- ☒ Status Conference held on November 15, 2018.
- ☒ Appearances made on the record.
- ☒ Next Status Conference is scheduled for Thursday, December 20, 2018, at 9:30 AM.