# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

|  |  |
|---|---|
|  | **AMENDED COURT MINUTES** |
|  | BEFORE: JOAN N. ERICKSEN |
|  | U.S. District Judge |
|  | DAVID T. SCHULTZ |
|  | U.S. Magistrate Judge |

IN RE: Bair Hugger Forced Air Warming Devices Product Liability Litigation

| | |
|---|---|
| Case No: | 0:15-md-02666 (JNE/FLN) |
| Date: | November 15, 2018 |
| Deputy: | Catherine B. Cusack |
| Court Reporter: | Maria V. Weinbeck |
| Courthouse: | Minneapolis |
| Courtroom: | 12W |
| Time in Court: | 9:51 AM - 10:12 AM |
|  | 10:40 AM - 11:04 AM |
| Time in Court: | 45 Minutes |

# STATUS CONFERENCE

APPEARANCES:

Plaintiff: Genevieve M. Zimmerman, Jan M. Conlin, Kyle W. Farrar, Gabriel Assaad, David J. Szerlag, Ben W. Gordon, Jr.

Defendant: Jerry W. Blackwell, Lyn Peeples Pruitt, Mary S. Young, Benjamin W. Hulse

Please see attached list of telephone participants. **(Attached)**

PROCEEDINGS:

- ☒ Status Conference held on November 15, 2018.
- ☒ Appearances made on the record.
- ☒ Next Status Conference is scheduled for Thursday, December 20, 2018, at 9:30 AM.