Telephone Participants
11/15/18 Status Conference

| NAME | FIRM NAME |
|---|---|
| Anne Andrews | Andrew & Thornton |
| John C. Thornton | Andrew & Thornton |
| Lauren Davis | Andrew & Thornton |
| J. Christopher Elliott | Bachus & Schanker, LLC |
| Alexandra Franklin | Bachus & Schanker, LLC |
| Renee Lindsey | Beasley, Allen, Crow, Methvin, Portis & Miles, PC |
| Morris Dweck | Bernstein Liebhard, LLP |
| Meghan Ellis | Brown & Crouppen, PC |
| Liz Liberatore | Brown & Crouppen, PC |
| Don Ledgard | Capretz & Associates |
| Patrick E. Carr | Carr & Carr Attorneys |
| Graham L. Newman | Chappell, Smith & Arden P.A. |
| Martin D. Crump | Davis & Crump |
| Robert Cain | Davis & Crump |
| Wayne Rogers, Jr. | DeGaris Law Group, LLC |
| Kevin Fitzgerald | Fitzgerald Law Group, LLC |
| Noah Lauricella | Goldenberg Law, PLLC |
| Lisa R. Joyce | Goza & Honnold, LLC |
| Emily DeVuono | Grossman & Moore, PLLC |
| Jennifer Moore | Grossman & Moore, PLLC |
| Asthon R. Smith | Grossman & Moore, PLLC |
| Elizabeth Coulter | Grossman & Moore, PLLC |
| Kara Lane | Grossman & Moore, PLLC |
| Don McKenna | Hare Wynn Newell & Newton |
| Lynne Reed | Hare Wynn Newell & Newton |
| Peggy Little | Hare Wynn Newell & Newton |
| Natasha Hollis | Hollis Legal Solutions, PPLC |
| Monica Vaughan | Houssier, Durant & Houssier, LLP |
| Randall A. Kauffman | Houssier, Durant & Houssier, LLP |
| Shirley Strom-Blanchard | Houssier, Durant & Houssier, LLP |
| Joaquin Alberto Quero Figueroa | Johnston Law Group |
| Amber M. Pang Parra | Justinian & Associates PLLC |
| Behram V. Parekh | Kirtland & Packard |
| Lauren Niendick | Langdon & Emison |
| Heather Cover | Law Office of James S. Rogers |
| Craig Silverman | Law Office of Peter G. Angelos, PC |
| Travis R. Walker | Law Office of Travis R. Walker, PA |
| Amy C. Webster | Lewis & Caplan |
| Rebecca Robinson | Lewis & Caplan |
| William Hymes | Loncar & Associates |
| John L. Coveney | Loncar & Associates |
| Priscilla Lord | Lord & Associates Law Office |
| Rosemarie Bogdan | Martin Harding & Mazzotti LLP |
| Emily Robinson | McEwen Law Firm LTD |
| Gregory N. McEwen | McEwen Law Firm LTD |

| | |
|---|---|
| Holly Sternquist | Meshbesher & Spence, LTD |
| Melanie Frenz | Meshbesher & Spence, LTD |
| Michael Hingle | Michael Hingle & Associates |
| Heidi Pellagrin | Michael Hingle & Associates |
| Colleen Euper | Michael Hingle & Associates |
| Heather Cullen | Morgan & Morgan Complex Litigation Group |
| Joseph T. Waechter | Morgan & Morgan Complex Litigation Group |
| Michael Goetz | Morgan & Morgan Complex Litigation Group |
| Jim Morris | Morris Law Firm |
| Shane Greenberg | Morris Law Firm |
| Rochelle Burris | Morris Law Firm |
| Caroline W. Thomas | Murray Law Firm |
| Neal R. Elliott, Jr | Neal R. Elliott |
| Michael S. Werner | Parker Waichman, LLP |
| Brian E. Tadtman | Peterson & Associates, P.C. |
| Wendy Thayer | Pritzker Hageman, PA |
| Jeffery L. Raizner | Raizner Slania LLP |
| Rica Rinosa | Raizner Slania LLP |
| Erin Stracerner | Raizner Slania LLP |
| Kristen Gorombol | Raizner Slania LLP |
| Deborah Bueno | Reiders Travis Humphrey Waters & Dohrmann |
| Dan Haltiwanger | Richardson, Patrick, Westbrook & Brickman, LLC |
| Kristine K. Kraft | Schlicher, Bogard & Denton, LLP |
| Hillary Grupe | Schlicher, Bogard & Denton, LLP |
| Julie Tucci | Skikos Crawford Skikos & Joseph |
| Matt Skikos | Skikos Crawford Skikos & Joseph |
| Darilyn Simon | Skikos Crawford Skikos & Joseph |
| Nathan Connors | Swartz & Swartz, P.C. |
| Allan J. Ahearne | The Ahearne Law Firm, PLLC. |
| Abigail M. Spurney | The Ahearne Law Firm, PLLC. |
| Jessica J. Pauley | The Ahearne Law Firm, PLLC. |
| Tayjes M. Shah | The Miller Firm, LLC |
| Alfred Olinde, Jr | The Olinde Firm, LLC |
| Austin Grinder | The Ruth Team |
| Chelsie Garza | The Webster Law Firm |
| Charles H Johnson | Law Office of Charles H. Johnson |