UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TELEPHONE CONFERENCE MINUTES

| | |
|---|---|
| In Re: Bair Hugger Forced Air Warming Devises Products Liability Litigation | COURT MINUTES - CIVIL<br>BEFORE:  DAVID T. SCHULTZ<br>U.S. Magistrate Judge<br><br>Case No:         15-md-2666<br>Date:              Nov. 15, 2018<br>Time Commenced:<br>Time Concluded:<br>Total Time:      1 hour |

APPEARANCES:   Genevieve M. Zimmerman, Jan M. Conlin, Kule W. Farrar, Gabriel Assaad, David J. Szerlag, Ben W. Gordon, Jr. on behalf of plaintiffs

Jerry w. Blackwell, Lyn Peeples Pruitt, Mary S. Young, Benjamine W. Hulse on behalf of defendant

PROCEEDINGS:   Status conference with MJ re case management issues.

s/KH

Courtroom Deputy