UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: BAIR HUGGER FORCED AIR WARMING PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE-DTS) |

**THIS DOCUMENT RELATES TO:**

| | |
|---|---|
| *Frances Eloise Butler  C* | *0:18-cv-00758* |
| *Johnny Pavia & Yolanda Pavia* | *0:18-cv-00839* |
| *Ann Chiavaroli Individually and on behalf of the Estate of Paul J. Moskowitz* | *0:18-cv-02914* |

## NOTICE OF CHANGE OF ADDRESS

Comes now Matthew R. McCarley and Arati Furness of the law firm Fears Nachawati PLLC, attorneys for the Plaintiffs, and hereby gives notice to this Honorable Court, all parties and all counsel of record in this matter who have made an appearance that Fears Nachawati PLLC's new office address effective immediately is 5473 Blair Road, Dallas, Texas 75231. The telephone number, facsimile, and email addresses remain unchanged. Thank you.

Dated: November 27, 2018

Respectfully submitted,

*s/ Matthew R. McCarley*
*s/Arati Furness*

Matthew R. McCarley
TX Bar No. 24041426
mccarley@fnlawfirm.com
Arati C. Furness
TX Bar No. 24094382
CA Bar No. 225435
afurness@fnlawfirm.com
Fears Nachwati PLLC
5473 Blair Road
Dallas, TX 75231

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of November 2018 a copy of the above and foregoing has been filed electronically with the Clerk of Court using the CM/ECF system which will send notice of electronic filing in accordance with the procedures established in MDL 2666.

        s/*Matthew R. McCarley*
        s/ *Arati Furness*
        Matthew R. McCarley
        Arati Furness