UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Products Liability Litigation<br><br>_____<br><br>This Document Relates To:<br><br>*Ducote*, 16-cv-3940-JNE-DTS<br>*Cole*, 17-cv-2166-JNE-DTS<br>*Ashby*, 17-cv-2554-JNE-DTS<br>*Trewhella*, 17-cv-3159-JNE-DTS<br>*Ciccone*, 17-cv-3629-JNE-DTS<br>*Chapman*, 17-cv-3850-JNE-DTS<br>*Spear*, 17-cv-4886-JNE-DTS<br>*Ward*, 17-cv-4893-JNE-DTS<br>*Jennings*, 18-cv-1485-JNE-DTS | MDL No. 15-2666 (JNE/DTS)<br><br>**RULE 7.1(F) CERTIFICATE OF COMPLIANCE REGARDING DEFENDANTS' REPLY IN SUPPORT OF THEIR 4TH MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 23 AND/OR FED. R. CIV. P. 25(a) AND 41(b)** |

I, Benjamin W. Hulse, certify that Defendants' Reply in Support of their 4th Motion to Dismiss Cases for Failure to Comply with Pretrial Order No. 23 and/or Fed. R. Civ. P. 25(a) and 41(b) ("Reply") complies with the limits of Local Rule 7.1(f), and with the type-size limit of Local Rule 7.1(h).

I further certify that, in preparation of the above document, I used Microsoft® Word 2016, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above-referenced Reply contains 814 words, and that with Defendants' initial Memorandum of 1,100 words, the two documents combined contain 1,914 words.

Dated: November 29, 2018						Respectfully submitted,


							*s/Benjamin W. Hulse*
							Jerry W. Blackwell (MN #186867)
							Benjamin W. Hulse (MN #0390952)
							Mary S. Young (MN #0392781)
							BLACKWELL BURKE P.A.
							431 South Seventh Street, Suite 2500
							Minneapolis, MN 55415
							Phone: (612) 343-3200
							Fax: (612) 343-3205
							Email: blackwell@blackwellburke.com
							           bhulse@blackwellburke.com
							           myoung@blackwellburke.com

							Bridget M. Ahmann (MN #016611x)
							FAEGRE BAKER DANIELS LLP
							2200 Wells Fargo Center
							90 South Seventh Street
							Minneapolis, MN 55402
							Phone: (612) 766-7000
							Email: bridget.ahmann@faegrebd.com

							***Counsel for Defendants 3M Company and Arizant Healthcare Inc.***