# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/DTS) |
| This Document Relates to:<br>Case Nos.:<br>16-cv-00798 (Barnes v. 3M Co.)<br>16-cv-04161 (Bond v. 3M Co.)<br>17-cv-01703 (Ussery v. 3M Co.)<br>17-cv-03899 (Pimentel v. 3M Co., et al.)<br>17-cv-04467 (Adams v. 3M Co., et al.)<br>17-cv-04517 (Henderson v. 3M Co., et al.)<br>17-cv-04891 (Edwards v. 3M Co., et al.)<br>17-cv-05199 (Spry v. 3M Co., et al.)<br>17-cv-05200 (Picuri v. 3M Co., et al.)<br>17-cv-05202 (Reed v. 3M Co., et al.)<br>17-cv-05270 (Johnston v. 3M Co., et al.)<br>17-cv-05271 (Gilmore v. 3M Co., et al.)<br>17-cv-05277 (Billings v. 3M Co., et al.)<br>18-cv-00263 (Robinson v. 3M Co., et al.)<br>18-cv-00432 (Falcetta v. 3M Co.)<br>18-cv-00670 (Darwick v. 3M Co.)<br>18-cv-00674 (Welch v. 3M Co.)<br>18-cv-00675 (Wolf v. 3M Co.)<br>18-cv-00688 (Conrad v. 3M Co.)<br>18-cv-00691 (Hauser v. 3M Co.)<br>18-cv-00803 (Farrell v. 3M Co., et al.)<br>18-cv-00962 (Snow v. 3M Co.)<br>18-cv-00963 (Wolfe v. 3M Co.)<br>18-cv-00965 (Branch v. 3M Co.)<br>18-cv-01097 (Ramondo v. 3M Co.)<br>18-cv-01098 (Rodliff v. 3M Co.)<br>18-cv-01099 (Reid v. 3M Co.)<br>18-cv-01101 (Roshell v. 3M Co.)<br>18-cv-01113 (Shade v. 3M Co.)<br>18-cv-01119 (Scott v. 3M Co.)<br>18-cv-01122 (Turnage v. 3M Co.)<br>18-cv-01123 (Twichell v. 3M Co.)<br>18-cv-01124 (Yost v. 3M Co.) | **NOTICE OF HEARING ON DEFENDANTS' SEVENTEENTH MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 14** |

18-cv-01171 (Johnson v. 3M Co.)
18-cv-01416 (Carter v. 3M Co., et al.)
18-cv-01505 (Cerbins v. 3M Co.)
18-cv-01515 (Mitchell v. 3M Co.)
18-cv-01517 (Custer v. 3M Co.)
18-cv-01738 (McClain v. 3M Co., et al.)

PLEASE TAKE NOTICE that on December 20, 2018 at 9:30 a.m., before the Honorable Joan N. Ericksen, United States District Court, 12W U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, Defendants 3M Company and Arizant Healthcare Inc. will respectfully move the Court to enter an order dismissing the following Plaintiffs' cases for failure to comply with the Court's Pretrial Order No. 14, entered September 27, 2016:

| Case Number | Plaintiff | Firm Name |
| --- | --- | --- |
| 0:16-cv-00798-JNE-DTS | Barnes | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:16-cv-04161-JNE-DTS | Bond | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:17-cv-01703-JNE-DTS | Ussery | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:17-cv-03899-JNE-DTS | Pimentel | The Olinde Firm, LLC |
| 0:17-cv-04467-JNE-DTS | Adams | Gustafson Gluek PLLC |
| 0:17-cv-04517-JNE-DTS | Henderson | Bernstein Liebhard LLP |
| 0:17-cv-04891-JNE-DTS | Edwards | Bernstein Liebhard LLP |
| 0:17-cv-05199-JNE-DTS | Spry | Pendley, Baudin, & Coffin, L.L.P. |
| 0:17-cv-05200-JNE-DTS | Picuri | Pendley, Baudin, & Coffin, L.L.P. |

| | | |
|---|---|---|
| 0:17-cv-05202-JNE-DTS | Reed | Pendley, Baudin, & Coffin, L.L.P. |
| 0:17-cv-05270-JNE-DTS | Johnston | Bernstein Liebhard LLP |
| 0:17-cv-05271-JNE-DTS | Gilmore | The Webster Law Firm |
| 0:17-cv-05277-JNE-DTS | Billings | Bernstein Liebhard LLP |
| 0:18-cv-00263-JNE-DTS | Robinson | The Law Offices of Travis R. Walker, P.A. |
| 0:18-cv-00432-JNE-DTS | Falcetta | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-00670-JNE-DTS | Darwick | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-00674-JNE-DTS | Welch | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-00675-JNE-DTS | Wolf | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-00688-JNE-DTS | Conrad | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-00691-JNE-DTS | Hauser | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-00803-JNE-DTS | Farrell | The Olinde Firm, LLC |
| 0:18-cv-00962-JNE-DTS | Snow | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-00963-JNE-DTS | Wolfe | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-00965-JNE-DTS | Branch | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |

| | | |
|---|---|---|
| 0:18-cv-01097-JNE-DTS | Ramondo | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-01098-JNE-DTS | Rodliff | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-01099-JNE-DTS | Reid | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-01101-JNE-DTS | Roshell | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-01113-JNE-DTS | Shade | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-01119-JNE-DTS | Scott | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-01122-JNE-DTS | Turnage | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-01123-JNE-DTS | Twichell | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-01124-JNE-DTS | Yost | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-01171-JNE-DTS | Johnson | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-01416-JNE-DTS | Carter | The Olinde Firm, LLC |
| 0:18-cv-01505-JNE-DTS | Cerbins | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-01515-JNE-DTS | Mitchell | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |

| | | |
|---|---|---|
| 0:18-cv-01517-JNE-DTS | Custer | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-01738-JNE-DTS | McClain | Bernstein Liebhard LLP |

Dated: December 6, 2018          Respectfully submitted,

*s/Benjamin W. Hulse*
Benjamin W. Hulse (MN #0390952)
**Attorney for Defendants 3M Company and Arizant Healthcare Inc.**
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3200
Fax: (612) 343-3205
Email: bhulse@blackwellburke.com