UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/DTS) |
|---|---|
| | **(PROPOSED) ORDER GRANTING DEFENDANTS' SEVENTEENTH MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 14** |

This came before the Court on Defendants 3M Company's and Arizant Healthcare Inc.'s (collectively, "Defendants") Seventeenth Motion to Dismiss for Failure to Comply with Pretrial Order No. 14. Based on the files, records, and proceedings herein,

IT IS HEREBY ORDERED that Defendants' motion is GRANTED. The following actions are dismissed with prejudice:

| Case Number | Plaintiff | Firm Name |
|---|---|---|
| 0:16-cv-00798-JNE-DTS | Barnes | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:16-cv-04161-JNE-DTS | Bond | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:17-cv-01703-JNE-DTS | Ussery | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:17-cv-03899-JNE-DTS | Pimentel | The Olinde Firm, LLC |
| 0:17-cv-04467-JNE-DTS | Adams | Gustafson Gluek PLLC |

| | | |
|---|---|---|
| 0:17-cv-04517-JNE-DTS | Henderson | Bernstein Liebhard LLP |
| 0:17-cv-04891-JNE-DTS | Edwards | Bernstein Liebhard LLP |
| 0:17-cv-05199-JNE-DTS | Spry | Pendley, Baudin, & Coffin, L.L.P. |
| 0:17-cv-05200-JNE-DTS | Picuri | Pendley, Baudin, & Coffin, L.L.P. |
| 0:17-cv-05202-JNE-DTS | Reed | Pendley, Baudin, & Coffin, L.L.P. |
| 0:17-cv-05270-JNE-DTS | Johnston | Bernstein Liebhard LLP |
| 0:17-cv-05271-JNE-DTS | Gilmore | The Webster Law Firm |
| 0:17-cv-05277-JNE-DTS | Billings | Bernstein Liebhard LLP |
| 0:18-cv-00263-JNE-DTS | Robinson | The Law Offices of Travis R. Walker, P.A. |
| 0:18-cv-00432-JNE-DTS | Falcetta | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-00670-JNE-DTS | Darwick | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-00674-JNE-DTS | Welch | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-00675-JNE-DTS | Wolf | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-00688-JNE-DTS | Conrad | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-00691-JNE-DTS | Hauser | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |

| | | |
|---|---|---|
| 0:18-cv-00803-JNE-DTS | Farrell | The Olinde Firm, LLC |
| 0:18-cv-00962-JNE-DTS | Snow | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-00963-JNE-DTS | Wolfe | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-00965-JNE-DTS | Branch | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-01097-JNE-DTS | Ramondo | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-01098-JNE-DTS | Rodliff | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-01099-JNE-DTS | Reid | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-01101-JNE-DTS | Roshell | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-01113-JNE-DTS | Shade | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-01119-JNE-DTS | Scott | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-01122-JNE-DTS | Turnage | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |

| | | |
|---|---|---|
| 0:18-cv-01123-JNE-DTS | Twichell | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-01124-JNE-DTS | Yost | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-01171-JNE-DTS | Johnson | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-01416-JNE-DTS | Carter | The Olinde Firm, LLC |
| 0:18-cv-01505-JNE-DTS | Cerbins | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-01515-JNE-DTS | Mitchell | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-01517-JNE-DTS | Custer | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-01738-JNE-DTS | McClain | Bernstein Liebhard LLP |

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date: _____            BY THE COURT


_____

JUDGE, U.S. DISTRICT COURT