UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Products Liability Litigation<br><br>This Document Relates To:<br><br>*Connell*, 16-cv-2351-JNE-DTS<br>*Oeltjen*, 17-cv-3062-JNE-DTS<br>*Folmer*, 17-cv-3259-JNE-DTS<br>*Platine*, 17-cv-3476-JNE-DTS<br>*Crume*, 17-cv-3617-JNE-DTS<br>*Richey*, 17-cv-5323-JNE-DTS | MDL No. 15-2666 (JNE/DTS)<br><br>**RULE 7.1(F) CERTIFICATE OF COMPLIANCE REGARDING DEFENDANTS' FIFTH MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 23 AND/OR FED. R. CIV. P. 25(a) AND 41(b)** |

I, Benjamin W. Hulse, certify that Defendants' Memorandum in Support of Defendants' Fifth Motion to Dismiss Cases for Failure to Comply with Pretrial Order No. 23 and/or Fed. R. Civ. P. 25(a) and 41(b) ("Memorandum") complies with Local Rule 7.1(f) and with the type-size limit of Local Rule 7.1(h).

I further certify that, in preparation of the Memorandum, I used Microsoft® Word 2016, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the Memorandum contains 1247 words.

Dated: December 6, 2018						Respectfully submitted,


								*s/Benjamin W. Hulse*
								Jerry W. Blackwell (MN #186867)
								Benjamin W. Hulse (MN #0390952)
								Mary S. Young (MN #0392781)
								BLACKWELL BURKE P.A.
								431 South Seventh Street, Suite 2500
								Minneapolis, MN 55415
								Phone: (612) 343-3200
								Fax: (612) 343-3205
								Email: blackwell@blackwellburke.com
								       bhulse@blackwellburke.com
								       myoung@blackwellburke.com

								*Counsel for Defendants 3M Company and Arizant Healthcare Inc.*