UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/DTS) |
| This Document Relates To: *Connell*, 16-cv-2351-JNE-DTS *Oeltjen*, 17-cv-3062-JNE-DTS *Folmer*, 17-cv-3259-JNE-DTS *Platine*, 17-cv-3476-JNE-DTS *Crume*, 17-cv-3617-JNE-DTS *Richey*, 17-cv-5323-JNE-DTS | **DECLARATION OF BENJAMIN HULSE REGARDING DEFENDANTS' FIFTH MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 23 AND/OR FED. R. CIV. P. 25(a) AND 41(b)** |

Under 28 U.S.C. § 1746, I, Benjamin W. Hulse, hereby declare as follows:

1. I am an attorney at the law firm of Blackwell Burke P.A., and one of the attorneys representing 3M Company ("3M") and Arizant Healthcare Inc. ("Arizant") (collectively "Defendants") in this litigation. I submit this declaration in support of Defendants' Fifth Motion to Dismiss Cases for Failure to Comply with Pretrial Order No. 23 and/or Fed. R. Civ. P. 25(a) and 41(b). Unless otherwise stated, the facts set forth herein are based upon my personal knowledge, information, and belief.

2. Attached as Exhibit A is a copy of the obituary of plaintiff Charles Oeltjen, available online at https://www.dignitymemorial.com/obituaries/victoria-tx/david-oeltjen-7671883.

3. Attached as Exhibit B is a copy of the obituary of plaintiff Ralph Platine, available online at http://obituaries.newburyportnews.com/obituary/ralph-platine-1951-2018-1051359846.

4. Attached as Exhibit C is a copy of the obituary of plaintiff Benjamin Crume, available online at https://www.legacy.com/obituaries/name/benjamin-crume-obituary?pid=187088552.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Minneapolis, Minnesota, this 6th day of December, 2018.

Dated: December 6, 2018                               Respectfully submitted,

*s/Benjamin W. Hulse*
Jerry W. Blackwell (MN #186867)
Benjamin W. Hulse (MN #0390952)
Mary S. Young (MN #0392781)
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3200
Fax: (612) 343-3205
Email: bhulse@blackwellburke.com

***Counsel for Defendants 3M Company and Arizant Healthcare Inc.***