# Exhibit A



HOME > OBITUARIES > VICTORIA, TX > DAVID CHARLES OELTJEN OBITUARY



## OBITUARY

# David Charles Oeltjen

### AUGUST 29, 1960 – DECEMBER 8, 2017



David Charles Oeltjen, 57, of Austwell, TX passed away, December 8, 2017. David was born August 29, 1960 in Odessa, TX to Ethel Virginia Garrison Richter and the late Marvin Lae Oeltjen. David was a driller and co-owner for a water well company and worked on oil rigs. He was a very outgoing person and truly enjoyed life. He loved the outdoors and you would find him spending his past time hunting and fishing. David is survived by his son, Austin Charles Oeltjen of Victoria; sister, Karen L. Payne (Rodney) of Cypress; brothers, Marvin W. Oeltjen (Jeannene) of Victoria, Billy R. Oeltjen of Victoria; his mother, Ethel Virginia Richter (J.C.) of Victoria. Memorial donations may be made to the donor's choice in David's name. The family is honoring David's wishes, which was cremation. A memorial service will be held at a later date. Words of comfort may be shared at www.rosewoodfuneralchapel.com.

# Exhibit B





Claim this Obituary (/claim-obituary/AC1E04160a09e35BD6dgLA75CCE2/15833916)

Become the owner of this obituary to manage the guestbook, edit the notice, and more.

# Ralph Platine

April 12, 1951 - January 30, 2018

Lake Worth, Florida - Ralph William Platine was born in Grosse Pointe, Michigan, the beloved son of Elizabeth E. (Wood) Platine and the late Norman W. Platine. Ralph had a nomadic childhood. He attended High School in New Delhi, India, and graduated as Valedictorian of his Senior class in Huntington, West Virginia.

His four years at George Washington University included a year abroad at the American University of Paris. He continued his education at New York University Law School where he received his degree in law. Ralph was an insatiable world traveler and adventurer. His passions ran the gamut from art and music to sports and politics. Ralph passed away in Lake Worth, Florida, where he had been living for the last several years, after a lengthy struggle with many illnesses. He leaves behind his best friend, Kenny Thomas, and Sherry Frankel, who was like a sister to him. Also surviving Ralph are his siblings, Catherine Platine and Rochelle Perry-Platine, her husband, Russell Perry-Platine, his nieces, Sarah Platine, Ashley Perry-Platine and Laura Perry-Platine, his nephews, Russell Perry and Ernest Perry as well as many other close friends and family members.

## Guestbook

# Exhibit C

## Benjamin Thomas Crume

Born: May 26, 1954
Died: October 18, 2017
Location: Lakeview, Ohio

## Tribute & Message From The Family

Benjamin was born on May 26, 1954 and passed away on Wednesday, October 18, 2017.

Benjamin was a resident of Lakeview, Ohio at the time of passing.

He was a veteran of the United States Army during Vietnam.

Inurnment will be in Dayton National Cemetery.

Powered By
tributes