UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Products Liability Litigation <br><br> This Document Relates To: <br><br> *Connell,* 16-cv-2351-JNE-DTS <br> *Oeltjen,* 17-cv-3062-JNE-DTS <br> *Folmer,* 17-cv-3259-JNE-DTS <br> *Platine,* 17-cv-3476-JNE-DTS <br> *Crume,* 17-cv-3617-JNE-DTS <br> *Richey,* 17-cv-5323-JNE-DTS | MDL No. 15-2666 (JNE/DTS) <br><br> **MEET AND CONFER STATEMENT REGARDING DEFENDANTS' FIFTH MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 23 AND/OR FED. R. CIV. P. 25(a) AND 41(b)** |

The undersigned counsel for Defendants 3M Company and Arizant Healthcare Inc. (collectively "Defendants") certifies that counsel for Defendants met and conferred with counsel for Plaintiffs in the above-referenced matters as follows:

1. On December 3, 2018, Defendants' counsel sent individual emails to counsel for plaintiffs Connell, Oeltjen, Folmer, Platine, Crume, and Richey, requesting that they stipulate to a dismissal with prejudice of plaintiffs' actions by December 5, 2018. Defendants' counsel indicated that if an agreement was not reached, Defendants would file a motion to dismiss.

2. Defendants' counsel did not receive a response from any of the above-listed plaintiffs' counsel.

Hence, counsel for Plaintiffs and Defendants were unable to reach an agreement to stipulate to dismiss with prejudice any of the above cases.

Dated: December 6, 2018  Respectfully submitted,

*s/Benjamin W. Hulse*
Benjamin W. Hulse (MN #0390952)
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3200
Fax: (612) 343-3205
Email: bhulse@blackwellburke.com

***Counsel for Defendants 3M Company and Arizant Healthcare Inc.***