UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Products Liability Litigation<br><br>_____<br><br>This Document Relates To:<br><br>*Connell*, 16-cv-2351-JNE-DTS<br>*Oeltjen*, 17-cv-3062-JNE-DTS<br>*Folmer*, 17-cv-3259-JNE-DTS<br>*Platine*, 17-cv-3476-JNE-DTS<br>*Crume*, 17-cv-3617-JNE-DTS<br>*Richey*, 17-cv-5323-JNE-DTS | MDL No. 15-2666 (JNE/DTS)<br><br>**(PROPOSED) ORDER GRANTING DEFENDANTS' FIFTH MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 23 AND/OR FED. R. CIV. P. 25(a) AND 41(b)** |

This came before the Court on Defendants 3M Company's and Arizant Healthcare Inc.'s (collectively "Defendants") Fifth Motion to Dismiss Cases for Failure to Comply with Pretrial Order No. 23 and/or Fed. R. Civ. P. 25(a) and 41(b).

Based on the files, records, and proceedings herein,

IT IS HEREBY ORDERED that Defendants' motion is GRANTED and the following six (6) actions are dismissed with prejudice:

| Case Number | Title | Firm Name |
|---|---|---|
| 16-cv-2351-JNE-DTS | *Connell v. 3M Co., et al.* | Kennedy Hodges, L.L.P. |
| 17-cv-3062-JNE-DTS | *Oeltjen v. 3M Co., et al.* | Kennedy Hodges, L.L.P. |
| 17-cv-3259-JNE-DTS | *Folmer v. 3M Co., et al.* | Kennedy Hodges, L.L.P. |
| 17-cv-3476-JNE-DTS | *Platine v. 3M Co.* | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| 17-cv-3617-JNE-DTS | *Crume v. 3M Co., et al.* | Kennedy Hodges, L.L.P. |
| 17-cv-5323-JNE-DTS | *Richey v. 3M Co., et al.* | Kennedy Hodges, L.L.P. |

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date:                                        BY THE COURT

                                             _____
                                             JUDGE, U.S. DISTRICT COURT