UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CIVIL MOTION HEARING MINUTES

| | |
|---|---|
| IN RE: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | COURT MINUTES - CIVIL BEFORE: DAVID T. SCHULTZ U.S. Magistrate Judge |

Pertaining to:

NANCY AXLINE,

    Plaintiff,

v.

3M Co., et al.,

    Defendants.

| | |
|---|---|
| Case No.: | 17-cv-511 JRE/DTS 15-md-2666 |
| Date: | Aug. 20, 2018 |
| Court Reporter: | Maria Weinbeck |
| Location: | Mpls. 9E |
| Time Commenced: | 3:06 p.m. |
| Recess Commenced: | 3:22 p.m. |
| Recess Concluded: | 3:28 p.m. |
| Time Concluded: | 3:43 p.m. |
| Total Time: | 31 minutes |

APPEARANCES:   Genevieve Zimmerman, Esq., Gabriel Assad, Esq., Robert Langdon, Esq., and Tricia Campbell for Plaintiff

                      Corey Gordon, Esq. and Jerry Blackwell, Esq. for Defendant

PROCEEDINGS:   *# 27 Letter to Magistrate Judge Schultz by Defendant*
                      *# 29 Letter to Magistrate Judge Schultz by Plaintiff*

Parties were heard on the interaction that occurred at the end of the deposition of Adolph V. Lombardi, Jr., M.D. The Court issued the following Order from the bench:

1. In all future depositions in this case, Defendant and Plaintiff will each designate one attorney to participate in the deposition; all other attorneys for a party who are present may only observe.
2. Defendant shall have an additional five (5) minutes to depose Dr. Lombardi. This further deposition is limited to the causation questioning conducted by Mr. Assad at the end of the original deposition.
3. In all future depositions in this case, no dispute shall be taken off the record unless all parties agree.

No further Order to be issued.

<u>A. Spillane</u>
*Law Clerk*
