IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates To: Margaret Weimer, Court File 16-0621 | NOTICE OF WITHDRAWAL OF COUNSEL |

PLEASE TAKE NOTICE that Rosa Trembour is withdrawing from representing Plaintiffs in this matter. Yvonne M. Flaherty of Lockridge Grindal Nauen P.L.L.P. will remain as counsel for Plaintiffs in the above-captioned matter. Rosa Trembour requests that she be removed from the electronic service list.

Dated: December 11, 2018

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**

By: s/   Yvonne M. Flaherty
Yvonne M. Flaherty, #267600
100 Washington Ave S, Suite 2200
Minneapolis, MN 55401
(612) 339-6900
ymflaherty@locklaw.com
rstrembour@locklaw.com

*Attorneys for Plaintiff Margaret Weimer*

533649.1