## IN THE PROBATE COURT OF GENEVA COUNTY, ALABAMA

IN RE: The Estate of            *  
Shelby Gene Connell,            *     Case No: 7721  
Deceased                          *

### LETTERS OF ADMINISTRATION

KNOW ALL MEN that Letters of Administration of the Estate of Shelby Gene Connell, deceased, are hereby granted to Alfred J. Danner, who has duly qualified and given bond as Administrator, and that he is authorized to administer such estate.

Done and dated this the 25 day of January, 2018.

_/s/ Fred Hamic_  
Judge of Probate

STATE OF ALABAMA,  
GENEVA COUNTY,

I. Fred Hamic, Judge of Probate of Geneva County, Alabama do hereby certify that the above and foregoing is a true and correct copy of the Letters of Administration granted to **Alfred J. Danner**, as Administrator of the Estate of Shelby Gene Connell, deceased as the same appears of record in my office.

GIVEN under my hand and official seal of the Court on this the 25 day of January, 2018.

_/s/ Fred Hamic_  
Judge of Probate

probate:connell.shelby.administration