# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/FLN) |
| **This document relates to:** | JUDGE: JOAN N. ERICKSEN<br>MAG. JUDGE: FRANKLIN L. NOEL |
| *Artis Adams., v. 3M Company, et al.*<br>Case Action No. 17-cv-04467 | |

## PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

3M Company and Arizant Healthcare, Inc. ("Defendants" collectively) have moved this Court for an order dismissing plaintiff's claims with prejudice for failure to comply with Pre-Trial Order ("PTO") 14. Doc. 1615.

Undersigned Counsel has been in communication with Plaintiff, who has recently moved into a nursing home, following an amputation and surrounding medical conditions. Plaintiff's failing health has made locating additional medical records and supplementing the PFS impossible. Regrettably, Plaintiff does not have a basis to oppose the motion.

Dated: December 13, 2018

Respectfully submitted,

/s/ Amanda M. Williams
Amanda M. Williams (MN #0341691)
Eric S. Taubel (MN # 0392491)
GUSTAFSON GLUEK PLLC
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402

2

       Phone: (612) 333-8844
       Fax: (612) 339-6622
       E-mail: awilliams@gustafsongluek.com
              etaubel@gustafsongluek.com

***COUNSEL FOR PLAINTIFF***