## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to: *CARLOS PIMENTEL v. 3M Company, et al;* Case No. 17-cv-03899 | PLAINTIFFS' RULE 7.1(F) CERTIFICATE OF COMPLIANCE REGARDING PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS |

I, Alfred A. Olinde, Jr., certify that Plaintiff's Response in Opposition to Defendants' Motion to Dismiss complies with the limits of Local Rule 7.1(f) and with the type-size limit of Local Rule 7.1(h).

I further certify that, in preparation of the above document, I used Microsoft Word 2016, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the Response contains 656 words.

Respectfully submitted,

Dated: December 13, 2018         By:   s/*Alfred A Olinde,Jr.*
                                       Alfred A. Olinde, Jr., La. Bar # 20061
                                       Wesley G. Barr, La. Bar # 32332
                                       **THE OLINDE FIRM, LLC**
                                       400 Poydras Street, Suite 1980
                                       New Orleans, Louisiana  70130
                                       Telephone:  (504) 587-1440
                                       Facsimile:  (504) 587-1577
                                       Email: folinde@olindefirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2018 a copy of the above and foregoing *Rule 7.1(F) Certificate of Compliance* has been served on all parties or their attorneys via Minnesota ECF filing system, which will send notice of electronic filing in accordance with the procedures established in MDL 15-2666.



      */s/ Alfred A Olinde, Jr.*