# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/DTS) |
| THIS DOCUMENT RELATES TO:<br><br>17-cv-04891 *(Edwards v. 3M Co., et al.)*<br>17-cv-05277 *(Billings v. 3M Co., et al.)*<br>17-cv-05270 *(Johnston v. 3M Co., et al.)*<br>17-cv-04517 *(Henderson v. 3M Co., et al.)*<br>18-cv-01738 *(McClain v. 3M Co., et al.)* | |

## PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

NOW COME Plaintiffs, in the above-captioned matters, identified in Defendants' Motion to Dismiss for Failure to Comply with Pretrial Order No. 14 [Dkt. 1463], and by and through the undersigned counsel submit this, Responses to Defendants' Motion to Dismiss, along with the Declaration of Daniel C. Burke, Esq. and would respectively show the Court the following:

**Plaintiffs Edwards, Billings and Johnston**

Plaintiff Todd Johnston submitted an updated verification on November 06, 2018. Plaintiffs Renate Edwards and Willard Billings submitted updated Plaintiff Fact Sheets (PFS) with updated verifications on December 11, 2018. It is our policy to retrieve new verifications from clients every time we submit an amended PFS. Having reviewed the files for Plaintiffs Edwards, Billings and Johnston, the undersigned has no knowledge or information to suggest that our standard policy was not followed in these cases, or that anyone in our office "whited out" and re-dated the verification forms.

In any event, there has been no prejudice to Defendants' as updated verifications have been submitted.

For the foregoing reasons, Plaintiffs believe that Defendant's Motion is moot and therefore request that Defendant's Motion to Dismiss be denied.

DATED:  December 13, 2018             Respectfully submitted,

**BERNSTEIN LIEBHARD LLP**

By:  /s/ Daniel C. Burke
Daniel C. Burke
10 E. 40th Street
New York, NY   10016
Telephone:   (212) 779-1414
Facsimile: (212) 779-3218
Email: dburke@bernlieb.com
Email: dweck@bernlieb.com

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby that on December 13, 2018 a copy of the foregoing document was served on all parties via the Court's electronic filing system.

        Respectfully submitted,

        **BERNSTEIN LIEBHARD LLP**

        By:   /s/ Daniel C. Burke
        Daniel C. Burke
        10 E. 40th Street
        New York, NY   10016
        Telephone: (212) 779-1414
        Facsimile: (212) 779-3218
        Email: dburke@bernlieb.com
        Email: dweck@bernlieb.com

        Attorneys for Plaintiff