IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| IN RE: BAIR HUGGER FORCED AIR WARMING PRODUCT LIABILITY LITIGATION | MDL No.: 15-md-02666 (JNE/DTS) |
| This Document Relates To: | |
| BENJAMIN CRUME, | Civil Action No.: 17-cv-03617 |
| Plaintiff, | |

_____

**L.R. 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE REGARDING PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

This brief complies with the word limitation of LR 7.1(f) because this brief contains 551 words, including all text, headings, footnotes, and quotations, other than the parts of the brief exempted by LR 7.1(f). This brief was prepared using Microsoft Office Word 2013.

This brief complies with the type size requirements of LR 7.1 (h) because this brief has been prepared using at least font size 13, is double-spaced (except for headings, footnotes and quotations that exceed two lines) and is submitted on $8^{1/2}$" by 11" paper with at least one inch of margins on all four sides.

Dated: December 13, 2018

                                    KENNEDY HODGES, LLP

                                    By: /s/ David W. Hodges
                                    David W. Hodges
                                    dhodges@kennedyhodges.com
                                    Gabriel A. Assaad
                                    gassaad@kennedyhodges.com
                                    4409 Montrose Blvd. Ste 200
                                    Houston, TX 77006
                                    Telephone: (713) 523-0001
                                    Facsimile: (713) 523-1116

                                    ATTORNEYS FOR PLAINTIFF