IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| IN RE: BAIR HUGGER FORCED AIR WARMING PRODUCT LIABILITY LITIGATION | MDL No.: 15-md-02666 (JNE/DTS) |
| This Document Relates To: | |
| GWENDOLYN FOLMER,           Plaintiff, | Civil Action No.: 17-cv-03259 |

_____

**L.R. 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE
REGARDING PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION
TO DISMISS AND PLAINTIFF'S MOTION FOR LEAVE TO FILE
<u>FIRST AMENDED MOTION TO SUBSTITUTE PARTY</u>**

This brief complies with the word limitation of LR 7.1(f) because this brief contains 1,689 words, including all text, headings, footnotes, and quotations, other than the parts of the brief exempted by LR 7.1(f).  This brief was prepared using Microsoft Office Word 2013.

This brief complies with the type size requirements of LR 7.1 (h) because this brief has been prepared using at least font size 13, is double-spaced (except for headings, footnotes and quotations that exceed two lines) and is submitted on $8^{1/2}$" by 11" paper with at least one inch of margins on all four sides.

Dated: December 13, 2018

        KENNEDY HODGES, LLP

        By: /s/ David W. Hodges
        David W. Hodges
        dhodges@kennedyhodges.com
        Gabriel A. Assaad
        gassaad@kennedyhodges.com
        4409 Montrose Blvd. Ste 200
        Houston, TX 77006
        Telephone: (713) 523-0001
        Facsimile: (713) 523-1116

        ATTORNEYS FOR PLAINTIFF