## PROBATE COURT OF ATHENS COUNTY, OHIO

**ESTATE OF** _GWENDOLYN M. FOLMER_ **DECEASED**

**Case No.** _20181007_

## ENTRY APPOINTING FIDUCIARY; LETTERS OF AUTHORITY
[For Executors and all Administrators]

Name and Title of Fiduciary _Tiffany D. Hundnall, Administratrix_

On hearing in open court the application of the above fiduciary for authority to administer decedent's estate, the court finds that:

**FILED**
ATHENS COUNTY OHIO

Decedent died [check one of the following]

☐ testate            ☐ intestate          JAN 10 2018

on _July 28, 2017_, domiciled in _Athens, Athens County, Ohio_.

Judge, Court of Common Pleas
Probate Division

[Check one of the following]
☐ Bond is dispensed with by the will
☐ Bond is dispensed with by law
☐ Applicant has executed and filed an appropriate bond, which is approved by the court;
and

Applicant is a suitable and competent person to execute the trust.

The Court therefore appoints applicant as such fiduciary, with the power conferred by law to fully administer decedent's estate. This entry of appointment constitutes the fiduciary's letters of authority.

_____          Judge ROBERT W. STEWART
Date

## CERTIFICATE OF APPOINTMENT AND INCUMBENCY

The above document is a true copy of the original kept by me as custodian of the records of this Court. It constitutes the appointment and letters of authority of the named fiduciary, who is qualified and acting in such capacity.

[Seal]

Probate Judge ROBERT W. STEWART /Clerk

by: _____

Date: _____

FORM 4.5 – ENTRY APPOINTING FIDUCIARY; LETTERS OF AUTHORITY       07/01/1977
Puritas Springs Software

JOURNALIZED OR 154 P. 380

JAN 10 2018