UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/DTS) |
| This Document Relates To:<br>GWENDOLYN FOLMER,<br>　　　　Plaintiff, | Civil Action No.: 17-cv-03259 |

### [PROPOSED] ORDER REGARDING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED <u>MOTION TO SUBSTITUTE PARTY</u>

Before the Court is Plaintiff Gwendolyn Folmer's Motion for Leave to File her First Amended Motion to Substitute Party. Upon consideration of the pleadings and all documents relating to this Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff's Motion for Leave is GRANTED.

The Court will allow Plaintiff to file her First Amended Motion for Substitution of Party or cause same to be filed.

Signed this _____ day of _____, 2018.

_____
Hon. Joan N. Ericksen
U.S. District Court Judge