# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

IN RE:  Bair Hugger Forced Air Warming        MDL No. 15-2666(JNE/FLN)
Products Liability Litigation

This Document Relates to All Actions

**CHRISTINE FORKER**                          **NOTICE OF APPEARANCE**

         Plaintiff(s)                Case No:        0:18-cv-2978-JNE-DTS

                                        JURY DEMANDED

v.

**3M COMPANY AND ARIZANT HEALTHCARE, INC.**

         Defendant(s)

---

     The undersigned attorney hereby notifies the Court and counsel that James A. Morris, Jr. shall appear as counsel of record for Plaintiff Christine Forker in this case.

Dated: 12/17/2018                          */s/ James A. Morris, Jr.*
                                      MORRIS LAW FIRM
                                      4111 W. Alameda Avenue Suite 611
                                      Burbank, CA 91505
                                      Telephone:  (747) 283-1144
                                      Facsimile:  (747) 283-1143
                                      California State Bar No. 296852

## <u>CERTIFICATE OF SERVICE</u>

I certify that on December 17, 2018, the foregoing <u>Notice of Appearance</u> was filed electronically by using the CM/ECF system which will deliver the document to all counsel of record.

*<u>/s/ James A. Morris, Jr.</u>*
James A. Morris, Jr.
