# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

IN RE:  Bair Hugger Forced Air Warming      MDL No. 15-2666(JNE/FLN)
Products Liability Litigation

This Document Relates to All Actions

**CARROL BOWDEN**        **NOTICE OF APPEARANCE**

     Plaintiff(s)        Case No:    0:18-cv-03368-JNE-DTS

                             JURY DEMANDED

v.

**3M COMPANY AND ARIZANT HEALTHCARE, INC.**

     Defendant(s)

The undersigned attorney hereby notifies the Court and counsel that James A. Morris, Jr. shall appear as counsel of record for Plaintiff Carrol Bowden in this case.

Dated: 12/17/2018                  */s/ James A. Morris, Jr.*
                                     MORRIS LAW FIRM
                                     4111 W. Alameda Avenue Suite 611
                                     Burbank, CA 91505
                                     Telephone:  (747) 283-1144
                                     Facsimile:  (747) 283-1143
                                     California State Bar No. 296852

## **CERTIFICATE OF SERVICE**

  I certify that on December 17, 2018, the foregoing Notice of Appearance was filed electronically by using the CM/ECF system which will deliver the document to all counsel of record.

             */s/ James A. Morris, Jr.*
             James A. Morris, Jr.