# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## STATUS CONFERENCE MINUTES

|  |  |
|---|---|
| In re: Bair Hugger<br>Forced Air Warming Devises<br>Products Liability Litigation | **COURT MINUTES**<br>BEFORE: David T. Schultz<br>United States Magistrate Judge<br><br>Case No.   15-md-2666 (JNE/DTS)<br>Date:   December 20, 2018<br>Time Commenced:  10:30 a.m.<br>Time Concluded:   11:15 a.m.<br>Total Time:   45 minutes |

APPEARANCES:

    Plaintiff(s):  Gabriel Assaad, Genevieve Zimmerman, Noah Lauricella, Michael Sacchet, Kyle Farrar

    Defendant(s):  Jerry Blackwell, Benjamin Hulse

PROCEEDINGS:  Status Conference held.

Date: December 20, 2018                                         s/Terianne Bender
                                                                                  Courtroom Deputy