December 20, 2018, Status Conference
Telephone Participants

| NAME | FIRM NAME |
|---|---|
| Anne Andrews | Andrew & Thornton |
| John C. Thornton | Andrew & Thornton |
| Lauren Davis | Andrew & Thornton |
| Allison Brown | Bachus & Schanker, LLC |
| Darin Schanker | Bachus & Schanker, LLC |
| J. Kyle Bachus | Bachus & Schanker, LLC |
| Krysta Hand | Bachus & Schanker, LLC |
| Kyle Bachus | Bachus & Schanker, LLC |
| J. Christopher Elliott | Bachus & Schanker, LLC |
| Noelle Collins | Bachus & Schanker, LLC |
| Alexandra Franklin | Bachus & Schanker, LLC |
| Justin Jenson | Bailey Peavy Bailey Cowan Heckaman, PLLC |
| Jennifer Martin | Bailey Peavy Bailey Cowan Heckaman, PLLC |
| K Camp Bailey | Bailey Peavy Bailey Cowan Heckaman, PLLC |
| Robert Cowan | Bailey Peavy Bailey Cowan Heckaman, PLLC |
| Matthew Munson | Beasley, Allen, Crow, Methvin, Portis & Miles, PC |
| Morris Dweck | Bernstein Liebhard, LLP |
| Michael Nunez | Bernstein Liebhard, LLP |
| Jim A. Morris, Jr. | Brent Coon and Associates |
| Matthew R. Willis | Brent Coon and Associates |
| Miyoshi Rivers | Brent Coon and Associates |
| Meghan Ellis | Brown & Crouppen, PC |
| Abby Cordray | Brown & Crouppen, PC |
| Seth S. Webb | Brown & Crouppen, PC |
| Vanessa Mixco | Brown & Crouppen, PC |
| Liz Liberatore | Brown & Crouppen, PC |
| Don Ledgard | Capretz & Associates |
| Patrick E. Carr | Carr & Carr Attorneys |
| Lia Ann Thomas | Colling Gilbert Wright & Carter, LLC |
| Martin D. Crump | Davis & Crump |
| Robert Cain | Davis & Crump |
| Annesley DeGaris | DeGaris Law Group, LLC |
| Wayne Rogers, Jr. | DeGaris Law Group, LLC |
| Cathy Jones | Gray & White |
| Emily DeVuono | Grossman & Moore, PLLC |
| Jennifer Moore | Grossman & Moore, PLLC |
| Asthon R. Smith | Grossman & Moore, PLLC |
| Elizabeth Coulter | Grossman & Moore, PLLC |
| Kara Lane | Grossman & Moore, PLLC |
| Don McKenna | Hare Wynn Newell & Newton |
| Lynne Reed | Hare Wynn Newell & Newton |
| Peggy Little | Hare Wynn Newell & Newton |
| Angel Dorsey | Hausfeld, LLP |
| Richard S. Lewis | Hausfeld, LLP |
| Natasha Hollis | Hollis Legal Solutions, PPLC |
| Monica Vaughan | Houssier, Durant & Houssier, LLP |
| Randall A. Kauffman | Houssier, Durant & Houssier, LLP |
| Shirley Strom-Blanchard | Houssier, Durant & Houssier, LLP |
| Michael Mertz | Hurley McKenna & Mertz |
| William A. Kershaw | Kershaw, Cook & Talley, PC |
| Behram V. Parekh | Kirtland & Packard |
| Brett Emison | Langdon & Emison |
| Rachel Ahmann (Assistant) | Langdon & Emison |
| Lauren Niendick | Langdon & Emison |

| | |
|---|---|
| Tricia Campbell | Langdon & Emison |
| Michael W. Patrick | Law Office of Michael W. Patrick |
| Daniel A. Nigh | Levin Papantonio, PA |
| Rebecca Robinson | Lewis & Caplan |
| William Hymes | Loncar & Associates |
| John L. Coveney | Loncar & Associates |
| Melissa Marie Heinlein | Lord & Associates Law Office |
| Priscilla Lord | Lord & Associates Law Office |
| Rosemarie Bogdan | Martin Harding & Mazzotti LLP |
| Emily Robinson | McEwen Law Firm LTD |
| Gregory N. McEwen | McEwen Law Firm LTD |
| Jonathan R. Mencel | McSweeney Langevin |
| Holly Sternquist | Meshbesher & Spence, LTD |
| Michael Hingle | Michael Hingle & Associates |
| Heidi Pellagrin | Michael Hingle & Associates |
| Colleen Euper | Michael Hingle & Associates |
| Heather Cullen | Morgan & Morgan Complex Litigation Group |
| Joseph T. Waechter | Morgan & Morgan Complex Litigation Group |
| Michael Goetz | Morgan & Morgan Complex Litigation Group |
| Jim Morris | Morris Law Firm |
| Shane Greenberg | Morris Law Firm |
| Rochelle Burris | Morris Law Firm |
| Caroline W. Thomas | Murray Law Firm |
| Neal R. Elliott, Jr | Neal R. Elliott |
| Michael S. Werner | Parker Waichman, LLP |
| Justyna Callanan | Parker Waichman, LLP |
| Nicole Eisner | Parker Waichman, LLP |
| Giselle Grant | Parker Waichman, LLP |
| Brian E. Tadtman | Peterson & Associates, P.C. |
| Jeffery L. Raizner | Raizner Slania LLP |
| Rica Rinosa | Raizner Slania LLP |
| Erin Stracerner | Raizner Slania LLP |
| Kristen Gorombol | Raizner Slania LLP |
| Dan Haltiwanger | Richardson, Patrick, Westbrook & Brickman, LLC |
| Missi Cruz | Richardson, Patrick, Westbrook & Brickman, LLC |
| Diana Ezrra Robles | Showard Law Firm PC |
| Sindley Cominsky | Sidney P. Cominsky, LLC |
| Anna Poyurovsky | Sidney P. Cominsky, LLC |
| Allan J. Ahearne | The Ahearne Law Firm, PLLC. |
| Abigail M. Spurney | The Ahearne Law Firm, PLLC. |
| Jessica J. Pauley | The Ahearne Law Firm, PLLC. |
| Alfred Olinde, Jr | The Olinde Firm, LLC |
| Austin Grinder | The Ruth Team |
| Steven C. Ruth | The Ruth Team |
| Eric Roslansky | The Ruth Team |
| Chelsie Garza | The Webster Law Firm |
| Charles H Johnson | Law Office of Charles H. Johnson |
| Wendy Thayer | Pritzker Hageman, PA |