UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 2666 (JNE/DTS) |
| This Document Relates to All Actions | NOTICE OF MOTION TO COMPEL DEFENDANTS' TO SUPPLEMENT DISCOVERY RESPONSES PURSUANT TO FRCP 26 |

**PLEASE TAKE NOTICE** that the undersigned hereby brings a Motion to Compel Defendants' to Supplement Discovery Responses.

This motion is brought pursuant to pursuant to FRCP 26, and is based on Plaintiffs' Memorandum of Law in Support of Motion to Compel; the Affidavit of Genevieve M. Zimmerman; the exhibits, files, and records herein; and argument to be presented at the hearing of this matter.

Dated:  December 28, 2018           Respectfully submitted,

Michael V. Ciresi (MN #0016949)        Genevieve M. Zimmerman (MN #330292)
Jan M. Conlin (MN #0192697)            MESHBESHER & SPENCE, LTD.
CIRESI CONLIN LLP                      1616 Park Avenue South
225 S. 6th St., Suite 4600             Minneapolis, MN 55404
Minneapolis, MN 55402                  Phone: (612) 339-9121
Phone: 612.361.8202                    Fax: (612) 339-9188
Email:  MVC@CiresiConlin.com           Email:  gzimmerman@meshbesher.com
        JMC@CiresiConlin.com

Ben W. Gordon, Jr. (*Pro Hac Vice*)        Gabriel Assaad – *Pro Hac Vice*

| | |
|---|---|
| LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A.<br>316 South Baylen Street, Suite 600<br>Pensacola, FL 32502-5996<br>Phone: (850) 435-7091<br>Fax: (850) 435-7020<br>Email: bgordon@levinlaw.com | David W. Hodges – *Pro Hac Vice*<br>KENNEDY HODGES, LLP<br>711 W. Alabama Street<br>Houston, TX 77006<br>Phone: (713) 523-0001<br>Email: gassaad@kennedyhodges.com |

Kyle Farrar (MN#397942)
Mark D. Bankston
FARRAR & BALL, LLP
1010 Lamar, Suite 1600
Houston, Texas 77002
713.221.8300 Telephone
713.221.8301 Fax
Email: kyle@fbtrial.com
       mark@fbtrial.com

*Counsel for Plaintiffs*