UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation<br><br>This Document Relates to:<br><br>*All Actions* | MDL No. 15-2666 (JNE/DTS)<br><br>**PLAINTIFF'S MEET AND CONFER STATEMENT REGARDING RULE 26(e) MOTION TO COMPEL SUPPLEMENTAL DISCOVERY** |

Counsel for Plaintiffs' certifies that they met and conferred with counsel for Defendants' on multiple occasions via email, regarding Plaintiffs' Motion to Compel Supplemental Production. Counsel for Plaintiffs and Defendants do not agree on the resolution of Plaintiffs' Motion.

Dated: December 28, 2018

                                        MESHBESHER & SPENCE LTD.

                                        /s/ Genevieve M. Zimmerman
                                        Genevieve M. Zimmerman (MN #330292)
                                        1616 Park Avenue South
                                        Minneapolis, MN 55404
                                        Phone: (612) 339-9121
                                        Fax: (612) 339-9188
                                        Email: gzimmerman@meshbesher.com

                                        *Plaintiffs Co-Lead Counsel*