UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MDL No.  15-2666 (JNE/DTS)

In re Bair Hugger Forced Air Warming
Products Liability Litigation

**STATEMENT INSTEAD OF REDACTED DOCUMENTS**

This Document Relates to All Actions

Plaintiffs have filed a Motion to Compel Defendants to Supplement Discovery Responses Pursuant to FRCP 26, together with a Memorandum of Law, and Exhibits 1-58.

The following Exhibits and/or deposition excerpts have been marked "Confidential" under the Protective Order, and/or redaction is impracticable.

1. Attached hereto as Exhibit 9 is a true and correct copy of Document bearing Bates Number 3MBH00047382.

2. Attached hereto as Exhibit 10 is a true and correct copy of Document bearing Bates Number 3MBH01897094.

3. Attached hereto as Exhibit 11 is a true and correct copy of portions from Gary Hansen's deposition, taken on November 2, 2016.

4. Attached hereto as Exhibit 12 is a true and correct copy of Document bearing Bates Number 3MBH00022367.

5. Attached hereto as Exhibit 13 is a true and correct copy of Document bearing Bates Number 3MBH01031246.

6. Attached hereto as Exhibit 14 is a true and correct copy of Document bearing Bates Number 3MBH00018311.

7. Attached hereto as Exhibit 15 is a true and correct copy of Document bearing Bates Number 3MBH00048067.

8. Attached hereto as Exhibit 16 is a true and correct copy of Document bearing Bates Number 3MBH00107862.

9. Attached hereto as Exhibit 17 is a true and correct copy of Document bearing Bates Number 3MBH00126140.

10. Attached hereto as Exhibit 18 is a true and correct copy of Document bearing Bates Number 3MBH00132832.

11. Attached hereto as Exhibit 19 is a true and correct copy of Document bearing Bates Number 3MBH00008025.

12. Attached hereto as Exhibit 20 is a true and correct copy of Document bearing Bates Number 3MBH00018429.

13. Attached hereto as Exhibit 21 is a true and correct copy of Document bearing Bates Number 3MBH00025739.

14. Attached hereto as Exhibit 22 is a true and correct copy of Document bearing Bates Number 3MBH00008941.

15. Attached hereto as Exhibit 23 is a true and correct copy of Document bearing Bates Number 3MBH0024592.

16. Attached hereto as Exhibit 24 is a true and correct copy of Document bearing Bates Number 3MBH00002647.

17. Attached hereto as Exhibit 25 is a true and correct copy of Document bearing Bates Number 3MBH00024633.

18. Attached hereto as Exhibit 26 is a true and correct copy of Document bearing Bates Number 3MBH00024678.

19. Attached hereto as Exhibit 27 is a true and correct copy of Document bearing Bates Number 3MBH00545125.

20. Attached hereto as Exhibit 28 is a true and correct copy of Document bearing Bates Number 3MBH00022625.

21. Attached hereto as Exhibit 29 is a true and correct copy of Document bearing Bates Number 3MBH00022877.

22. Attached hereto as Exhibit 30 is a true and correct copy of Document bearing Bates Number 3MBH00031184.

23. Attached hereto as Exhibit 31 is a true and correct copy of portions from Teri Woodwick-Sides deposition, taken on December 8, 2016.

24. Attached hereto as Exhibit 32 is a true and correct copy of Document bearing Bates Number 3MBH00005575.

25. Attached hereto as Exhibit 33 is a true and correct copy of Document bearing Bates Number 3MBH00052987.

26. Attached hereto as Exhibit 34 is a true and correct copy of Document bearing Bates Number 3MBH00053468.

27. Attached hereto as Exhibit 35 is a true and correct copy of Document bearing Bates Number 3MBH00109033.

28. Attached hereto as Exhibit 36 is a true and correct copy of Document bearing Bates Number 3MBH00580475.

29. Attached hereto as Exhibit 40 is a true and correct copy of Document bearing Bates Number 3MBH00001557.

30. Attached hereto as Exhibit 41 is a true and correct copy of Document bearing Bates Number 3MBH00050756.

31. Attached hereto as Exhibit 42 is a true and correct copy of Document bearing Bates Number 3MBH00024809.

32. Attached hereto as Exhibit 43 is a true and correct copy of Document bearing Bates Number 3MBH01224622.

33. Attached hereto as Exhibit 44 is a true and correct copy of Document bearing Bates Number 3MBH00130429.

34. Attached hereto as Exhibit 45 is a true and correct copy of Document bearing Bates Number 3MBH00083780.

35. Attached hereto as Exhibit 46 is a true and correct copy of Document bearing Bates Number 3MBH01211442.

36. Attached hereto as Exhibit 47 is a true and correct copy of Document bearing Bates Number 3MBH00051252.

37. Attached hereto as Exhibit 48 is a true and correct copy of Document bearing Bates Number 3MBH00575107.

38. Attached hereto as Exhibit 49 is a true and correct copy of Document bearing Bates Number 3MBH00575251.

39. Attached hereto as Exhibit 50 is a true and correct copy of Document bearing Bates Number 3MBH00132501.

40. Attached hereto as Exhibit 51 is a true and correct copy of Document bearing Bates Number 3MBH01619270.

41. Attached hereto as Exhibit 52 is a true and correct copy of Document bearing Bates Number 3MBH00555876.

42. Attached hereto as Exhibit 53 is a true and correct copy of Document bearing Bates Number 3MBH00134035.

43. Attached hereto as Exhibit 54 is a true and correct copy of Document bearing Bates Number 3MBH00107719.

Respectfully submitted,

Dated: December 28, 2018

MESHBESHER & SPENCE LTD.

<u>/s/ Genevieve M. Zimmerman</u>
Genevieve M. Zimmerman (MN #330292)
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
Email: gzimmerman@meshbesher.com

*Plaintiffs Co-Lead Counsel*