# EXHIBIT 1

# Genevieve Zimmerman

**From:** Behram V. Parekh <bvp@kirtlandpackard.com>
**Sent:** Tuesday, November 7, 2017 10:04 AM
**To:** Genevieve Zimmerman; Ben Gordon; Gabriel Assaad; Jan Conlin; Michael Sacchet; David W. Hodges
**Subject:** Fwd: Bair Hugger Production 48

Begin forwarded message:

**From:** Tracey Oldenburg <Tracey.Oldenburg@acornls.com>
**Date:** November 7, 2017 at 5:23:08 AM PST
**To:** "bvp@kirtlandpackard.com" <bvp@kirtlandpackard.com>
**Subject: Bair Hugger Production 48**

Behram,

We received Production 48 yesterday. This has been loaded and batched.

Production_048
3MBH02326174 - 3MBH02327936
158 docs, 1763 pages, 2 natives
Custodian: Danielson, Suzanne
BATCH00747

Tracey



**Tracey Oldenburg | Director of eDiscovery**

t. 616.389.2620  c. 616.821.4774

e. tracey.oldenburg@acornls.com
a. 1859 R W Berends DR SW, Grand Rapids, MI, 49519

1