EXHIBIT 2

MICHAEL C. SNYDER
MARK D. STREED
DANIEL C. GUERRERO
JEFFREY P. OISTAD
ANTHONY J. NEMO
KONSTANDINOS NICKLOW
PAMELA J. SPAULDING
ANDREW L. DAVICK
JOSHUA M. TUCHSCHERER
GENEVIEVE M. ZIMMERMAN
ZACHARY C. BAUER
JAMES B. SHEEHY
LINDSEY A. CARPENTER
ERIC M. PALMER
RACHEL N. SIMPSON
ASHLEIGH E. RASO
DEREK I. STEWART

LAW OFFICES

# MESHBESHER & SPENCE, LTD.

1616 PARK AVENUE

MINNEAPOLIS, MINNESOTA 55404

(612) 339-9121

FAX (612) 339-9188

www.meshbesher.com

REPLY TO MINNEAPOLIS OFFICE

PARALEGALS
TRACY DIMMICK
PATTI KRUGER
JENNIFER BAUER
JANNA WEISE
RACHEL WELLER
ANISSA MAASCH
HOLLY STERNQUIST
ASHLEY CADY
DEANNA ANDERSON
TAMMY RODRIGUEZ
SUSAN HARPER
MELANIE FRENZ
ELAINE KENNY

OF COUNSEL
REID G. RISCHMILLER
RALPH S. PALMER

October 24, 2018

*Via Email & US Mail*

Benjamin W. Hulse, Esq.
Blackwell Burke, P.A.
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415

Re:   3M Bair Hugger Litigation- MDL No.15- 2666

Counsel,

We write to politely remind you of your client's ongoing obligations to supplement discovery propounded in the Bair Hugger MDL, as set forth in the Federal Rules of Civil Procedure. Our records show the only documents that have been produced since the December 2017 production of a limited portion of the materials supplied to the FDA in connection with the August 2017 letter are documents produced to your client by third parties. Surely there are a great many documents responsive to our discovery requests that have been generated and/or identified in the past year. In particular, and by way of example but not limitation, we would point to any and all documents related to the PILOT study Mr. Reed is participating in over in the UK, and any internal studies conducted by and/or funded by Defendants on the issues well known to the parties in this litigation.

Thanks in advance for your prompt attention to these ongoing obligations.

Best regards,

Genevieve M. Zimmerman

GMZ/ hms