# EXHIBIT 8

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

- - - - - - - - - - - - - - - - - -

In Re:

Bair Hugger Forced Air Warming
Products Liability Litigation

This Document Relates To:

All Actions      MDL No. 15-2666 (JNE/FLM)

- - - - - - - - - - - - - - - - - -

DEPOSITION OF DR. DANIEL SESSLER
VOLUME I, PAGES 1 - 152
JANUARY 11, 2017

    (The following is the deposition of DR.
DANIEL SESSLER, taken pursuant to Notice of Taking
Deposition, via videotape, at the Cleveland Clinic,
P Building, Conference Room P77-013, 2070 East 90th
Street, Cleveland, Ohio, commencing at approximately
10:11 o'clock a.m., January 11, 2017.)

## Page 2

```
 1    APPEARANCES:
 2       On Behalf of the Plaintiffs:
 3          Jan M. Conlin
             CIRESI CONLIN L.L.P.
 4          225 South 6th Street, Suite 4600
             Minneapolis, Minnesota  55402
 5
             Gabriel Assaad
 6          KENNEDY HODGES
             4409 Montrose Boulevard, Suite 200
 7          Houston, Texas  77006
 8       On Behalf of Defendants:
 9          Corey L. Gordon and Peter J. Goss
             BLACKWELL BURKE P.A.
10          432 South Seventh Street, Suite 2500
             Minneapolis, Minnesota  55415
11
         On Behalf of the Deponent:
12
             Sandra M. DiFranco
13          Cleveland Clinic Law Department
             2070 East 90th Street
14          Cleveland, Ohio  44195
15
16
17
18
19
20
21
22
23
24
25
```

## Page 3

```
 1                 I N D E X
 2    EXHIBITS        DESCRIPTION        PAGE MARKED
 3    Ex  226  Excel spreadsheet of data,
 4          3MBH00049711-3              39
 5       227  E-mail string, 3MBH00024866      95
 6       228  E-mail string, 3MBH01054232-4    121
 7       229  E-mail with attachment,
 8          3MBH01621689-95           123
 9       230  E-mail, 3MBH01486024         125
10       231  E-mail string, 3MBH01534469-71  131
11       232  E-mail string, 3M00585482-3     143
12       233  E-mail, 3MBH00518536         145
13       234  Sessler deposition transcript
14          dated November 20, 2015       150
15       235  Sessler deposition transcript
16          dated July 9, 2015           150
17       236  Sessler deposition transcript
18          dated May 27, 2015           150
19
20
21
22
23
24
25
```

## Page 4

```
 1              P R O C E E D I N G S
 2    (Witness sworn.)
 3            DR. DANIEL SESSLER
 4    called as a witness, being first duly sworn,
 5    was examined and testified as follows:
 6            ADVERSE EXAMINATION
 7    BY MS. CONLIN:
 8       Q.  Good morning, Dr. Sessler.  We've not met
 9    before; correct?
10       A.  Correct.
11       Q.  Okay.  I represent plaintiffs in an action
12    that's been brought against 3M involving the Bair
13    Hugger device.  Do you understand that?
14       A.  Yes.
15       Q.  Okay.  And you, in fact, were deposed a
16    number of times in connection with this Bair Hugger
17    device in connection with the Walton and Johnson Texas
18    litigations; correct?
19       A.  I was deposed a number of times.  I am not
20    sure what it was about.
21       Q.  Okay.  But you did --
22            You were deposed three times as it relates
23    to your work and advice regarding the Bair Hugger
24    device; correct?
25       A.  Correct.
```

1 (Pages 1 to 4)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 33

1   DIN 1946 was chosen because it is objective and more
2   rigorous than the United States standard.  Do you see
3   that?
4       **A.  No.  I'm in a different place.**
5       Q.  It's right here.
6       **A.  Okay.  Now I'm with you.**
7       **Yes.**
8       Q.  Okay.  Do you --
9           Now the DIN 1946 standard governs laminar
10  flow rooms --
11      **A.  Yes.**
12      Q.  -- in Europe; correct?
13      **A.  I believe so.**
14      Q.  Do you know whether that D -- DIN standard
15  forbids the use of forced-air warming in laminar flow
16  rooms in the EU?
17      **A.  At the time we wrote this paper, I'm pretty**
18  **sure it did not.**
19      Q.  And what's that based on?
20      **A.  Well I did look at the standard at one**
21  **point.**
22      Q.  So at the time you submitted this paper, you
23  thought that the -- that forced-air warming could be
24  used under the DIN standard in the EU; correct?
25      **A.  That was certainly my impression, yes.**

Page 34

1       Q.  Now you also write on the right-hand side of
2   this second page, quote, "The forced air blower was
3   positioned on the floor at the volunteer's left side,
4   near where the anesthesiologist would normally sit
5   during surgery."  Do you see that?
6       **A.  Yes.**
7       Q.  Do you know if these were new machines or
8   used machines?
9       **A.  I don't know.**
10      Q.  That wasn't something that was of interest
11  or import to you?
12      **A.  No.  Because as far as I know, age of the**
13  **machine is not relevant to the question here.**
14      Q.  You don't know whether the machine --
15          Well you understand the air intake is at the
16  bottom of the machine, correct, on the floor?
17      **A.  I'll take your word for that.**
18      Q.  Okay.  Have you ever examined the machine?
19      **A.  I've used these machines thousands of times,**
20  **but I couldn't testify to where the air intake is.**
21      Q.  Okay.  Have you asked 3M or Arizant for any
22  information regarding whether the air intake absorbs
23  bacteria near the floor of the OR?
24      **A.  No, I didn't, because it's filtered in the**
25  **machine.  What comes out is sterile.**

Page 35

1       Q.  And how do you know that, doctor?
2       **A.  As far as I know, all forced-air warmers**
3   **contain relatively good filters.**
4       Q.  And you're making the assumption that the 3M
5   one does as well; correct?
6       **A.  Correct.**
7       Q.  If I told you the filtration efficiency was
8   53 percent, would that surprise you?
9           MR. GORDON:  Object to the form of the
10  question.
11      **A.  Yes.**
12      Q.  Okay.  I'm going to hand you, Dr. Sessler,
13  what's been previously marked as Deposition Exhibit
14  66.  It's actually a two-page document, so I'd ask you
15  to start on the second page and then read up to the
16  first.
17          Have you had a chance to read it?
18      **A.  Yes.**
19      Q.  Okay.  Were you aware that Arizant and 3M
20  were getting calls from the field from users of the
21  Bair Hugger that were concerned about infectious
22  pathogens that were being found in the machines?
23          MR. GORDON:  Object to the form of the
24  question, lack of foundation.
25      **A.  No.**

Page 36

1       Q.  Okay.  Do you see at the top there where Mr.
2   Van Duren says, "Remove and discard the filter (in the
3   biohazardous waste)?"  Do you see that?
4       **A.  Yes.**
5       Q.  Now if the machine that you were using in
6   surgery was contaminated with a microorganism, let's
7   say MRSA, would you want to know whether that filter
8   was going to filter that pathogen properly?
9           MR. GORDON:  Object to the form of the
10  question.
11          MS. DIFRANCO:  Go ahead.
12      **A.  It's a two-part question.**
13      Q.  In what way?
14      **A.  Can -- can we break this apart?  If -- if a**
15  **machine's contaminated and --**
16      Q.  Well all right, that's -- that's a fair
17  correction.  Let me back up.
18          If a machine was contaminated with MRSA,
19  would that be something as an anesthesiologist you
20  would want to know before you decided to use that
21  machine on a patient?
22      **A.  Sure.**
23      Q.  Okay.  And if --
24          And would you also want to know whether the
25  filter was able to prevent MRSA or some other pathogen

9 (Pages 33 to 36)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 41

1  A.  Yes.  That's the average, right?  It --
2  Q.  Well it says at the top "Off."
3  A.  No, it's -- it's raw data.  Okay.  Thank
4  you.
5  Q.  Okay?  And then with the Bair Hugger at
6  ambient temperature, the particle count over the
7  hypothetical surgical site was 57; correct?
8  A.  Right.
9  Q.  So that would be a two-times increase; is
10  that right?
11  A.  Yes.
12  Q.  Okay.  And then if you turn the Bair Hugger
13  on to warm, the particle count over the surgical site
14  is 349 particles; correct?
15  A.  Yes.
16  Q.  Okay.  So that's about a thousand-percent
17  increase between off and the Bair Hugger on warm;
18  correct?
19  A.  Yes.  It's about a factor of 10.
20  Q.  Okay.  About 12 times as many particles;
21  correct, doctor?
22  A.  Right.
23  Q.  Okay.
24  A.  If you look at the -- the other one -- the
25  other run, though, it has much less effect.  Also, you

Page 42

1  need to look at the average; it's not fair to pick one
2  run.
3  Q.  If --
4  Well, it's got a p-value of .06, correct,
5  for off?
6  A.  Yeah.  But that's the average.  You're
7  looking at one run.
8  Q.  Right.  Well you only did five runs;
9  correct?
10  A.  Yes.  But you have to look at all five of
11  them.
12  Q.  Okay.  Would you agree with me five runs is
13  a pretty small sample?
14  MR. GORDON:  Object to the form of the
15  question.
16  A.  No.
17  Q.  Why?
18  A.  Because this is a mechanical sort of setup
19  and you should get about the same result each time.
20  Q.  Well it has --
21  Looking at this raw data, the use of the
22  Bair Hugger does have an effect on the particulate
23  count over the hypothetical surgery site; correct?
24  MR. GORDON:  Object to the form of the
25  question.

Page 43

1  A.  In this run it had a very small effect, in
2  the other run it had no effect.
3  Q.  Okay.  So how is it that you can say in the
4  title of your paper that forced-air warming does not
5  worsen air quality in laminar flow operating rooms
6  when at least some of the -- well all of the runs
7  showed at least some difference between the Bair
8  Hugger off and the Bair Hugger on?
9  MR. GORDON:  Object to the form of the
10  question.
11  A.  The average performance effect with ambient
12  versus warm was 4.8 versus 4.8 in one test, it was 3.2
13  versus 3.5 in another, it was 4.8 versus 4.8 in the
14  third, and it was 4.7 versus 4.6.  There -- there's no
15  difference there.
16  Q.  Well that -- that's the PE, the protective
17  effect; correct?
18  A.  Yes.
19  Q.  Okay.  And the protective effect went down
20  on average.
21  A.  It was unchanged.  There -- there's no
22  important change here.  Those numbers are virtually
23  identical.
24  Q.  You don't think that a change in the
25  protective effect from 4.0 to 3.2 makes a difference?

Page 44

1  MR. GORDON:  Object to the form of the
2  question.
3  A.  No.  And I especially don't think a
4  difference from 4.8 to 4.8 or from 4.8 to 4.8 in the
5  other study makes a difference.
6  Q.  Why didn't you --
7  Why did you pool the data from Amersfoort
8  and Utrecht?
9  A.  Oh.  Why wouldn't I?
10  Q.  Did you make that decision?
11  A.  Probably.
12  Q.  Okay.  Do you think that a physician would
13  want to know that, with use of the 635 underbody
14  blanket, the particulate count went up 12-fold with
15  use of the Bair Hugger?
16  MR. GORDON:  Object to the form of the
17  question.
18  MS. DIFRANCO:  I'll object.  You're asking
19  what other physicians would want to know?
20  Q.  Would you want to know?
21  A.  That was one run.  That's not an accurate
22  characterization of this study result, not even
23  slightly accurate.
24  Q.  Well it went up --
25  If you look at just the 635, the underbody

11 (Pages 41 to 44)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 61

1    Q.  Okay.  Now in the next paragraph you say,
2  "What clinicians will want to see is basically
3  particle counts under three test circumstances (Off,
4  Ambient, and Warm)."  Do you see that?
5    A.  Yup.
6    Q.  Then you write, "Any substantial increase
7  will still concern them and basically validate Scott's
8  point that forced-air warming increases risk.  We can
9  try to convince them that the increase isn't important
10  or that operating rooms still meet DIN standards, but
11  that will be a bit tricky."  Do you see that?
12    A.  Yup.
13    Q.  You knew that physicians would want to see
14  whether, in an individual case such as the 65 -- or
15  635 testing in Amersfoort, that there was a
16  substantial increase in particulates; correct?
17    A.  No, that's not what that means.
18    Q.  Okay.  What -- what -- what were you saying
19  there?
20    A.  That first it --
21      Note the third paragraph where I correct the
22  statistical approach.  You need to look at all the
23  data; you can't just pick one piece of data, one line,
24  one run, and say this characterizes the results.
25    Q.  Okay.

Page 62

1    A.  That's -- that's called data selection; it's
2  a type of research fraud.
3    Q.  Would you agree --
4    A.  You have to look at all the data.
5    Q.  Would you agree with me that any substantial
6  increase would concern clin -- clinicians?
7    A.  Average increase, not -- not results from
8  one run and one circumstance.
9    Q.  Would you agree with me that any substantial
10  increase would concern clinicians?
11      MR. GORDON:  Object to the form of the
12  question, also lack of foundation.
13    A.  Any substantial increase in average values
14  over all conditions would concern people.
15    Q.  Okay.  And then you say in the third
16  paragraph, "Possibly the best statistical approach
17  would be an ANOVA with cover type...;" correct?
18    A.  Yes.
19    Q.  And that's in fact what you guys have ended
20  up doing; correct?
21    A.  Correct.
22    Q.  Okay.  And ANOVA is basically analysis of
23  variance; right?
24    A.  Yes.
25    Q.  And then you say, "But perhaps it would be

Page 63

1  best to consider the hospitals together since that
2  isn't really a factor of interest; and the cover type
3  could be unpaired."  Do you see that?
4    A.  Uh-huh.  Yes.
5    Q.  And in fact what you were describing there
6  is rather than show the results from the two hospitals
7  separately, you were going to group them together for
8  the purposes of the paper; right?
9    A.  Yes, because it -- that's the way it should
10  have been done.  That's -- that's the correct way of
11  handling these data.
12    Q.  Why is it the correct way of handling these
13  data?
14    A.  Because the two hospitals together
15  characterize the general case better than either
16  hospital alone.
17    Q.  Well you know that ORs are different; right?
18    A.  Sure.
19    Q.  Okay.  That can be a confounding factor;
20  right?
21    A.  Could be.
22      MR. GORDON:  Object to the form of the
23  question.
24    Q.  Could be a confounding factor.
25      Did you do any investigation as to whether

Page 64

1  the machine that was used in Amersfoort might have
2  been a used one versus a new one?
3    A.  No.
4    Q.  Or that there was different protocols for
5  how they clean the OR?
6    A.  No.  But it's not relevant to this study,
7  which used artificial particles.  This had nothing to
8  do with bacteria.
9    Q.  Well I think we've already established you
10  don't know whether the Bair Hugger sucks in
11  particulates from off the floor and spews them out
12  into the surgical site; right?
13      MR. GORDON:  Object to the form of the
14  question.
15    A.  I don't think that's relevant to this study
16  where there are 20 million particles floating around
17  that are deliberately introduced.
18    Q.  So it wouldn't be of clinical interest to
19  you.
20    A.  You -- you're confusing two different
21  circumstances.  One is whether forced-air warmers pick
22  up bacteria, retain bacteria or somehow eject
23  bacteria.  If they do, that's a problem.  A second
24  issue, which is what this paper is about, is whether
25  warm air interferes with the laminar flow column.  Has

16 (Pages 61 to 64)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 65

1  nothing to do with bacteria.
2      Q.  Okay.  And you -- you --
3          I think we've established this.  You're not
4  an expert on laminar flow or how particulates move in
5  the environment; right?
6      A.  I'm not.
7      Q.  So you -- you basic --
8          Did you ask anybody why it was that the
9  Amersfoort data appeared so different in terms of the
10 particulate counts?
11         MR. GORDON:  Object to the form of the
12 question.
13     A.  I don't remember.
14     Q.  Was it of interest to you?
15     A.  Absolutely.
16     Q.  What do you recall doing in connection with
17 that data?
18     A.  When you do multicenter studies, it's
19 absolutely routine and normal for the results to
20 differ in the various centers.  You -- you expect that
21 just by random motion.  And it's also true that the
22 centers are truly different; they have different
23 operating rooms, different anesthesia, different
24 protocols, so you expect real differences among sites
25 in a multicenter study.  But you do a multicenter

Page 66

1  study to enhance generalizability.  You take all the
2  results you have and you put them together and you
3  present the average because that best characterizes
4  what you know, and that's what we did here.
5      Q.  And in this case you did five samples, five
6  runs five minutes each in two hospitals; correct?
7      A.  Yes.
8      Q.  And in fact you noted here that there were
9  only five measurements; right?
10     A.  Correct.
11     Q.  So you're standing behind your proposition
12 that this is not an under -- underpowered study;
13 correct?
14         MR. GORDON:  Object to the form of the
15 question.
16     A.  Correct.
17     Q.  Could pooling the data from Amersfoort and
18 Utrecht confound the data?
19     A.  No.
20     Q.  Why not?
21     A.  "Confounding" has a specific meaning, has to
22 be something that's related to exposure and outcome.
23 I don't see how pooling induces confounding.
24     Q.  Now I think we talked about this before, but
25 Gary Hansen did the first draft; is that right?

Page 67

1      A.  Yes.
2      Q.  And then Dr. Olmstead took a crack at it; is
3  that right?
4      A.  Yes.
5      Q.  And then you edited it; correct?
6      A.  "Edited" is a generous term.  Virtually
7  every word in the published manuscript was mine.
8      Q.  I've handed you, Dr. Sessler, what's been
9  previously marked as Deposition Exhibit 79, which is a
10 marked-up draft of your study which eventually was
11 published and has been previously marked as (Belani)
12 Exhibit 16; correct?
13     A.  Yes.
14     Q.  Okay.  And you were part of this editing
15 process; correct?
16     A.  Yes.
17     Q.  If we can take a look at draft -- the draft
18 page seven, which bears Bates number 50592, and if we
19 can look at the middle paragraph starting with "We
20 found..."
21     A.  Yes.
22     Q.  Midway down there is a section
23 which in this draft reads, "There were noticeable
24 differences in the results between the two operating
25 rooms, probably the result of small differences in

Page 68

1  draping around the OR table, and also perhaps due to
2  differences in the laminar flow systems."  Do you see
3  that?
4      A.  I do.
5      Q.  And there was a deleted box beside that, and
6  what was deleted is "The significantly higher counts
7  seen with the blanket model 635 reflected conditions
8  at OR Amersfoort" or "A..."  Do you see that?
9      A.  I see it, yes.
10     Q.  Okay.  Who made the decision to delete from
11 this transcript that there had been significantly
12 higher counts seen with the underbody blanket at the
13 Amersfoort hospital?
14     A.  Well, whoever edited the document.
15     Q.  Do you know if that was Mr. Hansen at 3M?
16     A.  I have no idea who was editing at this
17 point.
18     Q.  Okay.  Was that something that you had
19 drafted originally, that you had found significantly
20 higher counts seen with the blanket model 635 in
21 Amersfoort?
22     A.  I'm not sure I understand the question.
23     Q.  My question is:  Do you know whether you
24 were the person who originally put in the draft that
25 there had been significantly higher counts seen with

17 (Pages 65 to 68)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 117

1      **A.  I don't know.  I'm sorry, I haven't read**
2  **this yet.**
3      Q.  If you look at the page before, in five
4  there's a heading, and would this have been a
5  presentation that you made at this meeting, or are
6  these a summary of the points that you made at the
7  meeting regarding your proposed study in China?
8      **A.  It -- I believe it was a presentation.**
9      Q.  Okay.  And then at the --
10      If we look at the two bullet points at the
11  top of page six, there's a notation, "Kurz 1996 SSI
12  paper limitations," and it says, "only 200 patients,
13  mostly superficial infections with few clinical
14  consequences (we should focus on deep tissue/organ
15  SSIs), the factor of 3 risk increase is not plausible
16  (30 percent or so is more likely)."  Do you see that?
17      **A.  Yes.**
18      Q.  Was that information that you presented
19  during this advisory meeting at 3M?
20      **A.  Apparently.**
21      Q.  Okay.  Then you went on to say, "Melling
22  paper seriously flawed:  only 420 low risk patients,
23  infection was not defined, core temperature not
24  recorded (!)"  See that?
25      **A.  Yes.**

Page 119

1  speed and leave you exposed.  Large outcomes studies
2  are needed to take the place of the old studies."
3      Is that something that you recall mentioning
4  to 3M at this meeting?
5      **A.  No.**
6      Q.  Okay.  Do you deny that you said it?
7      **A.  Oh, no.  It looks like I did, I just don't**
8  **recall it.**
9      Q.  Okay.  Then if we take a look at page seven,
10  midway down it's "Hooper/laminar flow in hip/knee
11  replacements."  Do you recall what that's about?
12      **A.  Only vaguely.**
13      Q.  Okay.  What is the Hooper/laminar flow in
14  hip/knee replacements?
15      **A.  I know --**
16      **I don't remember the study, so I know**
17  **nothing except what I'm reading right here, which is**
18  **not enough for me to discuss it.**
19      Q.  Okay.  And do you see that Al Van Duren
20  said, "Shows laminar flow is not effective.  But
21  potentially could be interpreted to mean that
22  forced-air warming disturbs laminar flow, causing
23  laminar flow not to work."  Do you recall him saying
24  that?
25      **A.  No.**

Page 118

1      Q.  Do you agree that the Melling paper is
2  seriously flawed, as you stated to 3M?
3      **A.  Yes.**
4      Q.  Okay.  And do you agree with me that you
5  told 3M that the Kurz 1996 SSI paper has limitations
6  and you identified them to 3M?
7      **A.  All papers have limitations.**
8      Q.  Okay.  Now if we go down --
9      Well, and you in fact mentioned these
10  limitations on the Kurz study to 3M at this meeting as
11  reflected in these notes; correct?
12      **A.  Yes.**
13      Q.  Okay.  Then we go down and it's got sort
14  of a -- almost like a Q&A.  It says "Question:  why
15  should 3M fund a study to show risks associated with
16  hypothermia when there is already broad acceptance of
17  current evidence?"
18      And then there's a "DS."  Is that referring
19  to you?
20      **A.  I assume.**
21      Q.  It says, "the threat to 3M is that
22  the old studies will begin to be discredited."
23      Is that a reference to Melling and Kurz?
24      **A.  Probably.**
25      Q.  Okay.  "Once this begins it will pick up

Page 120

1      Q.  And if we take a look on the last page, page
2  eight, it says, "Discussion of new aerobiology study
3  to counter the 'BAIR' misinformation."  And it says,
4  "GH" -- I assume that's Gary Hansen -- "presented
5  study proposal.  Board supported the idea."
6      Then it goes on to say "DS" -- which is
7  you -- "Host defense protects against SSI much more
8  than sterile ORs and external conditions.  This study
9  would take the wind out of the 'BAIR' argument.  That
10  is the only reason to do it."
11      Do you see that there?
12      **A.  Yes.**
13      Q.  Does that sound like a statement you would
14  have made?
15      **A.  I -- I don't really know what the new**
16  **aerobiology study is, so I don't think I can comment**
17  **here.**
18      Q.  Okay.  We did talk today a little bit about
19  your view that the host defense protects against
20  surgical-site infections; right?
21      **A.  Host defense is absolutely critical.**
22      Q.  Okay.  But you don't know whether --
23      Well let me ask it this way:  What is the
24  host defense if a bacterium lands on an implant, like
25  a knee?

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 125

1    Q.  Okay.  "In summary, mean intraoperative TWA
2  core temperatures were no different, and significantly
3  noninferior, with underbody resistive heating than
4  upper-body forced-air warming.  Underbody resistive
5  heating may be an alternative to forced-air warming."
6       That's what you concluded in this study that
7  was published in 2011; am I right?
8    A.  Yes.
9    Q.  And have you seen any counter evidence to --
10  that would undermine the conclusions that you reached
11  in this study?
12    A.  No.
13       (Exhibit 230 was marked for
14        identification.)
15  BY MS. CONLIN:
16    Q.  I've handed you, Dr. Sessler, what's been
17  marked as Exhibit 230, which is an e-mail exchange
18  between Niya Johnson and Michelle Hulse Stevens with a
19  copy to Al Van Duren.  Do you see that?
20    A.  Yes.
21    Q.  Dated November 18th, 2015, "Subject:  BMW
22  refocus:  pre-warming."  Do you see that?
23    A.  Yes.
24    Q.  And it says, "Michelle,
25       "I'd like to extend you an invitation to

Page 126

1  join the BMW team call" -- or "team on a call with two
2  KOLs and experts on pre-warming Dr. Brauer and Dr.
3  Sessler."  Do you see that?
4    A.  Yes.
5    Q.  What -- what is the BMW?
6       MR. GORDON:  Objection, lack of foundation.
7    A.  I haven't a clue.
8    Q.  Okay.  Are you working with 3M on a
9  prewarming project?
10    A.  No.
11    Q.  It says "on pre-warming," do you see that,
12  "call with two KOLs and experts on pre-warming Dr.
13  Brauer and Dr. Sessler?"
14    A.  I see that.
15    Q.  Okay.  But you're not aware of any work
16  you're doing with 3M on prewarming right now?
17    A.  We -- we are not doing work with 3M on
18  prewarming now.
19    Q.  Okay.  Do you know if BMW refers to Bair
20  Mobile Warming?
21       MR. GORDON:  Objection, lack of foundation.
22    A.  No, I don't.  I have no idea what it means.
23    Q.  Okay.
24       THE REPORTER:  We have to change disks.  Off
25  the record, please.

Page 127

1       (Recess taken.)
2  BY MS. CONLIN:
3    Q.  I've handed you, Dr. Sessler, what's been
4  previously marked as Deposition Exhibit 222.  It
5  starts, actually, with an e-mail from you on the third
6  page, so you might want to start on the third page
7  and -- and read up.
8    A.  Oh, okay.
9       Okay.
10    Q.  Okay.  If we can take a look at the third
11  page bearing Bates 541796 of Exhibit 222 first, you
12  write to a number of people at 3M; am I right?
13    A.  Yes.
14    Q.  About a --
15       Sounds to me like there was a key-opinion-
16  leader meeting in Washington.  Was that in connection
17  with your work for 3M or was that just on the SCIP-10
18  protocol in general?
19    A.  I don't know.
20    Q.  Okay.  It says, "One of the points
21  Andrea" --
22       Who is Andrea?
23    A.  Probably Andrea Kurz.
24    Q.  Okay.
25       -- "Andrea Kurz and I tried to make at the

Page 128

1  KOL meeting in Washington is that the evidence for
2  hypothermia-related complications mostly does not meet
3  current research guidelines for reliability and that
4  previous studies were done with much larger
5  temperature differences than are currently allowed."
6       What do you mean by that?
7    A.  The major trials showing that hypothermia
8  causes complications mostly compared temperatures of
9  about 36.5 to about 34.5; no patients now are allowed
10  to get to 34.5.
11    Q.  And then in the third paragraph you say,
12  "The writing is on the wall.  Without new evidence of
13  harm from current levels of hypothermia, SCIP-10 is
14  unlikely to survive into the next version of pay-for-
15  performance measures."
16       What's that a reference to?
17    A.  SCIP-10 is Surgical Care Improvement
18  Project, 10 was one of many measures defining quality
19  criteria, and warming and maintaining normothermia was
20  one of them.
21    Q.  And --
22    A.  That -- that -- that's what number 10 was.
23    Q.  And you were involved in that, right, that
24  proposal?
25    A.  I -- I was -- I was somewhat involved in

32 (Pages 125 to 128)