# EXHIBIT 37

1
2        IN THE UNITED STATES DISTRICT COURT
              DISTRICT OF MINNESOTA
3
  - - - - - - - - - - - - - - - - - - - -
4  IN THE MATTER OF                 )
                                     )
5  IN RE BAIR HUGGER FORCED AIR    )
  WARMING                           )
6  PRODUCTS LIABILITY LITIGATION   )
                                     )
7                  Plaintiff,    )
                                   )PRETRIAL ORDER NO: 7
8  v.                             )Protective Order
                                   )MDL No. 15-2666
9  3M COMPANY AND ARIZANT         )(JNE/FLN)
  HEALTHCARE INC.                  )
10                 Defendant.    )
  - - - - - - - - - - - - - - - - - - - -
11              DEPOSITION OF PAUL MCGOVERN
12                     VOLUME II
13             Thursday, January 5, 2017
14           AT:  FAEGRE BAKER DANIELS LLP
15                  Taken at:
16               7 Pilgrim Street
               London EC4V 6LB
17               United Kingdom
18
19
20  Court Reporter:
21  Louise Pepper: Accredited Real-time Reporter
22  Videographer: Simon Addinsell
23
24
25  JOB NO. 117121

Page 370

DR. PAUL MCGOVERN

1
2  MR. C. GORDON: What was the last number you had?
3  MR. SACCHET: Yes, cell number 44.
4  MR. C. GORDON: 44?
5  MR. SACCHET: Yes.
6  THE WITNESS: Row number.
7  MR. SACCHET: Oh, I apologize. 44C, labeled
8  "FAW".
9  MR. C. GORDON: From September 15?
10 BY MR. SACCHET:
11  Q. Labeled "FAW". If we could now look at the cells
12 43, 45 and 46, what is their label in the BC column?
13  A. "CFW".
14  Q. How many total CFW infections is that?
15  A. 3.
16  Q. So there are 32 forced-air warming infections and 3
17 conductive fabric warming infections; correct?
18  A. Yes.
19  Q. If we turn back to the McGovern study, exhibit 13,
20 and look back to table 2.
21  A. Yes.
22  Q. Are there three conductive fabric warming related
23 infections?
24  A. Indeed there are.
25  Q. Are there 32 forced-air warming related infections?

Page 371

DR. PAUL MCGOVERN

1
2  A. Yes.
3  Q. Does the data presented in this Excel spreadsheet
4 match the data presented in the published study?
5  A. The data we've discussed matches the data in the
6 published study.
7  Q. Now let's look at the significance of the data.
8 Table 2 shows a P value of 0.024 with respect to patient
9 warming device; correct?
10  A. Yes.
11  Q. A P value of 0.024 is statistically significant, is
12 it not?
13  A. Yes.
14  Q. That would indicate that there was a sufficiently
15 powered difference between infection rates in patients who
16 received conductive fabric warming devices versus those who
17 received forced-air warming devices; correct?
18  A. That is what this analysis would suggest, yes.
19  Q. Table 2 also bears the number 3.8 under "Odds
20 ratio"; do you see that?
21  A. Yes, yes.
22  Q. What does that number signify?
23  A. I am not happy to define that at the moment,
24 because I may make a mistake.
25  Q. Does it relate to, on the first page of the study,

Page 372

DR. PAUL MCGOVERN

1
2 in the line that I previously read, which is in bold in the
3 third paragraph, where it states "A significant increase in
4 deep joint infections as demonstrated by an elevated
5 infection odds ratio of 3.8 was identified during a period
6 when forced-air warming was used compared to a period when
7 conductive fabric warming was used"?
8  A. That is what this refers to.
9  Q. So there was a 3.8 times more likely rate that
10 a patient would incur a deep joint infection with the use of
11 a forced-air warming device than with a conductive fabric
12 warming device; correct?
13  A. That is what I understand from these data and from
14 this analysis.
15  Q. Do you recall Mr. Reed informing you that "The data
16 was dramatic and will demonstrate to reviewers that there
17 was a genuine change with conductive fabric warming rather
18 than a steady decline due to other reasons"?
19  A. I don't recall him saying that.
20  (Exhibit 17 marked for identification)
21  Q. If I could direct your attention to page 2 of 3.
22 There is an e-mail dated February 19, 2011, from Mike Reed
23 to Mr. Albrecht and yourself and Mr. Belani and
24 Mr. Nachtsheim; correct?
25  A. Yes.

Page 373

DR. PAUL MCGOVERN

1
2  Q. The final two lines of the large paragraph in the
3 middle of the page states:
4   "It is quite dramatic and will demonstrate to
5 reviewers that there was a genuine change with CFW
6 rather than a steady decline due to other reasons."
7   Do you see that?
8  A. That is what it says here, yes.
9  Q. Does that refresh your recollection that Mr. Reed
10 stated that the data showed a genuine change with conductive
11 fabric warming, rather than a steady decline due to other
12 reasons?
13  A. It does refresh my memory to that effect.
14  Q. Do you have any reason to doubt Mr. Reed's ability
15 to make such a statement?
16  A. I do not.
17  Q. You have all the confidence that you could that
18 Mr. Reed would accurately state such a statement?
19  A. Yes.
20  Q. Do you recall the reviewers from the Journal of
21 Bone and Joint Surgery stating that there were -- that the
22 data in your study supported serious issues with forced-air
23 warming devices?
24  A. I don't recall their comments to that effect.
25  (Exhibit 18 marked for identification)

```
                                          Page 414
 1              DR. PAUL MCGOVERN
 2    objection, please.
 3          MR. C. GORDON:  Form.
 4       A.  That is what this data appears to show.
 5    BY MR. SACCHET:
 6       Q.  So this data shows there is a 3.6 times increase in
 7    infection as a result of using forced-air warming devices
 8    compared to conductive fabric warming devices; correct?
 9       A.  That is what --
10          MR. C. GORDON:  Object to the form of the
11    question.
12       A.  That is what this table appears to show.
13    BY MR. SACCHET:
14       Q.  And both this odds ratio and the odds ratio
15    presented in the final published McGovern study are both
16    above 3.0; correct?
17       A.  Yes.
18       Q.  So, based on this data in the increased patient
19    population of those who received conductive fabric warming,
20    this data corroborates the fact that there is at least
21    a three times more likely chance that patients who received
22    forced-air warming developed an infection, compared to those
23    who received conductive fabric warming?
24          MR. C. GORDON:  Object to the form of the
25    question.
```

```
                                          Page 415
 1              DR. PAUL MCGOVERN
 2       A.  This data -- I can't agree with the term
 3    "corroborates the fact".  The fact is not --
 4    BY MR. SACCHET:
 5       Q.  Also shows?
 6       A.  Yeah.  Could you just repeat the phrase, please, or
 7    rephrase that?  Or --
 8       Q.  I'll rephrase the question.
 9          Based on the data presented in this table and the
10    data presented in the McGovern study, both studies for
11    both datasets show that there was a three -- at least
12    a three times more likely chance that a patient
13    developed an infection after using forced-air warming
14    than conductive fabric warming?
15          MR. C. GORDON:  Object to the form of the
16    question.
17       A.  Yes.  Patients who were in the group with
18    forced-air warming on this data appear to have had a three
19    times or more higher incidence of infection compared to the
20    conductive fabric group of patients for this study.
21          THE COURT REPORTER:  Can I just ask you to stop
22    for 30 seconds, sorry.
23          THE VIDEOGRAPHER:  Going off at two minutes past
24    three.
25    (3:02 p.m.)
```

```
                                          Page 416
 1              DR. PAUL MCGOVERN
 2          (Break taken.)
 3    (3:04 p.m.)
 4          THE VIDEOGRAPHER:  Back on the record at four
 5    minutes past three.
 6          (Exhibit 24 marked for identification)
 7    BY MR. SACCHET:
 8       Q.  Mr. McGovern, are you aware of any data that's been
 9    collected regarding other healthcare facilities that have
10    shown a decreased rate of infection after the switch from
11    forced-air warming devices to conductive fabric warming
12    devices?
13       A.  I am not.
14       Q.  If you could take a look at the exhibit which was
15    just marked.  The first page is an e-mail; is that correct?
16       A.  Yes.
17       Q.  From Mr. Albrecht to Scott Augustine, bearing the
18    subject line "Results" with attachments "MA_edits"; correct?
19       A.  Yes.
20       Q.  And Mark Albrecht states:
21          "I've updated the statistics in the white
22    paper under **MA_edits.doc**."
23       A.  Yes.
24       Q.  "The updates include:
25          "The statistics in the Table for all centers and
```

```
                                          Page 417
 1              DR. PAUL MCGOVERN
 2    the pooled result[s]
 3          "The statistics in the discussion for the updated
 4    McGovern numbers provided as provided [sic] in the
 5    text."
 6          Do you see that?
 7       A.  Yes.
 8       Q.  In the third paragraph it says:
 9          "I think this is the best modeling approach
10    (i.e. a conservative one) for the data you have,
11    especially if you expect these results to be critically
12    questioned down the road."
13          Do you see that?
14       A.  Yes.
15       Q.  Okay.  And the next page is a document entitled
16    "Forced-air warming link to periprosthetic total joint
17    replacement infections"; correct?
18       A.  Yes.
19       Q.  And the "Methods" says:
20          "To investigate whether the rising
21    contaminants from the waste FAW heat are linked to
22    PJIs, we retrospectively collected joint implant
23    infection data from three hospitals.  We compared PJI
24    rates during a period of forced-air warming to PJI
25    rates during a period of free-air conductive fabric
```