EXHIBIT 55

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

---

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

- - - - - - - - - - - - - - - - -

In Re:
Bair Hugger Forced Air Warming
Products Liability Litigation

This Document Relates To:
All Actions          MDL No. 15-2666 (JNE/FLM)

- - - - - - - - - - - - - - - - -

DEPOSITION OF DR. ANDREA KURZ
VOLUME I, PAGES 1 - 235
JANUARY 12, 2017

(The following is the deposition of DR.
ANDREA KURZ, taken pursuant to Notice of Taking
Deposition, via videotape, at the Cleveland Clinic,
E Building, Conference Room E3-40B, 9105 Cedar Avenue,
Cleveland, Ohio, commencing at approximately 10:11
o'clock a.m., January 12, 2017.)

---

Page 2

```
 1    APPEARANCES:
 2      On Behalf of the Plaintiffs:
 3        Jan M. Conlin
           CIRESI CONLIN L.L.P.
 4          225 South 6th Street, Suite 4600
           Minneapolis, Minnesota  55402
 5
         Gabriel Assaad
 6        KENNEDY HODGES
           4409 Montrose Boulevard, Suite 200
 7        Houston, Texas  77006
 8      On Behalf of Defendants:
 9        Corey L. Gordon and Peter J. Goss
           BLACKWELL BURKE P.A.
10          432 South Seventh Street, Suite 2500
           Minneapolis, Minnesota  55415
11
         On Behalf of the Deponent:
12
         Sandra M. DiFranco
13        Cleveland Clinic Law Department
           2070 East 90th Street
14        Cleveland, Ohio  44195
15
16
17
18
19
20
21
22
23
24
25
```

---

Page 3

```
 1                    I N D E X
 2    EXHIBITS       DESCRIPTION      PAGE MARKED
 3    Ex  237  Kurz curriculum vitae        7
 4         238  Article, Departmental and
 5              Institutional Strategies for
 6              Reducing Fraud in Clinical
 7              Research, by Sessler, et al      27
 8         239  E-mail string, 3MBH01534509    54
 9         240  PowerPoint, LMA PerfecTemp vs.
10              Forced-air Warming        78
11         241  Article, Effects of preoperative
12              warming on the incidence of
13              wound infection after clean
14              surgery:  a randomized controlled
15              study, by Melling, et al      92
16         242  Article, PERIOPERATIVE NORMO-
17              THERMIA TO REDUCE THE INCIDENCE
18              OF SURGICAL-WOUND INFECTION AND
19              SHORTEN HOSPITALIZATION, by
20              Kurz, et al        99
21         243  Article, Intraoperative Core
22              Temperature Patterns, Transfusion
23              Requirement, and Hospital Duration
24              in Patients Warmed with Forced
25              Air, by Sun, et al        125
```

---

Page 4

```
 1         244  Article, Resistive-Polymer Versus
 2              Forced-Air Warming:  Comparable
 3              Efficacy in Orthopedic Patients,
 4              by Brandt, et al        136
 5         245  Article, Compliance with Surgical
 6              Care Improvement Project for
 7              Body Temperature Management
 8              (SCIP Inf-10) Is Associated with
 9              Improved Clinical Outcomes, by
10              Scott, et al        168
11         246  E-mail, 3MBH01138976        183
12         247  E-mail string, 3M00510095-7      230
13
14
15
16    WITNESS          EXAMINATION BY        PAGE
17    Dr. Andrea Kurz     Mr. Assaad        5
18                Mr. Gordon      189
19                Mr. Assaad      235
20
21
22
23
24
25
```

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN   1-800-553-1953   info@stirewalt.com

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 85

1    A. -- in clinical use.
2    Q. And what was your response?
3    A. At that point in time it was that I'm
4  unsure.
5    Q. And at some point later on you changed your
6  opinion?
7    A. Not yet. I'm actually --
8       We are in the process of pulling data to
9  compare the devices.
10   Q. But at the time of the changeover, you
11  thought it was as -- as efficacious as the Bair
12  Hugger.
13   A. I -- at -- the advice --
14      My advice was it is as efficacious; however,
15  after we've used it for six months, our CRNA thought
16  it wouldn't be.
17   Q. Your -- excuse me?
18   A. My providers in the room thought it wouldn't
19  be.
20   Q. Oh. And their basis was what?
21   A. Core temperature at the end of surgery.
22   Q. Is there a study being performed between the
23  efficacy of Mistral versus the efficacy of Bair
24  Hugger?
25   A. Not yet.

Page 86

1    Q. When you say "not yet," is it -- is it
2  upcoming?
3    A. I've had it planned for more than half a
4  year but just didn't get to it. So it should be
5  upcoming.
6    Q. Who is sponsoring it?
7    A. Nobody. It's a quality-improvement project
8  within our department.
9    Q. But sitting here today, there's no evidence
10  that suggests one device is more efficacious than the
11  other.
12   A. No.
13   Q. Was Dr. Sessler part of the agree -- the
14  discussion with respect to the changeover between the
15  Bair Hugger unit and the Mistral unit?
16   A. He was asked about his opinion in regard to
17  efficacy, yes.
18   Q. Okay. What was his opinion, do you recall?
19   A. Same thing --
20      Actually, very similar to mine, that he also
21  thought it would be as -- it will be very comparable
22  to the Bair Hugger --
23   Q. Okay.
24   A. -- in regards to heat transfer.
25   Q. Let's talk about your favorite subject,

Page 87

1  normothermia.
2    Prior to your 1996 study, was there any
3  evidence that normothermia reduced the incidence of
4  infections?
5    A. I don't think that there was a clinical
6  study before that.
7    Q. Now my understanding is that you're the
8  opinion that normothermia reduces -- normothermia
9  during the intraoperative period, maintaining
10  normothermia reduces the risk of wound infection.
11   A. Yes.
12   Q. Okay. It also reduces the risk of
13  transfusion.
14   A. Yes.
15   Q. And also -- I'm not sure if this is still
16  your opinion today or not -- reduces the -- the length
17  of stay.
18   A. I would have doubts in that regard.
19   Q. Okay. So it would be fair to say that the
20  current evidence does -- does not -- the current
21  reli -- the current reliable evidence -- strike that.
22   There's not enough current reliable evidence
23  to formulate the opinion that maintaining normothermia
24  during the intraoperative period reduces the length of
25  stay for patients.

Page 88

1    A. I would agree, yes.
2    Q. Now you corrected me before with respect to
3  hypothermia causes -- we were --
4    We were talking about the 2015 article in
5  Anesthesia and I said that it reduces bleeding, you
6  said no, reduces the risk of transfusion.
7    A. Correct.
8    Q. Is there a difference?
9    A. The only difference is that bleeding is very
10  difficult to evaluate so there will be a very weak
11  outcome, but of course you are correct, if you need
12  more transfusions, you should bleed more.
13   Q. Okay. In the 1960 study -- 1996 study, did
14  you look at bleeding as well, or just --
15   A. Not in that particular study.
16   Q. Okay. And, of course, one of the benefits
17  of -- of warming a patient is patient comfort.
18   A. I would not say "of course," but it should
19  be.
20   Q. Okay. Why wouldn't you say "of course?"
21   A. I'm not aware that there are lots of studies
22  that really looked at patient comfort.
23   Q. So there's no evidence today that
24  maintaining normothermia during the intraoperative
25  period increases patient com -- comfort?

22 (Pages 85 to 88)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 117

1    Q.  Okay.  Do you know how many there were?
2    A.  No, I don't.
3    Q.  Is there any way to find out?
4    A.  I doubt after 20 years.
5    Q.  Is the data still available?
6    A.  I doubt it.
7    Q.  Okay.  So if there were any, it would be
8  very few.
9    A.  Yes, absolutely.
10   Q.  Okay.  If there were any.  You're not even
11 sure there were any at all.
12   A.  I don't.
13   Q.  Okay.  So sitting here today, there is no
14 evidence for you to offer the opinion that maintaining
15 normothermia reduces the incidence of deep-tissue
16 infection.
17       MR. GORDON:  Object to the form of the
18 question, also lack of foundation.
19   A.  I wouldn't phrase it that way.
20   Q.  How would you phrase it?
21   A.  I'm not sure.  I'm not --
22       That's one I would have to think about.  I
23 don't know.
24   Q.  Well is there any evidence --
25   A.  I just don't know.

Page 118

1    Q.  Is there any evidence of any research that
2  you've done or read that indicates that maintaining
3  normothermia reduces the incidence of a deep-tissue
4  infection?
5    A.  I doubt there is, --
6    Q.  Okay.
7    A.  -- but I don't know.
8    Q.  And you agree with me that there's no
9  evidence in the literature that you're aware of that
10 indicates that maintaining normothermia reduces the
11 incidence of a periprosthetic joint infection.
12       MR. GORDON:  Object to the form of the
13 question, also lack of foundation.
14   A.  So you're saying no -- there's no evidence
15 that normothermia decreases the incidence of --
16   Q.  Maintaining normo --
17       Of periprosthetic joint infections.
18       MS. DIFRANCO:  Are you asking what she's
19 done or --
20       I mean you're getting into some expert
21 testimony here.
22       MR. ASSAAD:  Well I'm not, and I --
23       If you want me to lay more foundation, I
24 will -- I can.  Fine, I'll lay foundation.
25   Q.  You advised for 3M; correct?

Page 119

1    A.  Yes.
2    Q.  They use the Bair Hugger; correct?
3    A.  Yes.
4    Q.  They promote the Bair Hugger in orthopedic
5  surgery; correct?
6    A.  Yeah.
7    Q.  Okay.  Have you ever told them that there's
8  no evidence that 3M --
9        Or have you ever told them that there's
10 evidence that maintaining normothermia reduces the
11 incidence of periprosthetic joint infection?
12   A.  No.
13   Q.  Have you ever informed them that there is no
14 evidence that periprosthetic -- maintaining
15 normothermia reduces the incidence of periprosthetic
16 joint infection?
17   A.  Yes.
18   Q.  You have told them that?
19   A.  Yeah, of course.  My paper says at the end
20 that -- or it should say that every -- every
21 patient --
22       Advice always only applies to the patient
23 population tested.
24   Q.  I understand that.  But you --
25   A.  I can't advise anybody that it would work in

Page 120

1  eye surgery now or in orthopedic.  I don't know.
2    Q.  Well what can you advise people then, that
3  it only works in colorectal?
4    A.  Strictly spoken, yes.
5    Q.  Okay.  But you're --
6    A.  For that indication.
7    Q.  For what indication?
8    A.  Infection.
9    Q.  Okay.
10   A.  Might be different for other indications.
11   Q.  Okay.  Let's talk about infection.  So
12 you've never --
13       Have you ever advised 3M that there's no
14 study that supports -- or that -- that you can advise
15 them that forced-air warming and maintaining normo --
16 to maintain normothermia is required for
17 periprosthetic -- or for orthopedic surgeries to
18 reduce periprosthetic joint infection?
19   A.  Your question is complicated.  So I have
20 not --
21       Yeah, it's hard for me to understand the
22 question.  I think I didn't advise them to
23 specifically use it for decrease in periprosthetic
24 infections.
25   Q.  Okay.  You're aware that Bair Hugger -- or

30 (Pages 117 to 120)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 177

1    is true either, because don't forget, it's a
2    retrospective study and not one of the best-done
3    either.  So you --
4        Q.  Based on in today's standards.
5        A.  Based on in today's standards.
6        Q.  Okay.  It might have been good standards
7    back in 1996.
8        A.  There's no discussion about it because the
9    data would not have been available in '96.
10       Q.  Okay.
11       A.  So we still only have the old data.
12       Q.  Okay.  And Dr. Sessler has mentioned in an
13   e-mail before, in today's standards and with respect
14   to reliability of studies, that he probably wouldn't
15   have published the 1996 Kurz paper.  Do you agree with
16   him?
17       A.  Absolutely.
18       Q.  Okay.
19       A.  I would not have either.
20       Q.  So without that paper meeting today's
21   standards, do you agree with me that there's no
22   scientific evidence today that active warming or
23   maintaining normothermia reduces the incidence of
24   infection?
25       A.  If -- I mean if -- if you exclude the only

Page 178

1    paper that shows that, then there is no evidence.
2        Q.  Well we discussed later there's only one
3    paper regarding infection rates; correct?
4        A.  You could --
5            You have a second one which you excluded:
6    the Melling paper.
7        Q.  Well you couldn't tell me whether or not
8    that was intraoperative warming; correct?
9            MR. GORDON:  Objection.
10       A.  It doesn't matter.
11       Q.  Okay.
12       A.  It does not matter.  We are talking about
13   maintenance of normothermia, --
14       Q.  Okay.
15       A.  -- whether you warm the patients --
16       Q.  Do you think Melling was a good study?
17       A.  It was an okay study for the time.
18       Q.  Would you agree with me that that wouldn't
19   be publishable today?
20       A.  I absolutely would agree with you.
21       Q.  Okay.  So sitting here today, what paper
22   that could -- that -- what evidence that could be
23   published today supports active warming in the -- in
24   the active warming and normothermia that reduces the
25   incidence of infection?

Page 179

1        A.  Very little.
2        Q.  None; correct?
3        A.  I'm not quite sure.  I'm -- I'm still -- I'm
4    still debating about blood loss and other studies.
5        Q.  Talking about infection.
6        A.  Yeah.
7        Q.  So I just want to get this clear for the
8    record.  You agree with me that, in today's scientific
9    community, that there's no evidence, publishable
10   evidence that supports that maintaining normothermia
11   reduces infection rates.  You agree with that
12   statement.
13       A.  Still have problems with that statement.
14       Q.  Do you want me to rephrase?
15       A.  Yeah.  Do that, please.
16       Q.  In today's scientific standards, there is no
17   reliable evidence that supports that maintaining
18   normothermia reduces the incidence of infection.
19       A.  That is correct.
20       Q.  Thank you.
21           MR. ASSAAD:  Take a break.  I need to use
22   the restroom.
23           THE REPORTER:  Off the record, please.
24           (Recess taken.)
25   BY MR. ASSAAD:

Page 180

1        Q.  Going -- going back to my last question:  In
2    fact, as early as 2012 you notified 3M that the
3    current research guidelines for reliability and that
4    the previous studies were not done -- were done with
5    much -- I'm sorry.  Rephrase.
6            Back in 2012 you notified 3M that, at the
7    KOL meeting in Washington, that the evidence for
8    hypothermia-related complications mostly does not meet
9    current research guidelines for reliability and that
10   previous studies were done with much larger
11   temperature differences than are currently allowed.
12   Do you recall saying that to 3M?
13       A.  That is correct.
14       Q.  Okay.  And are you aware since that time 3M
15   has continued to cite your paper for its marketing
16   purposes with respect to its claim that forced-air
17   warming is a way to maintain normothermia, which
18   reduces the incidence of infection?
19       A.  I agree with this.
20       Q.  You agree that you're aware that mar -- that
21   they continue their marketing.
22       A.  Yes.  And I agree that they do that.  I do
23   the same.
24       Q.  Okay.  And you've been requesting from them
25   since 2012, you and Dr. Sessler, to fund studies to --

45 (Pages 177 to 180)