UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MDL No.  15-2666 (JNE/DTS)

In re Bair Hugger Forced Air Warming
Products Liability Litigation

This Document Relates to:

All Actions

**(Proposed) ORDER GRANTING PLAINTIFF'S RULE 26(e) MOTION TO COMPEL**

Before the Court is Plaintiffs' Rule 26(E) Motion.

Based on the motion papers and argument presented, IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED.

Date: _____

BY THE COURT

_____
HON. DAVID T. SCHULTZ

1