UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 2666 (JNE/DTS) |

---

| | |
|---|---|
| This Document Relates to All Actions | **NOTICE OF HEARING ON MOTION TO COMPEL DEFENDANTS' TO SUPPLEMENT DISCOVERY RESPONSES PURSUANT TO FRCP 26** |

---

**PLEASE TAKE NOTICE** that the undersigned will bring Plaintiff's Motion to Compel Supplemental Discovery Responses, pursuant to Federal Rule 26(e), for hearing before the Honorable David Schultz, of the above-named court, on January 24, 2019 at 10:00 am or as soon thereafter as counsel may be heard.

Dated:  December 28, 2018                    Respectfully submitted,

Michael V. Ciresi (MN #0016949)         Genevieve M. Zimmerman (MN #330292)
Jan M. Conlin (MN #0192697)             MESHBESHER & SPENCE, LTD.
CIRESI CONLIN LLP                       1616 Park Avenue South
225 S. 6th St., Suite 4600              Minneapolis, MN 55404
Minneapolis, MN 55402                   Phone: (612) 339-9121
Phone: 612.361.8202                     Fax: (612) 339-9188
Email:  MVC@CiresiConlin.com            Email:  gzimmerman@meshbesher.com
        JMC@CiresiConlin.com

Ben W. Gordon, Jr. (*Pro Hac Vice*)     Gabriel Assaad – *Pro Hac Vice*
LEVIN, PAPANTONIO, THOMAS,              David W. Hodges – *Pro Hac Vice*
MITCHELL, RAFFERTY & PROCTOR,           KENNEDY HODGES, LLP
P.A.                                    711 W. Alabama Street

316 South Baylen Street, Suite 600
Pensacola, FL 32502-5996
Phone: (850) 435-7091
Fax: (850) 435-7020
Email:  bgordon@levinlaw.com

Kyle Farrar (MN#397942)
Mark D. Bankston
FARRAR & BALL, LLP
1010 Lamar, Suite 1600
Houston, Texas 77002
713.221.8300 Telephone
713.221.8301 Fax
Email: kyle@fbtrial.com
        mark@fbtrial.com

Houston, TX 77006
Phone: (713) 523-0001
Email: gassaad@kennedyhodges.com

***Counsel for Plaintiffs***