

**Benjamin W. Hulse**
**Direct Dial: 612-343-3256**
E-Mail: **bhulse@blackwellburke.com**

January 3, 2019

**VIA ECF**

The Honorable David T. Schultz
Magistrate Judge, United States District Court
District of Minnesota
9E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN  55415

RE:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
        MDL No. 15-2666-JNE-DTS

Dear Judge Schultz:

Defendants respectfully request an extension until January 17, 2019 to file their opposition to Plaintiffs' Motion to Compel Defendants to Supplemental Discovery Responses (Dkt. No. 1656), which was filed on December 28, 2018.  (Pursuant to the Local Rules, Defendants' opposition is presently due tomorrow, January 4.)  Plaintiffs' motion is noticed to be heard by Your Honor on January 24, 2019 at 10:00 a.m., so Defendants' response will still be on file 7 days before the hearing.  Plaintiffs do not oppose this request.

Sincerely,

*/s/ Benjamin W. Hulse*

Benjamin W. Hulse
Counsel for Defendants

BWH:ck