# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Devices Products Liability Litigation | MDL No. 15-2666 (JNE/DTS) |
| This Document Relates to: *Ruffin v. 3M Co., et al.*, No. 16-cv-02511 (JNE/DTS) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed with prejudice, each party to bear its own costs.

IT IS SO STIPULATED:

Dated: January 4, 2019   **JOHNSON BECKER PLLC**

*s/ Lisa Ann Gorshe*
Lisa Ann Gorshe, Esq (MN 029522X)
**JOHNSON BECKER PLLC**
444 Cedar Street, Ste 1800
St. Paul, MN  55101
Tel: (612) 436-1800
lgorshe@johnsonbecker.com

*Attorney for Plaintiff*

2

**BLACKWELL BURKE P.A.**

*s/ Benjamin W. Hulse*
Jerry W. Blackwell (MN #186867)
Benjamin W. Hulse (MN #0390952)
Mary S. Young (MN #0392781)
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3200
Fax: (612) 343-3205
blackwell@blackwellburke.com
bhulse@blackwellburke.com
myoung@blackwellburke.com

*Attorneys for Defendants 3M Company and Arizant Healthcare, Inc.*