UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CIVIL MOTION HEARING MINUTES

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Devices Products Liability Litigation | COURT MINUTES - CIVIL<br>BEFORE: DAVID T. SCHULTZ<br>U.S. Magistrate Judge |

Case No.: 15-MD-2666 (JNE/DTS)

| | |
|---|---|
| Date: | Jan. 24, 2019 |
| Court Reporter: | Maria Weinbeck |
| Location: | Mpls. 9E |
| Time Commenced: | 10:06 a.m. |
| Recess: | 11:04 a.m. |
| Resume: | 11:21 a.m. |
| Time Concluded: | 11:34 a.m. |
| Sealed Hearing Time: | N/A |
| Total Time: | 1 hour 11 min |

APPEARANCES:   Genevieve Zimmerman, Esq. on behalf of plaintiff.

Mary Young, Esq. on behalf of defendants.

PROCEEDINGS:
#1656: Plaintiffs' Motion to Compel Defendants to Supplement Discovery Responses Pursuant to FRCP 26

☐   Motion(s) taken under advisement

☒   Order to be issued
☐   No Order to be issued
☐   R&R to be issued
☐   No R&R to be issued

☐   Exhibits retained by the Court
☐   Exhibits returned to counsel

NOTES:

s/ A. Spillane
*Law Clerk*