## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Devices Products Liability Litigation | MDL No. 15-2666 (JNE/DTS) |
| This Document Relates to: ALL CASES | **[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION FOR RECONSIDERATION OF THE COURT'S DECEMBER 13, 2017 ORDER ON GENERAL CAUSATION** |

This matter is before the Court pursuant to Defendants' Motion for Reconsideration of the Court's December 13, 2017 Order on General Causation.

The Court, having considered the Motion, the arguments of counsel, and the files, records, and proceedings herein, states that:

**IT IS HEREBY ORDERED** that Defendants' Motion for Reconsideration of the Court's December 13, 2017 Order on General Causation is GRANTED.  Accordingly, the opinions of Plaintiffs' medical experts are excluded; the opinions and model of Plaintiffs' computational fluid dynamics (CFD) expert, Dr. Elghobashi, are excluded; and the Court grants summary judgment in favor of Defendants in all cases pending in this MDL.


Dated: _____, 2019        _____
                                      United States District Court Judge