# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Devices Products Liability Litigation | MDL No. 15-2666 (JNE/DTS) |
| This Document Relates to: ALL CASES | **NOTICE OF HEARING ON DEFENDANTS' MOTION FOR RECONSIDERATION OF THE COURT'S DECEMBER 13, 2017 ORDER ON GENERAL CAUSATION** |

PLEASE TAKE NOTICE THAT on a date and time to be determined, before the Honorable Joan N. Ericksen, United States District Court, 12W U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, Defendants 3M Company and Arizant Healthcare Inc. (together, "Defendants") will move this Court to reconsider its December 13, 2017 Order, and exclude Plaintiffs' medical experts; exclude the model of Plaintiffs' computational fluid dynamics (CFD) expert, Dr. Elghobashi; and grant summary judgment in favor of Defendants.

Dated:  January 24, 2019            Respectfully submitted,

                                                     *s/Benjamin W. Hulse*
                                                   Jerry W. Blackwell (MN #186867)
                                                   Benjamin W. Hulse (MN #0390952)
                                                   Mary S. Young (MN #0392781)
                                                   BLACKWELL BURKE P.A.
                                                   431 South Seventh Street, Suite 2500
                                                   Minneapolis, MN 55415
                                                   Phone: (612) 343-3248
                                                   Fax: (612) 343-3205
                                                   Email: blackwell@blackwellburke.com
                                                                  bhulse@blackwellburke.com
                                                                  myoung@blackwellburke.com

2

Lyn Peeples Pruitt
MITCHELL WILLIAMS SELIG
  GATES & WOODYARD
425 West Capitol Avenue, Suite 1800
Little Rock, AR 72201-3525
Phone: (501) 688-8869
Fax: (501) 688-8807
Email: lpruitt@mwlaw.com

Bridget M. Ahmann (MN #016611x)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Phone: (612) 766-7000
Fax: (612) 766-1600
Email: bridget.ahmann@faegrebd.com

**Counsel for Defendants 3M Company and Arizant Healthcare Inc.**