# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## TELEPHONE CONFERENCE MINUTES

|  |  |
|---|---|
| In re: Bair Hugger Forced Air Warming Devices Products Liability Litigation | **COURT MINUTES**<br>BEFORE: David T. Schultz<br>United States Magistrate Judge<br><br>Case No.   15-md-2666 (JNE/DTS)<br>Date:   January 25, 2019<br>Time Commenced:  2:00 p.m.<br>Time Concluded:   2:20 p.m.<br>Total Time:   20 min. |

APPEARANCES:

    Plaintiff(s):    Genevieve Zimmerman, Ben Gordan, Gabriel Assad
    Defendant(s):    Ben Hulse, Monica Davies

PROCEEDINGS:   The Court held a telephone conference with counsel for Plaintiffs and Defendants to discuss the topic of inadvertent publication of documents ordered sealed by this Court.

IT IS HEREBY ORDERED:

1. Should any document sealed by order of this Court be filed publicly in any future proceeding in this Court, the responsible filing attorney will be subject to monetary or other sanctions;

2. Plaintiff's leadership shall communicate this order to all Plaintiff's counsel of record.


Date:  January 25, 2019                      s/David T. Schultz
                                                                                 David T. Schultz
                                                                                 U.S. Magistrate Judge