## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

IN RE: BAIR HUGER FORCED            NO. 15-MD-2666 (JNE/DTS)
AIR WARMING DEVICES PRODUCTS
LIABILITY LITIGATION                      **ORDER**

The Court, being duly advised in the premises, upon all the files, records and proceedings herein, and for the reasons stated on the record, now makes and enters the following Order.

IT IS HEREBY ORDERED that:

1.    Plaintiffs' Motion to Compel Defendants to Supplement Discovery Responses Pursuant to Fed. R. Civ. P. 26 [Docket No. 1656] is GRANTED IN PART AND DENIED IN PART.

2.    Plaintiffs' Motion is GRANTED to the extent it seeks:

    a.    Any further communications with the Food & Drug Administration regarding the FDA's August 30, 2017 letter since Defendants' last production of documents.

    b.    Since January 1, 2018, any communications between Defendants and the International Consensus on Prevention of Periprosthetic Joint Infection (ICOS), or 3M internal documents discussing the ICOS relating to the topic of general causation.

    c.    Since January 1, 2018, any communications with the RIIiO pilot study team and any 3M internal documents discussing the RIIiO study relating to the topic of general causation.

3.    Plaintiffs' Motion is DENIED in all other respects.

Dated: January 30 2019                    s/David T. Schultz
                                          DAVID T. SCHULTZ
                                          United States Magistrate Judge