# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Devices Products Liability Litigation | MDL No. 15-2666 (JNE/DTS) |
| This Document Relates to: ALL CASES | **NOTICE OF HEARING ON DEFENDANTS' RULE 37 MOTION TO BAR PLAINTIFFS' PREVIOUSLY-EXCLUDED GENERAL CAUSATION EXPERT OPINIONS** |

PLEASE TAKE NOTICE THAT on February 26, 2019, at 1:00 p.m., before the Honorable David T. Shultz, United States District Court, 9E U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, Defendants 3M Company and Arizant Healthcare Inc. (together, "Defendants") will move this Court for an order barring Plaintiffs' general causation expert reports of Nathan Bushnell and Yadin David, and for an award of costs and fees incurred in connection with this Motion.

Dated: February 1, 2019

Respectfully submitted,

_s/Benjamin W. Hulse_

Jerry W. Blackwell (MN #186867)
Benjamin W. Hulse (MN #0390952)
Mary S. Young (MN #0392781)
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3200
Fax: (612) 343-3205
Email: blackwell@blackwellburke.com
        bhulse@blackwellburke.com
        myoung@blackwellburke.com

Bridget M. Ahmann (MN #016611x)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Phone: (612) 766-7000
Email: bridget.ahmann@faegrebd.com

Lyn Peeples Pruitt
MITCHELL WILLIAMS SELIG
  GATES & WOODYARD
425 West Capitol Avenue, Suite 1800
Little Rock, AR 72201-3525
Phone: (501) 688-8869
Fax: (501) 688-8807
Email: lpruitt@mwlaw.com

**Counsel for Defendants 3M Company
and Arizant Healthcare Inc.**

2