## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Devices Products Liability Litigation | MDL No. 15-2666 (JNE/DTS) |
| This Document Relates to: ALL CASES | **RULE 7.1(F) CERTIFICATE OF COMPLIANCE REGARDING DEFENDANTS' MEMORANDUM IN SUPPORT OF SECOND RULE 37 MOTION TO BAR PLAINTIFFS' GENERAL CAUSATION EXPERT OPINIONS** |

I, Benjamin W. Hulse, certify that Defendants' Memorandum in Support of Second Rule 37 Motion to Bar Plaintiffs' General Causation Expert Opinions ("Memorandum") complies with the limits of Local Rule 7.1(f) and with the type-size limit of Local Rule 7.1(h).

I further certify that, in preparation of the above document, I used Microsoft Word 2016, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the Memorandum contains 1,265 words.

Dated: February 1, 2019                Respectfully submitted,

*s/ Benjamin W. Hulse*
Benjamin W. Hulse (MN #0390952)
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3200
Fax: (612) 343-3205
Email: bhulse@blackwellburke.com

**Counsel for Defendants 3M Company and Arizant Healthcare Inc.**