# EXHIBIT C

```
 1                    UNITED STATES DISTRICT COURT

 2                        DISTRICT OF MINNESOTA

 3     ---------------------------------------------------------
                                    )
 4                                  )
        In Re:  Bair Hugger Forced Air  )   File No. 15-MD-2666
 5      Warming Devices Products        )   (JNE/DTS)
        Liability Litigation            )
 6                                  )   September 6, 2018
                                    )   Minneapolis, Minnesota
 7                                  )   Courtroom 9E
                                    )   9:00 a.m.
 8                                  )
                                    )
 9     ---------------------------------------------------------

10              BEFORE THE HONORABLE DAVID T. SCHULTZ
                    UNITED STATES MAGISTRATE JUDGE
11

12                         (MOTIONS HEARING)

13     APPEARANCES

14     FOR THE PLAINTIFFS:         MESHBESHER & SPENCE LTD.
                                   Genevieve M. Zimmerman
15                                 1616 Park Avenue
                                   Minneapolis, MN  55404
16
       FOR THE DEFENDANT:          BLACKWELL BURKE P.A.
17                                 Mary Young
                                   Peter Goss
18                                 Ben Hulse
                                   431 South Seventh Street
19                                 Suite 2500
                                   Minneapolis, MN  55415
20

21     COURT REPORTER:             Maria V. Weinbeck, RMR, FCRR
                                   U.S. Courthouse
22                                 300 South Fourth Street
                                   Suite 1005
23                                 Minneapolis, MN  55415

24
                Proceedings recorded by mechanical stenography;
25     transcript produced by computer.
```

1  not allowed to get into, and then to get into the case
2  specific workup.
3          So if we had changed the caption, if we had
4  changed the caption and instead of saying for Dr. Bushnell,
5  say that this is Axline specific, and say that he's going to
6  offer the following as impeachment if he's called during
7  Axline, would that be permitted?
8          THE COURT: No, that wouldn't change it. I agree
9  with you, but the point is his opinions are, the plaintiff
10 isn't saying this is only relevant to the Axline case, which
11 I think you've conceded, and I get that. I understand
12 you're really making a different argument.
13         What I'm saying is that as I understand the
14 Court's prior orders, if you want to have Dr. Bushnell
15 testify in the Axline trial, what you would have to do is
16 have Dr. Bushnell or Dr. Elghobashi, or however you
17 pronounce it --
18         MS. ZIMMERMAN: Well done, Your Honor.
19         THE COURT: -- actually model the Axline surgery
20 suite and run computational fluid dynamics computational
21 fluid dynamics in that suite, and then say given the
22 particulars of that surgery suite X follows or Y follows or
23 what have you. And so I mean I think the issue just simply
24 comes down to this is a rebuttal to nothing that is newly
25 disclosed. It's beyond the time period for general