UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Devices Products Liability Litigation | MDL No. 15-2666 (JNE/DTS) |
| This Document Relates to:<br>ALL CASES | **MEET AND CONFER STATEMENT REGARDING DEFENDANTS' SECOND RULE 37 MOTION TO BAR PLAINTIFFS' GENERAL CAUSATION EXPERT OPINIONS** |

The undersigned counsel for Defendants 3M Company and Arizant Healthcare Inc. (collectively, "Defendants") certifies that counsel for Defendants attempted to meet and confer with counsel for Plaintiffs via email on January 29, 2019. Plaintiffs have not responded to Defendants, and have not agreed to withdraw the expert reports of Nathan Bushnell and Yadin David served on January 25, 2019.

Dated: February 1, 2019

Respectfully submitted,

*s/Benjamin W. Hulse*
Benjamin W. Hulse (MN #0390952)
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3200
Fax: (612) 343-3205
Email: bhulse@blackwellburke.com

**Attorney for Defendants 3M Company and Arizant Healthcare Inc.**