## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Devices Products Liability Litigation | MDL No. 15-2666 (JNE/DTS) |
| This Document Relates to:<br>ALL CASES | **[PROPOSED] ORDER REGARDING DEFENDANTS' SECOND RULE 37 MOTION TO BAR PLAINTIFFS' GENERAL CAUSATION EXPERT OPINIONS** |

This matter is before the Court pursuant to Defendants' Second Rule 37 Motion to Bar Plaintiffs' General Causation Expert Opinions.

The Court, having considered the Motion, the arguments of counsel, and the files, records, and proceedings herein, states that:

**IT IS HEREBY ORDERED** that Defendants' Second Motion to Bar Plaintiffs' General Causation Expert Opinions is GRANTED. Accordingly, Plaintiffs are barred from using the opinions of Nathan Bushnell and Yadin David disclosed on January 25, 2019, in any motion, hearing, or trial in the MDL. Plaintiffs are further ordered to pay Defendants costs and fees incurred in connection with this Motion.

Dated: _____, 2019     _____
                                    United States District Court Judge