UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| **PLAINTIFF**<br><br>**BRENDA GOHL**<br><br>VS.<br><br>**3M COMPANY AND ARIZANT HEALTHCARE, INC.** | Docket: 18-cv-1571 |

## SUGGESTION OF DEATH UPON THE RECORD UNDER RULE 25(a)

Pursuant to Fed. R. Civ. P. 25 (a)(1) and Pretrial Order No. 23, filed in this Court on January 8, 2018, Plaintiff's counsel hereby files this Suggestion of Death in the above-captioned matter. Plaintiff, Brenda Gohl, died October 9, 2018 at 9:26 a.m. Plaintiff's death certificate lists Plaintiff's immediate cause of death as sepsis due to wounds of the hips and buttocks.

Respectfully submitted,

**JONES WARD PLC**

*/s/ Alex C. Davis*
Alex C. Davis
Jasper D. Ward IV
The Pointe
1205 E. Washington Street, Suite 111
Louisville, KY 40206
T: (502) 882-6000
F: (502) 587-2007
jasper@jonesward.com
alex@jonesward.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, February 6, 2019, a true and correct copy of the foregoing was filed and served electronically via the CM/ECF system, which automatically sends a copy to all counsel of record.

s/ *Alex C. Davis*
Alex C. Davis