

Benjamin W. Hulse
Direct Dial:  612-343-3256
E-Mail:  bhulse@blackwellburke.com

February 7, 2019

**VIA ECF**

Magistrate Judge David T. Schultz
United States District Court
9E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN  55415

RE:  *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
     MDL No. 15-2666-JNE-DTS

Dear Judge Schultz:

On Tuesday, Plaintiffs withdrew the Bushnell and David expert reports they served in the *Trombley* bellwether case.  Accordingly, Defendants withdraw their pending Second Rule 37 Motion to Bar Plaintiffs' General Causation Expert Opinions (MDL Dkt. No. 1731).  The Court may cancel the hearing set for February 26, 2018, at 1:00 p.m.  Please do not hesitate to contact me with any questions.

Sincerely,

*s/ Benjamin W. Hulse*

Benjamin W. Hulse
BWH/ck