UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Products Liability Litigation  _____  This Document Relates To:  *Rhoton, et al.,* 15-cv-4360-JNE-DTS  *Heil*, 16-cv-1930-JNE-DTS  *Taylor*, 17-cv-0199-JNE-DTS  *Hylas*, 17-cv-0967-JNE-DTS  *Bucci*, 17-cv-1073-JNE-DTS  *Payton*, 17-cv-1222-JNE-DTS  *Prilo*, 17-cv-1249-JNE-DTS  *McKinney, et al.*, 17-cv-1503-JNE-DTS  *Caruso*, 17-cv-1985-JNE-DTS  *Hayes, et al.*, 17-cv-2572-JNE-DTS  *Luttrell*, 17-cv-2992-JNE-DTS  *Benson*, 17-cv-3304-JNE-DTS  *Barker*, 17-cv-3806-JNE-DTS  *Chapman*, 17-cv-3850-JNE-DTS  *Renfroe*, 17-cv-3914-JNE-DTS  *Ray*, 17-cv-4214-JNE-DTS  *Burch*, 17-cv-4288-JNE-DTS  *Capone*, 17-cv-5274-JNE-DTS  *Kappmeyer*, 18-cv-00515-JNE-DTS  *Syler*, 18-cv-0525-JNE-DTS  *Dollard*, 18-cv-0776-JNE-DTS  *Beard et al.*, 18-cv-0833-JNE-DTS  *Gohl*, 18-cv-1571-JNE-DTS  *Sahr*, 18-cv-1712-JNE-DTS  *Hiser*, 18-cv-2289-JNE-DTS | MDL No. 15-2666 (JNE/DTS)  **DEFENDANTS' SIXTH MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 23 AND/OR FED. R. CIV. P. 25(a) AND 41(b)** |

Pursuant to Pretrial Order No. 23 and Federal Rules of Procedure 25(a) and 41(b), Defendants 3M Company ("3M") and Arizant Healthcare Inc. ("Arizant") (collectively, "Defendants") respectfully move the Court to dismiss the following actions with prejudice for failure to comply with Pretrial Order No. 23 and Fed. R. Civ. P. 25(a) and 41(b):

| Case Number | Title | Firm Name |
| --- | --- | --- |
| 15-cv-4360-JNE-DTS | *Rhoton et al. v. 3M Co., et al.* | Pittman, Dutton & Hellums, P.C |
| 16-cv-1930-JNE-DTS | *Heil v. 3M Co., et al.* | Kirtland and Packard LLP |
| 17-cv-0199-JNE-DTS | *Taylor v. 3M Co., et al.* | Bernstein Liebhard LLP |
| 17-cv-0967-JNE-DTS | *Hylas v. 3M Co., et al.* | Bailey Peavy Bailey Cowan Heckaman, PLLC |
| 17-cv-1073-JNE-DTS | *Bucci v. 3M Co., et al.* | Schlichter Bogard & Denton, LLP |
| 17-cv-1222-JNE-DTS | *Payton v. 3M Co., et al.* | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 17-cv-1249-JNE-DTS | *Prilo v. 3M Co., et al.* | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 17-cv-1503-JNE-DTS | *McKinney et al. v. 3M Co., et al.* | Brown and Crouppen, P.C. |
| 17-cv-1985-JNE-DTS | *Caruso v. 3M Co., et al.* | Kennedy Hodges, LLP |
| 17-cv-2572-JNE-DTS | *Hayes et al. v. 3M Co., et al.* | Brown & Crouppen, P.C. |
| 17-cv-2992-JNE-DTS | *Luttrell v. 3M Co., et al.* | Kennedy Hodges, LLP |
| 17-cv-3304-JNE-DTS | *Benson v. 3M Co., et al.* | Brown & Crouppen, P.C. |
| 17-cv-3806-JNE-DTS | *Barker v. 3M Co., et al.* | Kennedy Hodges, LLP |
| 17-cv-3850-JNE-DTS | *Chapman v. 3M Co., et al.* | Kennedy Hodges, LLP |
| 17-cv-3914-JNE-DTS | *Renfroe v. 3M Co., et al.* | Kennedy Hodges, LLP |
| 17-cv-4214-JNE-DTS | *Ray v. 3M Co., et al.* | Kennedy Hodges, LLP |
| 17-cv-4288-JNE-DTS | *Burch v. 3M Co., et al.* | Loncar & Associates |
| 17-cv-5274-JNE-DTS | *Capone v. 3M Co., et al.* | Bernstein Liebhard LLP |
| 18-cv-0515-JNE-DTS | *Kappmeyer v. 3M Co., et al.* | Kirtland and Packard LLP |
| 18-cv-0525-JNE-DTS | *Syler v. 3M Co., et al.* | Kennedy Hodges, LLP |
| 18-cv-0776-JNE-DTS | *Dollard v. 3M Co., et al.* | Justinian & Associates PLLC |

| 18-cv-0833-JNE-DTS | *Beard et al. v. 3M Co., et al.* | Brown & Crouppen, P.C. |
| --- | --- | --- |
| 18-cv-1571-JNE-DTS | *Gohl v. 3M Co., et al.* | Jones Ward PLC |
| 18-cv-1712-JNE-DTS | *Sahr v. 3M Co., et al.* | Kennedy Hodges, LLP |
| 18-cv-2289-JNE-DTS | *Hiser v. 3M Co., et al.* | Kennedy Hodges, LLP |

As set forth in the Memorandum in Support of Defendants' Sixth Motion to Dismiss Cases for Failure to Comply with Pretrial Order No. 23 and/or Fed. R. Civ. P. 25(a) and 41(b), the above-referenced 25 matters have failed to meet the requirements of this Court's Order and the federal rules, and dismissal is appropriate.

Dated: February 7, 2019                             Respectfully submitted,

*s/Benjamin W. Hulse*
Jerry W. Blackwell (MN #186867)
Benjamin W. Hulse (MN #0390952)
Mary S. Young (MN #0392781)
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3200
Fax: (612) 343-3205
Email: blackwell@blackwellburke.com
bhulse@blackwellburke.com
myoung@blackwellburke.com

***Counsel for Defendants 3M Company and Arizant Healthcare Inc.***