UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Products Liability Litigation  _____  This Document Relates To:  *Rhoton, et al.,* 15-cv-4360-JNE-DTS  *Heil*, 16-cv-1930-JNE-DTS  *Taylor*, 17-cv-0199-JNE-DTS  *Hylas*, 17-cv-0967-JNE-DTS  *Bucci*, 17-cv-1073-JNE-DTS  *Payton*, 17-cv-1222-JNE-DTS  *Prilo*, 17-cv-1249-JNE-DTS  *McKinney, et al.*, 17-cv-1503-JNE-DTS  *Caruso*, 17-cv-1985-JNE-DTS  *Hayes, et al.*, 17-cv-2572-JNE-DTS  *Luttrell*, 17-cv-2992-JNE-DTS  *Benson*, 17-cv-3304-JNE-DTS  *Barker*, 17-cv-3806-JNE-DTS  *Chapman*, 17-cv-3850-JNE-DTS  *Renfroe*, 17-cv-3914-JNE-DTS  *Ray*, 17-cv-4214-JNE-DTS  *Burch*, 17-cv-4288-JNE-DTS  *Capone*, 17-cv-5274-JNE-DTS  *Kappmeyer*, 18-cv-00515-JNE-DTS  *Syler*, 18-cv-0525-JNE-DTS  *Dollard*, 18-cv-0776-JNE-DTS  *Beard et al.*, 18-cv-0833-JNE-DTS  *Gohl*, 18-cv-1571-JNE-DTS  *Sahr*, 18-cv-1712-JNE-DTS  *Hiser*, 18-cv-2289-JNE-DTS | MDL No. 15-2666 (JNE/DTS)  **RULE 7.1(F) CERTIFICATE OF COMPLIANCE REGARDING DEFENDANTS' SIXTH MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 23 AND/OR FED. R. CIV. P. 25(a) AND 41(b)** |

I, Benjamin W. Hulse, certify that Defendants' Memorandum in Support of Defendants' Sixth Motion to Dismiss Cases for Failure to Comply with Pretrial Order No. 23 and/or Fed. R. Civ. P. 25(a) and 41(b) ("Memorandum") complies with Local Rule 7.1(f) and with the type-size limit of Local Rule 7.1(h).

I further certify that, in preparation of the Memorandum, I used Microsoft® Word 2016, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the Memorandum contains 2197 words.

Dated: February 7, 201                                Respectfully submitted,


                                                        *s/Benjamin W. Hulse*
Jerry W. Blackwell (MN #186867)
Benjamin W. Hulse (MN #0390952)
Mary S. Young (MN #0392781)
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3200
Fax: (612) 343-3205
Email: blackwell@blackwellburke.com
       bhulse@blackwellburke.com
       myoung@blackwellburke.com

*Counsel for Defendants 3M Company and Arizant Healthcare Inc.*