UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Products Liability Litigation<br><br>_____<br><br>This Document Relates To:<br><br>*Rhoton, et al.,* 15-cv-4360-JNE-DTS<br>*Heil*, 16-cv-1930-JNE-DTS<br>*Taylor*, 17-cv-0199-JNE-DTS<br>*Hylas*, 17-cv-0967-JNE-DTS<br>*Bucci*, 17-cv-1073-JNE-DTS<br>*Payton*, 17-cv-1222-JNE-DTS<br>*Prilo*, 17-cv-1249-JNE-DTS<br>*McKinney, et al.*, 17-cv-1503-JNE-DTS<br>*Caruso*, 17-cv-1985-JNE-DTS<br>*Hayes, et al.*, 17-cv-2572-JNE-DTS<br>*Luttrell*, 17-cv-2992-JNE-DTS<br>*Benson*, 17-cv-3304-JNE-DTS<br>*Barker*, 17-cv-3806-JNE-DTS<br>*Chapman*, 17-cv-3850-JNE-DTS<br>*Renfroe*, 17-cv-3914-JNE-DTS<br>*Ray*, 17-cv-4214-JNE-DTS<br>*Burch*, 17-cv-4288-JNE-DTS<br>*Capone*, 17-cv-5274-JNE-DTS<br>*Kappmeyer*, 18-cv-00515-JNE-DTS<br>*Syler*, 18-cv-0525-JNE-DTS<br>*Dollard*, 18-cv-0776-JNE-DTS<br>*Beard et al.*, 18-cv-0833-JNE-DTS<br>*Gohl*, 18-cv-1571-JNE-DTS<br>*Sahr*, 18-cv-1712-JNE-DTS<br>*Hiser*, 18-cv-2289-JNE-DTS | MDL No. 15-2666 (JNE/DTS)<br><br>**MEET AND CONFER STATEMENT REGARDING DEFENDANTS' SIXTH MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 23 AND/OR FED. R. CIV. P. 25(a) AND 41(b)** |

1

The undersigned counsel for Defendants 3M Company and Arizant Healthcare Inc. (collectively "Defendants") certifies that counsel for Defendants met and conferred with counsel for Plaintiffs in the above-referenced matters as follows:

1. On February 5, 2019, Defendants' counsel sent emails to counsel at each of the firms representing the above plaintiffs, requesting that they stipulate to a dismissal with prejudice of plaintiffs' actions by 5:00pm on February 6, 2019. Defendants' counsel indicated that if an agreement was not reached, Defendants would file a motion to dismiss the cases with prejudice.

2. On February 5, 2019, Defendants' counsel received a response from counsel for *Benson*, 17-cv-3304; *McKinney et al.*, 17-cv-1503; *Beard et al.*, 18-cv-0833; and *Hayes et al.*, 17-cv-2572 requesting more time to respond to the meet and confer. Defendants responded that they would file the motion in order to reserve a hearing at the next status conference, but would withdraw the motion as to these plaintiffs if a stipulation for dismissal with prejudice is reached in the future.

3. On February 6, 2019, Defendants' counsel received responses from counsel for *Hylas*, 17-cv-0967 and counsel for *Bucci*, 17-cv-1073 indicating that they would not stipulate to a dismissal.

4. On February 6, 2019, Defendants received a phone call from counsel for plaintiff *Rhoton et al.*, 15-cv-4360, requesting extra time to comply with PTO 23. Counsel for Mr. Rhoton indicated that he had attempted to reach plaintiff and his relatives with no

success, that he could not recall his last interaction with plaintiff or his relatives, and that he was not sure if he had previously been informed of plaintiff's death before receiving Defendants' email. Counsel for the parties were not able to stipulate to a resolution of the matter.

5. On February 6, 2019, Defendants received an email from counsel for *Burch*, 17-cv-4288 indicating that they would not stipulate to a dismissal with prejudice.

6. On February 6, 2019 Defendants received an email from counsel for *Gohl*, 18-cv-1571 indicating that he did not agree with Defendants' interpretation of PTO 23 and would not stipulate to a dismissal.

7. On February 6, 2019 Defendants received an email from counsel for *Dollard*, 18-cv-0776 indicating that they have not been able to establish contact with plaintiff or her relatives, and are therefore not able to agree to dismissal with prejudice.

Hence, counsel for Plaintiffs and Defendants were unable to reach an agreement to stipulate to dismiss with prejudice any of the above cases.

Dated: February 7, 2019                    Respectfully submitted,

                                                              *s/Benjamin W. Hulse*
                                                              Benjamin W. Hulse (MN #0390952)
                                                              BLACKWELL BURKE P.A.
                                                              431 South Seventh Street, Suite 2500
                                                              Minneapolis, MN 55415
                                                              Phone: (612) 343-3200
                                                              Fax: (612) 343-3205
                                                              Email: bhulse@blackwellburke.com
                                                              **Counsel for Defendants 3M Company and Arizant Healthcare Inc.**