UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Products Liability Litigation _____ This Document Relates To: *Rhoton, et al.,* 15-cv-4360-JNE-DTS *Heil*, 16-cv-1930-JNE-DTS *Taylor*, 17-cv-0199-JNE-DTS *Hylas*, 17-cv-0967-JNE-DTS *Bucci*, 17-cv-1073-JNE-DTS *Payton*, 17-cv-1222-JNE-DTS *Prilo*, 17-cv-1249-JNE-DTS *McKinney, et al.*, 17-cv-1503-JNE-DTS *Caruso*, 17-cv-1985-JNE-DTS *Hayes, et al.*, 17-cv-2572-JNE-DTS *Luttrell*, 17-cv-2992-JNE-DTS *Benson*, 17-cv-3304-JNE-DTS *Barker*, 17-cv-3806-JNE-DTS *Chapman*, 17-cv-3850-JNE-DTS *Renfroe*, 17-cv-3914-JNE-DTS *Ray*, 17-cv-4214-JNE-DTS *Burch*, 17-cv-4288-JNE-DTS *Capone*, 17-cv-5274-JNE-DTS *Kappmeyer*, 18-cv-00515-JNE-DTS *Syler*, 18-cv-0525-JNE-DTS *Dollard*, 18-cv-0776-JNE-DTS *Beard et al.*, 18-cv-0833-JNE-DTS *Gohl*, 18-cv-1571-JNE-DTS *Sahr*, 18-cv-1712-JNE-DTS *Hiser*, 18-cv-2289-JNE-DTS | MDL No. 15-2666 (JNE/DTS) **(PROPOSED) ORDER GRANTING DEFENDANTS' SIXTH MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 23 AND/OR FED. R. CIV. P. 25(a) AND 41(b)** |

_____

This came before the Court on Defendants 3M Company's and Arizant Healthcare Inc.'s (collectively "Defendants") Sixth Motion to Dismiss Cases for Failure to Comply with Pretrial Order No. 23 and/or Fed. R. Civ. P. 25(a) and 41(b).

Based on the files, records, and proceedings herein,

IT IS HEREBY ORDERED that Defendants' motion is GRANTED and the following 25 actions are dismissed with prejudice:

| Case Number | Title | Firm Name |
| --- | --- | --- |
| 15-cv-4360-JNE-DTS | *Rhoton et al. v. 3M Co., et al.* | Pittman, Dutton & Hellums, P.C |
| 16-cv-1930-JNE-DTS | *Heil v. 3M Co., et al.* | Kirtland and Packard LLP |
| 17-cv-0199-JNE-DTS | *Taylor v. 3M Co., et al.* | Bernstein Liebhard LLP |
| 17-cv-0967-JNE-DTS | *Hylas v. 3M Co., et al.* | Bailey Peavy Bailey Cowan Heckaman, PLLC |
| 17-cv-1073-JNE-DTS | *Bucci v. 3M Co., et al.* | Schlichter Bogard & Denton, LLP |
| 17-cv-1222-JNE-DTS | *Payton v. 3M Co., et al.* | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 17-cv-1249-JNE-DTS | *Prilo v. 3M Co., et al.* | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 17-cv-1503-JNE-DTS | *McKinney et al. v. 3M Co., et al.* | Brown and Crouppen, P.C. |
| 17-cv-1985-JNE-DTS | *Caruso v. 3M Co., et al.* | Kennedy Hodges, LLP |
| 17-cv-2572-JNE-DTS | *Hayes et al. v. 3M Co., et al.* | Brown & Crouppen, P.C. |
| 17-cv-2992-JNE-DTS | *Luttrell v. 3M Co., et al.* | Kennedy Hodges, LLP |
| 17-cv-3304-JNE-DTS | *Benson v. 3M Co., et al.* | Brown & Crouppen, P.C. |
| 17-cv-3806-JNE-DTS | *Barker v. 3M Co., et al.* | Kennedy Hodges, LLP |
| 17-cv-3850-JNE-DTS | *Chapman v. 3M Co., et al.* | Kennedy Hodges, LLP |
| 17-cv-3914-JNE-DTS | *Renfroe v. 3M Co., et al.* | Kennedy Hodges, LLP |
| 17-cv-4214-JNE-DTS | *Ray v. 3M Co., et al.* | Kennedy Hodges, LLP |
| 17-cv-4288-JNE-DTS | *Burch v. 3M Co., et al.* | Loncar & Associates |

| | | |
|---|---|---|
| 17-cv-5274-JNE-DTS | *Capone v. 3M Co., et al.* | Bernstein Liebhard LLP |
| 18-cv-0515-JNE-DTS | *Kappmeyer v. 3M Co., et al.* | Kirtland and Packard LLP |
| 18-cv-0525-JNE-DTS | *Syler v. 3M Co., et al.* | Kennedy Hodges, LLP |
| 18-cv-0776-JNE-DTS | *Dollard v. 3M Co., et al.* | Justinian & Associates PLLC |
| 18-cv-0833-JNE-DTS | *Beard et al. v. 3M Co., et al.* | Brown & Crouppen, P.C. |
| 18-cv-1571-JNE-DTS | *Gohl v. 3M Co., et al.* | Jones Ward PLC |
| 18-cv-1712-JNE-DTS | *Sahr v. 3M Co., et al.* | Kennedy Hodges, LLP |
| 18-cv-2289-JNE-DTS | *Hiser v. 3M Co., et al.* | Kennedy Hodges, LLP |

LET JUDGMENT BE ENTERED ACCORDINGLY.


Date:                                           BY THE COURT


                                                _____
                                                JUDGE, U.S. DISTRICT COURT