# Exhibit T

# STATE OF MISSISSIPPI

## MISSISSIPPI STATE DEPARTMENT OF HEALTH
### VITAL RECORDS


13226270

**CERTIFICATE OF DEATH — STATE OF MISSISSIPPI**

FILING DATE: OCT 29 2018
STATE FILE NUMBER: 123-2018-056540

1. Decedent's Legal Name: Brenda L. Gohl
2. Sex: F
3a. Hour of Death: 0926 a
3b. Date of Death: 10/09/18
4. Race: Black or African American
5a. Age at Last Birthday: 46 Years
6. Date of Birth: [redacted]
7. Birth Place: MS
8. Place of Death: Inpatient
9a. Facility Name: Select Bel Haven 1225 N. State St 85A
9b. City: Jackson
9c. Zip: 39202
9d. County of Death: Hinds
10. Decedent's Education: High school graduate or GED completed
11. Marital Status: Divorced
13. Was Deceased Ever in U.S. Armed Forces: No
14. Hispanic Origin: No
15. Social Security Number: [redacted]
16a. Usual Occupation: Homemaker
16b. Kind of Business: Domestic
17a. Residence State: MS
17b. County: Bolivar
17c. City: Mound Bayou
17d. Zip: 38762
17e. Street: 416 MLK Drive
17f. Inside City Limits: Yes
18. Father's Name: Tilmon Clifton
19. Mother's Name: Inez Hackler
20a. Informant: Bobbie Clifton
20b. Relationship: Sister
20c. Mailing Address: 416 MLK Drive Mound Bayou, MS 38762
21a. Disposition: Cremation
21b. Cemetery/Crematory: Ray Linton
21c. Location: Cleveland
22a. Funeral Director License: 70-1196
22b. Funeral Home: Johnson & Scott Mortuary
22c. License: FE9759
22d. Mailing Address: 904 N. Chrisman Ave Cleveland, MS 38732
24a. Certifying Physician: Thomas E. LaGarde, MD
24b. Mailing Address: PO Box 321016 Flowood MS 39232
25b. Date Signed: 10/9/18
25c. State License Number: 16408

26. CAUSE OF DEATH PART I:
(a) Sepsis
(b) Wounds N hips/buttocks
(c)
(d)

27. PART II: Other Significant Conditions: Respiratory Failure, Ischemic extremities

---

THIS IS TO CERTIFY THAT THE ABOVE IS A TRUE AND CORRECT COPY OF THE CERTIFICATE ON FILE IN THIS OFFICE

10/31/2018    Judy Moulder
Judy Moulder
STATE REGISTRAR

WARNING: A REPRODUCTION OF THIS DOCUMENT RENDERS IT VOID AND INVALID. DO NOT ACCEPT UNLESS EMBOSSED SEAL OF THE MISSISSIPPI STATE BOARD OF HEALTH IS PRESENT. IT IS ILLEGAL TO ALTER OR COUNTERFEIT THIS DOCUMENT.

VERIFY PRESENCE OF WATERMARK — HOLD TO LIGHT TO VIEW
THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER. THIS IS WATERMARKED PAPER. DO NOT ACCEPT WITHOUT FIRST HOLDING TO LIGHT TO VERIFY WATERMARK.