# Exhibit A

Legacy.com    OBITUARIES | FUNERAL HOMES | NEWSPAPERS | SEND FLOWERS

| NEWS & ADVICE | MEMORIALS                    Search

Home › Obituaries › James Bruce Rhoton Obituary



James Bruce Rhoton

Not the right person? See All ▸

## Obituary                                    ✳ Send Flowers

### The New Gardendale Funeral Home - Gardendale Obituary

James was born on June 11, 1943 and passed away on Tuesday, August 21, 2018. James was a resident of Alabama at the time of passing. Visitation will be Saturday, August 25, 2018 from 5:00 p.m. until 7:00 p.m. at The New Gardendale Funeral Home. The funeral service will be Sunday, August 26, 2018 at 2:00 p.m. at the funeral home with burial to follow at Boldo Cemetery in Jasper.

## Guest Book

📷 Add Photo  |  📹 Add Video  |  🕯 Light A Candle

# Exhibit B

Sign In



## Betty Jean Heil

September 4, 1953 - July 3, 2018

**f Recommend**

Share Obituary:

  

Tribute Wall            Obituary & Events

## Obituary

Betty Jean Heil, age 64, of Edgewood, MD passed away on July 3, 2018 at Upper Chesapeake Medical Center in Bel Air, MD. Born in Baltimore, MD, she was the daughter of Helen V. (Weber) Merryweather and the late John T. Merryweather. Betty enjoyed scuba diving, skydiving, and knitting. She loved to play guitar and sing, she even sang the National Anthem at an Oriole's game at Memorial Stadium.

Mrs. Heil is survived by her husband, Clifton "Bob" Heil; son, Robert Heil and wife Angela; daughter, Jessica Heil and boyfriend, Robert Wills; grandchildren, Alexandra, Tristan, Rebecca, Dakota, Rowan, Kevin, Ruthie and Liliana; great-grandson, Grayson; siblings, Barbara Backof, John and Thomas Merryweather.

Flowers and live plants will be welcomed.

To send flowers to the family of Betty Jean Heil, please visit **Tribute Store. (https://mccomas-funeral-home-pa-abingdon.tributecenterstore.com?oId=3142664&tag=&mtph=1)**

**Hide** ∧

## Events

Share a memory            Send Flowers (https://mccomas-funeral-home-pa-abingdon.t

# Exhibit C

**Patricia Ruth Taylor(1947 - 2017)**

Patricia Ruth Taylor

Clyde, TX

Patricia "Pat" Ruth Taylor, 70, of Clyde returned to her heavenly home on Sunday, December 31, 2017 after a long struggle with illness. Her devotion to her family and her faith in God and her Lord Jesus Christ supported her in her struggle. She was a longtime member of the Clyde Church of Christ where she accepted Jesus Christ as her Lord and Savior.

Pat was born January 23, 1947 in Fairview, Pennsylvania to William and Rosa (Casbeer) Roche. They moved to San Saba when she was 14 and she was a 1963 graduate of San Saba High School.

Pat married Don Taylor on December 15, 1967 in Abilene. They were blessed with a large family. Pat was a very loving caregiver to her children, grandchildren and great grandchildren. Pat worked at the Clyde Head Start Program, where she touched the lives of many of the young people of Clyde. She and her husband owned and operated Little Pit Bar-B-Que in Clyde where she provided good home style meals for the Clyde Community and travelers along Interstate 20. She had also worked at the Hungry American from 1980 until 1982. Pat was actively involved in Goodfellows for five years, she was a Girl Scout Leader, 4-H volunteer, teaching sewing, and on the Little League Board.

Pat enjoyed attending any event the family was involved in, especially softball and baseball.

Pat is survived by her loving husband of 50 years, Don Taylor; son Dwayne Smith of Clyde; daughter Lisa Gober and husband Wayne of Midland; son Terry Taylor and wife Pam of Abilene and daughter Jennie Lowther and husband Pat of Brady; son-in-law James Freiman of Clyde; brothers, Joe Roche and wife Janie of Abilene, Mike Roche and wife Cathy of Abilene and Dennis Roche of Austin and sister Anita Owings and husband Don of Eunice, New Mexico.

Pat, also known as "GranniePat", left behind many grandchildren, great grandchildren and a plethora of nieces and nephews.

Pat was preceded in death by her parents and her daughter Cynthia Freiman, wife of James Freiman.

A remembrance service will be held 1:00PM Friday, January 5, 2018 at the Bailey Howard Funeral Home Chapel in Clyde with David Peterson officiating.

Online condolences may be made at www.baileyhowardfuneralhome.com

*Bailey~Howard*
FUNERAL HOME

**Funeral Home**
**Bailey-Howard Funeral Home - Clyde**
105 Oak Street  Clyde, TX 79510
325-893-4255

**Published in Abilene Reporter-News on Jan. 4, 2018**

# Exhibit D

https://grayparkerfuneralhome.com/tribute-ajax/print-obituary.html...

# Mark Kenneth Hylas

Mr. Mark Kenneth Hylas of Sparrowbush, NY passed away at home on Monday, January 15, 2018. He was 65 years old.

Mark, a man of wit with a passion for history, is survived by his beloved son and his daughter-in-law, Mark and Ariella Hylas of Belen, NM. Additionally, Mark had the pleasure of growing up with four siblings who cared for him deeply; Michael Hylas, Jamie Hylas, Jennifer Seidel, and Alexander Hylas.

Most notably, Mark was a dedicated husband and father; he had been married to Maureen J. Hylas for over thirty years, and dutifully tended to her during the most difficult years of her life.

Mark will also be missed by his nieces, Johanna Geissler and Maggie Seidel-Laws, his nephew, Connor Hylas, and his cousins, Patrick and Lori Sheridan. There are a great many friends and relatives who were an integral part of his life, and we apologize if we are unable to name them all.

As an animal lover, theorist, and traditionalist, Mark was known for many things; he was particularly passionate about music and literature, and is considered to have been especially well-read.

Mark enjoyed retracing Native American history by exploring various landmarks in New York State. His personal hero was Joseph Brant (Thayendanegea), a Mohawk military and political leader; he found himself inspired by Brant's bravery and unwavering dedication to his people.

In addition to his pursuit of knowledge, Mark spent a great deal of time as a professional welder. Throughout the span of his career with the Boilermakers union, he developed a reputation for extraordinary craftsmanship. The passion and attention to detail learned through his craft trickled into his other hobbies; he had a love of horticulture that he made apparent through the care of his property.

A pragmatic individual, Mark was explicit in requesting that there be no services or visitation at all. However, those who wish to reach out with messages of condolence are encouraged to do so.

Funeral arrangements are by the Gray-Parker Funeral Home, Inc., 100 E. Main Street, Port Jervis, NY 12771 845.856.5191 For additional information or to send a condolence note to the family, please visit www.grayparkerfuneralhome.com

# Exhibit E

# myMOTHERLODE.COM
YOUR GATEWAY TO CALIFORNIA'S GOLD COUNTRY

Mark & Maryann
Weekdays
5:30am to 9am
KZSQ 92.7 FM
Sonora

Morning Magazine

(http://www.kzsq.com/)

(https://www.mymotherlode.com/)

# Bucci, Louis "Babe" James (https://www.mymotherlode.com/news/obituaries /396346/bucci-louis-babe-james.html)

Louis "Babe" James Bucci passed away Wednesday, August 15th at Adventist Health Sonora. He is survived by his wife (Ruby A. Bradberry – Bucci), his four children (Louis "Tony" Bucci, Christine Thurston, John "Joe" Bucci and Deanna Armario), six grandchildren (Casey Townsend, Rod Diehl, Amanda Tucker, Kara Bucci, Cora Villabos and Carole Wafer) and two siblings (Laverne Alessi and Donald Bucci). He is preceded in death by his mother (Elvira Bucci) and his father (Donald Bucci).

Terzich & Wilson Funeral Home is in charge of the arrangements.

- **Date of Death:** 08/15/2018
- **Age:** 89
- **Residence:** Sonora, CA
- **Services:** At Babe's request, there will be no viewing or service held.
- **Celebration of Life:** A private Celebration of Life will be held for his family.

Published on 08/21/2018 by Aretha Pauley

Terms of Service (/terms-of-service)

© Copyright 2000-2019 Clarke Broadcasting Corporation. All rights reserved. (https://www.mymotherlode.com/copyright/)

# Exhibit F

# Mrs. Ruby Marie Payton

**May 16, 1961 - February 5, 2018**



Born: May 16, 1961
Death: February 5, 2018

"Many women do noble things, but you surpass them all."

Charm is deceptive, and beauty is fleeting; but a woman who fears the LORD

is to be praised. Honor her for all that her hands have done,

and let her works bring her praise at the city gate. Proverbs 31:29-31 (NIV)

Death is looked upon as a dark and gloomy thing without one redeeming quality, and the death of the righteous is like the lowering clouds that heats the sunlight at noonday. However, it has a bright side and a silver lining. Death to a Christian is moving out of this cold, friendless and dark world into eternal daylight. On Monday, February 5, 2018, God ushered Ruby Marie Turner Payton into eternal daylight.

Ruby Marie Turner Payton was born in Morgan County, Alabama on May 16, 1961 to Claybon Johnson and the late Betty Mae Parker Davis. She accepted the Lord Jesus Christ as her personal savior early in life. She was a faithful member of the Flint River Primitive Baptist Church during her late husband's pastorship. Following his death, she united with the Union Hill Primitive Baptist Church where she remained active until her passing. Even through her illness, she was determined to attend her church. She also displayed an untiring love and dedication to the National Primitive Baptist Convention.

On January 1, 1989, Marie was united in Holy Matrimony to the late Elder Ross L. Payton (who preceded her in death on July 13, 2015). Upon their marriage they adopted two of their grandchildren, Quincy Jr., and Quinton Turner.

Marie was employed at General Motors in Decatur, Alabama for many years, where she served as a Union Representative prior to her retirement. She was also an employee of Royal Funeral Home, Incorporated. Following in the footsteps of her mother and aunt, she was a member of Mizpah Chapter No. 37 Order of Eastern Star, Prince Hall Affiliated. She was also the proud owner of the House of Betty Mae's Adult Group Home assisting adults with special needs.

Exhibiting a zest for life and love of people, Marie associated and

contributed her skills, knowledge and resources to many organizations. Among these are: the Interdenominational Ministerial Spouses Association, the Huntsville Police Department Domestic Violence

Responders, the Untouchables Corvette Club, and the Buffalo Soldiers Motorcycle Club. Marie's life truly epitomized the lyrics, "If I can help somebody as I pass along, then my living shall not be in vain."

Those who will cherish the love and legacy of Ruby Marie Turner

Payton include: her father Claybon (Lori) Johnson, Temperance, MI; two loving daughters, Latanya Renee Turner and Azar (Douglas) Scott, Huntsville, AL; one son, Quincy Turner, Huntsville, AL; stepson, Pierre C. (Pam) Payton; six grandchildren, Quincy Q. Turner, Jaylon Atkinson, Quinton Turner, Daylen Scott, Kenzie Townsend and Dallas Scott; four loving sisters, Mary E. Davis (whom she cared for since the death of their mother), Renita F. (Richard) White, Benzilla Anderson, all of Huntsville, AL and Vickie Parks, Decatur, AL; one brother, Tommy R. Davis; one God-daughter, Cassandra Bennett Roberts; and a host of nieces and nephews. Mrs. Payton also leaves precious memories with special friends, Dorothy Cox (friend of 40 years), Donald Hill, Brenda Bennett and Pamela Alexander-McTiller; extended family and many other dear friends too countless to name.

But those who hope in the Lord will renew their strength. They will soar on wings like eagles; they will run and not grow weary, they will walk and not be faint. -Isaiah 40-31 (NIV)

Funeral service will be 11:00 a.m., Saturday, February 10, 2018, at the Union Hill Primitive Baptist Church (2115 Winchester Road, Huntsville, AL 35810) with Dr. Oscar L. Montgomery officiating. Interment will be in Meadowlawn Garden of Peace. Mrs. Payton will lie in repose one hour prior to funeral time.

Public viewing will be held from 1:00 p.m., until 8:00 p.m., Friday, February 9, 2018, and from 8:30 a.m., until 9:00 a.m., Saturday, February 10, 2018, at the Royal Funeral Home.

The Payton Family will receive guest from 7:30 p.m. to 8:30 p.m. Friday, February 9, 2018 at the Royal Chapel of Memories.

# Exhibit G

**Leon S. Prilo**



Leon S. Prilo age 64 passed away February 20, 2018 at Capital Health Regional Medical Center. Born in Trenton and was a lifelong Trenton resident. He was educated in the Trenton public school system. Mr. Prilo retired from Amtrak with over 20 years of service and was a former employee of Princeton Medical Center. He was a member of Galilee Baptist Church.

Son of the late Curtis Prilo Sr., brother of the late Nathaniel Sr. and Maurice Prilo, grandfather of the late Sadeek Johnson and Angel Johnson, and uncle of the late Paul Prilo.

Mr. Prilo is survived by his wife Judith Prilo, three daughters Yvonne Lee (Kenneth), Yolanda Johnson (Rayford), and Carisa Prilo (Albee), four grandchildren Brian Downing Jr., Kendra Lee, Lexus Prilo, and Shadeira Johnson, his mother Mary Prilo, one brother Curtis Prilo Jr. (Sheila), three sisters Wanda Williams, Florence Williams, and Rebecca Prilo, one aunt Rebecca Moye, a host of nieces, nephews, cousins, and friends.

Funeral service will be 11am Tues, February 27, 2018 at Galilee Baptist Church 440 Martin Luther King Blvd. Trenton, NJ. Calling hours will be 9am until time of service at the church. Interment Ewing Cemetery. Arrangements are by the Hughes Funeral Home.

**Funeral Home**
**Hughes Funeral Home**
324 Bellevue Ave. Trenton, NJ 08618
(609) 599-9006
**Published in The Trentonian on Feb. 26, 2018**

# Exhibit H

## Jack E. McKinney

Born: November 2, 1953
Died: August 28, 2018
Location: Bridgeport, West Virginia

## Tribute & Message From The Family

Jack was born on November 2, 1953 and passed away on Tuesday, August 28, 2018.

Jack was a resident of Bridgeport, West Virginia at the time of passing.

November 2, 1953 - August 28, 2018 Burial Date: August 31, 2018 Family and friends may call at the Amos Carvelli Funeral Home, 201 Edison Street, Nutter Fort on Friday, August 31, 2018 from 12:00 to 2:00 pm. A service of Amos Carvelli Funeral Home.

Powered By

*tributes*

# Exhibit I

LATEST

Code Blue issued for all of South Jersey starting Friday

https://www.pressofatlanticcity.com/obituaries/caruso-francis-frank-j/article_4aabdc2a-4377-53b7-bf37-c75707045bf9.html

# Caruso, Francis (Frank) J.

Sep 20, 2018



Caruso, Francis (Frank) J., - 56, of Ventnor, passed away September 17, 2018. Born in Philadelphia, PA, he has been a long time Atlantic County Resident, living in Ventnor for the past 3 years. Frank worked in construction with Local 415 in Atlantic City for many years before health issues prevented him from continuing to work. In his free time, he loved bike riding and spending time on the boardwalk. He is survived by his sons, Anthony and Giorgio Caruso; his granddaughter, Kailee Caruso; his father, Joseph N. Caruso (Ginette) and his sister, Vinnae Caruso. A memorial gathering will be 11AM to 12PM on Saturday, September 22, 2018 at Parsels Funeral Home, 324 New Jersey Ave., Absecon. A service will follow at 12PM. For online condolences, please visit **www.parselsfh.com**.

# Exhibit J

https://www.megiefuneralhome.com/obituaries/print?o_id=4749978

# Megie Funeral Home

## Ricky "Eddie" Luttrell

( September 25, 1953 - April 10, 2018 )



Ricky "Eddie" Luttrell of Mount Orab passed away Tuesday, April 10, 2018 at the age of 64.  He was born September 25, 1953 to the late Raymond and Julia Luttrell.

Ricky leaves his beloved wife of 25 years Anna Luttrell.   His loving children Amber Gross of Mt. Orab, OH, Jeff (Raegan) Luttrell of Sardinia, OH, Shaun (Leann) Luther of Hamersville, OH, and Raymond (Tricia) Luther of Mt. Orab, OH; his cherished grandchildren Logan, Dakota, Mckynna, Delana, Codie, Corie, Bridgett, Jasmine, Heather, Derrick, and Kyle; his adored great grandchildren Millie and Ariel; his caring siblings Carla (Bob) Smith of Springboro, OH, and Larry (Rebecca) Luttrell of Mt. Orab, OH; and his life long friends Don Banyea of Georgetown, John Kennedy of Mt. Orab, OH and Slim Bingamon of Amelia, OH, along with numerous nieces, nephews, cousins, family and friends.

Ricky served in the US Army during the Vietnam Conflict and was a member of the Clermont Sportsman's Club.

Funeral Service will be held on Friday, April 13, 2018 at 8:00 pm at Megie Funeral Home located at 104 Spice St., Mt. Orab, OH 45154 with friends received from 5:00 pm until the time of service.

# Exhibit K

Legacy.com    OBITUARIES | FUNERAL HOMES | NEWSPAPERS | SEND FLOWERS

| NEWS & ADVICE | MEMORIALS      Search



**Home** › **Obituaries** › Dennis Neal Barker Obituary

# Dennis Neal Barker

## Obituary      ✳ Send Flowers

### Sterling White Chapel Funeral Home Obituary

Dennis was born on December 14, 1956 and passed away on Friday, September 14, 2018. Dennis was a resident of Texas at the time of passing.

## Guest Book

📷 Add Photo  |  🎥 Add Video  |  🕯 Light A Candle

What would you like to say about Dennis?

Not sure what to say?

# Exhibit L



Sign In

# Kenneth Andrew Chapman

March 4, 1963 - May 13, 2018

**f Recommend**

Share Obituary:

   

Tribute Wall                                                    Obituary & Events

## Obituary

Kenneth Andrew Chapman, affectionately known also as "Kennyco," was born March 4, 1963 in Columbus, Ohio.

In his early teenage years, Kenneth worked as a "paperboy" and played saxophone in his middle school band. A graduate of Briggs High School, Kenneth served briefly with the United States Marine Corps and completed one year of college courses while enrolled at Kent State University.

He worked various jobs with Columbus Developmental Center, Restaurant Equippers, City of Columbus Refuse Division, E&J Personnel, and the Bryden House. Kenneth enjoyed spending time with his family and friends, playing chess, working on cars, and listening to music.

On May 13, 2018, at the age of 55, Kenneth passed away while at Grant Medical Center in Columbus, Ohio. He was preceded in death by his father William Chapman, and brothers, Robert Timothy Harris and Kevin Chapman.

He is survived by his daughter Ciarra Christine Chapman; mother Shirley Harris-Chapman; brothers, Michael Harris, Phillip Chapman, Keith Chapman (his twin), and Brandon Chapman; sister Ariel Chapman; and a host of other relatives and friends.

To send flowers to the family of Kenneth Andrew Chapman, please visit **Tribute Store. (https://diehlwhittaker-funeralcremation-services.tributecenterstore.com?oId=3089836&tag=&mtph=1)**

Hide ∧

## Events

Share a memory                          Send Flowers (https://diehlwhittaker-funeralcremation-servic

# Exhibit M

https://www.standard.net/announcements/obituaries/gayleen-renfroe/article_e6f33a99-31c3-5364-9c5c-00fa8ccdc42e.html

# Gayleen Renfroe

Aug 31, 2018



Contributed Photo
Contributed

February 19, 1948 ~ August 28, 2018

Gayleen Renfroe, 70, passed away on Tuesday, August 28, 2018, the day before her 15th Wedding Anniversary to Gregory Frederic Renfroe. She was born in Ogden, UT, on February 19, 1948, the daughter of John Hetzler and LaVern Child Lynch.

Gayleen and Gregory were married on August 29, 2003, in Scottsdale, AZ.

She worked as the Administrative Assistant for Weber County School District.

Gayleen has left us with a greater love and appreciation of the world and people that surround us.

She naturally did good and attracted others to do the same. She took into her heart nearly everyone

that came into her life and will be sorely missed by all that experienced the honest fountain of love that she freely gave. She loved the beach, sand between her toes, friends, family, the smell of babies, being read to, children and grandchildren. She loved being a mother and has been adopted by many people that have crossed her path as a mom, grandma, confidant and friend. She was recognized by all as someone to gravitate towards and emulate.

Her trials in the last years of her life took a toll on her body but her spirit and love held strong through it all.

Most of all Gayleen loved to be loved and could reflect that back tenfold.

Gayleen is survived by her husband, Gregory F. Renfroe of Centerville; sons: Wilton ^Chico^ Woodis of Clearfield; Loren (Terese) Simpson of Roy; Mitchell (Karla) Simpson of Ogden; Taylor (Nancy) Simpson, Round Rock, TX; and Eoghann Renfroe of Troy, NY; daughters, Kayla E. (Bill) Nettleton Renfroe, Chohes, NY; and Aisling M. (Sean Conley) Renfroe, Chandler, AZ; 16 grandchildren, and one great-grandchild; and brother, Clark J. Lynch of Chandler, AZ. She was preceded in death by her parents; step-father, Ira Paul Aggers; and niece, Wendy Michelle Lynch.

Funeral services will be held on Saturday, September 1, 2018, at 2 p.m. at Lindquist's Ogden Mortuary, 3408 Washington Blvd. Friends may visit with family on Friday from 6 to 8 p.m. and Saturday from 12:30 to 1:30 p.m. at the mortuary. Interment, Lindquist's Washington Heights Memorial Park, 4500 Washington Blvd.

Condolences may be shared at:

www.lindquistmortuary.com

**3 Foods For Your Eyes**

VisionAlive.net

Watch H(
Naturally
Patented

# Exhibit N



home    about    services    pre planning    contact

# Tina Marie Ray - Obituaries



## Tina Marie Ray

June 21, 1958 - March 7, 2018

Obituary          Guestbook

Sign Guestbook

Share:

### Obituary

Mrs. Tina M. Ray, age 59, of Edmond, Oklahoma, passed away Wednesday, March 7th, 2018 at OU Medical Center. Tina was born in Battle Creek, Michigan on June 21st, 1958 to Bobby Dean and Tina Callins. Tina grew up in Mangum, Oklahoma, where she attended school and was raised by parents Sam and Tina Callins.

Tina worked at Walker's Grocery Store as a cook as well as cooking and Mangum Hospital. She also worked for the Mangum Care Center as a CNA for many years.

Tina was a wonder mother to her son Anthony Dean, who she loved dearly with all her heart and well-being. Tina married Jerry Wayne "Cool Breeze" Ray on October 20, 1975 and lived life to the fullest with family and friends. They enjoyed 40 years of marital bliss until his passing in 2015.

In her spare time, Tina enjoyed listening to the Blues, old school R&B, socializing with friends and family, taking care of her dog, Bailey, growing plants and playing games on her tablet. She also enjoyed spending quality time with her baby sister Robin Hendricks.

Tina's survivors include:

Her son Anthony Dean and wife Kim of Midwest City, OK
Stepdaughter Jewell Oliver and husband Marshall of Edmond, Oklahoma
Sister Robin Hendricks of Edmond, Oklahoma

Brother Shawn Callins and wife Amie of Mangum, Oklahoma

and a host of nieces, nephews, cousins, other relatives and many, many friends.

Tina was preceded in death by:

Her parents Sam and Tina Callins, husband Jerry Ray, and brother in law, Johnny Ray Hendricks.

Visitation for Tina Ray will be held Friday, March 16, 2018 from 9AM to 8PM at Ray and Martha's Funeral Home in Mangum, Oklahoma, with family available to receive friends from 6-8PM.

Funeral Services will be Saturday, March 17, 2018 at 1PM at the House of Grace Church in Mangum with interment to follow at Riverside Cemetery.

---

## Service Information

### Viewing
**Date:** March 16, 2018
**Time:** 9:00 am - 8:00 pm

Ray & Martha's Funeral Home
103 N. Oklahoma Ave
Mangum, OK 73554

### Visitation
**Date:** March 16, 2018
**Time:** 6:00 pm - 8:00 pm

Ray and Marthas Funeral Home
103 N. Oklahoma Ave
Mangum, OK 73554

### Funeral
**Date:** March 17, 2018
**Time:** 1:00 pm

House of Grace Church
Mangum, OK 73554

### Interment
**Date:** March 17, 2018

# Exhibit O

https://www.whineryhuddleston.com/obituaries/print?o_id=4825559

# Whinery Huddleston Funeral Service

## Rena "Fern" Burch

( July 18, 1941 - May 14, 2018 )



Rena "Fern" Burch, age 76, of Cache passed away Monday, May 14, 2018 at her residence.

Fern, aka Meme, was born on July 18, 1941 in Terrel, Oklahoma to Richard and Rena (Buchanan) Ewing. She graduated from Lawton High School in 1959. On August 22, 1959, she married the love of her life, Jerry Burch, and they would spend the next fifty-four wonderful years together before his death in 2013. Fern worked at Wacker's for over twenty-five years, where she worked her way up to manager. In her free time, Fern loved spending time with her family and friends.

Preceded in death by her parents, Richard and Rena Ewing; her husband, Jerry Burch; one daughter, Jeri Burch and one grandson, Sam Johnson, Fern is survived by one son, Jamie Burch of Cache; one daughter, Joni Ward and husband Ricky of Cache; three siblings, Bobby Ewing and wife Loretta of Amarillo, Carol Cullins of Cache and Judy Tate of Lawton; her grandchildren, Carrie Atauvich, Cody and Danyel, Amanda Burch and Caleb Williams, Sarah Burch, Zach and Summer Ward, Marcus and Alyssa and Komah M. Battise; nine great grandchildren along with numerous other relatives and close friends.

A memorial service for Rena "Fern" Burch will be on Friday, May 18, 2018 at 2:00 PM at Grace Fellowship in Lawton.

# Exhibit P

**HELEN CAPONE M.D.**

### Dr. HELEN D. CAPONE

Dr. Helen D. Capone, 91 of Colonial Beach, VA passed away Saturday, July 21, 2018. Born in Poland and raised in Canada, she moved to the US in 1951 to begin her residency in medicine. She married Dr. Maurice Capone in 1954 and raised six children. She practiced medicine in Washington, DC, Maryland and Virginia, until her retirement in 1999. Survivors include her sister, Sophie Preisler; her children, Matthew, Martha, Michael and Martin (Sandra) and her grandchildren, Monica and Kelly. Her husband, Maurice and her sons, Maurice and Marcus preceded her in death. A prayer service will be held on Thursday, July 26 at 7 p.m. in the Colonial Beach chapel of Storke Funeral Home, 131 3rd Street. A funeral Mass will be held Friday, July 27 at 10:30 a.m. in St. Elizabeth's Catholic Church, Colonial Beach. Burial will follow at 2:30 p.m. in Gate of Heaven Cemetery, Silver Spring MD.

**www.storkefuneralhome.com**

**Funeral Home**
**Storke Funeral Home-Colonial Beach Chapel**
131 3rd St Colonial Beach, VA 22443
(804) 224-7620

**Published in The Washington Post on July 26, 2018**

# Exhibit Q

https://www.jamisonschmitzfuneralhome.com/obituaries/print?o_i...

# Jamison-Schmitz Funeral Home-Oelwein

## Mark Douglas Kappmeyer

( May 29, 1956 - November 02, 2018 )



Mark D. Kappmeyer, 62, of Oelwein, Iowa died Friday afternoon, November 2, 2018 at Manor Health Care Nursing and Rehab in Waterloo, Iowa.

Funeral Service: 10:30 A.M. Friday, November 9, 2018 at Zion Lutheran Church in Oelwein with Rev. Joshua Schunk officiating.
Visitation: 5:00 to 8:00 P.M. Thursday at the Jamison-Schmitz Funeral Home in Oelwein and for one hour before the service at the church on Friday.
Interment: Floral Hills Memorial Gardens, rural Oelwein with military honors by the Messerer-Fox American Legion Post #92 Honor Guard of Westgate.

Online obituary at www.jamisonschmitzfuneralhome.com

Mark Douglas Kappmeyer was born May 29, 1956 at Oelwein the son of Robert Raymond and Norma Mae (Maser) Kappmeyer.  He graduated from Oelwein High School in 1976.  Mark proudly joined the United States Marine Corps in 1975 and was honorably discharged in 1987.  He was united in marriage to Hazel McClain and they later divorced.  To this union their daughter, Victoria was born.  Mark was a member of Zion Lutheran Church in Oelwein and the Messerer-Fox American Legion Post #92 of Westgate.  He enjoyed fishing, animals, football and spending time with his family.

Mark is survived by his daughter: Victoria Johnston Kappmeyer of Harrington, Kansas; mother: Norma Kappmeyer of Oelwein; 4 siblings: Cindy (Steven) Jensen of Oelwein, Robert (Lori) Kappmeyer of Ames, Lowell (Sue) Kappmeyer of Moscow, Idaho and Rhonda Prickett of Sumner; and many nieces and nephews.

He was preceded in death by his father; brother: Nathan Kappmeyer; and a great nephew: Dakota Kappmeyer.

# Exhibit R

https://www.reesfuneralhomes.com/obituaries/print?o_id=4797666

# Rees Funeral Home, Olson Chapel

## Jerry B. Syler, Sr.

( January 14, 1948 - April 25, 2018 )



Jerry B. Syler Sr., age 70, a Michigan City resident, passed away Wednesday, April 25, 2018 in Knoxville, Tennessee. He was born on January 14, 1948 in Winchester, Tennessee to the late Sara Jolyne Syler. Jerry owned and operated BAM Concessions. He will be remembered as a loving husband, father, grandfather, and friend.

Jerry is survived by his wife Vicki Lynn (nee Martin) Syler; his two daughters, Lisa Kinney and Kimberly Carrington; three sons, Tony (Kimberly) Syler, Brian O'Keefe and Tim Martin; 14 grandchildren; 11 great-grandchildren, his fellow showmen of America, his lovable fur babies and many other loving family members and friends.

Jerry is preceded in death by his son, Jerry B. Syler Jr. and his mother.

A funeral service for Jerry will take place Monday, April 30, 2018 at 7:00 pm at Rees Funeral Home, Olson Chapel. 5341 Central Ave., Portage. Visitation will be held Monday from 2:00 pm until the time of service at the funeral home. F or more information, please call (219) 762-3013 or online condolences may be shared with family at www.reesfuneralhomes.com

# Exhibit S



## John Vincent Beard

July 6, 1962 - July 31, 2018

**John Vincent Beard**

**Funeral services for John Vincent Beard will be held Thursday, August 2, 2018 at 1:00pm at Webb Chapel with Rev. Kenneth Owen officiating. Burial will be at Meridian Memorial Park. James F. Webb Funeral is in charge of arrangements.**
**Mr. Beard, 56, of Meridian died Tuesday, July 31, 2018 in Meridian. He was a very loving and giving husband, father and a friend to all. He enjoyed watching NASCAR, cooking and listening to good music.**
**He was preceded in death by his parents, Ollie and Jackie Beard and a brother, Mabry "Tres" Beard.**
**He is survived by his wife of 19 years, Karen Beard; daughters: Lindsey Beard and Allison Beard; sisters: Amanda Leigh Neal (Donny) and Mary Rose Bartimus; and a brother, Robert Beard; numerous nieces and nephews.**
**Visitation will be from 12:00 to 1:00pm before service time at the James F. Webb Funeral Home.**
**Family and friends may view and sign online register book, leave a personal note or order flowers at www.jamesfwebb.com**

Obituary Provided By:

# James F. Webb

**FUNERAL HOME**

*Silent Service Since 1869*

2514 7th Street
Meridian, MS  39301
**www.jamesfwebb.com**