IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
MINNESOTA

IN RE: BAIR HUGGER FORCED AIR   MDL No. 15-md-2666(JNE/FLN)
WARMING DEVICES PRODUCTS
LIABLITY LITIGATION

This document relates to:

LINDA HAYES, et al.

    Plaintiff,

                                  Civil Action No. 0:17-cv-2572-JNE-FLN

### PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS

    NOW COMES Plaintiff, Linda Hayes, identified in Defendants' Motion to Dismiss for Failure to Comply with Pretrial Order No. 23 [Dkt. 1740], and by and through undersigned counsel submits this, his Response to Defendants' Motion to Dismiss, and would respectively show the Court the following:

    1. In August of 2015, Ms. Linda Hayes contacted undersigned counsel regarding an infection and subsequent treatment that he experienced due to the use of a Bair Hugger patient warming device during an orthopedic surgery.

    2. Counsel worked to obtain medical records and billing records to move forward with the case. Those records indicated that a Bair Hugger device was used during the

1

original surgery.

3. On July 6, 2017, counsel filed the current action to comply with what was identified as the applicable statute of limitations deadline for the relevant claim.

4. On August 2, 2017, counsel submitted the Plaintiff Fact Sheet in compliance with Pre Trial Order No. 14.

5. On November 6, 2018, Counsel was informed Plaintiff passed away on February 20, 2018. The Suggestion of Death was filed on January 7, 2019.

6. Plaintiff's spouse, Myron Hayes, was appointed Independent Administrator of the Estate of Linda Hayes on January 8, 2019 for the purpose of prosecuting this action.

7. Counsel will file Plaintiff's Motion to Substitute Party prior to the expiration of 90 days from the filing of the Suggestion of Death.

8. While Plaintiff's filing of the Suggestion of Death was outside of the 90 day window required by Pretrial Order No. 23, Plaintiff has complied with the spirit of the order by proceeding in a timely fashion.

Accordingly, undersigned counsel requests that the current action not be dismissed with prejudice.

RESPECTFULLY SUBMITTED,

BROWN & CROUPPEN, P.C.

Dated: February 14, 2019        /s/Seth S. Webb
                                Seth S. Webb # 51236
                                211 N. Broadway, Suite 1600
                                Saint Louis, MO 63102
                                (314) 421-0216

(314) 421-0359
SethW@getbc.com
Attorney for Plaintiff