IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
MINNESOTA

IN RE:  BAIR HUGGER FORCED AIR       MDL No. 15-md-2666(JNE/FLN)
WARMING DEVICES PRODUCTS
LIABLITY LITIGATION

This document relates to:

LINDA HAYES, et al.

    Plaintiff,

                            Civil Action No.  0:17-cv-2572-JNE-FLN

**L.R.7.1(f) WORD COUNT COMPLIANCE CERTIFICATE REGARDING PLAINTIFF'S OPPOSITION TO DEFENANT'S MOTION TO DISMISS PLAINTIFF'S COMLAINT**

This brief complies with the word limitation of LR 7.1(f) because this brief contains 361 words, including all text, headings, footnotes, and quotations, other than the parts of the brief exempted by LR 7.1(f). This brief was prepared using Microsoft Office Word 2013.

This brief complies with the type size requirements of LR 7.1(h) because this brief has been prepared using at least font size 13, is double-spaced (expect for headings, footnotes and quotations that exceed two line) and is submitted on 8 ½" by 11" paper with at least one inch of margins on all four sides.

                                        RESPECTFULLY SUBMITTED,

                                        BROWN & CROUPPEN, P.C.

Dated: February 14, 2019       /s/Seth S. Webb
                                        Seth S. Webb # 51236
                                        211 N. Broadway, Suite 1600
                                        Saint Louis, MO 63102
                                        (314) 421-0216
                                        (314) 421-0359
                                        SethW@getbc.com
                                        Attorney for Plaintiff