UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE BAIR HUGGER FORCED AIR WARMING PRODUCTS LIABILITY LITIGATION | MDL No.: 15-md-02666 (JNE/FLN) |
| **Louis Bucci,** | Civil Action No.: 0:17-cv-01073 |
|     **Plaintiff,** | |
| v. | |
| **3M Company and Arizant Healthcare, Inc.,** | |
|     **Defendants.** | |

**L.R. 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE REGARDING PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

This brief complies with the work limitation of LR 7.1(f) because this brief contains 1944 words, including all text, headings, footnotes, and quotations, other than the parts of the brief exempted by LR 7.1(f).  This brief was prepared using Microsoft Office Word 2016.  This brief complies with the type requirements of LR 7.1 (h) because this brief has been prepared using at least font size 13, is double spaced (except for headings, footnotes and quotations that exceed two lines) and is submitted on 8 ½" x 11" paper with at least one inch of margins on all four sides.

Dated: February 14, 2019                Respectfully submitted,

/s/ Kristine K. Kraft
Kristine K. Kraft, Esq.
100 South Fourth Street, Suite 1200
St. Louis, MO 63102
314-621-6115 (phone)
314-621-7151 (fax)
kkraft@uselaws.com