# SCHLICHTER BOGARD & DENTON, LLP

ATTORNEYS AT LAW

| | | |
|---|---|---|
| RACHEL A. HARRIS<br>rharris@uselaws.com | 100 SOUTH FOURTH STREET, SUITE 1200<br>ST. LOUIS, MISSOURI 63102<br>(314) 621-6115<br>FAX (314) 621-1365<br>www.uselaws.com | Belleville, Illinois |

## JANUARY 2018
## IN RE: BAIR HUGGER PRODUCTS LIABILITY LAWSUITS

I am writing to update you on a recent development in the Bair Hugger litigation. Please review this letter in detail as it concerns important information.

On January 8, 2018, the Honorable Judge Joan Ericksen issued a pretrial order to govern the substitution of an individual for a plaintiff who dies. A "substitution of plaintiff" is required when a plaintiff passes away. Essentially, another individual must replace them for the lawsuit to continue. A deceased plaintiff risks dismissal of their case if an appropriate individual is not substituted within 90 days of the plaintiff's death.

This means that should the unfortunate happen and you were to pass away, we would only have 90 days to substitute another person to stand in as your representative in the lawsuit. Otherwise, your lawsuit would be dismissed and your estate and/or heirs would not benefit from any potential settlement. **It is thus important that you inform your loved ones or a trusted contact that (1) you have a pending lawsuit and (2) they should promptly contact us should something happen to you.**

If you have any questions please do not hesitate to ask. As always, please also keep us updated as to any significant changes in your medical condition or contact information. You can reach us toll free at 1-800-873-5297.

Sincerely,

Rachel A. Harris, Esq.

RH/kk