# SCHLICHTER BOGARD & DENTON, LLP
### ATTORNEYS AT LAW

**KRISTINE K. KRAFT, ESQ.**  
Hillary Grupe, Paralegal

100 SOUTH FOURTH STREET, SUITE 1200  
ST. LOUIS, MISSOURI 63102  
(800) 873-5297  
FAX (314) 621-1365  
www.uselaws.com

Belleville, Illinois

## NOVEMBER 2018
## BAIR HUGGER PRODUCTS LIABILITY LITIGATION STATUS UPDATE

This is an update regarding the Bair Hugger Products Liability Multi-District Litigation ("MDL"), which is pending against 3M Company and Arizant Healthcare, Inc. in the United States District Court of Minnesota before the Honorable Judge Joan Erickensen. There are currently over 4,400 cases on file in the MDL.

The court selected a small group of representative cases (*i.e.*, "bellwether" cases) to be tried. These cases were selected as being representative of the types of injuries suffered by other similarly-situated plaintiffs. While your case was not selected, these early trials are very instructive.



If you have any questions, you can reach us toll free at 1-800-873-5297. As always, please keep us updated as to any significant changes in your medical condition or contact information, including secondary contact information. Also, please make sure your close family members and/or friends are aware that they <u>must</u> contact us promptly in the event you pass away before the conclusion of this litigation. As indicated in our January 2018 letter to you, Judge Ericksen has ordered that we file a Suggestion of Death within 90 days of your passing, otherwise your case will be dismissed and your heirs will not be able to proceed with your claim. Because of the complex nature of this products liability case, there is still a long road ahead of us. We appreciate your patience.

Sincerely,

Kristine K. Kraft, Esq.

KK/hg