Stan Stanart
COUNTY CLERK, HARRIS COUNTY, TEXAS
PROBATE COURTS DEPARTMENT

| | |
|---|---|
| In Matter of Probate | { Docket No. 471105 |
| County Probate Court No. 2 | { In the Estate of: Dennis N. Barker, |
| Harris County, Texas | { Deceased |

## LETTERS TESTAMENTARY

Know all men by these presents that it is hereby certified:

1. On **November 12, 2018**, **Leslie A. Barker** was duly appointed by order of said court as **Independent Executrix** of the Last Will of **Dennis N. Barker, Deceased**;

2. On **November 12, 2018**, said **Independent Executrix** qualified as the law requires;

3. Insofar as the records in my office show, said **Independent Executrix** is still acting in said capacity.

Witness my hand and seal of said court, at Houston, Texas, on November 12, 2018.

(SEAL)

Stan Stanart, County Clerk
County Probate Court No. 2
201 Caroline, Room 800
Harris County, Texas

*Dominique Rogers*
Dominique Rogers
Deputy County Clerk



P.O. Box 1525 ● Houston, TX 77251-1525 ● (713) 274-8585

www.cclerk.hctx.net

Page 1 of 1

Form No. I-02-215 (Rev. 09/16/2016)