IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: BAIR HUGGER FORCED AIR WARMING PRODUCT LIABILITY LITIGATION | MDL No. 15-md-02666 (JNE/DTS) |
| This Document Relates To: RENA BURCH, Plaintiff, | Civil Action No. 17-cv-4288 |

**L.R.7.1(f) WORD COUNT COMPLIANCE CERTIFICATE REGARDING PLAINTIFF'S OPPOSITION TO DEFENANT'S MOTION TO DISMISS PLAINTIFF'S COMLAINT**

This brief complies with the word limitation of LR 7.1(f) because this brief contains 385 words, including all text, headings, footnotes, and quotations, other than the parts of the brief exempted by LR 7.1(f). This brief was prepared using Microsoft Office Word 2013.

This brief complies with the type size requirements of LR 7.1(h) because this brief has been prepared using at least font size 13, is double-spaced (expect for headings, footnotes and quotations that exceed two line) and is submitted on 8 ½" by 11" paper with at least one inch of margins on all four sides.

|  | RESPECTFULLY SUBMITTED, |
|---|---|
| Dated: <u>February 14, 2019</u> | <u>/s/William E. Hymes</u><br>William Hymes (Tx. 24029624)<br>Loncar & Associates<br>424 South Cesar Chavez<br>Dallas, TX 75201<br>214-747-0422 |