IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

IN RE: BAIR HUGGER FORCED AIR　　　　MDL No.: 15-md-02666 (JNE/DTS)
WARMING PRODUCT LIABILITY
 LITIGATION

This Document Relates To:

Brenda L. Dollard vs. 3M Company, et al,
 Civ. No. 0:18-cv-00776 (JNE/FLN)
_____

**L.R. 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE REGARDING
P LAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

　　　This brief complies with the word limitation of LR 7.1(f) because this brief contains 1100 words, including all text, headings, footnotes, and quotations, other than the parts of the brief exempted by LR 7.1(f). This brief was prepared using Microsoft Office Word 2013.

　　　This brief complies with the type size requirements of LR 7.1 (h) because this brief has been prepared using at least font size 13, is double-spaced (except for  headings, footnotes and quotations that exceed two lines) and is submitted on 81/2" by 11" paper with at least one inch of margins on all four sides.

　　　Dated this 14th day of February, 2019.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　 s/Amber M. Pang Parra
　　　　　　　　　　　　　　　　　　　AMBER M. PANG PARRA, ESQ.
　　　　　　　　　　　　　　　　　　　JUSTINIAN & ASSOCIATES PLLC
　　　　　　　　　　　　　　　　　　　6228 Bandera Road
　　　　　　　　　　　　　　　　　　　San Antonio, TX 78238
　　　　　　　　　　　　　　　　　　　Telephone: 855.452.5529
　　　　　　　　　　　　　　　　　　　Facsimile: 512.852.1980
　　　　　　　　　　　　　　　　　　　Email:ampp@justinian.com
　　　　　　　　　　　　　　　　　　　Texas Bar No. 24009224
　　　　　　　　　　　　　　　　　　　Hawaii Bar No. 7305
　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFF