# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## TELEPHONE CONFERENCE MINUTES

**COURT MINUTES**

In re:
Bair Hugger Forced Air Warming Devices
Products Liability Litigation

BEFORE: David T. Schultz
United States Magistrate Judge

Case No.    15-md-2666 (JNE/DTS)
Date:    February 15, 2019
Time Commenced:  9:00 a.m.
Time Concluded:    9:50 a.m.
Total Time:   50 min.

APPEARANCES:

    Plaintiff(s):    Genevieve Zimmerman, Michael Sacchet, David Szerlag, Gabriel Assad, Trisha Campbell

    Defendant(s):    Ben Hulse, Debra Lewis, Ted Hartman

PROCEEDINGS:    Telephone conference with counsel.


Date: February 15, 2019

s/Terianne Bender
Courtroom Deputy