# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No.: 15-md-02666 (JNE/DTS) |
| This Document Relates To: | |
| BRENDA GOHL, <br>     Plaintiff, | Civil Action No.: 18-cv-1571 |

## L.R. 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE REGARDING PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

This brief complies with the word limitation of LR 7.1(f) because this brief contains 2,355 words, including all text, headings, footnotes, and quotations, other than the parts of the brief exempted by LR 7.1(f). This brief was prepared using Microsoft Office Word 2016.

This brief complies with the type size requirements of LR 7.1 (h) because this brief has been prepared using at least font size 13, is double-spaced (except for headings, footnotes and quotations that exceed two lines) and is submitted on 8½" by 11" paper with at least one inch of margins on all four sides.

Dated: February 19, 2019

**JONES WARD PLC**

By: <u>s/ Alex C. Davis</u>
Alex C. Davis
The Pointe
1205 E. Washington St., Suite 111
Louisville, KY 40206
P: (502) 882-6000
F: (502) 587-2007
alex@jonesward.com

Counsel for Plaintiff Brenda Gohl