UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

PRETRIAL CONFERENCE MINUTES

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Devices Products Liability Litigation | COURT MINUTES - CIVIL<br>BEFORE:  DAVID T. SCHULTZ<br>U.S. Magistrate Judge<br><br>Case No: 15-MD-2666 (JNE/DTS)<br>Location: Mpls. Courtroom 9E<br>Date: Feb. 20, 2019<br>Time Commenced: 12:00 p.m.<br>Time Concluded: 1:08 p.m.<br>Total Time: 1 hour, 8 minutes |

APPEARANCES:

    On behalf of plaintiff(s):    Genevieve M. Zimmerman

    On behalf of defendant(s): Benjamin W. Hulse

PROCEEDINGS:

    Unrecorded status conference held.

                                                                                            s/A. Spillane
                                                                                 Law Clerk