UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

PRETRIAL CONFERENCE MINUTES

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Devices Products Liability Litigation | COURT MINUTES - CIVIL<br>BEFORE: DAVID T. SCHULTZ<br>U.S. Magistrate Judge |

Case No.: 15-MD-2666 (JNE/DTS)

| | |
|---|---|
| Date: | Feb. 20, 2019 |
| Court Reporter: | N/A |
| Location: | Mpls. 9E |
| Time Commenced: | 1:09 p.m. |
| Recess: | 1:36 p.m. |
| Resume: | 1:41 p.m. |
| Time Concluded: | 1:50 p.m. |
| Sealed Hearing Time: | N/A |
| Total Time: | 41 minutes |

APPEARANCES:   Genevieve Zimmerman, Esq. on behalf of plaintiff.

Benjamin Hulse, Esq. on behalf of defendants.

PROCEEDINGS:
#1747: Letter to Court Re: Additional Discovery Related to Defendants' Motion for Reconsideration

\_   Motion(s) taken under advisement

X   Order to be issued
\_   No Order to be issued
\_   R&R to be issued
\_   No R&R to be issued
\_   Exhibits retained by the Court
\_   Exhibits returned to counsel

NOTES: Ruling on the record. Brief Order to follow.

s/ A. Spillane
*Law Clerk*