| UNITED STATES DISTRICT COURT<br>DISTRICT OF MINNESOTA<br>(Rev. 12/2016) | TRANSCRIPT ORDER<br>*CJA counsel please complete an AUTH24 in CJA eVoucher*<br>*Please read instructions on next page.* || COURT USE ONLY<br>**NOTES:** |
|---|---|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER<br>Cyndee Krenos | 2a. CONTACT PHONE NUMBER<br>612-343-3231 || 3. CONTACT EMAIL ADDRESS<br>ckrenos@blackwellburke.com |
| 1b. ATTORNEY NAME (if different)<br>Benjamin Hulse | 2b. ATTORNEY PHONE NUMBER<br>612-343-3256 || 3. ATTORNEY EMAIL ADDRESS<br>bhulse@blackwellburke.com |
| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)<br>Blackwell Burke P.A.<br>431 South Seventh Street, Suite 2500<br>Minneapolis, MN 55415 | 5. CASE NAME (Include defendant number, for criminal cases only)<br>Bair Hugger Forced Air Warming Devices Products Liability Litigation || 6. CASE NUMBER<br>0:15-md-02666-JNE-DTS |
| 7. COURT REPORTER NAME, if applicable | 8. THIS TRANSCRIPT ORDER IS FOR (CHECK ALL THAT APPLY):    CJA: Do not use this form; use AUTH24 in CJA.<br>☐ APPEAL    ☐ CRIMINAL    ☐ In forma pauperis (NOTE: Court order for TRANSCRIPTS must be attached)<br>X NON-APPEAL    X CIVIL    ☐ Standing Order (e.g. MDL) |||

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

| a. HEARING(S) (OR PORTIONS OF HEARINGS) |||| b. SELECT FORMAT(S)<br>NOTE: ECF access is included. |||| c. DELIVERY TYPE ||||
|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | JUDGE<br>(initials) | PORTION<br>If requesting less than full hearing, specify portion (e.g. witness or time) | | PDF<br>(email) | TEXT/ASCII<br>(email) | PAPER | CONDENSED | ORDINARY<br>(30-day) | 14-Day | EXPEDITED<br>(7-day) | DAILY<br>(Next day) | HOURLY<br>(2 hrs) | REALTIME |
| 02/20/19 | DTS | | | 1 | | | | | | X | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

| ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).<br><br>11. SIGNATURE /s/Benjamin W. Hulse | 12. DATE<br>02/21/19 |
|---|---|