## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

IN RE: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITYLITIGATION

MDL NO. 15-MD-2666 (JNE/DTS)

This Document Relates to:
ALL CASES

**ORDER**

_____

Before the Court is Plaintiffs' request for leave of Court to conduct additional discovery related to Defendants' motion for reconsideration of *Daubert* and summary judgment on general causation based upon new evidence. Docket No. 1747.

The Court, being duly advised in the premises, upon all the files, records and proceedings herein, and for the reasons stated on the record, now makes and enters the following Order.

IT IS HEREBY ORDERED that Plaintiff's request for leave conduct additional discovery [Docket No. 1747] is DENIED.

Dated: February 21, 2019

                                                                    s/David T. Schultz
                                                                    DAVID T. SCHULTZ
                                                                    United States Magistrate Judge