**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

IN RE: BAIR HUGGER FORCED AIR
WARMING DEVICES PRODUCTS
LIABILITY LITIGATION

MDL No. 15-2666 (JNE/DTS)

THIS DOCUMENT RELATES TO:
17-cv-05274 *(Capone v. 3M Co., et al.)*

**L.R. 7.1(C) WORD COUNT COMPLIANCE CERTIFICATE REGARDING**
**PLAINTIFFS' OPPOSITION TO DEFENDANTS'**
**MOTION TO DISMISS PLAINTIFFS' COMPLAINTS**

This response complies with the word limitation of L.R. 7.1(f) because this response contains 1,060 words, including all text, headings, footnotes, and quotations, other than the parts of the brief exempted by LR 7.1(c).  This response was prepared using Microsoft Office Word 2010.

This response complies with the type size requirements of LR 7.1(h) because this brief has been prepared using at least font size 13, is double-spaced (except for headings, footnotes, and quotations that exceed two lines) and is submitted on $8^{1/2}$" by 11" paper with at least one inch of margins on all four sides.

DATED:  Feburary 21, 2019                    Respectfully submitted,

                                      **BERNSTEIN LIEBHARD LLP**


                                      By:  /s/ Daniel C. Burke

                                      Daniel C. Burke
                                      10 E. 40th Street
                                      New York, NY  10016
                                      Telephone:  (212) 779-1414
                                      Facsimile:  (212) 779-3218
                                      Email: dburke@bernlieb.com
                                      Email: dweck@bernlieb.com

                                      *Attorneys for Plaintiff*

2