# **EXHIBIT 4**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
- - - - - - - - - - - - - - - - - -
In Re:
Bair Hugger Forced Air Warming
Products Liability Litigation

This Document Relates To:
All Actions          MDL No. 15-2666 (JNE/FLM)
- - - - - - - - - - - - - - - - - -

DEPOSITION OF ALBERT P. VAN DUREN
VOLUME I, PAGES 1 - 326
MARCH 7, 2017

(The following is the deposition of ALBERT P. VAN DUREN, taken pursuant to Notice of Taking Deposition pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, via videotape, at the offices of Ciresi Conlin L.L.P., 225 South 6th Street, Suite 4600, Minneapolis, Minnesota, commencing at approximately 9:00 o'clock a.m., March 7, 2017.)

## Page 2

1  APPEARANCES:
2     On Behalf of the Plaintiffs:
3        Mark D. Bankston
         KASTER, LYNCH, FARRAR & BALL LLP
4        1010 Lamar, Suite 1600
         Houston, Texas   77002
5
         Genevieve M. Zimmerman
6        MESHBESHER & SPENCE, LTD.
         1616 Park Avenue
7        Minneapolis, Minnesota   55404
8        Gabriel Assaad
         KENNEDY HODGES
9        4409 Montrose Boulevard, Suite 200
         Houston, Texas   77006
10
         Michael A. Sacchet
11       CIRESI CONLIN L.L.P.
         225 South 6th Street, Suite 4600
12       Minneapolis, Minnesota   55402
13     On Behalf of Defendants:
14       Jerry W. Blackwell and Peter J. Goss
         BLACKWELL BURKE P.A.
15       432 South Seventh Street, Suite 2500
         Minneapolis, Minnesota   55415
16
     ALSO APPEARING:
17
         Ryan M. Stirewalt, Videographer

## Page 3

                    I N D E X
EXHIBITS        DESCRIPTION          PAGE MARKED
Ex  350  Testing log, no Bates numbers     150
    351  Warning label from the 200 Bair
         Hugger, no Bates numbers          310


WITNESS         EXAMINATION BY       PAGE
Albert P. Van Duren   Mr. Bankston     4
                      Mr. Assaad     113
                      Ms. Zimmerman  292

## Page 4

            P R O C E E D I N G S
         (Witness sworn.)
            ALBERT P. VAN DUREN
    called as a witness, being first duly sworn,
    was examined and testified as follows:
            ADVERSE EXAMINATION
BY MR. BANKSTON:
    Q.  Good morning, Mr. Van Duren.
    **A.  Good morning.**
    Q.  We're going to skip some of the formalities because I know you've been in that chair before, done some depositions, so we won't go over all of that today; I'm sure you're up to speed.  But before we dive in, I did want to talk to you, make sure that you understood exactly what kind of deposition it is we're taking today, and -- and by that I mean that today you are appearing as a corporate representative for 3M.  Do you feel like you have an understanding of what that is and what your purpose is here today?
    **A.  I believe so.**
    Q.  Okay.  I'm going to be asking you questions, and in response to these questions today you're going to be giving testimony as though you're the voice of 3M.  Obviously, I can't put 3M in that chair, so somebody has to be chosen.  I've been informed that

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 25

1 difference between the 500 and the OR, is the changes
2 you talked about making it suitable for operating room
3 use?
4    A. That was -- that was one among many changes
5 that were made in that series of warming units to
6 distinguish them from warming units that were
7 specifically designed for use in the PACU or the ICU.
8    Q. Okay. What is the purpose of having a
9 filter on the Bair Hugger?
10    A. Well it had several purposes: one purpose
11 is to prevent the fouling of the internal components
12 of the Bair Hugger; the other is to reduce the
13 particulates that enter and exit the Bair Hugger.
14    Q. As -- in the field of --
15      When designing the Bair Hugger, why did the
16 company care about particulates coming in and out of
17 the Bair Hugger?
18    A. To keep the electronics and the sensors, the
19 fans and the heat exchangers from gathering debris and
20 fouling.
21    Q. Okay. When -- when -- I'm --
22      What I'm specifically referring to is that
23 when I asked you for the purpose, you gave me two
24 purposes, one being to foul -- not to foul up the
25 motor and the other to reduce particulates in and out

Page 26

1 of the Bair Hugger. Are those two sides of the same
2 coin or are those two different things?
3    A. They're -- they're two different things.
4    Q. Okay. So in other words, I understand that
5 one of the purposes was to prevent the fouling of the
6 motor, things going into the Bair Hugger.
7    A. Well it's -- it's not just the motor. I
8 mean the -- all of the sensing and heat-exchanger
9 components of the entire warming unit work better when
10 they're not fouled.
11    Q. Okay. So kind of a shorthand for that is
12 the safety and welfare of the internal components, the
13 actual machinery that's being considered with the
14 filter, that's what its -- one of its purposes to be
15 there.
16    A. Well I wouldn't say the safety. We -- we
17 want the unit to operate within certain limits of
18 specifications, and in order to ensure that those
19 operating limits are met, the unit -- the components
20 in the unit have to remain unfouled.
21    Q. Okay. All right. So we have that purpose
22 for the filter. And I understand that the filter
23 plays a role in keeping the device operational. You
24 will agree with that?
25    A. Yes.

Page 27

1    Q. Okay. But in terms of particulates coming
2 in and out of the Bair Hugger, was the company's only
3 concern the -- the continued operation of the unit?
4    A. No. There -- there was also concern of
5 keeping particulates out of the exhaust flow from the
6 warming unit --
7    Q. Okay.
8    A. -- into the blanket.
9    Q. Why -- okay. Why did the company care about
10 keeping particulates out of the exhaust flow of the
11 warming unit?
12    A. Well it just made -- it made sense not to
13 put particulates into the -- into the blanket.
14    Q. I don't want to be like my six-year-old is
15 on these sorts of questions, but why don't you want to
16 put particulates into the blanket?
17    A. Well there was no reason to blow
18 particulates into the -- into the blanket, which might
19 end up leaving the blanket.
20    Q. Okay. Why does the company care if
21 particulates leave the blanket?
22    A. Well there's always the -- there's --
23 there's always the potential for increasing the level
24 of pollution in the operating room, so this is one
25 method of reducing that possibility.

Page 28

1    Q. Okay. When we talk about pollution in the
2 operating room, what does that mean to you?
3    A. Well, the particulate load in -- within the
4 operating room.
5    Q. Okay. When making filter decisions, making
6 these design decisions and understanding that there is
7 an issue that -- as you call it, pollution in the
8 operating room, again I hate to go down this -- keep
9 doing this, but why is pollution, things coming out of
10 the Bair Hugger in the OR, why was that a concern for
11 the company?
12    A. Well again, we -- there was --
13      There's no reason to increase the
14 particulate load that's being blown into the blanket
15 which is on a patient.
16    Q. Okay. So I understand there's no reason to
17 put particulates onto a patient. Is there any reason
18 not to?
19      MR. BLACKWELL: Yeah. I object to the form
20 of the question. If you understand it, you can answer
21 it.
22    A. I'm not -- I'm not sure I --
23    Q. Let me try to rephrase that right.
24    A. Okay.
25    Q. Because from what I understand from your

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

Page 313

1  asked him about changes that were made to the
2  predicate device, which was the 200, which is what
3  this is a picture of.
4      MR. BLACKWELL: So Exhibit 351 relates to
5  the predicate device, the 200.
6      MS. ZIMMERMAN: Exactly. And the question
7  ultimately is: Why was the warning removed when we
8  got to the 500 series?
9      A. Well there's another difference, too, and
10 that is that the 200 was not intended to be used in
11 the operating room.
12     Q. Right. And -- and I'm aware of that, Mr.
13 Van Duren. My question really is -- has to do with
14 the knowledge that was available to the company
15 broadly at that time.
16     There -- there was some knowledge, based on
17 the fact that there is a warning of airborne
18 contamination, that contamination could be airborne;
19 correct?
20     A. Yes.
21     Q. Okay. And -- and despite that fact, there
22 is no warning on the 500 series of the Bair Hugger
23 device about risk of airborne contamination; correct?
24     A. That's correct.
25     Q. And that's despite the fact that the medical

Page 314

1  care professionals rely on the company to warn about
2  risks; correct?
3      MR. BLACKWELL: I object to the form of the
4  question.
5      A. The risks that are known of, known about,
6  yes.
7      Q. All right. And -- and -- and al --
8  That's also despite the fact that medical
9  care professionals rely on the company to provide
10 rules for safe use of a device; correct?
11     MR. BLACKWELL: I object to the form of the
12 question.
13     A. Yes.
14     And it's very likely that the hazard
15 analysis that occurred subsequent to the development
16 of this device recognized that the risk index was
17 either too low or zero and removed that warning from
18 the labeling.
19     MS. ZIMMERMAN: I'm going to move to strike
20 as non-responsive.
21     Q. Are you aware of any testing that -- that
22 showed that there was not airborne risk of
23 contamination --
24     A. I'm not.
25     Q. -- conducted by this study?

Page 315

1   A. I'm not.
2   Q. Or I'm sorry, conducted by the company.
3   A. No, I am not.
4   Q. Okay. So it's pure speculation on your
5  part.
6   Turning to the 700 series Bair Hugger,
7  was -- was there any changes on the warnings as
8  between the 700 series and the 500 series Bair
9  Huggers?
10  A. I believe there were some changes.
11  Q. And what were those changes?
12  A. I believe the recommendation not to hose
13 patients with the -- with the end of the nozzle was
14 added.
15  Q. And hose --
16  And hosing is a practice of essentially
17 using the machine without the disposable blanket
18 attached; correct?
19  A. That's right.
20  Q. All right. Were there any other changes?
21  A. I'm -- I'm --
22  I suspect there are. I don't -- I don't
23 know which ones changed between the two models though.
24  Q. So as you sit here today, the only change
25 that you are aware of between the 500 and 700 series

Page 316

1  with respect to the warnings has to do with the
2  warning not to engage in hosing; correct?
3   A. That's correct.
4   Q. All right. And you'd agree that there's no
5  warning on the 700 series, again, regarding the risk
6  of airborne contamination; correct?
7   A. That's correct.
8   Q. And again, that's despite the fact that the
9  risk of airborne contamination was in fact known to
10 the company at that time; correct?
11     MR. BLACKWELL: I object to the form of the
12 question.
13  A. It --
14  Well, it was included as a warning on the
15 model 200, yes.
16  Q. Okay. I'm going to turn to topic number
17 eight, which is data or research supporting the claim
18 that the Bair Hugger blankets act as an additional
19 filter or otherwise reduce the potential for
20 contamination in the operating room. You're prepared
21 to testify about that today as well; correct?
22  A. Yes.
23  Q. And I think you had some questions posed to
24 you earlier today by my colleague, Mr. Assaad,
25 regarding the Avidan study. Do you recall that?

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 317

1    A.  Yes.
2    Q.  Is there any other study that -- that 3M is
3  aware of that addresses the issue of whether a blanket
4  might act as an additional filter?
5    **A.  I think Avidan is probably the first**
6  **indication we had of -- of that.  I'm not aware as I**
7  **sit here of another study like that.**
8    Q.  All right.  And that was 1993?
9    **A.  I think it was around that timeframe, yes.**
10   Q.  All right.  Are you aware or is the company
11  aware of any other data that supports the notion that
12  the blanket itself may act as an additional filter?
13   **A.  To my knowledge, we haven't conducted any**
14  **internal testing to confirm that.**
15   Q.  So no -- no testing has been done by the
16  company with respect to whether the disposable
17  blankets themselves may act as some sort of filter;
18  correct?
19   **A.  That's correct.**
20   Q.  All right.  And Mr. Assaad asked you some
21  questions about that Avidan study.  You're aware that
22  ultimately the author concluded that forced-air
23  warming systems, such as the Bair Hugger, are a
24  potential source of nosocomial infections; correct?
25      MR. BLACKWELL:  I object to the form of the

Page 318

1  question.
2    **A.  He -- he speculated that was true.**
3    Q.  And again, that -- that Avidan study was --
4  was done on the Bair Hugger 505; correct?
5      MR. BLACKWELL:  Object as asked and
6  answered.
7    **A.  Yes.**
8    Q.



80 (Pages 317 to 320)