# EXHIBIT 45



| | belan001<br><belan001@umn.edu><br>03/16/2011 12:16 PM<br><br>Please respond to<br><belan001@umn.edu> | To | <mhstevens@mmm.com> |
|---|---|---|---|
| | | cc | Theresa Diggs <tdiggs@umn.edu>, Kumar Belani <belan001@umn.edu> |
| | | bcc | |
| | | Subject | Re: Question |

History:      This message has been replied to.

Would love to participate and would even consider a long-term relationship.
I am copying Theresa to help set up a meeting with your project team. Thanks. Kumar Belani.

Sent via BlackBerry from T-Mobile

---

**From:** mhstevens@mmm.com
**Date:** Wed, 16 Mar 2011 08:21:30 -0500
**To:** <belan001@umn.edu>
**Subject:** Question

Hi Kumar,

Kiran gave me your email address so I hope you do not mind me contacting you. I hope you are well! I have found the transition to this job challenging, mostly in a good way, but I do miss my friends and colleagues at Children's!

 I have a project team here that needs some input from anesthesiology. Would you or any of your colleagues be interested in looking at this project from your perspective and giving an opinion? It would not take more than an hour and a few of the team members would bring it to you.

Regards,
Michelle

**Michelle Hulse Stevens, MD** | Medical Director
3M Infection Prevention Division
3M Center, 279-4N-01 | St Paul, MN 55144
Office: 651 733 3600
mhstevens@mmm.com | www.3M.com

Confidential – Subject To Protective Order     3MBH01627569