# EXHIBIT 46

**From:**      Christopher Nachtsheim <nacht001@umn.edu>
**To:**        Mark Albrecht <albre116@umn.edu>
**Sent:**      2/14/2012 8:54:57 PM
**Subject:**   Re: Well, I wish I had better news on the 3M situation...


Well, I'm glad to see they had the class to call you.

Chris

On Tue, Feb 14, 2012 at 2:42 PM, Mark Albrecht <albre116@umn.edu> wrote:
No, he wouldn't go for that.  I'm as certain about that as I am about death and taxes...

Also, one more piece of information.  The HR rep just called me from 3M.  She said 3M is about as conservative as companies get when it comes to any possible legal action.  She apologized, but mentioned that nothing can be done. So, I've got to move forward and get the next job.

I'll try to put martin in touch with you, for that would help my chances.

-Mark


On Tue, Feb 14, 2012 at 2:33 PM, Christopher Nachtsheim <nacht001@umn.edu> wrote:
I'd be happy to talk with Martin.  Let me know.

One other Qx:  And I'm presuming that you couldn't get the noncompete removed via Scott?

Chris

On Tue, Feb 14, 2012 at 2:31 PM, Mark Albrecht <albre116@umn.edu> wrote:
Chris,
Yep, that is exactly it...  They are so risk adverse it borders on irrationality...  This was a staff-job, unrelated to healthcare and they still wouldn't do it.  I talked with the hiring manager, Bob Mitchell, and he was disappointed too since they really wanted me (and needed me since they are having a hard time finding people).  It appears that legal won't budge on this one....

I've restarted talks with national marrow donor program.  They are getting me in on friday for my final interview.  I really hope I didn't hurt my chances for that job, otherwise I've got to start all over with this process.

Now, I really want to shine with this group.  I'm going to try to convince the hiring manager Martin Maiers (hopefully, my eventual boss) to call you and get your read on me.  I think that would go a long way in helping me land the position.  I'll see if he is interested.  I hope that is ok with you.

let me know
-Mark




On Tue, Feb 14, 2012 at 2:21 PM, Christopher Nachtsheim <nacht001@umn.edu> wrote:
Unbelievable.  Totally.  Is this because 3M owns the Bear Hugger?  Chris

Albrecht_0013733

On Tue, Feb 14, 2012 at 1:28 PM, Mark Albrecht <albre116@umn.edu> wrote:

Hi Guys,

Well, 3M decided to rescind their offer today based upon my non-compete.  What a class act; I found out through a piece of mail.  I called the hiring manager and there is little if anything he can do.  Didn't see this coming, particularly for a staff-level job.  So, I'm going to see if I can land that program manager position now.  Hopefully, this didn't poison the well for that opportunity.

Wish I had better news...

-Mark

--
Mark Albrecht
952-261-9903
albre116@umn.edu

--
Christopher J. Nachtsheim
Frank A. Donaldson Chair of Operations Management
Chair, Supply Chain and Operations Department
3-245 Carlson School of Management
University of Minnesota
Minneapolis, MN 55455

Office: 612-624-1077
Email: nacht001@umn.edu
Fax: 612-624-8804

--
Mark Albrecht
952-261-9903
albre116@umn.edu

--
Christopher J. Nachtsheim
Frank A. Donaldson Chair of Operations Management
Chair, Supply Chain and Operations Department
3-245 Carlson School of Management
University of Minnesota
Minneapolis, MN 55455

Office: 612-624-1077

Albrecht_0013734

Email: nacht001@umn.edu
Fax: 612-624-8804


--
Mark Albrecht
952-261-9903
albre116@umn.edu


--
Christopher J. Nachtsheim
Frank A. Donaldson Chair of Operations Management
Chair, Supply Chain and Operations Department
3-245 Carlson School of Management
University of Minnesota
Minneapolis, MN 55455

Office: 612-624-1077
Email: nacht001@umn.edu
Fax: 612-624-8804

Albrecht_0013735