# **EXHIBIT 59**

September 21, 2012

Dear Sir/Madam,

As you are aware, the incidence of surgical site infection following orthopedic procedures continues to rise, threatening the ultimate success of our profession. Although research in the field continues, there is lack of evidence for some common practices and the care appears to be variable.

We intend to hold an International Consensus (ICPJI) meeting in Philadelphia on Thursday August 1, 2013 one day ahead of the Musculoskeletal Infection Society's (MSIS) meeting to be held in the same city on August 2-3, 2013.

This program will bring together more than 100 renowned delegates (Appendix A) from around the world- orthopedic surgeons and top representatives of prestigious orthopedic societies- in order to develop an evidence-based consensus for issues that involve the care of patients with musculoskeletal infections.  These distinguished attendees will be participating together in 14 specific workgroups (Appendix B) in order to evaluate the available literature, extract evidence for current practices, and identify areas in need of further research.  The overall goal of this conference is to publish the agreed consensus for dissemination among the orthopedic community globally.

The success of this event will be largely credited to our sponsors, who we hope will lend their names and financial support to the event.  The ICPJI is requesting an educational grant in order to support the program activities and expenses of ICPJI attendees.

We would like to offer you the opportunity to put your company brand in front of these key professionals, who have a vested interest in your products, by becoming one of our exclusive conference sponsors.  You will not have a chance to reach a more targeted global audience in orthopedic surgery this year.  Sponsorship at the meeting will show attendees your commitment to education, patient care, and building industry relationships.

You may select the level of participation that best meets your needs from the following four designated categories or recognition:

- **Platinum Sponsor** $100,000 and above
- **Gold Sponsor** $75,000 to $99,999
- **Silver Sponsor** $50,000 to $74,999
- **Bronze Sponsor** $25,000 to $49,999
- **Sponsor** $25,000 and less

Alternatively, you may decide to sponsor one or more of the faculty members on this list by reimbursing them the cost of travel and accommodation.

Benefits of sponsorship include recognition and visibility at the meeting and also in the program book. Furthermore, acknowledgment of your level of contribution will also be mentioned in any publications that result from the consensus guidelines established at this meeting.

Confidential – Subject To Protective Order                                                                                                    3MBH01623551

We are counting on your support, and will be happy to answer any questions you may have.  Please return your sponsorship commitment form and email it to bahar.adeli@rothmaninstitute.com .  Thank you in advance for your willingness to support the efforts of the ICPJI and make a lasting difference in the orthopedic community.

Sincerely,

Javad Parvizi MD, FRCS
President, Musculoskeletal Infection Society
Professor of Orthopedic Surgery


Thorsten Gehrke MD
Director, EndoKlinic
Hamburgh, GErmany

Confidential – Subject To Protective Order

3MBH01623552