# EXHIBIT 60

| | |
|---|---|
| From: | Michael Mont <rhondamont@aol.com> |
| To: | Cyndee Krenos |
| Sent: | 10/3/2018 11:13:03 PM |
| Subject: | Re: current draft |

sorry too late to change now


-----Original Message-----
From: Corey Gordon <CGordon@blackwellburke.com>
To: rhondamont <rhondamont@aol.com>
Sent: Wed, Oct 3, 2018 1:43 pm
Subject: current draft

In the answer to the FAW question in the ICM, the current version of the text (which is posted on the ICMphilly website) cites to the CFD produced by Elghobashi in the litigation (He et al 2018, citation # 8). It would be more accurate and complete to note in addition that "Other researchers using similar predictive simulations have reached contrary conclusions." [cite to Abraham, J. P., B. D. Plourde, and L. J. Vallez. "Comprehensive review and study of the buoyant air flow within positive-pressure hospital operating rooms." *Numerical Heat Transfer, Part A: Applications* 72.1 (2017): 1-20. Also cite Memarzadeh, F. "Active warming systems to maintain perioperative normothermia in hip replacement surgery." *Journal of Hospital Infection* 75.4 (2010): 332-333. Note: Memarzadeh was cited in the previous ICM statement]



**Corey Gordon**

Phone: 612.343.3266 | Fax: 612.343.3205

www.blackwellburke.com



431 South 7th Street, Suite 2500 ● Minneapolis ● MN ● 55415

This message and any attachments may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient or are not authorized to receive for the recipient, you are hereby notified that dissemination, distribution or copying of this message and any attachments is strictly prohibited. If you have received this message in error, please immediately advise the sender by reply e-mail and delete the message and any attachments. Thank you.

Confidential – Subject To Protective Order                                                                3MBH02329969