# EXHIBIT 71

| From: | Stender, Jana |
|---|---|
| To: | Maharaj, Gary; Woodwick-Sides, Teri; Gagne, Bob; Buehler, Bob; Bergstrom, Troy; Rock, John; Hansen, Gary |
| Sent: | 1/21/2010 7:05:07 PM |
| Subject: | FW: [scip] Forced Air Warming Devices |

Sorry to forward more "happy" news.... Of course, the field isn't aware of all the things we are doing and have done to address this issue, but we'll need to further organize a definitive clinical response.

Bob G. and I will lay out a full plan (augmenting the existing plan) and pull Gary H. into the clinical planning component as needed.

-----Original Message-----
From: Collins, Jami
Sent: Thursday, January 21, 2010 12:11 PM
To: Stender, Jana
Subject: FW: [scip] Forced Air Warming Devices


-----Original Message-----
From: Tullis, Suzanne
Sent: Thursday, January 21, 2010 10:47 AM
To: Scott, Mark; Collins, Jami; Wick-Powell, Julie
Cc: Register, Kevin
Subject: FW: [scip] Forced Air Warming Devices

This issue is everywhere. We have got to develop a better strategy besides the Zink article. I just got an email from a new bp account saying that they may have to stop using bp because of the orthopedic docs request not to use on total joints.

Kind regards,
Suzanne
Suzanne Tullis
District Sales Manager
Arizant Healthcare
North and South Carolina
Makers of Bair Hugger,Bair Paws and Ranger
Cell: 704-965-3425
Fax: 952-918-5134
Email: stullis@arizant.com

-----Original Message-----
From: Vicki Jones [mailto:vjones@nmhs.net]
Sent: Wednesday, January 20, 2010 6:46 PM
To: Surgical Care Improvement Project
Subject: [scip] Forced Air Warming Devices

Dr. Bratzer,
Several of our Orthopeadic physicians are refusing the use of forced air warming devices for joint replacement precedures at our facility. Their position is that they contribute to post-op wound infections because of the circulating air (air turbulence,etc). The literature they have and what I have found seems to support their position. Can you tell me of any evidence that contradicts their position and supports the the use of forced air warming devices (bear hugers) in joint repacements?
Thank You,


---
You are currently subscribed to scip as: stullis@arizant.com.
To unsubscribe send a blank email to leave-

3M Confidential

388577-4510202.fa3f2f1f50eb53a3a90c34cc2f2cce0e1fsts.medqic.org
----------------------------------------

Email messages cannot be guaranteed to be secure or error-free as
transmitted information can be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. The
Centers for Medicare & Medicaid Services therefore does not accept
liability for any error or omissions in the contents of this
message, which arise as a result of email transmission.

CONFIDENTIALITY NOTICE: This communication, including any
attachments, may contain confidential information and is intended
only for the individual or entity to which it is addressed. Any
review, dissemination, or copying of this communication by anyone
other than the intended recipient is strictly prohibited. If you
are not the intended recipient, please contact the sender by reply
email and delete and destroy all copies of the original message.