# EXHIBIT 72

# LOWER BODY QUILT

## Thermacare® TC2050

**GAYMAR®**
GAYMAR INDUSTRIES, INC.
10 Centre Drive
Orchard Park, NY  14127-2295

## INSTRUCTIONS FOR USE
Single Patient Use. Not Sterile, Do Not Reuse.

### ⚠ WARNING
See other side for *Safety Precautions* before proceeding.



1. Position Power Unit at foot of operating room table.



2. Place Lower Body Quilt over patient's legs with hose inlet facing up at foot end of patient. Place Quilt on patient with *THIS SIDE UP* label facing upwards.



3. Remove paper backing from the tape seal and adhere tape to patient's abdomen. This seal restricts movement of air toward the surgical site.



4. Support the hose with the Power Unit handle. Adjust the handle to allow the hose to enter directly into Quilt.



5. Locate the opening at the foot end of the Quilt. Open Velcro® strap. Insert hose 3-5 inches. Pull Velcro strap tightly around hose side of collar. See instructions on label of Quilt.



6. Place a cotton blanket over the Lower Body Quilt for maximum effectiveness.

Make sure *OR & ICU* indicator is lit.



7. After surgical prep and draping are complete, select the appropriate temperature. Turn the Power Unit on. Be sure the Power Unit is in *OR & ICU* mode. Refer to the TC2000 *Operating Instructions*.

8. Monitor the patient's temperature, vital signs, and skin temperature regularly and adjust the Power Unit's temperature as required, based on the patient's temperature.

### ⚠ WARNING

- Do not use the Lower Body Quilt on patients during aortic cross-clamping in a AAA resection. No blood is flowing to the legs at this time.

- Do not apply heat to ischemic tissue.

P/N 08073-000

3MBH00932515

# LOWER BODY QUILT

## Thermacare® TC2050

**GAYMAR®**
GAYMAR INDUSTRIES, INC.
10 Centre Drive
Orchard Park, NY  14127-2295

## SAFETY PRECAUTIONS

### ⚠ WARNING

This device generates heated air flow. Excessive heat could cause thermal stress or skin lesions. Failure to follow these precautions could result in serious injury or death:

- Use **Thermacare Patient Comfort System** only under direction of a physician. Read and understand *Operator's Manual* and all precautions before using.

- If the patient's temperature is not responding or does not reach the prescribed temperature in the prescribed time, or deviates from the prescribed temperature range, notify the attending physician promptly.

- This quilt is recommended for operating room use only.

- Do not use the Gaymar TC2000 in *PACU & OTHER* mode when using this quilt.

- Monitor the patient's temperature, vital signs, skin temperature and condition regularly (every 20 minutes or as prescribed by a physician). If patient's temperature reaches the normal range, reduce air temperature or discontinue therapy. If vital signs become unstable, notify the attending physician immediately.

- A physician's order is required for setting quilt temperature and for continued use of equipment. Pediatric, temperature-sensitive, and postoperative patients should be checked more frequently than every 20 minutes.

- When treating hemodynamically unstable patients, start therapy at *LO* or *MED* heat setting.

- Do not use unless hose is connected to warming quilt.

- Do not use the Lower Body Quilt on patients during aortic cross-clamping in a AAA resection. No blood is flowing to the legs at this time.

- Do not apply heat to ischemic tissue.

### ⚠ CAUTION

- Evaporative cooling may result if patient is not dry.

- Convective airflow can cause airborne contamination to open wounds if they are not covered.

- Place your hand under the quilt to verify the power unit is warm.

- **Federal law restricts this device to sale by or on the order of a physician.**

## IMPORTANT

The Thermacare® TC2050 Lower Body Quilt has been carefully tested. **It is compatible with the Thermacare® TC2000 and Bair Hugger® Model 500 power blower units. Use with other power blower units is not recommended.** Biomedical engineers familiar with medical device repair practices should perform periodic functional checks on Power Units according to the *Service Manual* recommendations.

Read and understand the *Operator's Manual* and all precautions prior to using the Thermacare System.

We suggest that a biomedical engineer check the control temperatures of your warming unit regularly to assure it is functioning properly. For additional assistance, contact Gaymar's Technical Service Department:

|  |  |
|---|---|
| Direct | (716) 662-2551 |
| Toll free | 1 800 828-7341 (outside NY state) |
|  | 1 800 848-4806 (within NY state) |

Thermacare is a registered trademark of Gaymar Industries, Inc. Velcro and Bair Hugger are registered trademarks of Velcro U.S.A., Inc. and Augustine Medical, Inc., respectively.
© 1993. Gaymar Industries, Inc. All rights reserved.

See other side for *Instructions for Use.*