# EXHIBIT 73



3M Confidential    Confidential – Subject To Protective Order    3MBH00500237



3M Confidential — Confidential – Subject To Protective Order — 3MBH00500238