UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MDL No.  15-2666 (JNE/DTS)

In re Bair Hugger Forced Air Warming Products
Liability Litigation

**STATEMENT INSTEAD OF REDACTED DOCUMENTS**

This Document Relates to All Actions

---

Plaintiffs have filed a Response In Opposition to 3M's Motion for Reconsideration of the December 13, 2017 Daubert Order, together with Exhibits 1-73.

The following Exhibits have been marked "Confidential" under the Protective Order and redaction is impracticable.

1. Attached hereto as PX9 is a true and correct copy of 3MBH01617179-181.

2. Attached hereto as PX10 is a true and correct copy of 3MBH00529150- 151.

3. Attached hereto as PX12 is a true and correct copy of 3MBH01260231- 232.

4. Attached hereto as PX13 is a true and correct copy of 3MBH02087963-969.

5. Attached hereto as PX30 is a true and correct copy of 3MBH00580785-789.

6. Attached hereto as PX45 is a true and correct copy of 3MBH01627569.

7. Attached hereto as PX46 is a true and correct copy of Albrecht0013733-35.

8. Attached hereto as PX55 is a true and correct copy of 3MBH00001336-337.

9. Attached hereto as PX56 is a true and correct copy of 3MBH01330587-592.

10. Attached hereto as PX59 is a true and correct copy of 3MBH01623551-552.

11. Attached hereto as PX60 is a true and correct copy of 3MBH02329969.

12. Attached hereto as PX62 is a true and correct copy of 3MBH00297650-663.

13. Attached hereto as PX63 is a true and correct copy of 3MBH00554405.

14. Attached hereto as PX65 is a true and correct copy of 3MBH01975262-265.

15. Attached hereto as PX66 is a true and correct copy of 3MBH01332558.

16. Attached hereto as PX71 is a true and correct copy of 3MBH00024733-734.

17. Attached hereto as PX72 is a true and correct copy of 3MBH00932515-516.

18. Attached hereto as PX73 is a true and correct copy of 3MBH00500237-238.

Dated: February 21, 2019                    MESHBESHER & SPENCE LTD.

/s/ Genevieve M. Zimmerman
Genevieve M. Zimmerman (MN#330292)
1616 Park Avenue
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
Email: gzimmerman@meshbesher.com

**Plaintiffs' Co-Lead Counsel**