# EXHIBIT 2

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to All Actions | EXPERT REPORT OF JONATHAN M. SAMET, M.D., M.S. March 30, 2017 |

## I.    Professional Qualifications

My education and training are in medicine (internal medicine and pulmonary disease) and public health, specifically the discipline of epidemiology (see Exhibit A – curriculum vitae). I received an A.B. degree from Harvard College in Chemistry and Physics and then received my M.D. degree from the University of Rochester School of Medicine and Dentistry. My training after medical school included completion of three years of training in the specialty of Internal Medicine and a three-year fellowship at Harvard Medical School that included training in the subspecialty of Pulmonary Medicine. I am Board certified in both, although I have not engaged in the clinical practice of medicine since 1994, when I left my position at the University of New Mexico for the then Johns Hopkins School of Hygiene and Public Health (now the Johns Hopkins Bloomberg School of Public Health). During my fellowship in clinical epidemiology at the Channing Laboratory of Harvard Medical School, I also received a master's degree in epidemiology from the Harvard School of Public Health.

Of relevance to this report, I served in the US Army from 1971-1973 as a physician. This service followed my internship in Internal Medicine at the University of Kentucky (1970-1971). Based on a critical need at the time, I received on-the-job training in anesthesiology and spent the two years of my military service as an anesthesiologist at Gorgas Hospital in the then Panama Canal Zone. The Hospital was a large facility providing care primarily for military personnel and their families, and Canal Zone employees and dependents. On a day-to-day basis, anesthesia for patients in four to six operating rooms was largely administered by nurse anesthetists under the supervision of a fully trained anesthesiologist and myself. Beyond this supervisory role, I handled many cases. Consequently, I gained extensive first-hand experience with general operating room procedures, as then practiced, covering a wide range of surgical procedures including hip replacement.

1

Subsequent to my fellowship training at Harvard as documented on my curriculum vitae, I have had positions at three academic institutions: the University of New Mexico School of Medicine in Albuquerque, New Mexico (1978-1994); the Johns Hopkins Bloomberg School of Public Health (1994-2008); and the University of Southern California (2008-present).  At each of these institutions, I have held leadership positions including Chief of the Pulmonary and Critical Care Division of the Department of Medicine at the University of New Mexico; Chair of the Department of Epidemiology, Co-Director of the Risk Sciences and Public Policy Institute (which I co-founded), and Co-Director of the Institute for Global Tobacco Control (which I founded) of the Johns Hopkins Bloomberg School of Public Health; and Chair of the Department of Preventive Medicine of the Keck School of Medicine of USC and founding Director of the Institute for Global Health of the University of Southern California.  In these positions, my responsibilities have included a mix of administration, research, education and training, and clinical practice (while at the University of New Mexico).

In general, my research activities have been centered on the health consequences of inhaled agents, such as tobacco smoke, outdoor and indoor air pollution, and radon, but also extended to the causes of cancer and the determinants of outcome for those with cancer, to cardiovascular disease and sleep-disordered breathing, and to obesity.  My curriculum vitae lists my specific publications, which now number over 360 peer-reviewed research papers, approximately 400 additional publications, and 28 books and monographs.

Much of my research has addressed exposure to airborne particulate matter and the health consequences of such exposures, including the particulate progeny of radon, secondhand tobacco smoke, and particles in outdoor air.  In this research, I have been involved in leading teams that have measured particle concentrations in outdoor and indoor air, and collected particles for toxicological assays.  I have been involved broadly in policy issues related to indoor air quality and particulate matter, including serving on Committee 62 of the American Society of Heating, Refrigerating, and Air Conditioning Engineers (ASHRAE), which addresses ventilation of indoor spaces.  For the National Research Council, I chaired the Committee on Research Priorities for Airborne Particulate Matter, the Committee on Comparative Dosimetry of Radon in Homes and Mines, and the Committee to Develop a Research Strategy for Environmental, Health, and Safety Aspects of Engineered Nanomaterials—all concerned with particles.  Finally, while I was at Johns Hopkins, I was Principal Investigator for an Environmental Protection Agency funded Center for research on particulate matter.

In addition, since the 1980s, I have been involved in numerous expert panels, reports, and other activities that have involved the synthesis and evaluation of evidence for causal inference and for risk assessment, a process that typically begins with an evaluation of the evidence for existence of a hazard.  Most relevant, I have been involved with the US Surgeon Generals' reports on smoking and health since 1984 in capacities including

2

author, consulting editor, and senior scientific editor. These reports provide authoritative determinations on the causation of disease and other adverse effects of smoking using a framework for inference that originated with the landmark 1964 report. This report established a model approach for synthesizing evidence for the purpose of reaching causal conclusions related to smoking with significant policy and public health impact. Subsequent reports have had broad impact, such as the 1986 report of Surgeon General Koop on involuntary smoke, which catalyzed the movement for clean indoor air with its conclusion that involuntary smoking caused lung cancer in never smokers. I was a Consulting Scientific Editor for this report.

As Senior Scientific Editor for the 2004 report, I led the updating of this approach to evidence evaluation and the introduction of standard language to describe the strength of evidence for causation. Across multiple reports, I have participated in the evaluation of evidence for causation as author and editor, reaching new causal conclusions in several reports, including the 1986 report (e.g., involuntary smoking causes lung cancer), the 2004 report (e.g., active smoking causes cervical cancer and cataract), and the 2014 report (e.g., active smoking causes cancer of the liver and involuntary smoking causes stroke). I was Senior Scientific Editor for both the 2004 and 2014 reports.

As a member and chair of the Clean Air Scientific Advisory Committee (CASAC) of the US Environmental Protection Agency, I provided guidance on revisions to the Agency's process for evaluating evidence and inferring causation for the major "criteria" air pollutants, such as airborne particulate matter. As chair of several committees of the National Academies of Sciences, Engineering, and Medicine, I have provided guidance on revisions to the Agency's processes for chemical risk assessment in its Integrated Risk Information System (IRIS) Program. These revisions have included introduction of formal systematic review processes and uniform approaches for assessing strength of evidence.

As an internist and pulmonary physician, I provided care for numerous patients with infectious diseases, some complicating surgery. While at Johns Hopkins, the Department of Epidemiology, which I chaired, was one of the largest academic programs in infectious disease epidemiology, providing an opportunity for me to learn much about this area from my colleagues.

## II.    Statement of the Question

Judgments concerning causation are made for the purposes of public health protection and health promotion at the population level. Evidence related to the causation of disease (or possibly to a benefit to health) at the population level is considered and a determination made as to whether the evidence supports the inference of a causal relationship between an agent and a particular health outcome. Such general determinations support various types of interventions intended to improve the health of

3

populations. Examples abound—air quality regulation, tobacco control at local, state and federal levels, and regulations covering exposures in workplaces. The determination in the 1964 Report of the Advisory Committee to the Surgeon General—that smoking causes lung cancer (in men)—is a landmark example, both for the methods used to evaluate the evidence and for the impact of the conclusion.

Distinct from population or general causation, judgments as to causation of disease in specific individuals are also made for a variety of purposes. These determinations address the question as to whether one (or more) agents contributed to the causation of disease in a specific person. The judgment is typically couched in terms of a probability statement, e.g., there is a 60 percent chance that a factor caused a particular disease in a particular person or the probability might be summarized as to whether it is more likely than not that a particular agent was causal for the individual in question.

This report addresses the topic of general causation in regard to the Bair Hugger forced-air warming devices (referred to hereafter as the Bair Hugger device), considering the full range of available and relevant evidence. The question addressed is whether use of a Bair Hugger device during hip and knee joint replacement surgeries increases risk for deep joint infections. "Risk" as used here means that the probability of deep joint infection is increased compared to what that probability would have been, absent the utilization of the Bair Hugger device during hip and knee arthroplasties. In this report, I refer to this theoretical comparison scenario of no exposure to the presence of the Bair Hugger device during surgery as the *counterfactual*. I propose that the appropriate counterfactual is either no specific warming device or the use of a warming device that does not involve forced-air, the actual alternatives in practice.

**Concepts of Causation**

***Causal Criteria or Guidelines***: The present scientific and methodological approaches used for causal inference have their origins in discussions started in the 1950s as observational epidemiological evidence emerged on the causes of "chronic diseases" (primarily cancer, cardiovascular disease, and chronic respiratory disease) related to smoking and other environmental factors. Unlike infectious diseases, for which there were necessary causal agents—i.e., the particular infecting microbes—chronic disease or non-communicable diseases generally had multiple risk factors and no one cause was necessary as for infectious diseases. Criteria (the Henle-Koch postulates) for determining if an infectious agent caused a disease in humans were proposed in the later years of the 19th century as the role of infectious organisms in human disease was established.

The Henle-Koch postulates had no direct extension to non-communicable diseases. For clear ethical and practical reasons, experiments could not be carried out to prove that cigarette smoking or other agents had adverse consequences in people. Additionally, the results of the observational studies were potentially subject to bias, including

4

confounding (the mixture of the effect of another factor, the confounder, with the effect of the exposure of interest), selection bias (the distortion of the true association by the way that participants are selected into study populations), and information bias (errors in the information included in a study).

The approach developed for evaluation of evidence used in the 1964 Surgeon General's report  (U.S. Department of Health Education and Welfare, 1964) and in many subsequent authoritative reports, including those of the Surgeon General on smoking and health (U.S. Department of Health and Human Services, 2014), was intended to give appropriate consideration to these issues in interpreting the critical public health evidence.  Consequently, systems were developed for comprehensively gathering evidence from individual epidemiological studies, assessing the potential for bias in the individual studies and the collective body of literature, and synthesizing the evidence from the studies to determine if the findings, along with evidence from other types of investigation (e.g., laboratory studies), were sufficient to support a causal conclusion: i.e., that the observed association reflected a causal process and not bias or the play of chance (Glass et al., 2013).

The landmark 1964 report of the US Surgeon General on smoking and health (U.S. Department of Health Education and Welfare, 1964) is widely regarded as providing a model approach for the systematic review of evidence in order to determine if the association between an "exposure" or "risk factor" and some health outcome(s) is causal. Key features of the approach used to develop the report and conclude that smoking causes lung cancer included:

   a.  The evidence then available was systematically assembled and reviewed for potential methodological concerns (e.g., confounding) and the implications of such concerns for study interpretation;
   b.  Multiple lines of evidence were considered including the nature and components of cigarette smoke, findings of toxicological research, epidemiological research, and data showing coherence with the hypothesis that smoking causes lung cancer, such as parallel trends of smoking and lung cancer rates in the population;
   c.  Development of a pragmatic definition of cause and of guidelines or criteria for evaluating evidence for causation (Table 1).  Similar guidelines were proposed at about the same time by Sir Austin Bradford Hill in the United Kingdom.  Of these guidelines, only temporality (i.e., cause precedes effect) must be met, but the others are critical in bolstering the case for causation and are fundamental to the weight-of-evidence approach used to evaluate the totality of the evidence available.  The guidelines are not used as a checklist and all need not be met to infer causality;
   d.  Narrative analysis of the evidence using the guidelines to demonstrate in a transparent fashion the basis for the causal determination.

5

***Sufficient Component Cause Framework***: In considering the evidence collected for this report and the nature of the injury related to the Bair Hugger device, the sufficient-component-cause model or framework is relevant and useful. The framework provides insight into how the Bair Hugger device could increase risk for infection, when by definition an infectious organism is requisite for the occurrence of a deep joint infection. This framework considers sets of actions, events, or states of nature that together lead to the outcome under consideration. The model provides a way to account for how multiple factors combine to result in disease in an individual or population. In epidemiology, the component cause model put forward by Kenneth Rothman in a 1976 publication (Rothman, 1976) has clear applicability to considering the role of the Bair Hugger device as a causal factor. This model has broad utilization, being invoked, for example, in a recent report from a committee of the National Academies of Sciences, Engineering, and Medicine that I chaired. This report from the Committee on Using 21st Century Science to Improve Risk-Related Evaluations used the sufficient component cause framework to characterize how pathways of injury by chemicals increase risk for disease (National Academies of Sciences Engineering and Medicine, 2017).

In considering causation, causal factors are classified as to whether they are necessary or sufficient. A cause that is *sufficient* can cause disease on its own but it may not be necessary. For infectious diseases, the responsible microbial organism is necessary, but not sufficient for many infectious organisms. For example, most people who are infected with *Mycobacterium tuberculosis*, the organism responsible for clinical tuberculosis, do not develop clinical disease; the immune system is able to control the infection such that disease does not occur. For lung cancer, smoking is presently the cause of most cases (about 85%) in the United States, but smoking is not sufficient (all smokers do not develop lung cancer) nor necessary (lung cancer occurs in people who have never smoked).

In the component cause model, causal complexes that are sufficient, i.e., able to cause the outcome of concern, are represented by pies (Figure 1) with each slice being a single component of the pie, i.e., an insufficient component by itself unless the pie has only one component (Rothman and Greenland, 2005). The figure depicts three causes (I-III), each having multiple components or slices. When a cause is complete (i.e., each of its components is present), then the outcome will occur. The importance of a cause in a particular population is determined by its prevalence; different populations may have different distributions of causes, e.g., younger versus older patients or a community hospital versus a referral center. The model usefully captures multicausality in the existence of several causal pies having multiple and differing components, the dependence of the strength of component causes on the prevalence of the complementary component causes, and the interaction between component causes.

For infectious diseases by definition, the infectious organism is necessary, corresponding to component A in the example of Figure 1, which is present in causes I, II, and III.

6

Thus, if a necessary component cause can be eliminated, any occurrence of the outcome can be avoided. If a component is present in only one cause, the removal of that component leaves the other causes as pathways to causation. With removal of cause J, for example, cause III is eliminated but causes I and II persist. This model has ready extension to considering the role of the Bair Hugger device in causing deep joint infections, as it captures the necessary presence of the infecting agent and how additional factors contribute to risk (Figure 2).

**Figure 1**: Hypothetical Example of Three Sufficient Causes of Disease From: Rothman KJ, Greenland S. Causation and causal inference in epidemiology. Am J Public Health. 2005; 95 Suppl 1:S144-50.



Figure 2 provides a hypothetical extension of the sufficient component cause model to deep joint infection and the role of the Bair Hugger device. It has two panels, portraying two different causal situations: the first, absent the presence of a Bair Hugger device, has two causes, each with several components; and the second, which has three causes with the addition of a cause with the Bair Hugger device as a component. Because the infecting organism is necessary, it is present in all of the causes in both panels. In the first panel (A), the first cause (Cause 1) has three general components—infecting organism, operating room environment, and patient; the second (Cause 2) has four components—infecting organism, operating room environment, patient, and surgeon. I use the terms "operating room environment," "patient," and "surgeon" in a general sense to refer to any characteristics/correlates that may influence the risk of infection. The "operating room environment" could encompass a broad range of features related to design, including air handling, operational aspects, and cleaning. Patient susceptibility factors are of evident importance and might include underlying health and immune status, smoking status, age, and relative body weight (body mass index or BMI). There are diverse pathways by which a surgeon might affect risk for infection: technique and procedure length or colonization with methicillin-resistant *Staphylococcus aureus* (MRSA).

The second panel (B) includes a third cause with four components—infecting organism, operating room environment, patient, and Bair Hugger device. The third cause includes

the Bair Hugger device, along with patient characteristics and the operating room environment. Comparison of the two panels in this hypothetical shows how the presence of the Bair Hugger device increases risk for deep joint infection, adding an additional cause to the two causes already present. The increment could be considered in absolute or relative terms: i.e., the prevalence of the additional, third cause with the Bair Hugger device or the relative increment in disease comparing the overall prevalence of the three causes in the second panel to that of the two causes in the first panel. The addition of the third circle shows how the use of the Bair Hugger device increases risk for disease; assuming the frequencies of the other two causes remain unchanged, the use of the Bair Hugger device adds an additional cause and hence more deep joint infection in comparison to the (counterfactual) scenario of only two causes. The magnitude of the increase would depend on the prevalence of the cause with the Bair Hugger device.

**Figure 2**: Adaptation of Sufficient Component Cause Model to Deep Joint Infection Risk

A: Causal Mechanisms for Deep Joint Infection without Bair-Hugger Devices



These causal pies are hypothetical and are not drawn to scale.
OR Environ = Operating Room Environment; PT = Patient;
Surgery = Surgical procedure factors

B: Causal Mechanisms for Deep Joint Infection with Bair-Hugger Devices



These causal pies are hypothetical and are not drawn to scale.
OR Environ = Operating Room Environment; PT = Patient; B-H = Bair Hugger Device
Surgery = Surgical procedure factors

With regard to the question of general causation, evidence is considered as to whether evidence supports the existence of Cause 3 in Figure 2. The model acknowledges the necessity of having an infectious organism and the contributions of patient susceptibility and other factors. It also illustrates how the existence of Cause 3 causes deep joint infections, beyond what would occur if only Causes 1 and 2 are present. Figure 2 also shows that the degree to which Cause 3 increases risk depends on the prevalence of other factors, such that the risk for deep joint infections associated with use of the Bair Hugger device could vary across institutions. Below, I review the evidence supporting the existence of a causal mechanism involving the Bair Hugger device.

## III.   Review of the Evidence

In writing this report, I have relied on studies from two sources: literature provided by Ciresi Conlin LLP and by literature searches conducted at USC using PubMed and the following search terms: "trends in surgical wound infections," "National AND trends AND (surgical AND would AND infection)," "Trends AND (surgical AND wound AND infection)," "Trends AND (surgical AND nosocomial AND infection)," "Trends AND (surgical AND wound AND infection) AND device," "(Patient AND warming AND device) AND (surgical AND would AND infection)," "(Patient AND warming) AND (surgical AND wound AND infection)," "(Patient AND warming AND device) AND (operating AND room)," "(Patient AND warming) AND (operating AND room)," "(Patient AND warming) AND (nosocomial AND infection)," "(Patient AND warming) AND (surgical AND site AND infection)," "microbial AND contamination AND operating AND room," "surface AND contamination AND (operating AND room)," "surface AND contamination AND (operating AND room)." The references of the main publications were also searched for additional relevant citations. I reviewed reports prepared by two of Plaintiffs' experts: Drs. William Jarvis and Said Elghobashi. Finally, I considered all the documents referenced in Exhibits B and C of this report.

### Evidence Synthesis and Findings on Causation

***The Range of Evidence Available***: Judgments on causation of an adverse effect of an agent, whether an environmental exposure, a pharmaceutical, or a device, like the Bair Hugger device, are made on the basis of all relevant evidence, whether direct or indirect. In schemas of evidence hierarchy, randomized clinical trials are generally given the most credence, but such trials are carried out to test for efficacy of a device or therapeutic agent or the comparative efficacy or equivalence of two devices or agents. They are not generally carried out to document adverse consequences or to make a comparison of the risks of two different devices or therapeutic agents. Thus, there has not yet been a randomized clinical trial to address the potential infection risk associated with the Bair Hugger device (i.e., a trial comparing the Bair Hugger to some other warming modality). In fact, such trials would not be readily feasible in practice because of the low incidence of deep joint infections; informative sample sizes would need to be very large; and such

9

studies have not been reported to date.  Results of a randomized controlled trial
evaluating the efficacy of a device that reduces the concentration of colony-forming units
(CFUs) at surgical sites were recently reported and are discussed further below
(Darouiche et al., 2017).

Observational epidemiological studies have been the mainstay for investigating the
causes of disease in human populations.  Observational means that the study addresses
the consequences of exposures as they take place in the world and that the exposures are
not assigned by the researchers as in a randomized clinical trial or other type of
experiment.  Rather, investigators study the consequences of factors affecting health as
people are exposed to those factors based on "real world" determinants.  For example,
observational designs were used in linking cigarette smoking to lung cancer, as some
people were either current or former smokers and others had never smoked.  Two basic
designs were used: the case-control study comparing the smoking histories of people with
lung cancer (cases) to those of similar people, but without lung cancer (controls); and the
cohort study comparing the rate at which lung cancer develops in smokers over time to
that in never or nonsmokers.  The findings from such studies, interpreted in the context of
other lines of evidence, supported the conclusion in 1964 by the Advisory Committee to
the Surgeon General that smoking caused lung cancer (in men) (U.S. Department of
Health Education and Welfare, 1964).

Only limited observational data are available on the potential infection risks from the
Bair Hugger device, reflecting the way in which warming devices are typically purchased
and used in hospitals, i.e., a hospital would generally use only a single type of warming
device in its operating rooms so that comparison to another device cannot be readily
made.  The general research question on warming devices and infection risk has attracted
limited attention to date.

On the assumption that hospitals use only a single type of warming device in operating
rooms, investigation of infection risks associated with type of warming device could be
carried out by classifying hospitals as to the type of warming device used and comparing
deep joint infection rates for groups of hospitals classified by type of warming device
used, taking other factors into account that could differ among hospitals.  Such studies
have not been done and would be difficult to carry out.  Another approach would be to
carry out a quasi-experimental study within one or more hospitals, monitoring the rate of
deep joint infection over time with one device and then intentionally shifting, as abruptly
as possible, to an alternative device.  A change in the infection rate temporally linked to
the change in device would indicate a beneficial or adverse effect of one device compared
to the other.  A study intentionally following this design has not been carried out, but
studies have addressed changes in deep joint infection rates as changes have been made
in warming equipment (discussed below).

Another line of evidence that has been evaluated is the characterization of time trends of rates of surgical site and deep joint infections. The hypothesis could be advanced that if Bair Hugger devices substantially increase deep joint infection rates, then time trends of rates of such infections should track with the timing of the introduction and utilization of the devices. This is an inherently flawed approach since it does not directly address the risks of the Bair Hugger device; the relevant data on trends are not readily available; and the consequences of other factors changing over time cannot be taken into account. The example of time trends of lung cancer in the United States illustrates the point: While incidence and mortality rates have been dropping in men for several decades because of lessening use, the risk of lung cancer in smokers has risen over this same time period (U.S. Department of Health and Human Services, 2014).

There is one directly relevant observational study in the peer-reviewed literature: the retrospective study carried out by McGovern et al. (McGovern et al., 2011). The study was based on comparing rates of deep joint infection in a hospital in the United Kingdom in two periods: one with the Bair Hugger device in use and one with conductive-fabric warming in use. Figure 7 in the publication describes the structure of the investigation: a period of exclusive use of the Bair Hugger device, a transition period, and then a period of exclusive use of conductive warming. Observation for surgical site infection, including deep joint infection, was standardized across the period of the study, but there were changes in both antibiotic prophylaxis and thromboprophylaxis. Logistic regression was used to estimate the incremental risk associated with having surgery while the Bair Hugger device was in use; the univariate estimate of the odds ratio was 3.8 and statistically significant.

This finding has been criticized as potentially reflecting confounding by the non-comparability of prophylactic antibiotic use and thromboprophylaxis in the two periods. Changes were made in both that overlapped with the different time periods described in Figure 7 of the paper. These arguments are the typical general claims made by those seeking alternative explanations for an association, and reach back to the strategies employed for decades by the tobacco industry (Proctor, 2012; Samet and Burke, 2001).

The deposition testimony of the authors of the McGovern paper addresses the issue of confounding. In an extended data set, Professor Nachtsheim compares infection rates under the two antibiotic regimes during a period when the Bair Hugger device was in use. There is no significant difference in the infection rates, indicating that one key requirement for confounding is not met: an association of the potential confounder (antibiotic use protocol) with the outcome (deep joint infection). Drs. McGovern and Reed cite additional evidence against confounding, including peer-reviewed studies indicating that different thromboprophylaxis protocols do not significantly impact deep joint infection rates (Jensen et al., 2010; Jameson et al., 2012). The authors also explain that additional data collected after publication of the McGovern study continued to

11

demonstrate a relative risk ratio very similar to the 3.8 odds ratio reported in the published study.

A more general argument against confounding can also be made. In setting aside whether the antibiotics and/or thromboprophylaxis were truly "confounding," the magnitude of the association (3.8 odds ratio) reported by McGovern et al. deserves consideration. For the sole explanation to lie with confounding, there would need to be sufficient positive confounding by changes in antibiotic use and/or thromboprophylaxis to explain the association fully. Such confounding is not only unlikely, but it is not supported by the evidence considered above and as reviewed by Professor Nachtsheim and Drs. McGovern and Reed. Additionally, given that the change in the warming method was temporally abrupt, confounding by other, unidentified factors seems unlikely as well. For example, the mix of patients in the time periods compared would likely be unchanged, as would factors related to the operating staff and operating rooms. The 3.8 relative risk ratio is therefore not attributable to confounding.

Other studies have been construed as "negative" and indicating safety of forced-air warming with the Bair Hugger device. In a widely used definition of safety, Lowrance (Lowrance, 1976) proposed that "A thing is safe if its risks are judged to be acceptable." This definition implies that risk can be estimated and then assessed for its acceptability. To conclude that there is no risk for deep joint infection associated with forced-air warming, an estimate of risk based on an appropriate counterfactual comparison is needed that is sufficiently precise to exclude risk levels considered unacceptable. In other words, the relative risk for deep joint infection associated with use of forced-air warming would need to be estimated along with 95% confidence intervals, as is the usual practice. The upper limit of the confidence interval would have to be below risk levels that are considered unacceptable, such as 1.5—the level at which risk is increased by 50%. To have such precision, sufficiently large studies would be needed and multiple studies would be needed to have sufficient confidence in the results. Such evidence does not exist.

Studies have been construed as indicating safety of the Bair Hugger device. However, considering the formulation of safety set out above, the studies provide findings seriously constrained by limited sample size without indicating that there is no risk with any degree of precision. Five studies are briefly described here.

1. Zink and Iaizzo (1993) assessed bacterial contamination using culture plates during simulated surgery with eight volunteers with a protocol that included two control hours and two hours with the Bair Hugger device operational. There was no significant difference in the number of bacterial colonies comparing the two periods.
2. Avidan and colleagues (1997) studied nine Bair Hugger devices and one additional device in use at their hospital. Beyond culturing the airstreams of the

devices, several extremely limited experiments were carried out. In one experiment involving only two devices, no organisms were cultured in the exhaust air from two devices that previously tested positive for internal contamination.

3. Huang et al. (2003) measured bacteria counts at several locations and the wound site in 16 abdominal vascular procedures during which a Bair Hugger device was used. Bacterial counts dropped across the procedure.

4. Moretti et al. (2009) followed a protocol similar to that used by Huang et al. for 30 surgeries, including 20 with a Bair Hugger device. The results showed an increase in counts compared to initial at-rest conditions and a comparison is not presented of the 20 procedures with warming versus the 10 without.

5. Sessler et al. (2011) carried out a simulation study of the consequences of forced-air warming with Bair Hugger devices on tracer smoke particle counts in two operating rooms with laminar flow in place. The investigators report no significant differences in particle counts, comparing baseline and operation of the Bair Hugger devices with and without warming of the air. Data provided in Figures 2 and 3 in the published paper show increases in particle counts with the Bair Hugger device in use, particularly for the Bair Hugger model 635. The small sample size limited statistical power.

These five studies share the problem of limited sample size and statistical power. Moreover, the interpretation of the evidence by the authors is largely based on not finding statistically significant differences in small data sets. Thus, the studies do not demonstrate the safety of the Bair Hugger device. Accordingly, in terms of the larger, collective body of evidence on risk for deep joint infection, these five studies are a limited and flawed component.

***The Mechanisms by which the Bair Hugger Increases Risk for Deep Joint Infection***:
Here, I give emphasis to the findings that address the processes by which the Bair Hugger device could increase risk for infection (Figure 3). There are two general documented mechanisms captured in Figure 3: disruption of protective unidirectional flow across the surgical field and an increased load of microorganisms in the air due to contamination of the forced-air warming device and turbulence-driven flow distributing contaminated skin flakes (squames) into the operative field. Both of these mechanisms lead to an increased number of CFUs delivered to the surgical site.

**Figure 3**: Mechanisms by which the Bair Hugger Device Increases Risk for Deep Joint Infection



Central to these mechanisms and risk for deep joint infection is the established relationship between the "dose" of CFUs and risk for surgical site and deep joint infection. With regard to infection risk, dose can be conceptualized as the cumulative number of CFUs that enters the surgical field, whether airborne, entering on instruments and other materials, or on the hands of surgical personnel. The dose would thus constitute the cumulative number of infectious organisms from these various routes. In Figure 3, the Bair Hugger device could increase the dose by increasing the number of airborne organisms deposited onto the surgical site or by contaminating instruments or surgical personnel as airborne CFUs settle onto these surfaces.

As reviewed by Dr. Jarvis, evidence suggests that only a small number of infectious organisms are needed to cause a deep joint infection to occur with knee and hip replacement, given the presence of a foreign material coated with a biofilm, which provides a site for growth that is not readily reached by antibiotics. Findings cited by Dr. Jarvis indicate that only a small number of organisms, possibly even a single organism, may be sufficient. A higher number of organisms reaching the implant increases the risk of infection. The randomized trial reported by Darouiche et al. (2017) further supports the concept of dose, as proposed, and the dependence of risk of deep joint infection on the number of organisms reaching the prosthesis. That study showed that reduction of CFUs reaching the surgical site with use of the Air Barrier System led to a lowering of the number of implact infections (four in the control and none in the intervention). Additionally, as noted by Dr. Jarvis, patient-associated factors are not directly causal, but can increase risk for infection as diagrammed in Figure 2.

Use of the Bair Hugger device in the operating room has two consequences that increase the dose of CFUs, and hence the risk of infection, delivered to the surgical field: disturbance of unidirectional flow across the site and an increase in microbial contamination in the operating room. A substantial literature supports both of these effects of the operation of the Bair Hugger device. With regard to disturbance of

14

unilateral flow, there are two lines of supporting evidence: empirical studies in operating rooms that document air flow patterns and computational fluid dynamic modeling (CFD). Plaintiffs' expert Dr. Elghobashi implemented a CFD model to describe how the operation of a forced-air warming device affects patterns of air movement within an operating room and the consequences for distribution of squames (human skin cells) during an operation—a patient undergoing knee surgery. The results of the simulation are clear, comparing the two cases—blower off and on: operation of a Bair Hugger device alters air flow and increases the numbers of squames reaching critical sites relevant to infection risk, including the surgical site and the side tables. Two studies document thermal gradients created by the Bair Hugger device that parallel the modeling of Dr. Elghobashi (Table 2).

The results of Dr. Elghobashi's modeling are paralleled by empirical studies using tracers in operating room settings (Table 3). Table 3 summarizes the results of four studies that used simulated surgical procedures to assess the impact of the operation of a Bair Hugger device versus a comparison condition on the concentration of an indicator of airborne contamination. A study by Stocks et al. (2010) supports the use of particle counts as an indicator of the potential concentration of CFUs. In this study, particle concentrations in various size bins were measured at the surgical site during 22 hip and knee procedures. The number of CFUs was also measured at the surgical site. The relationships of particle counts and several characteristics of the procedures and staff with CFUs was considered during 10-minute time blocks. Of the various particle size bins, concentration of particles 10 microns and greater was most strongly associated with CFU count, explaining 41% of the variance in CFU concentration. This finding supports the use of particle tracers and counts as a surrogate for CFUs.

A study by Legg et al. (2012) measured particle counts while the other three used tracers, including glycerol particles and detergent bubbles. All show substantial increases in concentrations/counts of the indicator, as acknowledged by 3M's 30(b)(6) witness. The report by McGovern et al. (McGovern et al., 2011) included an investigation of the effect of forced-air warming with a Bair Hugger device on disruption of unidirectional air flow using neutral-buoyancy bubbles as a marker. Two simulated procedures were included: hip replacement and a lumbar spinal procedure. The experiment provided strong evidence that use of forced-air warming, compared with conductive-fabric warming, increased bubble counts over the surgical site in both sets of simulations. The findings of Belani et al. (Belani et al., 2013) were similar.

In another simulation study, Legg et al. (2012) measured particle counts in different size ranges over the surgical site, comparing forced-air warming with conductive fabric warming and no warming. The findings showed increased particle counts in the three size bins considered versus the two comparison conditions. In a subsequent study, Legg et al. (2013) used 0.3 micron glycerol particles as the tracer and found a several thousand-fold increase in particle count associated with use of a Bair Hugger device.

15

The Bair Hugger device may also increase the dose of CFUs as a result of the contamination of the device by microbes and the distribution of microbes in the warmed air from the device. Evidence summarized by Dr. Jarvis supports each of these mechanisms by which the device could increase the dose of organisms delivered to the surgical site.

***Findings on Causation***: As noted, judgments as to causality are based on a review of the relevant lines of evidence and evaluation of the evidence within a framework for causal inference, e.g., that used in the Surgeon Generals' reports. These frameworks are not intended to be rigid and in using them, the scope and nature of the evidence available merits consideration. The relevant criteria include temporality, strength of association, consistency, and coherence. *Specificity* is not pertinent, as there are multiple factors associated with risk for deep joint infection following arthroplasty and an infectious organism is necessary. The critical and necessary requirement of *temporality* is inherently met because joint replacement and exposure to infectious organisms precede the occurrence of infection, often by months.

With regard to *strength of association*, the available observational evidence indicates a moderately strong association. The analysis reported by McGovern and colleagues documents a statistically significant association unlikely to be explained by confounding or other bias. The relative risk is estimated at 3.8. The studies summarized in Table 3 show that use of a Bair Hugger device substantially increases the concentration of various tracers over the surgical site, in fact by up to several orders of magnitude.

The guideline of *consistency* is generally applied as a consideration related to interpretation of findings of multiple observational studies and hence is not applicable to the single study by McGovern and colleagues. Here, I point to the consistency of the findings of studies addressing the effect of the Bair Hugger device on particle counts at the surgical site (see Table 3).

As discussed above, there is *coherence* across the streams of evidence supporting the model set out in Figure 3, which offers a well-supported picture of the mechanisms by which the Bair Hugger device increase risk for deep joint infection. There is a coherent body of evidence supporting both pathways. Through the pathways indicated in Figure 3, the Bair Hugger device increases the dose of microbes reaching the surgical site and an increase in this dose increases risk for deep joint infection. The study by McGovern and colleagues shows that the resulting increase in risk of deep joint infection is substantial. The evidence is thus consistent and coherent, and biological plausibility for the Bair Hugger device to increase risk for deep joint infection is well established.

In my judgment, the full body of evidence is sufficient to conclude that the Bair Hugger device causally increases risk for deep joint infection. There is sufficient consistency among the findings of the individual studies, the evidence is coherent, biological

plausibility is evident, and temporality is satisfied.  As indicated in Figure 2, the Bair Hugger device is not a necessary cause, but a causal factor that increases risk of deep joint infection by adding an additional causal mechanism.

With regard to the question of how much the Bair Hugger device increases risk, the observational evidence from the study by McGovern et al. represents the most salient quantitative estimate—an elevated odds ratio of 3.8.  Calculating a commonly used epidemiological statistic, the attributable risk in the exposed (RR-1/RR), the estimate is 2.8/3.8 or 74%.  With this magnitude of excess risk, the Bair Hugger device would constitute a substantial contributing cause.

17

Jonathan M. Samet, M.D., M.S.

Distinguished Professor and Flora L. Thornton Chair

Department of Preventive Medicine Keck School of Medicine of USC

Director, USC Institute for Global Health

University of Southern California

2001 N. Soto Street, MC 9239, Los Angeles, California 90089-9239

**Figure 1**: Hypothetical Example of Three Sufficient Causes of Disease From: Rothman KJ, Greenland S. Causation and causal inference in epidemiology. Am J Public Health. 2005; 95 Suppl 1:S144-50.



19

**Figure 2**: Adaptation of Sufficient Component Cause Model to Deep Joint Infection Risk

A: Causal Mechanisms for Deep Joint Infection without Bair-Hugger Devices



These causal pies are hypothetical and are not drawn to scale.
OR Environ = Operating Room Environment; PT = Patient;
Surgery = Surgical procedure factors

B: Causal Mechanisms for Deep Joint Infection with Bair-Hugger Devices



These causal pies are hypothetical and are not drawn to scale.
OR Environ = Operating Room Environment; PT = Patient; B-H = Bair Hugger Device
Surgery = Surgical procedure factors

20

**Figure 3**: Mechanisms by which the Bair Hugger Device Increases Risk for Deep Joint Infection



**Table 1**. Guidelines for causal inference. Data from the 1964 Smoking and Health: Report of the Advisory Committee to the Surgeon General and from Hill 1965

| US Surgeon General Report's criteria | Hill's criteria |
|---|---|
| Consistency of association | Strength |
| Strength of association | Consistency |
| Specificity of association | Specificity |
| Temporal relationship of association | Temporality |
| Coherence of association | Biological gradient |
| | Coherence |
| | Experiment |

**Table 2**. Studies comparing mean temperature differences of potential surgical site contamination with comparison of Bair Hugger device versus control

| Reference | Indicator | Bair Hugger Device | Comparison | Ratio |
|---|---|---|---|---|
| Legg et al. 2012 | Temperature difference (°C) | 1.1°C | Radiant warming 0.4°C | p < 0.001 |
| Desari et al. 2012 | Temperature difference (°C) | Floor 0°C<br>Table 0°C<br>Head 0°C<br>Shoulders 1.9°C<br>Surgical site (abdomen) 3.8°C<br>Knees 7.1°C | Hot Dog (an over-body conductive blanket)<br>Floor 0°C<br>Table 0°C<br>Head 0°C<br>Shoulders 1.8°C<br>Surgical site (abdomen) 1.0°C<br>Knees 3.9°C<br><br>Inditherm (an under-body resistive mattress)<br>Floor 0°C<br>Table 0°C<br>Head 0°C<br>Shoulders 0.2°C<br>Surgical site (abdomen) 0.1°C<br>Knees 0.4°C | Hot Dog +2.73; p <0.001<br><br>Inditherm +3.63; p <0.001 |

**Table 3**. Studies comparing indicators of potential surgical site contamination with comparison of Bair Hugger device versus control

| | | | | |
|---|---|---|---|---|
| McGovern et al. 2011 | Neutral-buoyancy detergent bubbles counted by photos | half drape 68 laid-down 3 full-drape 0 | conductive warming half-drape 0 laid-down 0 full-drape 1 | Infinite for half-drape and laid-down and 0 for full-drape |
| Legg et al. 2012 | HandiLaz handheld particle counter over surgical site | 0.3 microns mean=1038.2 | 0.3 microns 274.8 (no warming) | 3.78 (p=0.0087) |
| Legg et al. 2013 | 0.3 micron glycerol particles measured over surgical site with HandiLaz particle counter | 2.174x106/m3 | 2x103 /m3 (no warming used) | 2,174 |
| Belani et al. 2013 | Neutrally buoyant detergent bubbles counted by a sequence of 10 photographs taken at 10-second intervals per experimental run | Modeled estimate of 132.5 | modeled estimate of 0.48 for conductive warming | 276 |

24

**Exhibit A**

**<u>Curriculum Vitae / List of Publications</u>**

*Jonathan Michael Samet*

## PERSONAL DATA

Distinguished Professor and Flora L. Thornton Chair
Department of Preventive Medicine
Keck School of Medicine of USC
Director, USC Institute for Global Health
University of Southern California
2001 North Soto Street, Room 330A, MC 9239
Los Angeles, CA 90089
Telephone: 323-865-0803
Fax: 323-865-0854
jsamet@med.usc.edu

## EDUCATION AND TRAINING

| | | |
|---|---|---|
| A.B. | 1966 | Harvard College, Chemistry and Physics |
| M.D. | 1970 | University of Rochester School of Medicine and Dentistry |
| M.S. | 1977 | Harvard School of Public Health |

**Postdoctoral Training**

| | |
|---|---|
| 1975-78 | Research Fellow in Clinical Epidemiology, Channing Laboratory, Harvard Medical School, Boston, Massachusetts |
| 1973-75 | Resident in Medicine, University of New Mexico Affiliated Hospitals, Albuquerque, New Mexico |
| 1970-71 | Intern in Medicine, University of Kentucky Medical Center, Lexington, Kentucky |
| **Licensure** | Formerly licensed in New Mexico, Maryland, Massachusetts |
| **Certification** | Diplomate, National Board of Medical Examiners |
| | Diplomate, American Board of Internal Medicine |

1

Diplomate, American Board of Internal Medicine, Subspecialty of Pulmonary Medicine

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 2016- | Director, Workforce Development and KL2 Program, Southern California Clinical and Translational Science Institute (SC CTSI) |
| 2014- | Distinguished Professor, University of Southern California, Los Angeles, California |
| 2010-2015 | Director, Education, Career Development, and Ethics Program (ECDE), Southern California Clinical and Translational Science Institute (SC CTSI) |
| 2008- | Professor and Flora L. Thornton Chair, Department of Preventive Medicine, Keck School of Medicine, University of Southern California, Los Angeles, California |
| 2008- | Director, USC Institute for Global Health, University of Southern California, Los Angeles, California |
| 2008- | Adjunct Professor, Department of Epidemiology, Bloomberg School of Public Health, The Johns Hopkins University, Baltimore, Maryland |
| 1998-08 | Director, Institute for Global Tobacco Control, Bloomberg School of Public Health, The Johns Hopkins University, Baltimore, Maryland |
| 1995-08 | Co-Director, Risk Sciences and Public Policy Institute, Bloomberg School of Public Health, The Johns Hopkins University, Baltimore, Maryland |
| 1995-08 | Secondary Appointment, Oncology Center, The Johns Hopkins University, Baltimore, Maryland |
| 1994-08 | Joint Appointment, Department of Medicine, School of Medicine, The Johns Hopkins University, Baltimore, Maryland |
| 1994-08 | Professor and Chairman, Department of Epidemiology, Bloomberg School of Public Health, The Johns Hopkins University, Baltimore, Maryland |
| 1994-00 | Co-Director, The Center for Epidemiology and Policy, Bloomberg School of Public Health, The Johns Hopkins University, Baltimore, Maryland |
| 1994-96 | Adjunct Scientist, Inhalation Toxicology Research Institute |

| | |
|---|---|
| 1994-97 | Clinical Research Professor, Department of Medicine, University of New Mexico, Health Sciences Center, Albuquerque, New Mexico |
| 1986-94 | Professor of Family, Community, and Emergency Medicine, University of New Mexico, Albuquerque, New Mexico |
| 1986-94 | Professor of Medicine, University of New Mexico, Albuquerque, New Mexico |
| 1986-94 | Chief, Pulmonary and Critical Care Division, Department of Medicine, University of New Mexico School of Medicine, Albuquerque, New Mexico |
| 1985-86 | Associate Professor of Family, Community, and Emergency Medicine, University of New Mexico, Albuquerque, New Mexico |
| 1985-94 | Chief, Pulmonary Division, University of New Mexico Hospital, Albuquerque, New Mexico |
| 1982-86 | Associate Professor of Medicine, University of New Mexico, Albuquerque, New Mexico |
| 1980-94 | Epidemiologist, New Mexico Tumor Registry, University of New Mexico, Cancer Research and Treatment Center, Albuquerque, New Mexico |
| 1978-82 | Assistant Professor of Medicine, University of New Mexico, Albuquerque, New Mexico |
| 1978-83 | Research Associate in Medicine, Harvard Medical School, Boston, Massachusetts |
| 1975-78 | Research Fellow in Clinical Epidemiology, Channing Laboratory, Harvard Medical School, Boston, Massachusetts |
| 1974-75 | Senior Resident in Medicine, University of New Mexico Affiliated Hospitals, Albuquerque, New Mexico |
| 1973-74 | Assistant Resident in Medicine, University of New Mexico Affiliated Hospitals, Albuquerque, New Mexico |
| 1971-73 | U.S. Army, Anesthesiologist at Gorgas Hospital, Balboa Heights, Canal Zone |
| 1970-71 | Intern in Medicine, University of Kentucky Medical Center, Lexington, Kentucky |

## PROFESSIONAL ACTIVITIES

### Society Memberships

American Cancer Society
2010-      Member, Cancer and the Environment Team

Society for Epidemiologic Research
1989-90    President
1988-91    Executive Committee
1988-89    President-Elect

American Thoracic Society
2007-08    Member, Task Force on Spirometry
2005-08    Program Committee, Environmental and Occupational Health Assembly
2005-06    Member, Environmental Health Policy Committee
1994-96    Program Committee, Behavioral Sciences Section
1992-95    Long Range Planning Committee, Environmental and Occupational Health Assembly
1987-88    Chairman, Workshop on Environmental Controls and Lung Disease
1987-88    Program Committee, Environmental and Occupational Health Assembly
1983-84    Chairman, Environmental and Occupational Health Assembly Annual Meeting Committee
1981-83    Secretary, Environmental and Occupational Health Assembly
1980-85    Program Committee, Environmental and Occupational Health Assembly
1979-82    Member, Steering Committee, EPA-American Lung Association Project, Physician Seminars on Health Effects of Air Pollution

New Mexico Thoracic Society
1984-85    President
1983-84    Vice-President
1982-83    Secretary-Treasurer

American College of Epidemiology, Fellow
2007-2010  Co-Chair, Policy Committee
2000-01    President
1999-00    President-Elect
1997-03    Member, Board of Directors

American Association for the Advancement of Science, Fellow

California Thoracic Society

4

International Society of Indoor Air Quality and Climate

Society for Research on Nicotine and Tobacco

**Advisory Panels**

| | |
|---|---|
| 2016 | Chair, Gilbert W. Beebe Symposium on 30 Years after the Chernobyl Accident: Current and Future Studies on Radiation Health Effects |
| 2016- | Chair, Committee on Medical and Epidemiological Aspects of Air Pollution on US Government Employees and their Families, National Academies of Sciences, Engineering, and Medicine |
| 2016- | Member, Guideline Development Group, WHO Air Quality Guidelines |
| 2016- | Member, American Lung Association Scientific and Medical Editorial Review Panel |
| 2015-2016 | Chair, Incorporating 21st Century Science into Risk-Based Evaluations, National Research Council |
| 2014- | Member, Gulf Research Program Advisory Board, National Research Council |
| 2013-2014 | Chair, Analysis of Cancer Risks in Populations Near Nuclear Facilities: Phase II Pilot Planning Committee, National Research Council |
| 2013 | Chair, Working Group on Ambient Air Pollution, International Agency for Research on Cancer (IARC) |
| 2013- | Expert member, External Advisory Board, Mayo Clinic Lung Cancer SPORE |
| 2013-2014 | Executive Councilor, Radiation Effects Research Foundation |
| 2012-2016 | Chair, National Advisory Committee, Robert Wood Johnson Foundation Health & Society Scholars |
| 2012-2014 | Chair, Committee to Review the IRIS Process, National Research Council |
| 2012-2013 | Chair, Health Impact Assessment Academic Advisory Committee, California Air Resources Board |
| 2012-2013 | Vice-Executive Councilor, Radiation Effects Research Foundation |
| 2012- | Member, Board of Councilors, Radiation Effects Research Foundation |

5

2012       Chair, Workshop Planning Committee, Improving Science in the Administrative Process: A Workshop. Committee on Science Technology and Law, the National Academies

2011-2016   Member, National Cancer Advisory Board

2011       Chair, Working Group on Non-Ionizing Radiation: Radiofrequency Electromagnetic Fields, International Agency for Research on Cancer (IARC)

2011-2012   Member, Board of Directors, Radiation Effects Research Foundation

2010-2014   Chair, Tobacco Products Scientific Advisory Committee, Food and Drug Administration

2010-2013   Chair, Committee to Develop a Research Strategy for Environmental Health and Safety Aspects of Engineered Nanomaterials, National Research Council

2010-2011   Chair, Committee to Review the Draft IRIS Assessment on Formaldehyde, National Research Council

2010-2012   National Advisory Committee, Robert Wood Johnson Foundation Health & Society Scholars

2010-2012   Chair, Interest Group on Environmental and Occupational Health and Toxicology, Institute of Medicine

2010-2013   Member, Scientific Advisory Committee of CanCOLD

2009-2010   Chair, Health Impact Assessment Academic Advisory Committee, California Air Resources Board

2009-2010   Member, Scientific Advisory Board for the National Heart, Lung, and Blood Institute (NHLBI) Global Health Initiative in Partnership with the UnitedHealth Chronic Disease Initiative Program

2009-      Chair, Centre Advisory Board, MRC-HPA Centre for Environment and Health

2009-2010   Member, Planning Committee, Interest Group on Environmental and Occupational Health, Toxicology, Institute of Medicine

2008-2012   Chairman, Clean Air Scientific Advisory Committee, Science Advisory Board, U. S. Environmental Protection Agency

2008-2010    Co-Chair, Committee on Cancer and the Environment, American Cancer Society

2008-2012    Member, Science Advisory Board, U.S. Environmental Protection Agency

2007-2009    Member, Scientific Advisory Committee, World Trade Center Medical Programs at Mount Sinai School of Medicine

2007-2008    Member, Clean Air Scientific Advisory Committee, Science Advisory Board, U. S. Environmental Protection Agency

2006-2014    Chair, Scientific Advisory Committee, Centre for Research in Environmental Epidemiology (CREAL) Barcelona, Spain

2006-2007    Chairman, Committee on Evaluation of the VA's Presumptive Disability Decision-Making Process (PDDM), Institute of Medicine

2006-2009    Member, Executive Committee, Tyler Prize for Environmental Achievement

2005-2007    Member, Guideline Project Committee (GPC) 29, American Society of Heating, Refrigerating and Air Conditioning Engineers (ASHRAE)

2004-2009    Member, Global Tobacco Advisory Board, Pfizer, Inc.

2004-2006    Chairman, Committee on Asbestos: Selected Health Effects, Institute of Medicine

2004-2010    Member, Advisory Board of the Centre for Emerging Infectious Diseases, The Chinese University of Hong Kong

2004-        Member, Advisory Committee for the University of California, San Francisco Center for Tobacco Control Research and Education

2003-2008    Member, Advisory Board for the Clinical Research Curriculum Award, University of Maryland School of Medicine

2003-2008    Member, Environmental Factors and Cancer Advisory Committee, American Cancer Society

2003-2009    Chairman, Board on Environmental Studies and Toxicology, National Research Council

2003-2010    Member, Science, Technology, and Law Panel, National Research Council

2003-2010    Member, Scientific Advisory Board, R. Samuel McLaughlin Centre for

7

Population Health Risk Assessment, University of Ottawa

2002-2006    Member, External Scientific Advisory Board, Cancer Research and Treatment Center, University of New Mexico

2002-2008    Chairman, Scientific Advisory Committee, Genetics, Air Pollution and Respiratory Effects in Children and Young Adults project, University of Southern California

2002-       Member, Scientific Advisory Committee, American Lung Association

2002-2003    Member, Board on Environmental Studies and Toxicology, National Research Council

2002-2003    Member, The National Children's Study Advisory Committee, National Institutes of Health

2001-2002    Expert Consultant, Exubera Global Development Team, Pfizer Inc.

2001-2007    Member, Epidemiology Review Board, E. I. duPont de Nemours and Company, Inc.

2001-2006    Member, Awards Assembly, General Motors Cancer Research Foundation

2002        Chairman, Working Group on Smoking and Involuntary Smoking, International Agency for Research on Cancer, World Health Organization

2002-2004    Member, Scientific Advisory Committee of the Systematic Review of Health Aspects of Air Quality in Europe Project, World Health Organization

2000-2001    Chairman, Peer Review Panel on the State of the Science Concerning *Pfiesteria*, Centers for Disease Control and Prevention

2000-2002    Member, Research Advisory Board of the Meyer Center, Johns Hopkins University School of Medicine

1999-2004    Chairman, External Advisory Committee, Southern California Particle Center and Supersite, UCLA

1999-2005    Member, Scientific Advisory Committee, Northwest Research Center for Particulate Air Pollution and Health, University of Washington

1999-2005    Consultant, Clean Air Scientific Advisory Committee, Science Advisory

8

Board, U. S. Environmental Protection Agency

1998-2001    Member and Chairman (2001), Charles S. Mott Selection Committee of the General Motors Cancer Research Foundation

1998-2004    Chairman, Committee on Research Priorities for Airborne Particulate Matter, National Research Council

1998-2006    Member, Research Committee, Health Effects Institute

1997-2002    Member, Maryland Air Quality Control Advisory Council, Maryland Department of the Environment

1996-2000    Chairman, External Advisory Committee, NIEHS Center, University of Southern California

1996-2003    Member, Board of Directors, Radiation Effects Research Foundation

1996-2008    Member, National Council on Radiation Protection and Measurements

1995-1999    Member, Board of Scientific Counselors, National Cancer Institute

1995-1997    Chairman, Scientific Advisory Committee, Iowa Persian Gulf Project, University of Iowa

1995-1996    Consultant, Clean Air Scientific Advisory Committee, Science Advisory Board, U.S. Environmental Protection Agency

1994-2008    Member, Board of Overseers, American Journal of Epidemiology

1995-2004    Member, National Advisory Council for the National Jewish Center for Immunology & Respiratory Medicine

1994-1998    Chairman, Biological Effects of Ionizing Radiation (BEIR) VI Committee, Phase II, National Research Council

1993-1995    Member, WIPP Subcommittee, National Advisory Council on Environmental Policy & Technology (NACEPT), U.S. Environmental Protection Agency

1992-1998    Member, Respiratory Advisory Board, ASTRA

1992-1994    Chairman, Biological Effects of Ionizing Radiation (BEIR) VI Committee, Phase I, National Research Council

1992-1998    Member, Commission on Life Sciences, National Research Council

1992-1998   Member, SSPC 62, American Society of Heating, Refrigeration, and Air-Conditioning Engineers

1991-1996   Task Force on Pneumoconioses, American College of Radiology

1991        Member, Fourth Task Force for Research Planning in Environmental Health Science, National Institute of Environmental Health Sciences

1991-1994   Pulmonary Disease Advisory Committee, Division of Lung Diseases, National Heart, Lung, and Blood Institute

1991-1997   Member, Board of Radiation Effects Research, National Research Council

1990-1994   Chairman, Research Oversight Committee, Health Effects Institute-Asbestos Research

1989-1991   Chairman, Panel on Dosimetric Assumptions Affecting the Application of BEIR IV Risk Estimates, National Research Council

1989-1997   Member, National Air Conservation Commission, American Lung Association

1989-1990   Member, Health Subcommittee, Relative Risk Reduction Project of the Science Advisory Board, U.S. Environmental Protection Agency

1989-1991   Member, External Advisory Committee, Northern California Cancer Center

1988-1994   Member, Radon Task Group, Office of Health and Environmental Research, U.S. Department of Energy

1987-1995   Member, Indoor Air Quality and Total Human Exposure Committee, Science Advisory Board, U.S. Environmental Protection Agency

1987-1990   Member, Mine Health Research Advisory Committee, Centers for Disease Control

1987        Member, Working Group on Man-made Mineral Fibres and Radon, International Agency for Research on Cancer, World Health Organization

1986-1987   Member, Oversight Panel, University of California, Davis, Review of the Occupational Health System of the Semiconductor Industry Association

1986-1989   Member, Task Group 9 of Scientific Committee 57, "Lung Cancer Risk", National Council on Radiation Protection and Measurements

| | |
|---|---|
| 1985-1987 | Member, Biological Effects of Ionizing Radiation (BEIR) IV-Alpha Committee, National Research Council, National Academy of Sciences |
| 1985 | Member, Working Group on Tobacco Smoking, International Agency for Research on Cancer, World Health Organization |
| 1984-1992 | Member, Monitoring Board, CARDIA Study, National Heart, Lung, and Blood Institute |
| 1984-1987 | Member, National Air Conservation Commission, American Lung Association |
| 1984-1986 | Member, Science Advisory Board, Acid Deposition Research Program Province of Alberta, Canada |

## EDITORIAL ACTIVITIES

### Peer-Review Activities

| | |
|---|---|
| 2002-2004 | Chairman, Epidemiology of Cancer Study Section, National Institutes of Health |
| 1986 | Member, Parent Review Committee, SCOR Program, Division of Lung Diseases, National Heart, Lung, and Blood Institute |
| 1984-1989 | Member, U.S. Environmental Protection Agency Research Review Panel |
| 1981-1984 | Member, Epidemiology and Disease Control Study Section, National Institutes of Health |

### Editorial Board Membership

| | |
|---|---|
| 2014- | Associate Editor, Population Health Metrics |
| 2014-2015 | Section Editor, Current Environmental Health Reports |
| 2013- | Honorary Editor-in-Chief, World Journal of Tobacco or Health |
| 2012- | Member, Editorial Board, Carcinogenesis |
| 2010-2014 | Member, Editorial Board, BMC Public Health |

2010-        Member, Korean Society for Preventive Medicine, <u>Journal of Preventive Medicine and Public Health</u>

2008-        Editorial Board Member, <u>American Journal of Respiratory and Critical Care Medicine</u>

2008-2011  Member, Editorial Board, <u>Preventive Medicine</u>

2007-        Co-Editor-in-Chief, <u>Air Quality, Atmosphere and Health</u>

2005-2008  Consulting Editor, <u>Archives of Environmental Health</u>

2005-2014  Member, Board of Consulting Editors, <u>MEDICINE</u>

2004-        U.S. Epidemiology Section Head, Faculty of 1000 Medicine Reports

2004-2007  Editorial Advisory Board, <u>European Journal of Epidemiology</u>

2003-2008  Member, International Editorial Advisory Board, <u>Hong Kong Medical Journal</u>

2002-        Editorial Board, <u>Population Health Metrics</u>

2001-2007  Editor, <u>Epidemiology</u>

1994-2002  Editor, <u>Epidemiologic Reviews</u>

1992-1998  Editor, <u>American Journal of Epidemiology</u>

1991-2001  Associate Editor, <u>Tobacco Control: An International Journal</u>

1991-1992  Editor, pro tem, <u>American Journal of Epidemiology</u>

1989-1994  Associate Editor, <u>American Review of Respiratory Disease</u>

1998-2000  Editorial Board, <u>Journal of Environmental Medicine</u>

1997-        Editorial Board, <u>American Journal of Medicine</u>

1997-2009, Editorial Board, <u>American Journal of Respiratory and Critical Care Medicine</u>
2013-

1996-        Editorial Committee, <u>Salud Pública de México</u>

1991-2009  Associate Editor, <u>Cancer Epidemiology, Biomarkers and Prevention</u>

12

1988-2000  Editorial Board, <u>Epidemiology</u>

1988-1989  Editorial Board, <u>American Review of Respiratory Disease</u>

1986-1991  Associate Editor, <u>American Journal of Epidemiology</u>

1982-1988  Editorial Board, <u>Annals of Sports Medicine</u>

**HONORS AND AWARDS**

Doctorate Honoris Causae, Instituto Nacional de Salud Pública (INSP), Mexico 2017

Fellow, Society for Research on Nicotine and Tobacco, 2017

Public Health Leadership Award, CEASE Program, Morgan State University, 2016

Fries Prize for Improving Health, CDC Foundation, 2016

Woodson Lecture, University of Louisville, 2016

David M. Rall Award, National Academy of Medicine, 2015

Abraham Lilienfeld Award, American College of Epidemiology, 2015

Luther Terry Award for Distinguished Career, American Cancer Society, 2015

Harold and Marilyn Menkes Memorial Lecture, Johns Hopkins Bloomberg School of Public Health, 2015

B.J. Kennedy Lecture in Medical Oncology, University of Minnesota, 2014

Research Award, University of New Mexico School of Medicine 50th Anniversary, 2014

Distinguished Professor, University of Southern California, 2014

Phi Kappa Phi Honor Society 2014

David Bates Memorial Lecture, 2013

The Edward Livingston Trudeau Medal, American Thoracic Society/American Lung Association, 2013

Robert Zweig Memorial Award, South Coast Air Quality Management District, 2011

The Robert S. Gordon, Jr. Lecture in Epidemiology, National Institutes of Health, 2011

Doll-Wynder Award, Society for Nicotine and Tobacco Research, 2011
The Alton Ochsner Award Relating Smoking and Health, 2008

The Golden Honorary Award of the "Health Promotion" Foundation, Poland, 2008

World No Tobacco Day 2007 Award, World Health Organization

Breath of Life Award, American Lung Association of Maryland, 2006

Distinguished Alumnus Award, University of Rochester School of Medicine and Dentistry, 2006

Surgeon General's Medallion, 2006

Global Smokefree Partnership Award, 2006

Public Service Award, American Thoracic Society, 2006

John Goldsmith Award for Outstanding Contributions to Environmental Epidemiology, International Society for Environmental Epidemiology, 2005

Prince Mahidol Award in Public Health, Prince Mahidol Award Foundation, 2005

Visiting Scholar Award, Division of Cancer Epidemiology and Genetics, National Cancer Institute, 2004

George Wills Comstock, M.D., Award, American Lung Association of Maryland, 2003

Dr. William Cahan Distinguished Professor Award, Flight Attendant Medical Research Institute, 2003

The 136th Cutter Lecture on Preventive Medicine, Harvard School of Public Health, 2002

Honorary Fellowship Award, American College of Chest Physicians, 2002

Joseph W. Cullen Memorial Award, American Society of Preventive Oncology, 2002

The Fourteenth Richard T. Cushing, MD Medical Lecture Program, American Lung Association of Minnesota, 2001

Alumni Award of Merit, Harvard School of Public Health, 2001

Jacob I. and Irene B. Fabrikant Professor in Health, Risk, and Society, Bloomberg School of Public Health, Johns Hopkins University, 2000

Institute of Medicine, National Academy of Sciences, 1997

Fellow, American Association for the Advancement of Science, 1996

Award for Excellence in Environmental Health Research, The Lovelace Institute, 1996

Delta Omega Honorary Society in Public Health, Alpha Chapter, 1995

American Epidemiological Society, 1992

Surgeon General's Medallion, 1990

Western Association of Physicians, 1990

Annual Research Lecturer, University of New Mexico, 1990

Presidential Professor in Medicine, University of New Mexico, 1989-1994

American Society for Clinical Investigation, 1989

Alpha Omega Alpha, 1989

Ralph C. Williams, Jr., M.D., Award for Research Contributions to the Department of Medicine, University of New Mexico, 1987

Presidential Lecturer in Medicine, University of New Mexico, 1986-1988

Clinton P. Anderson Award, American Lung Association of New Mexico, 1986

Research Career Development Award, Division of Lung Diseases, NHLBI, 1981-1986

**BOOKS AND MONOGRAPHS**

1. Samet, JM (Consulting Scientific Editor). The Health Consequences of Smoking: Cancer and Chronic Lung Disease in the Workplace. Rockville, U. S. Department of Health and Human Services **1985**; 542 pages.

2. Samet, JM (Consulting Scientific Editor). The Health Consequences of Involuntary Smoking: A Report of the Surgeon General. Rockville, U. S. Department of Health and Human Services **1986**; 359 pages.

3. Samet, JM (Senior Scientific Editor). The Health Benefits of Smoking Cessation: A Report of the Surgeon General. Rockville, U. S. Department of Health and Human Services **1990**; 628 pages.

4. Samet JM, Spengler JD (eds). Indoor Air Pollution: A Health Perspective. Baltimore, Johns Hopkins University Press **1991**; 407 pages.

5. Samet JM, Coultas DB (eds). Smoking Cessation. Clin Chest Med **1991**; 12:631-847.

6. Samet, JM (Consulting Scientific Editor). Strategies to Control Tobacco Use in the United States. A Blueprint for Public Health Action in the 1990s. Smoking and Tobacco Control Monograph 1. Rockville, U. S. Department of Health and Human Services **1991**; 307 pages.

7. Becker TM, Wiggins CL, Elliott RA, Key CR, Samet JM (eds). Racial and Ethnic Patterns of Mortality in New Mexico. Albuquerque, University of New Mexico Press **1993**; 233 pages.

8. Samet JM (ed). The Epidemiology of Lung Cancer. New York, Marcel Dekker, Inc. **1994**; 543 pages.

9. Samet JM (Consulting Scientific Editor). Changes in Cigarette-Related Disease Risks and Their Implication for Prevention and Control. Smoking and Tobacco Control Monograph 8. Bethesda, National Institutes of Health **1997**; 565 pages.

10. Samet, JM, Muñoz A (eds). Cohort Studies. Epidemiol Rev **1998**; 20(1):1-136.

11. Holgate ST, Koren HS, Samet JM, Maynard RL (eds). Air Pollution and Health. London, Academic Press **1999**; 1065 pages.

12. Samet JM (ed). Environmental Tobacco Smoke—Exposure Assessment in the Workplace. Environ Health Perspect **1999**; 107(2):305-381.

16

13. Samet JM, Jaakkola MS (eds). Environmental Tobacco Smoke—Risk Assessment. Environ Health Perspect **1999**; 107(6):821-904.

14. Adkinson NF, Huss K, Samet JM (eds.) Allergies: What you need to know. Alexandria, Time Life Books **1999**; 181 pages.

15. Armenian HK, Samet JM (eds). Epidemiology in the Year 2000 and Beyond. Epidemiol Rev **2000**; 22(1):1-185.

16. Spengler JD, Samet JM, McCarthy JF (eds). Indoor Air Quality Handbook. New York, McGraw-Hill **2000**; 1488 pages.

17. Samet JM, Yoon S-Y (eds). Women and the Tobacco Epidemic. Challenges for the 21st Century. Geneva, World Health Association **2001**; 222 pages.

18. Samet JM (Senior Scientific Editor). The Health Consequences of Smoking: A Report of the Surgeon General. Rockville, MD. U.S. Department of Health and Human Services **2004**; 941 pages.

19. Samet JM (Senior Scientific Editor). The Health Consequences of Involuntary Exposure to Tobacco Smoke: A Report of the Surgeon General. Rockville, MD. U.S. Department of Health and Human Services **2006**; 709 pages.

20. Schottenfeld D, Fraumeni JF (eds), Samet JM, Colditz GA, Whittemore AS (assoc. eds). Cancer Epidemiology and Prevention, 3rd edition. New York, Oxford University Press **2006;** 1416 pages.

21. Samet JM, Bodurow CC (eds). Improving the presumptive disability decision-making process for veterans. Washington, D.C., National Academies Press **2008**; 440 pages.

22. Quinn TC, Samet JM (eds). Epidemiologic approaches to global health. Epidemiol Rev. **2010**; 32(1): 1-187.

23. Samet JM, Yoon SY (eds). Gender, women, and the tobacco epidemic. Geneva, World Health Organization **2010**; 268 pages.

24. Samet JM (Contributing Editor). How tobacco smoke causes disease: The biology and behavioral basis for smoking-attributable disease. A report of the Surgeon General. Rockville, U. S. Department of Health and Human Services **2010**; 704 pages.

25. Samet JM (Contributing Editor). Preventing tobacco use among youth and young adults. A report of the Surgeon General. Rockville, U. S. Department of Health and Human Services **2012**; 900 pages.

26.  Straif K, Cohen A, Samet JM (eds). IARC Scientific Publication No. 161: Air Pollution and Cancer. Geneva, International Agency for Research on Cancer **2013**. e-ISBN 978-92-832-2161-6

27.  Samet JM (Senior Scientific Editor).  The Health Consequences of Smoking – 50 Years of Progress. A Report of the U.S. Surgeon General. Atlanta, U.S. Department of Health and Human Services, Centers for Disease Control and Prevention, National Center for Chronic Disease Prevention and Health Promotion, Office on Smoking and Health **2014**; 943 pages.

28.  Samet JM (Contributing Editor). E-cigarette use among youth and young adults. A report of the Surgeon General. Rockville, U.S. Department of Health and Human Services **2016;** 275 pages.

## CHAPTERS

1.   Samet JM, Chick TW.  Exercise and the lung.  In:  Appenzeller O, Atkinson R (eds): Sports Medicine: Fitness.  Training.  Injuries.  First Edition.  Baltimore-Munich, Urban & Schwarzenberg, **1981**; 203-221.

2.   Samet JM, Chick TW.  Exercise and the lung.  In:  Appenzeller O, Atkinson R (eds): Sports Medicine.  Fitness.  Training.  Injuries.  Second Edition.  Baltimore-Munich, Urban & Schwarzenberg, **1983**; 211-227.

3.   Samet JM.  Community sources of air pollution.  In:  Linn WS (ed):  Energy, Air Pollution, and Health:  Seminar Proceedings.  New York, American Lung Association, **1983**; 20-39.

4.   Samet JM, Lerchen ML.  Proportion of lung cancer caused by occupation: a critical review.  In:  Gee JBL, Morgan WKC, Brooks SM (eds):  Occupational Lung Disease. New York, Raven Press, **1984**; 55-67.

5.   Samet JM (Contributing author).  Effect of cigarette smoke exposure on measures of chronic obstructive lung disease morbidity.  In:  The health consequences of smoking. Chronic obstructive lung disease.  A report of the Surgeon General.  Rockville, Maryland, U.S. Department of Health and Human Services, **1984**.

6.   Samet JM (Contributing author).  Evaluation of chronic lung disease in the workplace. In:  The health consequences of smoking:  cancer and chronic lung disease in the workplace.  A report of the Surgeon General.  Rockville, Maryland, U.S. Department of Health and Human Services, **1985**.

7.   Samet JM.  Cancer in New Mexico.  In:  Williams JL (ed):  New Mexico in Maps. Albuquerque, New Mexico, University of New Mexico Press, **1986**; 191-193.

8.   Samet JM (Contributing author).  Health effects of environmental tobacco smoke exposure.  In:  The Health Consequences of Involuntary Smoking.  A Report of the Surgeon General.  Rockville, Maryland, U.S. Department of Health and Human Services, **1986**.

9.   Coultas DB, Samet JM.  Epidemiology and natural history of childhood asthma.  In: Tinkelman DG (ed): Bronchial Asthma in Children:  Clinical and Therapeutic Aspects.  New York:  Marcel Dekker, **1987**; 71-114.

10.  Chick TW, Samet JM.  Exercise and the lung.  In:  Appenzeller O (ed):  Sports Medicine.  Fitness.  Training.  Injuries.  Third Edition.  Baltimore-Munich, Urban & Schwarzenberg, **1988**; 239-256.

11.  Samet JM.  Definitions and methodology in COPD research.  In:  Hensley M, Saunders N (eds):  Clinical Epidemiology of Chronic Obstructive Lung Disease.  New York, Marcel Dekker, Inc., **1989**; 1-22.

12.  Samet JM.  Surrogate sources of dietary information.  In:  Willett W (ed):  Nutritional Epidemiology.  New York, Oxford University Press, **1989**; 133-142.

13.  Samet JM, Goodwin JS.  Patterns of cancer care for non-Hispanic Whites, Hispanics, and American Indians in New Mexico:  A population-based study.  In:  Yancik R, Yates JW (eds):  Cancer in the Elderly:  Approaches to Early Detection and Treatment.  New York, Springer Publishing Company, Inc, **1989**; 108-126.

14.  Coultas DB, Samet JM.  Cigarette smoking.  In:  Hensley M, Saunders N (eds):  Clinical Epidemiology of Chronic Obstructive Lung Disease.  New York, Marcel Dekker, Inc., **1989**; 109-138.

15.  Samet JM (Contributing author).  Advances in knowledge of the health consequences of smoking.  In:  Reducing the health consequences of smoking.  25 years of progress.  A report of the Surgeon General.  Rockville, Maryland, U.S. Department of Health and Human Services, **1989**.

16.  Lambert WE, Samet JM.  The role of combustion products in building-associated illness.  In: Cone JE, Hodgson MJ (eds): Problem Buildings: Building-Associated Illness and the Sick Building Syndrome.  Philadelphia, Hanley & Belfus, Inc., **1989**; 723-733.

17.  Samet JM, Coultas DB.  Epidemiology of lung cancer.  In:  Witek TJ Jr, Schachter EN (eds):  Problems in Respiratory Care.  Current Issues in Respiratory Public Health:  I. J.B. Lippincott Company, **1990**; 62-79.

18.  Utell MJ, Samet JM.  Environmentally mediated disorders of the respiratory tract.  Med Clin N Am, **1990**; 74:291-306.

19.  Samet JM (Contributing author).  Assessing smoking cessation and its health consequences.  In:  The health benefits of smoking cessation.  A report of the Surgeon General.  Rockville, U.S. Department of Health and Human Services, **1990**.

20.  Samet JM.  The relationship of smoking to COPD. In:  Cherniack NS (ed):  Chronic obstructive pulmonary disease, Philadelphia, W.B. Saunders Company, **1991**; 249-258.

21.  Samet JM, Marbury MC.  Building-related illness.  In:  Weeks JL, Levy BS, Wagner GR (eds):  Preventing Occupational Disease and Injury, **1991**; 171-180.

22. Mauderly JL, Samet JM.  General environment.  In: Crystal RG, West JB (eds):  The Lung:  Scientific Foundations.  New York, Raven Press, **1991**; 1947-1960.

23. Samet JM, Cain WS, Leaderer BP.  Environmental tobacco smoke.  In:  Samet JM, Spengler JD (eds):  Indoor Air Pollution:  A Health Perspective.  Baltimore, Johns Hopkins University Press, **1991**; 131-169.

24. Samet JM.  Radon.  In:  Samet JM, Spengler JD (eds):  Indoor Air Pollution:  A Health Perspective.  Baltimore, Johns Hopkins University Press, **1991**; 323-347.

25. Samet JM.  Nitrogen dioxide.  In:  Samet JM, Spengler JD (eds):  Indoor Air Pollution:  A Health Perspective.  Baltimore, Johns Hopkins University Press, **1991**; 170-186.

26. Spengler JD, Samet JM.  A perspective on indoor and outdoor air pollution.  In:  Samet JM, Spengler JD (eds):  Indoor Air Pollution:  A Health Perspective.  Baltimore, Johns Hopkins University Press, **1991**; 1-29.

27. Samet JM, Spengler JD.  Indoor air pollution.  In:  Rom WN (ed):  Environmental and Occupational Medicine.  Boston, Little, Brown 1992; 1243-1254.  Also reprinted with permission in J Occup Health Safety (Australia and New Zealand), **1991**; 7:101-116.

28. Farrow DC, Samet JM.  Identification of the high-risk smoker.  Clin Chest Med, **1991**; 12:659-668.

29. Coultas DB, Samet JM.  Respiratory disease prevention.  In:  Last JM, Wallace RB.  Maxcy-Rosenau-Last Public Health & Preventive Medicine.  Norwalk, Connecticut, Appleton & Lange, **1991**; 885-895.

30. Samet JM.  Diseases of uranium miners and other underground miners exposed to radon.  In:  Rom WN (ed): Environmental and Occupational Medicine.  Boston, Little, Brown 1991; 1085-1091.  Also reprinted with permission in Wilkinson GS (ed):  The Nuclear Energy Industry, Occupational Medicine:  State of the Art Reviews.  Philadelphia, Hanley & Belfus, Inc., **1991**; 6:629-639.

31. Samet JM.  Health benefits of smoking cessation.  Clin Chest Med, **1991**; 12:669-679.  Also reprinted with permission and updating in Med Clin N Am, 1992; 76:399-414.

32. Lambert WE, Samet JM, Dockery DW.  Community air pollution.  In:  Rom WN (ed):  Environmental and Occupational Medicine:  Boston, Little, Brown **1992**; 1223-1242.

33. Samet JM.  Environmental tobacco smoke.  In:  Lippmann M (ed):  Environmental Toxicants.  Human exposures and their health effects.  New York, Van Nostrand Reinhold, **1992**; 231-265.

34. Utell MJ, Samet JM. A clinical perspective on respiratory toxicology. In: Lippmann M (ed): Environmental Toxicants. Human exposures and their health effects. New York, Van Nostrand Reinhold. **1992**; 662-681.

35. Goodwin JS, Samet JM. Factors affecting the diagnosis and treatment of older patients with cancer. In: Balducci L, Lyman GH, Ershler WB (eds): Geriatric Oncology. Philadelphia, J.B. Lippincott Company, **1992**; 42-50.

36. Coultas DB, Samet JM. Occupational lung cancer. Clin Chest Med **1992**; 13:341-354.

37. Coultas DB, Samet JM. Epidemiology and natural history of childhood asthma. In: Tinkelman DG, Naspitz CK: Childhood Asthma. Pathophysiology and Treatment (Second Edition). New York, Marcel Dekker, Inc., **1992**; 71-114.

38. Samet JM, Spengler JD. Indoor air pollution. In: Rom WN (ed): Environmental and Occupational Medicine: Boston, Little, Brown, **1992**; 1243-1254.

39. Samet JM. Epidemiology and the pediatric pulmonologist. In: Hilman BC (ed.). Pediatric Respiratory Disease: Diagnosis and treatment Philadelphia, W.B. Saunders Company, **1993**; 46-52.

40. Samet JM. The epidemiologic approach to investigating indoor and outdoor air pollution. In: Gardner DE, Crapo JD, McClellan RO. Toxicology of the Lung. Second Edition. **1993**; 311-334.

41. Samet JM, Spengler JD. Prevention of respiratory diseases from indoor and outdoor air pollution. In: Hirsch A, Goldberg M, Martin J-P, Masse R (eds): Prevention of Respiratory Diseases. New York, Marcel Dekker, Inc., **1993**; 277-303.

42. Samet JM, Utell MJ. Air pollution. In: Bone RC (ed): Pulmonary and Critical Care Medicine. St. Louis, Mosby-Year Book **1993**; 1-15.

43. Wiggins CL, Samet JM. Methods. In: Becker TM, Wiggins CL, Elliott RS, Key CR, Samet JM (eds.): Racial and ethnic patterns of mortality in New Mexico. Albuquerque, University of New Mexico Press, **1993**; 1-11.

44. Espey DK, Samet JM, Wiggins CL, Becker TM. All-cause mortality. In: Becker TM, Wiggins CL, Elliott RS, Key CR, Samet JM (eds.): Racial and ethnic patterns of mortality in New Mexico. Albuquerque, University of New Mexico Press, **1993**; 12-22.

45. Wiggins CL, Becker TM, Key CR, Samet JM. Cancer mortality. In: Becker TM, Wiggins CL, Elliott RS, Key CR, Samet JM (eds.): Racial and ethnic patterns of

mortality in New Mexico.  Albuquerque, University of New Mexico Press, **1993**; 23-49.

46.   Carter JS, Wiggins CL, Becker TM, Key CR, Samet JM.  Diabetes mortality.  In: Becker TM, Wiggins CL, Elliott RS, Key CR, Samet JM (eds.):  Racial and ethnic patterns of mortality in New Mexico.  Albuquerque, University of New Mexico Press, **1993**; 50-64.

47.   Becker TM, Wiggins CL, Key CR, Samet JM.  Infectious diseases mortality.  In: Becker TM, Wiggins CL, Elliott RS, Key CR, Samet JM (eds.):  Racial and ethnic patterns of mortality in New Mexico.  Albuquerque, University of New Mexico Press, **1993**; 65-82.  Reprinted with permission from:  Am J Public Health 1990; 80:320-323.

48.   Becker TM, Wiggins C, Key CR, Samet JM.  Ischemic heart disease mortality.  In: Becker TM, Wiggins CL, Elliott RS, Key CR, Samet JM (eds.):  Racial and ethnic patterns of mortality in New Mexico.  Albuquerque, University of New Mexico Press, **1993**; 83-93.  Reprinted with permission from Circulation 1988; 78:302-309.

49.   Samet JM.  Respiratory disease mortality.  In:  Becker TM, Wiggins CL, Elliott RS, Key CR, Samet JM (eds.):  Racial and ethnic patterns of mortality in New Mexico. Albuquerque, University of New Mexico Press, **1993**; 98-107.  Reprinted with permission from Am J Public Health 1988; 78:1182-1186.

50.   Chavez RD, Becker TM, Wiggins CL, Key CR, Samet JM.  Alcohol-related mortality.  In:  Becker TM, Wiggins CL, Elliott RS, Key CR, Samet JM (eds.): Racial and ethnic patterns of mortality in New Mexico.  Albuquerque, University of New Mexico Press, **1993**; 108-117.

51.   Sewell CM, Becker TM, Wiggins CL, Key CR, Samet JM.  Injury mortality.  In: Becker TM, Wiggins CL, Elliott RS, Key CR, Samet JM (eds.):  Racial and ethnic patterns of mortality in New Mexico.  Albuquerque, University of New Mexico Press, **1993**; 118-131.  Reprinted with permission from West J Med 1989; 150:708-713.

52.   Becker TM, Wiggins CL, Key CR, Samet JM.  Suicide and homicide.  In:  Becker TM, Wiggins CL, Elliott RS, Key CR, Samet JM (eds.):  Racial and ethnic patterns of mortality in New Mexico.  Albuquerque, University of New Mexico Press, **1993**; 132-144.  Reprinted with permission from Suicide and Life Threatening Behavior 1990; 20:324-334.

53.   Becker TM, Wiggins CL, Key CR, Samet JM.  Symptoms, signs, and ill-defined conditions: a leading cause of death among minorities.  In:  Becker TM, Wiggins CL, Elliott RS, Key CR, Samet JM (eds.):  Racial and ethnic patterns of mortality in New Mexico.  Albuquerque, University of New Mexico Press, **1993**; 145-159.  Reprinted with permission from Am J Epidemiol 1990; 131:664-668.

54.  Wu-Williams AH, Samet JM.  Lung cancer and cigarette smoking.  In:  Samet, JM (ed):  The Epidemiology of Lung Cancer.  New York, Marcel Dekker, Inc., **1994**; 71-108.

55.  Speizer FE, Samet JM.  Air pollution and lung cancer.  In:  Samet, JM (ed):  Epidemiology of Lung Cancer.  New York, Marcel Dekker, Inc., **1994**; 131-150.

56.  Darby SC, Samet JM.  Radon.  In:  Samet JM (ed):  The Epidemiology of Lung Cancer. New York, Marcel Dekker, Inc., **1994**; 219-244.

57.  Economou P, Lechner JF, Samet JM.  Familial and genetic factors in the pathogenesis of lung cancer.  In:  Samet JM (ed):  Epidemiology of Lung Cancer.  New York, Marcel Dekker, Inc., **1994**; 353-396.

58.  Samet JM, Utell MJ.  Ambient air pollution.  In:  Rosenstock L, Cullen MR (eds).  Textbook of clinical occupational and environmental medicine.  Philadelphia, WB Saunders Company, **1994**; 53-60.

59.  Samet JM.  Health effects of radon.  In:  Nagda NL (ed):  Radon:  Prevalence, measurements, health risks and control.  Philadelphia, American Society for Testing and Materials, **1994**; 33-48.

60.  Samet JM (Contributing author).  The health consequences of tobacco use by young people.  In:  Preventing tobacco use among young people.  A report of the Surgeon General.  Atlanta, U.S. Department of Health and Human Services, Public Health Service, **1994**; 15-38.

61.  Lambert WE, Samet JM.  Combustion products: nitrogen dioxide, carbon monoxide, and wood smoke.  Immunol Allergy Clin N Am **1994**; 14:607-620.

62.  Gilliland FD, Samet JM.  Lung cancer. Cancer Surveys **1994**; 19:175-195.

63.  Samet JM.  Lung cancer. In: Greenwald P, Kramer BS, Weed DL (eds). Cancer Prevention and Control.  New York, Marcel Dekker, Inc., **1995**; 561-583.

64.  Utell MJ, Samet JM.  Air pollution in the outdoor environment.  In:  Brooks SM, Gochfeld M, Jackson AJ, Herzstein J, Schenker MB (eds).  Environmental Medicine.  St. Louis, Mosby-Year Book, Inc., **1995**; 462-469.

65.  Lambert WE, Samet JM.  Indoor air pollution.  In:  Harber P, Schenker MB, Balmes JR (eds). Occupational and Environmental Respiratory Disease.  St. Louis, Mosby-Year Book, Inc., **1996**; 784-807.

66. Samet JM, Shaikh RA. Asbestos in buildings, Pt. II. In: Harber P, Schenker MB, Balmes JR (eds). Occupational and Environmental Respiratory Disease. St. Louis, Mosby-Year Book, Inc., **1996**; 321-329.

67. Samet JM. Radon and lung cancer revisited. In: Gammage RB, Berven BA (eds). Indoor Air and Human Health. Lewis Publishers **1996**; 325-339.

68. Samet JM. Occupational pulmonary disorders. In: Bennett JC, Plum F (eds). Cecil Textbook of Medicine. Philadelphia, WB Saunders Company, **1996**; 399-403.

69. Coultas CB, Samet JM. Smoking cessation and rehabilitation. In: Fishman AF (ed). Pulmonary Rehabilitation. New York, Marcel Dekker, Inc., **1996**; 91:401-420.

70. Wiesch DG, Samet JM, Meyers DA, Bleecker ER. Classification of the asthma phenotype in genetic studies. In: Liggett SB, Meyers DA (eds). The Genetics of Asthma. New York, Marcel Dekker, Inc., **1996**; 421-438.

71. Utell J, Samet JM. Airborne particles and respiratory disease: clinical and pathogenic considerations. In: Wilson R, Spengler J (eds). Particles in Our Air: Concentrations and Health Effects. Cambridge, Harvard University Press, **1996**; 169-188.

72. Samet JM. The changing cigarette and disease risk: current status of the evidence. In: The FTC Cigarette Test Method for Determining Tar, Nicotine and Carbon Monoxide Yields of U.S. Cigarettes, Report of the NCI Expert Committee. Smoking and Tobacco Control Monograph 7. Rockville, U. S. Department of Health and Human Services, **1996**; 77-92.

73. Samet JM. The environment and health: state of the art in 1990's. In: Rivero SO, Ponciano RG (eds). Riesgos Ambientales para la Salud en la Ciudad de México. Programa Universitario de Medio Ambiente, **1996**; 22-29.

74. Fortoul TI, Lambert WE, Samet JM, Oláiz, López MI, Sánchez, Doyer M, Villadelmar FL, Bliss MS, Moncada HS, Montaño B, Navarro D, Bravo AH, Sánchez, Rivero SO. Efectos del ozono en niños habitantes de la ciudad de México. In: Rivero SO, Ponciano RG (eds). Riesgos Ambientales para la Salud en la Ciudad de Mexico. Programa Universitario de Medio Ambiente, **1996**; 121-126.

75. Burns DM, Garfinkel L, Samet JM. Introduction, summary, and conclusions. In: Changes in Cigarette-Related Disease Risks and Their Implication for Prevention and Control. Smoking and Tobacco Control Monograph No. 8. Rockville, U.S. Department of Health and Human Services, **1997**; 1-11.

76. Samet JM. Radon. In: Comprehensive Toxicology: Toxicology of the Respiratory System. Roth RA (ed). New York, Elsevier Science, Inc., **1997**; 8:467-480.

77.   Samet JM, Utell MJ.  Indoor and outdoor pollution.  In:  Fishman's Pulmonary Diseases and Disorders.  Fishman AP, Elias JA, Fishman JA, Grippi MA, Kaiser LR, Senior RM (eds).  New York, McGraw-Hill, **1997**; 1:941-963.

78.   Mitchell CS, Samet JM.  Clinical evaluation of individuals with suspected indoor air quality problems.  In:  Textbook of Pulmonary Diseases.  Baum GL, Crapo JD, Celli BR, Karlinsky JB (eds).  Philadelphia, Lippincott-Raven Publishers, **1997**; 1:779-788.

79.   Samet JM, Bailey LA.  Environmental population screening.  In:  Genetic Secrets: Protecting Privacy and Confidentiality in the Genetic Era.  Rothstein MA (ed).  New Haven, Yale University Press, **1997**; 197-211.

80.   Wiesch D, Samet JM.  Epidemiology and natural history of asthma.  In:  Allergy: Principles and Practice, 5th Edition.  Middleton E, Reed CE, Ellis EF, Adkinson NF, Yuninger JW, Busse WW (eds).  St Louis, Mosby-Year Book, Inc. **1998**; 2:799-815.

81.   Samet JM, Burke TA.  Epidemiology and risk assessment.  In:  Applied Epidemiology:  Theory to Practice.  Brownson RC, Petitti DB (eds).  New York, Oxford University Press, Inc., **1998**; 137-175.

82.   Samet JM (Contributing author).  Health consequences of tobacco use among four racial/ethnic minority groups.  In: Tobacco use among U.S. racial/ethnic minority groups, African Americans, American Indians and Alaska Natives, Asian Americans and Pacific Islanders, Hispanics: A report of the Surgeon General.  Atlanta, U.S. Department of Health and Human Services, **1998**; 137-204.

83.   Samet JM, Mapel DW.  Diseases of uranium miners and other underground miners exposed to radon.  In: Environmental and Occupational Medicine, Third Edition.  Rom WN (ed).  Philadelphia, Lippincott-Raven, **1998**; 1307-1315.

84.   Alberg AJ, Samet J.  Epidemiology of lung cancer.  In: Biology of Lung Cancer.  Kane MA, Bunn PA (eds).  New York, Marcel Dekker, **1998**; 122:11-51.

85.   Coultas DB,. Samet JM.  Respiratory disease prevention.  In:  Public Health & Preventive Medicine.  Wallace RB, Doebbeling BN, Last JM (eds).  Stamford, Appleton & Lange, **1998**; 981-990.

86.   Samet JM, Alberg AJ.  Surrogate sources of dietary information.  In: Nutritional Epidemiology.  Willett W (ed).  New York, Oxford University Press, **1998**; 157-173.

87.   Samet JM, Spengler JD, Mitchell CS.  Indoor air pollution.  In: Environmental and Occupational Medicine, Third Edition.  Rom WN (ed).  Philadelphia, Lippincott-Raven, **1998**; 1523-1537.

88. Alberg AJ, Samet JM.  Epidemiology of lung cancer.  In: Encyclopedia of Human Nutrition.  Sadler MJ, Caballero B, Strain JJ (eds).  London, Academic Press, **1998**; 235-248.

89. Samet JM.  Historical cohort study.  In: Encyclopedia of Biostatistics.  Armitage P, Colton T (eds). New York, John Wiley & Sons, **1998**;

90. Lambert WE, Samet JM, Dockery DW.  Community air pollution.  In: Environmental and Occupational Medicine, 3rd Edition.  Rom WN (ed). Philadelphia, Lippincott-Raven, **1998**; 1501-1521.

91. Samet JM, Utell MJ.  Air pollution.  In:  Pulmonary and Critical Care Medicine, 5th Update.  Bone RC, Dantzer DR, George RB (eds).  Chicago, Mosby-Year Book Inc., **1998**;

92. Samet JM, Cohen AJ.  Air pollution and lung cancer.  In: Air Pollutants and the Respiratory Tract.  Swift DL, Foster WM (eds).  New York, Marcel Dekker, Inc., **1999**; 181-217.

93. Samet JM, Jaakkola JJK.  The epidemiologic approach to investigating outdoor air pollution.  In:  Air Pollution and Health. Holgate ST, Koren HS, Samet JM, Maynard RL (eds).  London, Academic Press, **1999**; 431-460.

94. Samet JM, Cohen AJ.  Air pollution and lung cancer.  In: Air Pollution and Health.  Holgate ST, Koren HS, Samet JM, Maynard RL (eds).  London, Academic Press, **1999**; 841-864.

95. Samet, JM.  Risk assessment and air pollution.  In:  Air Pollution and Health.  Holgate ST, Koren HS, Samet JM, Maynard RL (eds).  London, Academic Press, **1999**; 881-897.

96. Ahmed I, Samet JM.  The natural history of asthma.  In: Pediatric Asthma.  Murphy S, Kelly HW, McWilliams B (eds).  New York, Marcel Dekker, **1999**; 41-69.

97. Samet JM.  Occupational pulmonary disorders.  In: Cecil Textbook of Medicine. Goldman L, Bennett JC (eds). Philadelphia, W.B. Saunders Company, **1999**; 419-424.

98. Samet JM, Jaakkola JJK.  The epidemiological approach to investigating indoor and outdoor air pollution.  In:  Toxicology of the Lung. Gardner DE, Crapo JD, McClellan RO (eds).  Philadelphia, Taylor & Francis, **1999**; 399-429.

99. Utell MJ, Samet JM.  Clinical perspective on respiratory toxicology.  In.  Environmental Toxicants:  Human Exposures and Their Health Effects.  Lippmann M (ed).  New York, John Wiley & Sons, Inc., **1999**; 945-967.

100. Samet JM, Wang SS.  Environmental tobacco smoke.  In: Lippmann M (ed).  Environmental Toxicants, 2nd Edition.  New York, John Wiley & Sons **2000**; 319-375.

101. Frampton MW, Utell MJ, Samet JM.  Cardiopulmonary consequences of particle inhalation.  In:  Gehr P, Heyder J (eds).  Particle-Lung Interactions.  New York, Marcel Dekker, Inc., **2000**; 653-670.

102. Samet JM, Wang SS.  Environmental tobacco smoke.  In:  Spengler JD, Samet JM, McCarthy JF (eds).  Indoor Air Quality Handbook.  New York, McGraw-Hill **2000**; 30.1-30.30.

103. Samet JM.  Radon.  In:  Spengler JD, Samet JM, McCarthy JF (eds).  Indoor Air Quality Handbook.  New York, McGraw-Hill **2000**; 40.1-40.19.

104. Zeger Sl, Wyant T, Miller LS, Samet J.  Statistical testimony on damages in *Minnesota v. Tobacco Industry*.  In:  Gastwirth JL (ed).  Statistical science in the courtroom.  New York, Springer-Verlag **2000**; 303-320.

105. Samet JM.  The relationship between acute and chronic health effects of air pollution.  In:  Heinrich U, Mohr U (eds).  Relationships between acute and chronic effects of air pollution.  Washington, DC, ILSI Press **2000**; 11-21.

106. Samet JM, Gordis L.  Epidemiology, overview.  In:  Gail MH, Benichou J (eds).  Encyclopedia of Epidemiologic Methods.  Chichester (UK):  John Wiley & Sons, **2000**.  378-386.

107. Thompson PJ, Stewart GA, Samet JM.  Allergens and pollutants.  In: Allergy.  Holgate ST, Church MK, Lichtenstein LM (eds).  London, Mosby International **2001**; 213-242.

108. Samet JM.  The science/policy interface.  In:  Aaron JL, Patz JA (eds).  Ecosystem Change and Public Health:  A Global Perspective.  Baltimore, The Johns Hopkins University Press **2001**; 100-115.

109. Samet JM, Wiesch DG, Ahmed IH.  Pediatric asthma:  epidemiology and natural history.  In:  Naspitz CK, Szefler SJ, Tinkelman DG, Warner JO (eds).  Textbook of Pediatric Asthma:  An International Perspective.  London, Martin Dunitz Ltd. **2001;** 35-66.**

110. Samet JM. Health effects of tobacco use by Native Americans: past and present. In: Winter JC (ed). Tobacco Use by Native North Americans: Sacred Smoke and Silent Killer. Norman, University of Oklahoma **2001**; 331-341.

111. Samet JM. The risks of active and passive smoking. In: Slovic P (ed). Smoking: Risk, Perception and Policy. Thousand Oaks, Sage Publications **2001**; 3-28. Reprinted with permission in Salud Pública de México **2002**; 44:S144-S160.

112. Samet JM, Utell MJ. Air pollution. In: Bone RC, Dantzker DR, George RB, Matthay RA, Reynolds HY (eds). Pulmonary and Critical Care Medicine, Volume 1. St. Louis, Mosby **2001**; 1-15.

113. Armenian H, Thompson M, Samet J. Competency-based curriculum in epidemiology. In: Teaching epidemiology: a guide for teachers in epidemiology, public health and clinical medicine. Jorn Olsen, Rodolfo Saracci, Dimitrios Trichopoulos (eds). 2nd Edition. Oxford, Oxford University Press **2001**; 373-389.

114. Samet JM, Yang G. Passive smoking, women and children. In: Samet JM, Yoon S-Y (eds). Women and the Tobacco Epidemic: Challenges for the 21st Century. Canada, World Health Organization **2001**; 17-45.

115. Samet JM. Environmental and occupational health sciences in public health. In: Detels R, McEwen J, Beaglehole R, Tanaka H (eds). Oxford Textbook of Public Health: The Practice of Public Health, Volume 2, 4th Edition. New York, Oxford University Press **2002**; 959-978.

116. Asma S, Yang G, Samet J, Giovino G, Bettcher DW, Lopez AD, Yach, D. Tobacco. In: Detels R, McEwen J, Beaglehole R, Tanaka H (eds). Oxford Textbook of Public Health: The Practice of Public Health, Volume 3. New York, Oxford University Press **2002**; 1481-1502.

117. Mahadevia PJ, Kamangar F, Samet JM. Adopting new technology in the face of uncertain science: the case of screening for lung cancer. In: Curry SJ, Byers T, and Maria Hewitt (eds). Fulfilling the Potential of Cancer Prevention and Early Detection. Washington DC, The National Academies Press **2003**; 259-293.

118. Tang EA, Wiesch DG, Samet JM. Epidemiology of asthma and allergic diseases. In: Adkinson NF, Yunginger JW, Busse WW, Bochner BS, Holgate ST, Simons FER (eds). Allergy: Principles and Practices, 6th Edition. St. Louis, Mosby **2003;** 1127-1168.

119. Zeger S, Dominici F, McDermott A, Samet JM. Bayesian hierarchical modeling of public health surveillance data: a case study of air pollution and mortality. In: Brookmeyer R, Stroup D (eds). Monitoring the Health of Populations: Statistical

29

Principles & Methods for Public Health Surveillance. New York, Oxford University Press **2004;** 267-287.

120. Samet JM. Occupational pulmonary disorders. In: Goldman L, Ausiello D (eds). Cecil Textbook of Medicine, 22nd Edition. Philadelphia, Saunders **2004**; 532-538.

121. Bell ML, Samet JM, Dominici F. Time-series studies of particulate matter. Annu. Rev. Public Health **2004**; 25:247-80.

122. Samet JM. Passive smoking and health. In: Boyle P, Gray N, Henningfield J, Seffrin J, Zatonski W (eds). Tobacco and Public Health: Science, Policy and Public Health. Oxford, Oxford University Press **2004**; 287-313.

123. Parkin M, Samet J, Tyczynski JE, Shields P, Boffetta P, Caporaso N. Lung cancer epidemiology and etiology. In: Travis W, Brambilla E, Müller-Hermelink H, Harris C (eds). World Health Organization Classification of Tumours, International Agency for Research on Cancer, Pathology and Genetics of Tumours of the Lung, Pleura, Thymus and Heart. Lyon, IARC Press **2004**; 12-15.

124. Churg A, Inai K, Samet JM, Roggli V, Praet M, Weill H, Galateau-Salle F, Ordonez NG, Rusch V, Cagle PhT, Hammar SP, Colby TV, Gibbs AR, Testa JR, Vogt P, Hasleton DW, Gazdar AF, Brambilla E, Henderson DW, Saracci R, Travis WD, Vignaud JM, Pugatch R. Mesothelioma. In: Travis W, Brambilla E, Müller-Hermelink H, Harris C (eds). World Health Organization Classification of Tumours, International Agency for Research on Cancer, Pathology and Genetics of Tumours of the Lung, Pleura, Thymus and Heart. Lyon, IARC Press **2004**; 128-129.

125. Cohen AJ, Anderson HR, Ostro B, Pandey KD, Krzyzanowski M, Künzli N, Gutschmidt K, Pope CA, Romieu I, Samet JM, Smith KR. Urban air pollution. In: Ezzati M, Lopez A, Rodgers A, Murray C (eds) Comparative Quantification of Health Risks: Global and Regional Burden of Disease Attributable to Selected Major Risk Factors, Vol. 2. Geneva, World Health Organization **2004**; 1353-1433.

126. Samet JM, Hoang MA. Disease and mortality. In: Goodman J (ed.). Tobacco in History and Culture: An Encyclopedia. New York: Charles Scribner's Sons. **2004**.

127. Frampton MW, Samet JM, Utell MJ. Exposures in outdoor air. In: Rosenstock L, Cullen M, Brodkin C, Redlich C (eds) Textbook of Clinical Occupational and Environmental Medicine, 2nd Ed. Philadelphia, WB Saunders Company **2005**;1143-1150.

128. Samet JM. Diesel exhaust. In: Ruzer LS, Harley NH (eds). Aerosols Handbook: Measurement, Dosimetry, and Health Effects. Boca Raton, CRC Press **2005;** 601-605.

129. Rajaraman P and Samet JM. Quality control and good epidemiological practice. In: Ahrens W, Pigeot (eds). Handbook of Epidemiology. Berlin, Springer **2005**; 503-556.

130. Alberg AJ, Yung RC, Samet JM.  Epidemiology of lung cancer. In: Mason RJ, Broaddus VC, Murray JF, Nadel JA (eds). Murray and Nadel's Textbook of Respiratory Medicine. Philadelphia, Elsevier Saunders **2005;** 1328-1356.

131. Bell ML, Samet JM. Air pollution. In: Frumkin H (ed). Environmental Health: From Global to Local. San Francisco, Jossey-Bass **2005**; 331-361.

132. Samet JM, Maynard R. Susceptibility of children to air pollution In: WHO Europe Monograph: Effects of Air Pollution on Children's Health and Development: A Review of the Evidence. Copenhagen, World Health Organization **2005;** 11-13.

133. Samet JM, Gordis L. Epidemiology Overview.  In: Armitage P, Colton T (eds.). Encyclopedia of Biostatistics, 2nd edition.  Chichester (UK): John Wiley & Sons, **2005**.

134. Samet JM, (Contributing author). Introduction, summary, and conclusions. In: The Health Consequences of Involuntary Exposure to Tobacco Smoke: A Report of the Surgeon General.  Rockville, MD. U.S. Department of Health and Human Services **2006**; 1-26.

135. Samet JM, White RH, and Burke TA. Epidemiology and risk assessment In: Brownson RC and Petitti DB (eds) Applied Epidemiology: Theory to Practice. New York; Oxford University Press, **2006**; 125-163.

136. Goodman SN, Samet JM. Cause and cancer epidemiology.  In: Schottenfeld D, Fraumeni J (eds). Cancer Epidemiology and Prevention, 3rd edition. New York, Oxford University Press **2006;** 3-9.

137. Samet JM, Cohen A. Air pollution and cancer.  In: Schottenfeld D, Fraumeni J (eds). Cancer Epidemiology and Prevention, 3rd edition. New York, Oxford University Press **2006**; 355-381.

138. Samet JM, Burke TA, Goldman L. Regulating carcinogens.  In: Schottenfeld D, Fraumeni J (eds). Cancer Epidemiology and Prevention, 3rd edition. New York, Oxford University Press **2006**; 1341-1353.

139. Samet JM, Brauer M, Schlesinger R. Particulate matter.  In: Air Quality Guidelines: Global Update 2005—Particulate matter, ozone, nitrogen dioxide and sulfur dioxide. Copenhagen, Denmark: World Health Organization Europe **2006**; 217-305.

140. Samet JM. Occupational pulmonary disorders. In: Goldman L, Ausiello D (eds). Cecil Textbook of Medicine, 23rd Edition. Philadelphia, Saunders, **2007**; 653-658.

141. Burns FJ, Samet JM, Rossman TG, Zhang r, Wu F, Uddin AN, Shore RE. Radiation carcinogenesis: Mechanisms of induction. In: Rom WN (ed): Environmental and Occupational Medicine, 4th ed. Philadelphia, Wolters Kluwer/Lippincott Williams & Wilkins, **2007**; 1262-1276.

142. Samet JM, Bell ML. Air pollution: Epidemiology. In: Rom WN (ed): Environmental and Occupational Medicine, 4th ed. Philadelphia, Wolters Kluwer/Lippincott Williams & Wilkins, **2007**; 1400-1420.

143. Hecht SS, Samet JM. Cigarette smoking. In: Rom WN (ed): Environmental and Occupational Medicine, 4th ed. Philadelphia, Wolters Kluwer/Lippincott Williams & Wilkins, **2007**; 1521-1551.

144. Coultas DB, Samet JM. Respiratory disease prevention. In: Last JM, Wallace RB (eds). Maxcy-Rosenau-Last Public Health & Preventive Medicine 15th Edition. New York, McGraw Hill Medical, **2008**; 1113-1123.

145. Samet JM, Utell MJ. Indoor and outdoor pollution. In: Fishman AP, Elias JA, Fishman JA, Grippi MA, Senior RM, Pack AI (eds): Fishman's Pulmonary Diseases and Disorders, 4th ed. New York, McGraw-Hill, **2008**; 1009 -1036.

146. Avila-Tang E, Matsui E, Wiesch DG, Samet JM. Epidemiology of asthma and allergic diseases. In: Adkinson NF, Bochner BS, Busse WW, Holgate ST, Lemanske RF, Simons FER (eds): Middleton's Allergy. Principles and Practice, 7th ed. Philadelphia, Mosby Elsevier, **2008**; 715-767.

147. Samet JM, Neta GI, Wang SS. Secondhand smoke. In: Lippmann M (ed). Environmental Toxicants: Human Exposures and Their Health Effects 3rd ed. Hoboken, John Wiley & Sons, Inc. **2009**; 709-761.

148. Utell MJ, Samet JM. Clinical perspective on respiratory toxicology. In: Lippmann M (ed). Environmental Toxicants: Human Exposures and Their Health Effects 3rd ed. Hoboken, John Wiley & Sons, Inc. **2009**; 77-106.

149. Samet JM, Alberg AJ, Ford JG. Epidemiology of lung cancer and mesothelioma. In: Spiro SG, Huber RM and Janes SM (eds). European Respiratory Monograph 44. Sheffield, European Respiratory Society, **2009**; 349–391. (*The epidemiology of lung cancer* originally published in Chest 2007; 132: Suppl 3, 29S-55S.)

150. (Contributing author). IARC Handbooks for Cancer Prevention, Tobacco Control, Vol. 13: Evaluating the effectiveness of smoke-free policies. Lyon, International Agency for Research on Cancer, **2009**; 135-162.

151. Bell ML, Samet JM. Air pollution. In: Frumkin H (ed). Environmental Health: From Global to Local. Second Edition. San Francisco, John Wiley & Sons, Inc. **2010**; 387-415.

152. Armenian H, Thompson M, Samet J. Competency-based curriculum in epidemiology. In: Jorn Olsen, Rodolfo Saracci, Dimitrios Trichopoulos (eds). Teaching epidemiology: a guide for teachers in epidemiology, public health and clinical medicine, 3rd ed. New York, Oxford University Press **2010**; 509-518.

153. Alberg AJ, Samet JM. Epidemiology of lung cancer. In: Mason RJ, Broaddus VC, Martin TR, Schraufnagel DE, Murray JF, Nadel JA (eds). Murray and Nadel's Textbook of Respiratory Medicine, 5th ed. Philadelphia, Saunders Elsevier **2010**; 1098-1115.

154. Samet JM. Passive smoking and health. In: Boyle P, Gray N, Henningfield J, Seffrin J, Zatonski W (eds). Tobacco and Public Health: Science, Policy and Public Health, 2nd ed. Oxford, Oxford University Press **2010**; 285-311.

155. Samet JM. Urban air quality. In: Vlahov D, Boufford JI, Pearson C, Norris L (eds). Urban Health: Global Perspectives. San Francisco, Jossey-Bass **2010**; 317-337.

156. Samet JM (Contributing author). Secondhand smoke, women, and children. In: Samet JM, Yoon SY (eds). Gender, women, and the tobacco epidemic. Geneva, World Health Organization **2010**; 65-101.

157. Samet JM (Contributing author). Introduction, evaluation of evidence on mechanisms of disease production, and summary (Chapter 1). In: How tobacco smoke causes disease: The biology and behavioral basis for smoking-attributable disease. A report of the Surgeon General. Rockville, Maryland, U.S. Department of Health and Human Services, **2010**; 3-12.

158. Samet JM (Contributing author). The changing cigarette (Chapter 2). In: How tobacco smoke causes disease: The biology and behavioral basis for smoking-attributable disease. A report of the Surgeon General. Rockville, Maryland, U.S. Department of Health and Human Services, **2010**; 13-26.

159. Wipfli H, Samet JM. Global tobacco control policy. In: Parker R, Sommer M (eds). Routledge Handbook in Global Public Health. New York, Routledge, **2011**; 291-302.

160. Samet JM. Community design and air quality. In: Dannenberg AL, Frumkin H, Jackson RJ (eds). Making Healthy Places. Designing and building for health, well-being, and sustainability. Washington, DC, Island Press, **2011**; 63-76.

161. Apelberg BJ, Samet JM.  Estimating the impact of tobacco control policies on future mortality patterns in the United States.  In: Bearman P, Neckerman KM, Wright L (eds). After Tobacco: what would happen if Americans stopped smoking? New York, Columbia University Press, **2011**; 233-255.

162. Samet JM (Contributing author). The health consequences of tobacco use among young people (Chapter 2).  In: Preventing tobacco use among youth and young adults. A report of the Surgeon General. Rockville, U. S. Department of Health and Human Services, **2012**; 15-23.

163. Samet JM, Wipfli HL. Ending the tobacco epidemic: from the genetic to the global level. In: M Sommer, R Parker (eds). Structural Approaches in Public Health. New York, Routledge, **2013**; 231-243.

164. Samet JM. Tobacco smoking: the leading cause of preventable disease worldwide. Thoracic Surgery Clinics, **2013**; 23(2): 103-12.

165. Samet JM. Introduction. In: Straif K, Cohen A, Samet JM (eds). IARC Scientific Publication No. 161: Air Pollution and Cancer. Geneva, International Agency for Research on Cancer, **2013**. (ePUB)

166. Samet JM. Combined effect of air pollution with other agents. In: Straif K, Cohen A, Samet JM (eds). IARC Scientific Publication No. 161: Air Pollution and Cancer. Geneva, International Agency for Research on Cancer, **2013**. (ePUB)

167. Samet JM. Una perspectiva de salud global en el futuro del control del tabaco. In: Reynales Shigematsu LM, Thrasher JF, Lazcano Ponce E, Hernández Ávila M (eds). Salud pública y tabaquismo, volumen I. Políticas para el control del tabaco en México. Cuernavaca, México, Instituto Nacional Salud Pública, **2013**.

168. Samet JM.  Tobacco smoke: active and passive.  In: Landrigan PJ and Etzel RA (eds). Textbook of Children's Environmental Health.  New York, Oxford University Press, **2013**; 222-231.

169. Samet JM (Contributing author).  Fifty years of change: 1964-2014 (Chapter 2). In: The Health Consequences of Smoking – 50 Years of Progress. A report of the U.S. Surgeon General. Atlanta, U.S. Department of Health and Human Services, Centers for Disease Control and Prevention, National Center for Chronic Disease Prevention and Health Promotion, Office on Smoking and Health **2014**; 15-41.

170. Samet JM (Contributing author).  Advances in knowledge of the health consequences of smoking: From 1964-2014 (Chapter 4). In: The Health Consequences of Smoking – 50 Years of Progress. A report of the U.S. Surgeon General. Atlanta, U.S. Department of Health and Human Services, Centers for

Disease Control and Prevention, National Center for Chronic Disease Prevention and Health Promotion, Office on Smoking and Health **2014**; 61-106.

171. Samet JM (Contributing author).  Cancer (Chapter 6).  In: The Health Consequences of Smoking – 50 Years of Progress. A report of the U.S. Surgeon General. Atlanta, U.S. Department of Health and Human Services, Centers for Disease Control and Prevention, National Center for Chronic Disease Prevention and Health Promotion, Office on Smoking and Health **2014**; 139-351.

172. Samet JM (Contributing author).  The changing landscape of tobacco control – current status and future directions (Chapter 15).  In: The Health Consequences of Smoking – 50 Years of Progress. A report of the U.S. Surgeon General. Atlanta, U.S. Department of Health and Human Services, Centers for Disease Control and Prevention, National Center for Chronic Disease Prevention and Health Promotion, Office on Smoking and Health **2014**; 843-864.

173. Samet JM, Gupta P, Ray C. Tobacco smoking and smokeless tobacco use.  In: Stewart BW and Wild CP (eds).  World Cancer Report 2014.  Geneva, International Agency for Research on Cancer, **2014**; 88-95.

174. Samet JM and Zhang JF.  Climate change and health.  In: Griffiths SM, Tang JL, Yeoh EK (eds). Routledge Handbook of Global Public Health in Asia. New York, Routledge, **2014**; 281-298.

175. Mackay J and Samet JM. Tobacco, Smoking, and Nicotine. In: Reference Module in Biomedical Sciences. Elsevier, **2014**;

176. Samet JM. Adenocarcinoma, Epidemiology and Etiology. In: Travis WD, Brambilla E, Burke AP, Marx A, Nicholson AG (eds).  WHO Classification of Tumors of the Lung, Pleura, Thymus and Heart, 4th ed.  Lyon, International Agency for Research on Cancer, **2015**; 26-29.

177. Alberg AJ, Samet JM.  Epidemiology of lung cancer. In: Broaddus VC, Ernst, JD, King, Jr., TE, Lazarus, SC, Murray JF, Nadel JA, Slutsky, AS, Gotwa, MB, (eds). Murray and Nadel's Textbook of Respiratory Medicine, 6th ed. Philadelphia, Elsevier Saunders **2015**; Vol. 2, 927-939.

178. Rich, DQ, Samet, JM, Utell, MJ. Indoor and Outdoor Air Pollution. In: Gripp, MA, Elias, JA, Fishman, JA, Kotloff, RM, Pack, AI, Senior, RM, (eds). Textbook of Fishman's Pulmonary Diseases and Disorders, 5th ed. New York, McGraw Hill **2015**; Volume 2, 1386-1411.

179. Bell ML, Samet JM. Air Pollution. In: Frumkin H (ed). Environmental Health: From Global to Local. 3rd Edition. San Francisco, John Wiley & Sons, Inc. **2016**; 319-343.

180. Wipfli H, Samet JM. Scaling Up Tobacco Control- Creating Authority by
International Convention. In: Taylor DC, Taylor CE (eds). Just and Lasting Change:
When Communities Own Their Futures. 2nd Edition. Baltimore, Johns Hopkins
University Press. **2016**; 239-250.

181. Samet JM (Contributing author). E-Cigarette Policy and Practice Implications
(Chapter 5). In: E-Cigarette Use Among Youth and Young Adults. A report of the
Surgeon General. Rockville, Maryland, U.S. Department of Health and Human
Services, **2016**;181-233.

## JOURNAL ARTICLES

1.  Samet JM, Speizer FE, Gaensler EA.  Questionnaire reliability and validity in asbestos exposed workers.  Bull Eur Physiopathol Respir **1978;** 14:177-188.

2.  Samet JM.  A historical and epidemiologic perspective on respiratory symptoms questionnaires.  Am J Epidemiol **1978;** 108:435-446.

3.  Samet JM, Epler GR, Gaensler EA, Rosner B.  Absence of synergism between exposure to asbestos and cigarette smoking in asbestosis.  Am Rev Respir Dis **1979**; 120:75-82.

4.  Weiss ST, Samet JM.  An assessment of physician knowledge of epidemiology and biostatistics.  J Med Educ **1980**; 55:692-697.

5.  Samet JM, Key CR, Kutvirt DM, Wiggins CL.  Respiratory disease mortality in New Mexico's American Indians and Hispanics.  Am J Public Health **1980;** 70:492-497.

6.  Samet JM, Speizer FE, Bishop Y, Spengler JD, Ferris BG, Jr.   The relationship between air pollution and emergency room visits in an industrial community.  J Air Pollut Control Assoc **1981**; 31:236-240.

7.  Samet JM, Schrag SD, Howard CA, Key CR, Pathak DR.  Respiratory disease in a New Mexico population sample of Hispanic and non-Hispanic whites.  Am Rev Respir Dis **1982**; 125:152-157.

8.  Schenker MB, Samet JM, Speizer FE.  Effect of cigarette tar content and smoking habits on respiratory symptoms in women.   Am Rev Respir Dis **1982**; 125:684-690.

9.  Pathak DR, Samet JM, Howard CA, Key CR.  Malignant melanoma of the skin in New Mexico, 1969-1977.  Cancer **1982**; 50:1440-1446.

10.  Samet JM, Chick TW, Howard CA.  Running-related morbidity: A community survey.  Ann Sports Med **1982**; 1:30-34.

11.  Howard CA, Samet JM, Buechley RW, Schrag SD, Key CR.  Survey research in New Mexico Hispanics:  some methodological issues.  Am J Epidemiol **1983**; 117:27-34.

12.  Schmidt-Nowara WW, Samet JM, Rosario PA.  Early and late pulmonary complications of botulism.  Arch Intern Med **1983**; 143:451-456.

13.  Samet JM, Tager IB, Speizer FE.  The relationship between respiratory illness in childhood and chronic air-flow obstruction in adulthood.  Am Rev Respir Dis **1983**; 127:508-523.

14.     McQuade CE, Kutvirt DM, Brylinski DA, Samet JM.  A tracking system for conducting epidemiological case-control studies.  Comput Program Biomed **1983**; 16:149-154.

15.     Schenker MB, Samet JM, Speizer FE.  Risk factors for childhood respiratory disease: the effect of host factors and home environmental exposures.  Am Rev Respir Dis **1983**; 128:1038-1043.

16.     Schenker MB, Samet JM, Batterman S, Gruhl J, Speizer FE.  Health effects of air pollution due to coal combustion in the Chestnut Ridge region of Pennsylvania: Results of cross-sectional analysis in adults.  Arch Environ Health **1983**; 38:325-330.

17.     Humble CG, Samet JM, Skipper BE.  Comparison of self- and surrogate-reported dietary information.  Am J Epidemiol **1984**; 119:86-98.

18.     Samet JM, Young RA, Morgan MV, Humble CG, Epler GR, McLoud TC. Prevalence survey of respiratory abnormalities in New Mexico uranium miners. Health Phys **1984**; 46:361-370.

19.     Samet JM, Humble CG, Skipper BE.  Alternatives in the collection and analysis of food frequency interview data.  Am J Epidemiol **1984**; 120:572-581.

20.     Samet JM, Kutvirt DM, Waxweiler RJ, Key CR.  Uranium mining and lung cancer in Navajo men.  N Engl J Med **1984**; 310:1481-1484.

21.     Vedal S, Schenker MB, Samet JM, Speizer FE.  Risk factors for childhood respiratory disease:  analysis of pulmonary function.  Am Rev Respir Dis **1984**; 130:187-192.

22.     May PA, Hymbaugh KJ, Aase JM, Samet JM.  Epidemiology of fetal alcohol syndrome among American Indians of the Southwest.  Soc Biol **1984**; 30:374-387.

23.     Coultas DB, Samet JM, Wiggins CL.  Altitude and mortality from chronic obstructive lung disease in New Mexico.  Arch Environ Health **1984;** 39:355-359.

24.     Humble CG, Samet JM, Skipper BJ.  The impact of revisions in vitamin A content data on estimates of nutrient intake.  Nutr Res **1985**; 5:175-179.

25.     Samet JM, Skipper BJ, Humble CG, Pathak DR.  Lung cancer risk and vitamin A consumption in New Mexico.  Am Rev Respir Dis **1985**; 131:198-202.

26.     Humble CG, Samet JM, Pathak DR, Skipper BJ.  Cigarette smoking and lung cancer in 'Hispanic' whites and other whites in New Mexico.  Am J Public Health **1985**; 75:145-148.

27.   Butler C, Samet JM, Black WC, Key CR, Kutvirt DM.  Histopathologic findings of lung cancer in Navajo men:  Relationship to U mining.  Health Phys **1986**; 51:365-368.

28.   Coultas DB, Samet JM, Wiggins CL, Butler C, Sweeney ES, Parzyck T.  Clinical features of a population-based series of patients with lung cancer presenting with a solitary nodule.  Am Rev Respir Dis **1986**; 133:302-306.

29.   Lerchen ML, Samet JM.  An assessment of the validity of questionnaire responses provided by a surviving spouse.  Am J Epidemiol **1986**; 123:481-489.

30.   Goodwin JS, Samet JM, Key CR, Humble C, Kutvirt D, Hunt C.  Stage at diagnosis of cancer varies with the age of the patient.  J Am Ger Soc **1986**; 34:20-26.

31.   Pathak DR, Samet JM, Humble CG, Skipper BJ.  Determinants of lung cancer risk in cigarette smokers in New Mexico.  J Natl Cancer Inst **1986**; 76:597-604.

32.   Schenker MB, Vedal S, Batterman S, Samet JM, Speizer FE.  Health effects of air pollution due to coal combustion in the Chestnut Ridge region of Pennsylvania: cross-section survey of children.  Arch Environ Health **1986**; 41:104-108.

33.   Morgan MV, Samet JM.  Radon daughter exposures of New Mexico U miners, 1967-1982.  Health Phys **1986**; 50:656-662.

34.   Duncan MH, Wiggins CL, Samet JM, Key CR.  Childhood cancer epidemiology in New Mexico's American Indians, Hispanic whites, and non-Hispanic whites, 1970-82.  J Natl Cancer Inst **1986**; 76:1013-1018.

35.   Samet JM, Hunt WC, Key CR, Humble CG, Goodwin JS.  Choice of cancer therapy varies with age of patient.  JAMA **1986**; 255:3385-3390.

36.   Samet JM, Humble CG, Pathak DR.  Personal and family history of respiratory disease and lung cancer risk.  Am Rev Respir Dis **1986**; 134:466-470.

37.   Humble CG, Samet JM, Skipper BE.  Use of quantified and frequency indices of vitamin A intake in a case-control study of lung cancer.  Int J Epidemiol **1987**; 16:341-346.

38.   Samet JM, Key CR.  Environmental epidemiology for pathologists.  Human Pathol **1987**; 18:886-894.

39.   Samet JM.  Epidemiologic approaches for the identification of asthma.  Chest **1987**; 91:74S-78S.

40.    Vedal S, Schenker MB, Muñoz A, Samet JM, Batterman S, Speizer FE.  Daily air
       pollution effects on children's respiratory symptoms and peak expiratory flow.  Am J
       Public Health **1987**; 77:694-698.

41.    Samet JM, Humble CG, Skipper BE, Pathak DR.  History of residence and lung
       cancer risk in New Mexico.  Am J Epidemiol **1987**; 125:800-811.

42.    Harlos DP, Marbury MB, Samet JM, Spengler JD.  Relating indoor $NO_2$ levels to
       infant personal exposures.  Atmos Environ **1987**; 21:369-376.

43.    Butler C, Samet JM, Humble CG, Sweeney ES.  Histopathology of lung cancer in
       New Mexico, 1970-72 and 1980-81.  J Natl Cancer Inst **1987**; 78:85-90.

44.    Greenberg M, Wiggins CL, Kutvirt DM, Samet JM.  Cigarette use among Hispanic
       and non-Hispanic white school children, Albuquerque, New Mexico.  Am J Public
       Health **1987**; 77:621-622.

45.    Humble CG, Samet JM, Pathak DR.  Marriage to a smoker and lung cancer risk.  Am
       J Public Health **1987**; 77:598-602.

46.    Samet JM, Marbury MC, Spengler JD.  Respiratory effects of indoor air pollution.  J
       Allergy Clin Immunol **1987**; 79:685-700.

47.    Coultas DB, Howard CA, Peake GT, Skipper BJ, Samet JM.  Salivary cotinine levels
       and involuntary tobacco smoke exposure in children and adults in New Mexico.  Am
       Rev Respir Dis **1987;** 136:305-309.

48.    Kellner R, Samet JM, Pathak D.  Hypochondriacal concerns and somatic symptoms
       in patients with chronic airflow obstruction. J Psychosomatic Res **1987**; 31:575-582.

49.    Samet JM, Key CR, Hunt WC, Goodwin JS.  Survival of American Indian and
       Hispanic cancer patients in New Mexico and Arizona, 1969-82.  J Natl Cancer Inst
       **1987**; 79:457-463.

50.    Lerchen ML, Wiggins CL, Samet JM.  Lung cancer and occupation in New Mexico.
       J Natl Cancer Inst **1987**; 79:639-645.

51.    Goodwin JS, Hunt WC, Key CR, Samet JM.  The effect of marital status on stage,
       treatment, and survival of cancer patients.  JAMA **1987**; 258:3125-3130.

52.    Samet JM, Marbury MC, Spengler JD.  Health effects and sources of indoor air
       pollution.  Am Rev Respir Dis Part I **1987**; 136:1486-1508, Part II **1988**; 137:221-
       242.

53.  Marbury MC, Harlos DP, Samet JM, Spengler JD.  Indoor residential $NO_2$ concentrations in Albuquerque, New Mexico.  Air Pollut Control Assoc J **1988**; 38:392-398.

54.  Samet JM, Coultas DB, Howard CA, Skipper BJ.  Respiratory diseases and cigarette smoking in a Hispanic population in New Mexico.  Am Rev Respir Dis **1988**; 137:815-819.

55.  Coultas DB, Howard CA, Peake GT, Skipper BJ, Samet JM.  Discrepancies between self-reported and validated cigarette smoking in a community survey of New Mexico Hispanics.  Am Rev Respir Dis **1988**; 137:810-814.

56.  Samet JM, Wiggins CL, Humble CG, Pathak DR.  Cigarette smoking and lung cancer in New Mexico.  Am Rev Respir Dis **1988**; 137:1110-1113.

57.  Samet JM.  Involuntary exposure to tobacco smoke.  Ann Sports Med **1988**; 4:1-15.

58.  Samet JM, Hunt WC, Lerchen ML, Goodwin JS.  Delay in seeking care for cancer symptoms: a population-based study of elderly New Mexicans.  J Natl Cancer Inst **1988**; 80:432-438.

59.  Mann BA, Samet JM, Hunt WC, Key CR, Goodwin JM, Goodwin JS.  Changing treatment of breast cancer in New Mexico from 1969 through 1985.  JAMA **1988**; 259:3413-3417.

60.  Samet JM, Wiggins CL, Key CR, Becker TM.  Mortality from lung cancer and chronic obstructive pulmonary disease in New Mexico, 1958-1982.  Am J Public Health **1988**; 78:1182-1186.

61.  Samet JM, Coultas DB, Howard CA, Skipper BJ, Hanis CL.  Diabetes, gallbladder disease, obesity, and hypertension among Hispanics in New Mexico.  Am J Epidemiol **1988**; 128:1302-1311.

62.  Goodwin JS, Hunt WC, Humble CG, Key CR, Samet JM.  Cancer treatment protocols: who gets chosen?  Arch Intern Med **1988**; 148:2258-2260.

63.  Coultas DB, Howard CA, Skipper BJ, Samet JM.  Spirometric prediction equations for Hispanic children and adults in New Mexico.  Am Rev Respir Dis **1988**; 138:1386-1392.

64.  Becker TM, Wiggins C, Key CR, Samet JM.  Ischemic heart disease mortality in Hispanics, American Indians, and non-Hispanic Whites in New Mexico, 1958-1982.  Circulation **1988**; 78:302-309.

65.  Becker TM, Goodwin JS, Hunt WC, Key CR, Samet JM.  Survival after cancer surgery of elderly patients in New Mexico, 1969-1982.  J Am Ger Soc **1989**; 37:155-159.

66.  Becker TM, Wiggins C, Key CR, Samet JM.  Ethnic differences in mortality from acute rheumatic fever and chronic rheumatic heart disease in New Mexico, 1958-1982.  West J Med **1989**; 150:46-50.

67.  Lapham SC, Millard JB, Samet JM.  Health implications of radionuclide levels in cattle raised near U mining and milling facilities in Ambrosia Lake, New Mexico.  Health Phys **1989**; 56:327-340.

68.  Samet JM, Pathak DR, Morgan MV, Marbury MC, Key CR, Valdivia AA.  Radon progeny exposure and lung cancer risk in New Mexico U miners:  A case-control study.  Health Phys **1989**; 56:415-421.

69.  Sewell CM, Becker TM, Wiggins CL, Key CR, Hull HH, Samet JM.  Injury mortality in New Mexico's American Indians, Hispanics, and non-Hispanic Whites, 1958-1982.  West J Med **1989**; 150:708-713.

70.  Coultas DB, Peake GT, Samet JM.  Questionnaire assessment of lifetime and recent exposure to environmental tobacco smoke.  Am J Epidemiol **1989**; 130:338-347.

71.  Wiggins CL, Becker TM, Key CR, Samet JM.  Stomach cancer among New Mexico's American Indians, Hispanic whites, and non-Hispanic whites.  Cancer Res **1989**; 49:1595-1599.

72.  Kaufman A, Mennin S, Waterman R, Duban S, Hansbarger H, Silverblatt H, Obenshain SS, Kantrowitz M, Becker T, Samet J, Wiese W.  The New Mexico experiment:  educational innovation and institutional change.  Acad Med **1989**; 64:285-294.

73.  Samet JM, Nero AV Jr.  Indoor radon and lung cancer.  N Engl J Med **1989**; 320:591-594.

74.  Samet JM.  Radon and lung cancer.  J Natl Cancer Inst **1989**; 81:745-757.

75.  Samet JM.  Surrogate measures of dietary intake.  Am J Clin Nutr **1989**; 50:1139-1144.

76.  Samet JM, Spengler JD.  Nitrogen dioxide and respiratory infection:  pilot investigations.  In:  Health Effects Institute Research Report Number 28.  Cambridge, MA, Health Effects Institute, **1989**.  1-32.

77. Olson LM, Becker TM, Wiggins CL, Key CR, Samet JM. Injury mortality in American Indian, Hispanic, and non-Hispanic white children in New Mexico, 1958-1982. Soc Sci Med **1989**; 1-8.

78. Becker TM, Wiggins C, Peek C, Key CR, Samet JM. Symptoms, signs, and ill-defined conditions: A leading cause of death among minorities. Am J Epidemiol **1990**; 131:664-668.

79. Schmidt-Nowara WW, Coultas DB, Wiggins C, Skipper BE, Samet JM. Snoring in a Hispanic-American population: risk factors and association with hypertension and other morbidity. Arch Intern Med **1990**; 150:597-601.

80. Becker TM, Wiggins C, Peek C, Key CR, Samet JM. Mortality from infectious diseases among New Mexico's American Indians, Hispanic whites, and other whites, 1958-1987. Am J Public Health **1990**; 80:320-323.

81. Samet JM, Hornung RW. Review of radon and lung cancer risk. Risk Analysis **1990**; 10:65-75.

82. Samet JM, Utell MJ. The risk of nitrogen dioxide: What have we learned from epidemiological and clinical studies? Toxicol and Indus Health **1990**; 6:247-262.

83. Wu-Williams AH, Samet JM. Environmental tobacco smoke: Exposure-response relationships in epidemiologic studies. Risk Analysis **1990**; 10:39-48.

84. Wiggins CL, Schmidt-Nowara WW, Coultas DB, Samet JM. Comparison of self- and spouse reports of snoring and other symptoms associated with sleep apnea syndrome. Sleep **1990**; 13:245-252.

85. Coultas DB, Samet JM, McCarthy JF, Spengler JD. Variability of measures of exposure to environmental tobacco smoke in the home. Am Rev Respir Dis **1990**; 142:602-606.

86. Samet JM, Hunt WC, Goodwin JS. Determinants of cancer stage: a population-based study of elderly New Mexicans. Cancer **1990**; 66:1302-1307.

87. Coultas DB, Samet JM, McCarthy JF, Spengler JD. A personal monitoring study to assess workplace exposure to environmental tobacco smoke. Am J Public Health **1990**; 80:988-990.

88. Lubin JH, Samet JM, Weinberg C. Design issues in epidemiologic studies of indoor exposure to Rn and risk of lung cancer. Health Phys **1990**; 59:807-817.

89.  Farrow DC, Samet JM.  Comparability of information provided by elderly cancer patients and surrogates regarding health and functional status, social network, and life events.  Epidemiology **1990**; 1:370-376.

90.  Goodwin JS, Hunt WC, Key CR, Samet JM.  Changes in surgical treatments:  the example of hysterectomy versus conization for cervical carcinoma *in situ*.  J Clin Epidemiol **1990**; 43:977-982.

91.  Becker TM, Samet JM, Wiggins CL, Key CR.  Violent death in the West:  suicide and homicide in New Mexico, 1958-1987.  Suicide and Life-Threatening Behavior **1990**; 20:324-334.

92.  Samet JM, Pathak DR, Morgan MV, Key CR, Valdivia AA, Lubin JH.  Lung cancer mortality and exposure to radon progeny in a cohort of New Mexico underground uranium miners.  Health Phys **1991**; 61:745-752.

93.  Goodwin JS, Hunt WC, Samet JM.  A population-based study of functional status and social support networks of elderly patients newly diagnosed with cancer.  Arch Intern Med **1991**; 151:366-370.

94.  Coultas DB, Hanis CL, Howard CA, Skipper BJ, Samet JM.  Heritability of ventilatory function in smoking and nonsmoking New Mexico Hispanics.  Am Rev Respir Dis **1991**; 144:770-775.

95.  Samet JM, Utell MJ.  The environment and the lung:  changing perspectives.  JAMA **1991**; 266:670-75.

96.  Spengler JD, Samet JM, Butler D.  Estimated exposures to $NO_2$ in New South Wales:  implications for research and policy.  J Occup Health Safety (Australia and New Zealand) **1991**; 7(6):501-508.

97.  Samet JM, Lambert WE.  Epidemiologic approaches for assessing health risks from complex mixtures in indoor air.  Environ Health Perspect **1991**; 95:71-74.

98.  Samet JM, Lambert WE, Skipper BJ, Cushing AH, McLaren LC, Schwab M, Spengler JD.  A study of respiratory illnesses in infants and nitrogen dioxide exposure.  Arch Environ Health **1992**; 47:57-63.

99.  Lambert WE, Samet JM, Stidley CA, Spengler JD.  Classification of residential exposure to nitrogen dioxide.  Atmos Environ **1992**; 26A:2185-2192.

100.  Samet JM, Howard CA, Coultas DB, Skipper BJ.  Acculturation, education, and income as determinants of cigarette smoking in New Mexico Hispanics.  Cancer Epidemiol, Biomarkers, Prevention **1992**; 1:235-240.

101.   Utell MJ, Samet JM.   Assessment of acute effects in controlled human studies: lessons from field studies.   Ann NY Acad Sci **1992**; 641:37-45.

102.   Samet JM.   Indoor radon and lung cancer:   estimating the risks.   West J Med **1992**; 156:25-29.

103.   Vähäkangas KH, Samet JM, Metcalf RA, Welsh JA, Bennett WP, Lane DP, Harris CC.   Mutations of p53 and *ras* genes in radon-associated lung cancer from uranium miners.   Lancet **1992**; 339:576-580.

104.   Kellner R, Samet JM, Pathak D.   Dyspnea, anxiety and depression in chronic respiratory impairment.   General Hosp Psych **1992**; 14:20-28.

105.   Farrow DC, Hunt WC, Samet JM.   Geographic variation in the treatment of localized breast cancer.   N Eng J Med **1992**; 326:1097-1101.

106.   Becker TM, Wheeler CM, Key CR, Samet JM.   Cervical cancer incidence and mortality in New Mexico's Hispanics, American Indians, and Non-Hispanic Whites.   West J Med **1992**; 156:376-379.

107.   Becker TM, Wiggins CL, Key CR, Samet JM.   Changing trends in mortality among New Mexico's American Indians, 1958-1987.   Int J Epidemiol **1992**; 21:690-700.

108.   Carter JS, Wiggins CL, Becker TM, Key CR, Samet JM.   Diabetes mortality among New Mexico's Hispanic, American Indian, Hispanic, and non-Hispanic white populations, 1958-1987.   Diabetes Care **1993**; 16:306-309.

109.   Shaffer BA, Samet JM, Coultas DB, Stidley CA.   Prediction of lung function in Hispanics using local ethnic-specific and external non-ethnic-specific prediction equations.   Am Rev Respir Dis **1993**; 147:1349-1353.

110.   Goodwin JS, Hunt WC, Samet JM.   Determinants of cancer therapy in elderly patients.   Cancer **1993**; 72:594:601.

111.   James DS, Stidley CA, Mermier CA, Lambert WE, Chick TW, Samet JM.   Sources of variability in posterior rhinomanometry.   Ann Otol Rhinol Laryngol **1993**; 102:631-638.

112.   Mermier CM, Samet JM, Lambert WE, Chick TW.   Evaluation of the relationship between heart rate and ventilation for epidemiologic studies.   Arch Environ Health **1993**; 48:263-269.

113.   Samet JM, Cushing AH, Lambert WE, Hunt WC, McLaren LC, Young SA, Skipper BJ.   Comparability of parent reports of respiratory illnesses with clinical diagnoses in infants.   Am Rev Respir Dis **1993**; 148:441-446.

114. Lambert WE, Samet JM, Spengler JD. Environmental tobacco smoke concentrations in no-smoking and smoking sections of restaurants. Am J Public Health **1993**; 83:1339-1341.

115. Coultas DB, Stidley CA, Samet JM. Cigarette yields of tar and nicotine, and markers of exposure to tobacco smoke. Am Rev Respir Dis **1993**; 148:435-440.

116. Spengler JD, Brauer M, Samet JM, Lambert WE. Nitrous acid in Albuquerque, New Mexico, homes. Environ Sci Technol **1993**; 27:841-845.

117. Mulloy KB, Coultas DB, Samet JM. Use of chest radiographs in epidemiological investigations of pneumoconioses. Br J Indus Med **1993**; 50:273-275.

118. Ware JH, Spengler JD, Neas LM, Samet JM, Wagner GR, Coultas D, Ozkaynak H, Schwab M. Respiratory and irritant health effects of ambient volatile organic compounds: the Kanawha County health study. Am J Epidemiol **1993**; 137:1287-1301.

119. Coultas DB, Gong H Jr, Grad R, Handler A, McCurdy SA, Player R, Rhoades ER, Samet JM, Thomas A, Westley M. Respiratory diseases in minorities of the United States. Am J Respir Crit Care Med **1993**; 149:S93-S131.

120. Samet JM, Lambert WE, Skipper BJ, Cushing AH, Hunt WC, Young SA, McLaren LC, Schwab M, Spengler JD. Nitrogen dioxide and respiratory illnesses in infants. Am Rev Respir Dis **1993**; 148:1258-1265.

121. Stidley CA, Samet JM. A review of ecologic studies of lung cancer and indoor radon. Health Phys **1993**, 65:234-251.

122. Bennett WP, Colby TV, Travis WD, Borkowski A, Jones RT, Lane DP, Metcalf RA, Samet JM, Takeshima Y, Gu JR, Vähäkangas KH, Soini Y, Pääkkö P, Welsh JA, Trump BF, Harris CC. p53 protein accumulates frequently in early bronchial neoplasia. Cancer Research **1993**; 53:4817-4822.

123. Wiggins CL, Becker TM, Key CR, Samet JM. Cancer mortality among New Mexico's Hispanics, American Indians, and Non-Hispanic Whites, 1958-1987. J Natl Cancer Inst **1993**; 85:1670-1678.

124. Samet JM. Indoor air pollution: a public health perspective. Indoor Air **1993**; 3:219-226.

125. Samet JM, Lambert WE, James DS, Mermier CM, Chick TW. Assessment of heart rate as a predictor of ventilation. Noninvasive methods for measuring ventilation in mobile subjects. In: Health Effects Institute Report Number 59. Cambridge, MA, Health Effects Institute, **1993**; 59:19-55.

46

126. Samet JM, Lambert WE, Skipper BJ, Cushing AH, Hunt WC, Young SA, McLaren LC, Schwab M, Spengler JD. Part I: Health outcomes. In: Health Effects Institute Report Number 58. Nitrogen dioxide and respiratory illness in children. Montpelier, VT, Health Effects Institute, **1993**; 58:1-32.

127. Lambert WE, Samet JM, Hunt WC, Skipper BJ, Schwab M, Spengler JD. Part II: Assessment of exposure to nitrogen dioxide. In: Health Effects Institute Report Number 58. Nitrogen dioxide and respiratory illness in children. Montpelier, VT, Health Effects Institute, **1993**; 58:33-50.

128. Lambert WE, Samet JM, Skipper BJ, Cushing AH, Hunt WC, Young SA, McLaren LC, Schwab M, Spengler JD. Part III: Quality assurance in an epidemiologic study. In: Health Effects Institute Report Number 58. Nitrogen dioxide and respiratory illness in children. Montpelier, VT, Health Effects Institute, **1994**; 58:1-31.

129. Samet JM, Pathak DR, Morgan MV, Coultas DB, James DS, Hunt WC. Silicosis and lung cancer risk in underground uranium miners. Health Phys **1994**; 66:450-453.

130. Schwab M, McDermott A, Spengler JD, Samet JM, Lambert WE. Seasonal and yearly patterns of indoor nitrogen dioxide levels: data from Albuquerque, New Mexico. Indoor Air **1994**; 4:8-22.

131. Hickey ME, Kalishman S, Skipper BJ, Mennin SP, Samet JM. Impact of a teaching strategy for health of the public. Teaching and Learning in Medicine **1994**; 6:108-113.

132. Samet JM, Hunt WC, Farrow DC. Determinants of receiving breast-conserving surgery. The Surveillance, Epidemiology, and End Results Program, 1983-1986. Cancer **1994**; 73:2344-2351.

133. Eidson M, Becker TM, Wiggins CL, Key CR, Samet JM. Breast cancer among Hispanics, American Indians, and non-Hispanic whites in New Mexico. Int J Epid **1994**; 23:231-237.

134. Gilliland FD, Becker TM, Key CR, Samet JM. Contrasting trends of prostate cancer incidence and mortality in New Mexico's Hispanics, non-Hispanic whites, blacks, and American Indians. Cancer, **1994**; 73:2192-2199.

135. Gilliland F, Becker TM, Smith A, Key CR, Samet JM. Trends in prostate cancer incidence and mortality in New Mexico are consistent with an increase in effective screening. Cancer Epidemiol Biomarkers Prevention **1994**; 3:105-111.

136. Stidley CA, Samet JM. Assessment of ecologic regression in the study of lung

cancer and indoor radon.  Am J Epidemiol **1994**; 139:312-322.

137.   Darby SC, Whitley E, Howe GR, Hutchings SJ, Kusiak RA, Lubin JH, Morrison HI, Tirmarche M, Tomášek L, Radford EP, Roscoe RJ, Samet JM, Yao SX.  Radon and cancers other than lung cancer in underground miners:  a collaborative analysis of 11 studies.  J Natl Cancer Inst **1995**; 87:378-384.

138.   Lubin JH, Boice JD Jr, Edling C, Samet JM, et al.  Lung cancer in radon-exposed miners and estimation of risk from indoor exposure.  J Natl Cancer Inst **1995**; 87:817-826.

139.   Clark D, Golub R, Green WF, Harvey N, Murphy SJ, Samet JM.  Asthma in Jemez Pueblo schoolchildren.  Am J Respir Crit Care Med **1995**; 151:1625-1627.

140.   Cain WS, Samet JM, Hodgson M.  The quest for negligible health risk from indoor air.  ASHRAE Journal **1995**; 37:38-44.

141.   Lubin JH, Boice JD Jr, Samet, JM.  Errors in exposure assessment, statistical power and the interpretation of residential radon studies.  Radiation Research **1995**; 144:329-341.

142.   Lubin JH, Boice JD Jr, Edling C, Hornung RW, Howe G, Kunz E, Kusiak RA, Morrison HI, Radford EP, Samet JM, Tirmarche M, Woodward A, Yao SX.  Radon-exposed underground miners and inverse dose-rate (protraction enhancement) effects.  Health Phys **1995**; 69:494-500.

143.   Samet JM, Zeger SL, Berhane K.  Particulate air pollution and daily mortality: replication and validation of selected studies.  In:  The Phase I Report of the Particle Epidemiology Evaluation Project.  Cambridge, MA, Health Effects Institute **1995**; 3-123.

144.   Gilliland FD, Becker TM, Samet JM, Key CR.  Trends in alcohol-related mortality among New Mexico's American Indians, Hispanics, and non-Hispanic whites.  Alcohol Clin Exp Res **1995**; 19:1572-1577.

145.   Arday DR, Giovino GA, Schulman J, Nelson DE, Mowery P, Samet JM.  Cigarette smoking and self-reported health problems among U.S. high school seniors, 1982-1989.  Am J of Health Promotion, **1995**; 10(2):111-116.

146.   Bascom R, Bromberg PA, Costa DA, Devlin R, Dockery DW, Frampton MW, Lambert W, Samet JM, Speizer FE, Utell M.  Health effects of outdoor air pollution (part 1).  Am J Respir Crit Care Med **1996**; 153:3-50.

147.  Bascom R, Bromberg PA, Costa DL, Devlin R, Dockery DW, Frampton MW, Lambert W, Samet JM, Speizer FE, Utell M.  Health effects of outdoor air pollution (part 2).  Am J Respir Crit Care Med **1996**; 153:477-498.

148.  Farrow DC, Hunt WC, Samet JM.  Temporal and regional variability in the surgical treatment of cancer among older people.  J Am Ger Soc **1996**; 44:559-564.

149.  Farrow DC, Samet JM, Hunt WC.  Regional variation in survival following the diagnosis of cancer.  J Clin Epidemiol **1996**; 49:843-847.

150.  Goodwin JS, Samet JM, Hunt WC.  Determinants of survival in older cancer patients.  J Natl Cancer Inst **1996**; 88:1031-1038.

151.  Crowell RE, Gilliland FD, Temes RT, Harms HJ, Neft RE, Heaphy E, Auckley DH, Crooks LA, Jordan SW, Samet JM, Lechner JF, Belinsky SA.  Detection of trisomy 7 in nonmalignant bronchial epithelium from lung cancer patients and individuals at risk for lung cancer.  Cancer Epidemiol, Biomarkers, Prevention **1996**; 5:631-637.

152.  Sunyer J, Muñoz A, Peng Y, Margolick J, Chmiel JS, Oishi J, Kingsley L, Samet JM.  Longitudinal relation between smoking and white blood cells.  Am J Epidemiol **1996**; 144:734-741.

153.  Mapel DW, Samet JM, Coultas DB.  Corticosteroids and the treatment of idiopathic pulmonary fibrosis:  past, present, and future.  Chest **1996**; 110:1058-1067.

154.  Spengler JC, Schwab M, McDermott A, Lambert WE, Samet JM.  Part IV:  Nitrogen dioxide and respiratory illness in children.  In:  Health Effects Institute Report Number 58.  Effects of Nitrogen Dioxide and Respiratory Illness in Children.  Topsfield, MA, Health Effects Institute **1996**; 58:1-36.

155.  Lubin JH, Tomàsek L, Edling C, Hornung RW, Howe G, Kunz E, Kusiak RA, Morrison HI, Radford EP, Samet JM, Tirmarche M, Woodward A, Yao SX.  Estimating lung cancer mortality from residential radon using data for low exposures of miners.  Radiation Research **1997**; 147:126-134.

156.  Baumgartner KB, Samet JM, Stidley CA, Colby TV, Waldron JA, and Collaborating Centers.  Cigarette smoking:  a risk factor for idiopathic pulmonary fibrosis.  Am J Respir Crit Care Med **1997**; 155:242-248.

157.  James DS, Lambert WE, Stidley CA, Chick TW, Samet JM.  Oronasal distribution of ventilation at different ages.  Arch Environ Health **1997**; 52:118-122.

158.  Samet JM, Zeger SL, Kelsall JE, Xu J, Kalkstein LS.  Particulate air pollution and daily mortality:  analyses of the effects of weather and multiple air pollutants.  In:

The Phase I.B Report of the Particle Epidemiology Evaluation Project. Cambridge, MA, Health Effects Institute **1997**; 3-44.

159. The Collaborative Study on the Genetics of Asthma. A genome-wide search for asthma susceptibility loci in ethnically diverse populations. Nature Genetics **1997**; 4:389-392.

160. Kelsall JE, Samet JM, Zeger SL, Xu J. Air pollution and mortality in Philadelphia, 1974-1988. Am J Epidemiol **1997**; 146:750-762.

161. Wistuba II, Lam S, Behrens C, Virmani AK, Fong KM, LeRiche J, Samet JM, Srivastava S, Minna JD, Gazdar AF. Molecular damage in the bronchial epithelium of current and former smokers. J Natl Cancer Inst **1997**; 89:1366-1373.

162. Quan SF, Howard BV, Iber C, Kiley JP, Nieto FJ, O'Connor GT, Rapoport DM, Redline S, Robbins J, Samet JM, Wahl PW. The sleep heart health study: design, rationale, and methods. Sleep **1997**; 20:1077-1085.

163. Baumgartner KB, Gilliland FD, Nicholson CS, McPherson RS, Hunt WC, Pathak DR, Samet JM. Validity and reproducibility of a food frequency questionnaire among Hispanic and non-Hispanic white women in New Mexico. Ethnicity & Disease **1997**; 8:81-92.

164. Samet JM, Zeger S, Kelsall JE, Xu J, Kalkstein L. Does weather confound or modify the association of particulate air pollution with mortality? An analysis of the Philadelphia data, 1973-1980. Environmental Research **1998**; A77:9-19.

165. Cushing AH, Samet JM, Lambert WE, Skipper BJ, Hunt WC, Young SA, McLaren LC. Breastfeeding reduces risk of respiratory illness in infants. Am J Epidemiol **1998**; 147:863-870.

166. Samet JM, Zeger SL, Kelsall JE, Xu J. Particulate air pollution and mortality: The particle epidemiology evaluation project. Appl Occup Environ Hyg **1998**; 13(6):364-369.

167. Mapel DW, Hunt WC, Utton R, Baumgartner KB, Samet JM, Coultas DB. Idiopathic pulmonary fibrosis: survival in population based and hospital based cohorts. Thorax **1998**; 53:469-476.

168. Samet JM, Muñoz A. Evolution of the cohort study. Epidemiol Rev **1998**; 20:1-14.

169. Gilliland FD, Hunt WC, Baumgartner KB, Crumley D, Nicholson CS, Fetherolf J, Samet JM. Reproductive risk factors for breast cancer in Hispanic and Non-

Hispanic women. The New Mexico women's health study. Am J Epidemiol **1998**; 148:683-692.

170. Zeger SL, Dominici F, Samet J. Harvesting-resistant estimates of air pollution effects on mortality. Epidemiology **1999**; 10:171-175.

171. Kelsall JE, Zeger SL, Samet JM. Frequency domain log-linear models: air pollution and mortality. Applied Statistics **1999**; 48:331-344.

172. Jackson LW, Lee NL, Samet JM. Frequency of policy recommendations in epidemiologic publications. Am J Public Health **1999**; 89:1206-1211.

173. Jaakkola MS, Samet JM. Occupational exposure to environmental tobacco smoke and health risk assessment. Environ Health Perspect **1999**; 107(6):829-835.

174. Weiss ST, Utell MJ, Samet JM. Environmental tobacco smoke exposure and asthma in adults. Environ Health Perspect Supplements **1999**; 107(6):891-895.

175. Yang GH, Fan L, Tan J, Guoming Q, Zhang Y, Samet JM, Taylor CE, Becker K, Xu J. Smoking in China: findings from the 1996 national prevalence survey. JAMA **1999**; 282:1247-1253.

176. Samet JM. Radon risk assessment: a perspective across the century. Technology **2000**; 7:181-192.

177. Shahar E, Whitney CW, Redline, S, Lee ET, Newman AB, Nieto FJ, O'Connor GT, Boland LL, Schwartz JE, Samet JM for the Sleep Heart Health Study Research Group. Sleep-disordered breathing and cardiovascular disease: cross-sectional results of the Sleep Heart Health Study. Am J Respir Crit Care Med **2001**; 163:19-25.

178. Baumgartner KB, Samet JM, Coultas DB, Stidley CA, Hunt WC, Colby TV, Waldron JA, Collaborating Centers. Occupational and environmental risk factors for idiopathic pulmonary fibrosis: a multicenter case-control study. Am J Epidemiol **2000**; 152:307-315.

179. Samet JM, Eradze GR. Radon and lung cancer risk: taking stock at the millennium. Environ Health Perspect **2000**; 108:635-641.

180. Bosken CH, Hunt WC, Lambert WE, Samet JM. A parental history of asthma is a risk factor for wheezing and nonwheezing respiratory illnesses in infants less than 18 months of age. Am J Respir Crit Care Med **2000**; 161:1810-1815.

181. Smith KR, Samet JM, Romieu I, Bruce N.  Indoor air pollution in developing countries and acute lower respiratory infections in children.  Thorax **2000**; 55:518-532.

182. Dominici F, Samet JM, Zeger SL.  Combining evidence on air pollution and daily mortality from the 20 largest US cities:  a hierarchical modeling strategy.  J R Statist Soc A **2000**; 163(3):263-302.

183. Daniels MJ, Dominici F, Samet JM, Zeger SL.  Estimating particulate matter-mortality dose-response curves and threshold levels:  an analysis of daily time-series for the 20 largest US cities.  Am J Epidemiol **2000**; 152:397-406.

184. Samet J, Dominici F, Curriero FC, Coursac I, Zeger SL.  Fine particulate air pollution and mortality in 20 U.S. cities, 1987-1994.  N Engl J Med **2000**; 343:1742-1749.

185. Samet JM.  Epidemiology and policy:  the pump handle meets the new millennium.  Epidemiol Rev **2000**; 22(1):145-154.

186. Samet JM.  Concepts of time in clinical research.  Ann Intern Med **2000**; 132:37-44.

187. Dominici F, Zeger SL, Samet JM.  A measurement error model for time-series studies of air pollution and mortality.  Biostatistics **2000**; 1-18.

188. Nieto FJ, Young T, Lind B, Shahar E, Samet J, Redline S, D'Agostino R, Newman A, Lebowitz MD, Pickering TG.  Association of sleep-disordered breathing, sleep apnea, and hypertension in a large community-based study.  JAMA **2000**; 283:1829-1836.

189. Zeger SL, Thomas D, Dominici F, Samet JM, Schwartz J, Dockery D, Cohen A.  Exposure measurement error in time-series studies of air pollution:  concepts and consequences.  Environ Health Perspect **2000**; 108(5): 419-426.

190. Ernster V, Kaufman N, Nichter M, Samet J, Yoon S-Y.  Women and tobacco:  moving from policy to action.  Bulletin of the World Health Organization **2000**; 78:891-901.

191. Samet JM, Dominici F, Zeger SL, Schwartz J, Dockery DW.  Part I:  Methods and methodologic issues.  The National Morbidity, Mortality, and Air Pollution Study.  In:  Health Effects Research Report Number 94.  Cambridge, MA, Health Effects Institute **2000**; 94:1-85.

192. Samet JM, Zeger SL, Dominici F, Curriero F, Coursac I, Dockery DW, Schwartz J, Zanobetti A.  Part II:  Morbidity, mortality, and air pollution in the United States.  The National Morbidity, Mortality, and Air Pollution Study.  In:  Health Effects

Research Report Number 94.  Cambridge, MA, Health Effects Institute **2000**; 94:1-84.

193.  Bernard, SB, Samet JM, Grambsch A, Ebi KL, Romieu I.  The potential impacts of climate variability and change on air pollution-related health effects in the United States.  Environ Health Perspect **2001**; 109(S2):199-209.

194.  Yang G, Ma J, Chen A, Zhang Y, Samet JM, Taylor CE, Becker K.  Smoking cessation in China:  findings from the 1996 national prevalence survey.  Tob Control **2001**; 10:170-174.

195.  Gilliland FD, Li YF, Baumgartner K, Crumley D, Samet JM.  Physical activity and breast cancer risk in Hispanic and non-Hispanic white women.  Am J Epidemiol **2001**; 154:442-450.

196.  Li R, Gilliland FD, Baumgartner, KB, Samet J.  Family history and risk of breast cancer in Hispanic and non-Hispanic women:  the New Mexico Women's Health Study.  Cancer Causes and Control **2001**; 12:747-753.

197.  Lester LA, Rich SS, Blumenthal MN, Togias A, Murphy S, Malveaux F, Miller, ME, Dunston GM, Solway J, Wolf RL, Samet JM, Marsh DG, Meyers DA, Ober C, Bleecker ER, and the Collaborative Study on the Genetics of Asthma.  Ethnic differences in asthma and associated phenotypes:  collaborative study on the genetics of asthma.  J Allergy Clin Immunol **2001**; 108:357-362.

198.  Reid BC, Alberg AJ, Klassen AC, Samet JM, Rozier RG, Garcia I, Winn DM.  Comorbidity and survival of elderly head and neck carcinoma patients.  Cancer **2001**; 92:2109-2116.

199.  Reid BC, Alberg AJ, Klassen AC, Koch WM, Samet JM.  The American Society of Anesthesiologists' class as a comorbidity index in a cohort of head and neck cancer surgical patients.  Head & Neck **2001**; 23:985-994.

200.  Curriero FC, Heiner KS, Samet JM, Zeger SL, Strug L, Patz JA.  Temperature and mortality in 11 cities of the eastern United States.  Am J Epidemiol **2002**; 155:80-87.

201.  Dominici F, Daniels M, Zeger SL, Samet JM.  Air pollution and mortality:  estimating regional and national dose-response relationships.  JASA **2002**; 97:1-12.

202.  Reid BC, Alberg AJ, Klassen AC, Rozier RG, Garcia I, Winn DM, Samet JM.  A comparison of three comorbidity indexes in a head and neck cancer population.  Oral Oncol **2002**; 38:187-194.

203. Young T, Shahar E, Nieto FJ, Redline S, Newman AB, Gottlieb DJ, Walsleben JA, Finn L, Enright P, Samet JM.  Predictors of sleep-disordered breathing in community-dwelling adults:  the Sleep Heart Health Study.  Arch Intern Med **2002**; 162:893-900.

204. Basu R, Samet JM.  An exposure assessment study of ambient heat exposure in an elderly population in Baltimore, Maryland.  Environ Health Perspect **2002**; 110:1219-1224. PMCID: PMC1241109

205. Wenten M, Gillliland FD, Baumgartner K, Samet JM.  Associations of weight, weight change, and body mass with breast cancer risk in Hispanic and non-Hispanic white women.  Ann Epidemiol **2002**; 12:435-444.

206. Romieu I, Samet JM, Smith KR, Bruce N.  Outdoor air pollution and acute respiratory infections among children in developing countries.  J Occup Environ Med **2002**; 44:640-649.

207. Li R, Gilliland FD, Baumgartner K, Samet J.  Hormone replacement therapy and breast carcinoma risk in Hispanic and Non-Hispanic women.  Cancer **2002**; 95:960-968.

208. Sanders MH, Newman AB, Haggerty CL, Redline S, Lebowitz M, Samet J, O'Connor GT, Punjabi NM, Shahar E, for the Sleep Heart Health Study.  Sleep and sleep-disordered breathing in adults with predominantly mild obstructive airway disease.  Am J Respir Crit Care Med **2002**; 167:7-14.

209. Basu R, Samet JM.  Relation between elevated ambient temperature and mortality: a review of the epidemiologic evidence.  Epidemiol Rev **2002**; 24:190-202.

210. Baumgartner KB, Annegers JF, McPherson RS, Frankowski RF, Gilliland FD, Samet JM.  Is alcohol intake associated with breast cancer in Hispanic women? The New Mexico women's health study.  Ethn Dis **2002**; 12:460-469.

211. O'Connor GT, Lind BK, Lee ET, Nieto FJ, Redline S, Samet JM, Boland LL, Walsleben JA, Foster GL, MA for the Sleep Heart Health Study (SHHS) Investigators.  Variation in symptoms of sleep-disordered breathing with race and ethnicity: The Sleep Heart Health Study.  Sleep **2003**; 1:74-79.

212. Alberg A, Samet JM.  Epidemiology of lung cancer.  Chest **2003**; 123 (Suppl 1):21S-49S.

213. Dominici F, McDemott A, Zeger SL, Samet JM.  National maps of the effects of particulate matter on mortality:  exploring geographical variation.  Environ Health Perspect **2003**; 111:39-43.

214. Dominici F, McDermott A, Zeger SL, Samet JM. Airborne particulate matter and mortality: timescale effects in four US cities. Am J Epidemiol **2003**; 157:1055-1065.

215. Jaakkola MS, Ma J, Yang G, Chin M-F, Benowitz NL, Ceraso M, Samet JM. Determinants of salivary cotinine concentrations in Chinese male smokers. Prev Med **2003**; 36:282-290.

216. Dominici F, McDermott A, Daniels M, Zeger SL, Samet JM. Mortality among residents of 90 cities. In: Health Effects Institute Special Report: Revised Analyses of Time-Series Studies of Air Pollution and Health. Cambridge, MA, Health Effects Institute **2003**; 9-24.

217. Dominici F, McDermott A, Daniels M, Zeger SL, Samet JM. Shape of the exposure-response relation and mortality displacement in the NMMAPS database. In: Health Effects Institute Special Report: Revised Analyses of Time-Series Studies of Air Pollution and Health. Cambridge, MA, Health Effects Institute **2003**; 91-96.

218. Brenner DJ, Doll R, Goodhead DT, Hall EJ, Land CE, Little JB, Lubin JH, Preston DL, Preston RJ, Puskin JS, Ron E, Sachs RK, Samet JM, Setlow RB, Zaider M. Cancer risks attributable to low doses of ionizing radiation: assessing what we really know. Proc Natl Acad Sci USA **2003;** 100:13761-13766.

219. Allen-Ramey FC, Samet JM, Rand CS, Joseph CLM. Trends in use of inhaled corticosteroids for asthma management: 1994-1998. Ann Epidemiol **2003**; 14:161-167.

220. Vineis P, Alavanja M, Buffler P, Fontham E, Franceschi S, Gao YT, Gupta PC, Hackshaw A, Matos E, Samet JM, Sitas F, Smith J, Stayner L ,Straif K, Thun MJ, Wichmann HE, Wu AH, Zaridze D, Peto R, Doll D. Tobacco and cancer: recent epidemiological evidence. (Commentary) J Natl Cancer Inst **2004**; 2:99-106.

221. Samet JM. Adverse effects of smoke exposure on the upper airway. Tob Control **2004**; Suppl 1:157-160.

222. Jee SH, Samet JM, Ohrr H, Kim JH, Kim IS. Smoking and cancer risk in Korean men and women. Cancer Causes Control. **2004;** 15:341-348.

223. Brook R, Franklin B, Cascio W, Hong Y, Howard G, Lipsett M, Luepker R, Mittleman M, Samet J, Smith S, Tager I. Air pollution and cardiovascular disease: a statement for healthcare professionals from the expert panel on population and prevention science of the American Heart Association. Circulation **2004**; 109: 2655-2671.

224. Navas-Acien A, Peruga A, Breysse P, Zavaleta A, Blanco-Marquizo A, Pitarque R, Acuña M, Jiménez-Reyes K, Columbo V, Gamarra G, Stillman F, Samet JM. Secondhand tobacco smoke in public places in Latin America, 2002 – 2003. JAMA **2004;** 291: 2741-2745.

225. Yang GH, Ma J, Chen AP, Brown S, Taylor CE, Samet JM.  Smoking among adolescents in China:  1998 survey findings.  Int. J Epidemiol **2004;** 33:1-8.

226. Dominici F, Zanobetti A, Zeger SL, Schwartz J, Samet JM. Hierarchical bivariate time series models: a combined analysis of the effects of particulate matter on morbidity and mortality. Biostatistics. **2004;** 3:341-360.

227. Daniels MJ, Dominici F, Zeger S, Samet JM. $PM_{10}$ Concentration-response curves and thresholds for the 20 largest US cities.  In: The National Morbidity, Mortality, and Air Pollution Study. Research Report Number 94, Part III.  Cambridge, MA, Health Effects Institute **2004.**

228. Schwartz J, Samet JM, Patz JA. Hospital admissions for heart disease: The effects of temperature and humidity. Epidemiology **2004**; 6:755-761.

229. Bell ML, McDermott A, Zeger SL, Samet JM, Dominici F. Ozone and short-term mortality in 95 US urban communities, 1987-2000. JAMA **2004**; 292:2372-2378.

230. Jee SH, Ohrr H, Samet JM. Cigarette smoking, alcohol drinking, hepatitis B, and risk for hepatocellular carcinoma in Korean men and women. J Natl Cancer Inst **2004**; 96:1851-1856.

231. Campuzano JC, Hernández M, Jaakkola MS, Lazcano E, Kuri P, Bautista P, Benowitz NL, Ceraso M, Blackford A, Samet JM.  Determinants of salivary cotinine levels among current smokers in Mexico. Nicotine Tob Res **2004**; 6:997-1008.

232. Arillo-Santillan E, Lazcano-Ponce E, Hernandez-Avila M, Fernandez E, Allen B, Valdes R, Samet J.  Associations between individual and contextual factors and smoking in 13,293 Mexican students. Am J Prev Med **2005**; 28(1):41-51.

233. Basu R, Dominici F, Samet JM.  Temperature and mortality among the elderly in the United States: a comparison of epidemiologic methods. Epidemiology **2005**; 16:58-66.

234. Jee SH, Ohrr H, Sull JW, Yun JE, Ji M, Samet JM. Fasting serum glucose level and cancer risk in Korean men and women.  JAMA **2005**; 293:194-202.

235.  Peng RD, Dominici F, Pastor-Barriuso R, Zeger SL, Samet JM. Seasonal analyses of air pollution and mortality in 100 US cities. Am J Epidemiol. **2005**, 161:585-594.

236.  Alberg AJ, Brock MV, Samet JM. Epidemiology of lung cancer: looking to the future.  J Clin Oncol **2005**; 23:3175-3185.

237.  Stillman FA, Wipfli HL, Lando HA, Leischow S, Samet JM.  Building capacity for international tobacco control research: the global tobacco research network. Am J Public Health **2005;** 95:965-968.

238.  Bell ML, Dominici F, Samet JM. A meta-analysis of time-series of ozone and mortality with comparison to the national morbidity, mortality, and air pollution study. Epidemiology **2005**; 16:436-445.

239.  Cohen AJ, Ross Anderson H, Ostro B, Pandey KD, Krzyzanowski M, Kunzli N, Gutschmidt K, Pope A, Romieu I, Samet JM, Smith K.  The global burden of disease due to outdoor air pollution. J Toxicol Environ Health A **2005**; 68:1301-1307.

240.  Dominici F, McDermott A, Daniels M, Zeger SL, Samet JM. Revised analyses of the national morbidity, mortality, and air pollution study: mortality among residents of 90 cities. J Toxicol Environ Health A **2005**; 68:1071-1092.

241.  Herbstman JB, Frank R, Schwab M, Williams DL, Samet JM, Breysse PN, Geyh AS. Respiratory effects of inhalation exposure among workers during the clean-up effort at the World Trade Center disaster site. Environ Res **2005**; 99:85-92.

242.  Jee SH, Park JY, Kim HS, Lee TY, Samet JM. White blood cell count and risk for all-cause cardiovascular, and cancer mortality in a cohort of Koreans. Am J Epidemiol **2005**; 162:1-8.

243.  Dominici F, Zanobetti A, Zeger S, Schwartz J, Samet JM. Hierarchical bivariate time-series models—A combined analysis of $PM_{10}$ Effects on Hospitalization and Mortality, The National Morbidity, Mortality, and Air Pollution Study. Research Report Number 94, Part IV.  Cambridge, MA, Health Effects Institute **2005.**

244.  Samet J, Wassel R, Holmes KJ, Abt E, Bakshi K. Research priorities for airborne particulate matter in the United States. Environ Sci Technol **2005**; 39:299A-304A.

245.  Dominici F, Peng RD, Bell ML, Pham L, McDermott A, Zeger SL, Samet JM. Fine particulate air pollution and hospital admissions for cardiovascular and respiratory diseases. JAMA **2006**; 295:1127-1134.

246. Stillman F, Yang G, Figueiredo V, Hernandez-Avila M, Samet J. Building capacity for tobacco control research and policy. Tob Control **2006**; Jun;15 Suppl 1:118-123.

247. Symons JM, Wang L, Guallar E, Howell E, Dominici F, Schwab M, Ange BA, Samet J, Ondov J, Harrison D, Geyh A. A case-crossover study of fine particulate matter air pollution and onset of congestive heart failure symptom exacerbation leading to hospitalization. Am J Epidemiol **2006**; 164:421-433.

248. Jee S, Sull JW, Park J, Lee S, Ohrr H, Guallar E, Samet JM. Body-mass index and mortality in Korean men and women. N Engl J Med **2006**;355:779-787.

249. Stillman F, Wipfli H, Samet JM. Reaching and educating the global tobacco control community: innovative approaches to tobacco control training. Public Health Rep **2006**; 121:521-528.

250. Zhang L, Samet J, Caffo B, Punjabi N. Cigarette Smoking and Nocturnal Sleep Architecture. Am J Epidemiol **2006**; 164:529-537.

251. Francis JA, Shea AK, Samet JM. Challenging the epidemiologic evidence on passive smoking: tactics of tobacco industry expert witnesses. Tobacco Control **2006**; 15): iv68-iv76.

252. Rajaraman P, Stewart PA, Samet JM, Schwartz BS, Linet MS, Zahm SH, Rothman N, Yeager M, Fine HA, Black PM, Loeffler J, Shapiro WR, Selker RG, Inskip PD. Lead, genetic susceptibility, and risk of adult brain tumors. Cancer Epidemiol Biomarkers Prevention **2006**; 15:2514-2520.

253. Blackford AL, Yang G, Hernandez-Avila M, Przewozniak K, Zatonski W, Figueiredo V, Avila-Tang E, Ma J, Benowitz N, Samet JM. Cotinine concentration in smokers from different countries: relationship with amount smoked and cigarette type. Cancer Epidemiol Biomarkers Prevention **2006**; 15:1799-1804.

254. Kirk GD, Merlo C, O' Driscoll P, Mehta SH, Galai N, Vlahov D, Samet J, Engels EA. HIV infection is associated with an increased risk for lung cancer, independent of smoking. Clin Infect Dis **2007;** 45:103-10.

255. Lee SY, Jee SH, Yun JE, Kim SY, Lee J, Samet JM, Kim IS. Medical Expenditure of National Health Insurance Attributable to Smoking among the Korean Population. J Prev Med Pub Health **2007;** 40:227-32.

256. Bell ML, Dominici F, Ebisu K, Zeger SL, Samet JM. Spatial and temporal variation in $PM_{2.5}$ chemical composition in the United States for health effects studies. Environmental Health Perspectives **2007;** 115:989-95.

257.   Samet JM. Asbestos and causation of non-respiratory cancers: Evaluation by the Institute of Medicine. Brooklyn Journal of Law and Policy **2007**; 15:1117-1136.

258.   Stillman F, Navas-Acien A, Ma J, Ma S, Avila-Tang E, Breysse P, Yang G, Samet J. Second-hand tobacco smoke in public places in urban and rural China. Tob Control **2007**;16:229-234.

259.   Alberg AJ, Ford, JG, Samet JM.  Epidemiology of lung cancer: ACCP Evidence-Based Clinical Practice Guidelines (2nd Edition).  Chest **2007**; 132 (Suppl 3):29S-55S.

260.   Dominici F, Peng RD, Zeger SL, White RH, Samet JM. Particulate air pollution and mortality in the United States: did the risks change from 1987 to 2000? Am J Epidemiol **2007**; 166:880-888.

261.   Figueiredo VC, Szklo M, Szklo AS, Benowitz N, Lozana JA, Casado L, Masson E, Samet JM. Determinants of salivary cotinine level: a population-based study in Brazil. Rev Saúde Publica **2007**; 41(6):954-62.

262.   de González AB, Kim K, Samet JM.  Radiation-induced cancer risk from annual computed tomography for patients with cystic fibrosis. Am J Respir Crit Care Med **2007**; 176:970-973.

263.   Dominici F, Peng RD, Ebisu K, Zeger SL, Samet JM, Bell ML. Does the effect of PM (10) on mortality depend on pm nickel and vanadium content? A Reanalysis of the NMMAPS Data. Environ Health Perspect **2007**; 115:1701-1703.

264.   Park JW, Yun JE, Park T, Cho E, Jee SH, Jang Y, Beaty TH, Samet JM. Family history of diabetes and risk of atherosclerotic cardiovascular disease in Korean men and women. Atherosclerosis **2008**; 197:224-31.

265.   Cote I, Samet J, Vandenberg JJ. U.S. air quality management: local, regional and global approaches. J Toxicol Environ Health A **2008**; 71:63-73.

266.   Zhang L, Samet J, Caffo B, Bankman I, Punjabi NM. Power spectral analysis of EEG activity during sleep in cigarette smokers.  Chest **2008;** 133:427-432.

267.   Eftim SE, Samet JM, Janes H, McDermott A, Dominici F. Fine particulate matter and mortality: A comparison of the six cities and American Cancer Society cohorts with a Medicare cohort. Epidemiology **2008**; 19:209-216.

268.   Wipfli H, Avila-Tang E, Navas-Acien A, Kim S, Onicescu G, Yuan J, Breysse P, Samet JM; FAMRI Homes Study Investigators. Secondhand smoke exposure among women and children: evidence from 31 countries. Am J Public Health **2008**; 98:672-9.

269. Peng RD, Chang HH, Bell ML, McDermott A, Zeger SL, Samet JM, Dominici F. Coarse particulate matter air pollution and hospital admissions for cardiovascular and respiratory diseases among Medicare patients. JAMA **2008**; 299:2172-9.

270. Valdés-Salgado R, Avila-Tang E, Stillman FA, Wipfli H, Samet JM. [Laws that ban smoking in indoor places in Mexico] Salud Publica Mex **2008**; 50 Suppl 3:S334-42. Spanish.

271. Jee SH, Yun JE, Park EJ, Cho ER, Park IS, Sull JW, Ohrr H, Samet JM. Body mass index and cancer risk in Korean men and women. Int J Cancer **2008**; 123:1892-1896.

272. Thun MJ, Hannan LM, Adams-Campbell LL, Boffetta P, Buring JE, Feskanich D, Flanders WD, Jee SH, Katnoda K, Kolonel LN, Lee IM, Marugame T, Palmer JR, Riboli E, Sobue T, Avila-Tang E, Wilkens LR, Samet JM. Lung cancer occurrence in never-smokers: An analysis of 13 cohorts and 22 cancer registry studies. PLoS Med **2008**; 5:e185.

273. Ma S, Hoang MA, Samet JM, Wang J, Mei C, Xu X, Stillman FA. Myths and attitudes that sustain smoking in China. J Health Commun **2008**; 13:654-66.

274. Samoli E, Peng R, Ramsay T, Pipikou M, Touloumi G, Dominici F, Burnett R, Cohen A, Kewski D, Samet JM, Katsouyanni K. Acute effects of ambient particulate matter on mortality in Europe and North America: results from the APHENA study. Environ Health Perspect **2008**; 116:1480-6.

275. Wang T, Moreno-Vinasco L, Huang Y, Lang GD, Linares JD Goonewardena SN Grabavoy A, Samet JM, Geyh AS, Breysse PN, Lussier YA, Natarajan V, Garcia JGN. Murine lung responses to ambient particulate matter: genomic analysis and contribution to airway hyperresponsiveness. Environ Health Perspect **2008**; 116:1500-8.

276. Zeger SL, Dominici F, McDermott A, Samet JM. Mortality in the Medicare population and chronic exposure to fine particulate air pollution in urban centers (2000-2005). Environ Health Perspect **2008**; 116:1614-9.

277. Cheng TY, Wen SF, Astor BC, Tao XG, Samet JM, Wen CP. Mortality risks for all causes and cardiovascular diseases and reduced GFR in a middle-aged working population in Taiwan. Am J Kidney Dis **2008**; 52:1051-60.

278. Bell ML, Ebisu K, Peng RD, Walker J, Samet JM, Zeger SL, Dominici F. Seasonal and regional short-term effects of fine particles on hospital admissions in 202 US counties, 1999-2005. Am J Epidemiol **2008**; 168:1301-10.

279. Kim SR, Wipfli H, Avila-Tang, E, Samet J, Breysse, P. Method validation for measurement of hair nicotine level in nonsmokers. Biomed Chromatogr **2008**; 23:279-79.

280. Avila-Tang E, Apelberg BJ, Yamaguchi N, Katanoda K, Sobue T, Samet JM. Modeling the health benefits of smoking cessation in Japan. Tob Control **2009**; 18:10-17.

281. Zhao Y, Usatyuk PV, Gorshkova IA, He D, Wang T, Moreno-Vinasco L, Geyh AS, Breysse PN, Samet JM, Spannhake EW, Garcia JG, Natarajan V. Regulation of COX-2 expression and IL-6 release by particulate matter in airway epithelial cells. Am J Respir Cell Mol Biol **2009**; 40:19-30.

282. Gu D, Kelly TN, Wu X, Chen J, Samet JM, Huang J, Zhu M, Chen J, Chen C, Duan X, Klag MJ, He J. Mortality attributable to smoking in China. N Engl J Med **2009**; 360:150-9.

283. Mauderly JL and Samet JM. Is There Evidence for Synergy Among Air Pollutants in Causing Health Effects? Environ Health Perspect **2009**; 117:1-6.

284. Martinez-Sanchez JM, Fernandez E, Fu M, Pascual JA, Ariza C, Agudo A, Borras JM, Schiaffino A, Moncada A, Jane M, Salto E, Nebot M, Samet JM, for the DCOT study investigators. Assessment of exposure to secondhand smoke by questionnaire and salivary cotinine in the general population of Barcelona, Spain (2004-2005). Prev Med **2009**; 48:218-23.

285. Waters HR, Foldes SS, Alesci NL, Samet J. The economic impact of exposure to secondhand smoke in Minnesota. Am J Public Health **2009**; 99(4):754-9.

286. O'Connor GT, Caffo B, Newman AB, Quan SF, Rapoport DM, Redline S, Resnick HE, Samet J, Shahar E. Prospective Study of Sleep-Disordered Breathing and Hypertension: The Sleep Heart Health Study. Am J Respir Crit Care Med **2009**; 179(12):1159-64.

287. Bell ML, Ebisu K, Peng RD, Samet JM, Dominici F. Hospital Admissions and Chemical Composition of Fine Particle Air Pollution. Am J Respir Crit Care Med **2009**; 179(12):1115-20.

288. Peng RD, Bell ML, Geyh AS, McDermott A, Zeger SL, Samet JM, Dominici F. Emergency admissions for cardiovascular and respiratory diseases and the chemical composition of fine particle air pollution. Environ Health Perspect **2009**; 117(6):957-63.

289. Punjabi NM, Caffo BS, Goodwin JL, Gottlieb DJ, Newman AB, O'Connor GT, Rapoport DM, Redline S, Resnick HE, Robbins JA, Shahar E, Unruh ML, Samet

JM.  Sleep-disordered breathing and mortality: a prospective cohort study. PLoS Med **2009**; 6:e1000132.

290.  Fu M, Fernandez E, Martinez-Sanchez JM, Pascual JA, Schiaffino A, Agudo A, Ariza C, Borras JM, Samet JM, DCOT Study Investigators. Salivary cotinine concentrations in daily smokers in Barcelona, Spain: a cross-sectional study.  BMC Public Health **2009**; 9:320.

291.  Bell ML, Peng RD, Dominici F, Samet JM. Emergency hospital admissions for cardiovascular diseases and ambient levels of carbon monoxide: results for 126 United States urban counties, 1999-2005. Circulation **2009**; 120:949-55.

292.  Rudin CM, Avila-Tang E, Samet JM. Lung cancer in never smokers: a call to action. Clin Cancer Res **2009**; 15:5622-5.

293.  Samet JM, Avila-Tang E, Boffetta P, Hannan LM, Olivo-Marston S, Thun MJ, Rudin CM. Lung cancer in never smokers: clinical epidemiology and environmental risk factors. Clin Cancer Res **2009**; 15:5626-45.

294.  Rudin CM, Avila-Tang E, Harris CC, Herman JG, Hirsch FR, Pao W, Schwartz AG, Vahakangas KH, Samet JM.  Lung cancer in never smokers: molecular profiles and therapeutic implications. Clin Cancer Res **2009**; 15:5646-61.

295.  Sull JW, Yun JE, Lee SY, Ohrr H, Jee SH, Guallar E, Samet JM. Body Mass Index and Serum Aminotransferase Levels in Korean Men and Women. J Clin Gastroenterol **2009**; 43:869-875.

296.  Jee SH, Golub JE, Jo J, Park IS, Ohrr H, Samet JM. Smoking and Risk of Tuberculosis Incidence, Mortality, and Recurrence in South Korean Men and Women. Am J Epidemiol **2009;** 170:1478-85.

297.  Kim S, Wipfli H, Navas-Acien A, Dominici F, Avila-Tang E, Onicescu G, Breysse P, Samet JM; FAMRI Homes Study Investigators. Determinants of hair nicotine concentrations in nonsmoking women and children: a multicountry study of secondhand smoke exposure in homes. Cancer Epidemiol Biomarkers Prev **2009**; 18:3407-14.

298.  Katsouyanni K, Samet JM, Anderson HR, Atkinson R, Le Tertre A, Medina S, Samoli E, Touloumi G, Burnett RT, Krewski D, Ramsay T, Dominici F, Peng RD, Schwartz J, Zanobetti A; HEI Health Review Committee. Air pollution and health: a European and North American approach (APHENA). Health Effects Institute Report Number 142.  Boston, MA, Health Effects Institute, **2009**.

299.  Wipfli H, Samet JM. Global economic and health benefits of tobacco control: Part 1. Clin Pharmacol Ther **2009**; 86:263-71.

300. Wipfli H, Samet JM. Global economic and health benefits of tobacco control: Part 2. Clin Pharmacol Ther **2009**; 86:272-80.

301. Wang T, Chiang ET, Moreno-Vinasco L, Lang GD, Pendyala S, Samet JM, Geyh AS, Breysse PN, Chillrud SN, Natarajan V, Garcia JG. Particulate Matter Disrupts Human Lung Endothelial Barrier Integrity via ROS- and p38 MAPK-Dependent Pathways. Am J Respir Cell Mol Biol **2010**; 42:442-9.

302. Apelberg BJ, Onicescu G, Avila-Tang E, Samet JM. Estimating the risks and benefits of nicotine replacement therapy for smoking cessation in the United States. Am J Public Health **2010**; 100:341-8.

303. Bloch M, Tong VT, Novotny TE, England LJ, Dietz PM, Kim SY, Samet JM, Tolosa JE. Tobacco use and secondhand smoke exposure among pregnant women in low- and middle-income countries: a call to action. Acta Obstet Gynecol Scand **2010**; 89:418-22.

304. Oncken CA, Dietz PM, Tong VT, Belizán JM, Tolosa JE, Berghella V, Goldenberg RL, Lando HA, Samet JM, Bloch MH. Prenatal tobacco prevention and cessation interventions for women in low- and middle-income countries. Acta Obstet Gynecol Scand **2010**; 89:442-53.

305. Blanco-Marquizo A, Goja B, Peruga A, Jones MR, Yuan J, Samet JM, Breysse PN, Navas-Acien A. Reduction of secondhand tobacco smoke in public places following national smoke-free legislation in Uruguay. Tob Control **2010**; 19:231-4.

306. Ma J, Apelberg BJ, Avila-Tang E, Yang G, Ma S, Samet JM, Stillman FA. Workplace smoking restrictions in China: results from a six county survey. Tob Control **2010**; 19:403-9.

307. Abraham AG, Gange SJ, Rawleigh SB, Glass LR, Springer G, Samet JM. Retrospective mortality study among employees occupationally exposed to toner. J Occup Environ Med **2010**; 52:1035-41.

308. Jee SH, Foong AW, Hur NW, Samet JM. Smoking and Risk for Diabetes Incidence and Mortality in Korean Men and Women. Diabetes Care **2010**; 33:2567-72.

309. Caffo B, Diener-West M, Punjabi NM, Samet JM. A novel approach to prediction of mild obstructive sleep disordered breathing in a population-based sample: the Sleep Heart Health Study. Sleep **2010**; 33:1641-8.

310. Samet JM. Estimating the burden of smoking: premature mortality, morbidity, and costs. Salud Publica Mex **2010**; 52(suppl. 2):S98-107.

311. Sundell J, Levin H, Nazaroff WW, Cain WS, Fisk WJ, Grimsrud DT, Gyntelberg F, Li Y, Persily AK, Pickering AC, Samet JM, Spengler JD, Taylor ST, Weschler CJ. Ventilation rates and health: multidisciplinary review of the scientific literature. Indoor Air **2011**; 21:191-204.

312. Fu M, Martínez-Sánchez JM, Agudo A, Pascual JA, Borràs JM, Samet JM, Fernández E; for the DCOT Study Investigators. Association Between Time to First Cigarette After Waking Up and Salivary Cotinine Concentration. Nicotine Tob Res **2011**; 13:168-72.

313. Shahrir S, Wipfli H, Avila-Tang E, Breysse PN, Samet JM, Navas-Acien A; the FAMRI Bar Study Investigators. Tobacco sales and promotion in bars, cafes and nightclubs from large cities around the world. Tob Control **2011**; 20:285-90.

314. Kitahara CM, Berrington de González A, Freedman ND, Huxley R, Mok Y, Jee SH, Samet JM. Total Cholesterol and Cancer Risk in a Large Prospective Study in Korea. J Clin Oncol **2011**; 29:1592-8.

315. Matt GE, Quintana PJ, Destaillats H, Gundel LA, Sleiman M, Singer BC, Jacob Iii P, Benowitz N, Winickoff JP, Rehan V, Talbot P, Schick S, Samet J, Wang Y, Hang B, Martins-Green M, Pankow JF, Hovell MF. Thirdhand Tobacco Smoke: Emerging Evidence and Arguments for a Multidisciplinary Research Agenda. Environ Health Perspect **2011**; 119:1218-26.

316. Jee SH, Kivimaki M, Kang HC, Park IS, Samet JM, Batty GD. Cardiovascular disease risk factors in relation to suicide mortality in Asia: prospective cohort study of over one million Korean men and women. Eur Heart J **2011**; 32:2773-80.

317. Abdullah AS, Qiming F, Pun V, Stillman FA, Samet JM. A review of tobacco smoking and smoking cessation practices among physicians in China: 1987-2010. Tob Control **2013**; 22:9-14. [Epub 2011 Dec 15.]

318. Apelberg BJ, Hepp LM, Avila-Tang E, Kim S, Madsen C, Ma J, Samet JM, Breysse PN. Racial differences in hair nicotine concentrations among smokers. Nicotine Tob Res **2011**; 14:933-41.

319. Jones MR, Wipfli H, Shahrir S, Avila-Tang E, Samet JM, Breysse PN, Navas-Acien A; FAMRI Bar Study Investigators. Secondhand tobacco smoke: an occupational hazard for smoking and non-smoking bar and nightclub employees. Tob Control **2013**; 22:308-14. [Epub 2012 Jan 24.]

320. Giovino GA, Mirza SA, Samet JM, Gupta PC, Jarvis MJ, Bhala N, Peto R, Zatonski W, Hsia J, Morton J, Palipudi KM, Asma S; GATS Collaborative Group. Tobacco use in 3 billion individuals from 16 countries: an analysis of nationally representative cross-sectional household surveys. Lancet **2012**; 380:668-79.

321.  Breysse, P.N., R.J. Delfino, F. Dominici, A.C P. Elder, M.W. Frampton, J.R. Froines, A.S. Geyh, J.J. Godleski, D.R. Gold, P.K. Hopke, P. Koutrakis, N. Li, G. Oberdörster, K.E. Pinkerton, J.M. Samet, M.J. Utell, A.S. Wexler. U.S. EPA Particulate Matter Research Centers: Summary of Research Results for 2005–2011. Air Quality, Atmosphere and Health **2013**; 6:333-355 [Epub ahead of print October 2012]

322.  Avila-Tang E, Al-Delaimy WK, Ashley DL, Benowitz N, Bernert JT, Kim S, Samet JM, Hecht SS. Assessing secondhand smoke using biological markers. Tob Control **2013**; 22:164-71. [Epub 2012 Sep 2.]

323.  Avila-Tang E, Elf JL, Cummings KM, Fong GT, Hovell MF, Klein JD, McMillen R, Winickoff JP, Samet JM. Assessing secondhand smoke exposure with reported measures. Tob Control **2013**; 22:156-63. [Epub 2012 Sep 4.]

324.  Apelberg BJ, Hepp LM, Avila-Tang E, Gundel L, Hammond SK, Hovell MF, Hyland A, Klepeis NE, Madsen CC, Navas-Acien A, Repace J, Samet JM, Breysse PN. Environmental monitoring of secondhand smoke exposure. Tob Control **2013**; 22:147-55. [Epub 2012 Sep 4.]

325.  Barr CD, Diez DM, Wang Y, Dominici F, Samet JM. Comprehensive Smoking Bans and Acute Myocardial Infarction among Medicare Enrollees in 387 US Counties: 1999-2008. Am J Epidemiol **2012**; 176:642-8.

326.  Lee NL, Samet JM, Yang G, Zhou M, Yang J, Correa A, Lees PS. Prenatal secondhand smoke exposure and infant birth weight in China. Int J Environ Res Public Health **2012**; 9:3398-420.

327.  Jones MR, Apelberg BJ, Samet JM, Navas-Acien A. Smoking, Menthol Cigarettes, and Peripheral Artery Disease in U.S. Adults. Nicotine Tob Res **2013;** 15:1183-9.

328.  Jones MR, Apelberg BJ, Tellez-Plaza M, Samet JM, Navas-Acien A. Menthol Cigarettes, Race/Ethnicity and Biomarkers of Tobacco Use in US Adults: The 1999- 2010 National Health and Nutrition Examination Survey (NHANES). Cancer Epidemiol Biomarkers Prev **2013;** 22:224-32.

329.  Glass TA, Goodman SN, Hernán MA, Samet JM. Causal inference in public health. Annu Rev Public Health **2013**; 34:61-75.

330.  Park C, Guallar E, Linton JA, Lee DC, Jang Y, Son DK, Han EJ, Baek SJ, Yun YD, Jee SH, Samet JM. Fasting Glucose Level and the Risk of Incident Atherosclerotic Cardiovascular Diseases. Diabetes Care **2013**; 36: 1988-93.

331.  Chang HY, Shin YJ, Batty GD, Son DK, Yun YD, Jee SH, Mok Y, Samet JM. Measuring depression in South Korea: validity and reliability of a brief

questionnaire in the Korean Cancer Prevention Study. J Affect Disord **2013**; 150:760-5.

332. Alberg AJ, Brock MV, Ford JG, Samet JM, Spivack SD. Epidemiology of Lung Cancer: Diagnosis and Management of Lung Cancer, 3rd ed: American College of Chest Physicians Evidence-Based Clinical Practice Guidelines. Chest **2013**; 143(5 Suppl):e1S-e29S.

333. Peng RD, Samoli E, Pham L, Dominici F, Touloumi G, Ramsay T, Burnett RT, Krewski D, Le Tertre A, Cohen A, Atkinson RW, Anderson HR, Katsouyanni K, Samet JM. Acute effects of ambient ozone on mortality in Europe and North America: results from the APHENA study. Air Qual Atmos Health **2013**; 6:445-453.

334. Wan X, Stillman F, Liu H, Spires M, Dai Z, Tamplin S, Hu D, Samet JM, Yang G. Development of policy performance indicators to assess the implementation of protection from exposure to secondhand smoke in China. Tob Control **2013**; 22 Suppl 2:ii9-ii15.

335. Abdullah AS, Stillman FA, Yang L, Luo H, Zhang Z, Samet JM. Tobacco Use and Smoking Cessation Practices among Physicians in Developing Countries: A Literature Review (1987-2010). Int J Environ Res Public Health **2013**; 11:429-55.

336. Jee SH, Batty GD, Jang Y, Oh DJ, Oh BH, Lee SH, Park SW, Seung KB, Kimm H, Kim SY, Mok Y, Kim HS, Lee DC, Choi SH, Kim MJ, Lee GJ, Sung J, Cho B, Kim ES, Yu BY, Lee TY, Kim JS, Lee YJ, Oh JK, Kim SH, Park JK, Koh SB, Park SB, Lee SY, Yoo CI, Kim MC, Kim HK, Park JS, Yun YD, Baek SJ, Samet JM, Woodward M. The Korean Heart Study: rationale, objectives, protocol, and preliminary results for a new prospective cohort study of 430,920 men and women. Eur J Prev Cardiol **2014**; 21:1484-92. [Epub 2013 Jul 17]

337. Pineles BL, Park E, Samet JM. Systematic review and meta-analysis of miscarriage and maternal exposure to tobacco smoke during pregnancy. Am J Epidemiol **2014**; 179:807-23.

338. Samet JM. Engineered Nanomaterials and Human and Environmental Health: Research Strategies to Address Potential Risks. Curr Envir Health Rpt **2014**; 1:217-226.

339. Ezratty V, Guillossou G, Neukirch C, Dehoux M, Koscielny S, Bonay M, Cabanes PA, Samet JM, Mure P, Ropert L, Tokarek S, Lambrozo J, Aubier M. Repeated Nitrogen Dioxide Exposures and Eosinophilic Airway Inflammation in Asthmatics: A Randomized Crossover Study. Environ Health Perspect **2014**; 122:850-5.

340. Hamra GB, Guha N, Cohen A, Laden F, Raaschou-Nielsen O, Samet JM, Vineis P, Forastiere F, Saldiva P, Yorifuji T, Loomis D. Outdoor Particulate Matter Exposure and Lung Cancer: A Systematic Review and Meta-Analysis. Environ Health Perspect **2014**; 122:906-11. PMCID: PMC4154221

341. Figueiredo JC, Ly S, Raimondi H, Magee K, Baurley JW, Sanchez-Lara PA, Ihenacho U, Yao C, Edlund CK, van den Berg D, Casey G, DeClerk YA, Samet JM, Magee W 3rd. Genetic risk factors for orofacial clefts in Central Africans and Southeast Asians. Am J Med Genet A **2014**; 164A:2572-80.

342. Kim S, Apelberg BJ, Avila-Tang E, Hepp L, Yun D, Samet JM, Breysse PN. Utility and cutoff value of hair nicotine as a biomarker of long-term tobacco smoke exposure, compared to salivary cotinine. Int J Environ Res Public Health **2014**; 15;11:8368-82.

343. Sivaram S, Sanchez MA, Rimer BK, Samet JM, Glasgow RE. Implementation Science in Cancer Prevention and Control: A framework for research and programs in low and middle-income countries. Cancer Epidemiol Biomarkers Prev **2014**; 23:2273-2284.

344. Turner MC, Cohen A, Jerrett M, Gapstur SM, Diver WR, Pope CA 3rd, Krewski D, Beckerman BS, Samet JM. Interactions Between Cigarette Smoking and Fine Particulate Matter in the Risk of Lung Cancer Mortality in Cancer Prevention Study II. Am J Epidemiol **2014**; 180:1145-9.

345. Zhang JJ, Samet JM. Chinese haze versus Western smog: lessons learned. J Thorac Dis **2015**;  7:3-13. PMCID: PMC4311077.

346. Leventhal AM, Strong DR, Kirkpatrick MG, Unger, JB, Sussman S, Riggs, NR, Stone MD, Kohddam R, Samet JM, Audrain-McGovern, J. Association of Electronic Cigarette Use With Initiation of Combustible Tobacco Product Smoking in Early Adolescence. JAMA **2015**; 314:700-707.

347. Samet JM, Chanson, D, Wipfli H. The Challenges of Limiting Exposure to THS in Vulnerable Populations. Curr Envir Health Rpt **2015**; 2:215-225.

348. Wipfli H, Samet, JM. Framing Progress In Global Tobacco Control To Inform Action On Noncommunicable Diseases. Health Affairs **2015**; 34:1480-8.

349. Mok Y, Son DK, Yun YD, Jee SH, Samet JM. γ-Glutamyltransferase and cancer risk: The Korean cancer prevention study. Int J Cancer **2016**; 138:311-9.

350. Yun YD, Back JH, Ghang H, Jee SH, Kim Y, Lee SM, Samet JM, Lee KS. Hazard Ratio of Smoking on Lung Cancer in Korea According to Histological Type and Gender. Lung **2016**; 194:281-9.

351. Withers M, Press, D, Wipfli, H, McCool, J, Chan, CC, Jimba, M, Tremewan, C, Samet, J. Training the next generation of global health experts: experiences and recommendations from Pacific Rim universities. Globalization and Health **2016**; 12:34

352. Putcha N, Crainiceanu C, Norato G, Samet J, Quan SF, Gottlieb DJ, Redline S, Punjabi N. Influence of Lung Function and Sleep-Disordered Breathing on All-Cause Mortality: A Community Based Study. American Journal of Respiratory and Critical Care Medicine **2016**;194:1007-1014.

353. Pineles BL, Hsu S, Park E, Samet JM. Systematic Review and Meta-Analyses of Perinatal Death and Maternal Exposure to Tobacco Smoke During Pregnancy. Am J Epidemiol **2016**; 184:87-97.

354. Barrington-Trimis J, Urman, R, Berhane K, Unger JB, Cruz T, Pentz MA, Samet JM, Leventhal A, McConnell R. E-Cigarettes and Future Use. Pediatrics **2016**; 138:e20160379.

355. Barrington-Trimis JL, Berhane K, Unger JB, Cruz TB, Urman R, Chour CP, Howland S, Wang K, Pentz MA, Gilreath TD, Huh J, Leventhal AM, Samet JM, McConnell R. The E-cigarette Social Environment, E-cigarette Use, and Susceptibility to Cigarette Smoking. J Adolesc Health **2016**; 59:75-80.

356. Barrington-Trimis JL, Urman R, Leventhal AM, Gauderman WJ, Cruz TB, Gilreath TD, Howland S, Unger JB, Berhane K, Samet JM, McConnell R. E-cigarettes, Cigarettes, and the Prevalence of Adolescent Tobacco Use. Pediatrics **2016**; 138(2):e20153983.

357. Global BMI Mortality Collaboration. Body-mass index and all-cause mortality: individual-participant-data meta-analysis of 239 prospective studies in four continents. Lancet **2016**; 388:776-86.

358. Goldenson NI, Kirkpatrick MG, Barrington-Trimis JL, Pang RD, McBeth FJ, Pentz MA, Samet JM, Leventhal AM. Effects of sweet flavorings and nicotine on the appeal and sensory properties of e-cigarettes among young adult vapers: Application of a novel methodology. Drug Alcohol Depend. **2016**;168:176-180.

359. Jeon C, Jung KJ, Kimm H, Lee S, Barrington-Trimis JL, McConnell R, Samet JM, Jee SH. E-cigarettes, conventional cigarettes, and dual use in Korean adolescents and university students: Prevalence and risk factors. Drug and Alcohol Depend. **2016**;168:99-103.

360. Murrison LB, Martinson N, Moloney RM, Msandiwa R, Mashabela M, Samet JM, Golub JE. Tobacco Smoking and Tuberculosis among Men Living with HIV in

Johannesburg, South Africa: A Case-Control Study. PLoS One. **2016**; 11(11):e0167133.

361. McConnell R, Barrington-Trimis JL, Wang K, Urman R, Hong H, Unger J, Samet J, Leventhal A, Berhane K. Electronic-cigarette Use and Respiratory Symptoms in Adolescents. Am J Respir Crit Care Med **2016**. [Epub ahead of print].

362. Hong S, Mok Y, Jeon C, Jee SH, Samet JM. Tuberculosis, smoking and risk for lung cancer incidence and mortality. Int J Cancer. **2016**;139:2447-2455.

363. Jacob P, Benowitz NL, Destaillats H, Gundel L, Hang B, Martins-Green M, Matt GE, Quintana PJ, Samet JM, Schick SF, Talbot P, Aquilina NJ, Hovell MF, Mao JH, Whitehead TP. Thirdhand Smoke: New Evidence, Challenges, and Future Directions. Chem Res Toxicol. **2017**;30:270-294.

364. Turner MC, Cohen A, Burnett RT, Jerrett M, Diver WR, Gapstur SM, Krewski D, Samet JM, Pope CA 3rd. Interactions between cigarette smoking and ambient $PM_{2.5}$ for cardiovascular mortality. Environmental Research. **2017**;154:304-310.

## PROCEEDINGS OF MEETINGS

1.  Samet JM, Morgan MV, Buechley RW, et al.  Studies of Grants, New Mexico, uranium miners.  Current status.  In:  Gomez M (ed).  International Conference on Radiation Hazards in Mining:  Control, Measurements, and Medical Aspects. American Institute of Mining, Metallurgical, and Petroleum Engineers, New York, **1981**; 680-684.

2.  Samet JM, Morgan MV, Buechley RW, Key CR, Valdivia AA.  Studies of Grants, New Mexico, uranium miners:  status as of December, 1982.  In:  Epidemiology applied to health physics.  Proceedings of the sixteenth midyear topical meeting of the Health Physics Society. Springfield, VA, NTIS, CONF-83101, **1983**; 444-454.

3.  Samet JM, Morgan MV, Key CR, Valdivia AA.  Studies of uranium miners in New Mexico.  In:  Stocker H (ed):  Occupational Radiation Safety in Mining.  Proceedings of the International Conference.  Canadian Nuclear Association, Toronto, Canada, **1984**; 623-626.

4.  Samet JM.  Lung cancer, smoking and diet in Hispanic women of the United States. In:  Vivo, P (ed).  1984 National Hispanic Heritage Week.  Hispanic Women's Health Issues.  Proceedings of a Conference, Rockville, Maryland, September 11, 1984.  U.S. Department of Health and Human Services, Public Health Service, Hispanic Employee Organizations and the Office of the Assistant Secretary for Health, Office of Equal Employment Opportunity, **1984**; 37-46.

5.  Samet JM.  Relationship between passive exposure to cigarette smoke and cancer.  In: Gammage RB, Kaye SV (eds):  Indoor Air and Human Health, Chelsea, Michigan: Lewis Publishers, Inc., **1985**; 227-240.

6.  Samet JM, Speizer FE.  Passive smoking and the lungs:  A review of effects other than malignancy.  In:  Forbes WF, Frecker RC, Nostbakken D (eds):  Proceedings of the Fifth World Conference on Smoking and Health, Canadian Council on Smoking and Health, Ottawa, Canada, **1985**; 199-205.

7.  Samet JM, Morgan MV, Key CR, Pathak DR, Valdivia AA.  Studies of uranium miners in New Mexico.  Proceedings of the International Conference on the Health of Miners.  In:  Wheeler RW (ed):  International Conference on the Health of Miners. American Conference of Governmental Industrial Hygienists.  Cincinnati, OH, **1986**; 351-355.

8.  Samet JM.  Radiation and disease in underground miners.  Proceedings of the International Conference on the Health of Miners.  In:  Wheeler RW (ed): International Conference on the Health of Miners.  American Conference of Governmental Industrial Hygienists.  Cincinnati, OH, **1986**; 27-36.

9.  Coultas DB, Samet JM, Peake GT, McCarthy J, Spengler J.  Reliability and validity of questionnaire assessment of involuntary tobacco smoke exposure.  In:  Seifert B, Esdorn H, Fischer M, Ruden H, Wegner J (eds):  Indoor Air '87.  Proceedings of the 4th International Conference on Indoor Air Quality and Climate.  Volume 2.  Environmental Tobacco Smoke, Multicomponent Studies, Radon, Sick Buildings, Odors and Irritants, Hyperreactivities and Allergies.  Institute for Water, Soil and Air Hygiene.  Berlin, **1987**; 121-125.

10.  McCarthy J, Spengler JD, Chang B-H, Coultas D, Samet J.  A personal monitoring study to assess exposure to environmental tobacco smoke.  In:  Seifert B, Esdorn H, Fischer M, Ruden H, Wegner J (eds):  Indoor Air '87.  Proceedings of the 4th International Conference on Indoor Air Quality and Climate.  Volume 2.  Environmental Tobacco Smoke, Multicomponent Studies, Radon, Sick Buildings, Odours and Irritants, Hyperreactivities and Allergies.  Institute for Water, Soil and Air Hygiene.  Berlin, **1987**; 142-146.

11.  Samet JM.  The health risks of radon:  a review of the BEIR IV Report.  In:  National Conference on Radiation Control.  Conference of Radiation Control Program Directors, Inc., **1988**; 444-450.

12.  Lambert WE, Samet JM, Marbury MC, Spengler JD.  Design considerations for a longitudinal study of infant respiratory illness and $NO_2$ exposure.  Paper 88 124.1 Air Pollution Control Association Annual Meeting, **1988**.

13.  Samet JM.  Radon exposure and lung cancer risk.  In:  The **1988** Symposium on Radon and Radon Reduction Technology, U.S. EPA.

14.  Samet JM.  Epidemiological studies of lung cancer in underground miners.  In:  Proceedings of the Twenty-Fourth Annual Meeting of the National Council on Radiation Protection and Measurements.  Radon.  Bethesda, MD, National Council on Radiation Protection and Measurements, **1989**; 30-46.

15.  Samet JM.  Issues in the selection of subjects for clinical and epidemiological studies of asthma.  In:  Frank R, Utell M (eds):  Susceptibility to inhaled pollutants, ASTM STP 1024.  American Society for Testing and Materials.  Philadelphia, **1989**; 57-67.

16.  Ellett WH, Samet JM.  Epidemiological studies on uranium miners and other groups exposed to radon.  In:  Banerstock KF, Statler JW (eds):  Low Dose Radiation: Biological Basis of Risk Assessment.  Taylor and Francis, London, **1989**; 88-99.

17.  Coultas DB, Samet JM, McCarthy JF, Spengler JD.  Variability of measures of exposure to environmental tobacco smoke in the home.  In:  Harper JP (ed). Transactions of an International Specialty Conference.  Combustion Processes and the Quality of the Indoor Environment.  Pittsburgh, Air & Waste Management Association, **1989**; 250-261.

18. Coultas DB, Samet JM, McCarthy JF, Spengler JD.  A personal monitoring study to assess workplace exposure to environmental tobacco smoke.  Proceedings of the ASHRAE/SOEH Symposium.  IAQ `89:  The Human Equation:  Health and Comfort, **1989**; 170-172.

19. Samet JM.  Environmental tobacco smoke:  adverse effects on respiratory infection, respiratory symptoms, and lung function.  In:  Mohr V (ed).  Assessment of inhalation hazards.  Berlin, Springer-Verlag, **1989**; 265-273.

20. Samet JM.  Epidemiological approaches for assessing the health effects of $NO_2$.  Air and Waste Management Association. 83rd Annual Meeting & Exhibition, Pittsburgh, PA.  Paper No. 90-147.6. **1990**; 1-11.

21. Samet JM.  Comparative dosimetry of radon in mines and homes:  an overview of the NAS report.  Proceedings of the 1991 International Symposium on Radon and Radon Technology.  U.S. EPA, **1991**.

22. Stidley C, Samet JM.  An evaluation of ecologic studies of indoor radon and lung cancer.  Proceedings of the 1991 International Symposium on Radon and Radon Technology.  U.S. EPA, **1991**.

23. Samet JM, Lambert WE.  Epidemiologic approaches for assessing health risks from complex mixtures in indoor air.  Environ Health Perspect, **1992**; 95:71-74.

24. Stidley CA, Samet JM.  An assessment of ecological and case-control methods for estimating lung cancer risk due to indoor radon.  In:  Cross F (ed).  Indoor radon and lung cancer:  Reality or myth?  **1992**; 1033-1054.

25. Samet JM, Cooper RD, Ellett WH.  A new NAS-NRC report:  comparative radon dosimetry in mines and homes.  Radiation Protection Dosimetry, **1992**; 45:661-664.

26. Samet JM, Lambert WE.  Personal exposure assessment:  implications for clinical studies of inhaled pollutants.  In:  Mohr V, Bates DV, Fabel H, Utell MJ (eds).  Advances in controlled clinical inhalation studies.  Berlin, Springer-Verlag, **1993**; 95-101.

27. Samet JM.  Indoor air pollution:  a public health perspective.  In:  Jaakkola JJ, Ilmarinen R, Seppanen O, eds.  Indoor Air '93.  The Sixth International Conference on Indoor Air Quality and Climate.  Helsinki, Finland:  Indoor Air '93, **1993**; 3:219-226.

28. Lambert WE, Samet JM, Skipper BJ, Cushing AH, Hunt WC, Young SA, Schwab M, Spengler JD.  Residential exposures to nitrogen dioxide and respiratory illnesses in infants.  In:  Jaakkola JJ, Ilmarinen R, Seppanen O (eds).  Indoor Air '93.  The Sixth International Conference on Indoor Air Quality and Climate.  Helsinki, Finland: Indoor Air '93, **1993**; 1:435-440.

29. Schwab M, Spengler JD, McDermott A, Samet JM, Lambert WE. Seasonal and yearly patterns of indoor nitrogen dioxide levels: data from Albuquerque, New Mexico. In: Jantunen M, Kalliokoski P, Kukkonen E, Saarela K, Seppanen O, Vuorelma H (eds.) Indoor Air '93, **1993**; 3:205-210.

30. Samet JM, Speizer FE. Introduction and recommendations: working group on indoor air and other complex mixtures. Environ Health Perspect, **1993**; 101 (Suppl 4):143-147.

31. Samet JM, Speizer FE. Assessment of health effects in epidemiologic studies of air pollution. Environ Health Perspect, **1993**; 101 (Suppl 4):149-154.

32. Samet JM. Asthma and the environment: do environmental factors affect the incidence and prognosis of asthma? In: Proceedings of the International Congress of Toxicology VII. Toxicology Letters **1995**; 82/83:33-38.

33. Samet JM. What can we expect from epidemiologic studies of chemical mixtures? In: Proceedings of the HERL Symposium of the U.S. E.P.A. Toxicology, **1995**; 105:307-314.

34. Samet JM. Controlling the avoidable causes of cancer: needs and opportunities for etiologic research. Environ Health Perspect, **1995**; 103 (Suppl 8):307-311.

35. Samet JM, Lange P. Longitudinal studies of active and passive smoking. Am J Respir Crit Care Med, **1996**; 154:S257-S265.

36. Samet JM. The environment and health: state of the art in 1990's. In: Serrano OR, Rodríguez GP (eds). Riesgos Ambientales Para la Salud en la Ciudad de México, **1996**; 22-29.

37. Fortoul TI, Lambert WE, Samet JM, Oláiz, López MI, Sánchez CI, Doyer M, Villadelmar RL, Bliss MS, Moncada HS, Montaño B, Navarro D, Bravo AH, Sánchez AP, Rivero SO. Efectos del ozono en niños habitantes de la ciudad de México. In: Serrano OR, Rodríguez GP (eds). Riesgos Ambientales Para la Salud en la Ciudad de México, **1996**; 121-126.

38. Samet JM. Epidemiologic studies of ionizing radiation and cancer: past successes and future challenges. Environ Health Perspect, **1997**; 105:883-889.

39. Samet JM. Epidemiologic studies of underground miners: new information from an old source. In: Proceedings of the Thirty-Second Annual Meeting of the National Council on Radiation Protection and Measurements. Implications of New Data on Radiation Cancer Risk, **1997**; Proceedings No. 18:155-176.

40. Samet JM. Indoor air quality in the home and health: a clinical and public health perspective. In: Healthy Buildings/IAQ '97: Global Issues and Regional Solutions, **1997**; 3:3-12.

41. Samet JM. What does (can) the epidemiologic evidence tell us about fine particle effects? In: Relationships Between Respiratory Disease and Exposure to Air Pollution, **1998**; 207-215.

42. Samet JM. Workshop summary: assessing exposure to environmental tobacco smoke in the workplace. Environ Health Perspect, **1999**; 107:309-312. Reprinted with permission in Workshop Proceedings. Work, Smoking, and Health: A NIOSH Scientific Workshop **2000**; 33-39.

43. Samet JM. Synthesis: The health effects of tobacco smoke exposure on children. In: Background Papers. International Consultation on Environmental Tobacco Smoke (ETS) and Child Health, Geneva, **1999**; 99.11:1-11.

44. Krewski D, Lubin JH, Samet JM, Douple EB, Zielinski JM. Radon and lung cancer: an overview of the BEIR VI report. In: Proceedings of the International Symposium of Health Effects of Low Doses of Ionizing Radiation: Research Directions into the New Millennium, **1999**; 15-24.

45. Samet JM. What properties of particulate matter are responsible for health effects? In: Phalen R, Bell Y (eds). Proceedings of the Third Colloquium on Particulate Air Pollution and Human Health, **1999**; 320-322.

46. Samet JM. Asthma epidemiology: old and new issues. In: Neffen HE, Baena-Cagnani CE, Fabbri L, Holgate S, O'Byrne P (eds). Asthma—A Link Between Environment, Immunology, and the Airways. Proceedings of the XVIth World Congress of Asthma, Buenos Aires, **1999**; 27- 32.

47. Samet JM. Involuntary smoking and asthma. In: Neffen HE, Baena-Cagnani CE, Fabbri L, Holgate S, O'Byrne P (eds). Asthma—A Link Between Environment, Immunology, and the Airways. Proceedings of the XVIth World Congress of Asthma, Buenos Aires, **1999**; 78-88.

48. Douple EB, Samet JM. Health effects of exposure to radon (BEIR VI). In: Moriarty M, Edington M, Mothersill C, Ward JF, Seymour C, Fry RJM (eds). Radiation Research Volume 2: Proceedings, Dublin, **1999**; 784-787.

49. Jaakkola MS, Samet JM. Summary: workshop on health risks attributable to ETS exposure in the workplace. Environ Health Perspect **1999**; 107:823-827. Reprinted with permission in Workshop Proceedings. Work, Smoking and Health: A NIOSH Scientific Workshop **2000**; 41-51.

50. Yang G, Becker K, Fan L, Zhang Y, Qi G, Taylor CE, Samet J.  Smoking in China. In:  Tobacco:  the growing epidemic.  Proceedings of the Tenth World Conference on Tobacco or Health, 24-28 August 1997, Beijing China **2000;** 5-10.

51. Kacew S (Editor-in-Chief), Cohen A, Krewski D, Samet J, Willes R (guest editors). Proceedings from The Network for Environmental Risk Assessment and Management (NERAM) Colloquium, Health and Air Quality 2001: Interpreting Science for Decision Makers.  J Toxicol Environ Health A: Current Issues **2003;** 66:1489-1903.

52. Samet JM. Environmental causes of lung cancer: what do we know in 2003? Chest **2004**; 125(5 Suppl):80S-83S.

53. Samet JM. How and why do we estimate the burden of smoking-attributable mortality and morbidity? Proceedings of the 7th Asia Pacific Conference on Tobacco or Health, 15-18 September 2004, Gyeongju, Korea **2004**; 78-81.

54. Samet JM.  The perspective of the national research council's committee on research priorities for airborne particulate matter. J Toxicol Environ Health A. **2005**; 68:1063-1067.

55. Krewski D, Samet JM, Craig L.  Preface. J Toxicol Environ Health A **2005**; 68:1049-1054.

56. White RH Spengler JD, Dilwali KM, Barry BE, Samet JM.  Report of workshop on traffic, health, and infrastructure planning. Arch Environ Occup Health. **2005**; 60:70-6.

57. Samet JM. Radiation and cancer risk: a continuing challenge for epidemiologists. Proceedings of the First Lorenzo Tomatis Conference on Environment and Cancer. Environ Health. **2011**; 10 Suppl 1: S4.

## CASE REPORTS/LETTERS/EDITORIALS/OTHER

1. Samet JM, Simon TL. Idiopathic pulmonary fibrosis treated with plasma exchange. Plasma Therapy **1981**; 2:135-137.

2. Shellito JE, Samet JM. Keratoacanthoma as a complication of arterial puncture for blood gases. Int J Dermatol **1982**; 21:349.

3. Samet JM, Kutvirt DM, Christensen LM. Media coverage of coffee study has little effect on coffee consumption. (Letter). N Engl J Med **1982**; 307:128.

4. Samet JM. Book Review of *Sports Injuries. The Unthwarted Epidemic*. Ann Sports Med **1983**; 1:122.

5. Samet JM. Wood stoves and fireplaces. In:  Energy, Air Pollution and Health. Fact Sheet, New York, American Lung Association, **1983**; 15-17.

6. Samet JM. "Peri-occupational" exposure. In:  Energy, Air Pollution and Health. Fact Sheet, New York, American Lung Association, **1983**; 15-17.

7. Samet JM, Kutvirt DM, Waxweiler RJ, Key CR. Lung cancer after exposure to radon daughters.  (Letter). N Engl J Med **1984**; 311:859.

8. Humble CG, Samet JM, Skipper BE. Re:  "Comparison of self- and surrogate-reported dietary information." The authors reply. (Letter). Am J Epidemiol **1984**; 120:651.

9. Samet JM. Defining an adverse respiratory health effect. (Editorial). Am Rev Respir Dis **1985**; 131:487.

10. Samet JM. Book review of *Lung Cancer: The Facts.* Chest **1985**; 88:A-21.

11. Samet JM. Less hazardous cigarettes and diseases of the lung. (Editorial). Chest **1985**; 88:802-803.

12. Mason RJ, Buist AS, Fisher EB, Merchant JA, Samet JM, Welsh CH. Cigarette smoking and health.  Am Rev Respir Dis **1985**; 132:1133-1136.

13. Coultas DB, Samet JM, Butler C. Bronchiolitis obliterans due to *mycoplasma pneumoniae*. West J Med **1986**; 144:471-474.

14. Coultas DB, Samet JM. Passive smoking and health. West J Med **1986**; 144:350.

15. Humble CG, Samet JM. Smoking and lung cancer in New Mexico. (Letter). Am J Public Health **1986**; 76:1361.

16. Harley N, Samet JM, Cross FT, Hess T, Muller J, Thomas D. Contribution of radon and radon daughters to respiratory cancer. Environ Health Perspec **1986**; 70:17-21.

17. Samet JM. Environmentally associated neoplasms of the respiratory tract. Pulmonary and Critical Care Update **1987**; 2: Lesson 16.

18. Samet JM. Discussion of paper by Muirhead and Darby: Modeling the relative and absolute risks of radiation-induced cancers. J Royal Stat Soc (Series A) **1987**; 150:112.

19. Burney P, Detels R, Higgins M, Peckham C, Samet JM, Tager IB. Recommendations for research in the epidemiology of asthma. Chest **1987**; 91:194S-195S.

20. Weiss ST, Samet JM, Taussig LM. Air Pollution. (Audio Cassette). AAP-Pediatric Update **1987**; Vol. 8, No. 5.

21. Samet JM. Nitrogen dioxide and respiratory infection. (Editorial). Am Rev Respir Dis **1989**; 139:1073-1074.

22. Samet JM. What you should know about radon. (Patient Education Guide). J Respir Dis **1989**; 10:85-86.

23. Samet JM. Radon and lung cancer: how great is the risk? J Respir Dis **1989**; 10:73-83.

24. Samet JM. Health hazards of radon exposure. West J Med **1990**; 152:174.

25. Samet JM (Guest Editor). ATSDR Case Studies in Environmental Medicine. Radon toxicity. Atlanta, GA, Agency for Toxic Substances and Disease Registry, **1990**; 1-23.

26. Samet JM. The impact of indoor air pollution on allergic and respiratory diseases. Masters in Allergy **1990**; 2:17-21.

27. Samet JM. The 1990 report of the Surgeon General: the health benefits of smoking cessation. (Editorial). Am Rev Respir Dis **1990**; 142:993-994.

28. Samet JM. Environmental controls and lung disease. Report of the ATS Workshop on environmental controls and lung disease, Santa Fe, New Mexico, March 24-26, 1988. Am Rev Respir Dis **1990**; 142:915-939.

29. Samet JM. Introduction. Continuum. New concepts in the diagnosis and management of pulmonary risk factors. Merrell Dow U.S.A. Professional Education Programs, **1990**.

30. Samet JM (Guest Editor). Assessing low-risk agents for lung cancer: methodological aspects. Int J Epidemiol **1990**; 19 (Suppl 1 1990):S1-S87.

31. Samet JM, Stolwijk J, Rose SL. Summary: international workshop on residential Rn epidemiology. Health Phys **1991**; 60:223-227.

32. Sherman CB, Samet JM. What causes cough and wheeze? (Editorial). Chest **1991**; 99:1-2.

33. Cushing AH, Samet JM. Indoor pollutants: How hazardous for children? Contemporary Pediatrics **1991**; 8:109-127.

34. Samet JM.  New effects of active and passive smoking on reproduction? (Editorial commentary). Am J Epidemiol **1991**; 133:348-350.

35. Samet JM. Indoor air pollution. Pulmonary and Critical Care Update **1991**; 6:Lesson 29.

36. Frampton MW, Samet JM, Utell MJ. Environmental factors and atmospheric pollutants. Seminars in Respiratory Infections **1991**; 6:185-193.

37. Samet JM, Coultas DB. Reduced forced vital capacity in California grape workers: what does it mean? (Editorial).  Am Rev Respir Dis **1992**; 145:255-256.

38. Samet JM. Radon and lung cancer: controlling a ubiquitous pollutant. The Internist **1992**:11-13.

39. Davis RM, Samet JM. HIV infection and smoking behavior. (Letter). JAMA **1992**; 268:1539-1540.

40. Samet JM. Dr. Samet replies. (Letter). Am J Epidemiol **1992**; 135:107.

41. Utell MJ, Samet JM. Particulate air pollution and health: new evidence on an old problem. (Editorial).  Am Rev Respir Dis **1993**; 147:1334-1335.

42. Samet JM. The immediate benefits of smoking cessation. Clinical Advances in Smoking Cessation.  **1993**; 1:1-3.

43. Samet JM. Radon risks. (Letter). Issues in Science and Technology **1993**; IX:17.

44.    Samet JM. The epidemiology of lung cancer. Chest **1993**; 103 (Suppl): 20S-29S.

45.    Samet JM. Asthma and allergy: some answers and more questions. (Editorial). J Asthma **1993**; 30:327-328.

46.    Samet JM. Carcinogenicity of radon. (Questions and Answers). JAMA **1993**; 270:879.

47.    James DS, Samet JM. Book review of *Occupational Lung Disease*. Chest **1993**; 104:116.

48.    Lubin JH, Boice JD Jr., Edling C, Hornung RW, Howe G, Kunz E, et al. Radon and lung cancer risk:  a joint analysis of 11 underground miners studies.  U.S. Department of Health and Human Services.  Public Health Service. National Institutes of Health, NIH Publication No. 94-3644. January **1994**.

49.    Samet JM. Book review of *Galileo's Revenge*; *Junk Science in the Courtroom*; *Phantom Risk: Scientific Inference and the Law*; *Science Under Siege*; *Balancing Technology and the Environment*. Am J Epidemiol **1994**; 139:1122-1123.

50.    Leaderer BP, Samet JM. Passive smoking and adults: new evidence for adverse effects. Am J Respir Crit Care Med **1994;** 150:1216-1218.

51.    Samet JM. Indoor Radon and Lung Cancer: Risky or Not? (Editorial). J Natl Cancer Inst **1994**; 86:1813-1814.

52.    Samet JM. Learning about Air Pollution and Asthma. (Editorial). Am J Respir Crit Care Med **1994**; 149:1398-1399.

53.    Metcalf SW, Samet JM, Hanrahan J, Schwartz D, Hunninghake G. A standardized test battery for lung and respiratory diseases for use in environmental health field studies. U.S. Department of Health & Human Services, Public Health Service, Agency for Toxic Substances and Disease Registry. Atlanta, Georgia, **1994**.

54.    Lippmann M, Samet JM, Shaikh R, (Guest Editors). Proceedings of operations and maintenance programs in buildings containing asbestos.  A workshop organized by the Health Effects Institute-Asbestos Research. Appl Occup Environ Hyg **1994**; 9:777-926.

55.    Goodwin JS, Samet JM. Care received by older women diagnosed with breast cancer. Cancer Control **1994**; 1:313-319.

56.  Samet JM, Lewit EM, Warner KF. Involuntary smoking and children's health. The future of children.  The David and Lucille Packard Foundation, **1994**; 4:94-114. Reprinted with permission in Current Problems in Pediatrics 1995; 25:189-204.

57.  Cohen AJ, Samet JM. Book review of *Planetary Overload*. Epidemiology, **1995**; 6:195-196.

58.  Samet JM. About benefits and costs. Radon and lung cancer. Scientific American. Science and Medicine **1995**; 2:3-4.

59.  Samet JM. Particulate air pollution and mortality: the Philadelphia story. (Editorial). Epidemiology, **1995**; 6:471-473.

60.  Crowell RJ, Samet JM. Invited commentary: why does the white blood cell count predict mortality? Am J Epidemiol **1995**; 142:499-501.

61.  Aguayo S, Flowers JC, Ford JG, Gibson KF, Jackson JH, Lebuga-Mukasa JS, Roman J, Samet JM, Thomas AV Jr, Young RC, Ram JS, Hurd SS. Respiratory diseases disproportionately affecting minorities. Chest **1995**; 108:1380-1392.

62.  Samet JM. Involuntary smoking and the health of children. Maryland Med J **1995**; 44:774-778.

63.  Burke TA, Shalauta NM, Samet JM. The role of public health in regulatory reform. Risk Policy Report **1995**; 27-29.

64.  Samet JM. Occupational lung cancer. Clin Pulm Med **1996**. 3(1):15-21.

65.  Margolis S, Samet JM. Cancer prevention. The Johns Hopkins White Papers **1996**; 4-39.

66.  Samet JM. What you need to know about clinical grant applications. Grant Writing: Successful Techniques for Securing Pulmonary Funding **1996**; 57-64.

67.  Samet JM. Indoor radon exposure and lung cancer: risky or not?—all over again. (Editorial). J Natl Cancer Inst **1997**; 89:4-6.

68.  Margolis S, Samet JM. Cancer prevention and early detection. The Johns Hopkins White Papers **1997**; 4-44.

69.  Pilotto LS, Douglas RM, Samet JM. Nitrogen dioxide, gas heating and respiratory illness. (Editorial). MJA **1997**; 167:295.

70. American Lung Association. Report of the ALA/ATS Workshop, Santa Fe, New Mexico 1995. Achieving healthy indoor air. Samet JM, Workshop Co-Chair. Am J Respir Crit Care Med **1997;**156:S33-S64.

71. Wang SS, Samet JM. Tobacco smoking and cancer: the promise of molecular epidemiology. Salud Pública Méx. **1997**; 39:331-345.

72. Samet JM. Particulate matter: balancing science and public health. Health & Environment Digest **1997**; 11:1-4.

73. Margolis S, Samet JM. Early detection and prevention of cancer. The Johns Hopkins White Papers **1998**; 4-45.

74. Samet JM, Taylor CE, Becker KM, Yach D. Research in support of tobacco control. BMJ **1998**; 316:321.

75. Samet JM, Schnatter R, Gibb H. Invited Commentary: Epidemiology and Risk Assessment. Am J Epidemiol **1998**; 148:929-936.

76. Taylor CE, Samet JM, Yach D, Becker KM. Research for effective global tobacco control in the 21st century. Report of a working group convened during the 10th World Conference on Tobacco or Health. BMJ **1998**; http://www.bmj.com/cgi/content/full/316/7128/321/DC/; Tob Control **1998**; 7(1):72-77.

77. Margolis S, Samet JM. Cancer. The Johns Hopkins White Papers **1999**; 6-53.

78. Samet JM, Wang SW. Book review of *Ashes to Ashes: America's Hundred Year Cigarette War, the Public Health and the Unabashed Triumph of Phillip Morris; Cancer Scam: Division of Federal Cancer Funds to Politics; Cigarettes Are Sublime; Cornered: Big Tobacco at the Bar of Justice; For Your Own Good: The Anti-Smoking Crusade and the Tyranny of Public Health; Smokescreen; Thank You for Smoking*. Am J Epidemiol **1999**; 149:975-980.

79. Samet JM. Reflections: testifying in the Minnesota tobacco lawsuit. Tob Control **1999**; 8:101-105.

80. Samet JM. Dear author—advice from a retiring editor. Am J Epidemiol **1999**; 150:433-436.

81. Samet JM. Letters to the editor: copper associated liver diseases in infancy and childhood. Eur J Med Res **1999**; 4(7):299-301.

82.   Samet JM. Particulate matter and health:  does the evidence hang in the balance? J Environ Med **1999**; 1:261-266.

83.   Basu R, Samet JM. A review of the epidemiological evidence on health effects of nitrogen dioxide exposure from gas stoves. J Environ Med **1999**; 1:173-187.

84.   Samet JM. Does idiopathic pulmonary fibrosis increase lung cancer risk? Am J Respir Crit Care Med **2000**; 161:1-2.

85.   Samet JM. What properties of particulate matter are responsible for health effects? Inhale Toxicol **2000**; 12(1):19-21.

86.   Samet JM. Father figuring. Climbing **2000**; 15-19.

87.   Margolis S, Samet JM. Cancer. The Johns Hopkins White Papers **2000**; 4-53.

88.   Samet JM et al. What constitutes an adverse health effect of air pollution? Am J Respir Crit Care Med **2000**; 161:665-673.

89.   Samet JM, Nieto FN, Punjabi NM. Sleep-disordered breathing and hypertension: more research is *still* needed. (Editorial). Am J Respir Crit Care Med **2000**; 161:1409-1411.

90.   Samet JM. Research still needed on health effects. The Environmental Forum **2000**. 17: 55-56.

91.   Samet JM. The health consequences of smoking: an overview. Alergia e Immunología Clínica **2000**; 17(Suppl1):S8-S14.

92.   Samet JM, Araya M, Baker S, Dieter H, Donohue J, Forslund J, Hellemann K, Lagos G, Rupp G, Arens P, Delbeke K. A technical guide for the study of acute gastrointestinal effects of copper in drinking water: methods for public health investigators. International Copper Association, Ltd., **2000**; 11-76.

93.   Patz JA, McGeehin MA, Bernard SM, Ebi KL, Epstein PR, Grambsch A, Gubler DJ, Reiter P, Romieu I, Rose JB, Samet JM, Trtanj J, with Cecich TF. Potential consequences of climate variability and change for human health in the United States. Climate Change Impacts on the United States **2000;** 437-458.

94.   Samet JM. Book review of *Cutting the Cost of Cold: Affordable Warmth for Healthier Homes*. BMJ **2000**; 322:620.

95. Patz JA, McGeehin MA, Bernard SM, Ebi KL, Epstein PR, Grambsch A, Gubler DJ, Reiter P, Romieu I, Rose JB, Samet JM, Trtanj J. The potential health impacts of climate variability and change for the United States: executive summary of the report of the health sector of the U.S. national assessment. (Proceedings). Environ Health Perspect **2000**; 108:367-376. Reprinted with permission in J Environ Health **2001**; 64:20-28.

96. Samet JM, Burke TA. The Bush administration, the environment and public health—warnings from the first 100 days. (Editorial). Int J Epidemiol **2001**; 30:658-660.

97. The American Lung Association. Urban air pollution and health inequities: a workshop report. Urban Air Pollution and Health Inequities Workshop (Jonathan M. Samet, Chair). Washington, DC. October, 1999. Environ Health Perspect **2001**; 109:357-374.

98. The Editors. The value of p. (Editorial). Epidemiology **2001**; 12:286.

99. Samet JM. An Air of Uncertainty. Forum for Applied Research and Public Policy **2001**; 92-96.

100. Frumkin H, Samet JM. Radon. Cancer **2001**; 51:337-344.

101. Samet J, Bignami GS, Feldman R, Hawkins W, Neff J, Smayda T. *Pfiesteria*: review of the science and identification of research gaps. Report for the National Center for Environmental Health, Centers for Disease Control and Prevention. Environ Health Perspect **2001**; 109(Suppl 5):639-659.

102. Samet JM, Burke TA. Turning science into junk: the tobacco industry and passive smoking. (Editorial). Am J Public Health **2001**; 91:1742-1744.

103. Samet JM, Lee NL. Bridging the gap: perspectives on translating epidemiologic evidence into policy. Am J Epidemiol **2001**; 154(12):S1-S3.

104. Greenbaum DS, Bachmann JH, Krewski D, Samet JM, White R, Wyzga RE. Particulate air pollution standards and morbidity and mortality: case study. Am J Epidemiol **2001;** 154(suppl):S78-90.

105. The Editors. Our Policy on Policy. (Editorial). Epidemiology **2001**; 12:371-372.

106. Samet JM. Air pollution and epidemiology: "déjà vu all over again?" (Editorial). Epidemiology **2002**; 13:118-119.

107. Institute for Global Tobacco Control. Report of the Institute for Global Tobacco Control, Santa Fe, New Mexico 2001. Evaluating comprehensive tobacco control interventions: challenges and recommendations for future action. Samet JM, Workshop Chairman. Tob Control **2002**; 140-145.

108. Samet JM. Book review of *Tobacco War: Inside the California Battles*. Bull Hist Med **2002**; 76:656-657.

109. UNEP Expert Panel. The Asian brown cloud: climate and other environmental impacts. Center for Clouds, Chemistry and Climate **2002**; 1-53.

110. Krewski D, Lubin JH, Samet JM, Hopke PK, James AC, Brand KP. (Letter to the editor). Radiat Prot Dosimetry **2002**; 102:371-374.

111. Samet JM, Burke TA. Rebuilding US public health system needs more than short-term funding directed at bioterrorism. Oncology Times **2002**; 2:2-3.

112. Samet JM. Presentacíon. Salud Pública Mex **2002**; 44(Suppl1):S170-182.

113. Samet JM. Los riesgos del tabaquismo activo y pasivo. Salud Pública Mex **2002**; 44(Suppl1):S144-160.

114. Brownson RC, Samet JM, Thacker SB. What contributes to a successful career in epidemiology in the United States? (Commentary). Am J Epidemiol **2002**; 156:60-67.

115. Dominici F, McDermott A, Zeger SL, Samet JM. On the use of generalized additive models in time-series studies of air pollution and health. (Commentary). Am J Epidemiol **2002**; 156:193-203.

116. Samet J. Book review of *Combating Teen Smoking: Research and Policy Strategies.* N Engl J Med **2002**; 346:1032.

117. Samet JM. Measuring the effectiveness of inhaled corticosteroids for COPD is not easy! Am J Respir Crit Care Med **2003**; 168:1-2.

118. Health Effects Institute. HEI Communication 10. Improving Estimates of Diesel and Other Emissions for Epidemiologic Studies. Proceedings of an HEI Workshop. Jonathan M. Samet, Writing Team Member. Boston, MA **2003**.

119. Dominici F, McDermott A, Zeger SL, Samet JM. Response to Dr. Smith: timescale-dependent mortality effects of air pollution. Am J Epidemiol **2003**; 157:1071-1073.

120. Samet JM, Dominici F. McDermott A, Zeger SL.  New problems for an old design: time series analyses of air pollution and health.  (Editorial). Epidemiology **2003**; 14:11-12.

121. Samet JM, Spengler JD. Indoor environments and health:  moving into the 21st century.  Am J Public Health **2003**; 93:1489-1493.

122. Cohen AJ, Samet JM. Greenbaum D, O'Keefe R.  Measuring the health impacts of air quality regulations:  developing an accountability research agenda.  Risk Policy Report **2003**; 10:30-33.

123. HEI Accountability Working Group. Jonathan N. Samet, Chair. Health Effects Institute. HEI Communication 11: Assessing Health Impact of Air Quality Regulations: Concepts and Methods for Accountability Research.  Boston, MA **2003**.

124. Lee N., Samet JM.  ACE Forum Report: The Making of an Epidemiologist— Necessary Components for Doctoral Education and Training.  Annals of Epidemiology: Special Section: American College of Epidemiology Annual Meeting Abstracts. **2003**; 552-556.

125. American Thoracic Society. Workshop on lung disease and the environment: Where do we go from here? Am J Respir Crit Care Med **2003**; 168:250-254.

126. Samet JM, Pope CA. Epidemiologic research needs for particulate air pollution. J Toxicol Environ Health A. **2003**; 66:1873-1876.

127. Samet JM, White RH. Urban Air Pollution, Health, and Equity. (Editorial). J of Epidemiol Community Health **2004**; 58:3-5.

128. Samet JM. Book review of *The Smoking Puzzle: Information, Risk Perception, and Choice*. JAMA **2004**; 291:627-628.

129. Muñoz A, Samet JM.  Re: is patient travel distance associated with survival on phase II clinical trials in oncology? J Natl Cancer **2004**; 96:411.

130. Samet JM, DeMarini DM, Malling HV. Do airborne particles induce heritable mutations? Science **2004**; 304:971-972.

131. Samet JM. How do we catch colds? (editorial). Am J Respir Crit Care Med. **2004**; 169(11):1175-1176.

132. Little MP, Blettner M, Boice JD Jr, Bridges BA, Cardis E, Charles MW, de Vathaire F, Doll R, Fujimoto K, Goodhead D, Grosche B, Hall P, Heidenreich WF, Jacob P, Moolgavkar SH, Muirhead CR, Niwa O, Paretzke HG, Richardson RB, Samet JM, Sasaki Y, Shore RE, Straume T, Wakeford R.  Potential funding crisis for the Radiation Effects Research Foundation. Lancet. **2004**; 364(9434):557-558.

133. Samet JM. Epidemiology: more than etiology. Eur J Epidemiol **2004**; 719-722.

134. Samet JM, Bell ML.  Nitrogen dioxide and asthma redux. (Commentary). Int. J Epidemiol **2004**; 33: 215-216.

135. Little MP, Blettner M, Boice JD Jr, Bridges BA, Cardis E, Charles MW, de Vathaire F, Doll R, Fujimoto K, Goodhead D, Grosche B, Hall P, Heidenreich WF, Jacob P, Moolgavkar SH, Muirhead CR, Niwa O, Paretzke HG, Richardson RB, Samet JM, Sasaki Y, Shore RE, Straume T, Wakeford R.  Potential funding crisis for the Radiation Effects Research Foundation. J Radiol Prot **2004**; 24:195-197.

136. Wipfli HL, Stillman F, Tamplin S, Luiza da Costa e Silva V, Yach D, Samet J. Achieving the framework convention on tobacco control's potential by investing in national capacity. Tob Control **2004**; 13:433-437.

137. Samet JM, Wipfli HL. Book review of *Unfiltered: Conflicts Over Tobacco Policy and Public Health*. JAMA **2005**; 293:239-240.

138. Samet JM. Smoking kills: experimental proof from the lung health study. (Editorial). Ann Intern Med **2005**; 142:299-301.

139. Samet JM. A conversation with D.A. Henderson. (Interview). Epidemiology **2005**; 16:266-269.

140. Samet JM. Book Review: *A History of Epidemiologic Methods and Concepts. Edited by Alfredo Morabia*. Am J Epidemiol **2005**;161: 604-605.

141. Samet JM.  SAPALDIA 2: the cohort continues. (Editorial). Soz-Praventimed **2005**; 50:195-196.

142. Samet JM. Inhaled corticosteroids and chronic obstructive pulmonary disease: new and improved evidence? (Editorial) Am J Respir Crit Care Med **2005**; 172:407-408.

143. Samet JM. Pioneers of respiratory epidemiology.  In: Schraufnagel DE (ed). "I remember…" Reflections on the American Thoracic Society's First Century: The American Thoracic Society **2005**; 233-236.

144. Boushey H, Enright P, Samet J. Spirometry for chronic obstructive pulmonary disease case finding in primary care? (Editorial) Am J Respir Crit Care Med **2005**; 172:1481-1482.

145. Samet JM, Bohanson HR Jr, Coultas DB, Houston TP, Persily AK, Schoen LJ, Spengler J, Callaway CA. ASHRAE Environmental Tobacco Smoke Position Document Committee. ASHRAE Position Document on Environmental Tobacco Smoke. Atlanta: ASHRAE, **2005**.

146. Berrington de Gonzalez A, Samet JM. What are the cancer risks from using chest computed tomography to manage cystic fibrosis? (Editorial). Am J Respir Crit Care Med **2006**; 173:139-140.

147. Hitchcock PJ, Mair M, Inglesby TV, Gross J, Henderson DA, O'toole T, Ahern-Seronde J, Bahnfleth WP, Brennan T, Burroughs HE, Davidson C, Delp W, Ensor DS, Gomory R, Olsiewski P, Samet JM, Smith WM, Streifel AJ, White RH, Woods JE. Improving performance of HVAC systems to reduce exposure to aerosolized infectious agents in buildings; recommendations to reduce risks posed by biological attacks. Biosecur Bioterror **2006**; 41-53.

148. Rom WN, Samet JM. Small particles with big effects. (Editorial). Am J Respir Crit Care Med **2006**; 365-366.

149. Samet JM. Residential radon and lung cancer: end of story? J Toxicol Environ Health A **2006**; 69:527-531.

150. Samet JM. Book review of *Forecasting Product Liability Claims: Epidemiology and Modeling in the Manville Asbestos Case*. Stallard E, Manton KG, Cohen JE. Science **2006**; 312:1000 – 1001.

151. Miura M, Daynard RA, Samet JM. The role of litigation in tobacco control. Salud Pública Méx **2006**; 48:S121-S136.

152. Samet JM, Speizer FE. Sir Richard Doll, 1912-2005. American Journal of Epidemiology **2006**; 64:95-100.

153. Hitchcock P, Mair M, Inglesby T, Gross J, Henderson DA, O'Toole T. Ahern-Seronde J, Bahnfleth W, Brennan T., Barney Burroughs HE, Davidson C, Delp W, Ensor D, Gomory R, Olsiewski P, Samet JM, Smith W, Streifel A, White RH, Woods J. Improving performance of HVAC systems to reduce exposure to aerosolized infectious agents in buildings; recommendations to reduce risks posed by biological attacks. Biosecur Bioterror **2006**; 4:41-54.

154. Samet JM, Smoking bans prevent heart attacks. Circulation **2006**; 114:1450-1451.

155. Pennell W, Samet JM, Greenbaum D, Reiter L, Zenick H. Understanding the effects of air pollution on human health. EM September **2006**; 8-14.

156. Zeger SL, McDermott A, Dominici F, Peng R, Samet JM. Internet-based health and air pollution surveillance system. HEI Communication 12. Boston MA. **2006**.

157. Samet JM, Wipfli H, Perez-Padilla R, Yach D. Mexico and the tobacco industry: doing the wrong thing for the right reason? (Editorial). BMJ **2006**; 332:353-354.

158. Ness RB, Samet JM, Camargo CA, Hiatt RA. On behalf of the ACE Policy Committee. American College of Epidemiology Weighs in on New NCI Biorepository Guidelines. Ann Epidemiol **2007**; 17:81-2.

159. Samet JM. Environmental sustainability: a target for environmental epidemiology? Epidemiology **2007**; 1:179-180.

160. Samet JM, Wipfli H. The Bloomberg global initiative to reduce tobacco use. Salud Pública Méx **2007**; Suplemento 2, 49:S312-S314.

161. Craig L, Krewski D, Shortreed J, Samet J. Preface. J Toxicol Environ Health A **2007**; 70:183-186.

162. Samet J, Krewski D. Health effects associated with exposure to ambient air pollution. J Toxicol Environ Health A **2007**; 70:227-42.

163. Craig L, Krewski D., Samet J, Shortreed J, van Bree L. Strategies for clean air and health. J Toxicol Environ Health A **2007;** 70:183-186.

164. Samet JM, Tielsch J. Could biomass fuels smoke cause anaemia and stunting in early childhood? Int J Epidemiol **2007;** 36:130-131.

165. Samet JM, Geyh AS, Utell MJ. The legacy of World Trade Center dust. New Engl J Med **2007**; 356:2233-2236.

166. Samet JM, Thun MJ, de Gonzalez AB. Models of smoking and lung cancer risk: a means to an end. (Editorial). Epidemiology **2007**; 18:649-651.

167. Samet Jm. Prólogo. In: Hernández Ávila M (ed). Epidemiología: Diseño y análisis de estudios. Instituto Nacional de Salud Pública **2007**.

168. Samet JM. Traffic, air pollution, and health. Inhal Toxicol **2007**; 19:1021-7.

169. Craig L, Krewski D, Samet J, Shortreed J, van Bree L, Krupnick AJ. International perspectives on air quality: risk management principles for policy development-- conference statement. J Toxicol Environ Health A. **2008**; 71:4-8.

170. Wilcox AJ, Savitz DA, Samet JM.  A tale of two toxicants: lessons from Minamata and Liaoning. (Editorial). Epidemiology **2008**; 19:1-2.

171. Hawthorne MA, Hannan LM, Thun MJ, Samet JM. Protecting our children from second-hand smoke. International Union Against Cancer (UICC). **2008**.

172. Samet JM, Savitz DA. Education in epidemiology: "The times they are a-changin". Epidemiology **2008;** 19:345-346.

173. Samet JM, Chung YS. *Air Quality, Atmosphere and Health*. Air Quality, atmosphere, and health. An international journal **2008**; 1:1-2.

174. Samet JM. Air pollution risk estimates: determinants of heterogeneity. J Toxicol Environ Health A **2008**; 71:578-582.

175. Craig L, Brook JR, Chiotti Q, Croes B, Gower S, Hedley A, Krewski D, Krupnick A, Krzyzanowski M, Moran MD, Pennell W, Samet JM, Schneider J, Shortreed J, Williams M.  Air pollution and public health: a guidance document for risk managers. J Toxicol Environ Health A **2008**; 71:588-698.

176. Craig L, Krewski D, Samet JM, Shortreed J, Kacew S. Colloquium statement: strategic policy directions for air quality management. J Toxicol Environ Health A **2008**; 71:539-543.

177. Pierce JP, León ME. On behalf of the IARC Handbook Volume 13 Working Group and IARC Secretariat. Effectiveness of smoke-free policies. Lancet Oncology **2008**; 9:614-615.

178. Johnson KC, Samet JM, Glantz SA. A Judson Wells, PhD (1917-2008): a pioneer in secondhand smoke research. Tob Control **2008**; 17:e5.

179. Samet JM. Commentary: George W. Comstock's contribution to respiratory disease epidemiology. Am J Epidemiol **2008**; 168:794-795.

180. Samet JM. Secondhand smoke: facts and lies. Salud Publica Mex **2008**; 50:428-34.

181. White RH, Cote I, Zeise L, Fox M, Dominici F, Burke TA, White PD, Hattis DB, Samet JM. State-of-the-science workshop report: Issues and approaches in low

dose-response extrapolation for environmental health risk assessment. Environ Health Perspect. **2009**; 117:283-7.

182. Samet JM. Data, to share or not to share? (Editorial). Epidemiology **2009**; 20:172-4.

183. The WHO International Agency for Research on Cancer Monograph Working Group. Special report: policy. A review of human carcinogens—Part C: metals, arsenic, dusts, and fibres. Lancet Oncol **2009**; 10:453-54.

184. Samet JM. Book review of *Concepts of Epidemiology: Integrating the Ideas, Theories, Principles and Methods of Epidemiology, 2nd Edition: By Raj Bhopal.* Am J Epidemiol **2009**; 169:1041-2.

185. Samet JM, Wipfli H. The looming challenge of the mixed marketplace for tobacco products. (Editorial). Current Science **2009**; 96:1314-5.

186. Samet JM, Wipfli H. Building tobacco control training capacity in India. Current Science **2009**; 96: 1315-8.

187. Samet JM, Wipfli H. Unfinished business in tobacco control. (Commentary). JAMA **2009**; 302:681-2.

188. Fontham ETH, Thun MJ, Ward E, Balch AJ, Delancey JOL, Samet JM. American Cancer Society perspectives on environmental factors and cancer. CA Cancer J Clin **2009**; 59:343-51.

189. Matte TD, Cohen A, Dimmick F, Samet J, Sarnat J, Yip F, Jones N. Summary of the workshop on methodologies for environmental public health tracking of air pollution effects. Air Qual Atmos Health **2009**; 2(4):177-184.

190. Blair A, Saracci R, Vineis P, Cocco P, Forastiere F, Grandjean P, Kogevinas M, Kriebel D, McMichael A, Pearce N, Porta M, Samet J, Sandler DP, Constantini AS, Vainio H. Epidemiology, public health, and the rhetoric of false positives. (Commentary). Environ Health Perspect **2009**; 117(2):1809-13.

191. Samet JM, Wipfli HL. Globe still in grip of addiction. (Commentary). Nature **2010**; 463(7284):1020-1.

192. HEI panel on the health effects of traffic-related air pollution. Traffic-related air pollution: a critical review of the literature on emissions, exposure, and health effects. HEI Special Report 17. Jonathan M. Samet, Traffic review panel. Boston, MA **2010**.

193. Samet JM, Chung YS. The challenge of air pollution research. (Editorial). Air Qual Atmos Health **2010**; 3(1):1-2.

194. Samet JM. Radiation and cancer risk: more epidemiological research is needed. Rev Environ Health **2010**; 25(1):47-50.

195. Brownson RC, Hartge P, Samet JM, Ness RB. From epidemiology to policy: toward more effective practice. (Commentary). Ann Epidemiol **2010**; 20(6):409-11.

196. Samet JM, McMichael GH 3rd, Wilcox AJ. The use of epidemiological evidence in the compensation of veterans. (Commentary). Ann Epidemiol **2010**; 20(6):421-7.

197. Widome R, Samet JM, Hiatt RA, Luke DA, Orleans CT, Ponkshe P, Hyland A. Science, prudence, and politics: the case of smoke-free indoor spaces. (Commentary). Ann Epidemiol **2010**; 20(6):428-35.

198. Samet JM, Pineles BL. Book review of *Smoking Kills: The Revolutionary Life of Richard Doll* By Conrad Keating.  (Book review). Am J Epidemiol **2010**; 171(7):848-50.

199. Samet JM. Air pollution and cardiovascular disease: the saga continues. AHA Learning Library. **May 10, 2010**. [Available at: http://pt.wkhealth.com/pt/re/aha/addcontent.14191416.htm]

200. Mauderly JL, Burnett RT, Castillejos M, Ozkaynak H, Samet JM, Stieb DM, Vedal S, Wyzga RE. Is the air pollution health research community prepared to support a multipollutant air quality management framework? Inhal Toxicol **2010**; 22(S1):1-19.

201. Samet JM. Smoking in movies: when will the saga end? (Editorial). Tob Control **2010**; 19(3):173-4.

202. Saracci R, Samet JM. Commentary: call me on my mobile phone...or better not?--a look at the INTERPHONE study results. (Commentary). Int J Epidemiol **2010**; 39(3):695-8.

203. Samet JM. To register or not to register. (Commentary). Epidemiology. **2010**; 21(5):610-11.

204. Quinn TC, Samet JM. Epidemiologic approaches to global health. (Editorial).Epidemiol Rev **2010**; 32(1):1-4.

205. Ness RB, Samet JM. How to be a department chair of epidemiology: a survival guide. (Commentary). Am J Epidemiol **2010**; 172(7):747-51.

206. Samet JM. Smokeless tobacco and health: the AHA Statement: "Just Say No". AHA Learning Library. **September 23, 2010**. [Available at: http://pt01.wkhealth.com/pt/re/aha/addcontent.14354770.htm]

207. HEI Accountability Working Group. Jonathan N. Samet, Chair. Health Effects Institute. HEI Communication 15: Proceedings of an HEI workshop on further research to assess the health impacts of actions taken to improve air quality. Boston, MA **2010**.

208. Wipfli HL, Samet JM. Second-hand smoke's worldwide disease toll. (Commentary). Lancet **2011**; 377(9760):101-2.

209. Samet JM. Could secondhand smoke exposure harm the mental health of children? (Editorial). Arch Pediatr Adolesc Med **2011**; 165(4):370-2.

210. Benowitz NL, Samet JM. The threat of menthol cigarettes to U.S. public health. (Commentary). N Engl J Med **2011**; 364(23):2179-81.

211. Schwartz RL, Wipfli HL, Samet JM. World No Tobacco Day 2011: India's progress in implementing the Framework Convention on Tobacco Control. (Editorial). Indian J Med Res **2011**; 133(5): 455-7.

212. Samet JM. The Clean Air Act and health – a clearer view from 2011. (Commentary). N Engl J Med **2011**; 365(3):198-201.

213. Baan R, Grosse Y, Lauby-Secretan B, El Ghissassi F, El Ghissassi F, Benbrahim-Tallaa L, Benbrahim-Tallaa L, Islami F, Galichet L, Straif K; WHO International Agency for Research on Cancer Monograph Working Group. Carcinogenicity of radiofrequency electromagnetic fields. Lancet Oncol **2011**; 12(7):624-6.

214. Samet JM, Patel SS. The Psychological and Welfare Consequences of the Chernobyl Disaster: A Systematic Literature Review, Focus Group Findings, and Future Directions. University of Southern California; Green Cross Switzerland **2011**; Apr:125. https://uscglobalhealth.files.wordpress.com/2016/01/chernobyl_report_april2011.pdf

215. Wipfli HL, Samet JM. Moving beyond global tobacco control to global disease control. (Editorial). Tob Control **2012**; 21(2):269-72.

216. Samet JM. Book review of *The Bottom Line or Public Health* by William H. Wiist and *Merchants of Doubt* by Naomi Oreskes and Erik M. Conway. (Book Review). Am J Epidemiol **2012**; 175(9):970-2.

217. Samet JM, Ness RB. Epidemiology, austerity, and innovation. (Commentary). Am J Epidemiol **2012**; 175(10):975-8.

218. Samet JM (Committee chair), Crowell R, Estepar RSJ, Powe NR, Rand C, Rizzo AA, Yung R, Lancet E, Chambers J, Rappaport S, Edelman NH. Report of the American Lung Association Lung Cancer Screening Committee. **April 23, 2012**. [Available at: http://www.lung.org/finding-cures/research-news/new-screening-guidelines/lung-cancer-screening.pdf]

219. Samet JM. A global health perspective on the future of tobacco control. Salud Publica Mex **2012**; 54(3): 264-9.

220. Appel LJ, Angell SY, Cobb LK, Limper HM, Nelson DE, Samet JM, Brownson RC. Population-wide sodium reduction: the bumpy road from evidence to policy. Ann Epidemiol **2012**; 22(6):417-25.

221. Samet JM. Forum: Lessons from nuclear disasters. (Commentary). Issues In Science And Technology. **Summer 2012**. [Available at http://www.issues.org/28.4/forum.html]

222. Samet JM. What was the first epidemiological study of smoking and lung cancer? (Commentary). Prev Med **2012**; 55(3):178-80.

223. Samet JM. Preventive medicine: Back to the future. (Commentary). Prev Med **2012**; 55(6):579-80.

224. Samet JM. Air pollution and life expectancy: Does cleaner air lengthen life? (Commentary). Epidemiology **2013**; 24(1):32-4.

225. Samet JM. Ignorance: How It Drives Science; Innovation Generation: How to Produce Creative and Useful Scientific Ideas; Free Radicals: The Secret Anarchy of Science. (Book review). Am J Epidemiol **2013**; 177(2):193-194.

226. Samet JM. Secondhand smoke causes disease everywhere, including mental health care settings. (Commentary). Int J Epidemiol **2013**; 42(3):894-5.

227. Gold DR, Samet JM. Air pollution, climate, and heart disease. Circulation. **2013**; 128(21):e411-e414.

228. Samet JM, Patel SS. Selected Health Consequences of the Chernobyl Disaster: A Further Systematic Literature Review, Focus Group Findings, and Future Directions **2013**;9. https://uscglobalhealth.files.wordpress.com/2013/05/samet-patel-chernobyl-health-report-2013-light-1.pdf

229. Samet JM. Smoking Cessation: Benefits versus Risks of Using Pharmacotherapy to Quit. (Editorial). Circulation. **2014**; 129(1):8-10.

230. Samet JM, Straif K, Schüz J, Saracci R. Mobile phones and cancer: next steps after the 2011 IARC review. (Commentary). Epidemiology **2014**; 25(1):23-7.

231. Buckley JP, Samet JM, Richardson DB. Does air pollution confound studies of temperature? Epidemiology **2014**; 25(2):242-5.

232. Samet JM. Cytisine is effective for smoking cessation: should clinicians use it? (Commentary). Evid Based Med **2014**; 19(4):134.

233. Samet JM. The Surgeon Generals' Reports and respiratory diseases. From 1964 to 2014. Ann Am Thorac Soc **2014**; 11(2):141-8. PMCID: PMC3972968

234. Celedón JC, Roman J, Schraufnagel DE, Thomas A, Samet J; a working group of the Health Equality Sub-Committee of the American Thoracic Society. Respiratory Health Equality in the United States: the American Thoracic Society Perspective. Ann Am Thorac Soc **2014**; 11(4):473-9.

235. Samet JM. Invited Commentary: The Challenge of Tobacco Control in China. (Commentary). Am J Epidemiol **2014**; 179(9):1071-3.

236. Samet JM, Wipfli HL, Gruskin S. Banning the Hiring of Tobacco Users: Where's the Fire? (Commentary). Acad Med **2014**; 89(6):837-9.

237. Samet JM, Straif K, Schüz J, Saracci R. Re: "Mobile phones and cancer: next steps after the 2011 IARC review." The authors respond. (Letter). Epidemiology **2014**; 25(4):618.

238. Samet JM. Air pollution to blame for 223,000 lung cancer deaths annually. (Newsletter). Cancer Prevention, New York-Presbyterian Hospital. Spring/Summer **2014**; Issue 23, pp.5, 14-15. [Available from http://nypcancerprevention.org/features/cancer_deaths.html]

239. Samet JM. The risk and fall of the nation's doctor. (Book review). Science **2014**; 346(6208):431.

240. Samet JM, Gruskin S. Air pollution, health, and human rights. (Commentary). Lancet Respir Med **2015**; 3(2):98-100.  [Epub 2014 Oct 22].

241. Samet JM, Brownson RC. Epidemiology in a changing world. Am J Prev Med **2014**; 47(5 Suppl 3):S383-5.

242. Barrington-Trimis JL, Samet JM, McConnell R. Flavorings in Electronic Cigarettes: An Unrecognized Respiratory Health Hazard? (Commentary). JAMA. **2014**; 312(23):2493-2494.

243. Samet JM. Some current challenges in research on air pollution and health. (Commentary). Salud Publica Mex. **2014**; 56(4):379-85.

244. Samet JM. Chanson D. Selected Health Consequences of the Chernobyl Disaster: A Systematic Update of the Literature **2014**; 127. http://www.greencross.ch/uploads/media/2014_chernobyl_report.pdf

245. Pearce NE, Blair A, Vineis P, ... Samet JM... (124 authors). IARC Monographs: 40 Years of Evaluating Carcinogenic Hazards to Humans. (Commentary). Environ Health Perspect **2015**; 123(6):507-14.

246. Kumie, A, Samet, JM, Berhane, K (eds). Situational Analysis and Needs Assessment for Ethiopia.  School of Public Health, Addis Ababa University, Ethiopia, **2015.**

247. Samet JM. The IARC Monographs: Critics and Controversy. (Editorial). Carcinogenesis **2015**; 36(7):707-9.

248. Samet JM, Chanson, D. Combien de personnes ont-elles été affectées? [How many people where affected?] La Reve Générale Nucléaire. **2015** Mars-Avril; N°2:31-34.

249. Brownson RC, Samet JM, Chavez GF, Davies MM, Galea S, Hiatt RA, Hornung CA, Khoury MJ, Koo D, Mays VM, Remington P, Yarber L. Charting a future for epidemiologic training. (Editorial). Ann Epidemiol **2015**; 25(6):458-65. PMCID: PMC4646613

250. Samet JM, Coultas D, Raghu G. Idiopathic pulmonary fibrosis: tracking the true occurrence is challenging. (Editorial). Eur Respir J **2015**; 46(3):604-6.

251. Samet JM. Ozone and Respiratory Health. The Story Continues. (Editorial). Am J Respir Crit Care Med **2015**; 192(2):272-3.

252. Samet JM. Chanson D. Fukushima Daiichi Power Plant Disaster: How many people were affected? **2015**: 51. http://www.greencross.ch/uploads/media/2015_fukushima_report.pdf

253. Wipfli H, Samet JM. One Hundred Years in the Making: The Global Tobacco Epidemic. Annu Rev Public Health **2016**; 37:149-66.

254. Samet JM. Epidemiology and the Tobacco Epidemic: How Research on Tobacco and Health Shaped Epidemiology. (Commentary). Am J Epidemiol **2016**; 183(5):394-402.

255. Pakhale S, Samet J, Folan P, Leone F, White, A. The Case for Requiring Graphic Warning Labels on Smokeless Tobacco Product Packages. Annals of the American Thoracic Society **2016**; 13(3):329-33.

256. Samet JM, Withers M. The APRU Global Health Program: Past and Future. (Meeting Report). Journal of Epidemiology **2016**; 26(4):166-170.

257. Samet JM, Seo J. The Financial Costs of the Chernobyl Nuclear Power Plant Disaster: A Review of the Literature. University of Southern California; Green Cross Switzerland **2016**: 49. http://www.greencross.ch/uploads/media/2016_chernobyl_costs_report.pdf

258. Woodward A, Samet J. Active transport: Exercise trumps air pollution, almost always. (Commentary). Preventive Medicine **2016**; 87:237-8.

259. Samet JM. London Fog—The Biography. (Commentary). Am J Public Health **2016**; 106(8):1352-3.

260. Zigler CM, Kim C, Choirat C, Hansen JB, Wang Y, Hund L, Samet J, King G, Dominici F. Causal Inference Methods for Estimating Long-Term Health Effects of Air Quality Regulations. Research Report 187. Boston, MA: Health Effects Institute. **2016**.

261. Samet JM, Pentz MA, Unger JB. Flavoured tobacco products and the public's health: lessons from the TPSAC menthol report. (Commentary). Tob Control **2016**; 0:1-3.

262. Samet JM, Bahrami H, Berhane K. Indoor Air Pollution and Cardiovascular Disease: New Evidence From Iran. (Editorial). Circulation **2016**; 133(24):2342-4.

263. Sussman, S, Baezconde-Garbanati, L., Garcia, R., Barker, D., Samet, JM, Leventhal, A., Unger, JB; Commentary:  Forces that Drive the Vape Shop Industry

96

and Implications for the Health Professions. (Commentary). Eval Health Prof **2016**; 39(3):379-88.

264. Wipfli H, Samet JM. The Global Tobacco Epidemic. Front Public Health Serv Sys Res **2016**:5(5):23-29.

265. Samet JM. Is there more to learn about the epidemiology of lung cancer? (Commentary) European Journal of Epidemiology. **2016**.

266. Samet JM. The burden of disease from air pollution in Israel: How do we use burden estimates to advance public health? (Commentary) Isr J Health Policy Res. **2016**;5:63.

267. Brownson RC, Samet JM, Bensyl DM. Applied epidemiology and public health: are we training the future generations appropriately? (Commentary) Ann Epidemiol **2017**; 27(2):77-82.

268. Samet JM. Preventing lung cancer in people who have never smoked. (Commentary) Cancer Prevention. **2016**; 28:5.

269. Samet JM, Burke TA, Goldstein BD. The Trump Administration and the Environment: Heed the Science (Commentary). NEJM. **2017**; 376(12):1182-1188.

270. Thurston GD, Kipen H, Annesi-Maesan I, Balmes J, Brook RD, Cromar K, De Matteis S, Forastiere F, Forsberg B, Frampton MW, Grigg J, Heederik D, Kelly FJ, Kuenzli N, Laumbach R, Peters A, Rajagopalan ST, Rich D, Ritz B, Samet JM, Sandstrom T, Sigsgaard T, Sunyer J, and Brunekreef B. A joint ERS/ATS policy statement: what constitutes an adverse health effect of air pollution? An analytical framework. Eur Respir J. **2017**; 49(1).

271. Samet JM, Berrington de González A, Dauer LT, Hatch M, Kosti O, Mettler Jr FA, Satyamitra MM. Gilbert W. Beebe Symposium on 30 Years after the Chernobyl Accident Workshop Report. Current and Future Studies on Radiation Health Effects. **2017**. [submitted

## Exhibit B

## References

1. Avidan 1997: Avidan MS, Jones N, Ing R, Khoosal M, Lundgren C, Morrell DF. Convection warmers - not just hot air. *Anaesthesia* 1997;52:1073-76.

2. Belani 2013: Belani KG, Albrecht M, McGovern PD, Reed M, Nachtsheim C. Patient warming excess heat: the effects on orthopedic operating room ventilation performance. *Anesth Analg* 2013;117:406-11.

3. Darouiche 2017: Darouiche RO, Green DM, Harrington MA, Ehni BL, Kougias P, Bechara CF, O'Connor DP. Association of airborne microorganisms in the operating room with implant infections: A randomized controlled trial. *Infect Control Hosp Epidemiol* 2017;38:3-10.

4. Glass 2013: Glass TA, Goodman SN, Hernan MA, Samet JM. Causal inference in public health. *Annu Rev Public Health* 2013;34:61-75.

5. Huang 2003: Huang JK, Shah EF, Vinodkumar N, Hegarty MA, Greatorex RA. The Bair Hugger patient warming system in prolonged vascular surgery: an infection risk? *Crit Care* 2003;7:R13-16.

6. Jameson 2012: Jameson SS, Rymaszewska M, James P, Serrano-Pedraza I, Muller SD, Hui ACW, Reed MR. Wound complications following Rivaroxaban administration: A multicenter comparison with low-molecular-weight heparins for thromboprophylaxis in lower limb arthroplasty. *J Bone Joint Surg (Am.)* 2012;94:1554-58.

7. Jensen 2010: Jensen CD, Steval A, Partington PF, Reed MR, Muller SD. Return to theatre following total hip and knee replacement, before and after the introduction of rivaroxaban. *J Bone Joint* Dec 31 2010.

8. Legg 2012: Legg AJ, Cannon T, Hamer AJ. Do forced air patient-warming devices disrupt unidirectional downward airflow? *J Bone Joint Surg (Br.)* 2012;94:254-56.

9. Legg & Hamer 2013: Legg AJ, Hamer AJ. Forced-air patient warming blankets disrupt unidirectional airflow. *J Bone Joint (Br.)* 2013;95:407-10.

10. Lowrance 1976: Lowrance WW. Of acceptable risk: science and the determination of safety. Los Altos, CA: William Kaufmann.1976.

11. McGovern 2011: McGovern PD, Albrecht M, Belani KG, et al. Forced-air warming and ultra-clean ventilation do not mix: an investigation of theatre ventilation, patient warming and joint replacement infection in orthopaedics. *J Bone Joint (Br.)* 2011;93:1537-44.

12. Moretti 2009: Moretti B, Larocca AM, Napoli C, et al. Active warming systems to maintain perioperative normothermia in hip replacement surgery: a therapeutic aid or a vector of infection? *J Hosp Infect* 2009;73:58-63.

13. NAS 2017: National Academies of Sciences Engineering and Medicine. Using the 21st century science to improve risk-related evaluations. Washington, DC: The National Academies Press. 2017.

14. Proctor 2012: Proctor R. Golden holocaust: origins of the cigarette catastrophe and the case for abolition. Berkeley: University of California Press. 2012.

15. Rothman 1976: Rothman, Kenneth J. Causes. *American Journal of Epidemiology* 104.6 (1976):587-92.

16. Rothman and Greenland 2005: Rothman KJ, Greenland S. Causation and Causal Inference in Epidemiology. *Am J Public Health* 2005;95:S144-50.

17. Samet & Burke 2001: Samet JM, Burke TA. Turning science into junk: the tobacco industry and passive smoking. *Am J Public Health* 2001;91(11):1742-44.

18. Sessler 2011: Sessler DI, Olmsted RN, Kuelpmann R. Forced air warming does not worsen air quality in laminar flow operating rooms. *Anesth Analg* 2011;113:1416-21.

19. Stocks 2010: Stocks GW, Self SD, Thompson B, Adame XA, O'Connor DP. Predicting bacterial populations based on airborne particulates: A study performed in nonlaminar flow operating rooms during joint arthroplasty surgery. *Am J Infect Control* 2010;38:199-204.

20. USDHHS 2014: U.S. Department of Health and Human Services. The health consequences of smoking—50 years of progress: a report of the Surgeon General. Atlanta, GA: U.S. Department of Health and Human Services, Centers for Disease Control and Prevention, National Center for Chronic Disease Prevention and Health Promotion, Office on Smoking and Health 2014.

21. USDHEW 1964: U.S. Department of Health Education and Welfare. Smoking and health: report of the advisory committee to the Surgeon General. Washington DC: U.S. Government Printing Office.1964; No. 1103.

22. Zink 1993: Zink RS, Iaizzo PA. Convection warming therapy does not increase the risk of wound contamination in the operating room. *Anesth Analg* 1993;76:50-53.

## Exhibit C

## Materials Considered

### Deposition Transcripts and Exhibits in Johnson v. 3M

1. Gary Maharaj August 19, 2015 Deposition Transcript and Exhibits 1-19
2. Gary Hansen August 27, 2015 Deposition Transcript and Exhibits 1-40
3. Daniel Sessler November 20, 2015 Deposition Transcript and Exhibits 1-18

### Deposition Transcripts and Exhibits in Walton v. 3M

1. Gary Hansen February 11, 2015 Deposition Transcript and Exhibits 1-17
2. Gary Maharaj February 19, 2015 Deposition Transcript and Exhibits 65-81
3. Daniel Sessler May 27, 2015 Deposition Transcript and Exhibits 1-34
4. Daniel Sessler July 9, 2015 Deposition Transcript and Exhibits 35-44

### Deposition Transcripts and Exhibits in MDL

1. Kumar Belani September 7, 2016 Final Deposition Transcript
2. Mark Litchy September 28, 2016 Final Deposition Transcript
3. Robert Gauthier October 4, 2016 Final Deposition Transcript
4. Mark Albrecht October 7, 2016 Final Deposition Transcript
5. Gary Hansen November 2, 2016 Final Deposition Transcript and Exhibits 1-27
6. Al Van Duren November 7, 2016 Final Deposition Transcript and Exhibits 46-78
7. Mark Albrecht November 12, 2016 Final Deposition Transcript
8. Christopher Nachtsheim Nov. 29, 2016 Deposition Transcript and Exhibits 1-30
9. Andrew Legg December 1, 2016 Final Deposition Transcript
10. Michael Reed December 4, 2016 Final Deposition Transcript and Exhibits 1-13
11. Andrew Hamer December 4, 2016 Final Deposition Transcript
12. David Leaper December 8, 2016 Final Deposition Transcript
13. Robert Gauthier December 15, 2016 Final Deposition Transcript
14. Michelle Hulse-Stevens Dec. 19, 2016 Deposition Transcript and Exhibits 204-25
15. Paul McGovern January 4, 2017 Deposition Transcript
16. Paul McGovern January 5, 2017 Deposition Transcript and Exhibits 1-27
17. Daniel Sessler January 11, 2017 Deposition Transcript and Exhibits 226-36
18. Andrea Kurz January 12, 2017 Deposition Transcript and Exhibits 237-47
19. 30(b)(6) Representative March 7, 2017 Deposition Transcript and Exhibits 350-51

## Defendant's Expert Reports in Walton v. 3M

1. Joseph Solomkin Expert Report
2. Richard Wenzel Expert Report

## Plaintiff's Expert Reports in Walton v. 3M

1. Yadin David Expert Report
2. Kenneth Diller Expert Report
3. Paul Edelson Expert Report
4. Michael Freeman Expert Report

## Plaintiffs' Expert Reports in MDL

1. Said Elghobashi Expert Report
2. William Jarvis Expert Report

## Literature

1. Albrecht 2009: Albrecht M, Gauthier R, Leaper D. Forced-air warming: a source of airborne contamination in the operating room? *Orthop Rev* 2009;1:e28.

2. Albrecht 2011: Albrecht M, Gauthier R, Belani K, Litchy M, Leaper D. Forced-air warming blowers: an evaluation of filtration adequacy and airborne contamination emissions in the operating room. *Am J Infect Control* 2011;39:321-28.

3. Avidan 1997: Avidan MS, Jones N, Ing R, Khoosal M, Lundgren C, Morrell DF. Convection warmers - not just hot air. *Anaesthesia* 1997;52:1073-76.

4. Beavers & Thoroughman 2007: Beavers S and Thoroughman D. Acinetobacter Infections among Hospitalized Patients in Kentucky. 2006 *Kentucky Epidemiologic Notes and Reports* 2007;42(2):1-5.

5. Belani 2013: Belani KG, Albrecht M, McGovern PD, Reed M, Nachtsheim C. Patient warming excess heat: the effects on orthopedic operating room ventilation performance. *Anesth Analg* 2013;117:406-11.

6. Bernards 2004: Bernards AT, Harinck HI, Dijkshoorn L, van der Reijden TJ, van den Broeck PJ. Persistent *Acinetobacter baumannii*? Look inside your medical equipment. *Infect Control Hosp Epidemiol* 2004;25:1002-04.

2

7. Bischoff 2007: Bischoff WE, Tucker BK, Wallis ML, Reboussin BA, Pfaller MA, Hayden FG, Sherertz RJ. Preventing the airborne spread of Staphylococcus aureus by persons with the common cold: effect of surgical scrubs, gowns, and masks. *Infect Control Hosp Epidemiol* 2007;28(10):1148-54.

8. Brandt 2010: Brandt S, Oguz R, Huttner H, et al. Resistive-polymer versus forced-air warming: comparable efficacy in orthopedic patients. *Anesth Analg* 2010;110:834-38.

9. Brohus 2006: Brohus H, Balling KD, Jeppesen D. Influence of movements on contaminant transport in an operating room. *Indoor Air* 2006;16:356-72.

10. Chen 2017: Chen AF, Kheir MM, Greenbaum JM, Restrepo C, Maltenfort MG, Parvizi J. Surgical case order has an effect on the risk of subsequent periprosthetic joint infection. *The Journal of Arthroplasty* (2017) doi:10.1016/j.arth.2017.02.029.

11. Clark and Calcina-Goff 2009: Clark RP, Calcina-Goff ML. Some aspects of the airborne transmission of infection. *J R Soc Interface* 2009;6 Suppl:S767-82.

12. Cram 2011: Cram P, Lu X, Kaboli PJ, Vaughan-Sarrazin MS, Cai X, Wolf BR, Li Y. Clinical characteristics and outcomes of medicare patients undergoing total hip arthroplasty, 1991-2008. *JAMA* 2011;305(15):1560-67.

13. Cram 2012: Cram P, Lu X, Kates SL, Singh JA, Li Y, Wolf BR. Total knee arthroplasty volume, utilization, and outcomes among Medicare beneficiaries, 1991-2010. *JAMA* 2012;308(12):1227-36.

14. Cristina 2012: Cristina ML, Spagnolo AM, Sartini M, Panatto D, Gasparini R, Orlando P, Ottria G, Perdelli F. Can particulate air sampling predict microbial load in operating theatres for arthroplasty? *PLOS One* 2012;7(12):e52809.

15. Darouiche 2017: Darouiche RO, Green DM, Harrington MA, Ehni BL, Kougias P, Bechara CF, O'Connor DP. Association of airborne microorganisms in the operating room with implant infections: A randomized controlled trial. *Infect Control Hosp Epidemiol* 2017;38:3-10.

16. Dasari 2012: Dasari KB, Albrecht M, Harper M. Effect of forced air warming on the performance of operating theatre laminar flow ventilation. *Anesthesia* 2012;67:224-49.

17. Dirkes & Minton 1994: Dirkes WE, Minton WA. Convection warming in the operating room: evaluation of bacterial spread with three filtration levels. *Anesthesiology* 1994; 81.3A

18. Evans AAOS Bulletin: Evans RP. Laminar air flow in the operating room: How effective is it in reducing infection? *AAOS Bulletin* June 2006.

19. Fletcher 2007: Fletcher N, Sofianos D, Berkes MB, Obremskey WT. Prevention of Perioperative Infection. *J Bone Joint Surg (Am.)* 2007;89:1605-18.

20. Ford & Phillips 2015: Ford J, Phillips P. Systematic Review: Forced air warming versus circulating warm water for the prevention of hypothermia in surgical patients. *Medidex* April 2015.

21. Friberg 2005: Friberg B, Friberg S. Aerobiology in the operating room and its implications for working standards. *Proc Inst Mech Eng H.* 2015;219(2):153-60.

22. Glass 2013: Glass TA, Goodman SN, Hernan MA, Samet JM. Causal inference in public health. *Annu Rev Public Health* 2013;34:61-75.

23. Gjolaj 2009: Gjolaj MP, Ahlbrand S, Yamout IM, Armstrong D, Brock-Utne JG. Don't forget to change the Bair Hugger filter. *ASA Abstracts* 2009;A1168.

24. Hall & Teenier 1991: Hall AC, Teenier T. Poster Presentation: Bair Hugger warmer does not increase microbial contamination in the operating room. *Department of Anesthesiology, University of Texas Southwestern Medical Center* December 9, 1991.

25. Haller 2016: Haller S, Holler C, Jacobshagen A, Hamouda O, Abu Sin M, Monnet DL, Plachouras D, Eckmans T. Contamination during production of heater-cooler units by *Mycobacterium chimaera* potential cause for invasive cardiovascular infections: results of an outbreak investigation in Germany, April 2015 to February 2016. *Euro Surveill* 2016; 21(17):pii=30215.

26. Huang 2003: Huang JK, Shah EF, Vinodkumar N, Hegarty MA, Greatorex RA. The Bair Hugger patient warming system in prolonged vascular surgery: an infection risk? *Crit Care* 2003;7:R13-16.

27.  HUNTAIR Article: Advancing aerobiological quality standards for hospital operating rooms (ORs). *HUNTAIR: a Nortek Air Solutions Brand* 2015 White Paper.

28.  Jaekel 2014: Jaekel DJ, Ong KL, Lau EC, Watson HN, Kurtz SM. Epidemiology of Total Hip and Knee Arthroplasty Infection. *Periprosthetic Joint Infection of the Hip and Knee* 2014:1-14.

29.  Jameson 2012: Jameson SS, Rymaszewska M, James P, Serrano-Pedraza I, Muller SD, Hui ACW, Reed MR. Wound complications following Rivaroxaban administration: A multicenter comparison with low-molecular-weight heparins for thromboprophylaxis in lower limb arthroplasty. *J Bone Joint Surg (Am.)* 2012;94:1554-58.

30.  Jameson and Reed 2016: Jameson SS, Reed MR. Prevention of Periprosthetic Joint Infection: What is the Current Evidence? *Periprosthetic Joint Infections: Changing Paradigms* 2016;45-59.

31.  Jensen 2010: Jensen CD, Steval A, Partington PF, Reed MR, Muller SD. Return to theatre following total hip and knee replacement, before and after the introduction of rivaroxaban. *J Bone Joint* Dec 31 2010.

32.  Kellam 2013: Kellam M, Dieckmann LS, Austin PN. Forced-air warming devices and the risk of surgical site infections. *AORN J* 2013;98:353-66.

33.  Kimberger 2008: Kimberger O, Held C, Stadelmann K, et al. Resistive polymer versus forced-air warming: comparable heat transfer and core rewarming rates in volunteers. *Anesth Analg* 2008;107:1621-26.

34.  Kohler 2015: Kohler P, Kuster SP, Bloemberg G, Schulthess B, Frank M, Tanner FC, Rossle M, Boni C, Falk V, Wilhelm MJ, Sommerstein R, Achermann Y, Oever J, Debast SB, Wolfhagen MJHM, Bruinsma GJBB, Vos MC, Bogers A, Serr A, Beyersdorf F, Sax H, Bottger EC, Weber R, van Ingen J, Wagner D, Hasse B. Healthcare-associated prosthetic heart valve, aortic vascular graft, and disseminated *Mycobacterium chimaera* infections subsequent to open heart surgery. *Eur Heart J* 2015;36:2745-53.

35.  Kowalski & Bahnfleth 1998: Kowalski WJ, Bahnfleth W. Airborne respiratory diseases and mechanical systems for control of microbes. *HPAC* July 1998:34-48.

36. Kurtz 2008: Kurtz SM, Lau E, Schmier J, Ong KL, Zhao K, Parvizi J. Infection burden for hip and knee arthroplasty in the United States. *J Arthroplasty* 2008;23(7):984-91.

37. Kurtz 2012: Kurtz SM, Lau E, Watson H, Schmier JK, Parvizi J. Economic burden of periprosthetic joint infection in the United States. *J Arthroplasty* 2012;27(8):61-65.e1.

38. Kurz 1996: Kurz A, Sessler DI, Lenhardt R. Perioperative normothermia to reduce the incidence of surgical-wound infection and shorten hospitalization. *The New England Journal of Medicine* 1996;334(19):1209-15.

39. Leaper 2009: Leaper D, Albrecht M, Gauthier R. Forced-air warming: a source of airborne contamination in the operating room? *Orthop Rev* 2009;1:e28.

40. Legg 2012: Legg AJ, Cannon T, Hamer AJ. Do forced air patient-warming devices disrupt unidirectional downward airflow? *J Bone Joint Surg (Br.)* 2012;94:254-56.

41. Legg & Hamer 2013: Legg AJ, Hamer AJ. Forced-air patient warming blankets disrupt unidirectional airflow. *J Bone Joint (Br.)* 2013;95:407-10.

42. Leung 2007: A randomized controlled trial of the electric heating pad vs forced-air warming for preventing hypothermia during laparotomy. *Anaesthesia* 2007;62:605-08.

43. Lidwell 1986: Lidwell OM. Clean air at operation and subsequent sepsis in the joint. *Clin Orthop Relat Res* 1986;2011:91-102.

44. Lidwell 1987: Lidwell OM, Elson RA, Lowbury EJL, Whyte W, Blowers R, Stanley SJ, Lowe D. Ultraclean air and antibiotics for prevention of postoperative infection: A multicenter study of 8,052 joint replacement operations. *Acta Orthop Scand* 1987;58(1):4-13.

45. Lowrance 1976: Lowrance WW. Of acceptable risk: science and the determination of safety. Los Altos, CA: William Kaufmann.1976.

46. Maheshwari 2012: Chapter 9 – 2012 Operating Room Design Manual. American Society of Anesthesiologists.

47. Mangram 1999: Mangram AJ, Horan TC, Pearson ML, Silver LC, Jarvis WR. Guideline for Prevention of Surgical Site Infection. *Inf. Control and Hosp. Epid.* 1999;20(4):247-78.

48. Matsuzaki 2003: Matsuzaki Y, Matsukawa T, Ohki K, et al. Warming by resistive heating maintains perioperative normothermia as well as forced air heating. *Br J Anaesth* 2003;90:689-91.

49. McGovern 2011: McGovern PD, Albrecht M, Belani KG, et al. Forced-air warming and ultra-clean ventilation do not mix: an investigation of theatre ventilation, patient warming and joint replacement infection in orthopaedics. *J Bone Joint (Br.)* 2011;93:1537-44.

50. Melling 2001: Melling AC, Ali B, Scott EM, Leaper DJ. Effects of preoperative warming on the incidence of wound infection after clean surgery: a randomised controlled trial. *Lancet* 2001;358:876-80.

51. Memarzadeh (Unpublished): Memarzadeh F. A novel approach to assess the effect of a forced-air patient warming system on increasing the risk of nosocomial infections at the surgical wound site.

52. Memarzadeh 2010: Memarzadeh F. Active warming systems to maintain perioperative normothermia in hip replacement surgery. *J Hosp Infect* 2010.

53. Miyazaki 2007: Miyazaki H, Sato M, Okazaki K. Forced-Air Warmer did not increase the risk of contamination caused by interference of clean airflow. *ASA Abstracts* 2007; A1594.

54. Moretti 2009: Moretti B, Larocca AM, Napoli C, et al. Active warming systems to maintain perioperative normothermia in hip replacement surgery: a therapeutic aid or a vector of infection? *J Hosp Infect* 2009;73:58-63.

55. Nagpal 2014: Nagpal A, Wentink JE, Berbari EF, Aronhalt KC, Wright AJ, Krageschmidt DA, Wengenack NL, Thompson RL, Tosh PK. A cluster of *Mycobacterium wolinskyi* surgical site infections at an academic medical center. *Infect Control Hosp Epidemiol* 2014;35(9):1169-75.

56. Namba 2013: Namba RS, Inacio MCS, Paxton EW. Risk factors associated with deep surgical site infections after primary total knee arthroplasty. *J Bone Joint (Am.)* 2013;95:775-82.

57. NAS 2017: National Academies of Sciences Engineering and Medicine. Using the 21st century science to improve risk-related evaluations. Washington, DC: The National Academies Press. 2017.

58. Negishi 2003: Negishi C, Hasegawa K, Mukai S, et al. Resistive-heating and forced-air warming are comparably effective. *Anesth Analg* 2003;96:1683-87.

59. Ng 2006: Ng V, Lai A, Ho V. Comparison of forced-air warming and electric heating pad for maintenance of body temperature during total knee replacement. *Anaesthesia* 2006;61:1100-04.

60. Noble 1975: Noble, WC. Dispersal of skin microorganisms. *Br J Dermatol* 1975;93(4):477-85.

61. Oie 1996: Oie S, Kamiya A. Survival of methicillin-resistant *Staphylococcus aureus* (MRSA) on naturally contaminated dry mops. *J Hosp Infect* 1996;34:145-49.

62. Parvizi & Karam. Parvizi J, Karam JA. Do Forced-Air Warming Blankets Increase Surgical Site Infections? *3M Publication.*

63. Proctor 2012: Proctor R. Golden holocaust: origins of the cigarette catastrophe and the case for abolition. Berkeley: University of California Press. 2012.

64. Reed 2013: Reed M, Kimberger O, McGovern PD, Albrecht MC. Forced-air warming design: evaluation of intake filtration, internal microbial buildup, and airborne-contamination emissions. *Am Assoc Nurse Anesth J* 2013;81:275-80.

65. Rothman 1976: Rothman, Kenneth J. Causes. *American Journal of Epidemiology* 104.6 (1976):587-92.

66. Rothman and Greenland 2005: Rothman KJ, Greenland S. Causation and Causal Inference in Epidemiology. *Am J Public Health* 2005;95:S144-50.

67. Rubin 2006: Rubin RH. Surgical wound infection: epidemiology, pathogenesis, diagnosis and management. *BMC Infectious Diseases* 2006;6:171

68. Samet & Burke 2001: Samet JM, Burke TA. Turning science into junk: the tobacco industry and passive smoking. *Am J Public Health* 2001;91(11):1742-44.

69. Sandiford & Skinner 2009: Sandiford NA, Skinner J. The prevention of infection in total hip arthroplasty. *Orthopaedics and Trauma* 2009;23(1):8-16.

70. Sax 2015: Sax H, Bloemberg G, Hasse B, Sommerstein R, Kohler P, Achermann Y, Rossle M, Falk V, Kuster SP, Bottger EC, Weber R. Prolonged outbreak of *Mycobacterium chimaera* infection after open-chest heart surgery. *Clinical Infectious Diseases* 2015;61(1):67-75.

71. Scott 2015: Scott AV, Stonemetz JL, Wasey JO, Johnson DJ, Rivers RJ, Koch CG, Frank SM. Compliance with surgical care improvement project for body temperature management (SCIP Inf-10) is associated with improved clinical outcomes. *Anesthesiology* 2015;123:116-25.

72. Sessler 2011: Sessler DI, Olmsted RN, Kuelpmann R. Forced air warming does not worsen air quality in laminar flow operating rooms. *Anesth Analg* 2011;113:1416-21.

73. Sessler 2006: Sessler DI. Non-pharmacologic prevention of surgical wound infection. *Anesth Clin* 2006;24(2):279-97.

74. Sharp 2002: Sharp RJ, Chesworth T, Fern ED. Do warming blankets increase bacterial counts in the operating field in a laminar-flow theatre? *J Bone Joint* (*Br.*) 2002;84:486-88.

75. Shaw 1996: Shaw JA, Bordner MA, Hamory BH. Efficacy of the steri-shield filtered exhaust helmet in limiting bacterial counts in the operating room during total joint arthroplasty. *J Arthroplasty* 1996;11(4):469-73.

76. Shiomori 2001: Shiomori T, Miyamoto H, Makishima K. Significance of airborne transmission of methicillin-resistant *Staphylococcus aureus* in an otolaryngology-head and neck surgery unit. *Arch Otolaryngol Head Neck Surg* 2001;127:644-48.

77. Shuman 2012: Shuman EK, Urquhart A, Malani PN. Management and prevention of prosthetic joint infection. *Infect Dis Clin N Am* 2012;26:29-39.

78. Sigg 1999: Sigg DC, Houlton AJ, Iaizzo PA. The potential for increased risk of infection due to the reuse of convective air-warming/cooling coverlets. *Acta Anaesthesiol Scand* 1999;43:173-76.

79. Sikka & Prielipp 2014: Sikka RS, Prielipp RC. Forced air warming devices in orthopaedics: a focused review of the literature. *J Bone Joint (Am.)* 2014;96:e200(1-7).

80. Singh 2011: Singh VK, Hussain S, Javed S, Singh I, Mulla R, Kalairajah Y. Sterile surgical helmet system in elective total hip and knee arthroplasty. *J Orthopaedic Surgery* 2011;19(2):234-37.

81. Sommerstein 2016: Sommerstein R, Ruegg C, Kohler P, Bloemberg G, Kuster SP, Sax H. Transmission of *Mycobacterium chimaera* from Heater-Cooler Units during Cardiac Surgery despite an Ultraclean Air Ventilation System. *Emerg Infect Dis* 2016.

82. Stocks 2010: Stocks GW, Self SD, Thompson B, Adame XA, O'Connor DP. Predicting bacterial populations based on airborne particulates: A study performed in nonlaminar flow operating rooms during joint arthroplasty surgery. *Am J Infect Control* 2010;38:199-204.

83. Suzuki 1984: Suzuki A, Namba Y, Matsuura M, Horisawa A. Airborne contamination in an operating suite: report of a five-year survey. *J. Hyg. Camb.* 1984;93:567-73.

84. Tan 2016: Tan N, Sampath R, Abu Saleh OM, Tweet MS, Jevremovic D, Alniemi S, Wengenack NL, Sampathkumar P, Badley AD. Disseminated Mycobacterium chimaera infection after cardiothoracic surgery. *OFID* 2016; Brief Report:1-3.

85. Tande & Patel 2014: Tande AJ, Patel R. Prosthetic Joint Infection. *Clin. Microbiol. Rev.* 2014;27(2):302-45.

86. Tsaras 2012: Tsaras G, Osmon DR, Mabry T, Lahr B, St Sauveur J, Yawn B, Kurland R, Berbari EF. Incidence, secular trends and outcomes of prosthetic joint infection (PJI): A population based study, Olmsted County, Minnesota 1969-2007. *Infect Control Hosp Epidemiol* 2012;33(2):1207-12.

87. Tumia & Ashcroft 2002: Tumia N, Ashcroft GP. Convection warmers - a possible source of contamination in laminar flow theatre? *J Hosp Infect* 2002;52:171-74.

88. Wagner 2014: Wagner JA, Schreiber KJ, Cohen R. Using Cleanroom Technology: Improving operating room contamination control. *ASHRAE Journal* Feb 2014:18-27.

89. USDHHS 2014: U.S. Department of Health and Human Services. The health consequences of smoking—50 years of progress: a report of the Surgeon General. Atlanta, GA: U.S. Department of Health and Human Services, Centers for Disease Control and Prevention, National Center for Chronic Disease Prevention and Health Promotion, Office on Smoking and Health 2014.

90. USDHEW 1964: U.S. Department of Health Education and Welfare. Smoking and health: report of the advisory committee to the Surgeon General. Washington DC: U.S. Government Printing Office.1964; No. 1103.

91. Whyte 1976: Whyte W, Vesley D, Hodgson R. Bacterial dispersion in relation to operating room clothing. *J. Hyg. Camb.* 1976;76:367-77.

92. Whyte 1988: Whyte W. The role of clothing and drapes in the operating room. *J Hosp Infect* 1988;11(c):2-17.

93. Williams 1966: Williams REO. Epidemiology of Airborne Staphylococcal Infection. *Bacteriol Rev* 1966;30(3):660-74.

94. Williamson 2017: Williamson D, Howden B, Stinear T. Letter to the Editor: Mycobacterium chimaera spread from heating and cooling units in heart surgery. *N Engl J Med* 2017;376(6):600-02.

95. Wood 2014: Wood AM, et al. Infection control hazards associated with the use of forced-air warming in operating theatres. *J Hosp Infect* 2014;xxx:1-9.

96. Zink 1993: Zink RS, Iaizzo PA. Convection warming therapy does not increase the risk of wound contamination in the operating room. *Anesth Analg* 1993;76:50-53.

**3M Production Documents**

1. 3MBH00000922–24
2. 3MBH00001336
3. 3MBH00001581
4. 3MBH00001582
5. 3MBH00001583–87
6. 3MBH00025739
7. 3MBH00041013
8. 3MBH00045482–85

9.  3MBH00050932–33
10. 3MBH00053034–36
11. 3MBH00054358–60
12. 3MBH00105349
13. 3MBH00107855
14. 3MBH00110370–71
15. 3MBH00111871–72
16. 3MBH00119574–76
17. 3MBH00123460–62
18. 3MBH00127541–42
19. 3MBH00130834–36
20. 3MBH00130837–41
21. 3MBH00130843
22. 3MBH00131560
23. 3MBH00133607–22
24. 3MBH00136547
25. 3MBH00508771–78
26. 3MBH00540276–78
27. 3MBH00551778–82
28. 3MBH00561641–43
29. 3MBH00561646–49
30. 3MBH00576839
31. 3MBH00597741–47

## Third-Party Production Documents

1.  Albrecht_0000274–79
2.  Albrecht_0000280–83
3.  Albrecht_0001622
4.  Albrecht_0001667–71
5.  Albrecht_0002079–86
6.  Albrecht_0002227–34
7.  Albrecht_0002236–37
8.  Albrecht_0002262–71
9.  Albrecht_0002272–74
10. Albrecht_0002275–78
11. Albrecht_0002295–96
12. Albrecht_0002297–98
13. Albrecht_0003348–70
14. Albrecht_0003621–26

12

15. Albrecht_0014377–84
16. Albrecht_0018365
17. Albrecht_0018369
18. Augustine_0000399
19. Augustine_0005121.xls
20. Augustine_0015460
21. Augustine_0015461
22. Augustine_0017515.docx
23. Augustine_0017722
24. Augustine_0018060

### Miscellaneous Documents

1. APIC; Guide to the Elimination of Orthopedic Surgical Site Infections, 2010.

2. 3M Bair Hugger Research Compendium

3. Albrecht Data:
   https://github.com/albre116/LogisticRegressionAugustine/find/master

4. Proceedings of the International Consensus Meeting on Periprosthetic Joint Infection

5. KHN Article: Deadly Infections Linked to Heart Surgery Device Highlight Holes in FDA Monitoring

6. National Academies of Sciences, Engineering, and Medicine Report

7. Centers for Disease Control and Prevention, Healthcare Infection Control Practices Advisory Committee, November 5-6, 2015, Record of Proceedings.

8. Centers for Disease Control and Prevention, Non-tuberculous Mycobacterium (NTM) Infections and Heater-Cooler Devices: Interim Practical Guidance, October 27, 2015.

9. Centers for Disease Control and Prevention, Healthcare Infection Control Practices Advisory Committee, March 31, 2016, Record of Proceedings.

10. Food & Drug Administration, Nontuberculous Mycobacterium Infections Associated with Heater-Cooler Devices: FDA Safety Communication.  October 15, 2015.

11. Food & Drug Administration, Executive Summary: Nontuberculous Mycobacterium Infections Associated with Heater-Cooler Devices during Cardiothoracic Surgery. 2016.

**Exhibit D**

**Statement of Compensation**

In this multidistrict litigation involving the Bair Hugger forced-air warming device, I have provided consultation services at a reasonable rate of $600 USD per hour through a contract between Ciresi Conlin LLP and the University of Southern California. These services include but are not limited to reviewing materials, conducting meetings, and drafting the expert report pertaining to this litigation. I provided these services on behalf of the Department of Preventive Medicine at the Keck School of Medicine of the University of Southern California, 2001 N. Soto Street, Los Angeles, California, 90089-9239. All invoices regarding said services were invoiced by and paid to the Keck School of Medicine.