# EXHIBIT 16

# Laminar air flow | definition of laminar air flow by Medical dictionary

https://medical-dictionary.thefreedictionary.com/laminar+air+flow

sentryair.com ▾
(800) 799-4609
→ Visit Website

**Sentry Air Systems, Inc. - Vertical laminar flow hood**
[Ad]  Proudly Built In USA. Competitive Pricing. Request A Quote. Free Quotes.

Ducted Exhaust Hoods
Available In Several Sizes.
Request a Quote For Our Products.

Portable Clean Room Hoods
Wide Variety Of Clean Rooms.
Request a Quote.

## laminar air flow

Also found in: **Dictionary**, **Thesaurus**, **Acronyms**, **Encyclopedia**.
Related to laminar air flow: **turbulent flow**

### laminar air flow (laf)

[lam′iner]

Etymology: L, *lamina,* plate; Gk, *aer;* AS, *flowan*

a system of circulating filtered air in parallel-flowing planes in hospitals or other health care facilities. The system reduces the risk of airborne contamination and exposure to chemical pollutants in surgical theaters, food preparation areas, hospital pharmacies, and laboratories.

Mosby's Medical Dictionary, 9th edition. © 2009, Elsevier.

### laminar air flow

Filtered air moving along separate parallel flow planes to surgical theaters, patient rooms, nurseries, bacteriology work areas, or food preparation areas. This method of air flow helps to prevent bacterial contamination and collection of hazardous chemical fumes in areas where they would pollute the work environment.
See also: **laminar**

Medical Dictionary, © 2009 Farlex and Partners

airscience.com ▾
(800) 306-0656
→ Visit Website

**Laminar Flow Clean Benches - Air Science® - Reliable Protection**
[Ad]  Purair **Laminar Flow** Hoods are shipped fully assembled. No installation is required. Available in 2 model types with various sizes & options for a total of 11 standard models. Ductless fume hoods. Request a Quote. Biosafety cabinets. Call Today. Types: Ductless Fume Hoods, **Laminar Flow** Hoods, Biological Safety Cabinet, Forensic Lab Equipment, Custom Enclosures, Downflow Workstations.

How to Buy · Quote Request · Filtration Guide



Advertisement. Bad banner? Please let us know Remove Ads

Copyright © 2003-2019 Farlex, Inc

Disclaimer

All content on this website, including dictionary, thesaurus, literature, geography, and other reference data is for informational purposes only. This information should not be considered complete, up to date, and is not intended to be used in place of a visit, consultation, or advice of a legal, medical, or any other professional.