# EXHIBIT 26

Page 1

1              UNITED STATES DISTRICT COURT
2                 DISTRICT OF MINNESOTA
3
4  In Re:  Bair Hugger Forced Air    )
   Warming Products Liability        )
5  Litigation                        )
                                     )
6  This Document Relates To:         )
                                     )
7               All Actions.         )  MDL No.
                                     )  15-2666 (JNE/FLN)
8  _____)
9
10
11
12
13
14
15
16        VIDEOTAPED DEPOSITION OF SAID ELGHOBASHI
17              Newport Beach, California
18               Thursday, June 15, 2017
19
20
21
22
23
24 Reported by:
   ELIZABETH BORRELLI, CSR No. 7844, CCRR, CLR
25 JOB NO. 124785

Page 162

1  Oh, okay. Sorry.
2  I don't recall, yeah.
3  BY MR. GORDON:
4  Q. Okay. Were -- which, if any, of these
5  references were provided to you by counsel?
6  A. I don't think any except -- let's see.
7  Let me go here. Maybe the paper by Noble, it came
8  from counsel, maybe. Noble. There are many --
9  Noble is a well-known guy, but I think one of them
10 came -- yeah, one of them came from counsel, yeah,
11 but the rest is all -- yeah, correct.
12 Q. Okay. Okay. And in your CFD, you sel- --
13 you chose to assume 3 million skin squames.
14 A. Correct.
15 Q. And do you remember the distance from the
16 ground for the floor?
17 A. One centimeter.
18 MS. ANDREWS: Pause, please. We have a
19 technical glitch.
20 I don't see that our realtime is working.
21 I'm wondering if one of these other ones are. It
22 just says lunch.
23 Can you help us with our realtime?
24 THE REPORTER: If we go off.
25 MR. GORDON: Yeah.

Page 163

1  MS. ANDREWS: Thank you.
2  THE VIDEOGRAPHER: Off the video; 4:03.
3  (Off the record.)
4  THE VIDEOGRAPHER: Back on the video
5  record; 6:0- -- or 4:04.
6  BY MR. GORDON:
7  Q. Talking about the parameters you used for
8  the -- the squames in your CFD, how did you decide
9  on 3 million as the number of skin squames?
10 A. So human adult, the skin of a human adult
11 is covered with 4 billion squames. The area of the
12 human body is 2 meters square, and if you use
13 squames measurements, photograph shows about
14 rectangular of a square 25 micron by 25 micron. If
15 you --
16 [Reporter requests clarification.]
17 THE WITNESS: 25 micron by 25 micron. If
18 you divide 4 billion -- if I divide 2 meters squared
19 by that area of one squame, you get 4 billion. I
20 did that, but I found other papers by Snyder showing
21 the same number.
22 BY MR. GORDON:
23 Q. You're talking about --
24 A. S-N-Y-D-E-R.
25 [Reporter requests clarification.]

Page 164

1  THE WITNESS: S-N-Y-D-E-R, Snyder.
2  BY MR. GORDON:
3  Q. That's a paper about retail food
4  operations?
5  A. Correct.
6  Q. Okay. And what was it you got from
7  this --
8  A. He men- --
9  Q. -- Snyder paper?
10 A. He mentioned the number 4 billion squames
11 and has he detailed -- the title looks funny, but
12 it's a scientific paper.
13 Q. Okay. Well, the -- I'm trying -- trying
14 to understand.
15 A. So I'm --
16 Q. Okay. Go ahead.
17 A. Okay. So 2 meters square by a little
18 thing, 25-micron by 25-micron, you get 4 billion.
19 And the paper by Noble said the human being sheds
20 4 billion squames in one to four days. So I took
21 one, which is the very conserve -- I took four days,
22 means 1 billion a day. That's a very conservative
23 estimate.
24 [Reporter requests clarification.]
25 THE WITNESS: Estimate.

Page 165

1  And if you have four medical staff in a
2  room, they will be emitting 4 billion a day each --
3  I mean, 1 billion a day each. If you divide that by
4  24 hours, you get about 40 million squames per
5  person per hour. Multiplied by four, you get
6  160 million squames per hour. And I took 3 million,
7  which is less than 2 percent. I get the very lowest
8  thing and I put them far away from the patient on
9  the floor.
10 BY MR. GORDON:
11 Q. Well, how did you come up with the 2
12 percent?
13 A. It's a small number to divide it over the
14 area around the table.
15 Q. Did you consider the impact of protective
16 clothing that the -- the staff wears?
17 A. Correct. I read about that, yes.
18 Q. And did that factor into your
19 calculations?
20 A. Correct. I mean, it's -- you read a lot
21 about this and I came up with 3 million as a very
22 conservative estimate to be on the floor after one
23 hour of working in the room.
24 Q. Did you -- and did you factor in the
25 impact of the ventilation system on the squames?

```
                                                    Page 166
 1      A.  Okay.  Here we go.  So first I put the
 2  squames all on the floor because in a real room,
 3  they are not on the floor.  It would have been very
 4  easy to put them outside -- above the -- but then I
 5  made it so conservative -- I gave 3M the best
 6  scenario, from number 2 percent of human beings and
 7  all on the floor.  I could have put them in the --
 8  spread in the room, then we follow how they spread.
 9          [Reporter requests clarification.]
10          THE WITNESS:  How they spread,
11  S-P-R-E-A-D.
12  BY MR. GORDON:
13      Q.  Did you read any studies or any literature
14  that suggested that 3 million squames in the area
15  you defined, one centimeter above the floor, is
16  representative of what actually happens in an actual
17  operating room during a surgery?
18      A.  I didn't read a paper that have 3 million.
19  I made an estimate of conserv- -- I could have put
20  10 million or 20 million, which is still a small
21  percentage of the people.  I just took the lowest
22  one.
23      Q.  But you -- your number, whatever it is,
24  assumed, based on your calculations, that the
25  squames that people were -- were shedding were
```

```
                                                    Page 167
 1  settling to the floor and staying there?
 2      A.  Again, I put them on the floor first and
 3  let the fluid mechanics of the room disperse them.
 4  I could -- if I had put them spread already, then I
 5  will be biasing the result that could be go to the
 6  knee directly, if they are above the lamp or
 7  something.  So I made it so that their position
 8  would not be a cause of the result.  So I made it so
 9  that it would not be causing artificial results.  I
10  put them far away from everybody on the floor.
11      Q.  Do you have, other than your own
12  calculations, any support for the idea that
13  3 million squames on the floor in the area you've
14  prescribed is realistic --
15          MS. ANDREWS:  Objection.
16  BY MR. GORDON:
17      Q.  -- based on actual surgeries?
18          MS. ANDREWS:  Objection.  Argumentative.
19  Form.
20          [Reporter requests clarification.]
21          MS. ANDREWS:  Form.
22          THE WITNESS:  When papers say a human
23  being sheds 4 billion squames in one day to four
24  days, I took one day.  I did not take one day.  I
25  took 2 percent of that one day.  To me, that is very
```

```
                                                    Page 168
 1  real realistic, to me.
 2          [Reporter requests clarification.]
 3          THE WITNESS:  Realistic.
 4  BY MR. GORDON:
 5      Q.  Okay.  Did you factor in how -- how many
 6  squames the Bair Hugger unit would be removing
 7  through its own filtration system?
 8      A.  Very good question.  If I had done this
 9  and allowed the filter in the Bair Hugger to allow
10  squames, whatever number, whatever percentage, it
11  will be injected over the body of the patient, and I
12  did not do that.  So I prevented all the squames
13  from being sucked by the blower.  I could have done
14  that, but I didn't.
15      Q.  And the squame size you used was 10
16  microns, right?
17      A.  Correct.
18      Q.  Do you have any idea what the Bair
19  Hugger's filtration efficiency is for 10 -- particle
20  the size of 10 microns?
21      A.  I think it was -- I read about the
22  filtration.
23          MS. ANDREWS:  I just don't want you to
24  speculate --
25          THE WITNESS:  Okay.
```

```
                                                    Page 169
 1          MS. ANDREWS:  -- or guess.
 2          THE WITNESS:  Okay.
 3  BY MR. GORDON:
 4      Q.  Yeah, we -- we started off this morning by
 5  saying that, remember?
 6      A.  Okay.
 7      Q.  Don't speculate, don't guess.
 8      A.  Okay. Okay. Okay.
 9      Q.  Your counsel shouldn't have to --
10      A.  Okay.
11      Q.  -- you know, tell you that anymore.
12      A.  Uh-huh.
13          MS. ANDREWS:  But she will if she needs
14  to.
15  BY MR. GORDON:
16      Q.  Yeah.  But -- but what she's doing is
17  telling you don't answer this question, not --
18          MS. ANDREWS:  You know, Counsel, that
19  colloquy --
20          MR. GORDON:  Well, Counsel, that was the
21  most obvious prompt.
22          MS. ANDREWS:  -- is just absolutely
23  improper.
24          Do you have an -- do you have an answer to
25  the counsel's --
```

Page 202

1  [Reporter requests clarification.]
2  THE WITNESS: Mass flow rate divided by
3  the area of the edges of the drape.
4  BY MR. GORDON:
5  Q. Right. And but it's -- is that -- does
6  the term "slot jet" have any meaning to you?
7  A. Yes, of course, yes.
8  Q. Is what you're describing a slot jet?
9  A. Okay, but it's -- it's a long -- if you
10 wish, it's a long slot jet. It's along the edges.
11 I mean, the slot jet usually, you know, something
12 like this (indicating). This is distributed
13 uniformly of a length, yes.
14 Q. Okay. Have you ever known anyone who has
15 had surgery with a Bair Hugger?
16 A. No.
17 Q. Did you do any research to see what other
18 pieces of equipment might be used in an operating
19 room that generate heat?
20 A. I know there could be other machines, but
21 I didn't do research on it.
22 Q. The same question with respect to machines
23 that could generate air currents, did you do any
24 research there?
25 MS. ANDREWS: Incomplete hypothetical.

Page 203

1  Form.
2  THE WITNESS: Question again, please.
3  BY MR. ASSAAD:
4  Q. Did you do any research to see if there
5  were other pieces of equipment used in operating
6  rooms that generate air currents?
7  MS. ANDREWS: Air currents?
8  MR. GORDON: Yes.
9  MS. ANDREWS: Same objection.
10 MR. ASSAAD: You can answer.
11 MS. ANDREWS: I'm sorry, you can answer.
12 THE WITNESS: Oh, I can answer? I thought
13 you --
14 MS. ANDREWS: Forgive me.
15 THE WITNESS: Okay. The question is --
16 repeat it. Did I do any research on other devices
17 in an operating room that blow air? Is that
18 correct? No, I did not.
19 BY MR. ASSAAD:
20 Q. Or generate air currents, I guess is what
21 I said.
22 A. No.
23 Q. Okay. So your model doesn't consider any
24 other sources of air movement other than the HVAC
25 system and the Bair Hugger; is that correct?

Page 204

1  MS. ANDREWS: Objection.
2  THE WITNESS: The lamp, the surgical lamp,
3  has higher temperature than the ambient air that
4  creates plume air movement, but because it does not
5  have a blower in it, it's just by buoyancy.
6  BY MR. ASSAAD:
7  Q. And thank you. My question is limited to
8  mechanical movement of air, not thermal convection.
9  [Reporter requests clarification.]
10 MR. GORDON: Convection.
11 THE WITNESS: I did not include the
12 computer that has a fan or other device that has
13 fans.
14 [Reporter requests clarification.]
15 THE WITNESS: That has a fan. That have a
16 fan, yeah. Yes.
17 BY MR. GORDON:
18 Q. Okay. And in terms of heat sources, the
19 only ones that you included in your model were
20 the -- was it two surgeons and --
21 A. Four...
22 Q. Four surgeons, two lamps?
23 A. Two lamps, yes.
24 Q. And a patient?
25 A. And the blower.

Page 205

1  Q. And the blower.
2  A. Correct.
3  Q. Those are the only heat sources?
4  A. Correct.
5  MR. GORDON: Thank you.
6  MS. ZIMMERMAN: Are you done?
7  MR. GORDON: Uh-huh.
8  MS. ANDREWS: Sorry, are you finished?
9  MR. GORDON: Yep.
10 MS. ANDREWS: Okay. We need a few
11 minutes.
12 MS. ZIMMERMAN: We'll be back in just a
13 few.
14 MS. ANDREWS: Let me hand you this note.
15 THE VIDEOGRAPHER: Off the video at 5:04.
16 (Discussion off the record.)
17 THE VIDEOGRAPHER: Back on the video
18 record 5:16.
19 EXAMINATION
20 BY MR. ASSAAD:
21 Q. Dr. Elghobashi, my name is Gabriel Assaad,
22 and I represent the plaintiffs in this case. And
23 you and I have met before, correct?
24 A. Yes.
25 Q. Okay. And we asked -- and we retained you

Page 206

1  to do a computation of fluid dynamics study of the
2  Bair Hugger in operating room?
3      A. Yes.
4      Q. Okay. You were asked questions regarding
5  whether or not you considered other devices in the
6  operating room when you performed your analysis. Do
7  you remember those questions from defense counsel?
8      A. I do.
9      Q. Okay. And you said you didn't consider
10 them, correct?
11     A. Correct.
12     Q. Why didn't you consider them?
13     A. I focused, excuse me, on the devices that
14 will have the main impact on the flow on the
15 operating, on the -- yes.
16     Q. Okay. When you said you want the focus on
17 the device, you're talking about focusing on the
18 Bair Hugger, correct?
19     A. Yes, the Bair Hugger and the -- the whole
20 setup. I took the main ingredients that matters for
21 this flow, like devices that are far away and would
22 have little impact on the results.
23     Q. If any, correct?
24     A. Correct.
25     Q. Okay. And by -- and correct me if I'm

Page 207

1  wrong, but I understand when people do research,
2  they try to -- they don't want to have too many
3  variables so they could determine how one variable
4  acts on the environment. Does that sound correct?
5         MR. GORDON: Object to the form of the
6  question.
7         THE WITNESS: It's too general, but if you
8  want to do research, you have to focus in the main
9  ingredients that matter, yes.
10 BY MR. ASSAAD:
11     Q. Okay. And I'm going to jump around a
12 little bit because we are going to try to get out of
13 here.
14        Earlier today you were talking about the
15 measurements you took at Santa Monica. Do you
16 remember those discussions?
17     A. Correct.
18     Q. And your response was: To do, like,
19 temperature and velocity measurements you needed
20 instruments and preparation?
21     A. Correct.
22     Q. Okay. What did you mean by that?
23     A. I meant it will cost you more than a
24 million dollars.
25     Q. Why?

Page 208

1      A. Because PIV need four cameras for 3D and
2  two laser sheets and a lot of equipment for storage
3  and trained personnel; all of them must have many
4  PhDs, yeah.
5      Q. And have you done that in the past?
6      A. I have not.
7      Q. But have you done -- have you read
8  research and people doing that in the past?
9      A. Yeah, I know who -- who are the best in
10 the country.
11     Q. Okay. And you're familiar with the cost
12 of how much that will cost?
13     A. Definitely.
14     Q. Okay. And when you do take measurements,
15 does it make a difference if a person is tak- --
16 doing it by hand as compared to it being done by
17 computers and PIV?
18     A. These days, yes.
19     Q. Why?
20     A. For accuracy you need 3D measurements --
21        [Reporter requests clarification.]
22 BY MR. ASSAAD:
23     Q. Just repeat your answer. For accuracy?
24     A. For accuracy, accuracy, yes; for accurate
25 measurements you need qualified people to do the

Page 209

1  measurements, and I'm not talking about flow
2  visualization, like sheering and all this. I want
3  people to measure three dimensional velocity
4  components, U, V and W, the function of time and
5  space, and then you can do proper comparison.
6      Q. People in your field, do they use a hot
7  wire anemometer to take temperature and velocity
8  measurements to validate a CFD study?
9      A. Not these days.
10     Q. Why not?
11     A. Because they're not accurate.
12     Q. Okay. And the fact that someone is in the
13 room taking that measurements, does that change the
14 results of those measurements?
15     A. Invasive, you don't not need invasive --
16        [Reporter requests clarification.]
17        MR. ASSAAD: Invasive.
18        THE WITNESS: Invasive.
19        [Reporter requests clarification.]
20        THE WITNESS: You -- it should be
21 noninvasive technologies, yes.
22 BY MR. ASSAAD:
23     Q. Okay. And when you give a noninvasive,
24 where no one else is in the room, correct?
25     A. Right.

Page 262

1   A. Yes.
2   Q. Okay.
3   A. He's at Stanford, yeah.
4   Q. And you had -- you met with him, correct?
5   A. We always meet, yeah.
6   Q. Okay. And if he had a problem with your
7   methodology, he would tell you, correct?
8       MR. GORDON: Object to the form of the
9   question.
10  BY MR. ASSAAD:
11  Q. Well, did he ever tell you he had a
12  problem with your methodology?
13  A. What?
14  Q. Did he ever say to you in your meetings
15  when you -- when you -- when you hired his grad
16  students --
17  A. Right.
18  Q. -- that your methodology is not accepted
19  among -- among the -- the fluid mechanics experts?
20  A. No. No.
21  Q. Okay. And you've worked together before
22  with Dr. Apte?
23  A. Not really. I met him many times in
24  conferences and presentations, but I have not worked
25  with him personally.

Page 263

1   Q. And what conferences would you -- were you
2   referring to?
3   A. American Physical Society of Fluid
4   Dynamics.
5   Q. Okay. Have you ever seen Dr. Abraham at
6   any of these societies?
7   A. No, but the -- the conference is quite
8   big. I do not know what -- yeah.
9   Q. All right. Do you keep up to date with
10  all the -- the journals and articles dealing with
11  particle flow in turbulent environments?
12      MR. GORDON: Object to the form of the
13  question.
14      THE WITNESS: Well, I review many of them,
15  so I -- I read -- I review for the leading journals.
16  BY MR. ASSAAD:
17  Q. Okay. Have you ever come across an
18  article on -- on particle movement ever written by
19  Dr. Abraham in turbulent flow?
20  A. No.
21  Q. Okay. Before today, before this case,
22  have you ever heard of Dr. Abraham?
23  A. No.
24  Q. Okay. Based on your review of the 3M
25  videos and a little bit of the pictures in this

Page 264

1   report, do you know whether or not Dr. Abraham
2   used -- or -- or solved for the particle movement
3   through the operating room environment, or did he do
4   something else?
5       MR. GORDON: Object to the form of the
6   question.
7       THE WITNESS: I -- all I see in the report
8   of Dr. Abraham is the fluid particle -- fluid
9   particle -- like motion or, like, tracing of fluid
10  points.
11  BY MR. ASSAAD:
12  Q. Okay. What's the difference between
13  tracing of fluid points that Dr. Abraham did and
14  what you did?
15  A. Okay. If you sprinkle some power in a
16  turbulent flow, these particles do not follow the
17  flow.
18  Q. Wait. Let -- let me understand. Are you
19  saying particles don't follow air flow?
20  A. Do not follow the local air flow.
21  Q. Okay. What do you mean by that?
22  A. Because particles -- particle motion is
23  controlled by drag, lift, added mass, many other
24  terms, plus buoyant -- plus gravity term. If you
25  neglect all these terms, you would be assuming that

Page 265

1   the particle follow the fluid. They don't.
2   Q. Okay. In real life scenarios on stuff
3   that you've worked on in the past --
4   A. Yes.
5   Q. -- does particle follow air flow?
6   A. Only if the particle is 1 micron.
7   Q. Okay.
8   A. Not 25 or not 20 or 10.
9   Q. Okay.
10  A. For that density.
11  Q. Okay. Go ahead.
12  A. The density of the squames is like water.
13  Q. Okay. Are you familiar with the
14  Boussinesq approach that was used by Dr. Abraham?
15  A. Yes.
16  Q. Okay. Is -- as a -- as a person who's an
17  expert in the field of -- of particle movement in
18  turbulent flow -- let's back up further one second.
19  Okay.
20      Does a laminar diffuser -- is the flow in
21  an operating room laminar or turbulent?
22  A. Turbulent.
23  Q. Why is it turbulence?
24  A. Reynolds' number is about 10,000.
25      [Reporter requests clarification.]

Page 266

1 THE WITNESS: Reynolds. Yes.
2 BY MR. ASSAAD:
3  Q. So as a expert in fluid flow, would you
4 consider any operating room have true laminar flow?
5  A. Never.
6  Q. Okay. You have done -- in your CFD
7 analysis, does the -- when the Bair Hugger's turned
8 on, does it increase the intensity of the turbulence
9 around the operating room table?
10  A. Correct. The intensity increases because
11 the rising plume interacts with the ambient air,
12 creates a sheer layer, and therefore, the intensity
13 turbokinetic energy increases.
14  Q. Okay. This -- the calculation that you've
15 done is -- is basically -- turbulence is very
16 important to the -- to the -- solving this problem?
17  A. Definitely.
18  Q. Why is turbulence important?
19  A. Because turbulence increases dispersion of
20 particles and dis- -- and diffusion of any scaler,
21 like heat or any species. Turbulent is a good
22 mixer.
23  Q. So turbulent means mixing?
24  A. Absolutely.
25  Q. Okay. Now, Dr. Abraham used something

Page 267

1 called the Boussinesq approach.
2  A. Yes.
3  Q. Are you familiar with the Boussinesq
4 approach?
5  A. Yes.
6  Q. Okay. How does the Boussinesq -- does the
7 Bouss- -- would a -- the Boussinesq approach be the
8 correct approach in a problem such as this?
9  A. No.
10  Q. Why not?
11  A. Boussinesq approach considered the density
12 of the air or the fluid to be uniform, constant
13 everywhere except for the buoyancy term, which
14 appears in the Navier-Stokes equation. And,
15 therefore, the nonlinear terms in Navier-Stokes
16 equation will not have the influence of density
17 variation.
18       [Reporter requests clarification.]
19       THE WITNESS: Density variation.
20 BY MR. ASSAAD:
21  Q. In -- in a situation like this, how
22 important is density variation?
23  A. It's crucial, because you have a heating
24 source, whether it's a lamp or the air -- Bair
25 Hugger, or the heads of people, any temperature

Page 268

1 variation --
2       [Reporter requests clarification.]
3       THE WITNESS: Temperature variation, the
4 temperature everywhere is not uniform. It varies in
5 time and space. And, therefore, we have to account
6 for the local variation of density in order to have
7 a correct solution -- or reliable solution.
8 BY MS. ANDREWS:
9  Q. Because the partic- -- the density of the
10 air will have an effect on the particle?
11  A. Definitely. Dispersion.
12  Q. And by using the Boussinesq approach,
13 you -- you take away that force on the particle by
14 removing density?
15       MR. GORDON: Object to the form of the
16 question.
17       THE WITNESS: Well, you change -- you are
18 not solving the correct equation. That's what it
19 is.
20 BY MR. ASSAAD:
21  Q. Okay. How does using the Boussinesq
22 approach, how would that affect the calculations
23 that -- that are needed to calculate the particle
24 movements in an operating room?
25  A. It's a -- a general question, and I -- I

Page 269

1 just say, basically, you must use correct equations
2 for a given flow, and Boussinesq is not the right
3 one for this flow.
4  Q. What would Boussinesq be the appropriate
5 flow equation for?
6  A. For -- if you have a -- a room like this
7 with no air conditioning and you have a heat source
8 like a lamp or a candle, that would be a good --
9 it's a --
10       [Reporter requests clarification.]
11       THE WITNESS: Good approximation.
12       Basically, Boussinesq approximation is
13 correct for natural convection. Natural convection
14 means no electric motor, blower or anything.
15 BY MR. ASSAAD:
16  Q. So with an operating room that has a lot
17 of flow coming in from the ceiling --
18  A. Right, right.
19  Q. -- the -- the Boussinesq approach would
20 not be an accurate --
21  A. Be- -- not because of the air coming from
22 the ceiling. Because there are temperature
23 variation in the room for --
24       [Reporter requests clarification.]
25       MR. ASSAAD: Temperature variations.