# EXHIBIT 27

Page 2

1          UNITED STATES DISTRICT COURT
2             DISTRICT OF MINNESOTA
3
4
5  In Re Bair Hugger Forced         )
6  Air Warming Products Liability   )
7  Litigation                       )
8  --------------------------------)
9
10 LOUIS C. GAREIS
11              PLAINTIFF
12 VERSUS                      16-CV-4187
13
14 3M CO., ET AL.
15              DEFENDANTS
   _____
16
17         VIDEOTAPED DEPOSITION
18     SAID ELGHOBASHI, M.Sc., Ph.D., D.Sc.
19            Irvine, California
20         Saturday, February 10, 2018
21
22
23 Reported by:
24 JENNY S. BOOKER, CSR NO. 9237, RPR, CLR
25 JOB NO. 137518

Page 199

1  A. Correct. Correct.
2  Q. But -- so do the squames in the 505 model,
3  do they only stop at the patient's knee and at the
4  intake to the Bair Hugger device?
5  A. Correct.
6  Q. Okay. Do you know -- do you know whether
7  actual squames have any adhesive properties?
8  A. I don't know the biological properties of
9  squames, but it could stick; could not stick. Yeah,
10  that's not my area.
11  Q. Okay.
12  A. Yeah.
13  Q. So coming back to your estimate of the time
14  taken by the squames to reach the operating table on
15  Page 4 of your report --
16  A. Yes.
17  Q. -- am I right that this is before the
18  calculation?
19  A. Correct.
20  Q. You estimated that the effect would be
21  the same but that it would take more time?
22  A. Correct.
23  Q. Okay. What if the flow rate was reduced
24  to 25 CFMs? Would you also estimate that the
25  results would be the same, it would just take more

Page 200

1  time?
2  A. Correct.
3  Q. All right. What if the flow rate were
4  reduced to 15 CFMs?
5  A. Same.
6  Q. Same.
7     What if it were reduced to 1 CFM?
8  A. That's no motion. 1 CFM like very --
9  nothing.
10  Q. Okay. Okay. So you need to have enough
11  motion --
12  A. Yeah.
13  Q. -- to move the squames; is that right?
14  A. Correct. Right. Because you have the
15  grilles in the ceiling, the flow in the room is
16  always turbulent. Never trust anybody that says
17  laminar flow. There is no laminar flow, period.
18  Q. That's one thing I feel like I've finally
19  learned. Okay.
20  A. So this is important. That mean the
21  turbulent eddies I showed in the previous eddies --
22  Q. Yes.
23  A. -- the large eddies --
24  Q. Yes.
25  A. -- will scavenge whatever in the floor,

Page 201

1  bring it up or something.
2  Q. Okay.
3  A. What happens to the Bair Hugger heated
4  air is that it enhances that process, because hot
5  air could rise above the floor.
6  Q. Okay.
7  A. That's --
8  Q. So what if -- all right. So what if we
9  reduced the --
10     MR. ASSAAD: Just -- Corey, that's kind of
11  distracting, you clipping your nails. Could you
12  just --
13     MR. GORDON: I wasn't clipping.
14     MR. ASSAAD: Or you're clipping something.
15  So that noise is just distracting. I'm not upset.
16  I'm just saying, can we just wait till a break?
17     MR. GORDON: All right.
18  BY MR. GOSS:
19  Q. Okay. So I understand what you're saying,
20  that the heated air enhances the process?
21  A. Correct.
22  Q. So if we reduced the temperature from
23  45 -- 40.5 C down to, say, 35, would you expect the
24  same thing to occur, it would just take --
25  A. Okay.

Page 202

1  Q. -- more time?
2  A. Okay.
3     MR. ASSAAD: Objection to form. Irrelevant
4  hypothetical.
5     THE WITNESS: Okay. For -- for a lump
6  of air -- lump of air to rise a distance, it's
7  buoyancy rate. So it rises because something called
8  rho cold minus rho hot sine gravity of acceleration.
9  BY MR. GOSS:
10  Q. Okay. Rho cold --
11  A. Minus rho hot --
12  Q. -- minus rho hot --
13  A. -- time gravity gives a force that lifts
14  that up.
15  Q. That's the buoyant force?
16  A. Yes.
17  Q. Okay.
18  A. So this rho cold will be 16 degrees
19  centigrade. Rho hot, 39.
20  Q. Okay.
21  A. So the hot -- this -- once you have
22  temperature gradient, 16 in the room, air conditioning
23  16, if you put 32, 37, 39, 40, big difference. This
24  is like 22 centigrade difference. Delta Lt is the
25  gradient.