# EXHIBIT 32

1                    ANDREW JOHN LEGG

2         UNITED STATES DISTRICT COURT
          DISTRICT OF MINNESOTA
3

4      - - - - - - - - - - - - - - - - - - - - - - - - -

5   In re Bair Hugger Forced
    Air Warming Products
6   Liability Litigation,

7                        MDL No. 15-2666 (JNE/FLN)

8      - - - - - - - - - - - - - - - - - - - - - - - - -

9      - - - - - - - - - - - - - - - - - - - - - - - - -

10

11              VIDEOTAPED DEPOSITION OF

12                  ANDREW JOHN LEGG

13     - - - - - - - - - - - - - - - - - - - - - - - - -

14

15

16

17          Taken Thursday, December 1st,2016

18

19

20

21

22

23

24   Reported By: Victoria Davies

25   Job No: 115949

Page 106

```
 1                ANDREW JOHN LEGG
 2      Q.  Particle count?
 3      A.  Yes.
 4      Q.  And then this bubble machine?
 5      A.  Correct.
 6      Q.  And you made each of those three
 7  measurements as to three different scenarios.  The
 8  Bair Hugger --
 9      A.  Yes.
10      Q.  -- the HotDog, and a control study where
11  there was no heat.  Correct?
12      A.  Correct.
13      Q.  Was there anything changed between when
14  you took the measurements from the Bair Hugger on
15  the temperature, to when you took the measurements
16  for the HotDog regarding temperature?
17      A.  No.
18      Q.  No change to the machine calculating or
19  measuring the temperature?
20      A.  No.
21      Q.  Was there any changes at between when you
22  were measuring temperature to the control?
23      A.  No.
24      Q.  Likewise, was there any changes made to
25  the particle count machine as between when you
```

Page 107

```
 1                ANDREW JOHN LEGG
 2  measured the forced-air warming blanket and moving
 3  to the HotDog?
 4      A.  No.
 5      Q.  No changes made to the measurement there?
 6      A.  No.
 7      Q.  Again, no changes as between those and
 8  the control?
 9      A.  No.
10      Q.  Were there any changes made to the bubble
11  machine between when you had the Bair Hugger on and
12  the HotDog?
13      A.  No.
14      Q.  Any changes to the bubble machine as
15  between when the Bair Hugger was on and the control?
16      A.  No.
17      Q.  You did your best to keep all of the
18  measurements tools the same?
19      A.  Correct.
20      Q.  Why is that important to you?
21      A.  Because we wanted to find out one thing
22  and that is the effect of the warming device and if
23  we changed other parameters it could have resulted
24  in a misleading outcome.
25      Q.  It was important to you that this paper
```

Page 108

```
 1                ANDREW JOHN LEGG
 2  be accurate?
 3      A.  Correct.
 4      Q.  What was the principle finding in the
 5  mannequin study?
 6      A.  That forced-air warming increased the
 7  temperature over the surgical site, but
 8  fundamentally caused convection currents to be
 9  created and particles drawn up from below the level
10  of the table onto the surgical site.
11      Q.  Have you ever had any classes in
12  engineering?
13      A.  If you class physics as engineering at
14  school, yes, but otherwise no.
15      Q.  Okay.  I take it you would not consider
16  yourself an expert in fluid dynamics, for example?
17      A.  No.
18      Q.  Are you familiar with some of the basic
19  ideas in fluid dynamics?
20      A.  Very basic.
21      Q.  All right.  In this mannequin study, you
22  found 1,000-fold increase in concentration of
23  particles for the forced-air warming blankets, as
24  compared to the radiant warming.  Is that correct?
25      A.  That is correct.
```

Page 109

```
 1                ANDREW JOHN LEGG
 2      Q.  That was significant to you?
 3      A.  Yes.
 4      Q.  Mr. Gordon asked you some questions about
 5  the statistical analysis done in connection with
 6  this study?
 7      A.  Yes.
 8      Q.  Did you do that yourself?
 9      A.  I did.
10      Q.  Do you recall what the p-value was of
11  your calculations?
12      A.  It was -- I can't specifically recall.
13  It was very, very low.  I will have to have a look.
14          THE EXAMINER:  408.
15          MS. ZIMMERMAN:  The p-value is .00 --
16      A.  001.
17      Q.  2.
18          THE EXAMINER:  Where do we find that?
19          MS. ZIMMERMAN:  Middle of the first,
20  second full paragraph on page 408.
21          THE EXAMINER:  Right, thank you.
22  BY MS. ZIMMERMAN:
23      Q.  Is that correct?
24      A.  That is correct.
25          THE EXAMINER:  Do you want to explain
```