# EXHIBIT 48

Page 1

1          UNITED STATES DISTRICT COURT
                DISTRICT OF MINNESOTA
2    ------------------------------------------------
3    In Re:
4    Bair Hugger Forced Air Warming
     Products Liability Litigation
5
     This Document Relates To:
6
     All Actions                        MDL No.
7                                       15-2666 (JNE/FLM)
8    ------------------------------------------------
9
                 VIDEOTAPED DEPOSITION
10
                          OF
11
                 CHRISTOPHER NACHTSHEIM
12
                 Minneapolis, Minnesota
13
              Tuesday, November 29, 2016
14
15   ------------------------------------------------
16
17
18
19
20
21
22
23
24   Reported by:
     Amy L. Larson, RPR
25   Job No. 113495

Page 326

NACHTSHEIM
the question.
    THE WITNESS: That would be the next best alternative.
BY MR. SACCHET:
Q. Why is that?
A. Here what we're doing with the -- with the randomized -- with a clinical trial is that we're going to actually put both -- both types of blankets in practice and we can look at -- look directly at infection rates that result from the two different conditions, and that's the -- that's the clinical study. If you're looking at -- if you want to know about infections, I think you're limited to looking at observational studies such as -- such as the one that we report on.
    We did -- we did experimental studies on bubbles, but we can't do experimental studies on infections without -- without resorting to a clinical trial of some kind.
    So I think that, yeah, I think you probably -- if you want to look at infections, I think you're -- I think you're

Page 327

NACHTSHEIM
probably limited to observational data.
Q. Isn't it true that a well-designed observational study can render results extremely similar to a properly conducted randomized trial --
    MS. GARCIA: Object --
BY MR. SACCHET:
Q. -- on the same subject matter?
    MS. GARCIA: Object to the form of the question.
    THE WITNESS: I think that can happen, but I don't believe that the level of proof reaches the same -- I don't think that the proof reaches the same level of rigor. There's just always that chance in observational studies that -- I mean, I think there's a greater chance that something -- a confounding factor might be present, something you just hadn't thought of.
BY MR. SACCHET:
Q. But it is possible that if statistical significance is found based on observational data, that that significance may be replicated in a randomized control trial?

Page 328

NACHTSHEIM
A. Yes.
Q. So the observational data that is presented in the McGovern study is certainly valuable, is it not?
    MS. GARCIA: Object to the form of the question.
    THE WITNESS: I think it's valuable.
BY MR. SACCHET:
Q. That's why you published the observational data, correct?
A. Yes.
Q. You were previously asked about potentially confounding factors with respect to the observational data that was presented in the McGovern study, correct?
A. Correct.
Q. And some of those potentially confounding factors dealt with infection control measures, correct?
A. Correct.
Q. If we could turn to page 1540 of Exhibit 4, the McGovern study.
A. (Complies.)

Page 329

NACHTSHEIM
Q. I want to make sure that we are on the same page with respect to the change that occurred as to the antibiotic regime. Would you agree that an antibiotic called Gentamycin was applied during the forced-air warming period from July 1st, 2008, to the end of February 2009? It's about halfway down the paragraph.
A. I see it. From July 2008 to February 2009 a single dose of Gentamicin 4.5 was given at -- at induction.
Q. Whereas, a combination of Gentamycin and Teicoplanin -- and I'd be surprised if any of us know how to pronounce it, but that's how I'm going to say it -- was applied during the end of the forced-air warming period and throughout the entire conductive fabric warming period, which would namely be March 1st, 2009, until January 2011, correct?
    MS. GARCIA: Can you please point to where you're reading from?
    MR. SACCHET: So I am interpreting what's said in this paragraph and based on what's presented in Figure 7 so --
    MS. GARCIA: Okay. Then I'll

Page 346

NACHTSHEIM

1
2    p-value was a statistically significant
3    value, correct?
4  A. Yes, correct.
5  Q. So there were fewer wound complications as a
6    result of the use of a low weight molecular
7    heparin --
8  A. Correct.
9  Q. -- compared to Rivaroxaban, correct?
10 A. Yeah, correct.
11      MS. GARCIA: Object to the form of
12   the question.
13 BY MR. SACCHET:
14 Q. However, the study notes that rates for RTT,
15   which we established to be a return to
16   theater for --
17 A. Uh-huh.
18 Q. -- infections, were not significantly
19   different; do you see that?
20 A. Correct. Yes, I do.
21 Q. Assuming the truth -- well, let me back up.
22      Would you also agree that the
23   McGovern study, Exhibit --
24      MS. GARCIA: Four.
25 BY MR. SACCHET:

Page 347

NACHTSHEIM

1
2  Q. -- 4, evaluated joint infections?
3  A. Yes.
4  Q. It did not evaluate wound complications, did
5    it?
6  A. Correct, it did not.
7  Q. Assuming the truth of this study, would you
8    ultimately agree that the change in protocol
9    from Tinzaparin, which is an LMWH, to
10   Xarelto, otherwise known as Rivaroxaban, and
11   then back to Tinzaparin, did not
12   significantly affect the infection rate?
13      MS. GARCIA: Object to the form of
14   the question, to lack of foundation, and it's
15   an incomplete hypothetical.
16      THE WITNESS: Assuming the study
17   was carefully done and generalizable, yes.
18 BY MR. SACCHET:
19 Q. And assuming the study was well done and
20   generalizable, would you agree that the
21   change in thromboprophylaxis noted in the
22   McGovern study, Exhibit 4, did not confound
23   the infection rates?
24      MS. GARCIA: Object to the form of
25   the question.

Page 348

NACHTSHEIM

1
2      THE WITNESS: Assuming -- yes.
3  BY MR. SACCHET:
4  Q. And would you also conclude that, assuming
5    the truth of this study, it would be improper
6    to deselect all of the patients who received
7    Xarelto, otherwise known as Rivaroxaban, from
8    the patient population if the
9    thromboprophylaxis was not a confounding
10   variable?
11      MS. GARCIA: Object to the form of
12   the question.
13      THE WITNESS: It doesn't seem
14   justified in -- on the basis of these
15   results.
16 BY MR. SACCHET:
17 Q. And, in fact, when the coauthors of the
18   McGovern study were in the process of
19   publication, are you aware that at numerous
20   times they sought to collect additional data
21   in support of the study?
22 A. I was not aware of that. I knew that -- I
23   knew that they sought to run this study out
24   in time.
25 Q. Are you aware that when Mr. Albrecht and

Page 349

NACHTSHEIM

1
2    Dr. Reed collected additional data that went
3    beyond January 2011 in the conductive fabric
4    warming population, that the data still
5    showed a significant decrease in infections
6    when conductive fabric warming was used?
7  A. I'm aware of that.
8  Q. Assuming that --
9       MS. GARCIA: Can we take a break
10   shortly?
11      MR. SACCHET: Yeah, give me two
12   minutes.
13 BY MR. SACCHET:
14 Q. Assuming that neither the antibiotic nor the
15   thromboprophylaxis protocol required control
16   because they were not confounding factors as
17   we discussed, you would be confident in the
18   results of the observational study presented
19   in the McGovern data?
20      MS. GARCIA: Object to the form of
21   the question.
22      THE WITNESS: I'm confident that
23   those weren't confounding factors, that those
24   studies are well done. It doesn't rule out
25   the potential for other confounding factors.

Page 350

1    NACHTSHEIM
2         MR. SACCHET: Fair enough.
3    BY MR. SACCHET:
4    Q. And you continue to stand by the results of
5       the observational studies --
6    A. Yes.
7    Q. -- in the McGovern publication?
8    A. I do.
9         MR. SACCHET: Let's take a break.
10        THE VIDEOGRAPHER: We're going off
11      the record at 5:07 p.m.
12        (Whereupon, a brief recess
13        was taken.)
14        THE VIDEOGRAPHER: This is video
15      number 6 in the deposition of Christopher
16      Nachtsheim. Today is November 29th, 2016.
17      We're going back on the record at 5:18 p.m.
18   BY MR. SACCHET:
19   Q. Professor Nachtsheim, if we could turn to
20      Exhibit 5, which is the Belani study.
21   A. I have it.
22   Q. Great. And as to this study, your role was
23      to exclusively review the statistical portion
24      of this study, correct?
25   A. Correct.

Page 351

1    NACHTSHEIM
2    Q. You had no involvement in the setup of the
3       experiment?
4    A. I did not.
5    Q. You had no role in the execution of the
6       physical experiment?
7    A. I did not.
8    Q. You had seen, whether by video or in person,
9       disruption of laminar flow caused by the
10      Bair Hugger before, correct?
11   A. I had, yes.
12        MS. GARCIA: I'm sorry, can I hear
13      that question again? I was thinking and I
14      did not hear the question.
15        MR. SACCHET: Can you -- do you
16      mind repeating it.
17        (Whereupon, the last question
18        was read by the court reporter.)
19        MS. GARCIA: Object to the form of
20      the question, asked and answered.
21   BY MR. SACCHET:
22   Q. So you were familiar with the possibility,
23      based on your personal experience, that the
24      Bair Hugger could disrupt laminar airflow,
25      correct?

Page 352

1    NACHTSHEIM
2         MS. GARCIA: Object to the form of
3       the question, misstates the record and lack
4       of foundation.
5         THE WITNESS: Correct.
6    BY MR. SACCHET:
7    Q. If we could turn to the third page of the
8       study.
9    A. (Complies.) 408?
10   Q. Yes. Do you see the header entitled,
11      "Statistical Analysis"?
12   A. I do.
13   Q. And it reads, "A Poisson regression model for
14      overdispersed data was fit having the sum of
15      bubble counts for each experimental run,"
16      paren, "ten pictures," end parens, "as the
17      response, and the factors identified in the
18      experimental design as predictors plus an
19      interaction term." Do you see that?
20   A. I do, yes.
21   Q. Did you determine that a Poisson regression
22      was the most appropriate statistical model to
23      employ because you were dealing with counts
24      data -- or data counts?
25   A. Yes.

Page 353

1    NACHTSHEIM
2         MS. GARCIA: Object to the form of
3       the question, previously asked and answered.
4    BY MR. SACCHET:
5    Q. And that Poisson regression was a better
6       model to use than, let's say, an ANOVA model?
7         MS. GARCIA: Object to the form of
8       the question, previously asked and answered.
9         THE WITNESS: Yes.
10   BY MR. SACCHET:
11   Q. And if we could just turn our attention one
12      paragraph above that, it says, "For the
13      experimental design, a replicated and equals
14      to 2 by 3 full factorial design was used to
15      assess changes in bubble counts over the
16      surgical site," correct?
17   A. Correct.
18   Q. And what were the factors?
19   A. So the first factor is the anesthesia screen,
20      low grade/high grade, those are the two
21      levels, and then there were three
22      patient-warming devices, conductive fabric,
23      forced-air or no warming device, and that
24      would -- that was considered a control.
25   Q. Does Figure 3, directly above that paragraph,