# EXHIBIT 50

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

---

**Page 1**

UNITED STATES DISTRICT COURT
DISTRICT of MINNESOTA

-------------------

In Re:
Bair Hugger Forced Air Warming
Products Liability Litigation

This Document Relates To:
All Actions          MDL No. 15-2666 (JNE/FLM)

-------------------

DEPOSITION of THEODORE R. HOLFORD
VOLUME I, PAGES 1 - 386
JULY 18, 2017

(The following is the deposition of THEODORE R. HOLFORD, taken pursuant to Notice of Taking Deposition, via videotape, at the Marriott Hartford Downtown, 200 Columbus Boulevard, Hartford, Connecticut, commencing at approximately 9:20 o'clock a.m., July 18, 2017.)

---

**Page 2**

APPEARANCES:

On Behalf of the Plaintiffs:
    Michael A. Sachet and Jan M. Conlin
    CIRESI CONLIN L.L.P.
    225 South 6th Street, Suite 4600
    Minneapolis, Minnesota   55402

On Behalf of Defendants:
    Corey L. Gordon
    BLACKWELL BURKE P.A.
    432 South Seventh Street, Suite 2500
    Minneapolis, Minnesota   55415

ALSO APPEARING:
    Ronald M. Huber, Videotechnician

---

**Page 3**

I N D E X

| EXHIBITS | DESCRIPTION | PAGE MARKED |
|---|---|---|
| Ex 1 | Expert Report of Theodore R. Holford, PhD | 11 |
| 2 | Holford curriculum vitae | 11 |
| 3 | Expert report of Jonathan M. Samet | 11 |
| 4 | Albrecht October 7, 2016 deposition excerpts | 23 |
| 5 | Augustine Biomedical + Design Research and Development Report, 9/14/2007 | 24 |
| 6 | Article, Forced-Air Warming Design: Evaluation of Intake Filtration, Internal Microbial Buildup, and Airborne-Contamination Emissions, by Reed, et al | 28 |
| 7 | Article, Predicting bacterial populations based on airborne particulates: A study performed in nonlaminar flow operating rooms during joint arthroplasty surgery, by Stocks, et al | 46 |
| 8 | E-mail string, 3MBH00050770-1 | 50 |

---

**Page 4**

| | | |
|---|---|---|
| 9 | Article, Association of Airborne Microorganisms in the Operating Room With Implant Infections: A Randomized Controlled Trial, by Darouiche, et al | 54 |
| 10 | Proceedings of the International Concensus Meeting on Peri-prosthetic Joint Infection | 67 |
| 11 | Van Duren March 7, 2017 transcript excerpt | 77 |
| 12 | Article, Convection warmers -- a possible source of contamination in laminar airflow operating theatres? by Tumia, et al | 80 |
| 13 | Article, Forced-air warming and ultra-clean ventilation do not mix, by McGovern, et al | 94 |
| 14 | Computer printout, AUGUSTINE_0005193-487 | 104 |
| 15 | Albrecht October 7, 2016 deposition excerpt | 123 |
| 16 | LogisticRegression analysis, Albrecht, March 11, 2016, Albrecht_0002275-8 | 135 |
| 17 | Gmail string | 140 |

---

1 (Pages 1 to 4)

Page 93

1  on the tabulation of the data; correct?
2       MR. GORDON: Object to the form of the
3  question.
4       A. I -- I suppose he might have. I mean the
5  other -- the other authors certainly did.
6       Q. And that's why you reviewed their deposition
7  testimony; correct?
8       A. That's -- that's part of what I -- what I --
9  what came out of my review of their testimony, yes.
10      Q. Is --
11      So everything that's been marked on page 14
12  of your report, in addition to the recent Augustine
13  study, are the materials that you reviewed in drafting
14  your report and providing testimony today.
15      A. Well the recent Augus -- Augustine study I
16  saw after --
17      Q. Yes.
18      A. -- this was submitted, so that's not on here
19  because I -- I hadn't seen it when I wrote this.
20      Q. But that's the totality of evidence up to
21  this point in time.
22      A. That's pretty much it, yes. Yes.
23      MR. GORDON: I -- I think he also reviewed
24  the Samet testimony about the Augustine article.
25      THE WITNESS: Oh, I'm sorry, yes.

Page 94

1       MR. SACCHET: Okay.
2       THE WITNESS: There was also that.
3       Q. Okay. So no other articles other than
4  what's been listed on page 14.
5       A. No.
6       Q. And no other deposition transcripts aside
7  from Samet and I think you said Augustine.
8       A. I saw -- I saw just a couple of pages of --
9  of Augustine, but --
10      Q. Okay. Did you perform any independent
11  investigation outside of what was provided to you?
12      A. No.
13      Q. So everything that you're relying on is what
14  3M provided to you.
15      A. That's correct.
16      Q. Okay. With respect to the McGovern study,
17  I'd like to review that quickly. I assume that we are
18  on the same page, doctor, with calling this study "the
19  McGovern study," which is the one that you discuss in
20  your report; correct?
21      A. Yes.
22      (Exhibit 13 was marked for
23      identification.)
24  BY MR. SACCHET:
25      Q. We have handed you what has been marked as

Page 95

1  Exhibit 13. The title is "Forced-air warming and
2  ultra-clean ventilation do not mix" by McGovern et al;
3  correct?
4       A. Correct.
5       Q. I do not know whether you will need the
6  study to answer these questions, but feel free to
7  refer to it as you see fit.
8       There were two components to this study;
9  correct?
10      A. That's correct.
11      Q. There was a study of bubbles in an
12  experimental setting, and then there was the
13  observational data aspect of the study; correct?
14      A. Yes.
15      Q. And the first part of the study, which we've
16  discussed a little bit, found a significant increase
17  in the amount of bubbles over the surgical site in
18  this experimental study when the Bair Hugger was used
19  compared to a conductive warming device; correct?
20      A. That's what they report, yes.
21      Q. Okay. And the second part, which involved
22  the observational data set, involved 1,437 patients;
23  correct?
24      A. I think that's right.
25      Q. Table II, you might have to do a little

Page 96

1  math, --
2       A. Yeah.
3       Q. -- or I believe on page 1541 you'll see it
4  in the bottom left-hand corner.
5       A. Yeah. Okay.
6       Yeah, 1066 and 371 are the two groups.
7       Q. Which adds up though 1437.
8       A. Okay. Yeah, right.
9       Q. And the -- the study period was 2.5 years;
10  correct?
11      A. I think that's right, yes.
12      Q. You can look at page 1540 --
13      A. Yeah.
14      Q. -- on the left-hand side under "Joint
15  Infection data."
16      A. Right.
17      Q. And deep joint infections as opposed to
18  superficial or wound infections was the outcome of
19  interest; correct?
20      A. That's correct.
21      Q. And there were three warming phases, there
22  was the Bair Hugger period, a transitional period, and
23  a conductive warming period; correct?
24      A. That's correct.
25      Q. And during the Bair Hugger period there was

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 97

1  a change in the antibiotic; correct?
2      A.  That's correct.
3      Q.  The first antibiotic was Gentamicin;
4  correct?
5      A.  Yes.
6      Q.  And the second antibiotic was Gentamicin
7  plus Teicoplanin.
8      A.  That's correct.
9      Q.  Are you comfortable referring to that
10 protocol as GenTeic?
11     A.  Okay.
12     Q.  There was also a change in the
13 thromboprophylaxis.
14     A.  That's right.
15     Q.  The first thromboprophylaxis was tinzaparin
16 during the Bair Hugger arm of the study; correct?
17     A.  Yes.
18     Q.  And in the last six months of the Bair
19 Hugger arm there was a change to rivaroxaban; correct?
20     A.  That's correct.
21     Q.  Are you okay with referring to rivaroxaban
22 as Xarelto?
23     A.  Okay.
24     Q.  It's just the pharmaceutical name of -- of
25 that thrombo.

Page 98

1         And in the Hot Dog period patients went back
2  and received tinzaparin as opposed to Xarelto;
3  correct?
4      A.  That's correct.
5      Q.  Okay.  So results reported in Table II of
6  this study show that three out of 371 patients
7  developed a deep joint infection in 60 days; correct?
8      A.  That's correct.
9      Q.  And the percentage of that infection rate is
10 .8 percent; correct?
11     A.  Correct.
12     Q.  As also reported in Table II, 32 out of
13 1,066 patients developed a deep joint infection after
14 receiving the Bair Hugger warming; correct?
15     A.  That's correct.
16     Q.  The change from the infection rate of the
17 Bair Hugger --
18        Which is three percent; correct?
19     A.  Yes.
20     Q.  -- to the .8 percent is a marked decline; is
21 it not?
22        MR. GORDON:  Object to the form of the
23 question.
24     A.  It -- it is -- it is lower, yes.
25     Q.  Would you agree that it's a marked decline?

Page 99

1        MR. GORDON:  Object to the form of the
2  question.
3      A.  I don't under -- what do you mean by --
4        What is "marked?"
5      Q.  Have you asked Dr. Borak?
6      A.  The meaning of --
7        It's -- it's not a quantitative term that
8  I'm familiar with.
9      Q.  So to the extent that Dr. Borak used that
10 language in his report, you wouldn't feel comfortable
11 with the same language.
12     A.  I'm not fam --
13        I have not read his report.  I mean it's
14 a -- it's a -- it's a -- it's a substantial -- it's a
15 big decline, yes.
16     Q.  A big decline.
17     A.  It is a big difference.
18     Q.  And the p-value reported in Table II is
19 .024; correct?
20     A.  That's -- that is the reported value, yes.
21     Q.  And that reported p-value is statistically
22 significant based on the 95 percent confidential
23 interval; correct?
24     A.  I would disagree with your language.
25     Q.  Okay.  It's maybe not meaningful.  I

Page 100

1  apologize.
2      A.  Yeah.  It -- it -- it is significant at the
3  five percent level, yes.
4      Q.  Okay.  So I always say this wrong, but
5  perhaps you can edify me.  If you have a statistically
6  significant p-value using a 95 percent or five -- five
7  percent threshold, --
8      A.  Yes.
9      Q.  -- does that mean that if you repeated the
10 study a hundred times using the same -- a similar
11 population of patients, that you would expect the same
12 outcome at least 95 -- 95 times out of a hundred?
13     A.  No.
14     Q.  Okay.  What --
15        So please edify.
16     A.  What that means is if -- if there is no
17 association and you repeat the study, you're comparing
18 two groups where there is no effect, then just five
19 percent of the time you will reject the -- you will
20 reject the -- the null hypothesis, which is that there
21 is no effect.
22     Q.  Okay.  So is another way to think about it
23 is there's a five-percent chance of getting a false
24 positive?
25     A.  No, it's not looking at the false positive.

25 (Pages 97 to 100)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 125

1  remember exactly where -- where it is.
2       Reed said it.
3    Q. This is Mr. Albrecht. Do you think Mr.
4  Albrecht said there was an error?
5    A. I seem to recall he -- that -- that there
6  was. I don't remember exactly where -- where it is.
7  It's a fairly long report.
8    Q. Let's keep going then. If you can go to
9  internal page 142, page 37 at the bottom, line 16, Mr.
10 Gordon asked, "I have something that's going to help.
11 But first I want to establish that -- that is a
12 printout of the data that Dr. Reed would have provided
13 to you and from which you generated your statistical
14 analysis that became the observational component of
15 Exhibit 8."
16      Do you see that question?
17   A. Yes.
18   Q. I'll represent to you that Exhibit 8 is the
19 McGovern study --
20   A. Okay.
21   Q. -- and I'll also represent to you that the
22 data set that Mr. Gordon is referring to is Albrecht
23 Exhibit 10.
24   A. Okay.
25   Q. The answer is, "I'm assuming, but there's no

Page 126

1  way for me to verify something like this."
2    A. Okay.
3    Q. So Mr. Albrecht didn't know whether or not
4  Albrecht Exhibit 10 was the final data set, correct,
5  based on this testimony?
6    A. I -- I --
7       Yeah. Apparently, yeah.
8    Q. But you have concluded that, based on Mr.
9  Albrecht's testimony, that Albrecht Exhibit 10 is the
10 final data set; is that correct?
11      MR. GORDON: Object to the form of the
12 question, misstates his test -- misstates prior
13 testimony.
14   Q. Is your testimony not that Albrecht Exhibit
15 10 is the final data set?
16      MR. GORDON: Same objection.
17   A. I don't -- I don't --
18      I'm taking Exhibit 10 as it -- as it -- as
19 it is. I mean what --
20      What do you mean by "final data set?"
21   Q. Well you've already said that the data set
22 that is in Albrecht 10 is not the data that was in the
23 study; correct?
24   A. A tabulation based on -- based on that --
25 that data set doesn't agree with the paper.

Page 127

1    Q. Yeah.
2    A. Yeah.
3    Q. And Mr. Albrecht in this testimony is saying
4  he doesn't know whether it's the final data set.
5    A. Okay.
6    Q. And Mr. Albrecht also said in the testimony
7  we read a moment ago that there were three infections
8  in the Hot Dog arm that were analyzed with respect to
9  the paper; correct?
10   A. That's --
11      He's, I assume, re -- reporting back what --
12 what was actually published in the paper, what this
13 tabulation that's in the paper showed.
14   Q. He says the data set that was analyzed there
15 was three.
16   A. So what is he referring --
17      When he says "data set," what does he mean?
18 I don't know quite what he -- what he's referring to.
19 Is he referring to the data -- the tabulation that was
20 made from the data, or is he talking about the -- the
21 original file?
22   Q. You're aware that not even Mr. Gordon knows
23 whether Exhibit 10 is the final data set; correct?
24      MR. GORDON: Object to the form of the
25 question, lack of foundation.

Page 128

1    A. I don't know what Mr. Gordon knows or
2  doesn't know about that.
3    Q. Let's look at page 163, which is 42 at the
4  bottom. Are you there, doctor?
5    A. Okay.
6    Q. Line 17, Mr. Gordon asks -- or states, "And
7  I want to make it very clear, I have no idea if
8  Exhibit 10 is the original data" --
9       Albrecht answers: "I don't either."
10      Do you see that?
11   A. Okay.
12   Q. So Mr. Gordon doesn't know if it's the final
13 data set, Mr. Albrecht doesn't know whether it's the
14 final data set, Mr. Borak in his report uses the word
15 "apparent" data set, you don't know whether it's the
16 final data set --
17   A. Well the question is not "final," question
18 is "original."
19   Q. Okay. So let's say the original data set.
20   A. Okay.
21   Q. Mr. Gordon doesn't know if Exhibit 10 is the
22 original data set.
23   A. Okay.
24   Q. Mr. Albrecht also doesn't know whether
25 Exhibit 10 is the original data set.

32 (Pages 125 to 128)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 129

1  A. Yeah.
2  Q. Mr. Borak also doesn't know whether Exhibit
3  10 is the original data set.
4  A. Okay.
5  Q. And you don't know.
6  A. I don't.
7  Q. To the extent that you rely on Albrecht
8  Exhibit 10, not knowing whether or not it's the
9  original data set, it could be a data artifact issue;
10 could it not?
11     MR. GORDON: Object to the form of the
12 question.
13 A. If -- if there's an error in -- in --
14    I mean if -- if the file is not the correct
15 data, then there -- there could be -- there -- there
16 would be a problem with -- with the analysis.
17 Q. And -- and you don't know whether or not
18 there is a problem with the data.
19 A. I don't know. I don't know if there is or
20 if there is not.
21 Q. You know that there's a missing page.
22 A. You --
23    There is one missing page.
24 Q. You know that the missing page contains or
25 may not contain information regarding deep joint

Page 130

1  infection during the Bair Hugger study period;
2  correct?
3  A. It was --
4     I wasn't looking at the individual pages, as
5  I've -- as I've said, --
6  Q. Yeah.
7  A. -- and -- and my under -- I --
8     I don't know if this is the same data set
9  that -- that Albrecht was -- was looking at when he
10 did the -- his -- his calculations.
11 Q. Thank you.
12    Do you have any other reason to assume that
13 Albrecht Exhibit 10 is the original or final data set?
14    MR. GORDON: Object to the form of the
15 question.
16 A. I mean why is Exhibit 10 as part of the
17 Albrecht testimony?
18 Q. Why is it?
19 A. Yeah. How did it get there?
20 Q. Mr. Gordon marked --
21 A. Okay.
22 Q. -- Exhibit 10 at the deposition.
23 A. And I mean the assumption is is that that is
24 the data on which this is based.
25 Q. You're making that assumption even though

Page 131

1  Mr. Albrecht has said that the data set that was
2  analyzed, there was three deep joint infections.
3  A. Yes.
4  Q. You're making that assumption even though
5  Mr. Gordon said that Exhibit 10, he didn't know
6  whether it was the original data set.
7     MR. GORDON: You're -- you're actually --
8     You're reading only a portion of the
9  testimony and you're --
10    MR. SACCHET: I think you're testifying
11 right now, Mr. Gordon.
12    MR. GORDON: Well no. I mean --
13    But come on.
14    MR. SACCHET: I'm --
15    MR. GORDON: If you're going to quote me,
16 quote what I said; don't make -- don't -- don't --
17    MR. SACCHET: Okay.
18    MR. GORDON: -- don't screw up the record by
19 selectively quoting half of what I said.
20    MR. SACCHET: Yeah. I'll read the sentence.
21    MR. GORDON: Read the whole sentence.
22    MR. SACCHET: "And I want -- I want to make
23 it very clear, I have no idea if Exhibit 10 is the
24 original data" --
25    MR. GORDON: And you see the thing it says

Page 132

1  after that? It says dash --
2     MR. SACCHET: Dash.
3     MR. GORDON: -- and continues on with the
4  rest of what I said.
5     MR. SACCHET: -- "or the -- the newer data
6  that's slightly conflicted."
7  Q. Does that change your mind?
8  A. What is the question?
9  Q. The question is: Mr. Albrecht has said that
10 there was three infections in the Hot Dog period based
11 on the data that was analyzed.
12 A. Yes.
13 Q. Mr. Gordon has said he doesn't know if
14 Exhibit 10 is the original data or the newer data
15 that's slightly conflicted.
16 A. Yes.
17 Q. Dr. Borak has said that it apparently could
18 be.
19 A. Yes.
20 Q. You just told me that you're assuming
21 Albrecht Exhibit 10 is the final data set.
22    MR. GORDON: I object to the form of the
23 question.
24 A. Well I'm -- I'm -- that --
25    Exhibit 10 is the data on which I did the

33 (Pages 129 to 132)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 221

1 the -- with the confidence interval is it kind of
2 depends on the logarithm, so it's more on the log
3 scale, so that's part of what happens. I mean this
4 odds ratio is 4.77, so it's quite a bit bigger than
5 the odds ratios we were finding associated with Bair
6 Hugger use. So that's -- that's of course just a
7 point estimate, and so we're talking about a higher
8 range, so the range is going to be -- going to tend to
9 be somewhat wider because -- because we're up there.
10 And of course the -- the total sample size, total
11 number of individuals involved is -- is quite a bit
12 smaller than -- than -- because it -- it's just
13 based --
14     It comes out to be a subset of the -- of the
15 Bair Hugger study because it's only the Bair Hugger
16 period, so it's reduced in that way, and then the
17 other thing is that it's not the entire period, it's
18 just part of it, so we -- you're splitting that data
19 set up. And so your total sample size has gone down,
20 and that increases the -- that decreases the sample
21 size and in general makes the estimates less precise.
22     Q. But there's no doubt that the confidence
23 interval in this Jensen reanalysis, which is in your
24 report on page five, is double the width of the
25 McGovern confidence interval; correct?

Page 222

1     A. That seems to be what it is, yes.
2     Q. That is what it is.
3     A. Okay. Yeah.
4     Q. Your report also states that when applying
5 Albrecht Exhibit 10 and McGovern Exhibit 16, that the
6 p-value -- or that the odds ratio is 2.76 when using
7 Fisher's exact; correct?
8     A. Well that -- that -- yeah. And that --
9 that's not --
10     The -- the test, the Fisher's exact, has to
11 do with the p-value, not the -- not the estimate of
12 what the odds ratio is.
13     Q. So on page two of your report when you say
14 the odds ratio for this comparison is 2.76, where did
15 you get that from?
16     A. That's just a cross-product ratio for that
17 table.
18     Q. And is that -- okay.
19     So the 2.76 derives from Albrecht Exhibit 10
20 and McGovern Exhibit 16.
21     A. That's right. It's a tabulation of those
22 data. I mean it's --
23     Yeah.
24     Q. And it's only accurate insofar as those
25 exhibits are accurate; correct?

Page 223

1     A. Well the accuracy depends on -- on the -- on
2 the --
3     Q. Cross product.
4     A. Well the point estimate is the cross
5 product. The -- the confidence interval depends on
6 this Fisher-like distribution. It's not --
7     It's an exact kind of calculation that --
8 that -- that's involved, but it's kind of a lengthy
9 calculation that roughly depends on the standard
10 error.
11     Q. So I might need to back up because I don't
12 know if I'm fully understanding what you're saying.
13 But the odds ratio reported in the McGovern study was
14 3.8; correct?
15     A. Yes.
16     Q. And then in your report on page two you say
17 the odds ratio for this comparison is 2.76, and
18 what --
19     A. That's in the tabulation I used, yes.
20     Q. -- what data are you using to derive that
21 odds ratio?
22     A. The --
23     MR. GORDON: Arithmetically, or the
24 underlying data?
25     MR. SACCHET: Arithmetically.

Page 224

1     A. Well it's the -- it's the -- two point --
2     Where is that? Oh, here we are. Okay.
3 Yeah. That's based on this -- this table that is the
4 four out of 372 and 31 out of 1065.
5     Q. And where did you get that data?
6     A. That's from -- from --
7     Was it Albrecht 10?
8     Q. Okay. You would agree that that odds ratio
9 is still above 2.0; correct?
10     A. Yes.
11     Q. Would you agree that an odds ratio of 2.0 is
12 often referred to as a doubling of the risk?
13     A. It -- it is, yeah.
14     Q. And -- and that means you're 50 percent more
15 likely to experience the outcome after exposure to the
16 variable than the count as actual?
17     MR. GORDON: Object to the form of the
18 question.
19     A. Well if -- what it would imply, if -- if --
20 if the odds ratio was -- if the --
21     The odds ratio is actually a ratio of odds.
22 The statement that you made as -- is re -- is
23 related -- you state it as a ratio of -- of risks,
24 which would typically mean a ratio of the -- of the
25 incidence rates.

56 (Pages 221 to 224)

Page 225

1   Q.  Okay.
2   A.  So when the incidence rates are small, those
3   two are very similar, okay, and so they're roughly
4   used in that way.  So an odds ratio of two, it's --
5   strictly speaking it's twice the odds of getting an
6   infection, although it's going to be very close as --
7   to -- to twice the incidence.
8   Q.  Okay.
9   A.  So if -- well if -- if you're saying that
10  the -- the Hot Dog is the norm and the odds ratio is
11  two, that would say that the Bair Hugger has twice the
12  risk.
13  Q.  Okay.
14  A.  That's how -- how you would roughly
15  interpret that statement.
16  Q.  Okay.
17  A.  Depending on whether or not -- whether that
18  statement is correct we might disagree on, but --
19  Q.  So if the incidence of disease in an exposed
20  group is more than twice the incidence in the
21  unexposed group, the probability that exposure to the
22  agent caused a similarly situated individual is also
23  greater than 50 percent; correct?
24  A.  If -- if that estimate is -- is accurate,
25  that's roughly what it would -- what it would be --

Page 226

1   what it -- what it would mean.
2   Q.  Thank you.
3       Okay.  I'd like to talk a little bit about
4   the other section of your report which deals with the
5   time trend infection rates at Wansbeck, and I guess
6   really the -- the big header is "Infection rate
7   comparison among hospitals" starting on page three, at
8   the bottom of page three, and then continuing into
9   four and five.
10      So to be clear, in your report you note that
11  there is a .6 percent infection rate among NHS trust
12  in 2010 to 2015; correct?
13  A.  Yes.
14  Q.  And when you cite a 2.9 percent infection
15  rate at the top of page four, that is based also on
16  the Albrecht Exhibit 10 and McGovern Exhibit 16 data;
17  correct?
18  A.  That's right.
19  Q.  And to be clear, that infection rate as it
20  relates to Bair Hugger patients was during the 2008
21  and 2009 time period; correct?
22  A.  That's correct.
23  Q.  So you are comparing an infection rate of
24  Bair Hugger patients in 2008 and 2009 to an infection
25  rate from 2010 to 2015.

Page 227

1   A.  That's right.
2   Q.  They are two different time periods;
3   correct?
4   A.  That's correct.
5   Q.  That's an apples-to-orange comparison; isn't
6   it?
7       MR. GORDON:  Object to the form of the
8   question.
9   Q.  Let me put it this way:  It's not externally
10  generalizable.
11  A.  It's not --
12      What do you mean?
13  Q.  It's not externally valid.  I mean if -- if
14  you're looking at a date range of 2010 to 2015, you
15  don't know for sure whether that --
16  A.  Yeah.
17  Q.  -- infection rate should apply to prior
18  years; do you?
19  A.  Well if -- if things are reasonably --
20      I mean the -- the assumption there is that
21  there's not a huge temporal trend going on in
22  infection rates in the U.K., and so my -- my
23  assumption is -- I -- I didn't have --
24      Ideally, I would have had the data for the
25  same years.  I didn't.

Page 228

1   Q.  Okay.
2   A.  And so I used the best data that I could get
3   ahold of to -- to see what the experience was at other
4   hospitals using Bair Hugger at this time to get a
5   comparison of how Wansbeck fit -- fit in with the --
6   with the experience at other hospitals.
7   Q.  Did you try to get data from 2008 to 2009?
8   A.  I didn't have -- I didn't have a -- didn't
9   come across a good way of doing that.
10  Q.  Okay.  But you recognize that it's two
11  different time periods.
12  A.  Yes, I do.  Uh-huh.
13  Q.  Are you aware of infection rates in the
14  United States as opposed to infection rates reported
15  by the NHS in the U.K.?
16  A.  No.  I don't know what the rates are in the
17  U.S.
18  Q.  So you do not know whether the rates of
19  infection as reported in the McGovern study are
20  comparable to rates in the United States.
21  A.  I don't have a direct es -- estimate of
22  rates in the United States.  My assumption is that
23  they're not too different, but --
24  Q.  But --
25  A.  -- I don't know.  I don't have the data.

Page 245

1    A.   That's -- that's -- that's what he reported.
2    Q.   Are you aware that Dr. Reed also testified
3  that to rely on data prior to July 1st, 2008 would be,
4  quote, very unreliable, end quote?
5    A.   That's what he reported.
6         I mean related to this, I mean there's a --
7  there was a review of -- of the procedures that they
8  were using that's referred to in one of the other
9  papers --
10        What is the author?  Starts with a G.
11  Gissell?
12   Q.   Gillson.
13   A.   Gillson.  Thank you.
14        -- that this was all not reviewed until
15  December, so I'm not sure where -- what Reed is
16  referring to.
17   Q.   So you don't believe Dr. Reed's testimony
18  that full surveillance began on Septem -- on July 1st,
19  2008.
20   A.   Well he's -- he's depending on his
21  recollection, --
22   Q.   Okay.
23   A.   -- I assume, in his deposition.
24   Q.   Uh-huh.
25   A.   And I mean that's what he's -- what -- what

Page 246

1  he said in his -- in his deposition; however, that
2  seems to not correspond in a peer-reviewed paper what
3  was said about when this was all reviewed.
4    Q.   So is your statement that in the Gillson
5  article the authors there represented that the full
6  surveillance began in December of 2008?
7    A.   It was reviewed in December.
8    Q.   Reviewed in December.  But you have no
9  knowledge --
10   A.   I don't --
11   Q.   -- as to whether --
12   A.   It doesn't say when it was implemented, --
13   Q.   Okay.
14   A.   -- but that would imply, if it was not
15  reviewed until December, that it would have been not
16  implemented until maybe January.  Right?  I mean if
17  it's not --
18   Q.   January '09?
19   A.   '09.  Yeah.
20   Q.   Okay.  So if full surveillance wasn't
21  implemented until January '09, --
22   A.   Yes.
23   Q.   -- you're relying on data from July -- prior
24  to July 2008.
25   A.   These were the data that were -- were

Page 247

1  provided.  These were the data that I had available to
2  me.
3    Q.   But --
4         So I just want to be clear.  Based on what
5  you just said, it's either possible that full
6  surveillance began on July 1st, 2008 or --
7    A.   Yes.
8    Q.   -- perhaps even January 1st, 2009, --
9    A.   So what --
10        Yeah.
11   Q.   -- but you nonetheless constructed your
12  model on data that was prior to that time; correct?
13   A.   That's -- that's right.
14   Q.   And that data --
15   A.   And --
16   Q.   -- may or may not be complete.
17   A.   And --
18   Q.   Answer the question, please.
19   A.   Well according to Reed's testimony, if
20  Reed's correct, if -- if -- if this is correct, that
21  might be true.
22   Q.   Okay.
23   A.   The other thing that's true, then, if that's
24  what in fact took place, is that six months -- or
25  whatever it is -- six months or so of McGovern is not

Page 248

1  reporting appropriately.
2    Q.   So if this document from the NHS says that
3  since July 2008 hospitals are required to have sys --
4  systems in place to identify patients who are included
5  in the surveillance and later admitted to hospitals
6  with an SSI, would that clarify any doubt as to when
7  full surveillance began in the NHS?
8         MR. GORDON:  Object to the form of the
9  question, lack of foundation.
10   A.   Well there is --
11        I mean you're -- you're raising questions
12  about how accurate the data were recorded, but I mean
13  all of these change -- changes took place during the
14  McGovern study.
15   Q.   If Mr. Reed's testimony is true -- if Dr.
16  Reed's testimony is true --
17        MR. SACCHET:  I just said "mister,"
18  but I --
19        (Discussion off the stenographic record.)
20   Q.   Okay.  If Mr. Reed's testimony is that full
21  surveillance began on July 1st, 2008, that is the
22  start of the Bair Hugger period in the McGovern study;
23  correct?
24   A.   That's --
25        According to his deposition, that -- that's

Page 289

1  you used Albrecht 10, based on the uncontrolled
2  calculation, was 2.76; correct?
3      A.  That's correct.
4      Q.  The decrease in the odds ratio is .6;
5  correct?
6      A.  That's right.
7      Q.  So that would be at best the magnitude of
8  the degree of confounding if there is any confounding,
9  correct, based on your calculation?
10     A.  Yeah.  Well that -- that -- that change
11 would be a change due to controlling for --
12 controlling for use -- use of this -- of -- of this --
13 of this treatment, whatever that corresponds to.
14     Q.  But I want to be clear that the change is .6
15 in the odds ratio; correct?
16     A.  That's right.  That's right.
17     Q.  In your response to Mantel you say that the
18 inference on the disease factor association was quite
19 different when one controlled for age with respect to
20 cancer; correct?
21     A.  It depended --
22         I don't know what the example was here.
23     Q.  Okay.  Would you --
24     A.  Whatever it is.
25     Q.  -- view a change of .6 to be quite

Page 290

1  different?
2      A.  I'd say it's a fair -- fair difference, yes.
3      Q.  Okay.
4      A.  So 2. -- 2.76, yeah, I mean that's --
5  it's --
6      Q.  Approximately 20 percent.
7      A.  Oh, it's more than 26 percent; isn't it?
8  It's --
9      Q.  I don't think so.
10     A.  -- two --
11     Q.  .6 --
12     A.  -- point --
13     Q.  -- on 2.76?
14     A.  Well the 2.76, that's a -- an increase of
15 1.76.
16     Q.  From 2.76 to 2.16 is a difference of .6.
17     A.  Right.
18     Q.  Okay.
19     A.  And so if there's no association, the odds
20 ratio is -- is -- is one.
21     Q.  You're getting that from controlling both --
22     A.  If there's no -- no association, you're
23 looking at --
24     Q.  Correct.
25     A.  -- the ratio of two incidence rates.

Page 291

1      Q.  This odds -- this odds ratio is still above
2  2.0 --
3      A.  It is.
4      Q.  -- when controlling for the
5  thromboprophylaxis; correct?
6      A.  That's right.
7      Q.  There is still a doubling of the risk even
8  when controlling for the thromboprophylaxis; correct?
9      A.  That's right.  So --
10     Q.  Okay.
11     A.  -- if you --
12         You're looking at a difference at -- at the
13 change above one, --
14     Q.  Okay.
15     A.  -- not -- not zero.
16     Q.  But you would still agree that the --
17     A.  It's a fairly big chart -- change.
18     Q.  -- the change --
19         The controlled thromboprophylaxis OR is
20 still above 2.0.
21     A.  It is, yes.
22     Q.  And it --
23         That means it's still a doubling of the risk
24 even when the thrombo --
25     A.  But the point -- the point estimate is

Page 292

1  above.  I mean look at the confidence limits.
2      Q.  Of your calculation?
3      A.  .7 --
4         After you control for it.
5      Q.  Yes.
6      A.  .73 to 8. --
7         I mean it's still --
8      Q.  It's --
9      A.  The estimate of what the effect is is not
10 very precise I would say.
11     Q.  It's a third of the size of your Jensen
12 reanalysis; is it not?  Your Jensen reanalysis has as
13 25-point confidence interval.
14     A.  The 25, that's --
15     Q.  One to 25.
16         MR. GORDON:  Object to the form of the
17 question, assumes facts not in evidence.
18     A.  Yeah.  I -- you're looking at --
19         I mean those are not a fair comparison.  I
20 mean --
21     Q.  Why not?
22     A.  I mean both of them are very poor estimates.
23     Q.  Yours is three times the size --
24     A.  Well you're looking at the range.
25     Q.  -- of this.

Page 293

1  A. Remember, I said, you know, the -- when you
2  construct a confidence interval on an odds ratio, you
3  generally do it on the log transformation, --
4  Q. Okay.
5  A. -- and so once you threw it -- do it in the
6  log, you have to look at it in the log scale.
7  Q. Okay. You would agree, nonetheless, that
8  the odds -- that the confidence interval you
9  calculated based on the Jensen reanalysis is larger
10 than the confidence interval of both the McGovern
11 study and the confidence interval that you report when
12 controlling for the thromboprophylaxis.
13  A. The range of the two would be greater, yes,
14 the range of the two would be greater, but a big part
15 of that reason for the change in the range, the
16 arithmetic difference in that range, is because the
17 odds ration is much smaller. In the other example in
18 the -- in the -- from the -- from the Jensen
19 comparison, the odds ratio was 4.77.
20  Q. Okay.
21  A. So that's more than twice --
22  Q. Okay.
23  A. -- what the odds ratio is here.
24  Q. Your odds ratio is more than three times the
25 ev -- the confidence interval here. Your confidence

Page 294

1  interval is three times the size of the confidence
2  interval even though the odds ratio here is half the
3  amount of the odds ratio you reported --
4  A. Yes. Okay.
5  Q. -- in the Jensen reanalysis.
6  A. Okay.
7  Q. Okay.
8  A. So I don't -- I don't -- I don't understand
9  what your point is. But --
10 Q. My point is that it's clear that the Jensen
11 reanalysis has more variability than does your
12 calculation of the 2.16 odds ratio --
13 A. The difference between the high and low --
14 Q. -- when controlling for the
15 thromboprophylaxis; correct?
16 A. The difference be -- the -- the --
17    The difference between the high and the low
18 of the confidence interval is greater on that one
19 than -- is -- is diff -- quite different between those
20 two. I agree to that.
21 Q. It's greater.
22 A. It's greater. I agree with that.
23 Q. Thank you.
24    As to the Jensen reanalysis, have you
25 published your reanalysis of the Jensen study?

Page 295

1  A. No.
2  Q. So you haven't reviewed any published
3  literature regarding the safety of Xarelto with
4  respect to deep joint infection.
5     MR. GORDON: Objection, asked and answered.
6  A. No, I've --
7  Q. Are you going to publish it?
8  A. No.
9  Q. So there is no published literature that you
10 are aware of that suggests a relationship between the
11 variable of a thromboprophylaxis on the outcome of
12 deep joint infection.
13 A. I don't know of any.
14 Q. Okay. If we could, let me show you another
15 document.
16 A. I mean it is interesting that they in
17 fact -- they seem to have not --
18    They went -- they went back to using the --
19 using the treatment they were originally using even
20 though the Jensen paper did not find it statistically
21 significant.
22 Q. You don't have an ex -- expertise in
23 infectious disease; do you?
24 A. No.
25 Q. You're not a medical doctor.

Page 296

1  A. I'm not.
2  Q. You don't know why they changed back to
3  tinzaparin.
4  A. No, I -- no, I don't. I don't know if this
5  is the basis of it or not.
6  Q. Okay.
7  A. But I mean this was the ba --
8     It was Jensen's paper that -- that McGovern
9  is quoting, right, --
10 Q. Uh-huh.
11 A. -- as the -- as for saying why it's not a
12 confounder?
13 Q. And the Jensen --
14 A. And while the Jensen paper is not -- not
15 statistically significant, --
16 Q. Uh-huh.
17 A. -- they nevertheless changed the policy --
18 changed the regimen that they were using at Wansbeck.
19 Q. Okay. But you don't know why they did.
20 A. No, I don't.
21 Q. Okay.
22 A. I find it interesting.
23 Q. Did you ask anyone why they changed from
24 tinzaparin to Xarelto and back to tinzaparin?
25 A. No.

Page 301

1  Q. Are you aware that the record studies found
2  that Bair Hugger is not related to infection?
3  MR. GORDON: Objection, asked and answered,
4  lack of foundation.
5  A. I think I said I had not looked at the
6  record studies.
7  Q. Would it be helpful to look at one?
8  A. I mean I -- it --
9  When I was looking within the Albright 10
10 data set, I found the association that I reported.
11 Now I think the premise of your question is: Is the
12 association that I found, is that a causal association
13 or not? The way this study was designed, is this
14 temporal? You know, these time periods are changing.
15 And as I show in Fig. 2 --
16 Q. Okay.
17 A. -- show in Fig. 2 and I present the --
18 related to that I show in figure -- I'm sorry, on
19 page -- ah, where is that? On page four, the last
20 paragraph, it compares the infection rates by
21 quarter --
22 Q. Yeah.
23 A. -- and we got a chi-square of 15.5 on six
24 degrees of freedom, p-value of .0167. So what that
25 suggests is that the incidence rates during the Bair

Page 302

1  Hugger period were changing quite a lot, and those
2  differences were statistically significant.
3  Q. Okay.
4  A. So this is not a period where things were
5  just under well controlled.
6  Q. Are you aware of whether deep joint
7  infections are always constant or whether there is
8  variability in deep joint infections more generally?
9  A. Well if there is variability more generally,
10 then that needs to be taken into account in the
11 analysis, and this analysis does not do that.
12 Q. When you conducted --
13 A. I did not do that, and McGovern certainly
14 didn't do it either.
15 Q. When you construct a statistical model, the
16 confidence interval accounts for the variance of the
17 data; correct?
18 A. Well it should. But the confidence
19 intervals that I computed and the confidence intervals
20 that McGovern computed don't take that -- that
21 variability into account.
22 Q. Okay.
23 A. The expected value of this chi-square
24 statistic is equal to the degrees of freedom, so you
25 expect it to be six, in fact it's 15.5, so there's,

Page 303

1  what, two and a half times as much variability as what
2  I would expect to see if the only variation that was
3  taking place was just a random fluctuation based on,
4  you know, what's going on with the use of -- of -- of
5  these surgical procedures at Wansbeck.
6  Q. You didn't do that calculation with respect
7  to the reanalysis of the Jensen data; correct?
8  A. I -- I didn't -- I didn't allow for random
9  variability other than the binomial variability --
10 Q. Okay.
11 A. -- that -- that we assumed. No, I -- I took
12 that at a face value. And -- and it could be random.
13 My assumption is it's not random. My assumption is
14 it's due to other factors that are -- that were
15 affecting risk at Wansbeck during this time period.
16 Q. That's an assumption.
17 A. It is.
18 Q. Okay. I want to go back to the -- what we
19 were talking about with respect --
20 Did you do any investigation to determine
21 whether your assumption was correct or not?
22 A. I -- I have no further --
23 I have not been in contact with Wansbeck or
24 anyone else involved with this to know that for
25 certain. I guess a part of my -- my -- my reasons for

Page 304

1  thinking there were other things going on is the
2  Gillson paper, for example, enumerates such a huge
3  array of things that were taking place at -- what is
4  it -- Northumbria group of hospitals, --
5  Q. Okay.
6  A. -- so they were having a problem.
7  Obviously, NHS was -- was calling them on having a
8  high infection rate that they needed to do something
9  about, and the -- the Gissell paper elaborates on all
10 the things that they were trying to do to bring this
11 thing under control, and there were a lot of other
12 things other than switching to Hot Dog.
13 Q. Okay. Did you ask 3M for any info with
14 respect to this issue?
15 A. No.
16 MR. GORDON: Object to the form of the
17 question.
18 Q. Okay. Are you aware that in the Gillson
19 article the descriptor for infection is SSI?
20 MR. GORDON: Object to the form of the
21 question.
22 Q. The title of the article is SSI.
23 A. Which paper are you talking about?
24 Q. You just referenced the Gillson article, --
25 A. Gillson, okay.

Page 305

1  Q.  -- "Implementing Effective SSI Measures."
2  A.  Right.  Yes.
3  Q.  Do you know what "SSI" stands for?
4  A.  Ahh, oh --
5      I've forgotten.
6  Q.  Surgical-site infection ring a bell?
7  A.  Surgical-site infection.  Exactly, yeah.
8  Q.  Surgical-site infections are not the same
9  thing as deep joint infections.
10     MR. GORDON:  Object to the form of the
11 question, lack of foundation, misconstrues the
12 evidence and assumes facts not in evidence.
13 Q.  Do you know whether an SSI is the same as a
14 DJI?
15     MR. GORDON:  Same objection.
16 A.  It's -- it's not the same, it's not the same
17 thing.  They are -- they would be --
18     Are you saying -- suggesting they are not
19 related?
20 Q.  I'm suggesting that --
21     Do you know whether the measures that were
22 implemented in the Northumbria trust were specific to
23 SSI or DJI?
24 A.  I think --
25     Well the paper is entitled for SSI.

Page 306

1  Q.  So you don't know whether they were specific
2  to deep joint infection.
3  A.  Well I would assume that they would -- they
4  would be effective on affecting both.  I mean
5  orthopedic surgery appears to be one of the things
6  that they are in fact looking at.
7  Q.  Can you define SSI?
8  A.  I don't know the --
9      I don't know.  I'm -- it's not a -- an area
10 that I've particularly done -- done work -- work on.
11 I --
12 Q.  Can you define DJI?
13 A.  It's -- it's again the --
14     It's joint -- joint infections --
15 Q.  Okay.
16 A.  -- that -- that you're looking at.
17 Q.  But you have no scientific basis or
18 expertise to conclude whether or not the inter --
19 interventions that are mentioned in the Gillson
20 article which relate to SSI would have an impact on
21 deep joint infection; correct?
22 A.  It's --
23     They're not areas that I have -- that I
24 have -- that I have personally done research on.
25 My -- my --

Page 307

1      But I -- I believe that they would be
2  related to each other.  And things that you're doing
3  to control SSI, my understanding is you would have --
4  you would have effects on -- on PJI as well.
5  Q.  What's your understanding based on?
6  A.  Well looking at -- well I mean the -- one --
7      This is from the -- from the Gillson paper.
8  Q.  What is?
9  A.  A patient with a -- with a -- with surgery
10 on his knee.
11 Q.  Do you see the implant?
12 A.  I see the surgery on his knee.
13 Q.  Do you know whether that would result in
14 either a superficial wound infection on the skin or
15 whether it would result in a deep infection on a
16 prosthetic?
17 A.  I don't know.  If it was a deep infection, I
18 think that would be something they would -- they would
19 be interested in.
20     You don't think that -- you don't think they
21 would be interested in that as -- as respect to the
22 surgery?
23 Q.  Are you asking me?
24 A.  Yeah.
25 Q.  I'm --

Page 308

1  A.  I mean you -- you seem to be suggesting that
2  there's no effect.  Why -- why what you're asking
3  me --
4  Q.  I would let --
5      Your -- your report concludes that the SSI
6  bundle may have had an effect on deep joint infection
7  rates; correct?
8  A.  Yes.  The things that they were doing to
9  control SSI may have had an effect.
10 Q.  You have no scientific basis to make that
11 conclusion.
12 A.  I'm -- no, no.  I'm just -- just assuming
13 that it does.
14 Q.  Thank you.
15     Do you know if any articles that you're
16 relying on relate to SSI versus DJI?
17 A.  No.
18 Q.  So you're not sure whether the publications
19 that you've cited on page 14 of your report are
20 specific to deep joint infection or a surgical-site
21 infection.
22 A.  Oh.  Some of them --
23     I'm not sure which articles you're -- you're
24 talking about.
25 Q.  Well do you know offhand?  I don't want to

Page 313

1  infection rates?
2     A.  Other than the -- the analysis that I did
3  using Albrecht 10, that -- that's basically what I was
4  using.
5     Q.  In your report you assume that the
6  thromboprophylaxis may be a confounding factor, but
7  you never state as much with respect to the
8  antibiotic; is that true?
9     A.  I don't know if I stated it.  It is -- it is
10 potentially a -- a -- a confounding variable and in
11 fact I did adjust for it in -- I did present an
12 analysis where I adjusted for it.
13    Q.  So did you adjust for the antibiotic without
14 considering whether it was a confounding factor?
15    A.  Well, I mean whether it's a confounding
16 factor, as I -- as I said before, it -- it depends on
17 whether -- whether there is a change in the --
18       It affects the -- the association.
19    Q.  Okay.
20    A.  And in this case the association -- let's
21 see.
22       When we just controlled for the
23 thromboprophylaxis --
24    Q.  I think we're on the antibiotic.
25    A.  Yes.  When we just controlled for -- for

Page 314

1  the -- for the thromboprophylaxis, the -- the odds
2  ratio was, what, 2.49?  Is that right?  No, I'm sorry,
3  2.16.
4     Q.  That's the odds ratio for controlling for
5  the thromboprophylaxis; correct?
6     A.  From -- from --
7        Yes, right.
8     Q.  And we're talking about the antibiotic.
9     A.  And then so now when we add, in addition to
10 controlling for the thromboprophylaxis we're adding
11 the antibiotic, which is what you were asking about --
12    Q.  Well I actually wasn't asking about that.
13 I'm asking for just with respect to the antibiotic,
14 not controlling for both, just controlling for the
15 antibiotic.  You did that calculation prior to the
16 double control; correct?
17    A.  I don't know that I did the single control.
18    Q.  Okay.
19    A.  I looked -- I looked --
20       I did a double control.
21    Q.  You don't recall doing a single control on
22 the antibiotic?
23    A.  I don't think I did.
24    Q.  Well you did.
25    A.  Oh, I did?  Okay.

Page 315

1        MR. GORDON:  On page six.
2     Q.  It's on page six.
3     A.  Oh, I'm sorry.
4     Q.  Right under the heading "Comparison of the
5  effect of antibiotic regimen on study results."  And
6  you report that there was a rate of infection during
7  the Bair Hugger period when Gentamicin was used of
8  1.92 percent; correct?
9     A.  Oh, okay.  This is --
10       Yeah.  We were -- I think we were talking
11 about two different things.  This is, I think, just
12 looking at the effect of an antibiotic on --
13    Q.  Yes.
14    A.  Yeah.
15    Q.  Okay.
16    A.  I was talking about controlling for it.
17 Yeah.
18    Q.  Okay.  So here we essentially controlled for
19 the use of the Bair Hugger and viewed infection rates
20 when Gentamicin was applied versus when Gentamicin
21 plus Teicoplanin was applied; correct?
22    A.  That's right.  Because it's only during
23 the --
24    Q.  Yeah.
25    A.  -- Bair Hugger.

Page 316

1     Q.  Yeah.
2     A.  Sure.
3     Q.  And protocol one, which we'll call the
4  Gentamicin administration, resulted in an infection
5  rate of 1.92 percent in patients; correct?
6     A.  Yes.
7     Q.  Okay.  And then protocol two, when
8  Gentamicin plus Teicoplanin was used, the rate went up
9  to 3.13; correct?
10    A.  That's right.
11    Q.  That's an increase in the infection rate;
12 correct?
13    A.  Yes.
14    Q.  And that's the combination of antibiotics
15 that was used during the Hot Dog period; correct?
16    A.  Yes.
17    Q.  So actually, the combination of antibiotics
18 that was used resulted in a higher infection rate
19 between -- compared to the drug that was used with
20 just Bair Hugger patients; correct?
21    A.  That's right.
22    Q.  So if anything --
23    A.  Yeah.  It's the com -- wait.
24       That's right.  Yeah.
25    Q.  Okay.

Page 317

1  A. The switchover. Okay. Sorry.
2  Q. So if anything, there's actually reverse
3  confounding in the direction that the use of
4  Gentamicin plus Teicoplanin was less effective than
5  the use of just Gentamicin; correct?
6  A. It appears to be, yes.
7  Q. So based on that conclusion, the odds ratio
8  as reported in the McGovern study could even be higher
9  in the event that we controlled for the use of
10 Gentamicin plus Teicoplanin; correct?
11 A. Well --
12 Q. You just told me statistical significance
13 did not matter.
14     MR. GORDON: Object to the form of the
15 question, misstates his testimony.
16 A. I mean the issue of it being a confounder is
17 does it affect the association -- does it affect the
18 measure of association between -- the --
19     Well, in this case we're looking at Bair
20 Hugger, Bair Hugger/Hot Dog, does it -- does it affect
21 that association.
22 Q. You didn't report an association; did you?
23     MR. GORDON: Object to the form of the
24 question.
25 A. Yeah, it --

Page 318

1  Q. Did you report an association with respect
2  to controlling for the antibiotic in the Bair Hugger
3  arm of the study?
4     MR. GORDON: Just the antibiotic?
5     MR. SACCHET: Yeah.
6  A. Not just the antibiotic, no. That's what I
7  said, I didn't do that.
8  Q. You didn't do that.
9  A. Look at the effect of --
10    Well I -- I looked at the effect of -- of
11 the antibiotic --
12 Q. Yeah.
13 A. -- on risk of infection, --
14 Q. Okay.
15 A. -- and that was this difference of, oh, 1.9
16 versus 3.1 infection rate with a p-value of .17.
17 Q. Okay. And the percent of infection when
18 using Gentamicin plus Teicoplanin went up compared to
19 the use of just Gentamicin; correct?
20 A. That's right.
21 Q. And in the McGovern study, all the Hot Dog
22 patients received Gentamicin plus Teicoplanin;
23 correct?
24 A. Yeah.
25 Q. This calculation that you performed shows

Page 319

1  that Gentamicin may be less effective than Gentamicin
2  plus Teicoplanin; correct?
3  A. It -- it --
4     The point estimates go in that direction.
5  It's not --
6  Q. Okay.
7  A. -- statistically significant, --
8  Q. Okay.
9  A. -- although it's --
10    It's sort of unclear as to whether or not it
11 does.
12 Q. With respect to confounding, you previously
13 stated that statistical significance is not
14 determinant of whether there is confounding; correct?
15 A. That's right.
16 Q. So whether or not the p-value is .1683 does
17 not mean that there was reverse confounding with
18 respect to the odds ratio reported in the McGovern
19 study; correct?
20 A. It's -- it --
21    Well it basically means that it's -- it's --
22 it's -- it could go either way.
23 Q. It could --
24 A. It's not -- it's not clear.
25 Q. Okay. And you have not reported an odds

Page 320

1  ratio with respect to that calculation; correct?
2  A. No, it does --
3     No, I have not.
4  Q. So in order to determine whether there was
5  reverse confounding or general confounding, you have
6  not made the calculation in order to make that
7  conclusion; correct?
8  A. I haven't said whether or not it's reverse
9  or --
10    I'm not -- I'm not sure what -- what you
11 mean by "reverse" or --
12 Q. That's what I said, "whether or not." You
13 don't know whether there was confounding because you
14 haven't reported an odds risk ratio with respect to
15 just the control for the antibiotic; correct?
16 A. Well it's not just control. I've -- I've
17 controlled for both antibiotic and thrombo.
18 Q. I understand. But with respect to
19 controlling for the antibiotic in this calculation --
20 A. Yes.
21 Q. -- you report infection rates and you report
22 a p-value, you do not report an odds ratio; correct?
23 A. That's correct.
24 Q. There is no way to determine whether the
25 odds ratio increased compared to what was provided in

Page 321

1   the McGovern study or whether it decreased,
2   correct, --
3       A.  Which odds --
4       Q.  -- when com --
5       A.  -- ratio are you talking about?
6       Q.  Either the 3.8 or the 2.76 that you
7   calculated based on Albrecht 10.  You have no basis to
8   compare those odds ratios to this calculation.
9       A.  Well I compared the odds -- I mean I
10  didn't --
11          I don't report the odds ratio, but you can
12  pretty good -- get a pretty good idea of what -- about
13  what it's going to be --
14      Q.  You told me --
15      A.  -- because the infection rate -- let's see.
16          "In order to control for the...one must use
17  the Bair Hugger period that -- that shares the
18  antibiotic and thromboprophylaxis regimen used in the
19  Hot Dog period," so -- which had an infection rate of
20  three out of 270, 1.1 percent, and compare that with
21  four out of 372, which is 1.08 percent.
22      Q.  You're looking at controlling for both
23  variables, correct, right now?
24      A.  That is correct.
25      Q.  I want to go back to when you just

Page 322

1   controlled for the antibiotic, which is what we're
2   talking about.  You did not provide an odds ratio.
3       A.  I did not --
4           That's right, I didn't provide it.
5       Q.  You did not determine how or whether the
6   antibiotic by itself is a confounding variable.
7       A.  By -- by itself, no.  By itself, no.
8       Q.  And you have --
9       A.  But I've controlled for both of them --
10      Q.  We'll get there.  I'm just talking about
11  this calculation.
12          You do not know the degree of confounding,
13  if any, caused by only the antibiotic.
14      A.  That's right.  I didn't do that.
15      Q.  And you have not reviewed any literature to
16  suggest that an antibiotic is a confounding factor on
17  deep joint infections.
18          MR. GORDON:  Object to the form of the
19  question.
20      A.  I don't see -- understand that -- understand
21  your -- your question.  To be a confounding variable,
22  as we've said, it has to be associated with -- with
23  the -- with the outcome --
24      Q.  Okay.
25      A.  -- and the variable you're looking at.

Page 323

1       Q.  Yeah.  And you haven't done --
2       A.  So whether or not it's associated with --
3           Well in this study it -- it certainly is
4   associated with -- with whether or not the Bair Hugger
5   or the Hot Dog was used.  In general, who knows?
6       Q.  You don't know whether --
7       A.  Well --
8       Q.  -- the Gentamic --
9       A.  -- it depends on what -- what -- what is
10  done by the institution.
11      Q.  You don't know whether Gentamicin is more or
12  less effective than Gentamicin plus Teicoplanin --
13      A.  Well that's a different question.
14      Q.  -- in terms of deep joint infection.  That's
15  the question right now.  Do you know?
16      A.  Well there is the --
17          The analysis based on these data --
18      Q.  That shows --
19      A.  -- found -- found the -- the result was not
20  statistically significant, the difference of 2.19
21  percent versus 3.1, but -- but --
22      Q.  And the infection rate went up with
23  Gentamicin plus Teicoplanin.
24      A.  That's right.
25      Q.  Okay.

Page 324

1       A.  The one -- the one is higher.  It's not --
2           That difference is not statistically
3   significant.
4       Q.  Okay.  Based on that --
5       A.  When I -- when I added that into the
6   analysis and controlled for that after I had already
7   controlled from thromboprophylaxis, the -- any
8   association that -- an association that was 2.1 --
9   six was it? -- com -- disappeared effectively
10  completely, I mean 1 -- 1. -- 1.11 percent versus
11  1.08.
12      Q.  Okay. Let's talk about --
13      A.  So they're basically -- I mean it -- as --
14          It would, I -- I -- I suggest, be an
15  indication that this is a confounding variable because
16  the odds ratio is bas -- basically eliminated.
17      Q.  Have you done a powering analysis of this
18  double-control calculation?
19      A.  A power analysis, no.
20      Q.  You have no idea whether this is adequately
21  powered.
22      A.  Oh, it's -- I -- there's --
23          There's never been a power analysis of
24  anything related to McGovern.
25      Q.  You don't know whether this calculation --

Page 373

1  Samet. It's not --
2      That's not my area. I mean we've already
3  established what his area is --
4      Q. Okay.
5      A. -- and this is an area that he feels
6  comfortable in and that -- and has -- has -- has done
7  work in, and this is not the area --
8      Q. You don't feel comfortable in this area.
9      A. It's not an area that I -- that I work
10 in, --
11     Q. Okay.
12     A. -- no.
13     Q. And so you're unclear about what the
14 mechanism of infection that is the issue with respect
15 to blowing air in the operating theater; is -- is
16 that -- is that your testimony?
17         MR. GORDON: Object to the form of the
18 question.
19     A. It's --
20     I mean the authors of this report are
21 obviously concerned about blowing -- you know, blowing
22 air over water that's -- water that's infected.
23     Q. Uh-huh.
24     A. I don't know enough about the mechanism of
25 the Bair Hugger --

Page 374

1      Q. Yeah.
2      A. -- to know exactly what is --
3      Is there a pool of water in the Bair Hugger
4  that it -- that it's blowing air over?
5      Q. Okay.
6      A. I don't know.
7      Q. So you've opined about whether one can draw
8  a causal inference as to whether the Bair Hugger
9  increases the risk of infection, but you don't
10 understand the ways in which the Bair Hugger might in
11 fact result in an increase in infection.
12         MR. GORDON: Object to the form of the
13 question, misstates his testimony.
14     A. I think -- I think that's not -- not an
15 accurate description of what -- what I've -- what I've
16 been saying. I was looking at the -- the evidence for
17 a causal -- a causal association --
18     Q. Uh-huh.
19     A. -- and does -- that has in -- that has
20 basically involved looking at what the -- the design
21 and the estimates of effect that were known to me
22 at the -- at the time that I did that -- did that
23 analysis.
24     Q. And that's it.
25     A. And that's basically what I was drawing my

Page 375

1  con -- conclusions are about -- about causal
2  inference.
3      Q. Okay.
4      A. It was basically the strength --
5      Q. Uh-huh.
6      A. -- in terms of not only the magnitude of the
7  effect, but in terms of the design that was used
8  and -- to -- to find those -- those associations and
9  whether that is -- the strength of that evidence is --
10 was enough to demonstrate a causal -- a causal
11 association.
12     Q. Do you agree with the statement from The
13 Reference Manual on Statistics that "In the end,
14 deciding whether associations are causal typically is
15 not a matter of statistics alone, but also rests on
16 scientific judgment?"
17     A. Yes.
18     Q. You've only considered the statistical
19 aspects; correct?
20     A. Well I tried to consider the -- the other
21 aspects of -- of the -- of the study as well.
22     Q. You said you have no expertise and have not
23 delved into the literature as to those additional
24 topics; correct?
25     A. Of the associated -- of things related

Page 376

1  specifically to these devices. I was primarily
2  concentrating on the studies that had been done on the
3  epidemiology.
4      Q. And those studies are the McGovern study and
5  the Augustine study, which are the only two
6  epidemiologic studies on the risk of infection from
7  the Bair Hugger to deep joint infection; correct?
8      A. For the Bair -- for the Bair Hugger effect,
9  the Bair Hugger/Hot Dog comparison, those were the --
10 basically the studies that I was comparing.
11         MR. SACCHET: Okay. We're going to look at
12 one more document. Maybe two, but --
13         (Exhibit 31 was marked for
14         identification.)
15 BY MR. SACCHET:
16     Q. This is another document from the CDC;
17 correct?
18         MR. GORDON: Objection, lack of foundation.
19         THE REPORTER: We have eight minutes left.
20     Q. Does the title page of this document,
21 professor, show the CDC's logo on it?
22     A. Yes.
23     Q. Okay. And if you could please turn to page
24 12 of the document, it states "FDA Device Updates:
25 Flexible Endoscopes and Heater Coolers;" correct?

94 (Pages 373 to 376)

Page 377

1  A. Yes.
2  Q. Okay. If you could turn to page 15 of the
3  document, there are a number of bullet points;
4  correct?
5  A. Yes.
6  Q. And the fourth one down says, "The
7  orientation of the vent(s) on the devices may or may
8  not direct the fan exhaust toward the patient or the
9  sterile field. The exhaust from cooling fans may also
10 play a role in the airflow within the OR, possibly
11 facilitating movement of the aerosolized NTM into the
12 sterile field." Do you see that?
13 A. Yes.
14 Q. Is that the same mechanism of infection that
15 Dr. Samet described in his report?
16    MR. GORDON: Object to the form of the
17 question, lack of foundation, assumes facts not
18 evidence, mischaracterizes the testimony.
19 A. I -- I don't recall the detail of how --
20 what Dr. Samet's description was on -- on -- on the --
21 on the -- on devices used.
22 Q. One of the issues in this litigation that
23 was discussed in the McGovern study, which you are
24 aware of, is that the Bair Hugger might generate
25 convection currents that results in increased

Page 378

1  particles over the surgical site; correct?
2  A. Yes. Yes.
3  Q. This bullet says that "The exhaust from
4  cooling fans may also play a role in the airflow
5  within the OR, possibly facilitating movement of the
6  aerosolized NTM into the sterile field." Do you see
7  that?
8     MR. GORDON: Objection, asked and answered.
9  Q. You've seen it.
10    Does that describe a similar mechanism of
11 moving particles or bacteria to the sterile field?
12    MR. GORDON: Well wait, wait, wait. You
13 started out with talking about convection currents,
14 now you're changing gears. What -- what are you
15 asking him?
16 Q. I'm asking: One of the mechanisms of
17 infection described in the McGovern study is the
18 movement of particles from air currents generated by
19 the Bair Hugger; correct?
20    MR. GORDON: Well before you said convection
21 currents, not --
22    MR. SACCHET: Okay.
23    MR. GORDON: You say you're changing that
24 now?
25    MR. SACCHET: I am.

Page 379

1     MR. GORDON: Okay.
2     MR. SACCHET: Yes.
3  Q. That's correct.
4  A. Okay.
5  Q. And this bullet, which is from the CDC that
6  we established, says that "The exhaust from cooling
7  fans may also play a role in the airflow within the
8  OR, possibly facilitating the movement of the
9  aerosolized NTM into the sterile field;" correct?
10 A. It possibly is.
11    MR. GORDON: Objection, asked and answered.
12 Q. Possibly?
13    MR. GORDON: You read it right.
14 A. Yes.
15 Q. Okay.
16    MR. GORDON: Are you asking him if he -- if
17 he has any basis for --
18    MR. SACCHET: No, I'm not, Corey.
19    MR. GORDON: -- saying anything --
20 commenting on that?
21    MR. SACCHET: Please don't use the rest of
22 my time. I'm not going to engage --
23    MR. GORDON: Well I want -- I want to get an
24 objection. I thought you were just, once again,
25 reading the same sentence. If you're asking him to

Page 380

1  comment on it, I object on the grounds of lack of
2  foundation.
3  Q. Does this describe a similar mechanism of
4  infection as noted by McGovern et al in the study that
5  you have reviewed?
6     MR. GORDON: Object to the form of the
7  question, also lack of foundation, also
8  mischaracterizes the evidence.
9  A. I'm not sure it --
10    It's un -- it's unclear. I mean just that
11 sentence, I can't figure out -- I -- I -- I'm not --
12 unclear as to whether -- how this relates to what
13 McGovern is saying.
14 Q. Did you try to shore up your
15 misunderstanding or questions about that statement?
16 A. Well I mean you just -- you just showed me
17 this, --
18 Q. Okay. So you -- you didn't investigate --
19 A. -- so how could I --
20 Q. You didn't investigate this.
21 A. Not when --
22    No. I mean you asked me this question
23 about --
24 Q. You didn't know about it.
25 A. -- a minute before. I didn't know about

95 (Pages 377 to 380)