# EXHIBIT 58

# Proceedings of the Second International Consensus Meeting on Musculoskeletal Infection

Chairmen:

Javad Parvizi, MD, FRCS

Thorsten Gehrke, MD



# Sponsors:

## Co-Organizers

  

 

## Diamond Sponsors

 

## Platinum Sponsors

