# **EXHIBIT 64**

| | |
|---|---|
| From: | Thomas Henne |
| To: | Jill Rector |
| CC: | Brian Keenan |
| Sent: | 7/20/2015 1:39:15 PM |
| Subject: | Working Group for Infection Prevention (WIP) recommendation Netherlands |
| Attachments: | 141114 luchtbehandeling def aanpassing 2.pdf |

Hi Jill,
I hope all is well!
During our growth workshop in France we have discussed the issue of FAW in laminar air flow theaters. Just some weeks ago (and I was not aware of it), the French society of microbiologists have issued a recommendation to NOT use forced-air warming anymore because of its high risk for the patient to develop a surgical site infection.
On the other hand we had an issued recommendation by the WIP in the Netherlands recommending to continue the use of forced-air warming (please find attached 5.8) .
I will try to get a copy of the French recommendation as well. As soon as we have it, I will set up a call for us to discuss next steps.
Best regards,
Thomas



141114 luchtbehandeling def aanpassing 2.pdf

3M Confidential    Confidential – Subject To Protective Order    3MBH00799540