# EXHIBIT 70

### 1.3 Intraoperative phase

The intraoperative phase is defined as total anaesthesia time, from the first anaesthetic intervention through to patient transfer to the recovery area of the theatre suite.

1.3.1   The patient's temperature (recommendations#temperature) should be measured and documented before induction of anaesthesia and then every 30 minutes until the end of surgery. **[2008]**

1.3.2   Standard critical incident reporting should be considered for any patient arriving at the theatre suite with a temperature below 36.0°C. **[2008]**

1.3.3   Induction of anaesthesia should not begin unless the patient's temperature is 36.0°C or above (unless there is a need to expedite surgery because of clinical urgency, for example bleeding or critical limb ischaemia). **[2008]**

1.3.4   In the theatre suite:

- the ambient temperature should be at least 21°C while the patient is exposed
- once active warming (recommendations#active-warming) is established, the ambient temperature may be reduced to allow better working conditions
- using equipment to cool the surgical team should also be considered. **[2008, amended 2016]**

1.3.5   The patient should be adequately covered throughout the intraoperative phase to conserve heat, and exposed only during surgical preparation. **[2008]**

1.3.6   Intravenous fluids (500 ml or more) and blood products should be warmed to 37°C using a fluid warming device. **[2008]**

1.3.7   Warm patients intraoperatively from induction of anaesthesia, using

a forced-air warming device, if they are:

- having anaesthesia for more than 30 minutes or

- having anaesthesia for less than 30 minutes and are at higher risk of inadvertent perioperative hypothermia (see recommendation 1.2.1 (recommendations#preoperative-phase)).

Consider a resistive heating mattress or resistive heating blanket if a forced-air warming device is unsuitable. **[new 2016]**

1.3.8   The temperature setting on forced-air warming devices should be set at maximum and then adjusted to maintain a patient temperature of at least 36.5°C. **[2008]**

1.3.9   All irrigation fluids used intraoperatively should be warmed in a thermostatically controlled cabinet to a temperature of 38°C to 40°C. **[2008]**