# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

# TELEPHONE CONFERENCE MINUTES

|  |  |
|---|---|
| In re<br>Bair Hugger Forced Air<br>Warming Devices Products<br>Liability Litigation, | **COURT MINUTES**<br>BEFORE:  David T. Schultz<br>United States Magistrate Judge<br><br>Case No.     15-md-2666 (JNE/DTS)<br>Date:          February 22, 2019<br>Time Commenced:  9:30 a.m.<br>Time Concluded:    10:10 a.m.<br>Total Time:   40 min. |

APPEARANCES:

    Plaintiff(s):    Genevieve Zimmerman, Ben Gordon, David Szerlag, Gabriel Assaad

    Defendant(s):    Debra Lewis, Peter Goss

PROCEEDINGS:    Telephone conference with counsel.


Date:  February 22, 2019                                                    s/Terianne Bender
                                                                                                    Courtroom Deputy