

**Benjamin W. Hulse**
**Direct Dial: 612-343-3256**
**E-Mail: bhulse@blackwellburke.com**

**VIA ECF**

February 22, 2019

The Honorable Joan N. Ericksen
United States District Court
District of Minnesota
12W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

RE:   In re: *Bair Hugger Forced Air Warming Devices Products Liability Litigation*
       MDL No. 15-2666

Dear Judge Ericksen:

On February 7, 2019, Defendants filed their Sixth Motion to Dismiss for Failure to Comply with Pretrial Order No. 23 ("PTO 23") and/or Fed. R. Civ. P. 25(a) and 41(b), moving to dismiss 25 cases with prejudice. ECF No. 1742. Since filing that motion, Defendants have stipulated to dismissals or agreed to withdraw their motion in three cases: *Beard et al.,* 18-cv-0833 (dismissed); *Sahr*, 18-cv-1712 (dismissed); and *Hiser*, 18-cv-2289 (withdrawn). The remaining plaintiffs' responses to the motion are due on February 28, 2019.

To date, twelve responses have been filed in opposition to Defendants' motion, and due to the different dates of filing, Defendants' reply deadlines pursuant to L.R. 7.1(c)(3) are scattered between February 28, 2019 to potentially March 14th.

Defendants therefore request permission to file a single reply brief on or before March 14, 2019. This would allow Defendants to avoid having to file multiple reply briefs. The motion is noticed to be heard at the March 21, 2019 Status Conference. Plaintiffs do not oppose this request. Thank you for your consideration of this request.

Sincerely,

s/ *Benjamin W. Hulse*

Benjamin W. Hulse

BWH:vb