UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 2666 (JNE/DTS) |
| This Document Relates to All Actions | **PLAINTIFFS NOTICE OF MOTION TO STRIKE DEFENDANTS' SUPPLEMENTAL EXPERT OPINIONS ON GENERAL CAUSATION MATTERS PURSUANT TO FRCP 37** |

PLEASE TAKE NOTICE that the undersigned hereby bring this motion pursuant to Rule 37 of the Federal Rules of Civil Procedure, and is based on Plaintiffs' Memorandum of Law in Support of Motion to Strike Defendants' Supplemental Expert Opinions on General Causation Matters; the Affidavit of Genevieve M. Zimmerman; the exhibits, files, and records herein; and argument to be presented at the hearing of this matter.

Respectfully submitted,

Dated: February 26, 2019

Michael V. Ciresi (MN #0016949
Jan M. Conlin (MN #0192697)
CIRESI CONLIN LLP
225 S. 6th St., Suite 4600
Minneapolis, MN 55402
Phone: 612.361.8202
Email:  MVC@CiresiConlin.com
            JMC@CiresiConlin.com

Genevieve M. Zimmerman (MN #330292)
MESHBESHER & SPENCE, LTD.
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
Email:  gzimmerman@meshbesher.com

Ben W. Gordon, Jr. (*Pro Hac Vice*)
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, RAFFERTY &
PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, FL 32502-5996
Phone: (850) 435-7091
Fax: (850) 435-7020
Email:  bgordon@levinlaw.com

Kyle Farrar
Mark D. Bankston
FARRAR & BALL, LLP
1010 Lamar, Suite 1600
Houston, Texas 77002
713.221.8300 Telephone
713.221.8301 Fax
Email: kyle@fbtrial.com
         mark@fbtrial.com

Gabriel Assaad – *Pro Hac Vice*
David W. Hodges – *Pro Hac Vice*
KENNEDY HODGES, LLP
711 W. Alabama Street
Houston, TX 77006
Phone: (713) 523-0001
Email: gassaad@kennedyhodges.com

*Counsel for Plaintiffs*