UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/DTS) |
| This Document Relates to All Actions | |

# **DECLARATION OF GENEVIEVE M. ZIMMERMAN**

1. My name is Genevieve M. Zimmerman and I am a partner with the Meshbesher & Spence Ltd. law firm. I am a member of the Court appointed Co-Lead Counsel in the above entitled matter.

2. Attached hereto as Exhibit 1 is a true and correct copy of Dr. J.P. Abraham's expert report on Ada Trombley, dated February 15, 2019.

3. Attached hereto as Exhibit 2 is a true and correct copy of Dr. Jonathan Borak's expert report on Ada Trombley, dated February 14, 2019.

4. Attached hereto as Exhibit 3 is a true and correct copy of Dr. Richard P. Dutton's expert report on Ada Trombley, dated February 15, 2019.

5. Attached hereto as Exhibit 4 is a true and correct copy of Dr. Michael Keen's expert report on Ada Trombley, dated February 14, 2019.

6. Attached hereto as Exhibit 5 is a true and correct copy of Dr. Michael Mont's expert report on Ada Trombley, dated February 14, 2019.

Dated: February 26, 2019

                                            MESHBESHER & SPENCE LTD.

                                            <u>/s/ Genevieve M. Zimmerman</u>
                                            Genevieve M. Zimmerman (MN #330292)
                                            1616 Park Avenue South
                                            Minneapolis, MN 55404
                                            Phone: (612) 339-9121
                                            Fax: (612) 339-9188
                                            Email: gzimmerman@meshbesher.com

                                            ***Plaintiffs' Co-Lead Counsel***