UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MDL No. 15-2666 (JNE/DTS)

In re Bair Hugger Forced Air Warming
Products Liability Litigation

This Document Relates to All Actions

**(Proposed) ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' SUPPLEMENTAL EXPERT OPINIONS ON GENERAL CAUSATION MATTERS PURSUANT TO FRCP 37**

Before the Court is Plaintiffs' Motion to Strike Defendants' Supplemental Expert Opinions on General Causation Matters Pursuant to FRCP 37.

Based on the motion papers and argument presented, IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED.

Date: _____

BY THE COURT

_____
HON. DAVID T. SCHULTZ

1