UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 2666 (JNE/DTS) |
| This Document Relates to All Actions | **PLAINTIFFS MEET & CONFER STATEMENT** |

Counsel for Plaintiffs certifies that they met and conferred with counsel for Defendants via email regarding Plaintiffs' Motion to Strike Defendants Supplement Expert Reports on General Causation Matters Pursuant to Rule 37. Counsel for Plaintiffs and Defendants do not agree on the resolution of Plaintiffs' Motion.

Dated: February 26, 2019

                                              MESHBESHER & SPENCE LTD.

                                              /s/ Genevieve M. Zimmerman
                                              Genevieve M. Zimmerman (MN #330292)
                                              1616 Park Avenue South
                                              Minneapolis, MN 55404
                                              Phone: (612) 339-9121
                                              Fax: (612) 339-9188
                                              Email: gzimmerman@meshbesher.com

                                              *Plaintiffs Co-Lead Counsel*